1   ROBERT F. MILLMAN, Bar No. 062152
2   DOUGLAS A. WICKHAM, Bar No. 127268
    KEITH A. JACOBY, Bar No. 150233
3   LITTLER MENDELSON
    A Professional Corporation
4   2049 Century Park East, 5th Floor
    Los Angeles, CA 90067.3107
5   Telephone: 310.553.0308
    Facsimile: 310.553.5583
6   Attorneys for Plaintiff
    CARTER BRYANT

FILED
CLERK U.S. DISTRICT COURT

NOV 2 - 2004

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

7

8

9                       UNITED STATES DISTRICT COURT

10                     CENTRAL DISTRICT OF CALIFORNIA

11                          CV04-9049   TJH  PJWx

12   CARTER BRYANT, an individual          Case No.

13                        Plaintiff,        **COMPLAINT FOR:**

14          v.                              **DECLARATORY RELIEF OF**
                                            **COPYRIGHT NON-**
15   MATTEL, INC., a Delaware               **INFRINGEMENT**
     corporation
16
                         Defendant.
17

18

19

20

21

22

23

24                    DOCKETED ON CM

25                       NOV - 4 2004

26                    BY                001

27

28

11/02/2004 10:50:46 AM   Receipt #: 17463
          Cashier : ABELLANY [LA 2-1]
Paid by: WORLDWIDE NETWORK INC
2:CV04-09049
2005-086900
                        5 - Filing Fee Civil(1)
2:CV04-09049                               $60.00
2005-510000
Amount :                11 - Special Fund F/F(1)
Amount :                                  $90.00
Check Payment : 26984 /
Total Payment :                           150.00
                                          150.00

Plaintiff Carter Bryant ("Bryant") for his complaint against Defendant Mattel, Inc. ("Mattel") alleges as follows:

## PARTIES

1.     Bryant is an individual residing in Springfield-Greene County, Missouri.

2.     Bryant is informed and believes, and based thereon alleges, that Mattel is a Delaware corporation with a principal place of business at 333 Continental Boulevard, El Segundo, California.

## JURISDICTION AND VENUE

3.     This is an action under 28 U.S.C. §§ 2201 and 2202 for declaratory relief and further relief based upon a declaratory judgment or decree and the Copyright Act of 1976, 17 U.S.C. §§ 101 *et seq*.  This Court has original subject matter jurisdiction over Bryant's claim pursuant to 28 U.S.C. §§ 1331 and 1338(a) & (b).

4.     This Court has personal jurisdiction over Mattel, as it conducts continuous, systematic and routine business within the State of California and the County of Los Angeles.

5.     Venue is proper in the United States District Court for the Central District of California pursuant to 28 U.S.C. §§ 1391(b) & (c).

## BACKGROUND FACTS

6.     Bryant is the creative genius and inspiration behind an immensely successful line of fashion dolls called "Bratz."

7.     Since its debut on the market in June, 2001, the "Bratz" line has revitalized and invigorated the fashion-doll industry, long dominated by Mattel's "Barbie" dolls.

8.     Mattel, however, does not like the competition.

2

9.     First, Mattel, the world's largest toy company, tried, and failed, to drive "Bratz" out of the market by, *inter alia,* introducing competing products that copy the fresh, new and trendy look of "Bratz."

10.     When this failed, Mattel resorted to other tactics – suing Bryant, three and one half years after the launch of "Bratz," in California state court accusing him, among other things, of the alleged "conversion" of Mattel's "ideas, concepts, rights, designs, proprietary information, and other intellectual property and intangible property."

11.     Recent events discussed herein reveal what Mattel intends by this vague and overly-broad pleading.  Mattel intends to try to obtain control over the rights to "Bratz," apparently based, in whole or in part, on grounds that "Bratz" was allegedly copied from and infringes upon a scrapped Mattel project called "Toon Teens," or some other as yet undisclosed Mattel property, which Bryant was supposedly exposed to during a period of time when he was employed by Mattel.

12.     Bryant did not copy or infringe anything in coming up with "Bratz." Since these copyright issues cannot be resolved in state court, due to federal preemption, Bryant has a reasonable fear that Mattel will bring another lawsuit against him for copyright infringement.

13.     Bryant brings this action, accordingly, for a Declaratory Judgment that his past, present, and continuing contributions to and work on the conception and development of "Bratz" did not and do not violate or infringe any copyrights or intellectual or other property owned by Mattel.

### Carter Bryant's Background

14.     Bryant is a creative, innovative, artistic person who since an early age has had a special interest in dolls and fashion design.

15.     As a young boy, when his family could not afford to buy him toys, Bryant would draw them.  Dolls and puppets were particular favorites.  While still very young, Bryant began constructing marionettes from papier-mache.

16.     By age nine, Bryant had begun to draw fashions.  Fashion soon became a passion.  He bought books on Hollywood costume design and studied them intensely.  He made designs for his puppets and drew characters and outfits for them.  He even won a contest drawing "Archie" comic book characters and considered becoming a comic book artist.

17.     Bryant took art classes throughout junior high and high school.  He also began reading, and studying, fashion magazines such as "Vogue" and "Harper's Bazaar," thinking he might one day have a career in fashion design.  He began creating his own fashions based on what he saw in such magazines.

18.     After high school, Bryant considered going to design school, but gave up the dream when he realized that his family could not afford to send him.

19.     Instead, he tried songwriting for a while, and even formed a band in 1988.  For several years, he took dead-end jobs to make ends meet, such as stocking shelves at Toys 'R' Us.  But Bryant never let go of his dream, or gave up his interest in drawing and design.

20.     In 1993 he applied and was accepted to Parsons School of Design in Paris.  Based on the information contained in Parsons' website, since its founding in 1896, Parsons has been a forerunner in the field of art and design and was the first art and design school in America to found a campus abroad in 1920.

21.     Unfortunately, despite loans and work programs, attendance was cost-prohibitive.  Bryant went, instead, to Otis College of Art and Design in Los Angeles.  According to its website, Otis began in 1918, when Los Angeles Times founder Harrison Gray Otis bequeathed his MacArthur Park property for a public art college.  Otis is a four-year college offering bachelor's degrees in a variety of art and design-related areas including architecture, fine arts, fashion design and toy design.

