ORIGINAL

SEND

FILED
CLERK, U.S DISTRICT COURT

NOV 16 2004

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| Carter Bryant | CASE NUMBER: |
|---|---|
| Plaintiff(s), | CV 04-9049 TJH (PJWx) |
| v. | |
| Mattel, Inc. | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 224 |
| Defendant(s). | ( Related Cases) |

**CONSENT**

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 224.

_11/12/04_  _Nora M. Manella_
Date                    United States District Judge

It appearing that the above-entitled case is properly transferable in accordance with the provisions of General Order 224.

IT IS HEREBY ORDERED that this case is transferred to the calendar of Judge ___Manella___ for all further proceedings.

_11/12/04_  _Terry J. Hatter, Jr._
Date                    United States District Judge

**DECLINATION**

I hereby decline to transfer the above-entitled case to/from my calendar for the reasons set forth: _____

_____
Date                    United States District Judge

**REASON FOR TRANSFER AS INDICATED BY COUNSEL:** Case CV 04-3431 NM (RNBx) and the present case:
- X A.  appear to arise from the same or substantially identical transactions, happenings or events.
- ☐ B.  involve the same or substantially the same parties or property.
- ☐ C.  involve the same patent, trademark or copyright.
- X D.  call for determination of the same or substantially identical questions of law and fact.
- X E.  likely for other reasons may entail unnecessary duplication of labor if heard by different judges.

**NOTICE TO COUNSEL FROM CLERK:**
Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge ___Walsh___ to Magistrate Judge ___Block___.

On all documents subsequently filed in this case, please substitute the initials NM (RNBx) after the case number in place of the initials of the prior judge, so that the case number will read _CV 04-9049 NM (RNBx)_. This is very important because documents are routed to the assigned judges by means of these initials.

Subsequent documents must be filed at the   X Western   ☐ Southern   ☐ Eastern Division.
Failure to file at the proper location will result in your documents being returned to you.

CV-34 (07/03)         ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 224 ( Related Cases)
NOV 10 2004                                             ENTERED ON CM 11/16/04