FILED
CLERK, U.S. DISTRICT COURT
NOV 23 2004
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Carter Bryant, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV04-09049-NM(RNBx) |
| v. | |
| Mattel, Inc. | NOTICE TO PARTIES OF ADR PILOT PROGRAM - TRANSFERRED CASE |
| DEFENDANT(S). | |

Dear Counsel,

The district judge to whom the above-referenced case has been transferred is participating in an ADR Pilot Program. To assist the court in evaluating whether this case is suitable for the program, all counsel of record are directed to jointly complete the attached ADR Pilot Program Questionnaire, and plaintiff's counsel (or defendant in a removed case) is directed to file the Questionnaire with the court no later than:

☒ five days before the Federal Rule of Civil Procedure 26(f) meeting of parties or

☐ within ten days of this notice.

Clerk, U.S. District Court

Dated: _____11/23/04_____          By: _____
                                                Deputy Clerk

DOCKETED ON CM
NOV 24 2004
BY _____ 006

cc: *Attorney Settlement Officer Panel Coordinator*