UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

___ Priority
_✓_ Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

CIVIL MINUTES-GENERAL

CASE NO. CV 04-09049-NM(RNBx)         DATE  11/23/04

TITLE: Carter Bryant -v- Mattel, Inc.

PRESENT:

HON. NORA M. MANELLA JUDGE

| JUDITH HURLEY | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEY FOR PLAINTIFF         ATTORNEY FOR DEFENDANT

N/A                            N/A

PROCEEDINGS: IN CHAMBERS

Counsel are notified that the above-entitled action has been recently transferred to this Court. The correct number for this case is now CV04-09049-NM(RNBx). All subsequent documents filed with the court must reflect this case number. All filings shall be in Times Roman 14 font, in conformance with the Local Rules. Judge Manella is located in Courtroom 11, Spring Street Level, 312 N. Spring St., Los Angeles, Ca. A copy of this Court's Standing Order is enclosed.

DOCKETED ON CM
NOV 2 4 2004
BY ____ 006

cc: Counsel of Record Civil-Gen Minutes Form 11        Initials of Deputy Clerk