SEND

FILED
CLERK, U S DISTRICT COURT

NOV 24 2004

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER |
|---|---|
| Mattel, Inc, | CV04-09049-NM(RNBx) |
| PLAINTIFF(S) | |
| v. | |
| Carter Bryant, | **ORDER STRIKING FILED DOCUMENTS FROM THE RECORD** |
| DEFENDANT(S) | |

WHEREAS, the documents listed below were improperly filed for the following reason(s)
Motion filed in wrong case number.

IT IS HEREBY ORDERED that the documents shall be stricken from the record and shall not be considered by the Court:

| **Document Entitled** | **Filed** |
|---|---|
| Counter defendant Mattel motion to dismiss cross-complaint | 11/23/04 |
| Plaintiff & counter defendant Mattel request for judicial notice | 11/23/04 |
| Plaintiff & counter defendant Mattel notice of interested parties | 11/23/04 |

DOCKETED ON CM
NOV 29 2004
BY                006

IT IS FURTHER ORDERED that the documents shall not be returned to the filing party; however, the Clerk shall note on the case docket that the documents are stricken from the record.

11/24/04
Date

United States District Judge Nora M. Manella

CV-80 (12/95)   ORDER STRIKING FILED DOCUMENTS FROM THE RECORD