UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

___ Priority
_✓_ Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

CIVIL MINUTES-GENERAL
AMENDED

CASE NO. CV04-09049-NM(RNBx)     DATE 12/9/04

TITLE: Carter Bryant -v- Mattel, Inc.

PRESENT:

HON. NORA M. MANELLA JUDGE

| JUDITH HURLEY | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANT |
|---|---|
| N/A | N/A |

PROCEEDINGS: IN CHAMBERS

The Court sets the following briefing schedule for defendant's motion to dismiss: opposition to be filed no later than 12/28/04; reply if any to be filed no later than 1/11/05. The motion remains set for hearing on 2/14/05, at 10 am.

Counsel are notified that a Scheduling Conference is set for 3/21/05, at 9:00 a.m. Counsel are reminded that their joint status report is to be filed no later than 2/28/05.



DOCKETED ON CM
DEC 13 2004
BY _____ 006

cc: Counsel

MINUTES FORM 11

Initials of Deputy Clerk JH