ROBERT F. MILLMAN, Bar No. 062152
DOUGLAS A. WICKHAM, Bar No. 127268
KEITH A. JACOBY, Bar No. 150233
LITTLER MENDELSON
A Professional Corporation
2049 Century Park East, 5th Floor
Los Angeles, CA 90067.3107
Telephone: 310.553.0308
Facsimile: 310.553.5583

Attorneys for Plaintiff
CARTER BRYANT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>    Defendant. | Case No. CV 04-9049 NM (RNBx)<br><br>HON. NORA M. MANELLA<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFF BRYANT'S APPLICATION TO FILE HIS OPPOSITION TO MATTEL'S MOTION TO DISMISS AND SUPPORTING DECLARATION OF KEITH A. JACOBY UNDER SEAL<br><br>[Local Rule 79-5]<br><br>Hearing Date: February 14, 2005<br>Time: 10:00 a.m. |

**NOTE CHANGES MADE BY THE COURT.**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>    Defendant. | Case No. CV 04-9049 NM (RNBx)<br><br>HON. NORA M. MANELLA<br><br>**ORDER GRANTING PLAINTIFF BRYANT'S APPLICATION TO FILE HIS OPPOSITION TO MATTEL'S MOTION TO DISMISS AND SUPPORTING DECLARATION OF KEITH A. JACOBY UNDER SEAL**<br><br>[Local Rule 79-5]<br><br>Hearing Date:  February 14, 2005<br>Time:  10:00 a.m. |

1.

## ORDER

Plaintiff Carter Bryant ("Plaintiff") submitted his Application pursuant to Local Rule 79-5.1 for an Order allowing him to file under seal his Opposition to Defendant Mattel's Motion To Dismiss and Declaration of Keith A. Jacoby in support thereof.

The Court being fully advised and good cause appearing therefore,

IT IS HEREBY ORDERED that the Plaintiff's Application is approved and the clerk of the court is directed to file under seal Plaintiff Carter Bryant's Opposition to Defendant Mattel's Motion to Dismiss, and the Declaration of Keith A. Jacoby filed concurrently in support thereof, ~~as well as Bryant's Application to file the aforementioned documents under seal, and this Order.~~

[OR]

~~IT IS HEREBY ORDERED that Plaintiff's Application is DENIED. Plaintiff's Opposition to Mattel's Motion to Dismiss and Declaration of Keith A. Jacoby in Support Thereof shall not be filed as submitted, but Plaintiff shall be permitted leave to re-file these documents in redacted form within seven (7) days of this Order.~~

DATED: 1/4/05

HON. NORA M. MANELLA
JUDGE OF THE U.S. DISTRICT COURT

Los_Angeles:388814.1 028307 1010

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA 90067 3107
310 553 0308

2.