```
 1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
      John B. Quinn (Bar No. 90378)
 2    Michael T. Zeller (Bar No. 196417)
      Jon D. Corey (Bar No. 185066)
 3  865 South Figueroa Street, 10th Floor
    Los Angeles, California 90017-2543
 4  Telephone: (213) 443-3000
    Facsimile: (213) 443-3100
 5
    Attorneys for Defendant
 6  Mattel, Inc.
```

LODGED

FILED
CLERK, U.S DISTRICT COURT
MAR -1 2005
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>           Plaintiff,<br><br>    v.<br><br>MATTEL, INC., a Delaware Corporation,<br><br>           Defendant. | CASE NO. CV 04-09049 NM (RNBx)<br><br>STIPULATION TO ~~CONTINUE~~ VACATE SCHEDULING CONFERENCE ~~AND TIME TO FILE JOINT REPORT, AND~~<br><br>~~[PROPOSED]~~ ORDER |

WHEREAS, on November 2, 2004, plaintiff Carter Bryant filed a complaint seeking declaratory relief against defendant Mattel, Inc.;

WHEREAS, on December 7, 2004, defendant Mattel filed a motion to dismiss the complaint for lack of subject matter jurisdiction and failure to state a claim;

WHEREAS, the hearing on Mattel's Motion to Dismiss Bryant's Complaint for Declaratory Relief was noticed for January 31, 2005;

WHEREAS, on December 9, 2004, the Court set a scheduling conference for March 21, 2005;

DOCKETED ON CM
MAR 2 2005
006

1     WHEREAS, the March 21, 2005 scheduling conference would require that the parties file their joint status report on or before February 28, 2005;

    WHEREAS, on January 25, 2005 the Court issued an order in the case Mattel, Inc. v. Carter Bryant, Case No. CV 04-09059 NM (RNBx), that vacated the hearing date on Mattel's motion to dismiss; and

    WHEREAS, the parties agree that a ruling on the pending motion to dismiss could provide the parties direction in framing a joint report to reflect the posture of the case after a ruling on the pending motion to dismiss.

    IT IS HEREBY STIPULATED among and between the parties, by and through their counsel of record, that:

    (a)    the scheduling conference set for March 21, 2005 be vacated until after the Court rules on Mattel's pending motion to dismiss Bryant's complaint for declaratory relief.

    OR

    (b)    that the scheduling conference be continued to _____, 2005.

DATED: February 25, 2005     QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By _____
Jon D. Corey
Attorneys for Defendant
Mattel, Inc.

DATED: February 25, 2005     LITTLER MENDELSON, P.C.

By _____
Keith A. Jacoby
Attorneys for Plaintiff
Carter Bryant

7209/639184.1
2/25/05 14:08

-2-

STIPULATION

1  WHEREAS, the March 21, 2005 scheduling conference would require
2  that the parties file their joint status report on or before February 28, 2005;
3  WHEREAS, on January 25, 2005 the Court issued an order in the case
4  <u>Mattel, Inc. v. Carter Bryant</u>, Case No. CV 04-09059 NM (RNBx), that vacated
5  the hearing date on Mattel's motion to dismiss; and
6  WHEREAS, the parties agree that a ruling on the pending motion to
7  dismiss could provide the parties direction in framing a joint report to reflect the
8  posture of the case after a ruling on the pending motion to dismiss.
9  IT IS HEREBY STIPULATED among and between the parties, by and
10 through their counsel of record, that:
11  (a)  the scheduling conference set for March 21, 2005 be vacated until
12       after the Court rules on Mattel's pending motion to dismiss
13       Bryant's complaint for declaratory relief.
14  OR
15  (b)  that the scheduling conference be continued
16       to _____, 2005.

18 DATED: February 25, 2005    QUINN EMANUEL URQUHART
                                OLIVER & HEDGES, LLP

20                              By_____
                                   Jon D. Corey
21                                 Attorneys for Defendant
                                   Mattel, Inc.

23 DATED: February 25, 2005    LITTLER MENDELSON, P.C.

24                              By_____
25                                 Keith A. Jacoby
                                   Attorneys for Plaintiff
26                                 Carter Bryant

7209/639184.1
2/25/05 13:37                   -2-
                                                                STIPULATION

Proposed Order

IT IS HEREBY ORDERED that: ~~all deadlines set from the March 21, 2005 scheduling conference, including the time to file a joint report,~~ are vacated. ~~IT IS FURTHER ORDERED~~ that:

   (a)   the scheduling conference set for March 21, 2005 is vacated until after the Court rules on Mattel's pending motion to dismiss Bryant's complaint for declaratory relief.

OR

   (b)  ~~the scheduling conference is continued to _____,~~ 2005.

Date  2/28/05

_____
Honorable Nora M. Manella
United States District Court Judge

7209/639184.1
2/25/05 11:53

-3-

STIPULATION


## PROOF OF SERVICE
1013A(3) CCP Revised 5/1/88

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP, 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017.

On February 25, 2005 I caused to be served the following document(s) on interested parties in this action described as **STIPULATION TO CONTINUE SCHEDULING CONFERENCE AND TIME TO FILE JOINT REPORT; AND [PROPOSED] ORDER** addressed as follows:

Keith A. Jacoby, Esq.
Littler Mendelson
A Professional Corporation
2049 Century Park East, 5th Floor
Los Angeles, California 90067-3107
Phone: 310-553-0308
Fax: 310-553-5583

\_\_\_\_ **(BY MAIL)** I deposited such envelope in the mail at _____, California. The envelope was mailed with postage thereon fully prepaid.

\_\_\_\_ **(BY MAIL)** I caused such envelope to be placed in the firm's mail. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

X **(BY FACSIMILE)** I caused such document to be transmitted by facsimile to the offices of the addressee. Upon completion of the said facsimile transmission, the transmitting machine issued a transmission report showing the transmission was complete and without error.

\_\_\_\_ **(BY FEDERAL EXPRESS)** by placing the document(s) listed above in such envelope for deposit with FEDERAL EXPRESS to be delivered via priority overnight service to the persons at the addresses set forth above.

\_\_\_\_ **(BY PERSONAL SERVICE)** I caused to be delivered by hand such envelope to the offices of the addressee.

Executed on February 25, 2005, at Los Angeles, California.

\_\_\_\_ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

X (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Samantha _____
Type or Print Name                                           Signature

07272/636931.1