FILED
CLERK, U S DISTRICT COURT
SEND
APR - 3 2006
CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Carter Bryant, | CASE NUMBER |
| --- | --- |
| PLAINTIFF(S) | CV04-09049-NM(RNBx) |
| v. | |
| Mattel, Inc., | NOTICE TO PARTIES OF ADR PILOT PROGRAM - VACATING REFERRAL |
| DEFENDANT(S). | |

TO: ALL PARTIES OF RECORD

Reference of the above-captioned case to the Alternative Dispute Resolution Pilot Program, General Order 02-07, is vacated. All further settlement procedures in this action shall be pursuant to Local Civil Rule 16-14.

Clerk, U.S. District Court

Dated: 4/3/06

By: _____
Deputy Clerk

DOCKETED ON CM
APR - 3 2006
BY _____ 004

cc: *Attorney Settlement Officer Panel Coordinator*

ADR-14 (01/04)   NOTICE TO PARTIES OF ADR PILOT PROGRAM - VACATING REFERRAL