**SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA 92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.   CV 04-09049 SGL(RNBx)                              Date:  April 18, 2006

Title:   CARTER BRYANT -v- MATTEL, INC.
================================================================
PRESENT:   HONORABLE STEPHEN G. LARSON, U.S. DISTRICT JUDGE

| Jim Holmes | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:       ATTORNEYS PRESENT FOR DEFENDANTS:

None present                             None present

PROCEEDINGS:     MINUTE ORDER (IN CHAMBERS)
                 ORDER REQUIRING THE PARTIES TO FILE AN
                 UPDATED JOINT STATUS REPORT

   In light of the recent transfer of this case from the docket of Judge Nora M. Manella to the docket of Judge Stephen G. Larson, the parties are ordered to file a joint status report with the Court within ten (10) days of the entry of this Order.

   IT IS SO ORDERED.



MINUTES FORM 90                                        Initials of Deputy Clerk __jh__
CIVIL -- GEN                    Page 1