**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA 92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.   CV 04-09049 SGL(RNBx)                              Date: May 16, 2006

Title:     CARTER BRYANT -v- MATTEL, INC.
========================================================================
PRESENT:   HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

           Jim Holmes                              None Present
           Courtroom Deputy                        Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

None present                               None present

PROCEEDINGS:    MINUTE ORDER (IN CHAMBERS)

    This matter is before the Court on its own motion. The Court orders the parties to show cause why this action should not be consolidated for all purposes with the two related actions: <u>Mattel, Inc. v. Bryant</u>, CV 04-09059 SGL (RNBx); <u>MGA Entertainment, Inc. v. Mattel, Inc.</u>, CV 05-02727 SGL (RNBx). The parties' briefs re consolidation must be filed no later than June 5, 2006. The Court will address the matter at the hearing on the motions set in this case and the related case on June 26, 2006.

    The pending Motion to Dismiss in this case shall be heard on June 26, 2006, at 10:00 a.m., in Courtroom #1 of the above-referenced court. Supplemental opposition, if any, shall be filed no later than June 5, 2006. A supplemental reply brief may be filed no later than June 19, 2006.

    The scheduling conference in this case, currently set for June 5, 2006, is vacated pending the Court's consideration of the consolidation issue and the pending Motion to Dismiss.

    IT IS SO ORDERED.

MINUTES FORM 90                                       Initials of Deputy Clerk __jh__
CIVIL -- GEN                       1

**ORIGINAL**