CLERK, U S DISTRICT COURT
JUN 22 2006
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Carter Bryant    PLAINTIFF(S),
v.
Mattel, Inc.    DEFENDANT(S),

CASE NUMBER
CV 04-9049 SGL (RNBx)

NOTICE OF CLERICAL ERROR

TO:  U. S. District Judge(s)
     U. S. Magistrate Judge(s)
     Counsel of Record

You are hereby notified that due to a clerical error ☐ documents associated with the filing of the new action ☐ the following scanned document ☑ docket entry  have/has been corrected as indicated below.

Title of Scanned Document: _____

Filed Date: 6/16/06                              Document Number: 47

☐ Incorrect case number _____ was assigned to this ☐ action ☐ document.

☐ Case number has been corrected. The correct case number is _____

☐ Incorrect judge's initials were indicated on this ☐ action ☐ document  The correct judge's initials are _____

☐ Incorrect magistrate judge's initials were indicated on this ☐ action ☐ document. The correct magistrate judge's initials are _____.

☐ Case has been reassigned from ☐ Judge ☐ Magistrate Judge _____ to
   ☐ Judge ☐ Magistrate Judge _____. The initials of the new judge(s) are _____

☐ Case was assigned to ☐ Western ☐ Southern ☐ Eastern division. Pursuant to General Order ☐ 349, ☐ 98-3 ☐ 02-06, the case has been reassigned to the ☐ Western ☐ Southern ☐ Eastern division. The former case number _____ has been reassigned to new case number _____

☐ Subsequent documents must be filed at the ☐ Western ☐ Southern ☐ Eastern division. Failure to file at the proper location will result in your documents being returned to you.

☐ Case title is corrected from _____ to _____

☐ Document has been re-numbered as document number _____

☐ Incorrect ☐ Filed Date ☐ Date of Document ☐ ENTERED Date ☐ DATE ENTERED ON CM/ICMS was stamped on document. The correct date is _____

☐ Document is missing page number(s): _____

☐ To ensure proper routing of documents, all documents filed with the court must reflect the following case number and judge's initials: _____

☑ Other. Document number 47 -SEALED DOCUMENT- EXHIBIT 9 of the Declaration of Jon D Corey docketed in this case in error. Correct case number for this document is CV 04-9059 SGL (RNBx).

CLERK, U S. DISTRICT COURT

Date  6/22/06                By: _____
                                 ED SAMBRANO
                                 Deputy Clerk

cc: Intake Supervisor / Deputy In Charge

DOCKETED ON CM
JUN 2 2 2006
BY

G-11 (06/05)                NOTICE OF CLERICAL ERROR

47