**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA 92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.   CV 04-09049 SGL(RNBx)                                      Date: June 29, 2006

Title:   CARTER BRYANT -v- MATTEL, INC.
==========================================================================
PRESENT:   HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

Jim Holmes                                            None Present
Courtroom Deputy Clerk                                Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None present                                          None present

PROCEEDINGS:   ORDER (IN CHAMBERS)
               NOTICE OF CONTINUANCE OF PLAINTIFF & COUNTER-DEFENDANT
               MATTEL INC'S MOTION FOR APPOINTMENT OF EXPERT WITNESSES
               (Filed 6-19-06)

   Counsel are hereby advised that the above-referenced matter scheduled on calendar for hearing and oral argument on July 10, 2006, is CONTINUED to July 17, 2006, at 3:00 p.m., in Courtroom One of the above-referenced court.

   IT IS SO ORDERED.



MINUTES FORM 90
CIVIL -- GEN                                Page 1                    Initials of Deputy Clerk __jh__