**SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA 92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.   CV 04-09049 SGL(RNBx)                    Date: June 26, 2006
**LEAD LOW NUMBER CASE**

Title:   CARTER BRYANT -v- MATTEL, INC.

**AND RELATED ACTIONS**
*CV 04-09059 SGL(RNBx) Mattel Inc v. Bryant,
*CV 05-002727 SGL(RNBx) Mattel v. Bryant
================================================================

PRESENT:  HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

Jim Holmes                                    Theresa Lanza
Courtroom Deputy Clerk                        Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:             ATTORNEYS PRESENT FOR DEFENDANTS:

Keith A. Jacoby                               John B. Quinn
Diane M. Torres                               Jon B. Corey
Dale Cendali

PROCEEDINGS:   Carter Bryant Case - <u>CV04-09049-SGL</u>:
(1) MOTION to Dismiss for Lack of Jurisdiction and failure to state a claim, by defendant Mattel Inc. (Filed 12-7-04)

Mattel v. Bryant Case - <u>CV 04-09059-SGL</u>
(2) MOTION to Dismiss first, second, third and fourth claims in the cross complaint, filed by counter defendant Mattel Inc. (Filed 11/23/2004)

Court hears oral argument and takes the matter under submission. Within three days of today's date the parties are to file an updated joint status report as discussed at today's oral argument. Thereafter, the matter will stand submitted and the Court will issue a written decision.

IT IS SO ORDERED.

MINUTES FORM 90                                          Initials of Deputy Clerk  jh        1/00
CIVIL -- GEN