**SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.    CV 04-09049 SGL(RNBx)                                Date: July 10, 2006

Title:    CARTER BRYANT -v- MATTEL, INC.
==================================================================

PRESENT:   HONORABLE STEPHEN G. LARSON, U.S. DISTRICT JUDGE

          Jim Holmes                              None Present
          Courtroom Deputy                        Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:

None present                              None present

PROCEEDINGS:   ORDER TO SHOW CAUSE WHY EXPERT WITNESS SHOULD NOT BE
               APPOINTED BY COURT; ORDER TO SUBMIT NOMINATIONS

    In light of Mattel's motion for appointment of expert witness, the Court, in conformity with Federal Rule of Evidence 706(a), hereby orders the party to show cause why expert witness(es) should not be appointed by the Court. The parties may submit upon their earlier-filed briefs in connection with the motion for appointment of expert witness as setting forth their respective positions regarding the order to show cause. The parties' response to the Court's order to show cause will be heard at the noticed hearing on Mattel's motion set for July 17, 2006, at 3:00 p.m. in Courtroom One.

    In conjunction therewith, the Court further orders the parties to jointly or separately submit to the Court by July 17, 2006, nominations for experts in the following categories: Questioned documents examination (also known as forensic document examination), ink chemistry analysis, and paper chemistry analysis.

    IT IS SO ORDERED.

DOCKETED ON CM
JUL 1 0 2006
BY _____ 075

MINUTES FORM 90                                   Initials of Deputy Clerk __jh____
CIVIL -- GEN                              1