FILED
AMENDED
P-Send

DOUGLAS A. WICKHAM, Bar No. CA 127268
KEITH A. JACOBY, Bar No. CA 150233
LITTLER MENDELSON
A Professional Corporation
2049 Century Park East, 5th Floor
Los Angeles, CA 90067.3107
Telephone: 310.553.0308
Facsimile: 310.553.5583
dwickham@littler.com
kjacoby@littler.com
Attorneys for
CARTER BRYANT

JOHN B. QUINN (BAR NO. 090378)
MICHAEL T. ZELLER (BAR NO. 196417)
JON D. COREY (BAR NO. 185066)
QUINN EMANUEL URQUHART OLIVER & HEDGES LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: 213.624.0643
Facsimile: 213.443.3100
johnquinn@quinnemanuel.com
michaelzeller@quinnemanuel.com
joncorey@quinnemanuel.com
Attorneys for
MATTEL, INC. (Additional Counsel on back page)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation,<br>Defendant. | Case No. CV 04-09049 SGL (RNBx)<br>(consolidated with CV 04-0959 and 05-02727)<br><br>STIPULATION AND [PROPOSED] ORDER RE: REQUEST FOR CONTINUANCE OF HEARING ON ORDER TO SHOW CAUSE WHY EXPERT WITNESS(ES) SHOULD NOT BE APPOINTED BY COURT |
| CONSOLIDATED WITH<br>MATTEL, INC. v. BRYANT and<br>MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Filing Deadline: July 17, 2006<br>Hearing Date: July 17, 2006<br>Hearing Time: 3:00 p.m.<br>Judge: Hon. Stephen G. Larson<br>Discovery Cut-Off: TBD<br>Pretrial Conference: TBD<br>Trial: TBD |

BY FAX

DOCKETED ON CM
JUL 17 2006

This stipulation pertains to the case originally captioned Mattel v. Bryant, CV 04-09059:

Plaintiff, Defendant and Counter-defendant Mattel, Inc. ("Mattel"), Plaintiff, Defendant and Counter-claimant Carter Bryant ("Bryant") and Plaintiff and Defendant In Intervention MGA Entertainment, Inc. ("MGA") hereby stipulate and agree, subject to Court approval, as follows:

WHEREAS Mattel filed a motion to have expert witnesses appointed by the Court in these consolidated actions, which was originally set for hearing on July 10, 2006;

WHEREAS the Court continued the hearing on this matter to July 17, 2006;

WHEREAS on July 10, 2006, the Court issued an Order to Show Cause why expert witnesses should not be appointed by the Court, and set that OSC for July 17, 2006 at 3:00 p.m.;

WHEREAS MGA and Bryant believe they require additional time to respond to this OSC, in light of evidence and argument presented by Mattel in their reply papers, filed on July 10, 2006;

WHEREAS the deposition of MGA Chief Executive Officer Isaac Larian is set to commence the next day, on July 18, 2006;

WHEREAS without agreeing with the reasons offered by MGA and Bryant for the requested continuance, Mattel is nevertheless agreeable as a matter of accommodation and courtesy to moving the hearing date to July 24, 2006 and only to July 24, 2006, provided that the Court is available on that date, and with the understanding that the hearing will not be continued from its current date of July 17, 2006 in the event that the Court is not available on July 24, 2006. This is without prejudice to Bryant and MGA's ability to apply *ex parte* for a continuance if that date is unavailable.

1

1  IT IS THEREFORE STIPULATED AND AGREED, subject to Court approval that
2  the hearing on the Order to Show Cause why expert witnesses should not be appointed
3  by the Court and Mattel's Motion for the Appointment of Expert Witnesses is
4  continued to July 24, 2006 at 3:00 p.m. All responses to the OSC shall be filed by July
5  21, 2006. This Stipulation shall be of no effect in the event that the Court is
6  unavailable on July 24, 2006.

[handwritten annotations: "Noon on" and "with a courtesy copy to chambers."]

Dated: July 13, 2006

_____
KEITH A. JACOBY
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
CARTER BRYANT

Dated: July 13, 2006

/s/ Michael T. Zeller
_____
MICHAEL T. ZELLER
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
Attorneys for Plaintiff
MATTEL, INC.

Dated: July 13, 2006

_____
DIANA M. TORRES
O'MELVENY & MYERS, LLP.
Attorneys for MGA
ENTERTAINMENT, INC.

ORDER

IT IS SO ORDERED.
DATED: 7-14-06

_____
UNITED STATES DISTRICT COURT JUDGE

2

IT IS THEREFORE STIPULATED AND AGREED, subject to Court approval that the hearing on the Order to Show Cause why expert witnesses should not be appointed by the Court and Mattel's Motion for the Appointment of Expert Witnesses is continued to July 24, 2006 at 3:00 p.m. All responses to the OSC shall be filed by July 21, 2006, with a courtesy copy to Chambers. This Stipulation shall be of no effect in the event that the Court is unavailable on July 24, 2006.

*Noon on 24th*

Dated: July 13, 2006

_____
KEITH A. JACOBY
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
CARTER BRYANT

Dated: July 13, 2006

_____
MICHAEL T. ZELLER
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
Attorneys for Plaintiff
MATTEL, INC.

Dated: July 13, 2006

_____
DIANA M. TORRES
O'MELVENY & MYERS, LLP.
Attorneys for MGA
ENTERTAINMENT, INC.

ORDER

IT IS SO ORDERED.
DATED: 7-14-06

_____
UNITED STATES DISTRICT COURT JUDGE

2

| | |
|---|---|
| 1 | DIANA M. TORRES, ESQ. Bar No. CA 162284 |
| | PAULA E. AMBROSINI, ESQ. |
| 2 | O'MELVENY & MYERS, LLP. |
| | 400 South Hope Street |
| 3 | Los Angeles, CA 90071 |
| | Telephone: 213.430.6000 |
| 4 | Facsimile: 213.430.6407 |
| | dtorres@omm.com |
| 5 | pambrosini@omm.com |
| 6 | DALE M. CENDALI, ESQ. |
| | O'MELVENY & MYERS, LLP. |
| 7 | 7 Times Square |
| | New York, NY 10036 |
| 8 | Telephone: 212.326.2000 |
| | Facsimile: 212.326.2061 |
| 9 | dcendali@omm.com |
| 10 | Attorneys for MGA Entertainment, Inc. |
| 12 | Firmwide:81298098.2 028307.1010 |

3