ORIGINAL

1  DIANA M. TORRES (S.B. #162284)
   PAULA E. AMBROSINI (S.B. #193126)
2  O'MELVENY & MYERS LLP
   400 South Hope Street
3  Los Angeles, CA 90071-2899
   Telephone: (213) 430-6000
4  Facsimile: (213) 430-6407
   Email: dtorres@omm.com
5
   DALE M. CENDALI (admitted *pro hac vice*)
6  O'MELVENY & MYERS LLP
   Times Square Tower, 7 Times Square
7  New York, New York 10036
   Telephone: (212) 326-2000
8  Facsimile: (212) 326-2061
   Attorneys for MGA Entertainment, Inc.
9
   DOUGLAS A. WICKHAM (S.B. #127268)
10 KEITH A. JACOBY (S.B. #150233)
   LITTLER MENDELSON
11 A Professional Corporation
   2049 Century Park East, 5th Floor
12 Los Angeles, CA 90067.3107
   Telephone: 310-553-0308
13 Facsimile: 310-553-5583
   Attorneys for Carter Bryant

14
                    **UNITED STATES DISTRICT COURT**
15
           **CENTRAL DISTRICT OF CALIFORNIA EASTERN DIVISION**
16
17 CARTER BRYANT, an individual,      | Case No. CV 04-09049 SGL (RNBx)
                                      | (consolidated with CV 04-9059 & 05-2727)
18              Plaintiff,            |
                                      | [PROPOSED] ORDER GRANTING
19       v.                           | CARTER BRYANT AND MGA
                                      | ENTERTAINMENT, INC'S
20 MATTEL, INC., a Delaware           | APPLICATION TO FILE UNDER
   Corporation,                       | SEAL ITS RESPONSE TO ORDER TO
21                                    | SHOW CAUSE REGARDING THE
                Defendant.            | APPOINTMENT OF EXPERT
22                                    | WITNESS(ES) AND SUPPORTING
                                      | DECLARATION
23
24 CONSOLIDATED WITH                  | Judge: Hon. Stephen G. Larson
                                      | Hearing Date: July 24, 2006
25 MATTEL, INC. v. BRYANT and         | Hearing Time: 3:00 p.m. 3:00 p.m.
                                      | Courtroom 1, Riverside
26 MGA ENTERTAINMENT, INC. v.         | Discovery Cut-Off: TBD
   MATTEL, INC.                       | Pretrial Conference: TBD
27                                    | Trial: TBD
28



DOCKETED ON CM
JUL 2 4 2006

CV 04-09049 SGL (RNBX)

## ORDER

Carter Bryant and MGA Entertainment, Inc. submitted its Application, pursuant to the Protective Order filed in this case and Local Rule 79-5.1, for an Order allowing it to file under seal their Response to Order to Show Cause Regarding the Appointment of Expert Witnesses and Supporting Declaration of Erich Speckin.

The Court being fully advised and good cause appearing therefore,

IT IS HEREBY ORDERED that this application is GRANTED and the Clerk of Court is hereby directed to file Carter Bryant and MGA Entertainment, Inc.'s Response to Order to Show Cause regarding the Appointment of Expert Witnesses and Supporting Declaration of Erich Speckin under seal.

DATED: 7-24-06.

HON. STEPHEN G. LARSON
JUDGE OF THE U.S. DISTRICT COURT

1.                                            CV 04-09049 SGL (RNBX)

Firmwide:81322464.1 028307.1010

LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

1.

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 2049 Century Park East, 5th Floor, Los Angeles, California 90067.3107. On July 21, 2006, I served the within document(s):

**[PROPOSED] ORDER GRANTING CARTER BRYANT AND MGA ENTERTAINMENT, INC'S APPLICATION TO FILE UNDER SEAL ITS RESPONSE TO ORDER TO SHOW CAUSE REGARDING THE APPOINTMENT OF EXPERT WITNESS(ES) AND SUPPORTING DECLARATION**

☒ This document was transmitted by using a facsimile machine that complies with California Rules of Court Rule 2003(3), telephone number 310.553.5583. The transmission was reported as complete and without error. The names and facsimile numbers of the person(s) served are as set forth below.

☒ by placing a true copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at Los Angeles, California addressed as set forth below.

Michael T. Zeller, Esq.
Quinn Emanuel Urquhart Oliver & Hedges LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Fax: (213) 443-3100

Diana M. Torres, Esq.
Paula Ambrosini, Esq.
O'Melveny & Myers LLP
400 S. Hope Street
Los Angeles, CA 90071
Fax: (213) 430-6407

Patricia L. Glaser
Christensen, Glaser, Fink, Jacobs, Weil & Shapiro
10250 Constellation Blvd.,
19th Floor
Los Angeles, CA 90067
Fax: (310) 556-2920

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

1  I am readily familiar with the firm's practice of collection and processing
2  correspondence for mailing and for shipping via overnight delivery service. Under
3  that practice it would be deposited with the U.S. Postal Service or if an overnight
4  delivery service shipment, deposited in an overnight delivery service pick-up box or
5  office on the same day with postage or fees thereon fully prepaid in the ordinary
6  course of business.

7  I declare under penalty of perjury under the laws of the State of
8  California that the above is true and correct. Executed on July 21, 2006, at Los
9  Angeles, California.

_____
Julie Contreras

Firmwide:81263189.1 028307.1010

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

PROOF OF SERVICE