Send

~~SCAN~~ ONLY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA 92501
CIVIL MINUTES -- GENERAL

Case No.  CV 04-09049 SGL(RNBx)  **(LEAD CASE)**　　　　Date: July 24, 2006

**AND RELATED ACTIONS**
*CV 04-09059 SGL(RNBx) Mattel Inc v. Bryant,
*CV 05-002727 SGL(RNBx) Mattel, Inc v. Carter Bryant

Title:　　CARTER BRYANT -v- MATTEL, INC.
========================================================================
PRESENT:　HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

　　　Jim Holmes　　　　　　　　　　　　　None Present
　　　Courtroom Deputy　　　　　　　　　　Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:　　ATTORNEYS PRESENT FOR DEFENDANTS:

Keith A. Jacoby　　　　　　　　　　　　　John B. Quinn

Intervenor Counsel by Dale M. Cendali

PROCEEDINGS:　Plaintiff & Counter-Defendant Mattel Inc's Motion for Appointment of Expert Witnesses

　　　Court hears oral argument and takes the matter under submission. The Court further directs the Clerk of Court to add Intervenor counsel Dale M. Cendali O'Melveny & Myers Citicorp Center, 153 East 53rd St, 54th Fl New York, NY 10022-4611, to this docket for service of notices and orders.

　　　IT IS SO ORDERED.



MINUTES FORM 90　　　　　　　　　　　　　　　　　Initials of Deputy Clerk __jh__
CIVIL -- GEN　　　　　　　　　Page 1　　　　　　　Time: 00/55