**SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA 92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.   CV 04-09049 SGL(RNBx)                    Date: September 26, 2006

Title:     CARTER BRYANT -v- MATTEL, INC.
===============================================================
PRESENT:  HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

Jim Holmes                                  None Present
Courtroom Deputy Clerk                      Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:           ATTORNEYS PRESENT FOR DEFENDANTS:

None present                                None present

PROCEEDINGS:    (IN CHAMBERS)
                ORDER DENYING MATTEL'S MOTION FOR CLARIFICATION

The Court has reviewed Mattel, Inc.'s motion for clarification of the Court's August 11, 2006 Order ("Order"), MGA Entertainment, Inc. and Carter Bryant's opposition thereto, and Mattel's reply. The October 2, 2006, hearing for the motion for clarification is **VACATED**. Given that the motion for clarification seeks to determine the Court's position on the basis of evidence that was not presented or before it at the time it made its decision, the motion for clarification is **DENIED**.

IT IS SO ORDERED.

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
Priority ✓    Send ✓
Entered       Closed
JS-5/JS-6     JS-2/JS-3 ✓
Scan Only     Docketed on CM ✓
___ THIS CONSTITUTES NOTICE OF
    ENTRY AS REQUIRED BY FRCP 77(d)

SEP 2 6 2006

EASTERN DIVISION
BY _____ DEPUTY

MINUTES FORM 90                                Initials of Deputy Clerk __jh__
CIVIL -- GEN                        1

#79