# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No. **CV 04-9049-SGL (RNBx)**    Date: **October 10, 2006**

Title: **Carter Bryant v. Mattel, Inc.**

================================================================

### DOCKET ENTRY

================================================================

PRESENT:

    HON. **ROBERT N. BLOCK,** UNITED STATES MAGISTRATE JUDGE

| Trina DeBose | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:
None present    None present

**PROCEEDINGS: (IN CHAMBERS)**

    In accordance with the protocol set forth in the Court's June 20, 2006 Minute Order, counsel for Mattel has advised the crd that counsel for Bryant and Mattel have been unable to agree on a mutually convenient date to meet and confer under the Court's auspices regarding their current unresolved discovery dispute(s). Accordingly, it is hereby ORDERED that lead counsel of record for Bryant and Mattel appear before the Court in person on **October 17, 2006, at 9:30 a.m.** for the purpose of meeting and conferring under the Court's auspices regarding their current unresolved discovery dispute(s). If, after meeting and conferring further under the Court's auspices, counsel still are unable to resolve all remaining issues in dispute, but the Court nevertheless is satisfied that counsel indeed have made a good faith effort to eliminate the necessity for hearing the motion or to eliminate as many of the disputes as possible, the Court will set dates for the preparation and filing of a Joint Stipulation in strict compliance with Local Rule 37-2.1.

    The crd is directed to serve courtesy copies of this Minute Order on counsel for Bryant and Mattel via fax, and to confirm telephonically their receipt of it.

cc:    Judge Larson

DOCKETED ON CM
OCT 11 2006
BY _____ 069

MINUTES FORM 11    Initials of Deputy Clerk
CIVIL-GEN