# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Scan

CIVIL MINUTES--GENERAL

Case No. **CV 04-9049-SGL (RNBx)**  Date: **October 12, 2006**

Title: **Carter Bryant v. Mattel, Inc.**

==========================================================

## DOCKET ENTRY

==========================================================

PRESENT:

HON. **ROBERT N. BLOCK**, UNITED STATES MAGISTRATE JUDGE

| Trina DeBose | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:
None present                          None present

**PROCEEDINGS: (IN CHAMBERS)**

In accordance with the parties' stipulation, the date for lead counsel of record for Bryant and Mattel to appear before the Court in person, for the purpose of meeting and conferring under the Court's auspices regarding their current unresolved discovery dispute(s), will now be **November 20, 2006, at 9:30 a.m.**

The crd is directed to serve courtesy copies of this Minute Order on counsel for Bryant and Mattel via fax, and to confirm telephonically their receipt of it.

cc:   Judge Larson

I hereby certify that this document was faxed to all counsel (or parties) at their respective, most recent fax number of record, in this action, on this date.
DATED: 10-13-06
J. DeBose
DEPUTY CLERK

DOCKETED ON CM
OCT 17 2006
BY ___ 178

MINUTES FORM 11                                Initials of Deputy Clerk
CIVIL-GEN