1  JOHN B. QUINN (S.B. #090378)
   johnquinn@quinnemanuel.com
2  MICHAEL T. ZELLER (S.B. #196417)
   michaelzeller@quinnemanuel.com
3  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   865 South Figueroa Street, 10th Floor
4  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
5  Facsimile: (213) 443-3100
   Attorneys for Mattel, Inc.
6
   DOUGLAS A. WICKHAM (S.B. #127268)
7  dwickham@littler.com
   KEITH A. JACOBY (S.B. #150233)
8  kjacoby@littler.com
   LITTLER MENDELSON
9  A Professional Corporation
   2049 Century Park East, 5th Floor
10 Los Angeles, CA 90067.3107
   Telephone: 310-553-0308
11 Facsimile: 310-553-5583
   Attorneys for Carter Bryant
12
   DIANA M. TORRES (S.B. #162284)
13 O'MELVENY & MYERS LLP
   400 South Hope Street
14 Los Angeles, CA 90071-2899
   Telephone: (213) 430-6000
15 Facsimile: (213) 430-6407
   Email: dtorres@omm.com
16 Attorney for: MGA Entertainment, Inc.



17              UNITED STATES DISTRICT COURT

18              CENTRAL DISTRICT OF CALIFORNIA

19 CARTER BRYANT, an individual,        | Case No. CV 04-09049 SGL (RNBx)
20         Plaintiff,                   | (consolidated with CV 04-9059 & 05-2727)
21    v.                                | ASSIGNED FOR ALL PURPOSES TO
22 MATTEL, INC., a Delaware             | HONORABLE STEPHEN G. LARSON
   Corporation,                         |
23                                      | DISCOVERY MATTER
24         Defendant.                   | [PROPOSED] JOINT STIPULATION
25                                      | AND PROPOSED ORDER VACATING
                                        | NOVEMBER 20, 2006 HEARING
26 AND RELATED ACTIONS.                 | Hearing Date: November 20, 2006
27                                      | Time: 9:30 a.m.
                                        | Courtroom: 6-D
28

STIPULATION VACATING NOV. 20, 2006
HEARING
CV 04-09049 SGL (RNBX)

1  Mattel, Inc. ("Mattel"), MGA Entertainment, Inc. ("MGA") Carter Bryant ("Bryant") hereby stipulate and agree, subject to approval of the Court, as follows:

WHEREAS Mattel previously requested a pre-motion meet and confer before Magistrate Judge Robert Block, in accordance with the Court's Order requiring a meeting of lead counsel before the Court before the filing of any discovery motion;

WHEREAS a hearing was set for November 20, 2006;

WHEREAS all parties have now reached an agreement to request the appointment of retired United States Magistrate Judge Edward Infante as a private discovery master to handle all future discovery disputes in these consolidated actions;

WHEREAS the parties need additional time to retain Judge Infante and to submit a Court Order to Judge Larson approving of the reference;

THE PARTIES HEREBY STIPULATE AND AGREE, subject to Court approval to take the November 20, 2006 hearing off calendar and to file the necessary papers seeking the reference within fourteen days.

**IT IS SO STIPULATED.**

DATE: 11/14/06

JOHN B. QUINN
MICHAEL T. ZELLER
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP

John B. Quinn /KAS via electronic authorization
Attorneys for Mattel, Inc.

1  DATE: 11/16/06

DOUGLAS A. WICKHAM
KEITH A. JACOBY
LITTLER MENDELSON
A Professional Corporation

_____
Keith A. Jacoby
Attorneys for Carter Bryant

6  DATE: 11/16/06

DIANA M. TORRES
O'MELVENY & MYERS LLP.

_____
Diana M. Torres           KAJ  per telephonic
Attorneys for MGA Entertainment    authorization

**IT IS SO ORDERED.**

13  DATE: 11/17/06

_____
Magistrate Judge Robert N. Block

16  Firmwide.81686491.2 028307.1010

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 2049 Century Park East, 5th Floor, Los Angeles, California 90067.3107. On November 16, 2006, I served the within document(s):

**[PROPOSED] JOINT STIPULATION AND PROPOSED ORDER VACATING NOVEMBER 20, 2006 HEARING**

[X] This document was transmitted by using a facsimile machine that complies with California Rules of Court Rule 2003(3), telephone number 310.553.5583. The transmission was reported as complete and without error. The names and facsimile numbers of the person(s) served are as set forth below.

[X] by placing a true copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at Los Angeles, California addressed as set forth below.

[ ] by depositing a true copy of the same enclosed in a sealed envelope, with delivery fees provided for, in an overnight delivery service pick up box or office designated for overnight delivery, and addressed as set forth below.

[ ] by personal service I caused such envelope to be delivered to **CORPORATE LEGAL SERVICES** for delivery to the address below.

| | |
|---|---|
| Michael T. Zeller, Esq. | Diana M. Torres, Esq. |
| B. Dylan Proctor, Esq. | Paula Ambrosini, Esq. |
| Quinn Emanuel Urquhart Oliver & Hedges LLP | O'Melveny & Myers LLP |
| 865 S. Figueroa Street, 10th Floor | 400 S. Hope Street |
| Los Angeles, CA 90017 | Los Angeles, CA 90071 |
| Fax: (213) 443-3100 | Fax: (213) 430-6407 |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing and for shipping via overnight delivery service. Under that practice it would be deposited with the U.S. Postal Service or if an overnight delivery service shipment, deposited in an overnight delivery service pick-up box or

LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

PROOF OF SERVICE

office on the same day with postage or fees thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on November 16, 2006, at Los Angeles, California.



Julie Contreras

Firmwide:81263189.1 028307.1010

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA 90067 3107
310 553 0308