1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   John B. Quinn (Bar No. 090378)
2  johnquinn@quinnemanuel.com
   Michael T. Zeller (Bar No. 196417)
3  (michaelzeller@quinnemanuel.com)
   Jon D. Corey (Bar No. 185066)
4  (joncorey@quinnemanuel.com)
   Duane R. Lyons (Bar No. 125091)
5  (duanelyons@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
6  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
7  Facsimile: (213) 443-3100

8  Attorneys for Plaintiff and Counter-
   Defendant Mattel, Inc.

9

10              UNITED STATES DISTRICT COURT

11            CENTRAL DISTRICT OF CALIFORNIA

12                   EASTERN DIVISION

13

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated With Case No. 04-9059 and Case No. 05-2727 |
| vs. | Hon. Stephen G. Larson |
| MATTEL, INC., a Delaware corporation, | MATTEL INC.'S NOTICE OF LODGING OF FIRST AMENDED COMPLAINT |
| Defendant. | Date:  January 8, 2007<br>Time:  10:00 a.m.<br>Place:  Courtroom 1 |
| | Discovery Cut-off:  None Set<br>Pre-trial Conference:  None Set<br>Trial Date:  None Set |

07934/2001673.1

NOTICE OF LODGING FIRST AMENDED COMPLAINT

1 | TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2 |       PLEASE TAKE NOTICE that pursuant to Local Rule 15-1, Plaintiff

3 | Mattel, Inc. hereby lodges its First Amended Complaint in this matter and a copy

4 | thereof.

5 |

6 | DATED:  November 20, 2006          QUINN EMANUEL URQUHART OLIVER &
                                       HEDGES, LLP
7 |

8 |                                    By _John B Quinn / HSE_____
9 |                                       John B. Quinn
                                          Attorneys for Plaintiff and Counter-
10 |                                      Defendant Mattel, Inc.

11 |

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

07934/2001673.1

-2-
NOTICE OF LODGING FIRST AMENDED COMPLAINT