| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
|   | John B. Quinn (Bar No. 090378) |
| 2 | johnquinn@quinnemanuel.com |
|   | Michael T. Zeller (Bar No. 196417) |
| 3 | (michaelzeller@quinnemanuel.com) |
|   | Jon D. Corey (Bar No. 185066) |
| 4 | (joncorey@quinnemanuel.com) |
|   | Duane R. Lyons (Bar No. 125091) |
| 5 | (duanelyons@quinnemanuel.com) |
|   | 865 South Figueroa Street, 10th Floor |
| 6 | Los Angeles, California 90017-2543 |
|   | Telephone: (213) 443-3000 |
| 7 | Facsimile:  (213) 443-3100 |
| 8 | Attorneys for Plaintiff and Counter-Defendant Mattel, Inc. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated With Case No. 04-9059 and Case No. 05-2727 |
| vs. | Hon. Stephen G. Larson |
| MATTEL, INC., a Delaware corporation, | MATTEL INC.'S APPLICATION TO FILE UNDER SEAL CERTAIN EXHIBITS TO THE DECLARATION OF JON D. COREY IN SUPPORT OF MATTEL, INC.'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT; AND |
| Defendant. | |
| | [PROPOSED] ORDER |
| | Date: January 8, 2007 |
| | Time: 10:00 a.m. |
| | Place: Courtroom 1 |
| | Discovery Cut-off: None Set |
| | Pre-trial Conference: None Set |
| | Trial Date: None Set |

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2  entered by the Court in this action, plaintiff and counter-defendant Mattel, Inc.
3  ("Mattel") hereby respectfully requests that the Court order Exhibits 11-16 to the
4  concurrently filed Declaration of Jon D. Corey in support of Mattel's Motion for
5  Leave to File an Amended Complaint filed under seal.

6  The Declaration attaches as exhibits documents that defendant Carter
7  Bryant and/or defendant-in-intervention MGA Entertainment, Inc. have designated
8  as "Confidential" and/or "Confidential--Attorneys' Eyes Only" pursuant to the
9  operative Protective Order. As Exhibits 11-16 to the Declaration consist of material
10 designated by either Carter Bryant or MGA Entertainment, Inc. as "Confidential" or
11 "Confidential--Attorneys' Eyes Only," Mattel requests that the Court order that the
12 those exhibits to the Declaration be filed under seal.

13 In the alternative, Mattel requests that the Court declare those exhibits
14 to the declaration to be outside the definitions of "Confidential" and "Confidential--
15 Attorneys' Eyes Only" as contained in the Stipulated Protective Order and order
16 them to be filed as part of the public record.

18 DATED: November 20, 2006        QUINN EMANUEL URQUHART OLIVER &
                                   HEDGES, LLP

20                                 By _____
21                                     John B. Quinn
                                       Attorneys for Plaintiff and Counter-
22                                     Defendant Mattel, Inc.

-2-

# [~~PROPOSED~~] ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Exhibits 11-16 to the Declaration of Jon D. Corey submitted in support of Mattel's Motion for Leave to File Amended Complaint, are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: 11/21/ , 2006

Hon. Stephen G. Larson
United States District Judge