**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA 92501
CIVIL MINUTES -- GENERAL

Case No.   CV 04-09049 SGL(RNBx)                              Date: December 1, 2006

Title:   CARTER BRYANT -v- MATTEL, INC.
==================================================================================
PRESENT:   HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

        Jim Holmes                                          None Present
        Courtroom Deputy Clerk                              Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

None present                                None present

PROCEEDINGS:   MINUTE ORDER (IN CHAMBERS) RE EX PARTE APPLICATION FOR AN
                ORDER STRIKING MATTEL'S MOTION FOR LEAVE TO AMEND AND ALL
                ACCOMPANYING DOCUMENTS, filed November 28, 2006

    On November 28, 2006, defendant MGA Entertainment filed an *ex parte* application to strike Mattel's motion for leave to amend and the motion's accompanying documents. On November 29, 2006, plaintiff Mattel filed its opposition. The Court, having reviewed all of the documents submitted in support of and in opposition to the application, hereby **DENIES** the application.

    Although Mattel's efforts to meet and confer pursuant to Local Rule 7-3 were hardly exemplary, the defects in their approach were not so great as to justify denial of the motion on that ground alone, particularly in light of the sophistication of counsel as well as each sides' longstanding understanding of the pertinent issues involved in this case generally and the instant motion in particular.

    Counsel are advised that, in the future, greater care should be taken to carefully follow the Local Rules and this Court's Standing Orders, and, given the tenor and substance of the arguments proffered in the papers, no counsel or party should take comfort in this Court's ruling on this particular application.

    **IT IS SO ORDERED.**

MINUTES FORM 90                                             Initials of Deputy Clerk
CIVIL -- GEN