1    QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
2      John B. Quinn (Bar No. 090378)
       (johnquinn@quinnemanuel.com)
       Michael T. Zeller (Bar No. 196417)
3      (michaelzeller@quinnemanuel.com)
       Jon D. Corey (Bar No. 185066)
4      (joncorey@quinnemnauel.com)
     865 South Figueroa Street, 10th Floor
5    Los Angeles, California 90017-2543
     Telephone: (213) 443-3000
6    Facsimile: (213) 443-3100

7    Attorneys for Mattel, Inc.

8    [Additional counsel listed on following page]

9

10                    UNITED STATES DISTRICT COURT

11                   CENTRAL DISTRICT OF CALIFORNIA

12   CARTER BRYANT, an individual,       )   Case No. CV 04-09049 SGL (RNBx)
                                         )
13                  Plaintiff,           )   Consolidated with
                                         )   Case No. CV 04-09059
14          v.                           )   Case No. CV 05-02727
                                         )
15   MATTEL, INC., a Delaware            )   STIPULATION FOR APPOINTMENT
     corporation,                        )   OF A DISCOVERY MASTER; AND
16                                       )
                    Defendant.           )   [PROPOSED] ORDER
17                                       )
                                         )   Discovery Cutoff Date: Not Set
18                                           Trial Date: Not Set

19

20

21

22

23

24

25

26

27

28

1   LITTLER MENDELSON
        Robert F. Millman (Bar No. 062152)
2       Douglas A. Wickham (Bar No. 127268)
        Keith A. Jacoby (Bar No. 150233)
3   2049 Century Park East, 5th Floor
    Los Angeles, California  90067-3107
4   Telephone:  (310) 553-0308
    Facsimile:   (310) 553-5583
5
    Attorneys for Carter Bryant
6
    O'MELVENY & MYERS LLP
7       Diana M. Torres (Bar No. 162284)
    400 S. Hope Street
8   Los Angeles, California  90017
    Telephone:  (213) 430-6000
9   Facsimile:   (213) 430-6407

10  O'MELVENY & MYERS LLP
        Dale Cendali
11  Times Square Tower
    7 Times Square
12  New York, NY 10036

13  CHRISTENSEN, GLASER, FINK, JACOBS WEIL & SHAPIRO, LLP
        Patricia Glaser (Bar No. 55668)
14  10250 Constellation Boulevard - 19th Floor
    Los Angeles, CA 90067
15  Telephone:  (310) 553-3000
    Facsimile:  (310) 556-2920
16
    Attorneys for MGA Entertainment, Inc.
17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION FOR APPOINTMENT OF A DISCOVERY
MASTER AND [PROPOSED] ORDER

1    WHEREAS, the parties are in agreement that a discovery master should be

2  appointed in this matter to resolve any discovery disputes and to minimize the

3  burden on the Court; and

4    WHEREAS, the parties have agreed upon a nominee, Hon. Edward A. Infante

5  (Ret.), and he has agreed to serve as a discovery master in this matter;

6    NOW, THEREFORE, to facilitate the fair and efficient completion of pre-

7  trial discovery, the parties Mattel, Inc. and Carter Bryant and MGA Entertainment,

8  Inc., by and through their respective counsel of record, hereby stipulate and agree as

9  follows:

10    1.    The Discovery Master shall be appointed to assure and provide cost-

11  effective discovery and to minimize the burden of discovery disputes upon the

12  Court.  Any and all discovery motions and other discovery disputes in the above

13  captioned action shall be decided by a master ("Discovery Master") pursuant to

14  Federal Rule of Civil Procedure 53.  Any motions currently pending before

15  Magistrate Judge Block shall be transferred to the Discovery Master.  The moving

16  party shall provide to the Discovery Master all papers associated with each pending

17  motion.

18    2.    The Discovery Master shall be Hon. Edward A. Infante (Ret.).  His

19  business address is: Two Embarcadero Center, Suite 1500, San Francisco, CA

20  94111.

21    3.    Judge Infante shall serve as the Discovery Master until all issues herein

22  have been finally disposed of or determined, or until he shall withdraw in

23  accordance with applicable law.  If at any time he becomes unable to serve as the

24  Discovery Master, the parties shall confer to present an alternative agreed-upon

25  designee to the Court.  In the event that the parties cannot agree to an alternate

26  designee, then the Court shall appoint a Discovery Master.

