DIANA M. TORRES (S.B. #162284)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: dtorres@omm.com

DALE M. CENDALI (admitted *pro hac vice*)
O'MELVENY & MYERS LLP
Times Square Tower, 7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

PATRICIA GLASER (S.B. #55668)
CHRISTENSEN, GLASER, FINK,
JACOBS, WEIL & SHAPIRO, LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, CA 90067
Telephone: (310) 553-3000
Facsimile: (310) 557-9815

Attorneys for MGA Entertainment, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DISTRICT

| | |
|---|---|
| CARTER BRYANT, an individual,<br>Plaintiff,<br>v.<br>MATTEL, INC., a Delaware Corporation,<br>Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No. CV 04-09049 SGL (RNBx)<br>(consolidated with CV 04-9059 & 05-2727)<br><br>**APPLICATION AND [PROPOSED] ORDER TO FILE UNDER SEAL THE DECLARATION OF JAMES P. JENAL IN SUPPORT OF MGA'S *EX PARTE* APPLICATION SEEKING AN ORDER STRIKING MATTEL'S MOTION FOR LEAVE TO AMEND AND ALL ACCOMPANYING DOCUMENTS**<br><br>[L.R. 79-5.1]<br><br>Judge: Hon. Stephen G. Larson<br>Discovery Cut-Off: T.B.D. |

## APPLICATION TO FILE DOCUMENTS UNDER SEAL

Defendant MGA Entertainment, Inc. ("MGA") makes this Application to file under seal the Declaration of James P. Jenal in Support of MGA's *Ex Parte*

1  Application Seeking an Order Striking Mattel's Motion for Leave to Amend and all
2  Accompanying Documents ("Jenal Declaration") pursuant to Central District Local
3  Rule 79-5.1.
4      The declaration attaches excerpts from a deposition designated by Mattel as
5  "Confidential – Attorneys' Eyes Only," pursuant to the terms of the Protective
6  Order governing this case.
7
8  Dated:    November 28, 2006          O'MELVENY & MYERS LLP
9
10                                      By: _____
11                                          James P. Jenal
                                            Attorneys for Defendant
12                                          MGA ENTERTAINMENT, INC.
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LA2:817775.1                           - 1 -        APPLICATION AND [PROPOSED] ORDER TO
                                                    FILE UNDER SEAL THE JENAL DECLARATION

1   Based on the above application, and good cause appearing for the entry
2   thereof, IT IS HEREBY ORDERED that:

3

4   _X_ the application of MGA to file the Declaration of James P. Jenal in Support
5   of MGA's *Ex Parte* Application Seeking an Order Striking Mattel's Motion for
6   Leave to Amend and all Accompanying Documents is granted and said declaration
7   shall be filed under seal pursuant to the Stipulated Protective Order entered by this
8   Court.

9

10  or

11

12  ____ the application of MGA to file the Declaration of James P. Jenal in Support
13  of MGA's *Ex Parte* Application Seeking an Order Striking Mattel's Motion for
14  Leave to Amend and all Accompanying Documents is denied and said declaration
15  shall be filed as part of the public record.

16

17  Dated: 12-4-08.

                                            Hon. Stephen G. Larson
                                            United States District Judge