QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   John B. Quinn (Bar No. 090378)
   johnquinn@quinnemanuel.com
   Michael T. Zeller (Bar No. 196417)
   (michaelzeller@quinnemanuel.com)
   Jon D. Corey (Bar No. 185066)
   (joncorey@quinnemanuel.com)
   Duane R. Lyons (Bar No. 125091)
   (duanelyons@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Plaintiff and Counter-
Defendant Mattel, Inc.

FILED - EASTERN DIVISION
CLERK U.S. DISTRICT COURT

JAN  9 2007

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

Priority ____
Send ____
Enter ____
Closed ____
JS-5/JS-6 ____
JS-2/JS-3 ____
Scan Only ____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>        Plaintiff,<br><br>   vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>        Defendant.<br><br>AND CONSOLIDATED ACTIONS. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated With Case No. 04-9059 and Case No. 05-2727<br><br>Hon. Stephen G. Larson<br><br>MATTEL INC.'S APPLICATION TO FILE UNDER SEAL CERTAIN EXHIBITS TO THE DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MATTEL, INC.'S REPLY TO CARTER BRYANT'S AND MGA ENTERTAINMENT, INC.'S OPPOSITIONS TO MOTION FOR LEAVE TO FILE AMENDED COMPLAINT; AND<br><br>[PROPOSED] ORDER<br><br>Hearing Date:  January 8, 2007<br>Time:  10:00 a.m.<br>Place:  Courtroom 1<br><br>Discovery Cut-off:  None Set<br>Pre-trial Conference:  None Set<br>Trial Date:  None Set |

JAN - 9

07209/2025039.1

APPLICATION TO FILE UNDER SEAL

Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order entered by the Court in this action, plaintiff and counter-defendant Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order Exhibits 7-11, 13, 16 and 17 to the concurrently filed Declaration of Michael T. Zeller in support of Mattel's Reply to Carter Bryant's and MGA Entertainment, Inc.'s Oppositions to Motion for Leave to File an Amended Complaint filed under seal.

The Declaration attaches as exhibits documents and deposition transcripts that MGA and Bryant have designated as "Confidential" and/or "Confidential--Attorneys' Eyes Only" pursuant to the operative Protective Order.  In addition, the Declaration attaches as exhibits excerpts from deposition transcripts that Mattel has designated as "Confidential" and/or "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order.  As Exhibits 7-11, 13, 16 and 17 to the Declaration consist of material designated by the parties as "Confidential" or "Confidential--Attorneys' Eyes Only," Mattel requests that the Court order that those exhibits to the Declaration be filed under seal.

DATED:  December 28, 2006          QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP


By _____
    Michael T. Zeller
    Attorneys for Plaintiff and Counter-
    Defendant Mattel, Inc.

07209/2025039.1

-2-

# [~~PROPOSED~~] ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Exhibits 7-11, 13, 16 and 17 to the Declaration of Michael T. Zeller submitted in support of Mattel's Reply to Carter Bryant's and MGA Entertainment, Inc.'s Oppositions to Motion for Leave to File an Amended Complaint, are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: _____1/8_____, 2007

_____
Hon. Stephen G. Larson
United States District Judge

07209/2025039.1

APPLICATION TO FILE UNDER SEAL