LODGED

1  DIANA M. TORRES (S.B. #162284)
   O'MELVENY & MYERS LLP
2  400 South Hope Street
   Los Angeles, CA 90071-2899
3  Telephone: (213) 430-6000
   Facsimile: (213) 430-6407
4  Email: dtorres@omm.com

5  DALE M. CENDALI (admitted *pro hac vice*)
   O'MELVENY & MYERS LLP
6  Times Square Tower, 7 Times Square
   New York, New York 10036
7  Telephone: (212) 326-2000
   Facsimile: (212) 326-2061

8  PATRICIA GLASER (S.B. #55668)
   CHRISTENSEN, GLASER, FINK,
9  JACOBS, WEIL & SHAPIRO, LLP
   10250 Constellation Boulevard, 19th Floor
10 Los Angeles, CA 90067
   Telephone: (310) 553-3000
11 Facsimile: (310) 557-9815

12 Attorneys for MGA Entertainment, Inc.

13

FILED - EASTERN DIVISION
CLERK U.S. DISTRICT COURT
JAN 9 2007
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DISTRICT

| | |
|---|---|
| CARTER BRYANT, an individual,<br>Plaintiff,<br>v.<br>MATTEL, INC., a Delaware Corporation,<br>Defendant. | Case No. CV 04-09049 SGL (RNBx)<br>(consolidated with CV 04-9059 & 05-2727)<br><br>**APPLICATION AND [PROPOSED] ORDER TO FILE UNDER SEAL THE DECLARATION OF DIANA M. TORRES IN SUPPORT OF MGA ENTERTAINMENT, INC.'S OPPOSITION TO MATTEL'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT AND ALL ACCOMPANYING DOCUMENTS**<br><br>[L.R. 79-5.1] |
| CONSOLIDATED WITH<br>MATTEL, INC. v. BRYANT and<br>MGA ENTERTAINMENT, INC. v.<br>MATTEL, INC. | Judge: Hon. Stephen G. Larson<br>Discovery Cut-Off: T.B.D. |

JAN - 9

## APPLICATION TO FILE DOCUMENTS UNDER SEAL

LA2:819852.1

APPLICATION AND [PROPOSED] ORDER TO
FILE UNDER SEAL TORRES DECLARATION

1  Defendant MGA Entertainment, Inc. ("MGA") makes this Application to file
2  under seal the Declaration of Diana M. Torres in Support of MGA's Opposition to
3  Mattel's Motion For Leave to File an Amended Complaint And All Accompanying
4  Documents ("Torres Decl.") pursuant to Central District Local Rule 79-5.1.

5  The declaration attaches excerpts from depositions designated by Mattel as
6  "Confidential – Attorneys' Eyes Only," pursuant to the terms of the Protective
7  Order governing this case.

Dated:      December 21, 2006         O'MELVENY & MYERS LLP

                                      By: _____
                                          Diana M. Torres
                                      Attorneys for Defendant
                                      MGA ENTERTAINMENT, INC.

1      Based on the above application, and good cause appearing for the entry
2 thereof, IT IS HEREBY ORDERED that:

3

4    _X_ the application of MGA to file the Declaration of Diana M. Torres in
5 Support of MGA's Opposition to Mattel's Motion For Leave to File Amended
6 Complaint And All Accompanying Documents is granted and said declaration shall
7 be filed under seal pursuant to the Stipulated Protective Order entered by this Court.

8

9 or

10

11    ____ the application of MGA to file the Declaration of Diana M. Torres in
12 Support of MGA's Opposition to Mattel's Motion For Leave to File Amended
13 Complaint And All Accompanying Documents is denied and said declaration shall
14 be filed as part of the public record.

15

16 Dated: 1-8-07            _____
17                                                   Hon. Stephen G. Larson
18                                                   United States District Judge

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 400 South Hope Street, Los Angeles, California 90071-2899.

On December 21, 2006, I caused to be personally served the following documents:

1. **MGA ENTERTAINMENT, INC.'S OPPOSITION TO MATTEL'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT;**

2. **DECLARATION OF DIANA M. TORRES IN SUPPORT OF MGA ENTERTAINMENT, INC.'S OPPOSITION TO MATTEL'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT; and**

3. **APPLICATION AND [PROPOSED] ORDER TO FILE UNDER SEAL THE DECLARATION OF DIANA M. TORRES IN SUPPORT OF MGA ENTERTAINMENT, INC.'S OPPOSITION TO MATTEL'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT AND ALL ACCOMPANYING DOCUMENTS.**

upon counsel named below by placing a true and correct copy thereof in an envelope addressed as follows:

John Quinn, Esq.
Michael T. Zeller, Esq.
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
865 Figueroa Street, 10th Floor
Los Angeles, California 90017

[x] (By Personal Service) I prepared such envelope to be delivered by hand to the addressee(s) by Worldwide Network, Inc. Attorney Services, whose address is 350 South Figueroa Street, Suite 299, Los Angeles, California 90071.

[ ] (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[x] (Federal) I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed on December 21, 2006, at Los Angeles, California.

*/s/ Mary C. Layman*
Mary C. Layman

LA2:819853.1

## PROOF OF PERSONAL SERVICE

I am a citizen of the United States and employed in the County of Los Angeles, State of California, by Worldwide Network, Inc., whose address is 350 South Figueroa Street, Suite 299, Los Angeles, CA 90071. I am over the age of eighteen years and not a party to the within action. On December 21, 2006, I personally served the following:

1. **MGA ENTERTAINMENT, INC.'S OPPOSITION TO MATTEL'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT;**

2. **DECLARATION OF DIANA M. TORRES IN SUPPORT OF MGA ENTERTAINMENT, INC.'S OPPOSITION TO MATTEL'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT;**

3. **APPLICATION AND [PROPOSED] ORDER TO FILE UNDER SEAL THE DECLARATION OF DIANA M. TORRES IN SUPPORT OF MGA ENTERTAINMENT, INC.'S OPPOSITION TO MATTEL'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT AND ALL ACCOMPANYING DOCUMENTS**

by delivering a copy thereof to the office of the following, and either handing the copy to or leaving it with the _____ of the office thereof:

### Service List

John Quinn, Esq.
Michael T. Zeller, Esq.
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
865 Figueroa Street, 10th Floor
Los Angeles, California 90017

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on December 21, 2006, at Los Angeles, California.

SIGNATURE: _____

PRINTED NAME: _____

LA2 819850 1