# PRIORITY SEND

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA 92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.  CV 04-09049 SGL(RNBx)                    Date: January 9, 2007

Title:     CARTER BRYANT -v- MATTEL, INC.
================================================================
PRESENT:  HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

Jim Holmes                              None Present
Courtroom Deputy Clerk                  Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:       ATTORNEYS PRESENT FOR DEFENDANTS:

None present                            None present

PROCEEDINGS:   PLAINTIFF AND COUNTER-DEFENDANT MATTEL INC'S MOTION FOR
               LEAVE TO FILE AMENDED COMPLAINT (FILED 11/20/06)

Court hears oral argument and takes the matter under submission.

IT IS SO ORDERED.