QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
johnquinn@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
Duane R. Lyons (Bar No. 125091)
(duanelyons@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated With<br>Case No. 04-9059<br>Case No. 05-2727<br><br>**DISCOVERY MATTER**<br><br>[To Be Heard By Discovery Master Hon. Edward Infante (Ret.)]<br><br>MATTEL INC.'S APPLICATION TO FILE UNDER SEAL CERTAIN EXHIBITS TO THE DECLARATION OF JON D. COREY IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS AND THE DEPOSITION OF 30(B)(6) WITNESSES; AND [PROPOSED] ORDER<br><br>Hearing Date: January 25, 2007<br>Time: 9:00 am<br>Place: Telephonic<br><br>Discovery Cut-off: None Set<br>Pre-trial Conference: None Set<br>Trial Date: None Set |

1 | Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, plaintiff Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order Exhibits 5, 9 and 12 to the concurrently filed Declaration of Jon D. Corey in support of Plaintiff's Opposition to Defendants' Motion to Compel the Production of Documents and the Deposition of 30(b)(6) Witnesses filed under seal.

The Declaration attaches as exhibits documents that the parties have designated as "Confidential" and/or "Confidential--Attorneys' Eyes Only" pursuant to the operative Protective Order. As Exhibits 5, 9 and 12 to the Declaration consist of material designated by the parties as "Confidential" or "Confidential--Attorneys' Eyes Only," Mattel requests that the Court order that those exhibits to the Declaration be filed under seal.

DATED: January 17, 2007

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/
B. Dylan Proctor
Attorney for Plaintiff Mattel, Inc.

[PROPOSED] ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Exhibits 5, 9 and 12 to the Declaration of Jon D. Corey submitted in support of Mattel's Statement Of The Case are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: 1/18, 2007

Hon. Stephen G. Larson
United States District Judge

-3-