QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Duane R. Lyons (Bar No. 125091)
  (duanelyons@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Plaintiff Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
|---|---|
| Plaintiff, | Consolidated With<br>Case No. 04-9059<br>Case No. 05-2727 |
| vs. | |
| MATTEL, INC., a Delaware corporation, | **DISCOVERY MATTER**<br>[To Be Heard By Discovery Master Hon. Edward Infante (Ret.)] |
| Defendant. | |
| AND CONSOLIDATED ACTIONS. | MATTEL INC.'S APPLICATION TO FILE UNDER SEAL AN EXHIBIT TO THE DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS AND THE DEPOSITION OF 30(B)(6) WITNESSES; AND [PROPOSED] ORDER |
| | Hearing Date: January 25, 2007<br>Time: 9:00 am<br>Place: Telephonic |
| | Discovery Cut-off: None Set<br>Pre-trial Conference: None Set<br>Trial Date: None Set |

07209/2038035.1

APPLICATION TO FILE UNDER SEAL

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2  entered by the Court in this action, plaintiff Mattel, Inc. ("Mattel") hereby
3  respectfully requests that the Court order Exhibit 1 to the concurrently filed
4  Declaration of B. Dylan Proctor in support of Plaintiff's Opposition to Defendants'
5  Motion to Compel the Production of Documents and the Deposition of 30(b)(6)
6  Witnesses filed under seal.

7  The Declaration attaches as an exhibit documents that the parties have
8  designated as "Confidential" and/or "Confidential--Attorneys' Eyes Only" pursuant
9  to the operative Protective Order. As Exhibit 1 to the Declaration consists of
10 material designated by the parties as "Confidential" or "Confidential--Attorneys'
11 Eyes Only," Mattel requests that the Court order that exhibit to the Declaration be
12 filed under seal.

14 DATED: January 17, 2007           QUINN EMANUEL URQUHART OLIVER &
                                     HEDGES, LLP

                                     By _____
                                     B. Dylan Proctor
                                     Attorney for Plaintiff and Counter-
                                     Defendant Mattel, Inc.

07209/2038035.1 07209/26307.1

-2-

APPLICATION TO FILE UNDER SEAL

[PROPOSED] ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Exhibit 1 to the Declaration of B. Dylan Proctor submitted in support of Mattel's Statement Of The Case is ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: 1/18, 2007

_____
Hon. Stephen G. Larson
United States District Judge