QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Duane R. Lyons (Bar No. 125091)
  (duanelyons@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS. | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated With<br>Case No. 04-9059<br>Case No. 05-2727<br><br>**DISCOVERY MATTER**<br>**[To Be Heard By Discovery Master Hon. Edward Infante (Ret.)]**<br><br>MATTEL INC.'S APPLICATION TO FILE UNDER SEAL CERTAIN EXHIBITS TO THE DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MATTEL, INC.'S MOTION TO ENFORCE STIPULATION AND COMPEL BRYANT TO MAKE ORIGINAL DOCUMENTS AVAILABLE<br><br>Hearing Date: TBA<br>Time: TBA<br>Place: TBA<br><br>Discovery Cut-off: None Set<br>Pre-trial Conference: None Set<br>Trial Date: None Set |

07209/2038044.1

APPLICATION TO FILE UNDER SEAL

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2  entered by the Court in this action, plaintiff and counter-defendant Mattel, Inc.
3  ("Mattel") hereby respectfully requests that the Court order Exhibits 4, 8, 20 and 21
4  to the concurrently filed Declaration of Michael T. Zeller in support of Plaintiff's
5  Opposition to Defendants' Motion to Compel the Production of Documents and the
6  Deposition of 30(b)(6) Witnesses filed under seal.

7  The Declaration attaches as exhibits documents that MGA
8  Entertainment, Inc. ("MGA") and Carter Bryant ("Bryant") have designated as
9  "Confidential" and/or "Confidential--Attorneys' Eyes Only" pursuant to the
10 operative Protective Order. As Exhibits 4, 8, 20 and 21 to the Declaration consist of
11 material designated by MGA and Bryant as "Confidential" or "Confidential--
12 Attorneys' Eyes Only," Mattel requests that the Court order that those exhibits to the
13 Declaration be filed under seal. In the alternative, Mattel requests that the Court
14 declare those exhibits to the declaration to be outside the definitions of
15 "Confidential" and "Confidential--Attorneys' Eyes Only" as contained in the
16 Stipulated Protective Order and order them to be filed as part of the public record.

18 DATED: January 22, 2007        QUINN EMANUEL URQUHART OLIVER &
                                  HEDGES, LLP

                                  By /s/ Michael T. Zeller
                                  Michael T. Zeller
                                  Attorney for Plaintiff and Counter-
                                  Defendant Mattel, Inc.

[~~PROPOSED~~] ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Exhibits 4, 8, 20 and 21 to the Declaration of Michael T. Zeller submitted in support of Mattel's Statement Of The Case are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: January 23, 2007

~~Hon. Edward Infante (Ret.)~~
~~Discovery Master~~
**STEPHEN G. LARSON**
**UNITED STATES DISTRICT JUDGE**