1 | DALE M. CENDALI (admitted *pro hac vice*)
   | DIANA M. TORRES (S.B. #162284)
2 | JAMES P. JENAL (S.B. # 180190)
   | O'MELVENY & MYERS LLP
3 | 400 South Hope Street
   | Los Angeles, CA 90071-2899
4 | Telephone: (213) 430-6000
   | Facsimile: (213) 430-6407
5 | Email: jjenal@omm.com

6 | Attorneys for MGA Entertainment, Inc.

7 | DOUGLAS A. WICKHAM (S.B. #127268)
   | KEITH A. JACOBY (S.B. #150233)
8 | LITTLER MENDELSON
   | A Professional Corporation
9 | 2049 Century Park East, 5th Floor
   | Los Angeles, CA 90067.3107
10| Telephone: (310) 553-0308
   | Facsimile: (310) 553-5583

11

12| Attorneys for Carter Bryant

13| QUINN EMANUEL URQUHART OLIVER &
   | HEDGES, LLP
14| JOHN B. QUINN (S.B. #090378)
   | MICHAEL T. ZELLER (S.B. #196417)
15| JON D. COREY (S.B. #185066)
   | 865 South Figueroa Street - 10th Floor
16| Los Angeles, California 90017-2543
   | Telephone: (213) 443-3000
17| Facsimile: (213) 443-3100

18| Attorneys for Mattel, Inc.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, <br>        Plaintiff, <br>     v. <br> MATTEL, INC., a Delaware Corporation, <br>        Defendant. <br><br> CONSOLIDATED WITH <br> MATTEL, INC. v. BRYANT and <br> MGA ENTERTAINMENT, INC. v. <br> MATTEL, INC. | Case No. CV 04-09049 SGL (RNBx) <br> (consolidated with CV 04-9059 & 05-2727) <br><br> **STIPULATION FOR EXTENSION OF DATE TO RESPOND TO MATTEL'S AMENDED ANSWER AND COUNTERCLAIMS; AND** <br><br> **[~~PROPOSED~~] ORDER** |

ORIGINAL
Send

2007 JAN 26 PM 5: 21
FILED

DOCKETED ON C'
JAN 29 2007

174

STIPULATION FOR EXTENSION OF DATE
CV 04-09049 SGL (RNBX)

1    WHEREAS, Mattel, Inc. ("Mattel") served MGA Entertainment, Inc.

2  ("MGA"), Isaac Larian ("Mr. Larian") and Carter Bryant ("Mr. Bryant") with an

3  amended answer and counterclaims on January 12, 2007;

4    WHEREAS, the time for MGA and Mr. Bryant to respond to the amended

5  answer and counterclaims is currently January 29, 2007;

6    WHEREAS, the time for Mr. Larian to respond to the amended answer and

7  counterclaims is currently February 1, 2007;

8    WHEREAS, Mattel is agreeable to providing MGA, Mr. Larian and Mr.

9  Bryant an extension of 10 days through and including February 12, 2007 in which

10 to file their responsive pleading(s);

11   WHEREAS, this is the first request for an extension of time to respond to the

12 amended answer and counterclaims;

13   WHEREAS, the extension is not for purposes of delay, but to afford MGA,

14 Mr. Larian and Mr. Bryant additional time to prepare their responses to the

15 amended answer and counterclaims;

16   //

17   //

18   //

19   //

20   //

21   //

22   //

23   //

24   //

25   //

26   //

27   //

28

STIPULATION FOR EXTENSION OF DATE
CV 04-09049 SGL (RNBX)

1    NOW THEREFORE, Mattel, MGA, Mr. Larian and Mr. Bryant, by and

2  through their respective counsel of record, and subject to this Court's approval,

3  hereby stipulate and agree that the time for MGA, Mr. Larian and Mr. Bryant to

4  answer or otherwise respond to Mattel's amended answer and counterclaims shall

5  be extended 10 court days, up to and including February 12, 2007.

6    IT IS SO STIPULATED.

7

8

9    Dated: January 26, 2007          O'MELVENY & MYERS LLP

10

11                                     By: Diana M. Torres
                                       Attorneys for MGA Entertainment, Inc.

12

13   Dated: January 26, 2007          LITTLER MENDELSON

14

15                                     By: Keith A. Jacoby
                                       Attorneys for Carter Bryant

16

17   Dated: January 25, 2007          QUINN EMANUEL URQUHART
                                       OLIVER & HEDGES, LLP

18

19                                     By: Michael T. Zeller
                                       Attorneys for Mattel, Inc.

20

21

22

23

24

25

26

27

28

                                   - 3 -          STIPULATION FOR EXTENSION OF DATE
                                                   CV 04-09049 SGL (RNBX)

1

## <u>ORDER</u>

2

3      The foregoing stipulation to extend the dates by which MGA, Mr. Larian and

4   Mr. Bryant must answer or otherwise respond to Mattel's amended answer and

5   counterclaims through and including February 12, 2007, is SO ORDERED.

6

7

8   Dated: _/ - 2 / 0 7_                          _____

9                                                 Hon. Stephen G. Larson
                                                  United States District Court Judge
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION FOR EXTENSION OF DATE
CV 04-09049 SGL (RNBX)

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 400 South Hope Street, Los Angeles, California 90071-2899.

On January 26, 2007, I caused to be personally served the following document:

**STIPULATION FOR EXTENSION OF DATE TO RESPOND TO MATTEL'S AMENDED ANSWER AND COUNTERCLAIMS;**

**AND [PROPOSED] ORDER.**

upon counsel named below by placing a true and correct copy thereof in an envelope addressed as follows:

John Quinn, Esq.
Michael T. Zeller, Esq.
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
865 Figueroa Street, 10th Floor
Los Angeles, California  90017

☒ (By Personal Service) I prepared such envelope to be delivered by hand to the addressee(s) by Worldwide Network, Inc. Attorney Services, whose address is 350 South Figueroa Street, Suite 299, Los Angeles, California  90071.

☐ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal) I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed on January 26, 2007, at Los Angeles, California.

Mary C. Layman

LA2·811267.1

## PROOF OF PERSONAL SERVICE

I am a citizen of the United States and employed in the County of Los Angeles, State of California, by Worldwide Network, Inc., whose address is 350 South Figueroa Street, Suite 299, Los Angeles, CA 90071. I am over the age of eighteen years and not a party to the within action. On January 26, 2007, I personally served the following:

1. **STIPULATION FOR EXTENSION OF DATE TO RESPOND TO MATTEL'S AMENDED ANSWER AND COUNTERCLAIMS; AND**

2. **[PROPOSED] ORDER.**

by delivering a copy thereof to the office of the following, and either handing the copy to or leaving it with the _____ of the office thereof:

### Service List

**John Quinn, Esq.**
**Michael T. Zeller, Esq.**
**QUINN EMANUEL URQUHART**
**OLIVER & HEDGES, LLP**
**865 Figueroa Street, 10th Floor**
**Los Angeles, California  90017**

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on January 26, 2006, at Los Angeles, California.

SIGNATURE: _____

PRINTED NAME: _____

LA2:819850.1