Priority ✓
Send ✓
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
    John B. Quinn (Bar No. 090378)
2   johnquinn@quinnemanuel.com
    Michael T. Zeller (Bar No. 196417)
3   (michaelzeller@quinnemanuel.com)
    Jon D. Corey (Bar No. 185066)
4   (joncorey@quinnemanuel.com)
    Timothy L. Alger (Bar No. 160303)
5   (timalger@quinnemanuel.com)
    865 South Figueroa Street, 10th Floor
6   Los Angeles, California 90017-2543
    Telephone: (213) 443-3000
7   Facsimile:  (213) 443-3100

8  Attorneys for Plaintiff and Counter-
   Defendant Mattel, Inc.

FILED - EASTERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB - 5 2007

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

10                UNITED STATES DISTRICT COURT
11                CENTRAL DISTRICT OF CALIFORNIA          **BY FAX**
12                       EASTERN DIVISION

13  CARTER BRYANT, an individual,    | CASE NO. CV 04-9049 SGL (RNBx)
14                                   | Consolidated with
             Plaintiff,
15                                   | Case No. CV 04-09059
         vs.                         | Case No. CV 05-02727
16
    MATTEL, INC., a Delaware         | Hon. Stephen G. Larson
17  corporation,
                                     | MATTEL, INC.'S APPLICATION TO
18           Defendant.              | FILE UNDER SEAL CERTAIN
                                     | EXHIBITS OF THE DECLARATION
19  AND CONSOLIDATED ACTIONS         | OF MICHAEL T. ZELLER IN
                                     | SUPPORT OF MATTEL, INC.'S
20                                   | PORTIONS OF RULE 26(F) REPORT;
                                     | AND
21
                                     | [PROPOSED] ORDER
22
                                     | Discovery Cut-off: None Set
23                                   | Pre-trial Conference: None Set
                                     | Trial Date: None Set
24

25
                                                    DOCKETED
26
                                                    FEB - 1 2007
27

28

209/2051407.1
                                      11915355 tif - 2/5/2007 3 42 44 APPLICATION TO FILE UNDER SEAL

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2  entered by the Court in this action, plaintiff and counter-defendant Mattel, Inc.
3  ("Mattel") hereby respectfully requests that the Court order Exhibits 2, 12-22, 35-37,
4  41-42 and 44 to the concurrently filed Declaration of Michael T. Zeller in support of
5  Mattel's Portions of Rule 26(f) Report filed under seal.
6  The Declaration attaches as exhibits documents that Carter Bryant
7  and/or MGA Entertainment, Inc. have designated as "Confidential" and/or
8  "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order. As Exhibits
9  2, 12-22, 35-37, 41-42 and 44 to the Declaration consist of materials designated by
10 either Carter Bryant or MGA Entertainment, Inc. as "Confidential" and/or
11 "Confidential--Attorneys' Eyes Only," Mattel requests that the Court order that the
12 those exhibits to the Declaration be filed under seal.
13 In the alternative, Mattel requests that the Court declare those exhibits
14 to the declaration to be outside the definitions of "Confidential" and "Confidential--
15 Attorneys' Eyes Only" as contained in the Stipulated Protective Order and order
16 them to be filed as part of the public record.
17
18 DATED: February 5, 2007    QUINN EMANUEL URQUHART OLIVER &
                                HEDGES, LLP
19
20                              By _____
21                                 Michael T. Zeller
                                   Attorneys for Plaintiff and Counter-
22                                 Defendant
                                   Mattel, Inc.
23
24
25
26
27
28

-2-

APPLICATION TO FILE UNDER SEAL

# [PROPOSED] ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Exhibits 2, 12-22, 35-37, 41-42 and 44 to the Declaration of Michael T. Zeller submitted in support of Mattel's Portions of Rule 26(f) Report, are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: 2/5/07   , 2007   _____
Hon. Stephen G. Larson
United States District Judge