O'MELVENY & MYERS LLP
400 South Hope Street
18th Floor
Los Angeles, California 90071-2899
Phone 213 430 6000
px 213 430 6407
dtorres a omm.com

2007 FEB 13 PM 2:21

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NUMBER<br>CV 04-09049 SGL (RNBx)<br>(consolidated with CV 04-9059 & 05-2727) |
| Plaintiff, | |
| v. | *order*<br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE |
| MATTEL, INC., a Delaware Corporation, | |
| Defendant. | Priority<br>Send<br>Enter<br>Closed<br>JS-6<br>JS-3<br>in Only |
| CONSOLIDATED WITH MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | |

The Court, having reviewed the accompanying Application of Johanna Schmitt of O'Melveny & Myers LLP for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff   ☐ Defendant MGA ENTERTAINMENT, INC.
and the designation of Diana Torres of O'Melveny & Myers LLP as local counsel, hereby **ORDERS** the Application be:

☒ **GRANTED**

☐ DENIED. Fee, if paid, shall be returned by the Clerk.

Dated   2-13-07

U.S. District Judge/U.S. Magistrate Judge

**STEPHEN G. LARSON**
**UNITED STATES DISTRICT JUDGE**

DOCKETED ON CM
FEB 15 2007
BY

G-64 ORDER (06/05)   ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE

# PROOF OF SERVICE

I, Mila D. Sucgang, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 400 South Hope Street, Los Angeles, California 90071-2899. On February 13, 2007, I served the within document:

ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE

[X] I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, correspondence collected from me would be processed on the same day, with postage thereon fully prepaid and placed for deposit that day with the United States Postal Service. I served the above document by putting a true and correct copy thereof in a sealed envelope, with postage fully prepaid, and placing the envelope for collection and mailing today with the United States Postal Service in accordance with the firm's ordinary business practices, addressed below.

Michael T. Zeller, Esq.
Jon D. Corey, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
michaelzeller@quinnemanuel.com

| | |
|---|---|
| Douglas A. Wickham, Esq. | Patricia Glaser, Esq. |
| Keith A. Jacoby, Esq. | Christensen, Glaser, Fink, Jacol |
| Littler Mendelson, P.C. | Weil & Shapiro, LLP |
| 2049 Century Park East | 10250 Constellation Blvd. |
| Fifth Floor | 19th Floor |
| Los Angeles, CA 90067 | Los Angeles, CA 90067 |

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on February 13, 2007, at Los Angeles, California.

_____
Mila D. Sucgang