1  (COUNSEL LISTED ON FOLLOWING PAGE)

**ORIGINAL**

FEB 1 5 2007

Priority ___
Send
Enter
Closed ___
JS-5/JS ___
JS-2/JS- ___
Scan Only

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

CARTER BRYANT, an individual,

        Plaintiff,

    v.

MATTEL, INC., a Delaware Corporation,

        Defendant.

CONSOLIDATED WITH
MATTEL, INC. v. BRYANT and
MGA ENTERTAINMENT, INC. v.
MATTEL, INC.

Case No.  CV 04-09049 SGL (RNBx)
(consolidated with CV 04-9059 & 05-2727)

HONORABLE STEPHEN G. LARSON

**STIPULATION AND [PROPOSED] ORDER RE REQUEST TO EXTEND DEADLINE WITHIN WHICH TO FILE A MOTION FOR REVIEW OF AND/OR OBJECTIONS TO THE DISCOVERY SPECIAL MASTER'S ORDER**

**[FED. R. CIV. PROC. 6, 26(C), 53(G), 59, AND 72]**

ON CM
FEB 1 5 2007

200

DOUGLAS A. WICKHAM (S.B. #127268)
dwickham@littler.com
KEITH A. JACOBY (S.B. #150233)
kjacoby@littler.com
LITTLER MENDELSON
A Professional Corporation
2049 Century Park East, 5th Floor
Los Angeles, CA 90067.3107
Telephone: (310) 553-0308
Facsimile: (310) 553-5583

Attorneys for CARTER BRYANT

DIANA M. TORRES (S.B. #162284)
dtorres@omm.com
JAMES P. JENAL (S.B. #180190)
jjenal@omm.com
O'MELVENY & MEYERS LLP
400 South Hope Street
Los Angeles, CA 90071.2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

PATRICIA GLASER (S.B. #55668)
CHRISTENSEN, GLASER, FINK,
JACOBS, WEIL & SHAPIRO, LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, CA 90067
Telephone: (310) 553-3000
Facsimile: (310) 557-9815

Attorneys for MGA ENTERTAINMENT,
INC.

JOHN B. QUINN, Bar No. CA 90378
MICHAEL T. ZELLER, Bar No. CA 194617
QUINN EMANUEL URQUHART OLIVER
& HEDGES, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017.2543
Telephone: 213.443.3000
Facsimile: 213.443.3100

Attorneys for MATTEL, INC.

2.

1       **WHEREAS**, on January 24, 2007, Mattel, Inc.'s ("Mattel") Motion to Compel

2   Carter Bryant ("Bryant") to Produce Documents ("Motion to Compel") was heard by

3   Discovery Master Infante;

4       **WHEREAS**, on January 25, 2007, Discovery Master Infante issued an Order

5   granting Mattel's Motion to Compel (the "Order");

6       **WHEREAS**, presently, the deadline by which objections to and/or a motion for

7   reconsideration of the Order must be filed is February 8, 2007;

8       **WHEREAS**, the parties have been engaging in discussions regarding Bryant's

9   proposal to modify the Order with regard to a subset of documents and to modify the

10   timing of the production and the handling of such materials;

11       **WHEREAS**, the parties believe that the issues likely to be addressed at the

12   February 12, 2007 Scheduling Conference may influence their views of the practical

13   aspects of Bryant's current proposal and therefore seek to resume their discussions

14   regarding Bryant's proposed modification to the Order after the February 12th

15   Scheduling Conference and the parties are agreeable to a brief extension of the due

16   date for any motion relating to the Order.  However, in so stipulating, Mattel expressly

17   reserves all of its rights and objections to any such motion, does not concede or agree

18   that any such motion is proper, and does not waive its right to contend that Bryant

19   and/or MGA waived any and all rights to raise or assert any such issues in any motion

20   to be filed with this Court or Discovery Master Infante;

21       **THEREFORE**, to allow the parties to continue to meet and confer regarding

22   Bryant's proposal and to potentially avoid the need for Bryant to file objections to and

23   a motion under Fed. R. Civ. Proc. 53(g) and 72 and/or a motion for reconsideration

24   and/or for a further protective order under Fed. R. Civ. Proc. 26(c) and/or 59, subject

25   to approval of the Court, the parties, by and through their counsel of record herein,

26   stipulate and agree that the time within which to file any objections and any motion

27   //

28   //

1  relating to the Order and/or a motion for reconsideration and/or a motion for a further

2  protective order is and shall be extended up to and including February 16, 2007.

3       **SO STIPULATED**.

4

5  Dated: February 8 , 2007

6                         DOUGLAS A. WICKHAM

7                         LITTLER MENDELSON
                       A Professional Corporation

8                         Attorneys for CARTER BRYANT

9  Dated: February 8 , 2007

10                         DIANA M. TORRES

11                         O'MELVENY & MYERS, LLP
                       A Professional Corporation

12                         Attorneys MGA ENTERTAINMENT,
                                 INC.

13  Dated: February 8 , 2007

14                         MICHAEL T. ZELLER

15                         QUINN EMANUEL URQUHART
                         OVER & HEDGES, LLP

16                         Attorneys for MATTEL, INC.

17                   **ORDER**

18       Upon Stipulation of the Parties and GOOD CAUSE appearing therefor, it

19  is hereby **SO ORDERED**.

20

21  DATED: _2/12_ , 2007

22                HON. STEPHEN G. LARSON

22                    STEPHEN G. LARSON

23               UNITED STATES DISTRICT JUDGE

24  Firmwide 82017160 3 028307.1010

25

26

27

28

                     2.

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 2049 Century Park East, 5th Floor, Los Angeles, California 90067.3107.

On February 8, 2007, I served the within document(s):

**STIPULATION AND [PROPOSED] ORDER RE REQUEST TO EXTEND DEADLINE WITHIN WHICH TO FILE A MOTION FOR REVIEW OF AND/OR OBJECTIONS TO THE DISCOVERY SPECIAL MASTER'S ORDER**

**[FED. R. CIV. PROC. 6, 26(C), 53(G), 59, AND 72]**

    ☒    This document was transmitted by using a facsimile machine that complies with California Rules of Court Rule 2003(3), telephone number 310.553.5583. The transmission was reported as complete and without error. The names and facsimile numbers of the person(s) served are as set forth below.

    ☒    by placing a true copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at Los Angeles, California addressed as set forth below.

| | |
|---|---|
| **Michael T. Zeller, Esq.** | **Diana M. Torres, Esq.** |
| **B. Dylan Proctor, Esq.** | **James Jenal, Esq.** |
| **Quinn Emanuel Urquhart Oliver &** | **O'Melveny & Myers LLP** |
| **Hedges LLP** | **400 S. Hope Street** |
| **865 S. Figueroa Street, 10th Floor** | **Los Angeles, CA 90071** |
| **Los Angeles, CA 90017** | **Fax: (213) 430-6407** |
| **Fax: (213) 443-3100** | |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing and for shipping via overnight delivery service. Under that practice it would be deposited with the U.S. Postal Service or if an overnight delivery service shipment, deposited in an overnight delivery service pick-up box or office on the same day with postage or fees thereon fully prepaid in the ordinary course of business.

1    I declare under penalty of perjury under the laws of the United States of

2    America that the above is true and correct.

3         Executed on February 8, 2007, at Los Angeles, California.

4

5                                    _Chele Moore_

6                                    Chele Moore

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4.