(COUNSEL LISTED ON FOLLOWING PAGE)

**ORIGINAL**

FILED
CLERK U.S.D.S.

FEB 20 2007

CENTRAL DISTRICT
BY

Priority Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation,<br><br>Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No. CV 04-09049 SGL (RNBx)<br>(consolidated with CV 04-9059 & 05-2727)<br><br>HONORABLE STEPHEN G. LARSON<br><br>**SECOND STIPULATION AND [PROPOSED] ORDER RE REQUEST TO EXTEND DEADLINE WITHIN WHICH TO FILE A MOTION FOR REVIEW OF AND/OR OBJECTIONS TO THE DISCOVERY SPECIAL MASTER'S ORDER**<br><br>[FED. R. CIV. PROC. 6, 26(C), 53(G), 59, AND 72] |

FEB 21 2007

| | |
|---|---|
| 1 | |
| 2 | DOUGLAS A. WICKHAM (S.B. #127268)<br>dwickham@littler.com |
| 3 | KEITH A. JACOBY (S.B. #150233)<br>kjacoby@littler.com |
| 4 | LITTLER MENDELSON<br>A Professional Corporation |
| 5 | 2049 Century Park East, 5th Floor<br>Los Angeles, CA 90067.3107 |
| 6 | Telephone: (310) 553-0308<br>Facsimile: (310) 553-5583 |
| 7 | Attorneys for CARTER BRYANT |
| 8 | DIANA M. TORRES (S.B. #162284)<br>dtorres@omm.com |
| 9 | JAMES P. JENAL (S.B. #180190)<br>jjenal@omm.com |
| 10 | O'MELVENY & MEYERS LLP<br>400 South Hope Street |
| 11 | Los Angeles, CA 90071.2899<br>Telephone: (213) 430-6000 |
| 12 | Facsimile: (213) 430-6407 |
| 13 | PATRICIA GLASER (S.B. #55668)<br>CHRISTENSEN, GLASER, FINK, |
| 14 | JACOBS, WEIL & SHAPIRO, LLP<br>10250 Constellation Boulevard, 19th Floor |
| 15 | Los Angeles, CA 90067<br>Telephone: (310) 553-3000 |
| 16 | Facsimile: (310) 557-9815 |
| 17 | Attorneys for MGA ENTERTAINMENT, INC. |
| 18 | JOHN B. QUINN, Bar No. CA 90378<br>MICHAEL T. ZELLER, Bar No. CA 194617 |
| 19 | QUINN EMANUEL URQUHART OLIVER<br>& HEDGES, LLP |
| 20 | 865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017.2543 |
| 21 | Telephone: 213.443.3000<br>Facsimile: 213.443.3100 |
| 22 | |
| 23 | Attorneys for MATTEL, INC. |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

1   **WHEREAS**, on January 24, 2007, Mattel, Inc.'s ("Mattel") Motion to Compel
2   Carter Bryant ("Bryant") to Produce Documents ("Motion to Compel") was heard by
3   Discovery Master Infante;

4   **WHEREAS**, on January 25, 2007, Discovery Master Infante issued an Order
5   granting Mattel's Motion to Compel (the "Order");

6   **WHEREAS**, presently, the deadline by which objections to and/or a motion for
7   reconsideration of the Order must be filed is February 16, 2007, extended by prior
8   stipulation of the parties that was approved by and entered as an order of this Court
9   from the original deadline of February 8, 2007;

10  **WHEREAS**, pursuant to a meet and confer request by Bryant in connection
11  with potential objections to and/or a motion concerning an aspect of the Order, the
12  parties have been engaged in discussions regarding Bryant's proposal with regard to
13  the handling of a subset of documents that are the subject of the Order and believe
14  they have reached an agreement in principle on that matter;

15  **WHEREAS**, the parties believe that they will be able to finalize and document
16  their potential agreement by or on February 21, 2007, and are agreeable to a brief
17  extension of the due date for any motion relating to the Order to and including
18  February 21, 2007. However, in so stipulating, Mattel expressly reserves all of its
19  rights and objections to any such motion, does not concede or agree that any such
20  motion is proper, and does not waive its right to contend that Bryant and/or MGA
21  waived any and all rights to raise or assert any such issues in any motion to be filed
22  with this Court or Discovery Master Infante;

23  **THEREFORE**, to allow the parties to finalize and document their potential
24  agreement and to potentially avoid the need for Bryant to file objections to and a
25  motion under Fed. R. Civ. Proc. 53(g) and 72 and/or a motion for reconsideration
26  and/or for a further protective order under Fed. R. Civ. Proc. 26(c) and/or 59, subject
27  to approval of the Court, the parties, by and through their counsel of record herein,
28  stipulate and agree that the time within which to file any objections and any motion

1.

relating to the Order and/or a motion for reconsideration and/or a motion for a further protective order is and shall be extended up to and including February 21, 2007.

**SO STIPULATED.**

Dated: February 16, 2007

_____
DOUGLAS A. WICKHAM
LITTLER MENDELSON
A Professional Corporation
Attorneys for CARTER BRYANT

Dated: February 16, 2007

_____
DIANA M. TORRES
O'MELVENY & MYERS, LLP
A Professional Corporation
Attorneys MGA ENTERTAINMENT, INC.

Dated: February 16, 2007

_____
MICHAEL T. ZELLER
QUINN EMANUEL URQUHART OVER & HEDGES, LLP
Attorneys for MATTEL, INC.

## ORDER

Upon Stipulation of the Parties and GOOD CAUSE appearing therefor, it is hereby **SO ORDERED**.

DATED: 2/20, 2007

_____
HON. STEPHEN G. LARSON

Firmwide.82051674 2 028307.1010

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 2049 Century Park East, 5th Floor, Los Angeles, California 90067.3107.

On February 16, 2007, I served the within document(s):

**SECOND STIPULATION AND [PROPOSED] ORDER RE REQUEST TO EXTEND DEADLINE WITHIN WHICH TO FILE A MOTION FOR REVIEW OF AND/OR OBJECTIONS TO THE DISCOVERY SPECIAL MASTER'S ORDER**

☒ by placing a true copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at Los Angeles, California addressed as set forth below.

| | |
|---|---|
| **Michael T. Zeller, Esq.** | **Diana M. Torres, Esq.** |
| **B. Dylan Proctor, Esq.** | **James Jenal, Esq.** |
| **Quinn Emanuel Urquhart Oliver & Hedges LLP** | **O'Melveny & Myers LLP** |
| **865 S. Figueroa Street, 10th Floor** | **400 S. Hope Street** |
| **Los Angeles, CA 90017** | **Los Angeles, CA 90071** |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing and for shipping via overnight delivery service. Under that practice it would be deposited with the U.S. Postal Service or if an overnight delivery service shipment, deposited in an overnight delivery service pick-up box or office on the same day with postage or fees thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on February 16, 2007, at Los Angeles, California.

*Chele' Moore* (signature)

Chele' Moore

Firmwide.81263189.2 028307.1010

LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308