1 (COUNSEL LISTED ON FOLLOWING PAGE)

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

BY FAX

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation,<br><br>Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No. CV 04-09049 SGL (RNBx)<br>(consolidated with CV 04-9059 & 05-2727)<br><br>HONORABLE STEPHEN G. LARSON<br><br>**THIRD STIPULATION AND [PROPOSED] ORDER RE REQUEST TO EXTEND DEADLINE WITHIN WHICH TO FILE A MOTION FOR REVIEW OF AND/OR OBJECTIONS TO THE DISCOVERY SPECIAL MASTER'S ORDER**<br><br>[FED. R. CIV. PROC. 6, 26(C), 53(G), 59, AND 72] |

07209/2060205.1

ORIGINAL

FEB 23 2007

| | |
|---|---|
| 1 | |
| 2 | DOUGLAS A. WICKHAM (S.B. #127268)<br>dwickham@littler.com |
| 3 | KEITH A. JACOBY (S.B. #150233)<br>kjacoby@littler.com |
| 4 | LITTLER MENDELSON<br>A Professional Corporation |
| 5 | 2049 Century Park East, 5th Floor<br>Los Angeles, CA 90067.3107 |
| 6 | Telephone: (310) 553-0308<br>Facsimile: (310) 553-5583 |
| 7 | Attorneys for CARTER BRYANT |
| 8 | DIANA M. TORRES (S.B. #162284)<br>dtorres@omm.com |
| 9 | JAMES P. JENAL (S.B. #180190)<br>jjenal@omm.com |
| 10 | O'MELVENY & MEYERS LLP<br>400 South Hope Street |
| 11 | Los Angeles, CA 90071.2899<br>Telephone: (213) 430-6000 |
| 12 | Facsimile: (213) 430-6407 |
| 13 | PATRICIA GLASER (S.B. #55668)<br>CHRISTENSEN, GLASER, FINK, |
| 14 | JACOBS, WEIL & SHAPIRO, LLP<br>10250 Constellation Boulevard, 19th Floor |
| 15 | Los Angeles, CA 90067<br>Telephone: (310) 553-3000 |
| 16 | Facsimile: (310) 557-9815 |
| 17 | Attorneys for MGA ENTERTAINMENT, INC. |
| 18 | JOHN B. QUINN, Bar No. CA 90378 |
| 19 | MICHAEL T. ZELLER, Bar No. CA 194617<br>QUINN EMANUEL URQUHART OLIVER |
| 20 | & HEDGES, LLP<br>865 South Figueroa Street, 10th Floor |
| 21 | Los Angeles, CA 90017.2543<br>Telephone: 213.443.3000 |
| 22 | Facsimile: 213.443.3100 |
| 23 | Attorneys for MATTEL, INC. |

1    **WHEREAS**, on January 24, 2007, Mattel, Inc.'s ("Mattel") Motion to Compel
2    Carter Bryant ("Bryant") to Produce Documents ("Motion to Compel") was heard by
3    Discovery Master Infante;

4    **WHEREAS**, on January 25, 2007, Discovery Master Infante issued an Order
5    granting Mattel's Motion to Compel (the "Order");

6    **WHEREAS**, presently, the deadline by which objections to and/or a motion for
7    reconsideration of the Order must be filed is February 21, 2007, extended by prior
8    stipulations of the parties that were approved by and entered as orders of this Court
9    from the original deadline of February 8, 2007;

10   **WHEREAS**, pursuant to a meet and confer request by Bryant in connection
11   with potential objections to and/or a motion concerning an aspect of the Order, the
12   parties have been engaged in discussions regarding Bryant's proposal with regard to
13   the handling of a subset of documents that are the subject of the Order and believe
14   they have reached an agreement in principle on that matter;

15   **WHEREAS**, counsel have been traveling and have been unable to finalize and
16   document their potential agreement but the parties believe that they will be able to do
17   so by or on February 23, 2007, and are agreeable to a brief extension of the due date
18   for any motion relating to the Order to and including February 23, 2007. However, in
19   so stipulating, Mattel expressly reserves all of its rights and objections to any such
20   motion, does not concede or agree that any such motion is proper, and does not waive
21   its right to contend that Bryant and/or MGA waived any and all rights to raise or
22   assert any such issues in any motion to be filed with this Court or Discovery Master
23   Infante;

24

25   **THEREFORE**, to allow the parties to finalize and document their potential
26   agreement and to potentially avoid the need for Bryant to file objections to and a
27   motion under Fed. R. Civ. Proc. 53(g) and 72 and/or a motion for reconsideration
28   and/or for a further protective order under Fed. R. Civ. Proc. 26(c) and/or 59, subject

to approval of the Court, the parties, by and through their counsel of record herein, stipulate and agree that the time within which to file any objections and any motion relating to the Order and/or a motion for reconsideration and/or a motion for a further protective order is and shall be extended up to and including February 23, 2007.

**SO STIPULATED.**

Dated: February 2\, 2007

                                DOUGLAS A. WICKHAM
                                LITTLER MENDELSON
                                A Professional Corporation
                                Attorneys for CARTER BRYANT

Dated: February 2\ , 2007

                                DIANA M. TORRES
                                O'MELVENY & MYERS, LLP
                                A Professional Corporation
                                Attorneys MGA ENTERTAINMENT, INC.

Dated: February 21, 2007

                                MICHAEL T. ZELLER
                                QUINN EMANUEL URQUHART
                                OVER & HEDGES, LLP
                                Attorneys for MATTEL, INC.

**ORDER**

Upon Stipulation of the Parties and GOOD CAUSE appearing therefor, it is hereby **SO ORDERED**.

DATED: 2/22, 2007

                                HON. STEPHEN G. LARSON