QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff and Counter-Defendant Mattel, Inc.

FILED - EASTERN DIVISION
CLERK, U.S. DISTRICT COURT
FEB 21 2007
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br><br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBIT 1 OF THE SUPPLEMENTAL DECLARATION OF SHANE H. MCKENZIE IN SUPPORT OF MATTEL, INC.'S MOTION TO ENFORCE STIPULATION AND COMPEL BRYANT TO MAKE ORIGINAL DOCUMENTS AVAILABLE, AND<br><br>[~~PROPOSED~~] ORDER<br><br>Date: TBA<br>Time: TBA<br>Place: TBA<br><br>Discovery Cut-off: None Set<br>Pre-trial Conference: None Set<br>Trial Date: None Set |

07209/2051407.1

APPLICATION TO FILE UNDER SEAL

1       Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2 entered by the Court in this action, plaintiff and counter-defendant Mattel, Inc.
3 ("Mattel") hereby respectfully requests that the Court order filed under seal Exhibit
4 1 to the concurrently filed Supplemental Declaration of Shane H. Mckenzie in
5 support of Mattel, Inc.'s Motion to Enforce Stipulation and Compel Bryant to Make
6 Original Documents Available.
7       The Declaration attaches as an exhibit excerpts of deposition testimony
8 that MGA Entertainment, Inc. has designated as "Confidential" and/or
9 "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order. As Exhibit 1
10 to the Declaration consists of excerpts of deposition testimony designated by MGA
11 Entertainment, Inc. as "Confidential" and/or "Confidential--Attorneys' Eyes Only,"
12 Mattel requests that the Court order that Exhibit 1 to the Declaration be filed under
13 seal.
14       In the alternative, Mattel requests that the Court declare Exhibit 1 to the
15 declaration to be outside the definitions of "Confidential" and "Confidential--
16 Attorneys' Eyes Only" as contained in the Stipulated Protective Order and order
17 them to be filed as part of the public record.

19 DATED: February 20, 2007     QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By _____
Timothy L. Alger
Attorneys for Plaintiff and Counter-Defendant Mattel, Inc.

07209/2051407.1

-2-

APPLICATION TO FILE UNDER SEAL

## [~~PROPOSED~~] ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Exhibit 1 to the Supplemental Declaration of Shane H. Mckenzie submitted in support of Mattel, Inc.'s Motion to Enforce Stipulation and Compel Bryant to Make Original Documents Available is ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: 2/21, 2007

Hon. Stephen G. Larson
United States District Judge