1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
      John B. Quinn (Bar No. 090378)
2      johnquinn@quinnemanuel.com
      Michael T. Zeller (Bar No. 196417)
3      (michaelzeller@quinnemanuel.com)
      Jon D. Corey (Bar No. 185066)
4      (joncorey@quinnemanuel.com)
      Timothy L. Alger (Bar No. 160303)
5      (timalger@quinnemanuel.com)
    865 South Figueroa Street, 10th Floor
6  Los Angeles, California 90017-2543
    Telephone:  (213) 443-3000
7  Facsimile:   (213) 443-3100

8  Attorneys for Plaintiff and Counter-
    Defendant Mattel, Inc.
9

FILED - EASTERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB 21 2007

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

10                UNITED STATES DISTRICT COURT

11               CENTRAL DISTRICT OF CALIFORNIA

12                     EASTERN DIVISION

13

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with Case No. CV 04-09059 & Case No. CV 05-02727 |
| vs. | **DISCOVERY MATTER** |
| MATTEL, INC., a Delaware corporation, | **[To Be Heard By Discovery Master Hon. Edward Infante (Ret.)]** |
| Defendant. | MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL CERTAIN EXHIBITS OF THE DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MATTEL, INC.'S MOTION TO OVERRULE INSTRUCTIONS NOT TO ANSWER DURING THE DEPOSITION OF CARTER BRYANT, TO COMPEL BRYANT TO ANSWER THOSE QUESTIONS, AND FOR SANCTIONS, AND |
| AND CONSOLIDATED ACTIONS | [PROPOSED] ORDER |
| | Discovery cutoff:  None set |
| | Final Pretrial Conf. Date:  None set |
| | Trial Date:  None set |

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1    Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order

2    entered by the Court in this action, plaintiff and counter-defendant Mattel, Inc.

3    ("Mattel") hereby respectfully requests that the Court order Exhibits 12 and 14 to

4    the concurrently filed Declaration of Michael T. Zeller in support of Mattel's Motion

5    to Compel to Overrule Instructions Not to Answer During the Deposition of Carter

6    Bryant, to Compel Bryant to Answer those Questions, and for Sanctions filed under

7    seal.

8    The Declaration attaches as exhibits documents that Carter Bryant

9    and/or MGA Entertainment, Inc. have designated as "Confidential" and/or

10   "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order. As Exhibits

11   12 and 14 to the Declaration consist of materials designated by either Carter Bryant

12   or MGA Entertainment, Inc. as "Confidential" and/or "Confidential--Attorneys'

13   Eyes Only," Mattel requests that the Court order that the those exhibits to the

14   Declaration be filed under seal.

15   In the alternative, Mattel requests that the Court declare those exhibits

16   to the declaration to be outside the definitions of "Confidential" and "Confidential--

17   Attorneys' Eyes Only" as contained in the Stipulated Protective Order and order

18   them to be filed as part of the public record.

19

20   DATED:  February 20, 2007          QUINN EMANUEL URQUHART OLIVER &
                                        HEDGES, LLP

21

22                                      By
23                                        Timothy L. Alger
                                          Attorneys for Plaintiff and Counter-
24                                        Defendant Mattel, Inc.

25

26

27

28

[PROPOSED] ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Exhibits 12 and 14 to the Declaration of Michael T. Zeller submitted in support of Mattel's Motion to Compel to Overrule Instructions Not to Answer During the Deposition of Carter Bryant, to Compel Bryant to Answer those Questions, and for Sanctions, are ORDERED filed under seal pursuant to <u>Local Rule</u> 79-5.1.

DATED: 2/21 , 2007

Hon. Stephen G. Larson
United States District Judge

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL