QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff and Counter-Defendant Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. CV 04-09059 & Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Hon. Edward Infante (Ret.)]**<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL CERTAIN EXHIBITS OF THE DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL MGA TO PRODUCE WITNESSES FOR DEPOSITION PURSUANT TO <u>RULE 30(b)(6)</u>, TO OVERRULE MGA'S INSTRUCTIONS NOT TO ANSWER, AND FOR SANCTIONS, AND<br><br>[PROPOSED] ORDER<br><br>Discovery cutoff: None set<br>Final Pretrial Conf. Date: None set<br>Trial Date: None set |

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2  entered by the Court in this action, plaintiff and counter-defendant Mattel, Inc.
3  ("Mattel") hereby respectfully requests that the Court order Exhibits 2-3, 6-9 and 12
4  to the concurrently filed Declaration of Michael T. Zeller in support of Mattel's
5  Motion to Compel MGA to Produce Witnesses for Deposition Pursuant to Rule
6  30(b)(6), to Overrule MGA's Instructions Not to Answer, and for Sanctions filed
7  under seal.
8  The Declaration attaches as exhibits documents that Carter Bryant
9  and/or MGA Entertainment, Inc. have designated as "Confidential" and/or
10 "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order. As Exhibits
11 2-3, 6-9 and 12 to the Declaration consist of materials designated by either Carter
12 Bryant or MGA Entertainment, Inc. as "Confidential" and/or "Confidential--
13 Attorneys' Eyes Only," Mattel requests that the Court order that the those exhibits to
14 the Declaration be filed under seal.
15 In the alternative, Mattel requests that the Court declare those exhibits
16 to the declaration to be outside the definitions of "Confidential" and "Confidential--
17 Attorneys' Eyes Only" as contained in the Stipulated Protective Order and order
18 them to be filed as part of the public record.

20 DATED: February 20, 2007      QUINN EMANUEL URQUHART OLIVER &
                                 HEDGES, LLP

                                 By_____
                                 Timothy L. Alger
                                 Attorneys for Plaintiff and Counter-
                                 Defendant Mattel, Inc.

07975/2059699.1

-2-

APPLICATION TO FILE UNDER SEAL

# [~~PROPOSED~~] ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Exhibits 2-3, 6-9 and 12 to the Declaration of Michael T. Zeller submitted in support of Mattel's Motion to Compel MGA to Produce Witnesses for Deposition Pursuant to Rule 30(b)(6), to Overrule MGA's Instructions Not to Answer, and for Sanctions, are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: 2/21 , 2007

Hon. Stephen G. Larson
United States District Judge

-3-

APPLICATION TO FILE UNDER SEAL