1 | DOUGLAS A. WICKHAM (S.B. #127268)
dwickham@littler.com
2 | KEITH A. JACOBY (S.B. #150233)
kjacoby@littler.com
3 | LITTLER MENDELSON
A Professional Corporation
4 | 2049 Century Park East, 5th Floor
Los Angeles, CA 90067.3107
5 | Telephone: (310) 553-0308
Facsimile: (310) 553-5583

6 | Attorneys for Carter Bryant

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

FILED - EASTERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB 21 2007

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| CARTER BRYANT, an individual, | Case No. CV 04-09049 SGL (RNBx) (consolidated with CV 04-9059 & 05-2727) |
| Plaintiff, | |
| v. | **DISCOVERY MATTER** |
| MATTEL, INC., a Delaware Corporation, | **[To Be Heard By Discovery Master Hon. Edward Infante (Ret.) Pursuant To The Court's Order of December 6, 2006]** |
| Defendant. | **CARTER BRYANT'S APPLICATION TO FILE UNDER SEAL; AND** |
| | **[PROPOSED] ORDER** |
| | Date: March 5, 2007 Time: 8:00 a.m. Place: Telephonic |
| | Discovery Cut-off: None Set Pre-trial Conference: None Set Trial Date: None Set |
| CONSOLIDATED WITH MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Judge: Hon. Stephen G. Larson Discovery Cut-Off: T.B.D. |

B 23 2007

APPLICATION TO FILE UNDER SEAL;
PROPOSED ORDER

1    Pursuant to Local Rule 79-5.1 of the Central District of California and the

2   Stipulated Protective Order entered by the Court in this action, Carter Bryant

3   ("Bryant") hereby respectfully requests that this Court order that the following

4   documents, filed on February 20, 2007 with the Discovery Special Master, are to be

5   filed under seal with this Court:

6       1.    Bryant's Opposition to Mattel, Inc.'s Motion to Overrule Instructions

7             Not to Answer During the Deposition of Carter Bryant, To Compel

8             Bryant to Answer Those Questions, and for Sanctions;

9       2.    Bryant's Response to Separate Statement of Mattel, Inc. in Support of

10            Its Motion to Overrule Instructions Not to Answer During the

11            Deposition of Carter Bryant, To Compel Bryant to Answer Those

12            Questions, and for Sanctions; and

13      3.    Declaration of Douglas A. Wickham in Support of Bryant's

14            Opposition to Mattel, Inc.'s Motion to Overrule Instructions Not to

15            Answer During the Deposition of Carter Bryant, To Compel Bryant to

16            Answer Those Questions, and for Sanctions.

17      These documents contain, attach, and/or reference portions of deposition

18  transcripts that have been designated as "Confidential" or, in some cases, "For

19  Attorney's Eyes Only" pursuant to the operative Protective Order. Accordingly,

20  Bryant requests that the Court order that these documents be filed under seal

21  *instanter.*

22

23  Dated: February 20, 2007          Respectfully submitted,

24

25                                    By: _____
                                          DOUGLAS A. WICKHAM

26                                        LITTLER MENDELSON
                                          A Professional Corporation

27                                        Attorneys for Plaintiff CARTER BRYANT

28

                                                            APPLICATION TO FILE UNDER SEAL;
                                          1.                 PROPOSED ORDER

# [PROPOSED] ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

1. Bryant's Opposition to Mattel, Inc.'s Motion to Overrule Instructions Not to Answer During the Deposition of Carter Bryant, To Compel Bryant to Answer Those Questions, and for Sanctions;

2. Bryant's Response to Separate Statement of Mattel, Inc. in Support of Its Motion to Overrule Instructions Not to Answer During the Deposition of Carter Bryant, To Compel Bryant to Answer Those Questions, and for Sanctions; and

3. Declaration of Douglas A. Wickham in Support of Bryant's Opposition to Mattel, Inc.'s Motion to Overrule Instructions Not to Answer During the Deposition of Carter Bryant, To Compel Bryant to Answer Those Questions, and for Sanctions

are ORDERED filed under seal pursuant to Central District Local Rule 79-5.1 and the Stipulated Protective Order on file in this case.

DATED: 2-21-07

Hon. Stephen G. Larson

Firmwide 82064372 1 028307.1010

2.

APPLICATION TO FILE UNDER SEAL;
PROPOSED ORDER