# PRIORITY SEND

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA 92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.     CV 04-09049 SGL(RNBx)                      Date: February 27, 2007

Title:    CARTER BRYANT -v- MATTEL, INC.
=================================================================
PRESENT: HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

|  |  |
|---|---|
| Jim Holmes | None Present |
| Courtroom Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:

None present                                                      None present

PROCEEDINGS:    (IN CHAMBERS) MINUTE ORDER

## Newly Filed Motion
**MGAE de Mexico, S.R.L.de C.V.'s Motion to Dismiss Mattel's Amended Answer and Counterclaims, Filed 2/27/07**

Counsel and/or parties are hereby notified that the above-mentioned motion is reset for oral argument and hearing from April 2, 2007, to March 26, 2007, at 10:00 a.m., in Courtroom #1 of the above-referenced court. The briefing schedule shall be in accordance with the Local Rules.

IT IS SO ORDERED.

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
Priority ✓  Send ✓
Entered ___  Closed ___
JS-5/JS-6 ___  JS-2/JS-3 ___
Scan Only ___  Docketed on CM ✓
___ THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP 77(d)

2/27/07

EASTERN DIVISION
BY _____ DEPUTY

MINUTES FORM 90                                                     Initials of Deputy Clerk: jh
CIVIL -- GEN                        Page 1                    Docket #256