QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff and Counter-Defendant Mattel, Inc.

FILED - EASTERN DIVISION
CLERK, U.S. DISTRICT COURT
MAR - 5 2007
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. CV 04-09059 & Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL PORTIONS OF CONSOLIDATED SEPARATE STATEMENT IN SUPPORT OF ITS MOTION TO OVERRULE INSTRUCTIONS NOT TO ANSWER DURING THE DEPOSITION OF CARTER BRYANT, TO COMPEL BRYANT TO ANSWER THOSE QUESTIONS, AND FOR SANCTIONS; AND<br><br>[PROPOSED] ORDER<br><br>Discovery cutoff: October 22, 2007<br>Final Pretrial Conf.: January 14, 2008<br>Trial Date: February 12, 2008 |

ORIGINAL

07209/2066787.1

1   Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2   entered by the Court in this action, plaintiff and counter-defendant Mattel, Inc.
3   ("Mattel") hereby respectfully requests that the Court order portions of Mattel's
4   Consolidated Separate Statement in support of Mattel's Motion to Overrule
5   Instructions Not to Answer During the Deposition of Carter Bryant, to Compel
6   Bryant to Answer those Questions, and for Sanctions filed under seal.
7   The Consolidated Separate Statement contains information that Carter
8   Bryant and/or MGA Entertainment, Inc. have designated as "Confidential" and/or
9   "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order.  As the
10  Consolidated Separate Statement contains information designated by either Carter
11  Bryant or MGA Entertainment, Inc. as "Confidential" and/or "Confidential--
12  Attorneys' Eyes Only," Mattel requests that the Court order that the Consolidated
13  Separate Statement be filed under seal.
14  In the alternative, Mattel requests that the Court declare the
15  Consolidated Separate Statement to be outside the definitions of "Confidential" and
16  "Confidential--Attorneys' Eyes Only" as contained in the Stipulated Protective
17  Order and order it to be filed as part of the public record.

DATED: February 27, 2007

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Michael T. Zeller
Michael T. Zeller
Attorneys for Plaintiff and Counter-Defendant Mattel, Inc.

-2-

# [PROPOSED] ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

The complete version of the Consolidated Separate Statement submitted in support of Mattel's Motion to Compel to Overrule Instructions Not to Answer During the Deposition of Carter Bryant, to Compel Bryant to Answer those Questions, and for Sanctions, is ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: 3/5, 2007

Hon. Stephen G. Larson
United States District Judge