QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff and Counter-Defendant Mattel, Inc.

ORIGINAL

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

FILED - EASTERN DIVISION
CLERK, U.S. DISTRICT COURT
MAR - 5 2007
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br><br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL CERTAIN EXHIBITS OF THE SUPPLEMENTAL DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND INTERROGATORY ANSWERS BY MGA ENTERTAINMENT, INC.<br><br>[PROPOSED] ORDER<br><br>Discovery Cut-off: None Set<br>Pre-trial Conference: None Set<br>Trial Date: None Set |

MAR - 7 2007

07209/2051407.1

APPLICATION TO FILE UNDER SEAL

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, plaintiff and counter-defendant Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal Exhibits 6-8 and 16-19 to the concurrently filed Supplemental Declaration of Michael T. Zeller in support of Mattel, Inc.'s Motion To Compel Production Of Documents And Interrogatory Answers By MGA Entertainment, Inc.

The Declaration attaches as exhibits documents that Carter Bryant and/or MGA Entertainment, Inc. and/or third party witnesses have designated as "Confidential" and/or "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order. As Exhibits 6-8 and 16-19 to the Declaration consist of materials designated by Carter Bryant or MGA Entertainment, Inc. or third party witnesses as "Confidential" and/or "Confidential--Attorneys' Eyes Only," Mattel requests that the Court order that those exhibits to the Declaration be filed under seal.

In the alternative, Mattel requests that the Court declare those exhibits to the declaration to be outside the definitions of "Confidential" and "Confidential--Attorneys' Eyes Only" as contained in the Stipulated Protective Order and order them to be filed as part of the public record.

DATED: February 27, 2007

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Michael T. Zeller
Michael T. Zeller
Attorneys for Plaintiff and Counter-Defendant Mattel, Inc.

-2-

# [PROPOSED] ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Exhibits 6-8 and 16-19 to the Supplemental Declaration of Michael T. Zeller submitted in support of Mattel, Inc.'s Motion To Compel Production Of Documents And Interrogatory Answers By MGA Entertainment, Inc., are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED:   3/5   , 2007   _____
Hon. Stephen G. Larson
United States District Judge

-3-