QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff and Counter-Defendant Mattel, Inc.

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED CASES | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. CV 04-09059 and CV 05-02727<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBIT 15 OF THE DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO CARTER BRYANT AND MGA ENTERTAINMENT, INC.'S MOTION FOR CLARIFICATION OF THE DISCOVERY MASTER'S JANUARY 25, 2007 ORDER OR FOR PROTECTIVE ORDER PURSUANT TO RULE 26(c); AND<br><br>[PROPOSED] ORDER<br><br>Discovery Cut-Off: October 22, 2007<br>Pre-Trial Conference: January 14, 2008<br>Trial Date: February 12, 2008 |

07209/2070728.1

APPLICATION TO FILE UNDER SEAL

1 | Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2 | entered by the Court in this action, plaintiff and counter-defendant Mattel, Inc.
3 | ("Mattel") hereby respectfully requests that the Court order filed under seal Exhibit
4 | 15 to the concurrently filed Declaration of Michael T. Zeller in support of Mattel,
5 | Inc.'s Opposition to Carter Bryant and MGA Entertainment, Inc.'s Motion for
6 | Clarification of the Discovery Master's January 25, 2007 Order or For Protective
7 | Order Pursuant to Rule 26(c).

8 | The Declaration attaches as an exhibit a document that Mattel has
9 | designated as "Confidential" and/or "Confidential--Attorneys' Eyes Only" pursuant
10 | to the Protective Order. As Exhibit 15 to the Declaration consists of materials
11 | designated by Mattel as "Confidential" and/or "Confidential--Attorneys' Eyes Only,"
12 | Mattel requests that the Court order that that exhibit to the Declaration be filed
13 | under seal.

15 | DATED: March 5, 2007        QUINN EMANUEL URQUHART OLIVER &
                                HEDGES, LLP

                                By_____
                                  B. Dylan Proctor
                                  Attorneys for Plaintiff and Counter-
                                  Defendant Mattel, Inc.

[PROPOSED] ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Exhibit 15 to the Declaration of Michael T. Zeller submitted in support of Mattel, Inc.'s Opposition to Carter Bryant and MGA Entertainment, Inc.'s Motion for Clarification of the Discovery Master's January 25, 2007 Order or For Protective Order Pursuant to Rule 26(c), is ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED:   3/5   , 2007   _____
Hon. Stephen G. Larson
United States District Judge

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On March 5, 2007, I served true copies of the following document(s) described as **MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBIT 15 OF THE DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO CARTER BRYANT AND MGA ENTERTAINMENT, INC.'S MOTION FOR CLARIFICATION OF THE DISCOVERY MASTER'S JANUARY 25, 2007 ORDER OR FOR PROTECTIVE ORDER PURSUANT TO RULE 26(c); AND [PROPOSED] ORDER** on the parties in this action as follows:

Diana M. Torres, Esq.  
**O'MELVENY & MYERS, LLP**  
400 S. Hope Street  
Los Angeles, CA 90071

Keith Jacoby, Esq.  
**LITTLER MENDELSON**  
2049 Century Park East, 5th Floor  
Los Angeles, CA 90067

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 5, 2007, at Los Angeles, California.

_____  
NOW LEGAL -- Dave Quintana

07209/2070022 1