QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff and Counter-Defendant Mattel, Inc.

ORIGINAL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. CV 04-09059 & Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL MATTEL'S SEPARATE STATEMENT IN SUPPORT OF ITS MOTION TO OVERRULE INSTRUCTIONS NOT TO ANSWER DURING THE DEPOSITION OF CARTER BRYANT, TO COMPEL BRYANT TO ANSWER THOSE QUESTIONS, AND FOR SANCTIONS; AND<br><br>[PROPOSED] ORDER<br><br>Discovery cutoff: October 22, 2007<br>Final Pretrial Conf.: January 14, 2008<br>Trial Date: February 12, 2008 |

07209/2064570.1

MATTEL'S APPLICATION TO FILE UNDER SEAL

1   Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2 entered by the Court in this action, plaintiff and counter-defendant Mattel, Inc.
3 ("Mattel") hereby respectfully requests that the Court order Mattel's Separate
4 Statement in support of Mattel's Motion to Overrule Instructions Not to Answer
5 During the Deposition of Carter Bryant, to Compel Bryant to Answer those
6 Questions, and for Sanctions filed under seal.
7   The Separate Statement contains information that Carter Bryant and/or
8 MGA Entertainment, Inc. have designated as "Confidential" and/or "Confidential--
9 Attorneys' Eyes Only" pursuant to the Protective Order.  As the Separate Statement
10 contains information designated by either Carter Bryant or MGA Entertainment, Inc.
11 as "Confidential" and/or "Confidential--Attorneys' Eyes Only," Mattel requests that
12 the Court order that the Separate Statement be filed under seal.
13   In the alternative, Mattel requests that the Court declare the Separate
14 Statement to be outside the definitions of "Confidential" and "Confidential--
15 Attorneys' Eyes Only" as contained in the Stipulated Protective Order and order it to
16 be filed as part of the public record.

17
18 DATED: February 23, 2007    QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
19
20              By /s/ Michael T. Zeller
21              Michael T. Zeller
                Attorneys for Plaintiff and Counter-
22              Defendant
                Mattel, Inc.

# [PROPOSED] ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

The Separate Statement submitted in support of Mattel's Motion to Compel to Overrule Instructions Not to Answer During the Deposition of Carter Bryant, to Compel Bryant to Answer those Questions, and for Sanctions, are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: 3/5, 2007

Hon. Stephen G. Larson
United States District Judge

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543. |
| 3 | |
| 4 | On February 23, 2007, I served true copies of the following document(s) described as **MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL MATTEL'S SEPARATE STATEMENT IN SUPPORT OF ITS MOTION TO OVERRULE INSTRUCTIONS NOT TO ANSWER DURING THE DEPOSITION OF CARTER BRYANT, TO COMPEL BRYANT TO ANSWER THOSE QUESTIONS, AND FOR SANCTIONS; AND [PROPOSED] ORDER** on the parties in this action as follows: |

**SEE ATTACHED LIST**

**BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 23, 2007, at Los Angeles, California.

Mia Albert

07209/2062722.1

**SERVICE LIST**

| | |
|---|---|
| DIANA M. TORRES, ESQ.<br>O'MELVENY & MEYERS<br>400 S. HOPE STREET<br>LOS ANGELES, CA 90071 | DOUGLAS A. WICKHAM, ESQ.<br>LITTLER MENDELSON<br>A PROFESSIONAL CORPORATION<br>2049 CENTURY PARK EAST, 5TH FLOOR<br>LOS ANGELES, CA 90067-3107 |