| | |
|---|---|
| 1 | DALE M. CENDALI (admitted *pro hac vice*) |
| 2 | DIANA M. TORRES (S.B. #162284)<br>O'MELVENY & MYERS LLP |
| 3 | 400 South Hope Street<br>Los Angeles, CA 90071-2899 |
| 4 | Telephone: (213) 430-6000<br>Facsimile: (213) 430-6407 |
|   | Email: jjenal@omm.com |
| 5 | |
| 6 | Attorneys for MGA Entertainment, Inc. |
| 7 | DOUGLAS A. WICKHAM (S.B. #127268)<br>KEITH A. JACOBY (S.B. #150233) |
| 8 | LITTLER MENDELSON<br>A Professional Corporation |
| 9 | 2049 Century Park East, 5th Floor<br>Los Angeles, CA 90067.3107 |
| 10 | Telephone: (310) 553-0308<br>Facsimile: (310) 553-5583 |
| 11 | Attorneys for Carter Bryant |
| 12 | QUINN EMANUEL URQUHART OLIVER & |
| 13 | HEDGES, LLP<br>JOHN B. QUINN (S.B. #090378) |
| 14 | MICHAEL T. ZELLER (S.B. #196417)<br>865 South Figueroa Street - 10th Floor |
| 15 | Los Angeles, California 90017-2543<br>Telephone: (213) 443-3000 |
| 16 | Facsimile: (213) 443-3100 |
| 17 | Attorneys for Mattel, Inc. |

P. Send

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| CARTER BRYANT, an individual,<br>Plaintiff,<br>v.<br>MATTEL, INC., a Delaware Corporation,<br>Defendant.<br><br>CONSOLIDATED WITH<br>MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No. CV 04-09049 SGL (RNBx)<br>(consolidated with CV 04-9059 & 05-2727)<br><br>**STIPULATION FOR CONTINUATION OF HEARING DATE ON MGA ENTERTAINMENT, INC., ISAAC LARIAN, MGA ENTERTAINMENT (HK) LIMITED, MAGE DE MEXICO, S.R.L. DE C.V. AND CARTER BRYANT'S MOTIONS TO DISMISS; AND**<br><br>[~~PROPOSED~~] **ORDER** |

DOCKETED ON CM
MAR 12 2007
BY _____

07209/2073095.2

STIPULATION FOR CONTINUATION OF
HEARING DATE
CV 04-09049 SGL (RNBX)

1  WHEREAS, MGA Entertainment, Inc. ("MGA"), Isaac Larian ("Mr.
2  Larian"), and Carter Bryant ("Mr. Bryant"), filed their respective motions to
3  dismiss Mattel, Inc.'s ("Mattel") amended answer and counterclaims on February
4  12, 2007;

5  WHEREAS, MGA Entertainment (HK) Limited ("MGA HK") joined
6  MGA's motion to dismiss and MGAE de Mexico, S.R.L. de C.V. ("MGA Mexico")
7  filed its own motion to dismiss Mattel's amended answer and counterclaims on
8  February 27, 2007;

9  WHEREAS, the hearing date for MGA, Mr. Larian, MGA HK, MGA
10 Mexico and Mr. Bryant's motions to dismiss Mattel's amended answer and
11 counterclaims is currently scheduled for March 26, 2007;

12 WHEREAS, the date for Mattel to respond to the motions to dismiss is
13 currently March 12, 2007;

14 WHEREAS, Mattel has requested for the reason set forth below, and
15 MGA, Mr. Larian, MGA HK, MGA Mexico and Mr. Bryant are agreeable to, a
16 continuation of the hearing on the motions to dismiss Mattel's amended answer and
17 counterclaims until April 2, 2007 or April 30, 2007 as is convenient for the Court;

18 WHEREAS, Mattel represents that the continuation is not for purposes
19 of delay, but so as to accommodate a previously-scheduled and pre-paid family
20 vacation of Mattel's lead counsel, John Quinn, during the week of March 26, 2007;

21 NOW THEREFORE, Mattel, MGA, Mr. Larian, MGA HK, MGA
22 Mexico and Mr. Bryant, by and through their respective counsel of record, hereby
23 stipulate and agree, subject to the approval of the Court, that:

24    1.  The hearing on the motions to dismiss shall be continued from
25 March 26, 2007, to April 2, 2007 or April 30, 2007.

