QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff and Counter-Defendant Mattel, Inc.

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. CV 04-09059 & Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Hon. Edward Infante (Ret.)]**<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL CERTAIN EXHIBITS TO THE SUPPLEMENTAL DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO CARTER BRYANT AND MGA ENTERTAINMENT, INC.'S MOTION FOR CLARIFICATION OF THE DISCOVERY MASTER'S JANUARY 25, 2007 ORDER OR FOR PROTECTIVE ORDER PURSUANT TO RULE 26(c)<br><br>[PROPOSED] ORDER<br><br>Date: March 19, 2007<br>Time: 8:15 a.m.<br>Place: Telephonic Conference<br><br>Discovery cutoff: None set<br>Final Pretrial Conf. Date: None set<br>Trial Date: None set |

07209/2059717.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1. Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, plaintiff and counter-defendant Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal Exhibits 1-6 to the concurrently filed Supplemental Declaration of Michael T. Zeller in Support of Mattel, Inc.'s Opposition to Carter Bryant and MGA Entertainment, Inc.'s Motion for Clarification of the Discovery Master's January 25, 2007 Order or for Protective Order Pursuant to Rule 26(c) ("the Declaration").

The Declaration attaches as exhibits documents that Carter Bryant and MGA Entertainment, Inc. have designated as "Confidential" and "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order. Exhibits 1-6 to the Declaration consist of materials designated by Carter Bryant and MGA Entertainment, Inc. as "Confidential" and "Confidential--Attorneys' Eyes Only." Accordingly, Mattel requests that the Court order that Exhibits 1-6 to the Declaration be filed under seal.

In the alternative, Mattel requests that the Court declare that Exhibits 1-6 to the Declaration are outside the definitions of "Confidential" and "Confidential--Attorneys' Eyes Only" as contained in the Stipulated Protective Order and order them to be filed as part of the public record.

DATED: March 13, 2007

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By _____
B. Dylan Proctor
Attorneys for Plaintiff and Counter-Defendant Mattel, Inc.

[PROPOSED] ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Exhibits 1-6 to the Supplemental Declaration of Michael T. Zeller in Support of Mattel, Inc.'s Opposition to Carter Bryant and MGA Entertainment, Inc.'s Motion for Clarification of the Discovery Master's January 25, 2007 Order or for Protective Order Pursuant to Rule 26(c), is ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: 3/14 , 2007

_____
Hon. Stephen G. Larson
United States District Judge

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is NOW Messenger Service, 1301 West Second Street, Suite 206, Los Angeles, California 90026.

On March 14, 2007, I served true copies of the following document(s) described as:

**MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL CERTAIN EXHIBITS TO THE SUPPLEMENTAL DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO CARTER BRYANT AND MGA ENTERTAINMENT, INC.'S MOTION FOR CLARIFICATION OF THE DISCOVERY MASTER'S JANUARY 25, 2007 ORDER OR FOR PROTECTIVE ORDER PURSUANT TO RULE 26(c)**

**[PUBLIC REDACTED] SUPPLEMENTAL DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO CARTER BRYANT AND MGA ENTERTAINMENT, INC.'S MOTION FOR CLARIFICATION OF THE DISCOVERY MASTER'S JANUARY 25, 2007 ORDER OR FOR PROTECTIVE ORDER PURSUANT TO RULE 26(c)**

on the parties in this action as follows:

| Diana M. Torres, Esq.<br>O'Melveny & Myers<br>400 So. Hope Street<br>Los Angeles, CA 90071<br>Telephone: (213) 430-6000<br>Facsimile: (213) 430-6407 | Keith A. Jacoby, Esq.<br>Littler Mendelson<br>2049 Century Park East, 5th Floor<br>Los Angeles, CA 90067-3107<br>Telephone: (310) 553-0308<br>Facsimile: (310) 553-5583 |

[√]   [PERSONAL] by personally delivering the document listed above to the person(s) at the address(es) set forth above.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made

Executed on March 14, 2007, at Los Angeles, California.

_David Quintana_
David Quintana

-1-

Case No. SACV 05-00953 JVS (ANx)
PROOF OF SERVICE