DIANA M. TORRES (S.B. # 162284)
O'MELVENY & MYERS LLP
400 South Hope Street
18th Floor
Los Angeles, California 90071-2899
Telephone: 213/430-6000
Facsimile: 213/430-6407
Attorneys for MGA ENTERTAINMENT, INC.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation,<br><br>Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | CASE NUMBER<br><br>CV 04-09049 SGL (RNBx)<br>(consolidated with CV 04-9059 & 05-2727)<br><br>[PROPOSED] ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |

BY FAX

The Court, having reviewed the accompanying Application of Michael Keats of O'Melveny & Myers LLP for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff    ☐ Defendant MGA ENTERTAINMENT, INC. and the designation of Diana Torres of O'Melveny & Myers LLP as local counsel, hereby **ORDERS** the Application be:

☒ GRANTED

☐ DENIED. Fee, if paid, shall be returned by the Clerk.

Dated 3-16-07

_____
U.S. District Judge/U.S. Magistrate Judge

G-64 ORDER (06/05)    ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE