ORIGINAL

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff and Counter-Defendant Mattel, Inc.

FILED - EASTERN DIVISION
CLERK, U.S. DISTRICT COURT
MAR 20 2007
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>            Plaintiff,<br><br>    vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>            Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. CV 04-09059 & Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Hon. Edward Infante (Ret.)]**<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL CERTAIN EXHIBITS TO THE DECLARATION OF TIMOTHY ALGER IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL RESPONSE TO INTERROGATORIES BY MGA ENTERTAINMENT, INC.<br><br>[~~PROPOSED~~] ORDER<br><br>Date: TBA<br>Time: TBA<br>Place: Telephonic Conference<br><br>Discovery Cut-off: March 3, 2008<br>Pre-trial Conference: June 2, 2008<br>Trial Date: July 1, 2008 |

07209/2059717.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, plaintiff and counter-defendant Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal Exhibits 2, 5, and 6 to the concurrently filed Declaration of Timothy Alger in Support of Mattel, Inc.'s Motion to Compel Response to Interrogatories by MGA Entertainment, Inc. ("the Declaration").

The Declaration attaches as exhibits documents that Carter Bryant and MGA Entertainment, Inc. have designated as "Confidential" pursuant to the Protective Order. Exhibits 2, 5, and 6 to the Declaration consist of materials designated by Carter Bryant and MGA Entertainment, Inc. as "Confidential." Accordingly, Mattel requests that the Court order that Exhibits 2, 5, and 6 to the Declaration be filed under seal.

In the alternative, Mattel requests that the Court declare that Exhibits 2, 5, and 6 to the Declaration are outside the definitions of "Confidential" as contained in the Stipulated Protective Order and order them to be filed as part of the public record.

DATED: March 19, 2007

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By_____
Timothy L. Alger
Attorneys for Plaintiff and Counter-Defendant Mattel, Inc.

## [PROPOSED] ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Exhibits 2, 5, and 6 to the Declaration of Timothy Alger in Support of Mattel, Inc.'s Motion to Compel Response to Interrogatories by MGA Entertainment, Inc., is ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: 3-19, 2007

Hon. Stephen G. Larson
United States District Judge

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is NOW Messenger Service, 1301 West Second Street, Suite 206, Los Angeles, California 90026.

On March 19, 2007, I served true copies of the following document(s) described as:

**MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL CERTAIN EXHIBITS TO THE DECLARATION OF TIMOTHY ALGER IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL RESPONSE TO INTERROGATORIES BY MGA ENTERTAINMENT, INC. [PROPOSED] ORDER**

on the parties in this action as follows:

| | |
|---|---|
| Diana M. Torres, Esq.<br>O'Melveny & Myers<br>400 So. Hope Street<br>Los Angeles, CA 90071<br>Telephone: (213) 430-6000<br>Facsimile: (213) 430-6407 | |

[√] [PERSONAL] by personally delivering the document listed above to the person(s) at the address(es) set forth above.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made

Executed on March 19, 2007, at Los Angeles, California.

_____
David Quintana

-1-

Case No. SACV 05-00953 JVS (ANx)
PROOF OF SERVICE

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On March 19, 2007, I served true copies of the following document(s) described as **MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL CERTAIN EXHIBITS TO THE DECLARATION OF TIMOTHY ALGER IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL RESPONSE TO INTERROGATORIES BY MGA ENTERTAINMENT, INC.** on the parties in this action as follows:

Keith A. Jacoby, Esq.
Littler Mendelson
2049 Century Park East, 5th Floor
Los Angeles, CA 90067-3107
Telephone: (310) 553-0308
Facsimile: (310) 553-5583

**BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 19, 2007, at Los Angeles, California.

*/s/ Yalonda J. Dekle*
Yalonda J. Dekle

07209/2081332.1