DOUGLAS A. WICKHAM (S.B. No.127268)
dwickham@littler.com
KEITH A. JACOBY (S.B. No.150233)
kjacoby@littler.com
LITTLER MENDELSON
A Professional Corporation
2049 Century Park East, 5th Floor
Los Angeles, CA 90067.3107
Telephone: (310) 553-0308
Facsimile: (310) 553-5583

Attorneys for CARTER BRYANT

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation,<br><br>Defendant. | Case No. CV 04-09049 SGL (RNBx)<br>(consolidated with CV 04-9059 & 05-2727)<br><br>Hon. Stephen G. Larson<br><br>**CARTER BRYANT'S APPLICATION FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL; AND**<br><br>[~~PROPOSED~~] ORDER<br><br>HEARING DATE: APRIL 30, 2007<br>TIME: 10:00 A.M.<br>LOCATION: COURTROOM 1 |
| CONSOLIDATED WITH<br>MATTEL, INC. v. BRYANT and<br>MGA ENTERTAINMENT, INC. v.<br>MATTEL, INC. | |

APPLICATION FOR LEAVE TO FILE UNDER SEAL

Firmwide.82208304 1 028307.1010

Pursuant to Local Rule 79-5.1 of the Central District of California and the Stipulated Protective Order entered by the Court in this action, Carter Bryant ("Bryant") hereby respectfully requests that the Court order that the following documents are to be filed under seal:

1. Bryant's Memorandum of Points and Authorities in Support of Bryant's Objections to Discovery Master's March 7, 2007 Order Granting in Part and Denying in Part Mattel's Motion to Overrule Instructions Not to Answer During the Deposition of Carter Bryant; and

2. Declaration of Douglas A. Wickham in Support of Bryant's Objections to Discovery Master's March 7, 2007 Order Granting in Part and Denying in Part Mattel's Motion to Overrule Instructions Not to Answer During the Deposition of Carter Bryant, and the exhibits thereto.

These documents contain, attach, and/or reference portions of deposition transcripts that have been designated as "Confidential" or, in some cases, "For Attorney's Eyes Only" pursuant to the operative Protective Order. Accordingly, Bryant requests that the Court order that these documents be filed under seal.

Dated: March 21, 2007

Respectfully submitted,

DOUGLAS A. WICKHAM
KEITH A. JACOBY
LITTLER MENDELSON
A Professional Corporation

By: _____
Douglas A. Wickham
Attorneys for CARTER BRYANT

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

Firmwide:82208304.1 028307.1010

2.

APPLICATION FOR LEAVE TO FILE UNDER SEAL

### [PROPOSED] ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

1. Bryant's Memorandum of Points and Authorities in Support of Bryant's Objections to Discovery Master's March 7, 2007 Order Granting in Part and Denying in Part Mattel's Motion to Overrule Instructions Not to Answer During the Deposition of Carter Bryant; and

2. Declaration of Douglas A. Wickham in Support of Bryant's Objections to Discovery Master's March 7, 2007 Order Granting in Part and Denying in Part Mattel's Motion to Overrule Instructions Not to Answer During the Deposition of Carter Bryant, and the exhibits thereto

are ORDERED filed under seal pursuant to Central District Local Rule 79-5.1 and the Stipulated Protective Order on file in this case.

DATED: 3-21-07

Hon. Stephen G. Larson