ORIGINAL

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff and Counter-
Defendant Mattel, Inc.

Priority Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED CASES | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. CV 04-09059 and CV 05-02727<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS A AND B OF THE DECLARATION OF JILL NORDQUIST, EXHIBIT A OF THE DECLARATION OF REBECCA ARROBIO, AND EXHIBIT D OF THE DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA MEXICO'S MOTION TO DISMISS MATTEL'S AMENDED ANSWER AND COUNTERCLAIMS; AND<br><br>[~~PROPOSED~~] ORDER<br><br>[Fed. R. Civ. Proc. 12(b)(2), (6) & 12(f)]<br><br>Date: April 30, 2007<br>Time: 10:00 a.m.<br>Place: Courtroom 1<br><br>Discovery Cut-Off: March 3, 2008<br>Pre-Trial Conference: June 2, 2008<br>Trial Date: July 1, 2008 |

07209/2086283.1

APPLICATION TO FILE UNDER SEAL

1 | Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2 | entered by the Court in this action, plaintiff and counter-defendant Mattel, Inc.
3 | ("Mattel") hereby respectfully requests that the Court order filed under seal Exhibits
4 | A and B of the concurrently filed Declaration of Jill Nordquist, Exhibit A of the
5 | concurrently filed Declaration of Rebecca Arrobio, and Exhibit D of the
6 | concurrently filed Declaration of Michael T. Zeller in Support of Mattel, Inc.'s
7 | Opposition to MGA Mexico's Motion to Dismiss Mattel's Amended Answer and
8 | Counterclaims.

9 | The Declarations attach as exhibits documents that Mattel has
10 | designated as "Confidential--Attorneys' Eyes Only" pursuant to the Protective
11 | Order. As the above stated exhibits consist of materials designated by Mattel as
12 | "Confidential--Attorneys' Eyes Only," Mattel requests that the Court order that these
13 | exhibits to the Declarations be filed under seal.

DATED: March 26, 2007

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By _/s/ Michael T. Zeller_
Michael T. Zeller
Attorneys for Plaintiff and Counter-Defendant Mattel, Inc.

# [PROPOSED] ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Exhibits A and B of the Declaration of Jill Nordquist, Exhibit A of the Declaration of Rebecca Arrobio, and Exhibit D of the Declaration of Michael T. Zeller submitted in support of Mattel, Inc.'s Opposition to MGA Mexico's Motion to Dismiss Mattel's Amended Answer and Counterclaims, are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: 3/27, 2007

_____
Hon. Stephen G. Larson
United States District Judge