QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff
Mattel, Inc.

FILED - EASTERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 27 2007

CENTRAL DISTRICT OF CALIFORNIA
BY                DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL CERTAIN EXHIBITS TO THE REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MATTEL, INC.'S OPPOSITIONS TO DEFENDANTS' MOTIONS TO DISMISS COUNTERCLAIMS; AND<br><br>[PROPOSED] ORDER<br><br>[Local Rule 79-5.1]<br><br>Hearing Date: April 30, 2007<br>Time: 10:00 a.m.<br>Place: Courtroom 1<br><br>Discovery cutoff: March 3, 2008<br>Pre-Trial Conference: June 2, 2008<br>Trial Date: July 1, 2008 |

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2  entered by the Court in this action, plaintiff and counter-defendant Mattel, Inc.
3  ("Mattel") hereby respectfully requests that the Court order filed under seal Exhibits
4  1-5 to the concurrently filed Request for Judicial Notice in support of Mattel's
5  Oppositions to Defendants' Motions to Dismiss Counterclaims ("Request for
6  Judicial Notice").
7  The Request for Judicial Notice attaches as exhibits documents that
8  Carter Bryant and/or MGA Entertainment, Inc. ("MGA") have designated as
9  "Confidential" and/or "Confidential--Attorneys' Eyes Only" pursuant to the
10 Protective Order. As Exhibits 1-5 to the Request for Judicial Notice consist of
11 materials designated by Carter Bryant and/or MGA as "Confidential" and/or
12 "Confidential--Attorneys' Eyes Only," Mattel requests that the Court order that these
13 exhibits be filed under seal.
14 In the alternative, Mattel requests that the Court declare these exhibits
15 to be outside the definition of "Confidential" and "Confidential--Attorneys' Eyes
16 Only" as contained in the Stipulated Protective Order and order them to be filed as
17 part of the public record.

DATED: March 26, 2007

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By_____
B. Dylan Proctor
Attorneys for Plaintiff
Mattel, Inc.

[PROPOSED] ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Exhibits 1-5 to the Request for Judicial Notice submitted in support of Mattel's Oppositions to Defendants' Motions to Dismiss Counterclaims, are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: 3/27, 2007

Hon. Stephen G. Larson
United States District Judge