DOUGLAS A. WICKHAM (S.B. No.127268)
dwickham@littler.com
KEITH A. JACOBY (S.B. No.150233)
kjacoby@littler.com
LITTLER MENDELSON
A Professional Corporation
2049 Century Park East, 5th Floor
Los Angeles, CA 90067.3107
Telephone: (310) 553-0308
Facsimile: (310) 553-5583

Attorneys for CARTER BRYANT

Priority ✓
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

FILED - EASTERN DIVISION
CLERK. U.S DISTRICT COURT
MAR 3 0 2007
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | Case No. CV 04-09049 SGL (RNBx) (consolidated with CV 04-9059 & 05-2727) |
| Plaintiff, | |
| v. | **APPLICATION OF CARTER BRYANT FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL; AND** |
| MATTEL, INC., a Delaware Corporation, | |
| | **[PROPOSED] ORDER** |
| Defendant. | Date: To Be Determined<br>Time: To Be Determined<br>Place: Telephonic |
| | Discovery Cut-Off: October 31, 2007<br>Trial Date: February 12, 2008 |
| CONSOLIDATED WITH<br>MATTEL, INC. v. BRYANT and<br>MGA ENTERTAINMENT, INC. v.<br>MATTEL, INC. | Judge: Hon. Stephen G. Larson |

APR - 2 2007

Pursuant to Local Rule 79-5.1 of the Central District of California and the Stipulated Protective Order entered by the Court in this action, Carter Bryant ("Bryant") hereby respectfully requests that the Court order that the following documents are to be filed under seal:

1. Memorandum of Points and Authorities in Support of Motion of Carter Bryant To Overrule Instructions Not To Answer During The Deposition Of Ann Driskill, To Compel Answers To Those Questions, And For Sanctions;

2. Declaration of Douglas A. Wickham in Support Motion of Carter Bryant To Overrule Instructions Not To Answer During The Deposition Of Ann Driskill, To Compel Answers To Those Questions, And For Sanctions, and the exhibits thereto; and

3. Separate Statement in Support of Motion of Carter Bryant To Overrule Instructions Not To Answer During The Deposition Of Ann Driskill, To Compel Answers To Those Questions, And For Sanctions

4. Memorandum of Points and Authorities in Support of Motion of Carter Bryant To Overrule Instructions Not To Answer During The Deposition Of Alan Kaye, To Compel Answers To Those Questions, And For Sanctions;

5. Declaration of Douglas A. Wickham in Support Motion of Carter Bryant To Overrule Instructions Not To Answer During The Deposition Of Alan Kaye, To Compel Answers To Those Questions, And For Sanctions, and the exhibits thereto; and

6. Separate Statement in Support of Motion of Carter Bryant To Overrule Instructions Not To Answer During The Deposition Of Alan Kaye, To Compel Answers To Those Questions, And For Sanctions.

These documents contain, attach, and/or reference portions of deposition transcripts that have been designated as "Confidential" or, in some cases, "For

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA 90067 3107
310 553 0308

2.

1 | Attorney's Eyes Only" pursuant to the operative Protective Order. Accordingly,
2 | Bryant requests that the Court order that these documents be filed under seal.

Dated: March 29, 2007

Respectfully submitted,

DOUGLAS A. WICKHAM
KEITH A. JACOBY

*/s/ Douglas A. Wickham*

DOUGLAS A. WICKHAM
LITTLER MENDELSON
A Professional Corporation
Attorneys for CARTER BRYANT

LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA 90067-3107
310.553.0308

3.

# [PROPOSED] ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

1. Memorandum of Points and Authorities in Support of Motion of Carter Bryant To Overrule Instructions Not To Answer During The Deposition Of Ann Driskill, To Compel Answers To Those Questions, And For Sanctions;

2. Declaration of Douglas A. Wickham in Support Motion of Carter Bryant To Overrule Instructions Not To Answer During The Deposition Of Ann Driskill, To Compel Answers To Those Questions, And For Sanctions, and the exhibits thereto; and

3. Separate Statement in Support of Motion of Carter Bryant To Overrule Instructions Not To Answer During The Deposition Of Ann Driskill, To Compel Answers To Those Questions, And For Sanctions

4. Memorandum of Points and Authorities in Support of Motion of Carter Bryant To Overrule Instructions Not To Answer During The Deposition Of Alan Kaye, To Compel Answers To Those Questions, And For Sanctions;

5. Declaration of Douglas A. Wickham in Support Motion of Carter Bryant To Overrule Instructions Not To Answer During The Deposition Of Alan Kaye, To Compel Answers To Those Questions, And For Sanctions, and the exhibits thereto; and

///

///

///

6.  Separate Statement in Support of Motion of Carter Bryant To Overrule Instructions Not To Answer During The Deposition Of Alan Kaye, To Compel Answers To Those Questions, And For Sanctions

are ORDERED filed under seal pursuant to Central District Local Rule 79-5.1 and the Stipulated Protective Order on file in this case.

DATED: 3-20-07

Hon. Stephen G. Larson

Firmwide:82239929.2 028307.1010

5.

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 2049 Century Park East, 5th Floor, Los Angeles, CA 90067.

On March 29, 2007, I served the within document(s):

**APPLICATION OF CARTER BRYANT FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL; AND [PROPOSED] ORDER**

[X] This document was transmitted by using a facsimile machine that complies with California Rules of Court Rule 2003(3), telephone number 310.553.5583. The transmission was reported as complete and without error. The names and facsimile numbers of the person(s) served are as set forth below.

[X] by placing a true copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at Los Angeles, California addressed as set forth below.

| | |
|---|---|
| Michael T. Zeller, Esq. | Diana M. Torres, Esq. |
| B. Dylan Proctor, Esq. | James Jenal, Esq. |
| Quinn Emanuel Urquhart Oliver & Hedges LLP | O'Melveny & Myers LLP |
| 865 S. Figueroa Street, 10th Floor | 400 S. Hope Street |
| Los Angeles, CA 90017 | Los Angeles, CA 90071 |
| Fax: (213) 443-3100 | Fax: (213) 430-6407 |
| E-MAIL: michaelzeller@quinnemanuel.com; dylanproctor@quinnemanuel.com | |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing and for shipping via overnight delivery service. Under that practice it would be deposited with the U.S. Postal Service or if an overnight delivery service shipment, deposited in an overnight delivery service pick-up box or

6.

office on the same day with postage or fees thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on March 29, 2007, at Los Angeles, California.

_____
Chele Moore

Firmwide 82239929.2 028307.1010