ORIGINAL

1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   John B. Quinn (Bar No. 090378)
2  johnquinn@quinnemanuel.com
   Michael T. Zeller (Bar No. 196417)
3  (michaelzeller@quinnemanuel.com)
   Jon D. Corey (Bar No. 185066)
4  (joncorey@quinnemanuel.com)
   Timothy L. Alger (Bar No. 160303)
5  (timalger@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
6  Los Angeles, California  90017-2543
   Telephone: (213) 443-3000
7  Facsimile:  (213) 443-3100

8  Attorneys for Plaintiff
   Mattel, Inc.
9

10              UNITED STATES DISTRICT COURT

11              CENTRAL DISTRICT OF CALIFORNIA

12                    EASTERN DIVISION

13 | CARTER BRYANT, an individual,        | CASE NO. CV 04-9049 SGL (RNBx)
14 |     Plaintiff,                       | Consolidated with Case Nos. CV 04-09059 and CV 05-02727
15 |     vs.                              | **DISCOVERY MATTER**
16 | MATTEL, INC., a Delaware corporation,| [To Be Heard By Discovery Master Hon. Edward Infante (Ret.) Pursuant To The Court's Order of December 6, 2006]
17 |     Defendant.                       |
18 |                                      |
19 | AND CONSOLIDATED ACTIONS.            | MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL AN EXHIBIT TO THE DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S MOTION FOR PROTECTIVE ORDER REGARDING "POLLY POCKET" DOCUMENTS; AND [PROPOSED] ORDER
20 |                                      |
21 |                                      |
22 |                                      |
23 |                                      |
24 |                                      | Hearing Date: TBA
25 |                                      | Time: TBA
                                          | Place: TBA
26 |                                      | Discovery Cut-off: March 3, 2008
27 |                                      | Pre-trial Conference: June 2, 2008
                                          | Trial Date: July 1, 2008
28

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

07209/2090321.1

APPLICATION TO FILE UNDER SEAL

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, plaintiff Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order Exhibit 8 to the concurrently filed Declaration of B. Dylan Proctor in support of Mattel's Motion For Protective Order Regarding "POLLY POCKET" Documents filed under seal.

The Declaration attaches as an exhibit documents that the parties have designated as "Confidential" pursuant to the operative Protective Order. As Exhibit 8 to the Declaration consists of material designated by the parties as "Confidential," Mattel requests that the Court order that this exhibit to the Declaration be filed under seal.

In the alternative, Mattel requests that the Court declare that Exhibit 8 to the Declaration is outside the definition of "Confidential" as contained in the Stipulated Protective Order and order it to be filed as part of the public record.

DATED: March 30, 2007

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By_____
B. Dylan Proctor
Attorneys for Plaintiff
Mattel, Inc.

## [PROPOSED] ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Exhibit 8 to the Declaration of B. Dylan Proctor submitted in support of Mattel's Motion For Protective Order Regarding "POLLY POCKET" Documents is ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: 4/3, 2007    _____
Hon. Stephen G. Larson
United States District Judge

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On April 2, 2007, I served true copies of the following document(s) described as **MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL AN EXHIBIT TO THE DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S MOTION FOR PROTECTIVE ORDER REGARDING "POLLY POCKET" DOCUMENTS; AND [PROPOSED] ORDER** on the parties in this action as follows:

| | |
|---|---|
| Diana M. Torres, Esq.<br>**O'MELVENY & MYERS, LLP**<br>400 S. Hope Street<br>Los Angeles, CA 90071 | Keith Jacoby, Esq.<br>**LITTLER MENDELSON**<br>2049 Century Park East, 5th Floor<br>Los Angeles, CA 90067 |

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 2, 2007, at Los Angeles, California.

_____
NOW LEGAL -- Dave Quintana

quinn emanuel

07209/2084491.1