DALE M. CENDALI (admitted *pro hac vice*)
DIANA M. TORRES (S.B. #162284)
JOHANNA SCHMITT (admitted *pro hac vice*)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: jschmitt@omm.com

PATRICIA GLASER (S.B. # 55668)
CHRISTENSEN, GLASER, FINK,
JACOBS, WEIL & SHAPIRO, LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, CA 90067
Telephone: (310) 553-3000
Facsimile: (310) 557-9815

Attorneys for MGA Entertainment, Inc.

FILED - EASTERN DIVISION
CLERK, U.S. DISTRICT COURT
APR 10 2007
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation,<br><br>Defendant. | Case No. CV 04-09049 SGL (RNBx) (consolidated with CV 04-9059 & 05-2727)<br><br>**DISCOVERY MATTER**<br><br>**APPLICATION OF MGA ENTERTAINMENT, INC. FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL; AND**<br><br>[~~PROPOSED~~] ORDER<br><br>[To be heard by Discovery Master Hon. Edward Infante (Ret.) Pursuant to the Court's Order of December 6, 2006]<br><br>Hearing Date: April 23, 2007<br>Time: 8:15 a.m.<br>Place: Telephonic Conference<br><br>Discovery Cutoff: March 3, 2008<br>Pre-trial Conference: June 2, 2008<br>Trial Date: July 1, 2008 |

APPLICATION OF MGA
ENTERTAINMENT, INC. FOR LEAVE TO
FILE CERTAIN DOCUMENTS CV 04-09049

1  Pursuant to Local Rule 79-5.1 of the Central District of California and
2  the Stipulated Protective Order entered by the Court in this action, MGA
3  Entertainment, Inc. ("MGA") hereby respectfully requests that the Court order that
4  the following documents are to be filed under seal:
5      1. Declaration of Johanna Schmitt in Support of MGA Entertainment,
6         Inc.'s and Carter Bryant's Opposition to Mattel, Inc.'s Motion for
7         Protective Order Regarding "Polly Pocket" Documents, and the
8         exhibits thereto.
9  These documents contain, attach, and/or reference portions of
10 interrogatory responses that have been designated as "Confidential" pursuant to the
11 Protective Order. Accordingly, MGA requests that the Court order that these
12 documents be filed under seal.
13    Dated:    April 9, 2007

JOHANNA SCHMITT
O'MELVENY & MYERS LLP

By: _____
    Johanna Schmitt
    Attorneys for MGA Entertainment, Inc.

- 2 -

APPLICATION OF MGA
ENTERTAINMENT, INC. FOR LEAVE TO
FILE CERTAIN DOCUMENTS CV 04-09049

## [PROPOSED] ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

1. Declaration of Johanna Schmitt in Support of MGA Entertainment, Inc.'s and Carter Bryant's Opposition to Mattel, Inc.'s Motion for Protective Order Regarding "Polly Pocket" Documents, and the exhibits thereto.

are ORDERED filed under seal pursuant to Central District Local Rule 79-5.1 and the Stipulated Protective Order on file in this case.

DATED: 4-10-07

*[signature]*

Hon. Stephen G. Larson