DALE M. CENDALI (admitted *pro hac vice*)
dcendali@omm.com
DIANA M. TORRES (S.B. #162284)
dtorres@omm.com
DAVID I. HURWITZ (S.B. #174632)
dhurwitz@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

PATRICIA GLASER (S.B. # 55668)
CHRISTENSEN, GLASER, FINK,
JACOBS, WEIL & SHAPIRO, LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, CA 90067
Telephone: (310) 553-3000
Facsimile: (310) 557-9815

Attorneys for MGA Entertainment, Inc.

FILED - EASTERN DIVISION
CLERK, U.S. DISTRICT COURT
APR 17 2007
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Priority ✓
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

**BY FAX**

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation,<br><br>Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No. CV 04-09049 SGL (RNBx) (consolidated with CV 04-9059 & 05-2727)<br><br>**DISCOVERY MATTER**<br><br>**APPLICATION OF MGA ENTERTAINMENT, INC. FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL; AND [PROPOSED] ORDER**<br><br>[To be heard by Discovery Master Hon. Edward Infante (Ret.) Pursuant to the Court's Order of December 6, 2006] |

Pursuant to Local Rule 79-5.1 of the Central District of California and the Stipulated Protective Order entered by the Court in this action, MGA Entertainment, Inc. ("MGA") hereby respectfully requests that the Court order that the following documents are to be filed under seal:

1. Declaration of David Hurwitz in Support of MGA and Bryant's Joint Motion to Compel Mattel to (1) Produce Additional Responsive Documents or Attest to the Completeness of its February 2007 Production of March 2002 Investigation Documents; (2) Produce Certain Documents Withheld Under Claim of Privilege; and (3) De-Designate an Attorneys' Eyes Only Document, and the exhibits thereto.

These documents contain, attach, and/or reference portions of deposition transcripts, privilege logs, and documents that have been designated as either "Attorneys' Eyes Only" or "Confidential" pursuant to the Protective Order. Accordingly, MGA requests that the Court order that these documents be filed under seal.

Dated: April 10, 2007

DIANA M. TORRES
DAVID I. HURWITZ
O'MELVENY & MYERS LLP

By: /s/ David I. Hurwitz
David I. Hurwitz
Attorneys for Plaintiff
MGA Entertaiment, Inc.

-2-

# [PROPOSED] ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

1. Declaration of David Hurwitz in Support of MGA and Bryant's Joint Motion to Compel Mattel to (1) Produce Additional Responsive Documents or Attest to the Completeness of its February 2007 Production of March 2002 Investigation Documents; (2) Produce Certain Documents Withheld Under Claim of Privilege; and (3) De-Designate an Attorneys' Eyes Only Document, and the exhibits thereto

are ORDERED filed under seal pursuant to Central District Local Rule 79-5.1 and the Stipulated Protective Order on file in this case.

DATED: 4-16-07

Hon. Stephen G. Larson
**STEPHEN G. LARSON**
**UNITED STATES DISTRICT JUDGE**

-3-

## PROOF OF PERSONAL SERVICE

1. I am a citizen of the United States and employed in the County of Los Angeles, State of California, by Nationwide Legal Services, whose address is 316 West Second Street, Suite 705, Los Angeles, CA 90012, and which has been employed by a member of the bar of this Court at whose direction the service was made. I am over the age of eighteen years and not a party to the within action. On April 12, 2007, I personally served the following:

**MGA AND BRYANT'S JOINT MOTION TO (1) COMPEL PRODUCTION OF CERTAIN DOCUMENTS WITHHELD UNDER CLAIM OF PRIVILEGE, (2) ATTEST TO THE COMPLETENESS OF ITS FEBRUARY 2007 PRODUCTION OF MARCH 2002 INVESTIGATION DOCUMENTS, AND (3) DE-DESIGNATE ATTORNEY'S EYES ONLY DOCUMENT**

**[PUBLIC REDACTED] DECLARATION OF DAVID HURWITZ IN SUPPORT OF MGA AND BRYANT'S JOINT MOTION TO COMPEL MATTEL TO (1) PRODUCE ADDITIONAL RESPONSIVE DOCUMENTS OR ATTEST TO THE COMPLETENESS OF ITS FEBRUARY 2007 PRODUCTION OF MARCH 2002 INVESTIGATION DOCUMENTS; (2) PRODUCE CERTAIN DOCUMENTS WITHHELD UNDER CLAIM OF PRIVILEGE; AND (3) DE-DESIGNATE AN ATTORNEYS EYES ONLY DOCUMENT**

**APPLICATION OF MGA ENTERTAINMENT, INC. FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL; AND [PROPOSED] ORDER**

by delivering a copy thereof to the office of the following, and either handing the copy to or leaving it with _____ of the office thereof:

John B. Quinn
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street
Los Angeles, California 90071

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on April 12, 2007, at Los Angeles, California.

SIGNATURE: _____

PRINTED NAME: _____

# PROOF OF PERSONAL SERVICE

I am a citizen of the United States and employed in the County of Los Angeles, State of California, by Nationwide Legal Services, whose address is 316 West Second Street, Suite 705, Los Angeles, CA 90012, and which has been employed by a member of the bar of this Court at whose direction the service was made. I am over the age of eighteen years and not a party to the within action. On April 12, 2007, I personally served the following:

**MGA AND BRYANT'S JOINT MOTION TO (1) COMPEL PRODUCTION OF CERTAIN DOCUMENTS WITHHELD UNDER CLAIM OF PRIVILEGE, (2) ATTEST TO THE COMPLETENESS OF ITS FEBRUARY 2007 PRODUCTION OF MARCH 2002 INVESTIGATION DOCUMENTS, AND (3) DE-DESIGNATE ATTORNEY'S EYES ONLY DOCUMENT**

**[PUBLIC REDACTED] DECLARATION OF DAVID HURWITZ IN SUPPORT OF MGA AND BRYANT'S JOINT MOTION TO COMPEL MATTEL TO (1) PRODUCE ADDITIONAL RESPONSIVE DOCUMENTS OR ATTEST TO THE COMPLETENESS OF ITS FEBRUARY 2007 PRODUCTION OF MARCH 2002 INVESTIGATION DOCUMENTS; (2) PRODUCE CERTAIN DOCUMENTS WITHHELD UNDER CLAIM OF PRIVILEGE; AND (3) DE-DESIGNATE AN ATTORNEYS EYES ONLY DOCUMENT**

**APPLICATION OF MGA ENTERTAINMENT, INC. FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL; AND [PROPOSED] ORDER**

by delivering a copy thereof to the office of the following, and either handing the copy to or leaving it with _____ of the office thereof:

> Douglas A. Wickham, Esq.
> Littler Mendelson
> 2049 Century Park East, 5th Floor
> Los Angeles, California 90067-3107

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on April 12, 2007, at Los Angeles, California.

SIGNATURE: _____

PRINTED NAME: _____