DIANA M. TORRES (SB #162284)
O'MELVENY & MYERS LLP
400 South Hope Street
18th Floor
Los Angeles, California 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: dtorres@omm.com

FILED - EASTERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 17 2007

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation,<br><br>Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | CASE NUMBER<br><br>CV 04-09049 SGL (RNBx)<br>(consolidated with CV 04-9059 & 05-2727)<br><br>[~~PROPOSED~~] ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |

BY FAX

Priority  ✓
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

2007 APR 12 PM 3:26

The Court, having reviewed the accompanying Application of Kendall Burr of O'Melveny & Myers LLP for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff  ☑ Defendant MGA ENTERTAINMENT, INC. and the designation of Diana Torres of O'Melveny & Myers LLP as local counsel, hereby ORDERS the Application be:

☑ GRANTED

☐ DENIED. Fee, if paid, shall be returned by the Clerk.

Dated  4-16-07

U.S. District Judge/~~U.S. Magistrate Judge~~

FEE PAID

19

G-64 ORDER (06/05)  ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE