QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 90378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff
Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
| vs. | Hon. Stephen G. Larson |
| MATTEL, INC., a Delaware corporation,<br>Defendant. | MATTEL, INC.'S APPLICATION TO LODGE UNDER SEAL CERTAIN EXHIBITS TO THE NOTICE OF LODGING REGARDING OPPOSITIONS TO DEFENDANTS' OBJECTIONS TO DISCOVERY MASTER'S MARCH 7, 2007 ORDER GRANTING IN PART AND DENYING IN PART MATTEL'S MOTION TO OVERRULE INSTRUCTIONS NOT TO ANSWER DURING THE DEPOSITION OF CARTER BRYANT |
| AND CONSOLIDATED ACTIONS | [~~PROPOSED~~] ORDER<br>[Local Rule 79-5.1]<br>Hearing Date: April 30, 2007<br>Time: 10:00 a.m.<br>Place: Courtroom 1<br>Discovery Cut-Off: Oct. 22, 2007<br>Pre-Trial Conference: Jan. 14, 2008<br>Trial Date: Feb. 12, 2008 |

Priority ✓
Send ✓
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

APPLICATION TO LODGE UNDER SEAL

Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order entered by the Court in this action, plaintiff Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order lodged under seal Exhibits 2, 4-5, and 7 to the concurrently filed Notice of Lodging regarding Oppositions to Defendants' Objections to the Discovery Master's March 7, 2007 Order Granting in Part and Denying in Part Mattel's Motion to Overrule Instructions Not to Answer During the Deposition of Carter Bryant ("Notice of Lodging").

    The Notice of Lodging attaches as exhibits documents that Carter Bryant or MGA Entertainment, Inc. ("MGA") have designated as "Confidential" and/or "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order. As Exhibits 2, 4-5, and 7 to the Notice of Lodging consist of materials designated by Carter Bryant or MGA as "Confidential" and/or "Confidential--Attorneys' Eyes Only," Mattel requests that the Court order that these exhibits be lodged under seal.

    In the alternative, Mattel requests that the Court declare these exhibits to the Notice of Lodging to be outside the definition of "Confidential--Attorneys' Eyes Only" as contained in the Stipulated Protective Order and order them to be lodged as part of the public record.

DATED: April 16, 2007

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By: _____
B. Dylan Proctor
Attorneys for Plaintiff
Mattel, Inc.

APPLICATION TO LODGE UNDER SEAL

## [PROPOSED] ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Exhibits 2, 4-5 and 7 to the Notice of Lodging submitted in support of Mattel's Oppositions to Defendants' Objections to the Discovery Master's March 7, 2007 Order Granting in Part and Denying in Part Mattel's Motion to Overrule Instructions Not to Answer During the Deposition of Carter Bryant, are ORDERED lodged under seal pursuant to Local Rule 79-5.1.

DATED: 4/17, 2007

Hon. Stephen G. Larson
United States District Judge