QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff
Mattel, Inc.

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

FILED - EASTERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 1 8 2007

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL CERTAIN EXHIBITS TO THE DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF OPPOSITIONS TO DEFENDANTS' OBJECTIONS TO DISCOVERY MASTER'S MARCH 7, 2007 ORDER GRANTING IN PART AND DENYING IN PART MATTEL'S MOTION TO OVERRULE INSTRUCTIONS NOT TO ANSWER DURING THE DEPOSITION OF CARTER BRYANT<br><br>[~~PROPOSED~~] ORDER<br><br>[Local Rule 79-5.1]<br><br>Hearing Date: April 30, 2007<br>Time:         10:00 a.m.<br>Place:        Courtroom 1<br><br>Discovery Cut-Off:   Oct. 22, 2007<br>Pre-Trial Conference: Jan. 14, 2008<br>Trial Date:          Feb. 12, 2008 |

07209/2101615.1

APPLICATION TO FILE UNDER SEAL

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, plaintiff Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal Exhibits 11 and 12 to the concurrently filed Declaration of B. Dylan Proctor in support of Oppositions to Defendants' Objections to the Discovery Master's March 7, 2007 Order Granting in Part and Denying in Part Mattel's Motion to Overrule Instructions Not to Answer During the Deposition of Carter Bryant ("Proctor Declaration").

The Proctor Declaration attaches as exhibits documents that Carter Bryant, MGA Entertainment, Inc. ("MGA"), or Mattel, Inc. have designated as "Confidential" and/or "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order. As Exhibits 11 and 12 to the Proctor Declaration consist of materials designated by Carter Bryant, MGA, or Mattel as "Confidential" and/or "Confidential--Attorneys' Eyes Only," Mattel requests that the Court order that these exhibits be filed under seal.

DATED: April 16, 2007

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By: _____
B. Dylan Proctor
Attorneys for Plaintiff
Mattel, Inc.

[PROPOSED] ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Exhibits 11 and 12 to the Proctor Declaration submitted in support of Mattel's Oppositions to Defendants' Objections to the Discovery Master's March 7, 2007 Order Granting in Part and Denying in Part Mattel's Motion to Overrule Instructions Not to Answer During the Deposition of Carter Bryant, are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: 4/17, 2007

Hon. Stephen G. Larson
United States District Judge

APPLICATION TO FILE UNDER SEAL