1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
    John B. Quinn (Bar No. 090378)
2   johnquinn@quinnemanuel.com
    Michael T. Zeller (Bar No. 196417)
3   (michaelzeller@quinnemanuel.com)
    Jon D. Corey (Bar No. 185066)
4   (joncorey@quinnemanuel.com)
    Timothy L. Alger (Bar No. 160303)
5   (timalger@quinnemanuel.com)
    865 South Figueroa Street, 10th Floor
6   Los Angeles, California 90017-2543
    Telephone: (213) 443-3000
7   Facsimile:  (213) 443-3100

8  Attorneys for Plaintiff
    Mattel, Inc.



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED CASES | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. CV 04-09059 and CV 05-02727<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL CERTAIN EXHIBITS OF THE DECLARATION OF B. DYLAN PROCTOR AND PORTIONS OF THE SEPARATE STATEMENTS IN SUPPORT OF MATTEL'S, INC.'S OPPOSITION TO CARTER BRYANT'S MOTIONS TO OVERRULE INSTRUCTIONS NOT TO ANSWER DURING THE DEPOSITIONS OF ANN DRISKILL AND ALAN KAYE, TO COMPEL ANSWERS TO THOSE QUESTIONS, AND FOR SANCTIONS; AND<br><br>[PROPOSED] ORDER<br><br>Discovery Cut-Off: October 22, 2007<br>Pre-Trial Conference: January 14, 2008<br>Trial Date: February 12, 2008 |

1           Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2 entered by the Court in this action, plaintiff Mattel, Inc. ("Mattel") hereby
3 respectfully requests that the Court order filed under seal:
4           (1) Exhibit 3, 4 and 5 to the concurrently filed Declaration of B. Dylan
5 Proctor in support of Mattel, Inc.'s Opposition to Carter Bryant's Motions to
6 Overrule Instructions Not to Answer During the Depositions of Ann Driskill and
7 Alan Kaye, To Compel Answers to Those Questions, and For Sanctions;
8           (2) the following portions of the Separate Statement In Opposition to
9 Carter Bryant's Motion to Overrule Instructions Not to Answer During the
10 Deposition of Ann Driskill, To Compel Answers to Those Questions, and For
11 Sanctions: 1:13-28, 2:17-23, 5:5-6:9, 7:17-23, 8:1-3, 8:7-25, 9:1-11, 9:18-25, 10:1-
12 21, 11:18-12:15, 12:22-26, 13:1-2, 13:9-26, 14:1-3, 14:13-26, 15:1-16:11, 16:16-
13 17:7, 17:12-15, 17:23-25, 18:1-3, 18:7-19, 19:2-20:28, 21:11-25, 22:8-22, 22:26-
14 23:24, 24:1-9, 24:13-21, 25:2-21, 26:5-13, 26:22-27:14, 27:27-28:14, 28:21-29:5,
15 30:5-10, 30:16-23, 31:1-13, 31:26, 32:1-28, 33:5-8, 33:14-26, 34:1-5, 34:13-23,
16 34:27-35:3, 35:9-19, 35:22-26, 36:1, 36:8-26, 37:1-5, 37:10-20, 37:24-28, 38:5-9,
17 38:16-39:8, 39:13-40:4, 40:8-25, 41:2-23, 42:6-20, 42:26-43:2, 43:9-21, 43:27-
18 44:11, 44:16-26, 45:1-4, 45:9-16, 45:19-28-46:2, 46:9-14, 46:15-20, 47:2-9, 47:18-
19 26, 48:1-3, 48:6-13, 48:19-26, 49:7-11, 49:14-16, 49:21-26, 50:1-2, 50:9-28, 51:2-5,
20 51:12-20, 52:2-9, 52:15-22, 52:23-25, 53:1-25, 54:5-28, 55:7-22, 56:6-8, 56:18-25,
21 57:1-9, 57:16-24, 58:1-5, 58:11-18, 58:24-25, 59:1-5, 59:8-21, 60:2-6, 60:13-21,
22 61:2-9, 61:16-22, 61:26-28, 62:7-19, 62:21-26, 63:1-22, 64:2-11, 64:18-28, 65:8-14,
23 65:21-28, 66:4-6, 66:10-15, 66:21-23, 67:2-6, 67:10-68:1, 68:6-17, 68:24-26, 69:3-
24 9, 69:13-19, 69:21-25, 70:1-5, 70:12-23, 71:5-13, 71:21-7; and
25           (3) the following portions of the Separate Statement In Opposition to
26 Carter Bryant's Motion to Overrule Instructions Not to Answer During the
27 Deposition of Alan Kaye, To Compel Answers to Those Questions, and For
28 Sanctions: 2:5-16, 3:4-6, 3:9-24, 4:20-24, 5:1-10, 7:15-21, 8:2-28, 9:8-10:3, 10:13-

