DALE M. CENDALI (admitted *pro hac vice*)
DIANA M. TORRES (S.B. #162284)
JAMES P. JENAL (S.B. #180190)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: jschmitt@omm.com

PATRICIA GLASER (S.B. # 55668)
CHRISTENSEN, GLASER, FINK,
JACOBS, WEIL & SHAPIRO, LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, CA 90067
Telephone: (310) 553-3000
Facsimile: (310) 557-9815

Attorneys for MGA Entertainment, Inc.

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation,<br><br>Defendant. | Case No. CV 04-09049 SGL (RNBx)<br>(consolidated with CV 04-9059 & 05-2727)<br><br>**APPLICATION OF MGA ENTERTAINMENT, INC. FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL; AND [PROPOSED] ORDER**<br><br>[Federal Rule of Civil Procedure 72(a); Local Rule 72-2.1]<br><br>Hearing Date: April 30, 2007<br>Time: 10:00 a.m.<br>Location: Courtroom 1<br><br>Discovery Cutoff: March 3, 2008<br>Pre-trial Conference: June 2, 2008<br>Trial Date: July 1, 2008 |

Pursuant to Local Rule 79-5.1 of the Central District of California and the Stipulated Protective Order entered by the Court in this action, MGA Entertainment, Inc. ("MGA") hereby respectfully requests that the Court order that the following documents are to be filed under seal:

1. Declaration of James P. Jenal in Support of MGA Entertainment, Inc.'s Reply in Support of its Motion Objecting to Discovery Master's March 7, 2007 Order Granting in Part and Denying in Part Mattel's Motion to Overrule Instructions Not to Answer During the Deposition of Carter Bryant, and the exhibits attached thereto.

These documents contain, attach, and/or reference materials previously designated as "Confidential" under the Protective Order in this matter, and other materials subject to the Attorney Work Product doctrine which are being produced for the Court's review in support of MGA and Bryant's assertion of a joint defense privilege. Accordingly, MGA requests that the Court order that these documents be filed under seal.

Dated: April 23, 2007

O'MELVENY & MYERS LLP

By: _____
James P. Jenal
Attorneys for MGA Entertainment, Inc.

# [PROPOSED] ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

1. Declaration of James P. Jenal in Support of MGA Entertainment, Inc.'s Reply in Support of its Motion Objecting to Discovery Master's March 7, 2007 Order Granting in Part and Denying in Part Mattel's Motion to Overrule Instructions Not to Answer During the Deposition of Carter Bryant, and the exhibits attached thereto.

are ORDERED filed under seal pursuant to Central District Local Rule 79-5.1 and the Stipulated Protective Order on file in this case.

DATED: 4-24-07

Hon. Stephen G. Larson

## PROOF OF SERVICE

I, Karen A. Nakatsu, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 400 South Hope Street, Los Angeles, California 90071-2899. On April 23, 2007, I served the within document(s):

**APPLICATION OF MGA ENTERTAINMENT, INC. FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL; AND [PROPOSED] ORDER**

[X] by causing to be personally served the document(s) listed above to the person(s) listed below.

John Quinn, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017

[X] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

| Keith A. Jacoby, Esq. | Patricia Glaser, Esq. |
| Littler Mendelson, P.C. | Christensen, Glaser, Fink, Jacobs, |
| 2049 Century Park East, | Weil & Shapiro, LLP |
| Fifth Floor | 10250 Constellation Blvd., |
| Los Angeles, CA 90067 | 19th Floor |
| | Los Angeles, CA 90067 |

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on April 23, 2007, at Los Angeles, California.

*Karen A. Nakatsu*
Karen A. Nakatsu

LA2:817525.1