CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
Priority ___
Send ___
Entered ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only___
Docketed on CM ___
___ THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP 77(d)

4-26-07

EASTERN DIVISION
BY ___ DEPUTY

**SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA 92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.    CV 04-09049 SGL(RNBx)            Date: April 24, 2007

Title:      CARTER BRYANT -v- MATTEL, INC.
         and consolidated actions

========================================================================

PRESENT:   HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

       Jim Holmes                                    None Present
       Courtroom Deputy Clerk             Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

None present                                None present

PROCEEDINGS:    MINUTE ORDER (IN CHAMBERS)

      Currently set for hearing on April 30, 2007, are the following motions:

      1. Motion to Dismiss Mattel's Amended Answer and Counterclaims, filed 2/12/07 by MGA Entertainment, Inc., and Issac Larian;

      2. Motion Objecting to Discovery Master's March 7, 2007, Order Granting in part and Denying in part Mattel's Motion to Overrule Instructions Not to Answer During the Deposition of Carter Bryant, filed 3/21/07 by MGA Entertainment, Inc.;

      3. Motion to Dismiss Counterclaims II, III, V, VII, IX, & XI, filed 2/12/07 by Defendant Carter Bryant; and

      4. Motion to Dismiss Mattel's Amended Answer and Counterclaims, filed 2/2/707 by MGAE de Mexico S.R.L.de C.V.

      The Court **HEREBY CONTINUES** the hearing on these motions until May 21, 2007, at 10:00 a.m., in Courtroom #1 of the above-referenced Court.

MINUTES FORM 90                                         Initials of Deputy Clerk __jh__
CIVIL -- GEN                              1             Docket #421