**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA 92501
<u>CIVIL MINUTES -- GENERAL</u>

| | |
|---|---|
| Case No.   CV 04-09049 SGL(RNBx) | Date: April 25, 2007 |

Title:   CARTER BRYANT -v- MATTEL, INC.
and consolidated actions

===========================================================================

PRESENT:   HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| Jim Holmes | None Present |
| Courtroom Deputy Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None present | None present |

PROCEEDINGS:   MINUTE ORDER (IN CHAMBERS)

Currently set for hearing on April 30, 2007, is the following motion:

NOTICE OF MOTION AND MOTION filed by Law Firm Littler Mendelson re Objecting to Discovery Masters 3/7/07, Order granting in part and denying in part Mattel's motion to overrule instructions not to answer during the deposition of Carter Bryant, etc.

The Court **HEREBY CONTINUES** the hearing on this motion until May 21, 2007, at 10:00 a.m., in Courtroom One of the above-referenced Court.

```
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
Priority   ✓    Send       ✓
Entered         Closed
JS-5/JS-6       JS-2/JS-3
Scan Only       Docketed on CM
___ THIS CONSTITUTES NOTICE OF
    ENTRY AS REQUIRED BY FRCP 77(d)
        4-25-07
EASTERN DIVISION
BY                  DEPUTY
```

| | | |
|---|---|---|
| MINUTES FORM 90 | | Initials of Deputy Clerk __ jh |
| CIVIL -- GEN | 1 | Docket   #424 |