QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff and Counter-Defendant Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>[PROPOSED] ORDER GRANTING MATTEL, INC.'S APPLICATION FOR LEAVE TO FILE A SURREPLY IN OPPOSITION TO CARTER BRYANT'S MOTION TO DISMISS COUNTERCLAIMS II, III, V, VII, IX, AND XI<br><br>[Fed. R. Civ. P. 9(b) & 12(b)(6)]<br><br>Hearing Date: April 30, 2007<br>Time: 10:00 a.m.<br>Place: Courtroom 1<br><br>Discovery Cut-Off: Oct. 22, 2007<br>Pre-Trial Conference: Jan. 14, 2008<br>Trial Date: Feb. 12, 2008 |

Priority ✓
Send ✓
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

ORIGINAL

7209/2104204.1

[PROPOSED] ORDER

# [PROPOSED] ORDER

On April 30, 2007, at 10:00 a.m., counsel for Carter Bryant, MGA Entertainment, Inc., and Mattel, Inc. appeared before the Court.

For good cause shown, the Court hereby GRANTS Mattel's Application for Leave to File A Surreply in Opposition to Bryant's Motion to Dismiss Mattel's Counterclaims II, III, V, VII, IX, and XI. The [Proposed] Surreply attached as Exhibit A to Mattel's Motion for Leave shall be, and hereby is, deemed filed.

IT IS SO ORDERED.

DATED: 4-30, 2007

_____
Hon. Stephen G. Larson

7209/2104204.1

-1-

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On April 24, 2007, I served true copies of the following document(s) described as

**MATTEL, INC.'S APPLICATION FOR LEAVE TO FILE A SURREPLY IN OPPOSITION TO CARTER BRYANT'S MOTION TO DISMISS COUNTERCLAIMS II, III, V, VII, IX, AND XI**

**[PROPOSED] ORDER GRANTING MATTEL, INC.'S APPLICATION FOR LEAVE TO FILE A SURREPLY IN OPPOSITION TO CARTER BRYANT'S MOTION TO DISMISS COUNTERCLAIMS II, III, V, VII, IX, AND XI**

on the parties in this action as follows:

| | |
|---|---|
| Diana M. Torres, Esq. | Keith Jacoby, Esq. |
| O'Melveny & Myers, LLP | Littler Mendelson P.C. |
| 400 S Hope Street | 2049 Century Park East, 5th Floor |
| Los Angeles, CA 90071 | Los Angeles, CA 90067 |

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 24, 2007, at Los Angeles, California.

*/s/ Dave Quintana*
Dave Quintana

07209/2098748.1