DOUGLAS A. WICKHAM (S.B. No.127268)
dwickham@littler.com
KEITH A. JACOBY (S.B. No.150233)
kjacoby@littler.com
LITTLER MENDELSON
A Professional Corporation
2049 Century Park East, 5th Floor
Los Angeles, CA 90067.3107
Telephone: (310) 553-0308
Facsimile: (310) 553-5583

Attorneys for CARTER BRYANT

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

CARTER BRYANT, an individual,

Plaintiff,

v.

MATTEL, INC., a Delaware Corporation,

Defendant.

CONSOLIDATED WITH
MATTEL, INC. v. BRYANT and
MGA ENTERTAINMENT, INC. v. MATTEL, INC.

Case No. CV 04-09049 SGL (RNBx)
(consolidated with CV 04-9059 & 05-2727)

**APPLICATION OF CARTER BRYANT FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL; AND**

**[PROPOSED] ORDER**

Discovery Cut-Off: October 31, 2007
Trial Date: February 12, 2008

Judge: Hon. Stephen G. Larson

Pursuant to Local Rule 79-5.1 of the Central District of California and the Stipulated Protective Order entered by the Court in this action, Carter Bryant ("Bryant") hereby respectfully requests that the Court order that the following documents are to be filed under seal:

1. Consolidated Reply Memorandum of Carter Bryant in Further Support of His Motions to Overrule Insutructions Not to Answer During the Depositions of Alan Kaye and Ann Driskill, to Compel Kaye and Driskill to Answer those Questions, and for Sanctions;

2. Consolidated Separate Statement In Support Of Motion Of Carter Bryant To Overrule Instructions Not To Answer During The Deposition Of Alan Kaye, To Compel Answers To Those Questions, And For Sanctions;

3. Consolidated Separate Statement In Support Of Motion Of Carter Bryant To Overrule Instructions Not To Answer During The Deposition Of Ann Driskill, To Compel Answers To Those Questions, And For Sanctions.

These documents contain, attach, and/or reference portions of deposition transcripts that have been designated as "Confidential" or, in some cases, "For Attorney's Eyes Only" pursuant to the operative Protective Order. Accordingly, Bryant requests that the Court order that these documents be filed under seal.

Dated: April 23, 2007

Respectfully submitted,

DOUGLAS A. WICKHAM
KEITH A. JACOBY

DOUGLAS A. WICKHAM
LITTLER MENDELSON
A Professional Corporation
Attorneys for CARTER BRYANT

2.

# [PROPOSED] ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

1. Consolidated Reply Memorandum of Carter Bryant in Further Support of His Motions to Overrule Insutructions Not to Answer During the Depositions of Alan Kaye and Ann Driskill, to Compel Kaye and Driskill to Answer those Questions, and for Sanctions;

2. Consolidated Separate Statement In Support Of Motion Of Carter Bryant To Overrule Instructions Not To Answer During The Deposition Of Alan Kaye, To Compel Answers To Those Questions, And For Sanctions; and

3. Consolidated Separate Statement In Support Of Motion Of Carter Bryant To Overrule Instructions Not To Answer During The Deposition Of Ann Driskill, To Compel Answers To Those Questions, And For Sanctions

are filed under seal pursuant to Central District Local Rule 79-5.1 and the Stipulated Protective Order on file in this case.

DATED: 4-30-07

Hon. Stephen G. Larson

Firmwide:82369807.1 028307 1010

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA 90067 3107
310 553 0308

3.