QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. CV 04-09059 & Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Hon. Edward Infante (Ret.)]**<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL CERTAIN EXHIBITS TO THE DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MATTEL, INC.'S REPLY ON MOTION TO COMPEL MGA TO PRODUCE WITNESSES FOR DEPOSITION PURSUANT TO RULE 30(B)(6) AND FOR SANCTIONS<br><br>[PROPOSED] ORDER<br><br>Date: TBA<br>Time: TBA<br>Place: TBA<br><br>Discovery cutoff: October 22, 2007<br>Final Pretrial Conf. Date: January 14, 2008<br>Trial Date: February 12, 2008 |

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1    Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order
2    entered by the Court in this action, plaintiff and counter-defendant Mattel, Inc.
3    ("Mattel") hereby respectfully requests that the Court order filed under seal Exhibits
4    11 and 12 to the concurrently filed Declaration of Michael T. Zeller in Support of
5    Mattel, Inc.'s Reply on Motion To Compel MGA To Produce Witnesses For
6    Deposition Pursuant To Rule 30(B)(6) And For Sanctions (the "Declaration").
7        The Declaration attaches as exhibits documents that Mattel, Carter
8    Bryant, or MGA Entertainment, Inc. have designated as "Confidential" or
9    "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order. Exhibit 11
10   and 12 to the Declaration consist of materials designated by Mattel, Carter Bryant,
11   or MGA Entertainment, Inc. as "Confidential" or "Confidential--Attorneys' Eyes
12   Only." Accordingly, Mattel requests that the Court order that Exhibits 11 and 12 to
13   the Declaration be filed under seal.

DATED: May 4, 2007

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Susan L. Wines
Susan L. Wines
Attorneys for Mattel, Inc.

1
2                              [PROPOSED] ORDER
3
4          Based on the above Application, and good cause appearing for the
5  entry thereof, IT IS HEREBY ORDERED:
6          Exhibits 2, 3, 5, and 13 to the Declaration of Michael T. Zeller in
7  Support of Mattel, Inc.'s Motion for an Order to Enforce Court's January 25, 2007
8  Order Compelling Bryant to Produce Desktop Computer Hard Drive, is ORDERED
9  filed under seal pursuant to Local Rule 79-5.1.
10
11 DATED:    5/7    , 2007        _____
                                   Hon. Stephen G. Larson
12                                 United States District Judge

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is NOW Messenger Service, 1301 West Second Street, Suite 206, Los Angeles, California 90026.

On May 4, 2007, I served true copies of the following document(s) described as:

**MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL CERTAIN EXHIBITS TO THE DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MATTEL, INC.'S REPLY ON MOTION TO COMPEL MGA TO PRODUCE WITNESSES FOR DEPOSITION PURSUANT TO RULE 30(B)(6) AND FOR SANCTIONS**

on the parties in this action as follows:

| Diana M. Torres, Esq.<br>**O'MELVENY & MYERS, LLP**<br>400 S. Hope Street<br>Los Angeles, CA 90071 | *Attorneys for MGA ENTERTAINMENT, INC.* |
|---|---|

[√] [PERSONAL] by personally delivering the document listed above to the person(s) at the address(es) set forth above.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made

Executed on May 4, 2007, at Los Angeles, California.

*David Quintana*
David Quintana

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On May 4, 2007, I served true copies of the following document(s) described as **MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL CERTAIN EXHIBITS TO THE DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MATTEL, INC.'S REPLY ON MOTION TO COMPEL MGA TO PRODUCE WITNESSES FOR DEPOSITION PURSUANT TO RULE 30(B)(6) AND FOR SANCTIONS** on the parties in this action as follows:

| | |
|---|---|
| Keith A. Jacoby, Esq.<br>Littler Mendelson<br>2049 Century Park East, 5th Floor<br>Los Angeles, CA  90067-3107<br>*Attorneys for CARTER BRYANT* | John W. Keker<br>Michael H. Page<br>Christa M. Anderson<br>**Keker & Van Nest, LLP**<br>710 Sansome Street<br>San Francisco, CA 94111<br>*Attorneys for CARTER BRYANT* |

**BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 4, 2007, at Los Angeles, California.

*/s/ Yalonda J. Dekle*
Yalonda J. Dekle

07209/2081332.1