**SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**MATTEL INC,**

Counter-claimant(s),

v.

CARLOS GUSTAVO MACHADO GOMEZ

Counter-Defendant(s).

CASE NUMBER

**CV04-9049 SGL (RNBx)**

NOTICE OF DEFICIENCY
DEFAULT/DEFAULT JUDGMENT

PLEASE TAKE NOTICE:

The Clerk cannot enter the requested **Default** of  __Carlos Gustavo Machado Gomez__
for the following reason(s):

☐   No declaration as required by F.R.Civ.P 55(a)

☐   Service was not effected pursuant to the law of the State of California or the Federal Rules of Civil Procedure. [FRCP 4(e).

☐   No proof of service/waiver of service on file**.**

☐   The name of the person served does not exactly match the complaint

■   Proof of Service is lacking required information:  **(Substituted Service indicated) Requires name of person served or general description of the person served.**

☐   Waiver of Service lacking the signature of the sender and/or the person acknowledging receipt

☐   Time to respond has not expired

☐   Answer and/or Motion for Summary Judgment and/or Motion to Dismiss on file.

☐   Request forwarded to assigned Judge for consideration

☐   Party dismissed from action on

☐   Case terminated on

The Clerk cannot enter the requested **Default Judgment** against _____
for the following reason(s)

☐   No Entry of Default on file

☐   No declaration of as required by F.R.Civ.P 55(b)

☐   The name of the person for which Default Judgment is requested does not exactly match the person named in the complaint

☐   Amounts requested differ or exceed the amounts prayed for in the demand for judgment in the most recently filed complaint

☐   An Affidavit of the amount due must accompany the plaintiff's request for default judgment

☐   No judgment by default may be entered by the Clerk against the United States or an incompetent person. The Request for Entry of Default has been forwarded to the assigned Judge

☐   Amount sought is not for a sum certain or cannot be computed to a sum certain

☐   Attorney Fees sought not in compliance with Local Rule 55.4

☐   Amount sought for costs is incorrect   .

☐   Case terminated on ——————————

CLERK OF COURT

Date:  **May 7, 2007**                    By    _A. morax_

                                                    Deputy Clerk

CV-52(b) (10/01)                NOTICE OF DEFICIENCY - DEFAULT/DEFAULT JUDGMENT