QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff
Mattel, Inc.

Priority ✓
Send ✓
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. CV 04-09059 and Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>[PROPOSED] ORDER GRANTING APPLICATION TO RESCHEDULE HEARING DATE ON DEFENDANTS' MOTIONS TO DISMISS MATTEL'S AMENDED ANSWER AND COUNTERCLAIMS AND DEFENDANTS' OBJECTIONS TO DISCOVERY MASTER'S MARCH 7, 2007 ORDER<br><br>[Local Rule 7-19]<br><br>Hearing Date: May 7, 2007<br>Time: 10:00 a.m.<br>Place: Courtroom 1<br><br>Discovery Cut-Off: Oct. 22, 2007<br>Pre-Trial Conference: Jan. 14, 2008<br>Trial Date: Feb. 12, 2008 |

07209/2115093.1

[PROPOSED] ORDER

# [PROPOSED] ORDER

For good cause shown, the Court hereby GRANTS Mattel's <u>ex parte</u> application to reschedule the date of oral argument on (1) Carter Bryant's Motion to Dismiss Mattel, Inc.'s Amended Answer and Counterclaims; (2) MGA Entertainment, Inc. and Isaac Larian's Motion to Dismiss Mattel, Inc.'s Amended Answer and Counterclaims, and MGA Hong Kong Limited's Joinder in same; (3) MGAE de Mexico, S.R.L. DE C.V.'s Motion to Dismiss Mattel, Inc.'s Amended Answer and Counterclaims; (4) Carter Bryant's Objections to the Discovery Master's March 7, 2007 Order Granting in Part and Denying in Part Mattel's Motion to Overrule Instructions Not to Answer During the Deposition of Carter Bryant; and (5) MGA Entertainment, Inc.'s Objections to the Discovery Master's March 7, 2007 Order Granting in Part and Denying in Part Mattel's Motion to Overrule Instructions Not to Answer During the Deposition of Carter Bryant.

These matters shall be heard on __6/11__, 2007.
@ 10:00 a.m.

DATED: 5/9, 2007

_____
Hon. Stephen G. Larson
United States District Court Judge

07209/2115093.1

[PROPOSED] ORDER

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On May 7, 2007, I served true copies of the following document(s) described as as **[PROPOSED] ORDER GRANTING APPLICATION TO RESCHEDULE HEARING DATE ON DEFENDANTS' MOTIONS TO DISMISS MATTEL'S AMENDED ANSWER AND COUNTERCLAIMS AND DEFENDANTS' OBJECTIONS TO DISCOVERY MASTER'S MARCH 7, 2007 ORDER** on the parties in this action as follows:

| | |
|---|---|
| Diana M. Torres, Esq. | Keith Jacoby, Esq. |
| **O'MELVENY & MYERS, LLP** | **LITTLER MENDELSON** |
| 400 S. Hope Street | 2049 Century Park East, 5th Floor |
| Los Angeles, CA 90071 | Los Angeles, CA 90067 |

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 7, 2007, at Los Angeles, California.

_Dave Quintana_
NOW LEGAL -- Dave Quintana

07209/2084491.1

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On May 7, 2007, I served true copies of the following document(s) described as **[PROPOSED] ORDER GRANTING APPLICATION TO RESCHEDULE HEARING DATE ON DEFENDANTS' MOTIONS TO DISMISS MATTEL'S AMENDED ANSWER AND COUNTERCLAIMS AND DEFENDANTS' OBJECTIONS TO DISCOVERY MASTER'S MARCH 7, 2007 ORDER** on the parties in this action as follows:

John W. Keker, Esq.
Michael H. Page, Esq.
Christa M. Anderson, Esq.
**Keker & Van Nest, LLP**
710 Sansome Street
San Francisco, CA 94111
Facsimile: 415-397-7188

**BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

**BY FACSIMILE:** At or before 10:00 am, on May 7, 2007, I caused said document(s) to be transmitted by facsimile pursuant to Federal Rule of Civil Procedure 5(b)(2)(d). The telephone number of the sending facsimile machine was (213) 443-3100. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The document was transmitted by facsimile transmission, and the sending facsimile machine properly issued a transmission report confirming that the transmission was complete and without error.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 7, 2007, at Los Angeles, California.

*/s/ Laura Kinsey*
Laura Kinsey