O'MELVENY & MYERS LLP
400 South Hope Street
18th Floor
Los Angeles, California 90071-2899

Priority ✓
Send ✓
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation,<br><br>Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | CASE NUMBER<br><br>CV 04-09049 SGL (RNBx)<br>(consolidated with CV 04-9059 & 05-2727)<br><br>~~ORDER ON~~<br>APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed the accompanying Application of Melanie Bradley of O'Melveny & Myers LLP for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff   ☐ Defendant MGA ENTERTAINMENT, INC. and the designation of Diana Torres of O'Melveny & Myers LLP as local counsel, hereby **ORDERS** the Application be:

☒ GRANTED

☐ DENIED. Fee, if paid, shall be returned by the Clerk.

Dated  5-10-07

U. S. District Judge/~~U.S. Magistrate Judge~~

**STEPHEN G. LARSON**
**UNITED STATES DISTRICT JUDGE**

FEE PAID

DOCKETED ON CM
MAY 1 4 2007
BY ___

G-64 ORDER (06/05)   ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE

# PROOF OF SERVICE

I, Maria Silva, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 400 South Hope Street, Los Angeles, California 90071-2899. On May 10, 2007, I served the within documents:

**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**

[X] by causing to be personally served the document(s) listed above to the person(s) listed below.

Timothy L. Alger, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543

[X] by putting a true and correct copy thereof, together with an unsigned copy of this declaration, in a sealed envelope designated by the carrier, with delivery fees paid or provided for, for delivery the next business day to the person(s) listed below, and placing the envelope for collection today by the overnight courier in accordance with the firm's ordinary business practices. I am readily familiar with this firm's practice for collection and processing of overnight courier correspondence. In the ordinary course of business, such correspondence collected from me would be processed on the same day. with fees thereon fully prepaid, and deposited that day in a box or other facility regularly maintained by Airborne Express, which is an express carrier.

| | |
|---|---|
| Michael H. Page, Esq.<br>Keker & Van Nest LLP<br>710 Sansome Street<br>San Francisco, CA 94111-1704 | Douglas A. Wickham, Esq.<br>Littler Mendelson<br>2049 Cenetury Park East, 5th Floor<br>Los Angeles, CA 90067-3107 |

Patricia Glaser, Esq.
Christensen, Glaser, Fink, Jacobs
  Weil and Shaprio, LLP
10250 Constellation Boulevard
19th Floor
Los Angeles, CA 90067

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on May 10, 2007, at Los Angeles, California.

_____
Maria Silva