DOUGLAS S. WICKHAM (S.B. #127268)
KEITH A. JACOBY (S.B. #150233)
LITTLER MENDELSON
A Professional Corporation
2049 Century Park East, 5th Floor
Los Angeles, CA 90067
Tel: (310)553-0308/Fax: (310)553-5583

FILED - EASTERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 17 2007

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

Send ___
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTEL, INC., a Delaware Corporation<br><br>Plaintiff(s)<br><br>v.<br><br>CARTER BRYANT, an individual<br><br>Defendant(s). | CASE NUMBER<br>CV04-9049 (RNBx)<br>consolidated with CV 04-9059 & 05-2727<br><br>ORDER ON<br>REQUEST FOR APPROVAL OF<br>SUBSTITUTION OF ATTORNEY |

The Court hereby orders that the request of:

CARTER BRYANT          ☐ Plaintiff  ☒ Defendant  ☐ Other _____
_Name of Party_

to substitute KEKER & VAN NEST, LLP.                          who is

☒ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

710 SANSOME STREET
_Street Address_

SAN FRANCISCO, CA 94111                    JKeker@jvn.com
_City, State, Zip_                          _E-Mail Address_

(415)391-5400           (415)397-7188           154913
_Telephone Number_      _Fax Number_            _State Bar Number_

as attorney of record in place and stead of LITTLER MENDELSON, PC.
                                           _Present Attorney_

is hereby  ☒ GRANTED    ☐ DENIED

Dated 5-17-07

U.S. District Judge/U.S. Magistrate Judge

DOCKETED ON CM
MAY 21 2007

BY FAX

NOTICE TO COUNSEL : IF YOU ARE CURRENTLY ENROLLED IN THE OPTICAL SCANNING PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.

G-01 ORDER (06/05)        ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY        American LegalNet, Inc.
                                                                                          www.USCourtForms.com

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 2049 Century Park East, 5th Floor, Los Angeles, California 90067.3107. On May 17, 2007, I served the within document(s):

**ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY**

[X]  by placing a true copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at Los Angeles, California addressed as set forth below.

John Quinn, Esq.
Michael Zeller
Quinn Emanuel Urquhart
Oliver & Hedges, LLP
865 South Figueroa Street,
10th Floor
Los Angeles, CA 90017-2543

John W. Keker, Esq.
Keker & Van Nest, LLP.
710 Sansome Street
San Francisco, CA 94111

Diana M. Torres, Esq.
James Jenal, Esq.
O'Melveny & Myers LLP
400 S. Hope Street
Los Angeles, CA 90071

Patricia Glaser, Esq.
Christensen, Glaser, Fink, Jacobs, Weil & Shapiro, LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, CA 90067

I am readily familiar with the firm's practice of collection and processing correspondence for mailing and for shipping via overnight delivery service. Under that practice it would be deposited with the U.S. Postal Service or if an overnight delivery service shipment, deposited in an overnight delivery service pick-up box or office on the same day with postage or fees thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on May 17, 2007, at Los Angeles, California.

Julie Contreras

Firmwide:82485216.1 028307.1010

PROOF OF SERVICE