SEND

FILED
CLERK, U.S. DISTRICT COURT

MAY 11 2007

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION       BY DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**Mattel Inc**

CASE NUMBER:

**CV04-09049 SGL(RNBx)**

COUNTER-CLAIMANT(S)

v.

**Carlos Gustavo Machado Gomez**

COUNTER- DEFENDANT(S)

DEFAULT BY CLERK
F.R.Civ.P. 55(a)

It appearing from the records in the above-entitled action that summons has been served upon the counter-defendant(s) named below, and it further appearing from the affidavit of counsel for counter-claimant(s), and other evidence as required by F.R.Civ.P. 55(a), that each of the below counter-defendants have failed to plead or otherwise defend in said action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

Now, therefore, on request of counsel, the DEFAULT of each of the following named counter- defendant(s) is hereby entered

**Carlos Gustavo Machado Gomez**

DOCKETED ON CM
MAY 23 2007
045

Clerk, U. S. District Court

**Dated:** May 11, 2007

By _A. Morris_
Deputy Clerk

CV-37 (10/01)                                           DEFAULT BY CLERK F.R.Civ.55(a)