**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA 92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.   CV 04-09049 SGL(RNBx)                     Date: June 1, 2007

Title:   CARTER BRYANT -v- MATTEL, INC.
===============================================================================
PRESENT:   HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

| Jim Holmes | None Present |
|---|---|
| Courtroom Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:       ATTORNEYS PRESENT FOR DEFENDANTS:

None present                            None present

PROCEEDINGS:   (IN CHAMBERS)
               ORDER SETTING HEARING ON MOTION

MGA Entertainment, Inc.'s, Motion Objecting to Portions of the Discovery Master's May 16, 2007, Order Granting Mattel's Motion to Compel MGA to produce Witnesses for Deposition Pursuant to Rule 30(b)(6) is **SET FOR HEARING** on June 25, 2007. In conformity with the relevant Local Rules, any opposition to the motion must be filed no later than June 11, 2007, and any reply thereto must be filed no later than June 18, 2007.

All counsel are reminded of their duties pursuant to Local Rule 7-4 ("On the first page of the notice of motion and every other document filed in connection with any motion, there shall be included, under the title of the document, the date and time of the motion hearing, and the name of the judicial officer before whom the motion has been noticed.").

IT IS SO ORDERED.

MINUTES FORM 90                                         Initials of Deputy Clerk  jh
CIVIL -- GEN