QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff
Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>MATTEL, INC.'S APPLICATION TO LODGE UNDER SEAL CERTAIN EXHIBITS TO THE NOTICE OF LODGING REGARDING OPPOSITION TO MGA ENTERTAINMENT, INC.'S OBJECTIONS TO PORTIONS OF THE DISCOVERY MASTER'S MAY 16, 2007 ORDER GRANTING MATTEL'S MOTION TO COMPEL MGA TO PRODUCE WITNESSES FOR DEPOSITION PURSUANT TO RULE 30(b)(6);<br><br>AND [PROPOSED] ORDER<br><br>[Local Rule 79-5.1]<br><br>Hearing Date: June 25, 2007<br>Time: 10:00 a.m.<br>Place: Courtroom 1<br><br>Discovery Cutoff: Oct. 22, 2007<br>Pre-Trial Conference: Jan. 14, 2008<br>Trial Date: Feb. 12, 2008 |

APPLICATION TO LODGE UNDER SEAL

1       Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, plaintiff Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order lodged under seal the redacted portions of Exhibits 3 and 11 to the concurrently filed Notice of Lodging regarding Mattel, Inc.'s Opposition to MGA Entertainment, Inc.'s Objections to Portions of the Discovery Master's May 16, 2007 Order Granting Mattel's Motion to Compel MGA to Produce Witnesses for Deposition Pursuant to Rule 30(b)(6) ("Notice of Lodging").

      The Notice of Lodging attaches as exhibits documents that Carter Bryant and/or MGA Entertainment, Inc. ("MGA") have designated as "Confidential" and/or "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order. As the redacted portions of Exhibits 3 and 11 to the Notice of Lodging consist of materials designated by Carter Bryant and/or MGA as "Confidential" and/or "Confidential--Attorneys' Eyes Only," Mattel requests that the Court order that these exhibits be lodged under seal.

      In the alternative, Mattel requests that the Court declare these exhibits to the Notice of Lodging to be outside the definition of "Confidential--Attorneys' Eyes Only" as contained in the Stipulated Protective Order and order them to be lodged as part of the public record.

DATED: June 11, 2007       QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By _____ Dylan Proctor /BAS
     B. Dylan Proctor
     Attorneys for Plaintiff
     Mattel, Inc.

[PROPOSED] ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

The redacted portions of Exhibits 3 and 11 to the Notice of Lodging submitted in support of Mattel, Inc.'s Opposition to MGA Entertainment, Inc.'s Objections to Portions of the Discovery Master's May 16, 2007 Order Granting Mattel's Motion to Compel MGA to Produce Witnesses for Deposition Pursuant to Rule 30(b)(6), are ORDERED lodged under seal pursuant to Local Rule 79-5.1.

DATED: June 12, 2007

Hon. Stephen G. Larson
United States District Judge