QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff and Counter-Defendant Mattel, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. CV 04-09059 & Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Hon. Edward Infante (Ret.)]**<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBIT J TO THE DECLARATION OF TIMOTHY L. ALGER IN SUPPORT OF MATTEL, INC.'S MOTION FOR RECONSIDERATION OF A PORTION OF THE MAY 22, 2007 ORDER GRANTING IN PART AND DENYING IN PART MGA'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS;<br><br>[PROPOSED] ORDER<br><br>Date: TBA<br>Time: TBA<br>Place: TBA<br><br>Discovery Cut-off: March 3, 2008<br>Pre-trial Conference: June 2, 2008<br>Trial Date: July 1, 2008 |

07975/2144122.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1        Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2  entered by the Court in this action, plaintiff and counter-defendant Mattel, Inc.
3  ("Mattel") hereby respectfully requests that the Court order filed under seal Exhibit J
4  to the concurrently filed Declaration of Timothy L. Alger in Support of Mattel,
5  Inc.'s Motion for Reconsideration of a Portion of the May 22, 2007 Order Granting
6  in Part and Denying in Part MGA's Motion to Compel Production of Documents
7  ("the Declaration").
8        The Declaration attaches as Exhibit J a document that MGA
9  Entertainment, Inc. designated as "Confidential." Accordingly, Mattel requests that
10 the Court order that Exhibit J to the Declaration be filed under seal.
11       In the alternative, Mattel requests that the Court declare that Exhibit J
12 to the Declaration is outside the definition of "Confidential" as contained in the
13 Stipulated Protective Order and order it to be filed as part of the public record.

DATED: June 14, 2007

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By _____
Timothy L. Alger
Attorneys for Plaintiff and Counter-Defendant Mattel, Inc.

[PROPOSED] ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Exhibit J to the Declaration of Timothy L. Alger in Support of Mattel, Inc.'s Motion for Reconsideration of a Portion of the May 22, 2007 Order Granting in Part and Denying in Part MGA's Motion to Compel Production of Documents, is ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: 6/15, 2007   _____
Hon. Stephen G. Larson
United States District Judge

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017.

On June 14, 2007, I served true copies of the following documents described as:

**MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBIT J TO THE DECLARATION OF TIMOTHY L. ALGER IN SUPPORT OF MATTEL, INC.'S MOTION FOR RECONSIDERATION OF A PORTION OF THE MAY 22, 2007 ORDER GRANTING IN PART AND DENYING IN PART MGA'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS; [PROPOSED] ORDER**

on the parties in this action as follows:

| | |
|---|---|
| Michael H. Page, Esq.<br>Christa M. Anderson, Esq.<br>Keker & Van Nest, LLP<br>710 Sansome Street<br>San Francisco, CA 94111<br>Telephone: 415.391.5400<br>Fascimile: 415.397.7188 | **Attorneys for *Carter Bryant*** |

[√]  **[MAIL]** As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business, addressed as set forth below. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made

Executed on June 14, 2007, at Los Angeles, California.

Albert V. Villamil

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is NOW Messenger Service, 1301 West Second Street, Suite 206, Los Angeles, California 90026.

On June 14, 2007, I served true copies of the following documents described as:

**MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBIT J TO THE DECLARATION OF TIMOTHY L. ALGER IN SUPPORT OF MATTEL, INC.'S MOTION FOR RECONSIDERATION OF A PORTION OF THE MAY 22, 2007 ORDER GRANTING IN PART AND DENYING IN PART MGA'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS; [PROPOSED] ORDER**

on the parties in this action as follows:

| | |
|---|---|
| Diana M. Torres, Esq.<br>O'Melveny & Myers<br>400 So. Hope Street<br>Los Angeles, CA 90071<br>Telephone: 213.430.6000<br>Facsimile: 213.430.6407 | **Attorneys for *MGA Entertainment*** |

[√] [PERSONAL] by personally delivering the document listed above to the person(s) at the address(es) set forth above.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made

Executed on June 14, 2007, at Los Angeles, California.

_____
David Quintana