DALE M. CENDALI (admitted *pro hac vice*)
MICHAEL KEATS (admitted *pro hac vice*)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA  90071-2899
Telephone:   (213) 430-6000
Facsimile:    (213) 430-6407
Email:         jjenal@omm.com

Attorneys for MGA Entertainment, Inc.

MICHAEL H. PAGE (S.B. #154913)
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, CA  94111
Telephone:  (415) 391-5400
Facsimile:    (415) 397-7188

Attorneys for Carter Bryant

QUINN EMANUEL URQUHART OLIVER &
HEDGES, LLP
JOHN B. QUINN (S.B. #090378)
MICHAEL T. ZELLER (S.B. #196417)
865 South Figueroa Street - 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

FILED - EASTERN DIVISION
CLERK U.S. DISTRICT COURT

JUN 1 8 2007

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

BY FAX

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>           Plaintiff,<br><br>   v.<br><br>MATTEL, INC., a Delaware Corporation,<br><br>           Defendant.<br><br>CONSOLIDATED WITH<br>MATTEL, INC. v. BRYANT and<br>MGA ENTERTAINMENT, INC. v.<br>MATTEL, INC. | Case No.  CV 04-09049 SGL (RNBx)<br>(consolidated with CV 04-9059 & 05-2727)<br><br>**STIPULATION FOR CONTINUATION OF SUPPLEMENTAL BRIEFING DATE REGARDING THE CLAIMS TO BE TRIED IN EACH PHASE OF TRIAL**<br><br>[PROPOSED] ORDER |

DOCKETED ON CM

JUN 1 9 2007

BY

1    WHEREAS, Mattel, Inc. ("Mattel") filed its Motion To Try All Claims

2  Related To Bratz Ownership In Phase One on May 8, 2007;

3    WHEREAS, MGA Entertainment, Inc. ("MGA") and Carter Bryant ("Mr.

4  Bryant") filed their respective Oppositions to Mattel's Motion to Try All Claims

5  Related to Bratz Ownership In Phase One on May 25, 2007;

6    WHEREAS, the date the Court ordered the parties to submit supplemental

7  briefing regarding which claims should be tried in the first and second phases of

8  trial is currently scheduled for June 18, 2007;

9    WHEREAS, MGA has requested, and Mattel and Bryant are agreeable to, a

10  continuation of the date for the parties to submit supplemental briefing regarding

11  which claims should be tried in the first and second phases of trial until June 20,

12  2007;

13    WHEREAS, the continuation is not for purposes of delay but so as to allow

14  MGA to confer with its client regarding the ordering of trial and to accommodate

15  the holiday weekend;

16    [remainder of page left intentionally blank]

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION FOR CONTINUATION OF
SUPPLEMENTAL BRIEFING DATE
CV 04-09049 SGL (RNBX)

1

2        NOW THEREFORE, MGA, Mr. Bryant and Mattel, by and through their

3   respective counsel of record, and subject to this Court's approval, hereby stipulate

4   and agree, subject to the approval of the Court, that

5        1.    The date for the parties to submit supplemental briefing regarding

6   which claims should be tried in the first and second phases of trial shall be

7   continued from June 18, 2007, to June 20, 2007.

8

9        IT IS SO STIPULATED.

10

11       Dated:  June ___, 2007                O'MELVENY & MYERS LLP

12                                             By:  Michael Keats
                                               Attorneys for MGA Entertainment, Inc.
13

14       Dated:  June ___, 2007                KEKER & VAN NEST

15

16                                             By: Michael H. Page
                                               Attorneys for Carter Bryant
17

18       Dated:  June ___, 2007

                                               QUINN EMANUEL URQUHART
19                                             OLIVER & HEDGES, LLP

20                                             By:  Michael T. Zeller
                                               Attorneys for Mattel, Inc.
21

22

23

24

25

26

27

28

STIPULATION FOR CONTINUATION OF
SUPPLEMENTAL BRIEFING DATE
CV 04-09049 SGL (RNBX)

# [PROPOSED] ORDER

The foregoing stipulation to continue the date of the briefing by MGA, Mr. Bryant and Mattel as to which claims should be tried in the first and second phase of trial, is granted.

1. The briefing on the issue of which claims should be tried in the first and second phases of trial will be due on June 20, 2007.

Dated: __6 - 18 - 07__

Hon. Stephen G. Larson
United States District Court Judge

LA2 834452 1

STIPULATION FOR CONTINUATION OF
SUPPLEMENTAL BRIEFING DATE
CV 04-09049 SGL (RNBX)

# PROOF OF SERVICE

I, C. Kelley Canning, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 400 South Hope Street, Los Angeles, California 90071-2899.  On June 5, 2007, I served the within document:

**STIPULATION FOR CONTINUATION OF SUPPLEMENTAL BRIEFING DATE REGARDING THE CLAIMS TO BE TRIED IN ECH PHASE OF TRIAL; [PROPOSED] ORDER**

☒  by causing to be personally served the document(s) listed above to the person(s) listed below.

> John B. Quinn, Esq.
> Michael T. Zeller, Esq.
> Quinn Emanuel Urquhart Oliver & Hedges, LLP
> 865 South Figueroa Street, 10th Floor
> Los Angeles, CA 90017
> timalger@quinnemanuel.com
> michaelzeller@quinnemanuel.com

☒  by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.  I am readily familiar with the firm's practice of collecting and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit and also by sending by electronic mail the document(s) listed above to the person(s) listed below.

Patricia Glaser, Esq.
CHRISTENSEN, GLASER, FINK, JACOBS, WEIL & SHAPIRO, LLP
10250 Constellation Blvd.
19th Floor
Los Angeles, CA 90067
pglaser@chrisglase.com

Michael H. Page, Esq.
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, CA 94111
MPage@KVN.com

1        I declare under penalty of perjury under the laws of the United States

2 that the above is true and correct.

3        Executed on June 15, 2007, at Los Angeles, California.

4

5                          C. Kelley Canning

6

LA2 834186 1

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28