CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
Priority ✓  Send ✓
Entered ___  Closed ___
JS-5/JS-6 ___  JS-2/JS-3 ___
Scan Only___  Docketed on CM ✓
___ THIS CONSTITUTES NOTICE OF
ENTRY AS REQUIRED BY FRCP 77(d)

6-20-07

EASTERN DIVISION
BY _____ DEPUTY

**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA 92501
CIVIL MINUTES -- GENERAL

Case No.    CV 04-09049 SGL(RNBx)                    Date: June 19, 2007

Title:    CARTER BRYANT -v- MATTEL, INC.
          AND CONSOLIDATED ACTIONS
===============================================================================
PRESENT:  HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

         Jim Holmes                             None Present
         Courtroom Deputy Clerk                 Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:       ATTORNEYS PRESENT FOR DEFENDANTS:

None present                            None present

PROCEEDINGS:    MINUTE ORDER (IN CHAMBERS)

The parties have filed, pursuant to the Court's December 6, 2007, Order appointing a discovery master, three motions seeking review of the Discovery Master's orders. (See docket #523, 508, 535.) Specifically, the parties seek review of Discovery Master's orders of May 15, May 16, and May 22, 2007.

None of these motions were noticed for hearing by the parties in their original Notices of Motion. See Dec. 6, 2007 Order (noting that the Discovery Master's orders would be reviewed in the same manner as the Court reviews Magistrate Judge rulings); Central District L.R. 72.-2.1 (requiring parties objecting to a Magistrate Judge's pretrial ruling on a non-dispositive matter to "file a motion for review"); Central District L.R. 7-4 (requiring that a notice of motion contain "the date and time of the motion hearing"). The Court subsequently set one of these motions for hearing on June 25, 2007. The Court **ORDERS** that all future motions for review of the discovery master's orders shall be noticed for hearing in the manner prescribed by the Court's Local Rules.

The Court now **VACATES** the June 25, 2007, hearing date, and **SETS FOR HEARING** all three motions on July 30, 2007, at 10:00 a.m., in Courtroom One in the above-referenced Court.

IT IS SO ORDERED.

MINUTES FORM 90                                       Initials of Deputy Clerk __jh__
CIVIL -- GEN                           1              Docket #539