**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA 92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.   CV 04-09049 SGL(RNBx)                    Date: June 20, 2007

Title:   CARTER BRYANT -v- MATTEL, INC.
         AND CONSOLIDATED ACTIONS

==================================================================

PRESENT:  HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

Jim Holmes                                None Present
Courtroom Deputy Clerk                    Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:

None present                              None present

PROCEEDINGS:   (IN CHAMBERS)
               NOTICE VACATING HEARING ON CARTER BRYANT'S MOTION FOR
               RECONSIDERATION OF DISCOVERY MASTER'S MAY 22, 2007, ORDER,
               (DOCKET NO. 534)

    Counsel are notified that the Minute Order of June 19, 2007, is VACATED with reference to the setting of a hearing on the above-referenced matter only, as the deputy clerk was informed by movant's counsel that the motion was meant to be set for hearing before the Discovery Master. A review of the notice of motion confirms the counsel's intent that the motion be heard by the Discovery Master.

    IT IS SO ORDERED.

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
Priority  ✓   Send  ✓
Entered ___  Closed ___
JS-5/JS-6 ___  JS-2/JS-3 ___
Scan Only___  Docketed on CM ✓
___ THIS CONSTITUTES NOTICE OF
ENTRY AS REQUIRED BY FRCP 77(d)

6-20-07

EASTERN DIVISION
BY _____ DEPUTY

Initials of Deputy Clerk: jh
Docket #542

MINUTES FORM 90
CIVIL -- GEN

1