QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff
Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>MATTEL, INC.'S APPLICATION TO LODGE UNDER SEAL THE DECLARATION OF BERNARD SMYTH AND CERTAIN EXHIBITS TO THE NOTICE OF LODGING REGARDING OPPOSITION TO MGA ENTERTAINMENT INC.'S OBJECTIONS TO PORTIONS OF THE DISCOVERY MASTER'S MAY 15, 2007 ORDER GRANTING MATTEL'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND INTERROGATORY RESPONSES BY MGA;<br><br>AND [PROPOSED] ORDER<br><br>[Local Rule 79-5.1]<br><br>Hearing Date: Not Set<br>Time: 10:00 a.m.<br>Place: Courtroom 1<br><br>Discovery Cutoff: Oct. 22, 2007<br>Pre-Trial Conference: Jan. 14, 2008<br>Trial Date: Feb. 12, 2008 |

07209/2140590.1

APPLICATION TO LODGE UNDER SEAL

1    Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2  entered by the Court in this action, plaintiff Mattel, Inc. ("Mattel") hereby
3  respectfully requests that the Court order lodged under seal the concurrently filed
4  Declaration of Bernard Smyth ("Smyth Declaration") and the redacted portions of
5  Exhibit 14 to the concurrently filed Notice of Lodging regarding Mattel's Opposition
6  to MGA Entertainment, Inc.'s Objections to Portions of the Discovery Master's May
7  15, 2007 Order Granting Mattel's Motion to Compel Production of Documents and
8  Interrogatory Responses by MGA ("Notice of Lodging").
9    The Smyth Declaration and the Notice of Lodging attach as exhibits
10 documents that Carter Bryant and/or MGA Entertainment, Inc. ("MGA") have
11 designated as "Confidential" and/or "Confidential--Attorneys' Eyes Only" pursuant
12 to the Protective Order. The Smyth Declaration and the redacted portions of Exhibit
13 14 to the Notice of Lodging consist of materials designated by Carter Bryant and/or
14 MGA as "Confidential" and/or "Confidential--Attorneys' Eyes Only," Mattel
15 requests that the Court order that the Smyth Declaration and the redacted portions of
16 the exhibits to the Notice of Lodging be lodged under seal.
17    In the alternative, Mattel requests that the Court declare Smyth
18 Declaration and the redacted portions of the exhibits to the Notice of Lodging to be
19 outside the definition of "Confidential--Attorneys' Eyes Only" as contained in the
20 Stipulated Protective Order and order them to be lodged as part of the public record.
21
22 DATED: June 18, 2007          QUINN EMANUEL URQUHART OLIVER &
                                 HEDGES, LLP
23
24                               By _____
25                                  B. Dylan Proctor
                                    Attorneys for Plaintiff
26                                  Mattel, Inc.
27
28

07209/2140590 107209/2
40590.1

-2-

APPLICATION TO LODGE UNDER SEAL

## [PROPOSED] ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

The Smyth Declaration and the redacted portions of Exhibit 14 to the Notice of Lodging submitted in support of Mattel's Opposition to MGA Entertainment, Inc.'s Objections to Portions of the Discovery Master's May 15, 2007 Order Granting Mattel's Motion to Compel Production of Documents and Interrogatory Responses by MGA, are ORDERED lodged under seal pursuant to Local Rule 79-5.1.

DATED: 6/19, 2007

Hon. Stephen G. Larson
United States District Judge

-3-