LODGED

ORIGINAL

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff
Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED CASES | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. CV 04-09059 and CV 05-02727<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL CERTAIN EXHIBITS TO THE DECLARATION OF MICHAEL ZELLER IN SUPPORT OF MATTEL, INC.'S MOTION TO ENFORCE THE COURT'S ORDER, TO COMPEL, AND FOR SANCTIONS; AND<br><br>[PROPOSED] ORDER<br><br>Discovery Cut-Off: October 22, 2007<br>Pre-Trial Conference: January 14, 2008<br>Trial Date: February 12, 2008 |

APPLICATION TO FILE UNDER SEAL

1         Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, plaintiff Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order Exhibits 9. 14. 15. 16. and 22 to the concurrently filed Declaration of Michael T. Zeller in support of Mattel, Inc.'s Motion to Enforce the Court's Order, to Compel, and for Sanctions filed under seal.

        Exhibits 9, 14, 15, 16, and 22 of the Declaration include materials that MGA Entertainment, Inc. has designated as "Confidential" and/or "Confidential-- Attorneys' Eyes Only" pursuant to the Protective Order. Accordingly, Mattel requests that the Court order them filed under seal.

        In the alternative, Mattel requests that the Court declare that Exhibits 9, 14, 15, 16, and 22 to the Declaration are outside the definitions of "Confidential" and "Confidential -- Attorney's Eyes Only" as contained in the Stipulated Protective Order and order them to be filed as part of the public record.

DATED: June 18, 2007

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Michael Zeller
Michael Zeller
Attorneys for Plaintiff
Mattel, Inc.

-2-

APPLICATION TO FILE UNDER SEAL

[PROPOSED] ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Exhibit 9, 14, 15, 16, and 22 to the Declaration of Michael T. Zeller in support of Mattel, Inc.'s Motion to Enforce the Court's Order, to Compel, and for Sanctions; is ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: 6/19, 2007

Hon. Stephen G. Larson
United States District Judge

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On June 18, 2007, I served true copies of the following document(s) described as
**1. MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL CERTAIN EXHIBITS TO THE DEC. OF MICHAEL ZELLER IN SUPPORT OF MATTEL, INC.'S MOTION TO ENFORCE THE COURT'S ORDER, TO COMPEL, AND FOR SANCTIONS; AND [PROPOSED ORDER]**

on the parties in this action as follows:

John W. Keker, Esq.
Michael H. Page, Esq.
Christa M. Anderson, Esq.
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111

**BY FEDEX:** I deposited such document(s) in a box or other facility regularly maintained by FedEx, or delivered such document(s) to a courier or driver authorized by FedEx to receive documents, in sealed envelope(s) or package(s) designated by FedEx with delivery fees paid or provided for, addressed to the person(s) being served.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 18, 2007, at Los Angeles, California.

Christina Navarro

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On June 18, 2007, I served true copies of the following document(s) described as
**1. [MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL CERTAIN EXHIBITS TO THE DEC. OF MICHAEL ZELLER IN SUPPORT OF MATTEL, INC.'S MOTION TO ENFORCE THE COURT'S ORDER, TO COMPEL, AND FOR SANCTIONS; AND [PROPOSED ORDER]**

on the parties in this action as follows:

Diana M. Torres, Esq
O'Melveny & Meyers, LLP
400 S. Hope Street
Los Angeles, CA 90071

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 18, 2007, at Los Angeles, California.

NOW LEGAL -- Dave Quintana