DALE M. CENDALI (admitted *pro hac vice*)
MICHAEL KEATS (admitted *pro hac vice*)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: jjenal@omm.com

Attorneys for MGA Entertainment, Inc.

MICHAEL H. PAGE (S.B. #154913)
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, CA 94111
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Carter Bryant

QUINN EMANUEL URQUHART OLIVER &
HEDGES, LLP
JOHN B. QUINN (S.B. #090378)
MICHAEL T. ZELLER (S.B. #196417)
865 South Figueroa Street - 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br>Plaintiff,<br>v.<br>MATTEL, INC., a Delaware Corporation,<br>Defendant.<br>CONSOLIDATED WITH<br>MATTEL, INC. v. BRYANT and<br>MGA ENTERTAINMENT, INC. v.<br>MATTEL, INC. | Case No. CV 04-09049 SGL (RNBx)<br>(consolidated with CV 04-9059 & 05-2727)<br><br>**STIPULATION FOR HEARING DATE REGARDING THE CLAIMS TO BE TRIED IN EACH PHASE OF TRIAL**<br><br>[~~PROPOSED~~] ORDER |

STIPULATION FOR HEARING DATE
CV 04-09049 SGL (RNBX)

1. WHEREAS, Mattel, Inc. ("Mattel") filed its Motion To Try All Claims Related To Bratz Ownership In Phase One on May 8, 2007;

2. WHEREAS, MGA Entertainment, Inc. ("MGA") and Carter Bryant ("Mr. Bryant") filed their respective Oppositions to Mattel's Motion to Try All Claims Related to Bratz Ownership In Phase One on May 25, 2007;

3. WHEREAS, Mattel filed its Reply brief in support of its Motion to Try All Claims Related to Bratz Ownership In Phase One on June 4, 2007;

4. WHEREAS, MGA, Mr. Bryant and Mattel filed their respective supplemental briefing regarding the claims to be tried in the first and second phases of trial on June 20, 2007;

[remainder of page left intentionally blank]

NOW THEREFORE, MGA, Mr. Bryant and Mattel, by and through their respective counsel of record, hereby stipulate and agree, subject to the approval of the Court, that

1. The hearing to determine which claims should be tried in the first and second phases of trial shall be held on July 2, 2007 at a time to be determined by the Court.

IT IS SO STIPULATED.

Dated: June 22, 2007

O'MELVENY & MYERS LLP

By: Dale M. Cendali
Attorneys for MGA Entertainment, Inc.

Dated: June 22, 2007

KEKER & VAN NEST

By: Michael H. Page
Attorneys for Carter Bryant

Dated: June 22, 2007

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By: Michael T. Zeller
Attorneys for Mattel, Inc.

|  |  |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | |
| 3 | The court having considered the stipulation filed by the parties, and for good |
| 4 | cause shown: |
| 5 | 1. The hearing to determine which claims should be tried in the first and |
| 6 | second phases of trial shall be held on July 2, 2007, at **1:30** a.m./**p.m.** |
| 7 | IT IS SO ORDERED. |

Dated: **6-25-07**

_____
Hon. Stephen G. Larson
United States District Court Judge

LA2 835021 1