**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA 92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.   CV 04-09049 SGL(RNBx)                        Date: June 26, 2007

Title:   CARTER BRYANT -v- MATTEL, INC.
         AND CONSOLIDATED ACTIONS
========================================================================
PRESENT: HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

      Jim Holmes                                  None Present
      Courtroom Deputy Clerk                      Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANTS:

None present                            None present

PROCEEDINGS:   MINUTE ORDER (IN CHAMBERS)

Counsel are notified that at the July 2, 2007, hearing set in these cases regarding the trial structure, the Court will also consider and **SETS FOR HEARING** (1) MGA's ex parte application, filed on June 22, 2007, (2) MGA's motion seeking review of the Discovery Master's May 15, 2007, Order, and (3) MGA's motion seeking review of the Discovery Master's May 16, 2007, Order. These matters are set for hearing on **July 2, 2007, at 1:30 p.m.**, in Courtroom One of the above-referenced Court. Any outstanding reply documents shall be filed no later than Thursday, June 28, 2007.

The July 30, 2007, hearing on MGA's motions is **VACATED**.

IT IS SO ORDERED.

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
Priority ___ Send ___
Entered ___ Closed ___
JS-5/JS-6 ___ JS-2/JS-3 ___
Scan Only ___ Docketed on CM ___
___ THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP 77(d)

6-26-07

EASTERN DIVISION
BY ___ DEPUTY

MINUTES FORM 90
CIVIL -- GEN

Initials of Deputy Clerk: jh
Docket #567