QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
| vs. | Hon. Stephen G. Larson |
| MATTEL, INC., a Delaware corporation, | MATTEL, INC.'S APPLICATION TO LODGE UNDER SEAL CERTAIN EXHIBITS TO THE DECLARATION OF JON D. COREY IN SUPPORT OF MATTEL'S OPPOSITION TO MGA ENTERTAINMENT'S *EX PARTE* APPLICATION FOR REVIEW |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | AND [PROPOSED] ORDER |
| | [Local Rule 79-5.1] |
| | Hearing Date:    TBA<br>Time:             TBA<br>Place:            Courtroom 1 |
| | Discovery Cutoff:       Oct. 22, 2007<br>Pre-Trial Conference:   Jan. 14, 2008<br>Trial Date:             Feb. 12, 2008 |

ORIGINAL

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT
JUN 27 2007
CENTRAL DISTRICT OF CALIFORNIA
BY                      DEPUTY

DOCKETED ON CM
JUN 28 2007
BY

578

07209/2151725.1

APPLICATION TO LODGE UNDER SEAL

1           Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order

2    entered by the Court in this action, plaintiff Mattel, Inc. ("Mattel") hereby

3    respectfully requests that the Court order lodged under seal Exhibits 2, 3 and 4 to the

4    concurrently filed Declaration of Jon D. Corey in Support of Mattel's Opposition to

5    MGA Entertainment's *Ex Parte* Application for Review ("Corey Declaration").

6           The Corey Declaration attaches as exhibits documents that the parties

7    have designated as "Confidential" and/or "Confidential--Attorneys' Eyes Only"

8    pursuant to the Protective Order.  As Exhibits 2, 3 and 4 to the Corey Declaration

9    consist of materials designated by the parties as "Confidential" and/or "Confidential-

10   -Attorneys' Eyes Only," Mattel requests that the Court order that these exhibits be

11   lodged under seal.

12

13   DATED:  June 25, 2007          QUINN EMANUEL URQUHART OLIVER &
                                    HEDGES, LLP
14

15                                 By
16                                    B. Dylan Proctor
                                      Attorneys for Plaintiff
17                                    Mattel, Inc.

18

19

20

21

22

23

24

25

26

27

28

07209/2151725.1

APPLICATION TO LODGE UNDER SEAL

1

2                              [PROPOSED] ORDER

3

4          Based on the above Application, and good cause appearing for the

5    entry thereof, IT IS HEREBY ORDERED:

6              Exhibits 2, 3 and 4 to the Corey Declaration submitted in support of

7    Mattel's Opposition to MGA Entertainment's *Ex Parte* Application for Review, are

8    ORDERED lodged under seal pursuant to Local Rule 79-5.1.

9

10   DATED:        6/27        , 2007

                                          Hon. Stephen G. Larson
11                                        United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

07209/2151725 1

APPLICATION TO LODGE UNDER SEAL