QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
Timothy L. Alger (Bar No. 160303)
(timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. CV 04-09059 & Case No. CV 05-02727<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBIT 4 TO THE DECLARATION OF BRIDGET A. HAULER IN SUPPORT OF MATTEL, INC.'S MOTION FOR PROTECTIVE ORDER RE: IVY ROSS; AND<br><br>[~~PROPOSED~~] ORDER<br><br>Hearing Date: TBA<br>Time: TBA<br>Place: TBA<br><br>Discovery Cut-off: October 22, 2007<br>Pre-trial Conference: January 14, 2008<br>Trial Date: February 12, 2008 |

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

|   |   |
|---|---|
| 1 | Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order entered by the Court in this action, plaintiff and counter-defendant Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal Exhibit 4 to the concurrently filed Declaration of Bridget A. Hauler in Support of Mattel, Inc.'s Motion for Protective Order re: Ivy Ross (the "Declaration"). |

Exhibit 4 to the Declaration consist of an MGA filing that quotes deposition testimony designated by Mattel and MGA Entertainment, Inc. as "Confidential--Attorneys' Eyes Only." Accordingly, Mattel requests that the Court order that Exhibit 4 to the Declaration be filed under seal.

DATED: June 27, 2007

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Michael T. Zeller
Michael T. Zeller
Attorneys for Mattel, Inc.

2
[PROPOSED] ORDER
3
4      Based on the above Application, and good cause appearing for the
5 entry thereof, IT IS HEREBY ORDERED:
6      Exhibit 4 to the concurrently filed Declaration of Bridget A. Hauler in
7 Support of Mattel, Inc.'s Motion for Protective Order re: Ivy Ross, is ORDERED
8 filed under seal pursuant to Local Rule 79-5.1.
9
10 DATED: 6-28, 2007                    /s/ Larson
11                                      Hon. Stephen G. Larson
                                        United States District Judge
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-3-

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL