QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
- John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
- Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
- Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
- Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. CV 04-09059 & Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>[To Be Heard By Discovery Master Hon. Edward Infante (Ret.)]<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBIT 1 TO THE DECLARATION OF SCOTT B. KIDMAN IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL CARTER BRYANT TO ANSWER REQUESTS FOR ADMISSION OR TO ORDER REQUESTS ADMITTED AND FOR MONETARY SANCTIONS<br><br>[PROPOSED] ORDER<br><br>Hearing Date: TBA<br>Time: TBA<br>Place: TBA<br><br>Discovery Cut-off: October 22, 2007<br>Pre-trial Conference: January 14, 2008<br>Trial Date: February 12, 2008 |

07209/2153959.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1   Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2   entered by the Court in this action, plaintiff and counter-defendant Mattel, Inc.
3   ("Mattel") hereby respectfully requests that the Court order filed under seal Exhibit
4   1 to the concurrently filed Declaration of Scott B. Kidman in Support of Mattel,
5   Inc.'s Motion to Compel Carter Bryant to Answer Requests for Admission or to
6   Order Requests Admitted and for Monetary Sanctions (the "Declaration").

7   The Declaration attaches as exhibits documents that Mattel has
8   designated as "Confidential--Attorneys' Eyes Only" pursuant to the Protective
9   Order. Exhibit 1 to the Declaration consist of materials designated by Mattel or
10  MGA Entertainment, Inc. as "Confidential--Attorneys' Eyes Only." Accordingly,
11  Mattel requests that the Court order that Exhibit 1 to the Declaration be filed under
12  seal.

14  DATED: June 27, 2007          QUINN EMANUEL URQUHART OLIVER &
                                   HEDGES, LLP

16                                 By_____
17                                 Scott B. Kidman
                                   Attorneys for Mattel, Inc.

[PROPOSED] ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Exhibit 1 to the concurrently filed Declaration of Scott B. Kidman in Support of Mattel, Inc.'s Motion to Compel Carter Bryant to Answer Requests for Admission or to Order Requests Admitted and for Monetary Sanctions, is ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: 6-28, 2007 _____
Hon. Stephen G. Larson
United States District Judge

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On June 27, 2007, I served true copies of the following document(s) described as **MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBIT 1 TO THE DECLARATION OF SCOTT B. KIDMAN IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL CARTER BRYANT TO ANSWER REQUESTS FOR ADMISSION OR TO ORDER REQUESTS ADMITTED AND FOR MONETARY SANCTIONS; [PROPOSED] ORDER** on the parties in this action as follows:

Patricia Glaser, Esq.
**Christensen, Glaser, Fink, Jacobs,
Weil & Shapiro, LLP**
10250 Constellation Blvd., 19th Floor
Los Angeles, CA 90067

**BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 27, 2007, at Los Angeles, California.

_____
Helen Liu

07209/2134423.1

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On June 27, 2007, I served true copies of the following document(s) described as **MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBIT 1 TO THE DECLARATION OF SCOTT B. KIDMAN IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL CARTER BRYANT TO ANSWER REQUESTS FOR ADMISSION OR TO ORDER REQUESTS ADMITTED AND FOR MONETARY SANCTIONS; [PROPOSED] ORDER** on the parties in this action as follows:

Diana M. Torres, Esq.  
**O'MELVENY & MYERS, LLP**  
400 S. Hope Street  
Los Angeles, CA 90071

John W. Keker  
**KEKER & VAN NEST, LLP**  
710 Sansome Street  
San Francisco, CA 94111

**BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 27, 2007, at Los Angeles, California.

_David Quintana_
David Quintana

07209/2134409.1