QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

FILED - EASTERN ... ... ...
CLERK, U.S. DISTRICT COURT

JUL - 3 2007

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>        Plaintiff,<br><br>    vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>        Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL CERTAIN EXHIBITS TO THE DECLARATIONS OF B. DYLAN PROCTOR AND JON D. COREY IN SUPPORT OF MATTEL'S MOTION TO ENFORCE THE COURT'S ORDER OF MAY 16, 2007, TO COMPEL MGA TO PRODUCE WITNESSES FOR DEPOSITION PURSUANT TO RULE 30(B)(6), AND FOR SANCTIONS;<br><br>AND [PROPOSED] ORDER<br><br>[Local Rule 79-5.1]<br><br>Date:  TBA<br>Time:  TBA<br>Place:  Telephonic<br><br>Discovery Cutoff: October 22, 2007<br>PTC Date: January 14, 2008<br>Trial Date: February 12, 2008 |

LODGED

ORIGINAL

DOCKETED ON CM

JUL - 6 2007

BY                 164

609

APPLICATION TO FILE UNDER SEAL

1    Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order

2  entered by the Court in this action, plaintiff Mattel, Inc. ("Mattel") hereby

3  respectfully requests that the Court order filed under seal (1) Exhibit 12 to the

4  concurrently filed Declaration of B. Dylan Proctor in Support of Mattel's Motion to

5  Enforce the Court's Order of May 16, 2007, to Compel MGA to Produce Witnesses

6  for Deposition Pursuant to <u>Rule</u> 30(b)(6), and for Sanctions ("Proctor Declaration");

7  and (2) Exhibit 1 to the concurrently filed Declaration of Jon D. Corey in Support of

8  Mattel's Motion to Enforce the Court's Order of May 16, 2007, to Compel MGA to

9  Produce Witnesses for Deposition Pursuant to <u>Rule</u> 30(b)(6), and for Sanctions

10  ("Corey Declaration").

11    The Proctor Declaration and the Corey Declaration attach as exhibits

12  materials designated by Carter Bryant and/or MGA as "Confidential" and/or

13  "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order.  As Exhibit

14  12 to the Proctor Declaration and Exhibit 1 to the Corey Declaration consist of

15  materials designated by the parties as "Confidential" and/or "Confidential--

16  Attorneys' Eyes Only," Mattel requests that the Court order that these exhibits be

17  filed under seal.

18

19  DATED:  July 2, 2007          QUINN EMANUEL URQUHART OLIVER &
20                                HEDGES, LLP

21                            By _____ /BBS
22                                B. Dylan Proctor
                                  Attorneys for Plaintiff
23                                Mattel, Inc.

24

25

26

27

28

07209/2157907 2

APPLICATION TO FILE UNDER SEAL

[PROPOSED] ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Exhibit 12 to the Proctor Declaration and Exhibit 1 to the Corey Declaration submitted in support of Mattel's Motion to Enforce the Court's Order of May 16, 2007, to Compel MGA to Produce Witnesses for Deposition Pursuant to Rule 30(b)(6), and for Sanctions, are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED:   7/3                  , 2007

Hon. Stephen G. Larson
United States District Judge

07209/2157907 2

-2-