**SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA 92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.   CV 04-09049 SGL(RNBx)                              Date: July 13, 2007

Title:   CARTER BRYANT -v- MATTEL, INC.
================================================================
PRESENT:   HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

      Jim Holmes                                         None Present
      Courtroom Deputy Clerk                    Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None present                                              None present

PROCEEDINGS:   ORDER CONTINUING PREVIOUSLY SCHEDULED DATES FOR PHASE ONE

    The Court having received and reviewed the parties' Stipulation to Continue Phase One Trial Date and Schedule, hereby **ORDERS** that the trial date and schedule for Phase One is continued to the following:

| | | |
|---|---|---|
| Jury Trial Date | 9:30 am | April 29, 2008 |
| Hearing on Motions in Limine; Hearing on Disputed Jury Instructions | 10:00 am | April 21, 2008 |
| Final Pretrial Conference, Motions in Limine to be filed | 11:00 am | April 7, 2008 |
| Lodge Pretrial Conference Order, File Contentions of Fact and Law, Exhibit & Witness Lists, File Status Report regarding Settlement, File Rule 26(e)(1) Supplementation, File Agreed Upon Set of Jury Instructions and | | March 24, 2008 |

MINUTES FORM 90                                                              Initials of Deputy Clerk __jh__
CIVIL -- GEN                                    1

CV 04-09049 SGL(RNBx)
CARTER BRYANT v MATTEL, INC.
MINUTE ORDER of July 13, 2007

Verdict Forms,
File Joint Statement regarding Disputed
Instructions, Verdicts, etc.,

| | | |
|---|---|---|
| Last date to conduct Settlement Conference | | March 3, 2008 |
| Last date for hearing motions | 10:00 am | March 10, 2008 |
| Expert Discovery cut-off | | March 7, 2008 |
| Initial expert reports due | | January 21, 2008 |
| Rebuttal expert reports due | | February 27, 2008 |
| Fact Discovery cut-off | | January 14, 2008 |

IT IS SO ORDERED.