QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff
Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>MATTEL, INC.'S APPLICATION TO LODGE UNDER SEAL CERTAIN EXHIBITS TO THE NOTICE OF LODGING OF DECLARATION OF MICHAEL T. ZELLER REGARDING MOTION TO COMPEL BRYANT TO MAKE ORIGINAL DOCUMENTS AVAILABLE FOR EXPERT EXAMINATION AND TESTING AND FOR SANCTIONS;<br><br>AND [PROPOSED] ORDER<br><br>[Local Rule 79-5.1]<br><br>Hearing Date: TBA<br>Time: TBA<br>Place: TBA<br><br>Discovery Cutoff: Oct. 22, 2007<br>Pre-Trial Conference: Jan. 14, 2008<br>Trial Date: Feb. 12, 2008 |

APPLICATION TO LODGE UNDER SEAL

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, plaintiff Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order lodge under seal Exhibits 4, 8, 20 and 21 to the concurrently filed Notice of Lodging of Declaration of Michael T. Zeller Regarding Motion To Compel Bryant To Make Original Documents Available For Expert Examination and Testing and For Sanctions ("Notice of Lodging").

The Notice of Lodging attaches as exhibits documents that Carter Bryant and/or MGA Entertainment, Inc. ("MGA") have designated as "Confidential" and/or "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order. As Exhibits 4, 8, 20 and 21 to the Notice of Lodging consist of materials designated by Carter Bryant and/or MGA as "Confidential" and/or "Confidential--Attorneys' Eyes Only," Mattel requests that the Court order that these exhibits be lodged under seal.

DATED: July 6, 2007

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By _____
Diane C. Hutnyan
Attorneys for Plaintiff
Mattel, Inc.

-2-

APPLICATION TO LODGE UNDER SEAL

[PROPOSED] ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Exhibits 4, 8, 20 and 21 to the Notice of Lodging of Declaration of Michael T. Zeller Regarding Motion To Compel Bryant To Make Original Documents Available For Expert Examination and Testing and For Sanctions are ORDERED lodged under seal pursuant to Local Rule 79-5.1.

DATED: July 17, 2007         _____
                             Hon. Stephen G. Larson
                             United States District Judge