QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
|---|---|
| Plaintiff, | Consolidated with Case No. CV 04-09059 & Case No. CV 05-02727 |
| vs. | **DISCOVERY MATTER** |
| MATTEL, INC., a Delaware corporation, | [To Be Heard By Discovery Master Hon. Edward Infante (Ret.)] |
| Defendant. | MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL THE REPLY IN SUPPORT OF MATTEL, INC.'S MOTION TO ENFORCE THE COURT'S ORDER, TO COMPEL AND FOR SANCTIONS |
| AND CONSOLIDATED ACTIONS | |
| | [~~PROPOSED~~] ORDER |
| | Hearing Date: TBA<br>Time: TBA<br>Place: TBA |
| | Discovery Cut-off: October 22, 2007<br>Pre-trial Conference: January 14, 2008<br>Trial Date: February 12, 2008 |

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

DOCKETED ON CM
JUL 19 2007
BY ___  045

07209/2158397.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1 | Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2 | entered by the Court in this action, plaintiff and counter-defendant Mattel, Inc.
3 | ("Mattel") hereby respectfully requests that the Court order filed under seal Mattel,
4 | Inc.'s Reply in Support of Mattel, Inc.'s Motion To Enforce The Court's Order, To
5 | Compel And For Sanctions (the "Reply").

6 | The Reply quotes deposition testimony designated by Mattel and MGA
7 | Entertainment, Inc. as "Confidential--Attorneys' Eyes Only." Accordingly, Mattel
8 | requests that the Court order that Reply be filed under seal.

DATED: July 2, 2007

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Michael T. Zeller
Michael T. Zeller
Attorneys for Mattel, Inc.

07209/2158397.1

-2-

MATTEL INC.'S APPLICATION TO FILE UNDER SEAL

## [PROPOSED] ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

The concurrently filed Mattel, Inc.'s Reply in Support of Mattel, Inc.'s Motion To Enforce The Court's Order, To Compel And For Sanctions is ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: July 17, 2007

Hon. Stephen G. Larson
United States District Judge