ORIGINAL

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Susan Wines (Bar No. 168643)
  (susanwines@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. CV 04-09059 & Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>[To Be Heard By Discovery Master Hon. Edward Infante (Ret.)]<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL CERTAIN EXHIBITS TO THE DECLARATION OF MICHAEL T. ZELLER AND JON D. COREY IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS<br><br>[PROPOSED] ORDER<br><br>Date: TBA<br>Time: TBA<br>Place: TBA<br><br>Discovery Cutoff: Jan. 14, 2008<br>Pre-Trial Conference: Apr. 7, 2008<br>Trial Date: Apr. 29, 2008 |

1. Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, plaintiff and counter-defendant Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal Exhibit A to the concurrently filed Declaration of Jon D. Corey ("Corey Declaration"), and Exhibits 10, 15, 18, 20 and 21 to the concurrently filed Declaration of Michael T. Zeller in Support of Mattel, Inc.'s Opposition to MGA's Motion to Compel the Production of Documents ("Zeller Declaration").

2. The Declarations attach as exhibits documents that Mattel or Carter Bryant have designated as "Confidential" or "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order. Mattel has designated Exhibit A to the Corey Declaration, and Exhibits 10, 18, 20 and 21 to the Zeller Declaration as "Confidential--Attorneys' Eyes Only." Carter Bryant has designated Exhibit 15 to the Zeller Declaration as "Confidential." As the above stated exhibits consist of materials designated by Mattel or Carter Bryant as "Confidential" or "Confidential--Attorneys' Eyes Only," Mattel requests that the Court order that these exhibits to the Declarations be filed under seal

DATED: July 17, 2007

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Michael T. Zeller
Michael T. Zeller
Attorneys for Mattel, Inc.

07209/2169981.1

-2-

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

[PROPOSED] ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Exhibit A to the concurrently filed Declaration of Jon D. Corey, and Exhibits 10, 15, 18, 20 and 21 to the concurrently filed Declaration of Michael T. Zeller in Support of Mattel, Inc.'s Opposition to MGA's Motion to Compel the Production of Documents, are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: July 18, 2007     _____
Hon. Stephen G. Larson
United States District Judge

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On July 17, 2007, I served true copies of the following document(s) described as **MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL CERTAIN EXHIBITS TO THE DECLARATION OF MICHAEL T. ZELLER AND JON D. COREY IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS; [PROPOSED] ORDER** on the parties in this action as follows:

Diana M. Torres, Esq.
**O'MELVENY & MYERS, LLP**
400 S. Hope Street
Los Angeles, CA 90071
*Attorneys for MGA ENTERTAINMENT, INC.*

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 17, 2007, at Los Angeles, California.

_____
NOW LEGAL -- Dave Quintana

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On July 17, 2007, I served true copies of the following document(s) described as **MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL CERTAIN EXHIBITS TO THE DECLARATION OF MICHAEL T. ZELLER AND JON D. COREY IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS; [PROPOSED] ORDER** on the parties in this action as follows:

John W. Keker
Michael H. Page
Christa M. Anderson
**Keker & Van Nest, LLP**
710 Sansome Street
San Francisco, CA 94111
*Attorneys for CARTER BRYANT*

Patricia Glaser, Esq.
Christensen, Glaser, Fink, Jacobs, Weil
 & Shapiro, LLP
10250 Constellation Blvd., 19th Floor
Los Angeles, CA 90067
*Attorneys for MGA Entertainment*

**BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 17, 2007, at Los Angeles, California.

*/s/ Yalonda J. Dekle*
Yalonda J. Dekle

07209/2081332.1