DALE M. CENDALI (admitted *pro hac vice*)
DIANA M. TORRES (S.B. #162284)
JAMES P. JENAL (S.B. #180190)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: jschmitt@omm.com

PATRICIA GLASER (S.B. # 55668)
CHRISTENSEN, GLASER, FINK,
JACOBS, WEIL & SHAPIRO, LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, CA 90067
Telephone: (310) 553-3000
Facsimile: (310) 557-9815

Attorneys for MGA Entertainment, Inc.,
MGA Entertainment (HK) Ltd., and Isaac
Larian

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>MATTEL, INC., a Delaware Corporation,<br><br>    Defendant. | Case No. CV 04-09049 SGL (RNBx)<br>(consolidated with CV 04-9059 & 05-2727)<br><br>**DISCOVERY MATTER**<br><br>**APPLICATION OF MGA ENTERTAINMENT, INC., MGA ENTERTAINMENT (HK) LTD., AND ISAAC LARIAN FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL; AND**<br><br>**[PROPOSED] ORDER**<br><br>Hearing Date: T.B.D.<br>Time:         T.B.D.<br>Location:     T.B.D.<br><br>Discovery Cutoff: October 22, 2007<br>Trial Date: February 12, 2008 |

APPLICATION TO FILE UNDER SEAL
CV 04-09049 SGL (RNBX)

1. Pursuant to Local Rule 79-5.1 of the Central District of California and the Stipulated Protective Order entered by the Court in this action, MGA Entertainment, Inc. ("MGA"), MGA Entertainment (HK) Ltd. ("MGA (HK)"), and Isaac Larian ("Mr. Larian") hereby respectfully request that the Court order that the following documents are to be filed under seal:

   1. Declaration of B. Jennifer Glad in Support of MGA Entertainment, Inc., MGA Entertainment (HK) Ltd., Isaac Larian and Carter Bryant's Joint Motion For Protective Order Regarding Mattel's Interrogatories, and the exhibits attached thereto, filed concurrently.

   These documents contain, attach, and/or reference materials previously designated as "Confidential - Attorney's Eyes Only" under the Protective Order in this matter which are being produced for the Court's review in support of MGA, MGA (HK), Mr. Larian and Mr. Bryant's Joint Motion For Protective Order Regarding Mattel's Interrogatories. Accordingly, MGA, MGA (HK) and Mr. Larian request that the Court order that these documents be filed under seal.

   Dated: July 10, 2007

   O'MELVENY & MYERS LLP

   By: /s/ James P. Jenal
   James P. Jenal
   Attorneys for MGA Entertainment, Inc.

- 2 -

APPLICATION TO FILE UNDER SEAL
CV 04-09049 SGL (RNBX)

## [PROPOSED] ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

1. Declaration of B. Jennifer Glad in Support of MGA Entertainment, Inc., MGA Entertainment (HK) Ltd., Isaac Larian and Carter Bryant's Joint Motion For Protective Order Regarding Mattel's Interrogatories, and the exhibits attached thereto, filed concurrently are ORDERED filed under seal pursuant to Central District Local Rule 79-5.1 and the Stipulated Protective Order on file in this case.

DATED: JUL 17 2007

*/s/ Stephen G. Larson*
Hon. Stephen G. Larson
United States District Judge