QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>  Plaintiff,<br><br>  vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>  Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBIT 6 OF THE SUPPLEMENTAL DECLARATION OF SCOTT B. KIDMAN IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY MGA ENTERTAINMENT, INC. AND FOR AWARD OF MONETARY SANCTIONS; AND<br><br>[PROPOSED] ORDER<br><br>Date:  TBA<br>Time:  TBA<br>Place: TBA<br><br>Discovery Cutoff:  March 3, 2008<br>Pre-Trial Conference: June 2, 2008<br>Trial Date: July 1, 2008 |

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2  entered by the Court in this action, plaintiff Mattel, Inc. ("Mattel") hereby
3  respectfully requests that the Court order Exhibit 6 to the concurrently filed
4  Supplemental Declaration of Scott B. Kidman in support of Mattel, Inc.'s Motion to
5  Compel Production of Documents By MGA Entertainment, Inc. and For Award of
6  Monetary Sanctions filed under seal.

7  Exhibit 6 of the Supplemental Declaration includes material that MGA
8  Entertainment, Inc. has designated as "Confidential" pursuant to the Protective
9  Order. Accordingly, Mattel requests that the Court order it filed under seal.

10  In the alternative, Mattel requests that the Court declare that Exhibit 6
11  to the Supplemental Declaration is outside the definition of "Confidential" as
12  contained in the Stipulated Protective Order and order it to be filed as part of the
13  public record.

DATED: July 10, 2007

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By _____
Scott B. Kidman
Attorneys for Mattel, Inc.

-2-

# [~~PROPOSED~~] ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Exhibit 6 to the Supplemental Declaration of Scott B. Kidman in support of Mattel, Inc.'s Motion to Compel Production of Documents By MGA Entertainment, Inc. and For Award of Monetary Sanctions; is ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: July 20, 2007

_____
Hon. Stephen G. Larson
United States District Judge

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On July 10, 2007, I served true copies of the following document(s) described as

1. **MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBIT 6 OF THE SUPPLEMENTAL DECLARATION OF SCOTT B. KIDMAN IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY MGA ENTERTAINMENT, INC. AND FOR AWARD OF MONETARY SANCTIONS; AND [PROPOSED] ORDER**

on the parties in this action as follows:

Diana M. Torres, Esq.
**O'MELVENY & MEYERS, LLP**
400 S. Hope Street
Los Angeles, CA 90071

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 10, 2007, at Los Angeles, California.

NOW LEGAL -- Dave Quintana

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On July 10, 2007, I served true copies of the following document(s) described as

1. **MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBIT 6 OF THE SUPPLEMENTAL DECLARATION OF SCOTT B. KIDMAN IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY MGA ENTERTAINMENT, INC. AND FOR AWARD OF MONETARY SANCTIONS; AND [PROPOSED] ORDER**

on the parties in this action as follows:

John W. Keker, Esq.
Michael H. Page, Esq.
Christina M. Anderson, Esq.
**KEKER & VAN NEST, LLP**
710 Sansome Street
San Francisco, CA 94111

**BY FEDEX:** I deposited such document(s) in a box or other facility regularly maintained by FedEx, or delivered such document(s) to a courier or driver authorized by FedEx to receive documents, in sealed envelope(s) or package(s) designated by FedEx with delivery fees paid or provided for, addressed to the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 10, 2007, at Los Angeles, California.

Charlene Ho