QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff
Mattel, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>MATTEL, INC.'S APPLICATION TO LODGE UNDER SEAL CERTAIN EXHIBITS TO THE DECLARATION OF DIANE C. HUTNYAN IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL BRYANT TO MAKE ORIGINAL DOCUMENTS AVAILABLE FOR EXPERT EXAMINATION AND TESTING AND FOR SANCTIONS;<br><br>AND [~~PROPOSED~~] ORDER<br><br>[Local Rule 79-5.1]<br><br>Hearing Date: TBA<br>Time: TBA<br>Place: TBA<br><br>Discovery Cutoff: Oct. 22, 2007<br>Pre-Trial Conference: Jan. 14, 2008<br>Trial Date: Feb. 12, 2008 |

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

FILED - EASTERN DIVISION
CLERK, U.S. DISTRICT COURT
JUL 20 2007
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

DOCKETED ON CM
JUL 25 2007
BY ___ 045

07209/2140081.1

APPLICATION TO LODGE UNDER SEAL

1       Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2 entered by the Court in this action, plaintiff Mattel, Inc. ("Mattel") hereby
3 respectfully requests that the Court order lodge under seal Exhibit 19 to the
4 concurrently filed Declaration of Diane C. Hutnyan In Support of Mattel, Inc.'s
5 Motion To Compel Bryant To Make Original Documents Available For Expert
6 Examination and Testing and For Sanctions ("Hutnyan Declaration").
7       The Hutnyan Declaration attaches as exhibits documents that Carter
8 Bryant and/or MGA Entertainment, Inc. ("MGA") have designated as "Confidential"
9 and/or "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order. As
10 Exhibit 19 to the Hutnyan Declaration consist of materials designated by Carter
11 Bryant and/or MGA as "Confidential" and/or "Confidential--Attorneys' Eyes Only,"
12 Mattel requests that the Court order that these exhibits be lodged under seal.

14 DATED: July 6, 2007

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Diane C. Hutnyan
Diane C. Hutnyan
Attorneys for Plaintiff
Mattel, Inc.

## [PROPOSED] ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Exhibits __19__ to the Declaration of Diane C. Hutnyan In Support of Mattel, Inc.'s Motion To Compel Bryant To Make Original Documents Available For Expert Examination and Testing and For Sanctions are ORDERED lodged under seal pursuant to Local Rule 79-5.1.

DATED: July 17, 2007

_[signature]_
Hon. Stephen G. Larson
United States District Judge