QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. CV 04-09059 & Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Hon. Edward Infante (Ret.)]**<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 16, 17 AND 18 TO THE DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF (1) MATTEL, INC.'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES (THIRD SET); AND (2) MATTEL'S OPPOSITION TO DEFENDANTS' MOTION FOR PROTECTIVE ORDER RE MATTEL'S INTERROGATORIES<br><br>[PROPOSED] ORDER<br><br>Hearing Date: TBA<br>Time: TBA<br>Place: TBA<br><br>Discovery Cut-off: January 14, 2008<br>Pre-trial Conference: April 7, 2008<br>Trial Date: April 29, 2008 |

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2  entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3  requests that the Court order filed under seal Exhibits 16, 17 and 18 to the
4  concurrently filed Declaration of B. Dylan Proctor in Support of Mattel's (1) Motion
5  To Compel Responses To Interrogatories (Third Set) and (2) Opposition To
6  Defendants' Motion For Protective Order Re Mattel's Interrogatories (the
7  "Declaration").
8  Exhibits 16, 17 and 18 to the Declaration consist of documents that
9  Mattel or MGA have designated as "Confidential" or "Attorneys' Eyes Only"
10 pursuant to the Protective Order. Exhibit 16 to the Declaration consists of sections
11 of Mattel's Second Amended Answer In Case No. 05-2727 and Counterclaims,
12 which Mattel designated as "Confidential." Exhibit 17 consists of MGA's
13 Responses to Mattel's First Set of Interrogatories Re Claims of Unfair Competition,
14 which MGA designated as "Confidential." Exhibit 18 consists of MGA's
15 Supplemental Responses to Mattel's Second Set of Interrogatories, which MGA
16 designated as "Attorneys' Eyes Only." Accordingly, Mattel requests that the Court
17 order that Exhibit 16, 17 and 18 to the Declaration be filed under seal.

DATED: July 18, 2007

QUINN EMANUEL URQUHART OLIVER &
HEDGES, LLP

By _____
Michael T. Zeller
Attorneys for Mattel, Inc.

-2-

## [PROPOSED] ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Exhibits 16, 17 and 18 to the concurrently filed Declaration of B. Dylan Proctor in Support of Mattel's (1) Motion To Compel Responses To Interrogatories (Third Set) and (2) Opposition To Defendants' Motion For Protective Order Re Mattel's Interrogatories, is ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: July 18, 2007

_____
Hon. Stephen G. Larson
United States District Judge