ORIGINAL

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL PORTIONS OF MATTEL'S REPLY IN SUPPORT OF MOTION TO COMPEL BRYANT TO MAKE ORIGINALS AVAILABLE FOR EXPERT EXAMINATION AND TESTING AND FOR SANCTIONS AND [PROPOSED] ORDER<br><br>[Local Rule 79-5.1]<br><br>Hearing Date: TBA<br>Time: TBA<br>Place: TBA<br><br>Discovery Cut-off: March 7, 2008<br>Pre-trial Conference: April 7, 2008<br>Trial Date: April 29, 2008 |

FILED - EASTERN DIVISION
CLERK, U.S. DISTRICT COURT
JUL 20 2007
CENTRAL DISTRICT OF CALIFORNIA
BY      DEPUTY

1       Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2 entered by the Court in this action, plaintiff Mattel, Inc. ("Mattel") hereby
3 respectfully requests that the Court order filed under seal the redacted portions of
4 Mattel's Reply in Support of Motion to Compel Bryant to Make Originals Available
5 for Expert Examination and Testing and for Sanctions.

6       Mattel's Reply in Support of Motion to Compel Bryant to Make
7 Originals Available for Expert Examination and Testing and for Sanctions includes
8 information that the parties have designated as "Confidential" and/or "Confidential--
9 Attorneys' Eyes Only" pursuant to the Protective Order. As Mattel's Reply in
10 Support of Motion to Compel Bryant to Make Originals Available for Expert
11 Examination and Testing and for Sanctions includes information designated by the
12 parties as "Confidential" and/or "Confidential--Attorneys' Eyes Only," Mattel
13 requests that the Court order that the redacted portions of the document be filed
14 under seal.

16 DATED: July 19, 2007     QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

18 By _____
Bernard Smyth
Attorneys for Plaintiff
Mattel, Inc.

APPLICATION TO FILE UNDER SEAL

## [~~PROPOSED~~] ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

The redacted portions of Mattel's Reply in Support of Motion to Compel Bryant to Make Originals Available for Expert Examination and Testing and for Sanctions, are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: July 20, 2007

Hon. Stephen G. Larson
United States District Judge

-2-

APPLICATION TO FILE UNDER SEAL