ORIGINAL

1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
    John B. Quinn (Bar No. 90378)
2   (johnquinn@quinnemanuel.com)
    Michael T. Zeller (Bar No. 196417)
3   (michaelzeller@quinnemanuel.com)
    Jon D. Corey (Bar No. 185066)
4   (joncorey@quinnemanuel.com)
    865 South Figueroa Street, 10th Floor
5   Los Angeles, California 90017-2543
    Telephone: (213) 443-3000
6   Facsimile: (213) 443-3100

7  Attorneys for Mattel, Inc.

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                    EASTERN DIVISION

11 | CARTER BRYANT, an individual,        | CASE NO. CV 04-9049 SGL (RNBx)
12 |                                       | Consolidated with
   | Plaintiff,                            | Case No. CV 04-09059
13 |                                       | Case No. CV 05-02727
   | vs.                                   |
14 |                                       | Hon. Stephen G. Larson
15 | MATTEL, INC., a Delaware              | MATTEL, INC.'S APPLICATION TO
   | corporation,                          | FILE UNDER SEAL PORTIONS OF
16 |                                       | THE DECLARATION OF BERNARD
   |                                       | SMYTH IN SUPPORT OF MATTEL'S
17 | Defendant.                            | REPLY REGARDING MOTION TO
   |                                       | COMPEL BRYANT TO MAKE
18 |                                       | ORIGINALS AVAILABLE FOR
   | AND CONSOLIDATED ACTIONS              | EXPERT EXAMINATION AND
19 |                                       | TESTING AND FOR SANCTIONS

20                                          AND [PROPOSED] ORDER

21                                          [Local Rule 79-5.1]

22                                          Hearing Date: TBA
                                            Time: TBA
23                                          Place: TBA

24                                          Discovery Cut-off: March 7, 2008
                                            Pre-trial Conference: April 7, 2008
25                                          Trial Date: April 29, 2008

26

27

28

07209/2171465.1

APPLICATION TO FILE UNDER SEAL

1       Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, plaintiff Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal (1) Exhibit 1 to the concurrently filed Declaration of Bernard Smyth in Support of Mattel's Reply Regarding Motion to Compel Bryant to Make Originals Available for Expert Examination and Testing and for Sanctions ("Smyth Declaration").

      The Smyth Declaration attaches as an exhibit materials designated by the parties as "Confidential" and/or "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order. As Exhibit 1 to the Smyth Declaration consists of materials designated by the parties as "Confidential" and/or "Confidential--Attorneys' Eyes Only," Mattel requests that the Court order that it be filed under seal.

DATED: July 19, 2007

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By _____
Bernard Smyth
Attorneys for Plaintiff
Mattel, Inc.

[~~PROPOSED~~] ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Exhibit 1 to the Smyth Declaration submitted in support of Mattel's Reply in Support of Motion to Compel Bryant to Make Original Documents Available for Expert Examination and Testing and for Sanctions, is ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: July 20, 2007

_/s/ S.G. Larson_
Hon. Stephen G. Larson
United States District Judge