QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
Timothy L. Alger (Bar No. 160303)
(timalger@quinnemanuel.com)865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
|---|---|
| Plaintiff, | Consolidated with Case No. CV 04-09059 & Case No. CV 05-02727 |
| vs. | **DISCOVERY MATTER** |
| MATTEL, INC., a Delaware corporation, | **[To Be Heard By Discovery Master Hon. Edward Infante (Ret.)]** |
| Defendant. | MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 2, 9 AND 12 TO THE DECLARATION OF BRIDGET A. HAULER IN SUPPORT OF MATTEL, INC.'S MOTION TO ENFORCE THE COURT'S ORDER, TO COMPEL AND FOR SANCTIONS |
| AND CONSOLIDATED ACTIONS | |
| | [PROPOSED] ORDER |
| | Hearing Date: TBA
Time: TBA
Place: TBA |
| | Discovery Cut-off: October 22, 2007
Pre-trial Conference: January 14, 2008
Trial Date: February 12, 2008 |

07209/2158455.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2  entered by the Court in this action, plaintiff and counter-defendant Mattel, Inc.
3  ("Mattel") hereby respectfully requests that the Court order filed under seal Exhibits
4  2, 9 and 12 to the concurrently filed Declaration of Bridget A. Hauler in Support of
5  Mattel, Inc.'s Motion To Enforce The Court's Order, To Compel And For Sanctions
6  (the "Declaration").
7  Exhibits 2, 9 and 12 to the Declaration consist of documents that Mattel
8  or MGA have designated as "Confidential--Attorneys' Eyes Only" pursuant to the
9  Protective Order. Exhibit 2 to the Declaration consists of an MGA filing that quotes
10 deposition testimony designated by Mattel as "Confidential--Attorneys' Eyes Only."
11 Exhibits 9 and 12 consist of deposition testimony that MGA has designated as
12 "Confidential--Attorneys' Eyes Only." Accordingly, Mattel requests that the Court
13 order that Exhibit 2, 9 and 12 to the Declaration be filed under seal.
14 In the alternative, Mattel requests that the Court declare that Exhibits 9
15 and 12 to the Declaration are outside the definitions of "Confidential" and
16 "Confidential -- Attorney's Eyes Only" as contained in the Stipulated Protective
17 Order and order it to be filed as part of the public record.

DATED: July 2, 2007

QUINN EMANUEL URQUHART OLIVER &
HEDGES, LLP

By /s/ Michael T. Zeller
Michael T. Zeller
Attorneys for Mattel, Inc.

## [~~PROPOSED~~] ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Exhibits 2, 9 and 12 to the concurrently filed Declaration of Bridget A. Hauler in Support of Mattel, Inc.'s Motion To Enforce The Court's Order, To Compel And For Sanctions, is ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: July 18, 2007

*/s/ S. G. Larson*
Hon. Stephen G. Larson
United States District Judge