1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
    John B. Quinn (Bar No. 90378)
2   (johnquinn@quinnemanuel.com)
    Michael T. Zeller (Bar No. 196417)
3   (michaelzeller@quinnemanuel.com)
    Jon D. Corey (Bar No. 185066)
4   (joncorey@quinnemanuel.com)
    865 South Figueroa Street, 10th Floor
5   Los Angeles, California 90017-2543
    Telephone: (213) 443-3000
6   Facsimile: (213) 443-3100

7  Attorneys for Mattel, Inc.

8  LAW OFFICE OF JAMES W. SPERTUS
    James W. Spertus (Bar No. 159825)
9   (Jim@SpertusLaw.com)
    12100 Wilshire Boulevard, Suite 620
10  Los Angeles, CA 90025
    Telephone: (310)826-4700
11  Facsimile: (310)826-4711

12  Attorneys for Carlos Gustavo Machado Gomez

FILED
CLERK, U.S. DISTRICT COURT
JUL 3 0 2007
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CARTER BRYANT, an individual,

Plaintiff,

vs.

MATTEL, INC., a Delaware corporation,

Defendant.

CONSOLIDATED ACTIONS

DOCKETED ON CM
JUL 3 1 2007

CASE NO. CV 04-9049 SGL (RNBx)

Consolidated with
Case No. CV 04-09059
Case No. CV 05-02727

Hon. Stephen G. Larson

**STIPULATION TO SET ASIDE DEFAULT ENTERED AGAINST CARLOS GUSTAVO MACHADO GOMEZ AND TIME TO ANSWER OR MOVE; AND**

[~~PROPOSED~~] **ORDER THEREON**

Discovery Cut-Off: March 3, 2008
Pre-Trial Conference: June 2, 2008
Trial Date: July 1, 2008

Case No. CV 04-09049 SGL (RNBx)
STIPULATION TO SET ASIDE DEFAULT ENTERED AGAINST MACHADO AND ORDER

1  WHEREAS, Mattel, Inc. ("Mattel") served the Summons and Amended
2  Answer and Counterclaims in Case No. 05-2727 on counter-defendant Carlos
3  Gustavo Machado Gomez ("Machado") by substitute service at his dwelling
4  house/usual place of abode on March 26, 2007, among other times;
5  WHEREAS, copies of the Summons and Counterclaims were mailed to
6  Machado on March 26, 2007, among other times;
7  WHEREAS, Machado did not file a responsive pleading to the
8  Counterclaims within the time required by the Federal Rules of Civil Procedure or at
9  all;
10  WHEREAS, the clerk entered a default against Machado on May 11,
11  2007;
12  WHEREAS, pursuant to the Court's Order of June 26, 2007 regarding
13  defendants' motions to dismiss Mattel's Amended Answer and Counterclaims,
14  Mattel has filed and served defendants (including Machado) with Mattel's Second
15  Amended Answer and Counterclaims in Case No. 05-2727; and
16  WHEREAS, Machado represents that his failure to respond to the
17  Summons and Counterclaims were the result of excusable neglect, and the parties
18  wish to avoid unnecessary delay and motion practice related to the default.
19  NOW, THEREFORE, Mattel and Machado, by and through their
20  respective counsel of record, hereby stipulate and agree as follows:
21      1.  Machado was properly served with the Summons and
22  Counterclaims and shall not contest such service or personal jurisdiction in this
23  action.
24      2.  The default against Machado is hereby set aside.
25
26
27
28

07209/2150636.1

Case No. CV 04-09049 SGL (RNBx)
STIPULATION TO SET ASIDE DEFAULT ENTERED AGAINST MACHADO AND ORDER

3. Machado will answer or otherwise respond to Mattel's Second Amended Counterclaims on or before August 13, 2007.

**SO STIPULATED.**

DATED: July 20, 2007

LAW OFFICES OF JAMES W. SPERTUS

By: /s/ James W. Spertus
James W. Spertus
Attorneys for Carlos Gustavo Machado Gomez

DATED: July 25, 2007

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By: /s/ Michael T. Zeller
Michael T. Zeller
Attorneys for Mattel, Inc.

**IT IS SO ORDERED.**

DATED: 7/26/07

By: /s/ Hon. Stephen G. Larson

STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On July 26, 2007, I served true copies of the following document(s) described as **STIPULATION TO SET ASIDE DEFAULT ENTERED AGAINST CARLOS GUSTAVO MACHADO GOMEZ AND TIME TO ANSWER OR MOVE; AND [PROPOSED] ORDER THEREON** on the parties in this action as follows:

Diana M. Torres, Esq.
**O'MELVENY & MYERS, LLP**
400 S. Hope Street
Los Angeles, CA 90071

John W. Keker, Esq.
Michael H. Page, Esq.
Christa M. Anderson, Esq.
**KEKER & VAN NEST, LLP**
710 Sansome Street
San Francisco, CA 94111

James W. Spertus, Esq.
**LAW OFFICES OF JAMES W. SPERTUS**
12100 Wilshire Blvd., Suite 620
Los Angeles, CA 90025

**BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 26, 2007, at Los Angeles, California.

*Laura Kinsey*
Laura Kinsey

07209/2177212.1