Case 2:04-cv-09049-DOC-RNB   Document 693   Filed 07/30/07   Page 1 of 3   Page ID #:532

LODGED

1  DALE M. CENDALI (admitted *pro hac vice*)
   DIANA M. TORRES (S.B. #162284)
2  MICHAEL C. KEATS (admitted *pro hac vice*)
   O'MELVENY & MYERS LLP
3  400 South Hope Street
   Los Angeles, CA 90071-2899
4  Telephone: (213) 430-6000
   Facsimile: (213) 430-6407
5  jjenal@omm.com

6  PATRICIA GLASER (S.B. #55668)
   CHRISTENSEN, GLASER, FINK, JACOBS, WEIL & SHAPIRO, LLP
7  10250 Constellation Boulevard, 19th Floor
   Los Angeles, CA 90067
8  Telephone: (310) 553-3000
   Facsimile: (310) 557-9815
9
   Attorneys for MGA Entertainment, Inc.
10

11                UNITED STATES DISTRICT COURT

12                CENTRAL DISTRICT OF CALIFORNIA

13                       EASTERN DIVISION

14

15 | CARTER BRYANT, an individual, | Case No. CV 04-9049-NM (RNBx)
                                    (consolidated with CV 04-9059 & 05-
16 |           Plaintiff,           | 2727)

17 |     v.                         | **APPLICATION OF MGA
                                    | ENTERTAINMENT, INC. FOR
18 | MATTEL, INC., a Delaware        | LEAVE TO FILE CERTAIN
    | corporation,                  | DOCUMENTS UNDER SEAL; AND**
19 |
   |           Defendant.           | **[PROPOSED] ORDER**
20
                                      Hearing Date: T.B.D.
21                                    Time: T.B.D.
                                      Place: T.B.D.
22
                                      Discovery Cut-off: January 14, 2008
23 | AND CONSOLIDATED ACTIONS        | Pre-trial Conference: April 7, 2008
                                    | Trial Date: April 29, 2008
24

Priority ___
Send    ✓
Enter   ___
Closed  ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

FILED
CLERK, U.S. DISTRICT COURT
JUL 30 2007
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

APPLICATION OF MGA FOR LEAVE TO
FILE CERTAIN DOCUMENTS UNDER
SEAL CV 04-09049 SGL (RNBX)

Pursuant to Local Rule 79-5.1 of the Central District of California and the Stipulated Protective Order entered by the Court in this action, MGA Entertainment, Inc. ("MGA") hereby respectfully requests that the Court order that the following documents are to be filed under seal:

1. Reply Of MGA Entertainment, Inc. In Support Of Its Motion To Compel Mattel, Inc. To Supplement Its Responses And Produce Documents Responsive To MGA's First Set Of Requests For Production Of Documents And Things, filed concurrently; and

2. Declaration of Michael C. Keats In Support Of Reply Of MGA Entertainment, Inc. In Support Of Its Motion To Compel Mattel, Inc. To Supplement Its Responses And Produce Documents Responsive To MGA's First Set Of Requests For Production Of Documents And Things, and the exhibits attached thereto, filed concurrently.

These documents contain, attach, and/or reference portions of documents that have been designated as "Confidential" and "Confidential - Attorneys' Eyes Only" pursuant to the Protective Order. Accordingly, MGA requests that the Court order that these documents be filed under seal.

Dated: July 27, 2007

MICHAEL C. KEATS
O'MELVENY & MYERS LLP

By: *Michael C. Keats*
Michael C. Keats
Attorneys for MGA Entertainment, Inc.

## [PROPOSED] ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

1. Reply Of MGA Entertainment, Inc. In Support Of Its Motion To Compel Mattel, Inc. To Supplement Its Responses And Produce Documents Responsive To MGA's First Set Of Requests For Production Of Documents And Things; and

2. Declaration of Michael C. Keats In Support Of Reply Of MGA Entertainment, Inc. In Support Of Its Motion To Compel Mattel, Inc. To Supplement Its Responses And Produce Documents Responsive To MGA's First Set Of Requests For Production Of Documents And Things, and the exhibits attached thereto

are ORDERED filed under seal pursuant to Central District Local Rule 79-5.1 and the Stipulated Protective Order on file in this case.

DATED: 7/27/07

Hon. Stephen G. Larson

**STEPHEN G. LARSON**
**UNITED STATES DISTRICT JUDGE**