ORIGINAL

LODGED

1 | DALE M. CENDALI (admitted *pro hac vice*)
O'MELVENY & MYERS LLP
2 | 400 South Hope Street
Los Angeles, CA 90071-2899
3 | Telephone: (213) 430-6000
Facsimile: (213) 430-6407
4 | Email: jjenal@omm.com

5 | PATRICIA GLASER (S.B. # 55668)
CHRISTENSEN, GLASER, FINK,
6 | JACOBS, WEIL & SHAPIRO, LLP
10250 Constellation Boulevard, 19th Floor
7 | Los Angeles, CA 90067
Telephone: (310) 553-3000
8 | Facsimile: (310) 557-9815

9 | Attorneys for MGA Entertainment, Inc.

10 | JOHN KECKER
KECKER & VAN NEST, LLP
11 | 710 Sansome Street
San Francisco, CA 94111
12 | Telephone: (415) 391-5400
Facsimile: (415) 397-7188

13 | Attorneys for Carter Bryant

FILED
CLERK, U.S. DISTRICT COURT

AUG - 1 2007

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION        BY DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| 18 CARTER BRYANT, an individual,<br><br>19 Plaintiff,<br><br>20 v.<br><br>21 MATTEL, INC., a Delaware Corporation,<br>22<br>23 Defendant.<br><br>24<br>25<br>26<br>27 AND CONSOLIDATED ACTIONS | Case No. CV 04-09049 SGL (RNBx)<br>(consolidated with CV 04-9059 & 05-2727)<br><br>**APPLICATION OF MGA ENTERTAINMENT, INC. FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL; AND**<br><br>[~~PROPOSED~~] ORDER<br><br>Hearing Date: August 27, 2007<br>Time: 10:00 a.m.<br>Place: Courtroom 1<br><br>Discovery Cutoff: January 14, 2008<br>Pre-trial Conference: April 7, 2008<br>Trial Date: April 29, 2008 |

28

BY FAX

DOCKETED CN CM

rℒ0 - 2 2007

BY

APPLICATION OF MGA FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL CV 04-09049 SGL (RNBX)

1    Pursuant to Local Rule 79-5.1 of the Central District of California and

2  the Stipulated Protective Order entered by the Court in this action, MGA

3  Entertainment, Inc. ("MGA") hereby respectfully requests that the Court order that

4  the following documents are to be filed under seal:

5    1. Corrected Declaration Of Michael C. Keats In Support Of MGA

6      Entertainment's Motion For Terminating Sanctions Against Mattel,

7      Inc. Due to Spoliation of Evidence, and the exhibits attached

8      thereto, filed concurrently.

9    These documents contain, attach, and/or reference portions of

10  documents that have been designated as "Confidential" or "Confidential -

11  Attorneys' Eyes Only" pursuant to the Protective Order.  Accordingly, MGA

12  requests that the Court order that these documents be filed under seal.

13

14  Dated:    July 26 , 2007        O'MELVENY & MYERS LLP

15

16  By: Diana Torres /dcd

17        Diana Torres
        Attorneys for MGA Entertainment, Inc.

18

19

20

21

22

23

24

25

26

27

28

APPLICATION OF MGA FOR LEAVE TO
FILE CERTAIN DOCUMENTS UNDER
SEAL CV 04-09049 SGL (RNBX)

## [PROPOSED] ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

1.  Corrected Declaration Of Michael C. Keats In Support Of MGA Entertainment's Motion For Terminating Sanctions Against Mattel, Inc. Due to Spoliation of Evidence, and the exhibits attached thereto

are ORDERED filed under seal pursuant to Central District Local Rule 79-5.1 and the Stipulated Protective Order on file in this case.

DATED: ___8-1-07___

_____

Hon. Stephen G. Larson

**STEPHEN G. LARSON**
**UNITED STATES DISTRICT JUDGE**