QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
   (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
   (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
   (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff Mattel, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>[PROPOSED] ORDER GRANTING MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBIT 1 OF THE DECLARATION OF JON D. COREY AND THE DECLARATION OF RICHARD DE ANDA IN SUPPORT OF MATTEL'S MOTION FOR MODIFICATION OF THE PROTECTIVE ORDER<br><br>[Local Rule 79-5.1]<br><br>Hearing Date: TBA<br>Time: TBA<br>Place: TBA<br><br>Discovery Cut-off: January 14, 2008<br>Pre-trial Conference: April 7, 2008<br>Trial Date: April 29, 2008 |

07975/2178550.1

# [PROPOSED] ORDER

Based on Mattel, Inc.'s ("Mattel") Application To File Under Seal Exhibit 1 of the Declaration of Jon D. Corey and the Declaration of Richard de Anda In Support of Mattel's Motion For Modification of the Protective Order, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

1. Exhibit 1 to the Declaration of Jon D. Corey submitted in support of Mattel's Motion for Modification of the Protective Order, is ORDERED filed under seal pursuant to Local Rule 79-5.1.

2. The Declaration of Richard de Anda submitted in support of Mattel's Motion for Modification of the Protective Order, is ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: 8 - 1 , 2007

Hon. Stephen G. Larson
United States District Judge