1  DALE M. CENDALI (admitted *pro hac vice*)
   O'MELVENY & MYERS LLP
2  400 South Hope Street
   Los Angeles, CA 90071-2899
3  Telephone:  (213) 430-6000
   Facsimile:  (213) 430-6407
4  Email:      jjenal@omm.com

5  PATRICIA GLASER (S.B. # 55668)
   CHRISTENSEN, GLASER, FINK,
6  JACOBS, WEIL & SHAPIRO, LLP
   10250 Constellation Boulevard, 19th Floor
7  Los Angeles, CA 90067
   Telephone:  (310) 553-3000
8  Facsimile:  (310) 557-9815

9  Attorneys for MGA Entertainment, Inc.

10 JOHN KECKER
   KECKER & VAN NEST, LLP
11 710 Sansome Street
   San Francisco, CA 94111
12 Telephone:  (415) 391-5400
   Facsimile:  (415) 397-7188

13

14 Attorneys for Carter Bryant

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

15

16

17

18 CARTER BRYANT, an individual,

19              Plaintiff,

20      v.

21 MATTEL, INC., a Delaware
   Corporation,
22
23              Defendant.

24

25

26

27 AND CONSOLIDATED ACTIONS

28

Case No.  CV 04-09049 SGL (RNBx)
(consolidated with CV 04-9059 & 05-2727)

**APPLICATION OF MGA
ENTERTAINMENT, INC. FOR
LEAVE TO FILE CERTAIN
DOCUMENTS UNDER SEAL; AND**

**[PROPOSED] ORDER**

Hearing Date: August 13, 2007
Time:  10:00 a.m.
Place:  Courtroom 1

Discovery Cutoff: January 14, 2008
Pre-trial Conference: April 7, 2008
Trial Date: April 29, 2008

APPLICATION OF MGA FOR LEAVE TO
FILE CERTAIN DOCUMENTS UNDER
SEAL CV 04-09049 SGL (RNBx)

1    Pursuant to Local Rule 79-5.1 of the Central District of California and

2    the Stipulated Protective Order entered by the Court in this action, MGA

3    Entertainment, Inc. ("MGA") hereby respectfully requests that the Court order that

4    the following documents are to be filed under seal:

5        1. MGA Entertainment's Motion Terminating Sanctions Against

6           Mattel, Inc. Due to Spoliation of Evidence;

7        2. Declaration Of Kendall J. Burr In Support Of MGA

8           Entertainment's Motion For Terminating Sanctions Against Mattel.

9           Inc. Due to Spoliation of Evidence, and the exhibits attached

10          thereto, filed concurrently;

11       3. Declaration Of Michael C. Keats In Support Of MGA

12          Entertainment's Motion For Terminating Sanctions Against Mattel.

13          Inc. Due to Spoliation of Evidence, and the exhibits attached

14          thereto, filed concurrently; and

15       4. Declaration of James P. Jenal In Support Of MGA Entertainment's

16          Motion For Terminating Sanctions Against Mattel, Inc. Due to

17          Spoliation of Evidence, and the exhibits attached thereto, filed

18          concurrently;

19       5. Declaration of Yvonne L. Garcia In Support Of MGA

20          Entertainment's Motion For Terminating Sanctions Against Mattel,

21          Inc. Due to Spoliation of Evidence, and the exhibits attached

22          thereto, filed concurrently.

23   //

24   //

25   //

26   //

27   //

28   //

APPLICATION OF MGA FOR LEAVE TO
FILE CERTAIN DOCUMENTS UNDER
SEAL CV 04-09049 SGL (RNBX)

1    These documents contain, attach, and/or reference portions of

2 documents that have been designated as "Confidential" or "Confidential -

3 Attorneys' Eyes Only" pursuant to the Protective Order. Accordingly, MGA

4 requests that the Court order that these documents be filed under seal.

5

6    Dated:    July 23, 2007    MICHAEL KEATS
                                O'MELVENY & MYERS LLP

7

8    By: *Michael Keats*

9    Michael Keats
     Attorneys for MGA Entertainment, Inc.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

APPLICATION OF MGA FOR LEAVE TO
FILE CERTAIN DOCUMENTS UNDER
SEAL CV 04-09049 SGL (RNBX)

# [PROPOSED] ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

1. MGA Entertainment's Motion For Terminating Sanctions Against Mattel, Inc. Due to Spoliation of Evidence;

2. Declaration Of Kendall J. Burr In Support Of MGA Entertainment's Motion For Terminating Sanctions Against Mattel, Inc. Due to Spoliation of Evidence, and the exhibits attached thereto;

3. Declaration Of Michael C. Keats In Support Of MGA Entertainment's Motion For Terminating Sanctions Against Mattel, Inc. Due to Spoliation of Evidence, and the exhibits attached thereto;

4. Declaration of James P. Jenal In Support Of MGA Entertainment's Motion For Terminating Sanctions Against Mattel, Inc. Due to Spoliation of Evidence, and the exhibits attached thereto; and

5. Declaration of Yvonne L. Garcia In Support Of MGA Entertainment's Motion For Terminating Sanctions Against Mattel, Inc. Due to Spoliation of Evidence, and the exhibits attached thereto

are ORDERED filed under seal pursuant to Central District Local Rule 79-5.1 and the Stipulated Protective Order on file in this case.

DATED: 8-1-07

Hon. Stephen G. Larson

APPLICATION OF MGA FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL CV 04-09049 SGL (RNBX)