1  DALE M. CENDALI (admitted *pro hac vice*)
   O'MELVENY & MYERS LLP
2  400 South Hope Street
   Los Angeles, CA 90071-2899
3  Telephone: (213) 430-6000
   Facsimile: (213) 430-6407
4  Email:     jjenal@omm.com

5  PATRICIA GLASER (S.B. # 55668)
   CHRISTENSEN, GLASER, FINK,
6  JACOBS, WEIL & SHAPIRO, LLP
   10250 Constellation Boulevard, 19th Floor
7  Los Angeles, CA 90067
   Telephone: (310) 553-3000
8  Facsimile: (310) 557-9815

9  Attorneys for MGA Entertainment, Inc.

10 JOHN KECKER
   KECKER & VAN NEST, LLP
11 710 Sansome Street
   San Francisco, CA 94111
12 Telephone: (415) 391-5400
   Facsimile: (415) 397-7188

13 Attorneys for Carter Bryant

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>MATTEL, INC., a Delaware Corporation,<br><br>    Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-09049 SGL (RNBx)<br>(consolidated with CV 04-9059 & 05-2727)<br><br>**APPLICATION OF MGA ENTERTAINMENT, INC. FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL; AND**<br><br>[~~PROPOSED~~] **ORDER**<br><br>Hearing Date: August 27, 2007<br>Time: 10:00 a.m.<br>Place: Courtroom 1<br><br>Discovery Cutoff: January 14, 2008<br>Pre-trial Conference: April 7, 2008<br>Trial Date: April 29, 2008 |

APPLICATION OF MGA FOR LEAVE TO
FILE CERTAIN DOCUMENTS UNDER
SEAL CV 04-09049 SGL (RNBX)

1    Pursuant to Local Rule 79-5.1 of the Central District of California and
2  the Stipulated Protective Order entered by the Court in this action, MGA
3  Entertainment, Inc. ("MGA") hereby respectfully requests that the Court order that
4  the following documents are to be filed under seal:

5    1. Corrected Declaration Of Kendall J. Burr In Support Of MGA
6       Entertainment's Motion For Terminating Sanctions Against Mattel,
7       Inc. Due to Spoliation of Evidence, and the exhibits attached
8       thereto, filed concurrently.

9    These documents contain, attach, and/or reference portions of
10 documents that have been designated as "Confidential" or "Confidential -
11 Attorneys' Eyes Only" pursuant to the Protective Order. Accordingly, MGA
12 requests that the Court order that these documents be filed under seal.

Dated:    July ___, 2007    DIANA TORRES
                            O'MELVENY & MYERS LLP

                            By: _____
                                Diana Torres
                            Attorneys for MGA Entertainment, Inc.

# [PROPOSED] ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

1. Corrected Declaration Of Kendall J. Burr In Support Of MGA Entertainment's Motion For Terminating Sanctions Against Mattel, Inc. Due to Spoliation of Evidence, and the exhibits attached thereto

are ORDERED filed under seal pursuant to Central District Local Rule 79-5.1 and the Stipulated Protective Order on file in this case.

DATED: 8-1-07

_____
Hon. Stephen G. Larson