1  DALE M. CENDALI (admitted *pro hac vice*)
   O'MELVENY & MYERS LLP
2  400 South Hope Street
   Los Angeles, CA 90071-2899
3  Telephone: (213) 430-6000
   Facsimile:  (213) 430-6407
4  Email:      jjenal@omm.com

5  PATRICIA GLASER (S.B. # 55668)
   CHRISTENSEN, GLASER, FINK,
6  JACOBS, WEIL & SHAPIRO, LLP
   10250 Constellation Boulevard, 19th Floor
7  Los Angeles, CA 90067
   Telephone: (310) 553-3000
8  Facsimile:  (310) 557-9815

9  Attorneys for MGA Entertainment, Inc.

10 JOHN KECKER
   KECKER & VAN NEST, LLP
11 710 Sansome Street
   San Francisco, CA 94111
12 Telephone: (415) 391-5400
   Facsimile:  (415) 397-7188
13
   Attorneys for Carter Bryant

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>   Plaintiff,<br><br>   v.<br><br>MATTEL, INC., a Delaware Corporation,<br><br>   Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-09049 SGL (RNBx)<br>(consolidated with CV 04-9059 & 05-2727)<br><br>[~~PROPOSED~~] ORDER GRANTING MGA ENTERTAINMENT, INC.'S EX PARTE APPLICATION FOR RETURN OF THE DECLARATION OF KENDALL J. BURR AND FOR THE SUBSTITUTION WITH THE CORRECTED DECLARATION OF KENDALL J. BURR<br><br>Hearing Date: August 27, 2007<br>Time: 10:00 a.m.<br>Place: Courtroom 1, Riverside<br>Judge: Hon. Stephen G. Larson |

[PROPOSED] ORDER GRANTING MGA'S
EX PARTE APPLICATION RE BURR DECL.
CV 04-09049 SGL (RNBX)

## [PROPOSED] ORDER

Based on the concurrently filed ex parte application, and good cause appearing for the entry thereof, the Court HEREBY GRANTS MGA Entertainment, Inc.'s ("MGA") Ex Parte Application and ORDERS that:

1. Declaration of Kendall J. Burr In Support Of MGA Entertainment, Inc.'s Motion For Terminating Sanctions Against Mattel, Inc. Due To Spoliation Of Evidence, and exhibits attached thereto, be returned to MGA and substituted with:

2. Corrected Declaration of Kendall J. Burr In Support Of MGA Entertainment, Inc.'s Motion For Terminating Sanctions Against Mattel, Inc. Due To Spoliation Of Evidence, and exhibits attached thereto.

DATED: 8-1-07

_____
Hon. Stephen G. Larson

No copy filed.

[PROPOSED] ORDER GRANTING MGA'S
EX PARTE APPLICATION RE BURR DECL.
CV 04-09049 SGL (RNBX)

- 2 -