ORIGINAL

DALE M. CENDALI (admitted *pro hac vice*)
DIANA M. TORRES (S.B. #162284)
WILLIAM J. CHARRON (S.B. #220518)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: wcharron@omm.com

PATRICIA GLASER (S.B. # 55668)
CHRISTENSEN, GLASER, FINK,
JACOBS, WEIL & SHAPIRO, LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, CA 90067
Telephone: (310) 553-3000
Facsimile: (310) 557-9815

Attorneys for MGA Entertainment, Inc.

FILED
CLERK, U.S. DISTRICT COURT
AUG - 2 2007
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION   BY DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

CARTER BRYANT, an individual,

Plaintiff,

v.

MATTEL, INC., a Delaware Corporation,

Defendant.

Case No. CV 04-09049 SGL (RNBx)
(consolidated with CV 04-9059 & 05-2727)

**DISCOVERY MATTER**

**APPLICATION OF MGA ENTERTAINMENT, INC. FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL; AND**

**[PROPOSED] ORDER**

Hearing Date:
Time:

Discovery Cutoff: January 14, 2008
Pre-trial Conference: April 7, 2008
Trial Date: April 29, 2008

DOCKETED ON CM
AUG - 3 2007
BY            044

MGA'S APPLICATION TO FILE UNDER SEAL
CV 04-09049 SGL (RNBX)

Pursuant to Local Rule 79-5.1 of the Central District of California and the Stipulated Protective Order entered by the Court in this action, MGA Entertainment, Inc. ("MGA") hereby respectfully requests that the Court order that the following documents are to be filed under seal:

1. Declaration of William J. Charron in Support of MGA Entertainment, Inc.'s Opposition to Mattel, Inc.'s Motion to Compel MGA to Produce Witnesses For Deposition Pursuant to Mattel's Third Notice of Deposition Under Rule 30(b)(6) and For Sanctions, and the exhibits attached thereto ("Charron Declaration"); and

2. MGA Entertainment, Inc.'s Opposition to Mattel, Inc.'s Motion to Compel MGA to Produce Witnesses Under Rule 30(b)(6) and For Sanctions ("The Opposition").

These documents contain, attach, and/or reference documents that the parties have designated as "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order. Mattel has designated Exhibit A to the Charron Declaration as "Confidential--Attorneys' Eyes Only," and MGA has designated Exhibit B to the Charron Declaration as "Confidential--Attorneys' Eyes Only." Exhibit C to the Charron Declaration is a motion containing excerpts from documents designated as "Confidential--Attorneys' Eyes Only." The Opposition quotes excerpts from Exhibits A and B. Accordingly, MGA requests that the Court order that these documents be filed under seal.

Dated: August 1, 2007

O'MELVENY & MYERS LLP

By: _____
William J. Charron
Attorneys for MGA Entertainment, Inc.

## [PROPOSED] ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

1. Declaration of William J. Charron in Support of MGA Entertainment, Inc.'s Opposition to Mattel, Inc.'s Motion to Compel MGA to Produce Witnesses For Deposition Pursuant to Mattel's Third Notice of Deposition Under Rule 30(b)(6) and For Sanctions, and the exhibits attached thereto; and

2. MGA Entertainment, Inc.'s Opposition to Mattel, Inc.'s Motion to Compel MGA to Produce Witnesses Under Rule 30(b)(6) and For Sanctions

are ORDERED filed under seal pursuant to Central District Local Rule 79-5.1 and the Stipulated Protective Order on file in this case.

DATED: 8 - 2 , 2007

Hon. Stephen G. Larson
United States District Judge

## PROOF OF SERVICE

I, Deborah L. Hodge, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 1999 Avenue of the Stars, 7th Floor, Los Angeles, California 90067-6035. On August 1, 2007, I served the within documents:

**APPLICATION OF MGA ENTERTAINMENT, INC. FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL; AND [PROPOSED] ORDER**

by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

| | |
|---|---|
| Michael H. Page, Esq.<br>Keker & Van Nest LLP<br>710 Sansome Street<br>San Francisco, CA 94111<br>mpage@kvn.com<br>    Attorneys for Carter Bryant | Patricia Glaser, Esq.<br>Christensen, Glaser, Fink, Jacobs, Weil & Shapiro, LLP<br>10250 Constellation Blvd., 19th Floor<br>Los Angeles, CA 90067<br>pglaser@chrisglase.com<br>    Attorneys for MGA |

James W. Spertus, Esq.
Law Offices of James W. Spertus
12100 Wilshire Boulevard
Suite 620
Los Angeles, CA 90025
Jim@SpertusLaw.com
    Attorneys for Carlos Gustovo
    Machado Gomez

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on August 1, 2007, at Los Angeles, California.

_____
Deborah L. Hodge

## PROOF OF PERSONAL SERVICE

I am a citizen of the United States and employed in the County of Los Angeles, State of California, by First Legal Support Services, whose address is 1511 W. Beverly Blvd., Los Angeles, CA 90026, and which has been employed by a member of the bar of this Court at whose direction the service was made. I am over the age of eighteen years and not a party to the within action. On August 1, 2007, I personally served the following:

**APPLICATION OF MGA ENTERTAINMENT, INC. FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL; AND [PROPOSED] ORDER**

by delivering a copy thereof to the office of the following:

Michael T. Zeller, Esq.
Timothy Alger, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 19th Floor
Los Angeles, CA 90017

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on August 1, 2007, at Los Angeles, California.

SIGNATURE: *Zac Harris*

PRINTED NAME: Zac Harris