QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 90378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff
Mattel, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> MATTEL, INC., a Delaware corporation, <br><br> Defendant. <br><br> AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx) <br> Consolidated with <br> Case Nos. CV 04-09059 & CV 05-2727 <br><br> Hon. Stephen G. Larson <br><br> APPLICATION TO FILE UNDER SEAL CERTAIN EXHIBITS TO THE DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MOTION OF PLAINTIFF MATTEL, INC. FOR ADDITIONAL TIME AND/OR TO REOPEN THE DEPOSITION OF CARTER BRYANT FOR ALL PURPOSES AND TO OVERRULE ADDITIONAL INSTRUCTIONS NOT TO ANSWER AT THE DEPOSITION <br><br> [PROPOSED] ORDER <br><br> [Local Rule 79-5.1] <br><br> Date: TBA <br> Time: TBA <br> Place: Telephonic <br><br> **Phase 1** <br> Discovery Cut-Off: January 14, 2008 <br> Pre-Trial Conference: April 7, 2008 <br> Trial Date: April 29, 2008 <br><br> **Phase 2** <br> Discovery Cut-Off: March 3, 2008 <br> Pre-Trial Conference: June 2, 2008 <br> Trial Date: July 1, 2008 |

FILED
CLERK, U.S. DISTRICT COURT
AUG - 3 2007
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION BY DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

DOCKETED ON CM
AUG - 6 2007

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, plaintiff Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal Exhibits 1-12, 14, 17-19, 21-23, 27-28 and 30 to the concurrently filed Declaration of B. Dylan Proctor in support of Mattel's Motion for Additional Time and/or to Reopen the Deposition of Carter Bryant for All Purposes and to Overrule Additional Instructions Not to Answer at the Deposition ("Proctor Declaration").

The Proctor Declaration attaches as exhibits documents that Carter Bryant, MGA Entertainment, Inc. ("MGA"), or Mattel, Inc. have designated as "Confidential" and/or "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order. As Exhibits 1-12, 14, 17-19, 21-23, 27-28 and 30 to the Proctor Declaration consist of materials designated by Carter Bryant, MGA, or Mattel as "Confidential" and/or "Confidential--Attorneys' Eyes Only," Mattel requests that the Court order that these exhibits be filed under seal.

DATED: August 2, 2007

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/
B. Dylan Proctor
Attorneys for Plaintiff
Mattel, Inc.

[PROPOSED] ORDER

1
2
3    Based on the above Application, and good cause appearing for the entry
4 thereof, IT IS HEREBY ORDERED:
5    Exhibits 1-12, 14, 17-19, 21-23, 27-28 and 30 to the Proctor Declaration
6 submitted in support of Mattel's Motion for Additional Time and/or to Reopen the
7 Deposition of Carter Bryant for All Purposes and to Overrule Additional
8 Instructions Not to Answer at Deposition are ORDERED filed under seal pursuant
9 to Local Rule 79-5.1.
10
11
12 DATED:  8-3   , 2007   _____
                                 Hon. Stephen G. Larson
13                               United States District Judge
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

07209/2183891 107209/2

-3-