1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   John B. Quinn (Bar No. 90378)
2  (johnquinn@quinnemanuel.com)
   Michael T. Zeller (Bar No. 196417)
3  (michaelzeller@quinnemanuel.com)
   Jon D. Corey (Bar No. 185066)
4  (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
6  Facsimile: (213) 443-3100

7  Attorneys for Plaintiff
   Mattel, Inc.

8

           UNITED STATES DISTRICT COURT

           CENTRAL DISTRICT OF CALIFORNIA

                EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727 |
| Plaintiff, | Hon. Stephen G. Larson |
| vs. | APPLICATION TO FILE UNDER SEAL CERTAIN PORTIONS OF MATTEL, INC.'S MOTION FOR ADDITIONAL TIME AND/OR TO REOPEN THE DEPOSITION OF CARTER BRYANT FOR ALL PURPOSES AND TO OVERRULE ADDITIONAL INSTRUCTIONS NOT TO ANSWER AT THE DEPOSITION |
| MATTEL, INC., a Delaware corporation, | |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | [~~PROPOSED~~] ORDER |
| | [Local Rule 79-5.1]<br><br>Date: TBA<br>Time: TBA<br>Place: Telephonic<br><br>**Phase 1**<br>Discovery Cut-Off: January 14, 2008<br>Pre-Trial Conference: April 7, 2008<br>Trial Date: April 29, 2008<br><br>**Phase 2**<br>Discovery Cut-Off: March 3, 2008<br>Pre-Trial Conference: June 2, 2008<br>Trial Date: July 1, 2008 |

FILED
CLERK, U.S. DISTRICT COURT
AUG - 3 2007
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

DOCKETED ON CM
AUG - 6 2007

07209/2184216.1                                            APPLICATION TO FILE UNDER SEAL

1     Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, plaintiff Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal certain portions of the concurrently filed Motion of Plaintiff Mattel, Inc. for Additional Time and/or to Reopen the Deposition of Carter Bryant for All Purposes and to Overrule Additional Instructions Not to Answer at the Deposition ("Motion").

    Certain portions of the Motion, at 2:5-8, 5:10-13, 6:9-11, 11:21-27, 12:16-23, 15:6-10, 17:11-13, 21:10-22 and 22:23-25, include excerpts from documents that MGA Entertainment, Inc. ("MGA"), Carter Bryant, and/or Mattel have designated as "Confidential" and/or "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order. As certain portions of the Motion, at 2:5-8, 5:10-13, 6:9-11, 11:21-27, 12:16-23, 15:6-10, 17:11-13, 21:10-22 and 22:23-25, include materials designated by Carter Bryant, MGA and/or Mattel as "Confidential" and/or "Confidential--Attorneys' Eyes Only," Mattel requests that the Court order that it be filed under seal.

DATED: August 2, 2007

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By _____
B. Dylan Proctor
Attorneys for Plaintiff
Mattel, Inc.

## [PROPOSED] ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Certain portions of the Motion of Plaintiff Mattel, Inc. for Additional Time and/or to Reopen the Deposition of Carter Bryant for All Purposes and to Overrule Additional Instructions Not to Answer at Deposition, at 2:5-8, 5:10-13, 6:9-11, 11:21-27, 12:16-23, 15:6-10, 17:11-13, 21:10-22 and 22:23-25, are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: 8/3, 2007

Hon. Stephen G. Larson
United States District Judge