QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff
Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S SEPARATE STATEMENT IN SUPPORT OF ITS MOTION FOR ADDITIONAL TIME AND/OR TO REOPEN THE DEPOSITION OF CARTER BRYANT FOR ALL PURPOSES AND TO OVERRULE ADDITIONAL INSTRUCTIONS NOT TO ANSWER AT THE DEPOSITION<br><br>[~~PROPOSED~~] ORDER<br><br>[Local Rule 79-5.1]<br><br>Date: TBA<br>Time: TBA<br>Place: Telephonic<br><br>**Phase 1**<br>Discovery Cut-Off: January 14, 2008<br>Pre-Trial Conference: April 7, 2008<br>Trial Date: April 29, 2008<br><br>**Phase 2**<br>Discovery Cut-Off: March 3, 2008<br>Pre-Trial Conference: June 2, 2008<br>Trial Date: July 1, 2008 |

APPLICATION TO FILE UNDER SEAL

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by
2  the Court in this action, plaintiff Mattel, Inc. ("Mattel") hereby respectfully requests
3  that the Court order filed under seal the concurrently filed Separate Statement in
4  support of Mattel's Motion for Additional Time and/or to Reopen the Deposition of
5  Carter Bryant for All Purposes and to Overrule Additional Instructions Not to
6  Answer at the Deposition ("Separate Statement").

7  The Separate Statement includes deposition testimony that Carter Bryant has
8  designated as "Confidential" pursuant to the Protective Order. As the Separate
9  Statement consists of materials designated by Carter Bryant as "Confidential,"
10 Mattel requests that the Court order that it be filed under seal.

11 In the alternative, Mattel requests that the Court declare this deposition
12 testimony to be outside the definition of "Confidential" as contained in the
13 Stipulated Protective Order and order it to be filed as part of the public record.

15 DATED: August 2, 2007            QUINN EMANUEL URQUHART OLIVER &
                                     HEDGES, LLP

17                                    By _____Dylan Proctor_____ OS
18                                       B. Dylan Proctor
                                         Attorneys for Plaintiff
                                         Mattel, Inc.

[PROPOSED] ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

The Separate Statement submitted in support of Mattel, Inc.'s Motion for Additional Time and/or to Reopen the Deposition of Carter Bryant for All Purposes and to Overrule Additional Instructions Not to Answer at Deposition is ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: 8-3- , 2007        _____
                          Hon. Stephen G. Larson
                          United States District Judge