1 | DALE M. CENDALI (admitted *pro hac vice*)
  | DIANA M. TORRES (S.B. #162284)
2 | JAMES P. JENAL (S.B. #180190)
  | O'MELVENY & MYERS LLP
3 | 400 South Hope Street
  | Los Angeles, CA 90071-2899
4 | Telephone: (213) 430-6000
  | Facsimile: (213) 430-6407
5 | Email:      jjenal@omm.com

6 | PATRICIA GLASER (S.B. #55668)
  | CHRISTENSEN, GLASER, FINK,
7 | JACOBS, WEIL & SHAPIRO, LLP
  | 10250 Constellation Boulevard, 19th Floor
8 | Los Angeles, CA 90067
  | Telephone: (310) 553-3000
9 | Facsimile: (310) 557-9815

10 | Attorneys for MGA Entertainment, Inc.

11 | CHRISTA M. ANDERSON (S.B. #184325)
   | KEKER & VAN NEST, LLP
12 | 710 Sansome Street
   | San Francisco, CA 94111
13 | Telephone: (415) 391-5400
   | Fax: (415) 397-7188
14 |
15 | Attorneys for Carter Bryant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation,<br><br>Defendant. | Case No. CV 04-09049 SGL (RNBx)<br>(consolidated with CV 04-9059 & 05-2727)<br><br>**DISCOVERY MATTER**<br><br>**APPLICATION OF MGA ENTERTAINMENT, INC., AND CARTER BRYANT FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL; AND**<br><br>**[PROPOSED] ORDER**<br><br>Hearing Date: T.B.D.<br>Time:         T.B.D.<br>Location:     T.B.D. |

LA2 838736.1

APPLICATION TO FILE UNDER SEAL
CV 04-09049 SGL (RNBX)

Pursuant to Local Rule 79-5.1 of the Central District of California and the Stipulated Protective Order entered by the Court in this action, MGA Entertainment, Inc. ("MGA"), and Carter Bryant ("Mr. Bryant") hereby respectfully request that the Court order that the following documents are to be filed under seal:

1. MGA Entertainment, Inc. and Carter Bryant's Joint Opposition to Mattel's Motion to Modify the Protective Order;

2. Declaration of James P. Jenal in Support of MGA Entertainment, Inc. and Carter Bryant's Joint Opposition to Mattel's Motion to Modify the Protective Order, and the exhibits attached thereto, filed concurrently.

These documents contain, attach, and/or reference materials previously designated as "Confidential - Attorney's Eyes Only" under the Protective Order in this matter which are being produced for the Court's review in support of MGA, and Mr. Bryant's Opposition to Mattel's Motion to Modify the Protective Order. Accordingly, MGA, and Mr. Bryant request that the Court order that these documents be filed under seal.

Dated: August 7, 2007

O'MELVENY & MYERS LLP

By: _____
James P. Jenal
Attorneys for MGA Entertainment, Inc.

# [PROPOSED] ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

1. MGA Entertainment, Inc. and Carter Bryant's Joint Opposition to Mattel's Motion to Modify the Protective Order; and

2. Declaration of James P. Jenal in Support of MGA Entertainment, Inc. and Carter Bryant's Joint Opposition to Mattel's Motion to Modify the Protective Order, and the exhibits attached thereto, filed concurrently;

are ORDERED filed under seal pursuant to Central District Local Rule 79-5.1 and the Stipulated Protective Order on file in this case.

DATED: 8-7-07

Hon. Stephen G. Larson
United States District Judge