LODGED

1  KEKER & VAN NEST, LLP
   JOHN W. KEKER - #49092
2  jkeker@kvn.com
   MICHAEL H. PAGE - #154913   2007 AUG 15 PM 3:52
3  mpage@kvn.com
   CHRISTA M. ANDERSON - #184325
4  canderson@kvn.com
   710 Sansome Street
5  San Francisco, CA 94111-1704
   Telephone: (415) 391-5400
6  Facsimile: (415) 397-7188

7  Attorneys for Plaintiff
   CARTER BRYANT
8

FILED
CLERK, U.S. DISTRICT COURT
AUG 16 2007
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION   BY DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

BY FAX

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC. a Delaware Corporation,<br><br>Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC., v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No. CV 04-09049 SGL (RNBx)<br>(consolidated with CV 04-9059 & 05-2727<br><br>**Hon. Stephen G. Larson**<br><br>[Related discovery motion to be heard by Discovery Master Hon. Edward Infante (Ret.)]<br><br>**APPLICATION OF CARTER BRYANT FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL; AND**<br><br>**[PROPOSED] ORDER**<br><br>Date:   TBA<br>Time:   TBA<br>Place:  Telephonic<br><br>Date Comp. Filed: April 13, 2005<br>Discovery Cut-Off: Jan. 14, 2008<br>Pre-Trial Conference: Apr. 7, 2008<br>Trial Date: April 29, 2008 |

DOCKETED ON CM
AUG 17 2007
BY _____ 164

786

1
APPLICATION OF CARTER BRYANT FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL; AND
[PROPOSED] ORDER
CASE NO. CV 04-09049 SGL (RNBx)

400997.01

1  Pursuant to Local Rule 79-5.1 of the Central District of California and the
2  Stipulated Protective Order entered by the Court in this action, CARTER
3  BRYANT ("Bryant") hereby respectfully requests that the Court order that the
4  following documents are to be filed under seal:

5  1. DECLARATION OF CHRISTA M. ANDERSON IN SUPPORT OF OPPOSITION TO MATTEL INC.'S MOTION FOR ADDITIONAL TIME AND/OR TO REOPEN THE DEPOSITION OF CARTER BRYANT FOR ALL PURPOSES AND TO OVERRULE ADDITIONAL INSTRUCTIONS NOT TO ANSWER AT THE DEPOSITION

8  This document contains, attaches, and/or references materials previously
9  designated as "Confidential – Attorney's Eyes Only" and/or "Confidential" under
10 the Protective order in this matter which are being produced for the court's review
11 in support of Bryant's opposition to Mattel's motion to compel. Accordingly,
12 Bryant requests that the Court order that this document be filed under seal.

Respectfully submitted,

Dated: August 15, 2007             KEKER & VAN NEST, LLP

By: _____
CHRISTA M. ANDERSON
Attorneys for Plaintiff
CARTER BRYANT

1

[PROPOSED] ORDER

2

Based on the above Application, and good cause appearing for the entry
3
thereof, IT IS HEREBY ORDERED:

Christa M. Anderson

4

The concurrently filed DECLARATION OF ~~MICHAEL H. PAGE~~ IN
5
SUPPORT OF OPPOSITION TO MATTEL INC.'S MOTION FOR
6
ADDITIONAL TIME AND/OR TO REOPEN THE DEPOSITION OF CARTER
7
BRYANT FOR ALL PURPOSES AND TO OVERRULE ADDITIONAL
8
INSTRUCTIONS NOT TO ANSWER AT THE DEPOSITION is ORDERED
9
filed under seal pursuant to Central district Local Rule 79-5.1 and the Stipulated
10
Protective Order on file in this case.

11

12

Dated: AUG 16 2007
13

14

By: /s/ S.G. Larson
15
Hon. Stephen G. Larson
United States District Judge