**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA 92501
<u>CIVIL MINUTES -- GENERAL</u>

| | |
|---|---|
| Case No.   CV 04-09049 SGL(RNBx) | Date: August 24, 2007 |

Title:   CARTER BRYANT -v- MATTEL, INC.
and related action

========================================================================

PRESENT:   HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| Jim Holmes<br>Courtroom Deputy Clerk | None Present<br>Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None present | None present |

PROCEEDINGS:   MINUTE ORDER (IN CHAMBERS)

As the office of counsel for Mattel was notified today by telephone, declarant Michael Moore is **ORDERED** to be present to give testimony at the hearing regarding MGA's Motion for Terminating Sanctions on Monday, August 27, 2007, at 10:00 a.m. in Courtroom One of the above-referenced Court.

The Clerk shall serve this order by e-mail and/or fax on all parties.

**IT IS SO ORDERED.**

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
Priority ___ Send ___
Entered ___ Closed ___
JS-5/JS-6 ___ JS-2/JS-3 ___
Scan Only ___ Docketed on CM ___
___ THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP 77(d)

8-24-07

EASTERN DIVISION
BY ___ DEPUTY

| | | |
|---|---|---|
| MINUTES FORM 90<br>CIVIL -- GEN | 1 | Initials of Deputy Clerk   jh |

