QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  timalger@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. CV 04-09059 & Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>[To Be Heard By Discovery Master Hon. Edward Infante (Ret.)]<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL CERTAIN EXHIBITS TO THE SUPPLEMENTAL DECLARATION OF MICHAEL T. ZELLER AND SUPPLEMENTAL NOTICE OF LODGING IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS<br><br>[PROPOSED] ORDER<br><br>Date: TBA<br>Time: TBA<br>Place: TBA<br><br>Discovery Cutoff: Jan. 14, 2008<br>Pre-Trial Conference: Apr. 7, 2008<br>Trial Date: Apr. 29, 2008 |

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1    Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2    entered by the Court in this action, plaintiff and counter-defendant Mattel, Inc.
3    ("Mattel") hereby respectfully requests that the Court order filed under seal
4    Exhibit 3 to the concurrently filed Supplemental Declaration of Michael T. Zeller
5    ("Supplemental Zeller Declaration"), and Exhibit 1 to the Supplemental Notice of
6    Lodging in Support of Mattel, Inc.'s Opposition to MGA's Motion to Compel the
7    Production of Documents ("Supplemental Notice").
8        Mattel has designated Exhibit 3 to the Supplemental Zeller Declaration,
9    and Exhibit 1 to the Supplemental Notice as "Confidential--Attorneys' Eyes Only."
10   As the above stated exhibits consist of materials designated by Mattel as
11   "Confidential--Attorneys' Eyes Only," Mattel requests that the Court order that these
12   exhibits to the Supplemental Zeller Declaration and Supplemental Notice be filed
13   under seal.

15   DATED: August 23, 2007    QUINN EMANUEL URQUHART OLIVER &
                               HEDGES, LLP

17                             By /s/ Michael T. Zeller
18                                Michael T. Zeller
                                  Attorneys for Mattel, Inc.

07209/2200029.1

-2-
MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

## [PROPOSED] ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Exhibit 3 to the concurrently filed Supplemental Declaration of Michael T. Zeller, and Exhibit 1 to the Supplemental Notice of Lodging in Support of Mattel, Inc.'s Opposition to MGA's Motion to Compel the Production of Documents, are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: 8-23-07 , 2007

_____
Hon. Stephen G. Larson
United States District Judge

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On August 23, 2007, I served true copies of the following document(s) described as **MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL CERTAIN EXHIBITS TO THE SUPPLEMENTAL DECLARATION OF MICHAEL T. ZELLER AND SUPPLEMENTAL NOTICE OF LODGING IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS; [PROPOSED] ORDER** on the parties in this action as follows:

Diana M. Torres, Esq.
**O'MELVENY & MYERS, LLP**
400 S. Hope Street
Los Angeles, CA 90071
*Attorneys for MGA ENTERTAINMENT, INC.*

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 23, 2007, at Los Angeles, California.

_____
NOW LEGAL -- Dave Quintana

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On August 23, 2007, I served true copies of the following document(s) described as **MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL CERTAIN EXHIBITS TO THE SUPPLEMENTAL DECLARATION OF MICHAEL T. ZELLER AND SUPPLEMENTAL NOTICE OF LODGING IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS; [PROPOSED] ORDER** on the parties in this action as follows:

John W. Keker, Esq.
Michael H. Page, Esq.
Christina M. Anderson, Esq.
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111
*Attorneys for Carter Bryant*

Patricia Glaser, Esq.
**Christensen, Glaser, Fink, Jacobs, Weil & Shapiro, LLP**
10250 Constellation Blvd., 19th Floor
Los Angeles, CA 90067
*Attorney for MGA Entertainment*

James Spertus
**Law Offices of James W. Spertus**
12100 Wilshire Blvd., Suite 620
Los Angeles, CA 90025

**BY U.S. MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 23, 2007, at Los Angeles, California.

*/s/ Yalonda J. Dekle*
Yalonda J. Dekle

07209/2128071.1