QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 90378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff
Mattel, Inc.

FILED
CLERK, U.S. DISTRICT COURT

AUG 2 4 2007

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION      BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

CARTER BRYANT, an individual,

              Plaintiff,

        vs.

MATTEL, INC., a Delaware
corporation,

              Defendant.

AND CONSOLIDATED ACTIONS

CASE NO. CV 04-9049 SGL (RNBx)
Consolidated with
Case Nos. CV 04-09059 & CV 05-2727

Hon. Stephen G. Larson

APPLICATION TO FILE UNDER
SEAL CERTAIN PORTIONS OF
MATTEL, INC.'S REPLY IN
SUPPORT OF ITS MOTION FOR
ADDITIONAL TIME AND/OR TO
REOPEN THE DEPOSITION OF
CARTER BRYANT FOR ALL
PURPOSES AND TO OVERRULE
ADDITIONAL INSTRUCTIONS NOT
TO ANSWER AT THE DEPOSITION

[PROPOSED] ORDER

[Local Rule 79-5.1]

Date:   TBA
Time:   TBA
Place:  Telephonic

**Phase 1**
Discovery Cut-Off:    January 14, 2008
Pre-Trial Conference: April 7, 2008
Trial Date:           April 29, 2008

**Phase 2**
Discovery Cut-Off:    March 3, 2008
Pre-Trial Conference: June 2, 2008
Trial Date:           July 1, 2008

DOCKETED ON CM

AUG 2 8 2007

BY _____ 164

07209/2184980.1

Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order entered by the Court in this action, plaintiff Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal certain portions of the concurrently filed Reply in support of its Motion for Additional Time and/or to Reopen the Deposition of Carter Bryant for All Purposes and to Overrule Additional Instructions Not to Answer at the Deposition ("Reply").

Certain portions of the Reply, at 6:24-25, 10:5-8, 15:23-16:1 and 17:11-25, include excerpts from documents that MGA Entertainment, Inc. ("MGA"), Carter Bryant, and/or Mattel have designated as "Confidential" and/or "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order.  As certain portions of the Reply, at 6:24-25, 10:5-8, 15:23-16:1 and 17:11-25, include materials designated by Carter Bryant, MGA and/or Mattel as "Confidential" and/or "Confidential--Attorneys' Eyes Only," Mattel requests that the Court order that it be filed under seal.

DATED:  August 23, 2007

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By_____
B. Dylan Proctor
Attorneys for Plaintiff
Mattel, Inc.

[PROPOSED] ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Certain portions of Mattel, Inc.'s Reply in Support for Its Motion for Additional Time and/or to Reopen the Deposition of Carter Bryant for All Purposes and to Overrule Additional Instructions Not to Answer at Deposition, at 6:24-25, 10:5-8, 15:23-16:1 and 17:11-25, are ORDERED filed under seal pursuant to Local Rule 79-5.1.


DATED:   8/24   , 2007

Hon. Stephen G. Larson
United States District Judge

07209/2184980 107209/2
84980 1

-3-