1 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  | John B. Quinn (Bar No. 90378)
2 | (johnquinn@quinnemanuel.com)
  | Michael T. Zeller (Bar No. 196417)
3 | (michaelzeller@quinnemanuel.com)
  | Jon D. Corey (Bar No. 185066)
4 | (joncorey@quinnemanuel.com)
  | 865 South Figueroa Street, 10th Floor
5 | Los Angeles, California 90017-2543
  | Telephone: (213) 443-3000
6 | Facsimile: (213) 443-3100

Priority ___
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

FILED
CLERK U.S. DISTRICT COURT

AUG 2 4 2007

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

7 | Attorneys for Plaintiff
  | Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>APPLICATION TO FILE UNDER SEAL CERTAIN EXHIBITS TO THE SUPPLEMENTAL DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MOTION OF PLAINTIFF MATTEL, INC. FOR ADDITIONAL TIME AND/OR TO REOPEN THE DEPOSITION OF CARTER BRYANT FOR ALL PURPOSES AND TO OVERRULE ADDITIONAL INSTRUCTIONS NOT TO ANSWER AT THE DEPOSITION<br><br>[PROPOSED] ORDER<br><br>[Local Rule 79-5.1]<br><br>Date:  TBA<br>Time:  TBA<br>Place:  Telephonic<br><br>**Phase 1**<br>Discovery Cut-Off:  January 14, 2008<br>Pre-Trial Conference: April 7, 2008<br>Trial Date:  April 29, 2008<br>**Phase 2**<br>Discovery Cut-Off:  March 3, 2008<br>Pre-Trial Conference: June 2, 2008<br>Trial Date:  July 1, 2008 |

DOCKETED ON CM

AUG 28 2007

BY _____ 164

850

07209/2201151.1

1    Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order entered by

2  the Court in this action, plaintiff Mattel, Inc. ("Mattel") hereby respectfully requests

3  that the Court order filed under seal Exhibits 1, 3, 5 and 7 to the concurrently filed

4  Supplemental Declaration of B. Dylan Proctor in support of Mattel's Motion for

5  Additional Time and/or to Reopen the Deposition of Carter Bryant for All Purposes

6  and to Overrule Additional Instructions Not to Answer at the Deposition ("Proctor

7  Declaration").

8    The Proctor Declaration attaches as exhibits documents that Carter Bryant

9  and/or MGA Entertainment, Inc. ("MGA") have designated as "Confidential" and/or

10 "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order.   As Exhibits

11 1, 3, 5 and 7 to the Proctor Declaration consist of materials designated by Carter

12 Bryant and/or MGA as "Confidential" and/or "Confidential--Attorneys' Eyes Only,"

13 Mattel requests that the Court order that these exhibits be filed under seal.

14    In the alternative, Mattel requests that the Court declare these exhibits to be

15 outside the definition of "Confidential" and/or "Confidential--Attorneys' Eyes Only"

16 as contained in the Stipulated Protective Order and order them to be filed as part of

17 the public record.

18

19

20

21

22

23 DATED:  August 23, 2007          QUINN EMANUEL URQUHART OLIVER &
                                   HEDGES, LLP
24

25                                 By
26                                   B. Dylan Proctor
                                   Attorneys for Plaintiff
27                                   Mattel, Inc.

28

1

## [PROPOSED] ORDER

2

3        Based on the above Application, and good cause appearing for the entry

4   thereof, IT IS HEREBY ORDERED:

5        Exhibits 1, 3, 5 and 7 to the Supplemental Declaration of B. Dylan Proctor

6   submitted in support of Mattel's Motion for Additional Time and/or to Reopen the

7   Deposition of Carter Bryant for All Purposes and to Overrule Additional

8   Instructions Not to Answer at Deposition are ORDERED filed under seal pursuant

9   to Local Rule 79-5.1.

10

11

12   DATED:        8/24        , 2007

13                                        Hon. Stephen G. Larson
                                          United States District Judge
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

APPLICATION TO FILE UNDER SEAL