QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 90378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff
Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>APPLICATION TO FILE UNDER SEAL CERTAIN EXHIBITS TO THE SUPPLEMENTAL DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS WITHHELD AS PRIVILEGED<br><br>[PROPOSED] ORDER<br><br>[Local Rule 79-5.1]<br><br>Hearing Date: TBA<br>Time: TBA<br>Place: Telephonic<br><br>Discovery Cut-off: January 14, 2008<br>Pre-trial Conference: April 7, 2008<br>Trial Date: April 29, 2008 |

APPLICATION TO FILE UNDER SEAL

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by
2  the Court in this action, plaintiff Mattel, Inc. ("Mattel") hereby respectfully requests
3  that the Court order filed under seal Exhibits 3 and 4 to the concurrently filed
4  Supplemental Declaration of B. Dylan Proctor in Support of Mattel, Inc.'s Motion to
5  Compel Production of Documents Withheld as Privileged ("Supplemental Proctor
6  Declaration").

7  The Supplemental Proctor Declaration attaches as exhibits documents that
8  Carter Bryant, MGA Entertainment, Inc. ("MGA"), or Mattel, Inc. have designated
9  as "Confidential" and/or "Confidential--Attorneys' Eyes Only" pursuant to the
10 Protective Order. As Exhibits 3 and 4 to the Supplemental Proctor Declaration
11 consists of materials designated by Carter Bryant, MGA, or Mattel as "Confidential"
12 and/or "Confidential--Attorneys' Eyes Only," Mattel requests that the Court order
13 Exhibits 3 and 4 be filed under seal.

15 DATED: August 27, 2007           QUINN EMANUEL URQUHART OLIVER &
                                    HEDGES, LLP

17                                  By /s/ Dylan Proctor BBS
                                    B. Dylan Proctor
18                                  Attorneys for Plaintiff
                                    Mattel, Inc.

-2-

APPLICATION TO FILE UNDER SEAL

[PROPOSED] ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Exhibits 3 and 4 to the Supplemental Proctor Declaration submitted in support of Mattel, Inc.'s Motion to Compel Production of Documents Withheld as Privileged is ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: 8-28, 2007

Hon. Stephen G. Larson
United States District Judge

AUG 28 2007