QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. CV 04-09059 & Case No. CV 05-02727<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL THE SUPPLEMENTAL DECLARATIONS OF MICHAEL T. ZELLER AND B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA ENTERTAINMENT, INC.'S MOTION FOR TERMINATING SANCTIONS; MATTEL, INC.'S RESPONSES TO DEFENDANTS' EVIDENTIARY OBJECTIONS; AND MATTEL, INC.'S SUPPLEMENTAL EVIDENTIARY OBJECTIONS<br><br>Date: August 27, 2007<br>Time: 10:00 a.m.<br>Place: Courtroom 1<br><br>Discovery cutoff: January 14, 2008<br>PTC Date: April 7, 2008<br>Trial Date: April 29, 2008 |

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, plaintiff and counter-defendant Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal the concurrently filed Supplemental Declarations of Michael T. Zeller and B. Dylan Proctor In Support Of Mattel, Inc.'s Opposition To MGA Entertainment, Inc.'s Motion For Terminating Sanctions (the "Declarations"); the concurrently filed Mattel, Inc.'s Responses To Defendants' Evidentiary Objections (the "Response"); and the concurrently filed Mattel, Inc.'s Supplemental Evidentiary Objections (the "Objections").

The Declarations, Response and Objections include information that Mattel, MGA or Bryant have designated as "Confidential" or "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order. Accordingly, Mattel requests that the Court order the Declarations, Response and Objections be filed under seal.

DATED: August 23, 2007

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By *[signature]*
Scott B. Kidman
Attorneys for Mattel, Inc.

[~~PROPOSED~~] ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

The concurrently filed Supplemental Declarations of Michael T. Zeller and B. Dylan Proctor In Support Of Mattel, Inc.'s Opposition To MGA Entertainment, Inc.'s Motion For Terminating Sanctions; Mattel, Inc.'s Responses To Defendants' Evidentiary Objections; and Mattel, Inc.'s Supplemental Evidentiary Objections are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: __8/24__, 2007   _____/s/ S. G. Larson_____
Hon. Stephen G. Larson
United States District Judge

-3-
MATTEL INC.'S APPLICATION TO FILE UNDER SEAL