QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
johnquinn@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
Timothy L. Alger (Bar No. 160303)
(timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
|---|---|
| Plaintiff, | Consolidated with Case No. CV 04-09059 and Case No. CV 05-02727 |
| vs. | |
| MATTEL, INC., a Delaware corporation, | [PROPOSED] ORDER RE MATTEL, INC.'S SUPPLEMENTAL EVIDENTIARY OBJECTIONS TO MGA ENTERTAINMENT, INC.'S MOTION FOR TERMINATING SANCTIONS |
| Defendant. | |
| AND CONSOLIDATED CASES | |
| | Date: August 27, 2007<br>Time: 10:00 a.m.<br>Place: Courtroom 1 |
| | Discovery Cut-off: January 14, 2008<br>Pre-trial Conference: April 7, 2008<br>Trial Date: April 29, 2008 |

FILED
CLERK, U.S. DISTRICT COURT
AUG 24 2007
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

DOCKETED ON CM
AUG 29 2007
BY

07209/2201302.1

[PROPOSED] ORDER RE MATTEL,'S SUPPLEMENTAL EVIDENTIARY OBJECTIONS

## [PROPOSED] ORDER

Having considered Mattel, Inc.'s Supplemental Evidentiary Objections To MGA Entertainment, Inc.'s Motion For Terminating Sanctions Due To Spoliation Of Evidence, and all other papers filed in opposition to or in connection therewith, and finding good cause therefore,

IT IS HEREBY ORDERED that

1. Each of the Objections marked as "Sustained" in Attachment "A" hereto is hereby sustained.

DATED: 8/24 , 2007

_____
Hon. Stephen G. Larson

## Attachment "A"

| | Objectionable Evidence | Objection | Sustained |
|---|---|---|---|
| | | | |
| | Burr Dec., Exhibits 25, 26, 27, 31. | Fed. R. Evid. 1002, 1003; Local Rule 32-1. (Uncert. Depo. Tr.) | |
| | Jenal Dec., Exhibits 1, 2, 6, 8, 9. | Fed. R. Evid. 1002, 1003; Local Rule 32-1. (Uncert. Depo. Tr.) | |
| | Keats Dec., Exhibit 1. | Fed. R. Evid. 1002, 1003; Local Rule 32-1. (Uncert. Depo. Tr.) | |
| | Garcia Dec., Exhibit 1. | Fed. R. Evid. 1002, 1003; Local Rule 32-1. (Uncert. Depo. Tr.) | |
| | 2nd Burr Dec., Exhs. 1, 2, 7, 8, 9, 10, 12. | Fed. R. Evid. 1002, 1003; Local Rule 32-1. (Uncert. Depo. Tr.) | |
| | | | |
| 1. | 2nd Burr Dec, ¶ 4 | Fed. R. Evid. 602, 611(a), 802, Fed. R. Civ. P. 56(e). | |
| 2. | 2nd Burr Dec, ¶ 14 | Fed. R. Evid. 10002, 10006, Local Rule 7-7. | |
| 3. | 2nd Burr Dec, ¶ 16 | Fed. R. Evid. 402, 611(a), 1002, 1004, 1006, Local Rule 7-7. | |
| 4. | 2nd Burr Dec, ¶ 17 | Fed. R. Evid. 402, 1002, 1004, 1006, Local Rule 7-7. | |
| 5. | 2nd Burr Dec, ¶ 18 | Fed. R. Evid. 602, 611(a), 1002, 1004, 1006; Fed. R. Civ. P. 56(e); Local Rule 7-7. | |

|     |                              |                                                                                      |     |
| --- | ---------------------------- | ------------------------------------------------------------------------------------ | --- |
| 6.  | 2nd Burr Dec., ¶ 19, Exh. 11 | Fed. R. Evid. 402, 602, 611(a), 1002, 1004, 1006; Fed. R. Civ. P. 56(e); Local Rule 7-7. |     |
| 7.  | 2nd Burr Dec., ¶ 20          | Fed. R. Evid. 402, 1002, 1004, 1006, Local Rule 7-7.                                 |     |
| 8.  | 2nd Burr Dec., ¶ 21          | Fed. R. Evid. 602, 611(a), 701, 702; Fed. R. Civ. P. 56(e); Local Rule 7-7.          |     |
| 9.  | 2nd Burr Dec., ¶ 24          | Fed. R. Evid. 402, 611(a), 802                                                       |     |
| 10. | 2nd Burr Dec., ¶ 25          | Fed. R. Evid. 402, 611(a), 1006, Local Rule 7-7, Fed R. Civ. Proc. 56(e).            |     |
| 11. | 2nd Keats Dec., ¶ 3          | Fed. R. Evid. 403, 611(a).                                                           |     |
| 12. | 2nd Keats Dec., ¶ 4          | Fed. R. Evid. 402, 602, 802, Fed. R. Civ. P. 56(e). Local Rule 7-3.                  |     |
| 13. | 2nd Burr Dec., Exh. 1 at 134:4-6.     | Fed. R. Evid. 402                                                           |     |
| 14. | 2nd Burr Dec., Exh. 1 at 186:1-14     | Fed. R. Evid. 402, 602, 802                                                 |     |
| 15. | 2nd Burr Dec., Exh. 1 at 188:1-19     | Fed. R. Evid. 402, 602, 802                                                 |     |
| 16. | 2nd Burr Dec., Exh. 1 at 189:19-191:2 | Fed. R. Evid. 402, 602, 802                                                 |     |
| 17. | 2nd Burr Dec., Exh. 1 at 195:5-196:22 | Fed. R. Evid. 402, 602, 701                                                 |     |

| | | | |
|---|---|---|---|
| 18. | 2nd Burr Dec., Exh. 2 at 177:12-180:25 | Fed. R. Evid. 402, 802 | |
| | | | |
| 19. | Lockhart Dec., ¶ 4 | Fed. R. Evid. 402, 602. | |
| 20. | Lockhart Dec., ¶ 5 | Fed. R. Evid. 403, 611. | |
| 21. | Lockhart Dec., ¶ 6 | Fed. R. Evid. 403, 611. | |
| | | | |
| 22. | Burr Dec., Exh. 27 at 115:1-9 (cited in Reply at 6, n. 4) | Fed. R. Evid. 602, 611(a), 701. | |