QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff
Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

CARTER BRYANT, an individual,

  Plaintiff,

  vs.

MATTEL, INC., a Delaware corporation,

  Defendant.

AND CONSOLIDATED ACTIONS

CASE NO. CV 04-9049 SGL (RNBx)
Consolidated with
Case Nos. CV 04-09059 & CV 05-2727

**DISCOVERY MATTER**

**[To Be Heard By Discovery Master Hon. Edward Infante (Ret.)]**

APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S MOTION TO COMPEL WITHHELD MGA DOCUMENTS THAT PROVE MGA WAS DEVELOPING BRATZ AS EARLY AS JUNE 2000 AND THE DECLARATION OF B. DYLAN PROCTOR IN SUPPORT THEREOF

[PROPOSED] ORDER

[Local Rule 79-5.1]

Date: TBA
Time: TBA
Place: Telephonic

**Phase 1**
Discovery Cut-Off:     January 14, 2008
Pre-Trial Conference:  April 7, 2008
Trial Date:            April 29, 2008

**Phase 2**
Discovery Cut-Off:     March 3, 2008
Pre-Trial Conference:  June 2, 2008
Trial Date:            July 1, 2008

APPLICATION TO FILE UNDER SEAL

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, plaintiff Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal Mattel, Inc.'s Motion to Compel Withheld MGA Documents That Prove MGA Was Developing Bratz as Early as June 2000 ("Motion") and the concurrently filed Declaration of B. Dylan Proctor in support of thereof ("Proctor Declaration").

The Motion and the Proctor Declaration include information and attach as exhibits documents that Carter Bryant and/or MGA Entertainment, Inc. ("MGA") have designated as "Confidential" and/or "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order. As the Motion and the Proctor Declaration consist of materials designated by Carter Bryant and/or MGA as "Confidential" and/or "Confidential--Attorneys' Eyes Only," Mattel requests that the Court order that the Motion and the Proctor Declaration be filed under seal.

In the alternative, Mattel requests that the Court declare these exhibits to be outside the definition of "Confidential" and/or "Confidential--Attorneys' Eyes Only" as contained in the Stipulated Protective Order and order them to be filed as part of the public record.

DATED: August 23, 2007

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By *B. Dylan Proctor*
B. Dylan Proctor
Attorneys for Plaintiff
Mattel, Inc.

# [PROPOSED] ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Mattel Inc.'s Motion to Compel Withheld MGA Documents That Prove MGA Was Developing Bratz as Early as June 2000 and the Declaration of B. Dylan Proctor in support thereof are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: 8/24, 2007

Hon. Stephen G. Larson
United States District Judge

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On August 24, 2007, I served true copies of the following document(s) described as:

**APPLICATION TO FILE UNDER SEAL MATTEL INC.'S MOTION TO COMPEL WITHHELD MGA DOCUMENTS THAT PROVE MGA WAS DEVELOPING BRATZ AS EARLY AS JUNE 2000 AND THE DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF THEREOF; [PROPOSED] ORDER**

on the parties in this action as follows:

Diana M. Torres, Esq.
Jim Jenal, Esq.
**O'Melveny & Myers**
400 So. Hope Street
Los Angeles, CA 90071

[√] **BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 24, 2007, at Los Angeles, California.

_____
NOW LEGAL -- Dave Quintana

07209/2201786.1

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California.

On August 24, 2007, I served true copies of the following document(s) described as:

**APPLICATION TO FILE UNDER SEAL MATTEL INC.'S MOTION TO COMPEL WITHHELD MGA DOCUMENTS THAT PROVE MGA WAS DEVELOPING BRATZ AS EARLY AS JUNE 2000 AND THE DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF THEREOF; [PROPOSED] ORDER**

on the parties in this action as follows:

John W. Keker, Esq.
Michael H. Page, Esq.
Christina M. Anderson, Esq.
**Keker & Van Nest, LLP**
710 Sansome Street
San Francisco, CA 94111

[√] **BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

Executed on August 24, 2007, at Los Angeles, California.

*/s/ Monette Stevenson*
Monette Stevenson