QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff
Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>[To Be Heard By Discovery Master Hon. Edward Infante (Ret.)]<br><br>APPLICATION TO FILE UNDER SEAL CERTAIN EXHIBITS TO THE DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MOTION OF MGA ENTERTAINMENT, INC., MGA ENTERTAINMENT (HK) LTD., AND ISAAC LARIAN FOR A PROTECTIVE ORDER LIMITING REQUESTS FOR ADMISSION<br><br>[PROPOSED] ORDER<br><br>[Local Rule 79-5.1]<br><br>Date: TBA<br>Time: TBA<br>Place: Telephonic<br><br>Discovery Cut-Off: January 14, 2008<br>Pre-Trial Conference: April 7, 2008<br>Trial Date: April 29, 2008 |

07209/2204441.1

APPLICATION TO FILE UNDER SEAL

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2  entered by the Court in this action, plaintiff Mattel, Inc. ("Mattel") hereby
3  respectfully requests that the Court order filed under seal Exhibit 20 to the
4  Declaration of B. Dylan Proctor in Support of Mattel, Inc.'s Opposition to Motion of
5  MGA Entertainment, Inc., MGA Entertainment (HK) Ltd., and Isaac Larian for a
6  Protective Order Limiting Requests for Admission ("Proctor Declaration").

7  The Proctor Declaration attaches as exhibits documents that Carter
8  Bryant and/or MGA Entertainment, Inc. ("MGA") have designated as "Confidential"
9  and/or "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order.
10 Exhibit 20 to the Proctor Declaration consists of materials designated by Carter
11 Bryant and/or MGA as "Confidential" and/or "Confidential--Attorneys' Eyes Only."
12 Accordingly, Mattel requests that the Court order that Exhibit 20 to the Proctor
13 Declaration be filed under seal.

14  In the alternative, Mattel requests that the Court declare Exhibit 20 to
15 be outside the definition of "Confidential" and/or "Confidential--Attorneys' Eyes
16 Only" as contained in the Stipulated Protective Order and order them to be filed as
17 part of the public record.

23 DATED: August 28, 2007      QUINN EMANUEL URQUHART OLIVER &
                               HEDGES, LLP

                               By_____
                               B. Dylan Proctor
                               Attorneys for Plaintiff
                               Mattel, Inc.

07209/2204441.1

-2-

APPLICATION TO FILE UNDER SEAL

[PROPOSED] ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Exhibit 20 to the Declaration of B. Dylan Proctor in Support of Mattel, Inc.'s Opposition to Motion of MGA Entertainment, Inc., MGA Entertainment (HK) Ltd., and Isaac Larian for a Protective Order Limiting Requests for Admission is ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: 9/29, 2007

Hon. Stephen G. Larson
United States District Judge

-3-

APPLICATION TO FILE UNDER SEAL

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California.

On August 28, 2007, I served true copies of the following document(s) described as:

**APPLICATION TO FILE UNDER SEAL CERTAIN EXHIBITS TO THE DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MOTION OF MGA ENTERTAINMENT, INC., MGA ENTERTAINMENT (HK) LTD., AND ISAAC LARIAN FOR A PROTECTIVE ORDER LIMITING REQUESTS FOR ADMISSION; [PROPOSED] ORDER**

on the parties in this action as follows:

John W. Keker, Esq.
Michael H. Page, Esq.
Christina M. Anderson, Esq.
**Keker & Van Nest, LLP**
710 Sansome Street
San Francisco, CA 94111

Patricia Glaser, Esq.
Christensen, Glaser, Fink, Jacobs, Weil & Shapiro, LLP
10250 Constellation Blvd., 19th Floor
Los Angeles, CA 90067

James W. Spertus, Esq.
LAW OFFICES OF JAMES W. SPERTUS
12100 Wilshire Blvd., Suite 620
Los Angeles, CA 90025

[√] **BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

Executed on August 28, 2007, at Los Angeles, California.

_Monette Stevenson_
Monette Stevenson

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On August 28, 2007, I served true copies of the following document(s) described as:

**APPLICATION TO FILE UNDER SEAL CERTAIN EXHIBITS TO THE DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MOTION OF MGA ENTERTAINMENT, INC., MGA ENTERTAINMENT (HK) LTD., AND ISAAC LARIAN FOR A PROTECTIVE ORDER LIMITING REQUESTS FOR ADMISSION; [PROPOSED] ORDER**

on the parties in this action as follows:

Diana M. Torres, Esq.
Jim Jenal, Esq.
**O'Melveny & Myers**
400 So. Hope Street
Los Angeles, CA 90071

[√] **BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 28, 2007, at Los Angeles, California.

_____
NOW LEGAL -- Dave Quintana

07209/2201786.1