

This document has been

UNSEALED

per Order of

Judge Stephen G. Larson

dated September 05, 2008.

This document may be

retrieved for viewing

and/or copying

at the Clerk's Office.