ORIGINAL

DALE M. CENDALI (admitted *pro hac vice*)
dcendali@omm.com
MARC F. FEINSTEIN (S.B. #158901)
mfeinstein@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

PATRICIA GLASER (S.B. # 55668)
CHRISTENSEN, GLASER, FINK, JACOBS, WEIL & SHAPIRO, LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, CA 90067
Telephone: (310) 553-3000
Facsimile: (310) 557-9815

Attorneys for MGA Entertainment, Inc.




Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

LODGED
2007 SEP -5 PM 3: 06
CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. EASTERN DIVISION

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

CARTER BRYANT, an individual,

Plaintiff,

v.

MATTEL, INC., a Delaware Corporation,

Defendant.

Case No. CV 04-09049 SGL (RNBx) (consolidated with CV 04-9059 & 05-2727)

**DISCOVERY MATTER**

**APPLICATION OF MGA ENTERTAINMENT, INC. FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL; AND ~~[PROPOSED]~~ ORDER**

Hearing Date:
Time:
Discovery Cut-Off: January 14, 2008
Trial Date: April 29, 2008

DOCKETED ON CM
7 2007
BY

Pursuant to Local Rule 79-5.1 of the Central District of California and the Stipulated Protective Order entered by the Court in this action, MGA Entertainment, Inc. ("MGA") hereby respectfully requests that the Court order that the following document is to be filed under seal:

(1) Declaration of Paula D. Garcia In Support of MGA Entertainment, Inc.'s Opposition to Mattel's Motion to Compel, and the exhibits attached thereto, which MGA filed concurrently with its Memorandum of Points and Authorities in Opposition to Mattel, Inc.'s Motion to Compel Withheld MGA Documents That Prove MGA Was Developing Bratz as Early as June 2000 ("Garcia Declaration").

The Garcia declaration attaches and references Exhibits A, B, and C, each of which are documents that the parties have designated as "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order.

Dated: September 5, 2007

O'MELVENY & MYERS LLP

By: [signature] /Marc F. Feinstein
Attorneys for MGA Entertainment, Inc.

## [PROPOSED] ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

(1) Declaration of Paula D. Garcia In Support of MGA Entertainment, Inc.'s Opposition to Mattel's Motion to Compel, and the exhibits attached thereto, which MGA filed concurrently with its Memorandum of Points and Authorities in Opposition to Mattel, Inc.'s Motion to Compel Withheld MGA Documents That Prove MGA Was Developing Bratz as Early as June 2000 ("Garcia Declaration")

is ORDERED filed under seal pursuant to Central District Local Rule 79-5.1 and the Stipulated Protective Order on file in this case.

DATED: 9-5, 2007

Hon. Stephen G. Larson
United States District Judge

**PROOF OF SERVICE**

I, Deborah L. Hodge, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 1999 Avenue of the Stars, 7th Floor, Los Angeles, California 90067-6035. On September 5, 2007, I served the within documents:

**APPLICATION OF MGA ENTERTAINMENT, INC. FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL; AND [PROPOSED] ORDER**

by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Michael H. Page, Esq.
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111
mpage@kvn.com
Attorneys for Carter Bryant

Patricia Glaser, Esq.
Christensen, Glaser, Fink, Jacobs, Weil & Shapiro, LLP
10250 Constellation Blvd., 19th Floor
Los Angeles, CA 90067
pglaser@chrisglase.com
Attorneys for MGA

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on September 5, 2007, at Los Angeles, California.

[signature]
Deborah L. Hodge

## PROOF OF ELECTRONIC SERVICE

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 1999 Avenue of the Stars, 7th Floor, Los Angeles, California 90067-6035. On September 5, 2007, I served the within documents:

**APPLICATION OF MGA ENTERTAINMENT, INC. FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL; AND [PROPOSED] ORDER**

by sending via electronic mail the document(s) listed above to the person(s) listed below.

James W. Spertus, Esq.
Law Offices of James W. Spertus
12100 Wilshire Boulevard
Suite 620
Los Angeles, CA 90025
Jim@SpertusLaw.com
Attorneys for Carlos Gustovo Machado Gomez

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on September 5, 2007, at Los Angeles, California.

Deborah L. Hodge

**Hodge, Deborah**

**From:** Hodge, Deborah
**Sent:** Wednesday, September 05, 2007 11:26 AM
**To:** 'Jim@SpertusLaw.com'
**Subject:** Bryant v. Mattel - USDC Case No. CV 04-09049 SGL

**Attachments:** MGAs Not of Lodging for In Camera.PDF; MGA App for Docs Under Seal.PDF

MGA Entertainment, Inc.'s Notice of Lodging of Documents *In Camera* in Support of its Opposition to Mattel, Inc.'s Motion to Compel Withheld MGA Documents that Prove MGA was Developing Bratz as Early as June 2000



MGAs Not of .odging for In Cam..

Application of MGA Entertainment, Inc. for Leave to File Certain Documents Under Seal; and [Proposed] Order



MGA App for Docs Under Seal.PD...

***Deborah L. Hodge***
*Assistant to Marvin Putnam, William Charron*
*Chrystiane Pereira, Sonya Brown, Brendan Cooney*
O'Melveny & Myers LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067
dhodge@omm.com
310-246-8471

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

# PROOF OF PERSONAL SERVICE

I am a citizen of the United States and employed in the County of Los Angeles, State of California, by First Legal Support Services, whose address is 1511 W. Beverly Blvd., Los Angeles, CA 90026, and which has been employed by a member of the bar of this Court at whose direction the service was made. I am over the age of eighteen years and not a party to the within action. On September 5, 2007, I personally served the following:

**APPLICATION OF MGA ENTERTAINMENT, INC. FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL; AND [PROPOSED] ORDER**

by delivering a copy thereof to the office of the following:

Michael T. Zeller, Esq.
Timothy Alger, Esq.
Dylan Proctor, Esq.
Scott Kidman, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 19th Floor
Los Angeles, CA 90017

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on September 5, 2007, at Los Angeles, California.

SIGNATURE: ______________________

PRINTED NAME: V. Gonzalez