QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff
Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>APPLICATION TO FILE UNDER SEAL CERTAIN EXHIBIT TO THE DECLARATION OF TIMOTHY L. ALGER IN OPPOSITION TO MGA'S "COUNTER-MOTION" TO COMPEL MATTEL TO PRODUCE DOCUMENTS WITHHELD AS PRIVILEGED<br><br>[PROPOSED] ORDER<br><br>[Local Rule 79-5.1]<br><br>Hearing Date:  TBA<br>Time:          TBA<br>Place:         Telephonic<br><br>Discovery Cut-off: January 14, 2008<br>Pre-trial Conference: April 7, 2008<br>Trial Date: April 29, 2008 |

1     Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, plaintiff Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal Exhibit 21 to the concurrently filed Declaration of Timothy L. Alger in Opposition to MGA's "Counter-Motion" to Compel Mattel to Produce Documents Withheld as Privileged ("Alger Declaration").

    The Alger Declaration attaches as an exhibit documents that Carter Bryant, MGA Entertainment, Inc. ("MGA"), or Mattel, Inc. have designated as "Confidential" and/or "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order. As Exhibit 21 to the Alger Declaration consists of materials designated by Carter Bryant, MGA, or Mattel as "Confidential" and/or "Confidential--Attorneys' Eyes Only," Mattel requests that the Court order Exhibit 21 be filed under seal.

DATED: September 5, 2007

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By _____
Bernard Smyth
Attorneys for Plaintiff
Mattel, Inc.

-2-

[PROPOSED] ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Exhibit 21 to the Alger Declaration submitted in opposition to MGA's "Counter-Motion" to Compel Mattel to Produce Documents Withheld as Privileged is ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: 9/5, 2007

_____
Hon. Stephen G. Larson
United States District Judge

-3-