1 QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
2   John B. Quinn (Bar No. 090378)
    johnquinn@quinnemanuel.com
3   Michael T. Zeller (Bar No. 196417)
    (michaelzeller@quinnemanuel.com)
4   Jon D. Corey (Bar No. 185066)
    (joncorey@quinnemanuel.com)
5   Timothy L. Alger (Bar No. 160303)
    (timalger@quinnemanuel.com)
  865 South Figueroa Street, 10th Floor
6 Los Angeles, California 90017-2543
  Telephone: (213) 443-3000
7 Facsimile: (213) 443-3100

8 Attorneys for Plaintiff Mattel, Inc.

FILED
CLERK, U.S. DISTRICT COURT

SEP - 6 2007

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION       BY DEPUTY

Priority ✓
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

9

LODGED

2007 SEP 5 PM 4: 19
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
EASTERN DIVISION

10      UNITED STATES DISTRICT COURT

11      CENTRAL DISTRICT OF CALIFORNIA

12          EASTERN DIVISION

13 CARTER BRYANT, an          CASE NO. CV 04-9049 SGL (RNBx)
   individual,
14                           Consolidated with Case Nos. CV 04-09059
             Plaintiff,       and CV 05-02727
15
       vs.                   Hon. Stephen G. Larson
16
   MATTEL, INC., a Delaware  STIPULATION AND [PROPOSED]
17 corporation,              ORDER REGARDING CARTER
                             BRYANT'S REPLY TO MATTEL'S
18           Defendant.       COUNTERCLAIMS
19 ─────────────────────────  **Phase 1**
   AND CONSOLIDATED          Discovery Cut-Off:   January 14, 2008
20 ACTIONS                   Pre-Trial Conference: April 7, 2008
                             Trial Date:           April 29, 2008
21
22                          **Phase 2**
                            Discovery Cut-Off:    March 3, 2008
23                          Pre-Trial Conference: June 2, 2008
                            Trial Date:           July 1, 2008
24
25
26                          DOCKETED ON CM
27                          SEP - 7 2007
28                          BY /M              045

## **Stipulation**

1
2     WHEREAS, on July 12, 2007, Mattel, Inc. ("Mattel") filed its Second

3  Amended Answer in Case No. 05-2727 and Counterclaims ("Counterclaims"),

4     WHEREAS, on August 13, 2007, Carter Bryant ("Bryant") filed his reply to

5  Mattel's Counterclaims and asserted twenty-two affirmative defenses,

6     WHEREAS, Mattel contends that Bryant's affirmative defenses are

7  inadequately pleaded and that certain of the defenses are insufficient as a matter of

8  law, and the parties met and conferred regarding Mattel's contemplated motion to

9  strike the defenses on these grounds, which motion is presently due for filing on

10  September 5, 2007,

11     WHEREAS, Bryant is willing to voluntarily amend his reply to eliminate at

12  least some of the disputes between the parties, and both Mattel and Bryant wish to

13  avoid needless motion practice regarding Bryant's affirmative defenses to the extent

14  it is possible to do so,

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

NOW, THEREFORE, Mattel and Bryant hereby stipulate, by and through their counsel of record and subject to the Court's approval, that Bryant will file an amended reply to Mattel's Counterclaims on or before September 12, 2007. Mattel may then file a motion to strike Bryant's amended reply pursuant to the time limits set forth in Fed. R. Civ. P. 12(f) as may be appropriate.

IT IS SO STIPULATED.

DATED:  September 4, 2007          QUINN EMANUEL URQUHART OLIVER &
                                   HEDGES, LLP


                                   By
                                      B. Dylan Proctor
                                      Attorneys for Mattel, Inc.


DATED:  September 4, 2007          O'MELVENY & MYERS LLP



                                   By
                                      Michael Page
                                      Attorneys for Carter Bryant


IT IS SO ORDERED.


DATED:  September __, 2007         By
                                      Hon. Stephen G. Larson
                                      United States District Court Judge

07209/2211520.1

-2-

STIPULATION AND [PROPOSED] ORDER

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On September 5, 2007, I served true copies of the following document(s) described as **STIPULATION AND [PROPOSED] ORDER REGARDING CARTER BRYANT'S REPLY TO MATTEL'S COUNTERCLAIMS** on the parties in this action as follows:

Diana M. Torres, Esq.
**O'Melveny & Myers, LLP**
400 S. Hope Street
Los Angeles, CA 90071

John W. Keker, Esq.
Michael H. Page, Esq.
Christa M. Anderson, Esq.
**Keker & Van Nest, LLP**
710 Sansome Street
San Francisco, CA 94111

Patricia Glaser, Esq.
**Christensen, Glaser, Fink, Jacobs, Weil & Shapiro, LLP**
10250 Constellation Blvd., 19th Floor
Los Angeles, CA 90067

James Spertus
**Law Offices of James W. Spertus**
12100 Wilshire Blvd., Suite 620
Los Angeles, CA 90025

**BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 5, 2007, at Los Angeles, California.

Laura Kinsey