QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case Nos. CV 04-09059 and CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING THE ANSWERS OF MGA ENTERTAINMENT, INC., MGA ENTERTAINMENT (HK) LIMITED, MGAE DE MEXICO S.R.L. DE C.V. AND ISAAC LARIAN TO MATTEL'S COUNTERCLAIMS<br><br>**Phase 1**<br>Discovery Cut-Off: January 14, 2008<br>Pre-Trial Conference: April 7, 2008<br>Trial Date: April 29, 2008<br><br>**Phase 2**<br>Discovery Cut-Off: March 3, 2008<br>Pre-Trial Conference: June 2, 2008<br>Trial Date: July 1, 2008 |

STIPULATION AND [PROPOSED] ORDER

## Stipulation

WHEREAS, on July 12, 2007, Mattel, Inc. ("Mattel") filed its Second Amended Answer in Case No. 05-2727 and Counterclaims ("Counterclaims"),

WHEREAS, on August 13, 2007, MGA Entertainment, Inc., MGA Entertainment (HK) Limited, and MGAE de Mexico S.R.L. de C.V. (together, the "MGA Entities") filed their Answer and Affirmative Defenses to Mattel, Inc.'s Second Amended Answer and Counterclaims, asserting twenty-one affirmative defenses,

WHEREAS, on August 13, 2007, Isaac Larian ("Larian") filed his Answer and Affirmative Defenses to Mattel, Inc.'s Second Amended Answer and Counterclaims, asserting the same twenty-one affirmative defenses that the MGA Entities asserted,

WHEREAS, Mattel contends that the affirmative defenses of the MGA Entites and Larian are inadequately pleaded and that certain of the defenses are insufficient as a matter of law, and the parties met and conferred regarding Mattel's contemplated motion to strike the defenses on these grounds, which motion is presently due for filing on September 5, 2007, and

WHEREAS, the MGA Entities and Larian dispute Mattel's contentions regarding their affirmative defenses, but are willing to voluntarily amend their answers to eliminate at least some of the disputes between the parties, and Mattel, the MGA Entities, and Larian wish to avoid needless motion practice regarding the affirmative defenses to the extent it is possible to do so,

///
///
///
///
///
///

-1-

STIPULATION AND [PROPOSED] ORDER

NOW, THEREFORE, Mattel, the MGA Entities, and Larian hereby stipulate, by and through their counsel of record and subject to the Court's approval, that the MGA Entities and Larian will each file an amended answer to Mattel's Counterclaims on or before September 19, 2007. Mattel may then file a motion to strike Bryant's amended reply pursuant to the time limits set forth in Fed. R. Civ. P. 12(f) as may be appropriate.

IT IS SO STIPULATED.

DATED: September 5, 2007

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By _____
B. Dylan Proctor
Attorneys for Mattel, Inc.

DATED: September 5, 2007

O'MELVENY & MYERS LLP

By _____
Marc Feinstein
Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico S.R.L. de C.V. and Isaac Larian

IT IS SO ORDERED.

DATED: September 5, 2007

By _____
Hon. Stephen G. Larson
United States District Court Judge

-2-
STIPULATION AND [PROPOSED] ORDER

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On September 5, 2007, I served true copies of the following document(s) described as **STIPULATION AND [PROPOSED] ORDER REGARDING THE ANSWERS OF MGA ENTERTAINMENT, INC., MGA ENTERTAINMENT (HK) LIMITED, MGAE DE MEXICO S.R.L. DE C.V. AND ISAAC LARIAN TO MATTEL'S COUNTERCLAIMS** on the parties in this action as follows:

Diana M. Torres, Esq.
**O'Melveny & Myers, LLP**
400 S. Hope Street
Los Angeles, CA 90071

John W. Keker, Esq.
Michael H. Page, Esq.
Christa M. Anderson, Esq.
**Keker & Van Nest, LLP**
710 Sansome Street
San Francisco, CA 94111

Patricia Glaser, Esq.
**Christensen, Glaser, Fink, Jacobs, Weil & Shapiro, LLP**
10250 Constellation Blvd., 19th Floor
Los Angeles, CA 90067

James Spertus
**Law Offices of James W. Spertus**
12100 Wilshire Blvd., Suite 620
Los Angeles, CA 90025

**BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 5, 2007, at Los Angeles, California.

Laura Kinsey