Case 2:04-cv-09049-DOC-RNB   Document 954   Filed 09/10/07   Page 1 of 3   Page ID #:674

| | |
|---|---|
| 1 | DALE M. CENDALI (admitted *pro hac vice*) |
|   | DIANA M. TORRES (S.B. #162284) |
| 2 | JAMES P. JENAL (S.B. #180190) |
|   | O'MELVENY & MYERS LLP |
| 3 | 400 South Hope Street |
|   | Los Angeles, CA 90071-2899 |
| 4 | Telephone: (213) 430-6000 |
|   | Facsimile: (213) 430-6407 |
| 5 | Email: jjenal@omm.com |
| 6 | PATRICIA GLASER (S.B. #55668) |
|   | CHRISTENSEN, GLASER, FINK, |
| 7 | JACOBS, WEIL & SHAPIRO, LLP |
|   | 10250 Constellation Boulevard, 19th Floor |
| 8 | Los Angeles, CA 90067 |
|   | Telephone: (310) 553-3000 |
| 9 | Facsimile: (310) 557-9815 |
| 10 | Attorneys for MGA Entertainment, Inc. |
| 11 | CHRISTA M. ANDERSON (S.B. #184325) |
|    | KEKER & VAN NEST, LLP |
| 12 | 710 Sansome Street |
|    | San Francisco, CA 94111 |
| 13 | Telephone: (415) 391-5400 |
|    | Fax: (415) 397-7188 |
| 14 | |
|    | Attorneys for Carter Bryant |

FILED
CLERK, U.S. DISTRICT COURT

SEP 10 2007

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION   BY DEPUTY

LODGED   2007 SEP 7 PM 2:52

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| | CARTER BRYANT, an individual, | Case No. CV 04-09049 SGL (RNBx) (consolidated with CV 04-9059 & 05-2727) |
| 20 | Plaintiff, | |
| 21 | v. | **DISCOVERY MATTER** |
| 22 | MATTEL, INC., a Delaware Corporation, | **APPLICATION OF MGA ENTERTAINMENT, INC., AND CARTER BRYANT FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL; AND** |
| 23 | | |
| 24 | Defendant. | |
| 25 | | [~~PROPOSED~~] **ORDER** |
| 26 | | Hearing Date: T.B.D. |
| 27 | | Time: T.B.D. |
|    | | Location: T.B.D. |
| 28 | | |

DOCKETED ON CM
SEP 11 2007

LA2:838736.1

APPLICATION TO FILE UNDER SEAL
CV 04-09049 SGL (RNBX)

Pursuant to Local Rule 79-5.1 of the Central District of California and the Stipulated Protective Order entered by the Court in this action, MGA Entertainment, Inc. ("MGA"), and Carter Bryant ("Mr. Bryant") hereby respectfully request that the Court order that the following documents are to be filed under seal:

1. Memorandum of Points and Authorities in Support of MGA Entertainment, Inc.'s and Carter Bryant's Joint Motion to Compel Re: Mattel's Bandying of 30(b)(6) Witnesses;

2. Separate Statement in Support of MGA Entertainment, Inc.'s and Carter Bryant's Joint Motion to Compel Re: Mattel's Bandying of 30(b)(6) Witnesses;

3. Declaration of James P. Jenal in Support of MGA Entertainment, Inc.'s and Carter Bryant's Joint Motion to Compel Re: Mattel's Bandying of 30(b)(6) Witnesses;

4. Declaration of Yvonne L. Garcia in Support of MGA Entertainment, Inc.'s and Carter Bryant's Joint Motion to Compel Re: Mattel's Bandying of 30(b)(6) Witnesses.

These documents contain, attach, and/or reference materials previously designated as "Confidential - Attorney's Eyes Only" under the Protective Order in this matter which are being produced for the Court's review in support of MGA, and Mr. Bryant's joint motion to compel re: Mattel's bandying of 30(b)(6) witnesses. Accordingly, MGA, and Mr. Bryant request that the Court order that these documents be filed under seal.

Dated: September 7, 2007

O'MELVENY & MYERS LLP

By: _____
James P. Jenal
Attorneys for MGA Entertainment, Inc.

## [PROPOSED] ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

1. Memorandum of Points and Authorities in Support of MGA Entertainment, Inc.'s and Carter Bryant's Joint Motion to Compel Re: Mattel's Bandying of 30(b)(6) Witnesses;

2. Separate Statement in Support of MGA Entertainment, Inc.'s and Carter Bryant's Joint Motion to Compel Re: Mattel's Bandying of 30(b)(6) Witnesses;

3. Declaration of James P. Jenal in Support of MGA Entertainment, Inc.'s and Carter Bryant's Joint Motion to Compel Re: Mattel's Bandying of 30(b)(6) Witnesses;

4. Declaration of Yvonne L. Garcia in Support of MGA Entertainment, Inc.'s and Carter Bryant's Joint Motion to Compel Re: Mattel's Bandying of 30(b)(6) Witnesses

are ORDERED filed under seal pursuant to Central District Local Rule 79-5.1 and the Stipulated Protective Order on file in this case.

DATED: SEP 10 2007

/s/ Larson
Hon. Stephen G. Larson
United States District Judge