QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
 John B. Quinn (Bar No. 90378)
 (johnquinn@quinnemanuel.com)
 Michael T. Zeller (Bar No. 196417)
 (michaelzeller@quinnemanuel.com)
 Jon D. Corey (Bar No. 185066)
 (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff
Mattel, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br><u>Hon. Stephen G. Larson</u><br><br>APPLICATION TO FILE UNDER SEAL CERTAIN EXHIBITS TO THE DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MOTION OF PLAINTIFF MATTEL, INC. TO ENFORCE THE COURT'S ORDER OF MAY 15, 2007, TO COMPEL MGA TO PRODUCE COMPELLED DOCUMENTS IN UN-REDACTED FORM, AND FOR SANCTIONS<br><br>[~~PROPOSED~~] ORDER<br><br>[Local Rule 79-5.1]<br><br>Date: TBA<br>Time: TBA<br>Place: Telephonic<br><br>**Phase 1**<br>Discovery Cut-Off: January 14, 2008<br>Pre-Trial Conference: April 7, 2008<br>Trial Date: April 29, 2008<br><br>**Phase 2**<br>Discovery Cut-Off: March 3, 2008<br>Pre-Trial Conference: June 2, 2008<br>Trial Date: July 1, 2008 |

07209/2215177.1

APPLICATION TO FILE UNDER SEAL

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by
2  the Court in this action, plaintiff Mattel, Inc. ("Mattel") hereby respectfully requests
3  that the Court order filed under seal Exhibits 2, 4 and 6 to the concurrently filed
4  Declaration of B. Dylan Proctor in support of Mattel's Motion to Enforce the Court's
5  Order of May 15, 2007, to Compel MGA to Produce Compelled Documents in Un-
6  Redacted From, and for Sanctions ("Proctor Declaration").
7  The Proctor Declaration attaches as exhibits documents that MGA
8  Entertainment, Inc. ("MGA") has designated as "Confidential" and/or "Confidential-
9  -Attorneys' Eyes Only" pursuant to the Protective Order.  As Exhibits 2, 4 and 6 to
10 the Proctor Declaration consist of materials designated by MGA as "Confidential"
11 and/or "Confidential--Attorneys' Eyes Only," Mattel requests that the Court order
12 that these exhibits be filed under seal.
13 In the alternative, Mattel requests that the Court declare these exhibits to be
14 outside the definition of "Confidential" and/or "Confidential--Attorneys' Eyes Only"
15 as contained in the Stipulated Protective Order and order them to be filed as part of
16 the public record.

22 DATED: September 10, 2007      QUINN EMANUEL URQUHART OLIVER &
                                  HEDGES, LLP

                                  By _____
                                     B. Dylan Proctor
                                     Attorneys for Plaintiff
                                     Mattel, Inc.

## [PROPOSED] ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Exhibits 2, 4 and 6 to the Declaration of B. Dylan Proctor submitted in support of Mattel's Motion to Enforce the Court's Order of May 15, 2007, to Compel MGA to Produce Compelled Documents in Un-Redacted From, and for Sanctions are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: 9-11, 2007

Hon. Stephen G. Larson
United States District Judge