

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Plaintiff Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

CARTER BRYANT, an individual,

            Plaintiff,

      vs.

MATTEL, INC., a Delaware corporation,

            Defendant.

AND CONSOLIDATED ACTIONS

CASE NO. CV 04-9049 SGL (RNBx)

Consolidated with Case Nos. CV 04-09059 and CV 05-02727

Hon. Stephen G. Larson

STIPULATION AND [PROPOSED] ORDER REGARDING CARLOS GUSTAVO MACHADO GOMEZ'S ANSWER TO MATTEL, INC.'S SECOND AMENDED ANSWER AND COUNTERCLAIMS

**Phase 1**
Discovery Cut-Off:    January 14, 2008
Pre-Trial Conference: April 7, 2008
Trial Date:             April 29, 2008

**Phase 2**
Discovery Cut-Off:    March 3, 2008
Pre-Trial Conference: June 2, 2008
Trial Date:             July 1, 2008

FILED
CLERK, U.S. DISTRICT COURT
SEP 11 2007
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION
BY DEPUTY

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

## Stipulation

1        WHEREAS, on July 12, 2007, Mattel, Inc. ("Mattel") filed its Second

2

3  Amended Answer in Case No. 05-2727 and Counterclaims ("Counterclaims"),

4        WHEREAS, on August 10, 2007, Carlos Gustavo Machado Gomez

5  ("Machado") filed his answer to Mattel's Counterclaims, asserting sixteen

6  affirmative defenses,

7        WHEREAS, Mattel contends that Machado's affirmative defenses are

8  inadequately pleaded, and the parties met and conferred regarding Mattel's

9  contemplated motion to strike the defenses,

10        WHEREAS, Mattel filed its Motion to Strike Machado's Affirmative

11  Defenses on September 4, 2007, which motion is now pending, and

12        WHEREAS, Machado disputes Mattel's contentions regarding his affirmative

13  defenses, but is willing to voluntarily amend his answer to eliminate at least some of

14  the disputes between the parties, and both Mattel and Machado wish to avoid

15  needless motion practice regarding Machado's affirmative defenses to the extent it is

16  possible to do so,

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

-1-

1        NOW, THEREFORE, Mattel and Machado hereby stipulate, by and through

2  their counsel of record and subject to the Court's approval, that Machado will file an

3  amended answer to Mattel's Counterclaims on or before September 19, 2007, and

4  Mattel will take its pending motion to strike Machado's affirmative defenses off

5  calendar.  Mattel may then file a motion to strike Machado's amended answer

6  pursuant to the time limits set forth in Fed. R. Civ. P. 12(f) as may be appropriate.

7        IT IS SO STIPULATED.

8

9  DATED:  September 10, 2007     QUINN EMANUEL URQUHART OLIVER &
                                 HEDGES, LLP

10

11

12                         By _____

13                           B. Dylan Proctor
                            Attorneys for Mattel, Inc.

14

15  DATED:  September 5, 2007      LAW OFFICES OF JAMES W. SPERTUS

16

17                         By _____

18                           James W. Spertus
                            Attorneys for Carlos Gustavo Machado

19                            Gomez

20

21        IT IS SO ORDERED.

22

23

24  DATED:  September 11, 2007    By _____

25                           Hon. Stephen G. Larson
                           United States District Court Judge

26

27

28

07209/2212004.1

STIPULATION AND [PROPOSED] ORDER

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On September 10, 2007, I served true copies of the following document(s) described as **STIPULATION AND [PROPOSED] ORDER REGARDING CARLOS GUSTAVO MACHADO GOMEZ'S ANSWER TO MATTEL, INC.'S SECOND AMENDED ANSWER AND COUNTERCLAIMS** on the parties in this action as follows:

Diana M. Torres, Esq.
**O'Melveny & Myers, LLP**
400 S. Hope Street
Los Angeles, CA 90071

John W. Keker, Esq.
Michael H. Page, Esq.
Christa M. Anderson, Esq.
**Keker & Van  Nest, LLP**
710 Sansome Street
San Francisco, CA 94111

Patricia Glaser, Esq.
**Christensen, Glaser, Fink, Jacobs, Weil
& Shapiro, LLP**
10250 Constellation Blvd., 19th Floor
Los Angeles, CA  90067

James Spertus
**Law Offices of James W. Spertus**
12100 Wilshire Blvd., Suite 620
Los Angeles, CA 90025

**BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California.  The envelope was mailed with postage thereon fully prepaid.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 10, 2007, at Los Angeles, California.

Laura Kinsey

07209/2215878 1