ORIGINAL

LODGED

1   QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
       John B. Quinn (Bar No. 90378)
2       (johnquinn@quinnemanuel.com)
       Michael T. Zeller (Bar No. 196417)
3       (michaelzeller@quinnemanuel.com)
       Jon D. Corey (Bar No. 185066)
4       (joncorey@quinnemanuel.com)
     865 South Figueroa Street, 10th Floor
5   Los Angeles, California  90017-2543
     Telephone:  (213) 443-3000
6   Facsimile:  (213) 443-3100

7   Attorneys for Plaintiff
     Mattel, Inc.

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10                          EASTERN DIVISION

11  CARTER BRYANT, an individual,        CASE NO. CV 04-9049 SGL (RNBx)
                                          Consolidated with
12                    Plaintiff,          Case Nos. CV 04-09059 & CV 05-2727

13                                        **DISCOVERY MATTER**

14       vs.                              **[To Be Heard By Discovery Master**
                                          **Hon. Edward Infante (Ret.)]**
15  MATTEL, INC., a Delaware
16  corporation,                          APPLICATION TO FILE UNDER
                                          SEAL MATTEL, INC.'S REPLY IN
17                    Defendant.          SUPPORT OF MOTION TO COMPEL
                                          WITHHELD MGA DOCUMENTS
18                                        THAT PROVE MGA WAS
                                          DEVELOPING BRATZ AS EARLY
19  AND CONSOLIDATED ACTIONS              AS JUNE 2000

20                                        [PROPOSED] ORDER

21                                        [Local Rule 79-5.1]

22                                        Date:   TBA
                                          Time:   TBA
23                                        Place:  Telephonic

24                                        **Phase 1**
                                          Discovery Cut-Off:   January 14, 2008
25                                        Pre-Trial Conference: April 7, 2008
                                          Trial Date:          April 29, 2008
26                                        **Phase 2**
                                          Discovery Cut-Off:   March 3, 2008
27                                        Pre-Trial Conference: June 2, 2008
                                          Trial Date:          July 1, 2008
28

07209/2216651.1

1    Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order entered by

2  the Court in this action, plaintiff Mattel, Inc. ("Mattel") hereby respectfully requests

3  that the Court order filed under seal Mattel, Inc.'s Reply in Support of Motion to

4  Compel Withheld MGA Documents That Prove MGA Was Developing Bratz as

5  Early as June 2000 ("Reply").

6    The Reply includes information that MGA Entertainment, Inc. ("MGA") has

7  designated as "Confidential" and/or "Confidential--Attorneys' Eyes Only" pursuant

8  to the Protective Order.  As the Reply consists of materials designated by MGA as

9  "Confidential" and/or "Confidential--Attorneys' Eyes Only," Mattel requests that the

10  Court order that the Reply be filed under seal.

11    In the alternative, Mattel requests that the Court declare the Reply to be

12  outside the definition of "Confidential" and/or "Confidential--Attorneys' Eyes Only"

13  as contained in the Stipulated Protective Order and order it to be filed as part of the

14  public record.

15

16

17  DATED:  September 11, 2007          QUINN EMANUEL URQUHART OLIVER &
                                        HEDGES, LLP
18

19                                      By _B. Dylan Proctor_/
20                                         B. Dylan Proctor
                                           Attorneys for Plaintiff
21                                         Mattel, Inc.

22

23

24

25

26

27

28

APPLICATION TO FILE UNDER SEAL

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### [PROPOSED] ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Mattel Inc.'s Reply in Support of Motion to Compel Withheld MGA Documents That Prove MGA Was Developing Bratz as Early as June 2000 is ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: 9 - 12 , 2007

Hon. Stephen G. Larson
United States District Judge

07209/2216651.1

APPLICATION TO FILE UNDER SEAL

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On September 11, 2007, I served true copies of the following document(s) described as:

**APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S REPLY IN SUPPORT OF MOTION TO COMPEL WITHHELD MGA DOCUMENTS THAT PROVE MGA WAS DEVELOPING BRATZ AS EARLY AS JUNE 2000; [PROPOSED] ORDER**

on the parties in this action as follows:

Diana M. Torres, Esq.
Jim Jenal, Esq.
**O'Melveny & Myers**
400 So. Hope Street
Los Angeles, CA 90071

[√] **BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 11, 2007, at Los Angeles, California.

NOW LEGAL -- Dave Quintana

07209/2201786 1

1

2

## **PROOF OF SERVICE**

3

     I am employed in the County of Los Angeles, State of California.  I am over the age of

4 eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California.

5

     On September 11, 2007, I served true copies of the following document(s) described as:

6

**APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S REPLY IN SUPPORT OF MOTION TO COMPEL WITHHELD MGA DOCUMENTS THAT PROVE MGA WAS DEVELOPING BRATZ AS EARLY AS JUNE 2000; [PROPOSED] ORDER**

7

8

9 on the parties in this action as follows:

10 John W. Keker, Esq.                              Patricia Glaser, Esq.
   Michael H. Page, Esq.                        **Christensen, Glaser, Fink, Jacobs, Weil**

11 Christina M. Anderson, Esq.                 **& Shapiro, LLP**
   **Keker & Van Nest, LLP**                    10250 Constellation Blvd., 19th Floor

12 710 Sansome Street                               Los Angeles, CA  90067
   San Francisco, CA 94111

13

14 James W. Spertus, Esq.
   **Law Offices Of James W. Spertus**

15 12100 Wilshire Blvd., Suite 620
   Los Angeles, CA 90025

16

[√] **BY MAIL:**  I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I

17 deposited such envelope(s) in the mail at Los Angeles, California.  The envelope was mailed with

18 postage thereon fully prepaid.

19              Executed on September 11, 2007, at Los Angeles, California.

20

21

22

23 Monette Stevenson

24

25

26

27

28