QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. CV 04-09059 & Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Hon. Edward Infante (Ret.)]**<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL THE DECLARATION OF BRIDGET A. HAULER IN SUPPORT OF MATTEL, INC.'S MOTION TO ENFORCE THE PROTECTIVE ORDER AND FOR SANCTIONS<br><br>Date: TBA<br>Time: TBA<br>Place: Telephonic<br><br>Discovery cutoff: January 14, 2008<br>PTC Date: April 7, 2008<br>Trial Date: April 29, 2008 |

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1  Pursuant to Local Rule 79-5.1, the Stipulated Protective Order entered
2  by the Court in this action and the Stipulated Order Modifying the Protective Order
3  entered by the Court in this action, plaintiff and counter-defendant Mattel, Inc.
4  ("Mattel") hereby respectfully requests that the Court order filed under seal certain
5  information in the concurrently filed Declaration of Bridget A. Hauler In Support Of
6  Mattel, Inc.'s Motion to Enforce the Protective Order and For Sanctions (the
7  "Declaration").

8  A portion of the contents of the Declaration consist of information that
9  MGA has designated as "Highly Confidential--Restricted Attorneys' Eyes Only"
10 pursuant to the Protective Order and Stipulated Order Modifying the Protective
11 Order. Accordingly, Mattel requests that the Court order that that portion of the
12 contents of the Declaration be filed under seal.

13 In the alternative, Mattel requests that the Court declare that the
14 contents of the Declaration are outside the definitions of "Highly Confidential –
15 Restricted Attorney's Eyes Only" as contained in the Stipulated Protective Order and
16 Stipulated Order Modifying the Protective Order and order the entirety of the
17 Declaration to be filed as part of the public record.

19 DATED: September 12, 2007          QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

21                                    By /s/ Jon D. Corey
22                                       Jon D. Corey
                                         Attorneys for Mattel, Inc.

07209/2158455.1

-2-
MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL



## [~~PROPOSED~~] ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Certain information in the concurrently filed Declaration of Bridget A. Hauler In Support Of Mattel, Inc.'s Motion to Enforce the Protective Order and For Sanctions, is ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: 9/13, 2007

Hon. Stephen G. Larson
United States District Judge

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On September 12, 2007, I served true copies of the following document(s) described as **MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL THE DECLARATION OF BRIDGET A. HAULER IN SUPPORT OF MATTEL, INC.'[S MOTION TO ENFORCE THE PROTECTIVE ORDER AND FOR SANCTIONS** on the parties in this action as follows:

John W. Keker, Esq.
Michael H. Page, Esq.
Christina M. Anderson, Esq.
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111

**BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

**BY FEDEX:** I deposited such document(s) in a box or other facility regularly maintained by FedEx, or delivered such document(s) to a courier or driver authorized by FedEx to receive documents, in sealed envelope(s) or package(s) designated by FedEx with delivery fees paid or provided for, addressed to the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 12, 2007, at Los Angeles, California.

*Andrea Hoeven*
Andrea Hoeven

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On September 12, 2007, I served true copies of the following document(s) described as **MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL THE DECLARATION OF BRIDGET A. HAULER IN SUPPORT OF MATTEL, INC.'[S MOTION TO ENFORCE THE PROTECTIVE ORDER AND FOR SANCTIONS** on the parties in this action as follows:

Diana M. Torres, Esq.
**O'MELVENY & MYERS, LLP**
400 S. Hope Street
Los Angeles, CA 90071

Patricia Glaser, Esq.
**Christensen, Glaser, Fink, Jacobs, Weil & Shapiro, LLP**
10250 Constellation Blvd., 19th Floor
Los Angeles, CA 90067

James Spertus
**Law Offices of James W. Spertus**
12100 Wilshire Blvd., Suite 620
Los Angeles, CA 90025

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 12, 2007, at Los Angeles, California.

_____
NOW LEGAL -- Dave Quintana

07209/2217862.1