ORIGINAL

1 || QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
      John B. Quinn (Bar No. 90378)
2 ||   (johnquinn@quinnemanuel.com)
      Michael T. Zeller (Bar No. 196417)
3 ||   (michaelzeller@quinnemanuel.com)
      Jon D. Corey (Bar No. 185066)
4 ||   (joncorey@quinnemanuel.com)
      865 South Figueroa Street, 10th Floor
5 || Los Angeles, California 90017-2543
      Telephone: (213) 443-3000
6 || Facsimile: (213) 443-3100

7 || Attorneys for Plaintiff
      Mattel, Inc.

8

9

10

FILED - EAST...
CLERK, U.S DIST...

SEP 1 7 2007

CENTRAL DIS...
BY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| 11 CARTER BRYANT, an individual,<br><br>12          Plaintiff,<br><br>13<br><br>14     vs.<br><br>15 MATTEL, INC., a Delaware<br>16 corporation,<br><br>17          Defendant.<br><br>18<br>19 AND CONSOLIDATED ACTIONS<br>20 | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master<br>Hon. Edward Infante (Ret.) Pursuant<br>To The Court's Order Of<br>December 6, 2006]**<br><br>APPLICATION TO FILE UNDER<br>SEAL EXHIBITS 14 AND 15 TO THE<br>DECLARATION OF MICHAEL T.<br>ZELLER IN SUPPORT OF MATTEL,<br>INC.'S MOTION TO COMPEL<br>PRODUCTION OF WITNESSES BY<br>MGA RE TOPIC NOS. 15 AND 16 OF<br>THIRD <u>RULE</u> 30(B)(6) NOTICE<br><br>[PROPOSED] ORDER<br><br>[<u>Local Rule</u> 79-5.1]<br><br>Date: TBA<br>Time: TBA<br>Place: Telephonic<br><br>Discovery Cut-Off: January 14, 2008<br>Pre-Trial Conference: April 7, 2008<br>Trial Date: April 29, 2008 |

21

22

23

24

25

26

27

28

07209/2221368.1

APPLICATION TO FILE UNDER SEAL

1    Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by

2    the Court in this action, plaintiff Mattel, Inc. ("Mattel") hereby respectfully requests

3    that the Court order filed under seal Exhibits 14-15 to the concurrently filed

4    Declaration of Michael T. Zeller in support of Mattel's Motion to Compel

5    Production of Witnesses by MGA re Topic Nos. 15 and 16 of Third Rule 30(b)(6)

6    Notice ("Zeller Declaration").

7         The Zeller Declaration attaches as exhibits documents that MGA

8    Entertainment, Inc. ("MGA") and third-party Sarah Halpern have designated as

9    "Confidential" and/or "Confidential--Attorneys' Eyes Only" pursuant to the

10   Protective Order.   As Exhibits 14-15 to the Zeller Declaration consist of materials

11   designated by MGA and Ms. Halpern as "Confidential" and/or "Confidential--

12   Attorneys' Eyes Only," Mattel requests that the Court order that these exhibits be

13   filed under seal.

14        In the alternative, Mattel requests that the Court declare these exhibits to be

15   outside the definition of "Confidential" and/or "Confidential--Attorneys' Eyes Only"

16   as contained in the Stipulated Protective Order and order them to be filed as part of

17   the public record.

18

19

20

21

22

23   DATED:  September 14, 2007        QUINN EMANUEL URQUHART OLIVER &
                                        HEDGES, LLP
24

25                                      By_____
26                                         Michael T. Zeller
                                           Attorneys for Plaintiff
27                                         Mattel, Inc.

28

07209/2221368 1

-2-

[PROPOSED] ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Exhibits 14-15 to the Declaration of Michael T. Zeller in support of Mattel's Motion to Compel Production of Witnesses by MGA re Topic Nos. 15 and 16 of Third Rule 30(b)(6) Notice are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED:  9-17  , 2007  

Hon. Stephen G. Larson
United States District Judge

07209/2221368.1

APPLICATION TO FILE UNDER SEAL

## PROOF OF SERVICE

1

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On September 14, 2007, I served true copies of the following document(s) described as **APPLICATION TO FILE UNDER SEAL EXHIBITS 14 AND 15 TO THE DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL PRODUCTION OF WITNESSES BY MGA RE TOPICS NOS. 15 AND 16 OF THIRD RULE 30(B)(6) NOTICE** on the parties in this action as follows:

John W. Keker, Esq.
Michael H. Page, Esq.
Christina M. Anderson, Esq.
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111

**BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

**BY FEDEX:** I deposited such document(s) in a box or other facility regularly maintained by FedEx, or delivered such document(s) to a courier or driver authorized by FedEx to receive documents, in sealed envelope(s) or package(s) designated by FedEx with delivery fees paid or provided for, addressed to the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 14, 2007, at Los Angeles, California.

Andrea Hoeven

07209/2217871.1

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On September 14, 2007, I served true copies of the following document(s) described as **APPLICATION TO FILE UNDER SEAL EXHIBITS 14 AND 15 TO THE DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL PRODUCTION OF WITNESSES BY MGA RE TOPICS NOS. 15 AND 16 OF THIRD RULE 30(B)(6) NOTICE** on the parties in this action as follows:

Diana M. Torres, Esq.
**O'MELVENY & MYERS, LLP**
400 S. Hope Street
Los Angeles, CA 90071

James Spertus
**Law Offices of James W. Spertus**
12100 Wilshire Blvd., Suite 620
Los Angeles, CA 90025

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 14, 2007, at Los Angeles, California.

NOW LEGAL -- Dave Quintana