Law Offices of James W. Spertus
James W. Spertus (State Bar No. 159825)
12100 Wilshire Blvd., Suite 620
Los Angeles, CA 90025
Tel (310) 826-4700
Fax (310) 826-4711
Jim@SpertusLaw.com
Attorneys for Carlos Gustavo Machado Gomez

Send ✓
Enter
Closed
JS-5/JS-6
JS-2/JS-3
JS-3/JS-Only
Scan Only

FILED - EASTERN DIVISION
CLERK, U.S. DISTRICT COURT
OCT - 2 2007
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, <br><br> Plaintiff(s) <br><br> v. <br><br> MATTEL, INC. <br><br> Defendant(s). | CASE NUMBER CV 04-9049 SGL (RNBx) <br> Consolidated With Nos. 04-9059 & 05-2727 <br><br> ORDER ON <br> REQUEST FOR APPROVAL OF <br> SUBSTITUTION OF ATTORNEY |

The Court hereby orders that the request of:
☐ Plaintiff  ☐ Defendant  ☒ Other Counter-defendant  CARLOS GUSTAVO MACHADO GOMEZ
to substitute Mark E. Overland, David C. Scheper and Alexander H. Cote of Overland Borenstein Scheper & Kim LLP  who are

☒ Retained Counsel  ☐ Counsel appointed by the Court (Criminal cases only)  ☐ Pro Se

**OVERLAND BORENSTEIN SCHEPER & KIM LLP**
MARK E. OVERLAND (State Bar No. 38375) moverland@obsklaw.com
DAVID C. SCHEPER (State Bar No. 120174) dscheper@obsklaw.com
ALEXANDER H. COTE (State Bar No. 211558) acote@obsklaw.com
300 South Grand Avenue, Suite 2750
Los Angeles, CA 90071-3144
Telephone:  (213) 613-4655
Facsimile:   (213) 613-4656

as attorney of record in place and stead of James Spertus, Law Offices of James W. Spertus
*Present Attorney*

is hereby  ☒ GRANTED    ☐ DENIED

Dated  10-2-07

_____
U. S. District Judge/U.S. Magistrate Judge

**NOTICE TO COUNSEL :** IF YOU ARE CURRENTLY ENROLLED IN THE OPTICAL SCANNING PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.

DOCKETED ON CM
- 3 2007

## Proof of Service

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 12100 Wilshire Blvd., Suite 620, Los Angeles, CA 90025.

On the date indicated below, I served the foregoing documents described as:

### Request for Approval of Substitution of Attorney

on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, and mailing such envelope of the offices of the addressee:

### SEE ATTACHED SERVICE LIST

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on September 26, 2007, at Los Angeles, California.

_Tierza Acy_

# SERVICE LIST

| | |
|---|---|
| Dale M. Cendali (admitted pro hac vice)<br>Diana M. Torres<br>William J. Charron<br>O'Melveny & Myers, LLP<br>400 South Hope Street<br>Los Angeles, CA 90071-2899 | Attorneys for MGA |
| Michael T. Zeller, Esq.<br>Timothy Alger, Esq.<br>Quinn Emanuel Urquhart Oliver & Hedges, LLP<br>865 South Figueroa Street, 19th Floor<br>Los Angeles, CA 90017 | Attorneys for Mattel |
| Michael H. Page, Esq.<br>Keker & Van Nest, LLP<br>710 Sansome Street<br>San Francisco, CA 94111 | Attorneys for<br>Carter Bryant |
| Patricia Glaser, Esq.<br>Christensen, Glaser, Fink, Jacobs,<br>Weil & Shapiro, LLP<br>10250 Constellation Blvd., 19th Floor<br>Los Angeles, CA 90067 | Attorneys for MGA |