1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     John B. Quinn (Bar No. 90378)
2    (johnquinn@quinnemanuel.com)
     Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
     Jon D. Corey (Bar No. 185066)
4    (joncorey@quinnemanuel.com)
     Timothy L. Alger (Bar No. 160303)
5    (timalger@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
6  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
7  Facsimile: (213) 443-3100

8  Attorneys for Mattel, Inc.

9              UNITED STATES DISTRICT COURT

10            CENTRAL DISTRICT OF CALIFORNIA

11                    EASTERN DIVISION

12  CARTER BRYANT, an individual,        CASE NO. CV 04-9049 SGL (RNBx)
                                         Consolidated with
13               Plaintiff,              Case Nos. CV 04-09059 & CV 05-2727

14        vs.                            MATTEL, INC.'S APPLICATION TO
                                         FILE UNDER SEAL AFFIDAVIT OF
15                                       MICHAEL MOORE AND EXHIBITS
                                         THERETO ATTACHED TO
16  MATTEL, INC., a Delaware             MATTEL, INC.'S NOTICE OF
    corporation,                         LODGING DECLARATIONS IN
17                                       SUPPORT OF MATTEL'S
                                         OPPOSITION TO MGA
18               Defendant.              ENTERTAINMENT, INC.'S AND
                                         CARTER BRYANT'S JOINT
19                                       MOTION TO COMPEL RE:
                                         MATTEL'S ALLEGED BANDYING
20  AND CONSOLIDATED ACTIONS             OF 30(B)(6) WITNESSES; AND

21                                       [PROPOSED] ORDER

22                                       Date:  TBA
                                         Time:  TBA
23                                       Place: Telephonic

24                                       Discovery Cut-Off: January 14, 2008
                                         Pre-Trial Conference: April 7, 2008
25                                       Trial Date:          April 29, 2008

FILED
CLERK, U.S. DISTRICT COURT
OCT - 3 2007
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION     BY DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

APPLICATION TO FILE UNDER SEAL

07209/2235545.1

1     Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, plaintiff Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal the Affidavit of Michael Moore in Support of Mattel, Inc.'s Opposition to MGA Entertainment, Inc.'s Motion for Terminating Sanctions Due to Spoliation of Evidence ("Moore Affidavit") and exhibits thereto attached to the concurrently filed Mattel, Inc.'s Notice of Lodging Declarations in Support of Mattel's Opposition to MGA Entertainment, Inc.'s and Carter Bryant's Joint Motion to Compel Re: Mattel's Alleged Bandying of 30(b)(6) Witnesses ("Notice of Lodging Declarations").

    The Moore Affidavit and the exhibits thereto have been designated as "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order. Accordingly, Mattel requests that the Court order the Moore Affidavit and the exhibits thereto attached to the Notice of Lodging Declarations be filed under seal.

DATED: September 28, 2007

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By _____
Jon D. Corey
Attorneys for Plaintiff
Mattel, Inc.

[PROPOSED] ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

The Affidavit of Michael Moore in Support of Mattel, Inc.'s Opposition to MGA Entertainment, Inc.'s Motion for Terminating Sanctions Due to Spoliation of Evidence and exhibits thereto attached to Mattel, Inc.'s Notice of Lodging Declarations in Support of Mattel's Opposition to MGA Entertainment, Inc.'s and Carter Bryant's Joint Motion to Compel Re: Mattel's Alleged Bandying of 30(b)(6) Witnesses are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: 10/2, 2007

Hon. Stephen G. Larson
United States District Judge