QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  timalger@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. CV 04-09059 & Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Hon. Edward Infante (Ret.)]**<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 2 AND 5 TO THE DECLARATION OF TIMOTHY L. ALGER IN SUPPORT OF MATTEL'S MOTION FOR RECONSIDERATION OF THE SEPTEMBER 12, 2007 ORDER GRANTING IN PART AND DENYING IN PART MGA'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS; [PROPOSED] ORDER<br><br>Date: TBA<br>Time: TBA<br>Place: TBA<br><br>Discovery Cutoff: Jan. 14, 2008<br>Pre-Trial Conference: Apr. 7, 2008<br>Trial Date: Apr. 29, 2008 |

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, plaintiff and counter-defendant Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal Exhibits 2 and 5 to the concurrently filed Declaration of Timothy L. Alger in Support of Mattel, Inc.'s Motion for Reconsideration of the September 7, 2007 Order, Granting in Part and Denying in Part MGA's Motion to Compel Production of Documents ("Alger Declaration").

The Alger Declaration attaches as exhibits documents that Mattel or MGA have designated as "Confidential" or "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order. MGA has designated Exhibit 2 to the Alger Declaration as "Confidential." Mattel has designated Exhibit 5 to the Alger Declaration as "Confidential--Attorneys' Eyes Only." As the above stated exhibits consist of materials designated by Mattel or MGA as "Confidential" or "Confidential--Attorneys' Eyes Only," Mattel requests that the Court order that these exhibits be filed under seal.

Mattel has filed a public redacted version of the Alger Declaration, from which the aforementioned exhibits have been removed.

DATED: September 27, 2007    QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By _____
Cyrus Naim
Attorneys for Mattel, Inc.

## [PROPOSED] ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Exhibits 2 and 5 to the concurrently filed Declaration of Timothy L. Alger in Support of Mattel, Inc.'s Motion for Reconsideration of the September 7, 2007 Order, Granting in Part and Denying in Part MGA's Motion to Compel Production of Documents, are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED:  10 - 1  , 2007    _____
Hon. Stephen G. Larson
United States District Judge