QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. CV 04-09059 & Case No. CV 05-02727<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S RESPONSE TO SEPARATE STATEMENT IN SUPPORT OF MGA ENTERTAINMENT, INC.'S AND CARTER BRYANT'S JOINT MOTION TO COMPEL RE: MATTEL'S ALLEGED BANDYING OF 30(B)(6) WITNESSES<br><br>Date: TBA<br>Time: TBA<br>Place: Telephonic<br><br>Discovery cutoff: January 14, 2008<br>PTC Date: April 7, 2008<br>Trial Date: April 29, 2008 |

1   Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2   entered by the Court in this action, plaintiff and counter-defendant Mattel, Inc.
3   ("Mattel") hereby respectfully requests that the Court order filed under seal the
4   deposition testimony on pages 3-9, 12-20, 23-24, 26-27, 29-31, 33-35, 40-44, 46-61,
5   65-81, 83-89, 93-106, 108-111 and 113-120 in the concurrently filed Mattel, Inc.'s
6   Response to Separate Statement in Support of MGA Entertainment, Inc.'s and Carter
7   Bryant's Joint Motion to Compel Re: Mattel's Alleged Bandying of 30(b)(6)
8   Witnesses ("Response to Separate Statement").
9   The deposition testimony on pages 3-9, 12-20, 23-24, 26-27, 29-31, 33-
10  35, 40-44, 46-61, 65-81, 83-89, 93-106, 108-111 and 113-120 of the Response to
11  Separate Statement consists of information that Mattel has designated as
12  "Confidential" or "Confidential--Attorneys' Eyes Only" pursuant to the Protective
13  Order. Accordingly, Mattel requests that the Court order that the deposition
14  testimony on pages 3-9, 12-20, 23-24, 26-27, 29-31, 33-35, 40-44, 46-61, 65-81, 83-
15  89, 93-106, 108-111 and 113-120 of the Response to Separate Statement be filed
16  under seal.

19  DATED: September 28, 2007           QUINN EMANUEL URQUHART OLIVER &
                                        HEDGES, LLP

                                        By _____
                                              Jon D. Corey
                                              Attorneys for Mattel, Inc.

07209/2235072.1

-2-

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

[PROPOSED] ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

The deposition testimony on pages 3-9, 12-20, 23-24, 26-27, 29-31, 33-35, 40-44, 46-61, 65-81, 83-89, 93-106, 108-111 and 113-120 in the concurrently filed Mattel, Inc.'s Response to Separate Statement in Support of MGA Entertainment, Inc.'s and Carter Bryant's Joint Motion to Compel Re: Mattel's Alleged Bandying of 30(b)(6) Witnesses, is ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: 10 - 2 , 2007 _____
Hon. Stephen G. Larson
United States District Judge