QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

FILED
CLERK, U.S. DISTRICT COURT
OCT - 3 2007
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION / BY DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. CV 04-09059 & Case No. CV 05-02727<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S EVIDENTIARY OBJECTIONS RE: MGA ENTERTAINMENT, INC.'S AND CARTER BRYANT'S JOINT MOTION TO COMPEL RE: MATTEL'S BANDYING OF 30(B)(6) WITNESSES<br><br>Date: TBA<br>Time: TBA<br>Place: Telephonic<br><br>Discovery cutoff: January 14, 2008<br>PTC Date: April 7, 2008<br>Trial Date: April 29, 2008 |

07209/2234994.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1       Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, plaintiff and counter-defendant Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal certain information in the concurrently filed Mattel, Inc.'s Evidentiary Objections Re: MGA Entertainment, Inc.'s and Carter Bryant's Joint Motion to Compel Re: Mattel's Bandying of 30(b)(6) Witnesses ("Evidentiary Objections").

      The deposition testimony on pages five and six of the Evidentiary Objections reflects information that Mattel has designated as "Confidential-- Attorneys' Eyes Only" pursuant to the Protective Order. Accordingly, Mattel requests that the Court order that the deposition testimony on pages five and six of the Evidentiary Objections be filed under seal.

DATED: September 28, 2007      QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By _____
Jon D. Corey
Attorneys for Mattel, Inc.

[~~PROPOSED~~] ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

The deposition testimony on pages five and six in the concurrently filed Mattel, Inc.'s Evidentiary Objections Re: MGA Entertainment, Inc.'s and Carter Bryant's Joint Motion to Compel Re: Mattel's Bandying of 30(b)(6) Witnesses, is ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: _10-2_, 2007  _____
Hon. Stephen G. Larson
United States District Judge