QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

CARTER BRYANT, an individual,

  Plaintiff,

  vs.

MATTEL, INC., a Delaware corporation,

  Defendant.

AND CONSOLIDATED ACTIONS

CASE NO. CV 04-9049 SGL (RNBx)
Consolidated with
Case Nos. CV 04-09059 & CV 05-2727

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 8, 11 AND 14-32 TO THE DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA ENTERTAINMENT, INC.'S AND CARTER BRYANT'S JOINT MOTION TO COMPEL RE: MATTEL'S ALLEGED BANDYING OF 30(B)(6) WITNESSES; AND

[PROPOSED] ORDER

Date: TBA
Time: TBA
Place: Telephonic

Discovery Cut-Off: January 14, 2008
Pre-Trial Conference: April 7, 2008
Trial Date: April 29, 2008

07209/2235180.1

APPLICATION TO FILE UNDER SEAL

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by
2  the Court in this action, plaintiff Mattel, Inc. ("Mattel") hereby respectfully requests
3  that the Court order filed under seal Exhibits 8, 11 and 14-32 to the concurrently
4  filed Declaration of B. Dylan Proctor in Support of Mattel, Inc.'s Opposition to
5  MGA Entertainment, Inc.'s and Carter Bryant's Joint Motion to Compel Re: Mattel's
6  Alleged Bandying of 30(b)(6) Witnesses ("Proctor Declaration").

7  Exhibits 8, 11 and 14-32 to the Proctor Declaration contain documents that
8  MGA Entertainment, Inc. ("MGA") or Mattel have designated as "Confidential"
9  and/or "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order. As
10 Exhibits 8, 11 and 14-32 to the Proctor Declaration consist of materials designated
11 by MGA and Mattel as "Confidential" and/or "Confidential--Attorneys' Eyes Only,"
12 Mattel requests that the Court order that these exhibits be filed under seal.

13 In the alternative, Mattel requests that the Court declare exhibits 11 and 15-17
14 to be outside the definition of "Confidential" and/or "Confidential--Attorneys' Eyes
15 Only" as contained in the Stipulated Protective Order and order them to be filed as
16 part of the public record.

19 DATED: September 28, 2007

QUINN EMANUEL URQUHART OLIVER &
HEDGES, LLP

By _____
Jon D. Corey
Attorneys for Plaintiff
Mattel, Inc.

# [PROPOSED] ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Exhibits 8, 11 and 14-32 to the Declaration of B. Dylan Proctor in Support of Mattel, Inc.'s Opposition to MGA Entertainment, Inc.'s and Carter Bryant's Joint Motion to Compel Re: Mattel's Alleged Bandying of 30(b)(6) Witnesses are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: 10-2, 2007

Hon. Stephen G. Larson
United States District Judge