QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
johnquinn@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
Timothy L. Alger (Bar No. 160303)
(timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case Nos. CV 04-09059 and CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING CARTER BRYANT'S AMENDED REPLY TO MATTEL'S COUNTERCLAIMS<br><br>**Phase 1**<br>Discovery Cut-Off: January 14, 2008<br>Pre-Trial Conference: April 7, 2008<br>Trial Date: April 29, 2008<br><br>**Phase 2**<br>Discovery Cut-Off: March 3, 2008<br>Pre-Trial Conference: June 2, 2008<br>Trial Date: July 1, 2008 |

STIPULATION AND [PROPOSED] ORDER

## Stipulation

WHEREAS, on July 12, 2007, Mattel, Inc. ("Mattel") filed its Second Amended Answer in Case No. 05-2727 and Counterclaims ("Counterclaims"),

WHEREAS, on August 13, 2007, Carter Bryant ("Bryant") filed his reply to Mattel's Counterclaims and asserted twenty-two affirmative defenses,

WHEREAS, Mattel contended that Bryant's affirmative defenses were inadequately pleaded and that certain of the defenses were insufficient as a matter of law, and the parties met and conferred regarding a motion Mattel contemplated filing to strike the defenses on those grounds,

WHEREAS, Bryant agreed to voluntarily amend his reply to eliminate some of the disputes between the parties and, pursuant to a Stipulation and Order dated September 6, 2007, filed an amended reply to Mattel's Counterclaims on September 12, 2007, asserting seventeen affirmative defenses,

WHEREAS, Mattel believes that certain of Bryant's defenses remain inadequately pleaded and that certain of the defenses remain insufficient as a matter of law, and the parties have again met and conferred regarding Mattel's contemplated motion to strike the defenses on these grounds, and

WHEREAS, Bryant is willing to voluntarily amend his amended reply again in an attempt to eliminate further disputes between the parties, including by withdrawing his Ninth, Tenth, and Eleventh affirmative defenses of "failure of contract," "duress/unconscionability" and "alleged duties contrary to law," respectively,

///
///
///
///
///
///

-1-

404050.01
07209/2211520.1

STIPULATION AND [PROPOSED] ORDER

///

NOW, THEREFORE, Mattel and Bryant hereby stipulate, by and through their counsel of record and subject to the Court's approval, that Bryant will file a Second Amended Reply to Mattel's Counterclaims on or before October 15, 2007. Mattel may then file a motion to strike Bryant's Second Amended Reply pursuant to the time limits set forth in Fed. R. Civ. P. 12(f) as may be appropriate.

IT IS SO STIPULATED.

DATED: October 4, 2007

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By _____
B. Dylan Proctor
Attorneys for Mattel, Inc.

DATED: October 4, 2007

KEKER & VAN NEST, LLP

By _____
John Trinidad
Attorneys for Carter Bryant

IT IS SO ORDERED.

DATED: October 5, 2007

By _____
Hon. Stephen G. Larson
United States District Court Judge

-2-

STIPULATION AND [PROPOSED] ORDER

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On October 5, 2007, I served true copies of the following document(s) described as **STIPULATION AND [PROPOSED] ORDER REGARDING CARTER BRYANT'S AMENDED REPLY TO MATTEL'S COUNTERCLAIMS** on the parties in this action as follows:

Diana Torres, Esq.
**O'MELVENY & MYERS, LLP**
400 S. Hope Street
Los Angeles, CA 90071

*Attorneys for MGA Entertainment, Inc.*

Patricia Glaser, Esq.
**CHRISTENSEN, GLASER, FINK, JACOBS, WEIL & SHAPIRO, LLP**
10250 Constellation Blvd., 19th Floor
Los Angeles, CA 90067

*Attorneys for MGA Entertainment*

Michael H. Page, Esq.
**KEKER & VAN NEST, LLP**
710 Sansome Street
San Francisco, CA 94111

*Attorneys for Carter Bryant*

Mark E. Overland, Esq.
David C. Scheper, Esq.
Alexander H. Cote, Esq.
**OVERLAND, BORENSTEIN, SCHEPER & KIM, LLP**
300 S. Grand Avenue, Suite 2750
Los Angeles, CA 90071

*Attorneys for Carlos Gustav Machado Gomez*

**BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 5, 2007, at Los Angeles, California.

*/s/ Laura Kinsey*
Laura Kinsey

07209/2243792.1