**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA 92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.  CV 04-09049 SGL (RNBx)         Date: October 10, 2007
Title:    CARTER BRYANT -v- MATTEL, INC.
          AND CONSOLIDATED ACTIONS
================================================================

PRESENT: HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

| Jim Holmes | Theresa Lanza |
|---|---|
| Courtroom Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR CARTER BRYANT:    ATTORNEYS PRESENT FOR MATTEL:

John W. Keker                           B. Dylan Proctor
Matthew M. Werdegar
John Trinidad

ATTORNEYS PRESENT FOR MGA:

Scott H. Dunham    Tom Nolan
Marc Feinstein     Craig Holden
Joel Klevens

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
Priority ✓  Send ✓
Entered ___ Closed ___
JS-5/JS-6 ___ JS-2/JS-3 ___
Scan Only ___ Docketed on CM ___
___ THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP 77(d)

OCT 11 2007
EASTERN DIVISION
BY _____ DEPUTY

PROCEEDINGS:   **ORDER REGARDING TELEPHONIC STATUS CONFERENCE**

   The Court held a telephonic status conference regarding the proposed substitution of counsel. The Court **ORDERED** new counsel for MGA to meet in person on October 11, 2007, with attorneys from O'Melveny & Myers in order that they may jointly draft a transition plan. The authors of that plan shall file, no later than Noon on October 12, 2007, a Joint Report regarding the plan, specifically identifying any points of disagreement and the status of the substitution of counsel application. If appropriate, after the Court's review of the Joint Report, the Court may set a further telephonic status conference for the afternoon of October 12, 2007. The Court reserves ruling on O'Melveny & Myers' ex parte application to shorten time pending receipt of the Joint Report.

MINUTES FORM 90                                   Initials of Deputy Clerk __jh__
CIVIL -- GEN                    1                 Docket #1068

Counsel for all parties are to appear for a status conference on October 15, 2007, at 10:00 a.m. in Courtroom #1 of the above-referenced Court to address scheduling and related matters.

IT IS SO ORDERED.