QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

CARTER BRYANT, an individual,

Plaintiff,

vs.

MATTEL, INC., a Delaware corporation,

Defendant.

AND CONSOLIDATED ACTIONS

CASE NO. CV 04-9049 SGL (RNBx)
Consolidated with
Case Nos. CV 04-09059 & CV 05-2727

Hon. Stephen G. Larson

APPLICATION TO FILE UNDER SEAL CERTAIN EXHIBITS TO THE SUPPLEMENTAL DECLARATION OF JON D. COREY IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF WITNESSES BY MGA RE TOPIC NOS. 15 AND 16 OF THIRD RULE 30(B)(6) NOTICE

[~~PROPOSED~~] ORDER

[Local Rule 79-5.1]

Date: TBA
Time: TBA
Place: Telephonic

Phase 1
Discovery Cut-Off: January 14, 2008
Pre-Trial Conference: April 7, 2008
Trial Date: April 29, 2008

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by
2  the Court in this action, plaintiff Mattel, Inc. ("Mattel") hereby respectfully requests
3  that the Court order filed under seal Exhibits 7-9 to the concurrently filed
4  Supplemental Declaration of Jon D. Corey in Support of Mattel's Reply in Support
5  of its Motion to Compel Production of Witnesses by MGA Re Topic Nos. 15 and 16
6  of Third Rule 30(b)(6) Notice ("Supplemental Corey Declaration").
7  The Supplemental Corey Declaration attaches as exhibits documents that
8  MGA Entertainment, Inc. ("MGA") has designated as "Confidential" and/or
9  "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order. As Exhibits
10 7-9 to the Supplemental Corey Declaration consist of materials designated by MGA
11 as "Confidential" and/or "Confidential--Attorneys' Eyes Only," Mattel requests that
12 the Court order that these exhibits be filed under seal.
13 In the alternative, Mattel requests that the Court declare these exhibits to be
14 outside the definition of "Confidential" and/or "Confidential--Attorneys' Eyes Only"
15 as contained in the Stipulated Protective Order and order them to be filed as part of
16 the public record.

DATED: October 11, 2007

QUINN EMANUEL URQUHART OLIVER &
HEDGES, LLP

By_____
B. Dylan Proctor
Attorneys for Plaintiff
Mattel, Inc.

-2-

## [PROPOSED] ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Exhibits 7-9 to the Supplemental Declaration of Jon D. Corey submitted in Support of Mattel's Reply in Support of its Motion to Compel Production of Witnesses by MGA Re Topic Nos. 15 and 16 of Third Rule 30(b)(6) Notice are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: 10-11, 2007

Hon. Stephen G. Larson
United States District Judge

-3-