Priority Send ✓
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT
OCT 12 2007
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION   BY DEPUTY

BY FAX

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation<br><br>Defendant.<br><br>Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>[PROPOSED] ORDER REGARDING COUNTER-DEFENDANTS MGA ENTERTAINMENT, INC., ISAAC LARIAN, MGA ENTERTAINMENT (HK) LIMITED, AND MGAE DE MEXICO S.R.L. DE C.V.'S APPLICATION TO FILE UNDER SEAL |

ORIGINAL

Having considered counter-defendants MGA Entertainment, Inc., Isaac Larian, MGA Entertainment (HK) Limited, and MGAE de Mexico S.R.L. de C.V's ("MGA") application to file under seal, IT IS HEREBY ORDERED:

☒ that counter-defendants' application is **GRANTED** and that the underlying document shall be filed under seal.

☐ that counter-defendants' application is **DENIED** and that the underlying document and the sealing application shall be returned to Skadden, Arps, Slate, Meagher & Flom LLP without filing. Or,

☐ that counter-defendants' application is **DENIED** and the underlying document shall be **filed but not under seal.**

Dated: October 12, 2007

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully Submitted by,

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP

_____
Thomas J. Nolan
Attorneys for Counter-Defendants, MGA Entertainment, Inc., Isaac Larian, MGA Entertainment (HK) Limited, and MGAE de Mexico S.R.L. de C.V.

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 300 South Grand Avenue, 34th Floor, Los Angeles, CA 90071.

On **October 12, 2007**, I served the foregoing documents described as:

**[PROPOSED] ORDER REGARDING COUNTER-DEFENDANTS MGA ENTERTAINMENT, INC., ISAAC LARIAN, MGA ENTERTAINMENT (HK) LIMITED, AND MGAE DE MEXICO S.R.L. DE C.V.'S APPLICATION TO FILE UNDER SEAL STATUS REPORT REGARDING TRANSITION FROM O'MELVENY & MYERS AND CHRISTENSEN GLASER TO SKADDEN**

on the interested parties in this action addressed as follows:

### SEE ATTACHED SERVICE LIST

☒   **(BY MAIL)** I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service and the fact that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business; on this date, the above-referenced correspondence was placed for deposit at Los Angeles, California and placed for collection and mailing following ordinary business practices.

☒   **(VIA FACSIMILE)** By transmitting the document listed above to the fax numbers on the attached service list.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed on October 12, 2007 at Los Angeles, California.

Becky Isomoto
PRINT NAME

_____
SIGNATURE

*Carter Bryant vs. Mattel, Inc.*
CV 04-9049 SGL (RNBx)
Consolidated with CV 04-09059 and CV 05-02727

John B. Quinn, Esq.
Michael T. Zeller, Esq.
Jon D. Corey, Esq.
Timothy L. Alger, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
(213) 443-3000
(213) 443-3100 (Fax)

*Attorneys for Mattel, Inc.*

Diana M. Torres, Esq.
O'Melveny & Myers, LLP
400 S. Hope Street
Los Angeles, CA 90071
(213) 430-6000
(213) 430-6407 (Fax)

*Attorneys of Record for MGA Entertainment, Inc.*

John W. Keker, Esq.
Michael H. Page, Esq.
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111
(415) 391-5400
(415) 397-7188 (Fax)

*Attorneys for Carter Bryant*

Patricia Glaser, Esq.
Christensen, Glaser, Fink, Jacobs, Weil & Shapiro, LLP
10250 Constellation Blvd., 19th Floor
Los Angeles, CA 90067
(310) 553-3000
(310) 556-2920 (Fax)

*Attorneys of Record for MGA Entertainment, Inc.*

2