1  THOMAS J. NOLAN (Bar No. 066992)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2  300 South Grand Avenue
   Los Angeles, California 90071-3144
3  Telephone: (213) 687-5000
   Facsimile: (213) 687-5600
4  E-mail: tnolan@skadden.com

5  Attorneys for Counter-Defendants,
   MGA ENTERTAINMENT, INC.,
6  ISAAC LARIAN, MGA
   ENTERTAINMENT (HK) LIMITED,
7  AND MGAE de MEXICO S.R.L. de
   C.V.

Priority ✓
Send ✓
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT
OCT 12 2007
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

BY FAX

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation<br><br>Defendant.<br><br>Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY AND [~~PROPOSED~~] ORDER<br><br>Honorable Stephen G. Larson<br>Courtroom 1 |

REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER

MGA ENTERTAINMENT, INC., ISAAC LARIAN, MGA ENTERTAINMENT (HK) LIMITED, AND MGAE de MEXICO S.R.L. de C.V., counter-defendants, hereby request the Court approve the substitution of Skadden, Arps, Slate, Meagher & Flom, LLP as attorneys of record in place and stead of O'Melveny & Myers and Christensen Glaser Fink Jacobs Weil & Shapiro.

DATED: October 11, 2007

By: _____
MGA ENTERTAINMENT, INC., ISAAC LARIAN, MGA ENTERTAINMENT (HK) LIMITED, AND MGAE de MEXICO S.R.L. de C.V.

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

DATED: October 11, 2007

O'MELVENY & MYERS

By: _____

DATED: October 11, 2007

CHRISTENSEN GLASER FINK JACOBS WEIL & SHAPIRO

By: _____

I am duly admitted to practice in this District pursuant to Local Rule 83.2.

DATED: October 11, 2007

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By: _____
Thomas J. Nolan
Attorneys for Counter-Defendants, MGA ENTERTAINMENT, INC., ISAAC LARIAN, MGA ENTERTAINMENT (HK) LIMITED, AND MGAE de MEXICO S.R.L. de C.V.

1

REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER

## [PROPOSED] ORDER

The Court hereby orders that the request of MGA ENTERTAINMENT, INC., ISAAC LARIAN, MGA ENTERTAINMENT (HK) LIMITED, AND MGAE de MEXICO S.R.L. de C.V., counter-defendants, to substitute Skadden, Arps, Slate, Meagher & Flom, LLP, who is Retained Counsel, 300 South Grand Avenue, 34th Floor, Los Angeles, California 90071, email tnolan@skadden.com, telephone number (213) 687-5250, fax number (213) 621-5250, state bar number 066992, as attorney of record in place and stead of O'Melveny & Myers and Christensen Glaser Fink Jacobs Weil & Shapiro is hereby:

☒ **GRANTED**      ☐ **DENIED**

DATED: _10-12_, 2007

_____
HONORABLE STEPHEN G. LARSON

Submitted by:

DATED: October 11, 2007

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By: _____
Thomas J. Nolan
Attorneys for Counter-Defendants, MGA ENTERTAINMENT, INC., ISAAC LARIAN, MGA ENTERTAINMENT (HK) LIMITED, AND MGAE de MEXICO S.R.L. de C.V.

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 300 South Grand Avenue, 34th Floor, Los Angeles, CA 90071.

On **October 12, 2007**, I served the foregoing documents described as:

**REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER**

on the interested parties in this action addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒ **(BY MAIL)** I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service and the fact that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business; on this date, the above-referenced correspondence was placed for deposit at Los Angeles, California and placed for collection and mailing following ordinary business practices.

☒ **(VIA FACSIMILE)** By transmitting the document listed above to the fax numbers on the attached service list.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed on October 12, 2007 at Los Angeles, California.

Becky Isomoto
PRINT NAME                                SIGNATURE

Case 2:04-cv-09049-DOC-RNB   Document 1083   Filed 10/12/07   Page 5 of 5   Page ID #:760

*Carter Bryant vs. Mattel, Inc.*
CV 04-9049 SGL (RNBx)
Consolidated with CV 04-09059 and CV 05-02727

John B. Quinn, Esq.
Michael T. Zeller, Esq.
Jon D. Corey, Esq.
Timothy L. Alger, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
(213) 443-3000
(213) 443-3100 (Fax)

*Attorneys for Mattel, Inc.*

Diana M. Torres, Esq.
O'Melveny & Myers, LLP
400 S. Hope Street
Los Angeles, CA 90071
(213) 430-6000
(213) 430-6407 (Fax)

*Attorneys of Record for MGA Entertainment, Inc.*

John W. Keker, Esq.
Michael H. Page, Esq.
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111
(415) 391-5400
(415) 397-7188 (Fax)

*Attorneys for Carter Bryant*

Patricia Glaser, Esq.
Christensen, Glaser, Fink, Jacobs, Weil & Shapiro, LLP
10250 Constellation Blvd., 19th Floor
Los Angeles, CA 90067
(310) 553-3000
(310) 556-2920 (Fax)

*Attorneys of Record for MGA Entertainment, Inc.*