**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

| | | |
|---|---|---|
| Case No. | CV 04-09049 SGL(RNBx) | Date: October 15, 2007 |
| Title: | CARTER BRYANT -v- MATTEL, INC. | |
| | AND CONSOLIDATED ACTIONS | |

===============================================================

PRESENT:  HONORABLE STEPHEN G. LARSON, U.S. DISTRICT JUDGE

| Jim Holmes | Theresa Lanza |
|---|---|
| Courtroom Deputy Clerk | Court Reporter |

**ATTORNEYS PRESENT FOR CARTER BRYANT:**

Matthew M. Werdegar

**ATTORNEYS PRESENT FOR MATTEL:**

Jon D. Corey
B. Dylan Proctor
Michael T. Geller

**ATTORNEYS PRESENT FOR MGA:**

Scott H. Dunham
Marc Feinstein
Aman Khan
Thomas J. Nolan
Carl A. Roth

PROCEEDINGS:  **ORDER REGARDING STATUS CONFERENCE**

  The Court held a status conference. The Court informed counsel that it had reviewed MGA's transition plan and had approved the proposed substitution of counsel.

  As discussed, the Court enters what the parties have termed a "soft stay" until October 31, 2007. Specifically, all proceedings and discovery are STAYED during that time, including the October 23, 2007, discovery matter before Judge Infante; however, the parties shall continue to produce paper discovery and they may continue to serve discovery requests.

  Pursuant to this stay, the Court continues the Motion to Strike Carlos Gustavo Machado

MINUTES FORM 90
CIVIL -- GEN



Initials of Deputy Clerk __jh__

00/30

Gomez's Affirmative Defenses, set on this Court's calendar for October 22, 2007, to November 5, 2007, at 10:00 a.m. in Courtroom #1 of the above-referenced Court.

The Court sets a further status conference, on October 31, 2007, at 1:00 p.m., in Courtroom #1 of the above-referenced Court. Lead trial counsel and/or attorneys of record who can make commitments on behalf of lead trial counsel shall be present. The parties shall be prepared to address any issues related to the transition plan, whether the stay imposed by the Court should remain in place (and if so, for how long), and the selection of a settlement officer.

The parties are encouraged to assess whether the services of Ambassador Pierre-Richard Prosper as a settlement officer would be helpful to a resolution of the consolidated actions as discussed on the record. The Court will inquire as to whether any parties have any objection to Ambassador Prosper serving as the settlement officer herein, and will thereafter set a time frame for conducting settlement proceedings. For the parties' convenience, the resume of Ambassador Prosper is attached.

IT IS SO ORDERED.

c: Judge Infante

## AMBASSADOR PIERRE-RICHARD PROSPER
PO Box 581103 Salt Lake City, UT 84158
prprosper@gmail.com

## **EXPERIENCE**

COUNSEL                                                                                              1/07 – Present
*ARENT FOX*
*Government Relations/International Trade-* Los Angeles/Washington D.C
- Advises executives of Fortune 500 companies and assists clients in navigating and trouble-shooting complex political and regulatory landscapes of foreign markets.
- Opens foreign markets to clients, determines feasibility of trade relationships, and minimizes business and legal risk associated with entering new markets.
- Advises clients with their business ventures in the United States and with the federal government.

U.S. AMBASSADOR-AT-LARGE                                                                   7/01 - 10/05
*U.S. DEPARTMENT OF STATE, Office of War Crimes Issues/Office of the Secretary of State*
- Formulated U.S. policy responses to atrocities, conflicts, and the War on Terror throughout the world; managed and coordinated the U.S. interagency and U.S. embassies on policy.
- Reported directly to U.S. Secretaries of State Powell and Rice; advised the President of the United States, Attorney General, Secretary of Defense, National Security Advisor, Chairman of the Joint Chiefs of Staff, Director of Central Intelligence, White House Counsel, and other senior U.S. officials.
- Was a chief negotiator in the post-September 11, 2001 War on Terror.
- Conducted diplomatic negotiations and consultations with heads of state, ministers, and senior government officials from over 60 different countries; engaged foreign parliaments and multilateral and international organizations.
- As the President's Special Envoy, traveled to approximately 40 countries throughout Africa, Asia, Europe, the Middle East, and South Asia.
- Frequently visited conflict zones in an effort to secure peace, stability and build the rule of law.
- Made regular international and domestic media appearances (print and broadcast media).

SPECIAL COUNSEL AND POLICY ADVISER                                                    2/99-7/2001
*U.S. DEPARTMENT OF STATE, Office of War Crimes Issues/Office of the Secretary of State*
*(Detailed from the Department of Justice)*
- Developed policy and assisted in formulating the U.S. government response to serious violations of international humanitarian law committed in areas of conflict throughout the world.
- Traveled to affected areas in Europe, Africa and Asia to promote initiatives and build coalitions; engaged in negotiations in support of U.S. government positions.

SPECIAL ASSISTANT TO THE ASSISTANT ATTORNEY GENERAL                       1/99-2/99
*U.S. DEPARTMENT OF JUSTICE, Office of the Assistant Attorney General, Criminal Division*
- Assisted in the development of international justice initiatives.

Pierre-Richard Prosper
Page Two

### TRIAL ATTORNEY/WAR CRIMES PROSECUTOR  5/96-10/98
*UNITED NATIONS, International Criminal Tribunal for Rwanda*
*Office of the Prosecutor*, Kigali, Rwanda / Arusha, Tanzania / The Hague, Netherlands
- As lead prosecutor, successfully prosecuted the world's first case of genocide; prosecuted crimes against humanity and war crimes committed in the territory of Rwanda in 1994.
- Traveled and supervised investigations throughout Africa, Europe, and North America.

