**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA 92501
CIVIL MINUTES -- GENERAL

Case No.    CV 04-09049 SGL(RNBx)                                Date: October 16, 2007
Title:      CARTER BRYANT -v- MATTEL, INC.
            AND CONSOLIDATED ACTIONS
==================================================================
PRESENT: HONORABLE STEPHEN G. LARSON, U.S. DISTRICT JUDGE

Jim Holmes                              None
Courtroom Deputy Clerk                  Court Reporter

ATTORNEYS PRESENT FOR CARTER            ATTORNEYS PRESENT FOR MATTEL:
BRYANT:

none present                            none present


ATTORNEYS PRESENT FOR MGA:

none present

PROCEEDINGS:    **ORDER REMOVING HEARING FROM COURT'S CALENDAR**

In error, the Court's minute order of October 15, 2007, stated that a hearing on the Motion to Strike Carlos Gustavo Machado Gomez's Affirmative Defenses was continued from October 22, 2007, to November 5, 2007. The Motion to Strike was withdrawn by the moving party on September 12, 2007 (docket #985), and therefore will not be heard by the Court.

IT IS SO ORDERED.

CLERK. U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
Priority ___ Send ___
Entered ___ Closed ___
JS-5/JS-6 ___ JS-2/JS-3 ___
Scan Only ___ Docketed on CM ___
___ THIS CONSTITUTES NOTICE OF
ENTRY AS REQUIRED BY FRCP 77(d)

10-16-07

MINUTES FORM 90                                     Initials of Deputy Clerk __jh__
CIVIL -- GEN        EASTERN DIVISION    1           Docket #1090
                    BY          DEPUTY