1  DALE M. CENDALI (admitted *pro hac vice*)
   DIANA M. TORRES (S.B. #162284)
2  JAMES P. JENAL (S.B. #180190)
   O'MELVENY & MYERS LLP
3  400 South Hope Street
   Los Angeles, CA 90071-2899
4  Telephone: (213) 430-6000
   Facsimile: (213) 430-6407
5  Email: jjenal@omm.com

6  PATRICIA GLASER (S.B. #55668)
   CHRISTENSEN, GLASER, FINK,
7  JACOBS, WEIL & SHAPIRO, LLP
   10250 Constellation Boulevard, 19th Floor
8  Los Angeles, CA 90067
   Telephone: (310) 553-3000
9  Facsimile: (310) 557-9815

10 Attorneys for MGA Entertainment, Inc.

11 CHRISTA M. ANDERSON (S.B. #184325)
   KEKER & VAN NEST, LLP
12 710 Sansome Street
   San Francisco, CA 94111
13 Telephone: (415) 391-5400
   Fax: (415) 397-7188
14
   Attorneys for Carter Bryant
15
                    **UNITED STATES DISTRICT COURT**
16
                    **CENTRAL DISTRICT OF CALIFORNIA**
17

19 CARTER BRYANT, an individual,      | Case No. CV 04-09049 SGL (RNBx)
                                      | (consolidated with CV 04-9059 & 05-
20         Plaintiff,                 | 2727)
21     v.                             | **DISCOVERY MATTER**
22 MATTEL, INC., a Delaware           | **APPLICATION OF MGA
   Corporation,                       | ENTERTAINMENT, INC. AND
23                                    | CARTER BRYANT FOR LEAVE TO
           Defendant.                 | FILE CERTAIN DOCUMENTS
24                                    | UNDER SEAL; AND
25                                    | [PROPOSED] ORDER
26                                    | Hearing Date: T.B.D.
                                      | Time: T.B.D.
27                                    | Location: T.B.D.
28

LA2.844448.1                                         APPLICATION TO FILE UNDER SEAL
                                                          CV 04-09049 SGL (RNBX)

LODGED

FILED
CLERK, U.S. DISTRICT COURT
OCT 16 2007
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION BY DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

1      Pursuant to Local Rule 79-5.1 of the Central District of California and the Stipulated Protective Order entered by the Court in this action, MGA Entertainment, Inc. ("MGA"), and Carter Bryant ("Mr. Bryant") hereby respectfully request that the Court order that the following documents are to be filed under seal:

1. Reply in Support of MGA Entertainment, Inc.'s and Carter Bryant's Joint Motion to Compel Re: Mattel's Bandying of 30(b)(6) Witnesses;

2. Declaration of Yvonne L. Garcia in Support of MGA Entertainment, Inc.'s and Carter Bryant's Reply in Support of Their Motion to Compel Re: Mattel's Bandying of 30(b)(6) Witnesses;

3. Declaration of B. Jennifer Glad in Support of MGA and Bryant's Joint Reply in Support of Motion to Compel Re: Mattel's Bandying of 30(b)(6) Witnesses.

These documents contain, attach, and/or reference materials previously designated as "Confidential - Attorney's Eyes Only" under the Protective Order in this matter which are being produced for the Court's review in support of MGA and Mr. Bryant's reply in support of their joint motion to compel re: Mattel's bandying of 30(b)(6) witnesses. Accordingly, MGA and Mr. Bryant request that the Court order that these documents be filed under seal.

Dated: October 12, 2007

O'MELVENY & MYERS LLP

By: _____
James P. Jenal
Attorneys for MGA Entertainment, Inc.

## [PROPOSED] ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

1. Reply in Support of MGA Entertainment, Inc.'s and Carter Bryant's Joint Motion to Compel Re: Mattel's Bandying of 30(b)(6) Witnesses;

2. Declaration of Yvonne L. Garcia in Support of MGA Entertainment, Inc.'s and Carter Bryant's Reply in Support of Their Motion to Compel Re: Mattel's Bandying of 30(b)(6) Witnesses;

3. Declaration of B. Jennifer Glad in Support of MGA and Bryant's Joint Reply in Support of Motion to Compel Re: Mattel's Bandying of 30(b)(6) Witnesses

are ORDERED filed under seal pursuant to Central District Local Rule 79-5.1 and the Stipulated Protective Order on file in this case.

DATED: 10-15-07

Hon. Stephen G. Larson
United States District Judge