QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemnauel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**STIPULATION RE CONTINUANCE OF TIME FOR MATTEL, INC. TO OBJECT TO THE DISCOVERY MASTER'S SEPTEMBER 28, 2007 ORDER; AND**<br><br>[PROPOSED] ORDER<br><br>**Phase 1:**<br>Discovery Cut-off:  January 14, 2008<br>Pre-trial Conference: April 7, 2008<br>Trial Date: April 29, 2008<br><br>**Phase 2:**<br>Discovery Cut-off: March 3, 2008<br>Pre-trial Conference: June 2, 2008<br>Trial Date: July 1, 2008 |

-1-

Case No. CV 04-9049-SGL (RNBx)

WHEREAS, on September 28, 2007, Discovery Master Infante issued an Order Granting in Part Mattel's Motion for Additional Time to Depose Carter Bryant for All Purposes ("Order");

WHEREAS, the deadline by which objections to that Order must be filed is October 15, 2007;

WHEREAS, in connection with any such objections, Mattel, Inc. ("Mattel") anticipates seeking leave of Court to for additional discovery;

WHEREAS, the anticipated substitution of counsel for the MGA parties has precluded Mattel from being able to meet and confer, and potentially to reach an agreement on these discovery issues with all counsel;

WHEREAS, the parties seek an additional two weeks to discuss, and potentially to reach an agreement on these discovery issues.

**IT IS THEREFORE AGREED AND STIPULATION** by and among the parties, by and through their counsel of record, and subject to approval of the Court, that the time for ~~Mattel~~ any party to file and serve objections to or any motion in connection with the Order is continued for two weeks, to October 29, 2007.

Dated: October __, 2007

_____
JOHN TRINIDAD
KEKER & VAN NEST, LLP
Attorneys For CARTER BRYANT

Dated: October 15, 2007

_____
THOMAS NOLAN
SKADDEN ARPS SLATE MEAGHER & FLOM, LLP
Attorneys For MGA ENTERTAINMENT, INC.; ISAAC LARIAN; MGA ENTERTAINMENT (HK), LIMITED; AND MGA DE MEXICO S.R.L. DE C.V.

-2-

Dated: October 15, 2007

JON COREY
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
Attorneys for MATTEL, INC.

## ~~PROPOSED~~ [ORDER]

IT IS HEREBY ORDERED THAT the time for Mattel to file and serve objections to or any motion in connection with the Discovery Master's September 28, 2007 Order Granting in Part Mattel's Motion for Additional Time to Depose Carter Bryant for All Purposes is continued to October 29, 2007

DATED: 10/15, 2007

HON. STEPHEN G. LARSON

-3-

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On October 15, 2007, I served true copies of the following document(s) described as

1. **STIPULATION RE CONTINUANCE OF TIME FOR MATTEL, INC. TO OBJECT TO THE DISCOVERY MASTER'S SEPTEMBER 28, 2007 ORDER; AND [PROPOSED] ORDER**

on the parties in this action as follows:

| | |
|---|---|
| John W. Keker, Esq.<br>Michael H. Page, Esq.<br>Christina M. Anderson, Esq.<br>**KEKER & VAN NEST, LLP**<br>710 Sansome Street<br>San Francisco, CA 94111 | Mark E. Overland, Esq.<br>David C. Scheper, Esq.<br>Alexander H. Cote<br>**OVERLAND BORENSTEIN**<br>**SCHEPER & KIM LLP**<br>300 South Grand Avenue, Suite 2750<br>Los Angeles, CA 90071-3144 |
| Thomas Nolan, Esq.<br>**SKADDEN ARPS SLATE MEAGHER**<br>**& FLOM, LLP**<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071 | |

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 15, 2007, at Los Angeles, California.

_____
NOW LEGAL -- Dave Quintana

07209/2255356.1                                                -1-