QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>             Plaintiff,<br><br>    vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>             Defendant.<br><br>AND CONSOLIDATED CASES | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MOTION OF MATTEL, INC. TO STRIKE AFFIRMATIVE DEFENSES (NOS. 1, 2, 3, AND 5) OF CARTER BRYANT UNDER <u>FED. R. CIV. P.</u> 12(F)<br><br>Date:   December 17, 2007<br>Time:   10:00 a.m.<br>Place:  Courtroom 1<br><br>**Phase 1**<br>Discovery Cut-Off:        January 28, 2008<br>Pre-Trial Conference:   May 5, 2008<br>Trial Date:                     May 27, 2008 |

07209/2287450.1

DECLARATION OF B. DYLAN PROCTOR

# DECLARATION OF B. DYLAN PROCTOR

I, B. Dylan Proctor, declare as follows:

1. I am a member of the bar of the State of California and a partner of Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Carter Bryant first filed a reply to Mattel's Second Amended Answer and Counterclaims on August 13, 2007, a true and correct copy of which is attached hereto as Exhibit 1. On August 22, 2007, Mattel requested by letter a conference of counsel pursuant to Local Rule 7-3 regarding the inadequacy of Bryant's (and other Defendants') affirmative defenses. Attached as Exhibit 2 is a true and correct copy of the letter I sent to Michael Page, counsel for Carter Bryant, James Spertus, former counsel for Carlos Gustavo Machado Gomez, and Diana Torres, former counsel for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, and MGAE de Mexico S.R.L. de C.V. ("MGA Defendants"), dated August 22, 2007.

3. Counsel for Mattel, Bryant, and the MGA Defendants met and conferred on August 28, 2007. Thereafter, counsel for MGA purported to summarize that meeting of counsel. Attached as Exhibit 3 is a true and correct copy of a letter that Jennifer Glad, former counsel for the MGA Defendants, sent to me on August 29, 2007. I responded by letter dated August 30, 2007, a true and correct copy of which is attached hereto as Exhibit 4.

4. Following the parties' conference of counsel, Bryant stipulated to amend his reply to Mattel's counterclaims. Attached as Exhibit 5 is a true and correct copy of the Stipulation and Order Regarding Carter Bryant's Reply to Mattel's Counterclaims, dated September 5, 2007. Bryant filed his amended reply on September 12, 2007, a true and correct copy of which is attached hereto as Exhibit 6.

5. On September 26, 2007, Mattel requested by letter to meet and confer with Bryant on the inadequacy of Bryant's amended affirmative defenses. Attached as Exhibit 7 is a true and correct copy of my letter to Michael Page, counsel for Bryant, dated September 26, 2007. The parties met and conferred regarding Bryant's amended reply on or about October 2, 2007.

6. Following the parties' conference of counsel, Bryant again agreed to amend his reply to Mattel's counterclaims, including by withdrawing his challenges to the enforceability of his agreements with Mattel. Attached as Exhibit 8 is a true and correct copy of the Stipulation and Order Regarding Carter Bryant's Amended Reply to Mattel's Counterclaims, dated October 5, 2007. Bryant filed his second amended reply on October 16, 2007, a true and correct copy of which is attached hereto as Exhibit 9.

7. On October 25, 2007, Mattel requested by letter to meet and confer with Bryant on the inadequacy of certain affirmative defenses in his second amended reply. Attached as Exhibit 10 is a true and correct copy of my letter to John Trinidad, counsel for Bryant, dated October 25, 2007. The parties met and conferred regarding Bryant's second amended reply on October 30, 2007.

8. Attached as Exhibit 11 is a true and correct copy of Mattel, Inc.'s Second Amended Answer in Case No. 05-2727 and Counterclaims, Volume I, dated July 12, 2007.

9. Attached as Exhibit 12 is a true and correct copy of the Order Denying Motion for Terminating Sanctions, dated August 27, 2007.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 8, 2007, at Los Angeles County, California.

/s/ B. Dylan Proctor
B. Dylan Proctor