QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED CASES | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MOTION OF MATTEL, INC. TO STRIKE AFFIRMATIVE DEFENSES (NOS. 3, 5, 8 AND 10) OF CARLOS GUSTAVO MACHADO GOMEZ UNDER FED. R. CIV. P. 12(F)<br><br>Date:   December 17, 2007<br>Time:   10:00 a.m.<br>Place:  Courtroom 1<br><br>**Phase 1**<br>Discovery Cut-Off:      January 28, 2008<br>Pre-Trial Conference:  May 5, 2008<br>Trial Date:                    May 27, 2008 |

07975/2282082.1

DECLARATION OF B. DYLAN PROCTOR

# DECLARATION OF B. DYLAN PROCTOR

I, B. Dylan Proctor, declare as follows:

1. I am a member of the bar of the State of California and a partner of Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). Except as noted, I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Carlos Gustavo Machado Gomez ("Machado") first filed an answer to Mattel's counterclaims in the MGA v. Mattel case on August 10, 2007, a true and correct copy of which is attached hereto as Exhibit 1. On August 22, 2007, Mattel requested by letter a conference of counsel pursuant to Local Rule 7-3 regarding the inadequacy of Machado's (and other Defendants') affirmative defenses. Attached as Exhibit 2 is a true and correct copy of the letter I sent to James Spertus, former counsel for Machado, Diana Torres, former counsel for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, and MGAE de Mexico S.R.L. de C.V. ("MGA Defendants"), and Michael Page, counsel for Carter Bryant, dated August 22, 2007.

3. Counsel for Mattel, the MGA Defendants, and Bryant met and conferred on August 28, 2007. Mr. Machado's counsel did not attend the conference. Following the parties' conference of counsel, Mattel moved to strike Machado's affirmative defenses. Attached as Exhibit 3 is a true and correct copy of Mattel's Motion to Strike Carlos Gustavo Machado Gomez's Affirmative Defenses Under Fed.R.Civ. P. 12(f), dated September 4, 2007.

4. Following the filing of Mattel's motion to strike, Machado agreed to voluntarily amend his answer to Mattel's counterclaims. Attached as Exhibit 4 is a true and correct copy of the Stipulation and Order Regarding Carlos Gustavo Machado Gomez's Answer to Mattel, Inc.'s Second Amended Answer and Counterclaims, dated September 11, 2007. Machado served his Amended Answer

to Mattel, Inc.'s Second Amended Answer and Counterclaims on September 24, 2007, a true and correct copy of which is attached as Exhibit 5.

5. On October 11, 2007, Mattel requested by letter to meet and confer with Machado on the inadequacy of certain of his affirmative defenses in his Amended Answer. Attached as Exhibit 6 is a true and correct copy of my letter to Mark E. Overland, counsel for Machado, dated October 11, 2007. Attached as Exhibit 7 is a true and correct copy of a response letter from Alexander Cote, counsel for Machado, dated October 12, 2007.

6. I met with Machado's counsel, Mr. Cote, on October 17, 2007 to discuss this matter. As to Machado's statute of limitations affirmative defense, counsel for Machado could not identify a legal basis for the defense, but agreed to investigate the matter. On October 18, 2007, I sent a letter to Mr. Cote summarizing our meeting, a true and correct copy of which is attached as Exhibit 8.

7. I am informed and believe that my colleague Stephen Hauss further met and conferred with Mr. Cote on this matter on October 25, 2007. During that conference, counsel for Machado still did not identify a legal or factual basis for Machado's statute of limitations affirmative defense, but indicated that Machado was unwilling to withdraw or amend the defense. Attached as Exhibit 9 is a true and correct copy of a confirming letter Mr. Hauss sent to Mr. Cote, dated October 25, 2007. Attached as Exhibit 10 is a true and correct copy of a response letter from Mr. Cote, dated November 1, 2007.

8. Attached as Exhibit 11 is a true and correct copy of Mattel, Inc.'s Second Amended Answer in Case No. 05-2727 and Counterclaims, Volume I, dated July 12, 2007.

9. Attached as Exhibit 12 is a true and correct copy of the Default by Clerk -- Carlos Gustavo Machado Gomez, dated May 11, 2007.

1    10.    Attached as Exhibit 13 is a true and correct copy of the
2  Stipulation to Set Aside Default Entered Against Carlos Gustavo Machado Gomez
3  and Time to Answer or Move, dated July 26, 2007.
4    11.    Attached as Exhibit 14 is a true and correct copy of Mattel, Inc.'s
5  Notice of Motion and Motion for Leave to File Amended Complaint, dated
6  November 20, 2006.
7    12.    Attached as Exhibit 15 is a true and correct copy of Mattel, Inc.'s
8  Amended Answer in Case No. 05-2727 and Counterclaims, dated January 12, 2007.
9    13.    Attached as Exhibit 16 is a true and correct copy of a letter that
10 Jennifer Glad, former counsel for the MGA Defendants, sent to me on August 29,
11 2007.
12   14.    Attached as Exhibit 17 is a true and correct copy of the Court's
13 Minute Order re Scheduling Conference, dated February 12, 2007.
14   15.    Attached as Exhibit 18 is a true and correct copy of Mattel's
15 Complaint in Case No. 04-9059 SGL (RNBx), dated April 27, 2004.
16   16.    Attached as Exhibit 19 is a true and correct copy of the
17 Stipulation Permitting MGA to Intervene as a Party to This Action, dated December
18 7, 2004.
19   17.    Attached as Exhibit 20 is a true and correct copy of MGA's
20 Complaint in Case No. 05-02727 CBM (RZx), dated April 13, 2005.
21   18.    Attached as Exhibit 21 is a true and correct copy of the Court's
22 Minute Order Re Consolidation, dated June 19, 2006.

07975/2282082.1

-3-

DECLARATION OF B. DYLAN PROCTOR

1    19.    Attached as Exhibit 22 is a true and correct copy of the Court's
2  Order Regarding Mattel's Motion for Leave to Amend, dated January 11, 2007.

4    I declare under penalty of perjury under the laws of the United States of
5  America that the foregoing is true and correct.

7    Executed on November 8, 2007, at Los Angeles County, California.

9    /s/ B. Dylan Proctor
     B. Dylan Proctor