1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     John B. Quinn (Bar No. 090378)
2    johnquinn@quinnemanuel.com
     Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
     Jon D. Corey (Bar No. 185066)
4    (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
6  Facsimile: (213) 443-3100

7  Attorneys for Plaintiff Mattel, Inc.

8              UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10                    EASTERN DIVISION

11 | CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx)
   |                                | Consolidated with
12 | Plaintiff,                     | Case Nos. CV 04-09059 & CV 05-2727
13 | vs.                            | PROOFS OF PERSONAL AND MAIL SERVICE
14 | MATTEL, INC., a Delaware corporation, |
   |                                | Date: November 19, 2007
15 |                                | Time: 10:00 a.m.
   | Defendant.                     | Place: Courtroom 1
16 |                                |
17 | AND CONSOLIDATED CASES         | Discovery Cut-Off: January 28, 2008
   |                                | Pre-Trial Conference: May 5, 2008
18 |                                | Trial Date: May 27, 2008

19

20

21

22

23

24

25

26

27

28

07209/2292402.1

PROOFS OF PERSONAL AND MAIL SERVICE

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On November 12, 2007, I served true copies of the following document(s) described as:

1. MATTEL, INC.'S REPLY TO MGA ENTERTAINMENT, INC.'S OPPOSITION TO MOTION TO: (1) TO STRIKE AFFIRMATIVE DEFENSES (NOS. 2, 8, 9, 10, 11, 13, 14, 16, 18, 19 AND 20) OF MGA ENTERTAINMENT, INC., MGA ENTERTAINMENT (HK) LIMITED, AND MGAE DE MEXICO S.R.L. DE C.V. UNDER FED. R. CIV. P. 12(F), OR IN THE ALTERNATIVE; AND (2) FOR PARTIAL SUMMARY JUDGMENT

2. MATTEL, INC.'S CONSOLIDATED SEPARATE STATEMENT IN SUPPORT OF MOTION (1) TO STRIKE UNCLEAN HANDS AFFIRMATIVE DEFENSE OF MGA ENTERTAINMENT, INC., MGA ENTERTAINMENT (HK) LIMITED, AND MGAE DE MEXICO S.R.L. DE C.V. UNDER FED. R. CIV. P. 12(F), OR IN THE ALTERNATIVE; (2) FOR PARTIAL SUMMARY JUDGMENT

3. SUPPLEMENTAL DECLARATION OF JON D. COREY IN SUPPORT OF MOTION OF MATTEL, INC. (1) TO STRIKE AFFIRMATIVE DEFENSES (NOS. 2, 8, 9, 10, 13, 14, 16, 18, 19 AND 20) OF MGA ENTERTAINMENT, INC., MGA ENTERTAINMENT (HK) LIMITED, AND MGAE DE MEXICO S.R.L. DE C.V. UNDER FED. R. CIV. P. 12(F), OR IN THE ALTERNATIVE, (2) FOR PARTIAL SUMMARY JUDGMENT;

4. [PROPOSED] ORDER GRANTING MATTEL, INC.'S MOTION: (1) TO STRIKE AFFIRMATIVE DEFENSE NOS. 2, 8, 9, 10, 11, 13, 14, 16, 18, 19 AND 20 OF MGA ENTERTAINMENT, INC., MGA ENTERTAINMENT (HK) LIMITED, AND MGAE DE MEXICO S.R.L. DE C.V., OR IN THE ALTERNATIVE, (2) FOR PARTIAL SUMMARY JUDGMENT

5. PROOFS OF PERSONAL AND MAIL SERVICE

on the parties in this action as follows:

| | |
|---|---|
| John W. Keker, Esq.<br>Michael H. Page, Esq.<br>Christa M. Anderson, Esq.<br>Keker & Van Nest, LLP<br>710 Sansome Street<br>San Francisco, CA 94111 | Mark E. Overland, Esq.<br>David C. Scheper, Esq.<br>Alexander H. Cote, Esq.<br>Overland, Borenstein, Scheper &<br>& Kim, LLP<br>300 S. Grand Avenue, Suite 2750<br>Los Angeles, CA 90071 |

**BY MAIL:** I am "readily familiar" with the practices of Quinn Emanuel Urquhart Oliver & Hedges for collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. I enclosed the foregoing in sealed envelope(s) addressed as shown above, and such

1  envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary business practices.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 12, 2007, at Los Angeles, California.

_Rita Turner_ (signature)

Rita Turner

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action, My business address is Apex Attorney Services, 1055 West Seventh Street, Suite 250, Los Angeles, CA 90017.

On November 12, 2007, I served true copies of the following document(s) described as:

1. MATTEL, INC.'S REPLY TO MGA ENTERTAINMENT, INC.'S OPPOSITION TO MOTION TO: (1) TO STRIKE AFFIRMATIVE DEFENSES (NOS. 2, 8, 9, 10, 11, 13, 14, 16, 18, 19 AND 20) OF MGA ENTERTAINMENT, INC., MGA ENTERTAINMENT (HK) LIMITED, AND MGAE DE MEXICO S.R.L. DE C.V. UNDER FED. R. CIV. P. 12(F), OR IN THE ALTERNATIVE; AND (2) FOR PARTIAL SUMMARY JUDGMENT

2. MATTEL, INC.'S CONSOLIDATED SEPARATE STATEMENT IN SUPPORT OF MOTION (1) TO STRIKE UNCLEAN HANDS AFFIRMATIVE DEFENSE OF MGA ENTERTAINMENT, INC., MGA ENTERTAINMENT (HK) LIMITED, AND MGAE DE MEXICO S.R.L. DE C.V. UNDER FED. R. CIV. P. 12(F), OR IN THE ALTERNATIVE; (2) FOR PARTIAL SUMMARY JUDGMENT

3. SUPPLEMENTAL DECLARATION OF JON D. COREY IN SUPPORT OF MOTION OF MATTEL, INC. (1) TO STRIKE AFFIRMATIVE DEFENSES (NOS. 2, 8, 9, 10, 13, 14, 16, 18, 19 AND 20) OF MGA ENTERTAINMENT, INC., MGA ENTERTAINMENT (HK) LIMITED, AND MGAE DE MEXICO S.R.L. DE C.V. UNDER FED. R. CIV. P. 12(F), OR IN THE ALTERNATIVE, (2) FOR PARTIAL SUMMARY JUDGMENT;

4. [PROPOSED] ORDER GRANTING MATTEL, INC.'S MOTION: (1) TO STRIKE AFFIRMATIVE DEFENSE NOS. 2, 8, 9, 10, 11, 13, 14, 16, 18, 19 AND 20 OF MGA ENTERTAINMENT, INC., MGA ENTERTAINMENT (HK) LIMITED, AND MGAE DE MEXICO S.R.L. DE C.V., OR IN THE ALTERNATIVE, (2) FOR PARTIAL SUMMARY JUDGMENT

5. PROOFS OF PERSONAL AND MAIL SERVICE

on the parties in this action as follows:

Thomas J. Nolan, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
300 So. Grand Ave.
Suite 3400
Los Angeles CA 90071

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

1 |     I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

    Executed on November 12, 2007, at Los Angeles, California.

_____<br>Guillermo Rodriguez

07209/2190147.1