# PRIORITY SEND

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.    CV 04-09049 SGL(RNBx)                                  Date: November 13, 2007
Title:      CARTER BRYANT -v- MATTEL, INC.
            AND CONSOLIDATED ACTIONS
===============================================================================
PRESENT:   HONORABLE STEPHEN G. LARSON, U.S. DISTRICT JUDGE

           Jim Holmes                                          Theresa Lanza
           Courtroom Deputy Clerk                              Court Reporter

ATTORNEYS PRESENT
None

PROCEEDINGS:    **ORDER CONTINUING HEARING (IN CHAMBERS)**

      Due to the Court's oversight, the Court's Minute Order of October 31, 2007, failed to note that the hearing on the Motion to Strike (or for Partial Summary Judgment as to) certain affirmative defenses asserted by the MGA entities (docket #1062), was continued to December 3, 2007, the same date the Court will hear the Motion for Leave to Serve a Supplemental Interrogatory. Accordingly, the Court **CONTINUES** the hearing on the Motion to Strike to December 3, 2007, in Courtroom One of the above-referenced Court.

      IT IS SO ORDERED.