THOMAS J. NOLAN (Bar No. 066992)
DOUGLAS B. ADLER (Bar No. 130749)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, California 90071-3144
Telephone:     (213) 687-5000
Facsimile:      (213) 687-5600
E-mail: tnolan@skadden.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CARTER BRYANT, an individual

Plaintiff(s)

v.

MATTEL, INC., a Delaware corporation
[Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC.]

Defendant(s).

CASE NUMBER
CV 04-9049 SGL (RNBx)
Consolidated with Case No. 04-9059 and Case No. 05-2727

APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE

NOTICE: Effective June 1, 2004, the fee for *Pro Hac Vice* Appearance is **$185.00 for each case** application. Please submit the fee with your application. Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk. If no Appointment Affidavit is on file, submission of the application is required.
*To receive orders and judgements by e-mail, complete and return the Optical Scanning Enrollment form (G-76), available on the court's website at www.cacd.uscourts.gov.*

I, Kenneth A. Plevan, hereby apply to the Court under Local Rule 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☒ Plaintiff ☒ Defendant: MGA Entertainment, Inc., Isaac Larian, MGA Entertainment (HK) Limited, and MGAE de Mexico S.R.L. de C.V., by whom I have been retained.

My *out-of-state* business information is as follows:
Skadden, Arps, Slate, Meagher & Flom LLP

*Firm Name*

4 Times Squre

*Street Address*

New York, New York 10036-6522           kplevan@skadden.com
*City, State, Zip*                                         *E-Mail Address*
212-735-3410                                             917-777-3410
*Telephone Number*                                  *Fax Number*

I am a member in good standing and eligible to practice before the following courts:

*Title of Court*                                                                 *Date of Admission*
See attached schedule.

I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of California. I am not currently suspended or disbarred in any court.

G-64 (06/05)     APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE     PAGE 1 of 2

I have concurrently, or within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions:

| Case Number | Title of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:
Not applicable.

I designate Douglas B. Adler _____ as local counsel, whose business information is as follows:

Skadden, Arps, Slate, Meagher & Flom LLP
*Firm Name*

300 S. Grand Avenue
*Street Address*

Los Angeles, CA 90071-3144      dadler@skadden.com
*City, State, Zip*      *E-Mail Address*

213-687-5120      213-621-5120
*Telephone Number*      *Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence.

Dated November 7, 2007            Kenneth A. Plevan
                                  *Applicant's Name (please print)*

                                  Kenneth A. Plevan
                                  *Applicant's Signature*

I hereby consent to the foregoing designation as local counsel.

Dated November 7, 2007            Douglas B. Adler
                                  *Designee's Name (please print)*

                                  [signature]
                                  *Designee's Signature*

                                  130749
                                  *Designee's California State Bar Number*

**NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (G-64 ORDER) ALONG WITH THIS APPLICATION.**

## KENNETH A. PLEVAN
## COURT ADMISSIONS

1. Supreme Court of the United States, August 4, 1980

2. United States Court of Appeals for the Second Circuit, March 25, 1975.

3. United States Court of Appeals for the Third Circuit, January 2, 1987.

4. United States Court of Appeals for the Fourth Circuit, March 11, 1997.

5. United States Court of Appeals for the Federal Circuit, August 11, 1989.

6. United States District Court for the Eastern District of New York, November 11, 1971.

7. United States District Court for the Southern District of New York, November 12, 1971.

8. United States District Court for the Western District of New York, December 22, 1980.

9. State of New York (Appellate Division of the Supreme Court, 1st Department), April 13, 1970.

10. United States Court of Military Appeals, January 22, 1971.