THOMAS J. NOLAN (Bar No. 066992)
DOUGLAS B. ADLER (Bar No. 150749)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Aveneu, Suite 3400
Los Angeles, California 90071-3144
Tel: 213-687-5000
Fax: 213-687-5600

LODGED

2007 NOV -8 PM 3: 24

CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff(s)<br><br>v.<br><br>MATTEL, INC., a Delaware corporation<br>[Consolidated with MATTEL, INC. v. BRYANT and<br>MGA ENTERTAINMENT, INC. v. MATTEL, INC.]<br>Defendant(s). | CASE NUMBER<br><br>CV 04-9049 SGL (RNBx)<br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed the accompanying Application of <u>Kenneth A. Plevan</u>
*Applicant's Name*

of <u>Skadden, Arps, Slate, Meagher & Flom LLP</u> for permission to appear and participate in the above-entitled
*Firm Name*

action on behalf of ☐ Plaintiff ☒ Defendant <u>MGA Entertainment, Inc., Isaac Larian, MGA Entertainment (HK) Limited, and MGAE de Mexico S.R.L. de C.V.</u>

and the designation of <u>Douglas B. Adler</u>  of <u>Skadden, Arps, Slate, Meagher & Flom LLP</u>
*Local Counsel Designee*  *Local Counsel Firm*

as local counsel, hereby **ORDERS** the Application be:

☒ GRANTED

☐ DENIED. Fee, if paid, shall be returned by the Clerk.

Dated   11-9-07

U. S. District Judge/~~U.S. Magistrate Judge~~