THOMAS J. NOLAN (Bar No. 066992)
DOUGLAS B. ADLER (Bar No. 130749)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, California 90071-3144
Telephone:    (213) 687-5000
Facsimile:     (213) 687-5600
E-mail: tnolan@skadden.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff(s)<br><br>V.<br><br>MATTEL, INC., a Delaware corporation<br>Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC.<br><br>Defendant(s). | CASE NUMBER<br>CV 04-9049 SGL (RNBx)<br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |

NOTICE:   Effective June 1, 2004, the fee for *Pro Hac Vice* Appearance is $185.00 for **each case** application. Please submit the fee with your application. Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk. If no Appointment Affidavit is on file, submission of the application is required.
*To receive orders and judgements by e-mail, complete and return the Optical Scanning Enrollment form (G-76), available on the court's website at www.cacd.uscourts.gov.*

I, Michelle M. Campana                      , hereby apply to the Court under Local Rule 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☒ Plaintiff    ☒ Defendant: MGA Entertainment, Inc., Isaac Larian, MGA Entertainment (HK) Limited, and MGAE de Mexico S.R.L. de C.V.                       by whom I have been retained.

My *out-of-state* business information is as follows:

Skadden, Arps, Slate, Meagher & Flom LLP
*Firm Name*

4 Times Square
*Street Address*

New York, New York 10036-6522                 micampan@skadden.com
*City, State, Zip*                             *E-Mail Address*

212-735-3912                                    917-777-3912
*Telephone Number*                              *Fax Number*

I am a member in good standing and eligible to practice before the following courts:

| Title of Court | Date of Admission |
|---|---|
| USDC Southern District of New York | July 15, 2003 |
| USDC Eastern District of New York | July 15, 2003 |
| New York Supreme Court (Appellate Division 1st Department) | May 30, 2003 |

I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of California. I am not currently suspended or disbarred in any court.

| | | |
|---|---|---|
| G-64 (06/05) | APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE | PAGE 1 of 2<br>American LegalNet, Inc.<br>www.USCourtForms.com |

I have concurrently, or within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions:

| Case Number | Ttitle of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
| N/A | | | |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:
N/A

I designate Douglas B. Adler as local counsel, whose business information is as follows:

Skadden, Arps, Slate, Meagher & Flom LLP
*Firm Name*

300 S. Grand Avenue
*Street Address*

Los Angeles, CA 90071-3144              dadler@skadden.com
*City, State, Zip*                              *E-Mail Address*

213-687-5120                                    213-621-5120
*Telephone Number*                          *Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence.

Dated *November 9, 2007*

Michelle M. Campana
*Applicant's Name (please print)*

*/s/ Michelle M. Campana*
*Applicant's Signature*

I hereby consent to the foregoing designation as local counsel.

Dated *November 13, 2007*

Douglas B. Adler
*Designee's Name (please print)*

*/s/ Douglas B. Adler*
*Designee's Signature*

130749
*Designee's California State Bar Number*

**NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (G-64 ORDER) ALONG WITH THIS APPLICATION.**