| | |
|---|---|
| 1 | THOMAS J. NOLAN (Bar No. 066992) |
| 2 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>300 South Grand Avenue |
| 3 | Los Angeles, California 90071-3144<br>Telephone: (213) 687-5000 |
| 4 | Facsimile: (213) 687-5600<br>E-mail: tnolan@skadden.com |
| 5 | KENNETH A. PLEVAN |
| 6 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>4 Times Square |
| 7 | New York, NY 10036<br>Telephone: (212) 735-3000 |
| 8 | Facsimile: (212) 735-2000<br>E-mail: kplevan@skadden.com |
| 9 | (application for admission *pro hac vice* pending) |
| 10 | Attorneys for Counter-Defendants,<br>MGA ENTERTAINMENT, INC., ISAAC LARIAN, |
| 11 | MGA ENTERTAINMENT (HK) LIMITED,<br>AND MGAE de MEXICO S.R.L. de C.V. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with Case No. 04-9059 and Case No. 05-2727 |
| v. | **PROOF OF SERVICE** |
| MATTEL, INC., a Delaware corporation | |
| Defendant. | |
| Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | |

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 300 South Grand Avenue, 34th Floor, Los Angeles, CA 90071.

On **November 8, 2007**, I served the foregoing documents described as:

**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE;**
**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**
**PROOF OF SERVICE**

on the interested parties in this action addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒   **(BY MAIL)** I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service and the fact that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business; on this date, the above-referenced correspondence was placed for deposit at Los Angeles, California and placed for collection and mailing following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed on November 8, 2007 at Los Angeles, California.

Nandi Berglund
PRINT NAME                    SIGNATURE

1

1
2  John B. Quinn, Esq.
   Michael T. Zeller, Esq.
3  Jon D. Corey, Esq.
   Timothy L. Alger, Esq.
4  Quinn Emanuel Urquhart Oliver &
   Hedges, LLP
5  865 South Figueroa Street, 10th Floor
   Los Angeles, CA 90017-2543
6  (213) 443-3000
   (213) 443-3100 (Fax)
7
   *Attorneys for Mattel, Inc.*
8
   OVERLAND BORENSTEIN
9  SCHEPER & KIM
   MARK E. OVERLAND
10 ALEXANDER H. COTE
   DAVID C. SCHEPER
11 300 South Grand Avenue, Suite 2750
   Los Angeles, CA  90071
12 *Attorneys for Carlos Gustavo Machado Gomez*

John W. Keker, Esq.
Michael H. Page, Esq.
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111
(415) 391-5400
(415) 397-7188 (Fax)

*Attorneys for Carter Bryant*

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2