THOMAS J. NOLAN (Bar No. 066992)
DOUGLAS B. ADLER (Bar No. 130749)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Aveneu, Suite 3400
Los Angeles, California 90071-3144
Tel: 213-687-5000
Fax: 213-687-5600

LODGED

2007 NOV 14 PM 1:48

CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CARTER BRYANT, an individual

Plaintiff(s)

v.

MATTEL, INC., a Delaware corporation
Consolidated with MATTEL, INC. v. BRYANT and
MGA ENTERTAINMENT, INC. v. MATTEL, INC.

Defendant(s).

CASE NUMBER

CV 04-9049 SGL (RNBx)
Consolidated with Case No. 04-9059 and Case No. 05-2727

ORDER ON
APPLICATION OF NON-RESIDENT ATTORNEY
TO APPEAR IN A SPECIFIC CASE

The Court, having reviewed the accompanying Application of __Michelle M. Campana__
*Applicant's Name*

of __Skadden, Arps, Slate, Meagher & Flom LLP__ for permission to appear and participate in the above-entitled
*Firm Name*

action on behalf of ☒ Plaintiff ☒ Defendant __MGA Entertainment, Inc., Isaac Larian, MGA Entertainment (HK) Limited, and MGAE de Mexico S.R.L. de C.V.__

and the designation of __Douglas B. Adler__ of __Skadden, Arps, Slate, Meagher & Flom LLP__
*Local Counsel Designee*                                                                 *Local Counsel Firm*

as local counsel, hereby **ORDERS** the Application be:

☒ GRANTED

☐ DENIED. Fee, if paid, shall be returned by the Clerk.

Dated 11-15-07

_____
U. S. District Judge/U.S. Magistrate Judge

**STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE**

G-64 ORDER (06/05)    ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE    American LegalNet, Inc. www.USCourtForms.com