QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>                     Plaintiff,<br><br>        vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>                     Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>**[PUBLIC REDACTED]**<br>**DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S** *EX PARTE* **APPLICATION TO (1) COMPEL DEPOSITIONS OF ELISE CLOONAN, MARGARET HATCH-LEAHY, AND VERONICA MARLOW OR (2), IN THE ALTERNATIVE, MODIFY THE SCHEDULING ORDER**<br><br>Date:     November 16, 2007<br>Time:     10:00 a.m.<br>Place:    Courtroom 1<br><br>Discovery Cut-Off:     January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date:                 May 27, 2008 |

07209/2294855.1

-1-

DECLARATION OF B. DYLAN PROCTOR

## DECLARATION OF B. DYLAN PROCTOR

I, B. Dylan Proctor, declare as follows:

1. I am a member of the bar of the State of California and a partner of Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Pursuant to Local Rule 7-19.1, I gave notice of this application to counsel for Elise Cloonan, Margaret Hatch-Leahy and Veronica Marlow, Larry McFarland of Keats McFarland & Wilson LLP (telephone: 310-248-3830; address: 9720 Wilshire Blvd., Beverly Hills, CA 90212), *via* telephone on November 14, 2007 and *via* letter on November 15, 2007, a true and correct copy of which is attached hereto as Exhibit 1. Counsel opposes this application.

3. I gave notice of this application to counsel for Carter Bryant, Michael Page of Keker & Van Nest, LLP (telephone: 415-391-5400; address: 710 Sansome Street, San Francisco, CA 94111), counsel for MGA Entertainment, Inc., MGA (HK) Limited, MGAE de Mexico and Isaac Larian, Thomas J. Nolan of Skadden, Arps, Slate, Meagher & Flom LLP (telephone: 213-687-5000; address: 300 S. Grand Ave., Los Angeles, CA 90071), and counsel for Gustavo Machado Gomez, Alexander Cote of Overland Borenstein Sscheper & Kim, LLP (telephone: 213-613-4655; address: 300 S. Grand Avenue, Suite 2750, Los Angeles, CA 90071), *via* letter on November 15, 2007. My colleague, Oleg Stolyar, also gave them notice *via* telephone the same day. MGA's counsel opposes this application. Bryant's counsel has indicated that he does not yet know whether he will oppose this application. Mattel does not have knowledge of the position of Mr. Machado's counsel with respect to this application.

4. Attached as Exhibit 2 is a true and correct copy of relevant excerpts from the transcript of the October 15, 2007 Status Conference before the Court.

5. Attached as Exhibit 3 is a true and correct copy of a letter that Susan Wines, my former partner, sent to Larry McFarland, counsel for Ms. Cloonan, Ms. Leahy and Ms. Marlow, on June 1, 2007.

6. Attached as Exhibit 4 is a true and correct copy of a letter that Ms. Wines sent to Mr. McFarland on June 7, 2007.

7. Attached as Exhibit 5 is a true and correct copy of a letter that Ms. Wines sent to Mr. McFarland on June 25, 2007.

8. Attached as Exhibit 6 is a true and correct copy of a letter that Mr. McFarland sent to Ms. Wines on June 28, 2007.

9. Attached as Exhibit 7 is a true and correct copy of a letter that Ms. Wines sent to Mr. McFarland on September 4, 2007.

10. Attached as Exhibit 8 is a true and correct copy of a letter that Mr. McFarland sent to Ms. Wines on September 7, 2007.

11. Attached as Exhibit 9 is a true and correct copy of a letter that Ms. Wines sent to Mr. McFarland on September 14, 2007.

12. Attached as Exhibit 10 is a true and correct copy of a letter that Ms. Wines sent to Mr. McFarland on September 19, 2007.

13. Attached as Exhibit 11 is a true and correct copy of a letter that Mr. McFarland sent to Ms. Wines on September 20, 2007.

14. Attached as Exhibit 12 is a true and correct copy of a letter that Mr. McFarland sent to Ms. Wines on September 21, 2007.

15. Attached as Exhibit 13 is a true and correct copy of a letter that Ms. Wines sent to Mr. McFarland on September 21, 2007.

16. Attached as Exhibit 14 is a true and correct copy of a letter that Mr. McFarland sent to Ms. Wines on September 28, 2007.

