# EXHIBIT 1

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

November 15, 2007

VIA FACSIMILE AND U.S. MAIL

Larry McFarland, Esq.
Keats McFarland & Wilson LLP
9720 Wilshire Boulevard, Penthouse Suite
Beverly Hills, California 90212

Re:     Bryant v. Mattel, Inc.

Dear Larry:

I am writing to confirm our telephone conversation of November 14, 2007, and in response to your letter of the same date.

As you know, I called in response to your letter asking to which judge we would direct our then-contemplated *ex parte* application to compel the depositions of your clients, Margaret Hatch-Leahy, Elise Cloonan and Veronica Marlow. I informed you that we would file with Judge Larson if we fail to reach agreement. You then stated, without offering any further explanation, that you would not offer any dates earlier than the previously offered dates for their depositions and that you would not stipulate or agree in any binding way that the witnesses would actually appear on the dates you have offered. As I advised in response yesterday, Mattel therefore will apply to Judge Larson for relief on an *ex parte* basis today, and, under Judge Larson's rules, you will have 24 hours to respond. We will inform the Court that you oppose this application.

Very truly yours,

*Dylan Proctor DS*

B. Dylan Proctor

cc:     Thomas J. Nolan, Esq.
        Michael Page, Esq.
        Alexander Cote, Esq.

**quinn emanuel urquhart oliver & hedges, llp**

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 1[...]
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 9[...] | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100

EXHIBIT **1** PAGE **8**

07209/2295312.1

2

**EXHIBIT** 1 **PAGE** ___

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

**NEW YORK**
51 Madison Avenue, 22nd Floor
New York, NY  10010
(212) 849-7000
Facsimile: (212) 849-7100

**LOS ANGELES**
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017
(213) 443-3000
Facsimile: (213) 443-3100

**SAN FRANCISCO**
50 California Street, 22nd Floor
San Francisco, CA  94111
(415) 875-6600
Facsimile: (415) 875-6700

**SILICON VALLEY**
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA  94065
(650) 801-5000
Facsimile: (650) 801-5100

## LOS ANGELES OFFICE

## FACSIMILE TRANSMISSION

**DATE:**     November 15, 2007                    **NUMBER OF PAGES, INCLUDING COVER:**

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| John W. Keker, Esq.; Michael H. Page, Esq. Christa M. Anderson, Esq. Keker & Van Nest, LLP | 415.391.5400 | 415.397.7188 |
| Thomas Nolan, Esq.; Carl Roth, Esq. Skadden, Arps, Slate, Meagher & Flom LLP | 213.687.5000 | 213.687.5600 |
| Mark Overland, Esq.; Alexander Cote, Esq. Overland Borenstein Scheper & Kim LLP | 213.613.4655 | 213.613.4656 |
| Larry McFarland, Esq Keats McFarland & Wilson, LLP | 310.248.3830 | 310.860.0363 |

**FROM:**     Wanda Taylor per Alex Stolyar

**RE:**     *Bryant v. Mattel*

```
 FAXED
NOV 1 5 2007
```

**MESSAGE:**

07209/2281660.1

| CLIENT # | 7209 | ROUTE/ RETURN TO: | Wanda Taylor | ☒ CONFIRM FAX ☒ INCLUDE CONF. REPORT |
|---|---|---|---|---|
| OPERATOR: | | | CONFIRMED?  ☐ NO  ☐ YES: _____ | |

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed.  If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited.  If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service.  Thank you.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE.

**EXHIBIT ___ PAGE 9**

```
            ***********************************
            ***     MULTI TX/RX REPORT     ***
            ***********************************

TX/RX NO         4200
PGS.             3
TX/RX INCOMPLETE

TRANSACTION OK       ------

                 (1)    1*14153977188
                 (2)    1*6875600
                 (3)    1*6134656
                 (4)    1*13108600363

ERROR INFORMATION    ------
```

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

| NEW YORK | LOS ANGELES | SAN FRANCISCO |
|---|---|---|
| 51 Madison Avenue, 22nd Floor | 865 South Figueroa Street, 10th Floor | 50 California Street, 22nd Floor |
| New York, NY 10010 | Los Angeles, CA 90017 | San Francisco, CA 94111 |
| (212) 849-7000 | (213) 443-3000 | (415) 875-6600 |
| Facsimile: (212) 849-7100 | Facsimile: (213) 443-3100 | Facsimile: (415) 875-6700 |

SILICON VALLEY
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

## LOS ANGELES OFFICE
## FACSIMILE TRANSMISSION

DATE:       November 15, 2007

NUMBER OF PAGES, INCLUDING COVER:

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| John W. Keker, Esq.; Michael H. Page, Esq. Christa M. Anderson, Esq. Keker & Van Nest, LLP | 415.391.5400 | 415.397.7188 |
| Thomas Nolan, Esq.; Carl Roth, Esq. Skadden, Arps, Slate, Meagher & Flom LLP | 213.687.5000 | 213.687.5600 |
| Mark Overland, Esq.; Alexander Cote, Esq. Overland Borenstein Scheper & Kim LLP | 213.613.4655 | 213.613.4656 |
| Larry McFarland, Esq Keats McFarland & Wilson, LLP | 310.248.3830 | 310.860.0363 |

FROM:       Wanda Taylor per Alex Stolyar

RE:         *Bryant v. Mattel*

EXHIBIT __1__ PAGE __10__

MESSAGE:

# EXHIBIT 2

1



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

- - -

HONORABLE STEPHEN G. LARSON, JUDGE PRESIDING

- - -

**CERTIFIED COPY**

CARTER BRYANT, ET. AL.,                )
                                        )
                  PLAINTIFFS,           )
                                        )
         VS.                            )    NO. ED CV 04-09049
                                        )    (LEAD LOW NUMBER)
MATTEL, INC., ET. AL.,                  )
                                        )
                  DEFENDANTS.           )    STATUS CONFERENCE
                                        )
AND CONSOLIDATED ACTIONS,               )
                                        )

REPORTER'S TRANSCRIPT OF PROCEEDINGS

RIVERSIDE, CALIFORNIA

MONDAY, OCTOBER 15, 2007

10:11 A.M.

THERESA A. LANZA, RPR, CSR
FEDERAL OFFICIAL COURT REPORTER
3470 12TH STREET, RM. 134
RIVERSIDE, CALIFORNIA  92501
(951) 274-0844
CSR11457@SBCGLOBAL.NET

11

1    DEADLINES THAT ARE DUE OVER THE NEXT TWO WEEKS, IS THAT THEY,

2    TO USE A TERM, WOULD BE SUSPENDED OR RELIEVED FOR THE TIME

3    BEING; THAT THERE WOULD BE NO 'GOTCHAS' DURING THIS PERIOD OF

4    TIME.

5            THEY'VE ASKED US TO SIGN A STIPULATION TODAY, WHICH I    10:22

6    WILL, WHICH EXTENDS THE TIME FROM WHICH THEY CAN APPEAL ONE OF

7    THE DISCOVERY RULINGS FROM JUDGE INFANTE.   I'M PERFECTLY

8    WILLING TO DO THAT.

9            ANOTHER CONCESSION THAT WE MADE -- IT'S NOT A BIG

10   CONCESSION; IT'S REALLY A PROFESSIONAL COURTESY -- AND THAT IS    10:22

11   THAT WITH RESPECT TO THE SCHEDULING OF DATES IN THIS CASE, FOR

12   INSTANCE, THE DISCOVERY CUTOFF DATE -- AND I CAN'T IMAGINE HOW

13   WE WOULD BE ABLE TO DO THIS -- RATHER THAN TAKE ADVANTAGE OF

14   THE LATE ENTRY AND THE BREATHING PERIOD OF TWO WEEKS, I AGREE

15   THAT, SUBJECT TO THE COURT'S APPROVAL, THAT WE WOULD GIVE    10:22

16   RELIEF ON THE BACK END OF THE DISCOVERY CUTOFF SO THAT NOBODY

17   GOT JAMMED AT THE LAST MINUTE.

18           THAT MAY ALSO APPLY, AND MORE LIKELY WILL APPLY, ALSO

19   TO THE EXPERT DISCOVERY CUTOFF, YOU KNOW, THE IDENTIFICATION OF

20   EXPERTS.   THIS IS AN EXPERT-HEAVY CASE, AS I'M GETTING TO    10:23

21   UNDERSTAND THIS MORE; SO WE MAY BE, ON THAT NEXT STATUS

22   CONFERENCE, GIVING YOU AN ACTUAL REPORT AS TO WHEN WE THINK WE

23   CAN HIT THESE MARKS.

24           YOUR HONOR, I'VE NOT HAD THE PLEASURE TO APPEAR

25   BEFORE YOU, BUT I KNOW THAT LAWYERS FROM SKADDEN ARPS HAVE.   I    10:23

OCTOBER 15, 2007        **EXHIBIT _2_ PAGE** _12_ ~~BRYANT~~ V. MATTEL, ETC...

12

1   CAN ASSURE YOU THAT WE WILL DO EVERYTHING POSSIBLE TO MOVE THIS

2   CASE AS EFFICIENTLY AS POSSIBLE.  WE ARE MINDFUL, HOWEVER, THAT

3   WE DO NOT WANT TO -- AND MGA CERTAINLY DID NOT ENTERTAIN THE

4   SUBSTITUTION OF COUNSEL FOR ANY PURPOSE OF DELAY OR TO CAUSE

5   PREJUDICE TO ANYBODY, ESPECIALLY THE COURT'S CALENDAR.  I KNOW          10:23

6   THAT YOU AND YOUR COURT STAFF HAVE WORKED A LOT OF HOURS ON

7   THIS CASE.  WE'LL BE MINDFUL OF THAT.  WE'LL WORK AS QUICKLY AS

8   WE CAN.  WE'LL WORK AS SMART AS WE CAN.

9            IT WILL TAKE THE COOPERATION AND PROFESSIONALISM OF

10   QUINN EMANUEL, BUT BASED ON OUR CONVERSATION LAST NIGHT, I WAS        10:24

11   QUITE PLEASED, AT LEAST WITH THE INITIAL CONFERENCE CALL THAT

12   WE HAD.  BUT THE PROOF WILL BE IN THE PUDDING.  WE'RE COMMITTED

13   TO THE CASE, AND WE'LL TRY TO GET THIS THING READY ON TIME,

14   YOUR HONOR.

15            THE COURT:  VERY GOOD, COUNSEL.                              10:24

16            I'LL CERTAINLY GIVE EVERYONE A CHANCE TO SPEAK TO

17   THIS ISSUE.  BUT FOR YOUR PART, YOU'RE SEEKING A TWO-WEEK

18   TEMPORARY STAY, BASICALLY, JUST TO GET THROUGH THIS

19   TECHNOLOGICAL TRANSITION PERIOD, TO KIND OF GET YOUR FEET WET,

20   AND THEN COME BACK HERE AND THEN BE ABLE TO SEEK A MORE              10:24

21   LONG-TERM REFORMATION, PERHAPS, IN THE SCHEDULING OF THE CASE?

22            MR. NOLAN:  I THINK THAT'S FAIR, WITH MAYBE ONE EDIT;

23   AND THAT IS THAT I THINK WHATEVER SELECTIVE RELIEF WE WILL BE

24   ASKING FOR WILL BE SELECTIVE AND THAT WE WILL CONTINUE TO

25   PRIORITIZE DURING THIS TWO-WEEK PERIOD OF TIME SO THAT WE'RE         10:25

OCTOBER 15, 2007  EXHIBIT _2_ PAGE _13_ BRYANT V. MATTEL, ETC...

13

```
1   NOT LOOKING AT LONG EXTENSIONS OR LONG CONTINUANCES.  THAT'S
2   THE GOAL, YOUR HONOR.
3           I'VE BEEN CHARGED WITH BEING NAIVE IN MY CAREER
4   SOMETIMES, BUT THAT'S MY BEST GUESS.
5           I WILL SAY, YOUR HONOR, THAT TWO WEEKS FROM TODAY IS      10:25
6   THE 29TH, AND I WOULD JUST TELL THE COURT THAT I'VE CLEARED MY
7   CALENDAR OF ALMOST ALL OTHER MATTERS TO MAKE ROOM FOR THIS
8   CASE.
9           THERE HAS BEEN A MATTER THAT'S BEEN SET BEFORE
10  JUDGE TASHIMA SITTING AS A SPECIAL MASTER, UNUSUAL PROCEEDINGS   10:25
11  FROM THE NINTH CIRCUIT, INVOLVING SANCTIONS AGAINST CERTAIN
12  LAWYERS IN LOS ANGELES.  I REPRESENT ONE OF THE LAWYERS.  THAT
13  PROCEEDING STARTS NEXT MONDAY.  IT'S ESTIMATED TO GO FIVE DAYS,
14  BUT JUDGE TASHIMA HAS INDICATED THAT HE WANTS TO KEEP US
15  COMMITTED FOR MONDAY THE 29TH AND THE 30TH.                      10:25
16          I'M ABSOLUTELY CLEAR ON THE 31ST, SO I COULD SAY I'M
17  REALLY POSITIVE I COULD BE HERE ON THE 31ST.  I'D MAKE WHATEVER
18  EFFORT I COULD TO MAKE IT ON THE 29TH, YOUR HONOR.  I KNOW THAT
19  YOU TYPICALLY DO NOT HAVE STATUS CONFERENCES DURING THE COURSE
20  OF THE WEEK.                                                     10:26
21          CANDIDLY, MR. ROTH FROM MY FIRM COULD BE HERE ON THE
22  29TH, BUT IT MIGHT BE HELPFUL TO HAVE ME THERE SO THAT I CAN
23  TAKE RESPONSIBILITY FOR WHATEVER WE COMMIT TO.  BUT MR. ROTH IS
24  CAPABLE OF DOING THAT, YOUR HONOR.  WHATEVER IS CONVENIENT FOR
25  THE COURT.                                                       10:26
```

