| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
| | John B. Quinn (Bar No. 090378) |
| 2 | johnquinn@quinnemanuel.com |
| | Michael T. Zeller (Bar No. 196417) |
| 3 | (michaelzeller@quinnemanuel.com) |
| | Jon D. Corey (Bar No. 185066) |
| 4 | (joncorey@quinnemanuel.com) |
| | 865 South Figueroa Street, 10th Floor |
| 5 | Los Angeles, California 90017-2543 |
| | Telephone: (213) 443-3000 |
| 6 | Facsimile: (213) 443-3100 |

Attorneys for Plaintiff Mattel, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
| vs. | |
| MATTEL, INC., a Delaware corporation, | Hon. Stephen G. Larson |
| Defendant. | [PROPOSED] ORDER RE: PLAINTIFF MATTEL, INC.'S *EX PARTE* APPLICATION TO (1) COMPEL DEPOSITIONS OF ELISE CLOONAN, MARGARET HATCH-LEAHY, AND VERONICA MARLOW OR (2) IN THE ALTERNATIVE, MODIFY THE SCHEDULING ORDER |
| AND CONSOLIDATED CASES | |
| | [Local Rule 7-19] |
| | Hearing Date: November 16, 2007<br>Time: 10:00 a.m.<br>Place: Courtroom 1 |
| | Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2294941.1

-1-

[PROPOSED] ORDER

[PROPOSED] ORDER

Having considered Mattel, Inc.'s *Ex Parte* Application to (1) Compel the Depositions of Elise Cloonan, Margaret Hatch-Leahy and Veronica Marlow or (2), in the Alternative, Modify the Scheduling Order, oppositions thereto and all other papers filed in connection therewith, and finding good cause therefore,

IT IS HEREBY ORDERED that

1.  Elise Cloonan, Margaret Hatch-Leahy and Veronica Marlow shall appear for deposition in Los Angeles on or before December 7, 2007; OR

2.  Mattel, Inc. will be allowed to take discovery based on testimony of these witnesses until the later of:

    (a)  the Phase One factual discovery cutoff; or

    (b)  two months following the completion of the last of their depositions.

DATED:                    . 2007

_____
Hon. Stephen G. Larson

07209/2294941.1

-2-

[PROPOSED] ORDER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28