QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff
Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>APPLICATION TO FILE UNDER SEAL CERTAIN EXHIBITS TO THE DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S *EX PARTE* APPLICATION TO: (1) COMPEL DEPOSITIONS OF ELISE CLOONAN, MARGARET HATCH-LEAHY, AND VERONICA MARLOW OR (2) IN THE ALTERNATIVE, MODIFY THE SCHEDULING ORDER<br><br>[PROPOSED] ORDER<br><br>[Local Rule 79-5.1]<br><br>Date:   TBA<br>Time:  TBA<br>Place:  Telephonic<br><br>**Phase 1**<br>Discovery Cut-Off:   January 14, 2008<br>Pre-Trial Conference: April 7, 2008<br>Trial Date:                April 29, 2008<br><br>**Phase 2**<br>Discovery Cut-Off:   March 3, 2008<br>Pre-Trial Conference: June 2, 2008<br>Trial Date:                July 1, 2008 |

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, plaintiff Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal Exhibits 32-36 and 44 to the concurrently filed Declaration of B. Dylan Proctor in support of Mattel's *Ex Parte* Application to (1) Compel Depositions of Elise Cloonan, Margaret Hatch-Leahy and Veronica Marlow or (2) in the Alternative, Modify the Scheduling Order ("Proctor Declaration").

The Proctor Declaration attaches as exhibits documents that MGA Entertainment, Inc. ("MGA") and/or Carter Bryant have designated as "Confidential" and/or "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order. As Exhibits 32-36 and 44 to the Proctor Declaration consist of materials designated by MGA and/or Bryant as "Confidential" and/or "Confidential--Attorneys' Eyes Only," Mattel requests that the Court order that these exhibits be filed under seal.

In the alternative, Mattel requests that the Court declare these exhibits to be outside the definition of "Confidential" and/or "Confidential--Attorneys' Eyes Only" as contained in the Stipulated Protective Order and order them to be filed as part of the public record.

DATED: November 15, 2007            QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

                                    By _____
                                       B. Dylan Proctor
                                       Attorneys for Plaintiff
                                       Mattel, Inc.

## [PROPOSED] ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Exhibits 32-36 and 44 to the Declaration of B. Dylan Proctor submitted in support of Mattel's *Ex Parte* Application to (1) Compel Depositions of Elise Cloonan, Margaret Hatch-Leahy and Veronica Marlow or (2) in the Alternative, Modify the Scheduling Order are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED:              , 2007  _____
Hon. Stephen G. Larson
United States District Judge