**SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.    CV 04-09049 SGL(RNBx)                                     Date:  November 15, 2007

Title:    CARTER BRYANT -*v*- MATTEL, INC.
================================================================
PRESENT:  HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

| Jim Holmes | None Present |
| Courtroom Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None present                                                      None present

PROCEEDINGS:   **ORDER VACATING NOTICED HEARING; ORDER SETTING DEADLINE TO FILE OPPOSITION; AND ORDER SETTING HEARING ON EX PARTE APPLICATION; REQUIREMENT OF ATTENDANCE OF LEAD COUNSEL FOR ALL PARTIES** (IN CHAMBERS)

The Court has received and reviewed Mattel, Inc.'s ex parte application to compel depositions of Elise Cloonan, Margaret Hatch-Leahy, and Veronica Marlow, or in the alternative to modify the scheduling order, filed on November 15, 2007.

The Court hereby **VACATES** the noticed hearing on the application set for November 16, 2007, at 10:00 a.m.

Any opposition to the ex parte application must be filed no later than November 16, 2007, at 4:30 p.m.  The Court sets a hearing on the ex parte application on Tuesday, November 20, 2007, at 10:00 a.m., unless the Court determines in the interim that the matter may be resolved on the papers.   Lead counsel for all parties are **ORDERED** to be present at the hearing on the ex parte application.  The Court intends to clarify the identity of lead counsel at the hearing for purposes of all future hearings, settlement conference(s), and trial(s) in this matter.

**IT IS SO ORDERED.**

MINUTES FORM 90                                                                              Initials of Deputy Clerk:  jh
CIVIL -- GEN