QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
| vs. | |
| MATTEL, INC., a Delaware corporation, | **SECOND STIPULATION RE CONTINUANCE OF TIME FOR OBJECTIONS TO THE DISCOVERY MASTER'S SEPTEMBER 28, 2007 ORDER; AND** |
| Defendant. | |
| CONSOLIDATED ACTIONS | **[Proposed Order filed concurrently]** |

**Phase 1:**
Discovery Cut-off:        January 28, 2008
Pre-trial Conference:    May 5, 2008
Trial Date:                    May 27, 2008

**Phase 2:**
Discovery Cut-off:        N/A
Pre-trial Conference:    N/A
Trial Date:   N/A

1    **WHEREAS**, on September 28, 2007, Discovery Master Infante issued
2    an Order Granting in Part Mattel's Motion for Additional Time to Depose Carter
3    Bryant for All Purposes ("Order");

4    **WHEREAS**, the initial deadline for objections to that Order  was
5    October 15, 2007;

6    **WHEREAS**, in connection with any such objections, Mattel, Inc.
7    ("Mattel") anticipates seeking leave of Court to for additional discovery;

8    WHEREAS, by stipulation entered as an Order of the Court, the initial
9    deadline for objections was extended through October 29, 2007, and the case was
10   then stayed through November 14, 2007 pursuant to the Court's Order of October
11   31, 2007;

12   **WHEREAS**, the recent substitution of counsel for the MGA parties
13   has precluded Mattel from being able to meet and confer, and potentially to reach an
14   agreement on these discovery issues with all counsel; **WHEREAS,** the parties seek
15   an additional, brief extension of time of three Court days for any objections to
16   discuss, and potentially to reach an agreement on discovery issues.

17   **IT IS THEREFORE AGREED AND STIPULATED** by and among
18   Mattel and Bryant, by and through their counsel of record, and subject to approval
19   of the Court, that the time for any party to file and serve objections to or any motion
20   in connection with the Order is continued to and through Monday, November 19,
21   2007.

22   This is the second stipulation and [proposed] Order seeking to extend
23   the deadline for objections, if any, to the Order.  The purpose of this stipulation is

24
25
26
27
28

07209/2296509.1

STIPULATION AND ORDER

1  not to create delay but rather to afford the parties sufficient time to fully and fairly

2  attempt resolution without Court intervention.

3  Dated: November 15, 2007

4                                              /s/ John Trinidad
                                            JOHN TRINIDAD
5                                       KEKER & VAN NEST, LLP
                                        Attorneys For CARTER BRYANT
6

7

8

9  Dated: November 15, 2007

10                                             /s/ Thomas Nolan
                                            THOMAS NOLAN
11                                     SKADDEN ARPS SLATE MEAGHER
                                            & FLOM, LLP
12                                      Attorneys for MGA, INC.

13

14

15  Dated: November 15, 2007

16                                             /s/ Michael T. Zeller

17                                          MICHAEL T. ZELLER
                                       QUINN EMANUEL URQUHART
18                                       OLIVER & HEDGES, LLP
                                        Attorneys for MATTEL, INC.
19

20

21

22

23

24

25

26

27

28

-3-

STIPULATION AND ORDER