QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>            Plaintiff,<br><br>       vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>            Defendant.<br><br>CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**[PROPOSED] ORDER ON SECOND STIPULATION RE CONTINUANCE OF TIME FOR OBJECTIONS TO THE DISCOVERY MASTER'S SEPTEMBER 28, 2007 ORDER;**<br><br>**Phase 1:**<br>Discovery Cut-off:     January 28, 2008<br>Pre-trial Conference:  May 5, 2008<br>Trial Date:            May 27, 2008<br><br>**Phase 2:**<br>Discovery Cut-off:     N/A<br>Pre-trial Conference:  N/A<br>Trial Date:   N/A |

07209/2297726.1

-1-

Case No. CV 04-9049 SGL (RNBx)
STIPULATION AND ORDER

1 **[PROPOSED] ORDER**

2    IT IS HEREBY ORDERED THAT the time for any party to file and
3 serve objections to or any motion in connection with the Discovery Master's
4 September 28, 2007 Order Granting in Part Mattel's Motion for Additional Time to
5 Depose Carter Bryant for All Purposes is continued to and through November 19,
6 2007.

7 DATED:_____, 2007        _____
                                      HON. STEPHEN G. LARSON
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

07209/2297726.1 07209/
2296509.1

-2-

STIPULATION AND ORDER