# EXHIBIT 1

# KEATS McFARLAND & WILSON LLP
## ATTORNEYS AT LAW

TEL (310) 248-3830
FAX (310) 860-0363

9720 WILSHIRE BOULEVARD
PENTHOUSE SUITE
BEVERLY HILLS, CALIFORNIA 90212

www.kmwlaw.com

WRITER'S DIRECT DIAL
(310) 777-3750

WRITER'S EMAIL
lmcfarland@kmwlaw.com

November 14, 2007

VIA FACSIMILE, E-MAIL and U.S. MAIL

B. Dylan Proctor, Esq.
Quinn Emanuel Urquhart Oliver & Hedges LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017

Re: Mattel v. Bryant

Dear Dylan:

I am writing in response to your letters with respect to Mattel's contemplated motions regarding Ms. Leahy's planner and the deposition dates that I have provided you.

Please let me know Mattel's position with respect to who you believe should hear this dispute if we are unable to resolve our differences.

I look forward to your prompt response.

Very truly yours,

Larry W. McFarland
Keats McFarland & Wilson LLP

LWM/ccd

cc: Thomas J. Nolan
    Michael Page

EXHIBIT 1 PAGE 5

```
** TX STATUS REPORT **           AS OF  NOV 14 2007 12:27   PAGE.01

                                              KEATS MCFARLAND WILSO

      DATE  TIME     TO/FROM       MODE    MIN/SEC   PGS   JOB#  STATUS
  30  11/14 12:26 433100         4433 EC--S  00'19"  002   169   OK
```

# KEATS McFARLAND & WILSON LLP
### ATTORNEYS AT LAW
9720 WILSHIRE BOULEVARD
PENTHOUSE SUITE
BEVERLY HILLS, CALIFORNIA 90212
TELEPHONE (310) 248-3830
FAX (310) 860-0363

## FACSIMILE TRANSMITTAL SHEET

| | | | |
|---|---|---|---|
| **To:** | Dylan Proctor, Esq. | **From:** | Larry W. McFarland, Esq. |
| **Company:** | Quinn Emanuel Urquhart Oliver & Hedges, LLP | **Date:** | 11/14/2007 |
| **Fax No.:** | 213-443-3100 | **Pages:** | 2 |
| **Phone No.:** | 213-443-3000 | **Ref No.:** | 10595.1 |
| **Re:** | Mattel v. Bryant | | |

☐ URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

NOTES/COMMENTS:

Please see attached correspondence.

**PRIVACY NOTICE**

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW.

If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at the above address via the U.S. Postal Service. Thank you.

EXHIBIT 1 PAGE 6

# EXHIBIT 2

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

September 25, 2007

**VIA FACSIMILE AND U.S. MAIL**

Amman Khan, Esq.
Christensen, Glaser, Fink, Jacobs, Weil & Shapiro, LLP
1025 Constellation Boulevard, 19th Floor
Los Angeles, California 90067

Re:   Mattel v. Bryant

Dear Mr. Khan:

I write further to our meetings of counsel on September 18 and 21, 2007 regarding deposition scheduling. The parties confirmed dates for the following depositions:

- MGA will produce Lisa Tonnu for deposition on September 24 and 25 at Quinn Emanuel Urquhart Oliver & Hedges LLP's Los Angeles offices starting at 9:30 a.m.

- MGA and Bryant confirmed that the scheduled depositions of Janet Bryant (September 25), Tom Bryant (September 26), Richard Irmen (September 28), Sarah Chui (September 28), Edmond Lee (October 4), Susan Kuemmerle (October 24) and Carlos Machado (October 26) will proceed as scheduled.

- The parties agreed that the deposition of Denise O'Neil will take place on October 3 in Chicago and that the deposition of Maureen Tkacik will take place on September 28 in New York.
**quinn emanuel urquhart oliver & hedges, llp**

NEW YORK | 335 Madison Avenue, 17th Floor, New York, New York 10017 | TEL 212-702-8100 FAX 212-702-8200
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94104 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100
PALM SPRINGS | 45-025 Manitou Drive, Suite 10, Indian Wells, California 92210 | TEL 760-345-4757 FAX 760-345-2414

MGA also provided dates for the following witnesses:

- Ron Brawer on October 25 in Los Angeles (we indicated that we believed that Brawer is an important witness and that we will need two days with him).

- Dan Cooney on October 22 in New York.

- Dave Malacrida on October 18, 2007 (we confirmed this date and will get back to MGA on how much time we believe we will need for Mr. Malacrida).

