# EXHIBIT 3

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

September 14, 2007

VIA FACSIMILE AND U.S. MAIL

Amman Kahn, Esq.
Christensen, Glaser, Fink, Jacobs, Weil &
Shapiro, LLP
10250 Constellation Blvd., 19th Floor
Los Angeles, CA 90067

Diana Torres, Esq.
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA 90071-2899

Michael Page, Esq.
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111

James W. Spertus, Esq.
Law Offices of James W. Spertus
12100 Wilshire Blvd., Ste. 620
Los Angeles, CA 90025

Larry McFarland, Esq.
Keats McFarland & Wilson LLP
9720 Wilshire Boulevard, Penthouse Suite
Beverly Hills, California 90212

Re: Mattel v. Bryant

Dear Counsel:

In anticipation of the conference before Judge Infante on Monday, Mattel identifies below those witnesses whose deposition Mattel currently seeks:

quinn emanuel urquhart oliver & hedges, llp

NEW YORK | 115 Madison Avenue, 17th Floor, New York, New York 10017 | TEL 212-702-8100 FAX 212-702-8200
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94104 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100
PALM SPRINGS | 45-025 Manitou Drive, Suite 10, Indian Wells, California 92210 | TEL 760-345-4757 FAX 760-345-2414
SAN DIEGO | 4445 Eastgate Mall, Suite 200, San Diego, California 92121 | TEL 858-812-3107 FAX 858-812-3336

07209/2221385.1

EXHIBIT 3  PAGE 13

**Witnesses Whose Depositions Have Been Ordered But For Whom MGA Has Provided No Dates Despite Mattel's Requests**

1. Paula Garcia -- Topics Nos. 1-10, 12-13, 16-17, 29-30 and 35-36 of Mattel's Second Rule 30(b)(6) Notice to MGA ("Second Notice"); and Topic Nos. 1-3 and 6-8 of Mattel's First Rule 30(b)(6) Notice to MGA ("First Notice") -- 2 days by 9/28.
2. Lisa Tonnu -- Topic Nos. 21, 24, 25, 26, 31, 37, 39, 40 and 41 of Second Notice -- 2 days by 9/30
3. Ken Lockhart -- Topics No. 39 of Second Notice -- by 9/30
4. Topic Nos. 16, 18, 20 and 32 of Mattel's Second Notice of MGA -- by 6/30

**Witnesses Whose Depositions Have Been Ordered And For Whom There Are Agreed Dates**

5. Spencer Woodman -- Topic No. 34 of Second Notice -- 9/24
6. Tom Bryant -- 9/25
7. Janet Bryant -- 9/26
8. Richard Irmen -- 9/28

**Witnesses Whose Dates Have Been Agreed Upon And Set After Meet and Confers Requested By Mattel**

9. Schuyler Bacon -- Topic Nos. 4, 5, 10, and 14 of Mattel's Third Rule 30(b)(6) Notice to MGA ("Third Notice") -- 9/27
10. Sarah Chui -- 9/28
11. Edmond Lee -- MGA Hong Kong designee on all Rule 30(b)(6) Topics -- Starting on 10/4
12. Susan Kuemmerele -- 10/24
13. Carlos Gustavo Machado -- 10/26

**Witnesses for Whom Mattel Needs Dates, Including Witnesses MGA Promised Dates For But Have Never Provided**

14. Charlene Brooks -- MGA Designee on Topics 15 and 16 of Mattel's Third Notice
15. Topic Nos. 1-3, 6-8, 9, and 11-13 of Mattel's Third Notice
16. Rachel Harris, for completion of her Rule 30(b)(6) testimony on Second Notice
17. Kerri Brode, for completion of her Rule 30(b)(6) testimony on Second Notice
18. Dave Malacrida
19. Ron Brawer
20. Carter Bryant
21. Dan Cooney
22. Farhad Larian
23. Shirin Salemnia
24. Mariana Trueba
25. Pablo Vargas
26. Elise Cloonan
27. Sarah Halpern

28. Margaret Hatch Leahy
29. Veronica Marlow
30. Jorge Castilla
31. Jeanine Brisbois
32. Isaac Larian
33. Stephen Lee
34. Lucy Arant
35. Joe Tiongco

Best regards,

*[signature: Jon Corey]*

Jon D. Corey

JDC:jcl
07209/2221385.1

07209/2221385.1                                  3

EXHIBIT 3    PAGE 15

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

**NEW YORK**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

**LOS ANGELES**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

**SAN FRANCISCO**
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

**SILICON VALLEY**
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

## LOS ANGELES OFFICE
## FACSIMILE TRANSMISSION

**DATE:** September 14, 2007

**NUMBER OF PAGES, INCLUDING COVER:** 3 4

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Amman Khan, Esq.<br>CHRISTENSEN, GLASER, FINK, JACOBS, WEIL & SHAPIRO, LLP | (310) 553-3000 | (310) 556-2920 |
| Diana M. Torres, Esq.<br>O'MELVENY & MYERS LLP | (213) 430-6584 | (213) 430-6407 |
| Michael Page, Esq.<br>KEKER & VAN NEST | (415) 391-5400 | (415) 397-7188 |
| James Spertus, Esq.<br>LAW OFFICES OF JAMES W. SPERTUS | (310) 826-4700 | (310) 826-4711 |
| Larry McFarland, Esq.<br>KEATS MCFARLAND & WILSON LLP | (310) 248-3830 | (310) 860-0363 |

**FROM:** Jon D. Corey

**RE:** Mattel v. Bryant

FAXED
SEP 1 4 2007

**MESSAGE:**

07209/2213609.1

| CLIENT # | 7209 | ROUTE/RETURN TO: | Johanna Lopez-10 | ☒ CONFIRM FAX<br>☒ INCLUDE CONF. REPORT |

OPERATOR: _Juffnip_   CONFIRMED? ☐ NO ☐ YES: _____

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE.

```
***********************************
***   MULTI TX/RX REPORT   ***
***********************************

TX/RX NO              3553
PGS.                  4
TX/RX INCOMPLETE      -----
TRANSACTION OK
                      (1)   1*13105562920
                      (2)   1*12134306407
                      (3)   1*14153977188
                      (4)   1*13108264711
                      (5)   1*13108600363
ERROR INFORMATION     -----
```

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

**NEW YORK**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

**LOS ANGELES**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

**SAN FRANCISCO**
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

**SILICON VALLEY**
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

## LOS ANGELES OFFICE
## FACSIMILE TRANSMISSION

**DATE:** September 14, 2007

**NUMBER OF PAGES, INCLUDING COVER:** 3 4

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Amman Khan, Esq.<br>CHRISTENSEN, GLASER, FINK, JACOBS, WEIL & SHAPIRO, LLP | (310) 553-3000 | (310) 556-2920 |
| Diana M. Torres, Esq.<br>O'MELVENY & MYERS LLP | (213) 430-6584 | (213) 430-6407 |
| Michael Page, Esq.<br>KEKER & VAN NEST | (415) 391-5400 | (415) 397-7188 |
| James Spertus, Esq.<br>LAW OFFICES OF JAMES W. SPERTUS | (310) 826-4700 | (310) 826-4711 |
| Larry McFarland, Esq.<br>KEATS MCFARLAND & WILSON LLP | (310) 248-3830 | (310) 860-0363 |

**FROM:** Jon D. Corey

EXHIBIT 3 PAGE 17