# EXHIBIT 4

| | |
|---|---|
| From: | Amman Khan [akhan@chrisglase.com] |
| Sent: | Tuesday, September 25, 2007 11:35 PM |
| To: | Jon Corey; Bridget Hauler; Mfeinstein@OMM.com; Dtorres@OMM.com; WCharron@OMM.com; dshallman@OMM.com |
| Cc: | Patricia Glaser; Joel Klevens; Scott Gizer |
| Subject: | RE: Mattel v. Bryant -- Depo. of Schuyler Bacon |

Schuyler Bacon will appear in her individual capacity on Thursday, in response to your deposition notice of 9/6/07. She will NOT appear as an FRCP 30(b)(6) witness in response to Mattel's 3rd Notice to MGA, given that Judge Infante held that Mattel was required to obtain leave of court before issuing that notice. Just so the record is clear, none of the correspondence you sent me reflects any agreement between you and OMM to produce Ms. Bacon on 9/27/07 in her individual capacity. Nevertheless, I am authorized to schedule this depo. and do so for the purposes of moving forward and avoiding unnecessary discovery disputes. -- Amman Khan

---

From: Jon Corey [joncorey@quinnemanuel.com]
Sent: Tuesday, September 25, 2007 9:22 PM
To: Amman Khan; Bridget Hauler; Mfeinstein@OMM.com; Dtorres@OMM.com; WCharron@OMM.com; dshallman@OMM.com
Cc: Patricia Glaser; Joel Klevens; Michael T Zeller; Dylan Proctor
Subject: Re: Mattel v. Bryant -- Depo. of Schuyler Bacon

Amman,

I do not understand your email message. The deposition notice that I sent to you is for Ms. Bacon as an individual. The date was agreed to by the parties, as reflected in the notice. Whether MGA elects to designate and educate Ms. Bacon on topics in Mattel's deposition notice of MGA, we expect Ms. Bacon to be produced on Thursday, consistent with the agreement and the notice.

Best regards,

Jon Corey
Quinn Emanuel Urquhart Oliver & Hedges LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA   90017

Direct:  (213) 443-3130
Main Phone:  (213) 443-3000
Main Fax:  (213) 443-3100

E-mail:  joncorey@quinnemanuel.com
Web:  www.quinnemanuel.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended

recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

----- Original Message -----
From: Amman Khan <akhan@chrisglase.com>
To: Jon Corey; Bridget Hauler; Mfeinstein@OMM.com <Mfeinstein@OMM.com>; Dtorres@OMM.com <Dtorres@OMM.com>; Charron, William <WCharron@OMM.com>; Shallman, Dan <dshallman@OMM.com>
Cc: Patricia Glaser <pglaser@chrisglase.com>; Joel Klevens <jklevens@chrisglase.com>
Sent: Tue Sep 25 20:22:04 2007
Subject: RE: Mattel v. Bryant -- Depo. of Schuyler Bacon

Jon, I need to talk to Bill Charron and my client about this tonight. None of the documents attached to your email state that Bill Charron of OMM agreed that Schuyler was being produced in her individual capacity on 9/27/07. In fact, those documents do not even discuss your individual depostion notice for Schuyler. Am I missing something? – Amman

---

From: Jon Corey [joncorey@quinnemanuel.com]
Sent: Tuesday, September 25, 2007 7:13 PM
To: Amman Khan; Bridget Hauler; Mfeinstein@OMM.com; Dtorres@OMM.com; Charron, William; Shallman, Dan
Cc: Patricia Glaser; Joel Klevens; Michael T Zeller; Dylan Proctor
Subject: RE: Mattel v. Bryant -- Depo. of Schuyler Bacon

Amman,

With respect to Ms. Bacon's deposition, my September 6, 2007 letter (attached) confirms the agreement and attaching the notice.

In a September 6, 2007 e-mail, Mr. Shallman reiterates the agreement attached). After asking to continue Ms. Bacon a second time, Mr. Shallman agreed that "we'll keep the current date [September 27, 2007]."

