THOMAS J. NOLAN (Bar No. 066992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600
E-mail: tnolan@skadden.com

RAOUL D. KENNEDY (Bar No. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Embarcadero Center, 38th Floor
San Francisco, CA 94111-5974
Telephone: (415) 984-6400
Facsimile: (415) 984-2698
Email: rkennedy@skadden.com

Attorneys for Counter-Defendants,
MGA ENTERTAINMENT, INC., ISAAC LARIAN, MGA ENTERTAINMENT (HK) LIMITED, AND MGAE de MEXICO S.R.L. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>**Discovery Matter [To Be Heard By Discovery Master Hon. Edward Infante (Ret.) Pursuant To The Court's Order of December 6, 2006]**<br><br>**REVISED DECLARATION OF LUCY B. ARANT IN SUPPORT OF MGA ENTERTAINMENT, INC.'S OPPOSITION TO MATTEL'S MOTION TO COMPEL**<br><br>Hearing Date: T.B.D.<br>Time: T.B.D.<br>Discovery Cutoff: [March 31], 2008<br>Trial Date: May 27, 2008 |

REVISED DECL. OF LUCY B. ARANT IN SUPPT. OF
MGA'S OPP. TO MATTEL'S MOTION TO COMPEL

I, Lucy B. Arant, declare and state:

1. I have personal knowledge of the following and, if called upon to do so, could competently testify thereto under oath.

2. I am a member of the bar of the State of California and Of Counsel in the IP & Technology group at Mitchell Silberberg & Knupp LLP. In 2000 and 2001, I was counsel at Russ, August, Kabat & Kent LLP.

3. Because of concerns that my initial affidavit may not fully reflect my memory of events that occurred seven years ago, I have asked counsel to withdraw my first declaration and replace it with this one.

4. While at Russ, August, Kabat & Kent, one of my responsibilities, acting in the capacity of trademark counsel for MGA, was to prepare "intent to use" trademark applications for the marks "BRATZ", "YASMIN" and certain other single word girl's names.

5. From time to time I necessarily communicated with employees of the applicant to obtain information concerning those trademark applications. I treated all such communications as confidential and privileged.

6. The public record at the Patent and Trademark Office shows that, in December, 2000, I caused to be filed five "intent-to-use" applications, for the marks "BRATZ", "SHASHA", "YASMIN", "JADE", and "CLOE". These later became federal registrations, U.S. Registration Nos. 2,789,216; 2,709,867; 2,800,762; 2,602,563 [(which was later cancelled)]; and 2,727,737 respectively.

7. Public records available on the U.S. Patent and Trademark Office website indicate that "statements of use" for each of the five were filed during 2002 and 2003, and that each of these "statements of use" shows first use in commerce of these marks as occurring in May, 2001.

-1-

8.   It is my general practice not to include "date of first use" information on "intent to use" trademark applications, as those applications do not call for disclosure of "date of first use."

9.   For the same reason, I would generally not elicit a "date of first use" from a client when preparing an "intent-to-use" application, as it would be my understanding that there had been no such use.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: November 15, 2007

_____
Lucy B. Arant

-2-

741973-New York Server 1A - MSW

REVISED DECL. OF LUCY B. ARANT IN SUPPT. OF
MGA'S OPP. TO MATTEL'S MOTION TO COMPEL