1   KEKER & VAN NEST, LLP
    JOHN W. KEKER - #49092
2   jkeker@kvn.com
    MICHAEL H. PAGE - #154913
3   mpage@kvn.com
    CHRISTA M. ANDERSON - #184325
4   canderson@kvn.com
    MATTHEW M. WERDEGAR - #200470
5   mwerdegar@kvn.com
    710 Sansome Street
6   San Francisco, CA  94111-1704
    Telephone:  (415) 391-5400
7   Facsimile:  (415) 397-7188

8   Attorneys for Plaintiff
    CARTER BRYANT

9

10

11                     UNITED STATES DISTRICT COURT

12                    CENTRAL DISTRICT OF CALIFORNIA

13                          EASTERN DIVISION

14

15   CARTER BRYANT, an individual,          Case No. CV 04-09049 SGL (RNBx)
                                            (consolidated with CV 04-9059 & 05-
16                          Plaintiff,      2727

17        v.                                **DECLARATION OF AUDREY
                                            WALTON-HADLOCK IN
18   MATTEL, INC. a Delaware                SUPPORT OF CARTER BRYANT
     Corporation,                           AND MGA DEFENDANTS' JOINT
19                                          OPPOSITION TO MATTEL, INC'S
                           Defendant.       MOTION FOR LEAVE TO SERVE
20                                          A SUPPLEMENTAL
                                            INTERROGATORY**
21   CONSOLIDATED WITH MATTEL,
     INC., v. BRYANT and MGA                Date:      December 3, 2007
22   ENTERTAINMENT, INC. v.                 Time:      10:00 a.m.
     MATTEL, INC.                           Dept:      Courtroom 1
23                                          Judge:     Hon. Stephen G. Larson

24                                          Date Comp. Filed:  April 13, 2005

25                                          Discovery Cut-Off:  Jan. 28, 2008
                                            Pre-Trial Conference:  May 5, 2008
26                                          Trial Date:  May 27, 2008

27

28

406552.01

I, Audrey Walton Hadlock, declare and say that:

1.     I am an attorney licensed to practice law in the State of California and am an associate at Keker & Van Nest, LLP, counsel for Carter Bryant in the above-captioned action.

2.     I have knowledge of the facts set forth herein, and if called to testify as a witness thereto, could do so competently under oath.

3.     Mattel's Sixth Set of Requests for Admission to Carter Bryant contains 782 separate requests for admission.  It is not included as an exhibit because it is more than 200 pages long, and designated Attorneys' Eyes Only.

4.     Attached as Exhibit A hereto is a true and correct copy of Mattel's Fourth Set of Interrogatories.

5.     Attached as Exhibit B hereto is a true and correct copy of Mattel's Fifth Set of Interrogatories.

6.     Attached as Exhibit C hereto is a true and correct copy of Mattel's Sixth Set of Interrogatories.

7.     Attached as Exhibit D hereto is a true and correct copy of Mattel's Seventh Set of Interrogatories.

8.     Attached as Exhibit E hereto is a true and correct copy of Mattel's Fourth Set of Requests for Admissions to Defendant Carter Bryant.

9.     Attached as Exhibit F hereto is a true and correct copy of Carter Bryant's Second Amended Reply to Mattel's Counterclaims, filed October 16, 2007.

10.     Attached as Exhibit G hereto is a true and correct copy of MGA Entertainment, Inc.'s Complaint in Case No. 05-2727, filed April 13, 2005.

11.     Attached as Exhibit H hereto is a true and correct copy of the MGA Defendants' Amended Answer and Affirmative Defenses, filed September 19, 2007.

1

406552.01

1        12.    Attached as Exhibit I hereto is a true and correct copy of a letter from

2    Michael T. Zeller to Thomas J. Nolan, Michael H. Page, and others dated October

3    26, 2007.

4        13.    Attached as Exhibit J hereto is a true and correct copy of the Court's

5    February 12, 2007 Order in this litigation.

6        I declare the foregoing to be true and correct under penalty of perjury under

7    the laws of the State of California and executed this __19__ day of November, 2007,

8    in San Francisco, California.

9

10

11   _____

12   AUDREY WALTON-HADLOCK

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF AUDREY WALTON-HADLOCK ISO CARTER BRYANT AND MGA DEFENDANTS'
JOINT OPPOSITION TO MATTEL, INC'S MOTION FOR LEAVE TO SERVE A SUPPLEMENTAL
INTERROGATORY
CASE NO. CV 04-09049 SGL (RNBx)

406552.01