# Exhibit A

```
 1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
      John B. Quinn (Bar No. 090378)
 2    johnquinn@quinnemanuel.com
      Michael T. Zeller (Bar No. 196417)
 3    (michaelzeller@quinnemanuel.com)
      Jon D. Corey (Bar No. 185066)
 4    (joncorey@quinnemanuel.com)
      Timothy L. Alger (Bar No. 160303)
 5    (timalger@quinnemanuel.com)
    865 South Figueroa Street, 10th Floor
 6  Los Angeles, California  90017-2543
    Telephone:  (213) 443-3000
 7  Facsimile:  (213) 443-3100

 8  Attorneys for Plaintiff Mattel, Inc.
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-09049 SGL (RNBx)<br><br>Consolidated with Case Nos. CV 04-9059 and CV 05-2727<br><br>**MATTEL, INC.'S FOURTH SET OF INTERROGATORIES**<br><br>Discovery Cut-off: January 14, 2008<br>Pre-trial Conference: April 7, 2008<br>Trial Date: April 29, 2008<br><br>Discovery Cutoff: March 3, 2008<br>Final Pretrial Conf.: June 2, 2008<br>Trial Date: July 1, 2008 |

PROPOUNDING PARTY:   Mattel, Inc.

RESPONDING PARTIES:  MGA Entertainment, Inc., Isaac Larian, Carter Bryant, MGA Entertainment (HK) Limited, MGAE de Mexico S.R.L. de C.V., and Carlos Gustavo Machado Gomez

SET NO.:             FOUR

07209/2254170.1

MATTEL'S FOURTH SET OF INTERROGATORIES

Pursuant to Federal Rule of Civil Procedure 33, plaintiff Mattel, Inc. ("Mattel") hereby requests that MGA Entertainment, Inc., Isaac Larian, Carter Bryant, MGA Entertainment (HK) Limited, MGAE de Mexico S.R.L. de C.V., and Carlos Gustavo Machado Gomez (collectively, "the Responding Parties") individually answer the following Interrogatories separately and fully, in writing and under oath, within 30 days after service hereof. The Responding Parties shall be obligated to supplement their responses to the Interrogatories at such times and to the extent required by the Federal Rules of Civil Procedure.

### Definitions

1. "YOU" and "YOUR" mean each of the Responding Parties.
2. "BRYANT" means Carter Bryant individually.
3. "LARIAN" means Isaac Larian individually.
4. "MGA" means MGA Entertainment, Inc., any of its current or former employees, officers, directors, agents, representatives, attorneys, experts, divisions, AFFILIATES, predecessors-in-interest and successors-in-interest, and any other PERSON acting on its behalf, pursuant to its authority or subject to its control. Without limiting the foregoing, "MGA" includes the entities known as ABC International Traders or ABC International Traders, Inc. For purposes of the these Interrogatories, "MGA" does not include BRYANT.
5. "MATTEL" means Mattel, Inc., its current employees, officers, directors, agents, representatives, attorneys, parents, subsidiaries, divisions, AFFILIATES, predecessors-in-interest and successors-in-interest, and any other PERSON acting on its behalf, pursuant to its authority or subject to its control.
6. "AFFILIATES" means any and all corporations, proprietorships, d/b/a's, partnerships, joint ventures and business entities of any kind that, directly or indirectly, in whole or in part, own or control, are under common ownership or control with, or are owned or controlled by a PERSON, party or entity, including

without limitation each parent, subsidiary and joint venture of such PERSON, party or entity.

7. "PERSON" or "PERSONS" means all natural persons, partnerships, corporations, joint ventures and any kind of business, legal or public entity or organization, as well as its, his or her agents, representatives, employees, officers and directors and any one else acting on its, his or her behalf, pursuant to its, his or her authority or subject to its, his or her control.

8. "DESIGN" or "DESIGNS" means any and all representations, whether two-dimensional or three-dimensional, and whether in tangible, digital, electronic or other form, including but not limited to all works, designs, artwork, sketches, drawings, illustrations, representations, depictions, blueprints, schematics, diagrams, images, sculptures, prototypes, models, samples, rotocasts, reductions to practice, developments, inventions and/or improvements, as well as all other items, things and DOCUMENTS in which any of the foregoing are or have been expressed, embodied, contained, fixed or reflected in any manner, whether in whole or in part.

