# Exhibit E

1   QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
2     John B. Quinn (Bar No. 90378)
      (johnquinn@quinnemanuel.com)
3     Michael T. Zeller (Bar No. 196417)
      (michaelzeller@quinnemanuel.com)
4     Jon D. Corey (Bar No. 185066)
      (joncorey@quinnemanuel.com)
5   865 South Figueroa Street, 10th Floor
    Los Angeles, California 90017-2543
6   Telephone: (213) 443-3000
    Facsimile: (213) 443-3100
7
    Attorneys for Mattel, Inc.
8
9                  UNITED STATES DISTRICT COURT
10                 CENTRAL DISTRICT OF CALIFORNIA
11                      EASTERN DIVISION
12

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-09049 SGL (RNBx) |
| Plaintiff, | Consolidated with Case Nos. CV 04-9059 and CV 05-2727 |
| v. | Hon. Stephen G. Larson |
| MATTEL, INC., a Delaware Corporation, | MATTEL, INC.'S FOURTH SET OF REQUESTS FOR ADMISSION TO DEFENDANT CARTER BRYANT |
| Defendant, | Discovery Cut-Off: October 22, 2007 Pre-Trial Conference: January 14, 2008 Trial Date: February 12, 2007 |
| AND CONSOLIDATED ACTIONS. | |

PROPOUNDING PARTY:    Mattel, Inc.

RESPONDING PARTY:    Carter Bryant

SET NO.:    Four

1    Pursuant to <u>Federal Rule of Civil Procedure</u> 36, defendant Carter

2  Bryant is requested to respond to the following requests for admission (the

3  "Requests") within thirty days hereof.  Defendant Bryant shall be obligated to

4  supplement his responses to the Requests at such times and to the extent required by

5  the <u>Federal Rules of Civil Procedure</u>.

6

7                                    **<u>Definitions</u>**

8

9    1.    "YOU," "YOUR" or "BRYANT" means Carter Bryant

10  individually and his agents, representatives, attorneys, experts or any other

11  PERSON acting on his behalf, pursuant to his authority or subject to his control.

12    2.    "MGA" means MGA Entertainment, Inc., any of its current or

13  former employees, officers, directors, agents, representatives, attorneys, experts,

14  divisions, AFFILIATES, predecessors-in-interest and successors-in-interest, and any

15  other PERSON acting on its behalf, pursuant to its authority or subject to its control.

16  Without limiting the foregoing, "MGA" includes the entities known as ABC

17  International Traders or ABC International Traders, Inc.  For purposes of the

18  Requests, "MGA" does not include Carter Bryant.

19    3.    "AFFILIATES" means any and all corporations, proprietorships,

20  d/b/a's, partnerships, joint ventures and business entities of any kind that, directly or

21  indirectly, in whole or in part, own or control, are under common ownership or

22  control with, or are owned or controlled by a PERSON, party or entity, including

23  without limitation each parent, subsidiary and joint venture of such PERSON, party

24  or entity.

25    4.    "NOTARY BOOK" means Jacqueline Ramona Prince's notary

26  book, a copy of which was marked as Exhibit 60 at the deposition of Ms. Jacqueline

27  Ramona Prince on December 21, 2004.

28

5.     "NOTARY STAMP" means the notary stamp used to make notarizations for BRYANT that were logged or reflected in the NOTARY BOOK.

6.     "NOTARIZED DRAWINGS" or "NOTARIZED DRAWING" mean a drawing or drawings that bear at least one original NOTARY STAMP and have YOUR original signature on them.

7.     "LITTLER" means the law firm of Littler Mendelson, its partners, associates, contract lawyers, paralegals, employees, agents, representatives, predecessors-in-interest and successors-in-interest, and any other PERSON acting on its behalf, pursuant to its authority or subject to its control, including without limitation Keith Jacoby and Douglas Wickham.

8.     "MATTEL" means Mattel, Inc., its current employees, officers, directors, agents, representatives, attorneys, parents, subsidiaries, divisions, AFFILIATES, predecessors-in-interest and successors-in-interest, and any other PERSON acting on its behalf, pursuant to its authority or subject to its control.

