# Exhibit I

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

**NEW YORK**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

**LOS ANGELES**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

**SAN FRANCISCO**
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

**SILICON VALLEY**
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

## LOS ANGELES OFFICE
## FACSIMILE TRANSMISSION

DATE: October 26, 2007

NUMBER OF PAGES, INCLUDING COVER: 4

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Thomas J. Nolan, Esq.<br>Carl Roth, Esq.<br>**Skadden, Arps, Slate, Meagher & Flom LLP** | (213) 687-5000 | (213) 687-5600 |
| John E. Trinidad, Esq.<br>Michael H. Page, Esq.<br>**Keker & Van Nest, LLP** | (415) 391-5400 | (415) 397-7188 |
| Alexander Cote, Esq.<br>**Overland Borenstein Scheper & Kim, LLP** | (213) 613-4655 | (213) 613-4656 |

FROM: Michael T. Zeller, Esq.

RE: *Bryant v. Mattel, Inc.*

MESSAGE:

---

07209/2266887.1

| CLIENT # | 7209 | ROUTE/<br>RETURN TO: | Tiffany Garcia - 3rd Floor | ☒ CONFIRM FAX<br>☒ INCLUDE CONF. REPORT |
|---|---|---|---|---|
| OPERATOR: | | | CONFIRMED? ☐ NO ☐ YES: | |

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE.

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

WRITER'S DIRECT DIAL NO.
(213) 443-3180

WRITER'S INTERNET ADDRESS
michaelzeller@quinnemanuel.com

October 26, 2007

<u>VIA FACSIMILE AND U.S. MAIL</u>

Thomas J. Nolan, Esq.
Carl Roth, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071

Michael Page, Esq.
John E. Trinidad, Esq.
Keker & Van Nest
710 Sansome Street
San Francisco, CA 94111

Alexander H. Cote, Esq.
Overland Borenstein Scheper & Kim, LLP
300 South Grand Avenue, Suite 2750
Los Angeles, CA 90071

Re: <u>Mattel, Inc. v. Bryant</u>

Dear Counsel:

I write further to the parties' prior discussions regarding Mattel's contemplated motion seeking leave to take additional discovery, with the hope that we can resolve this matter without the need for further motion practice. We had previously sought to resolve this with MGA's prior counsel, but could not reach agreement. With the substitution of new counsel, we thought we would make a final attempt before filing a motion with the Court for leave.

In Mattel's view, the additional discovery it seeks is necessary for the adequate development of Mattel's claims and defenses, and Mattel is entitled to it under the <u>Federal Rules of Procedure</u>. Two categories of discovery are at issue, discussed below.

<u>Additional Interrogatories</u>: Mattel intends to seek leave of the Court to serve an additional 10-15 interrogatories at this time. The proposed interrogatories relate to MGA's claims alleging unfair

**quinn emanuel urquhart oliver & hedges, llp**

07209/2255659.4

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100

competition, Mattel's counterclaims (including defendants' defenses), and defendants' collection and preservation of evidence. They all seek disclosure of relevant, discoverable facts regarding topics related to core claims in this litigation which have not been the subject of prior interrogatories.

Additional Deposition Testimony: Additionally, Mattel will seek the Court's leave to depose MGA Entertainment, Inc., MGA de Mexico S.R.L. de C.V., and Littler Mendelson P.C. on certain 30(b)(6) topics. While Mattel has previously noticed MGA on certain issues related to the creation and development of Bratz, it has not had the opportunity to depose MGA regarding MGA's claims of unfair competition or Mattel's counterclaims. In addition, due to inconsistencies in representations to the Court by Carter Bryant's counsel Littler Mendelson, Mattel has serious concerns about the manner in which his various hard drives were collected and preserved, and will seek to depose Littler Mendelson on this issue.

Furthermore, Mattel will ask the Court for leave to depose two to four individuals or entities involved in prior infringement suits brought by MGA in connection with Bratz. MGA recently has taken the position such as in the Paula Garcia deposition that Bratz dolls and other works created prior to the final production doll are not substantially similar to the production doll. Mattel is entitled to take testimony relating to the third-party dolls that MGA accused of being substantially similar in order to impeach MGA's recent claims.

Based on its current knowledge, Mattel also currently intends to seek the Court's leave to depose the following individuals (in addition to and beyond the deposition limit currently set): Ricardo Abundis, Mariana Trueba Almada, Lucy Arant, Ron Brawer, Janine Brisbois, Jorge Castilla, Nick Contreras, Dan Cooney, Jeanne Galvano, Daphne Gronich, Sarah Halpern, Susan Kuemmerle, Cecilia Kwok, Farhad Larian, certain of Isaac Larian's and Farhad Larian's attorneys in the *Larian v. Larian* disputes, Margaret Leahy, Jesse Ramirez, Sandra Bilotto, Stephen Lee, Carlos Gustavo Machado, Veronica Marlow, Chris Palmeri, Shirin Salemnia, Pablo Vargas San Jose, Joe Tiongco, Anne Wang, Mitchell Kamarck, David Rosenbaum, Carol Witschel, Jeff Weiss, Nana Ashong, Larry McFarland, and Eric Yip. Each of these individuals were directly involved in events giving rise to this litigation or else have crucial information on important aspects of the case. All possess unique information about which Mattel is entitled inquire and most of them have been identified by MGA or the other defendants in this case as witnesses.

Finally, given Carter Bryant's central role in this litigation, Mattel intends to ask the Court to allow additional time for his deposition beyond the nine additional hours previously granted by Judge Infante's September 28, 2007 ruling.

Judge Larson himself recognized the possible need for an expansion of those limits and invited to counsel to seek leave when necessary, noting that it would be forthcoming. He also invited the parties to attempt to stipulate in this regard. With the recent change of counsel, we hope defendants will reconsider their position and will do so. As you know, should the parties be unable to reach an agreement, Mattel intends to file a motion for leave.

I look forward to hearing from you.

Very truly yours,

*[signature]*

Michael T. Zeller

07209/2255659.4