QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
| vs. | |
| MATTEL, INC., a Delaware corporation, | Hon. Stephen G. Larson |
| Defendant. | **[PUBLIC REDACTED]**<br>DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL'S MOTION FOR LEAVE TO TAKE ADDITIONAL DISCOVERY AND OBJECTIONS TO DISCOVERY MASTER ORDER OF SEPTEMBER 28, 2007 |
| AND CONSOLIDATED ACTIONS | |
| | Hearing Date: January 7, 2008<br>Time: 10:00 a.m.<br>Courtroom: 1 |
| | **Phase 1:**<br>Discovery Cut-off: January 28, 2008<br>Pre-trial Conference: May 5, 2008<br>Trial Date: May 27, 2008. |

07209/2254545.1

DECLARATION OF B. DYLAN PROCTOR ISO MATTEL'S MOTION FOR LEAVE TO TAKE ADDITIONAL DISCOVERY AND OBJECTIONS TO DISCOVERY MASTER ORDER

# DECLARATION OF B. DYLAN PROCTOR

I, B. Dylan Proctor, declare as follows:

1. I am a member of the bar of the State of California and a partner of Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Attached as Exhibit 1 is a true and correct copy of Mattel's Complaint in Case No. 04-9059 SGL (RNBx), dated April 27, 2004.

3. Attached as Exhibit 2 is a true and correct copy of the Stipulation Permitting MGA to Intervene as a Party to This Action, dated December 7, 2004.

4. Attached as Exhibit 3 is a true and correct copy of MGA's Complaint in Case No. 05-02727, dated April 13, 2005.

5. Attached as Exhibit 4 is a true and correct copy of the Court's Minute Order Regarding Consolidation, dated June 19, 2006.

6. Attached as Exhibit 5 is a true and correct copy of the Court's Order Regarding Mattel's Motion for Leave to Amend, dated January 11, 2007.

7. Attached as Exhibit 6 is a true and correct copy of the Court's Minute Order Regarding Scheduling, dated February 12, 2007.

8. Attached as Exhibit 7 is a true and correct copy of relevant excerpts from the Transcript of Proceedings of the February 12, 2007 Scheduling Conference in this action.

9. Attached as Exhibit 8 is a true and correct copy of Mattel's First Set of Interrogatories to Bryant, dated December 27, 2004.

10. Attached as Exhibit 9 is a true and correct copy of Mattel's First Set of Interrogatories to MGA, dated December 28, 2004.

11. Attached as Exhibit 10 is a true and correct copy of Mattel's Second Set of Interrogatories to MGA, dated April 28, 2005.

07209/2254545.1

-1-
DECLARATION OF B. DYLAN PROCTOR ISO MATTEL'S MOTION FOR LEAVE TO TAKE ADDITIONAL DISCOVERY AND OBJECTIONS TO DISCOVERY MASTER ORDER

12. Attached as Exhibit 11 is a true and correct copy of Mattel's Second Set of Interrogatories to Bryant, dated April 28, 2005.

13. Attached as Exhibit 12 is a true and correct copy of Mattel's First Set of Interrogatories Re Claims of Unfair Competition, dated December 20, 2006.

14. Attached as Exhibit 13 is a true and correct copy of Mattel's Third Set of Interrogatories, dated June 7, 2007.

15. Attached as Exhibit 14 is a true and correct copy of the Discovery Master's Order Granting Joint Motion for Protective Order and Denying Mattel's Motion to Compel Interrogatory Responses, dated September 5, 2007.

16. Attached as Exhibit 15 is a true and correct copy of Mattel's Fourth Set of Interrogatories to MGA, dated October 12, 2007.

17. Attached as Exhibit 16 is a true and correct copy of Mattel's Second Amended Answer in Case No. 05-2727 and Counterclaims, dated July 12, 2007, not including Exhibit C.

18. Attached as Exhibit 17 is a true and correct copy of MGA's Answer and Affirmative Defenses, dated August 13, 2007.

19. Attached as Exhibit 18 is a true and correct copy of MGA's Supplemental Disclosures and MGA Entertainment (HK) Limited, MGA de Mexico S.R.L. de C.V. and Larian's Initial Disclosures Under Rule 26(a)(1), dated September 21, 2007.

20. Attached as Exhibit 19 is a true and correct copy of Mattel's Consolidated (1) Initial Disclosures Relating to MGA's Unfair Competition Claims, and (2) Second Supplemental Initial Disclosures Relating to Mattel's Claims Against Bryant and MGA, dated January 5, 2007.

