# EXHIBIT 51

**THIS EXHIBIT HAS BEEN LEFT BLANK INTENTIONALLY**

EXHIBIT 51 PAGE 721

# EXHIBIT 52



# ANNUAL RETIREMENT GUIDE

The McGraw-Hill Companies

# BusinessWeek

JULY 28, 2003

www.businessweek.com

## STOCK VS. OPTIONS
THE NEW EXEC COMP GAME

## STRATEGIES
▸YAHOO!
▸GENERAL MILLS
▸MATTEL

## GE
MEET CHARLENE BEGLEY, A RISING STAR

## INVESTING
HOW OUR WALL STREET COLUMN PERFORMED

# CITI'S NEXT ACT

**CHUCK PRINCE** Sandy Weill's top troubleshooter is the unlikely choice to become CEO. Does he have the right stuff to lead the world's most important bank? PAGE 30

#BXBBG00 ***CR LOT 0016A*C033
#JLI2121G091 0R300116      8X003676
||||||||||||||||||||||||||||||||||||||||||
                          071934
             MAR 22 04   0975
                          T093
GARY JOLICOPUR
2121 GATES AVE B
REDONDO BEACH   CA   90278-2007

M 0074054

Exhibit no. 631
Date: 8/30/07
Mabcide R. Pyburn

EXHIBIT 52 PAGE 722

631.1

stead, regular uniform fabric may sport nano-size umbrellas that open to seal the cloth's pores, making it impervious to airborne chemicals and pathogens.

In both cases, a key objective is to take a load off soldiers' backs. Today, they lug 60 pounds or more into battle, depending upon which weapon they carry, and the so-called marching load is almost twice as heavy. In five years, the Army wants to trim the combat load to 40 pounds, and then to 15 pounds with the Future Warrior outfit. MIT's Vest predicts that armored vests, which weigh 28 pounds now, will end up "at around eight pounds, maybe even five."

Artificial muscles that could enable soldiers to leap tall walls, if not buildings, are in the works, too. One candidate is made from polypyrrole. It flexes when jolted by electricity, then relaxes when the juice is turned off. So far, though, its reactions are much too slow.

Even with the best armor, wounds are inevitable. So when a soldier is hit in an arm or leg, special fibers in the uniform would constrict into a tourniquet. This will be a real life-saver, because half of all battlefield deaths are due to massive blood loss before wounded soldiers can be treated. In addition, sensors would provide the soldier's vital signs and location to medics via radio. Until the Future Warrior garment is ready, soldiers will wear an adhesive chest patch fitted with sensors and a tiny radio. It's being developed by MIT partner CIMIT (Center for Integration of Medicine & Innovative Technology) in Cambridge, Mass.

To satisfy its industrial partners and avoid chewing up money needlessly, the new institute will be "run on a business model, with regular milestone reviews," says Edwin L. "Ned" Thomas, the MIT materials-science professor tapped as its head. It will have a staff of 40 MIT scientists from eight departments, plus 100-odd graduate students and visiting researchers from the Army and industry.

Thomas admits that some wish-list items may never materialize. But that's okay—the idea is to infuse army research with new thinking. So the Pentagon plans to announce, starting in August, more research centers at other universities, focused on such areas as biotechnology and detecting landmines. In the same spirit, to supplement its $1.2 billion research effort, the Army will funnel $25 million to small, innovative companies that probably never dreamed of getting a Pentagon contract. The fund's top priority? Finding better ways to generate and store power for the Army's high-tech gadgets. It's easy to see why: A brigade of 1,500 troops goes through 120 tons of batteries a year. And that's before they hit their invisibility buttons.

*By Otis Port in Cambridge, Mass.*

## The Corporation

### COMMENTARY
By Christopher Palmeri

# TO REALLY BE A PLAYER, MATTEL NEEDS HOTTER TOYS

The Bratz pack has invaded the Gabriele house. The lips of trendy dolls burst on the scene two years ago, offering girls a hipper alternative to that old standby, Barbie. Thlike Jennifer Lopez to Barbie's Reese Witherspoon, Joan Gabriele, a Hollywood (Fla.) mother of two, now has eight Bratz dolls in her home. Her daughters' ages 6 and 8, rarely touch their Barbies. "Barbie is pretty much a thing of the past," she says. "They like Bratz better."

That's bad news for Barbie's maker, Mattel Inc.—and for the three-year-old turnaround efforts of CEO Robert A. Eckert, the ex-president of Kraft Foods Inc. who replaced the embattled Jill E. Barad. The El Segundo (Calif.) toy giant counts on Barbie for about one-third of its revenues and more of its profits. But Mattel says U.S. Barbie sales declined 2% last year and 14% in this year's first quarter. The overall doll category, says market researcher NPD Group Inc., dropped only 3% in the quarter.

Give Eckert, 48, his due: He pulled Mattel out of its tailspin after its disastrous $3.8 billion acquisition of Learning Co. He got rid of the money-losing computer-game maker and slashed costs. His goal to bring the stability of a consumer-products company to the hit-driven toymaker. And using such practices as computer-aided design to speed up product development and just-in-time inventory management, he succeeded.

But now it looks like Eckert is learning a valuable lesson: Mattel is selling toys, not soap or cornflakes. Good brand management goes only so far in a business that caters to children's whims. Like it or not, the key to success is launching innovative products and promoting the heck out of them. If you don't do it, your competitors will.

Eckert's strategy has been great for Mattel's bottom line. Profits last year, before special charges, were a healthy $456 million, and the stock has nearly doubled to $20, since Eckert arrived in May, 2000. But top-line growth has sputtered. U.S. revenues, $3.4 billion in 2002, have declined marginally in the past few years. Total 2002 sales of $4.9 bil-

lion crept up from $4.6 billion in 2000—thanks to overseas expansion.

While Eckert continues to build on the massive Barbie franchise that Barad constructed, he now knows that he needs hot new toys. Recycling old characters like Second Street's Elmo just won't be enough. "We need to do a better job on the top line," he says. "The good news is it's only spring training, and we have a long season ahead of us."

To that end, Eckert has begun an ambitious push. Between now and Christmas, he hopes to launch 250 new toys, including dozens of Hot Wheels models and Flavas, a Bratz-like hip-hop posse with baggy jeans and serious bling-bling. Originally, half of these toys weren't scheduled until 2004.



### FIRST CAME BRATZ...

| | |
|---|---|
| **MAKER** | MGA Entertainment |
| **DEBUT** | 2001 |
| **NAMES** | Yasmin, Sasha, Cloe, Jade, and Meygan |
| **MOTTO** | The girls with a passion for fashion |
| **HER RIDE** | Late-night stretch limo |

M 0074055

EXHIBIT 52 PAGE 723

631.2

That should help boost sales. But it's even more important that Mattel prove it can respond to nimble upstarts as well as traditional big rivals like Hasbro Inc. After all, it took the company more than a year to launch a competitor to MGA Entertainment's Bratz. My Scene Barbie didn't hit stores until last October and has yet to make a dent in Bratz's success. At its Santa Monica (Calif.) store recently, Toy 'R' Us Inc. devoted just a sliver of the shelf space to My Scene that it did to Bratz. And My Scene dolls were being offered at 2 for 1. "It's not really catching ground," says Sean P. McGowan, toy industry analyst at Harris Nesbitt Gerard Inc.

Mattel will start tossing in a cell phone with 300 free minutes if you buy four of the $13.99 dolls. It also plans to add accessories and boy versions—Hudson, River, and Bryant.

Barbie isn't the only Mattel stalwart under attack. Its Fisher-Price unit, long the king of preschool, is losing sales to newcomer LeapFrog Enterprises Inc., whose electronic interactive books have captured 19% of the $2.9 billion preschool toy and electronic-learning aid markets. Eckert is counting on a successful launch in August for Power-Touch, Mattel's version of LeapFrog's popular interactive book. PowerTouch is operated by pointing a finger at an image or a word, instead of the stylus used in LeapFrog's original products. That's key for younger kids. "It's much easier for her to use," says Christopher Coye, a Los Angeles-area parent whose 4-year-old tested a PowerTouch. Still, LeapFrog releases a finger-operated system in August, too.

Over the long term, Eckert puts at risk one of the strongest toy companies around if he can't instill innovation and rapid reaction in his much-tightened organization. To his credit, he is making it crystal clear that he doesn't want ideas to linger in the pipeline. When Matchbox brand managers mentioned this year that they had designed a toy firehouse that could be shipped with no assembly required, Eckert told them to get it out by fall. "Why wait?" he says. "If you've got it, sell it." And not a moment too soon: Sales of Mattel's Hot Wheels and Matchbox cars fell 6% in the first quarter, thanks to competition for boys' attention from action figures like Hasbro's resurgent G.I. Joe and Transformers.

The question is how much Eckert needs to tweak his model: He probably cut back too much, for instance, on marketing. In 1998, Mattel's advertising and promotional spending totaled $631 million, or 13.8% of sales. By last year, it had fallen to $552 million, or 11.2% of sales. Aggressive television marketing boosted sales of Hot Wheels cars in Spain last year, and a strong new campaign could help Mattel toys here.

Mattel won't live or die on every new toy it develops. But it can't just rely on Barbies, either. "Like they say in business school—no risk, no reward," says Isaac Larian, CEO of privately held MGA. He should know: He got the idea for Bratz after seeing his own kids run around in navel-baring tops and hip-huggers. As Eckert is finding out, sometimes the best ideas are right in front of you.

*Palmer Roberta Torre from Los Angeles*



**THEN, MY SCENE BARBIE**

| | |
|---|---|
| MAKER | Mattel |
| DEBUT | 2002 |
| NAMES | Barbie, Madison, Chelsea, and Nolee |
| MOTTO | My city, My style, My scene |
| HER RIDE | Vespa motorscooter |

Data: MGA Entertainment, Mattel

## BusinessWeek

# Manage your account online

Now you can manage your subscription through the Internet. You may change your delivery address, check your account status, renew your subscription, pay your invoice, report a missing or damaged copy, or suspend delivery of your magazine through our Customer Service site. You may go directly to www.businessweek.com/service.htm or follow these simple steps:

1. Go to www.businessweek.com.
2. Scroll down the left side listings until you reach the "Customer Service" link.
3. Click on the "Customer Service" link.
4. Scroll down below and click on US/Canadian subscribers link.

NOTE: You will [illegible] number, which appears on the label of your magazine.

For individual subscriptions, changes, or inquiries:
Phone: (800) 635-1200
Email: bwcustomerservice@neodata.com

**Education Department**
Phone: (800) 843-7352
Fax: (800) 876-9416
Email: bw_group@businessweek.com
Web Site:
www.resourcecenter.businessweek.com

M 0074056

EXHIBIT 52 PAGE 724

**EXHIBIT 53**

**Immigrant's Creative Company Shakes Up Toy Industry**

By JEFF WEISS; Contributing Reporter

1,098 words

29 March 2004

San Fernando Valley Business Journal

English

2004 San Fernando Valley Business Journal. All rights reserved.

Large Business Award - MGA Entertainment, North Hills

Only 16 years old, with a mere $750 in his pocket, and with parents across the globe in Iran, Isaac Larian never expected to eventually be the founder of one of the fastest growing toy companies in the world.

Initially undecided whether to emigrate to the United States or to Israel, Larian opted to pursue the American dream. The Business Journal's recipient of the family business Best Large Company award, MGA Entertainment, is the end product of Larian's hard work, determination, and foresight in capitalizing upon opportunity.

Yet before becoming a toy mogul, Larian set out to forge a career in the civil engineering industry before realizing his true talents lay elsewhere.

"I came here to get a civil engineering degree because I thought I'd be a civil engineer and go back to Iran and build infrastructure," Larian said. "I graduated in 1978 from Cal State Los Angeles but I never worked as an engineer. Shortly after graduating, the (Iranian) revolution broke out and I discovered that engineering wasn't for me. I was more of an entrepreneur."

The following year Larian and his brother Farhad founded MGA as a consumer electronics company. Their first foray into the toy industry didn't come until 1987 when Isaac saw the opportunity to manufacture Nintendo's hand-held electronic games.

