QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with:<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
| vs. | |
| MATTEL, INC., a Delaware corporation, | Hon. Stephen G. Larson |
| Defendant. | MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL CERTAIN EXHIBITS TO THE DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL'S MOTION FOR LEAVE TO TAKE ADDITIONAL DISCOVERY AND OBJECTIONS TO SEPTEMBER 28, 2007 ORDER |
| AND CONSOLIDATED ACTIONS | |
| | [PROPOSED] ORDER |
| | Hearing Date:  December 17, 2007<br>Time:                10:00 a.m.<br>Courtroom:       1 |
| | **Phase 1**<br>Discovery Cut-off:     January 28, 2008<br>Pre-trial Conference:  May 5, 2008<br>Trial Date:                 May 27, 2008 |

1       Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal Exhibits 16, 19, 20, 22-28, 31, 33, 56, 57, 59, 60, 63, 69, 71, 72, and 75 to the concurrently filed Declaration of B. Dylan Proctor in Support of Mattel's Motion for Leave to Take Additional Discovery and Objections to September 28, 2007 Order.

      These exhibits to the Declaration consist of documents that Mattel or MGA have designated as "Confidential" or "Confidential -- Attorneys' Eyes Only" pursuant to the Protective Order. Accordingly, Mattel requests that the Court order that Exhibits 16, 19, 20, 22-28, 31, 33, 56, 57, 59, 60, 63, 69, 71, 72, and 75 to the Declaration be filed under seal.

DATED: November 1, 2007     QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

                                      By <u>B. Dylan Proctor /s/</u>
                                         B. Dylan Proctor
                                         Attorneys for Mattel, Inc.

# [PROPOSED] ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Exhibits 16, 19, 20, 22-28, 31, 33, 56, 57, 59, 60, 63, 69, 71, 72, and 75 to the concurrently filed Declaration of B. Dylan Proctor in Support of Mattel's Motion for Leave to Take Additional Discovery and Objections to September 28, 2007 Order, are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: _____, 2007   _____
Hon. Stephen G. Larson
United States District Judge