Quinn Emanuel Urquhart Oliver & Hedges LLP
John B. Quinn (Bar. No. 090378)
Michael T. Zeller (Bar No. 196417)
Jon D. Corey (Bar No. 185066)
Timothy L. Alger (Bar No. 160303)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000 // Fax: (213) 443-3100

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT, an individual, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) v. | CV 04-9049 SGL (RNBx) |
| MATTEL, INC., a Delaware corporation, | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

Document Description:

- ☐ Administrative Record
- ☑ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)
- ☑ Other <u>Declaration of B. Dylan Proctor; Notice of Lodging</u>

Reason:

- ☑ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☐ Per Court order dated _____
- ☐ Manual Filing required (*reason*): _____

November 19, 2007
Date

B. Dylan Proctor /s/
Attorney Name

Mattel, Inc.
Party Represented

NOTE: A conformed copy of this Notice of Manual Filing MUST be presented with <u>each</u> document, exhibit, etc. at time the document is manually filed.

G-92 (01/07)                    NOTICE OF MANUAL FILING