UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED CASES | Case No. CV 04-09049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>[PROPOSED] ORDER GRANTING MATTEL INC.'S MOTION FOR LEAVE TO TAKE ADDITIONAL DISCOVERY AND OBJECTIONS DISCOVERY MASTER ORDER OF SEPTEMBER 28<br><br>Date: December 17, 2007<br>Time: 10:00 a.m.<br>Courtroom: 1<br><br>**Phase 1:**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2121176.1

**[PROPOSED] ORDER**

Having considered Mattel, Inc.'s Motion for Leave to Take Additional Discovery and Objections to Discovery Master Order of September 28, 2007, and all other papers and argument submitted in support of or opposition to the Motion, and finding good cause therefor, Mattel's Motion is GRANTED.

IT IS HEREBY ORDERED that:

1.  In addition to those depositions already permitted, Mattel may take depositions of the following: Sarah Halpern, Margaret Leahy, Veronica Marlow, Elise Cloonan, Jesse Ramirez, Jeanne Galvano, Stephen Lee, Cecilia Kwok, Farhad Larian, Sandra Bilotto, Anne Wang, David Rosenbaum, Christen Glaser LLP, Lucy Arant, Mitchell Kamarck, Caroll Witschell, Larry McFarland, Eric Yip, Gentle Giant Studios, Chris Palmeri, Jeff Weiss, Kickapoo High School, LA Focus, Joyce Ng, Rachel Harris, Peter Marlow, Andreas Koch, Kami Gillmour, Mercedeh Ward, Moss Adams, Wachovia Bank, Amy Myers, Ron Brawer, Janine Brisbois, Gustavo Machado, Mariana Trueba, Pablo Vargas, Ricardo Abundis, Jorge Castilla, Nic Contreras, Dan Cooney, Susan Kuemmerle, Shirin Salemnia, as well as two as yet unidentified attorneys who represented parties to disputes between Isaac Larian and Farhad Larain, and three as of yet unidentified parties who have been sued by MGA for infringement of Bratz-related intellectual property.

2.  Mattel may serve its proposed First Notice of Deposition of MGAE de Mexico and its Fourth Notice of Deposition of MGA Entertainment, Inc.

3.  Mattel's previously served interrogatories shall be deemed to be within the 50 interrogatories permitted by the Court. Any remaining substantive objections by defendants may be resolved by application to the Discovery Master.

4.  Mattel may serve its proposed supplemental interrogatories.

1  5. Mattel may depose Carter Bryant on all topics for a total 21 additional hours.

**IT IS SO ORDERED.**

DATED: _____, 2007

_____
Hon. Stephen G. Larson