QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
johnquinn@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
Timothy L. Alger (Bar No. 160303)
(timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

CARTER BRYANT, an individual,

Plaintiff,

vs.

MATTEL, INC., a Delaware corporation,

Defendant.

AND CONSOLIDATED ACTIONS

CASE NO. CV 04-9049 SGL (RNBx)

Consolidated with
Case No. CV 04-09059
Case No. CV 05-02727

Hon. Stephen G. Larson

MATTEL, INC.'S NOTICE OF ERRATA REGARDING MOTION FOR LEAVE TO TAKE ADDITIONAL DISCOVERY AND OBJECTIONS TO DISCOVERY MASTER ORDER OF SEPTEMBER 28, 2007

Hearing Date: January 7, 2008
Time: 10:00 a.m.
Courtroom: 1

**Phase 1:**
Discovery Cut-off: Jan. 28, 2008
Pre-trial Conference: May 5, 2008
Trial Date: May 27, 2008

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE of the following errata relating to Mattel's Motion for Leave to Take Additional Discovery and Objections to Discovery Master Order of September 28, 2007, filed on November 19, 2007.

1. The Declaration of B. Dylan Proctor in Support of Mattel's Motion was inadvertently dated November 1, 2007, instead of the correct date of November 19, 2007.

2. In Mattel's proposed Fourth Notice of Deposition of MGA Entertainment, Inc., the definition of "REFER or RELATE" (¶ 13) should include the term "RELATING TO."

3. Mattel's Notice of Motion inadvertently was not electronically signed, and Exhibits A-C, while filed, inadvertently were not attached to the motion or filed as companion documents to the motion.

Accordingly, an Amended Notice of Motion and Motion, along with Exhibits A-C thereto, is being filed herewith.

DATED: November 20, 2007         QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP


By B. Dylan Proctor /s/
   B. Dylan Proctor
   Attorneys for Mattel, Inc.