QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Hon. Edward Infante (Ret.)]**<br><br>DECLARATION OF DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL PRODUCTION OF METADATA<br><br>Hearing Date: TBA<br>Time: TBA<br>Place: Telephonic<br><br>Discovery cutoff: January 28, 2007<br>Pre-trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

# DECLARATION OF DYLAN PROCTOR

I, Dylan Proctor, declare as follows:

1. I am a member of the bar of the State of California. I am a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. The metadata sought by Mattel, specifically e-mail header information, may demonstrate from where, and to where, an e-mail is sent. This information generally does not appear in a printed version of an e-mail and does not appear on the printed versions of any of the e-mails for which Mattel is seeking metadata.

3. Attached hereto as Exhibit 1 is a true and correct copy of a letter I sent to Jim Jenal, dated August 21, 2007.

4. Attached hereto as Exhibit 2 is a true and correct copy of a series of e-mails between myself and Jim Jenal, dated August 22, 2007.

5. Attached hereto as Exhibit 3 is a true and correct copy of a letter I sent to Jim Jenal, dated August 28, 2007.

6. On August 29, 2007, the parties met and conferred. At that time, Mattel informed MGA that all of the e-mails it seeks were included in Exhibit C of Mattel's Second Amended Answer and Counterclaims and that it would accept, at least as an initial matter, the production of each e-mail in its native format from *any* source where the e-mail can be located, i.e. from the electronic file of any recipient or sender of a given e-mail, in order to minimize any arguable burden this production would place on MGA. MGA then promised to investigate. Attached hereto as Exhibit 4 is a true and correct copy of a letter I sent to Jim Jenal, dated August 30, 2007, summarizing this meet and confer.

07209/2299444.1

-2-

DECLARATION OF DYLAN PROCTOR

7. On September 10, 2007, I received a letter from Chris Nguyen requesting that Mattel provide MGA with twenty documents that Mattel already produced in paper, printed format "in their native format, including all metadata and the full e-mail header information." Attached hereto as Exhibit 5 is a true and correct copy of this letter, dated September 10, 2007. Mattel has since produced the information requested by MGA in this letter.

8. Attached hereto as Exhibit 6 is a true and correct copy of a letter I sent to William Charron, dated September 14, 2007.

9. On October 3, 2007, I received a letter and a chart from Chris Nguyen which MGA purported to "contain[] the metadata MGA was able to retrieve pursuant to Mattel's request." This chart contained no e-mail header information or any other metadata that would show the location of the sender or the recipient for any of these e-mails and contained no information whatsoever for some of the requested e-mails. Attached hereto as Exhibit 7 is a true and correct copy of this letter and the attached chart, dated October 3, 2007.

10. Attached hereto as Exhibit 8 is a true and correct copy of an e-mail I sent to William Charron on October 4, 2007.

11. Attached hereto as Exhibit 9 is a true and correct copy of an e-mail I sent to William Charron on October 8, 2007.

12. Attached hereto as Exhibit 10 is a true and correct copy of the Request for Approval of Substitution of Attorney and Order, dated October 12, 2007.

13. Attached hereto as Exhibit 11 is a true and correct copy of an e-mail my partner, Jon Corey, sent to Thomas Nolan on October 14, 2007.

14. Attached hereto as Exhibit 12 is a true and correct copy of an e-mail I received from Thomas Nolan on October 14, 2007.

15. Attached hereto as Exhibit 13 is a true and correct copy of a letter from my partner, Michael T. Zeller, to Thomas Nolan, dated October 29, 2007.

16. Attached hereto as Exhibit 14 is a true and correct copy of Mattel's Second Amended Answer and Counterclaims, dated July 12, 2007.

17. Attached hereto as Exhibit 15 is a true and correct copy of the Declaration of Daphne Gronich in Response to Court's Request for Information Regarding Document Preservation, dated September 10, 2007.

18. Attached hereto as Exhibit 16 is a true and correct copy of the Order Granting in Part and Denying in Part Mattel's Motion to Compel the Production of Documents by MGA, dated August 13, 2007.

19. On November 16, 2007, I and my partners, Michael Zeller and Jon Corey, met and conferred with counsel for MGA, including Thomas Nolan. During this discussion, counsel for MGA stated it was inclined to produce the electronic version of these documents, including all metadata, was investigating what would be involved in such a production, and would follow up with Mattel during a scheduled teleconference on November 21, 2007.

20. Mattel has not received any of the electronic versions of these e-mails, the metadata it specifically requested, or a date on which MGA plans to produce either.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 21, 2007, at Los Angeles, California.

B. Dylan Proctor