**OVERLAND BORENSTEIN SCHEPER & KIM LLP**
MARK E. OVERLAND (State Bar No. 38375)
moverland@obsklaw.com
DAVID C. SCHEPER (State Bar No. 120174)
dscheper@obsklaw.com
ALEXANDER H. COTE (State Bar No. 211558)
acote@obsklaw.com
300 South Grand Avenue, Suite 2750
Los Angeles, CA 90071-3144
Telephone: (213) 613-4655
Facsimile:  (213) 613-4656

Attorneys for
Carlos Gustavo Machado Gomez

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT<br><br>    Plaintiff,<br><br>    v.<br><br>MATTEL, INC.,<br><br>    Defendant.<br><br>AND CONSOLIDATED CASES | CASE NO. 04-9049 SGL (RNBx)<br><br>Consolidated with CV 04-9059 and CV 05-2727<br><br>**[DISCOVERY MATTER]**<br><br>**[Improperly Filed Before Discovery Master Hon. Edward Infante (Ret.)]**<br><br>**CARLOS GUSTAVO MACHADO GOMEZ'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MATTEL, INC.'S MOTION TO COMPEL (1) DEPOSITION OF CARLOS GUSTAVO MACHADO GOMEZ [AND] (2) CONSENT TO PRODUCTION OF ELECTRONIC MAIL MESSAGES** |

MACHADO'S OPPOSITION TO MATTEL'S MOTION TO COMPEL

## MEMORANDUM OF POINTS AND AUTHORITIES

As counsel for Mattel is well aware, the discovery master has no jurisdiction over the present motion or over Mr. Machado. (Corey Decl. Ex. 26 at 2.) The discovery master's authority for resolving discovery disputes between the parties derives entirely from a single source: the December 6, 2006 *Stipulation For Appointment of a Discovery Master* ("Stipulation"). Mr. Machado was not a party to this or any other action against Mattel at that time, and is not a signatory to the Stipulation. In fact, Mr. Machado was not named as a party until January 12, 2007. (Cote Decl. ¶ 2; Ex. A.) Moreover, Mattel has already conceded that Mr. Machado was not served with process until, at the earliest, March 26, 2007. (Cote Decl. Ex. B.) As a result, Mr. Machado has never consented to the discovery master's appointment.

"The court must give the parties notice and an opportunity to be heard before appointing a master." Fed. R. Civ. P. 53(b)(1). Similarly, the appointment must be supported by either specific findings, *see* Fed. R. Civ. P. 53(a)(1)(B)-(C), or by the consent of the parties, *see* Fed. R. Civ. P. 53(a)(1)(A). Here, Mr. Machado was never afforded an opportunity to be heard regarding the discovery master. Nor has the Court made any of the findings required under Fed. R. Civ. P. 53(a)(1)(B)-(C). As a result, the only authority for the discovery master's jurisdiction is the parties' consent. Yet, Mr. Machado has never consented to the appointment of the discovery master. Accordingly, this matter cannot be heard by the discovery master.

Nor can Mattel object to this result. At the time it negotiated and executed the Stipulation, Mattel had already cemented its plan to bring suit against Mr. Machado. A month earlier, on November 20, 2006, Mattel had filed an amended complaint, naming Mr. Machado as an adverse party. (Cote Decl. ¶ 2, Ex. A.) However, Mattel never sought to obtain Machado's consent to the appointment of the discovery master. Nor was Machado under any obligation to object at that time. "[O]ne becomes a party officially, and is required to take action in that capacity,

2

only upon service of a summons or other authority-asserting measure stating the time within which the party served must appear and defend.... [T]he summons continues to function as the *sine qua non* directing an individual or entity to participate in a civil action or forgo procedural or substantive rights." *Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 350-351 (1999). Prior to service, which did not occur, at the earliest, until four months after the Stipulation was signed, Mr. Machado had no role in the litigation.

Consequently, any further discovery motions brought by or against Mr. Machado must be brought before the Hon. Robert N. Block, in conformity with Fed. R. Civ. P. 37 and the appurtenant Local Rules governing the filing of motions to compel, as provided by the Court's standing order.

DATED: November 26, 2007

OVERLAND BORENSTEIN SCHEPER & KIM LLP
MARK E. OVERLAND
DAVID C. SCHEPER
ALEXANDER H. COTE

By: /s/ Alexander H. Cote
Alexander H. Cote
Attorneys for CARLOS GUSTAVO MACHADO GOMEZ