**OVERLAND BORENSTEIN SCHEPER & KIM LLP**
MARK E. OVERLAND (State Bar No. 38375)
moverland@obsklaw.com
DAVID C. SCHEPER (State Bar No. 120174)
dscheper@obsklaw.com
ALEXANDER H. COTE (State Bar No. 211558)
acote@obsklaw.com
300 South Grand Avenue, Suite 2750
Los Angeles, CA 90071-3144
Telephone: (213) 613-4655
Facsimile: (213) 613-4656

Attorneys for
Carlos Gustavo Machado Gomez

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC.,<br><br>Defendant.<br><br>AND CONSOLIDATED CASES | CASE NO. 04-9049 SGL (RNBx)<br><br>Consolidated with CV 04-9059 and CV 05-2727<br><br>**[DISCOVERY MATTER]**<br><br>**[Improperly Filed Before Discovery Master Hon. Edward Infante (Ret.)]**<br><br>**DECLARATION OF ALEXANDER H. COTE IN SUPPORT OF CARLOS GUSTAVO MACHADO GOMEZ'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MATTEL, INC.'S MOTION TO COMPEL (1) DEPOSITION OF CARLOS GUSTAVO MACHADO GOMEZ [AND] (2) CONSENT TO PRODUCTION OF ELECTRONIC MAIL MESSAGES** |

## **DECLARATION OF ALEXANDER H. COTE**

I, ALEXANDER COTE, declare as follows:

1. I am an attorney at Overland Borenstein Scheper & Kim LLP. I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

2. Attached hereto as Exhibit A is a true and correct copy of an excerpt from the Court's electronic docket, located at www.pacer.uscourts.gov. I obtained Exhibit A by pointing my web browser to that address and printing out the attached pages. On November 20, 2006, Mattel moved to amend its *Complaint*, and also lodged with the Court its *First Amended Complaint*, as revealed by entry number 89 and 90. On January 12, 2007, Mattel filed its *Amended Answer to Complaint*, which names Carlos Gustavo Machado Gomez as a defendant for the first time, as revealed by entry number 143.

3. Attached hereto as Exhibit B is what I believe to be a true and correct copy of a document entitled *Stipulation to Set Aside Default Entered Against Carlos Gustavo Machado Gomez and Time to Answer or Move and Order Thereon*, which I obtained from the court's electronic docket, located at www.pacer.uscourts.gov. This document was entered into the Court's docket on July 30, 2007, as revealed by entry number 692 on Exhibit A.

I declare under penalty of perjury that the foregoing is true. Executed this 26th day of November, 2007 at Los Angeles, California.

*/s/ Alexander H. Cote*
ALEXANDER H. COTE

---

MACHADO'S OPPOSITION TO MATTEL'S MOTION TO COMPEL