# EXHIBIT A

(RNBx), AO279, DISCOVERY, RELATED-G

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)**
**CIVIL DOCKET FOR CASE #: 2:04-cv-09049-SGL-RNB**

Carter Bryant v. Mattel Inc
Assigned to: Judge Stephen G. Larson
Referred to: Magistrate Judge Robert N. Block
Related Cases: 2:04-cv-03431-NM-RNB
5:07-cv-00487-SGL-RNB
Cause: 17:101 Copyright Infringement

Date Filed: 11/02/2004
Jury Demand: Defendant
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

**Plaintiff**

**Carter Bryant**
*an individual*

represented by **Christa M Anderson**
Keker and Van Nest
710 Sansome Street
San Francisco, CA 94111-1704
415-391-5400
Email: canderson@kvn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Douglas A Wickham**
Littler Mendelson
2049 Century Park E, 5th Fl
Los Angeles, CA 90067-3107
310-553-0308
Fax: 310-553-5583
*TERMINATED: 05/17/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John W Keker**
Keker & Van Nest
710 Sansome St
San Francisco, CA 94111-1704
415-391-5400
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Elliot Trinidad**
Keker and Van Nest
710 Sansome Street
San Francisco, CA 94111

| Date | # | Description |
|---|---|---|
| 10/11/2006 | 87 | PROOF OF SERVICE list of pleadings filed by plaintiffs and defendant Carter Bryant, Mattel Inc, was served on 10/11/2006. (pj, ) (Entered: 10/27/2006) |
| 10/12/2006 | 85 | MINUTES OF (IN CHAMBERS) ORDER by Judge Robert N. Block: In accordance with the parties stipulation, the date for lead counsel of record for Bryant and Mattel to appear before Judge Robert N. Block, for the purpose of meeting and conferring under the Courts auspices regarding their current unresolved discovery disputes, will now be 11/20/06, at 9:30 a.m. The crd is directed to serve courtesy copies of this Minute Order on counsel for Bryant and Mattel via fax, and to confirm telephonically their receipt of it.Court Reporter: n/a. (rla, ) (Entered: 10/17/2006) |
| 10/12/2006 | | PLACED IN FILE - NOT USED re STIPULATION AND [PROPOSED] ORDER RESCHEDULING PARTIES MEET AND CONFER DATE submitted by PLAINTIFF Carter Bryant, AND DEFENDANT Mattel Inc. (rla, ) (Entered: 10/17/2006) |
| 11/17/2006 | 88 | STIPULATION AND ORDER by Judge Robert N. Block : taking the 11/20/06 hearing off-calendar and to file the necessary papers seeking the reference within 14 days(dmjr, ) (Entered: 11/17/2006) |
| 11/20/2006 | 89 | NOTICE OF MOTION AND MOTION for Leave to file Amended Complaint; Memorandum of points and authorities in support thereof filed by defendant Mattel Inc. Motion set for hearing on 1/8/2007 at 10:00 AM before Judge Stephen G. Larson. Lodged Proposed Order and Amended Complaint. (am, ) (Entered: 11/21/2006) |
| 11/20/2006 | 90 | NOTICE OF LODGING First Amended Complaint filed by defendant Mattel Inc. (am, ) (Entered: 11/21/2006) |
