| | |
|---|---|
| 1 | **OVERLAND BORENSTEIN SCHEPER & KIM LLP**<br>MARK E. OVERLAND (State Bar No. 38375)<br>moverland@obsklaw.com<br>DAVID C. SCHEPER (State Bar No. 120174)<br>dscheper@obsklaw.com<br>ALEXANDER H. COTE (State Bar No. 211558)<br>acote@obsklaw.com<br>300 South Grand Avenue, Suite 2750<br>Los Angeles, CA 90071-3144<br>Telephone: (213) 613-4655<br>Facsimile: (213) 613-4656 |

Attorneys for
Carlos Gustavo Machado Gomez

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC.,<br><br>Defendant.<br>_____<br>AND CONSOLIDATED CASES | CASE NO. 04-9049 SGL (RNBx)<br><br>Consolidated with CV 04-9059 and CV 05-2727<br><br>**[DISCOVERY MATTER]**<br><br>**[Improperly Filed Before Discovery Master Hon. Edward Infante (Ret.)]**<br><br>**PROOF OF SERVICE OF:**<br><br>(1) CARLOS GUSTAVO MACHADO GOMEZ'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MATTEL, INC.'S MOTION TO COMPEL (1) DEPOSITION OF CARLOS GUSTAVO MACHADO GOMEZ [AND] (2) CONSENT TO PRODUCTION OF ELECTRONIC MAIL MESSAGES; and<br><br>(2) DECLARATION OF ALEXANDER H. COTE IN SUPPORT THEREOF |

MACHADO'S OPPOSITION TO MATTEL'S MOTION TO COMPEL

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 300 South Grand Avenue, Suite 2750, Los Angeles, California 90071-3144.

On November 26, 2007, I served true copies of the following document(s) described as:

(1) CARLOS GUSTAVO MACHADO GOMEZ'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MATTEL, INC.'S MOTION TO COMPEL (1) DEPOSITION OF CARLOS GUSTAVO MACHADO GOMEZ [AND] (2) CONSENT TO PRODUCTION OF ELECTRONIC MAIL MESSAGES; and

(2) DECLARATION OF ALEXANDER H. COTE IN SUPPORT THEREOF

on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Overland Borenstein Scheper & Kim's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 26, 2007, at Los Angeles, California.

_____
Fran J. Eseroma

## SERVICE LIST

| | |
|---|---|
| John B. Quinn, Esq.<br>Michael T. Zeller, Esq.<br>Jon D. Corey, Esq.<br>Timothy L. Alger, Esq.<br>Quinn Emanuel Urquhart Oliver & Hedges, LLP<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, CA 90017-2543 | Thomas J. Nolan, Esq.<br>Harriet S. Posner, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>300 S. Grand Ave.<br>Los Angeles, CA 90071-3144 |
| John W. Keker, Esq.<br>Michael H. Page, Esq.<br>Keker & Van Nest, LLP<br>710 Sansome St.<br>San Francisco, CA 94111 | Raoul D. Kennedy, Esq.<br>Timothy A. Miller, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>4 Embarcadero Center, 38th Floor<br>San Francisco, CA 94111-5974 |
| Amy S. Park, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>525 University Avenue<br>Palo Alto, CA 94301 | |