Quinn Emanuel Urquhart Oliver & Hedges LLP
John B. Quinn (Bar No. 90378)
Michael T. Zeller (Bar No. 196417)
Jon D. Corey (Bar No. 185066)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual, <br><br> PLAINTIFF(S) <br> v. <br><br> MATTEL, Inc., a Delaware corporation, <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> 04-9049 SGL (RNBx) <br><br> **NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

Document Description:

- ☐ Administrative Record
- ☑ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)
- ☑ Other  Supplemental Declaration of B. Dylan Proctor

Reason:

- ☑ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☐ Per Court order dated _____
- ☐ Manual Filing required (*reason*): _____

November 26, 2007
Date

B. Dylan Proctor
Attorney Name

Mattel, Inc.
Party Represented

NOTE: A conformed copy of this Notice of Manual Filing MUST be presented with <u>each</u> document, exhibit, etc. at time the document is manually filed.

G-92 (01/07)                NOTICE OF MANUAL FILING