QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>**[PUBLIC REDACTED]**<br><br>SUPPLEMENTAL DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S MOTION FOR LEAVE TO SERVE A SUPPLEMENTAL INTERROGATORY REGARDING DEFENDANTS' AFFIRMATIVE DEFENSES<br><br>Hearing Date: December 3, 2007<br>Time: 10:00 a.m.<br>Courtroom: 1<br><br>**Phase 1**<br>Discovery Cut-off: January 28, 2008<br>Pre-trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2303637.1

SUPPLEMENTAL DECLARATION

## SUPPLEMENTAL DECLARATION OF B. DYLAN PROCTOR

I, B. Dylan Proctor, declare as follows:

1. I am a member of the bar of the State of California and a partner of Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Attached as Exhibit 1 is MGA Entertainment, Inc., MGA Entertainment (HK) Limited and MGAE de Mexico S.R.L. de C.V.'s Opposition to Mattel's Motion to Strike Affirmative Defenses, dated November 5, 2007.

3. Attached as Exhibit 2 is a true and correct copy of MGA's Supplemental Response to Interrogatory No. 2 of Mattel, Inc.'s First Set of Interrogatories Re Claims of Unfair Competition, dated June 20, 2007.

4. Attached as Exhibit 3 is a true and correct copy of MGA's Supplemental Disclosures and MGA Entertainment (HK) Limited, MGA de Mexico S.R.L. de C.V. and Larian's Initial Disclosures Under Rule 26(a)(1), dated September 21, 2007.

5. Attached as Exhibit 4 is a true and correct copy of MGA Parties' Opposition to Ex Parte Application of O'Melveny & Myers LLP for an Order Shortening Time for a Hearing on its Motion to Withdraw and Requiring In Camera Inspection of Supporting Documents, dated September 9, 2007.

6. I am informed and believe that to date, MGA Entertainment, Inc. and Carter Bryant have served 1055 requests for the production of documents and things, at least 60 subpoenas for non-party discovery, and 30 interrogatories. I am also informed and believe that to date, MGA and Bryant have deposed at least 17 individuals, whether as individuals or designees. MGA and Bryant have also propounded 142 Rule 30(b)(6) topics upon Mattel, whereas Mattel has propounded far fewer Rule 30(b)(6) topics on MGA.

7. Attached as Exhibit 5 is a true and correct copy of MGA's Entertainment, Inc.'s Notice of Deposition of Mattel, Inc. Pursuant to Fed. R. Civ. P. 30(b)(6), dated September 5, 2007.

8. Attached as Exhibit 6 is a true and correct copy of Carter Bryant's Notice of <u>Rule</u> 30(b)(6) Deposition of Plaintiff and Counter-Defendant Mattel, Inc., dated December 21, 2004.

9. Attached as Exhibit 7 is a true and correct copy of Carlos Gustavo Machado Gomez's Objections to Mattel, Inc.'s Fourth (As Amended) Through Seventh Set of Interrogatories, dated November 19, 2007.

10. On December 22, 2006, the ABC News program Nightline aired an interview with Isaac Larian in which he stated that MGA would seek "billions" in damages from Mattel. Attached as Exhibit 8 is a true and correct copy of an ABC Nightline transcript dated December 23, 2006, which reflects those statements.

11. Attached as Exhibit 9 is a true and correct copy of an August 6, 2007 article in the Pittsburgh Tribune Review, reflecting MGA's assertion that "worldwide revenue for all Bratz products—dolls, CDs, video games, DVDs, etc.—came to $2 billion for the 13-month period straddling last holiday season."

12. Attached as Exhibit 10 is a true and correct copy of an August 6, 2007 article in Newsday, stating that "by the end of 2005 Bratz products had topped $2 billion in global sales."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 26, 2007, at Los Angeles, California.

*B. Dylan Proctor /s/*
B. Dylan Proctor