# **EXHIBIT 2**

# **<u>CONFIDENTIAL – FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER</u>**