**EXHIBIT 3**

RECEIVED

SEP 2 1 2007
BRL 2:02PM

1   PATRICIA GLASER (S.B. #55668)
    CHRISTENSEN, GLASER, FINK,
2   JACOBS, WEIL & SHAPIRO, LLP
    10250 Constellation Boulevard, 19th Floor
3   Los Angeles, CA 90067
    Telephone: (310) 553-3000
4   Facsimile: (310) 557-9815

5   DALE M. CENDALI (admitted *pro hac vice*)
    O'MELVENY & MYERS LLP
6   400 South Hope Street
    Los Angeles, CA 90071-2899
7   Telephone: (213) 430-6000
    Facsimile: (213) 430-6407

8

9   Attorneys for MGA Entertainment, Inc.,
    MGA Entertainment (HK) Limited, MGAE
10  de Mexico S.R.L. de C.V., and Isaac Larian

11

12              UNITED STATES DISTRICT COURT
                CENTRAL DISTRICT OF CALIFORNIA
13                     EASTERN DISTRICT

14  CARTER BRYANT, an individual,      Case No. CV 04-09049 SGL (RNBx)
                                        (consolidated with CV 04-9059 & 05-2727)
15              Plaintiff,
                                        MGA ENTERTAINMENT, INC.'S
16       v.                             SUPPLEMENTAL DISCLOSURES
                                        AND MGA ENTERTAINMENT (HK)
17  MATTEL, INC., a Delaware            LIMITED, MGAE DE MEXICO
    Corporation,                        S.R.L. DE C.V., AND LARIAN'S
18              Defendant.              INITIAL DISCLOSURES UNDER
                                        RULE 26(a)(1)
19
                                        Judge: Hon. Stephen G. Larson
20  CONSOLIDATED WITH
    MATTEL, INC. v. BRYANT and          Discovery Cut-Off:    March 3, 2008
21  MGA ENTERTAINMENT, INC. v.
    MATTEL, INC.
22

23

24

25

26

27

28

MGA Entertainment, Inc. ("MGA"), MGA Entertainment (HK) Limited ("MGA Hong Kong"), MGAE de Mexico S.R.L. de C.V. ("MGA Mexico"), and Isaac Larian ("Larian") (collectively the "MGA Parties") hereby submit the following initial disclosures to Mattel, Inc. ("Mattel"), pursuant to Rule 26(a) of the Federal Rules of Civil Procedure. The MGA Parties make these initial disclosures based upon information reasonably available to them and reserve the right to identify additional documents and witnesses hereafter, and otherwise to provide supplemental disclosures as appropriate or necessary. To the extent prior initial disclosures have been made by one or more of the MGA Parties, the instant disclosures serve to incorporate and supplement any such prior disclosures.

**Witnesses**

The MGA Parties' initial disclosure of the identities of potential witnesses is based solely upon such information discovered thus far, as well as the MGA Parties' present analysis of the case, and shall not, in any way, be deemed to be a representation that additional witnesses do not exist. Accordingly, this disclosure is subject to the MGA Parties' identification of additional individuals with knowledge of facts supporting any of the material allegations, claims or in the Consolidated Action. By indicating the general subject matter or information these individuals may possess, the MGA Parties are in no way limiting their right to call any individual listed herein to testify concerning other subjects.

Subject to the foregoing, individuals who will likely have discoverable information relevant to the disputed facts alleged in the pleadings and the subject matter of the information are as follows:

1.      Arnold Artavia. MGA believes that Mr. Artavia is a current Mattel employee. Mr. Artavia was deposed on September 21, 2006 and possesses the information set forth in his deposition testimony.

2.      Erika Ashbrook. MGA believes that Ms. Ashbrook is a current Mattel employee. Ms. Ashbrook may possess information relevant to Mattel's

MGA'S SUPP. DISCLOSURES AND MGA HK,
MGA MEXICO, AND LARIAN'S INITIAL
DISCLOSURES UNDER R. 26 (CV 04-09049 SGL)

**Exhibit 3 Page 57**

1   efforts to obtain undisclosed product information from MGA and to Mattel's

2   manipulation of MGA's retail displays.

3              3.          Schuyler Bacon.  Ms. Bacon is responsible for MGA's

4   recruiting activities.  Ms. Bacon may possess knowledge of facts in support of

5   MGA's defenses to Mattel's RICO and trade secret counterclaims.  Ms. Bacon may

6   be contacted through MGA's counsel of record.

7              4.          Manmohan Bhuller.  Mr. Bhuller is a former Mattel employee

8   and may possess knowledge of facts in support of MGA's claims of unfair

9   competition.

10             5.          Kevin Bloomfield.  Mr. Bloomfield is a Games Manager at

11  MGA.  Mr. Bloomfield may possess knowledge of the creation and design of

12  MGA's Alien Racers product line.  Mr. Bloomfield may be contacted through

13  MGA's counsel of record.

14             6.          Matthew Bousquette.  MGA believes that Mr. Bousquette is a

15  former President of Mattel Brands.  Mr. Bousquette may possess knowledge of

16  Mattel's serial copying of MGA's distinctive trade dress, trademarks, product

17  packaging, themes, ideas, and advertising; Mattel's dilution of MGA's famous

18  marks; Mattel's interference with MGA's advertising efforts; Mattel's threats to

19  and intimidation of retailers, suppliers, licensees, distributors, manufacturers, and

20  former employees and freelancers; Mattel's improper influence of standard-setting

21  and industry organization; Mattel's manipulation of MGA's retail displays and

22  other aspects of Mattel's unclean hands.

