**EXHIBIT 7**

**OVERLAND BORENSTEIN SCHEPER & KIM LLP**
MARK OVERLAND (State Bar No. 38375)
moverland@obsklaw.com
ALEXANDER H. COTE (State Bar No. 211558)
acote@obsklaw.com
300 South Grand Avenue, Suite 2750
Los Angeles, CA 90071-3144
Telephone: (213) 613-4655
Facsimile: (213) 613-4656

Attorneys for Carlos Gustavo
Machado Gomez

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, <br> Plaintiff, <br> v. <br> MATTEL, INC., <br> Defendant. | CASE NO. 04-9049 (SGL) (RNBx) <br><br> **CARLOS GUSTAVO MACHADO GOMEZ'S OBJECTIONS TO MATTEL, INC.'S FOURTH (AS AMENDED) THROUGH SEVENTH SET OF INTERROGATORIES** |

PROPOUNDING PARTY: MATTEL, INC.

RESPONDING PARTY: CARLOS GUSTAVO MACHADO GOMEZ

SET NOS.: FOUR (AS AMENDED) THROUGH SEVEN

## PRELIMINARY STATEMENT

The responses set forth below represent the present knowledge of Carlos Gustavo Machado Gomez ("Machado") based on discovery, investigation, and trial preparation to date. Machado has made reasonable and diligent effort to ascertain responsive information and the responses herein are based on the information obtained from those efforts. Machado' investigation into this matter is, and will continue to be, ongoing. Machado may ascertain additional responsive information at a later date. Therefore, Machado reserves the right to amend these responses

EXHIBIT 7 PAGE 136

CARLOS GUSTAVO MACHADO GOMEZ'S OBJECTIONS TO
MATTEL INC 'S FOURTH (AS AMENDED) THROUGH SEVENTH SET OF INTERROGATORIES

and/or to rely on further information that may be ascertained in the course of his continuing investigation, in the course of discovery, and as may be adduced at trial.

The provision of any information pursuant to these interrogatories is neither an admission nor an acknowledgement that such information is relevant to the subject matter of this action and is without prejudice to the right of Machado to contend at trial or in any other proceeding in this action or otherwise that such information is inadmissible, irrelevant, immaterial, or not a proper basis for discovery.

## GENERAL OBJECTIONS

1. Machado objects generally to the extent the interrogatories purport to impose upon him obligations beyond those required under applicable law.

2. Machado objects generally to the extent these interrogatories seek information which constitutes communications between Machado and his legal counsel, which constitutes attorney work product or which is otherwise privileged or immune from discovery. The inadvertent disclosure of any privileged or otherwise protected information shall not be a waiver of any claim of privilege, work product protection, exemption, or immunity.

3. Machado hereby invokes his Fifth Amendment privilege to be free from self incrimination, and on that ground refuses to provide any response to any interrogatory which might tend to incriminate him.

4. Machado objects generally to the extent these interrogatories seek information in the possession or control of MGA (as "MGA" is defined by Mattel in Definition No. 4 of "Mattel, Inc.'s Fourth Set of Interrogatories"). MGA is a party to this consolidated action, and any information in its possession is equally available to Mattel through its interrogatories to MGA.

5. Machado objects generally to the extent these interrogatories seek information that is neither relevant nor likely to lead to the discovery of admissible evidence.

EXHIBIT 7 PAGE 137

2

CARLOS GUSTAVO MACHADO GOMEZ'S OBJECTIONS TO

1  6. Machado objects generally to the extent these interrogatories are vague and ambiguous, overly broad, unduly burdensome or oppressive.

7. Machado objects generally to the extent these interrogatories do not contain any applicable time period, and thus are overly broad, unduly burdensome, and seek information that is irrelevant to the subject matter of this action.

8. Machado objects generally to Mattel's definition of "REFER OR RELATE TO," on the grounds that it is subjective, vague, and subject to varying interpretations. Machado further objects to this definition on the grounds that it is overly broad and unduly burdensome.

9. Machado objects generally to Mattel's definition of "MACHADO," on the grounds that it is subjective, vague, and subject to varying interpretations. Machado further objects to this definition on the grounds that it is overly broad and unduly burdensome, and on that basis, will interpret all references to "MACHADO" to be limited to the natural person Carlos Gustavo Machado Gomez.

10. Machado objects generally to the interrogatories on the ground that Machado is a party only to Phase II of the pending litigation, and therefore, any interrogatories directed toward him for Phase I matters are improper.

