EXHIBIT 10

Westlaw.

8/6/07 NWSDAY B04

NewsRoom

Page 1

8/6/07 Newsday B04
2007 WLNR 15040145

Newsday (USA)
Copyright 2007 Newsday, Inc.

August 6, 2007

Section: PART II

Too dolled up?

GEOFF BOUCHER. Los Angeles Times

Remember Tiger Beat magazine? Sean McNamara is the Tiger Beat of Hollywood, and he knows his audience. He's directed 13 films, delivered television hits such as "That's So Raven" and "Even Stevens" to Disney, and was astute enough to giveyoungsters named Jessica Alba, Shia LaBeouf and Hilary Duff some of the first big roles in their careers. Still, when McNamara was approached about making a live-action film based on the wildly successful dolls called Bratz, he had to admit he was out of touch.

"I have to be honest, I had never heard of these toys." McNamara trundled off to the Toys "R" Us with his 5-year-old son. "We checked out the Thomas the Train aisle, and then I went looking for Bratz. I was blown away. There were two full walls of Bratz stuff. But when I saw them I thought, 'These aren't cute dolls - they look like sluts.'"

And there you have it, the unique challenge of McNamara's new film, "Bratz: The Movie," which opened nationwide Friday. Like the filmmakers behind "Transformers," McNamara and company are looking for an instant audience by riding a hugely successful brand name from the toy stores up to the silver screen. The movie they have made is a fairly wholesome affair, but the brand they picked clearly has a checkered past. Simply put, parents pay for the movie tickets, and a lot of parents think the Bratz dolls look like 10-inch-tall hoochie mamas.

Extreme doll makeover

The dolls have dewy lips, fishnet stockings and barely-there miniskirts - a creep-out factor for a lot of moms. Earlier this year, a report from the American Psychological Association even mentioned the Bratz dolls by name and said "it is worrisome when dolls designed specifically for 4- to 8-year-olds are associated

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.

EXHIBIT 10 PAGE 164

with an objectified adult sexuality."

Those young doll owners may not recognize their beloved Yasmin, Jade, Sasha and Cloe when they sit down in the theater. The film gives the Bratz a complete makeover that takes them from nightclub sexpots to flirty schoolgirls.

Like the dolls, the film characters are four BFFs (that's "best friends forever," but you knew that) who are ethnically diverse but share "a passion for fashion." Really, though, beyond that, the film has very little connection to the toys. "Bratz: The Movie" seems more indebted to "The Cheetah Girls," "High School Musical," "Clueless" and, oddly, the subversive "Heathers" than it does to its namesake source material. The name's the thing, though. The "Bratz" brand is a stunningly potent one; the dolls first caught the imagination of young girls in late 2001, and by the end of 2005, Bratz products had topped $2 billion in global sales. They are especially popular in England and Australia.

In elementary schools you are either a Bratz girl or a Barbie girl. You'll find some girls who are neither, of course, but very few who claim allegiance to both camps. They are just too different, and, besides, their accessories aren't interchangeable.

There's plenty of bad blood between Mattel Inc., the maker of the venerable Barbie collection, and MGA Entertainment Inc., too, which makes the Bratz. There have been lawsuits and a nasty feud as MGA has cut into Barbie's plasticized hegemony, and the rivals vie for the hearts of girls with Internet social sites, fashion accessories, video games, lip gloss, cartoons on DVD, pajamas and CD players.

Barbie is country-club white (although she has plenty of diverse Barbie pals), while the Bratz are the urban poly-hues of a Benetton ad. This makes it easy to assume that consumers are divided along race lines, and although that certainly is part of it, the assumption doesn't hold up all that well. There are far too many white kids playing with Bratz. One of the big determining factors may be the age of the parents or elders who are actually buying the toys; if they were born in the hip-hop era, they are more likely to consider the toys to be cute versions of the MTV images of Mariah, Missy or Fergie, music artists they play in their car on the way to work. Barbie, meanwhile, is so not hip-hop.

Losing street cred?

The problem presented by "Bratz: The Movie" is that some loyalists may wonder if their sassy and urban heroes are sliding a bit toward the white, suburban Barbie ethos.

To keep the separation line clear, the filmmakers decided early on that a Barbie-esque character pretty much had to be the villain in the movie. The heavy in the film is student-body president Meredith, who is platinum blond, affluent, haughty and in possession of both nefarious plans to rule the school and a pampered pooch named (ahem) Paris.

Avi Arad has a unique point of view on this contemporary valley of the dolls. He made his name as a toy designer and executive of note in the 1980s and '90s, and he worked on the Barbie line for a time. By the end of that decade, he was leading

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.

EXHIBIT  10  PAGE  167

Marvel Enterprises. Now Arad has his own production company, and he has been the
driving force behind "Bratz: The Movie."

"The genius in Barbie is that they made her belong to no one," Arad said. "And she
had an aura of perfection about her. But then the world changed. Perfection is
imperfection. Not everyone is going to look like the cover of the fashion
magazine."

Arad said that "the Bratz are the X-Men for girls," an allusion to the struggle
against the establishment and the outsiders' stigma that are key in the story of
the mutant superheroes.

"The first thing I saw in them was diversity," Arad said. "I really liked the idea
that they had a Latino girl, an Asian girl, an African-American girl and a lily-
white kid. They show that your color is not going to set up your path in life. And
I think that works because, among kids, it's becoming more and more of 'one world
for a change.'"

The screenplay is already being written for a sequel to "Bratz: The Movie," and he
is sizing up a venture that would adapt the property for a Broadway musical. Arad
also said a line of Bratz dolls and tie-in products would be launched based on the
film's imagery, story and less-saucy characters.

"I wanted a movie with the kind of kids I would want my daughter's friends to be
like," Arad said. "They ended up being the kind of people I would want as my
daughters."

                         ---- INDEX REFERENCES ----

COMPANY: MATTEL INC; JADE; MAYOTTE TOURISME ET VOYAGES; TOYS R US INC; BRATZ F C; P
AND B HOLDINGS INC; MERLIN GERIN ALPES SAS; MGA ENTERTAINMENT INC; BENETTON

INDUSTRY:  (Entertainment (1EN08); Consumer Products & Services (1CO62); Games &
Toys (1GA85))

Language:  EN

OTHER INDEXING:  (AMERICAN PSYCHOLOGICAL ASSOCIATION; BENETTON; BRATZ; CD; DVD;
JADE; MATTEL INC; MGA; MGA ENTERTAINMENT INC; MTV; SASHA; TIGER BEAT; TOYS "R;
YASMIN)  (Arad; Avi Arad; Barbie; Cloe; Extreme; Hilary Duff; Jessica Alba;
McNamara; Meredith; Remember Tiger Beat; Sean McNamara; Shia LaBeouf)

KEYWORDS: COVER.MOVIES.

EDITION: ALL EDITIONS

Word Count: 1235
8/6/07 NWSDAY B04
END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.