QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
  Jon D. Corey (Bar No. 185066)
  joncorey@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>NOTICE OF CARLOS GUSTAVO MACHADO GOMEZ'S NON-OPPOSITION TO MATTEL, INC.'S MOTION FOR LEAVE TO SERVE A SUPPLEMENTAL INTERROGATORY REGARDING DEFENDANTS' AFFIRMATIVE DEFENSES<br><br>Date: December 3, 2007<br>Time: 10:00 a.m<br>Place: 1<br><br>**Phase 1**<br>Discovery Cut-Off:    January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date:           May 27, 2008 |

07209/2302443.1

NOTICE OF NON-OPPOSITION

## NOTICE OF NON-OPPOSITION

On September 21, 2007, Mattel filed a motion for leave to serve a supplemental interrogatory regarding defendants' affirmative defenses. Carlos Gustavo Machado Gomez's opposition to Mattel's motion was due by November 19, 2007, but Machado has not filed any opposition nor did he join in oppositions filed by other defendants in this action. Accordingly, Mattel respectfully requests that its motion for leave to serve an a supplementary interrogatory regarding defendants' affirmative defenses be granted in full as to defendant Carlos Gustavo Machado Gomez. See Local Rule 7-12 ("The failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion.").

DATED: November 26, 2007      QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By *B. Dylan Proctor /s/*
B. Dylan Proctor
Attorneys for Plaintiff
Mattel, Inc.