QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>             Plaintiff,<br><br>       vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>             Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S MOTION TO ENFORCE THE COURT'S ORDER OF AUGUST 27, 2007 AND COMPEL CARTER BRYANT AND CARLOS GUSTAVO MACHADO GOMEZ TO PROVIDE PRESERVATION AFFIDAVITS, AND FOR SANCTIONS<br><br>Date:  January 7, 2008<br>Time:  10:00 a.m.<br>Place:  Courtroom 1<br><br>**Phase 1**<br>Discovery Cut-Off:  January 28, 2008<br>Pre-Trial Conference:  May 5, 2008<br>Trial Date:  May 27, 2008 |

07209/2296102.2

DECLARATION OF B. DYLAN PROCTOR

## DECLARATION OF B. DYLAN PROCTOR

I, B. Dylan Proctor, declare as follows:

1. I am a member of the bar of the State of California and a partner of Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Court's August 27, 2007 Order compelling all parties to set forth in affidavit form their preservation efforts and policies with respect to the present litigation on or before September 10, 2007.

3. On September 10, 2007, Mattel, Inc. timely complied with the Court's August 27, 2007 Order and filed an affidavit of Michael Moore, its Senior Legal Counsel, detailing its preservation efforts and policies with respect to this litigation.

4. On September 10, 2007, MGA Entertainment, Inc. also filed an affidavit pursuant to this Order.

5. Attached as Exhibit 2 is a true and correct copy of a letter I sent to counsel for the Defendants who had not submitted an affidavit pursuant to the Court's Order on September 21, 2007, requesting a meet and confer in that regard.

6. Attached hereto as Exhibit 3 is a true and correct copy of a letter from John Trinidad, counsel for Carter Bryant, to myself, dated September 25, 2007.

7. Attached hereto as Exhibit 4 is a true and correct copy of a response letter I sent to Mr. Trinidad, dated September 26, 2007.

8. Following this exchange, I participated in discussions with Michael Page, counsel for Mr. Bryant, regarding the Court's August 27, 2007 Order. Mr. Page stated that, in his view, the Order does not apply to Carter Bryant, that Mr. Bryant would not be submitting a declaration, and that such information should be

obtained through deposition testimony. No preservation affidavit has been filed or served by Bryant to date.

9. On October 17, 2007, I met and conferred with Alexander Cote, counsel for Carlos Gustavo Machado Gomez, who indicated that his client was considering providing the required preservation declaration, but may assert his Fifth Amendment rights against self-incrimination in any such declaration.

10. On October 25, 2007, Mr. Cote confirmed that Mr. Machado would provide an affidavit and stated that he "was working on" one. Attached as Exhibit 5 is a true and correct copy of a letter from Mattel to Mr. Cote, dated October 25, 2007. Mr. Machado has not filed or served an affidavit since that date.

11. Attached hereto as Exhibit 6 is a true and correct copy of the Transcript of Hearing on August 27, 2007, wherein the Court denied Defendants' Motion for Termination of Sanctions.

12. To date, defendants MGAE de Mexico S.R.L. de C.V., MGA Entertainment (HK) Ltd, and Isaac Larian have failed to comply with the Court's August 27, 2007 Order. At a conference of counsel held on November 21, 2007, counsel for these defendants represented that they intended to file the required affidavits by November 30, 2007, and promised to file them by no later than December 7, 2007. Attached as Exhibit 7 is a letter from Jon Corey to Raoul Kennedy, dated November 26, 2007, confirming this agreement.

13. In preparing this motion, Mattel has incurred fees and costs in excess of $3,500.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 26, 2007, at Los Angeles, California.

                     /s/ B. Dylan Proctor
                         B. Dylan Proctor