QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>[PUBLIC REDACTED]<br>DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MATTEL, INC.'S MOTION TO ENFORCE THE COURT'S ORDER OF AUGUST 27, 2007 AND COMPEL CARTER BRYANT AND CARLOS GUSTAVO MACHADO GOMEZ TO PROVIDE PRESERVATION AFFIDAVITS, AND FOR SANCTIONS<br><br>Date: January 7, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 1<br><br>**Phase 1**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

**DECLARATION OF MICHAEL T. ZELLER**

I, Michael T. Zeller, declare as follows:

1. I am a member of the bars of the States of California, New York and Illinois and a partner of Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Attached as Exhibit 1 is a true and correct copy of Order of the Discovery Master Hon. Edward Infante (Ret.), dated January 25, 2007.

3. Attached as Exhibit 2 is a true and correct copy of the Circuit City receipt dated October 21, 2000 and produced in this case by Bryant.

4. Attached as Exhibit 3 is a true and correct copy of excerpts of the [Redacted] Declaration of Keith A. Jacoby in Support of Defendant and Cross-Claimant Carter Bryant's Portion of Joint Stipulation (without exhibits).

5. Attached as Exhibit 4 is a true and correct copy of excerpts of the Separate Statement of Defendant Carter Bryant in Opposition to Mattel's Motion to Compel, filed on January 11, 2007.

6. Attached as Exhibit 5 is a true and correct copy of the Stipulation and Order re: Request to Extend Deadline Within Which Carter Bryant Must Comply with the Discovery Master's January 25, 2007 Order Granting Mattel's Motion to Compel Production of Documents, dated February 23, 2007.

7. Attached as Exhibit 6 is a true and correct copy of an e-mail dated February 27, 2007, from Douglas Wickham, counsel for Bryant, to my Partner John Quinn and I.

8. Attached as Exhibit 7 is a true and correct copy of a letter dated April 6, 2007 that I sent to Mr. Wickham.

9. Over the course of more than two weeks, both orally and in letters, I repeatedly asked for clarification about the status of the Desktop hard drive

1  and requested that Bryant either produce the drive as ordered or explain the factual
2  particulars regarding its non-production.
3      10.   Attached as Exhibit 8 is a true and correct copy of Mattel's
4  Motion For an Order to Enforce Court's January 25, 2007 Order Compelling Bryant
5  to Produce Desktop Computer Hard Drive, filed April 11, 2007.
6      11.   Following the filing of Mattel's April 11, 2007 Motion, another
7  two weeks passed with nothing further from Bryant in connection with the Desktop
8  hard drive.
9      12.   Attached as Exhibit 9 is a true and correct copy of a letter from
10 Keith A. Jacoby, counsel for Mr. Bryant, to me, dated April 23, 2007.
11     13.   Once Bryant finally made his Desktop hard drive available and
12 produced his Laptop, it turned out that both drives have a program called "Evidence
13 Eliminator" on them.
14     I declare under penalty of perjury under the laws of the United States of
15 America that the foregoing is true and correct.
16     Executed on November 26, 2007, at Los Angeles, California.

            /s/ Michael T. Zeller
            Michael T. Zeller