QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>              Plaintiff,<br><br>     vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>              Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-02727<br><br>[PROPOSED] ORDER RE: MATTEL, INC.'S MOTION TO ENFORCE THE COURT'S ORDER OF AUGUST 27, 2007 AND COMPEL CARTER BRYANT AND CARLOS GUSTAVO MACHADO GOMEZ TO PROVIDE PRESERVATION AFFIDAVITS, AND FOR SANCTIONS<br><br>Date:   January 7, 2008<br>Time:   10:00 a.m.<br>Place:  Courtroom 1<br><br>**Phase 1**<br>Discovery Cut-Off:       January 28, 2008<br>Pre-Trial Conference:    May 5, 2008<br>Trial Date:              May 27, 2008 |

07209/2303920.1

ORDER ON MATTEL'S MOTION TO ENFORCE THE COURT'S ORDER OF AUGUST 27, 2007

# [PROPOSED] ORDER

Having considered Mattel, Inc.'s Motion to Enforce the Court's Order of August 27, 2007 and Compel Carter Bryant and Carlos Gustavo Machado Gomez to Provide Preservation Affidavits, and for Sanctions (the "Motion"), and all other papers and argument submitted in support of or opposition to the Motion, and finding good cause therefore,

IT IS HEREBY ORDERED that:

1. Mattel's Motion is GRANTED.

2. Within five calendar days hereof, Bryant and Machado shall file and serve affidavits setting forth their preservation efforts and policies in this litigation, in compliance with the August 27, 2007 Order.

3. Bryant and Machado shall pay sanctions, evenly split, to Mattel in the amount of $3500 as partial reimbursement for the fees and costs that mattel has incurred in bringing this Motion.

4. Bryant and Machado shall be assessed $5,000 a day in prospective sanctions for every day they continue to fail to provide the affidavits beyond the date set by this Order.

**IT IS SO ORDERED.**

DATED:_____, 2007        _____
                                   HON. STEPHEN G. LARSON