MICHAEL T. ZELLER
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
865 SOUTH FIGUEROA STREET
10th FLOOR
LOS ANGELES, CA 90017
(213) 443-3000

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CARTER BRYANT, an individual,

PLAINTIFF(S)

v.

MATTEL, INC., a Delaware corporation,

DEFENDANT(S).

CASE NUMBER:

CV 04-9049 SGL (RNBx)
Consolidated with Case No.
CV 04-09059 & CV 05-02727

**NOTICE OF MANUAL FILING**

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
Exhibits 2 and 6 to the Declaration of Michael T. Zeller in Support of Mattel, Inc.'s Motion for an Order to Enforce the Court's August 27, 2007 and Compel Carter Bryant and Carlos Gustavo Machado Gomez to Provide Preservation Affidavits, and for Sanctions

**Document Description:**

[ ] Administrative Record

[x] Exhibits

[ ] Ex Part Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h))

[ ] Other

**Reason:**

[x] Under Seal

[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

[ ] Electronic versions are not available to filer

[ ] Per Court order dated _____

[ ] Manual Filing required (*reason*):

November 26, 2007
Date

Michael T. Zeller
Attorney Name

MATTEL, INC., a Delaware corporation,
Party Represented

Note: File one Notice in each case, each time you manually file document(s).

G-92 (02/07)   NOTICE OF MANUAL FILING   CCD-G92