QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>    Defendant.<br><br>CONSOLIDATED ACTIONS | CASE NO. CV 04-09049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**ORDER ON SECOND STIPULATION RE CONTINUANCE OF TIME FOR OBJECTIONS TO THE DISCOVERY MASTER'S SEPTEMBER 28, 2007 ORDER;**<br><br>**Phase 1:**<br>Discovery Cut-off:  January 28, 2008<br>Pre-trial Conference:  May 5, 2008<br>Trial Date:  May 27, 2008<br><br>**Phase 2:**<br>Discovery Cut-off:  N/A<br>Pre-trial Conference:  N/A<br>Trial Date:  N/A |

## ORDER

IT IS HEREBY ORDERED THAT the time for any party to file and serve objections to or any motion in connection with the Discovery Master's September 28, 2007 Order Granting in Part Mattel's Motion for Additional Time to Depose Carter Bryant for All Purposes is continued to and through November 19, 2007.

DATED: November 20, 2007

*[signature]*

HON. STEPHEN G. LARSON