QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>            Plaintiff,<br><br>     vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>            Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Hon. Edward Infante (Ret.) Pursuant To The Court's Order Of December 6, 2006]**<br><br>DECLARATION OF SCOTT B. KIDMAN IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS<br><br>Hearing Date:   TBA<br>Time:   TBA<br>Place:   TBA<br><br>**Phase 1:**<br><br>Discovery Cut-off:   January 14, 2008<br>Pre-trial Conference:   April 7, 2008<br>Trial Date:   April 29, 2008 |

07209/2302435.1

KIDMAN DECLARATION ISO MATTEL INC.'S MOTION TO COMPEL

I, Scott B. Kidman, declare as follows:

1. I am a member of the bar of the State of California and a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. Attached as Exhibit 1 is a true and correct copy of Mattel, Inc.'s Second Set of Requests for Documents and Things to MGA Entertainment, Inc. dated June 6, 2007 (the "Requests").

3. Attached as Exhibit 2 is a true and correct copy of MGA Entertainment, Inc.'s Responses to Mattel, Inc.'s Second Set of Requests for Production of Documents and Things dated July 6, 2007.

4. Attached as Exhibit 3 is a true and correct copy of the Court's Order Granting Mattel's Motion to Compel Production of Documents and Interrogatory Responses by MGA dated May 15, 2007.

5. Attached as Exhibit 4 is a true and correct copy of a letter from Scott B. Kidman to James P. Jenal dated July 20, 2007 requesting a meet and confer regarding the deficiencies in MGA's Responses to Mattel, Inc.'s Second Set of Requests for Documents and Things.

6. I meet and conferred regarding MGA's responses to the Requests with MGA's counsel, William Charron of O'Melveny & Myers, numerous times from July 31, 2007 to August 31, 2007. The meet and confer discussions focused largely on the breadth of a small number of requests that were not limited to documents sufficient to show the requested information, the format in which the information would be produced and when the information would be produced.

7. Regarding the format in which the requested information would be produced, Mr. Charron represented on several occasions that MGA's accounting system allowed it to generate a summary report that would provide information responsive to a number of the requests, including unit sales, revenue and cost

1  information by product number.  The parties agreed that this report would be
2  produced in response to requests seeking documents "sufficient to show" such
3  information and would be the most efficient method of providing this information.
4          8.      MGA agreed to produce this report and other documents
5  responsive to the Requests by September 17, 2007, and documents setting forth
6  MGA's profits from Bratz dolls and other Bratz products by September 28, 2007.  In
7  addition, MGA agreed to provide supplemental responses to the Requests by
8  September 17, 2007.  A true and correct copy of a confirming letter from Scott B.
9  Kidman to William J. Charron dated September 4, 2007 confirming MGA's
10 agreements is attached as Exhibit 5.
11         9.      Attached as Exhibit 6 is a true and correct copy of MGA
12 Entertainment, Inc.'s Supplemental Responses to Mattel, Inc.'s Second Set of
13 Requests for Production of Documents and Things dated September 17, 2007.
14         10.     MGA failed to produce the summary financial report and other
15 financial documents on September 17, 2007 and September 28 as agreed.
16         11.     Attached as Exhibit 7 is a true and correct copy of an e-mail
17 from Scott Kidman to William Charron dated September 26, 2007 requesting a meet
18 and confer regarding MGA's failure to produce the summary financial report.
19         12.     Thereafter, I had several conversations with Mr. Charron in
20 which he stated that he was checking on the status of the production of the summary
21 financial report.
22         13.     Attached as Exhibit 8 is a true and correct copy of an email from
23 William Charron to Scott Kidman dated October 11, 2007.
24         14.     On or about October 12, 2007, I spoke with Mr. Charron by
25 telephone.  He confirmed the summary financial report had not been produced and
26 indicated that he had no explanation for why it had not been produced and could not
27 tell me when it would be produced.
28

15. Attached as Exhibit 9 is a true and correct copy of a letter from Michael T. Zeller to Thomas J. Nolan dated October 29, 2007.

16. In subsequent meet and confer discussions, MGA's new counsel at Skadden Arps claimed to be unaware of the summary financial report that had been promised.

17. On November 21, 2007, I participated in a telephonic meet and confer with MGA's counsel regarding a number of outstanding discovery issues, including MGA's failure to produce the agreed upon financial information. During this conference, MGA's counsel, Timothy Miller, acknowledged that the revenue, cost and profit information sought by Mattel provided the "starting point" for Mattel's damages analysis but could not provide a date by which such information would be produced.

18. Attached as Exhibit 10 is a true and correct copy of a Minute Order dated July 2, 2007.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 26th day of November, 2007, at Los Angeles, California.

                                                /s/ Scott B. Kidman  
                                                Scott B. Kidman