22.     On an accelerated track, Bryant finished his entire first year in just 5 months, from January to June of 1994.  He then applied and was accepted to

4

transfer to Parsons, however, again he could not raise enough money to go.  He stayed one more semester at Otis, but with only a small scholarship and mounting debt, Bryant left the school in December, 1994.  He went home to Missouri for Christmas and ended up staying.

23.    Realizing that going to Paris and working as a fashion designer was simply not economically feasible, Bryant got the idea that he might be able to combine his love of dolls and fashion by becoming a fashion designer for dolls in the toy industry.  Naturally thinking of "Barbie," the fashion doll that had dominated the market for decades, he put together a portfolio of ten or so drawings to send to Mattel, but lacked the confidence to actually send it to such a huge, intimidating company.

24.    By 1995, however, he decided he had nothing to lose.  Broke and with no real career opportunities in sight, Bryant sent the package to Mattel.

### Bryant's Employment by Mattel

25.    Much to his surprise, Mattel called him for an interview.  After completing a "trial project" for the company at its request prior to his being considered for formal employment, he was hired as a temporary employee in September, 1995.  He was promoted to a full-time position in November, 1995.

26.    During his time at Mattel, Bryant worked exclusively on "Barbie"-related projects for the "Barbie" family of dolls, as directed by Mattel's marketers.  Mattel told him what they wanted him to design, and he did what he was directed to do.

27.    On occasion, Bryant would offer new, original and creative ideas to Mattel, but Mattel discouraged anything non-traditional.  No matter what the idea was, Mattel would try to figure out a way to use it for "Barbie," or not at all.

28.    Bryant felt that his creativity and originality were being stifled and suppressed at Mattel.

29.     Within two years at Mattel, Bryant was feeling frustrated.  He simply did not fit Mattel's mold.  He also missed his family, and so decided to return home to Missouri.  With some significant design and work experience under his belt, he thought he might be able to build a career as a freelance design artist.

30.     He left California in approximately January 1998, but continued to work for Mattel from Missouri, on a part-time basis, until April, 1998.

### Bryant's Inspiration: "Bratz"

31.     Bryant continued to live with his parents in Missouri for the rest of the 1998, working exclusively on his own ideas and drawings, with the hopes of building a career as a freelance artist.

32.     Among other things, Bryant created greeting cards, and considered going into the greeting card business.  He even applied for a job at Hallmark. Bryant also did a bit of freelance design and artwork for Ashton Drake Galleries of Chicago.  On information and belief, Ashton Drake is the world's largest direct marketer of limited edition, collectible porcelain dolls, and its dolls have sold at auction for as much as $1200.  It is widely renowned among doll collectors for its top-quality, handcrafted collectible dolls.  Ashton Drake employs artists and freelancers to work on its doll programs and new doll concepts.  Bryant worked on "Angel" and "Wedding" theme projects for the company in 1998.  He supplemented his income by working at a clothing store, Old Navy.  But Bryant also worked on his own ideas for dolls – his lifelong obsession.  One day, while returning home from Old Navy, Bryant drove past a high school and had a "eureka" moment.  Inspired by the "bratty" attitude he had observed, as well as advertisements that he had seen relating to hip-hop fashions and other trends of the time, Bryant started sketching multi-ethnic, urban youth, dressed in trendy fashions. Bryant tried to capture in his sketches the "bratty" attitude he had observed.  Little did he know then that his concept, "Bratz," would become a national, indeed, international, sensation.

6

33.    Bryant was simply trying to figure out a way to make a living doing what he enjoyed.  Unable to support himself as a freelance artist, however, and turning thirty and not wanting to live at home forever, Bryant realized he needed a steady job.  Based on Mattel's comments to him before he left its employ in 1998 indicating an interest in having him remain with the company, he reapplied and secured a position with Mattel starting in January 1999.

34.    Mattel hired Bryant back to work exclusively on Mattel's "collectibles" line, a high-end, expensive line of "Barbie" dolls designed for adult doll collectors, not children.  He began working for the company again on January 4, 1999.  Again, Mattel's marketing department directed Bryant to create the designs it wanted to market.

35.    Bryant never showed Mattel the ideas, drawings, designs and concepts that he had worked on on his own while he had been gone from the company, including the concept for what later became the "Bratz" dolls.  He already knew that Mattel was not receptive to new, creative, innovative ideas.  Besides that, they were his, and he was afraid that Mattel would not give him credit or compensation.

36.    One day he happened to show his concept for "Bratz" dolls to a friend who did freelance work for MGA Entertainment, Inc.  ("MGA").

37.    Bryant's friend thought that MGA might be interested in talking to Bryant, and arranged a meeting.

38.    MGA ultimately offered Bryant a consulting arrangement.  His agreement with MGA was signed on or about October 4, 2000.  Bryant resigned from Mattel immediately, giving two weeks notice, but stayed at the company until October 20 to finish up and transition the projects on which he had been working.

39.    On information and belief, MGA was founded in 1979 as a small consumer electronics business and made its first foray into the toy business in 1987 marketing handheld LCD games featuring licensed "Nintendo" characters, where its initial success allowed it the opportunity to obtain additional licenses for such

7

1  popular properties as the "Power Rangers" and others.  By the time Bryant started

2  working for MGA in late 2000, the company was selling other kinds of toys and

3  dolls.

4      40.    After leaving Mattel, Bryant began working with a team of MGA

5  employees and freelancers to develop and physically embody Bryant's concept.

6  The development took substantial time, effort, creativity, money, and know-how,

7  but with this effort, Bryant's concept for "Bratz" dolls was reduced to practice and

8  became a reality.

9          **"Bratz" Dolls Revolutionize The Fashion Doll Market**

10     41.    MGA first unveiled the "Bratz" doll concept at the Hong Kong Toy

11  Fair in January 2001.  In June 2001, MGA introduced the line to the market.

12     42.    Unlike Barbie Dolls, the "Bratz" line of dolls and branded products

13  (collectively "Bratz Dolls") sport a hip, multi-ethnic urban look that appeals to

14  contemporary teenage and pre-teen girls.  At approximately 9.5 to 10 inches tall,

15  the Bratz Dolls are intentionally shorter than Barbie Dolls and look notably

16  different, with large heads, big dramatic eyes and lips, small, thin bodies, oversized

17  feet (to emphasize shoe fashion and to stand on their own, unlike "Barbie," which

18  requires a stand), and up-to-date fashions.