27    4.    The Discovery Master shall have the authority to set the date, time, and

28  place for all hearings determined by the Discovery Master to be necessary; to

STIPULATION FOR APPOINTMENT OF A DISCOVERY
MASTER AND [PROPOSED] ORDER

preside over hearings (whether telephonic or in-person); to take evidence in connection with discovery disputes; to issue orders resolving discovery motions submitted to the Discovery Master; to conduct telephonic conferences to resolve discovery disputes arising during depositions; to issue orders awarding non-contempt sanctions, including, without limitation, the award of attorney's fees, as provided by Rules 37 and 45; and to prepare, file and serve other orders, reports and recommendations, as appropriate.

5.     All discovery disputes shall be resolved by motion (except those arising during a deposition which the Discovery Master determines can be resolved by telephonic conference during the deposition).  The moving party shall first identify each dispute, state the relief sought, and identify the authority supporting the requested relief in a meet and confer letter that shall be served on all parties by facsimile or electronic mail.  The parties shall have five court days from the date of service of that letter to conduct an in-person conference to attempt to resolve the dispute.  If the dispute has not been resolved within five court days after such service, the moving party may seek relief from the Discovery Master by formal motion or letter brief, at the moving party's option.  The opposing party shall have five court days from the date of service of the motion or letter brief to submit a formal opposition or response.  Any reply brief or letter brief shall be served within three court days from the date of service of a formal opposition or response.  The hearing on the motion shall take place within five court days of the service of any reply brief or letter unless (a) the parties agree to another hearing date or agree that no hearing is necessary; (b) the Discovery Master determines that no hearing is necessary; or (c) the Discovery Master is not available, in which case the hearing shall take place on the Discovery Master's first available date.  The foregoing shall not prohibit (i) the parties from agreeing to alternate procedures, or (ii) a party from seeking the Discovery Master's immediate resolution of a dispute or resolution of a dispute upon shortened time upon a showing of good cause why a party would be

1 prejudiced absent prompt resolution. Service of any document by fax or electronic

2 mail prior to 6:00 p.m. shall constitute service on that day.

3     6.    The Discovery Master's orders resolving discovery disputes, reports, or

4 recommendations pursuant to Rule 53(e) or (f) shall be treated as rulings made by a

5 Magistrate Judge of the United States District Court. The Discovery Master shall

6 file each order, report, or recommendation pursuant to Rule 53(e) or (f) and serve

7 the parties within five court days of his/her decision on a matter.

8     7.    A court reporter shall transcribe any hearing or other proceeding before

9 the Discovery Master.

10     8.    The cost of any proceeding before the Discovery Master, including the

11 fees of the Discovery Master, the fees of court reporters who transcribe hearings or

12 other proceedings before the Discovery Master, and the fees of any other person

13 necessary to the efficient administration of the proceeding before the Discovery

14 Master, shall be paid one-half by Mattel, Inc., and one-half by MGA Entertainment,

15 Inc. and Carter Bryant unless, consistent with the Federal Rules of Civil Procedure,

16 the Discovery Master Orders otherwise. By agreeing to share costs among the

17 parties, no party waives its right to seek recovery or reimbursement for such costs

18 from any other party.

19     9.    The Discovery Master shall be compensated according to his regular

20 hourly rate of $750.

21     10.    Pursuant to Federal Rule of Civil Procedure 53(b)(2), the Discovery

22 Master shall proceed with all reasonable diligence.

23     11.    Based on an affidavit filed by Hon. Edward A. Infante pursuant to

24 28 U.S.C. § 455 and Federal Rule of Civil Procedure 53(b)(3), the parties are not

25 aware that he has a relationship to the parties, to counsel, to the action, or to the

26 Court that would require disqualification of a judge under 28 U.S.C. § 455, and

27 based thereon the parties expressly waive any ground for disqualification disclosed

28 therein of Hon. Edward A. Infante to serve as master in these proceedings.