26    2.  If the hearing date on the motions to dismiss is continued until
27 April 2, 2007, Mattel will have until March 14, 2007, to file and serve its
28 oppositions to the motions to dismiss and MGA, Mr. Larian, MGA HK, MGA

1  Mexico and Mr. Bryant will have until March 26, 2007, to file their respective
2  replies in support of their motions to dismiss;
3      3.   If the hearing date on the motions to dismiss is continued until
4  April 30, 2007, Mattel will have until March 26, 2007, to file and serve its
5  oppositions to the motions to dismiss and MGA, Mr. Larian, MGA HK, MGA
6  Mexico and Mr. Bryant will have until April 11, 2007, to file their respective
7  replies in support of their motions to dismiss; and
8      4.   Mattel represents that it is not requesting the continuation so as
9  to notice any regularly noticed motion for hearing on or before the hearing date for
10 the motions to dismiss, including a potential motion regarding the bifurcation of
11 trial that has been the subject of discussions among counsel, and represents that it
12 will not seek to notice a hearing date for a regularly noticed motion (other than such
13 /
14 /
15 /
16 /
17 /
18 /
19 /
20 /
21 /
22 /
23 /
24 /
25 /
26 /
27 /
28

a motion that has a deadline if such a situation arises) on or before the hearing date for the motions to dismiss.

IT IS SO STIPULATED.

Dated: March 7, 2007

O'MELVENY & MYERS LLP

Diana Torres /LK By Permission

By: Diana M. Torres
Attorneys for MGA Entertainment, Inc.

Dated: March 7, 2007

LITTLER MENDELSON

Douglas Wickham /LK By Permission

By: Douglas A. Wickham
Attorneys for Carter Bryant

Dated: March 7, 2007

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By: Michael T. Zeller
Attorneys for Mattel, Inc.

# [PROPOSED] ORDER

The foregoing stipulation to continue the date of the hearing on MGA, Mr. Larian, MGA HK, MGA Mexico and Mr. Bryant's respective motions to dismiss Mattel's amended answer and counterclaims is granted.

~~1. The motions to dismiss will be heard on April 2, 2007. Mattel's oppositions will be due on or before March 14, 2007, and the replies of MGA, Mr. Larian, MGA HK, MGA Mexico and Mr. Bryant to Mattel's oppositions on their respective motions to dismiss will be due on or before March 26, 2007.~~

~~OR~~

~~2.~~ The motions to dismiss will be heard on April 30, 2007. Mattel's oppositions will be due on or before March 26, 2007, and the replies of MGA, Mr. Larian, MGA HK, MGA Mexico and Mr. Bryant to Mattel's oppositions will be due on or before April 11, 2007.

Dated: 3/9/07

Hon. Stephen G. Larson
United States District Court Judge

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On March 8, 2007, I served true copies of the following document(s) described as **STIPULATION FOR CONTINUATION OF HEARING DATE ON MGA ENTERTAINMENT, INC., ISAAC LARIAN, MGA ENTERTAINMENT (HK) LIMITED, MAGE DE MEXICO, S.R.L. DE C.V. AND CARTER BRYANT'S MOTIONS TO DISMISS; AND [PROPOSED] ORDER** on the parties in this action as follows:

Diana M. Torres, Esq.  
O'MELVENY & MYERS, LLP  
400 S. Hope Street  
Los Angeles, CA 90071

Keith Jacoby, Esq.  
LITTLER MENDELSON  
2049 Century Park East, 5th Floor  
Los Angeles, CA 90067

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 8, 2007, at Los Angeles, California.

_____  
NOW LEGAL -- Dave Quintana

07209/2073226.1