1  24, 11:11-28, 12:1-10, 12:12-21, 13:8-17, 13:22-14:10, 14:16-15:16, 15:20-16:6,
2  16:21-17:4, 17:20-19:11, 19:17-21:28, 22:19-28, 23:12-20, 24:2-13, 25:15-26:14,
3  26:18-29:1 29:7-31:7, 31:17-32:28, 33:8-22, 34:5-12, 34:17-28, 35:10-36:4, 36:9-
4  16, 36:21-28, 37:7-38:12, 38:14-39:10, 39:21-40:18, 40:23-41:10, 42:2-44:23, 45:3-
5  7, 45:8-21, 45:22-46:4, 46:6-47:3, 47:11-22, 48:5-28, 49:8-51:5, 51:10-51:26, 52:1-
6  13, 52:15-26, 53:1-8, 53:13-54:4, 54:15-54:26, 55:6-9, 55:11-26, 56:1-20, 56:26-
7  57:26, 58:2-58:19, 58:28-59:24, 59:26-60:6, 60:16-61:4, 61:11-61:26, 62:1-2,
8  62:11-62:28, 63:7-64:12, 66:2-67:4, 67:11-68:9, 68:18-69:18, 69:20-70:19, 71:6-23,
9  72:2-10, 72:17-73:3, 73:15-73:26, 74:6-11, 74:18-22, 74:25-75:4, 75:6-8, 75:16-22,
10 76:6-25, 77:5-78:11, 78:19-78:26, 79:1-7, 79:11-13, 79:18-26, 80:1-7, 80:12-20,
11 80:24-81:6, 81:15-21, 82:9-26, 83:6-16, 83:21-26, 84:1-5, 84:9-24, 85:2-26, 86:1-
12 88:9, 88:14-89:5, 89:12-23, 90:5-26, 91:1-5, 91:11-19, 91:23-24, 92:2-13, 92:19-28,
13 93:7-14, 93:20-94:4, 94:11-16, 94:23-26, 95:1, 95:6-13, 95:18-26.

Exhibits 3, 4 and 5 of the Declaration and the portions of the Separate Statements indicated above include materials that the parties have designated as "Confidential" and/or "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order. Accordingly, Mattel requests that the Court order them filed under seal.

DATED: April 17, 2007

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By_____
B. Dylan Proctor
Attorneys for Plaintiff
Mattel, Inc.