### SPECIAL LEGAL CONSULTANT  4/95-5/95
*U.S. GOVERNMENT MISSION IN RWANDA*. Kigali, Rwanda
- Assessed the post-war Rwandan justice system and Assisted in developing an action plan.
- Consulted and coordinated with Rwandan, United Nations, and donor country representatives.

### ASSISTANT UNITED STATES ATTORNEY  8/94 - 5/96
*U.S. DEPARTMENT OF JUSTICE/UNITED STATES ATTORNEY'S OFFICE,*
Narcotics Section, Central District of California
- Prosecuted and supervised investigations of major international and national narcotics cartels and offenders for complex narcotics conspiracy, distribution offenses, and money laundering schemes.

### DEPUTY DISTRICT ATTORNEY  12/89 - 7/94
*LOS ANGELES COUNTY DISTRICT ATTORNEY'S OFFICE*, Los Angeles, California
Bureau of Special Operations, *Hardcore Gang Division,*  3/93-7/94
- Prosecuted gang-related homicides, special circumstance murder, murder, and manslaughter cases.

Bureau of Branch and Area Operations  12/89 - 2/93
*Compton Branch Office, Inglewood Area Office*
- Tried felony and misdemeanor jury trials involving murder, rape, kidnapping, theft, assault with a deadly weapon, narcotics, welfare fraud, and other offenses.

## **OTHER**

### AMBASSADOR-IN-RESIDENCE – *Adjunct Professor*  1/07-Present
*UNIVERSITY OF UTAH S.J. QUINNEY COLLEGE OF LAW*, Salt Lake City, UT

### EXPERT  2/07-Present
*COMMITTEE ON THE ELIMINATION OF RACIAL DISCRIMINATION*, Geneva, Switzerland
- Monitor and report on the implementation of the Convention on the Elimination of All Forms of Racial Discrimination by State parties.

### HEAD OF DELEGATION  11/06 & 4/07
*INTERNATIONAL REPUBLICAN INSTITUTE ELECTION OBSERVATION MISSION TO NIGERIA*
- Led a team of 59 international observers in monitoring and issue findings on the 2007 Nigerian presidential and National Assembly elections.
- Met and consulted with candidates, political leaders, voters, and international observer missions.

### CANDIDATE  10/05 – 03/06
*ATTORNEY GENERAL, State of California*
Ran a statewide exploratory campaign meeting with voters and business and political leaders.

Pierre-Richard Prosper
Page Three

## AFFLILATIONS

Boston College Board of Trustees                                           1/04-present

## LANGUAGES

Fluent in French, proficient in Italian and Spanish.

## BAR

California Bar 1989; U.S. District, Central District of California 1989; U.S. Ninth Circuit Court of Appeals 1994.

## EDUCATION

PEPPERDINE UNIVERSITY SCHOOL OF LAW, Malibu, California
Juris Doctor, May 1989
Honors and Activities:  Deans Honor List; Moot Court Board; President, Black Law Student Association

BOSTON COLLEGE, Chestnut Hill, Massachusetts
Bachelor of Arts, May 1985, College of Arts and Science
Major:  Romance Languages
Activities:  Varsity Lacrosse Team

# NOTICE PARTY SERVICE LIST

**Case No.** CV 04-09049 SGL(RNBx)   **Case Title** Carter Bryant v. Mattel, Inc.

**Title of Document** Minute Order Issued October 15, 2007

| | |
|---|---|
| | Atty Sttlmnt Officer Panel Coordinator |
| | BAP (Bankruptcy Appellate Panel) |
| | Beck, Michael J (Clerk, MDL Panel) |
| | BOP (Bureau of Prisons) |
| | CA St Pub Defender (Calif. State PD) |
| | CAAG (California Attorney General's Office - Keith H. Borjon, L.A. Death Penalty Coordinator) |
| | Case Asgmt Admin (Case Assignment Administrator) |
| | Catterson, Cathy (9th Circuit Court of Appeal) |
| | Chief Deputy Admin |
| | Chief Deputy Ops |
| | Clerk of Court |
| | Death Penalty H/C (Law Clerks) |
| | Dep In Chg E Div |
| | Dep In Chg So Div |
| | Federal Public Defender |
| | Fiscal Section |
| | Intake Section, Criminal LA |
| | Intake Section, Criminal SA |
| | Intake Supervisor, Civil |
| | PIA Clerk - Los Angeles (PIALA) |
| | PIA Clerk - Riverside (PIAED) |
| | PIA Clerk - Santa Ana (PIASA) |
| | PSA - Los Angeles (PSALA) |
| | PSA - Riverside (PSAED) |
| | PSA - Santa Ana (PSASA) |
| | Schnack, Randall (CJA Supervising Attorney) |
| | Statistics Clerk |

| | |
|---|---|
| | US Attorneys Office - Civil Division -L.A. |
| | US Attorneys Office - Civil Division - S.A. |
| | US Attorneys Office - Criminal Division -L.A. |
| | US Attorneys Office - Criminal Division -S.A. |
| | US Bankruptcy Court |
| | US Marshal Service - Los Angeles (USMLA) |
| | US Marshal Service - Riverside (USMED) |
| | US Marshal Service -Santa Ana (USMSA) |
| | US Probation Office (USPO) |
| | US Trustee's Office |
| | Warden, San Quentin State Prison, CA |

| ✓ | **ADD NEW NOTICE PARTY** (if sending by fax, mailing address must also be provided) |
|---|---|

Name: Hon. Edward A. Infante (Ret.)

Firm:

Address (include suite or floor): Two Embarcadero Center, Suite 1500, San Francisco, CA 94111

*E-mail:

*Fax No.:

* For CIVIL cases only

**JUDGE / MAGISTRATE JUDGE (list below):**

Initials of Deputy Clerk jh