17. Attached as Exhibit 15 is a true and correct copy of a letter that my partner, Michael T. Zeller, sent to Mr. McFarland on October 1, 2007.

18. Attached as Exhibit 16 is a true and correct copy of a letter that Mr. McFarland sent to Mr. Zeller on October 4, 2007.

19. Attached as Exhibit 17 is a true and correct copy of the October 15, 2007 Order Regarding Status Conference.

20. Attached as Exhibit 18 is a true and correct copy of the October 31, 2007 Order Regarding Status Conference.

21. Attached as Exhibit 19 is a true and correct copy of a letter that Mr. McFarland sent to Mr. Zeller on October 16, 2007.

22. Attached as Exhibit 20 is a true and correct copy of a letter that Mr. Zeller sent to Mr. McFarland on October 16, 2007.

23. Attached as Exhibit 21 is a true and correct copy of a letter that Mr. McFarland's colleague, Christian C. Dowell, sent to Mr. Zeller on October 17, 2007.

24. Attached as Exhibit 22 is a true and correct copy of a letter that Mr. Zeller sent to Mr. McFarland on October 24, 2007.

25. Attached as Exhibit 23 is a true and correct copy of a letter that Mr. McFarland sent to Mr. Zeller on October 26, 2007.

26. Attached as Exhibit 24 is a true and correct copy of a letter that Mr. McFarland sent to Mr. Zeller on November 1, 2007.

27. Attached as Exhibit 25 is a true and correct copy of a letter I sent to Mr. McFarland on November 2, 2007.

28. Attached as Exhibit 26 is a true and correct copy of a letter Mr. McFarland sent to me on November 7, 2007.

29. Attached as Exhibit 27 is a true and correct copy of a letter Mr. McFarland sent to me on November 9, 2007.

30. Attached as Exhibit 28 is a true and correct copy of a letter Mr. McFarland sent to me on November 12, 2007.

31. Attached as Exhibit 29 is a true and correct copy of a letter I sent to Mr. McFarland on November 13, 2007.

32. Attached as Exhibit 30 is a true and correct copy of a letter Mr. McFarland sent to me on November 14, 2007.

33. Attached as Exhibit 31 is a true and correct copy of relevant excerpts from MGA Entertainment, Inc.'s Rule 26(a) Disclosures.

34. Attached as Exhibit 32 is a true and correct copy of relevant excerpts from the deposition transcript of Paula Garcia, dated May 24, 2007.

35. Attached as Exhibit 33 is a true and correct copy of relevant excerpts from the deposition transcript of Richard Irmen, dated September 28, 2007.

36. Attached as Exhibit 34 is a true and correct copy of relevant excerpts from the deposition transcript of Carter Bryant, dated November 4-5, 2004.

37. Attached as Exhibit 35 is a true and correct copy of relevant excerpts from the deposition transcript of Anna Rhee, dated February 3, 2005.

38. Attached as Exhibit 36 is a true and correct copy of an accounting chart reflecting some of the Bratz-related payments received by Veronica Marlow from MGA Entertainment Inc. and Carter Bryant, as produced by Ms. Marlow on October 11, 2007.

39. Attached hereto as Exhibit 37 is a true and correct copy of a letter I sent to Alexander Cote, counsel for Mr. Machado, on October 18, 2007.

40. Attached as Exhibit 38 is a true and correct copy of a letter that Mr. Cote sent to Mr. Zeller on November 5, 2007.

41. Attached hereto as Exhibits 39-41 are true and correct copies of deposition subpoenas that Mattel served on Elise Cloonan, Margaret Hatch-Leahy and Veronica Marlow on November 15, 2007.

42. Attached hereto as Exhibit 42 is a true and correct copy of the Order Granting Mattel's Motion to Compel MGA to Produce Witnesses for Deposition Pursuant to Rule 30(b)(6), dated May 16, 2007.

43. Attached hereto as Exhibit 43 is a true and correct copy of the Order Granting Mattel's Motion for an Extension of Time to Depose Paula Garcia in Her Individual Capacity and as a 30(b)(6) Designee, dated August 14, 2007.

44. Attached hereto as Exhibit 44 is a true and correct copy of Ms. Leahy's Employment Application to MGA, as produced by MGA on October 17, 2007.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 15, 2007, at Los Angeles, California.

/s/ Dylan Proctor
B. Dylan Proctor