OCTOBER 15, 2007   EXHIBIT 2 PAGE __   BRYANT V. MATTEL, ETC...

```
 1                          CERTIFICATE

 2

 3   I HEREBY CERTIFY THAT PURSUANT TO SECTION 753, TITLE 28, UNITED
     STATES CODE, THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF
 4   THE STENOGRAPHICALLY RECORDED PROCEEDINGS HELD IN THE ABOVE-
     ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS IN
 5   CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL CONFERENCE OF
     THE UNITED STATES.

 6

 7   _____        _____
                                                      DATE
 8   THERESA A. LANZA, CSR, RPR
     FEDERAL OFFICIAL COURT REPORTER

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

OCTOBER 15, 2007   **EXHIBIT 2 PAGE 15** BRYANT V. MATTEL, ETC...

# EXHIBIT 3

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

June 1, 2007

<u>VIA FACSIMILE AND U.S. MAIL</u>

Larry McFarland, Esq.
Keats, McFarland & Wilson, LLP
9720 Wilshire Blvd., Penthouse Suite
Beverly Hills, CA 90212

Re:     <u>Mattel, Inc. v. Bryant</u>

Dear Mr. McFarland:

I write to address certain outstanding issues regarding Margaret Hatch-Leahy's responses to Mattel's Subpoena, served on March 14, 2005, Veronica Marlow's responses to Mattel's Subpoena, served on March 25, 2005, Elise Cloonan's responses to Mattel's Subpoena, served on May 13, 2005, and Sarah Halpern's responses to Mattel's Subpoena, served on March 14, 2005.

**A.      Margaret Hatch-Leahy and Veronica Marlow**

I write pursuant to <u>Local Rule</u> 37-1 to request a meet and confer regarding Margaret Hatch-Leahy's responses to Mattel's Subpoena, served on March 14, 2005 and Veronica Marlow's responses to Mattel's Subpoena, served on March 25, 2005. Mattel anticipates discussing the following issues at that conference.

**I.      Unjustified Redaction of Documents**

Of the limited documents that Ms. Hatch-Leahy has produced to Mattel, many are so heavily redacted that they are not useful and indeed are often unintelligible. Much of the redacted

**quinn emanuel urquhart oliver & hedges, llp**

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100

07209/2085672.2

EXHIBIT 3 PAGE 16

information seems to be highly relevant information relating to Carter Bryant and Bratz. For example, information pertaining to Carter Bryant and Bratz dolls has been heavily redacted from Ms. Hatch-Leahy's planner. Such information is clearly discoverable. We perceive no reasonable basis for the redaction of this pertinent information. That is especially so because there is a protective order in effect in this case, and every document produced by Ms. Hatch-Leahy has been stamped "Attorneys' Eyes Only."

Ms. Marlow's document production is also improperly redacted. For example, documents SABW-M 00429, 431, 436 and 437 appear to have certain information redacted from the fax headers. There is no conceivable basis for how such information would be privileged and, no privilege log has been produced to us. Even more troubling however, is that there is no indication that information has been redacted in the first place -- just blank spaces where information should normally appear. Please provide these documents in unredacted form and confirm either that there are no other redactions in Ms. Marlow's production or that any other redactions have been properly logged (and provide a copy of the log to us).

## II.    Unjustified Objections to Production

In Ms. Marlow's and Ms. Hatch-Leahy's amended objections and responses dated May 12, 2005, each insists that she "will not withhold any non-privileged documents on the basis of [her general] objections." It remains unclear, however, whether documents have been withheld on the basis of claims of privilege or privacy. The responses to Request No. 8 indicates that documents apparently have been withheld on such a basis.

If no documents have been withheld, we request confirmation of this fact. However if any documents have been withheld based on privilege or privacy claims, Ms. Hatch-Leahy's and Ms. Marlow's boilerplate objections are insufficient in that they provide no description of the documents, communications or things not disclosed that would enable Mattel to assess such claims. *See Burlington N. & Santa Fe Ry. Corp. v. U.S. Dist. Court for Dist. of Montana*, 408 F.3d 1142, 1148 (9th Cir. 2005). Accordingly, please provide a privilege log detailing any and all responsive documents which have been withheld.

## III.    Missing Documents

Although Ms. Marlow produced an IRS Form 1099 from MGA for the year 2000 showing approximately $38,000 in income, we only received copies of three check stubs totaling about $2,800 for that year. Please confirm that Ms. Marlow does not possess any other evidence of payment for the year 2000 from MGA and has no other income in any other year from MGA.

I appreciate your consideration and am hopeful we will be able to resolve these issues without having to burden the Court with a motion.

EXHIBIT 3  PAGE 17

**B.** **Elise Cloonan**

Mattel previously served a subpoena on your client, Elise Cloonan, on May 13, 2005. Mattel's subpoena called for the production of documents on May 27, 2006. As you know, before the return date, the District Court stayed all proceedings in this action. Now that the stay of discovery has been lifted, we again request that Ms. Cloonan search for and produce all documents that are responsive to Mattel's subpoena. A duplicate copy of the subpoena is enclosed. We hope to obtain the documents as soon as possible, and in any event by no later than June 18, 2007, but we are of course happy to work with you to find a convenient date for the production and to assist in any way we can.

In addition, we want to schedule a time for Ms. Cloonan's deposition. Please let me know of her available dates in the first two weeks of July 2007.

**C.** **Sarah Halpern**

As you may recall, you met and conferred with Shane McKenzie, from my office, regarding the production of Ms. Halpern's hard drive from the relevant time period and the forensic examination thereof, among other issues. On May 13, 2005, Ms. McKenzie sent you a letter confirming your conversations and proposing specific terms for the forensic examination. I write to re-convey our proposal regarding the forensic examination of Ms. Halpern's hard drive and to once again request the production of that drive.

I have attached copies of the May 13, 2005 letter sent by my office to you, as well as the March 14, 2005 subpoena served on Ms. Halpern. That letter sets forth our forensic examination proposal.

Aside from the hard drive examination issue, we wish to address several other issues as well. First, our May 13, 2005 letter requested confirmation that (1) Ms. Halpern's 2001 federal tax return is the only tax return filed by Ms. Halpern that reflects a payment by MGA relating to Bratz, and (2) Ms. Halpern conducted another search for responsive documents pursuant to your agreement with Ms. McKenzie. Please confirm whether these statements are correct or not.

Second, Ms. Halpern's responses to Request Nos. 1, 5, 6, 7, and 11 indicate that Ms. Halpern was willing to produce responsive documents. However, Ms. Halpern also made a number of objections to those Requests. Please confirm that, notwithstanding her objections, Ms. Halpern has produced all responsive documents where she has indicated that she "is willing to produce responsive documents pursuant to the Protective Order." If responsive documents have been withheld based on a claim of privilege or for some other reason, please describe the withheld documents with sufficient particularity to enable Mattel to assess the basis for withholding the documents.

Third, Ms. Halpern's response to Request No. 2 appears to indicate that she is aware of, but does not possess, responsive documents. Compare Response to Request No. 2 ("no responsive

EXHIBIT 3 PAGE 18

documents are in the possession, custody or control of Halpern") <u>with</u> Response to Request No. 3 (Ms. Halpern "is not aware of any documents responsive to this request").  Assuming we correctly interpret the response to Request No. 2, please indicate what documents Ms. Halpern believes are responsive to that Request and where she believes those documents may be located.

Please let me know at your earliest convenience, and in any event no later than June 8, 2007, whether our forensic examination proposal and the other terms set forth in this letter regarding Ms. Halpern's production are acceptable.  Out of an abundance of caution, please also consider this letter a request for an in person conference of counsel regarding Sarah Halpern's responses to Mattel's Subpoena, served on March 14, 2005 pursuant to <u>Local Rule</u> 37-1.

I appreciate your consideration and look forward to hearing from you at your earliest convenience.


Very truly yours,

Susan L. Wines

Attachments

EXHIBIT 3  PAGE 69

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

**NEW YORK**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

**LOS ANGELES**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

**SAN FRANCISCO**
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

**SILICON VALLEY**
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

## LOS ANGELES OFFICE
## FACSIMILE TRANSMISSION

DATE: June 1, 2007           NUMBER OF PAGES, INCLUDING COVER:

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Larry McFarland, Esq. | | (310) 860-0363 |

FROM: Susan Wines

RE: Mattel / Cloonan, Halpern, Hatch-Leahy, Marlow

MESSAGE:



| CLIENT # 7209 | ROUTE/ RETURN TO: Jeneffer Lewis | ☒ CONFIRM FAX ☒ INCLUDE CONF. REPORT |
|---|---|---|
| OPERATOR: | | CONFIRMED? ☐ NO ☐ YES: |

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE.

EXHIBIT 3 PAGE 20

Confirmation Report — Memory Send

```
Page        : 007
Date & Time : 06-01-2007   06:02pm
Line 1      : 2134433100
Line 2      :
Machine ID  : QUINN EMANUEL
```

| | | |
|---|---|---|
| Job number | : | 081 |
| Date | : | 06-01  05:54pm |
| To | : | ☎9414#07209#13108600363 |
| Number of pages | : | 024 |
| Start time | : | 06-01  05:54pm |
| End time | : | 06-01  06:02pm |
| Pages sent | : | 024 |
| Status | : | OK |

Job number   : 081           *** SEND SUCCESSFUL ***

## QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

| NEW YORK | LOS ANGELES | SAN FRANCISCO |
|---|---|---|
| 51 Madison Avenue, 22nd Floor | 865 South Figueroa Street, 10th Floor | 50 California Street, 22nd Floor |
| New York, NY 10010 | Los Angeles, CA 90017 | San Francisco, CA 94111 |
| (212) 849-7000 | (213) 443-3000 | (415) 875-6600 |
| Facsimile (212) 849-7100 | Facsimile (213) 443-3100 | Facsimile (415) 875-6700 |

SILICON VALLEY
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile (650) 801-5100

### LOS ANGELES OFFICE
### FACSIMILE TRANSMISSION

DATE: June 1, 2007                 NUMBER OF PAGES, INCLUDING COVER:

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Larry McFarland, Esq. | | (310) 760-0363 |

FROM: Susan Wines

RE: Mattel / Cloonan, Halpern, Hatch-Leahy, Marlow

MESSAGE:

| CLIENT # 7209 | ROUTE/ RETURN TO: | | ☒ CONFIRM FAX ☒ INCLUDE CONF. REPORT |
|---|---|---|---|
| OPERATOR: WMK | | CONFIRMED?   ☐ NO  ☐ YES | |

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE.

EXHIBIT 3 PAGE 21

# EXHIBIT 4

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

June 7, 2007

**VIA FACSIMILE AND U.S. MAIL**

Larry McFarland, Esq.
Keats McFarland & Wilson LLP
9720 Wilshire Boulevard, Penthouse Suite
Beverly Hills, California 90212

Re:    Mattel, Inc. v. Bryant et al.

Dear Mr. McFarland:

I respond to your letter of last night seeking to extend the period provided for under Judge Infante's order to meet and confer regarding Mattel's document subpoenas to Margaret Hatch-Leahy, Veronica Marlow, Sarah Halpern and Elise Cloonan. You propose extending the date to meet and confer from June 8, 2007 until Friday, June 15, 2007. Such an extension is acceptable to us, so long as we may meet and confer on the morning of June 15, 2007. Please let me know whether 10:00 a.m. on June 15, 2007 is an acceptable time for you.

I also write to follow-up on the request in my June 1, 2007 letter for a deposition date for Ms. Cloonan during the first two weeks in July. In addition, we would also like to schedule depositions for Ms. Marlow and Ms. Hatch-Leahy. Please also let me know what their availability is during the month of July.

Very truly yours,

Susan Wines

SLW
07209/2137328.1

07209/2137328.1

**quinn emanuel urquhart oliver & hedges, llp**

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100

# EXHIBIT 4 PAGE 22

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

| NEW YORK | LOS ANGELES | SAN FRANCISCO |
|---|---|---|
| 51 Madison Avenue, 22nd Floor | 865 South Figueroa Street, 10th Floor | 50 California Street, 22nd Floor |
| New York, NY 10010 | Los Angeles, CA 90017 | San Francisco, CA 94111 |
| (212) 849-7000 | (213) 443-3000 | (415) 875-6600 |
| Facsimile (212) 849-7100 | Facsimile: (213) 443-3100 | Facsimile: (415) 875-6700 |

SILICON VALLEY
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

## LOS ANGELES OFFICE
## FACSIMILE TRANSMISSION

**DATE:**    June 7, 2007                    **NUMBER OF PAGES, INCLUDING COVER: 2**

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Larry McFarland, Esq.<br>Keats McFarlan & Wilson LLP | 310-248-3830 | 310-860-0363 |

**FROM:**    Susan Wines

**RE:**    Mattel v. Bryant et al.

**MESSAGE:**

Please see attached



| '07209/2135640.1 | | | | |
|---|---|---|---|---|
| CLIENT # | 7209 | ROUTE/<br>RETURN TO: | Yalonda J. Dekle | ☒ CONFIRM FAX<br>☒ INCLUDE CONF. REPORT |
| OPERATOR: | | | CONFIRMED? ☐ NO ☐ YES: | |

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product.
The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or
the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution
or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by
telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

**IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE.**

EXHIBIT 4 PAGE 23

# Confirmation Report - Memory Send