Mattel will take the Brawer motion off calendar when MGA agrees to stipulate that Mr. Brawer will appear on that date, which Judge Infante can "so order." MGA requested until Thursday, September 27, 2007 to confer with Mr. Brawer. We agreed to give MGA an extension to file its brief in opposition to the Brawer motion to compel until that date.

We informed you that Mattel would like dates for the continued deposition of Samir Khare, pursuant to the parties' agreement that Mattel will have additional time to depose Mr. Khare. You stated on September 21 that MGA had available dates for Mr. Khare, but that you had misplaced them and were unable to provide any dates during our call. You stated that you would provide Mattel dates for Mr. Khare on Friday, September 28, 2007.

Mr. Jenal stated for the first time that MGA takes the position that the testimony of Charlene Brooks and Kerri Brode completed the testimony the Topics in Mattel's Second Rule 30(b)(6) Notice of Deposition of MGA that they were designated for. That is incorrect and, indeed, conflicts with the representation made by MGA in its Objection to Mattel's Submission Regarding Deposition Scheduling and Preliminary Response submitted to Judge Infante. In that submission, MGA stated that Ms. Brooks would be produced on the "completion of topics of Second Notice previously testified to by Kerri Brode." Mattel expects MGA to produce a witness (whether Ms. Brooks or Ms. Brode) on the completion of that Rule 30(b)(6) testimony.

You stated MGA's position that it would not produce any witnesses in response to Mattel's Third Rule 30(b)(6) Notice of MGA until after MGA's motion to compel certain Topics in the Third Notice is ruled on by Judge Infante. MGA refused to produce even those witnesses that it had previously agreed to produce on Topics in the Third Notice that are not subject to Mattel's motion to compel (e.g., Schuyler Bacon and Charlene Brooks), although by separate e-mail on September 20, 2007, MGA confirmed that Ms. Bacon would be produced.

As William Charron acknowledged on the September 18 call, MGA has agreed to produce witnesses on Topic Nos. 16, 18, 20 and 32 in Mattel's Second Rule 30(b)(6) Notice of Deposition

2

EXHIBIT __2__ PAGE __8__

of MGA. You stated that MGA would get back to us on designations and dates for these Topics on Friday, September 28.

You stated that you were not sure whether your firm would be representing Mariana Trueba Alamada or Pablo Vargas San Jose, but that you would get back to us and inform us whether you will be representing either of them. You stated that Christensen Glaser will represent Shirin Salemnia, but you have not yet provided dates on which Mr. Salemnia is available. You also stated that Jeanine Brisbois does not work for MGA, but an MGA subsidiary, and as such MGA will not be producing her. However, you stated that you would inquire as to who would be representing Ms. Brisbois and get back to us. You acknowledged that Christensen Glaser represents Farhad Larian and stated that Mr. Larian would be available for deposition in November. We will get back to you on whether MGA can put off Mr. Larian's deposition until that time.

MGA stated its position that it will not produce Isaac Larian for further deposition regarding Phase 1 issues. However, MGA acknowledged that Mattel is entitled to Mr. Larian's testimony regarding Phase 2. MGA claimed for the first time on the September 18 call that Mr. Larian's deposition is an apex deposition and that Mattel would need to make a the necessary showing of Mr. Larian's personal knowledge of facts in the case before deposing him. MGA's newly stated position is not credible. Mr. Larian is a party in this case and is intimately involved in the facts at issue. Please let me know on Friday, September 28, whether this remains Larian's position.

You confirmed that Anna Rhee's deposition will not being going forward on October 9, 2007 as originally scheduled. You stated that, according to Ms. Rhee's attorney, there are 2 hours and 41 minutes remaining for questioning Ms. Rhee. Mattel has had no opportunity to inquire, and is entitled to the remainder of the time. You asked Mattel to reconsider and proposed splitting this time with Mattel. We will look into the issue and get back to you.

MGA requested dates for the deposition of Matt Bousquette. As we informed you during the parties' first call, Mr. Bousquette is a third party. However, we will try to obtain dates on which is available and get back to MGA. Before we do so, however, you need to provide a date by which MGA will complete its unfair competition document production. MGA also requested dates for Tina Patel, Adrienne Fontanella and Jamie Cygielman. As we informed you, all three are third party witnesses and we do not yet know if we will be representing any of them. You informed us on September 21 that Ms. Patel and Ms. Fontanella have been served, but that Ms. Cygielman has not yet been served with her deposition subpoena.