Separately, the date of September 27, 2007 is a date agreed to between Mr. Charron and I, after Mr. Charron sought a continuance of the deposition to allow MGA sufficient time to produce documents related to Ms. Bacon.

I expect that this explanation and the attachments will be sufficient.

Best regards,


Jon Corey
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017

2

EXHIBIT 4 PAGE 19

Main Phone: (213) 443-3000
Main Fax: (213) 443-3100
E-mail: joncorey@quinnemanuel.com
Web: www.quinnemanuel.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

-----Original Message-----
From: Amman Khan [mailto:akhan@chrisglase.com]
Sent: Tuesday, September 25, 2007 6:06 PM
To: Jon Corey; Bridget Hauler; Mfeinstein@OMM.com; Dtorres@OMM.com; Charron, William; Shallman, Dan
Cc: Patricia Glaser; Joel Klevens
Subject: RE: Mattel v. Bryant – Depo. of Schuyler Bacon

Please do. Thanks.

_____

From: Jon Corey [joncorey@quinnemanuel.com]
Sent: Tuesday, September 25, 2007 3:35 PM
To: Amman Khan; Bridget Hauler; Mfeinstein@OMM.com; Dtorres@OMM.com; Charron, William; Shallman, Dan
Cc: Patricia Glaser; Joel Klevens
Subject: RE: Mattel v. Bryant – Depo. of Schuyler Bacon

Either Dan Shalllman or Bill Charron. I can get the confirmation to you later this evening.


Jon Corey
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Main Phone: (213) 443-3000
Main Fax: (213) 443-3100
E-mail: joncorey@quinnemanuel.com
Web: www.quinnemanuel.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the

original message.

-----Original Message-----
From: Amman Khan [mailto:akhan@chrisglase.com]
Sent: Tuesday, September 25, 2007 3:05 PM
To: Bridget Hauler; Jon Corey; 'Mfeinstein@OMM.com'; 'Dtorres@OMM.com'; 'Charron, William'; 'Shallman, Dan'
Cc: Patricia Glaser; Joel Klevens
Subject: RE: Mattel v. Bryant – Depo. of Schuyler Bacon

Bridget,

I have to go out of the office now, but please have Jon send me the name of the lawyer so I can talk to the person when I get back. I aim to be back in the office at about 7:30. – Amman

-----Original Message-----
From: Amman Khan
Sent: Tuesday, September 25, 2007 1:42 PM
To: 'Bridget Hauler'; Jon Corey; Mfeinstein@OMM.com; Dtorres@OMM.com; Charron, William; Shallman, Dan
Cc: Patricia Glaser; Joel Klevens
Subject: RE: Mattel v. Bryant – Depo. of Schuyler Bacon

Bridget, I have not seen the deposition notice you attached to your email before. It has been my understanding that Schuyler Bacon's depo. was always subject to Judge Infante's ruling on Mattel's 3rd FRCP 30(b)(6) Notice to MGA and now that he has ruled that Mattel should have sought leave before issuing the 3rd Notice, and no such leave was sought for the topics for which Ms. Bacon was designated, the deposition should go off calender. Despite this, Mr. Corey's 9/6/07 Depo. notice to Ms. Bacon individually states her deposition was set "pursuant to the agreement of counsel". I am not aware of such an agreement and it is contrary to all the information that I have been given. Can you please have Jon identify the lawyer or lawyers with whom he allegedly reached that agreement so I can discuss the matter with them? – Amman

-----Original Message-----
From: Bridget Hauler [mailto:bridgethauler@quinnemanuel.com]
Sent: Tuesday, September 25, 2007 11:54 AM
To: Amman Khan; Jon Corey; Mfeinstein@OMM.com; Dtorres@OMM.com
Cc: Patricia Glaser; Joel Klevens
Subject: RE: Mattel v. Bryant

Amman,

Jon asked me to send you the attached notice of deposition. He is in deposition this morning.