9. "BRATZ" means any project, product, doll or DESIGN ever known by that name (whether in whole or in part and regardless of what such project, product or doll is or has been also, previously or subsequently called) and any product, doll or DESIGN or any portion thereof that is now or has ever been known as, or sold or marketed under, the name or term "Bratz" (whether in whole or in part and regardless of what such product, doll or DESIGN or portion thereof is or has been also, previously or subsequently called) or that is now or has ever been sold or marketed as part of the "Bratz" line, and each version or iteration of such product, doll or DESIGN or any portion thereof. As used herein, "product, doll or DESIGN or any portion thereof" also includes without limitation any names, fashions, accessories, artwork, packaging or any other works, materials, matters or items included or associated therewith. Without limiting the generality of the

foregoing, and contrary to MGA's recent assertions in connection with other Mattel discovery requests, the term "BRATZ" does not and shall not require that there be a doll existing at the time of the event, incident or occurrence that is the subject of, or otherwise relevant or responsive to, the Interrogatories.

10. "SOLD," "SELL" or "SALE" means to distribute, market, license, sell, offer to sell, or convey or transfer in any way for compensation.

11. "BRATZ DOLL" means any doll that is or has ever been SOLD that REFERS OR RELATES TO BRATZ.

12. "BRATZ PRODUCT" means any product, whether two-dimensional or three-dimensional, and whether in tangible, digital, electronic or other form, that is or has ever been SOLD that, in whole or in part, REFERS OR RELATES TO BRATZ, including but not limited to any BRATZ DOLL, BRATZ MOVIE, or BRATZ TELEVISION SHOW, and including but not limited to any product that is or has ever been SOLD in any packaging that includes the name "Bratz" or REFERS OR RELATES TO BRATZ.

13. "BRATZ MOVIE" means any motion picture or film that is or has ever been SOLD that REFERS OR RELATES TO BRATZ.

14. "BRATZ TELEVISION SHOW" means any production exhibited on television that is or has ever been SOLD that REFERS OR RELATES TO BRATZ.

15. "BASED ON" means substantially similar to, a copy of or a derivative of.

16. "DOCUMENT" or "DOCUMENTS" means all "writings" and "recordings" as those terms are defined in Rule 34 of the Federal Rules of Civil Procedure and Rule 1001 of the Federal Rules of Evidence, including, but not limited to, all writings and records of every type and description including, but not limited to, contracts, agreements, correspondence, memoranda, letters, facsimiles, electronic mail ("e-mail"), records of telephone conversations, handwritten and

typewritten notes of any kind, statements, reports, minutes, recordings, transcripts and summaries of meetings, voice recordings, pictures, photographs, drawings, computer cards, tapes, discs, printouts and records of all types, studies, instruction manuals, policy manuals and statements, books, pamphlets, invoices, canceled checks and every other device or medium by which or through which information of any type is transmitted, recorded or preserved. Without any limitation on the foregoing, the term "DOCUMENT" shall include all copies that differ in any respect from the original or other versions of the DOCUMENT, including, but not limited to, all drafts and all copies of such drafts or originals containing initials, comments, notations, insertions, corrections, marginal notes, amendments or any other variation of any kind.

17.     "REFER OR RELATE TO" a given subject matter means relate to, refer to, constitute, contain, embody, depict, incorporate, reflect, evidence, identify, state, deal with, comment on, respond to, describe, analyze, support, refute, contradict, or in any way pertain to that subject matter, either directly or indirectly.

18.     "IDENTIFY" or "IDENTITY" means the following:

(a)     with reference to an individual or individuals, means to state, fully and separately as to each, such individual's full name, any known business title, current or last known business affiliation, current or last known residential address, current or last known business address, current or last known relationship to MGA, and current or last known telephone number.

(b)     with reference to an entity or entities, means to state, fully and separately as to each, such entity's full name, state (or country) of incorporation or organization, present or last known address, and present or last known telephone number.

(c)     with reference to a BRATZ PRODUCT, means to state, fully and separately as to each, the full name of the product; the number of the product; the SKU of the product; any other applicable designation of the product

1  useful for identification; the period of time during which the product was, has been
2  or will be SOLD; and the IDENTITY of each PERSON who has licensed from
3  YOU the right to SELL such BRATZ PRODUCT.
4          (d)   with reference to any other DOCUMENT or
5  DOCUMENTS, means to describe each DOCUMENT by Bates number. In the
6  event that a DOCUMENT does not have a Bates number, IDENTIFY means, with
7  respect to each such DOCUMENT, to provide a complete description of it such that
8  it may be the subject of a request for the production of documents, including by
9  stating the date, identity of the author, addressee(s), signatories, parties, or other
10 PERSONS identified therein, its present location or custodian and a description of
11 its contents.