9.     "PERSON" or "PERSONS" means all natural persons, partnerships, corporations, joint ventures and any kind of business, legal or public entity or organization, as well as its, his or her agents, representatives, employees, officers and directors and any one else acting on its, his or her behalf, pursuant to its, his or her authority or subject to its, his or her control.10.     "ACTION" refers to *Mattel, Inc. v. Bryant*, Case No. CV 04-9059 SGL (RNBx), filed on April 27, 2004, and the cases consolidated therewith.

11.     The singular form of a noun or pronoun includes within its meaning the plural form of the noun or pronoun so used, and vice versa; the use of the masculine form of a pronoun also includes within its meaning the feminine form of the pronoun so used, and vice versa; the use of any tense of any verb includes also within its meaning all other tenses of the verb so used, whenever such construction results in a broader request for information; and "and" includes "or"

MATTEL'S FOURTH SET OF REQUESTS FOR ADMISSION TO BRYANT

07209/2137945.1

and vice versa, whenever such construction results in a broader disclosure of documents or information.

## **Requests for Admission**

REQUEST FOR ADMISSION NO. 1:

      Admit that Jacqueline Ramona Prince notarized a total of 13 drawings for YOU on August 26, 1999.

REQUEST FOR ADMISSION NO. 2:

      Admit that Jacqueline Ramona Prince notarized more than 13 drawings for YOU on August 26, 1999.

REQUEST FOR ADMISSION NO. 3:

      Admit that Jacqueline Ramona Prince notarized a total of 11 drawings for YOU on August 26, 1999.

REQUEST FOR ADMISSION NO. 4:

      Admit that YOU were present for the notarization of a total of 13 drawings by Jacqueline Ramona Prince on August 26, 1999.

REQUEST FOR ADMISSION NO. 5:

      Admit that YOU were present for the notarization of a total of 11 drawings by Jacqueline Ramona Prince on August 26, 1999.

REQUEST FOR ADMISSION NO. 6:

      Admit that, as of August 26, 1999, there were a total of 13 NOTARIZED DRAWINGS.

REQUEST FOR ADMISSION NO. 7:

Admit that, as of August 26, 1999, there were a total of 11 NOTARIZED DRAWINGS.

REQUEST FOR ADMISSION NO. 8:

Admit that, as of August 26, 1999, there were no more than 13 NOTARIZED DRAWINGS in total.

REQUEST FOR ADMISSION NO. 9:

Admit that, as of August 26, 1999, there were no more than 11 NOTARIZED DRAWINGS in total.

REQUEST FOR ADMISSION NO. 10:

Admit that, by April 28, 2004, there were no more than 13 NOTARIZED DRAWINGS in total.

REQUEST FOR ADMISSION NO. 11:

Admit that, by April 28, 2004, there were no more than 11 NOTARIZED DRAWINGS in total.

REQUEST FOR ADMISSION NO. 12:

Admit that, prior to April 28, 2004, YOU had shown originals of 13 NOTARIZED DRAWINGS to MGA.

REQUEST FOR ADMISSION NO. 13:

Admit that, prior to April 28, 2004, YOU had shown copies of 13 NOTARIZED DRAWINGS to MGA.

1  REQUEST FOR ADMISSION NO. 14:

2          Admit that, prior to April 28, 2004, YOU gave the originals of 13

3  NOTARIZED DRAWINGS to MGA.

4

5  REQUEST FOR ADMISSION NO. 15:

6          Admit that, prior to April 28, 2004, YOU gave copies of 13

7  NOTARIZED DRAWINGS to MGA.

8

9  REQUEST FOR ADMISSION NO. 16:

10         Admit that, prior to April 28, 2004, YOU had shown 13 different

11  NOTARIZED DRAWINGS, either the originals or copies, to MGA.

12

13  REQUEST FOR ADMISSION NO. 17:

14         Admit that, prior to April 28, 2004, YOU gave 13 different

15  NOTARIZED DRAWINGS, either the originals or copies, to MGA.

16

17  REQUEST FOR ADMISSION NO. 18:

18         Admit that, prior to April 28, 2004, MGA had made copies of 13

19  NOTARIZED DRAWINGS.

20

21  REQUEST FOR ADMISSION NO. 19:

22         Admit that, as of August 26, 1999, YOU had all 13 NOTARIZED

23  DRAWINGS in YOUR possession, custody or control.

24

25  REQUEST FOR ADMISSION NO. 20:

26         Admit that YOU have never produced the originals of all of the 13

27  NOTARIZED DRAWINGS to MATTEL in this ACTION.

28

**REQUEST FOR ADMISSION NO. 21:**

Admit that YOU have never produced copies of all of the 13 NOTARIZED DRAWINGS to MATTEL in this ACTION.