21. Attached as Exhibit 20 is a true and correct copy of relevant excerpts from Carter Bryant's deposition transcript, dated November 4, 2004.

07209/2254545.1

-2-
DECLARATION OF B. DYLAN PROCTOR ISO MATTEL'S MOTION FOR LEAVE TO TAKE ADDITIONAL DISCOVERY AND OBJECTIONS TO DISCOVERY MASTER ORDER

22. Attached as Exhibit 21 is a true and correct copy of Mattel's Notice of Deposition of Maureen Tkacik, Denise O'Neal, Chris Palmeri, and Jeff Weiss, dated August 7, 2007.

23. Attached as Exhibit 22 is a true and correct copy of Defendant and Cross-Claimant Carter Bryant's Objections and Responses to Second Set of Interrogatories Propounded by Mattel, Inc., dated June 12, 2006.

24. Attached as Exhibit 23 is a true and correct copy of MGA's Response to Mattel's Second Set of Interrogatories, dated May 30, 2006.

25. Attached as Exhibit 24 is a true and correct copy of MGA's Third Supplemental Responses to Mattel's Second Set of Interrogatories, dated August 22, 2007.

26. Attached as Exhibit 25 is a true and correct copy of relevant excerpts from Steven Linker's deposition transcript, dated September 13, 2007.

27. Attached as Exhibit 26 is a true and correct copy of MGA's Supplemental Response to Interrogatory No. 2 of Mattel, Inc.'s First Set of Interrogatories Re Claims of Unfair Competition, dated June 20, 2007.

28. Attached as Exhibit 27 is a true and correct copy of MGA's Fourth Supplemental Response to Interrogatory No. 1 of Mattel, Inc.'s First Set of Interrogatories Re Claims of Unfair Competition, dated August 1, 2007.

29. Attached as Exhibit 28 is a true and correct copy of relevant excerpts from Schyler Bacon's deposition transcript, dated September 27, 2007.

30. Attached as Exhibit 29 is a true and correct copy of an e-mail from Amman Khan to Jon Corey, my partner, dated September 24, 2007.

31. Attached as Exhibit 30 is a true and correct copy of the Stipulation and Order Regarding Deadline for MGA to Produce Documents Pursuant to Order of August 13, 2007, dated September 24, 2007.

32. Attached as Exhibit 31 is a true and correct copy of relevant excerpts from Lisa Tonnu's deposition transcript, dated September 25, 2007.

33. Attached as Exhibit 32 is a true and correct copy the Order Granting in Part and Denying in Part Mattel's Motion to Compel Production of Documents, dated August 13, 2007.

34. Attached as Exhibit 33 is a true and correct copy of relevant excerpts from Kenneth Lockhart's deposition transcript, dated June 14 and 15, 2007.

35. Attached as Exhibit 34 is a true and correct copy of the Declaration of Daphne Gronich in Response to Court's Request for Information Regarding Document Preservation, dated September 10, 2007.

36. Attached as Exhibit 35 is a true and correct copy of Mattel's Notice of Deposition of Littler Mendelson Pursuant to Federal Rule of Procedure 30(b)(6), dated September 6, 2007.

37. Attached as Exhibit 36 is a true and correct copy of the Order Granting in Part and Denying in Part Mattel's Motion to Compel MGA to Produce Witnesses Pursuant to Third Notice of Deposition Under 30(b)(6), dated September 25, 2007.

38. Attached as Exhibit 37 is a true and correct copy of Mattel's Notice of Deposition of MGA Entertainment, Inc., dated February 16, 2005.

39. Attached as Exhibit 38 is a true and correct copy of Mattel's Second Notice of Deposition of MGA Entertainment, Inc., dated February 1, 2007.

40. Attached as Exhibit 39 is a true and correct copy of Mattel's Third Notice of Deposition of MGA Entertainment, Inc., dated June 5, 2007.

41. Attached as Exhibit 40 is a true and correct copy of MGA Entertainment, Inc.'s Notice of Deposition of Mattel, dated September 5, 2007.

42. Attached as Exhibit 41 is a true and correct copy of a July 7, 2007 letter from Michael Zeller, my partner, to Diana Torres, on the subject of Isaac Larian's deposition.

43. Attached as Exhibit 42 is a true and correct copy of the Stipulation for Appointment of a Discovery Master, dated December 6, 2006.

44. Attached as Exhibit 43 is a true and correct copy of Discovery Master's Order Granting in Part Mattel's Motion for Additional Time to Depose Carter Bryant for All Purposes, dated September 28, 2007.