"I'm an entrepreneur and in 1987 I saw an opportunity to become the distributor for Nintendo's hand-held games. I just saw opportunity. Most entrepreneurs do that," Larian said.

After two years in the hand-held video game industry, MGA left the toy game and returned to consumer

    © 2005 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.

M 0101133

**EXHIBIT 53 PAGE 725**

electronics. Returning in 1993 to produce Mighty Morphin Power Rangers accessories, MGA never left the toy industry, having its first breakthrough item with 1997's wildly successful Singing Bouncing Baby Doll.

"Singing Bouncing Baby was our first doll and it was a huge hit," Larian said. "We ended up winning Family Fun Toy of the Year which is the Oscars of the toy industry. We ended up doing in excess of a million pieces," said Larian.

Introducing Bratz

But MGA's greatest success came later, with the introduction of 2001's Bratz dolls. Against all odds, Larian pioneered a line of dolls able to undercut the success of Barbie, the only company to do so since Barbie's 1959 debut.

However, the modest Larian is quick to acknowledge others for contributing to the company's success. A close knit family, Larian's sister, Shirin Makabi, is the company's director of travel and expenses. Shirin's husband, Eli Makabi, is MGA's vice-president in charge of traffic in sales. In addition, the Makabis co-own the business with Larian. But Larian family involvement does not stop there; Larian's children have played a crucial role in MGA's development.

"My oldest son, 17-year-old Jason, is very creative and a music writer. He has come up with some of our popular toys," Larian said. "He came up with Commandobot—a robot that was the first ever robot toy to work on voice recognition. It was a fantastic seller that was featured in Wired magazine. It was Jason's idea for Bratz."

Larian's other children have also been key to product development.

"Yasmin, my 15-year-old daughter, is involved in the business as well. She's particularly interested in fashion and focus groups. One of the Bratz is named after her," Larian said. "My 10-year-old son, Cameron, is also the namesake for one of the boy Bratz. Cameron comes up with different product ideas. One of our best ideas was a winter wonderland Bratz line. We were on a family ski vacation and he said 'Dad, you should do a Bratz winter break.' So we did it and it sold wonderfully."

Thanking the employees

Larian also credits the company's 430 employees for much of MGA's success.

"Our success is due to the passion of the people we have working for us. Each one has contributed to our success because they are passionate about the company and winning."

Page 230     © 2005 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.

M 0101134

EXHIBIT 53 PAGE 726

With business booming, a Bratz licensing deal with 20th Century Fox has been inked. A Bratz DVD and a Bratz feature film are soon on the way.

"The Bratz are a true phenomenon that has taken the toy/doll industry by storm," Jim Gianopulos, chairman of Fox Filmed Entertainment, said. "They are more than just toys; they reflect the cultural diversity and contemporary style that kids relate to. That kind of success and impact on young people make the company a natural in a major motion picture, and we look forward to turning the Bratz figures into major motion picture stars."

MGA's projected revenue for 2004 is $1 billion and the company has openings for 110 employees in a variety of positions. Although MGA's success is now assured, there were obstacles along the way.

"I noticed some discrimination when I first got into the business world. I think that after living here for 33 years, there is unfortunately discrimination whether you're Jewish, Persian, black or whatever," Larian said. "But it made me stronger to go out and fight. People become resilient and they get angry and they need to turn that anger into positive energy."

Larian has certainly come a great distance from being a teenager with inclinations towards civil engineering and less than a thousand dollars in his pocket. Thanks to MGA, Barbie's pedestal seems a little less secure.

"I'm having a lot of fun and enjoying what I'm doing here right now and I think as long as you have fun at your job, it's a great thing," Larian said. "I believe that in life you have to have passion for what you do and if you lose that passion you shouldn't do it. My vision is for MGA to become a multibillion-dollar entertainment company and specialize in other things besides just toys."

Looking back on the whirlwind rise of MGA, Larian still seems a bit surprised by the amount of success he's encountered.

"My life is proof that dreams come true. You can't give up. They were definitely moments of self-doubt. I just didn't want to fail, I always had that desire to win," Larian said. "We've made history by unseating Barbie and for a small San Fernando Valley company to do that is a miracle."

Document SFVBJ00020041020e03t0003p

    © 2005  Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.

M 0101135

EXHIBIT 53 PAGE 727

# EXHIBIT 54

| | | |
|---|---|---|
| 1 | | LOS ANGELES, CALIFORNIA; |
| 2 | | TUESDAY, JULY 18, 2006, 9:26 A.M. |
| 3 | | |
| 4 | 09:25:50 | THE VIDEOGRAPHER:  OKAY.  GOOD MORNING.  WE |
| 5 | 09:25:52 | ARE NOW ON THE RECORD AT 9:26 A.M.  TODAY'S DATE IS |
| 6 | 09:25:56 | TUESDAY, JULY 18, 2006.  MY NAME IS PHILIP CRUZ WITH |
| 7 | 09:26:01 | JTV LITIGATION SERVICES IN LOS ANGELES, CALIFORNIA. |
| 8 | 09:26:04 | WE ARE VIDEOTAPING THESE PROCEEDINGS AT |
| 9 | 09:26:07 | 1999 AVENUE OF THE STARS, THE SIXTH FLOOR, IN |
| 10 | 09:26:12 | LOS ANGELES, CALIFORNIA. |
| 11 | 09:26:13 | THIS IS TAPE NUMBER 1 FOR THE VIDEOTAPED |
| 12 | 09:26:16 | DEPOSITION OF MR. ISAAC LARIAN IN THE ACTION ENTITLED |
| 13 | 09:26:19 | BRYANT VS. MATTEL.  THIS VIDEO DEPOSITION IS BEING |
| 14 | 09:26:19 | TAKEN ON BEHALF OF THE PLAINTIFF AND CROSS-DEFENDANT |
| 15 | 09:26:23 | MATTEL, INC.  THE CASE NUMBER IS CV 04-9049. |
| 16 | 09:26:29 | AND MAY I HAVE INTRODUCTIONS FOR THE RECORD, |
| 17 | 09:26:32 | PLEASE. |
| 18 | 09:26:33 | MR. QUINN:  MAY NAME IS JOHN QUINN, AND I'M |
| 19 | 09:26:36 | COUNSEL FOR MATTEL. |
| 20 | 09:26:37 | MR. ZELLER:  MIKE ZELLER, ON BEHALF OF |
| 21 | 09:26:41 | MATTEL, INC. |
| 22 | 09:26:43 | MS. THOMAS:  JILL THOMAS, IN-HOUSE COUNSEL |
| 23 | 09:26:44 | FOR MATTEL, INC. |
| 24 | 09:26:46 | MR. MOORE:  MICHAEL MOORE, IN-HOUSE COUNSEL |
| 25 | 09:26:46 | FOR MATTEL, INC. |

A&E COURT REPORTERS  (213) 955-0070  FAX:  (213) 955-0077

EXHIBIT 54 PAGE 728

| | | |
|---|---|---|
| 1 | 09:26:46 | MS. CENDALI:  DALE CENDALI, OF O'MELVENY & |
| 2 | 09:26:44 | MYERS, COUNSEL FOR MGA. |
| 3 | 09:26:47 | MS. GRONICH:  DAPHNE GRONICH, COUNSEL FOR MGA |
| 4 | 09:26:49 | AT MGA. |
| 5 | 09:26:56 | MR. WICKHAM:  DOUGLAS WICKHAM, ON BEHALF OF |
| 6 | 09:26:59 | DEFENDANT CARTER BRYANT AND PLAINTIFF CARTER BRYANT. |
| 7 | 09:26:59 | JENNIFER GLAD:  JENNIFER GLAD ON BEHALF OF |
| 8 | 09:27:02 | MGA. |
| 9 | 09:27:02 | THE VIDEOGRAPHER:  AND YOU MAY SWEAR IN THE |
| 10 | 09:27:02 | WITNESS. |
| 11 | 09:27:02 | (WITNESS SWORN.) |
| 12 | 09:27:15 | MS. CENDALI:  BEFORE WE GET STARTED, I |
| 13 | 09:27:17 | UNDERSTAND THAT, JOHN, THAT YOU HAD TRAFFIC ISSUES |
| 14 | 09:27:19 | GETTING DOWN HERE, BUT I WOULD LIKE TO NOTE FOR THE |
| 15 | 09:27:22 | RECORD, MR. LARIAN WAS HERE AT FIVE MINUTES TO 9:00, |
| 16 | 09:27:26 | SITTING IN THE ROOM, PREPARED TO TAKE HIS DEPOSITION. |
| 17 | 09:27:29 | OUR POSITION IS SINCE WE ACTUALLY STARTED AT |
| 18 | 09:27:32 | 9:26, THAT THAT SHOULD BE COUNTED -- THOSE 26 MINUTES |
| 19 | 09:27:35 | SHOULD BE COUNTED AGAINST THE SEVEN HOURS. |
| 20 | 09:27:38 | LET'S SEE WHAT HAPPENS AT THE END OF THE DAY. |
| 21 | 09:27:41 | YOU MAY NOT HAVE SEVEN HOURS' WORTH OF QUESTIONS, AND |
| 22 | 09:27:44 | LET'S CROSS THAT BRIDGE WHEN WE COME TO IT. |
| 23 | 09:27:44 | MR. QUINN:  WELL, BUT WE CERTAINLY DISAGREE |
| 24 | 09:27:46 | WITH THAT, DALE.  AND YOU AND I HAVE -- WE'VE MADE |
| 25 | 09:27:49 | ACCOMMODATIONS FOR YOU IN THE RECENT PAST, AND -- AND |

EXHIBIT 54 PAGE 729

| | | | |
|---|---|---|---|
| 1 | 01:09:29 | Q | RESEARCH? |
| 2 | 01:09:30 | A | RIGHT. |
| 3 | 01:09:31 | Q | ANY PARTICULAR KIND OF RESEARCH? |
| 4 | 01:09:34 | A | JUST FOCUS GROUPS. |
| 5 | 01:09:36 | Q | FOR WHAT, MARKET RESEARCH, THAT SORT OF |
| 6 | 01:09:39 | | THING? |
| 7 | 01:09:39 | A | YES. |
| 8 | 01:09:40 | Q | HOW LONG HAS SHE BEEN EMPLOYED AT MGA? |
| 9 | 01:09:43 | A | I DON'T KNOW EXACTLY.  PROBABLY A COUPLE OF |
| 10 | 01:09:45 | | YEARS. |
| 11 | 01:09:45 | Q | IS SHE A RELATIVE OF YOURS OR -- |
| 12 | 01:09:47 | A | NO, SHE'S NOT. |
| 13 | 01:09:48 | Q | ALL RIGHT.  HOW ABOUT SHIRIM MACABI?  DOES |
| 14 | 01:09:52 | | SHE WORK FOR MGA? |
| 15 | 01:09:54 | A | SHE DOES. |
| 16 | 01:09:55 | Q | AND IS THAT A RELATIVE OF YOURS? |
| 17 | 01:09:57 | A | YES. |
| 18 | 01:10:02 | Q | WHAT'S THE RELATIONSHIP? |
| 19 | 01:10:02 | A | MY SISTER. |
| 20 | 01:10:04 | Q | OKAY.  AND WHAT IS HER POSITION AT MGA? |
| 21 | 01:10:04 | A | SHE DOES OUR TRAVEL PLANNING, ET CETERA. |
| 22 | 01:10:04 | Q | ALL RIGHT.  AND HOW LONG HAS SHE WORKED FOR |
| 23 | 01:10:06 | | MGA? |
| 24 | 01:10:07 | A | I DON'T KNOW EXACTLY, BUT LONG TIME. |
| 25 | 01:10:09 | Q | ALL RIGHT.  MANY YEARS? |

A&E COURT REPORTERS (213) 955-0070  FAX: (213) 955-0077

**EXHIBIT 54 PAGE 730**

1    01:10:11        A    RIGHT.

2    01:10:11        Q    GOING BACK TO 2000, WOULD YOU SAY?

3    01:10:13        A    YES.