| 11/20/2006 | 91 | DECLARATION of Jon Corey in support of MOTION for Leave to file Amended Complaint[89] filed by defendant Mattel Inc. (am, ) (Entered: 11/21/2006) |
| 11/20/2006 | 92 | PROOF OF SERVICE filed by defendant Mattel Inc. re NOTICE OF MOTION AND MOTION for Leave to file Amended Complaint; NOTICE OF LODGING First Amended Complaint; DECLARATION of Jon Corey in support of MOTION for Leave to file Amended Complaint was served on 11/20/06. (am, ) (Entered: 11/21/2006) |
| 11/20/2006 | 105 | NOTICE OF ERRATA regarding Mattel Inc's First Amended Complaint filed by Defendant Mattel Inc. correcting (am, ) (Entered: 12/05/2006) |
| 11/21/2006 | 93 | APPLICATION TO FILE UNDER SEAL CERTAIN EXHIBITS TO THE DECLARATION OF JON D. COREY IN SUPPORT OF MATTEL, INC'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT AN ORDER by Judge Stephen G. Larson.(am, ) (Entered: 11/22/2006) |
| 11/21/2006 | 94 | SEALED DOCUMENT: DECLARATION of Jon Corey in support of MOTION for Leave to file Amended Complaint[89] (am, ) (Entered: 11/22/2006) |
| 11/28/2006 | 95 | EX PARTE APPLICATION for Order Striking Mattel's Motion for leave to amend and all accompanying documents; Memorandum of points and authorities in support thereof filed by Intervenor Defendant MGA ENTERTAINMENT INC., INTERVENOR RE: CV04-09059. (am, ) (Entered: 11/30/2006) |
| 11/28/2006 | 96 | DECLARATION of Dale M. Cendali in support of EX PARTE APPLICATION for Order Striking Mattel's Motion for leave to amend and all accompanying documents[95] filed by Intervenor defendant MGA ENTERTAINMENT INC., INTERVENOR RE: CV04-09059. (am, ) (Entered: 11/30/2006) |
| 11/28/2006 | 97 | DECLARATION of Diana M. Torres in support of EX PARTE APPLICATION for Order Striking Mattel's Motion for leave to amend and all accompanying documents [95] filed by Intervenor defendant MGA ENTERTAINMENT INC., INTERVENOR RE: CV04-09059. (am, ) (Entered: 11/30/2006) |
| 11/28/2006 | 98 | PROOF OF SERVICE filed by Intervenor defendant MGA ENTERTAINMENT INC., RE: EX PARTE APPLICATION for Order Striking Mattel's Motion for leave to amend and all accompanying documents; DECLARATION of Dale M. Cendali in support of EX PARTE APPLICATION for Order Striking Mattel's Motion for leave to amend and all accompanying documents; DECLARATION of Diana M. Torres in support of EX PARTE APPLICATION for Order Striking Mattel's Motion for leave to amend and all accompanying documents , was served on 11/28/06. (am, ) (Entered: 11/30/2006) |
| 11/28/2006 | 99 | DECLARATION of Douglas A. Wickham in support of MGA EX PARTE APPLICATION for Order Striking Mattel's Motion for leave to amend and all accompanying documents[95] filed by plaintiff Carter Bryant. (am, ) (Entered: 11/30/2006) |