23             7.          Ron Brawer.  Mr. Brawer is MGA's President of Global Sales

24  and Planning.  Mr. Brawer may possess information relevant to some aspect or

25  aspects of MGA's sales and marketing of its products (including, without

26  limitation, "Bratz" dolls, "Bratz Petz," the "Bratz Funky Fashion Makeover Head,"

27  "4-Ever Best Friends," "Mommy's Little Patient," and "Alien Racers").  Mr.

28  Brawer also has knowledge of facts in support of MGA's defenses to Mattel's

MGA'S SUPP. DISCLOSURES AND MGA HK,
MGA MEXICO, AND LARIAN'S INITIAL
DISCLOSURES UNDER R. 26 (CV 04-09049 SGL)

**Exhibit 3 Page 58**

1    RICO and trade secret counterclaims, Mattel's unfair competition and Mattel's

2    unclean hands. Mr. Brawer may be contacted through MGA's counsel of record.

3              8.        Janine Brisbois. Ms. Brisbois is an employee of MGA Canada.

4    Ms. Brisbois has knowledge of facts in support of MGA's defenses to Mattel's

5    RICO and trade secret counterclaims. Ms. Brisbois may be contacted through

6    MGA's counsel of record.

7              9.        Kerri Brode. Ms. Brode was deposed on January 19, 2007 and

8    August 15, 2007 and possesses the information set forth in her deposition

9    testimony. Ms. Brode may be contacted through MGA's counsel of record.

10             10.       Charnayne Brooks. Ms. Brooks is an employee of MGA. Ms.

11   Brooks was deposed on March 2, 2007 and possesses the information set forth in

12   her deposition testimony. Ms. Brooks may be contacted through MGA's counsel of

13   record.

14             11.       Carter Bryant. Carter Bryant possesses information relevant to

15   the creation of the original "Bratz" drawings, and, to some extent, of the creation

16   and design by MGA of the first generation of "Bratz" dolls and timing thereof; the

17   nature and scope of his employment at Mattel; the nature and scope of his work for

18   and with MGA; and information relevant to his own defenses in this matter, as well

19   as knowledge of facts in support of MGA's defenses to Mattel's counterclaims.

20   Mr. Bryant may be contacted through his counsel of record.

21             12.       Janet Bryant. Ms. Bryant may be contacted through Carter

22   Bryant's counsel of record. Ms. Bryant possesses information concerning, among

23   other things, Mr. Bryant's general skills and talents as a designer and his

24   conception, creation, design and development of various matters when he was not

25   employed by Mattel.

26             13.       Tom Bryant. Tom Bryant may be contacted through Carter

27   Bryant's counsel of record. Tom Bryant possesses information concerning, among

28   other things, Mr. Bryant's general skills and talents as a designer and his

MGA'S SUPP. DISCLOSURES AND MGA HK,
MGA MEXICO, AND LARIAN'S INITIAL
DISCLOSURES UNDER R. 26 (CV 04-09049 SGL)

**Exhibit 3 Page 59**

conception, creation, design and development of various matters when he was not employed by Mattel.

14. Yuval Caspi. Mr. Caspi is MGA's Vice President, Boys Toys. Mr. Caspi may possess knowledge of the creation and design of MGA's Alien Racers product line, logo and advertising, Mattel's copying of same, and Mattel's efforts to tamper with MGA retail displays. Mr. Caspi may be contacted through MGA's counsel of record.

15. Jorge Castilla. Mr. Castilla is an employee of MGA. Mr. Castilla may possess knowledge of facts in support of MGA's defenses to Mattel's RICO and trade secret counterclaims. Mr. Castilla may be contacted through MGA's counsel of record.

16. Elise Cloonan. Ms. Cloonan is a former Mattel employee and may possess information relevant to the timing of the conception and creation of the original "Bratz" artwork by Carter Bryant prior to MGA's acquisition of rights therein. Ms. Cloonan may be contacted through her counsel, Larry McFarland.

17. Dan Cooney. Mr. Cooney is MGA's Vice President of Sales, National Accounts. Mr. Cooney may possess information about consumer confusion between Mattel products. Mr. Cooney may be contacted through MGA's counsel of record.

18. Jamie Cygielman. MGA believes that Ms. Cygielman is a former Mattel employee. Ms. Cygielman may possess information relevant to Mattel's unfair competition and unclean hands.

19. Richard De Anda. MGA believes that Mr. De Anda currently is Mattel's V.P. of Worldwide Security and may possess information relevant to Mattel's investigations of MGA, Bryant, Larian and "Bratz."

20. Thomas Debrowski. MGA believes that Mr. Debrowski is a current Mattel employee. Mr. Debrowski may possess information relevant to Mattel's unfair competition and unclean hands.

MGA'S SUPP. DISCLOSURES AND MGA HK, MGA MEXICO, AND LARIAN'S INITIAL DISCLOSURES UNDER R. 26 (CV 04-09049 SGL)

Exhibit 3 Page 60

1    21.    Sandrine de Raspide. Ms. de Raspide is the former Licensing
2    Manager at MGA. Ms. de Raspide has knowledge of facts in support of MGA's
3    unfair competition claims, including without limitation, threats to and intimidation
4    of licensees. Ms. de Raspide may be contacted through MGA's counsel of record.

5    22.    Leon Djiguerian. Mr. Djiguerian is a Product Manager at MGA.
6    Mr. Djiguerian may possess information relevant to some aspect or aspects the
7    design and packaging of MGA products, including "Bratz." Mr. Djiguerian may
8    be contacted through MGA's counsel of record.