11. Each of these General Objections is expressly incorporated in each of the responses to the interrogatories. Whether or not specifically restated, each response is made subject to and without waiver of these General Objections.

**RESPONSES AND OBJECTIONS**

**INTERROGATORY NO. 42:**

State all facts that support YOUR contention, if YOU so contend, that any BRATZ DOLLS are not BASED ON BRATZ DESIGNS created by BRYANT on or before October 19, 2000, and IDENTIFY all PERSONS with knowledge of such facts and all DOCUMENTS that REFER OR RELATE TO such facts.

**RESPONSE TO INTERROGATORY NO. 42:**

Machado objects to this Interrogatory on the following grounds:

EXHIBIT 7 PAGE 138

3

CARLOS GUSTAVO MACHADO GOMEZ'S OBJECTIONS TO

- the Interrogatory seeks information protected by the attorney-client privilege and/or work product doctrine
- Machado invokes his Fifth Amendment privilege to be free from self incrimination, and on that ground refuses to provide any information which might tend to incriminate him

Subject to the General Objections and foregoing objections, Machado responds as follows: Machado lacks information responsive to this Interrogatory.

**INTERROGATORY NO. 43:**

For each concept, design, product, product packaging or other matter that YOU contend MATTEL copied or infringed, including but not limited to those identified in MGA's Responses to Mattel, Inc.'s First Set of Interrogatories Re Claims Of Unfair Competition, Response To Interrogatory No. 2 (and any Supplemental Responses to such Interrogatory), state the date that each such concept, design, product, product packaging or other matter was conceived, and IDENTIFY all PERSONS with knowledge of, and all DOCUMENTS that REFER OR RELATE TO, the foregoing.

**RESPONSE TO INTERROGATORY NO. 43:**

Machado objects to this Interrogatory on the following grounds:

- the Interrogatory seeks information protected by the attorney-client privilege and/or work product doctrine
- Machado invokes his Fifth Amendment privilege to be free from self incrimination, and on that ground refuses to provide any information which might tend to incriminate him
- the Interrogatory is overly broad, burdensome and/or harassing, insofar as Machado had no role in responding to the mentioned Interrogatory

Subject to the General Objections and foregoing objections, Machado responds as follows: Machado lacks information responsive to this Interrogatory.

**INTERROGATORY NO. 44:**

EXHIBIT 7  PAGE 139

4

CARLOS GUSTAVO MACHADO GOMEZ'S OBJECTIONS TO

1  For each concept, design, product, product packaging or other matter that
2  YOU contend MATTEL copied or infringed, including but not limited to those
3  identified in MGA's Responses to Mattel, Inc.'s First Set of Interrogatories Re
4  Claims of Unfair Competition, Response To Interrogatory No. 2 (any Supplemental
5  Responses to such Interrogatory), state the date that each such concept, design,
6  product, product packaging or other matter was first fixed in any tangible medium of
7  expression (if ever), and IDENTIFY all PERSONS with knowledge of, and all
8  DOCUMENTS that REFER OR RELATE TO, the foregoing.

**RESPONSE TO INTERROGATORY NO. 44:**

Machado objects to this Interrogatory on the following grounds:

- the Interrogatory seeks information protected by the attorney-client privilege and/or work product doctrine
- Machado invokes his Fifth Amendment privilege to be free from self incrimination, and on that ground refuses to provide any information which might tend to incriminate him
- the Interrogatory is overly broad, burdensome and/or harassing, insofar as Machado had no role in responding to the mentioned Interrogatory

Subject to the General Objections and foregoing objections, Machado responds as follows: Machado lacks information responsive to this Interrogatory.

**INTERROGATORY NO. 45:**

IDENTIFY each BRATZ PRODUCT that has been SOLD by YOU or YOUR licensees and, for each such BRATZ PRODUCT, state fully and separately (a) the number of units of each such BRATZ PRODUCT SOLD by YOU or YOUR licensees, (b) the gross and net revenue received by YOU from such SALES of each such BRATZ PRODUCT, (c) all costs YOU have incurred in connection with each such BRATZ PRODUCT, including but not limited to YOUR costs of goods sold, and (d) YOUR gross and net profits from each such BRATZ PRODUCT.