19     43.    Featuring and embodying the slogan "The Girls With a Passion for

20  Fashion!", Bratz Dolls, invigorated, transformed and expanded the fashion doll

21  market, in particular proving popular among "tween" age girls – *i.e.,* those between

22  childhood and adolescence – who Mattel had all but abandoned as a market.

23     44.    On information and belief, the "Bratz" line has been praised by

24  consumers, retailers and toy industry analysts alike.  In 2001, the "Bratz" line won

25  the Toy Industry Association ("TIA") People's Choice Toy of the Year Award, the

26  Family Fun Toy of the Year Award and Toy Wishes Hot Pick Award.  In 2002, the

27  "Bratz" line again won the TIA People's Choice Toy of the Year Award, the

28  Family Fun Toy of the Year Award.  LIMA, the licensing industries official arm,

1  awarded MGA's "Bratz" the best character license of the year as well as the overall

2  best licensed property of the year for 2003.  MGA's "Bratz" also earned the coveted

3  TIA "Property of the Year" and "Girl Toy of the Year," in 2003, as well as the

4  Family Fun Toy of the Year Award.  MSNBC named "Bratz" the "Hottest Toy of

5  the Year," and both MGA and "Bratz" received several other accolades.

6      45.    According to media reports and business analysts, this success caught

7  Mattel by surprise, with many Mattel insiders reportedly assuming that Bratz would

8  be a short-lived fad.

9      46.    As it turned out, "Bratz" was not a fleeting fancy among young girls.

10     47.    Beginning in 2002, "Bratz" really gave  "Barbie" a run for its money

11 as the top selling fashion doll.

12     48.    Bryant continues to contribute to, and provide ideas, concepts and

13 designs for "Bratz" on an ongoing basis as a designer and consultant for MGA.  For

14 example, Bryant designed a wholly original male character for MGA, which was

15 turned into the "Bratz Boyz" line of dolls by MGA.

16                **Mattel's Market Response to "Bratz"**

17     49.    In response to "Bratz", Mattel, in 2002, rushed to release "My Scene

18 Barbie," a line of fashion dolls under the "Barbie" name that looked much more

19 like "Bratz" than the traditional main line "Barbie" Doll.  Like "Bratz," "My Scene

20 Barbie" dolls have oversized heads, artfully made-up almond-shaped eyes, large,

21 overly-lined and lipsticked lips, trendy clothes and hair styles, over-sized feet and a

22 more ethnic look.  Like the "Bratz" Dolls, "My Scene" Dolls are packaged with two

23 outfits and an accessory.  And, since fall 2003, like the "Bratz, which are

24 introduced with themes, "My Scene" Dolls are introduced with a theme as well.

25     50.    After the success of MGA's "Bratz Boyz" dolls, Mattel also

26 introduced male doll characters to the "My Scene" line, even though for 45 years

27 the "Barbie" line had only included a single male doll – Barbie's boyfriend "Ken"

28

1  (whom, after 45 years as her boyfriend, Barbie "dumped" in a 2004 Mattel publicity

2  stunt to revive "Barbie" in the face of the "Bratz" success).

3       51.    On information and belief, the "My Scene" Dolls, however, have not

4  come close to achieving the popularity and acclaim of "Bratz."

5       52.    A year after the debut of "My Scene," Mattel launched "Flavas," a line

6  of urban fashion dolls also intended to appeal to the "tween" market.  "Flavas,"

7  were poorly received by children, parents and the toy industry, and Mattel

8  discontinued the line less than a year after its launch.

9          **Mattel's Accusations of Copyright Infringement Against Bryant**

10       53.    Unable to supplant "Bratz" – the more popular, better quality product

11  – with the inferior and less popular "Flavas" or even "My Scene," Mattel changed

12  tactics.  It turned to disparaging Bryant, and accusing him of copying from Mattel.

13       54.    In or about July 2003, Mattel "sources" told a *Wall Street Journal*

14  reporter that "[I]nside Mattel, some are convinced the BRATZ borrow liberally

15  from a Mattel project that was scrapped at the testing stage in 1998."  Attached

16  hereto as Exhibit A is a true and correct copy of this article.

17       55.    Mattel's thinly veiled accusation of copyright infringement against

18  Bryant took more substantive form when, in April, 2004, Mattel sued Bryant in

19  California state court for, among other things, allegedly "converting" Mattel's

20  intellectual property (the "Bryant Litigation").  Bryant sought discovery from

21  Mattel, accordingly, regarding any Mattel idea, concept, project or product

22  allegedly stolen or copied by Bryant, including "Toon Teens," "Diva Stars," and

23  "My Scene."  Faced with objections from Mattel, Bryant offered to take no further

24  discovery on such issues if Mattel would enter into a fact stipulation that it would

25  not claim that Bryant copied "Bratz" from Mattel's "Toon Teens."  Mattel refused

26  to enter into such a stipulation.  For reasons unknown, Mattel has not yet sued

27  Bryant for copyright infringement.  It has, however, enlisted a surrogate to take a

28

1   first-run at attempting to establish infringement, perhaps intending to see what the

2   outcome might be before launching a direct attack itself.

3        56.   Specifically, in 2002, MGA filed suit in Hong Kong against the

4   manufacturers of "Funky Tweenz" (known infringers of intellectual property in the

5   toy industry) (the "Hong Kong defendants").  "Funky Tweenz" is a line of "Bratz"

6   knock-off products.  In connection with this lawsuit (the "Hong Kong Lawsuit"),

7   Bryant has been informed that MGA filed various documents substantiating its

8   ownership of "Bratz," including with regard to Bryant's involvement in MGA's

9   development of "Bratz" and in its reduction to practice of Bryant's original

10  inspirational sketches.  Bryant has also been informed that in August 2004 the

11  Hong Kong defendants produced to MGA's counsel ***unreleased photographs*** of,

12  and documents relating to, Mattel's "Toon Teens" project – the same project Mattel

13  had mentioned in the *Wall Street Journal* article as the supposed origin of "Bratz."