1    12.    The Discovery Master shall not have ex parte communications with ~~the~~
2  ~~Court~~, a party or counsel.
3    13.    The Discovery Master shall preserve and maintain all documents and
4  materials submitted by the parties as well as all orders, reports, and
5  recommendations issued by the Discovery Master.  These documents, materials,
6  orders, reports and recommendations shall be the record of the Discovery Master's
7  activities, and shall be maintained in chronological order until the Discovery Master
8  is informed by the parties that all issues herein have been finally disposed of and
9  determined.
10    14.    The Discovery Master is hereby authorized to receive and consider
11  information and documents designated "CONFIDENTIAL" and "CONFIDENTIAL-
12  ATTORNEYS EYES ONLY" pursuant to the January 4, 2005 Stipulated Protective
13  Order.  The Discovery Master agrees to be bound by the January 4, 2005 Order.
14    15.    All third parties subject to discovery requests or deposition in this
15  litigation shall be bound by the terms of this Stipulation and Order.
16
17  Dated: November 22, 2006              O'MELVENY & MYERS LLP
18
19                                        By:
20                                           Diana Torres
                                           Attorneys for MGA Entertainment, Inc.
21
22  Dated:  November 29, 2006             LITTLER MENDELSON
23
24                                        By:
25                                           Douglas A. Wickham
                                           Attorneys for Carter Bryant
26
27
28

1  Dated: ~~November~~ December 4, , 2006          QUINN EMANUEL URQUHART
                                                   OLIVER & HEDGES, LLP

2

3                                                  By: Jon D. Corey
                                                       Jon D. Corey
4                                                      Attorneys for Mattel, Inc.

5

6                              **ORDER**

7        The foregoing Stipulation for Appointment of a Discovery Master is SO

8  ORDERED *as modified.*

9

10 Dated:  12-6-06.                                 S.G. Larson
                                                    Hon. Stephen G. Larson
11                                                  United States District Court Judge

12

13                     **CONSENT OF DISCOVERY MASTER**

14       If appointed by the Court, I, the undersigned, consent to serve as Discovery

15 Master in the above referenced proceeding consistent with this Order.

16

17

18 Dated:  12-5-06                                  Edward A. Infante
                                                    Hon. Edward A. Infante (Ret)
19

20

21

22

23

24

25

26

27

28

STIPULATION FOR APPOINTMENT OF A DISCOVERY
MASTER AND [PROPOSED] ORDER

# PROOF OF SERVICE
1013A(3) CCP Revised 5/1/88

1  **STATE OF CALIFORNIA )**
2  **COUNTY OF LOS ANGELES )**

3      I am employed in the county of Los Angeles  State of California.  I am over the age of 18 and not a party to the within action; my business address is: 865 South Figueroa Street, 10th Floor, Los Angeles, CA 90012.
4

5      On December 5, 2006, I served the foregoing document described as **STIPULATION FOR APPOINTMENT OF A DISCOVERY MASTER; AND [PROPOSED ORDER** on  all interested parties in this action.
6

7  **Keith A. Jacoby, Esq.**                    **Diana M. Torres, Esq.**
   **Douglas Wickham, Esq.**                    **O'Melveney & Meyers**
   **Littler Mendelson**                        400 S. Hope Street
8  **A Professional Corporation**               Los Angeles, CA 90071
   2049 Century Park East, 5th Floor            Phone: 213-430-6000
9  Los Angeles, California 90067-3107           **Fax: 213-430-6407**
   Phone: 310-553-0308
10 **Fax: 310-553-5583**

11

12 [ ]     By placing [ ] the original [X ] true copies thereof enclosed in sealed envelopes addressed as follows:
13

14 **[X]     BY MAIL**

15 [ ]     I deposited such envelope in the mail at Los Angeles, California.  The envelope was mailed with postage thereon fully prepaid.

16 [ ]     As follows:  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal
17         service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of the party served, service is
18         presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

19 [ ]     **BY TELECOPIER** By transmitting the above listed document(s) to the fax number(s)
20         set forth above on this date.

21 [ ]     **BY PERSONAL SERVICE** I delivered such envelope by hand to the addressee.

   Executed on December 5, 2006, at Los Angeles, California.
22

23 [ ]     (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

24 [X]     (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.
25

26
   Cheri Hatch
27 Print Name                            Signature

28