| | |
|---|---|
| 1 | [PROPOSED] ORDER |
| 2 | |
| 3 | Based on the above Application, and good cause appearing for the |
| 4 | entry thereof, IT IS HEREBY ORDERED: |
| 5 | Exhibit 3, 4 and 5 to the Declaration of Dylan Proctor submitted in |
| 6 | support of Mattel, Inc.'s Opposition to Carter Bryant's Motions to Overrule |
| 7 | Instructions Not to Answer During the Depositions of Ann Driskill and Alan Kaye, |
| 8 | To Compel Answers to Those Questions, and For Sanctions; |
| 9 | the following portions of the Separate Statement In Opposition to |
| 10 | Carter Bryant's Motion to Overrule Instructions Not to Answer During the |
| 11 | Deposition of Ann Driskill, To Compel Answers to Those Questions, and For |
| 12 | Sanctions: 1:13-28, 2:17-23, 5:5-6:9, 7:17-23, 8:1-3, 8:7-25, 9:1-11, 9:18-25, 10:1- |
| 13 | 21, 11:18-12:15, 12:22-26, 13:1-2, 13:9-26, 14:1-3, 14:13-26, 15:1-16:11, 16:16- |
| 14 | 17:7, 17:12-15, 17:23-25, 18:1-3, 18:7-19, 19:2-20:28, 21:11-25, 22:8-22, 22:26- |
| 15 | 23:24, 24:1-9, 24:13-21, 25:2-21, 26:5-13, 26:22-27:14, 27:27-28:14, 28:21-29:5, |
| 16 | 30:5-10, 30:16-23, 31:1-13, 31:26, 32:1-28, 33:5-8, 33:14-26, 34:1-5, 34:13-23, |
| 17 | 34:27-35:3, 35:9-19, 35:22-26, 36:1, 36:8-26, 37:1-5, 37:10-20, 37:24-28, 38:5-9, |
| 18 | 38:16-39:8, 39:13-40:4, 40:8-25, 41:2-23, 42:6-20, 42:26-43:2, 43:9-21, 43:27- |
| 19 | 44:11, 44:16-26, 45.1-4, 45:9-16, 45:19-28-46:2, 46:9-14, 46:15-20, 47:2-9, 47:18- |
| 20 | 26, 48:1-3, 48:6-13, 48:19-26, 49:7-11, 49:14-16, 49:21-26, 50:1-2, 50:9-28, 51:2-5, |
| 21 | 51:12-20, 52:2-9, 52:15-22, 52:23-25, 53:1-25, 54:5-28, 55:7-22, 56:6-8, 56:18-25, |
| 22 | 57:1-9, 57:16-24, 58:1-5, 58:11-18, 58:24-25, 59:1-5, 59:8-21, 60:2-6, 60:13-21, |
| 23 | 61:2-9, 61:16-22, 61:26-28, 62:7-19, 62:21-26, 63:1-22, 64:2-11, 64:18-28, 65:8-14, |
| 24 | 65:21-28, 66:4-6, 66:10-15, 66:21-23, 67:2-6, 67:10-68:1, 68:6-17, 68:24-26, 69:3- |
| 25 | 9, 69:13-19, 69:21-25, 70:1-5, 70:12-23, 71:5-13, 71:21-7; and |
| 26 | the following portions of the Separate Statement In Opposition to |
| 27 | Carter Bryant's Motion to Overrule Instructions Not to Answer During the |
| 28 | Deposition of Alan Kaye, To Compel Answers to Those Questions, and For |

1 | Sanctions: 2:5-16, 3:4-6, 3:9-24, 4:20-24, 5:1-10, 7:15-21, 8:2-28, 9:8- 10:3, 10:13-
2 | 24, 11:11-28, 12:1-10, 12:12-21, 13:8-17, 13:22-14:10, 14:16-15:16, 15:20-16:6,
3 | 16:21-17:4, 17:20-19:11, 19:17-21:28, 22:19-28, 23:12-20, 24:2-13, 25:15-26:14,
4 | 26:18-29:1 29:7-31:7, 31:17-32:28, 33:8-22, 34:5-12, 34:17-28, 35:10-36:4, 36:9-
5 | 16, 36:21-28, 37:7-38:12, 38:14-39:10, 39:21-40:18, 40:23-41:10, 42:2-44:23, 45:3-
6 | 7, 45:8-21, 45:22-46:4, 46:6-47:3, 47:11-22, 48:5-28, 49:8-51:5, 51:10-51:26, 52:1-
7 | 13, 52:15-26, 53:1-8, 53:13-54:4, 54:15-54:26, 55:6-9, 55:11-26, 56:1-20, 56:26-
8 | 57:26, 58:2-58:19, 58:28-59:24, 59:26-60:6, 60:16-61:4, 61:11-61:26, 62:1-2,
9 | 62:11-62:28, 63:7-64:12, 66:2-67:4, 67:11-68:9, 68:18-69:18, 69:20-70:19, 71:6-23,
10 | 72:2-10, 72:17-73:3, 73:15-73:26, 74:6-11, 74:18-22, 74:25-75:4, 75:6-8, 75:16-22,
11 | 76:6-25, 77:5-78:11, 78:19-78:26, 79:1-7, 79:11-13, 79:18-26, 80:1-7, 80:12-20,
12 | 80:24-81:6, 81:15-21, 82:9-26, 83:6-16, 83:21-26, 84:1-5, 84:9-24, 85:2-26, 86:1-
13 | 88:9, 88:14-89:5, 89:12-23, 90:5-26, 91:1-5, 91:11-19, 91:23-24, 92:2-13, 92:19-28,
14 | 93:7-14, 93:20-94:4, 94:11-16, 94:23-26, 95:1, 95:6-13, 95:18-26,

are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: 4/17, 2007

_____
Hon. Stephen G. Larson
United States District Judge