```
                              Page      : 001
                              Date & Time: 06-07-2007   08:32am
                              Line 1    : 2134433100
                              Line 2    :
                              Machine ID : QUINN EMANUEL
```

| | | |
|---|---|---|
| Job number | : | 214 |
| Date | : | 06-07  08:31am |
| To | : | ☎9647#07209#13106600363# |
| Number of pages | : | 002 |
| Start time | : | 06-07  08:31am |
| End time | : | 06-07  08:32am |
| Pages sent | : | 002 |
| Status | : | OK |
| Job number | : 214 | *** SEND SUCCESSFUL *** |

## QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

NEW YORK
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

LOS ANGELES
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

SAN FRANCISCO
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

SILICON VALLEY
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

### LOS ANGELES OFFICE
## FACSIMILE TRANSMISSION

DATE:    June 7, 2007                    NUMBER OF PAGES, INCLUDING COVER: 2

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Larry McFarland, Esq.<br>Keats McFarlan & Wilson LLP | 310-248-3830 | 310-860-0363 |

FROM:    Susan Wines

RE:      Mattel v. Bryant et al.

MESSAGE:

Please see attached

| | | |
|---|---|---|
| 07209/2135440.1 | ROUTE/ | ☒ CONFIRM FAX |
| CLIENT # 7269 | RETURN TO: Yolonda J. Dekle | ☒ INCLUDE CONF. REPORT |
| OPERATOR: | CONFIRMED? ☐ NO ☐ YES: | |

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of the communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE.

EXHIBIT 4 PAGE 24

# EXHIBIT 5

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

June 25, 2007

**VIA FACSIMILE AND U.S. MAIL**

Larry McFarland, Esq.
Keats, McFarland & Wilson, LLP
9720 Wilshire Blvd., Penthouse Suite
Beverly Hills, CA 90212

Re:    Mattel, Inc. v. Bryant

Dear Mr. McFarland:

I respond to your June 22, 2007 letter regarding our recent meet and confers concerning the
depositions and subpoenas to Ms. Hatch-Leahy, Ms. Marlow, Ms. Cloonan and Ms. Halpern.

**A.    Margaret Hatch-Leahy and Veronica Marlow**

**I.    Unjustified Redaction of Documents**

Regarding Ms. Hatch-Leahy's day planner and Ms. Marlow's redacted faxes, I will have an
attorney from my office come to your office at 10:00 a.m. on Friday, June 29, 2007 to review the
unredacted day planner and faxes.

**II.    Ms. Marlow's Wells Fargo Account**

On our phone call of June 21, 2007, you stated that you would confirm with Ms. Marlow that her
Wells Fargo account was the only checking account she used for MGA.  Please let us know
whether or not this statement is accurate once you've had a chance to speak with her upon her

**quinn emanuel urquhart oliver & hedges, llp**

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100

07209/2152588.1

# EXHIBIT 5   PAGE 25

MATCOR022563

return from Brazil.

**B.     Elise Cloonan**

We can confirm that Ms. Cloonan's prior counsel did not serve a written response or objections to the May 13, 2005 subpoena and therefore, Ms. Cloonan would be deemed to have waived her objections. At this point however, we are optimistic that we will be able to work through any issues over the subpoena and Ms. Cloonan's deposition and so would not have to file a motion with the court.

We understand from our phone conversations that you will be providing us with a doctor's note indicating that Ms. Cloonan is not able to sit for deposition until early September. Please also let us know what day during the first week of September Ms. Cloonan is available.

**C.     Sarah Halpern**

You stated that our inquiry regarding Ms. Halpern's responses to Request No. 2 and Request No. 3 confused you because Ms. Halpern's responses to these requests are identical. However, Ms. Halpern's responses to Request No. 2 and Request No. 3 are not identical. A copy of her responses are attached for your review. Her response to Request No. 2 appears to indicate that she is aware of, but does not possess, responsive documents. Compare Response to Request No. 2 ("no responsive documents are in the possession, custody or control of Halpern") with Response to Request No. 3 (Ms. Halpern "is not aware of any documents responsive to this request"). In fact, this unique choice of words is only used in her Response to Request No. 2. Her Responses to Requests Nos. 3, 4, 8, 9, 10 and 12, the only other requests where Ms. Halpern claims not to have any responsive documents, all state that Ms. Halpern "is not aware of any documents responsive to this request." Please confirm whether Ms. Halpern is aware of or possesses any responsive documents in response to Request No. 2.

**D.     Computers**

Please confirm that all four of your clients have conducted a diligent and thorough search for all computers, including laptops, that they may have used during the relevant time frame. If any computers besides the two already identified as belonging to Ms. Cloonan and Ms. Halpern exist, we request that those be produced for inspection and imaging.

**E.     Fee Agreements**

Please also confirm for all four of your clients whether they have fee agreements, written or otherwise, with MGA. Judge Infante has already found such fee agreements to be relevant to bias and credibility. If such fee agreements exist, please produce them.

**EXHIBIT 5  PAGE 26**

MATCOR022564

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

**NEW YORK**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

**LOS ANGELES**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

**SAN FRANCISCO**
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

**SILICON VALLEY**
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

## LOS ANGELES OFFICE
## FACSIMILE TRANSMISSION

**DATE:**   June 25, 2007                    **NUMBER OF PAGES, INCLUDING COVER: 18**

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Larry McFarland, Esq.<br>Keats, McFarland & Wilson, LLP | 310-248-3830 | 310-860-0363 |

**FROM:**   Susan Wines

**RE:**   Mattel, Inc. v. Bryant

**MESSAGE:**

FAXED JUN 2 5 2007

07209/2152611.1

**CLIENT #:**   07209         **ROUTE/ RETURN TO:**   Mia Albert         ☐ CONFIRM FAX
                                                                        ☒ INCLUDE CONF. REPORT

**OPERATOR:**   OLAN         **CONFIRMED?**   ☐ NO   ☐ YES: _____

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE.

**EXHIBIT 5 PAGE 27**



MATCOR022561

```
            *********************
       ***    TX REPORT    ***
            *********************

  TRANSMISSION OK

  TX/RX NO            2711
  RECIPIENT ADDRESS   76039#7209#13108600363
  DESTINATION ID
  ST. TIME            06/26 09:44
  TIME USE            05'17
  PAGES SENT          17
  RESULT              OK
```

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

**NEW YORK**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

**LOS ANGELES**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

**SAN FRANCISCO**
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

**SILICON VALLEY**
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

## LOS ANGELES OFFICE
## FACSIMILE TRANSMISSION

**DATE:**   June 25, 2007

**NUMBER OF PAGES, INCLUDING COVER: 18**

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Larry McFarland, Esq.<br>Keats, McFarland & Wilson, LLP | 310-248-3830 | 310-860-0363 |

**FROM:**   Susan Wines

**RE:**   Mattel, Inc. v. Bryant

**MESSAGE:**



EXHIBIT 5 PAGE 28

MATCOR022562

# Confirmation Report — Memory Send

```
Page        : 001
Date & Time : 06-25-2007   05:37pm
Line 1      : 2134433100
Line 2      :
Machine ID : QUINN EMANUEL
```

| | | |
|---|---|---|
| Job number | : | 662 |
| Date | : | 06-25  05:28pm |
| To | : | ☎96478072091310860003639 |
| Number of pages | : | 017 |
| Start time | : | 06-25  05:28pm |
| End time | : | 06-25  05:37pm |
| Pages sent | : | 017 |
| Status | : | OK |
| Job number | : 662 | *** SEND SUCCESSFUL *** |

## QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

**NEW YORK**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

**LOS ANGELES**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

**SAN FRANCISCO**
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

**SILICON VALLEY**
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

### LOS ANGELES OFFICE
## FACSIMILE TRANSMISSION

**DATE:**   June 25, 2007                    **NUMBER OF PAGES, INCLUDING COVER: 18**

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Larry McFarland, Esq.<br>Keats, McFarland & Wilson, LLP | 310-248-3830 | 310-860-0363 |

**FROM:**   Susan Wines

**RE:**   Mattel, Inc. v. Bryant

**MESSAGE:**

---

07209/2132411.1

| CLIENT # | 07209 | ROUTE/<br>RETURN TO: | Mia Albert | ☐ CONFIRM FAX<br>☒ INCLUDE CONF. REPORT |
|---|---|---|---|---|
| OPERATOR: | O'LAN | | CONFIRMED? | ☐ NO  ☐ YES |

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE.

# EXHIBIT 5   PAGE 29

MATCOR022579

# EXHIBIT 6

Received:   6/28/07  6:17 ;   3108600363 -> QUINN MANUEL;   Page 2

JUN 28 2007 17:05 FR   ATS MCFARLAND WILSO  3108600363 .  2945#10595#00002 P.02/05

# KEATS McFARLAND & WILSON LLP

## ATTORNEYS AT LAW

TEL (310) 248-3830
FAX (310) 860-0363

9720 WILSHIRE BOULEVARD
PENTHOUSE SUITE
BEVERLY HILLS, CALIFORNIA 90212

www.kmwlaw.com

June 28, 2007

WRITER'S DIRECT DIAL

(310) 777-3730
WRITER'S EMAIL

lmcfarland@kmwlaw.com

VIA FACSIMILE

Susan Wines, Esq.
Quinn Emanuel Urquhart Oliver & Hedges LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017

Re:   Mattel v. Bryant

Dear Ms. Wines:

I am writing in response to your letter dated June 25, 2007, and to follow up on our meet and confer which we held yesterday morning at 10:00 a.m. I will address the points in the order set forth in your June 25 letter.

A.   Margaret Hatch-Leahy and Veronica Marlow

I.   Unjustified Redaction of Documents

With respect to the review of Ms. Leahy's day planner and Ms. Marlow's faxes, I have requested these documents. I will let you know as soon as I have them.

II.   Ms. Marlow's Wells Fargo Account

I will confirm the information with Ms. Marlow when I meet with her. As you know, she has been in Brazil.

B.   Elise Cloonan

As set forth in my letter dated June 26, 2007, we do not agree that there has been any waiver of Ms. Cloonan's objections, and with that letter we provided you with Ms. Cloonan's written responses. I have also asked Ms. Cloonan to provide us with a doctor's note.

C.   Sarah Halpern

There are no differences intended by the language in the responses to Request No. 2 and Request No. 3. For clarity, we hereby modify the response to Request No. 3 to read as follows: "no responsive documents are in the possession, custody or control of Halpern."

EXHIBIT 4 PAGE 30

Received:   8/28/07  5:17  :           3108000363 -> QUINN EMANUEL;  Page 3
     JUN 28 2007 17:05 FR   NTS MCFARLAND WILSO  3108000363       2945H10595H00002 P.03/05

Susan Wines, Esq.
June 28, 2007
Page 2


D.    Computers

        I will ask all four of our clients about computers, including laptops, that they may have used during the relevant time frame.

        With respect to the authorities set forth in your June 21, 2007, letter alleging that Mattel is "entitled to inspect and image" the personal computers belonging to Elise Cloonan and Sarah Halpern, the cases that you cite fail to support your position.

        For instance, while we, of course, agree that the term "documents" includes documents stored in electronic form, the significance of Playboy Enterprises, Inc. v. Welles, 60 F.Supp.2d 1050 (S.D. Cal. 1999) is that this case establishes a strict protocol to be followed when discoverable information is sought from an opposing party's computer hard drives. The Playboy court set forth a protocol which would allow the party requesting discovery to recover discoverable information while at the same time protecting the privacy and privilege concerns of the responding party. The protocol called for an independent third-party expert, agreed upon by both parties or appointed by the court, to conduct the inspection and create a "mirror image" copy of the defendant's computer hard drive. Following the inspection, the "mirror image" copy would be given to the defendant's counsel, who would then print and review any recovered documents and produce to the plaintiff those communications that are responsive and relevant. Finally, the court noted that the defendant's counsel would be the sole custodian of the "mirror image" copies throughout the litigation.

        Your letter also cites Simon Property Group L.P. v. mySimon, Inc., 194 F.R.D. 639 (S.D. Ind. 2000) as support for the proposition that deleted records are discoverable and that courts routinely permit inspection of home computers. As in Playboy, Simon Property also involved a plaintiff seeking access to defendant's computers for the purpose of attempting to recover discoverable information, including deleted files. The court ordered a protocol requiring the inspection and "mirror image" copying to be conducted by a third-party expert. In doing so, the court referred to Playboy's protocol as offering the best approach, and fashioned a protocol which was nearly identical to the one in Playboy. The court stated that plaintiff and defendant should attempt to agree on an expert to inspect and create a "mirror image" of the hard drives, and if they failed to do so, the court would appoint one. The expert would then make the "mirror image" copy, and provide the copy to defendant's counsel. However, the copying would be limited to "the types of files reasonably likely to contain material potentially relevant" to the case.[1] Thereafter, defendant's counsel would review the records for privilege and responsiveness to plaintiff's discovery requests, and supplement defendant's responses to discovery requests, as appropriate.[2] Finally, the court ordered that the expert would sign the protective order and retain

---

[1]   Id. at 641; citing Adobe Systems, Inc. v. South Sun Products, Inc., 187 F.R.D. 636, 642-43 (S.D. Cal. 1999) (noting that Microsoft Office 97 occupies more than 200 megabytes on hard drive of a personal computer).
[2]   Id. at 641-42.

EXHIBIT _6_ PAGE _31_

Susan Wines, Esq.
June 28, 2007
Page 3

until the end of the litigation the "mirror image" copies of the hard drives, without "disclos[ing]
the contents of any files or documents to plaintiff or its counsel or other persons."[3]

The third case that you cite, Superior Consultant Co. v. Bailey, 2000 WL 1279161 (E.D.
Mich. 2000), further supports the protocol applied in Playboy and Simon Property. Finally,
Kucala Enterprises, Ltd. v. Auto Wax Co., Inc., 2003 WL21230605 (N.D. Ill. 2003) is not
applicable to our case. That case concerned the plaintiff's acts of spoliation and destruction of
evidence, which is not present with Ms. Cloonan or Ms. Halpern.

Of further significance is the fact that each of the four cases cited in your letter concerns
discovery as between *parties* to an action. However, both of our clients are non-party *witnesses*
in this case. Since courts already protect the privacy and privilege interests of parties in these
inspection cases, there will likely be a much greater level of protection for non-parties. Thus, in
order to inspect our clients' computer hard drives, the Court may force Mattel to meet a much
higher burden than when dealing with a party.

Once again, the central dispute at issue is not, as your letter maintains, whether Mattel has
a right to discover information contained in our clients' computer hard drives. In fact, we agree
that such information is discoverable and, if relevant and non-privileged, should be produced.
However, our clients' computers contain substantial non-relevant and confidential information
that would infringe their rights of privacy if produced. Therefore, based on the foregoing
authorities, we propose to use the protocol set forth in Playboy as follows:

- Your firm and ours mutually agree on an independent third-party, who is an
  expert in the field of computer forensics, to conduct the necessary inspection
  and "mirror image" copying of our clients' computer hard drives. The
  inspection shall include searches for relevant deleted documents and metadata.
  If no expert can be jointly agreed upon, the Court shall select an expert.
  Regardless of the method of selection, the chosen expert shall sign the
  protective order to maintain confidentiality of the documents copied. To the
  extent that the computer expert has direct or indirect access to information
  protected by the attorney-client privilege, such "disclosure" shall not result in
  a waiver of the attorney-client privilege. Mattel shall pay all costs for this
  computer expert;

- Once the expert has been chosen, the expert shall make the "mirror image"
  copies of Ms. Cloonan's and Ms. Halpern's computer hard drives and shall
  search for relevant deleted documents and metadata. Only us and Ms.
  Cloonan and/or Ms. Halpern may be present when the computer is inspected
  and the mirror images made. Thereafter, the expert shall deliver the "mirror

---
[3]  Id. at 642.

EXHIBIT _φ_ PAGE 32

Received:  6/28/07  5:18PM;                3108600363 -> QUINN EMANUEL;  Page 5

JUN 28 2007 17:06 FR   ATS MCFARLAND WILSO  3108600363      .2945#10595#00002 P.05/05

Susan Wines, Esq.
June 28, 2007
Page 4

image" copies to us, as counsel for Ms. Cloonan and Ms. Halpern, for our review;

- We will print and review any recovered documents and produce to you all non-privileged documents that are responsive to the subpoenas served on Ms. Cloonan and/or Ms. Halpern, as the case may be. We will set forth all documents that are withheld on a claim of privilege in a privilege log. Depending on the volume of data recovered from the computers, the parties may need to meet and confer regarding relevant search terms so as to make the task of searching the hard drives manageable; and

- We shall be the sole custodian of the "mirror image" copies throughout the litigation.

This protocol will allow Mattel to recover the relevant documents, if any, while maintaining our clients' rights of privacy and confidentiality.

E.     Fee Agreements

I will review the order from Judge Infante and relevant case law regarding third party retainer agreements and get back to you.

F.     Deposition Dates

I will ask our four clients about possible deposition dates.

Very truly yours,

Larry W. McFarland
Keats McFarland & Wilson LLP

LWM/jlt

EXHIBIT 6 PAGE 33

Received:   8/28/07  5:17PM;     3108600363 -> QUINN EMANUEL;   Page 1

JUN 28 2007 17:05 FR   .TS MCFARLAND WILSO  3108600363       2945#10595#00002 P.01/05

# KEATS McFARLAND & WILSON LLP

## ATTORNEYS AT LAW

9720 WILSHIRE BOULEVARD
PENTHOUSE SUITE
BEVERLY HILLS, CALIFORNIA 90212
TELEPHONE (310) 248-3830
FAX (310) 860-0363

## FACSIMILE TRANSMITTAL SHEET

| To: | Susan Wines, Esq. | From: | Larry W. McFarland, Esq. |
|---|---|---|---|
| Company: | Quinn Emanuel Urquhart Oliver & Hedges, LLP | Date: | 6/28/2007 |
| Fax No.: | 213-443-3100 | Pages: | 5 |
| Phone No.: | 213-443-3000 | Ref No.: | 10306.33 |
| Re: | Mattel v. Bryant | | |

☐ URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

NOTES/COMMENTS:

Please see attached.

PRIVACY NOTICE

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW.

If the reader of this message is not the intended recipient or the employee of agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at the above address via the U.S. Postal Service. Thank you.

EXHIBIT 6 PAGE 34

# EXHIBIT 7

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

September 4, 2007

<u>VIA FACSIMILE AND U.S. MAIL</u>

Larry McFarland, Esq.
Keats, McFarland & Wilson, LLP
9720 Wilshire Blvd., Penthouse Suite
Beverly Hills, CA 90212

Re:     Mattel, Inc. v. Bryant

Dear Mr. McFarland:

I write to follow up on telephone calls made to you last week by Jennifer Lewis of my office regarding scheduling depositions for Ms. Hatch-Leahy, Ms. Marlow, Ms. Halpern and Ms. Cloonan. From August 29, 2007 through August 31, 2007, Ms. Lewis called your office and left a message once a day regarding scheduling depositions for these witnesses and has yet to receive a return call from you.

Ms. Marlow's document production issues have been resolved. Please provide us with date(s) during September when she is available for deposition.

As for Ms. Hatch-Leahy, you stated in a phone call at the end of July that if she had additional documents to produce they would be produced in the first two weeks of August. As of today, we have received no additional documents from Ms. Hatch-Leahy, so I assume that she does not have anything else to produce. Please provide us with date(s) during September when she is available for deposition.

**quinn emanuel urquhart oliver & hedges, llp**

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100

SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700

SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100

07209/2210909.1

EXHIBIT _1_ PAGE 35

You also indicated during several telephonic meet and confers that Ms. Cloonan was not able to sit for deposition until early September. As it is now early September, please indicate on which dates in September she is available for deposition.

We also request that you provide dates in September when Ms. Halpern is available for deposition.

I also write to follow up regarding the protocol for the inspection of Ms. Halpern's and Ms. Cloonan's computers. I sent you a letter on August 27, 2007 incorporating the changes you requested during our telephonic meet and confer on August 14, 2007. Please sign and return the proposal on behalf of your clients as soon as possible.

I appreciate your consideration and look forward to hearing from you at your earliest convenience.

Very truly yours,

Susan L. Wines

07209/2210909.1                                    2

EXHIBIT __1__ PAGE 36

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

**NEW YORK**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

**LOS ANGELES**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

**SAN FRANCISCO**
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

**SILICON VALLEY**
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

## LOS ANGELES OFFICE

## FACSIMILE TRANSMISSION

DATE:     September 4, 2007          NUMBER OF PAGES, INCLUDING COVER: 3

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Larry McFarland, Esq.<br>Keats McFarland & Wilson LLP | 310-248-3830 | 310-860-0363 |

FROM:     Susan Wines

RE:     Mattel v. Bryant, et al.

MESSAGE:

Please see attached.

| 07209/2203962.1 | | | | |
|---|---|---|---|---|
| CLIENT # | 7209 | ROUTE/<br>RETURN TO: | Yalonda J. Dekle | ☒ CONFIRM FAX<br>☒ INCLUDE CONF. REPORT |
| OPERATOR: | | | CONFIRMED?   ☐ NO   ☐ YES: _____ | |

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE.

EXHIBIT 7 PAGE 32

@001