We offered to produce Mattel's CEO Robert Eckert for one hour in later November or early December. As Mattel's CEO, Mr. Eckert's deposition is an apex deposition and, because his unique personal knowledge of the facts in this case is limited, we do not believe MGA is entitled to more than one hour with him. MGA stated that it believed it would need more than one day to depose Mr. Eckert. If MGA can make a showing that Mr. Eckert has unique personal knowledge

3

EXHIBIT __2__ PAGE __9__

warranting a longer deposition, Mattel will consider producing Mr. Eckert for more than one hour of deposition. We await that showing.

The parties are still meeting and conferring regarding any potentially outstanding Topics in MGA's Rule 30(b)(6) of Mattel and Bryant's Rule 30(b)(6) of Mattel. Mattel has set aside the following dates on which it is available to produce Rule 30(b)(6) witnesses: November 6, 7, 14 and 15 and December 5.

You stated that MGA wants additional time with Jill Nordquist. As we stated on the September 18 call, defendants have already deposed Ms. Nordquist for seven hours and it is Mattel's position that MGA is not entitled to additional time with Ms. Nordquist. You claimed that it was your belief that the parties had agreed that Mattel would produce Ms. Nordquist for additional deposition testimony. That is incorrect. Mattel has entered into no such agreement.

We stated that because Rene Pasko is currently the subject of MGA's "bandying" motion, Mattel would not produce Ms. Pasko for additional deposition until the Court has ruled on that motion. I believe that Ms. Nordquist also falls into this category.

The parties agreed that going forward they will send letters requesting depositions of the opposing party to see if the parties can come to an agreement on the availability of particular witnesses before the depositions of those witnesses are noticed.

We scheduled another call to discuss deposition scheduling for Friday, September 28, 2007 at 9:30 a.m. We look forward to speaking with you then.

Best regards,

*[signature]*

Jon D. Corey

JDC:BBS
07209/2231905.1

cc:   William Charron
      Jim Jenal

4

EXHIBIT __2__ PAGE __10__

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

**NEW YORK**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

**LOS ANGELES**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

**SAN FRANCISCO**
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

**SILICON VALLEY**
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

## LOS ANGELES OFFICE
## FACSIMILE TRANSMISSION

**DATE:** September 25, 2007

**NUMBER OF PAGES, INCLUDING COVER:** 4

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| *Amman Kahn, Esq.*<br>Christensen, Glaser, Fink, Jacobs, Weil & Shapiro, LLP | 310.553.3000 | 310.556.2920 |
| *James Jenal, Esq.*<br>O'Melveny & Myers LLP | 213.430.6584 | 213.430.6407 |
| William J. Charron, Esq.<br>O'Melveny & Myers LLP | 310-246-8462 | 310-246-6779 |

**FROM:** Jon Corey

**RE:** Mattel, Inc. v. Bryant

**MESSAGE:**

Please see attached.

FAXED SEP 2 5 2007

07209/2224559.1

**CLIENT #** 7209  **ROUTE/RETURN TO:** Johanna Lopez -10th

☐ CONFIRM FAX
☐ INCLUDE CONF. REPORT

**OPERATOR:**  **CONFIRMED?** ☐ NO ☐ YES: _____
The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE.

EXHIBIT 2  PAGE 11

```
09/25/2007 10:35 FAX 12134433100         QE-LA                              ☑001

                    ********************************
                    ***   MULTI TX/RX REPORT   ***
                    ********************************
    TX/RX NO              2266
    PGS.                  5
    TX/RX INCOMPLETE
                          -----
    TRANSACTION OK
                   (1)    1*13105562920
                   (2)    1*12134306407
                   (3)    1*13102466779
    ERROR INFORMATION
                          -----
```

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

**NEW YORK**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

**LOS ANGELES**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

**SAN FRANCISCO**
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

**SILICON VALLEY**
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

## LOS ANGELES OFFICE
## FACSIMILE TRANSMISSION

**DATE:** September 25, 2007

**NUMBER OF PAGES, INCLUDING COVER:** 4

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| *Amman Kahn, Esq.* Christensen, Glaser, Fink, Jacobs, Weil & Shapiro, LLP | 310.553.3000 | 310.556.2920 |
| *James Jenal, Esq.* O'Melveny & Myers LLP | 213.430.6584 | 213.430.6407 |
| *William J. Charron, Esq.* O'Melveny & Myers LLP | 310-246-8462 | 310-246-6779 |

**FROM:** Jon Corey

**RE:** Mattel, Inc. v. Bryant

**MESSAGE:**

Please see attached.

EXHIBIT 2 PAGE 12