Thanks,
Bridget Hauler

-----Original Message-----

4

EXHIBIT 4 PAGE 21

From: Amman Khan [mailto:akhan@chrisglase.com]
Sent: Tuesday, September 25, 2007 10:24 AM
To: Jon Corey; Mfeinstein@OMM.com; Dtorres@OMM.com
Cc: Patricia Glaser; Joel Klevens
Subject: RE: Mattel v. Bryant

Jon,

I was unaware that you noticed Ms. Bacon's deposition in her individual capacity. Can you PDF me a copy of her individual depo notice please?
Once you do so, I will try to get an answer for you. -- Amman

-----Original Message-----
From: Jon Corey [mailto:joncorey@quinnemanuel.com]
Sent: Tuesday, September 25, 2007 10:16 AM
To: Amman Khan; Mfeinstein@OMM.com; Dtorres@OMM.com
Cc: Patricia Glaser; Michael T Zeller; Dylan Proctor
Subject: RE: Mattel v. Bryant

Amman,

Setting aside for now that MGA offered Ms. Bacon on topics in Mattel's Third Notice of Deposition of MGA and that those topics were not before Judge Infante, Mattel noticed Ms. Bacon's deposition individually on September 6, 2007. We expect her to be produced on September 27, 2007.
No ruling Judge Infante made affects her testimony in an individual capacity. Please confirm by close of business today that Ms. Bacon will be produced for examination on that date.

Best regards,


Jon Corey
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Main Phone: (213) 443-3000
Main Fax:  (213) 443-3100
E-mail:  joncorey@quinnemanuel.com
Web:  www.quinnemanuel.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

-----Original Message-----
From: Amman Khan [mailto:akhan@chrisglase.com]
Sent: Monday, September 24, 2007 11:44 PM
To: Jon Corey; Mfeinstein@OMM.com; Dtorres@OMM.com
Cc: Patricia Glaser
Subject: RE: Mattel v. Bryant

Jon,

I am informed that in the hearing today on Mattel's motion to compel MGA to produce witnesses in response to Mattel's third 30(b)(6) notice, Judge Infante ruled that under the one-deposition rule, Mattel was required to obtain leave of court to conduct depositions of MGA pursuant to that notice. Since Schuyler Bacon was designated in response to that notice (and since her deposition was scheduled subject to Judge Infante's ruling on Mattel's motion), MGA will not produce Schuyler Bacon for deposition this Thursday. This, I believe, is consistent with both Judge Infante's ruling and with the discovery rules. Thus, MGA will not produce Ms. Bacon pursuant to the third 30(b)(6) notice unless the parties so stipulate or Mattel obtains leave of court. -- Amman

---

From: Jon Corey [joncorey@quinnemanuel.com]
Sent: Thursday, September 20, 2007 8:12 PM
To: Amman Khan; DTorres@OMM.com
Cc: Dylan Proctor; Michael T Zeller
Subject: RE: Mattel v. Bryant

Amman,

Thanks for the confirmation.


Jon Corey
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Main Phone: (213) 443-3000
Main Fax: (213) 443-3100
E-mail: joncorey@quinnemanuel.com
Web: www.quinnemanuel.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

-----Original Message-----

EXHIBIT 4  PAGE 23

From: Amman Khan [mailto:akhan@chrisglase.com]
Sent: Thursday, September 20, 2007 8:06 PM
To: Jon Corey; DTorres@OMM.com
Cc: Dylan Proctor
Subject: RE: Mattel v. Bryant

Jon,

Ms. Bacon will be produced for deposition next Thursday as currently scheduled subject to Judge Infante's ruling on Mattel's motion concerning Mattel's 3rd 30(b)(6) Notice to MGA this Monday.
-- Amman

From: Amman Khan
Sent: Thursday, September 20, 2007 12:30 PM
To: 'Jon Corey'; DTorres@OMM.com
Cc: Michael T Zeller; Dylan Proctor
Subject: RE: Mattel v. Bryant

Jon, respectfully no. I'm not trying to confuse anything. Further to Judge Infante's instruction of Monday, we are all trying to work out an omnibus deposition schedule, which Mike Zeller agreed was acceptable to you folks, and I have been assigned that task. I'm trying to put together this calender and its getting messy. We can't have people setting depos without my knowing about it or the whole project will go to pot. Please speak to Mike Zeller, let me know what's going on. Thanks.