12         19.   "Any" as used in these interrogatories includes the word "all,"
13 and the word "all" as used in these interrogatories includes the word "any."
14         20.   The singular form of a noun or pronoun includes within its
15 meaning the plural form of the noun or pronoun so used, and vice versa; the use of
16 the masculine form of a pronoun also includes within its meaning the feminine form
17 of the pronoun so used, and vice versa; the use of any tense of any verb includes
18 also within its meaning all other tenses of the verb so used, whenever such
19 construction results in a broader request for information; and "and" includes "or"
20 and vice versa, whenever such construction results in a broader disclosure of
21 documents or information.
22
23                        **Instructions**
24         A.   When an interrogatory requests that YOU provide information,
25 YOU are required to supply all information known by or available to YOU or
26 YOUR employees, officers, directors, agents, representatives, attorneys and experts.
27 If YOU cannot completely answer the interrogatory after making diligent efforts to
28 do so, please so state. Then describe in detail all efforts made to answer the

interrogatory; identify every PERSON involved in such efforts; and state the additional information YOU need, if any, to respond completely to the interrogatory.

### Interrogatories

**INTERROGATORY NO. 42:**

State all facts that support YOUR contention, if YOU so contend, that any BRATZ DOLLS are not BASED ON BRATZ DESIGNS created by BRYANT on or before October 19, 2000, and IDENTIFY all PERSONS with knowledge of such facts and all DOCUMENTS that REFER OR RELATE TO such facts.

**INTERROGATORY NO. 43:**

For each concept, design, product, product packaging or other matter that YOU contend MATTEL copied or infringed, including but not limited to those identified in MGA's Responses To Mattel, Inc.'s First Set Of Interrogatories Re Claims Of Unfair Competition, Response To Interrogatory No. 2 (and any Supplemental Responses to such Interrogatory), state the date that each such concept, design, product, product packaging or other matter was conceived, and IDENTIFY all PERSONS with knowledge of, and all DOCUMENTS that REFER OR RELATE TO, the foregoing.

**INTERROGATORY NO. 44:**

For each concept, design, product, product packaging or other matter that YOU contend MATTEL copied or infringed, including but not limited to those identified in MGA's Responses To Mattel, Inc.'s First Set Of Interrogatories Re Claims Of Unfair Competition, Response To Interrogatory No. 2 (and any Supplemental Responses to such Interrogatory), state the date that each such concept, design, product, product packaging or other matter was first fixed in any

tangible medium of expression (if ever), and IDENTIFY all PERSONS with knowledge of, and all DOCUMENTS that REFER OR RELATE TO, the foregoing.

INTERROGATORY NO. 45:

State all facts which support YOUR contention, if YOU so contend, that YOU have suffered harm, damage or injury as a result of any act or omission of MATTEL, and IDENTIFY all PERSONS with knowledge of such facts and all DOCUMENTS that REFER OR RELATE TO such facts.

DATED: October 12, 2007

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By: B. Dylan Proctor
B. Dylan Proctor
Attorneys for Plaintiff
Mattel, Inc.

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On October 12, 2007, I served true copies of the following document(s) described as

1.     **MATTEL, INC.'S FOURTH SET OF INTERROGATORIES**

on the parties in this action as follows:

| | |
|---|---|
| Diana M. Torres, Esq.<br>**O'MELVENY & MEYERS, LLP**<br>400 S. Hope Street<br>Los Angeles, CA 90071 | Mark E. Overland, Esq.<br>David C. Scheper, Esq.<br>Alexander H. Cote<br>**OVERLAND BORENSTEIN**<br>**SCHEPER & KIM LLP**<br>300 South Grand Avenue, Suite 2750<br>Los Angeles, CA 90071-3144 |

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 12, 2007, at Los Angeles, California.

_____
NOW LEGAL – Dave Quintana

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On October 15, 2007, I served true copies of the following document(s) described as

1. **MATTEL, INC.'S FOURTH SET OF INTERROGATORIES**

on the parties in this action as follows:

John W. Keker, Esq.
Michael H. Page, Esq.
Christina M. Anderson, Esq.
**KEKER & VAN NEST, LLP**
710 Sansome Street
San Francisco, CA 94111

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 15, 2007, at Los Angeles, California.

_____
NOW LEGAL -- Dave Quintana