**REQUEST FOR ADMISSION NO. 22:**

Admit that YOU have never produced all of the 13 NOTARIZED DRAWINGS, either in original or copied form, to MATTEL in this ACTION.

**REQUEST FOR ADMISSION NO. 23:**

Admit that MGA has never produced the originals of all of the 13 NOTARIZED DRAWINGS to MATTEL in this ACTION.

**REQUEST FOR ADMISSION NO. 24:**

Admit that MGA has never produced copies of all of the 13 NOTARIZED DRAWINGS to MATTEL in this ACTION.

**REQUEST FOR ADMISSION NO. 25:**

Admit that MGA has never produced all of the 13 NOTARIZED DRAWINGS, whether in original or copied form, to MATTEL in this ACTION.

**REQUEST FOR ADMISSION NO. 26:**

Admit that MGA and BRYANT have collectively never produced all 13 NOTARIZED DRAWINGS, whether in original or copied form, to MATTEL in this ACTION.

**REQUEST FOR ADMISSION NO. 27:**

Admit that YOU have produced the originals of no more than 11 NOTARIZED DRAWINGS to MATTEL in this ACTION.

1  REQUEST FOR ADMISSION NO. 28:

2          Admit that YOU have produced copies of no more than 11

3  NOTARIZED DRAWINGS to MATTEL in this ACTION.

4

5  REQUEST FOR ADMISSION NO. 29:

6          Admit that the originals of two of the 13 NOTARIZED DRAWINGS

7  no longer exist.

8

9  REQUEST FOR ADMISSION NO. 30:

10          Admit that no copies of two of the 13 NOTARIZED DRAWINGS

11  currently exist.

12

13  REQUEST FOR ADMISSION NO. 31:

14          Admit that the originals of all 13 NOTARIZED DRAWINGS were in

15  YOUR possession, custody or control as of April 28, 2004.

16

17  REQUEST FOR ADMISSION NO. 32:

18          Admit that copies of all 13 NOTARIZED DRAWINGS were in YOUR

19  possession, custody or control as of April 28, 2004.

20

21  REQUEST FOR ADMISSION NO. 33:

22          Admit that all 13 of the NOTARIZED DRAWINGS, whether the

23  originals or copies of them, were in YOUR possession, custody or control as of

24  April 28, 2004.

25

26  REQUEST FOR ADMISSION NO. 34:

27          Admit that the originals of all 13 NOTARIZED DRAWINGS were in

28  MGA's possession, custody or control as of April 28, 2004.

1  REQUEST FOR ADMISSION NO. 35:

2          Admit that copies of all 13 NOTARIZED DRAWINGS were in MGA's

3  possession, custody or control as of April 28, 2004.

4

5  REQUEST FOR ADMISSION NO. 36:

6          Admit that all 13 of the NOTARIZED DRAWINGS, whether the

7  originals or copies of them, were in MGA's possession, custody or control as of

8  April 28, 2004.

9

10  REQUEST FOR ADMISSION NO. 37:

11          Admit that the originals of all 13 NOTARIZED DRAWINGS were

12  given to LITTLER after April 28, 2004.

13

14  REQUEST FOR ADMISSION NO. 38:

15          Admit that YOU gave the originals of all 13 NOTARIZED

16  DRAWINGS to LITTLER after April 28, 2004.

17

18  REQUEST FOR ADMISSION NO. 39:

19          Admit that LITTLER had possession, custody or control of the

20  originals of all 13 NOTARIZED DRAWINGS after April 28, 2004.

21

22  REQUEST FOR ADMISSION NO. 40:

23          Admit that copies of all 13 NOTARIZED DRAWINGS were given to

24  LITTLER after April 28, 2004.

25

26  REQUEST FOR ADMISSION NO. 41:

27          Admit that YOU gave copies of all 13 NOTARIZED DRAWINGS to

28  LITTLER after April 28, 2004.

REQUEST FOR ADMISSION NO. 42:

Admit that LITTLER had possession, custody or control of copies of all 13 NOTARIZED DRAWINGS after April 28, 2004.