45. Since Judge Infante's August 13, 2007 Order was issued, MGA has produced more than 1,674,000 pages of documents.

46. Attached as Exhibit 44 is a true and correct copy of Discovery Master's Order Granting in Part and Denying in Part Mattel's Motion to Overrule Instructions Not to Answer During the Deposition of Carter Bryant, dated March 7, 2007.

47. Attached as Exhibit 45 is a true and correct copy of Mattel's Revised Third Set of Interrogatories, dated September 21, 2007.

48. Attached as Exhibit 46 is a true and correct copy of MGA's Amended Answer and Affirmative Defenses, dated September 19, 2007.

49. Counsel for Mattel invited counsel for all parties to meet and confer regarding Judge Infante's September 28, 2007 Order regarding the Carter Bryant deposition and to consider Mattel's request for additional depositions and interrogatories. Attached as Exhibit 47 is a true and correct copy of my letter to counsel, dated October 3, 2007.

50. In response, counsel for MGA stated that it would be available to discuss Mattel's requests for additional depositions and interrogatories at a scheduled meeting of counsel. Attached as Exhibit 48 is a true and correct copy of an October 9, 2007 e-mail message from Scott Gizer to Jon Corey, upon which I was copied.

51. Just hours before the scheduled meeting, counsel for MGA cancelled that meeting in light of the pending substitution of counsel. Attached as Exhibit 49 is a true and correct copy of an October 11, 2007 e-mail message from Amman Khan to Jon Corey, and others, on which I was copied. Thereafter, I met

07209/2254545.1

-5-
DECLARATION OF B. DYLAN PROCTOR ISO MATTEL'S MOTION FOR LEAVE TO TAKE ADDITIONAL DISCOVERY AND OBJECTIONS TO DISCOVERY MASTER ORDER

1  with Michael Page, counsel for Mr. Bryant, to discuss Mattel's request for additional
2  time to depose Mr. Bryant.  Mr. Page refused to agree to any additional time.
3         52.    Since the substitution of counsel, Mattel has raised these issues
4  with MGA's new counsel.  Attached as Exhibit 50 is a true and correct copy of an
5  October 26, 2007 letter from Michael Zeller to Thomas J. Nolan, MGA's counsel.
6         53.    Exhibit 51 has been left blank intentionally.
7         54.    Attached as Exhibit 52 is a true and correct copy of Christopher
8  Palmeri's Business Week article, "To Really Be a Player, Mattel Needs Hotter
9  Toys," published July 28, 2003.
10        55.    Attached as Exhibit 53 is a true and correct copy of Jeff Weiss's
11 San Fernando Valley Business Journal article, "Immigrant's Creative Company
12 Shakes Up Toy Industry," published March 29, 2004.
13        56.    Attached as Exhibit 54 is a true and correct copy of relevant
14 excerpts from Isaac Larian's deposition transcript, dated July 18, 2006.
15        57.    Attached as Exhibit 55 is a true and correct copy of relevant
16 excerpts from Kerri Brode's deposition transcript, dated August 15, 2007.
17        58.    Attached as Exhibit 56 is a true and correct copy of Exhibits 607,
18 608, and 609, shown during the August 15, 2007 deposition of Kerri Brode.
19        59.    Attached as Exhibit 57 is a true and correct copy of MGA's
20 Responses to Mattel's First Set of Interrogatories Re Claims of Unfair Competition,
21 dated January 19, 2007.
22        60.    Attached as Exhibit 58 is a true and correct copy of the
23 Declaration of Patricia Perrier in Support of MGA's Opposition to Mattel's Motion
24 to Try All Claims Related to Bratz Ownership in Phase One, dated May 25, 2007.
25        61.    Attached as Exhibit 59 is a true and correct copy of the
26 Declaration of Paula Garcia in Support of MGA's Opposition to Mattel's Motion to
27 Compel, dated February 9, 2007.
28

62. Attached as Exhibit 60 is a true and correct copy of additional relevant excerpts from Carter Bryant's deposition transcript, dated November 4, 2004.

63. Attached as Exhibit 61 is a true and correct copy of relevant excerpts from Victoria O'Connor's deposition transcript, dated December 6, 2004.

64. Attached as Exhibit 62 is a true and correct copy of relevant excerpts from Bryan Armstrong's deposition transcript, dated July 18, 2007 and August 1, 2007.

65. Attached as Exhibit 63 is a true and correct copy of relevant excerpts from the Deposition of Rebecca Harris, dated July 20, 2007.

66. Attached as Exhibit 64 is a true and correct copy of Mattel's Supplemental Interrogatory Pursuant to Order Dated September 25, 2007, dated October 19, 2007.