4    01:10:13        Q    YOU INDICATED THAT, YOU KNOW, MGA WAS DOING

5    01:10:20    WELL FINANCIALLY IN 2000.  I MEAN, WE HAVE RECEIVED

6    01:10:26    SOME FINANCIAL STATEMENTS THAT YOUR ATTORNEYS HAVE

7    01:10:28    PROVIDED TO US WHICH, IF WE'RE READING THEM

8    01:10:32    CORRECTLY --

9    01:10:33        MS. CENDALI:  OKAY.  IN MIDSENTENCE -- I'M

10   01:10:36    SORRY.  THEY HAVE TO LEAVE THE ROOM.  I REALLY

11   01:10:39    APOLOGIZE.

12   01:10:39        MR. QUINN:  WELL, LET ME -- LET ME TRY

13   01:10:40    SOMETHING -- LET ME TRY SOMETHING ELSE.  WE'LL COME

14   01:10:42    BACK TO THAT.

15   01:10:46        MS. CENDALI:  OKAY.

16   01:10:46    BY MR. QUINN:

17   01:10:46        Q    YOU HAVE A BROTHER.  WHAT'S -- YOUR BROTHER,

18   01:10:49    FARHAD?  IS THAT HIS NAME?

19   01:10:52        A    YES.  YES, IT IS.

20   01:10:53        Q    AND I UNDERSTAND THERE WAS A DISPUTE BETWEEN

21   01:10:56    YOURSELF AND YOUR BROTHER WHICH RELATED, IN PART, TO

22   01:10:58    BRATZ; IS THAT TRUE?

23   01:10:59        A    IT RELATED TO THE VALUATION OF MGA.

24   01:11:02        Q    ALL RIGHT.  DID HE EVER TELL YOU THAT HE

25   01:11:05    THOUGHT THAT YOU HAD HIDDEN FROM HIM THE STAGE OF

A&E COURT REPORTERS (213) 955-0070  FAX: (213) 955-0077

EXHIBIT 54 PAGE 731

```
 1   01:11:09    DEVELOPMENT THAT BRATZ WAS IN BACK IN 2000?  DID HE

 2   01:11:14    TELL THAT TO YOU?

 3   01:11:14       A    IN 2000?

 4   01:11:15       Q    YES.

 5   01:11:16       A    NO.

 6   01:11:16       Q    I MEAN, DID -- NOT THAT HE TOLD THAT TO YOU

 7   01:11:21    IN 2000, BUT THAT YOU HAD MISREPRESENTED THE STAGE OF

 8   01:11:25    DEVELOPMENT THAT BRATZ WAS IN.

 9   01:11:26       A    HE FILED A LAWSUIT, SO --

10   01:11:28       Q    ALL RIGHT.  AS PART OF THAT, WAS IT YOUR

11   01:11:31    UNDERSTANDING HE WAS CONTENDING THAT YOU HAD NOT

12   01:11:34    DISCLOSED TO HIM WHAT THE STATE OF DEVELOPMENT OF BRATZ

13   01:11:37    WAS?

14   01:11:37       A    I BELIEVE.

15   01:11:38       Q    ALL RIGHT.  AND WAS HE SAYING THAT IT WAS

16   01:11:44    FURTHER ALONG IN 2000 THAN WHAT YOU TOLD HIM?

17   01:11:46       A    I DON'T KNOW.  I DON'T HAVE THE LITIGATION IN

18   01:11:48    FRONT OF ME.

19   01:11:49       Q    HOW -- HOW -- HOW DID THAT -- HOW WAS THAT

20   01:11:52    MATTER RESOLVED?

21   01:11:53       A    HE LOST AND APOLOGIZED.

22   01:11:55       Q    HE LOST AND APOLOGIZED.

23   01:12:01       A    AND HE OWES ME LEGAL FEES.

24   01:12:06       Q    OKAY.

25   01:12:06       A    AS WILL MATTEL.
```

160

EXHIBIT 54 PAGE 732

```
1    01:12:07         Q    I'M SORRY?

2    01:12:07         A    AS WILL MATTEL.

3    01:12:08              MS. CENDALI:  OKAY.  LET'S WAIT SO THERE'S A

4    01:12:08    QUESTION.

5    01:12:09    BY MR. QUINN:

6    01:12:09         Q    SO THERE WAS AN ARBITRATION, IF I UNDERSTAND

7    01:12:11    THAT CORRECTLY?

8    01:12:12         A    YES.

9    01:12:12         Q    AND THAT ARBITRATION WAS -- IT WENT TO A

10   01:12:13    CONCLUSION; IS THAT TRUE?

11   01:12:13         A    IN THE MIDDLE OF THE ARBITRATION, HE DROPPED

12   01:12:17    THE CASE AND APOLOGIZED.

13   01:12:18         Q    ALL RIGHT.  WAS THERE SOME TYPE OF

14   01:12:20    SETTLEMENT?

15   01:12:20         A    NO.

16   01:12:21         Q    DID YOU MAKE -- DID YOU OR MGA MAKE ANY

17   01:12:23    PAYMENT TO HIM?

18   01:12:24         A    NO.

19   01:12:24         Q    DID ANYONE MAKE ANY PAYMENT TO HIM AS PART OF

20   01:12:29    THE SETTLEMENT?

21   01:12:29         A    NO.  HE MADE A PAYMENT TO ME, TO MGA.

22   01:12:33         Q    HE MADE A PAYMENT TO YOU.

23   01:12:35              SO THERE -- THERE WAS NOTHING THAT HE

24   01:12:36    RECEIVED AS PART OF THAT SETTLEMENT; IS THAT TRUE?

25   01:12:39              MS. CENDALI:  OBJECTION.  IT MISCHARACTERIZES
```

A&E COURT REPORTERS (213) 955-0070  FAX: (213) 955-0077

**EXHIBIT 54 PAGE 733**

1    BEFORE COMPLETION OF THE DEPOSITION, REVIEW

2   OF THE TRANSCRIPT [X] WAS [ ] WAS NOT REQUESTED.  IF

3   REQUESTED, ANY CHANGES MADE BY THE DEPONENT (AND

4   PROVIDED TO THE REPORTER) DURING THE PERIOD ALLOWED ARE

5   APPENDED HERETO.   [FED. R. CIV. P. 30(E)].

6        DATED _AUGUST 9_____, 2006

7

8

9        APRIL PRAXMARER, CSR 12437

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

# EXHIBIT 55

1                   LOS ANGELES, CALIFORNIA

2              WEDNESDAY, AUGUST 15, 2007

3                   10:19 A.M.

4                     - - -

09:34:36  5            THE VIDEOGRAPHER:  GOOD MORNING.  WE ARE

10:19:05  6  ON THE RECORD AT 10:19 A.M.  TODAY'S DATE IS

10:19:10  7  AUGUST 15TH, 2007.  MY NAME IS STEVEN TOGAMI.  I AM

10:19:16  8  THE VIDEO TECHNICIAN EMPLOYED BY J.T.V. LITIGATION

10:19:18  9  SERVICES, INC., LOCATED IN LOS ANGELES, CALIFORNIA.

10:19:22  10  WE ARE TAPING THESE PROCEEDINGS AT 865 SOUTH

10:19:26  11  FIGUEROA STREET, LOS ANGELES, CALIFORNIA 90017.

10:19:32  12         THIS IS TAPE NUMBER 1 FOR THE VIDEOTAPED

10:19:34  13  DEPOSITION OF KERRI BRODE, IN THE ACTION ENTITLED

10:19:37  14  "CARTER BRYANT VERSUS MATTEL, INC.," AND

10:19:41  15  CONSOLIDATED ACTIONS.  THIS DEPOSITION IS BEING

10:19:44  16  TAKEN ON BEHALF OF THE DEFENDANT.  THE CASE NUMBER

10:19:47  17  IS CV 04-09049 SGL.

10:19:55  18         MAY WE PLEASE HAVE INTRODUCTIONS FOR THE

10:19:59  19  RECORD, BEGINNING WITH THE WITNESS.

10:20:00  20         THE DEPONENT:  KERRI BRODE.

10:20:01  21        MR. ZELLER:  MIKE ZELLER FOR MATTEL.

10:20:04  22        MS. HAULER:  BRIDGET HAULER FOR MATTEL.

10:20:06  23        MR. MOORE:  MICHAEL MOORE, IN-HOUSE

10:20:08  24  COUNSEL FOR MATTEL.

10:20:10  25        MR. DANIELS:  RICHARD DANIELS, IN-HOUSE

EXHIBIT 55 PAGE 735

8

| 10:20:14 | 1 | COUNSEL FOR M.G.A. ENTERTAINMENT. |
| 10:20:16 | 2 | MR. JENAL:  JIM JENAL, O'MELVENY & MYERS, |
| 10:20:16 | 3 | M.G.A. ENTERTAINMENT, INC. |
| | 4 | - - - |
| | 5 | KERRI BRODE, |
| | 6 | HAVING BEEN FIRST DULY AFFIRMED |
| | 7 | BY THE REPORTER, WAS EXAMINED, |
| | 8 | AND TESTIFIED AS FOLLOWS: |
| | 9 | - - - |
| | 10 | DEPOSITION OFFICER:  PLEASE RAISE YOUR |
| | 11 | RIGHT HAND. |
| | 12 | DO YOU SOLEMNLY SWEAR OR AFFIRM THAT THE |
| | 13 | TESTIMONY YOU ARE ABOUT TO GIVE IN THIS MATTER SHALL |
| | 14 | BE THE TRUTH, THE WHOLE TRUTH, AND NOTHING BUT THE |
| | 15 | TRUTH? |
| 10:20:26 | 16 | THE DEPONENT:  I DO. |
| | 17 | - - - |
| | 18 | EXAMINATION |
| 10:20:27 | 19 | BY MR. ZELLER: |
| 10:20:27 | 20 | Q.   GOOD MORNING. |
| 10:20:28 | 21 | A.   GOOD MORNING. |
| 10:20:28 | 22 | Q.   I KNOW YOU'VE BEEN THROUGH THIS DRILL AT |
| 10:20:31 | 23 | LEAST PARTLY BEFORE, BUT I'D JUST LIKE TO REMIND YOU |
| 10:20:35 | 24 | ABOUT A FEW ASPECTS OF THE DEPOSITION. |
| 10:20:37 | 25 | TO THE EXTENT I ASK YOU ANY QUESTION TODAY |

**EXHIBIT 55 PAGE 736**

9

| | | |
|---|---|---|
| 12:01:56 | 1 | Q. DO YOU KNOW WHERE THE LAWYERS OBTAINED THE |
| 12:02:00 | 2 | SEARCH RESULTS? |
| 12:02:01 | 3 | A. NO. |
| 12:02:03 | 4 | Q. THAT WAS SOMETHING -- YOU DIDN'T KNOW |
| 12:02:04 | 5 | WHERE IT CAME FROM? |
| 12:02:05 | 6 | A. I DIDN'T KNOW WHERE IT CAME FROM. |
| 12:02:18 | 7 | Q. YOU HAD MENTIONED THAT YOU WOULD TAKE THE |
| 12:02:20 | 8 | SEARCH REPORTS, YOU'D LOOK AT THEM, DISCUSS IT WITH |
| 12:02:22 | 9 | ISAAC, AND HE'D MAKE THE DECISION AS TO WHETHER OR |
| 12:02:24 | 10 | NOT TO GO FORWARD WITH A NAME. |
| 12:02:27 | 11 | AFTER THAT, WHAT DID YOU DO, IF ANYTHING, |
| 12:02:29 | 12 | WITH THE ACTUAL SEARCH REPORTS THAT YOU RECEIVED? I |
| 12:02:33 | 13 | MEAN, WERE THEY FILED AWAY SOMEWHERE? DID YOU GIVE |
| 12:02:35 | 14 | THEM TO SOMEBODY? |
| 12:02:37 | 15 | A. I HAD FILES. I HAD A FOLDER WITH EACH |
| 12:02:42 | 16 | NAME. |
| 12:02:48 | 17 | Q. AND THESE WERE THE FILES THAT YOU |
| 12:02:49 | 18 | SUBSEQUENTLY GAVE TO BETH CAHILL IN LEGAL? |
| 12:02:53 | 19 | A. YES. |
| 12:02:54 | 20 | Q. NOW, YOU HAD MENTIONED THAT YOU HAD FILE |
| 12:02:56 | 21 | FOLDERS WITH EACH NAME, SO I TAKE IT THAT YOU |
| 12:02:59 | 22 | ORGANIZED THE SEARCH REPORT MATERIALS BY THE |
| 12:03:03 | 23 | POTENTIAL NAME? |
| 12:03:04 | 24 | A. CORRECT. |
| 12:03:10 | 25 | Q. WAS THERE A FILE FOLDER FROM THE 2000 TIME |

**EXHIBIT 55 PAGE 737**

| 12:03:12 | 1 | PERIOD THAT YOU CREATED THAT SAID "BRATZ" ON IT? |
|---|---|---|

12:03:12  1   PERIOD THAT YOU CREATED THAT SAID "BRATZ" ON IT?