| Date | # | Description |
|---|---|---|
| 11/29/2006 | 100 | OPPOSITION to EX PARTE APPLICATION for Order Striking Mattel's Motion for leave to amend its complaint [95] filed by defendant Mattel Inc. (am, ) (Entered: 11/30/2006) |
| 11/29/2006 | 101 | DECLARATION of Michael T. Zeller in support Opposition to EX PARTE APPLICATION for Order Striking Mattel's Motion for leave to amend its complaint[95] filed by defendant Mattel Inc. (am, ) (Entered: 11/30/2006) |
| 11/29/2006 | 102 | PROOF OF SERVICE filed by defendant Mattel Inc, re OPPOSITION to EX PARTE APPLICATION for Order Striking Mattel's Motion for leave to amend its complaint; DECLARATION of Michael T. Zeller in support Opposition to EX PARTE APPLICATION for Order Striking Mattel's Motion for leave to amend its complaint[, was served on 11/29/06. (am, ) (Entered: 12/01/2006) |
| 11/29/2006 | 104 | JOINDER IN EX PARTE APPLICATION for Order for Striking Mattel's Motion for leave to amend and all accompanying documents[95] filed by plaintiff Carter Bryant. (am, ) (Entered: 12/04/2006) |
| 11/30/2006 | 106 | SUPPLEMENTAL DECLARATION of Dale M. Cendali in support of EX PARTE APPLICATION for Order for Striking Mattel's Motion for leave to amend and all accompanying documents[95] filed by defendant MGA ENTERTAINMENT INC., INTERVENOR RE: CV04-09059. (am, ) (Entered: 12/05/2006) |
| 12/01/2006 | 103 | MINUTES OF IN CHAMBERS ORDER held before Judge Stephen G. Larson.; RE: EX PARTE APPLICATION for Order for Striking Mattel's Motion for leave to amend and all accompanying documents [95]. The Court, having reviewed all of the documents submitted in support of and in opposition to the application, hereby DENIES the application. (am, ) (Entered: 12/04/2006) |
| 12/01/2006 |  | PLACED IN FILE - NOT USED re Proposed Order Granting MGA Entertainment Inc's Ex parte Application for an Order Stricking Mattel's Motio for leave to amend and all accompanying documents submitted by defendant MGA ENTERTAINMENT INC., INTERVENOR RE: CV04-09059. (am, ) (Entered: 12/07/2006) |
| 12/06/2006 | 107 | STIPULATION FOR APPOITMENT OF A DISCOVERY MASTER AND ORDER by Judge Stephen G. Larson: The Discovery master shall be Hon. Edward A. Infante (Ret.) Judge Infante shall serve as the Discovery master until all issues herein have been finally disposed of or determined, or until he shall withdraw in accordance with applicable law.(am, ) (Entered: 12/07/2006) |
| 12/06/2006 | 108 | APPLICATION AND ORDER by Judge Stephen G. Larson TO FILE UNDER SEAL THE DECLARATION OF JAMES P JENAL in support of MGAs ex parte application seeking an order striking Mattels motion for leave to amend. IT IS HEREBY ORDERED that the application is granted.(mrgo, ) (Entered: 12/08/2006) |
| 12/06/2006 | 109 | DECLARATION of James P. Jenal in support of EX PARTE APPLICATION seeking an Order for Striking Mattel's Motion for leave to amend and all accompanying documents[95] (am, ) (Entered: 12/13/2006) |
| 12/21/2006 | 110 | OPPOSITION to MOTION for Leave to file Amended Complaint[95] filed by Intervenor Defendant MGA ENTERTAINMENT INC(am, ) (Entered: 12/26/2006) |
| 12/21/2006 | 111 | OPPOSITION to MOTION for Leave to file Amended Complaint[89] filed by plaintiff Carter Bryant. (am, ) (Entered: 12/26/2006) |
| 12/21/2006 | 112 | DECLARATION of Douglas A. Wickham in support of Opposition to MOTION for Leave to file Amended Complaint[89] filed by plaintiff Carter Bryant. (am, ) (Entered: 12/26/2006) |
| 12/21/2006 | 113 | PROOF OF SERVICE filed by plaintiff Carter Bryant, re Application to file Under Seal; OPPOSITION to MOTION for Leave to file Amended Complaint; DECLARATION of Douglas A. Wickham in support of Opposition to MOTION for Leave to file Amended Complaint , was served on 12/21/06. (am, ) (Entered: 12/26/2006) |
| 12/21/2006 | 114 | OPPOSITION to MOTION for Leave to file Amended Complaint[89] filed by Intervenor defenant MGA ENTERTAINMENT INC., INTERVENOR RE: CV04-09059. (am, ) (Entered: 12/26/2006) |
| 12/28/2006 | 117 | REPLY to opposition to MOTION for Leave to file Amended Complaint[89] filed by defendant Mattel Inc. (am, ) (Entered: 01/09/2007) |