9    23.    Ann Driskill. MGA believes that Ms. Driskill currently is a
10   Mattel employee. Ms. Driskill was deposed on December 15, 2004 and July 12,
11   2007 and possesses the information set forth in her deposition testimony.

12   24.    Robert Eckert. MGA believes that Mr. Eckert currently is the
13   CEO of Mattel. Mr. Eckert may possess knowledge of Mattel's serial copying of
14   MGA's distinctive trade dress, trademarks, product packaging, themes, ideas, and
15   advertising; Mattel's dilution of MGA's famous marks; Mattel's interference with
16   MGA's advertising efforts; Mattel's threats to and intimidation of retailers,
17   suppliers, licensees, distributors, manufacturers, and former employees and
18   freelancers; Mattel's improper influence of standard-setting and industry
19   organization; and/or Mattel's manipulation of MGA's retail displays.

20   25.    Margo Eldridge. Ms. Eldridge is a freelancer who formerly
21   worked for MGA producing commercials for "Bratz." MGA believes that Ms.
22   Eldridge currently works as a freelancer for Mattel. MGA believes that Ms.
23   Eldridge may possess knowledge relevant to some aspect or aspects of Mattel's
24   serial copying of MGA's advertising, Mattel's efforts to interfere with the
25   production of MGA's commercials; Mattel's efforts to improperly influence CARU
26   and Nickelodeon; and Mattel's efforts to disseminate false information to retailers.
27   Ms. Eldridge may also possess information relevant to Mattel's threats to and
28   intimidation of former employees and/or freelancers.

MGA'S SUPP. DISCLOSURES AND MGA HK,
MGA MEXICO, AND LARIAN'S INITIAL
DISCLOSURES UNDER R. 26 (CV 04-09049 SGL)

Exhibit 3 Page 61

26.     Kevin Farr.  MGA believes that Mr. Farr is Mattel's Chief Financial Officer.  Mr. Farr may possess information relevant to damages.

27.     Adrienne Fontanella.  MGA believes that Ms. Fontanella is the former President of Girls at Mattel.  Ms. Fontanella may possess knowledge of Mattel's serial copying of MGA's distinctive trade dress, trademarks, product packaging, themes, ideas, and advertising; Mattel's dilution of MGA's famous marks; Mattel's interference with MGA's advertising efforts; Mattel's threats to and intimidation of retailers, suppliers, licensees, distributors, manufacturers, and former employees and freelancers; Mattel's improper influence of standard-setting and industry organization; and/or Mattel's manipulation of MGA's retail displays.

28.     Lissa Freed.  MGA believes that Ms. Freed currently is a Mattel employee.  Ms. Freed was deposed on May 3, 2007 and possesses the information set forth in her deposition testimony.

29.     Neil Friedman.  MGA believes that Mr. Friedman is President of Mattel Brands.  Ms. Friedman may possess knowledge of Mattel's serial copying of MGA's distinctive trade dress, trademarks, product packaging, themes, ideas, and advertising; Mattel's dilution of MGA's famous marks; Mattel's interference with MGA's advertising efforts; Mattel's threats to and intimidation of retailers, suppliers, licensees, distributors, manufacturers, and former employees and freelancers; Mattel's improper influence of standard-setting and industry organizations; and/or Mattel's manipulation of MGA's retail displays.

30.     Jeanne Galvano.  Ms. Galvano possesses information relevant to, among other things, the timing of the creation of the original "Bratz" drawings by Carter Bryant and Mr. Bryant's general skills and talents as an artist.

31.     Paula Garcia.  Ms. Garcia is MGA's Vice President of Product Design and Development and has been involved in the design and development of MGA's "Bratz" dolls.  Ms. Garcia was deposed in May, 2007, and possesses the information set forth in her deposition testimony.  Ms. Garcia may be contacted

MGA'S SUPP. DISCLOSURES AND MGA HK,
MGA MEXICO, AND LARIAN'S INITIAL
DISCLOSURES UNDER R. 26 (CV 04-09049 SGL)

Exhibit 3 Page 62

1  through MGA's counsel of record.

2      32.     Marcy George. Ms. George is MGA's Domestic Director of

3  Licensing. Ms. George has knowledge of MGA's licensing of "Bratz" in the

4  United States. Ms. George may be contacted through MGA's counsel of record.

5      33.     Diane Goveia Gordon. Ms. Gordon is an employee of MGA

6  Canada. Ms. Gordon may possess knowledge of facts in support of MGA's

7  defenses to Mattel's RICO and trade secret counterclaims. Ms. Gordon may be

8  contacted through MGA's counsel of record.

9      34.     Sarah Halpern. Ms. Halpern is a freelance vendor who worked

10  for MGA on the fashions for certain "Bratz" products, including MGA's first

11  generation of "Bratz" dolls. Ms. Halpern may possess information relevant to some

12  aspect or aspects of the creation and design by MGA of the first generation of

13  "Bratz" dolls, in particular with respect to some aspect or aspects of the fashion

14  designs. Ms Halpern may be contacted through her attorney, Larry McFarland,

15  Esq.

16      35.     Rebecca Harris. Ms. Harris is a current MGA employee. She

17  was deposed in August 2007 and possesses the information set forth in her

18  deposition testimony. Ms. Harris may be contacted through MGA's counsel of

19  record.

20      36.     Connie Hibbert. MGA believes that Ms. Hibbert is a current

21  Mattel employee. Ms. Hibbert may possess information relevant to Mattel's

22  manipulation of MGA's retail displays.

23      37.     Martin Hitch. Mr. Hitch formerly worked as MGA's V.P. of

24  International Sales. Mr. Hitch may possess knowledge of sales of "Bratz"

25  including first generation "Bratz."