**RESPONSE TO INTERROGATORY NO. 45:**

EXHIBIT 7  PAGE 140

5

CARLOS GUSTAVO MACHADO GOMEZ'S OBJECTIONS TO

1  Machado objects to this Interrogatory on the following grounds:
2  - the Interrogatory seeks information protected by the attorney-client
3    privilege and/or work product doctrine
4  - Machado invokes his Fifth Amendment privilege to be free from self
5    incrimination, and on that ground refuses to provide any information
6    which might tend to incriminate him
7  - the Interrogatory as worded asserts, or requires Machado to assume, a
8    factual predicate or state of affairs which is incorrect or untrue
9  - the Interrogatory as worded asserts, or requires Machado to assume, a
10   factual predicate or state of affairs which is incorrect or untrue
11 - the Interrogatory seeks information that is in the exclusive control of MGA
12 Subject to the General Objections and foregoing objections, Machado
13 responds as follows: Machado has not "SOLD" any "BRATZ PRODUCT", and
14 with respect to any other responding parties, lacks information responsive to this
15 Interrogatory.
16 **INTERROGATORY NO. 46:**
17       Without disclosing the content of communications which are protected by the
18 attorney-client privilege, state fully and in detail all facts which REFER OR
19 RELATE TO any dispute relating to THIS ACTION between, on the one hand,
20 MGA, LARIAN, BRYANT and/or MACHADO and, on the other hand,
21 O'MELVENY and/or CHRISTENSEN, including but not limited to any and all
22 disputes which were or have been asserted as a basis for, or which underlie,
23 contributed to or were a factor in, the withdrawal, termination and/or substitution of
24 O'MELVENY and/or CHRISTENSEN as counsel of record in this ACTION, and
25 IDENTIFY all PERSONS with knowledge of such facts and all DOCUMENTS that
26 REFER OR RELATE TO such facts.
27 **RESPONSE TO INTERROGATORY NO. 46:**
28       Machado objects to this Interrogatory on the following grounds:

EXHIBIT 7 PAGE 141

6
CARLOS GUSTAVO MACHADO GOMEZ'S OBJECTIONS TO

1
- the Interrogatory seeks information protected by the attorney-client privilege and/or work product doctrine
- Machado invokes his Fifth Amendment privilege to be free from self incrimination, and on that ground refuses to provide any information which might tend to incriminate him
- the Interrogatory as worded asserts, or requires Machado to assume, a factual predicate or state of affairs which is incorrect or untrue

Subject to the General Objections and foregoing objections, Machado responds as follows: Machado is unaware of any disputes between him and "O'MELVENY" or "CHRISTENSEN," and otherwise lacks information responsive to this Interrogatory.

**INTERROGATORY NO. 47:**

IDENTIFY each and every SOURCE OF INFORMATION from which YOU have COLLECTED DOCUMENTS in THIS ACTION that REFER OR RELATE TO BRATZ and that also REFER OR RELATE TO the time period prior to February 28, 2001 (regardless of when such DOCUMENT was, in whole or part, created, drafted, generated, sent, received or transmitted).

**RESPONSE TO INTERROGATORY NO. 47:**

Machado objects to this Interrogatory on the following grounds:
- the Interrogatory seeks information protected by the attorney-client privilege and/or work product doctrine
- Machado invokes his Fifth Amendment privilege to be free from self incrimination, and on that ground refuses to provide any information which might tend to incriminate him

Subject to the General Objections and foregoing objections, Machado responds as follows: Machado has collected no such documents.

**INTERROGATORY NO. 48:**

Separately IDENTIFY each trade dress that YOU contend MATTEL has

7

EXHIBIT 7 PAGE 142

CARLOS GUSTAVO MACHADO GOMEZ'S OBJECTIONS TO
MATTEL, INC.'S FOURTH (AS AMENDED) THROUGH SEVENTH SET OF INTERROGATORIES

copied, infringed or diluted or that is otherwise the subject of YOUR claims, defenses or allegations in THIS ACTION.

**RESPONSE TO INTERROGATORY NO. 48:**

    Machado objects to this Interrogatory on the following grounds:

- the Interrogatory seeks information protected by the attorney-client privilege and/or work product doctrine
- Machado invokes his Fifth Amendment privilege to be free from self incrimination, and on that ground refuses to provide any information which might tend to incriminate him

    Subject to the General Objections and foregoing objections, Machado responds as follows: Machado lacks information responsive to this Interrogatory.

**INTERROGATORY NO. 49:**

    For each trade dress identified in response to Interrogatory No. 48, separately and fully IDENTIFY each and every MATTEL product, packaging or other matter that YOU contend copies, infringes or dilutes such trade dress, including without limitation by describing fully and separately, for each such MATTEL product, packaging or other matter, each and every element of the claimed trade dress that YOU contend MATTEL has copied, infringed or diluted.