14  The Hong Kong defendants initially refused, however, to authenticate these

15  documents, or to divulge the source of these photographs.  The defendants also

16  refused to explain the purported relevance of the documents to the Hong Kong

17  Lawsuit.

18       57.   Finally, however, Bryant has been informed that on October 7, 2004,

19  the Hong Kong defendants revealed that Mattel was the source of the "Toon Teens"

20  documents and information.  Indeed, the Hong Kong defendants have revealed that

21  they – accused copyright infringers -- have a document-sharing agreement with

22  Mattel.  Apparently, Mattel prefers to assist known infringers in Hong Kong in

23  trying to prove that Bryant copied Mattel in coming up with "Bratz", instead of

24  trying to prove it themselves in a United States federal court of law – or at least for

25  the time being, that seems to be Mattel's strategy.

26       58.   On information and belief, Mattel, and the same counsel representing

27  it in the Bryant Litigation, have told the Hong Kong defendants that "Bratz" is not

28  an original design and have provided documents and other information to those

11

1  defendants in an effort to assist such infringers to evade liability for copyright

2  infringement of "Bratz" in the Hong Kong action.  On information and belief,

3  Matter has told the Hong Kong defendants that the "Toon Teens" documents

4  provided to such defendants prove that Bryant copied and infringed Mattel's "Toon

5  Teens" or other Mattel property.

6       59.    Mattel even rushed to register the copyright for its long-shelved "Toon

7  Teens" during the very same month that it claims to have first learned of Bryant's

8  contract with MGA, November, 2003, and using the same counsel that Mattel is

9  using in the Bryant Litigation.  A true and correct copy of this registration is

10  attached hereto as Exhibit B.  Notably, Bryant is informed that the dates on Mattel's

11  "Toon Teens" drawings and pictures reflect that they were created in 1999, *after*

12  Bryant conceived of "Bratz" in 1998.

13       60.    On information and belief, Mattel's copyright registration of "Toon

14  Teens" is no coincidence; it is a preliminary step necessary for Mattel to sue Bryant

15  for copyright infringement.

16       61.    There is no doubt that Mattel intends to get back at Bryant via false

17  allegations and to try to obtain control of Bryant's brainchild any way it can,

18  including falsely alleging that "Bratz" is nothing more than derivative of Mattel's

19  own work(s).  This is wholly untrue.  "Bratz," is an original idea and concept,

20  independently conceived and created during a time when Bryant was not working

21  for Mattel.  The fact that MGA reduced the original designs to practice and further

22  developed "Bratz" into a highly successful product that now competes directly with

23  and has taken market share from Mattel's "Barbie" line of fashion dolls, including

24  as a result of the "Bratz"-inspired and imitating dolls distributed by others, is not to

25  be under-estimated.

26

27

28

### FIRST CLAIM FOR RELIEF

### (Declaratory Judgment of Non-infringement)

62.     Bryant repeats and realleges the allegations contained in paragraphs 1 through 61 of this Complaint and incorporates them by reference, as though fully and completely set forth herein.

63.     Bryant has a reasonable apprehension that Mattel will bring an action against him under 17 U.S.C.A. §§ 101, *et seq.* alleging that "Bratz" is not an independent or original work but, rather, is copied, derived from or infringes Mattel's copyrights in "Toon Teens," or some other Mattel work; that Mattel is the rightful owner of his "Bratz" idea, concept or original drawings or works and any copyrights and other intellectual property rights therein; and that Mattel alone possesses the exclusive rights to exploit such rights.

64.     Bryant contends that "Bratz" is his own independent and original idea, concept and work, that "Bratz" dolls were derived from Bryant's original idea, concept and work, and that Mattel has no right in "Bratz" whatsoever.  Bryant denies that he copied any of Mattel's property or work in conceiving and developing "Bratz," and denies that "Bratz" infringes or was derived from any Mattel property or work.

65.     Indeed, "Bratz" and "Toon Teens" are not substantially similar.  "Bratz" are sexy, hip, modern fashion dolls with up-to-date fashions, and are designed to look like real teenagers, and the "Bratz" themes and playsets are based on places and activities that real teenagers would go to and do.  Bryant is informed that "Toon Teens," in contrast, appear to be childlike, soft-bodied dolls with "baby-fat" and bright, fantasy-colored hair and are, by Mattel's own statements to the *Wall Street Journal*, "cartoonish."

66.     An actual and justiciable controversy exists between Bryant and Mattel regarding whether Bryant's  ideas, concepts, or designs for, or contributions to,

1   "Bratz" were and are original works, or copied from, derivative of or infringing on

2   Mattel's works, be it "Toon Teens," or any other unidentified Mattel work.

3       67.     This actual and justiciable controversy arises under federal copyright

4   law.

5       68.     Bryant seeks Declaratory Judgment of non-infringement; specifically

6   that his ideas, concepts, and designs for, and contributions to, "Bratz" were and are

7   original works, and were and are not copied from, derivative of or infringing on any

8   Mattel work.

9       69.     A judicial declaration of non-infringement is necessary and

10  appropriate at this time pursuant to 28 U.S.C. § 2201, so that Bryant may ascertain

11  his rights and duties with respect to "Bratz," including but not limited to dispelling

12  any potential cloud over his ability to have assigned or otherwise transferred rights

13  to his original works to MGA.  It is also necessary to clear Bryant's name and

14  mitigate the continuing damage to his reputation resulting from Mattel's unfounded

15  representations about Bryant made in the press and to the defendants in the Hong

16  Kong Litigation.

17          WHEREFORE, Bryant hereby prays for relief against Mattel as

18  follows:

19      1.     For a Declaratory Judgment of non-infringement.

20      2.     For a Declaratory Judgment that Bryant's ideas, concepts,

21  drawings and designs for, and contributions to, "Bratz" were and are independent

22  and original works, and were and are not copied from, derivative of or infringing

23  any Mattel work, including, without limitation, Mattel's copyrighted "Toon Teens."

24      3.     For a Declaratory Judgment that Bryant was the sole and true

25  owner of all rights relating to "Bratz" that Bryant heretofore assigned to MGA and

26  that such rights were owned by Bryant free and clear of any ownership claim by

27  Mattel at the time he assigned rights to MGA. .

28      4.     For a Declaratory Judgment that none of Bryant's contributions

1   to and work on "Bratz" infringes Mattel's copyrighted "Toon Teens" or any other

2   property allegedly owned by Mattel and that all such contributions to and work on

3   "Bratz" by Bryant were independent and original to Bryant.