```
                  *********************
              ***   TX REPORT   ***
                  *********************

  TRANSMISSION OK

  TX/RX NO              3340
  RECIPIENT ADDRESS     78681#7209#13108600363
  DESTINATION ID
  ST. TIME              09/04 18:23
  TIME USE              00'48
  PAGES SENT            3
  RESULT                OK
```

FAXED
SEP 0 4 2007

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

| NEW YORK | LOS ANGELES | SAN FRANCISCO |
|---|---|---|
| 51 Madison Avenue, 22nd Floor | 865 South Figueroa Street, 10th Floor | 50 California Street, 22nd Floor |
| New York, NY 10010 | Los Angeles, CA 90017 | San Francisco, CA 94111 |
| (212) 849-7000 | (213) 443-3000 | (415) 875-6600 |
| Facsimile: (212) 849-7100 | Facsimile: (213) 443-3100 | Facsimile: (415) 875-6700 |

SILICON VALLEY
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

## LOS ANGELES OFFICE

## FACSIMILE TRANSMISSION

DATE:   September 4, 2007          NUMBER OF PAGES, INCLUDING COVER: 3

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Larry McFarland, Esq.<br>Keats McFarland & Wilson LLP | 310-248-3830 | 310-860-0363 |

FROM:   Susan Wines

RE:   Mattel v. Bryant, et al.

MESSAGE:

Please see attached.

EXHIBIT __1__ PAGE 38

# EXHIBIT 8

SEP 07 2007 16:52 FR KM S MCFARLAND WILSO  3108600363 TO  4S#10595#00003 P.02/03

# KEATS McFARLAND & WILSON LLP

## ATTORNEYS AT LAW

TEL (310) 248-3830
FAX (310) 860-0363

9720 WILSHIRE BOULEVARD
PENTHOUSE SUITE
BEVERLY HILLS, CALIFORNIA 90212

WRITER'S DIRECT DIAL

(310) 777-3750

WRITER'S EMAIL

lmcfarland@kmwlaw.com

www.kmwlaw.com

September 7, 2007

**VIA FACSIMILE**

Susan Wines, Esq.
Quinn Emanuel Urquhart Oliver & Hedges LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017

Re:     Mattel v. Bryant

Dear Ms. Wines:

I am writing in response to your letter dated September 4, 2007.

With respect to Ms. Marlow, as I stated in my letter to you dated July 23, 2007, at that time we had not received any documents from Wells Fargo in response to your subpoena. To date, we have still not received these documents. I again suggest that you contact Wells Fargo and pursuant to our agreement, have the responsive documents produced to me for our review. In addition, we have located additional e-mails that we are currently reviewing. We will produce the responsive e-mails to you no later than next Friday, September 14, 2007. In the meantime, I will again check with Ms. Marlow regarding her schedule so that we can set the deposition soon after the document production from Wells Fargo and Ms. Marlow is completed.

With respect to Ms. Leahy, as you know we produced additional responsive documents on August 14, 2007. In addition, because you have requested all documents relating to Bratz, regardless of the time period, Ms. Leahy is having to review documents that have been stored away. I have spoken with her and she should be done with this review shortly. I will also speak with her regarding her availability for deposition.

With respect to the review of the computers of Ms. Cloonan and Ms. Halpern, the changes to the fourth and fifth bullet points as set forth about August 27, 2007, are fine. My issue lies with respect to the addition of the language at the end of your letter as follows: "Please sign below on behalf of your clients, Elise Cloonan, Margaret Hatch-Leahy, Sarah Halpern and Veronica Marlow if this is agreeable." The problem I have with this language is that you and I have never discussed inspecting any computers of Ms. Leahy or Ms. Marlow. We have only discussed

EXHIBIT _8_ PAGE _39_

SEP 07 2007 16:52 FR KE▓TS MCFARLAND WIL30 9310860G363 TO ▓45#10595#00003 P.03/03

Susan Wines, Esq.
September 7, 2007
**Page 2**

the procedures with respect to inspecting the computers of Ms. Cloonan and Ms. Halpern. If Ms. Leahy and Ms. Marlow are deleted, I am fine with this letter.

With respect to the inspection of Ms. Cloonan's and Ms. Halpern's computers, to speed things up I would suggest that you send me the search terms that you propose the expert will use in his or her search. Once we get through the inspection of these computers, we can schedule the depositions of Ms. Cloonan and Ms. Leahy.

I look forward to hearing from you at your convenience.

Very truly yours,

Larry W. McFarland
Keats McFarland & Wilson LLP

EXHIBIT 8 PAGE 40 ** TOTAL PAGE.03 **

SEP 07 2007 16:52 FR KEATS MCFARLAND WIL30 3100600363 TO 145#10595#00003 P.01/03

# KEATS McFARLAND & WILSON LLP

## ATTORNEYS AT LAW

9720 WILSHIRE BOULEVARD
PENTHOUSE SUITE
BEVERLY HILLS, CALIFORNIA  90212
TELEPHONE (310) 248-3830
FAX (310) 860-0363

# FACSIMILE TRANSMITTAL SHEET

| To: | Susan Wines, Esq. | From: | Larry W. McFarland, Esq. |
|---|---|---|---|
| Company: | Quinn Emanuel Urquhart Oliver & Hedges, LLP | Date: | 9/7/2007 |
| Fax No.: | 213-443-3100 | Pages: | 3 |
| Phone No.: | 213-443-3000 | Ref No.: | 10595.3 |
| Re: | Mattel v. Bryant | | |

☐ URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

## NOTES/COMMENTS:

Please see attached.

**PRIVACY NOTICE**

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW.

If the reader of this message is not the intended recipient or the employee of agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at the above address via the U.S. Postal Service. Thank you.

EXHIBIT 8 PAGE 40

# EXHIBIT 9

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

September 14, 2007

## VIA FACSIMILE AND U.S. MAIL

Larry McFarland, Esq.
Keats McFarland & Wilson LLP
9720 Wilshire Boulevard, Penthouse Suite
Beverly Hills, California 90212

Re:     Mattel, Inc. v. Bryant et al.

Dear Mr. McFarland:

I follow-up on our telephone conversation yesterday regarding deposition scheduling for Elise Cloonan, Veronica Marlow, Sarah Halpern and Margaret Hatch-Leahy. I appreciate your agreeing to confirm dates with your clients and to offer possible dates to me on Monday, September 17. Given your travel schedule, we had discussed possibly scheduling depositions for October 15 and 16 and the remainder during the week of October 22, but any sooner date in September or October would also be acceptable to us.

I look forward to speaking with you Monday.

Very truly yours,

*Susan L. Wines/jsD*

Susan Wines

SLW:wp
07209/2221083.1

**EXHIBIT 9  PAGE 42**

quinn emanuel urquhart oliver & hedges, llp

07209/2221083.1      NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

**NEW YORK**
51 Madison Avenue, 22nd Floor
New York, NY  10010
(212) 849-7000
Facsimile: (212) 849-7100

**LOS ANGELES**
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017
(213) 443-3000
Facsimile: (213) 443-3100

**SAN FRANCISCO**
50 California Street, 22nd Floor
San Francisco, CA  94111
(415) 875-6600
Facsimile: (415) 875-6700

**SILICON VALLEY**
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA  94065
(650) 801-5000
Facsimile: (650) 801-5100

## LOS ANGELES OFFICE
## FACSIMILE TRANSMISSION

**DATE:**   September 14, 2007

**NUMBER OF PAGES, INCLUDING COVER: 2**

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Larry McFarland, Esq.<br>Keats McFarland & Wilson LLP | 310-248-3830 | 310-860-0363 |

**FROM:**   Susan Wines

**RE:**   Mattel v. Bryant, et al.

**MESSAGE:**

Please see attached.

*FAXED*
SEP 1 4 2007

07209/2143584.1

| | | ROUTE/ | | ☒ CONFIRM FAX |
|---|---|---|---|---|
| CLIENT # | 7209 | RETURN TO: | **Yalonda J. Dekle** | ☒ INCLUDE CONF. REPORT |

**OPERATOR:**                   **CONFIRMED?**  ☐ No  ☐ YES: _____

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

**IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE.**

**EXHIBIT   9   PAGE 43**

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              2188
RECIPIENT ADDRESS     7668147209#13108600363
DESTINATION ID
ST. TIME              09/14 10:07
TIME USE              00'37
PAGES SENT            2
RESULT                OK
```

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

**NEW YORK**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

**LOS ANGELES**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

**SAN FRANCISCO**
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

**SILICON VALLEY**
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

## LOS ANGELES OFFICE
# FACSIMILE TRANSMISSION

**DATE:**   September 14, 2007          **NUMBER OF PAGES, INCLUDING COVER: 2**

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Larry McFarland, Esq.<br>Keats McFarland & Wilson LLP | 310-248-3830 | 310-860-0363 |

**FROM:**   Susan Wines

**RE:**   Mattel v. Bryant, et al.

**MESSAGE:**

Please see attached.

EXHIBIT _9_ PAGE _44_

# EXHIBIT 10

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

September 19, 2007

**VIA FACSIMILE AND U.S. MAIL**

Larry McFarland, Esq.
Keats McFarland & Wilson LLP
9720 Wilshire Boulevard, Penthouse Suite
Beverly Hills, California 90212

Re:     Mattel, Inc. v. Bryant et al.

Dear Larry:

I write to follow-up on the telephone message I left for you yesterday and pursuant to Paragraph 5 of the Court's Order for the Appointment of a Discovery Master, to request a meet and confer regarding an anticipated motion to compel the depositions of Elise Cloonan, Veronica Marlow, Sarah Halpern and Margaret Hatch-Leahy. A copy of the Discovery Master Stipulation is enclosed for your reference. I did not hear from you Monday providing deposition dates for your clients as we had discussed and did not receive a return call from you yesterday. Please let me know when your clients are available for deposition in between now and October 26.

In the event that we are unable to amicably resolve these issues, Mattel anticipates bringing a motion to compel deposition dates.