From: Jon Corey [mailto:joncorey@quinnemanuel.com]
Sent: Thursday, September 20, 2007 12:20 PM
To: Amman Khan; DTorres@OMM.com
Cc: Michael T Zeller; Dylan Proctor
Subject: Re: Mattel v. Bryant

Amman,

You are confusing two unrelated things. MGA needs to decide whether it will comply with its agreement to produce Bacon on the 27th. The deposition of the Wall Street Journal reporter is being discussed by Mike and Diana. That should clarify things. Please confirm that Bacon is going forward on the agreed date.

Best regards,


Jon Corey
Quinn Emanuel Urquhart Oliver & Hedges LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017

Direct: (213) 443-3130

Main Phone: (213) 443-3000
Main Fax: (213) 443-3100

E-mail: joncorey@quinnemanuel.com
Web: www.quinnemanuel.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.


----- Original Message -----
From: Amman Khan <akhan@chrisglase.com>
To: Jon Corey; Torres, Diana <DTorres@OMM.com>
Cc: Michael T Zeller; Dylan Proctor
Sent: Thu Sep 20 12:03:09 2007
Subject: RE: Mattel v. Bryant

Jon,

Wait, I don't understand. Are you planning to take the deposition of a reporter in New York on 9/27 in this case? I understood that you are but I have not seen a subpoena or a deposition notice and it is already 9/20. Putting aside the inappropriateness of that for the moment, I need to know if you expect to double track two depositions in two different cities across the country on the same day. Please understand that the deposition was allegedly set prior to my involvement. Once I have your answer, I can give you a reasoned response. — Amman

-----Original Message-----
From: Jon Corey [mailto:joncorey@quinnemanuel.com]
Sent: Wednesday, September 19, 2007 9:57 PM
To: Amman Khan; Torres, Diana
Cc: Michael T Zeller; Dylan Proctor
Subject: RE: Mattel v. Bryant

Amman,

The scheduling issue has nothing to do with the Wall Street Journal reporter, but a different case. As we discussed on Tuesday, MGA needs to make a decision as to whether it is producing Ms. Bacon or not.
Mattel's strong preference is that MGA follow through with its representations and produce Ms. Bacon on the date agreed and on the topics on which she has been designated. MGA's submission to Judge Infante, however, suggested that MGA may not do that. My only question was whether MGA would change its position and not produce Ms. Bacon on the agreed date, September 27. If not, then I could slot something else on that date. I hope that clarifies the request. I look forward

8

EXHIBIT 4 PAGE 25

to your prompt response.

Best regards,

-----Original Message-----
From: Amman Khan [mailto:akhan@chrisglase.com]
Sent: Wednesday, September 19, 2007 9:03 PM
To: Jon Corey; Torres, Diana
Subject: RE: Mattel v. Bryant

I understand you need to move Ms. Bacon's 9/27 depo in order to schedule the deposition of a former Wall Street Journal Reporter in New York. I have no problem continuing the depo, let me know which other dates work for you and I will compare them to the dates available under the omnibus deposition schedule we discussed on Tuesday 9/18.

---

From: Amman Khan
Sent: Wednesday, September 19, 2007 8:06 PM
To: Jon Corey; Torres, Diana
Cc: Michael T Zeller
Subject: RE: Mattel v. Bryant

I'm still waiting to hear on this, I will follow up tonite or in the morning...

---

From: Jon Corey [joncorey@quinnemanuel.com]
Sent: Wednesday, September 19, 2007 1:04 PM
To: Amman Khan; Torres, Diana
Cc: Michael T Zeller
Subject: Mattel v. Bryant

Counsel,

Due to a potential scheduling issue, can you let me know today whether MGA will be producing Ms. Bacon on September 27.

Best regards,


Jon Corey
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Main Phone: (213) 443-3000
Main Fax: (213) 443-3100
E-mail: joncorey@quinnemanuel.com<blocked::mailto:username@quinnemanuel.com>
Web: www.quinnemanuel.com<blocked::http://www.quinnemanuel.com/>

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client

9

EXHIBIT 4  PAGE 26

communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.