REQUEST FOR ADMISSION NO. 43:

Admit that the originals of all 13 NOTARIZED DRAWINGS were given to MGA after April 28, 2004.

REQUEST FOR ADMISSION NO. 44:

Admit that YOU gave the originals of all 13 NOTARIZED DRAWINGS to MGA after April 28, 2004.

REQUEST FOR ADMISSION NO. 45:

Admit that MGA had possession, custody or control of the originals of all 13 NOTARIZED DRAWINGS after April 28, 2004.

REQUEST FOR ADMISSION NO. 46:

Admit that copies of all 13 NOTARIZED DRAWINGS were given to MGA after April 28, 2004.

REQUEST FOR ADMISSION NO. 47:

Admit that YOU gave copies of all 13 NOTARIZED DRAWINGS to MGA after April 28, 2004.

REQUEST FOR ADMISSION NO. 48:

Admit that MGA had possession, custody or control of copies of all 13 NOTARIZED DRAWINGS after April 28, 2004.

1 REQUEST FOR ADMISSION NO. 49:

2       Admit that Bryant 00138 is a page that was torn out from a sketch pad.

3

4 REQUEST FOR ADMISSION NO. 50:

5       Admit that YOU have not produced to MATTEL in this ACTION the

6 sketch pad from which Bryant 00138 was torn out.

7

8 REQUEST FOR ADMISSION NO. 51:

9       Admit that MGA has not produced to MATTEL in this ACTION the

10 sketch pad from which Bryant 00138 was torn out.

11

12 REQUEST FOR ADMISSION NO. 52:

13       Admit that the sketch pad from which Bryant 00138 was torn out is in

14 YOUR possession, custody or control.

15

16 REQUEST FOR ADMISSION NO. 53:

17       Admit that the sketch pad from which Bryant 00138 was torn out is not

18 in YOUR possession, custody or control.

19

20 REQUEST FOR ADMISSION NO. 54:

21       Admit that the sketch pad from which Bryant 00138 was torn out no

22 longer exists.

23

24 REQUEST FOR ADMISSION NO. 55:

25       Admit that YOU had in YOUR possession, custody or control, as of

26 April 28, 2004, the sketch pad from which Bryant 00138 was torn out.

27

28

REQUEST FOR ADMISSION NO. 56:

Admit that YOU gave LITTLER, after April 28, 2004, the sketch pad from which Bryant 00138 was torn out.

REQUEST FOR ADMISSION NO. 57:

Admit that YOU gave MGA, after April 28, 2004, the sketch pad from which Bryant 00138 was torn out.

REQUEST FOR ADMISSION NO. 58:

Admit that Bryant 00145 is a page that was torn out from a sketch pad.

REQUEST FOR ADMISSION NO. 59:

Admit that YOU have not produced to MATTEL in this ACTION the sketch pad from which Bryant 00145 was torn out.

REQUEST FOR ADMISSION NO. 60:

Admit that MGA has not produced to MATTEL in this ACTION the sketch pad from which Bryant 00145 was torn out.

REQUEST FOR ADMISSION NO. 61:

Admit that the sketch pad from which Bryant 00145 was torn out is in YOUR possession, custody or control.

REQUEST FOR ADMISSION NO. 62:

Admit that the sketch pad from which Bryant 00145 was torn out is not in YOUR possession, custody or control.

MATTEL'S FOURTH SET OF REQUESTS FOR ADMISSION TO BRYANT

REQUEST FOR ADMISSION NO. 63:

Admit that the sketch pad from which Bryant 00145 was torn out no longer exists.

REQUEST FOR ADMISSION NO. 64:

Admit that YOU had in YOUR possession, custody or control, as of April 28, 2004, the sketch pad from which Bryant 00145 was torn out.

REQUEST FOR ADMISSION NO. 65:

Admit that YOU gave LITTLER, after April 28, 2004, the sketch pad from which Bryant 00145 was torn out.

REQUEST FOR ADMISSION NO. 66:

Admit that YOU gave MGA, after April 28, 2004, the sketch pad from which Bryant 00145 was torn out.