67. Attached as Exhibit 65 is a true and correct copy of Mattel's Fifth Set of Interrogatories, dated October 19, 2005.

68. Attached as Exhibit 66 is a true and correct copy of Mattel's Amended Fourth Set of Interrogatories, dated October 23, 2007.

69. Attached as Exhibit 67 is a true and correct copy of Mattel's Sixth Set of Interrogatories, dated October 23, 2005.

70. Attached as Exhibit 68 is a true and correct copy of Mattel's Seventh Set of Interrogatories, dated October 25, 2005.

71. Attached as Exhibit 69 is a true and correct copies of various 2005 invoices from South Bay Molds, produced by MGA as MGA 0077010-77012, 0077015-77017, 0077058, and 0077060.

72. Attached as Exhibit 70 is a true and correct of a Letter from the U.S. Copyright Office to Carol Witschel, dated April 8, 2005, produced by MGA as MGA 0868141-144.

07209/2254545.1

-7-
DECLARATION OF B. DYLAN PROCTOR ISO MATTEL'S MOTION FOR LEAVE TO TAKE ADDITIONAL DISCOVERY AND OBJECTIONS TO DISCOVERY MASTER ORDER

73. Attached as Exhibit 71 is a true and correct of an email from Isaac Larian to David Oakes, dated January 5, 2004, produced by MGA as MGA 1000107-1000110.

74. Attached as Exhibit 72 is a true and correct of an Invoice from Gentle Giant Studios, Inc., to Margaret Leahy, dated October 11, 2000.

75. Attached as Exhibit 73 is a true and correct of Carter Bryant's Responses and Objections to Mattel, Inc.'s Revised Third Set of Interrogatories, dated November 15, 2007.

76. Attached as Exhibit 74 is a true and correct of Carter Bryant's Objections and Responses to Mattel, Inc.'s Amended Fourth Set of Interrogatories, dated November 15, 2007.

77. Attached as Exhibit 75 is a true and correct copy of additional relevant excerpts from Victoria O'Connor's deposition transcript, dated December 6, 2007.

78. Attached as Exhibit 76 is a true and correct copy of MGA's Objections and Responses to Mattel's Revised Third Set of Interrogatories, dated November 15, 2007.

79. Attached as Exhibit 77 is a true and correct copy of MGA (HK) Ltd.'s Objections and Responses to Mattel's Revised Third Set of Interrogatories, dated November 15, 2007.

80. Attached as Exhibit 78 is a true and correct copy of MGAE de Mexico's Objections and Responses to Mattel's Revised Third Set of Interrogatories, dated November 15, 2007.

81. Attached as Exhibit 79 is a true and correct copy of Isaac Larian's Objections and Responses to Mattel's Revised Third Set of Interrogatories, dated November 15, 2007.

07209/2254545.1

-8-
DECLARATION OF B. DYLAN PROCTOR ISO MATTEL'S MOTION FOR LEAVE TO TAKE ADDITIONAL DISCOVERY AND OBJECTIONS TO DISCOVERY MASTER ORDER

82. Attached as Exhibit 80 is a true and correct copy of MGA's Objections and Responses to Mattel's Amended Fourth Set of Interrogatories, dated November 15, 2007.

83. Attached as Exhibit 81 is a true and correct copy of MGA (HK) Ltd.'s Objections and Responses to Mattel's Amended Fourth Set of Interrogatories, dated November 15, 2007.

84. Attached as Exhibit 82 is a true and correct copy of MGAE de Mexico's Objections and Responses to Mattel's Amended Fourth Set of Interrogatories, dated November 15, 2007.

85. Attached as Exhibit 83 is a true and correct copy of Isaac Larian's Objections and Responses to Mattel's Amended Fourth Set of Interrogatories, dated November 15, 2007.

86. Attached as Exhibit 84 is a true and correct copy of an email from Tom Nolan, MGA's counsel, to Michael Zeller, dated November 19, 2007.

87. Attached as Exhibit 85 is a true and correct copy of relevant excerpts from the Transcript of Proceedings of the September 7, 2007 Discovery Hearing Re Mattel's Motion to Reopen Carter Bryant's Deposition.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 1, 2007, at Los Angeles, California.

B. Dylan Proctor /s/
B. Dylan Proctor

07209/2254545.1

-9-
DECLARATION OF B. DYLAN PROCTOR ISO MATTEL'S MOTION FOR LEAVE TO TAKE ADDITIONAL DISCOVERY AND OBJECTIONS TO DISCOVERY MASTER ORDER