12:03:15  2       A.   I DON'T RECALL.

12:03:17  3       Q.   IS IT YOUR EXPECTATION THAT THERE WAS?

12:03:20  4       A.   I COULDN'T SAY THAT THERE WOULD BE.

12:03:25  5       Q.   YOU WERE INVOLVED WITH THE TRADEMARK

12:03:27  6   SEARCH FOR BRATZ; IS THAT CORRECT?

12:03:30  7       A.   I DON'T REMEMBER.

12:03:34  8       Q.   IS IT YOUR EXPECTATION THAT YOU WERE?

12:03:36  9           MR. JENAL:   OBJECTION.

12:03:39  10          THE DEPONENT:   I WOULDN'T -- I DON'T

12:03:40  11  REMEMBER IF I WAS OR NOT.

12:03:41  12  BY MR. ZELLER:

12:03:44  13      Q.   WHO ELSE THERE WITHIN M.G.A. DURING THE

12:03:46  14  2000 TIME PERIOD WAS RESPONSIBLE FOR HAVING THE

12:03:55  15  SEARCH REPORTS GENERATED?

12:03:57  16      A.   DURING 2000 THERE WASN'T, BUT 2001, I

12:03:59  17  BELIEVE THERE WAS A GIRL WHO STARTED WORKING -- THAT

12:04:04  18  STARTED WORKING WITH PAULA, AND SHE WOULD DO THE

12:04:07  19  TRADEMARK SEARCHES AS WELL.

12:04:10  20      Q.   THAT WAS STARTING IN 2001?

12:04:11  21      A.   I THINK SHE STARTED IN 2001.

12:04:13  22      Q.   AND WAS THAT NANA ASHONG?

12:04:18  23      A.   YES.

12:04:26  24      Q.   ONCE NANA ASHONG STARTED ON THAT PROCESS,

12:04:28  25  DID YOU CONTINUE TO HAVE INVOLVEMENT, OR DID SHE

**EXHIBIT 55 PAGE 738**

87

| | | |
|---|---|---|
| 12:04:30 | 1 | TAKE IT OVER COMPLETELY? |
| 12:04:32 | 2 | A.   SHE TOOK IT OVER IN TERMS OF THE PRODUCTS |
| 12:04:36 | 3 | SHE WAS WORKING ON. |
| 12:04:39 | 4 | Q.   AND THAT WAS BRATZ? |
| 12:04:42 | 5 | A.   BRATZ AND DOLLS. |
| 12:04:55 | 6 | Q.   SO IS IT THE CASE, THEN, ONCE NANA ASHONG |
| 12:05:00 | 7 | STARTED TAKING OVER THE SEARCH REPORTS WITH RESPECT |
| 12:05:04 | 8 | TO BRATZ AND DOLLS, YOU DIDN'T HAVE ANY FURTHER |
| 12:05:07 | 9 | INVOLVEMENT IN IT? |
| 12:05:08 | 10 | A.   WE WOULD WORK TOGETHER SOMETIMES, BUT |
| 12:05:13 | 11 | PRETTY MUCH SHE TOOK CARE OF BRATZ AND DOLLS. |
| 12:05:18 | 12 | Q.   WHAT GENERALLY SPEAKING WERE THE INSTANCES |
| 12:05:20 | 13 | IN WHICH YOU TWO WOULD WORK TOGETHER ON BRATZ AND |
| 12:05:24 | 14 | DOLLS AFTER SHE STARTED HAVING SOME RESPONSIBILITY |
| 12:05:28 | 15 | FOR THE SEARCH REPORTS? |
| 12:05:30 | 16 | A.   WE WOULD DISCUSS THE WEB SITE, AND IF A |
| 12:05:35 | 17 | SEARCH RESULT -- IF WE LOOKED AT A RESULT, WE MIGHT |
| 12:05:39 | 18 | TALK TO EACH OTHER ABOUT WHAT WE THOUGHT.  WE |
| 12:05:40 | 19 | WEREN'T ATTORNEYS, SO WE, YOU KNOW, DIDN'T KNOW IF |
| 12:05:43 | 20 | IT WAS AVAILABLE OR NOT. |
| 12:05:57 | 21 | Q.   AND THEN IF I UNDERSTOOD WHAT YOU WERE |
| 12:05:59 | 22 | SAYING PREVIOUSLY, DURING THE YEAR 2000 -- ONCE YOU |
| 12:06:03 | 23 | STARTED THERE IN MARCH OF 2000, YOU'RE NOT AWARE OF |
| 12:06:11 | 24 | ANYONE ELSE WHO WITHIN M.G.A. WAS RESPONSIBLE FOR |
| 12:06:11 | 25 | HAVING THE SEARCH REPORTS CREATED; IS THAT TRUE? |

**EXHIBIT 55 PAGE 739**

8 8

| | | |
|---|---|---|
| 12:06:12 | 1 | A.    THAT'S TRUE. |
| 12:06:22 | 2 | Q.    NANA ASHONG IS NOT A LAWYER; IS THAT TRUE? |
| 12:06:24 | 3 | A.    THAT'S TRUE. |
| 12:06:25 | 4 | Q.    AND YOU'RE NOT A LAWYER? |
| 12:06:26 | 5 | A.    I'M NOT A LAWYER. |
| 12:06:37 | 6 | Q.    DURING THE YEAR 2000, WAS THERE ANY |
| 12:06:40 | 7 | OUTSIDE LAWYER WHO YOU DEALT WITH IN CONNECTION WITH |
| 12:06:42 | 8 | THE SEARCH REPORTS -- THE TRADEMARK SEARCH REPORTS |
| 12:06:46 | 9 | OTHER THAN LUCY ARANT? |
| 12:06:49 | 10 | A.    NO. |
| 12:06:50 | 11 | Q.    SHE WAS THE ONLY ONE? |
| 12:06:51 | 12 | A.    I BELIEVE SHE WAS THE ONLY ONE. |
| 12:06:53 | 13 | Q.    AND HOW IS IT YOU CAME TO LEARN ABOUT LUCY |
| 12:06:56 | 14 | ARANT? |
| 12:06:58 | 15 | IN OTHER WORDS, DID SOMEONE TELL YOU ABOUT |
| 12:06:59 | 16 | HER AND ASK YOU TO CONTACT HER?  DID YOU FIND HER? |
| 12:07:02 | 17 | A.    I DID NOT FIND HER.  I WAS GIVEN HER NAME |
| 12:07:04 | 18 | AND HER CONTACT INFORMATION.  I DO NOT REMEMBER WHO |
| 12:07:06 | 19 | GAVE IT TO ME. |
| 12:07:30 | 20 | Q.    YOU HAD MENTIONED THAT WHEN BRATZ FIRST |
| 12:07:33 | 21 | CAME TO YOUR ATTENTION, PAULA WAS THE ONE WHO HAD |
| 12:07:38 | 22 | MENTIONED IT TO YOU.  DID THERE -- AND HAD JUST |
| 12:07:40 | 23 | DESCRIBED IT TO YOU, AND YOU DIDN'T RECALL SEEING |
| 12:07:43 | 24 | ANYTHING IN WRITING OR ANY DOLLS OR ANYTHING LIKE |
| 12:07:46 | 25 | THAT; IS THAT CORRECT? |

**EXHIBIT 55 PAGE 740**

89

| | | |
|---|---|---|
| 06:07:58 | 1 | A.   COULD HAVE BEEN INFORMATION FROM PAULA. |
| 06:08:01 | 2 | Q.   IS IT YOUR BELIEF THAT IT WAS BASED UPON |
| 06:08:11 | 3 | INFORMATION FROM PAULA AS WELL, OR ARE YOU GUESSING? |
| 06:08:11 | 4 | A.   IT'S MY BELIEF IT CAME FROM HER AS WELL. |
| 06:08:11 | 5 | Q.   AND IT'S FAIR TO SAY THAT IN THOSE |
| 06:08:20 | 6 | INSTANCES WHERE YOU TALKED ABOUT PAULA GARCIA |
| 06:08:24 | 7 | CONFIRMING THAT THESE INVOICES THAT WE'VE BEEN |
| 06:08:26 | 8 | DISCUSSING FROM ANNA RHEE PERTAINED TO PRAYER |
| 06:08:28 | 9 | ANGELS, THAT WAS SOMETHING THAT YOU HAD AN ACTUAL |
| 06:08:31 | 10 | CONVERSATION WITH HER ABOUT; IS THAT TRUE? |
| 06:08:33 | 11 | A.   TRUE. |
| 06:08:33 | 12 | Q.   AND THAT WAS BACK IN THIS 2000 TIME PERIOD |
| 06:08:39 | 13 | STARTING IN JUNE UP THROUGH SEPTEMBER AND OCTOBER OF |
| 06:08:45 | 14 | 2000; IS THAT TRUE? |
| 06:08:45 | 15 | A.   CORRECT. |
| 06:08:47 | 16 | Q.   AND THAT HAPPENED ON MORE THAN ONE |
| 06:08:47 | 17 | OCCASION IN THAT TIME PERIOD; IS THAT TRUE? |
| 06:08:50 | 18 | A.   TRUE. |
| | 19 | (DISCUSSION HELD OFF THE RECORD.) |
| 06:09:11 | 20 | BY MR. ZELLER: |
| 06:09:12 | 21 | Q.   I'M GOING TO SHOW YOU WHAT WAS |
| 06:09:14 | 22 | PREVIOUSLY -- |
| | 23 | (DISCUSSION HELD OFF THE RECORD.) |
| 06:09:47 | 24 | MR. ZELLER:   LET'S PLEASE MARK AS |
| 06:09:48 | 25 | EXHIBIT 607 A THREE-PAGE DOCUMENT, THE FIRST PAGE OF |

**EXHIBIT 55 PAGE 741**

302

| 06:09:53 | 1 | WHICH IS AN INVOICE FROM SANDRA BILOTTO.  AND THESE |
| 06:09:59 | 2 | DOCUMENTS BEAR BATES NUMBERS MGA 842199 THROUGH 201. |
| | 3 | (DEFENDANT'S EXHIBIT 607 WAS |
| | 4 | MARKED FOR IDENTIFICATION BY THE |
| | 5 | DEPOSITION OFFICER AND IS BOUND |
| | 6 | SEPARATELY.) |
| 06:10:20 | 7 | THE DEPONENT:  OH.  OKAY. |
| 06:10:33 | 8 | BY MR. ZELLER: |
| 06:10:43 | 9 | Q.   DO YOU RECOGNIZE ANY PORTION OF |
| 06:10:44 | 10 | EXHIBIT 607? |
| 06:10:45 | 11 | A.   YES, I DO. |
| 06:10:46 | 12 | Q.   WHAT DO YOU RECOGNIZE EXHIBIT 607 AS? |
| 06:10:50 | 13 | A.   I RECOGNIZE IT AS -- THE FIRST PAGE IS AN |
| 06:10:52 | 14 | INVOICE RECEIVED FROM SANDRA BILOTTO THAT I HAVE |
| 06:10:56 | 15 | WRITTEN ON.  THE SECOND PAGE WOULD BE A PURCHASE |
| 06:10:59 | 16 | ORDER.  AND THE THIRD PAGE IS A REQUISITION FORM |
| 06:11:03 | 17 | THAT I WOULD HAVE CREATED. |
| 06:11:07 | 18 | Q.   SO LET'S PERHAPS BREAK THESE DOWN A LITTLE |
| 06:11:08 | 19 | BIT. |
| 06:11:09 | 20 | A.   OKAY. |
| 06:11:10 | 21 | Q.   DO YOU RECOGNIZE EXHIBIT 607 AS AN INVOICE |
| 06:11:14 | 22 | THAT SANDRA BILOTTO SENT TO M.G.A. ON OR ABOUT |
| 06:11:17 | 23 | AUGUST 10, 2000? |
| 06:11:18 | 24 | A.   YES. |
| 06:11:21 | 25 | Q.   AND IS THAT YOUR HANDWRITING WHERE IT SAYS |