| Date | Doc # | Description |
|---|---|---|
| 12/28/2006 | 118 | REPLY to opposition to MOTION for Leave to file Amended Complaint[89] filed by defendant Mattel Inc. (am, ) (Entered: 01/09/2007) |
| 12/28/2006 | 119 | PROOF OF SERVICE filed by defendant Mattel Inc, re Declaration of Michael T. Zeller in support of REPLY to opposition to MOTION for Leave to file Amended Complaint; REPLY to opposition to MOTION for Leave to file Amended Complaint etc was served on 12/28/06. (am, ) (Entered: 01/09/2007) |
| 01/03/2007 | 120 | SUPPLEMENTAL DECLARATION of Michael T. Zeller in support of REPLY to opposition to MOTION for Leave to file Amended Complaint [89] filed by defendant Mattel Inc. (am, ) (Entered: 01/09/2007) |
| 01/03/2007 | 121 | PROOF OF SERVICE filed by defendant Mattel Inc, re SUPPLEMENTAL DECLARATION of Michael T. Zeller in support of REPLY to opposition to MOTION for Leave to file Amended Complaint [120], was served on 1/3/07. (am, ) (Entered: 01/09/2007) |
| 01/04/2007 | 122 | NOTICE OF WITHDRAWAL of 1/4/05 Motion to Compel Production of documents filed by defendant Mattel Inc. (am, ) (Entered: 01/09/2007) |
| 01/04/2007 | 123 | [PUBLIC REDACTED] DECLARATION of B. DYLAN PROCTOR in support of Mattel's Inc's Statement of the case filed by Defendant Mattel Inc. (am, ) (Entered: 01/09/2007) |
| 01/04/2007 | 124 | [PUBLIC REDACTED] DECLARATION of Michael T. Zeller in support of Mattel's Inc's Motion to Compel Production of Documents by Carter Bryant filed by Defendant Mattel Inc. (am, ) (Entered: 01/09/2007) |
| 01/04/2007 | 125 | STATEMENT of the case of Mattel Inc filed by Defendant Mattel Inc (am, ) (Entered: 01/09/2007) |
| 01/04/2007 | 126 | NOTICE OF MOTION AND MOTION to Compel Production of Document by Carter Bryant filed by defendant Mattel Inc. (am, ) (Entered: 01/09/2007) |
| 01/04/2007 | 127 | SEPARTATE STATEMENT in support of MOTION to Compel Production of Document by Carter Bryant [126] filed by defendant Mattel Inc. (am, ) (Entered: 01/09/2007) |
| 01/04/2007 | 128 | SEALED DOCUMENT: DECLARATION of Michael T. Zeller in support of MOTION to Compel Production of Document by Carter Bryant [126] (am, ) (Entered: 01/09/2007) |
| 01/04/2007 | 129 | SEALED DOCUMENT: DECLARATION of B. Dylan Proctor in support of Mattel Inc's Statement of case (am, ) (Entered: 01/09/2007) |
| 01/04/2007 | 130 | SEALED DOCUMENT: STATEMENT of the case (am, ) (Entered: 01/09/2007) |
| 01/04/2007 | 131 | PROOF OF SERVICE filed by defendant Mattel Inc, re NOTICE OF MOTION AND MOTION to Compel Production of Document by Carter Bryant; SEPARTATE STATEMENT in support of MOTION to Compel Production of Document by Carter Bryant; DECLARATION of Michael T. Zeller in support of MOTION to Compel Production of Document by Carter Bryant was served on 1/3/07. (am, ) (Entered: 01/09/2007) |
| 01/04/2007 | 132 | PROOF OF SERVICE filed by defendant re Unredacted Statement of case; Public Redacted Statemnt of Case etc Mattel Inc, was served on 1/3/07. (am, ) (Entered: 01/09/2007) |
| 01/05/2007 | 133 | DECLARATION of Keith A. Jacoby in support of Objection to the Declaration of Michael T. Zeller in support of MOTION for Leave to file Amended Complaint[89] filed by plaintiff Carter Bryant. (am, ) (Entered: 01/09/2007) |
| 01/05/2007 | 134 | OBJECTION to the Declaration of Michael T. Zeller in support of MOTION for Leave to file Amended Complaint[89] filed by plaintiff Carter Bryant. (am, ) (Entered: 01/09/2007) |
| 01/09/2007 | 115 | APPLICATION TO FILE UNDER SEAL CERTAIN EXHIBITS TO THE DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MATTEL'S INC'S REPLY TO CARTER BRYANTS AND MGA ENTERTAINTMNET INC'S OPPOSITIONS TO MOTION FOR LEAVE TO FILE AMENDED COMPLAINT AND ORDER by Judge Stephen G. Larson,(am, ) (Entered: 01/09/2007) |
| 01/09/2007 | 116 | APPLICATION AND ORDER TO FILE UNDER SEAL THE DECLARATION OF DIANA M. TORRES IN SUPPORT OF MGA ENTERTAINMENT INC'S OPPOSITION TO MATTEL'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT AND ALL ACCOMPANYING DOCUMENTS by Judge Stephen G. Larson,(am, ) (Entered: 01/09/2007) |