26      38.     Rob Hudnut. MGA believes that Mr. Hudnut is a current Mattel

27  employee. Mr. Hudnut was deposed on July 13, 2007 and August 20, 2008 and

28  possesses the information set forth in his deposition testimony.

- 7 -

MGA'S SUPP. DISCLOSURES AND MGA HK,
MGA MEXICO, AND LARIAN'S INITIAL
DISCLOSURES UNDER R. 26 (CV 04-09049 SGL)

Exhibit 3 Page 63

39.     Jim Huntley.  Mr. Huntley is a former MGA employee.  He may possess knowledge about MGA's marketing of its "Bratz" line of products after the start of his employment at MGA.

40.     Richard Irmen.  Mr. Irmen is a personal acquaintance of Mr. Bryant and possesses information relevant to, among other things, the timing of the creation of the original "Bratz" drawings by Carter Bryant.

41.     Julia Jensen.  MGA believes that Ms. Jensen is a current Mattel employee.  Ms. Jensen was deposed on June 8, 2007 and possesses the information set forth in her deposition testimony.

42.     Fred Kawashima.  MGA believes that Mr. Kawashima is a current Mattel employee.  Mr. Kawashima was deposed on January 17, 2007 and June 19, 2007 and possesses the information set forth in his deposition testimony.

43.     Alan Kaye.  MGA believes that Mr. Kaye is Mattel's Senior Vice President of Human Resources.  Mr. Kaye was deposed on December 10, 2004 and June 21, 2007 and possesses the information set forth in his deposition testimony.

44.     Ellen Komatsu.  Ms. Komatsu is a Senior Designer at MGA.  Ms. Komatsu may possess information relevant to some aspect or aspects of the design of MGA's "Bratz" dolls.  Ms. Komatsu may be contacted through MGA's counsel of record.

45.     Susana Kuemmerle.  Ms. Kuemmerle is an employee of MGA Mexico.  Ms. Kuemmerle has knowledge of facts in support of MGA's defenses to Mattel's RICO and trade secret counterclaims.  Ms. Kuemmerle may be contacted through MGA's counsel of record.

46.     Michael Kukar.  Mr. Kukar is an employee of MGA.  Mr. Kukar may possess information relevant to the creation of "Bratz" character art.  Mr. Kukar may be contacted through MGA's counsel of record.

47.     Timothy Kilpin.  MGA believes that Mr. Kilpin currently is

- 8 -

**Exhibit 3 Page 64**

1    Senior VP Marketing and Design at Mattel. Mr. Kilpin may possess knowledge of

2    the announcement of Mattel's suit against Mr. Bryant, Mattel's serial copying of

3    MGA's distinctive trade dress, trademarks, product packaging, themes, ideas, and

4    advertising; Mattel's dilution of MGA's famous marks; and consumer confusion

5    between Mattel products and MGA products.

6           48.      Isaac Larian. Mr. Larian is MGA's President and Chief

7    Executive officer. Mr. Larian may possess information relevant to material

8    allegations in the Consolidated Action, including MGA's acquisition of rights to the

9    original "Bratz" drawings by Carter Bryant, some aspect or aspects of the creation,

10   design and development of the "Bratz" dolls, Mattel's serial copying of MGA's

11   products (including, without limitation, "Bratz" dolls, "Bratz Petz," the "Bratz

12   Funky Fashion Makeover Head," "4-Ever Best Friends," "Mommy's Little

13   Patient," and "Alien Racers"); Mattel's serial copying of MGA's distinctive trade

14   dress, trademarks, product packaging, themes, ideas, and advertising; Mattel's

15   dilution of MGA's famous marks; Mattel's interference with MGA's advertising

16   efforts; Mattel's threats to and intimidation of retailers, suppliers, licensees,

17   distributors, manufacturers, and former employees and freelancers; Mattel's

18   improper influence of standard-setting and industry organization; Mattel's

19   manipulation of MGA's retail displays; damages suffered by MGA as a result of

20   Mattel's conduct; and facts in support of MGA's defenses to Mattel's

21   counterclaims. Mr. Larian may be contacted through his counsel of record.

22          49.      Margaret (Hatch) Leahy. Ms. Leahy is a former freelancer and

23   employee of MGA. She possesses information relevant to some aspect or aspects

24   of the sculpting of the first generation of "Bratz" dolls, and samples, prototypes and

25   prior iterations thereof. Ms. Leahy also may possess information relevant to some

26   aspect or aspects of the sculpting of the "4-Ever Best Friends" dolls, the "Bratz

27   Winter Wonderland" and "Bratz Formal Funk" themes, "Prayer Angels," and the

28   "Mommy's Little Patient" doll. Ms. Leahy may be contacted through her counsel

MGA'S SUPP. DISCLOSURES AND MGA HK,
MGA MEXICO, AND LARIAN'S INITIAL
DISCLOSURES UNDER R. 26 (CV 04-09049 SGL)

**Exhibit 3 Page 65**

1  Larry McFarland, Esq.

2      50.      Edmond Lee.  Mr. Lee is the Managing Director of MGA

3  Entertainment (HK) Limited.  Mr. Lee may possess knowledge of some aspect or

4  aspects of the development and manufacture of the "contested" MGA Products

5  (including, without limitation, "Bratz" dolls, "Bratz Petz," the "Bratz Funky

6  Fashion Makeover Head," "4-Ever Best Friends," "Mommy's Little Patient," and

7  "Alien Racers") and "Prayer Angels;" Mattel's serial copying of MGA's products;

8  Mattel's threats to and intimidation of retailers, suppliers, licensees, distributors,

9  manufacturers, and former employees and freelancers; and knowledge of facts in

10  support of MGA's defenses to Mattel's counterclaims.  Mr. Lee may be contacted

11  through MGA's counsel of record.