**RESPONSE TO INTERROGATORY NO. 49:**

    Machado objects to this Interrogatory on the following grounds:

- the Interrogatory seeks information protected by the attorney-client privilege and/or work product doctrine
- Machado invokes his Fifth Amendment privilege to be free from self incrimination, and on that ground refuses to provide any information which might tend to incriminate him

    Subject to the General Objections and foregoing objections, Machado responds as follows: Machado lacks information responsive to this Interrogatory.

**INTERROGATORY NO. 50:**

EXHIBIT 7 PAGE 143

8

CARLOS GUSTAVO MACHADO GOMEZ'S OBJECTIONS TO

1  For each trade dress identified in response to Interrogatory No. 48, separately
2  and completely IDENTIFY all facts that support YOUR contention that such trade
3  dress is proctectible, all DOCUMENTS that REFER OR RELATE to the foregoing
4  and all PERSONS with knowledge of the foregoing.

5  **RESPONSE TO INTERROGATORY NO. 50:**

6  Machado objects to this Interrogatory on the following grounds:

7  - the Interrogatory seeks information protected by the attorney-client
8    privilege and/or work product doctrine
9  - Machado invokes his Fifth Amendment privilege to be free from self
10   incrimination, and on that ground refuses to provide any information
11   which might tend to incriminate him

12 Subject to the General Objections and foregoing objections, Machado
13 responds as follows: Machado lacks information responsive to this Interrogatory.

14 DATED: November 19, 2007        OVERLAND BORENSTEIN SCHEPER &
15                                 KIM LLP
                                   ALEXANDER H. COTE

18 By: /s/ Alexander H. Cote
19     Alexander H. Cote
       Attorneys for Carlos Gustavo Machado
20     Gomez

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 300 South Grand Avenue, Suite 2750, Los Angeles, California 90071-3144.

On November 19, 2007, I served true copies of the following document(s) described as **CARLOS GUSTAVO MACHADO GOMEZ'S OBJECTIONS TO MATTEL, INC.'S FOURTH (AS AMENDED) THROUGH SEVENTH SET OF INTERROGATORIES** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Overland Borenstein Scheper & Kim's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**BY MESSENGER SERVICE:** I provided such document(s) to a professional messenger service for service. *(A declaration by the messenger must accompany this Proof of Service or be contained in the Declaration of Messenger below.)*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 19, 2007, at Los Angeles, California.

Fran S. Eseroma

EXHIBIT __7__ PAGE __145__

# DECLARATION OF MESSENGER

I personally delivered the envelope or package received from the declarant above to the persons at the addresses listed in the service list. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package, which was clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

At the time of service, I was over 18 years of age. I am not a party to the above-referenced legal proceeding.

I served the envelope or package, as stated above, on:

John B. Quinn, Esq.
Michael T. Zeller, Esq.
Jon D. Corey, Esq.
Timothy L. Alger, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017-2543

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: November 19, 2007

Carlos Eulogi
(NAME OF DECLARANT)
APEX ATTORNEY SERVICES
(COMPANY NAME)

(SIGNATURE OF DECLARANT)

EXHIBIT 7  PAGE 146

# SERVICE LIST

| | |
|---|---|
| John B. Quinn, Esq.<br>Michael T. Zeller, Esq.<br>Jon D. Corey, Esq.<br>Timothy L. Alger, Esq.<br>Quinn Emanuel Urquhart Oliver & Hedges, LLP<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, CA 90017-2543<br>*(Personal Service)* | John W. Keker, Esq.<br>Michael H. Page, Esq.<br>Keker & Van Nest, LLP<br>710 Sansome St.<br>San Francisco, CA 94111<br>*(U.S. Mail)* |
| Thomas J. Nolan, Esq.<br>Harriet S. Posner, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>300 S. Grand Ave.<br>Los Angeles, CA 90071-3144<br>*(U.S. Mail)* | Raoul D. Kennedy, Esq.<br>Timothy A. Miller, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>4 Embarcardero Center, 38th Floor<br>San Francisco, CA 94111-5974<br>*(U.S. Mail)* |
| Amy S. Park, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>525 University Avenue<br>Palo Alto, CA 94301<br>*(U.S. Mail)* | |

EXHIBIT 2 PAGE 147