4          5.     For costs of suit herein, including reasonable attorneys' fees,

5   and such other and further relief as the court may deem just and proper.

6

7       Dated: November 2, 2004        ROBERT F. MILLMAN

8                                         DOUGLAS A. WICKHAM

9                                         KEITH A. JACOBY

10                                        LITTLER MENDELSON

11

12                           By:

13                               KEITH A. JACOBY

                             Attorneys for Plaintiff

14                             CARTER BRYANT

15

16  Los_Angeles:381846.1 028307.1010

17

18

19

20

21

22

23

24

25

26

27

28

Westlaw.                                                                      factiva.

7/18/03 WSJ A1                                                                Page 1

7/18/03 Wall St. J. A1
2003 WL-WSJ 3974434

The Wall Street Journal
(Copyright (c) 2003, Dow Jones & Company, Inc.)

Friday, July 18, 2003

Dolled Up: To Lure Older Girls, Mattel Brings In Hip-Hop Crowd

---

It Sees Stalwart Barbie Lose Market Share, So 'Flavas' Will Take on the 'Bratz'

---

Battle of the Big Heads

By Maureen Tkacik

LOS ANGELES -- Tika, 10 inches tall with two-toned hair, is of ambiguous ethnic origin -- maybe she's Asian, maybe Latina -- but her "platinum" medallion, airbrushed jean jacket, shell-toe sneakers and graffiti-streaked packaging make one thing clear.

"She's like . . . hip-hop," said Crystal Audigier, 10 years old, as she rifled through the first crate of "Flavas" dolls to arrive at a Los Angeles FAO Schwarz store last week.

Mattel Inc. hopes the dolls are hip enough to take on the "Bratz." The Flavas (pronounced "Flay-vuhs," like "flavors"), a set of six dolls brought from design to production in just three months, represent a striking gamble for the giant toy company. In the 44 years since it introduced its bombshell Barbie, Mattel has rarely brought out a doll line to compete with her.

But Mattel, which had become accustomed to its buxom blonde dominating the market, has watched in alarm as Barbie has been challenged by a smaller toy maker's Bratz -- a line of big-headed, pouty-lipped characters. While Barbie, which posted about $1.7 billion in sales for Mattel last year, is still queen, her share of the so-called fashion-doll market has fallen, almost entirely due to the Bratz.

After trying -- and failing -- to defeat the Bratz with a trendier Barbie last year, Mattel has come up with a radical battle plan. Among other things, that means curtailing its reliance on, and near-reverence toward, its cash cow. While Barbie is still a plaything of choice for girls 3 to 7 years old, it's been years since she managed to hold the attention of the tweens, or 8- to 12-year-olds. With the Flavas, Mattel is trying to get back into that market -- even if it risks cannibalizing its biggest product.

Copr. © West 2004 No Claim to Orig. U.S. Govt. Works

Mattel has tweaked Barbie many times since she was introduced in 1959: bronzing her skin during the 1970s, introducing black and Hispanic counterparts and giving her a band (the fuchsia-clad "Rockers") during the 1980s. Mattel even shrunk her chest and widened her hips in 1998.

But Mattel now concedes Barbie has gradually lost touch with some young girls' lives. "Barbie began as a great girl who was simply a reflection of popular culture, but in the past few years we had sort of put her on a pedestal," says Matt Bousquette, president of the newly created Mattel Brands unit, which consolidated the boys' and girls' toys divisions. "We're taking her off that pedestal."

While Mr. Bousquette and his team overhaul Barbie, he is also enlisting the Flavas, who wear sweats and heavy chains and have names like "Tre" and "P. Bo," as a second force with which to fight the Bratz. Mattel says hip-hop -- which it defines as "a cultural phenomenon . . . dimensionalized through freestyle dance, street sports, music and fashion" -- has gained sufficient ground in the mainstream to have its own toy line.

"Mattel is recognizing that there are other trends besides Barbie that girls want to play with," says Manny Francione, divisional merchandise manager for Toys "R" Us Inc., Paramus, N.J. "Hip-hop is one of those trends."

The Bratz, developed by a toy maker called MGA Entertainment Inc., North Hills, Calif., were introduced in the summer of 2001. They became a hit with tweens, an age group of girls that the toy industry had almost written off.

For the past decade, toy makers have been grappling with a phenomenon analysts call "age compression," in which media-saturated youngsters are outgrowing dolls and other toys at an earlier age. NPD Group Inc., a market-research firm, says toy spending on children peaks at age 3 and steadily declines after that, with spending on 12-year-olds at about a quarter of the peak level. By attracting tweens, the Bratz bucked that trend.

Bratz "appealed to an older girl . . . who is not necessarily still a Barbie customer," says Sean McGowan, a longtime industry analyst with Gerard Klauer Mattison. "Nothing's ever challenged Barbie like the Bratz." At Barbie's 1997 peak, a year in which Mattel posted $1.9 billion in sales of the doll, her clothing and accessories, she boasted more than a 90% share of the fashion-doll market, Mr. McGowan says. Barbie held at least 85% of the market right before the Bratz were introduced, he says, but her share has now dropped to about 70%.

The history of the Bratz is intertwined with Mattel. MGA says the Bratz were designed by Carter Bryant, a former member of the Barbie team. Inside Mattel, some are convinced the Bratz borrow liberally from a Mattel project that was scrapped at the testing stage in 1998. Mattel declined to comment.

Mr. Bryant didn't work on the line that Mattel scrapped, according to former and current Mattel designers. But most Barbie designers had seen the prototypes, his former colleagues say. Mr. Bryant, through MGA, declined to be interviewed.

The Mattel doll line that was scrapped wasn't exactly like the Bratz, says a longtime Mattel designer who worked on the project. But the Bratz's oversized

Copr. © West 2004 No Claim to Orig. U.S. Govt. Works

heads -- with their pursed lips and cartoonish eyes -- are "virtually identical" to the heads of the dolls her team created, says the designer, who left Mattel in 2001.

Lily Martinez, a designer who still works at Mattel, came up with the idea for the big doll heads for Mattel, colleagues say. Mattel declined to comment. She even posted her sketch on her cubicle, colleagues say. "Anyone who passed by her cubicle would see the picture up on the wall," says another designer who also left Mattel in 2001. "The big heads, the big eyes, the big feet -- they were all the same" as the Bratz. Ms. Martinez declined to comment.