**quinn emanuel urquhart oliver & hedges, llp**

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100

07209/2225059.1

**EXHIBIT 16    PAGE 45**

Very truly yours,

Susan L. Wines

SLW:wp

Enclosure
07209/2225059.1

07209/2225059.1                          2                    **EXHIBIT** _10_   **PAGE** _46_



DEC 1 1 2006

1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
2  John B. Quinn (Bar No. 090378)
   (johnquinn@quinnemauel.com)
3  Michael T. Zeller (Bar No. 196417)
   (michaelzeller@quinnemanuel.com)
4  Jon D. Corey (Bar No. 185066)
   (joncorey@quinnemnauel.com)
5  865 South Figueroa Street, 10th Floor
   Los Angeles, California 90017-2543
6  Telephone: (213) 443-3000
   Facsimile: (213) 443-3100
7
   Attorneys for Mattel, Inc.
8
   [Additional counsel listed on following page]
9

10              UNITED STATES DISTRICT COURT

11             CENTRAL DISTRICT OF CALIFORNIA

12  CARTER BRYANT, an individual,        )  Case No. CV 04-09049 SGL (RNBx)
                                         )
13              Plaintiff,               )  Consolidated with
                                         )  Case No. CV 04-09059
14       v.                              )  Case No. CV 05-02727
                                         )
15  MATTEL, INC., a Delaware             )  STIPULATION FOR APPOINTMENT
    corporation,                         )  OF A DISCOVERY MASTER; AND
16                                        )
                Defendant.               )  [PROPOSED] ORDER
17                                        )
                                         )  Discovery Cutoff Date: Not Set
18                                          Trial Date: Not Set
19
20
21
22
23
24
25
26
27
28

EXHIBIT _10_ PAGE _47_

Case No. CV 04-09049 SGL (RNBx)
STIPULATION FOR APPOINTMENT OF A DISCOVERY
MASTER AND [PROPOSED] ORDER

1  LITTLER MENDELSON
       Robert F. Millman (Bar No. 062152)
2      Douglas A. Wickham (Bar No. 127268)
       Keith A. Jacoby (Bar No. 150233)
3  2049 Century Park East, 5th Floor
   Los Angeles, California  90067-3107
4  Telephone:   (310) 553-0308
   Facsimile:    (310) 553-5583
5
   Attorneys for Carter Bryant
6
   O'MELVENY & MYERS LLP
7      Diana M. Torres (Bar No. 162284)
   400 S. Hope Street
8  Los Angeles, California  90017
   Telephone:  (213) 430-6000
9  Facsimile:  (213) 430-6407

10 O'MELVENY & MYERS LLP
       Dale Cendali
11 Times Square Tower
   7 Times Square
12 New York, NY 10036

13 CHRISTENSEN, GLASER, FINK, JACOBS WEIL & SHAPIRO, LLP
       Patricia Glaser (Bar No. 55668)
14 10250 Constellation Boulevard - 19th Floor
   Los Angeles, CA 90067
15 Telephone:  (310) 553-3000
   Facsimile:  (310) 556-2920
16
   Attorneys for MGA Entertainment, Inc.
17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT 10 PAGE 48**

STIPULATION FOR APPOINTMENT OF A DISCOVERY
MASTER AND [PROPOSED] ORDER

1    WHEREAS, the parties are in agreement that a discovery master should be
2  appointed in this matter to resolve any discovery disputes and to minimize the
3  burden on the Court; and

4    WHEREAS, the parties have agreed upon a nominee, Hon. Edward A. Infante
5  (Ret.), and he has agreed to serve as a discovery master in this matter;

6    NOW, THEREFORE, to facilitate the fair and efficient completion of pre-
7  trial discovery, the parties Mattel, Inc. and Carter Bryant and MGA Entertainment,
8  Inc., by and through their respective counsel of record, hereby stipulate and agree as
9  follows:

10    1.    The Discovery Master shall be appointed to assure and provide cost-
11  effective discovery and to minimize the burden of discovery disputes upon the
12  Court.  Any and all discovery motions and other discovery disputes in the above
13  captioned action shall be decided by a master ("Discovery Master") pursuant to
14  Federal Rule of Civil Procedure 53.  Any motions currently pending before
15  Magistrate Judge Block shall be transferred to the Discovery Master.  The moving
16  party shall provide to the Discovery Master all papers associated with each pending
17  motion.

18    2.    The Discovery Master shall be Hon. Edward A. Infante (Ret.).  His
19  business address is: Two Embarcadero Center, Suite 1500, San Francisco, CA
20  94111.

21    3.    Judge Infante shall serve as the Discovery Master until all issues herein
22  have been finally disposed of or determined, or until he shall withdraw in
23  accordance with applicable law.  If at any time he becomes unable to serve as the
24  Discovery Master, the parties shall confer to present an alternative agreed-upon
25  designee to the Court.  In the event that the parties cannot agree to an alternate
26  designee, then the Court shall appoint a Discovery Master.

27    4.    The Discovery Master shall have the authority to set the date, time, and
28  place for all hearings determined by the Discovery Master to be necessary; to

1 | preside over hearings (whether telephonic or in-person); to take evidence in
2 | connection with discovery disputes; to issue orders resolving discovery motions
3 | submitted to the Discovery Master; to conduct telephonic conferences to resolve
4 | discovery disputes arising during depositions; to issue orders awarding non-
5 | contempt sanctions, including, without limitation, the award of attorney's fees, as
6 | provided by Rules 37 and 45; and to prepare, file and serve other orders, reports and
7 | recommendations, as appropriate.

8       5.    All discovery disputes shall be resolved by motion (except those arising
9 | during a deposition which the Discovery Master determines can be resolved by
10 | telephonic conference during the deposition).  The moving party shall first identify
11 | each dispute, state the relief sought, and identify the authority supporting the
12 | requested relief in a meet and confer letter that shall be served on all parties by
13 | facsimile or electronic mail.  The parties shall have five court days from the date of
14 | service of that letter to conduct an in-person conference to attempt to resolve the
15 | dispute.  If the dispute has not been resolved within five court days after such
16 | service, the moving party may seek relief from the Discovery Master by formal
17 | motion or letter brief, at the moving party's option.  The opposing party shall have
18 | five court days from the date of service of the motion or letter brief to submit a
19 | formal opposition or response.  Any reply brief or letter brief shall be served within
20 | three court days from the date of service of a formal opposition or response.  The
21 | hearing on the motion shall take place within five court days of the service of any
22 | reply brief or letter unless (a) the parties agree to another hearing date or agree that
23 | no hearing is necessary; (b) the Discovery Master determines that no hearing is
24 | necessary; or (c) the Discovery Master is not available, in which case the hearing
25 | shall take place on the Discovery Master's first available date.  The foregoing shall
26 | not prohibit (i) the parties from agreeing to alternate procedures, or (ii) a party from
27 | seeking the Discovery Master's immediate resolution of a dispute or resolution of a
28 | dispute upon shortened time upon a showing of good cause why a party would be

1  prejudiced absent prompt resolution. Service of any document by fax or electronic

2  mail prior to 6:00 p.m. shall constitute service on that day.

3      6.      The Discovery Master's orders resolving discovery disputes, reports, or

4  recommendations pursuant to Rule 53(e) or (f) shall be treated as rulings made by a

5  Magistrate Judge of the United States District Court. The Discovery Master shall

6  file each order, report, or recommendation pursuant to Rule 53(e) or (f) and serve

7  the parties within five court days of his/her decision on a matter.

8      7.      A court reporter shall transcribe any hearing or other proceeding before

9  the Discovery Master.

10     8.      The cost of any proceeding before the Discovery Master, including the

11  fees of the Discovery Master, the fees of court reporters who transcribe hearings or

12  other proceedings before the Discovery Master, and the fees of any other person

13  necessary to the efficient administration of the proceeding before the Discovery

14  Master, shall be paid one-half by Mattel, Inc., and one-half by MGA Entertainment,

15  Inc. and Carter Bryant unless, consistent with the Federal Rules of Civil Procedure,

16  the Discovery Master Orders otherwise. By agreeing to share costs among the

17  parties, no party waives its right to seek recovery or reimbursement for such costs

18  from any other party.

19     9.      The Discovery Master shall be compensated according to his regular

20  hourly rate of $750.

21     10.     Pursuant to Federal Rule of Civil Procedure 53(b)(2), the Discovery

22  Master shall proceed with all reasonable diligence.

23     11.     Based on an affidavit filed by Hon. Edward A. Infante pursuant to

24  28 U.S.C. § 455 and Federal Rule of Civil Procedure 53(b)(3), the parties are not

25  aware that he has a relationship to the parties, to counsel, to the action, or to the

26  Court that would require disqualification of a judge under 28 U.S.C. § 455, and

27  based thereon the parties expressly waive any ground for disqualification disclosed

28  therein of Hon. Edward A. Infante to serve as master in these proceedings.

**EXHIBIT** _10_  **PAGE** _51_

5

STIPULATION FOR APPOINTMENT OF A DISCOVERY MASTER AND [PROPOSED] ORDER

12.    The Discovery Master shall not have ex parte communications with ~~the Court~~, a party or counsel.

13.    The Discovery Master shall preserve and maintain all documents and materials submitted by the parties as well as all orders, reports, and recommendations issued by the Discovery Master. These documents, materials, orders, reports and recommendations shall be the record of the Discovery Master's activities, and shall be maintained in chronological order until the Discovery Master is informed by the parties that all issues herein have been finally disposed of and determined.

14.    The Discovery Master is hereby authorized to receive and consider information and documents designated "CONFIDENTIAL" and "CONFIDENTIAL-ATTORNEYS EYES ONLY" pursuant to the January 4, 2005 Stipulated Protective Order. The Discovery Master agrees to be bound by the January 4, 2005 Order.

15.    All third parties subject to discovery requests or deposition in this litigation shall be bound by the terms of this Stipulation and Order.

Dated: November 22, 2006                    O'MELVENY & MYERS LLP

By:

Diana Torres
Attorneys for MGA Entertainment, Inc.

Dated: November 29, 2006                    LITTLER MENDELSON

By:

Douglas A. Wickham
Attorneys for Carter Bryant

1    Dated: ~~November~~ December 4, , 2006         QUINN EMANUEL URQUHART
2                                                   OLIVER & HEDGES, LLP

3                                                   By: _Jon D. Corey_____
4                                                       Jon D. Corey
                                                        Attorneys for Mattel, Inc.
5

6                              **ORDER**

7        The foregoing Stipulation for Appointment of a Discovery Master is SO

8    ORDERED *as modified.*

9

10   Dated: _12-6-06._               _S G Larson_____
11                                   Hon. Stephen G. Larson
                                     United States District Court Judge
12

13

14                **CONSENT OF DISCOVERY MASTER**

15       If appointed by the Court, I, the undersigned, consent to serve as Discovery

16   Master in the above referenced proceeding consistent with this Order.

17

18   Dated: _12-5-06_                _Edward A. Infante_____
19                                   Hon. Edward A. Infante (Ret.)

20

21

22

23

24

25

26

27

28

**EXHIBIT 10 PAGE 53**

**PROOF OF SERVICE**

1013A(3) CCP Revised 5/1/88

1   STATE OF CALIFORNIA )
2   COUNTY OF LOS ANGELES )

3   I am employed in the county of Los Angeles  State of California.  I am over the age of 18 and not a party to the within action; my business address is: 865 South Figueroa Street, 10th Floor, Los Angeles, CA 90012.

4

5   On December 5, 2006, I served the foregoing document described as **STIPULATION FOR APPOINTMENT OF A DISCOVERY MASTER; AND [PROPOSED ORDER** on  all interested parties in this action.

6

7   **Keith A. Jacoby, Esq.**                         **Diana M. Torres, Esq.**
    **Douglas Wickham, Esq.**                     **O'Melveney & Meyers**
    **Littler Mendelson**                              400 S. Hope Street
8   **A Professional Corporation**                Los Angeles, CA 90071
    2049 Century Park East, 5th Floor        Phone: 213-430-6000
9   Los Angeles, California 90067-3107     **Fax: 213-430-6407**
    Phone: 310-553-0308
10  **Fax: 310-553-5583**

11

12  [ ]   By placing [ ] the original [X ] true copies thereof enclosed in sealed envelopes addressed as follows:
13

14  [X]   **BY MAIL**

15  [ ]   I deposited such envelope in the mail at Los Angeles, California.  The envelope was mailed with postage thereon fully prepaid.

16  [ ]   As follows:  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal
17        service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of the party served, service is
18        presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

19  [ ]   **BY TELECOPIER** By transmitting the above listed document(s) to the fax number(s)
20        set forth above on this date.

21  [ ]   **BY PERSONAL SERVICE** I delivered such envelope by hand to the addressee.

22  Executed on December 5, 2006, at Los Angeles, California.

23  [ ]   (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

24  [X]   (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

25

26

27  Cheri Hatch                                    _____
    Print Name                                     Signature

28

EXHIBIT 10  PAGE 54

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

NEW YORK
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

LOS ANGELES
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

SAN FRANCISCO
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

SILICON VALLEY
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

## LOS ANGELES OFFICE

# FACSIMILE TRANSMISSION

**DATE:**    September 19, 2007

**NUMBER OF PAGES, INCLUDING COVER:** 11

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Larry McFarland, Esq.<br>Keats McFarland & Wilson LLP | 310-248-3830 | 310-860-0363 |

**FROM:**    Susan Wines

**RE:**    Mattel v. Bryant, et al.

**MESSAGE:**

Please see attached.



FAXED
SEP 1 9 2007

07209/2143584.1

**CLIENT #**    7209

**ROUTE/<br>RETURN TO:**    Yalonda J. Dekle

☒ CONFIRM FAX
☒ INCLUDE CONF. REPORT

**OPERATOR:**    **CONFIRMED?** ☐ NO ☐ YES: _____

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE.

EXHIBIT 10 PAGE 5

```
*********************
***  TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              2215
RECIPIENT ADDRESS     76681#7209#13108600363
DESTINATION ID
ST. TIME              09/19 09:31
TIME USE              02'29
PAGES SENT            11
RESULT               OK
```

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

**NEW YORK**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

**LOS ANGELES**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

**SAN FRANCISCO**
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

**SILICON VALLEY**
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

## LOS ANGELES OFFICE
## FACSIMILE TRANSMISSION

**DATE:**   September 19, 2007        **NUMBER OF PAGES, INCLUDING COVER:** 11

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Larry McFarland, Esq.<br>Keats McFarland & Wilson LLP | 310-248-3830 | 310-860-0363 |

**FROM:**   Susan Wines

**RE:**   Mattel v. Bryant, et al.

**MESSAGE:**

Please see attached.

**EXHIBIT** 10 **PAGE** 56

# EXHIBIT 11

Received:   9/20/07   4:42PM ->Quinn,Emanuel,Urquhart,Oliver&H; #740; Page 2
SEP 20 2007 16:43 FR KEATS MCFARLAND WILSD   3108600363 TO 2945#10595#00001 P.02/02

# KEATS McFARLAND & WILSON LLP

## ATTORNEYS AT LAW

9720 WILSHIRE BOULEVARD
PENTHOUSE SUITE
BEVERLY HILLS, CALIFORNIA 90212

www.kmwlaw.com

TEL (310) 248-3830
FAX (310) 860-0363

WRITER'S DIRECT DIAL

(310) 777-3750

WRITER'S EMAIL

lmcfarland@kmwlaw.com

September 20, 2007

VIA FACSIMILE

Susan Wines, Esq.
Quinn Emanuel Urquhart Oliver & Hedges LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017

Re:   Mattel v. Bryant

Dear Susan:

I am in receipt of your letter dated yesterday. As I stated in my e-mail to your partner, Michael Zeller, I have calls into my four clients to get available deposition dates. I am continuing to work on this. As you know, these are all individual witnesses, and I ask for your continued patience as I continue to try to get available dates.

Please do not hesitate to contact me should you have any questions.