REQUEST FOR ADMISSION NO. 67:

Admit that Bryant 00146 is a page that was torn out from a sketch pad.

REQUEST FOR ADMISSION NO. 68:

Admit that YOU have not produced to MATTEL in this ACTION the sketch pad from which Bryant 00146 was torn out.

REQUEST FOR ADMISSION NO. 69:

Admit that MGA has not produced to MATTEL in this ACTION the sketch pad from which Bryant 00146 was torn out.

REQUEST FOR ADMISSION NO. 70:

Admit that the sketch pad from which Bryant 00146 was torn out is in YOUR possession, custody or control.

REQUEST FOR ADMISSION NO. 71:

Admit that the sketch pad from which Bryant 00146 was torn out is not in YOUR possession, custody or control.

REQUEST FOR ADMISSION NO. 72:

Admit that the sketch pad from which Bryant 00146 was torn out no longer exists.

REQUEST FOR ADMISSION NO. 73:

Admit that YOU had in YOUR possession, custody or control, as of April 28, 2004, the sketch pad from which Bryant 00146 was torn out.

REQUEST FOR ADMISSION NO. 74:

Admit that YOU gave LITTLER, after April 28, 2004, the sketch pad from which Bryant 00146 was torn out.

REQUEST FOR ADMISSION NO. 75:

Admit that YOU gave MGA, after April 28, 2004, the sketch pad from which Bryant 00146 was torn out.

REQUEST FOR ADMISSION NO. 76:

Admit that Bryant 00184 is a page that was torn out from a sketch pad.

1  REQUEST FOR ADMISSION NO. 77:

2         Admit that YOU have not produced to MATTEL in this ACTION the

3  sketch pad from which Bryant 00184 was torn out.

4

5  REQUEST FOR ADMISSION NO. 78:

6         Admit that MGA has not produced to MATTEL in this ACTION the

7  sketch pad from which Bryant 00184 was torn out.

8

9  REQUEST FOR ADMISSION NO. 79:

10        Admit that the sketch pad from which Bryant 00184 was torn out is in

11  YOUR possession, custody or control.

12

13  REQUEST FOR ADMISSION NO. 80:

14        Admit that the sketch pad from which Bryant 00184 was torn out is not

15  in YOUR possession, custody or control.

16

17  REQUEST FOR ADMISSION NO. 81:

18        Admit that the sketch pad from which Bryant 00184 was torn out no

19  longer exists.

20

21  REQUEST FOR ADMISSION NO. 82:

22        Admit that YOU had in YOUR possession, custody or control, as of

23  April 28, 2004, the sketch pad from which Bryant 00184 was torn out.

24

25  REQUEST FOR ADMISSION NO. 83:

26        Admit that YOU gave LITTLER, after April 28, 2004, the sketch pad

27  from which Bryant 00184 was torn out.

28

-14-

1   REQUEST FOR ADMISSION NO. 84:

2          Admit that YOU gave MGA, after April 28, 2004, the sketch pad from

3   which Bryant 00184 was torn out.

4

5    REQUEST FOR ADMISSION NO. 85:

6          Admit that Bryant 00185 is a page that was torn out from a sketch pad.

7

8   REQUEST FOR ADMISSION NO. 86:

9          Admit that YOU have not produced to MATTEL in this ACTION the

10  sketch pad from which Bryant 00185 was torn out.

11

12  REQUEST FOR ADMISSION NO. 87:

13         Admit that MGA has not produced to MATTEL in this ACTION the

14  sketch pad from which Bryant 00185 was torn out.

15

16  REQUEST FOR ADMISSION NO. 88:

17         Admit that the sketch pad from which Bryant 00185 was torn out is in

18  YOUR possession, custody or control.

19

20  REQUEST FOR ADMISSION NO. 89:

21         Admit that the sketch pad from which Bryant 00185 was torn out is not

22  in YOUR possession, custody or control.

23

24  REQUEST FOR ADMISSION NO. 90:

25         Admit that the sketch pad from which Bryant 00185 was torn out no

26  longer exists.