**EXHIBIT 55 PAGE 742**

303

| | | |
|---|---|---|
| 06:11:23 | 1 | "OK KLEGG" -- |
| 06:11:24 | 2 | A.   YES. |
| 06:11:25 | 3 | Q.   -- DOWN NEAR THE BOTTOM? |
| 06:11:31 | 4 | A.   YES. |
| 06:11:31 | 5 | Q.   IN THE MIDDLE, YOU'LL SEE SOME KIND OF |
| 06:11:33 | 6 | SCRATCHES. |
| 06:11:34 | 7 | A.   MM-HMM. |
| 06:11:35 | 8 | Q.   ANY IDEA WHAT THOSE ARE? |
| 06:11:38 | 9 | A.   I CAN'T BE SURE, BUT IT'S PROBABLY ISAAC'S |
| 06:11:40 | 10 | APPROVAL. |
| 06:11:41 | 11 | Q.   THAT'S YOUR BEST UNDERSTANDING? |
| 06:11:42 | 12 | A.   CORRECT. |
| 06:11:44 | 13 | Q.   AND IS IT YOUR HANDWRITING THERE ON THIS |
| 06:11:48 | 14 | FIRST PAGE OF EXHIBIT 607 WHERE IT HAS "REQ" AND |
| 06:11:52 | 15 | THEN THE NUMBER AND THEN "PO" AND THEN THE NUMBER? |
| 06:11:54 | 16 | A.   CORRECT. |
| 06:11:54 | 17 | Q.   AND WHOSE HANDWRITING IS IT WHERE IT HAS |
| 06:11:57 | 18 | "V," "PM," "RCT" FOLLOWED BY NUMBERS? |
| 06:12:01 | 19 | A.   BARBARA MALCOLM'S. |
| 06:12:05 | 20 | Q.   DO YOU RECOGNIZE THE SECOND PAGE OF |
| 06:12:07 | 21 | EXHIBIT 607 AS A PURCHASE ORDER THAT M.G.A. |
| 06:12:12 | 22 | GENERATED ON OR ABOUT SEPTEMBER 19, 2000, AS IT |
| 06:12:17 | 23 | PERTAINED TO THE INVOICE THAT'S THE FIRST PAGE OF |
| 06:12:20 | 24 | EXHIBIT 607? |
| 06:12:21 | 25 | A.   YES. |

**EXHIBIT 55 PAGE 743**

304

| | | |
|---|---|---|
| 06:12:21 | 1 | Q.   AND YOU'LL SEE IT SAYS "OUR REFERENCE: |
| 06:12:23 | 2 | PRAYER ANGELS"? |
| 06:12:24 | 3 | A.   YES. |
| 06:12:24 | 4 | Q.   AND IS THAT "PRAYER ANGELS" REFERENCE |
| 06:12:27 | 5 | BASED UPON THE REQUISITION FORM THAT YOU GENERATED |
| 06:12:30 | 6 | AND IS THE THIRD PAGE OF EXHIBIT 607? |
| 06:12:33 | 7 | A.   YES. |
| 06:12:38 | 8 | Q.   AND THE PURCHASE ORDER WAS GENERATED BY |
| 06:12:43 | 9 | ACCOUNTING THERE AT M.G.A.? |
| 06:12:44 | 10 | A.   YES. |
| 06:12:44 | 11 | Q.   AND SENT TO YOU? |
| 06:12:45 | 12 | A.   YES. |
| 06:12:51 | 13 | Q.   DIRECTING YOUR ATTENTION TO THE LAST |
| 06:12:52 | 14 | PAGE -- |
| 06:12:53 | 15 | A.   YES. |
| 06:12:53 | 16 | Q.   -- WHICH IS THE REQUISITION, THIS IS A |
| 06:12:56 | 17 | PAGE THAT YOU GENERATED? |
| 06:12:57 | 18 | A.   YES, IT IS. |
| 06:12:57 | 19 | Q.   AND IT IS A REQUISITION THAT PERTAINS TO |
| 06:13:00 | 20 | THE INVOICE WE'VE MARKED AS EXHIBIT 607 ON THE FIRST |
| 06:13:05 | 21 | PAGE? |
| 06:13:06 | 22 | A.   YES. |
| 06:13:09 | 23 | Q.   AND YOU'LL SEE HERE UNDER THE "ITEM |
| 06:13:11 | 24 | NUMBER" FIELD AGAIN IT SAYS "PRAYER ANGELS." |
| 06:13:15 | 25 | A.   YES. |

**EXHIBIT 55 PAGE 744**

305

| | | |
|---|---|---|
| 06:13:16 | 1 | Q.   AND THAT'S INFORMATION THAT YOU INPUT? |
| 06:13:18 | 2 | A.   YES. |
| 06:13:19 | 3 | Q.   WHAT'S THAT BASED UPON? |
| 06:13:21 | 4 | A.   IT WAS BASED UPON THAT SHE DID WORK ON |
| 06:13:26 | 5 | WHAT SHE REFERRED TO AS "LITTLE ANGELS," AND I WOULD |
| 06:13:31 | 6 | HAVE FOUND OUT THAT THAT WAS ACTUALLY PRAYER ANGELS |
| 06:13:34 | 7 | FROM THE PRODUCT MANAGER. |
| 06:13:37 | 8 | Q.   IS IT YOUR TESTIMONY THAT YOU LEARNED |
| 06:13:45 | 9 | ABOUT THIS INVOICE THAT IS THE FIRST PAGE OF -- |
| 06:13:46 | 10 | WHICH IS EXHIBIT 607, THAT IT RELATED TO PRAYER |
| 06:13:51 | 11 | ANGELS FROM PAULA GARCIA? |
| 06:13:56 | 12 | A.   YES. |
| 06:14:00 | 13 | Q.   AND YOU'LL SEE THAT THERE'S HANDWRITING ON |
| 06:14:02 | 14 | THE LAST PAGE OF EXHIBIT 607.  IS THE "PO" FOLLOWED |
| 06:14:07 | 15 | BY A NUMBER AND "P" WITH A HYPHEN AND FOLLOWED BY A |
| 06:14:10 | 16 | NUMBER, IS THAT BARBARA MALCOLM'S HANDWRITING? |
| 06:14:13 | 17 | A.   YES, IT IS. |
| 06:14:13 | 18 | Q.   AND THEN NEAR THE BOTTOM RIGHT THERE'S |
| 06:14:15 | 19 | SOME INITIALLING.  IS THAT ISAAC LARIAN'S APPROVAL? |
| 06:14:18 | 20 | A.   YES. |
| 06:14:22 | 21 | Q.   AND IS THIS A REQUISITION FORM THAT YOU |
| 06:14:25 | 22 | GENERATED ON OR ABOUT SEPTEMBER 15, 2000? |
| 06:14:27 | 23 | A.   YES. |
| 06:14:33 | 24 | Q.   DID YOU EVER SEE THE TWO CLAY HEADS AND |
| 06:14:38 | 25 | THE ONE WAX HEAD THAT IS REFLECTED HERE ON THE FIRST |

EXHIBIT 55 PAGE 745                                          306

| 06:14:43 | 1 | PAGE OF EXHIBIT 607? |
| 06:14:45 | 2 | A.   I DO NOT RECALL. |
| 06:14:46 | 3 | Q.   SO YOU MIGHT HAVE SEEN IT, MIGHT NOT, |
| 06:14:48 | 4 | YOU'RE NOT SURE? |
| 06:14:49 | 5 | A.   CORRECT. |
| 06:15:18 | 6 | MR. ZELLER:   LET'S PLEASE MARK AS |
| 06:15:19 | 7 | EXHIBIT 608 A ONE-PAGE DOCUMENT CONSISTING OF AN |
| 06:15:23 | 8 | INVOICE FROM SANDRA BILOTTO BEARING BATES NUMBER |
| 06:15:26 | 9 | MGA 842189. |
|  | 10 | (DEFENDANT'S EXHIBIT 608 WAS |
|  | 11 | MARKED FOR IDENTIFICATION BY THE |
|  | 12 | DEPOSITION OFFICER AND IS BOUND |
|  | 13 | SEPARATELY.) |
| 06:16:09 | 14 | BY MR. ZELLER: |
| 06:16:13 | 15 | Q.   DO YOU RECOGNIZE EXHIBIT 608? |
| 06:16:14 | 16 | A.   YES. |
| 06:16:15 | 17 | Q.   THIS IS AN INVOICE THAT SANDRA BILOTTO |
| 06:16:18 | 18 | SENT ON OR ABOUT MAY 19, 2000, WHICH IS AN INVOICE |
| 06:16:21 | 19 | FOR A DEPOSIT? |
| 06:16:41 | 20 | A.   THIS ONE, I CAN'T BE SURE. |
| 06:16:49 | 21 | Q.   WELL, MAYBE -- LET'S PARSE THIS OUT A |
| 06:16:51 | 22 | LITTLE BIT AND SEE IF THAT HELPS. |
| 06:16:56 | 23 | IS THAT YOUR HANDWRITING WHERE IT SAYS |
| 06:16:57 | 24 | "PROJECT COMPLETE, OK TO PAY BALANCE, KLEGG, |
| 06:17:02 | 25 | 9-15-00"? |

EXHIBIT 55 PAGE 746

307

| | | |
|---|---|---|
| 06:17:04 | 1 | A.   YES. |
| 06:17:06 | 2 | Q.   AND DO YOU HAVE ANY REASON TO DOUBT THAT |
| 06:17:15 | 3 | YOU WROTE THAT NOTATION ON THIS INVOICE ON OR ABOUT |
| 06:17:15 | 4 | SEPTEMBER 15, 2000? |
| 06:17:15 | 5 | A.   NO, I HAVE NO DOUBT. |
| 06:17:16 | 6 | Q.   IN FACT, IT'S YOUR EXPECTATION THAT YOU |
| 06:17:18 | 7 | MADE THAT HANDWRITTEN NOTATION AT THAT TIME; IS THAT |
| 06:17:20 | 8 | TRUE? |
| 06:17:20 | 9 | A.   TRUE. |
| 06:17:23 | 10 | Q.   NOW, A LITTLE BIT LOWER YOU'LL SEE WHERE |
| 06:17:25 | 11 | IN THE TYPEWRITTEN PORTION IT SAYS: |
| 06:17:28 | 12 | "PLEASE REMIT 50 PERCENT |
| 06:17:29 | 13 | DEPOSIT ON RECEIPT OF THIS INVOICE." |
| 06:17:31 | 14 | DO YOU SEE THAT? |
| 06:17:31 | 15 | A.   YES. |
| 06:17:33 | 16 | Q.   IT'S YOUR UNDERSTANDING THAT THAT'S PART |
| 06:17:35 | 17 | OF THE INVOICE THAT SANDRA BILOTTO ORIGINALLY SENT |
| 06:17:39 | 18 | TO M.G.A. ON OR ABOUT MAY 19, 2000; IS THAT CORRECT? |
| 06:17:43 | 19 | A.   YES. |
| 06:17:44 | 20 | Q.   IT'S YOUR UNDERSTANDING THAT THIS INVOICE |
| 06:17:48 | 21 | THAT SHE SENT REFLECTED A 50 PERCENT DEPOSIT IN |
| 06:17:52 | 22 | ADVANCE OF THE WORK THAT SHE WAS GOING TO DO IN |
| 06:17:54 | 23 | CONNECTION WITH THIS INVOICE; IS THAT TRUE? |
| 06:17:56 | 24 | A.   TRUE. |
| 06:18:00 | 25 | Q.   AND THEN YOU'LL SEE THAT THERE'S A |