| Date | # | Description |
|---|---|---|
| 01/09/2007 | 135 | MINUTES OF IN CHAMBERS ORDER held before Judge Stephen G. Larson RE: MOTION for Leave to file Amended Complaint [89]. Court hears oral argument and takes the matter under submission. (am, ) (Entered: 01/10/2007) |
| 01/09/2007 | 136 | APPLICATION AND ORDER by Judge Stephen G. Larson to File Under Seal exhibits to the declaration of D. Dylan Proctor in support of Mattel's statement of the case.(am, ) (Entered: 01/10/2007) |
| 01/09/2007 | 137 | APPLICATION AND ORDER by Judge Stephen G. Larson to File Under Seal Certain exhibits to the declaration of Michael T. Zeller in support of Motion to compel production of document by Carter Bryant(am, ) (Entered: 01/10/2007) |
| 01/09/2007 | 138 | APPLICATION AND ORDER by Judge Stephen G. Larson to File Under Seal Excerpt form Mattel's Statement of the Case(am, ) (Entered: 01/10/2007) |
| 01/09/2007 | 139 | [PUBLIC REDATED] DECLARATION of Michael T. Zeller in support of Mattel Inc's reply to oppositions to MOTION for Leave to file Amended Complaint[89] filed by defendant Mattel Inc. (am, ) (Entered: 01/10/2007) |
| 01/09/2007 | 140 | SEALED DOCUMENT: DECLARATION of Michael T. Zeller in support of Mattel Inc's reply to oppositions to MOTION for Leave to file Amended Complaint[89] (am, ) (Entered: 01/10/2007) |
| 01/09/2007 | 141 | SEALED DOCUMENT: DECLARATION of Michael T Inc's reply to Opposition to MOTION for Leave to file Amended Complaint[89] (am, ) (Entered: 01/10/2007) |
| 01/10/2007 | 144 | APPLICATION AND ORDER by Judge Discovery Master Edward Infante TO FILE UNDER SEAL Certain exhibits to the Declaration of Michael T. Zeller in support of Mattel's Motion to Compel Production of Documents by carter Bryant(am, ) (Entered: 01/17/2007) |
| 01/10/2007 | 145 | SUPPLEMENTAL DECLARATION of Dale M. Cendali in support of MOTION for Leave to file Amended Complaint[89] filed by Intervenor defendant MGA ENTERTAINMENT INC (am, ) (Entered: 01/17/2007) |
| 01/10/2007 | 146 | APPLICATION AND ORDER by Discovery Master Edward Infante, to file Under Seal Certain Exhibits to the Declaration of B. Dylan Proctor in support of Mattel's Statement of the Case(am, ) (Entered: 01/17/2007) |
| 01/10/2007 | 147 | APPLICAITON AND ORDER by Judge Discovery Master Edward Infante to File Under Seal Excerpt from Mattel's Statement of the case,(am, ) (Entered: 01/17/2007) |
| 01/11/2007 | 142 | ORDER REGARDING MATTEL'S MOTION for Leave to file Amended Complaint [89] by Judge Stephen G. Larson: The Court GRANTS Mattel's motion for leave to file its proposed amendments, but only insofar as they are plead in the form of an amended answer and counterclaim in the 05-2727 case. Scheduling Conference set for 2/12/2007 at 01:30 PM before Judge Stephen G. Larson. The parties are directed to file a Joint Rule 26(f) report with the court by 2/2/07.(am, ) (Entered: 01/12/2007) |
| 01/12/2007 | 143 | AMENDED ANSWER to Complaint - (Discovery)[1], COUNTERCLAIM against DOES, Carola Gustavo Machado Gomez, Isaac Larian, MGA Entertainment HK Limited, Mixico SRL DE CV, MGA ENTERTAINMENT INC, Carter Bryant by Defendant Mattel Inc, (am, ) (Entered: 01/17/2007) |
| 01/18/2007 | 148 | REPLY in support of MOTION to Compel Production of Document by Carter Bryant [126] filed by defendant Mattel Inc. (am, ) (Entered: 01/19/2007) |
| 01/18/2007 | 149 | OPPOSITION to MOTION to Compel Production of Documents and Deposition of 30(b)(6) witnesses filed by defendant Mattel Inc. (am, ) (Entered: 01/19/2007) |
| 01/18/2007 | 150 | [PUBLIC REDACTED] DECLARATION of B. Dylan Proctor in support of Opposition to MOTION to Compel Production of Documents and Deposition of 30(b)(6) witnesses filed by Defendant Mattel Inc. (am, ) (Entered: 01/19/2007) |
| 01/18/2007 | 151 | [PUBLIC REDACTED] DECLARATION of Jon D. Corey in support of Opposition to MOTION to Compel Production of Documents and Deposition of 30(b)(6) witnesses filed by Defendant Mattel Inc. (am, ) (Entered: 01/19/2007) |
| 01/18/2007 | 152 | DECLARATION of Michael T. Zeller in support of Opposition to MOTION to Compel Production of Documents and Deposition of 30(b)(6) witnesses filed by Defendant Mattel Inc. (am, ) (Entered: 01/19/2007) |