12      51.      Stephen Lee.  Mr. Lee is the former managing director of MGA

13  HK.  Mr. Lee may possess information relevant to some aspect or aspects of

14  MGA's creation, design and development of MGA's "Bratz" dolls, including the

15  first generation of those dolls.

16      52.      Steve Linker.  Mr. Linker is a former Mattel employee and

17  freelancer.  He was deposed on September 13, 2006 and possesses the information

18  set forth in his deposition testimony.

19      53.      Diana Luna.  Ms. Luna is MGA's Director of International

20  Licensing.  Ms. Luna has knowledge of MGA's licensing of "Bratz"

21  internationally.  Ms. Luna may be contacted through MGA's counsel of record.

22      54.      Kris Lynch.  Ms. Lynch is a former Mattel employee and may

23  possess knowledge of Mattel's "Diva Starz" project and other non-Barbie products.

24      55.      Carlos Gustavo Machado Gomez.  Mr. Machado is an employee

25  of MGA.  Mr. Machado may possess knowledge of facts in support of MGA's

26  defenses to Mattel's RICO and trade secret counterclaims.  Mr. Machado may be

27  contacted through his counsel of record.

28      56.      Dave Malacrida.  Mr. Malacrida is MGA's V.P. of Public

- 10 -

1   Relations. Mr. Malacrida was deposed in August, 2007, and possesses the

2   information set forth in his deposition testimony. Mr. Malacrida may be contacted

3   through MGA's counsel of record.

4       57.    Julia Marine. MGA believes that Ms. Marine is a current Mattel

5   employee. Ms. Marine was deposed on September 21, 2006, November 8, 2006

6   and June 27, 2007 and possesses the information set forth in her deposition

7   testimony.

8       58.    Veronica Marlowe. Ms. Marlowe formerly was a freelance

9   designer for MGA. Ms. Marlowe may possess information relevant to some aspect

10  or aspects of the creation and design of MGA's "Bratz" dolls; and Mattel's threats

11  to and intimidation of former employees and/or freelancers. Ms. Marlowe may be

12  contacted through her counsel Larry McFarland, Esq.

13      59.    Liliana Martinez. MGA believes that Ms. Martinez currently is

14  a Mattel employee. Ms. Martinez was deposed on May 20, 2005 and possesses the

15  information set forth in her deposition as well as information concerning Mattel's

16  creation, design and development of its "My Scene" line of fashion dolls.

17      60.    Mary Carmen Mendez. MGA believes that Ms. Mendez is a

18  former Mattel employee. Ms. Mendez may possess knowledge about Mattel's

19  unfair competitive practices.

20      61.    Jill Nordquist. MGA believes that Ms. Nordquist currently is a

21  Marketing Director at Mattel. Ms. Nordquist was deposed on July 31, 2007 and

22  possesses the information set forth in her deposition testimony.

23      62.    Victoria O'Connor. Ms. O'Connor formerly worked as MGA's

24  V.P. of Licensing. Ms. O'Connor possesses information relevant to some aspect or

25  aspects of the timing of MGA's acquisition of rights in the original "Bratz"

26  drawings by Bryant and the design and licensing by MGA of the first generation of

27  "Bratz" dolls. Ms. O'Connor also possesses information relevant to MGA's

28  negotiations with Bryant and his attorney for the acquisition of the rights in the

MGA'S SUPP. DISCLOSURES AND MGA HK,
MGA MEXICO, AND LARIAN'S INITIAL
DISCLOSURES UNDER R. 26 (CV 04-09049 SGL)

Exhibit 3 Page 67

1  original "Bratz" drawings. Ms. O'Connor may also possesses information relevant

2  to some aspect of aspects of MGA's licensing of the "Bratz" concept; Mattel's

3  serial copying of MGA's distinctive trade dress, trademarks, product packaging,

4  themes, ideas, and advertising; and Mattel's threats to and intimidation of licensees.

5      63.      Colleen O'Higgins. Ms O'Higgins formerly worked as a

6  Product Manager at MGA. Ms. O'Higgins may possesses information relevant to

7  the timing or creation of "Bratz" and some aspect or aspects of the marketing of

8  "Bratz."

9      64.      Kislap Ongchango. MGA believes that Mr. Ongchango

10  currently is a Mattel employee. Mr. Ongchango was deposed on April 24, 2007

11  and possesses the information set forth in his deposition testimony.

12      65.      Rod Palmer. MGA believes that Mr. Palmer currently is a

13  Mattel employee. Mr. Palmer was deposed on June 26, 2007 and possesses the

14  information set forth in his deposition testimony.

15      66.      Ann Parducci. MGA believes that Ms. Parducci is a former

16  Mattel employee. Ms. Parducci may possess information relevant to Mattel's

17  practices regarding Mattel's creation, design and development of fashion dolls,

18  Mattel's reaction to "Bratz," Bryant's work at Mattel and Mattel's knowledge of

19  Bryant's involvement in the design of the first generation of MGA's "Bratz" dolls.

20      67.      Cassidy Park. MGA believes that Ms. Park is a current or

21  former Mattel employee. Ms. Park was deposed on March 2, 2005 and possesses

22  the information set forth in her deposition testimony.

23      68.      Tom Park. Mr. Park is a former MGA employee. Mr. Park may

24  possess knowledge of facts in support of MGA's defenses to Mattel's RICO and

25  trade secret counterclaims.