The Mattel dolls were scrapped in testing, current and former designers say, because Mattel had strict quotas that allowed only one "flanker brand" -- that is, a brand that would compete with Barbie for shelf space -- on the market at a time. At the time, Mattel chose a product called "What's Her Face" -- a doll with a blank face on which kids could draw expressions. That doll remains on the market; Mattel declined to discuss its sales.

Designers say they often faced a higher bar for non-Barbie projects. And Barbie's image was carefully protected. Bruce Stein, who was president of Mattel until 1998, says that former Chief Executive Jill Barad nixed an idea for "Barbie as Xena" dolls in 1998.

Ms. Barad was replaced in 2000, after Mattel's disastrous $3.5 billion acquisition of a software maker called The Learning Company. Under her successor, Robert Eckert, a former Kraft Foods president, the company has returned to profitability by cutting its work force 10%, streamlining its supply chain and developing international sales, among other things. Mattel, which reported a net loss of $431 million in 2000, reported net income of $230 million last year. Its stock has risen about 76% since Mr. Eckert arrived.

Isaac Larian, chief executive of MGA, says he had never heard of a project similar to the Bratz at Mattel. He says he chose Mr. Bryant's idea for the Bratz over several others after holding a sort of fashion-doll design contest in late 1999.

Mr. Larian, who emigrated to the U.S. from Iran, founded his company in the late 1970s, making a name by picking up the license for hand-held Pac-Man games. Though his company had made baby dolls before, it had never made fashion dolls. He says he was motivated by a challenge from a Wal-Mart Stores Inc. buyer to "give me something that can compete with Barbie."

This year, closely held MGA expects revenue of about $800 million -- with 65% of that coming from the Bratz. The company says it's profitable, but won't discuss specifics. Mr. Bryant still does design work for MGA, Mr. Larian says, and collects royalties on the Bratz line.

Mattel began worrying about the Bratz's momentum during the 2001 holiday season. Barbie sales fell 12% in the U.S. that year, despite a marketing campaign featuring an animated video, "Barbie in the Nutcracker."

By spring of 2002, Adrienne Fontanella, then president of the girls' division, decided to launch what the company termed a more "reality based" Barbie line. Like the Bratz, the "My Scene" Barbies boasted bigger heads and feet and fuller lips,

Copr. © West 2004 No Claim to Orig. U.S. Govt. Works



as well as trendier clothes.

Mr. Larian, the head of MGA, calls the My Scene dolls a "cheap imitation" of the Bratz. Mattel declined to comment. Introduced in October 2002, the My Scene Barbies helped Mattel's sales, but still ranked behind the Bratz during the 2002 holiday season, according to NPD. "My Scene has been just OK for us," says Fred Hurley, a longtime girls'-toys buyer for KB Toys Inc., Pittsfield, Mass.

In February, Ms. Fontanella's job, along with others, was eliminated in what Mr. Eckert called a "restructuring" of Mattel's executive ranks aimed at "increasing efficiency."

Mr. Bousquette, the then-head of Mattel's boys' toy division, became the first man to take control of Barbie in more than a decade. "It used to be that whoever ran Barbie ran the company, not the other way around," says Mr. Stein, the former president. "For Matt to be in charge is a major shift."

Mattel no longer has quotas on how many products can compete with Barbie. After sitting through a girls'-design-team presentation in March, Mr. Bousquette seized upon the Flavas as the ideal dolls to compete for the dollars of Bratz buyers. Ivy Ross, head of girls' design, suggested bringing them to market for the spring 2004 season. Mr. Bousquette said the company should aim for this July instead.

"We were stunned," says a designer who worked on the Flavas and left the company in May. Another surprise: Mr. Bousquette asked the team to make the dolls look more hip-hop than the prototypes. "No one had really believed in the concept before that meeting, and it was stuck in this back-and-forth where first they were too edgy, then they weren't edgy enough," says the designer.  "Matt came through and cut all of that out." Mr. Bousquette says he told designers to make the dolls "as authentic as possible, as quickly as possible."

Flavas are more complicated to manufacture than most fashion dolls. They are all different heights -- meaning separate molds -- and they have 10 points at which they can move, allowing them to strike a variety of poses. The Flavas design team often slept in their cubicles to get the dolls ready in time for summer shipment. Two designers each clocked 53 hours during Memorial Day weekend to prepare the line for the company's annual toy fair held in the first week of June.

Some buyers have been impressed. Mattel's girls' division "has never been a particularly forward-thinking group, but the Flavas are right on trend," says KB's Mr. Hurley. The six dolls in the Flavas line are certainly edgier than anyone in Barbie's clique. The Flavas girls have highlighted hair, flashier jewelry and wear midriff-baring tops with low-slung pants. Unlike Barbie, they have flat feet and wear sneakers. The two boy Flavas dolls sport earrings and serious expressions. Boxer underwear appears to show from the top of their cargo pants.

The Flavas come in boxes splashed with black-and-white photos of urban scenes shot around Venice Beach. When arranged together, the boxes create a "graffiti" mural that reads: "FA SIZZLE." It is a play on the hip-hop expression "Fa' shizzle," which means "For sure." Marketing director Lisa Tauber explains that it is also an acronym that stands for "Fashion, Attitude and Sizzlin' Style." The dolls, aimed at 9- to 11-year-olds, are "all about fearless self-expression," she says.

Copr. © West 2004 No Claim to Orig. U.S. Govt. Works

7/18/03 WSJ A1                                                                                   Page 5

MGA's Mr. Larian says he isn't scared by the Flavas. "The only thing that's missing is a cocaine vial," he says. "You think of Mattel, you think of Barbie and you think of sweetness. . . . This is like 'gangster' Barbie, and I think it's going to backfire."

Telejah Dean, a nine-year-old from West Los Angeles noticed the Flavas last week, as she was admiring Mattel's Mary-Kate and Ashley dolls. The Flavas are "not as pretty as Barbie," she said. But her older sister, Tiffany, 22, seemed impressed by the blond Happy D. doll. "Look, she's got black [hair] extensions like Christina," she exclaimed, referring to pop singer Christina Aguilera.