Very truly yours,

Larry W. McFarland
Keats McFarland & Wilson LLP

EXHIBIT 11 PAGE 57

Received:   9/20/07   4:42PM   ->Quinn,Emanuel,Urquhart,Oliver,&H; #740; Page 1

SEP 20 2007 16:43 FR KEATS MCFARLAND WILSO  3108600363 TO 2945#10595#00001 P.01/02

# KEATS McFARLAND & WILSON LLP

## ATTORNEYS AT LAW

9720 WILSHIRE BOULEVARD
PENTHOUSE SUITE
BEVERLY HILLS, CALIFORNIA  90212
TELEPHONE (310) 248-3830
FAX (310) 860-0363

## FACSIMILE TRANSMITTAL SHEET

| To: | Susan Wines, Esq. | From: | Larry W. McFarland, Esq. |
|---|---|---|---|
| Company: | Quinn Emanuel Urquhart Oliver & Hedges, LLP | Date: | 9/20/2007 |
| Fax No.: | 213-443-3100 | Pages: | 2 |
| Phone No.: | 213-443-3000 | Ref No.: | 10595.3 |
| Re: | Mattel v. Bryant | | |

☐ URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

NOTES/COMMENTS:

Please see attachment.

**PRIVACY NOTICE**

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW.

If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at the above address via the U.S. Postal Service. Thank you.

EXHIBIT 11 PAGE 58

# EXHIBIT 12

# KEATS McFARLAND & WILSON LLP

### ATTORNEYS AT LAW

9720 WILSHIRE BOULEVARD
PENTHOUSE SUITE
BEVERLY HILLS, CALIFORNIA 90212

www.kmwlaw.com

TEL (310) 248-3830
FAX (310) 860-0363

WRITER'S DIRECT DIAL

(310) 777-3750

WRITER'S EMAIL

lmcfarland@kmwlaw.com

September 21, 2007

**VIA FACSIMILE**

Susan Wines, Esq.
Quinn Emanuel Urquhart Oliver & Hedges LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017

Re:     Mattel v. Bryant

Dear Susan:

I am writing with respect to my continuing efforts regarding the depositions for the four witnesses that I represent.  I have been working diligently on this since we spoke last week.  Here is the update.

Veronica Marlow

As I mentioned, we have located additional documents responsive to your subpoena.  We are producing some of these documents by Monday, and are continuing to review additional documents for production.  In addition, Ms. Marlow is continuing to review her documents to insure that all responsive documents have been produced.  I anticipate that all documents should be reviewed and produced to you by October 16, 2006.  In addition, as set forth in my letter dated September 7, we have not received any documents from Wells Fargo in response to your subpoena.  As I have repeatedly stated, I want all of the documents produced prior to the depositions of my witnesses so that Mattel does not have any basis to try to take a second day of deposition.  Based on the understanding that theses documents will be produced prior to Ms. Marlow's deposition, I can confirm that Ms. Marlow and I are available for her deposition on Wednesday, October 24, 2007 at 10:00 a.m.

Elise Cloonan

I have spoken with Ms. Cloonan and she is still recovering from her caesarean, and is adjusting to being a new mother.  Ms. Cloonan believes that she will be able to sit for her deposition in mid-November.  Based on that, I am willing to set her deposition for Wednesday, November 14, 2007 at 10:00 a.m.

EXHIBIT 12 PAGE 59

Susan Wines, Esq.
September 21, 2007
Page 2

<u>Sarah Halpern</u>

I have left messages, but I have thus far been unable to reach Ms. Halpern.  I will let you know as soon as I am able to reach her to obtain deposition dates.

<u>Margaret Leahy</u>

As I mentioned, Ms. Leahy is re-reviewing her documents based upon your position that all versions of Bratz are at issue.  I anticipate that Ms. Leahy will be finished with this review in the next two to three weeks.  I am continuing to work with Ms. Leahy with respect to an available deposition date.

Also, as set forth in my September 7, 2007 letter, please provide me with the search terms that you propose that the computer expert use to search the computers of Ms. Cloonan and Ms. Halpern.  It is imperative that we have the review completed and all responsive, non-privileged documents produced prior to the depositions of Ms. Cloonan and Ms. Halpern.

Finally, I note that many documents that Mattel has produced in this litigation are designated as Attorney Eyes Only ("AEO").  In order to properly prepare my witnesses, I need two things.  First, I need to know well prior to the depositions if Mattel plans to show any AEO documents to my witnesses during the depositions.  If so, I need for Mattel to identify those documents to me and to provide me with permission to show such documents to my witnesses prior to their depositions so that they can be adequately prepared.

I appreciate your continued cooperation in moving these depositions forward.

Very truly yours,

Larry W. McFarland
Keats McFarland & Wilson LLP

LWM/jlt

EXHIBIT 12 PAGE 60

# KEATS McFARLAND & WILSON LLP

## ATTORNEYS AT LAW

9720 WILSHIRE BOULEVARD
PENTHOUSE SUITE
BEVERLY HILLS, CALIFORNIA 90212
TELEPHONE (310) 248-3830
FAX (310) 860-0363

---

## FACSIMILE TRANSMITTAL SHEET

---

| To: | Susan Wines, Esq. | From: | Larry W. McFarland, Esq. |
|---|---|---|---|
| Company: | Quinn Emanuel Urquhart Oliver & Hedges, LLP | Date: | 9/21/2007 |
| Fax No.: | 213-443-3100 | Pages: | 3 |
| Phone No.: | 213-443-3000 | Ref No.: | 10595.3 |
| Re: | Mattel v. Bryant | | |

---

☐ URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

---

NOTES/COMMENTS:

Please see attachment.

### PRIVACY NOTICE

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW.

If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at the above address via the U.S. Postal Service. Thank you.

EXHIBIT 12 PAGE 61

# EXHIBIT 13

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

September 21, 2007

## VIA FACSIMILE AND U.S. MAIL

Larry McFarland, Esq.
Keats McFarland & Wilson LLP
9720 Wilshire Boulevard, Penthouse Suite
Beverly Hills, California  90212

Re:    Mattel, Inc. v. Bryant et al.

Dear Larry:

I am in receipt of your letter dated today.  We accept the date of Wednesday, October 24, 2007 at 10:00 a.m. for Veronica Marlow.  We will depose her at our offices here in Los Angeles.  As for Elise Cloonan, November 14 is not acceptable as I requested any date in between now and October 26 and have been asking for deposition dates since June.  Nor is it acceptable that we do not yet have dates for Sarah Halpern or Margaret Hatch-Leahy.  Please let me know by Wednesday whether you will be providing dates for those witnesses within that time period. Otherwise, Mattel anticipates bringing a motion to compel deposition dates.

Very truly yours,

Susan L. Wines

SLW:wp

**quinn emanuel urquhart oliver & hedges, llp**

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100

07209/2225059.1

**EXHIBIT** 13 **PAGE** 62

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

| NEW YORK | LOS ANGELES | SAN FRANCISCO |
|---|---|---|
| 51 Madison Avenue, 22nd Floor | 865 South Figueroa Street, 10th Floor | 50 California Street, 22nd Floor |
| New York, NY 10010 | Los Angeles, CA 90017 | San Francisco, CA 94111 |
| (212) 849-7000 | (213) 443-3000 | (415) 875-6600 |
| Facsimile: (212) 849-7100 | Facsimile: (213) 443-3100 | Facsimile: (415) 875-6700 |

SILICON VALLEY
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

## LOS ANGELES OFFICE

## FACSIMILE TRANSMISSION

**DATE:**     September 21, 2007          **NUMBER OF PAGES, INCLUDING COVER:** 2

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Larry McFarland, Esq.<br>Keats McFarland & Wilson LLP | 310-248-3830 | 310-860-0363 |

**FROM:**     Susan Wines

**RE:**     Mattel v. Bryant, et al.

**MESSAGE:**

Please see attached.

*FAXED*
SEP 2 1 2007

07209/2143584.1

| CLIENT # | 7209 | ROUTE/<br>RETURN TO: | Yolonda J. Dekle | ☒ CONFIRM FAX<br>☒ INCLUDE CONF. REPORT |
|---|---|---|---|---|
| OPERATOR: | | CONFIRMED? ☐ NO ☐ YES: | | |

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

**IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE.**

EXHIBIT 12 PAGE 63

```
***********************
***   TX REPORT   ***
***********************

TRANSMISSION OK

TX/RX NO              3618
RECIPIENT ADDRESS     76681#7209#13108600363
DESTINATION ID
ST. TIME              09/21 15:50
TIME USE              00'33
PAGES SENT            2
RESULT               OK
```

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

**NEW YORK**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

**LOS ANGELES**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

**SAN FRANCISCO**
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

**SILICON VALLEY**
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

## LOS ANGELES OFFICE

# FACSIMILE TRANSMISSION

**DATE:**     September 21, 2007          **NUMBER OF PAGES, INCLUDING COVER: 2**

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Larry McFarland, Esq.<br>Keats McFarland & Wilson LLP | 310-248-3830 | 310-860-0363 |

**FROM:**     Susan Wines

**RE:**       Mattel v. Bryant, et al.

**MESSAGE:**

Please see attached.

EXHIBIT 13  PAGE 66

# EXHIBIT 14

Received:   9/28/07  5:41  ; ->Quinn,Emanuel,Urquhart,Oliv  -AH; #4; Page 2

SEP 28 2007 17:49 FR KEATS MCFARLAND WILSO  3108600363  TO 2945#10507#00001 P.02/02

# KEATS McFARLAND & WILSON LLP

### ATTORNEYS AT LAW

TEL (310) 248-3830
FAX (310) 860-0363

9720 WILSHIRE BOULEVARD
PENTHOUSE SUITE
BEVERLY HILLS, CALIFORNIA 90212

www.kmwlaw.com

WRITER'S DIRECT DIAL

(310) 777-3750

WRITER'S EMAIL

lmcfarland@kmwlaw.com

September 28, 2007

VIA FACSIMILE

Susan Wines, Esq.
Quinn Emanuel Urquhart Oliver & Hedges LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017

Re:   Mattel v. Bryant

Dear Susan:

I am writing to follow up on our conversation regarding deposition dates. I have spoken with my clients to confirm the following dates:

Sarah Halpern:   Monday, October 29, 2007 at 10:00 a.m.

Margaret Leahy:   Tuesday, October 30, 2007 at 10:00 a.m.

Elise Cloonan:   Wednesday, November 14, 2007 at 10:00 a.m.

Veronica Marlow:

In calling to re-confirm the October 24, date, Ms. Marlow informed me that she has learned that her daughter is moving out of the state during that week and needs her and her husband's assistance. Therefore she needs to move the deposition date. Both Ms. Marlow and I are available on Tuesday, November 6, 2007 at 10:00 a.m.

With respect to the stipulation that you suggested this morning, please send me what you propose and I will consider it.

Also, as I stated during our phone call this morning, I have not cleared these dates with counsel for MGA or Mr. Bryant.

I appreciate your continued cooperation in moving those depositions forward.

Very truly yours,

Larry W. McFarland
Keats McFarland & Wilson LLP

LWM/jlt

EXHIBIT ____ PAGE 65

SEP 28 2007 17:48 FR KEATS MCFARLAND WILSO  3108600363  .J 2945#10507#00001 P.01/02

# KEATS McFARLAND & WILSON LLP

## ATTORNEYS AT LAW

9720 WILSHIRE BOULEVARD
PENTHOUSE SUITE
BEVERLY HILLS, CALIFORNIA  90212
TELEPHONE (310) 248-3830
FAX (310) 860-0363

---

# FACSIMILE TRANSMITTAL SHEET

| | | | |
|---|---|---|---|
| **To:** | Susan Wines, Esq. | **From:** | Larry W. McFarland, Esq. |
| **Company:** | Quinn Emanuel Urquhart Oliver & Hedges, LLP | **Date:** | 9/28/2007 |
| **Fax No.:** | 213-443-3100 | **Pages:** | 2 |
| **Phone No.:** | 213-443-3000 | **Ref No.:** | 10595.3 |
| **Re:** | Mattel v. Bryant | | |

☐ URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

---

**NOTES/COMMENTS:**

Please see attachment.

**PRIVACY NOTICE**

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED
AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE
UNDER APPLICABLE LAW.

If the reader of this message is not the intended recipient or the employee of agent responsible for delivering the message to the intended recipient, you
are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication
in error, please notify us immediately by telephone, and return the original message to us at the above address via the U.S. Postal Service. Thank you.

EXHIBIT _14_ PAGE _66_

# EXHIBIT 15

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

October 1, 2007

<u>**VIA FACSIMILE AND U.S. MAIL**</u>

Larry McFarland, Esq.
Keats McFarland & Wilson LLP
9720 Wilshire Boulevard, Penthouse Suite
Beverly Hills, California  90212

Re:     <u>Mattel, Inc. v. Bryant et al.</u>

Dear Larry:

I hope you have been well.  I am writing to follow up on Susan Wines' meet and confers and other discussions with you regarding the depositions of your clients Veronica Marlow, Elise Cloonan, Sarah Halpern and Margaret Hatch-Leahy.

As Susan has mentioned, we believe that a stipulation setting the dates for your clients' depositions is necessary and appropriate to avoid motion practice with respect to those depositions at this juncture.  Among other reasons, discovery cut-off is approaching, we have been asking for dates for some time and, perhaps most importantly, your clients are asking in some instances that we wait another five to six weeks to take their depositions.  We are happy to accommodate all of your clients' proposed dates that were set forth in your letter, so long as we can avoid the risk of any last-minute cancellations and further delay in obtaining their depositions through an appropriate stipulation.  To that end, I have attached a draft stipulation for your consideration and comments.

**EXHIBIT** 15 **PAGE** 67

**quinn emanuel urquhart oliver & hedges, llp**

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100

SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700

SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100

Thank you in advance, and I look forward to hearing from you.

Very truly yours,

Mike Zeller

Michael T. Zeller

07209/2239565.1

2

EXHIBIT __15__ PAGE __68__

1 | [COUNSEL LISTED ON THE FOLLOWING PAGE]

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br>————————————————<br>CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>Hon. Edward Infante (Ret.)<br><br>Discovery Master<br><br>**STIPULATION RE: DEPOSITIONS OF VERONICA MARLOW, ELISE CLOONAN, SARAH HALPERN AND MARGARET HATCH-LEAHY; AND**<br><br>**[PROPOSED] ORDER THEREON**<br><br>Discovery cutoff:  January 14, 2008<br>Pre-Trial Conference:  April 7, 2008<br>Trial Date:  April 29, 2008 |

EXHIBIT 15 PAGE 69

1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
      John B. Quinn (Bar No. 090378)
2     (johnquinn@quinnemanuel.com)
      Michael T. Zeller (Bar No. 196417)
3     (michaelzeller@quinnemanuel.com)
      Jon D. Corey (Bar No. 185066)
4     (joncorey@quinnemnauel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
6  Facsimile:  (213) 443-3100

7  Attorneys for Mattel, Inc.

8  KEATS MCFARLAND & WILSON LLP
      Larry McFarland (Bar No.129668)
9     (lmcfaland@kmlaw.com)
   9720 Wilshire Boulevard, Penthouse Suite
10 Beverly Hills, California 90212
   Telephone: (310) 248-3830
11 Fax:         (310) 860-0363

12 Attorneys for Veronica Marlow, Elise Cloonan, Sarah Halpern

13 and Margaret Hatch-Leahy

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT _15_ PAGE _70_

1    WHEREAS, Mattel has served subpoenas on Veronica Marlow, Elise

2 Cloonan, Sarah Halpern and Margaret Hatch-Leahy, pursuant to Fed. R. Civ. P. 45;

3    WHEREAS, Mattel has been actively seeking deposition dates for each

4 of the foregoing since at least as early as June 2007;

5    WHEREAS, not having received proposed deposition dates, Mattel

6 sent counsel for Veronica Marlow, Elise Cloonan, Sarah Halpern and Margaret

7 Hatch-Leahy a meet and confer letter on September 19, 2007, and the parties

8 subsequently met and conferred on September 27, 2007 in connection with a

9 contemplated motion to compel by Mattel; and

10    WHEREAS, the deposition dates now proposed by counsel for

11 Veronica Marlow, Elise Cloonan, Sarah Halpern and Margaret Hatch-Leahy include

12 dates that Mattel would not otherwise accept unless Mattel had sufficient and

13 binding promises that there would be no further delays in the production of the

14 foregoing witnesses for deposition.