27

28

07209/2137945.1

1   REQUEST FOR ADMISSION NO. 91:

2            Admit that YOU had in YOUR possession, custody or control, as of

3   April 28, 2004, the sketch pad from which Bryant 00185 was torn out.

4

5   REQUEST FOR ADMISSION NO. 92:

6            Admit that YOU gave LITTLER, after April 28, 2004, the sketch pad

7   from which Bryant 00185 was torn out.

8

9   REQUEST FOR ADMISSION NO. 93:

10           Admit that YOU gave MGA, after April 28, 2004, the sketch pad from

11  which Bryant 00185 was torn out.

12

13  REQUEST FOR ADMISSION NO. 94:

14           Admit that Bryant 00187 is a page that was torn out from a sketch pad.

15

16  REQUEST FOR ADMISSION NO. 95:

17           Admit that YOU have not produced to MATTEL in this ACTION the

18  sketch pad from which Bryant 00187 was torn out.

19

20  REQUEST FOR ADMISSION NO. 96:

21           Admit that MGA has not produced to MATTEL in this ACTION the

22  sketch pad from which Bryant 00187 was torn out.

23

24  REQUEST FOR ADMISSION NO. 97:

25           Admit that the sketch pad from which Bryant 00187 was torn out is in

26  YOUR possession, custody or control.

27

28

-16-

REQUEST FOR ADMISSION NO. 98:

Admit that the sketch pad from which Bryant 00187 was torn out is not in YOUR possession, custody or control.

REQUEST FOR ADMISSION NO. 99:

Admit that the sketch pad from which Bryant 00187 was torn out no longer exists.

REQUEST FOR ADMISSION NO. 100:

Admit that YOU had in YOUR possession, custody or control, as of April 28, 2004, the sketch pad from which Bryant 00187 was torn out.

REQUEST FOR ADMISSION NO. 101:

Admit that YOU gave LITTLER, after April 28, 2004, the sketch pad from which Bryant 00187 was torn out.

REQUEST FOR ADMISSION NO. 102:

Admit that YOU gave MGA, after April 28, 2004, the sketch pad from which Bryant 00187 was torn out.

REQUEST FOR ADMISSION NO. 103:

Admit that Bryant 00188 is a page that was torn out from a sketch pad.

REQUEST FOR ADMISSION NO. 104:

Admit that YOU have not produced to MATTEL in this ACTION the sketch pad from which Bryant 00188 was torn out.

-17-

REQUEST FOR ADMISSION NO. 105:

Admit that MGA has not produced to MATTEL in this ACTION the sketch pad from which Bryant 00188 was torn out.

REQUEST FOR ADMISSION NO. 106:

Admit that the sketch pad from which Bryant 00188 was torn out is in YOUR possession, custody or control.

REQUEST FOR ADMISSION NO. 107:

Admit that the sketch pad from which Bryant 00188 was torn out is not in YOUR possession, custody or control.

REQUEST FOR ADMISSION NO. 108:

Admit that the sketch pad from which Bryant 00188 was torn out no longer exists.

REQUEST FOR ADMISSION NO. 109:

Admit that YOU had in YOUR possession, custody or control, as of April 28, 2004, the sketch pad from which Bryant 00188 was torn out.

REQUEST FOR ADMISSION NO. 110:

Admit that YOU gave LITTLER, after April 28, 2004, the sketch pad from which Bryant 00188 was torn out.

REQUEST FOR ADMISSION NO. 111:

Admit that YOU gave MGA, after April 28, 2004, the sketch pad from which Bryant 00188 was torn out.

MATTEL'S FOURTH SET OF REQUESTS FOR ADMISSION TO BRYANT

1    REQUEST FOR ADMISSION NO. 112:

2              Admit that Bryant 00191 is a page that was torn out from a sketch pad.

3

4    REQUEST FOR ADMISSION NO. 113:

5              Admit that YOU have not produced to MATTEL in this ACTION the

6    sketch pad from which Bryant 00191 was torn out.

7

8    REQUEST FOR ADMISSION NO. 114:

9              Admit that MGA has not produced to MATTEL in this ACTION the

10   sketch pad from which Bryant 00191 was torn out.

11

12   REQUEST FOR ADMISSION NO. 115:

13             Admit that the sketch pad from which Bryant 00191 was torn out is in

14   YOUR possession, custody or control.

15

16   REQUEST FOR ADMISSION NO. 116:

17             Admit that the sketch pad from which Bryant 00191 was torn out is not

18   in YOUR possession, custody or control.