**EXHIBIT 55 PAGE 747**

308

| | | |
|---|---|---|
| 06:18:02 | 1 | HANDWRITTEN NOTATION TO THE RIGHT OF THAT |
| 06:18:06 | 2 | TYPEWRITTEN TEXT I JUST READ, WHERE IT SAYS "PD ON |
| 06:18:10 | 3 | CK," AND THEN IT SAYS "9539." |
| 06:18:14 | 4 | DO YOU SEE THAT? |
| 06:18:15 | 5 | A.   YES. |
| 06:18:16 | 6 | Q.   AND THEN UNDERNEATH IT IS THE NOTATION |
| 06:18:17 | 7 | "6/16/00" -- |
| 06:18:21 | 8 | A.   YES. |
| 06:18:21 | 9 | Q.   -- DO YOU SEE THAT? |
| 06:18:24 | 10 | IS ANY OF THAT YOUR HANDWRITING? |
| 06:18:25 | 11 | A.   NO. |
| 06:18:26 | 12 | Q.   DO YOU HAVE ANY UNDERSTANDING AS TO WHAT |
| 06:18:29 | 13 | THIS IS REFERRING TO? |
| 06:18:30 | 14 | A.   MY UNDERSTANDING WOULD BE THAT WE PAID |
| 06:18:32 | 15 | THE 50 PERCENT DEPOSIT OF THIS $2,700 ON CHECK |
| 06:18:36 | 16 | NUMBER 3539 ON 6/16 OF 2000. |
| 06:18:45 | 17 | Q.   IS IT THE CASE THAT IT'S YOUR HANDWRITING |
| 06:18:46 | 18 | IN THE TOP PORTION OF EXHIBIT 608 WHERE IT SAYS |
| 06:18:50 | 19 | "REQ" AND THEN HAS A NUMBER AND THEN THE "PO" AND |
| 06:18:53 | 20 | HAS A NUMBER? |
| 06:18:54 | 21 | A.   YES. |
| 06:18:55 | 22 | Q.   AND THEN WITH THE "V," THE "PM" AND THE |
| 06:18:59 | 23 | "RCT" HANDWRITTEN ENTRIES, THAT'S BARBARA MALCOLM? |
| 06:19:03 | 24 | A.   YES. |
| 06:19:04 | 25 | Q.   AND THEN IN THE LOWER RIGHT-HAND CORNER OF |

**EXHIBIT 55 PAGE 748**

309

| | | |
|---|---|---|
| 06:19:07 | 1 | EXHIBIT 608 WHERE IT SAYS "OK" AND THEN IT APPEARS |
| 06:19:11 | 2 | TO BE AN INITIAL, IS THAT ISAAC LARIAN'S |
| 06:19:15 | 3 | HANDWRITING? |
| 06:19:15 | 4 | A.  YES. |
| 06:19:15 | 5 | Q.  THAT'S HIS APPROVAL OF THE PAYMENT OF THIS |
| 06:19:19 | 6 | DEPOSIT; IS THAT TRUE? |
| 06:19:24 | 7 | A.  I DON'T KNOW IF IT WAS JUST THE PAYMENT OF |
| 06:19:25 | 8 | THE DEPOSIT OR IF IT WAS THE APPROVAL OF THE WHOLE |
| 06:19:27 | 9 | INVOICE AS A WHOLE. |
| 06:19:31 | 10 | Q.  IT WAS ONE OF THE TWO? |
| 06:19:32 | 11 | A.  IT WAS ONE OF THE TWO. |
| 06:19:37 | 12 | Q.  DO YOU HAVE AN UNDERSTANDING AS TO WHAT |
| 06:19:38 | 13 | WORK SANDRA BILOTTO WAS TO PERFORM THAT M.G.A. WAS |
| 06:19:46 | 14 | PROVIDING A DEPOSIT FOR IN CONNECTION WITH THIS |
| 06:19:48 | 15 | INVOICE WE'VE MARKED AS 608? |
| 06:19:51 | 16 | A.  ACCORDING TO THIS INVOICE, SHE MADE AN |
| 06:19:53 | 17 | ORIGINAL CLAY AND A WAX SCULPT FOR THE LITTLE |
| 06:19:56 | 18 | ANGELS. |
| 06:19:57 | 19 | Q.  IT WAS A DEPOSIT ON HER SCULPTING OF AN |
| 06:20:00 | 20 | ORIGINAL CLAY AND WAX SCULPT OF LITTLE ANGELS, |
| 06:20:03 | 21 | RIGHT? |
| 06:20:05 | 22 | A.  THIS I DON'T BELIEVE WAS THE DEPOSIT.  I |
| 06:20:06 | 23 | THINK WE WERE PAYING THE BALANCE ON THIS ONE. |
| 06:20:11 | 24 | Q.  AND WHAT'S YOUR UNDERSTANDING IN THAT |
| 06:20:14 | 25 | REGARD BASED UPON? |

**EXHIBIT 55 PAGE 749**

310

06:20:15   1          A.    MY NOTATION HERE SAYING THAT THE PROJECT

06:20:16   2    WAS NOW COMPLETE, IT'S OKAY TO PAY THE BALANCE.   IF

06:20:20   3    THIS WAS ON THE ORIGINAL DEPOSIT, I WOULDN'T HAVE

06:20:24   4    WRITTEN THAT.

06:20:25   5          Q.    AND WHY DO YOU SAY THAT?

06:20:26   6          A.    BECAUSE WHEN WE PAID THE BALANCE -- IT WAS

06:20:31   7    A 50 PERCENT DEPOSIT UP FRONT AND A 50 PERCENT

06:20:35   8    DEPOSIT WHEN WE PAID, SO THIS WOULD HAVE BEEN

06:20:37   9    NOTATING TO BARBARA MALCOLM THAT THE PROJECT HAS

06:20:40  10    BEEN COMPLETED AND IT'S OKAY TO PAY THE REMAINING

06:20:44  11    BALANCE.

06:20:45  12          Q.    THE REMAINING BALANCE WAS PAID UPON THE

06:20:47  13    COMPLETION OF THE CLAY AND WAX SCULPT THAT'S THE

06:20:51  14    SUBJECT OF EXHIBIT 608?

06:20:54  15          A.    CORRECT.

06:20:58  16          Q.    AND THAT OCCURRED ON OR ABOUT

06:21:02  17    SEPTEMBER 15TH, 2000, BY YOUR NOTATION; IS THAT

06:21:04  18    CORRECT?

06:21:05  19          A.    CORRECT.

06:21:05  20               MR. JENAL:   OBJECT TO THE FORM.

06:21:06  21               THE DEPONENT:   OH, SORRY.

06:21:32  22               MR. ZELLER:   LET'S PLEASE MARK AS

06:21:33  23    EXHIBIT 609 A THREE-PAGE DOCUMENT, FIRST PAGE --

06:21:38  24    WELL, THESE BEAR BATES NUMBERS MGA 842185 THROUGH

06:21:42  25    842187.   THE FIRST PAGE IS AN INVOICE FROM SANDRA

**EXHIBIT 55 PAGE 750**

311

| | | |
|---|---|---|
| 06:21:48 | 1 | BILOTTO BEARING A DATE OF MAY 19, 2000. |
| | 2 | (DEFENDANT'S EXHIBIT 609 WAS |
| | 3 | MARKED FOR IDENTIFICATION BY THE |
| | 4 | DEPOSITION OFFICER AND IS BOUND |
| | 5 | SEPARATELY.) |
| 06:22:08 | 6 | BY MR. ZELLER: |
| 06:22:08 | 7 | Q.   CAN YOU PLEASE LET ME KNOW WHEN YOU'VE HAD |
| 06:22:10 | 8 | A CHANCE TO TAKE A LOOK AT EXHIBIT 609. |
| 06:22:20 | 9 | A.   OKAY. |
| 06:22:24 | 10 | Q.   DO YOU RECOGNIZE THE MATERIALS WE'VE |
| 06:22:25 | 11 | MARKED AS EXHIBIT 609? |
| 06:22:27 | 12 | A.   YES. |
| 06:22:28 | 13 | Q.   WHAT ARE THEY? |
| 06:22:30 | 14 | A.   IT IS AN INVOICE FROM SANDRA BILOTTO DATED |
| 06:22:35 | 15 | MAY 19TH, THE PURCHASE ORDER THAT GOES ALONG WITH |
| 06:22:44 | 16 | THE INVOICE, AND ALSO THE REQUISITION WHERE THE |
| 06:22:46 | 17 | PURCHASE ORDER CAME FROM. |
| 06:22:51 | 18 | Q.   AND THE PURCHASE ORDER AND THE REQUISITION |
| 06:22:53 | 19 | RELATE TO THIS INVOICE THAT'S THE FIRST PAGE OF |
| 06:22:57 | 20 | EXHIBIT 609? |
| 06:22:58 | 21 | A.   YES. |
| 06:23:01 | 22 | Q.   IS YOUR HANDWRITING ON THE FIRST PAGE OF |
| 06:23:02 | 23 | EXHIBIT 609? |
| 06:23:03 | 24 | A.   YES, IT IS. |
| 06:23:05 | 25 | Q.   IT'S WHERE THERE IS "REQ" AND A NUMBER AND |

**EXHIBIT 55 PAGE 751**

312

| 06:23:08 | 1 | "PO" AND THERE'S A NUMBER? |
| 06:23:10 | 2 | A.   YES. |
| 06:23:12 | 3 | Q.   JUST TO TAKE A WILD GUESS. |
| 06:23:13 | 4 | NOW, IS THERE ANY OTHER HANDWRITING ON |
| 06:23:15 | 5 | THIS PAGE THAT'S YOURS? |
| 06:23:17 | 6 | A.   NO. |
| 06:23:18 | 7 | Q.   YOU RECOGNIZE KAMI GILMORE'S SIGNATURE AND |
| 06:23:21 | 8 | PAULA TREANTAFELLES' -- NOW GARCIA -- SIGNATURE AT |
| 06:23:25 | 9 | THE BOTTOM, RIGHT? |
| 06:23:26 | 10 | A.   YES. |
| 06:23:26 | 11 | Q.   DO YOU HAVE ANY REASON TO DOUBT THAT THIS |
| 06:23:28 | 12 | FIRST PAGE IS AN INVOICE THAT SANDRA BILOTTO SENT |
| 06:23:31 | 13 | FOR A DEPOSIT IN CONNECTION WITH PRAYER ANGELS ON OR |
| 06:23:36 | 14 | ABOUT MAY 19, 2000? |
| 06:23:37 | 15 | A.   NO. |
| 06:23:37 | 16 | Q.   DO YOU HAVE AN UNDERSTANDING AS TO WHAT |
| 06:23:43 | 17 | THAT ENTRY -- THE HANDWRITTEN ENTRY IS WHERE IT SAYS |
| 06:23:46 | 18 | "DEPOSIT" AND A DOLLAR SIGN, 1350? |
| 06:24:03 | 19 | A.   I WOULD IMAGINE THAT CAME FROM STATING |
| 06:24:03 | 20 | THAT -- THAT WE WERE NOT PAYING THE WHOLE INVOICE |
| 06:24:03 | 21 | HERE, THAT THIS WAS THE -- WHEN WE WERE PAYING THE |
| 06:24:03 | 22 | DEPOSIT OF 50 PERCENT. |
| 06:24:06 | 23 | Q.   AND THE DEPOSIT OF 50 PERCENT WAS AGAINST |
| 06:24:09 | 24 | THIS TOTAL INVOICE OF $2,700 THAT SANDRA BILOTTO |
| 06:24:16 | 25 | SENT? |