| Date | No. | Description |
|---|---|---|
| 07/26/2007 | 715 | PROOF OF SERVICE by MGA ENTERTAINMENT INC. re CORRECTED DECLARATION of Kendall J. Burr in support of MOTION for Terminating Sanctions Against Mattel Inc due to Spoilation of Evidence; APPLICATION AND ORDER OF MGA ENTERTAINMENT INC FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL served on 7/26/07. (am) (Entered: 08/02/2007) |
| 07/27/2007 | 734 | ORDER DENYING JOINT MOTION TO STAY OR STRIKE MATTEL'S MOTION TO COMPEL; GRANTING JOINT MOTION TO EXTEND DEADLINE TO SUBMIT OPPOSITION TO MATTELS MOTION TO COMPEL by Judge Special Master (am) (Entered: 08/07/2007) |
| 07/30/2007 | 692 | STIPULATION AND ORDER by Judge Stephen G. Larson : re Clerks Entry of Default (CV-37)492. Machado was property served with the Summons and Counterclaims and shall not contest such service or personal jurisdiction in this action. The default against Machado is hereby set aside. Machado will answer or otherwise respond to Mattel's Second Amended Counterclaims on or before 8/13/07. (am) (Entered: 07/31/2007) |
| 07/30/2007 | 693 | APPLICATION AND ORDER FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL by Judge Stephen G. Larson.(am) (Entered: 07/31/2007) |
| 07/30/2007 | 698 | SEALED DOCUMENT: REPLY in support of its Motion to Compel Mattel's Inc to Supplement its Responses and Produce Documents Responsive to MGA's First Set of Requests for the Production of Documents and Things (am) (Entered: 07/31/2007) |
| 07/30/2007 | 699 | SEALED DOCUMENT: DECLARATION of Michael C. Keats in support of REPLY in support of its Motion to Compel Mattel's Inc to Supplement its Responses and Produce Documents Responsive to MGA's First Set of Requests for the Production of Documents and Things (am) (Entered: 07/31/2007) |
| 07/31/2007 | 720 | NOTICE OF MOTION AND MOTION for Modification of the Protective Order filed by defendant Mattel Inc. Lodged Proposed Order. (am) (Entered: 08/02/2007) |
| 07/31/2007 | 721 | PUBLIC REDATED DECLARATION of Jon D Corey in support of MOTION for Modification of the Protective Order[720] filed by Defendant Mattel Inc. (am) (Entered: 08/02/2007) |
| 07/31/2007 | 731 | APPLICATION to File Under Seal Exhibit 1 of the Declaration of Jon D. Corey and the Declaration of Richard De Anda in support of Motion for Modification of the Protective Order filed by defendant Mattel Inc. (am) (Entered: 08/06/2007) |
| 07/31/2007 | 732 | PROOF OF SERVICE filed by defendant Mattel Inc, re APPLICATION for Leave to File Under Seal Exhibit 1 of the Declaration of Jon D. Corey and the Declaration of Richard De Anda in support of Motion for Modification of the Protective Order [731] served on 7/31/07. (am) (Entered: 08/07/2007) |
| 07/31/2007 | 733 | PROOF OF SERVICE filed by defendant Mattel Inc, re NOTICE OF MOTION AND MOTION for Modification of the Protective Order; DECLARATION of Jon D Corey in support of MOTION for Modification of the Protective Order served on 7/30/07. (am) (Entered: 08/07/2007) |
| 08/01/2007 | 700 | APPLICATION AND ORDER OF MGA ENTERTAINMENT FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL by Judge Stephen G. Larson,(am) Modified on 8/2/2007 (am, ). (Entered: 08/02/2007) |
| 08/01/2007 | 701 | SEALED DOCUMENT: CORRECTED DECLARATION of Michael C. Keats in support of MGA Entertainment Inc's MOTION for Terminating Sanctions against Mattel Inc due to spoliation of evidence (am) (Entered: 08/02/2007) |
| 08/01/2007 | 702 | ORDER GRANTING MATTEL INC'S APPLICATION TO FILE UNDER SEAL EXHIBIT 1 OF THE DECLARATION OF JON D. COREY AND THE DECLARATION OF RICHARD DE ANDA IN SUPPORT OF MATTEL'S MOTION FOR MODIFICATION OF THE PROTECTIVE ORDER by Judge Stephen G. Larson.(am) (Entered: 08/02/2007) |
| 08/01/2007 | 703 | SEALED DOCUMENT: DECLARATION of Jon D. Corey in support of MOTION for Modification of Protective Order (am) (Entered: 08/02/2007) |
| 08/01/2007 | 704 | SEALED DOCUMENT: DECLARATION of Jon D. Corey in support of MOTION for Modification of Protective Order (am) (Entered: 08/02/2007) |
| 08/01/2007 | 705 | APPLICATION AND ORDER OF MGA ENTERTAINMENT INC FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL by Judge Stephen G. Larson.(am) (Entered: 08/02/2007) |
| 08/01/2007 | 706 | SEALED DOCUMENT: MOTION for Terminating Sanctions Against Mattel Inc due to Spoliation of Evidence (am) (Entered: 08/02/2007) |