26      69.      Rene Pasko. MGA believes that Ms. Pasko currently is a Mattel

27  employee. Ms. Pasko was deposed on June 13, 2007 and possesses the information

28  set forth in her deposition testimony.

- 12 -

1          70.     Tina Patel. Ms. Patel was a Brand Manager for "Bratz" while

2   employed by MGA and later became a Mattel employee but, to MGA's knowledge,

3   is no longer a Mattel employee. Ms. Patel may possess information relevant to

4   Mattel's investigation of MGA and its executives, employees and freelancers, and

5   other aspects of Mattel's unfair competition and unclean hands.

6          71.     Ninette Pembleton. Ms. Pembleton is MGA's V.P. of

7   Operations. Ms. Pembleton may possess knowledge of some aspect or aspects of

8   the creation and design of MGA products, including "Mommy's Little Patient" and

9   "Alien Racers"; Mattel's serial copying of MGA's products (including, without

10   limitation, "Bratz" dolls, "Bratz Petz," the "Bratz Funky Fashion Makeover Head,"

11   "4-Ever Best Friends," "Mommy's Little Patient," and "Alien Racers"); and

12   Mattel's serial copying of MGA's distinctive trade dress, trademarks, product

13   packaging, themes, ideas, and advertising. Ms. Pembleton may be contacted

14   through MGA's counsel of record.

15         72.     Joni Pratt. MGA believes that Ms. Pratt currently is a Mattel

16   employee. Ms. Pratt was deposed on June 1, 2007 and possesses the information

17   set forth in her deposition testimony.

18         73.     Ramona Prince. Ms. Prince is a notary public and was deposed

19   in 2004. She possesses information relevant to some aspect or aspects of the timing

20   of Mr. Bryant's creation of the original "Bratz" drawings. Ms. Prince may be

21   contacted through her counsel of record.

22         74.     Jesse Ramirez. Mr. Ramirez is the owner of South Bay Molds

23   and may possess information relevant to the timing of MGA's design of the first

24   generation of "Bratz" dolls, specifically with respect to the creation of molds

25   therefor.

26         75.     David Rosenbaum. Mr. Rosenbaum is MGA's former counsel.

27   He possesses information relevant to the negotiation of the MGA-Bryant contract.

28         76.     Ivy Ross. MGA believes that Ms. Ross is a former Mattel

MGA'S SUPP. DISCLOSURES AND MGA HK,
MGA MEXICO, AND LARIAN'S INITIAL
DISCLOSURES UNDER R. 26 (CV 04-09049 SGL)

Exhibit 3 Page 69

1   employee. Ms. Ross may possess information relevant to Mattel's employment

2   policies and practices, practices regarding Mattel's creation, design and

3   development of fashion dolls, Bryant's work at Mattel, Mattel's investigation of

4   MGA and its executives, employees and freelancers and other aspects of Mattel's

5   unclean hands.

6           77.     Shirin Salemnia. Ms. Salemnia is a Research Manager for

7   MGA. Ms. Salemnia may possess information relevant to the packaging, themes,

8   ideas, advertising and market research related to MGA's products (including,

9   without limitation, "Bratz" dolls, "Bratz Petz," the "Bratz Funky Fashion Makeover

10  Head," "4-Ever Best Friends," "Mommy's Little Patient," and "Alien Racers").

11  Ms. Salemnia may be contacted through MGA's counsel of record.

12          78.     Chuck Scothon. MGA believes that Mr. Scothon currently is a

13  General Manager and Senior VP of Girls at Mattel Brands. Mr. Scothon may

14  possess knowledge of Mattel's serial copying of MGA's distinctive trade dress,

15  trademarks, product packaging, themes, ideas, and advertising; Mattel's dilution of

16  MGA's famous marks; Mattel's interference with MGA's advertising efforts;

17  Mattel's threats to and intimidation of retailers, suppliers, licensees, distributors,

18  manufacturers, and former employees and freelancers; Mattel's improper influence

19  of standard-setting and industry organization; and Mattel's manipulation of MGA's

20  retail displays.

21          79.     Shelly Shibata. Ms. Shibata is MGA's Senior Director of New

22  Dolls and Toys. Ms. Shibata may possess information relevant to licensing of and

23  style guides for MGA's "Bratz" dolls. Ms. Shibata may be contacted through

24  MGA's counsel of record.

25          80.     Aileen Storer. Ms. Storer currently is Creative Director of Bratz

26  & Dolls for MGA. Ms. Storer may possess information relevant to some aspect or

27  aspects of the creation and design of packaging, logos and branding of MGA

28  products, including without limitation the first generation of "Bratz" dolls.. Ms.

- 14 -

1    Storer may be contacted through MGA's counsel of record.

2          81.    Steven Tarmichael. Mr. Tarmichael is a freelance hair rooter

3    and worked as such for MGA in connection with some of MGA's "Bratz" dolls.

4    Mr. Tarmichael may possess information relevant to some aspect or aspects of the

5    design of "Bratz" dolls, including without limitation the first generation of "Bratz"

6    dolls.

7          82.    Mariana Trueba. Ms. Trueba is an employee of MGA Mexico.

8    Ms. Trueba may possess knowledge of facts in support of MGA's defenses to

9    Mattel's RICO and trade secret counterclaims. Ms. Trueba may be contacted

10   through MGA's counsel of record.

11         83.    Pablo Vargas. Mr. Vargas is an employee of MGA Mexico.

12   Mr. Vargas may possess knowledge of facts in support of MGA's defenses to

13   Mattel's RICO and trade secret counterclaims. Mr. Vargas may be contacted

14   through MGA's counsel of record.