In fact, Mattel has hired people to give out Flavas hats, wristbands and decals during Ms. Aguilera's concert tour this summer. Ms. Aguilera, who got her start on the Disney Channel, is now probably as well known for her 11 body piercings and her mud wrestling-themed MTV video called "Dirrty."It's a sign of the changing times, says Mattel spokeswoman Julia Jensen. "The old Mattel probably wouldn't try to tie up with someone like Christina Aguilera."


                          ---- INDEX REFERENCES ----


COMPANY:          KB Holdings LLC (KBTY); Mattel Inc (MATL)


NEWS SUBJECT:     (Marketing (C31); Market Share (C313); Corporate/Industrial News (CCAT); Content Types (NCAT); Page-One Story (NPAG); Editor's Choice - Consumer Products (REQRCP); Editor's Choice - Industry Trends/Analysis (REQR))


INDUSTRY:         (Dolls/Toys/Games (I4941); Retail (I64); Specialty Stores (I654); Hobby/Toy/Game Stores (I6540030); Consumer Products (ICNP); Media (IMED))

REGION:           (North American Countries (NAMZ); United States (USA); United States - California (USCA); Northeast U.S. (USE); United States - Massachusetts (USMA); Western U.S. (USW))

Language:  EN

OTHER INDEXING:   Marketing; Market Share; Page-One Story; Content Types; Corporate/Industrial News; United States - California; United States - Massachusetts; United States; Northeast U.S.; Western U.S.; North American Countries; Dolls/Toys/Games; Retail; Specialty Stores; Hobby/Toy/Game Stores; Media; Consumer Cyclical; Newswire More Code; Newswire End Code; All Entertainment & Leisure; Limited Product Specialty Retailers; Recreational Products & Services; All Specialty Retailers; Toys; Islamic Index; S&P 500 Index component; Newspapers' Section Fronts; Marketing; Market

Word Count: 2217

7/18/03 WSJ A1
END OF DOCUMENT


          Copr. © West 2004 No Claim to Orig. U.S. Govt. Works



EXHIBIT A    20



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



FORM VA
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VAu 612—625



EFFECTIVE DATE OF REGISTRATION

11-28-03
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

# 1

Title of This Work ▼

TOON TEENS

NATURE OF THIS WORK ▼ See instructions

Doll designs

Previous or Alternative Titles ▼

Publication as a Contribution  If this work was published as a contribution to a periodical  serial  or collection  give information about the collective work in which the contribution appeared  Title of Collective Work ▼

If published in a periodical or serial give  Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

# 2

NOTE

Under the law the author of a work made for hire is generally the employer not the employee (see instructions)  For any part of this work that was made for hire check Yes in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

**a** NAME OF AUTHOR ▼

Mattel  Inc

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

Author s Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in  United States

Was This Author s Contribution to the Work
Anonymous?  ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes"  see detailed instructions

Nature of Authorship  Check appropriate box(es)  See Instructions
☐ 3 Dimensional sculpture    ☐ Map    ☐ Technical drawing
☑ 2 Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**b** Name of Author ▼

Dates of Birth and Death
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author s Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in _____

Was This Author s Contribution to the Work
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes"  see detailed instructions

Nature of Authorship  Check appropriate box(es)  See Instructions
☐ 3 Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2 Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

# 3

**a** Year in Which Creation of This Work Was Completed
1999
This information must be given  Year  in all cases

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published
Month _____  Day _____  Year _____    Nation

# 4

See Instructions before completing this space

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Mattel  Inc
333 Continental Blvd
El Segundo  CA 90245

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2  give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
NOV 2 8 2003
ONE DEPOSIT RECEIVED
NOV 2 8 2003
TWO DEPOSITS RECEIVED

FUNDS RECEIVE

---

MORE ON BACK ▶  Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions    Sign the form at line 8

DO NOT WRITE HERE

Page 1 of _____ pages



EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
    Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes   ☑ No   If your answer is  Yes " why is another registration being sought? (Check appropriate box ) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c. ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is  Yes  give  Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work  complete only 6b for a compilation

a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼

b Material Added to This Work  Give a brief  general statement of the material that has been added to this work and in which copyright is claimed ▼

**6**

a

b

See instructions
before completing
this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name ▼                                        Account Number ▼

Mattel  Inc                                      DA037842

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent  Name/Address/Apt/City/State/ZIP ▼

Tania Krebs  Quinn Emanuel Urquhart Oliver & Hedges
865 South Figueroa Street, 10th Floor
Los Angeles  CA 90017 2543

Area code and daytime telephone number    (213 ) 443 3675                    Fax number    ( 213 )624 0643

Email   taniakrebs@quinnemanuel com

**7**

a

b

**CERTIFICATION\*** I  the undersigned  hereby certify that I am the

check only one ▶ { ☐ author
                    ☐ other copyright claimant
                    ☐ owner of exclusive right(s)
                    ☑ authorized agent of   Mattel  Inc

                        Name of author or other copyright claimant  or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date

Tania Krebs                                                        Date  11 20-2003

Handwritten signature (X) ▼

X _____ 11-20-03

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼
Tania Krebs  Quinn Emanuel

Number/Street/Apt ▼
865 South Figueroa Street  10th Floor

City/State/ZIP ▼
Los Angeles  CA 90017 2543

**9**

17 U S C § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2,500

ORIGINAL

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐ )
CARTER BRYANT

**DEFENDANTS**
MATTEL, INC., A DELAWARE CORPORATION

**(b)** County of Residence of First Listed Plaintiff (Except in U.S. Plaintiff Cases): GREENE

County of Residence of First Listed Defendant (In U.S. Plaintiff Cases Only): LOS ANGELES

**(c)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
ROBERT F. MILLMAN, #062152
DOUGLAS A. WICKHAM, #127268
KEITH A. JACOBY, # 150233
LITTLER MENDELSON
2049 CENTURY PARK EAST, 5TH FL.
LOS ANGELES, CA 90067/(310)553-0308

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff

☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding

☐ 2 Removed from State Court

☐ 3 Remanded from Appellate Court

☐ 4 Reinstated or Reopened

☐ 5 Transferred from another district (specify):

☐ 6 Multi-District Litigation

☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes  ☒ No (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☒ No    ☐ **MONEY DEMANDED IN COMPLAINT: $** N/A

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Declaratory Relief Action for Non-Infringment 28 U.S.C. 2201,2202