15    NOW, THEREFORE, to avoid the necessity for motion practice by

16 Mattel compelling their depositions, Mattel, Veronica Marlow, Elise Cloonan, Sarah

17 Halpern and Margaret Hatch-Leahy, by and through their respective counsel of

18 record, hereby stipulate and agree as follows, subject to the approval of the

19 Discovery Master:

20    1.  Veronica Marlow will appear for deposition on November 6,

21 2007, commencing at 10:00 a.m., at the offices of Quinn Emanuel, at 865 South

22 Figueroa Street, 10th Floor, Los Angeles, California 90017.

23    2.  Elise Cloonan will appear for deposition on November 14, 2007,

24 commencing at 10:00 a.m., at the offices of Quinn Emanuel, at 865 South Figueroa

25 Street, 10th Floor, Los Angeles, California 90017.

26    3.  Sarah Halpern will appear for deposition on October 29, 2007,

27 commencing at 10:00 a.m., at the offices of Quinn Emanuel, at 865 South Figueroa

28 Street, 10th Floor, Los Angeles, California 90017.

**EXHIBIT 15 PAGE 7**

1     4.    Margaret Hatch-Leahy will appear for deposition on October 30,

2  2007, commencing at 10:00 a.m., at the offices of Quinn Emanuel, at 865 South

3  Figueroa Street, 10th Floor, Los Angeles, California 90017.

4

5        **SO STIPULATED.**

6  Dated: October __, 2007

7                        LARRY MCFARLAND

8                KEATS MCFARLAND & WILSON

9                       LLP

               Attorneys for VERONICA MARLOW,

10             ELISE CLOONAN, SARAH

11            HALPERN AND MARGARET

12  Dated: October __, 2007         HATCH-LEAHY

13

14                    MICHAEL T. ZELLER

            QUINN EMANUEL URQUHART

15           OLIVER & HEDGES, LLP

          Attorneys for MATTEL, INC.

16

17     **IT IS SO ORDERED.**

18

19  DATED: _____, 2007   By_____

20                   Hon. Edward Infante (Retired)

                   Discovery Master

21

22

23

24

25

26

27

28                      EXHIBIT _15_ PAGE _72_

07209/2239554.1

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

**NEW YORK**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

**LOS ANGELES**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

**SAN FRANCISCO**
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

**SILICON VALLEY**
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

## LOS ANGELES OFFICE
## FACSIMILE TRANSMISSION

**DATE:**    October 1, 2007          **NUMBER OF PAGES, INCLUDING COVER:**

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Larry McFarland | 310-860-0363 | |

**FROM:**    Sandy Caruthers/Alex Stolyar

**RE:**

**MESSAGE:**



| CLIENT # | 7209 | ROUTE/ RETURN TO: | | ☐ CONFIRM FAX<br>☐ INCLUDE CONF. REPORT |
|---|---|---|---|---|
| OPERATOR: | | | CONFIRMED? | ☐ NO  ☐ YES: |

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

**IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE.**

EXHIBIT _15_ PAGE _73_

# EXHIBIT 16

OCT 04 2007 16:27 FR KE⊙ MCFARLAND WILSO   3100600363 TO `134433100       P.02/06

# KEATS McFARLAND & WILSON LLP

## ATTORNEYS AT LAW

9720 WILSHIRE BOULEVARD
PENTHOUSE SUITE
BEVERLY HILLS. CALIFORNIA 90212

www.kmwlaw.com

TEL (310) 248-3830
FAX (310) 860-0363

WRITER'S DIRECT DIAL

(310) 777-3750

WRITER'S EMAIL

lmcfarland@kmwlaw.com

October 4, 2007

## VIA FACSIMILE

Michael Zeller, Esq.
Quinn Emanuel Urquhart Oliver & Hedges LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017

   Re:    Mattel v. Bryant

Dear Michael:

   I am writing in response to your letter dated October 1, 2007, regarding your proposed stipulation and order.

   Unfortunately, your proposed stipulation does not accurately set forth the history of my efforts to move the deposition process forward. For example, you state:

   WHEREAS, Mattel has been actively seeking deposition dates for each of the foregoing since at least as early as June 2007;

   WHEREAS, not having received proposed deposition dates, Mattel sent counsel for Veronica Marlow, Elise Cloonan, Sarah Halpern and Margaret Hatch-Leahy a meet and confer letter on September 19, 2007, and the parties subsequently met and conferred on September 27, 2007 in connection with a contemplated motion to compel by Mattel;

   This recitation makes it sound as though I have been uncooperative or obstructionist, when nothing could be further from the truth. As you and Ms. Wines know, I have in fact been working diligently to get all of the documents produced from these third party witnesses and to schedule their depositions. In addition, I have consistently taken the position that we need to resolve the document review and production issues with respect to my four witnesses prior to the depositions. My reason for this is simple. I do not want you to be able to use the fact that you do not have all of the witnesses' documents prior to their depositions as a basis to depose them a second time. These are all third party witnesses and I am only willing to agree for them to be deposed for one day up to seven hours as set forth in the federal rules.

EXHIBIT 16 PAGE 74

OCT 04 2007 16:27 FR KE~ S MCFARLAND WILSO 3108600363 TO ~~134433100    P.03/06

Michael Zeller, Esq.
October 4, 2007
Page 2

With respect to your statement in the stipulation that there have been "delays" in the production of these witnesses, to the extent that there have been any such delays, they are due to the actions of and positions taken by your firm. Without limitation, these include your firm's unreasonable proposal regarding the procedures for the review of Ms. Halpern's and Ms. Cloonan's computers and the expansive view that your firm takes with respect to what is at issue in this case.

## Computer Review

One of the document review issues that took several months to resolve was the review of the computers from Ms. Cloonan and Ms. Halpern. In a letter dated June 1, 2007, Ms. Wines made the following proposal:

> We will pay for the forensic examination. The examiners will take possession of Ms. Halpern's hard drive, subject to the confidentiality provisions in the protective order. The examiners will make a forensic "image" of the hard drive, to determine whether the hard drive has been "wiped clean." If the computer has not been "wiped clean," then the parties can discuss the terms of the key word search, which will be used to generate a report of the files remaining on the hard drive.

I met and conferred with Ms. Wines regarding my position that your firm's position that "Mattel is clearly entitled to these computer hard drives" was unreasonable and invaded our clients' privacy rights. In a letter dated June 21, 2007, Ms. Wines set forth Mattel's justification for Mattel's position that it should be allowed to obtain possession of my clients' hard drives. In a letter dated June 28, 2007, I set forth my position as to why Mattel's proposal was unreasonable, and suggested a protocol for the computer review as follows:

- Your firm and ours mutually agree on an independent third-party, who is an expert in the field of computer forensics, to conduct the necessary inspection and "mirror image" copying of our clients' computer hard drives. The inspection shall include searches for relevant deleted documents and metadata. If no expert can be jointly agreed upon, the Court shall select an expert. Regardless of the method of selection, the chosen expert shall sign the protective order to maintain confidentiality of the documents copied. To the extent that the computer expert has direct or indirect access to information protected by the attorney-client privilege, such "disclosure" shall not result in a waiver of the attorney-client privilege. Mattel shall pay all costs for this computer expert;

- Once the expert has been chosen, the expert shall make the "mirror image" copies of Ms. Cloonan's and Ms. Halpern's computer hard drives and shall search for relevant deleted documents and metadata. Only us and Ms. Cloonan and/or Ms. Halpern may be present when the computer is inspected and the mirror images made. Thereafter, the expert shall

EXHIBIT _16_ PAGE _75_

OCT 04 2007 16:27 FR KI___'S MCFARLAND WILSO   3106600363 TO___9134433100        P.04/06

Michael Zeller, Esq.
October 4, 2007
Page 3

deliver the "mirror image" copies to us, as counsel for Ms. Cloonan and Ms. Halpern, for our review;

- We will print and review any recovered documents and produce to you all non-privileged documents that are responsive to the subpoenas served on Ms. Cloonan and/or Ms. Halpern, as the case may be. We will set forth all documents that are withheld on a claim of privilege in a privilege log. Depending on the volume of data recovered from the computers, the parties may need to meet and confer regarding relevant search terms so as to make the task of searching the hard drives manageable; and

- We shall be the sole custodian of the "mirror image" copies throughout the litigation.

In a letter dated August 27, 2007, Ms. Wines backed down from your firm's position that copies of the hard drives be provided to you, but incorrectly included two witnesses in the protocol, Ms. Leahy and Ms. Marlow, that we had not discussed. In a letter dated September 7, 2007, I objected to the addition of these two witnesses and also stated that the protocol needed to include the search terms. These issues were resolved and I signed the computer review protocol on September 27, 2007. In addition, I subsequently learned that Ms. Leahy had external hard drives for review, and I agreed to add the review of her hard drives to the protocol. Yesterday, I sent an email to Rick Albee at Data Chasers authorizing him to pick up the computers and hard drives and today he has picked up the two computers and the two hard drives. As I again stated to Alex Stolyar yesterday, all of the activities set forth in the agreed protocol must be completed prior to the depositions of Ms. Halpern, Ms. Leahy and Ms. Cloonan because I am not willing to have these third party witnesses deposed twice. Given that Mr. Albee has picked up the equipment, and assuming that Mr. Albee conducts the review promptly, this should be able to be accomplished.

### Production of Additional Documents

As you know, your firm served Rule 45 subpoenas on Mattel Federal Credit Union ("MFCU") for all banking records for Ms. Leahy and Ms. Cloonan and a similar subpoena on Wells Fargo for the records of Ms. Marlow. We had to meet and confer with Ms. Wines to get your firm to back down from its position that you were entitled to all of our client's bank records regardless of whether they related to this case. We were able to reach a resolution of this issue on the basis that the checks would be produced to our firm and we would review the checks and produce those relating to agreed upon persons and entities. Based on this agreement, on July 23, 2007, I produced bank records for Ms. Cloonan that related to the agreed upon person and/or entities and confirmed that no such documents existed with respect to the MFCU bank records for Ms. Leahy.

In addition, our clients have continued to search for responsive documents and we have continued to produce additional documents. This additional document production has been driven in large part by Mattel's position as set forth in Ms. Lewis' July 20, 2007, letter that Mattel is:

EXHIBIT 16 PAGE 74

OCT 04 2007 16:28 FR KE  MCFARLAND WILSO  3108600363 TO  134433100          P.05/06

Michael Zeller, Esq.
October 4, 2007
Page 4

...entitled to any documents Ms. Marlow, Ms. Leahy, Ms. Halpern or Ms. Cloonan have relating to Bratz or Bratz derivative works through the present time.  As I mentioned in my email earlier today, we also are entitled, per the court's order of January 25, 2007, to documents relating to Angel, Angel Baby, Prayer Angel or any other product on which any of your clients worked with Carter Bryant.

Based on this much more expansive view of what is at issue in this case, our clients have been re-reviewing their documents. As you know, on August 14, 2007, we produced additional documents from Ms. Leahy.  On September 24, 2007, we produced additional documents from Ms. Marlow.  In addition, as I have stated, we are reviewing additional documents that Ms. Leahy and Ms. Marlow have located.  These documents should be available for your review by the end of next week.

In addition to the above issues, I have been trying to get an answer regarding the documents that Mattel has designated as Attorneys Eyes Only ("AEO").  As set forth in my letter dated September 21, 2007:

Finally, I note that many documents that Mattel has produced in this litigation are designated as Attorney Eyes Only ("AEO").  In order to properly prepare my witnesses, I need two things.  First, I need to know well prior to the depositions if Mattel plans to show any AEO documents to my witnesses during the depositions.  If so, I need for Mattel to identify those documents to me and to provide me with permission to show such documents to my witnesses prior to their depositions so that they can be adequately prepared.

In my letter dated September 27, I reiterated this request and in my letter dated October 2, I stated as follows:

I am writing to follow up with my letter dated September 21, 2007 and my subsequent letter dated September 27, 2007, regarding any Attorneys' Eyes Only ("AEO") designated documents which you plan to utilize during the depositions of my clients.  Given that I have now provided you with dates for each of my witnesses, I am requesting that you provide me any AEO documents that you plan to use at least fourteen (14) days before the date of said depositions.  I also need permission to show such documents to my witnesses prior to their depositions so that they can be adequately prepared.  Based upon the impending deposition dates, please advise me as soon as possible regarding this matter.

I still have not received a response to this request, and I look forward to receiving one.

EXHIBIT _16_ PAGE _77_

OCT 04 2007 16:28 FR K&    G MCFARLAND WILSO    3108600363 TO    134433100    P.06/06

Michael Zeller, Esq.
October 4, 2007
Page 5

In conclusion, I am not able to sign the stipulation that you have proposed because it does not accurately set forth all of the extraordinary efforts that I have undertaken to move this process forward, but instead insinuates that I am the one that has been dilatory. In addition, I find it improper and uncalled for that you would ask me to stipulate to an order. I have worked hard to try and obtain all of the responsive documents and to have that project completed prior to the depositions. I have also provided you with dates that I and my witnesses are available. That is all that should be required.

Very truly yours,

Larry W. McFarland
Keats McFarland & Wilson LLP

LWM/jlt

EXHIBIT 16 PAGE 78

# KEATS McFARLAND & WILSON LLP

## ATTORNEYS AT LAW

9720 WILSHIRE BOULEVARD
PENTHOUSE SUITE
BEVERLY HILLS, CALIFORNIA 90212
TELEPHONE (310) 248-3830
FAX (310) 860-0363

---

## FACSIMILE TRANSMITTAL SHEET

| | | | |
|---|---|---|---|
| **To:** | Michael Zeller, Esq. | **From:** | Larry W. McFarland, Esq. |
| **Company:** | Quinn Emanuel Urquhart Oliver & Hedges, LLP | **Date:** | 10/4/2007 |
| **Fax No.:** | 213-443-3100 | **Pages:** | 6 |
| **Phone No.:** | 213-443-3000 | **Ref No.:** | 10595.1 |
| **Re:** | Mattel v. Bryant | | |

---

☐ URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

---

NOTES/COMMENTS:

Please see attachment.