19

20   REQUEST FOR ADMISSION NO. 117:

21             Admit that the sketch pad from which Bryant 00191 was torn out no

22   longer exists.

23

24   REQUEST FOR ADMISSION NO. 118:

25             Admit that YOU had in YOUR possession, custody or control, as of

26   April 28, 2004, the sketch pad from which Bryant 00191 was torn out.

27

28

1    REQUEST FOR ADMISSION NO. 119:

2              Admit that YOU gave LITTLER, after April 28, 2004, the sketch pad

3    from which Bryant 00191 was torn out.

4

5    REQUEST FOR ADMISSION NO. 120:

6

7    Admit that YOU gave MGA, after April 28, 2004, the sketch pad from which

8    Bryant 00191 was torn out. REQUEST FOR ADMISSION NO. 121:

9              Admit that Bryant 00983 is a page that was torn out from a sketch pad.

10

11   REQUEST FOR ADMISSION NO. 122:

12             Admit that YOU have not produced to MATTEL in this ACTION the

13   sketch pad from which Bryant 00983 was torn out.

14

15   REQUEST FOR ADMISSION NO. 123:

16             Admit that MGA has not produced to MATTEL in this ACTION the

17   sketch pad from which Bryant 00983 was torn out.

18

19   REQUEST FOR ADMISSION NO. 124:

20             Admit that the sketch pad from which Bryant 00983 was torn out is in

21   YOUR possession, custody or control.

22

23   REQUEST FOR ADMISSION NO. 125:

24             Admit that the sketch pad from which Bryant 00983 was torn out is not

25   in YOUR possession, custody or control.

26

27

28

1  REQUEST FOR ADMISSION NO. 126:

2        Admit that the sketch pad from which Bryant 00983 was torn out no

3  longer exists.

4

5  REQUEST FOR ADMISSION NO. 127:

6        Admit that YOU had in YOUR possession, custody or control, as of

7  April 28, 2004, the sketch pad from which Bryant 00983 was torn out.

8

9  REQUEST FOR ADMISSION NO. 128:

10        Admit that YOU gave LITTLER, after April 28, 2004, the sketch pad

11  from which Bryant 00983 was torn out.

12

13  REQUEST FOR ADMISSION NO. 129:

14        Admit that YOU gave MGA, after April 28, 2004, the sketch pad from

15  which Bryant 00983 was torn out.

16

17  REQUEST FOR ADMISSION NO. 130:

18        Admit that Bryant 01033 is a page that was torn out from a sketch pad.

19

20  REQUEST FOR ADMISSION NO. 131:

21        Admit that YOU have not produced to MATTEL in this ACTION the

22  sketch pad from which Bryant 001033 was torn out.

23

24  REQUEST FOR ADMISSION NO. 132:

25        Admit that MGA has not produced to MATTEL in this ACTION the

26  sketch pad from which Bryant 001033 was torn out.

27

28

1  REQUEST FOR ADMISSION NO. 133:

2          Admit that the sketch pad from which Bryant 01033 was torn out is in

3  YOUR possession, custody or control.

4

5  REQUEST FOR ADMISSION NO. 134:

6          Admit that the sketch pad from which Bryant 01033 was torn out is not

7  in YOUR possession, custody or control.

8

9  REQUEST FOR ADMISSION NO. 135:

10          Admit that the sketch pad from which Bryant 01033 was torn out no

11  longer exists.

12

13  REQUEST FOR ADMISSION NO. 136:

14          Admit that YOU had in YOUR possession, custody or control, as of

15  April 28, 2004, the sketch pad from which Bryant 01033 was torn out.

16

17  REQUEST FOR ADMISSION NO. 137:

18          Admit that YOU gave LITTLER, after April 28, 2004, the sketch pad

19  from which Bryant 01033 was torn out.

20

21  REQUEST FOR ADMISSION NO. 138:

22          Admit that YOU gave MGA, after April 28, 2004, the sketch pad from

23  which Bryant 01033 was torn out.