**EXHIBIT 55 PAGE 752**

313

| | | |
|---|---|---|
| 06:24:16 | 1 | A.    CORRECT. |
| 06:24:24 | 2 | Q.    DIRECTING YOUR ATTENTION TO THE LAST PAGE |
| 06:24:28 | 3 | OF EXHIBIT 609. |
| 06:24:29 | 4 | A.    THE REQUISITION? |
| 06:24:30 | 5 | Q.    YES. |
| 06:24:30 | 6 | A.    OKAY. |
| 06:24:31 | 7 | Q.    THAT'S A REQUISITION FORM YOU CREATED? |
| 06:24:33 | 8 | A.    YES. |
| 06:24:33 | 9 | Q.    AND THIS IS BARBARA MALCOLM'S HANDWRITING |
| 06:24:37 | 10 | WHERE IT SAYS "PO" AND "P" FOLLOWED BY THE NUMBERS? |
| 06:24:43 | 11 | A.    I BELIEVE SO, YES. |
| 06:24:47 | 12 | Q.    YOU DON'T HAVE ANY REASON TO DOUBT THAT, |
| 06:24:49 | 13 | DO YOU? |
| 06:24:51 | 14 | A.    NO. |
| 06:24:54 | 15 | Q.    AND THEN YOU'LL SEE NEAR THE LOWER |
| 06:24:56 | 16 | RIGHT-HAND CORNER THERE IS PERHAPS AN "OK"? |
| 06:25:01 | 17 | A.    YES. |
| 06:25:01 | 18 | Q.    AND THEN SOME WRITING BELOW THAT.  IS THAT |
| 06:25:04 | 19 | ISAAC LARIAN'S APPROVAL? |
| 06:25:05 | 20 | A.    I BELIEVE SO. |
| 06:25:09 | 21 | Q.    NOW, UNDER THE ITEM NUMBER, YOU'LL SEE |
| 06:25:11 | 22 | WHERE IT SAYS "ANGEL DOLLS." |
| 06:25:15 | 23 | A.    YES. |
| 06:25:15 | 24 | Q.    IS THAT SOMETHING THAT YOU INPUT INTO THE |
| 06:25:18 | 25 | REQUISITION FORM? |

**EXHIBIT 55 PAGE 753**

314

| | | |
|---|---|---|
| 06:25:19 | 1 | A.   YES. |
| 06:25:22 | 2 | Q.   WHAT WAS YOUR BASIS FOR CALLING THEM |
| 06:25:23 | 3 | "ANGEL DOLLS" HERE? |
| 06:25:24 | 4 | A.   BASED ON THE INVOICE. |
| 06:25:30 | 5 | Q.   AND WHEN YOU SAY "THE INVOICE," YOU'RE |
| 06:25:31 | 6 | TALKING ABOUT THE FIRST PAGE OF 609? |
| 06:25:34 | 7 | A.   YES. |
| 06:25:36 | 8 | Q.   IS THERE A REASON WHY YOU DIDN'T INPUT IT |
| 06:25:38 | 9 | AS PRAYER ANGELS HERE? |
| 06:25:45 | 10 | A.   I DON'T RECALL WHEN THE NAME PRAYER ANGELS |
| 06:25:46 | 11 | CAME ABOUT. |
| 06:25:53 | 12 | Q.   WELL, I'M NOT SURE I QUITE UNDERSTAND YOUR |
| 06:25:55 | 13 | ANSWER.   ARE YOU SAYING THAT YOUR BEST UNDERSTANDING |
| 06:26:00 | 14 | AS TO WHY YOU CALLED IT "ANGEL DOLLS" HERE INSTEAD |
| 06:26:03 | 15 | OF "PRAYER ANGELS" WAS THAT THERE WASN'T THE PRAYER |
| 06:26:07 | 16 | ANGELS NAMES YET? |
| 06:26:09 | 17 | A.   CORRECT. |
| 06:26:10 | 18 | Q.   ANY OTHER REASON? |
| 06:26:13 | 19 | A.   NO. |
| 06:26:13 | 20 | Q.   NOW, IS THIS SOMETHING THAT YOU DISCUSSED |
| 06:26:17 | 21 | WITH PAULA GARCIA IN TERMS OF WHAT THIS NAME WAS |
| 06:26:19 | 22 | GOING TO BE FOR THE ITEM PERTAINING TO THIS INVOICE, |
| 06:26:22 | 23 | WHICH IS THE FIRST PAGE OF EXHIBIT 609? |
| 06:26:25 | 24 | A.   I DON'T RECALL. |
| 06:26:26 | 25 | Q.   IS IT YOUR EXPECTATION YOU DID TALK TO |

**EXHIBIT 55 PAGE 754**

315

06:26:28  1   HER?

06:26:31  2        A.   YES.

06:26:33  3        Q.   NOW, YOU'LL SEE NEAR THE BOTTOM OF THIS

06:26:36  4   REQUISITION FORM, THE THIRD PAGE, SAYS "50 PERCENT

06:26:39  5   DOWN, 50 PERCENT UPON COMPLETION."

06:26:41  6        A.   YES.

06:26:42  7        Q.   IS THAT INFORMATION THAT YOU INPUT INTO

06:26:43  8   THE REQUISITION FORM?

06:26:44  9        A.   YES.

06:26:45  10       Q.   WHAT DOES THAT MEAN?

06:26:48  11       A.   THAT MEANS THAT WE WERE PAYING 50 PERCENT

06:26:50  12   NOW AND 50 PERCENT AT THE COMPLETION OF THE PROJECT.

06:26:53  13       Q.   AND THE PROJECT WAS THE CLAY AND WAX

06:26:57  14   SCULPT FOR THE HEADS THAT WERE THE SUBJECT OF THIS

06:27:02  15   INVOICE; IS THAT TRUE?

06:27:03  16       A.   TRUE.

06:27:32  17       Q.   I'M GOING TO SHOW YOU WHAT WAS PREVIOUSLY

06:27:34  18   MARKED AS EXHIBIT 498, WHICH IS A THREE-PAGE

06:27:39  19   DOCUMENT CONSISTING OF A SERIES OF E-MAILS.  IT

06:27:42  20   BEARS BATES NUMBER MGA 51808 THROUGH 51810.

06:28:39  21          PLEASE LET US KNOW WHEN YOU'VE HAD A

06:28:41  22   CHANCE TO LOOK AT EXHIBIT 498.

06:29:26  23       A.   OKAY.

06:29:28  24       Q.   HAVE YOU SEEN THIS E-MAIL THAT WE'VE

06:29:30  25   MARKED AS EXHIBIT 498 BEFORE?

**EXHIBIT 55 PAGE 755**

316

06:29:31   1      A.   NO.

06:29:37   2      Q.   DIRECTING YOUR ATTENTION TO ABOUT HALFWAY

06:29:38   3  DOWN THE PAGE, YOU'LL SEE THAT THERE IS PART OF AN

06:29:41   4  E-MAIL FROM PAULA TREANTAFELLES TO NANA ASHONG DATED

06:29:46   5  APRIL 30, 2001.   AND DO YOU SEE WHERE IT SAYS:

06:29:49   6           "FRED, NANA AND MARTIN HAD A

06:29:51   7         MEETING THIS AFTERNOON AND FRED

06:29:52   8         CONFIRMED THAT WE WILL BE RESPONSIBLE

06:29:55   9         FOR TRADEMARKING ALL OF THE BELOW"?

06:29:57   10         DO YOU SEE THAT?

06:29:58   11     A.   YES.

06:29:58   12     Q.   WERE YOU PART OF THAT PROCESS AT THIS TIME

06:30:00   13  IN 2001?

06:30:01   14         MR. JENAL:   OBJECTION TO THE FORM.

06:30:06   15         WHICH PROCESS?

06:30:08   16         MR. ZELLER:   I CAN SHARPEN THE QUESTION UP

06:30:09   17  A LITTLE BIT.   LET'S START WITH THIS.

06:30:11   18     Q.   YOU'LL SEE THAT THERE'S A REFERENCE TO A

06:30:13   19  MEETING, RIGHT?

06:30:14   20     A.   YES.

06:30:14   21     Q.   AND YOU UNDERSTAND FROM THE E-MAIL, THIS

06:30:16   22  MEETING WAS, QUOTE, "THIS AFTERNOON," WHICH WAS

06:30:21   23  APRIL 30TH, 2001, RIGHT?

06:30:23   24     A.   YES.

06:30:25   25     Q.   DID YOU PARTICIPATE IN THAT MEETING?

**EXHIBIT 55 PAGE 756**

317

1   DEPONENT.   [FED. R. CIV. P. 30(F)(1)].

2       BEFORE COMPLETION OF THE DEPOSITION, REVIEW OF

3   THE TRANSCRIPT [ ] WAS [X] WAS NOT REQUESTED.   IF

4   REQUESTED, ANY CHANGES MADE BY THE DEPONENT (AND

5   PROVIDED TO THE REPORTER) DURING THE PERIOD ALLOWED

6   ARE APPENDED HERETO.   [FED. R. CIV. P. 30(E)].

7

8

9   DATED:   AUGUST 19, 2007.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

EXHIBIT 55 PAGE 757

352

# EXHIBIT 56

# CONFIDENTIAL - FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

# EXHIBIT 57

**CONFIDENTIAL - FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

# EXHIBIT 58

1   DALE M. CENDALI (admitted *pro hac vice*)
    dcendali@omm.com
2   DIANA M. TORRES (S.B. #162284)
    dtorres@omm.com
3   JAMES P. JENAL (S.B. #180190)
    jjenal@omm.com
4   O'MELVENY & MYERS LLP
    400 South Hope Street
5   Los Angeles, CA 90071-2899
    Telephone: (213) 430-6000
6   Facsimile: (213) 430-6407

7   PATRICIA GLASER (S.B. #55668)
    CHRISTENSEN, GLASER, FINK,
8   JACOBS, WEIL & SHAPIRO, LLP
    10250 Constellation Boulevard, 19th Floor
9   Los Angeles, CA 90067
    Telephone: (310) 553-3000
10  Facsimile: (310) 557-9815

11  Attorneys for MGA Entertainment, Inc.

12              UNITED STATES DISTRICT COURT

13             CENTRAL DISTRICT OF CALIFORNIA

14                    EASTERN DIVISION

15

16  CARTER BRYANT, an individual,        Case No. CV 04-9049 SGL (RNBx)
                                         (consolidated with CV 04-9059 & 05-
17              Plaintiff,               2727)

18      v.                              DECLARATION OF PATRICIA
                                        PERRIER IN SUPPORT OF MGA'S
19  MATTEL, INC., a Delaware            OPPOSITION TO MATTEL'S
    corporation,                        MOTION TO TRY ALL CLAIMS
20                                      RELATED TO BRATZ
                                        OWNERSHIP IN PHASE ONE
21              Defendant.
                                        Hearing Date: June 11, 2007
22                                      Time: 10:00 a.m.
                                        Place: Courtroom 1
23                                      Judge: Hon. Stephen G. Larson

24

25

26

27

28
                                        PERRIER DECL ISO MGA'S OPP'N RE:
                                        PHASE ONE TRIAL CV 04-9049

                                        c8|25|c7

EXHIBIT 58 PAGE 799

1       I, Patricia Perrier, declare and state as follows:

2          1.    I am employed by MGA Entertainment, Inc. ("MGA") as a

3       manager of sales administration at its corporate headquarters in Van Nuys,

4       California. All of the facts set forth herein are known to me personally, and if

5       called as a witness, I could and would testify competently thereto.