15         84.    Ann Wang. Ms. Wang may possess information relevant to the

16   negotiation of the MGA-Bryant contract.

17         85.    Mercedah Ward. MGA believes that Ms. Ward is a former

18   Mattel employee. Ms. Ward also is a former MGA employee. Ms. Ward possesses

19   information relevant to aspects of the creation, design and development of the first

20   generation of MGA's "Bratz" dolls, Mattel's serial copying of MGA's products

21   (including, without limitation, "Bratz" dolls, "Bratz Petz," the "Bratz Funky

22   Fashion Makeover Head," "4-Ever Best Friends," "Mommy's Little Patient," and

23   "Alien Racers"); Mattel's serial copying of MGA's distinctive trade dress,

24   trademarks, product packaging, themes, ideas, and advertising; and Mattel's

25   dilution of MGA's famous marks.

26         86.    Sandy Yonemoto. MGA believes that Ms. Yonemoto is the

27   Manager of Human Resources Communications at Mattel. Ms. Yonemoto was

28   deposed on May 30, 2007. She possesses the information set forth in her deposition

MGA'S SUPP. DISCLOSURES AND MGA HK,
MGA MEXICO, AND LARIAN'S INITIAL
DISCLOSURES UNDER R. 26 (CV 04-09049 SGL)

**Exhibit 3 Page 71**

1  transcript.

2        87.    Various present or former employees and contractors of MGA

3  are potential witnesses, including, but not limited to, those listed on MGA's Fourth

4  Supplemental Response to Interrogatory No. 1 of Mattel's First Set of

5  Interrogatories Re: Claims of Unfair Competition. Such current employees of

6  MGA may be contacted through MGA's counsel of record. MGA is currently

7  unable to identify the specific witnesses and information such witnesses may

8  possess.

9        88.    Various present or former employees and contractors of Mattel

10  as well as its various present or former suppliers, licensees, distributors and

11  merchandisers are potential witnesses. The identities, whereabouts and relevant

12  knowledge of such potential witnesses are best known by Mattel.

13        MGA reserves the right to further supplement its disclosures to identify

14  additional witnesses as they, or their relevance, become apparent or as otherwise

15  necessary or appropriate.

16  **Documents**

17        The MGA Parties' document identification to date is based solely upon such

18  information and documents that have been discovered thus far, as well as the MGA

19  Parties' present analysis of the case, and shall not in any way be deemed to be a

20  representation that additional documents do not exist. Accordingly, the MGA

21  Parties reserve the right to amend this disclosure pursuant to Rule 26(e) if

22  additional documents are identified. Furthermore, the MGA Parties reserve the

23  right to supplement or modify the disclosure based on information or documents

24  subsequently identified as pertinent to disputed facts. To the extent that one or

25  more of the MGA Parties already has identified documents pursuant to Rule 26(a),

26  the documents identified herein serve to supplement such prior disclosures.

27        Subject to the foregoing, and subject to, as applicable, the designations of

28  confidentiality which have or may be made pursuant to the terms and provisions of

- 16 -

1    the Stipulated Protective Order governing the disclosure of confidential material in

2    this case, the MGA Parties identify the following documents:

3           1.     Documents showing how long each of MGA's contested

4    "Bratz," "Mommy's Little," "4-Ever Best Friends," and "Alien Racers" products

5    have been sold to the public.

6           2.     Documents showing where each of MGA's contested "Bratz,"

7    "Mommy's Little," "4-Ever Best Friends," and "Alien Racers" products are

8    available and/or have been sold to the public.

9           3.     Advertisements for MGA's contested "Bratz," "Mommy's

10    Little," "4-Ever Best Friends," and "Alien Racers" products.

11           4.     Promotional materials, in-store displays, and point of purchase

12    displays for MGA's contested "Bratz," "Mommy's Little," "4-Ever Best Friends,"

13    and "Alien Racers" products.

14           5.     Documents showing the nature, scope and extent of MGA's

15    advertising program nationwide for MGA's contested "Bratz," "Mommy's Little,"

16    "4-Ever Best Friends," and "Alien Racers" products, including without limitation

17    advertising expenditures.

18           6.     Marketing documents and sales data for MGA's contested

19    "Bratz," "Mommy's Little," "4-Ever Best Friends," and "Alien Racers" products.

20           7.     Samples of MGA products and packaging that Mattel has

21    infringed.

22           8.     Copies of the commercials that Mattel has infringed.

23           9.     Documents showing Mattel's infringing products, packaging,

24    commercials and themes.

25           10.     Press regarding MGA's contested "Bratz," "Mommy's Little,"

26    "4-Ever Best Friends," and "Alien Racers" products.

27           11.     Market research concerning MGA's contested "Bratz,"

28    "Mommy's Little," "4-Ever Best Friends," and "Alien Racers" products.

MGA'S SUPP. DISCLOSURES AND MGA HK,
MGA MEXICO, AND LARIAN'S INITIAL
DISCLOSURES UNDER R. 26 (CV 04-09049 SGL)

**Exhibit 3 Page 73**

12.　Documents showing actual confusion between MGA's products and Mattel's products.

13.　Documents showing that Mattel was aware of MGA's contested "Bratz," "Mommy's Little," "4-Ever Best Friends," and "Alien Racers" products, themes and/or advertising and knowingly imitated or copied them.

14.　Documents showing the creation, design and development of MGA's first generation of "Bratz" dolls.

15.　Documents showing the creation and design of the Contested Products, including "Bratz," "Mommy's Little," "4-Ever Best Friends," and "Alien Racers" products.

16.　Documents showing the hiring and employment practices and policies of Mattel, including but not limited to contracts employees are asked to sign.