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litig. |
| ☐ 810 Selective Service | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE/PENALTY | PROPERTY RIGHTS |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☒ 820 Copyrights |
| ☐ 891 Agricultural Act | ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 892 Economic Stabilization Act | ☐ 190 Other Contract | | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 893 Environmental Matters | ☐ 195 Contract Product Liability | ☐ 362 Personal Injury-Med Malpractice | ☐ 443 Housing/Acco-mmodations | | SOCIAL SECURITY |
| ☐ 894 Energy Allocation Act | REAL PROPERTY | ☐ 365 Personal Injury-Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 895 Freedom of Information Act | ☐ 210 Land Condemnation | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 440 Other Civil Rights | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 900 Appeal of Fee Determina-tion Under Equal Access to Justice | ☐ 220 Foreclosure | | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 950 Constitutionality of State Statutes | ☐ 230 Rent Lease & Ejectment | | | ☐ 660 Occupational Safety/Health | ☐ 864 SSID Title XVI |
| ☐ 890 Other Statutory Actions | ☐ 240 Torts to Land | | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| | ☐ 245 Tort Product Liability | | | | FEDERAL TAX SUITS |
| | ☐ 290 All Other Real Property | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | | | | | ☐ 871 IRS - Third Party 26 USC 7609 |

**VIII(a). IDENTICAL CASES:** Has this action been previously filed and dismissed, remanded or closed? ☒ No  ☐ Yes
If yes, list case number(s):

**FOR OFFICE USE ONLY:** Case Number:  TH

CV04-9049

CV-71 (01/03)

CIVIL COVER SHEET

Page 1 of 2

CCD-JS44

UNITED STATE$   $TRICT COUR$, CENTRAL DISTRICT OF C.   FORNIA
CIVIL COVER SHEET

**AFTER COMPLETING THE FRONT SIDE OF FORM JS-44C, COMPLETE THE INFORMATION REQUESTED BELOW.**

**VIII(b).  RELATED CASES:** Have any cases been previously filed that are related to the present case?   [ ] No   [x] Yes

If yes, list case number(s): <u>Mattel v. Carter Bryant, USDC CV 043431 NM (RNBx) remanded Aug. 24, 2004</u>

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply) [X] A. Appear to arise from the same or substantially identical transactions, happenings, or events;

[X] B. Involve the same or substantially the same parties or property;

[X] C. Involve the same patent, trademark or copyright;

[X] D. Call for determination of the same or substantially identical questions of law, or

[X] E. Likely for other reasons may entail unnecessary duplication of labor if heard by different judges.

**IX.  VENUE:** List the California County, or State if other than California, in which **EACH** named plaintiff resides (Use an additional sheet if necessary)

[ ]  Check here if the U.S. government, its agencies or employees is a named plaintiff.

Carter Bryant resides in Springfield-Greene, Missouri.

List the California County, or State if other than California, in which **EACH** named defendant resides.   (Use an additional sheet if necessary).

[ ]  Check here if the U.S. government, its agencies or employees is a named defendant.

Mattel Inc., is a Delaware Corporation with its principal place of business in Los Angeles County, California.

List the California County, or State if other than California, in which **EACH** claim arose.   (Use an additional sheet if necessary)

**Note:** In land condemnation cases, use the location of the tract of land involved.

Los Angeles County

**X.  SIGNATURE OF ATTORNEY (OR PRO PER):** _____   Date 11/2/04

Keith A. Jacoby

**Notice to Counsel/Parties:**  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law.  This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969.  (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended.  (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

CV04-9049

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

Pursuant to the Local Rules Governing Duties of Magistrate Judges, the following Magistrate Judge has been designated to hear discovery motions for this case at the discretion of the assigned District Judge:

**(PJWx)**

[_] Paul L. Abrams

[_] Robert N. Block

[_] Rosalyn M. Chapman

[_] Charles Eick

[_] Paul Game

[_] Marc Goldman

[_] Stephen J. Hillman

[_] Jeffrey W. Johnson

[_] Victor B. Kenton

[_] Stephen G. Larson

[_] Jennifer T. Lum

[_] James W. McMahon

[_] Margaret A. Nagle

[_] Arthur Nakazato

[_] Fernando M. Olguin

[_] Suzanne H. Segal

[_] Carolyn Turchin

[X] Patrick J. Walsh

[_] A. J. Wistrich

[_] Carla Woehrle

[_] Ralph Zarefsky

Upon the filing of a discovery motion, the motion will be presented to the United States District Judge for consideration and may thereafter be referred to the Magistrate Judge for hearing and determination. The Magistrate Judge's initials should be used on all documents filed with the Court so that the case number reads as follows:

**CV04- 9049 TJH (PJWx)**

=== === === === === === === === === === === === === === === === === === === === === === === ===

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[X] **Western Division**
312 N. Spring St., Rm. G-8
Los Angeles, CA 90012

[_] **Southern Division**
411 West Fourth St., Rm. 1-053
Santa Ana, CA 92701-4516

[_] **Eastern Division**
3470 Twelfth St., Rm. 134
Riverside, CA 92501

Failure to file at the proper location will result in your documents being returned to you.

ROBERT F. MILLMAN, #062152
DOUGLAS A. WICKHAM, #127268
KEITH A. JACOBY, # 150233
LITTLER MENDELSON
2049 CENTURY PARK EAST, 5TH FL.
LOS ANGELES, CA 90067/(310)553-0308

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT, AN INDIVIDUAL | CASE NUMBER: |
|---|---|
| Plaintiff(s) | CV- CV04 9049 TJH PJWx |
| v. | |
| MATTEL, INC., A DELAWARE CORPORATION | **SUMMONS** |
| Defendant(s) | |

TO:   THE ABOVE-NAMED DEFENDANT(S):

YOU ARE HEREBY SUMMONED and required to file with this court and serve upon plaintiff's attorney

KEITH A. JACOBY _____, whose address is:

LITTLER MENDELSON
2049 CENTURY PARK EAST, 5TH FL.
LOS ANGELES, CA 90067

an answer to the ☒ complaint ☐ amended complaint ☐ counterclaim ☐ cross-claim which is herewith served upon you within 20 days after service of this Summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

CLERK, U.S. DISTRICT COURT

Date: NOV 2 2004

By: _____
LIZ PADILLA
Deputy Clerk

*(Seal of the Court)*

DOCKETED ON CM
NOV - 4 2004
BY _____ 001