**PRIVACY NOTICE**

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW.

If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at the above address via the U.S. Postal Service. Thank you.

EXHIBIT 16 PAGE 79

# EXHIBIT 17

**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA 92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.    CV 04-09049 SGL(RNBx)                    Date: October 15, 2007
Title:      CARTER BRYANT -v- MATTEL, INC.
            AND CONSOLIDATED ACTIONS

==========================================================================

PRESENT:   HONORABLE STEPHEN G. LARSON, U.S. DISTRICT JUDGE

           Jim Holmes                          Theresa Lanza
           Courtroom Deputy Clerk              Court Reporter

ATTORNEYS PRESENT FOR CARTER          ATTORNEYS PRESENT FOR MATTEL:
BRYANT:

Matthew M. Werdegar                   Jon D. Corey
                                      B. Dylan Proctor
                                      Michael T. Geller

ATTORNEYS PRESENT FOR MGA:

Scott H. Dunham
Marc Feinstein
Aman Khan
Thomas J. Nolan
Carl A. Roth

PROCEEDINGS:   **ORDER REGARDING STATUS CONFERENCE**

        The Court held a status conference.  The Court informed counsel that it had reviewed
MGA's transition plan and had approved the proposed substitution of counsel.

        As discussed, the Court enters what the parties have termed a "soft stay" until October 31,
2007.  Specifically, all proceedings and discovery are STAYED during that time, including the
October 23, 2007, discovery matter before Judge Infante; however, the parties shall continue to
produce paper discovery and they may continue to serve discovery requests.

        Pursuant to this stay, the Court continues the Motion to Strike Carlos Gustavo Machado

MINUTES FORM 90                                           Initials of Deputy Clerk __jh__
CIVIL -- GEN                                              DO/30

10-15                       DOCKETED ON CM

                            OCT 16 2007

                            BY _____ N045

EXHIBIT 17 PAGE 80




Gomez's Affirmative Defenses, set on this Court's calendar for October 22, 2007, to November 5, 2007, at 10:00 a.m. in Courtroom #1 of the above-referenced Court.

The Court sets a further status conference, on October 31, 2007, at 1:00 p.m., in Courtroom #1 of the above-referenced Court. Lead trial counsel and/or attorneys of record who can make commitments on behalf of lead trial counsel shall be present. The parties shall be prepared to address any issues related to the transition plan, whether the stay imposed by the Court should remain in place (and if so, for how long), and the selection of a settlement officer.

The parties are encouraged to assess whether the services of Ambassador Pierre-Richard Prosper as a settlement officer would be helpful to a resolution of the consolidated actions as discussed on the record. The Court will inquire as to whether any parties have any objection to Ambassador Prosper serving as the settlement officer herein, and will thereafter set a time frame for conducting settlement proceedings. For the parties' convenience, the resume of Ambassador Prosper is attached.

IT IS SO ORDERED.

c:    Judge Infante

EXHIBIT __17__ PAGE __81__

# EXHIBIT 18

# PRIORITY SEND

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.    CV 04-09049 SGL(RNBx)                          Date: October 31, 2007
Title:      CARTER BRYANT -v- MATTEL, INC.
            AND CONSOLIDATED ACTIONS

PRESENT:    HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

    Jim Holmes                              Theresa Lanza
    Courtroom Deputy Clerk                  Court Reporter

ATTORNEYS PRESENT FOR CARTER          ATTORNEYS PRESENT FOR MATTEL:
BRYANT:

Christa Martine Anderson              John Quinn
Matthew M. Werdegar                   Jon D. Corey
                                      Michael T. Zeller

ATTORNEYS PRESENT FOR MGA:            ATTORNEY PRESENT FOR CARLOS
                                      GUSTAVO MACHADO GOMEZ:

Thomas J. Nolan                       Alexander H. Cote
Carl A. Roth

PROCEEDINGS:    ORDER REGARDING STATUS CONFERENCE

        The Court held a status conference to consider the current schedule set for Phase 1 of the
consolidated cases as well as the issue of the selection of a settlement officer for both Phase 1
and Phase 2 of the consolidated cases.

        For reasons discussed on the record, the Court enters a two-week STAY in these actions,
beginning November 1, 2007, and continuing through November 14, 2007.  During that time, the
parties shall serve no discovery requests (including subpoenas) on parties or third parties.  The
obligation to respond to any outstanding discovery requests is likewise suspended for that time
frame.  No depositions shall be conducted during this time.  The matters to be heard before Judge
Infante, the discovery master herein, are to be rescheduled to a date determined by Judge Infante,

MINUTES FORM 90                                    Initials of Deputy Clerk __jh_____
CIVIL -- GEN                      1                Time: 00/20

EXHIBIT 16 PAGE 82

provided, however, that such date is no earlier than November 26, 2007, and that no opposition or reply papers may be required to be filed during the pendency of the stay.

The Court CONTINUES the November 19, 2007, hearing on the Motion For Leave to Serve A Supplemental Interrogatory to December 3, 2007, at 10:00 a.m.

The current schedule regarding Phase 1 of the trial in these consolidated actions is modified as follows:

| | |
|---|---|
| Fact discovery cutoff: | 01/28/08 |
| Initial Expert Reports: | 02/11/08 |
| Rebuttal Expert Reports: | 03/17/08 |
| Last date for settlement conference: | VACATED (see below for Court's directive regarding mandatory settlement procedures) |
| Expert discovery cutoff: | 03/31/08 |
| Dispositive Motions hearing cutoff: | 03/31/08 @ 10:00 a.m. |
| Pretrial conference order and associated trial documents including proposed jury instructions: | 04/21/08 |
| Filing of Motions in Limine: | 05/05/08 |
| Pretrial conference: | 05/05/08 @ 11:00 a.m. |
| Hearing on Motions in Limine and Jury Instructions: | 05/19/08 @ 11:00 a.m. |
| Trial: | 05/27/08 @ 9:00 a.m. |

The schedule for Phase 2, previously set by the Court by Order filed February 22, 2007, in the case captioned <u>MGA Entertainment, Inc. v. Mattel, Inc., et al.</u>, CV 05-02727, is VACATED. The Court will consider the scheduling of Phase 2 at a later date. However, the Court DENIES MGA's request to delay or otherwise bifurcate discovery regarding Phase 2 issues.

At the status conference, the parties acknowledged on the record their mutual agreement to the selection of Ambassador Pierre-Richard Prosper as the settlement officer for these

MINUTES FORM 90                                        Initials of Deputy Clerk __jh_____
CIVIL -- GEN                          2                 Time: 00/20

EXHIBIT 19 PAGE 83

consolidated cases, and the Court hereby APPOINTS him in that capacity. Counsel are directed to contact Ambassador Prosper to schedule a settlement conference on or before December 1, 2007. The settlement conference is to be directed towards resolution of both phases of this litigation. Counsel are ORDERED to carefully and diligently follow Ambassador Prosper's directions concerning preparation for and conduct at any settlement conferences. The parties will be jointly responsible for paying the Ambassador's reasonable and customary rate for services rendered. A failure to comply with this order, or a failure to provide reasonable compensation to the Settlement Officer upon completion of the mediation, may result in the imposition of appropriate sanctions. Ambassador Prosper is directed to provide a status report to the Court following the conclusion of the settlement efforts.

IT IS SO ORDERED.

c:      Judge Infante
        Ambassador Prosper

MINUTES FORM 90                                      Initials of Deputy Clerk __jh_____
CIVIL -- GEN                        3               Time: 00/20

EXHIBIT _18_ PAGE _84_

RightFAX                    11/1/2007 10:41   PAGE 005/005   Fax Server

# NOTICE PARTY SERVICE LIST

Case No. CV 04-09049 SGL(RNBx)   Case Title Carter Bryant v. Mattel, Inc.

Title of Document  Minute Order Issued October 31, 2007

| | |
|---|---|
| | Atty Sttlmnt Officer Panel Coordinator |
| | BAP (Bankruptcy Appellate Panel) |
| | Beck, Michael J (Clerk, MDL Panel) |
| | BOP (Bureau of Prisons) |
| | CA St Pub Defender (Calif. State PD) |
| | CAAG (California Attorney General's Office - Keith H. Borjon, L.A. Death Penalty Coordinator) |
| | Case Asgmt Admin (Case Assignment Administrator) |
| | Catterson, Cathy (9th Circuit Court of Appeal) |
| | Chief Deputy Admin |
| | Chief Deputy Ops |
| | Clerk of Court |
| | Death Penalty H/C (Law Clerks) |
| | Dep In Chg E Div |
| | Dep In Chg So Div |
| | Federal Public Defender |
| | Fiscal Section |
| | Intake Section, Criminal LA |
| | Intake Section, Criminal SA |
| | Intake Supervisor, Civil |
| | PIA Clerk - Los Angeles (PIALA) |
| | PIA Clerk - Riverside (PIAED) |
| | PIA Clerk - Santa Ana (PIASA) |
| | PSA - Los Angeles (PSALA) |
| | PSA - Riverside (PSAED) |
| | PSA - Santa Ana (PSASA) |
| | Schnack, Randall (CJA Supervising Attorney) |
| | Statistics Clerk |

| | |
|---|---|
| | US Attorneys Office - Civil Division -L.A. |
| | US Attorneys Office - Civil Division - S.A. |
| | US Attorneys Office - Criminal Division -L.A. |
| | US Attorneys Office - Criminal Division -S.A. |
| | US Bankruptcy Court |
| | US Marshal Service - Los Angeles (USMLA) |
| | US Marshal Service - Riverside (USMED) |
| | US Marshal Service -Santa Ana (USMSA) |
| | US Probation Office (USPO) |
| | US Trustee's Office |
| | Warden, San Quentin State Prison, CA |

✔ *ADD NEW NOTICE PARTY*
(if sending by fax, mailing address must also be provided)

Name: Ambassador Pierre-Richard Prosper

Firm:

Address (include suite or floor): P.O. Box 581103

Salt Lake City, UT 84158

*E-mail: prposper@gmail.com

*Fax No.:
* For CIVIL cases only

| *JUDGE / MAGISTRATE JUDGE (list below):* |
|---|
| |
| |
| |

Initials of Deputy Clerk jh

G-75   (03/07)                 NOTICE PARTY SERVICE LIST

EXHIBIT 18 PAGE 85

RightFAX                    11/1/2007 10:41 PAGE 001/005   Fax Server

**From:**   Name:          United States District Court
                            312 North Spring Street
                            Los Angeles, CA 90012
            Voice Phone:   (213) 894-5474

**To:**     Name:          Michael Zeller
            Company:
                            865 S Figueroa St, 10th Fl,
            City/State:    Los Angeles, CA 90017-2543
            Fax Number:    213-624-0643

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**


## Automated Document Delivery Service

*Notice pursuant to Rule 77(d) FRCiv.P*
*The attached copy is hereby served upon you pursuant to Federal Rule of Civil Procedure 77(d).*

**Fax Notes:**

Case 2:04-cv-9049, Doc 1104 : Carter Bryant v. Mattel Inc

*E-Filing of Civil Cases*
*The court has authorized the mandatory E-Filing of Civil Cases effective January 1, 2008, for all new and pending civil cases. Training is mandatory and begins September 2007. Please log-on to www.cacd.uscourts.gov and click on the CM/ECF button for additional information about training, hardware and software requirements and other information necessary to participate in the mandatory E-filing of civil cases.*
*E-Filing of Patent, Trademark and Copyright Cases*
*The Court has authorized mandatory electronic-filing in patent, trademark and copyright cases, effective November 1, 2007. Attorneys of record will be required to: 1. Attend a training class at the court, 2. Attend a training class through a private vendor sponsored by a Bar Association, 3. Complete the Court's online computer-based training program, or 4. Provide proof of a password and login provided by another federal district court in order to waive the local training requirement. Support staff are also encouraged to attend the training. To schedule training, visit the Court's CM/ECF website for information on all training options. Additional information, including a link to the CM/ECF page and hardware and software requirements, are available at www.cacd.uscourts.gov.*

**Call 213-894-5474 for help and free technical support.**

*If you received this document in error because the attorney with whom this document is directed is no longer the attorney on the case, a Notice of Change of Attorney Information, form G-6, must be filed. If there are other cases which you've received documents for which you are no longer the attorney, separate notices must be filed for each case. Failure to do so will result in the continued sending of documents to you. Form G-6 is available on the court's website at www.cacd.uscourts.gov or at the Clerk's Office.*

Date and time of transmission:        **Thursday, November 01, 2007 10:40:50 AM**
Number of pages including this cover sheet: 05

EXHIBIT 18 PAGE 86

# EXHIBIT 19

Received:  10/18/07  2:58PM;  Quinn,Emanuel,Urquhart,Oliver,&H;  #593;  Page 2
OCT 16 2007 14:53 FR  ITS MCFARLAND WILSON  3108600363  29458105278R00001 P.02/02

# KEATS McFARLAND & WILSON LLP

## ATTORNEYS AT LAW

9720 WILSHIRE BOULEVARD
PENTHOUSE SUITE
BEVERLY HILLS, CALIFORNIA 90212

www.kmwlaw.com

TEL (310) 248-3830
FAX (310) 860-0363

WRITER'S DIRECT DIAL

(310) 777-3750

WRITER'S EMAIL

lmcfarland@kmwlaw.com

October 16, 2007

**VIA FACSIMILE**

Michael Zeller
Dylan Proctor
Quinn Emanuel Urquhart Oliver & Hedges LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017

Re:    Mattel v. Bryant

Dear Michael:

This letter is to confirm that based on the stay entered with respect to the above action, the depositions of Sarah Halpern and Margaret Leahy, scheduled for October 29th and October 30th respectively, will not go forward on those dates.

Very truly yours,

Larry W. McFarland
Keats McFarland & Wilson LLP

LWM/ccd
cc:    Thomas J. Nolan
        Michael H. Page

EXHIBIT 19  PAGE 87

# KEATS McFARLAND & WILSON LLP

## ATTORNEYS AT LAW

9720 WILSHIRE BOULEVARD
PENTHOUSE SUITE
BEVERLY HILLS, CALIFORNIA 90212
TELEPHONE (310) 248-3830
FAX (310) 860-0363

---

# FACSIMILE TRANSMITTAL SHEET

| To: | Michael Zeller, Esq.<br>Dylan Proctor | From: | Larry W. McFarland, Esq. |
|---|---|---|---|
| Company: | Quinn Emanuel Urquhart Oliver & Hedges, LLP | Date: | 10/16/2007 |
| Fax No.: | 213-443-3100 | Pages: | 2 |
| Phone No.: | 213-443-3000 | Ref No : | 30595.1 |
| Re: | Mattel v. Bryant | | |

☐ URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

---

NOTES/COMMENTS:

Please see attached correspondence.

PRIVACY NOTICE

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW.

If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at the above address via the U.S. Postal Service. Thank you.

EXHIBIT 19 PAGE 88