24

25  REQUEST FOR ADMISSION NO. 139:

26          Admit that Bryant 01040 is a page that was torn out from a sketch pad.

27

28

REQUEST FOR ADMISSION NO. 140:

Admit that YOU have not produced to MATTEL in this ACTION the sketch pad from which Bryant 01040 was torn out.

REQUEST FOR ADMISSION NO. 141:

Admit that MGA has not produced to MATTEL in this ACTION the sketch pad from which Bryant 01040 was torn out.

REQUEST FOR ADMISSION NO. 142:

Admit that the sketch pad from which Bryant 01040 was torn out is in YOUR possession, custody or control.

REQUEST FOR ADMISSION NO. 143:

Admit that the sketch pad from which Bryant 01040 was torn out is not in YOUR possession, custody or control.

REQUEST FOR ADMISSION NO. 144:

Admit that the sketch pad from which Bryant 01040 was torn out no longer exists.

REQUEST FOR ADMISSION NO. 145:

Admit that YOU had in YOUR possession, custody or control, as of April 28, 2004, the sketch pad from which Bryant 01040 was torn out.

REQUEST FOR ADMISSION NO. 146:

Admit that YOU gave LITTLER, after April 28, 2004, the sketch pad from which Bryant 01040 was torn out.

1    REQUEST FOR ADMISSION NO. 147:

2           Admit that YOU gave MGA, after April 28, 2004, the sketch pad from

3    which Bryant 01040 was torn out.

4

5    REQUEST FOR ADMISSION NO. 148:

6           Admit that, as of July 21, 2004, YOU had the NOTARY STAMP in

7    YOUR possession, custody or control.

8

9    REQUEST FOR ADMISSION NO. 149:

10          Admit that, as of July 21, 2004, LITTLER had possession, custody or

11   control of the NOTARY STAMP.

12

13   REQUEST FOR ADMISSION NO. 150:

14          Admit that, as of July 21, 2004, YOU had the NOTARY BOOK in

15   YOUR possession, custody or control.

16

17   REQUEST FOR ADMISSION NO. 151:

18          Admit that, as of July 21, 2004, LITTLER had possession, custody or

19   control of the NOTARY BOOK.

20

21   REQUEST FOR ADMISSION NO. 152:

22          Admit that, as of July 22, 2004, the NOTARY STAMP was not in

23   Jacqueline Ramona Prince's possession.

24

25   REQUEST FOR ADMISSION NO. 153:

26          Admit that, as of July 22, 2004, the NOTARY BOOK was not in

27   Jacqueline Ramona Prince's possession.

28

1   <u>REQUEST FOR ADMISSION NO. 154</u>:

2        Admit that sometime between July 22, 2004 and May 23, 2007, YOU

3 returned the NOTARY STAMP to Jacqueline Ramona Prince.

4

5   <u>REQUEST FOR ADMISSION NO. 155</u>:

6        Admit that sometime between July 22, 2004 and May 23, 2007, YOU

7 returned the NOTARY BOOK to Jacqueline Ramona Prince.

8

9   <u>REQUEST FOR ADMISSION NO. 156</u>:

10        Admit that sometime between July 22, 2004 and May 23, 2007,

11 LITTLER returned the NOTARY STAMP to counsel for Jacqueline Ramona

12 Prince.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2    REQUEST FOR ADMISSION NO. 157:

3            Admit that sometime between July 22, 2004 and May 23, 2007,

4    LITTLER returned the NOTARY BOOK to counsel for Jacqueline Ramona Prince.

5

6    DATED: June 8, 2007              QUINN EMANUEL URQUHART OLIVER &
                                      HEDGES, LLP
7

8                                     By_____
9                                        Michael T. Zeller
                                         Attorneys for Mattel, Inc.
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

07209/2137945.1

-26-

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On June 8, 2007, I served true copies of the following document(s) described as **MATTEL, INC.'S FOURTH SET OF REQUESTS FOR ADMISSION TO DEFENDANT CARTER BRYANT** on the parties in this action as follows:

John Keker                                        Diana M. Torres
Keker & Van Nest, LLP                  O'Melveny & Myers, LLP
710 Sansome Street                          400 S Hope Street
San Francisco, CA 94111                  Los Angeles, CA 90071

**BY PERSONAL SERVICE:**  I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 8, 2007, at Los Angeles, California.

David Quintana

07209/2138555.1