6          2.    MGA's business records include price lists for all of our

7       products. By reviewing those price lists, it is possible to identify the different

8       Bratz-related products that have been brought to market. Based on those records, I

9       estimate that more than 200 Bratz-related products have been manufactured and

10      marketed by MGA. Some of those products are listed here: Boyz Sun-Kissed

11      Summer- Cade; Boyz Sun-Kissed Summer- Cameron; Boyz Sun-Kissed Summer-

12      Dylan; Boyz Sun-Kissed Summer- Eitan; Boyz Sun-Kissed Summer- Koby; Bratz 4

13      You Forever Diamondz Role Play Boa; Bratz 4 You Forever Diamondz Role Play

14      Jewelry ; Bratz 4 You Forever Diamondz Role Play Purse; Bratz 4 You Forever

15      Diamondz Role Play Shoes Style 1; Bratz 4 You Forever Diamondz Role Play

16      Shoes Style 2; Bratz 4 You Forever Diamondz Role Play T-Shirt-Cloe /Black;

17      Bratz 4 You Forever Diamondz Role Play T-Shirt-Sasha Beige; Bratz 4 You

18      Forever Diamondz Role Play T-Shirt-Sharidan -Red; Bratz 4 You Forever

19      Diamondz Role Play T-Shirt-Yasmin -White; Bratz 4 You Forever Diamondz

20      Vanity; Bratz Boyz Formal Funk - Cameron; Bratz Boyz Formal Funk - Dylan;

21      Bratz Boyz Formal Funk - Eitan; Bratz Boyz Formal Funk - Koby; Bratz Forever

22      Diamondz - Design Kit; Bratz Forever Diamondz - FFM Torso - Cloe; Bratz

23      Forever Diamondz - FFM Torso - Jade; Bratz Forever Diamondz - FFM Torso -

24      Sasha; Bratz Forever Diamondz - FFM Torso - Sharidan; Bratz Forever Diamondz -

25      FFM Torso - Yasmin; Bratz Forever Diamondz - RC Cruiser Car Red 27 MHz;

26      Bratz Forever Diamondz - RC Cruiser Car White 49 MHz; Bratz Forever

27      Diamondz - Rollin' Runway; Bratz Forever Diamondz Cloe; Bratz Forever

28      Diamondz Jade; Bratz Forever Diamondz Sasha; Bratz Forever Diamondz

- 2 -

PERRIER DECL ISO MGA'S OPP'N RE:
PHASE ONE TRIAL CV 04-9049

EXHIBIT 58 PAGE 800

1   Sharidan; Bratz Forever Diamondz Yasmin; Bratz Formal Funk Collection - Cloe;

2   Bratz Formal Funk Collection - Dana; Bratz Formal Funk Collection - Jade; Bratz

3   Formal Funk Collection - Sasha; Bratz Formal Funk Collection - Yasmin; Bratz

4   Formal Funk Date Pack; Bratz Formal Funk Date Pk- Cloe + Boy; Bratz Formal

5   Funk Date Pk- Dana + Boy; Bratz Formal Funk Date Pk- Jade + Boy; Bratz Formal

6   Funk Date Pk- Sasha + Dude; Bratz Formal Funk Date Pk- Yasmin + Boy; Bratz

7   Funky Fashion Makeover; Bratz Funky Fashion Makeover - Cloe ; Bratz Funky

8   Fashion Makeover - Dana; Bratz Funky Fashion Makeover - Fianna; Bratz Funky

9   Fashion Makeover - Jade; Bratz Funky Fashion Makeover - Meygan; Bratz Funky

10  Fashion Makeover - Nevra; Bratz Funky Fashion Makeover - Sasha; Bratz Funky

11  Fashion Makeover - Yasmin ; Bratz Funky Fashion Makeover Refill; Bratz Live in

12  Concert Funky Fashion Make Over - Cloe; Bratz Live in Concert Funky Fashion

13  Make Over - Jade; Bratz Live in Concert Funky Fashion Make Over - Nevra; Bratz

14  Live in Concert Funky Fashion Make Over - Sasha; Bratz Live in Concert Funky

15  Fashion Make Over - Yasmin; Bratz Ooh La La Petz Catz in my Purse- Brigitte;

16  Bratz Ooh La La Petz Catz in my Purse- Kendall; Bratz Ooh La La Petz Dogz in

17  my Purse- Abby; Bratz Ooh La La Petz Dogz in my Purse- Shae; Bratz Petz Beauty

18  Sleep Bash Fashion Pack; Bratz Petz Bedtime Beauty Party Fashion Pack; Bratz

19  Petz Boogie Blitz! Fashion Pack; Bratz Petz- Brigitte; Bratz Petz CampFire Arya;

20  Bratz Petz CampFire Samara; Bratz Petz Casual Chic Fashion Pack ; Bratz Petz

21  Catz- Brigitte; Bratz Petz Catz- Daphne; Bratz Petz Catz- Jolie; Bratz Petz Catz-

22  Kendall; Bratz Petz Catz Palace Brigitte ; Bratz Petz Catz Palace Daphne ; Bratz

23  Petz Catz Palace Jolie ; Bratz Petz Catz Palace Kendall ; Bratz Petz Christmas

24  Foxz- Green Fox; Bratz Petz Christmas Foxz- Red Fox; Bratz Petz Cool Cords

25  Fashion Pack; Bratz Petz- Daphne; Bratz Petz Dogz Abby; Bratz Petz Dogz Kali;

26  Bratz Petz Dogz Pilar; Bratz Petz Dogz Shae; Bratz Petz- Easygoing Glam Fashion

27  Pack; Bratz Petz Foxz Bree; Bratz Petz Foxz Carly; Bratz Petz Foxz Reilly; Bratz

28  Petz Foxz Shayna; Bratz Petz in My Purse Brigitte; Bratz Petz in My Purse

- 3 -

PERRIER DECL ISO MGA'S OPP'N RE:
PHASE ONE TRIAL CV 04-9049

EXHIBIT 58 PAGE 801

1   Daphne; Bratz Petz in My Purse Jolie; Bratz Petz in My Purse Kendall; Bratz Petz-

2   Jolie; Bratz Petz Keepin' It Relaxed Fashion Pack; Bratz Petz- Kendall; Bratz Petz

3   Midnight Mod Fashion Pack; Bratz Petz Ooh La La Catz Josette; Bratz Petz Ooh

4   La La Dog Sandrine; Bratz Petz Petzpack; Bratz Petz Roll Out! Fashion Pack; Bratz

5   Petz Sleep 'N' Style Fashion Pack; Bratz Petz Stun 'Em Fashion Pack; Bratz Petz

6   Superstar Kendall; Bratz Petz Twiins Catz Kailee & Saidi; Bratz Petz Twiins Dogz

7   Demi & Gianna; Bratz Petz Wow 'Em Fashion Pack; Bratz Play Sportz

8   Cheerleader Cloe; Bratz Play Sportz Teamz Soccer- Cloe & Katia; Bratz Play

9   Sportz Teamz Soccer- Roxxi & Cloe; Bratz Play Sportz Teamz Softball Cloe &

10  Yasmin; Bratz Play Sportz Teamz Softball Dana & Cloe; Bratz Playset Wintertime

11  Ski Lodge; Bratz Sun-Kissed Summer- Cloe; Bratz Sun-Kissed Summer- Dana;

12  Bratz Sun-Kissed Summer- Jade; Bratz Sun-Kissed Summer- Sasha; Bratz Sun-

13  Kissed Summer- Yasmin ; Bratz Tokyo Catz Cho; Bratz Tokyo Catz Kyoko; Bratz

14  Tokyo Catz Nami; Bratz Tokyo Catz Yukiko; Bratz Wintertime Collection - Cade;

15  Bratz Wintertime Collection - Cameron; Bratz Wintertime Collection - Cloe; Bratz

16  Wintertime Collection - Dana; Bratz Wintertime Collection - Dylan; Bratz

17  Wintertime Collection - Eitan; Bratz Wintertime Collection - Jade; Bratz

18  Wintertime Collection - Koby; Bratz Wintertime Collection - Sasha; Bratz

19  Wintertime Collection - Yasmin; Bratz Wintertime Wonderland Collection - Cloe;

20  Bratz Wintertime Wonderland Collection - Dana; Bratz Wintertime Wonderland

21  Collection - Jade; Bratz Wintertime Wonderland Collection - Sasha; Bratz

22  Wintertime Wonderland Collection - Yasmin; Bree Pillow; Carly Pillow; Easter

23  Bunny- Avery; Easter Bunny- Tatiana; Easter Bunny- Tess; Easter Bunny- Viveka;

24  Formal Funk Superstylin' Runway Disco; Funky Fashion Makeover- Dana; Funky

25  Fashion Makeover- Meygan; Original Bratz – Cloe (Caucasian); Original Bratz –

26  Fashion Pack Asst; Original Bratz – Jade (Asian); Original Bratz – Sasha (African

27  American); Original Bratz – Yasmin (Hispanic); Petz Catz Pillow Brigitte; Petz

28  Catz Pillow Daphne; Petz Catz Pillow Jolie; Petz Catz Pillow Kendall; Play Sportz

- 4 -

EXHIBIT 58 PAGE 802

1  One on One Basket Ball - Cloe & Jade; Play Sportz One on One Basket Ball - Cloe

2  & Meygan; Play Sportz One on One Tennis - Cloe & Jade; Play Sportz One on One

3  Tennis - Cloe & Meygan; Play Sportz One on One Tennis - Cloe & Yasmin;

4  Puppyz A Go Go- Brina; Puppyz A Go Go- Gitana; Puppyz A Go Go- Keena;

5  Puppyz A Go Go- Nyla; Reilly Pillow; Shayna Pillow; Sun-Kissed Summer Splash

6  n Dance Pool Party Playset; Superstylin' Runway Disco.

7        3.    In addition to the Bratz-related products listed above, there are

8  numerous other products that have been manufactured and marketed by third-

9  parties under licenses from MGA.

10

11        I declare under penalty of perjury under the laws of the United States

12  that the foregoing is true and correct.  Executed this 25 day of May, 2007, at Los

13  Angeles, California.

14

15

16

17                                                Patricia Perrier

18  LA2:832499.1

19

20

21

22

23

24

25

26

27

28

- 5 -

EXHIBIT 58 PAGE 803

1

## PROOF OF SERVICE

2      I, Karen A. Nakatsu, declare:

3      I am a resident of the State of California and over the age of eighteen years, and
not a party to the within action; my business address is 400 South Hope Street, Los Angeles,

4   California 90071-2899.  On May 25, 2007, I served the within document(s):

5      **DECLARATION OF PATRICIA PERRIER IN SUPPORT OF
       MGA'S OPPOSITION TO MATTEL'S MOTION TO TRY**

6      **ALL CLAIMS RELATED TO BRATZ OWNERSHIP IN
       PHASE ONE**

7

8      ☒      by causing to be personally served the document(s) listed above to the person(s)
              listed below.

9

10     John Quinn, Esq.
       Quinn Emanuel Urquhart Oliver & Hedges, LLP
       865 South Figueroa Street, 10th Floor

11     Los Angeles, CA 90017
       jquinn@quinnemanuel.com

12

13     ☒      by putting a true and correct copy thereof, together with an unsigned copy of this
              declaration, in a sealed envelope designated by the carrier, with delivery fees paid

14            or provided for, for delivery the next business day to the person(s) listed below,
              and placing the envelope for collection today by the overnight courier in

15            accordance with the firm's ordinary business practices.  I am readily familiar with
              this firm's practice for collection and processing of overnight courier

16            correspondence.  In the ordinary course of business, such correspondence
              collected from me would be processed on the same day, with fees thereon fully

17            prepaid, and deposited that day in a box or other facility regularly maintained by
              FedEx, which is an express carrier.

18

19     Patricia Glaser, Esq.
       Christensen, Glaser, Fink, Jacobs, Weil & Shapiro, LLP
       10250 Constellation Blvd.

20     19th Floor
       Los Angeles, CA 90067

21     pglaser@chrimill.com

22     Michael H. Page, Esq.
       Keker & Van Nest LLP

23     710 Sansome Street
       San Francisco, CA 94111

24     mpage@kvn.com

25

26

27

28

LA2:822283.1

**EXHIBIT 58 PAGE 804**

1    I declare under penalty of perjury under the laws of the United States that the
     above is true and correct.

2

3        Executed on May 25, 2007, at Los Angeles, California.

4                                        *Karen A. Nakatsu*

5                                        Karen A. Nakatsu

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LA2:822283.1

**EXHIBIT 58 PAGE 805**

# EXHIBIT 59

**CONFIDENTIAL - FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

# EXHIBIT 60

**CONFIDENTIAL - FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**