17.　Documents demonstrating Carter Bryant's inspiration for his drawings he brought to MGA.

18.　Examples of Carter Bryant's non-Bratz artwork.

19.　Documents showing the sales and market share of Barbie dolls over the last 10 years.

20.　Documents reflecting or evidencing Mattel's interference with MGA's advertising efforts; Mattel's threats to and intimidation of retailers, suppliers, licensees, distributors, manufacturers, and former employees and freelancers; Mattel's improper influence of standard-setting and industry organization; Mattel's manipulation of MGA's retail displays; Mattel's knowledge of Bryant's involvement with Bratz and its investigation of MGA and its executives, employees and freelance vendors; other aspects of Mattel's unclean hands; and the damages suffered by MGA as a result of Mattel's conduct.

21.　MGA's admonitions to personnel hired from competitors, including Mattel.

MGA'S SUPP. DISCLOSURES AND MGA HK, MGA MEXICO, AND LARIAN'S INITIAL DISCLOSURES UNDER R. 26 (CV 04-09049 SGL)

**Exhibit 3 Page 74**

1          22.    MGA's pre-hire communications with Ron Brawer.

2          23.    MGA's pre-hire communications with Gustavo Machado, Pablo

3 Vargas and Mariana Trueba.

4          24.    MGA's pre-hire communications with Janine Brisbois.

5          25.    MGA's pre-hire communications with Jorge Castilla.

6          26.    Documents showing publicly available sales and marketing data

7 for Mattel and other toy companies.

8          27.    Documents showing MGA's efforts to expand sales and

9 marketing in Mexico.

10         28.    Other documents not yet in MGA's possession, custody or

11 control but believed to be in possession of or under the custody or control of Mattel,

12 as described in MGA's various requests for production of documents and things

13 and/or third party subpoenas.

14 **Damages**

15    MGA seeks damages arising out of Mattel's acts of false designation of

16 origin or affiliation, dilution, and unfair competition and unfair business practices.

17 MGA seeks disgorgement of all profits derived by Mattel for its acts of false

18 designation of origin or affiliation, dilution, and unfair competition and unfair

19 business practices. MGA seeks costs, expenses, and reasonable attorneys' fees in

20 prosecuting this action. MGA seeks punitive and/or exemplary damages as a result

21 of Mattel's willful and malicious conduct to the extent allowable by law.

22    MGA is unable to calculate the amount of damages at this time because

23 discovery has not yet been completed and such calculation may require the services

24 of an expert witness.

25 **Insurance**

26    The required disclosure regarding insurance is presently inapplicable.

27

28

MGA'S SUPP. DISCLOSURES AND MGA HK,
MGA MEXICO, AND LARIAN'S INITIAL
DISCLOSURES UNDER R. 26 (CV 04-09049 SGL)

**Exhibit 3 Page 75**

1

Dated:      September 2, 2007          O'MELVENY & MYERS LLP

2

3

By:

4

Attorneys for MGA Entertainment, Inc.,
5      MGA Entertainment (HK) Limited,
MGAE de Mexico S.R.L. de C.V., and
6      Isaac Larian

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 20 -

O'MELVENY & MYERS LLP
ATTORNEYS AT LAW
LOS ANGELES

## PROOF OF SERVICE

I, Marie G. Lewis, am over the age of eighteen years and not a party to the within action. I am a resident of or employed in the county where the service described below occurred. My business address is 400 South Hope Street, Los Angeles, California 90071-2899. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, correspondence collected from me would be processed on the same day, with postage thereon fully prepaid and placed for deposit that day with the United States Postal Service.

On September 21, 2007, I had the following document served by special messenger:

**MGA ENTERTAINMENT, INC.'S SUPPLEMENTAL DISCLOSURES AND MGA ENTERTAINMENT (HK) LIMITED, MGAE DE MEXICO S.R.L. DE C.V., AND LARIAN'S INITIAL DISCLOSURES UNDER RULE 26(a)(1)**

upon counsel named below:

Michael T. Zeller, Esq.
Timothy Alger, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 19th Floor
Los Angeles, CA 90017
michaelzeller@quinnemanuel.com
talger@quinnemanuel.com
*(Attorneys for Mattel)*

A courtesy copy was sent via electronic mail.

On September 21, 2007, I served said document by putting true and correct copies thereof in sealed envelopes, with postage fully prepaid, and placing the envelopes for collection and mailing today with the United States

**Exhibit 3 Page 77**

1   Postal Service in accordance with the firm's ordinary business practices, as

2   addressed below:

3

4   James W. Spertus, Esq.                    Michael H. Page, Esq.

5   Law Offices of James W. Spertus          Keker & Van Nest LLP
    12100 Wilshire Boulevard, Suite 620       710 Sansome Street
6   Los Angeles, CA 90025                     San Francisco, CA 94111

7   *(Attorneys for Carlos Gustavo*           *(Attorneys for Carter Bryant)*

8   *Machado Gomez)*

9   Patricia Glaser, Esq.
    Christensen, Glaser, Fink, Jacobs,
10  Weil & Shapiro, LLP
    10250 Constellation Blvd., 19th Floor
11  Los Angeles, CA 90067

12

13  *(Attorneys for MGA)*

14

15          I declare under penalty of perjury that the foregoing is true and

16  correct.  Executed at Los Angeles, California, this 21st day of September,

17  2007.

18

19

20                                                    _____
                                                           Marie G. Lewis
21

22

23

24

25

26

27

28

PROOF OF SERVICE
CASE NO. CV 04-9049 SGL (RNBX)

**Exhibit 3 Page 78**