# EXHIBIT 6

# ORIGINAL

1   DIANA M. TORRES (S.B. #162284)
    JAMES P. JENAL (S.B. #180190)
2   O'MELVENY & MYERS LLP
    400 South Hope Street
3   Los Angeles, CA 90071-2899
    Telephone:  (213) 430-6000
4   Facsimile:  (213) 430-6407
    Email:      jjenal@omm.com
5
    DALE M. CENDALI (admitted *pro hac vice*)
6   O'MELVENY & MYERS LLP
    Times Square Tower, 7 Times Square
7   New York, New York 10036
    Telephone:  (212) 326-2000
8   Facsimile:  (212) 326-2061

9   PATRICIA GLASER (S.B. #55668)
    CHRISTENSEN, GLASER, FINK,
    JACOBS, WEIL & SHAPIRO, LLP
10  10250 Constellation Boulevard, 19th Floor
    Los Angeles, CA 90067
11  Telephone:  (310) 553-3000
    Facsimile:  (310) 557-9815
12
    Attorneys for MGA Entertainment, Inc.

13

14          **UNITED STATES DISTRICT COURT**

15          **CENTRAL DISTRICT OF CALIFORNIA**

16

| 17 | CARTER BRYANT, an individual, | Case No. CV 04-09049 SGL (RNBx) (consolidated with CV 04-9059 & 05-2727) |
|----|----|----|
| 18 | Plaintiff, | |
| 19 | v. | **MGA ENTERTAINMENT, INC.'S SUPPLEMENTAL RESPONSES TO MATTEL, INC.'S SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS** |
| 20 | MATTEL, INC., a Delaware corporation, | |
| 21 | | |
| 22 | Defendant | |
| 23 | AND CONSOLIDATED CASES | |

24

25

26

27

28

MGA'S SUPPLEMENTAL RESPONSE TO
MATTEL'S 2ND SET OF REQUESTS FOR
PRODUCTION OF DOCUMENTS AND

EXHIBIT  6  PAGE  93

## PRELIMINARY STATEMENT

Defendant MGA Entertainment, Inc. ("MGA") has not yet completed its investigation relating to the facts of this action and has not completed preparation for trial. MGA makes its response to these document requests ("requests," or individually, "request") based upon the information presently available to it and without prejudice to its right to amend or supplement its responses and to present evidence which may hereafter be discovered or become available.

MGA will respond to each request as it understands and interprets each request. If Mattel, Inc. ("Mattel") subsequently asserts any interpretation of any request that differs from that of MGA, MGA reserves the right to supplement its objections and responses.

By making these responses, MGA does not concede that any of the information sought by these requests is relevant or discoverable. MGA makes these responses and objections without waiving or intending to waive but rather, on the contrary, preserving and intending to preserve: (a) the right to object on any grounds to the use or introduction into evidence of the documents or information provided in response to these requests; (b) the right to object to the use of the documents or information provided in response to the requests in any subsequent proceeding in, or the arbitration of this or any other action; and (c) the right to object on any ground at any time to other requests or further discovery into any of the subject matters addressed in these requests or the responses thereto.

MGA shall not provide any privileged or protected information, including without limitation, information protected by the attorney-client privilege or the attorney work product doctrine, and nothing herein may be construed as a waiver of any applicable privilege or protection. Any inadvertent production of privileged or protected documents or information shall not be construed as a waiver of any privilege or protection attaching thereto and MGA reserves the right to correct the record with regard

MGA'S  SUPPLEMENTAL RESPONSE TO
1ST SET OF REQUEST FOR PRODUCTION
OF DOCUMENTS

EXHIBIT 6 PAGE 94

1   to any such information and to supplement or amend these responses, which

2   supplemental or amended response shall become the operative response.

3                          **GENERAL OBJECTIONS**

4          1.      MGA objects to each and every request on the ground that production

5   at the date and time demanded will subject MGA to unwarranted oppression and undue

6   burden and expenses.  The time set for compliance is unduly burdensome, especially in

7   light of the number of document requests, and the scope and volume of the material being

8   sought.  MGA intends to proceed expeditiously to collect the documents for production, if

9   any, and will produce them at a date and time, and in such a manner, as may be mutually

10  agreed by counsel for the parties.

11         2.      MGA objects to each request to the extent that it seeks information

12  protected from discovery by the attorney-client privilege, work-product doctrine, right to

13  privacy, or any other applicable privilege.

14         3.      MGA objects to each request to the extent that it seeks the disclosure

15  of confidential, proprietary or trade-secret information.  Should such documents be

16  otherwise responsive and non-objectionable, MGA will produce such documents subject

17  to the terms and conditions of the protective order governing this case.

18         4.      MGA objects to each request to the extent that it seeks documents in

19  Mattel's own possession, custody or control or that are accessible to Mattel from public

20  sources or from third parties.

21         5.      MGA objects to each request to the extent that it asks for documents

22  that are not relevant to claims or defenses in this case.

23         6.      MGA objects to each and every request to the extent it purports to

24  require MGA to search all documents and things within its possession, custody or control

25  or within the possession, custody or control of any of MGA's current or former

26  employees, officers, directors, agents, representatives, attorneys, parents, subsidiaries,

27  divisions, affiliates, predecessors-in-interest and successors-in-interest, and any other

28  person acting on its behalf, pursuant to its authority or subject to its control, on the

                                        2       MGA'S  SUPPLEMENTAL RESPONSE TO
                                                1ST SET OF REQUEST FOR PRODUCTION
                                                          OF DOCUMENTS

EXHIBIT   6   PAGE   95

1   grounds that such request is unreasonable, overbroad, unduly burdensome and oppressive,

2   violates the right of privacy, and purports to require MGA to search for documents not

3   within its possession, custody or control. MGA will make a reasonably diligent search for

4   responsive documents within its possession, custody or control.

5        7.    MGA objects to each and every request to the extent its seeks "all

6   documents" responsive to a certain category on the grounds that such request is overbroad

7   and unduly burdensome and oppressive. MGA will produce otherwise unobjectionable

8   documents sufficient to provide Mattel with the information sought, following a

9   reasonably diligent search. On grounds of oppression and undue burden, MGA will not

10  respond to duplicative or cumulative requests and will not re-produce documents it has

11  already produced or produce documents that it has received from Mattel or others in the

12  course of discovery in this matter.

13       8.    MGA objects to each request to the extent it seeks documents not

14  within MGA's possession, custody, or control.

15       9.    MGA objects to each request to the extent it seeks information

16  relating to activities or conduct in foreign countries. In each instance in which MGA has

17  agreed to produce documents, such production is hereby expressly limited to documents

18  relating to domestic activities or conduct only.

19       10.    MGA objects to the defined terms "You," "Your," and "MGA" on

20  the grounds that these terms, as defined, are overbroad, are vague and ambiguous, and call

21  for legal conclusions.

22       11.    MGA objects to the defined terms "Bratz," "Bratz Doll," "Bratz

23  Product," "Bratz License," "Bratz Movie," and "Bratz Television Show" on the grounds

24  that these terms, as defined, are overbroad, are vague and ambiguous, and call for legal

25  conclusions.

26

27

28

3

MGA'S SUPPLEMENTAL RESPONSE TO
1ST SET OF REQUEST FOR PRODUCTION
OF DOCUMENTS

EXHIBIT 6 PAGE 96

## SPECIFIC OBJECTIONS AND RESPONSES

**REQUEST FOR PRODUCTION NO. 1:**

A sample of each BRATZ PRODUCT including, without limitation, each BRATZ DOLL, sold by YOU or YOUR licensees.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 1:**

MGA incorporates by reference the above-stated general objections as if fully set forth herein. MGA also objects to this request to the extent that it seeks information not relevant to the subject matter of this lawsuit or reasonably calculated to lead to the discovery of admissible evidence. MGA also objects to this request on the grounds that it is overbroad, unduly burdensome, and oppressive in seeking samples of all Bratz products and Bratz dolls sold by MGA or its licensees. MGA also objects to this request on the grounds that it seeks confidential, proprietary or commercially sensitive information, the disclosure of which would be inimical to the business interests of MGA. MGA also objects to this request to the extent it calls for the disclosure of attorney-client privileged information or information protected from disclosure by the work-product doctrine, joint defense or common interest privilege, or other privilege. MGA also objects to this request to the extent it seeks information the disclosure of which would implicate the rights of third parties to protect private, confidential, proprietary or trade secret information. MGA also objects to this request to the extent that it seeks samples not in MGA's possession, custody or control.

Subject to the foregoing, MGA will make available for inspection samples of products responsive to this request in its possession, custody or control that it is able to locate following a reasonably diligent search.

**REQUEST FOR PRODUCTION NO. 2:**

DOCUMENTS sufficient to IDENTIFY every PERSON who has entered into a BRATZ LICENSE with YOU or anyone acting on YOUR behalf.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 2:**

MGA incorporates by reference the above-stated general objections as if fully set

4

MGA'S  SUPPLEMENTAL RESPONSE TO
1ST SET OF REQUEST FOR PRODUCTION
OF DOCUMENTS

EXHIBIT 6 PAGE 97

1  forth herein. MGA also specifically objects to this request to the extent that it seeks

2  information not relevant to the subject matter of this lawsuit or reasonably calculated to

3  lead to the discovery of admissible evidence. MGA also objects to this request on the

4  grounds that it is overbroad, unduly burdensome, and oppressive in seeking information

5  identifying all persons who have entered into Bratz licenses with MGA or anyone acting

6  on MGA's behalf. MGA also objects to this request on the grounds that it seeks

7  confidential, proprietary or commercially sensitive information, the disclosure of which

8  would be inimical to the business interests of MGA. MGA also objects to this request to

9  the extent it calls for the disclosure of attorney-client privileged information or

10  information protected from disclosure by the work-product doctrine, joint defense or

11  common interest privilege, or other privilege. MGA also objects to this request to the

12  extent it seeks information the disclosure of which would implicate the rights of third

13  parties to protect private, confidential, proprietary or trade secret information. MGA also

14  objects to this request to the extent that it seeks documents not in MGA's possession,

15  custody or control.

16       Subject to the foregoing, MGA will produce non-privileged documents sufficient

17  to make the requested showing that are in its possession, custody or control, if any, which

18  it is able to locate following a reasonably diligent search.

19  **REQUEST FOR PRODUCTION NO. 3:**

20       DOCUMENTS sufficient to identify by product name, product number and SKU

21  each BRATZ PRODUCT including, without limitation, each BRATZ DOLL, sold by

22  YOU or YOUR licensees.

23  **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 3:**

24       MGA incorporates by reference the above-stated general objections as if fully set

25  forth herein. MGA also specifically objects to this request to the extent that it seeks

26  information not relevant to the subject matter of this lawsuit or reasonably calculated to

27  lead to the discovery of admissible evidence. MGA also objects to this request on the

28  grounds that it is overbroad, unduly burdensome, and oppressive in seeking information

                                    5                MGA'S SUPPLEMENTAL RESPONSE TO
                                                     1ST SET OF REQUEST FOR PRODUCTION
                                                     OF DOCUMENTS

EXHIBIT __6__ PAGE __98__

1  identifying all product names, numbers, and SKU of Bratz products and Bratz dolls sold

2  by MGA or its licensees.  MGA also objects to this request on the grounds that it seeks

3  confidential, proprietary or commercially sensitive information, the disclosure of which

4  would be inimical to the business interests of MGA.  MGA also objects to this request to

5  the extent it calls for the disclosure of attorney-client privileged information or

6  information protected from disclosure by the work-product doctrine, joint defense or

7  common interest privilege, or other privilege.  MGA also objects to this request to the

8  extent it seeks information the disclosure of which would implicate the rights of third

9  parties to protect private, confidential, proprietary or trade secret information.  MGA also

10  objects to this request to the extent that it seeks documents not in MGA's possession,

11  custody or control.

12        Subject to the foregoing, MGA will produce non-privileged documents sufficient

13  to make the requested showing that are in its possession, custody or control, if any, which

14  it is able to locate following a reasonably diligent search.

15  **REQUEST FOR PRODUCTION NO. 4:**

16        DOCUMENTS sufficient to show the number of units of each BRATZ DOLL sold

17  by YOU or YOUR licensees.

18  **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 4:**

19        MGA incorporates by reference the above-stated general objections as if fully set

20  forth herein.  MGA also specifically objects to this request to the extent that it seeks

21  information not relevant to the subject matter of this lawsuit or reasonably calculated to

22  lead to the discovery of admissible evidence.  MGA also objects to this request on the

23  grounds that it is overbroad, unduly burdensome, and oppressive in seeking the number of

24  units of all Bratz dolls sold by MGA or its licensees.  MGA also objects to this request on

25  the grounds that it seeks confidential, proprietary or commercially sensitive information,

26  the disclosure of which would be inimical to the business interests of MGA.  MGA also

27  objects to this request to the extent it calls for the disclosure of attorney-client privileged

28  information or information protected from disclosure by the work-product doctrine, joint

6

MGA'S  SUPPLEMENTAL RESPONSE TO
1ST SET OF REQUEST FOR PRODUCTION
OF DOCUMENTS

EXHIBIT 6 PAGE 99

1  defense or common interest privilege, or other privilege.  MGA also objects to this request

2  to the extent it seeks information the disclosure of which would implicate the rights of

3  third parties to protect private, confidential, proprietary or trade secret information.  MGA

4  also objects to this request to the extent that it seeks documents not in MGA's possession,

5  custody or control.

6       Subject to the foregoing, MGA will produce non-privileged documents sufficient

7  to make the requested showing that are in its possession, custody or control, if any, which

8  it is able to locate following a reasonably diligent search.

9  **REQUEST FOR PRODUCTION NO. 5:**

10       DOCUMENTS sufficient to show the revenue received by YOU from the sale of

11  each BRATZ DOLL sold by YOU or YOUR licensees.

12  **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 5:**

13       MGA incorporates by reference the above-stated general objections as if fully set

14  forth herein.  MGA also specifically objects to this request to the extent that it seeks

15  information not relevant to the subject matter of this lawsuit or reasonably calculated to

16  lead to the discovery of admissible evidence.  MGA also objects to this request on the

17  grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents

18  showing all revenue received by MGA for the sale of all Bratz dolls sold by MGA or its

19  licensees.  MGA also objects to this request on the grounds that it seeks confidential,

20  proprietary or commercially sensitive information, the disclosure of which would be

21  inimical to the business interests of MGA.  MGA also objects to this request to the extent

22  it calls for the disclosure of attorney-client privileged information or information

23  protected from disclosure by the work-product doctrine, joint defense or common interest

24  privilege, or other privilege.  MGA also objects to this request to the extent it seeks

25  information the disclosure of which would implicate the rights of third parties to protect

26  private, confidential, proprietary or trade secret information.  MGA also objects to this

27  request to the extent that it seeks documents not in MGA's possession, custody or control.

28       Subject to the foregoing, MGA will produce non-privileged documents sufficient

7

MGA'S  SUPPLEMENTAL RESPONSE TO
1ST SET OF REQUEST FOR PRODUCTION
OF DOCUMENTS

EXHIBIT __6__ PAGE __100__

1   to make the requested showing that are in its possession, custody or control, if any, which

2   it is able to locate following a reasonably diligent search.

3   **REQUEST FOR PRODUCTION NO. 6:**

4        DOCUMENTS sufficient to show YOUR cost of goods sold, unit cost and other

5   costs for each BRATZ DOLL sold by YOU or YOUR licensees.

6   **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 6:**

7        MGA incorporates by reference the above-stated general objections as if fully set

8   forth herein. MGA also specifically objects to this request to the extent that it seeks

9   information not relevant to the subject matter of this lawsuit or reasonably calculated to

10  lead to the discovery of admissible evidence. MGA also objects to this request on the

11  grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents

12  showing MGA's cost of goods sold, unit cost, and all other costs for all Bratz dolls sold

13  by MGA or its licensees. MGA also objects to this request on the grounds that it seeks

14  confidential, proprietary or commercially sensitive information, the disclosure of which

15  would be inimical to the business interests of MGA. MGA also objects to this request to

16  the extent it calls for the disclosure of attorney-client privileged information or

17  information protected from disclosure by the work-product doctrine, joint defense or

18  common interest privilege, or other privilege. MGA also objects to this request to the

19  extent it seeks information the disclosure of which would implicate the rights of third

20  parties to protect private, confidential, proprietary or trade secret information. MGA also

21  objects to this request on the grounds that it is vague and ambiguous in that MGA cannot

22  determine what is meant by "other costs." MGA also objects to this request to the extent

23  that it seeks documents not in MGA's possession, custody or control.

24        Subject to the foregoing, MGA will produce non-privileged documents sufficient

25  to make the requested showing that are in its possession, custody or control, if any, which

26  it is able to locate following a reasonably diligent search.

27  **REQUEST FOR PRODUCTION NO. 7:**

28        All DOCUMENTS that evidence, reflect, or REFER OR RELATE TO YOUR

8

MGA'S SUPPLEMENTAL RESPONSE TO
1ST SET OF REQUEST FOR PRODUCTION
OF DOCUMENTS

EXHIBIT _6_ PAGE _101_

1 | profits from the sale of each BRATZ DOLL sold by YOU or YOUR licensees.

2 | **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 7:**

3 | MGA incorporates by reference the above-stated general objections as if fully set

4 | forth herein. MGA also specifically objects to this request to the extent that it seeks

5 | information not relevant to the subject matter of this lawsuit or reasonably calculated to

6 | lead to the discovery of admissible evidence. MGA also objects to this request on the

7 | grounds that it is overbroad, unduly burdensome, and oppressive in seeking all documents

8 | that evidence, reflect or refer or relate to MGA's profits from the sale of all Bratz dolls by

9 | MGA or its licensees. MGA also objects to this request on the grounds that it seeks

10 | confidential, proprietary or commercially sensitive information, the disclosure of which

11 | would be inimical to the business interests of MGA. MGA also objects to this request to

12 | the extent it calls for the disclosure of attorney-client privileged information or

13 | information protected from disclosure by the work-product doctrine, joint defense or

14 | common interest privilege, or other privilege. MGA also objects to this request to the

15 | extent it seeks information the disclosure of which would implicate the rights of third

16 | parties to protect private, confidential, proprietary or trade secret information. MGA also

17 | objects to this request to the extent that it seeks documents not in MGA's possession,

18 | custody or control.

19 | Subject to the foregoing, MGA will produce documents that state MGA's profits

20 | from the sale of each Bratz doll sold by MGA or its licensees in its possession, custody or

21 | control that it discovers in the course of its reasonable search and diligent inquiry and to

22 | which no privilege, protection or other objection applies, including without limitation, the

23 | attorney-client privilege or attorney work product doctrine.

24 | **REQUEST FOR PRODUCTION NO. 8:**

25 | For each customer to whom YOU or YOUR licensees have ever sold any BRATZ

26 | DOLL, DOCUMENTS sufficient to show the number of units of each such BRATZ

27 | DOLL sold by YOU or YOUR licensees to that customer.

28 |

9

MGA'S SUPPLEMENTAL RESPONSE TO
1ST SET OF REQUEST FOR PRODUCTION
OF DOCUMENTS

EXHIBIT 6 PAGE 102

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 8:**

MGA incorporates by reference the above-stated general objections as if fully set forth herein. MGA also specifically objects to this request to the extent that it seeks information not relevant to the subject matter of this lawsuit or reasonably calculated to lead to the discovery of admissible evidence. MGA also objects to this request on the grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents that show the number of units of all Bratz dolls sold by MGA or its licensees to every customer to whom MGA or its licensees have ever sold any Bratz dolls. MGA also objects to this request on the grounds that it seeks confidential, proprietary or commercially sensitive information, the disclosure of which would be inimical to the business interests of MGA. MGA also objects to this request to the extent it calls for the disclosure of attorney-client privileged information or information protected from disclosure by the work-product doctrine, joint defense or common interest privilege, or other privilege. MGA also objects to this request to the extent it seeks information the disclosure of which would implicate the rights of third parties to protect private, confidential, proprietary or trade secret information. MGA also objects to this request to the extent that it seeks documents not in MGA's possession, custody or control.

Subject to the foregoing, MGA will produce non-privileged documents sufficient to make the requested showing that are in its possession, custody or control, if any, which it is able to locate following a reasonably diligent search.

**REQUEST FOR PRODUCTION NO. 9:**

For each customer to whom YOU or YOUR licensees have ever sold any BRATZ DOLL, documents sufficient to show the revenue received by YOU from each such BRATZ DOLL sold by YOU or YOUR licensees to that customer.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 9:**

MGA incorporates by reference the above-stated general objections as if fully set forth herein. MGA also specifically objects to this request to the extent that it seeks information not relevant to the subject matter of this lawsuit or reasonably calculated to

MGA'S SUPPLEMENTAL RESPONSE TO
1ST SET OF REQUEST FOR PRODUCTION
OF DOCUMENTS

EXHIBIT 6 PAGE 103

1   lead to the discovery of admissible evidence.  MGA also objects to this request on the

2   grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents

3   that show the revenue received by MGA from the sale of all Bratz dolls to every customer

4   to whom MGA or its licenses have ever sold any Bratz dolls.  MGA also objects to this

5   request on the grounds that it seeks confidential, proprietary or commercially sensitive

6   information, the disclosure of which would be inimical to the business interests of MGA.

7   MGA also objects to this request to the extent it calls for the disclosure of attorney-client

8   privileged information or information protected from disclosure by the work-product

9   doctrine, joint defense or common interest privilege, or other privilege.  MGA also objects

10   to this request to the extent it seeks information the disclosure of which would implicate

11   the rights of third parties to protect private, confidential, proprietary or trade secret

12   information.  MGA also objects to this request to the extent that it seeks documents not in

13   MGA's possession, custody or control.

14       Subject to the foregoing, MGA will produce non-privileged documents sufficient

15   to make the requested showing that are in its possession, custody or control, if any, which

16   it is able to locate following a reasonably diligent search.

17   **REQUEST FOR PRODUCTION NO. 10:**

18       For each customer to whom YOU or YOUR licensees have ever sold any BRATZ

19   DOLL, documents sufficient to show YOUR profits from each such BRATZ DOLL sold

20   by YOU or YOUR licensees to that customer.

21   **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 10:**

22       MGA incorporates by reference the above-stated general objections as if fully set

23   forth herein.  MGA also specifically objects to this request to the extent that it seeks

24   information not relevant to the subject matter of this lawsuit or reasonably calculated to

25   lead to the discovery of admissible evidence.  MGA also objects to this request on the

26   grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents

27   that show MGA's profits from the sale of all Bratz dolls to every customer to whom MGA

28   or its licenses have ever sold any Bratz dolls.  MGA also objects to this request on the

11          MGA'S  SUPPLEMENTAL RESPONSE TO
            1ST SET OF REQUEST FOR PRODUCTION
            OF DOCUMENTS

EXHIBIT  6  PAGE 104

1   grounds that it seeks confidential, proprietary or commercially sensitive information, the

2   disclosure of which would be inimical to the business interests of MGA.  MGA also

3   objects to this request to the extent it calls for the disclosure of attorney-client privileged

4   information or information protected from disclosure by the work-product doctrine, joint

5   defense or common interest privilege, or other privilege.  MGA also objects to this request

6   to the extent it seeks information the disclosure of which would implicate the rights of

7   third parties to protect private, confidential, proprietary or trade secret information.  MGA

8   also objects to this request to the extent that it seeks documents not in MGA's possession,

9   custody or control.

10       Subject to the foregoing, MGA will produce non-privileged documents sufficient

11   to make the requested showing that are in its possession, custody or control, if any, which

12   it is able to locate following a reasonably diligent search.

13   **REQUEST FOR PRODUCTION NO. 11:**

14       DOCUMENTS sufficient to show customer returns to YOU of BRATZ DOLLS

15   sold or distrubted by YOU or YOUR licensees.

16   **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 11:**

17       MGA incorporates by reference the above-stated general objections as if fully set

18   forth herein.  MGA also specifically objects to this request to the extent that it seeks

19   information not relevant to the subject matter of this lawsuit or reasonably calculated to

20   lead to the discovery of admissible evidence.  MGA also objects to this request on the

21   grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents

22   that show customer returns to MGA of Bratz dolls sold or distributed by MGA or its

23   licensees.  MGA also objects to this request on the grounds that it seeks confidential,

24   proprietary or commercially sensitive information, the disclosure of which would be

25   inimical to the business interests of MGA.  MGA also objects to this request to the extent

26   it calls for the disclosure of attorney-client privileged information or information

27   protected from disclosure by the work-product doctrine, joint defense or common interest

28   privilege, or other privilege.  MGA also objects to this request to the extent it seeks

12

MGA'S  SUPPLEMENTAL RESPONSE TO
1ST SET OF REQUEST FOR PRODUCTION
OF DOCUMENTS

EXHIBIT _6_ PAGE _105_

1   information the disclosure of which would implicate the rights of third parties to protect

2   private, confidential, proprietary or trade secret information.  MGA also objects to this

3   request to the extent that it seeks documents not in MGA's possession, custody or control.

4        Subject to the foregoing, MGA will produce non-privileged documents sufficient

5   to make the requested showing that are in its possession, custody or control, if any, which

6   it is able to locate following a reasonably diligent search.

7   **REQUEST FOR PRODUCTION NO. 12:**

8        DOCUMENTS sufficient to show customer rebates or credits given by YOU or

9   YOUR licensees to customers in connection with BRATZ DOLLS.

10   **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 12:**

11        MGA incorporates by reference the above-stated general objections as if fully set

12   forth herein.  MGA also specifically objects to this request to the extent that it seeks

13   information not relevant to the subject matter of this lawsuit or reasonably calculated to

14   lead to the discovery of admissible evidence.  MGA also objects to this request on the

15   grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents

16   that show customer rebates or credits given by MGA or its licensees to customers in

17   connection with Bratz dolls.  MGA also objects to this request on the grounds that it seeks

18   confidential, proprietary or commercially sensitive information, the disclosure of which

19   would be inimical to the business interests of MGA.  MGA also objects to this request to

20   the extent it calls for the disclosure of attorney-client privileged information or

21   information protected from disclosure by the work-product doctrine, joint defense or

22   common interest privilege, or other privilege.  MGA also objects to this request to the

23   extent it seeks information the disclosure of which would implicate the rights of third

24   parties to protect private, confidential, proprietary or trade secret information.  MGA also

25   objects to this request to the extent that it seeks documents not in MGA's possession,

26   custody or control.

27        Subject to the foregoing, MGA will produce non-privileged documents sufficient

28   to make the requested showing that are in its possession, custody or control, if any, which

13

MGA'S  SUPPLEMENTAL RESPONSE TO
1ST SET OF REQUEST FOR PRODUCTION
OF DOCUMENTS

EXHIBIT __6__ PAGE __106__

1   it is able to locate following a reasonably diligent search.

2   **REQUEST FOR PRODUCTION NO. 13:**

3       DOCUMENTS sufficient to show, by product number or SKU, the number of units

4   of each BRATZ DOLL sold by YOU or YOUR licensees.

5   **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 13:**

6       MGA incorporates by reference the above-stated general objections as if fully set

7   forth herein.  MGA also specifically objects to this request to the extent that it seeks

8   information not relevant to the subject matter of this lawsuit or reasonably calculated to

9   lead to the discovery of admissible evidence.  MGA also objects to this request on the

10   grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents

11   that show, by product number or SKU, all units of Bratz dolls sold by MGA or its

12   licensees.  MGA also objects to this request on the grounds that it seeks confidential,

13   proprietary or commercially sensitive information, the disclosure of which would be

14   inimical to the business interests of MGA.  MGA also objects to this request to the extent

15   it calls for the disclosure of attorney-client privileged information or information

16   protected from disclosure by the work-product doctrine, joint defense or common interest

17   privilege, or other privilege.  MGA also objects to this request to the extent it seeks

18   information the disclosure of which would implicate the rights of third parties to protect

19   private, confidential, proprietary or trade secret information.  MGA also objects to this

20   request to the extent that it seeks documents not in MGA's possession, custody or control.

21       Subject to the foregoing, MGA will produce non-privileged documents sufficient

22   to make the requested showing that are in its possession, custody or control, if any, which

23   it is able to locate following a reasonably diligent search.

24   **REQUEST FOR PRODUCTION NO. 14:**

25       DOCUMENTS sufficient to show, by product number or SKU, the revenue

26   received by YOU from the sale of each BRATZ DOLL sold by YOU or YOUR licensees.

27   **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 14:**

28       MGA incorporates by reference the above-stated general objections as if fully set

14

MGA'S SUPPLEMENTAL RESPONSE TO
1ST SET OF REQUEST FOR PRODUCTION
OF DOCUMENTS

EXHIBIT ___6___ PAGE _107_

1   forth herein. MGA also specifically objects to this request to the extent that it seeks

2   information not relevant to the subject matter of this lawsuit or reasonably calculated to

3   lead to the discovery of admissible evidence. MGA also objects to this request on the

4   grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents

5   that show, by product number or SKU, the revenue received by MGA from the sale of all

6   Bratz dolls sold by MGA or its licensees. MGA also objects to this request on the

7   grounds that it seeks confidential, proprietary or commercially sensitive information, the

8   disclosure of which would be inimical to the business interests of MGA. MGA also

9   objects to this request to the extent it calls for the disclosure of attorney-client privileged

10  information or information protected from disclosure by the work-product doctrine, joint

11  defense or common interest privilege, or other privilege. MGA also objects to this request

12  to the extent it seeks information the disclosure of which would implicate the rights of

13  third parties to protect private, confidential, proprietary or trade secret information. MGA

14  also objects to this request to the extent that it seeks documents not in MGA's possession,

15  custody or control.

16       Subject to the foregoing, MGA will produce non-privileged documents sufficient

17  to make the requested showing that are in its possession, custody or control, if any, which

18  it is able to locate following a reasonably diligent search.

19  **REQUEST FOR PRODUCTION NO. 15:**

20       DOCUMENTS sufficient to show, by product number or SKU, YOUR cost of

21  goods sold, unit cost and other costs for each BRATZ DOLL sold by YOU or YOUR

22  licensees.

23  **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 15:**

24       MGA incorporates by reference the above-stated general objections as if fully set

25  forth herein. MGA also specifically objects to this request to the extent that it seeks

26  information not relevant to the subject matter of this lawsuit or reasonably calculated to

27  lead to the discovery of admissible evidence. MGA also objects to this request on the

28  grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents

15        MGA'S  SUPPLEMENTAL RESPONSE TO
          1ST SET OF REQUEST FOR PRODUCTION
                             OF DOCUMENTS

EXHIBIT __6__ PAGE __108__

1   that show, by product number or SKU, MGA's cost of goods sold, unit cost, and other

2   costs for all Bratz dolls sold by MGA or its licensees.  MGA also objects to this request

3   on the grounds that it seeks confidential, proprietary or commercially sensitive

4   information, the disclosure of which would be inimical to the business interests of MGA.

5   MGA also objects to this request to the extent it calls for the disclosure of attorney-client

6   privileged information or information protected from disclosure by the work-product

7   doctrine, joint defense or common interest privilege, or other privilege.  MGA also objects

8   to this request to the extent it seeks information the disclosure of which would implicate

9   the rights of third parties to protect private, confidential, proprietary or trade secret

10  information.  MGA also objects to this request on the grounds that it is vague and

11  ambiguous in that MGA cannot determine what is meant by "other costs."  MGA also

12  objects to this request to the extent that it seeks documents not in MGA's possession,

13  custody or control.

14          Subject to the foregoing, MGA will produce non-privileged documents sufficient

15  to make the requested showing that are in its possession, custody or control, if any, which

16  it is able to locate following a reasonably diligent search.

17  **REQUEST FOR PRODUCTION NO. 16:**

18          All DOCUMENTS that evidence, reflect, or REFER OR RELATE TO YOUR

19  profits, by product number or SKU, from the sale of each BRATZ DOLL sold by YOU or

20  YOUR licensees.

21  **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 16:**

22          MGA incorporates by reference the above-stated general objections as if fully set

23  forth herein.  MGA also specifically objects to this request to the extent that it seeks

24  information not relevant to the subject matter of this lawsuit or reasonably calculated to

25  lead to the discovery of admissible evidence.  MGA also objects to this request on the

26  grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents

27  that evidence, reflect or refer or relate, by product number or SKU, MGA's profits from

28  the sale of all Bratz dolls sold by MGA or its licensees.  MGA also objects to this request

16

MGA'S  SUPPLEMENTAL RESPONSE TO
1ST SET OF REQUEST FOR PRODUCTION
OF DOCUMENTS

EXHIBIT __6__ PAGE _109_

1   on the grounds that it seeks confidential, proprietary or commercially sensitive

2   information, the disclosure of which would be inimical to the business interests of MGA.

3   MGA also objects to this request to the extent it calls for the disclosure of attorney-client

4   privileged information or information protected from disclosure by the work-product

5   doctrine, joint defense or common interest privilege, or other privilege.  MGA also objects

6   to this request to the extent it seeks information the disclosure of which would implicate

7   the rights of third parties to protect private, confidential, proprietary or trade secret

8   information.  MGA also objects to this request to the extent that it seeks documents not in

9   MGA's possession, custody or control.

10          Subject to the foregoing, MGA will produce documents that state MGA's profits

11   by product number or SKU from the sale of each Bratz doll sold by MGA or its licensees

12   in its possession, custody or control that it discovers in the course of its reasonable search

13   and diligent inquiry and to which no privilege, protection or other objection applies,

14   including without limitation, the attorney-client privilege or attorney work product

15   doctrine.

16   **REQUEST FOR PRODUCTION NO. 17:**

17          For each customer to whom YOU or YOUR licensees have ever sold any BRATZ

18   DOLL, DOCUMENTS sufficient to show, by product number or SKU, the number of

19   units of each such BRATZ DOLL sold by YOU or YOUR licensees to that customer.

20   **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 17:**

21          MGA incorporates by reference the above-stated general objections as if fully set

22   forth herein.  MGA also specifically objects to this request to the extent that it seeks

23   information not relevant to the subject matter of this lawsuit or reasonably calculated to

24   lead to the discovery of admissible evidence.  MGA also objects to this request on the

25   grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents

26   that show, by product number or SKU, the number of units of all Bratz dolls sold to all

27   customers by MGA or its licensees.  MGA also objects to this request on the grounds that

28   it seeks confidential, proprietary or commercially sensitive information, the disclosure of

17          MGA'S  SUPPLEMENTAL RESPONSE TO
            1ST SET OF REQUEST FOR PRODUCTION
            OF DOCUMENTS

EXHIBIT 6 PAGE 110

1   which would be inimical to the business interests of MGA. MGA also objects to this

2   request to the extent it calls for the disclosure of attorney-client privileged information or

3   information protected from disclosure by the work-product doctrine, joint defense or

4   common interest privilege, or other privilege. MGA also objects to this request to the

5   extent it seeks information the disclosure of which would implicate the rights of third

6   parties to protect private, confidential, proprietary or trade secret information. MGA also

7   objects to this request to the extent that it seeks documents not in MGA's possession,

8   custody or control.

9        Subject to the foregoing, MGA will produce non-privileged documents sufficient

10   to make the requested showing that are in its possession, custody or control, if any, which

11   it is able to locate following a reasonably diligent search.

12   **REQUEST FOR PRODUCTION NO. 18:**

13        For each customer to whom YOU or YOUR licensees have ever sold any BRATZ

14   DOLL, DOCUMENTS sufficient to show, by product number or SKU, the revenue

15   received by YOU from each such BRATZ DOLL sold by YOU or YOUR licensees to that

16   customer.

17   **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 18:**

18        MGA incorporates by reference the above-stated general objections as if fully set

19   forth herein. MGA also specifically objects to this request to the extent that it seeks

20   information not relevant to the subject matter of this lawsuit or reasonably calculated to

21   lead to the discovery of admissible evidence. MGA also objects to this request on the

22   grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents

23   that show, by product number or SKU, the revenue received by MGA from the sale of all

24   Bratz dolls sold to all customers by MGA or its licensees. MGA also objects to this

25   request on the grounds that it seeks confidential, proprietary or commercially sensitive

26   information, the disclosure of which would be inimical to the business interests of MGA.

27   MGA also objects to this request to the extent it calls for the disclosure of attorney-client

28   privileged information or information protected from disclosure by the work-product

18

MGA'S SUPPLEMENTAL RESPONSE TO
1ST SET OF REQUEST FOR PRODUCTION
OF DOCUMENTS

EXHIBIT 6 PAGE 111

1   doctrine, joint defense or common interest privilege, or other privilege. MGA also objects

2   to this request to the extent it seeks information the disclosure of which would implicate

3   the rights of third parties to protect private, confidential, proprietary or trade secret

4   information. MGA also objects to this request to the extent that it seeks documents not in

5   MGA's possession, custody or control.

6          Subject to the foregoing, MGA will produce non-privileged documents sufficient

7   to make the requested showing that are in its possession, custody or control, if any, which

8   it is able to locate following a reasonably diligent search.

9   **REQUEST FOR PRODUCTION NO. 19:**

10          For each customer to whom YOU or YOUR licensees have ever sold any BRATZ

11   DOLL, DOCUMENTS sufficient to show, by product number or SKU, YOUR profits

12   from each such BRATZ DOLL sold by YOU or YOUR licensees to that customer.

13   **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 19:**

14          MGA incorporates by reference the above-stated general objections as if fully set

15   forth herein. MGA also specifically objects to this request to the extent that it seeks

16   information not relevant to the subject matter of this lawsuit or reasonably calculated to

17   lead to the discovery of admissible evidence. MGA also objects to this request on the

18   grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents

19   that show, by product number or SKU, MGA's profits from the sale of all Bratz dolls sold

20   to all customers by MGA or its licensees. MGA also objects to this request on the

21   grounds that it seeks confidential, proprietary or commercially sensitive information, the

22   disclosure of which would be inimical to the business interests of MGA. MGA also

23   objects to this request to the extent it calls for the disclosure of attorney-client privileged

24   information or information protected from disclosure by the work-product doctrine, joint

25   defense or common interest privilege, or other privilege. MGA also objects to this request

26   to the extent it seeks information the disclosure of which would implicate the rights of

27   third parties to protect private, confidential, proprietary or trade secret information. MGA

28   also objects to this request to the extent that it seeks documents not in MGA's possession,

19          MGA'S SUPPLEMENTAL RESPONSE TO
            1ST SET OF REQUEST FOR PRODUCTION
            OF DOCUMENTS

EXHIBIT 6 PAGE 112

1 custody or control.

2  Subject to the foregoing, MGA will produce non-privileged documents sufficient

3 to make the requested showing that are in its possession, custody or control, if any, which

4 it is able to locate following a reasonably diligent search.

5 **REQUEST FOR PRODUCTION NO. 20:**

6  DOCUMENTS sufficient to show the revenue and profits derived by YOU from

7 the sale by YOU or YOUR licensees of BRATZ DOLLS including, without limitation,

8 DOCUMENTS sufficient to show sales revenues, costs of goods sold, variable costs,

9 gross margins, royalties paid and received, gross profits and nets profits.

10 **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 20:**

11  MGA incorporates by reference the above-stated general objections as if fully set

12 forth herein. MGA also specifically objects to this request to the extent that it seeks

13 information not relevant to the subject matter of this lawsuit or reasonably calculated to

14 lead to the discovery of admissible evidence. MGA also objects to this request on the

15 grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents

16 that show the revenues and profits derived by MGA from the sale of all Bratz dolls by

17 MGA or its licensees. MGA also objects to this request on the grounds that it seeks

18 confidential, proprietary or commercially sensitive information, the disclosure of which

19 would be inimical to the business interests of MGA. MGA also objects to this request to

20 the extent it calls for the disclosure of attorney-client privileged information or

21 information protected from disclosure by the work-product doctrine, joint defense or

22 common interest privilege, or other privilege. MGA also objects to this request to the

23 extent it seeks information the disclosure of which would implicate the rights of third

24 parties to protect private, confidential, proprietary or trade secret information. MGA also

25 objects to this request to the extent that it seeks documents not in MGA's possession,

26 custody or control.

27  Subject to the foregoing, MGA will produce non-privileged documents sufficient

28 to make the requested showing that are in its possession, custody or control, if any, which

20

MGA'S SUPPLEMENTAL RESPONSE TO
1ST SET OF REQUEST FOR PRODUCTION
OF DOCUMENTS

EXHIBIT 6 PAGE 113

1  it is able to locate following a reasonably diligent search.

2  **REQUEST FOR PRODUCTION NO. 21:**

3      DOCUMENTS sufficient to show the number of units of each BRATZ PRODUCT

4  sold by YOU or YOUR licensees.

5  **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 21:**

6      MGA incorporates by reference the above-stated general objections as if fully set

7  forth herein.  MGA also specifically objects to this request to the extent that it seeks

8  information not relevant to the subject matter of this lawsuit or reasonably calculated to

9  lead to the discovery of admissible evidence.  MGA also objects to this request on the

10  grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents

11  that show, by product number or SKU, the revenue received by MGA from the sale of all

12  Bratz products sold to all customers by MGA or its licensees.  MGA also objects to this

13  request on the grounds that it seeks confidential, proprietary or commercially sensitive

14  information, the disclosure of which would be inimical to the business interests of MGA.

15  MGA also objects to this request to the extent it calls for the disclosure of attorney-client

16  privileged information or information protected from disclosure by the work-product

17  doctrine, joint defense or common interest privilege, or other privilege.  MGA also objects

18  to this request to the extent it seeks information the disclosure of which would implicate

19  the rights of third parties to protect private, confidential, proprietary or trade secret

20  information.  MGA also objects to this request to the extent that it seeks documents not in

21  MGA's possession, custody or control.

22      Subject to the foregoing, MGA will produce non-privileged documents sufficient

23  to make the requested showing that are in its possession, custody or control, if any, which

24  it is able to locate following a reasonably diligent search.

25  **REQUEST FOR PRODUCTION NO. 22:**

26      DOCUMENTS sufficient to show the revenue received by YOU from the sale of

27  each BRATZ PRODUCT sold by YOU or YOUR licensees.

28

21

MGA'S  SUPPLEMENTAL RESPONSE TO
1ST SET OF REQUEST FOR PRODUCTION
OF DOCUMENTS

EXHIBIT  6  PAGE  114

1   **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 22:**

2       MGA incorporates by reference the above-stated general objections as if fully set

3   forth herein. MGA also specifically objects to this request to the extent that it seeks

4   information not relevant to the subject matter of this lawsuit or reasonably calculated to

5   lead to the discovery of admissible evidence. MGA also objects to this request on the

6   grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents

7   that show the revenue received by MGA from the sale of all Bratz products by MGA or its

8   licensees. MGA also objects to this request on the grounds that it seeks confidential,

9   proprietary or commercially sensitive information, the disclosure of which would be

10  inimical to the business interests of MGA. MGA also objects to this request to the extent

11  it calls for the disclosure of attorney-client privileged information or information

12  protected from disclosure by the work-product doctrine, joint defense or common interest

13  privilege, or other privilege. MGA also objects to this request to the extent it seeks

14  information the disclosure of which would implicate the rights of third parties to protect

15  private, confidential, proprietary or trade secret information. MGA also objects to this

16  request to the extent that it seeks documents not in MGA's possession, custody or control.

17      Subject to the foregoing, MGA will produce non-privileged documents sufficient

18  to make the requested showing that are in its possession, custody or control, if any, which

19  it is able to locate following a reasonably diligent search.

20  **REQUEST FOR PRODUCTION NO. 23:**

21      DOCUMENTS sufficient to show YOUR cost of goods sold, unit cost and other

22  costs for each BRATZ PRODUCT sold by YOU or YOUR licensees.

23  **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 23:**

24      MGA incorporates by reference the above-stated general objections as if fully set

25  forth herein. MGA also specifically objects to this request to the extent that it seeks

26  information not relevant to the subject matter of this lawsuit or reasonably calculated to

27  lead to the discovery of admissible evidence. MGA also objects to this request on the

28  grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents

22

MGA'S SUPPLEMENTAL RESPONSE TO
1ST SET OF REQUEST FOR PRODUCTION
OF DOCUMENTS

EXHIBIT 6 PAGE 115

1  that show MGA's cost of goods sold, unit cost, and other costs for all Bratz products sold

2  by MGA or its licensees.  MGA also objects to this request on the grounds that it seeks

3  confidential, proprietary or commercially sensitive information, the disclosure of which

4  would be inimical to the business interests of MGA.  MGA also objects to this request to

5  the extent it calls for the disclosure of attorney-client privileged information or

6  information protected from disclosure by the work-product doctrine, joint defense or

7  common interest privilege, or other privilege.  MGA also objects to this request to the

8  extent it seeks information the disclosure of which would implicate the rights of third

9  parties to protect private, confidential, proprietary or trade secret information.  MGA also

10  objects to this request on the grounds that it is vague and ambiguous in that MGA cannot

11  determine what is meant by "other costs."  MGA also objects to this request to the extent

12  that it seeks documents not in MGA's possession, custody or control.

13      Subject to the foregoing, MGA will produce non-privileged documents sufficient

14  to make the requested showing that are in its possession, custody or control, if any, which

15  it is able to locate following a reasonably diligent search.

16  **REQUEST FOR PRODUCTION NO. 24:**

17      All DOCUMENTS that evidence, reflect or REFER OR RELATE TO YOUR

18  profits from the sale of each BRATZ PRODUCT sold by YOU or YOUR licensees.

19  **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 24:**

20      MGA incorporates by reference the above-stated general objections as if fully set

21  forth herein.  MGA also specifically objects to this request to the extent that it seeks

22  information not relevant to the subject matter of this lawsuit or reasonably calculated to

23  lead to the discovery of admissible evidence.  MGA also objects to this request on the

24  grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents

25  that evidence, reflect, or refer or relate to MGA's profits from the sale of all Bratz

26  products sold by MGA or its licensees.  MGA also objects to this request on the grounds

27  that it seeks confidential, proprietary or commercially sensitive information, the disclosure

28  of which would be inimical to the business interests of MGA.  MGA also objects to this

MGA'S  SUPPLEMENTAL RESPONSE TO
1ST SET OF REQUEST FOR PRODUCTION
OF DOCUMENTS

EXHIBIT _6_ PAGE _116_

1   request to the extent it calls for the disclosure of attorney-client privileged information or

2   information protected from disclosure by the work-product doctrine, joint defense or

3   common interest privilege, or other privilege. MGA also objects to this request to the

4   extent it seeks information the disclosure of which would implicate the rights of third

5   parties to protect private, confidential, proprietary or trade secret information. MGA also

6   objects to this request to the extent that it seeks documents not in MGA's possession,

7   custody or control.

8          Subject to the foregoing, MGA will produce documents that state MGA's profits

9   from the sale of each Bratz product sold by MGA or its licensees in its possession,

10  custody or control that it discovers in the course of its reasonable search and diligent

11  inquiry and to which no privilege, protection or other objection applies, including without

12  limitation, the attorney-client privilege or attorney work product doctrine.

13  **REQUEST FOR PRODUCTION NO. 25:**

14         DOCUMENTS sufficient to IDENTIFY all customers to whom YOU or YOUR

15  licensees have ever sold any BRATZ PRODUCT.

16  **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 25:**

17         MGA incorporates by reference the above-stated general objections as if fully set

18  forth herein. MGA also specifically objects to this request to the extent that it seeks

19  information not relevant to the subject matter of this lawsuit or reasonably calculated to

20  lead to the discovery of admissible evidence. MGA also objects to this request on the

21  grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents

22  that identify all customers to whom MGA or its licensees has ever sold any Bratz product.

23  MGA also objects to this request on the grounds that it seeks confidential, proprietary or

24  commercially sensitive information, the disclosure of which would be inimical to the

25  business interests of MGA. MGA also objects to this request to the extent it calls for the

26  disclosure of attorney-client privileged information or information protected from

27  disclosure by the work-product doctrine, joint defense or common interest privilege, or

28  other privilege. MGA also objects to this request to the extent it seeks information the

24
                        MGA'S  SUPPLEMENTAL RESPONSE TO
                        1ST SET OF REQUEST FOR PRODUCTION
                        OF DOCUMENTS

EXHIBIT  6  PAGE  117

1  disclosure of which would implicate the rights of third parties to protect private,

2  confidential, proprietary or trade secret information.  MGA also objects to this request to

3  the extent that it seeks documents not in MGA's possession, custody or control.

4      Subject to the foregoing, MGA will produce non-privileged documents sufficient

5  to make the requested showing that are in its possession, custody or control, if any, which

6  it is able to locate following a reasonably diligent search.

7  **REQUEST FOR PRODUCTION NO. 26:**

8      For each customer to whom YOU or YOUR licensees have ever sold any BRATZ

9  PRODUCT, DOCUMENTS sufficient to show the number of units of each such BRATZ

10  PRODUCT sold by YOU or YOUR licensees to that customer.

11  **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 26:**

12      MGA incorporates by reference the above-stated general objections as if fully set

13  forth herein.  MGA also specifically objects to this request to the extent that it seeks

14  information not relevant to the subject matter of this lawsuit or reasonably calculated to

15  lead to the discovery of admissible evidence.  MGA also objects to this request on the

16  grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents

17  that show the number of units of all Bratz products sold to all customers by MGA or its

18  licensees.  MGA also objects to this request on the grounds that it seeks confidential,

19  proprietary or commercially sensitive information, the disclosure of which would be

20  inimical to the business interests of MGA.  MGA also objects to this request to the extent

21  it calls for the disclosure of attorney-client privileged information or information

22  protected from disclosure by the work-product doctrine, joint defense or common interest

23  privilege, or other privilege.  MGA also objects to this request to the extent it seeks

24  information the disclosure of which would implicate the rights of third parties to protect

25  private, confidential, proprietary or trade secret information.  MGA also objects to this

26  request to the extent that it seeks documents not in MGA's possession, custody or control.

27      Subject to the foregoing, MGA will produce responsive and non-privileged

28  documents in its possession, custody or control, if any, that it is able to locate following a

25

MGA'S  SUPPLEMENTAL RESPONSE TO
1ST SET OF REQUEST FOR PRODUCTION
OF DOCUMENTS

EXHIBIT _6_ PAGE _118_

1  reasonably diligent search.

2  **REQUEST FOR PRODUCTION NO. 27:**

3      For each customer to whom YOU or YOUR licensees have ever sold any BRATZ

4  PRODUCT, documents sufficient to show the revenue received by YOU from each such

5  BRATZ PRODUCT sold by YOU or YOUR licensees to that customer.

6  **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 27:**

7      MGA incorporates by reference the above-stated general objections as if fully set

8  forth herein.  MGA also specifically objects to this request to the extent that it seeks

9  information not relevant to the subject matter of this lawsuit or reasonably calculated to

10  lead to the discovery of admissible evidence.  MGA also objects to this request on the

11  grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents

12  that show the revenue received by MGA from the sale of all Bratz products to all

13  customers by MGA or its licensees.  MGA also objects to this request on the grounds that

14  it seeks confidential, proprietary or commercially sensitive information, the disclosure of

15  which would be inimical to the business interests of MGA.  MGA also objects to this

16  request to the extent it calls for the disclosure of attorney-client privileged information or

17  information protected from disclosure by the work-product doctrine, joint defense or

18  common interest privilege, or other privilege.  MGA also objects to this request to the

19  extent it seeks information the disclosure of which would implicate the rights of third

20  parties to protect private, confidential, proprietary or trade secret information.  MGA also

21  objects to this request to the extent that it seeks documents not in MGA's possession,

22  custody or control.

23      Subject to the foregoing, MGA will produce non-privileged documents sufficient

24  to make the requested showing that are in its possession, custody or control, if any, which

25  it is able to locate following a reasonably diligent search.

26  **REQUEST FOR PRODUCTION NO. 28:**

27      For each customer to whom YOU or YOUR licensees have ever sold any BRATZ

28  PRODUCT, documents sufficient to show YOUR profits from each such BRATZ

26

MGA'S SUPPLEMENTAL RESPONSE TO
1ST SET OF REQUEST FOR PRODUCTION
OF DOCUMENTS

EXHIBIT 6 PAGE 119

1    PRODUCT sold by YOU or YOUR licensees to that customer.

2    **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 28:**

3           MGA incorporates by reference the above-stated general objections as if fully set

4    forth herein. MGA also specifically objects to this request to the extent that it seeks

5    information not relevant to the subject matter of this lawsuit or reasonably calculated to

6    lead to the discovery of admissible evidence. MGA also objects to this request on the

7    grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents

8    that show MGA's profits from the sale of all Bratz products to all customers by MGA or

9    its licensees. MGA also objects to this request on the grounds that it seeks confidential,

10   proprietary or commercially sensitive information, the disclosure of which would be

11   inimical to the business interests of MGA. MGA also objects to this request to the extent

12   it calls for the disclosure of attorney-client privileged information or information

13   protected from disclosure by the work-product doctrine, joint defense or common interest

14   privilege, or other privilege. MGA also objects to this request to the extent it seeks

15   information the disclosure of which would implicate the rights of third parties to protect

16   private, confidential, proprietary or trade secret information. MGA also objects to this

17   request to the extent that it seeks documents not in MGA's possession, custody or control.

18          Subject to the foregoing, MGA will produce non-privileged documents sufficient

19   to make the requested showing that are in its possession, custody or control, if any, which

20   it is able to locate following a reasonably diligent search.

21   **REQUEST FOR PRODUCTION NO. 29:**

22          DOCUMENTS sufficient to show customer returns to YOU of BRATZ

23   PRODUCTS sold or distributed by YOU or YOUR licensees.

24   **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 29:**

25          MGA incorporates by reference the above-stated general objections as if fully set

26   forth herein. MGA also specifically objects to this request to the extent that it seeks

27   information not relevant to the subject matter of this lawsuit or reasonably calculated to

28   lead to the discovery of admissible evidence. MGA also objects to this request on the

27                    MGA'S SUPPLEMENTAL RESPONSE TO
                      1ST SET OF REQUEST FOR PRODUCTION
                      OF DOCUMENTS

EXHIBIT _6_ PAGE _120_

1 | grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents
2 | that show customer returns to MGA of all Bratz products sold or distributed by MGA or
3 | its licensees. MGA also objects to this request on the grounds that it seeks confidential,
4 | proprietary or commercially sensitive information, the disclosure of which would be
5 | inimical to the business interests of MGA. MGA also objects to this request to the extent
6 | it calls for the disclosure of attorney-client privileged information or information
7 | protected from disclosure by the work-product doctrine, joint defense or common interest
8 | privilege, or other privilege. MGA also objects to this request to the extent it seeks
9 | information the disclosure of which would implicate the rights of third parties to protect
10 | private, confidential, proprietary or trade secret information. MGA also objects to this
11 | request to the extent that it seeks documents not in MGA's possession, custody or control.

12 | Subject to the foregoing, MGA will produce non-privileged documents sufficient
13 | to make the requested showing that are in its possession, custody or control, if any, which
14 | it is able to locate following a reasonably diligent search.

15 | **REQUEST FOR PRODUCTION NO. 30:**

16 | DOCUMENTS sufficient to show customer rebates and credits given by YOU or
17 | YOUR licensees to customers in connection with BRATZ DOLLS.

18 | **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 30:**

19 | Request 30 appears on its face to request information identical to request 12. If this
20 | is an accurate interpretation of request 30, MGA objects that request 30 is duplicative of
21 | request 12 and MGA also incorporates by reference its above-stated objections to request
22 | 12. If request 30 inadvertently requests information related to Bratz dolls and was instead
23 | intended to request information related to Bratz products, MGA has the following
24 | objections:

25 | MGA incorporates by reference the above-stated general objections as if fully set
26 | forth herein. MGA also specifically objects to this request to the extent that it seeks
27 | information not relevant to the subject matter of this lawsuit or reasonably calculated to
28 | lead to the discovery of admissible evidence. MGA also objects to this request on the

28

MGA'S SUPPLEMENTAL RESPONSE TO
1ST SET OF REQUEST FOR PRODUCTION
OF DOCUMENTS

EXHIBIT 6 PAGE 121

1   grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents

2   that show customer rebates and credits given by MGA or its licensees to all customers in

3   connection with Bratz products. MGA also objects to this request on the grounds that it

4   seeks confidential, proprietary or commercially sensitive information, the disclosure of

5   which would be inimical to the business interests of MGA. MGA also objects to this

6   request to the extent it calls for the disclosure of attorney-client privileged information or

7   information protected from disclosure by the work-product doctrine, joint defense or

8   common interest privilege, or other privilege. MGA also objects to this request to the

9   extent it seeks information the disclosure of which would implicate the rights of third

10  parties to protect private, confidential, proprietary or trade secret information. MGA also

11  objects to this request to the extent that it seeks documents not in MGA's possession,

12  custody or control.

13      Subject to the foregoing, MGA will produce non-privileged documents sufficient

14  to make the requested showing that are in its possession, custody or control, if any, which

15  it is able to locate following a reasonably diligent search.

16  **REQUEST FOR PRODUCTION NO. 31:**

17      DOCUMENTS sufficient to show, by product number of SKU, the number of units

18  of each BRATZ PRODUCT sold by YOU or YOUR licensees.

19  **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 31:**

20      MGA incorporates by reference the above-stated general objections as if fully set

21  forth herein. MGA also specifically objects to this request to the extent that it seeks

22  information not relevant to the subject matter of this lawsuit or reasonably calculated to

23  lead to the discovery of admissible evidence. MGA also objects to this request on the

24  grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents

25  that show, by product number or SKU, the number of units of all Bratz products sold by

26  MGA or its licensees. MGA also objects to this request on the grounds that it seeks

27  confidential, proprietary or commercially sensitive information, the disclosure of which

28  would be inimical to the business interests of MGA. MGA also objects to this request to

29              MGA'S SUPPLEMENTAL RESPONSE TO
                1ST SET OF REQUEST FOR PRODUCTION
                OF DOCUMENTS

EXHIBIT _6_ PAGE _122_

1   the extent it calls for the disclosure of attorney-client privileged information or

2   information protected from disclosure by the work-product doctrine, joint defense or

3   common interest privilege, or other privilege. MGA also objects to this request to the

4   extent it seeks information the disclosure of which would implicate the rights of third

5   parties to protect private, confidential, proprietary or trade secret information. MGA also

6   objects to this request to the extent that it seeks documents not in MGA's possession,

7   custody or control.

8         Subject to the foregoing, MGA will produce non-privileged documents sufficient

9   to make the requested showing that are in its possession, custody or control, if any, which

10  it is able to locate following a reasonably diligent search.

11  **REQUEST FOR PRODUCTION NO. 32:**

12        DOCUMENTS sufficient to show, by product or SKU, the revenue received by

13  YOU from the sale of each BRATZ PRODUCT sold by YOU or YOUR licensees.

14  **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 32:**

15        MGA incorporates by reference the above-stated general objections as if fully set

16  forth herein. MGA also specifically objects to this request to the extent that it seeks

17  information not relevant to the subject matter of this lawsuit or reasonably calculated to

18  lead to the discovery of admissible evidence. MGA also objects to this request on the

19  grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents

20  that show, by product number or SKU, the revenue received by MGA from the sale of all

21  Bratz products sold by MGA or its licensees. MGA also objects to this request on the

22  grounds that it seeks confidential, proprietary or commercially sensitive information, the

23  disclosure of which would be inimical to the business interests of MGA. MGA also

24  objects to this request to the extent it calls for the disclosure of attorney-client privileged

25  information or information protected from disclosure by the work-product doctrine, joint

26  defense or common interest privilege, or other privilege. MGA also objects to this request

27  to the extent it seeks information the disclosure of which would implicate the rights of

28  third parties to protect private, confidential, proprietary or trade secret information. MGA

30                          MGA'S  SUPPLEMENTAL RESPONSE TO
                            1ST SET OF REQUEST FOR PRODUCTION
                            OF DOCUMENTS

EXHIBIT __6__ PAGE __123__

1   also objects to this request to the extent that it seeks documents not in MGA's possession,

2   custody or control.

3       Subject to the foregoing, MGA will produce non-privileged documents sufficient

4   to make the requested showing that are in its possession, custody or control, if any, which

5   it is able to locate following a reasonably diligent search.

6   **REQUEST FOR PRODUCTION NO. 33:**

7       DOCUMENTS sufficient to show, by product number or SKU, YOUR cost of

8   goods sold, unit cost and other costs for each BRATZ PRODUCT sold by YOU or YOUR

9   licensees.

10  **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 33:**

11      MGA incorporates by reference the above-stated general objections as if fully set

12  forth herein.  MGA also specifically objects to this request to the extent that it seeks

13  information not relevant to the subject matter of this lawsuit or reasonably calculated to

14  lead to the discovery of admissible evidence.  MGA also objects to this request on the

15  grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents

16  that show, by product number or SKU, MGA's cost of goods sold, unit cost and other

17  costs for all Bratz products sold by MGA or its licensees.  MGA also objects to this

18  request on the grounds that it seeks confidential, proprietary or commercially sensitive

19  information, the disclosure of which would be inimical to the business interests of MGA.

20  MGA also objects to this request to the extent it calls for the disclosure of attorney-client

21  privileged information or information protected from disclosure by the work-product

22  doctrine, joint defense or common interest privilege, or other privilege.  MGA also objects

23  to this request to the extent it seeks information the disclosure of which would implicate

24  the rights of third parties to protect private, confidential, proprietary or trade secret

25  information.  MGA also objects to this request on the grounds that it is vague and

26  ambiguous in that MGA cannot determine what is meant by "other costs."  MGA also

27  objects to this request to the extent that it seeks documents not in MGA's possession,

28  custody or control.

31          MGA'S SUPPLEMENTAL RESPONSE TO
            1ST SET OF REQUEST FOR PRODUCTION
            OF DOCUMENTS

EXHIBIT __6__ PAGE _124_

1    Subject to the foregoing, MGA will produce non-privileged documents sufficient

2    to make the requested showing that are in its possession, custody or control, if any, which

3    it is able to locate following a reasonably diligent search.

4    **REQUEST FOR PRODUCTION NO. 34:**

5    All DOCUMENTS that evidence, reflect or REFER OR RELATE TO YOUR

6    profits, by product number or SKU, from the sale of each BRATZ PRODUCT sold by

7    YOU or YOUR licensees.

8    **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 34:**

9    MGA incorporates by reference the above-stated general objections as if fully set

10   forth herein. MGA also specifically objects to this request to the extent that it seeks

11   information not relevant to the subject matter of this lawsuit or reasonably calculated to

12   lead to the discovery of admissible evidence. MGA also objects to this request on the

13   grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents

14   that reflect or refer or relate, by product number or SKU, to MGA's profits from the sale

15   of all Bratz products by MGA or its licensees. MGA also objects to this request on the

16   grounds that it seeks confidential, proprietary or commercially sensitive information, the

17   disclosure of which would be inimical to the business interests of MGA. MGA also

18   objects to this request to the extent it calls for the disclosure of attorney-client privileged

19   information or information protected from disclosure by the work-product doctrine, joint

20   defense or common interest privilege, or other privilege. MGA also objects to this request

21   to the extent it seeks information the disclosure of which would implicate the rights of

22   third parties to protect private, confidential, proprietary or trade secret information. MGA

23   also objects to this request to the extent that it seeks documents not in MGA's possession,

24   custody or control.

25   Subject to the foregoing, MGA will produce documents that state MGA's profits

26   by product number or SKU from the sale of each Bratz product sold by MGA or its

27   licensees in its possession, custody or control that it discovers in the course of its

28   reasonable search and diligent inquiry and to which no privilege, protection or other

32

MGA'S SUPPLEMENTAL RESPONSE TO
1ST SET OF REQUEST FOR PRODUCTION
OF DOCUMENTS

EXHIBIT __6__ PAGE __125__

1  objection applies, including without limitation, the attorney-client privilege or attorney

2  work product doctrine.

3  **REQUEST FOR PRODUCTION NO. 35:**

4  For each customer to whom YOU or YOUR licensees have ever sold any BRATZ

5  PRODUCT, DOCUMENTS sufficient to show, by product number or SKU, the number

6  of units of each such BRATZ PRODUCT sold by YOU or YOUR licensees to that

7  customer.

8  **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 35:**

9  MGA incorporates by reference the above-stated general objections as if fully set

10  forth herein. MGA also specifically objects to this request to the extent that it seeks

11  information not relevant to the subject matter of this lawsuit or reasonably calculated to

12  lead to the discovery of admissible evidence. MGA also objects to this request on the

13  grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents

14  that show the number of units of all Bratz products sold by MGA or its licensees to every

15  customer to whom MGA or its licensees have ever sold any Bratz products. MGA also

16  objects to this request on the grounds that it seeks confidential, proprietary or

17  commercially sensitive information, the disclosure of which would be inimical to the

18  business interests of MGA. MGA also objects to this request to the extent it calls for the

19  disclosure of attorney-client privileged information or information protected from

20  disclosure by the work-product doctrine, joint defense or common interest privilege, or

21  other privilege. MGA also objects to this request to the extent it seeks information the

22  disclosure of which would implicate the rights of third parties to protect private,

23  confidential, proprietary or trade secret information. MGA also objects to this request to

24  the extent that it seeks documents not in MGA's possession, custody or control.

25  Subject to the foregoing, MGA will produce non-privileged documents sufficient

26  to make the requested showing that are in its possession, custody or control, if any, which

27  it is able to locate following a reasonably diligent search.

28

33

MGA'S SUPPLEMENTAL RESPONSE TO
1ST SET OF REQUEST FOR PRODUCTION
OF DOCUMENTS

EXHIBIT 6 PAGE 126

1   **REQUEST FOR PRODUCTION NO. 36:**

2       For each customer to whom YOU or YOUR licensees have ever sold any BRATZ

3   PRODUCT, DOCUMENTS sufficient to show, by product number or SKU, the revenue

4   received by YOU from each such BRATZ PRODUCT sold by YOU or YOUR licensees

5   to that customer.

6   **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 36:**

7       MGA incorporates by reference the above-stated general objections as if fully set

8   forth herein.  MGA also specifically objects to this request to the extent that it seeks

9   information not relevant to the subject matter of this lawsuit or reasonably calculated to

10   lead to the discovery of admissible evidence.  MGA also objects to this request on the

11   grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents

12   that show the revenue received by MGA from all Bratz products sold by MGA or its

13   licensees to every customer to whom MGA or its licenses have ever sold any Bratz

14   products.  MGA also objects to this request on the grounds that it seeks confidential,

15   proprietary or commercially sensitive information, the disclosure of which would be

16   inimical to the business interests of MGA.  MGA also objects to this request to the extent

17   it calls for the disclosure of attorney-client privileged information or information

18   protected from disclosure by the work-product doctrine, joint defense or common interest

19   privilege, or other privilege.  MGA also objects to this request to the extent it seeks

20   information the disclosure of which would implicate the rights of third parties to protect

21   private, confidential, proprietary or trade secret information.  MGA also objects to this

22   request to the extent that it seeks documents not in MGA's possession, custody or control.

23       Subject to the foregoing, MGA will produce non-privileged documents sufficient

24   to make the requested showing that are in its possession, custody or control, if any, which

25   it is able to locate following a reasonably diligent search.

26   **REQUEST FOR PRODUCTION NO. 37:**

27       DOCUMENTS sufficient to show the revenue and profits derived by YOU from

28   the sale by YOU or YOUR licensees of BRATZ PRODUCTS including, without

34      MGA'S  SUPPLEMENTAL RESPONSE TO
1ST SET OF REQUEST FOR PRODUCTION
OF DOCUMENTS

EXHIBIT __6__ PAGE _127_

1   limitation, DOCUMENTS sufficient to show sales revenues, costs of goods sold, variable

2   costs, gross margins, royalties paid and received, gross profits and nets profits.

3   **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 37:**

4        MGA incorporates by reference the above-stated general objections as if fully set

5   forth herein. MGA also specifically objects to this request to the extent that it seeks

6   information not relevant to the subject matter of this lawsuit or reasonably calculated to

7   lead to the discovery of admissible evidence. MGA also objects to this request on the

8   grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents

9   that show the revenues and profits derived by MGA from the sale of all Bratz products by

10  MGA or its licensees. MGA also objects to this request on the grounds that it seeks

11  confidential, proprietary or commercially sensitive information, the disclosure of which

12  would be inimical to the business interests of MGA. MGA also objects to this request to

13  the extent it calls for the disclosure of attorney-client privileged information or

14  information protected from disclosure by the work-product doctrine, joint defense or

15  common interest privilege, or other privilege. MGA also objects to this request to the

16  extent it seeks information the disclosure of which would implicate the rights of third

17  parties to protect private, confidential, proprietary or trade secret information. MGA also

18  objects to this request to the extent that it seeks documents not in MGA's possession,

19  custody or control.

20       Subject to the foregoing, MGA will produce non-privileged documents sufficient

21  to make the requested showing that are in its possession, custody or control, if any, which

22  it is able to locate following a reasonably diligent search.

23  **REQUEST FOR PRODUCTION NO. 38:**

24       DOCUMENTS sufficient to show the revenue and profits derived by YOU from

25  BRATZ MOVIES including, without limitation, DOCUMENTS sufficient to show sales

26  revenue, costs of goods sold, variable costs, gross margins, royalties paid and received,

27  gross profits and nets profits.

28

35    MGA'S SUPPLEMENTAL RESPONSE TO
1ST SET OF REQUEST FOR PRODUCTION
OF DOCUMENTS

EXHIBIT ___6___ PAGE _128_

1   **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 38:**

2       MGA incorporates by reference the above-stated general objections as if fully set

3   forth herein. MGA also specifically objects to this request to the extent that it seeks

4   information not relevant to the subject matter of this lawsuit or reasonably calculated to

5   lead to the discovery of admissible evidence. MGA also objects to this request on the

6   grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents

7   that show the revenues and profits derived by MGA from Bratz movies. MGA also

8   objects to this request on the grounds that it seeks confidential, proprietary or

9   commercially sensitive information, the disclosure of which would be inimical to the

10  business interests of MGA. MGA also objects to this request to the extent it calls for the

11  disclosure of attorney-client privileged information or information protected from

12  disclosure by the work-product doctrine, joint defense or common interest privilege, or

13  other privilege. MGA also objects to this request to the extent it seeks information the

14  disclosure of which would implicate the rights of third parties to protect private,

15  confidential, proprietary or trade secret information. MGA also objects to this request to

16  the extent that it seeks documents not in MGA's possession, custody or control.

17      Subject to the foregoing, MGA will produce non-privileged documents sufficient

18  to make the requested showing that are in its possession, custody or control, if any, which

19  it is able to locate following a reasonably diligent search.

20  **REQUEST FOR PRODUCTION NO. 39:**

21      DOCUMENTS sufficient to show the revenue and profits derived by YOU from

22  BRATZ TELEVISION SHOWS including, without limitation, DOCUMENTS sufficient

23  to show sales revenue, costs of goods sold, variable costs, gross margins, royalties paid

24  and received, gross profits and nets profits.

25  **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 39:**

26      MGA incorporates by reference the above-stated general objections as if fully set

27  forth herein. MGA also specifically objects to this request to the extent that it seeks

28  information not relevant to the subject matter of this lawsuit or reasonably calculated to

1  lead to the discovery of admissible evidence. MGA also objects to this request on the
2  grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents
3  that show the revenues and profits derived by MGA from Bratz television shows. MGA
4  also objects to this request on the grounds that it seeks confidential, proprietary or
5  commercially sensitive information, the disclosure of which would be inimical to the
6  business interests of MGA. MGA also objects to this request to the extent it calls for the
7  disclosure of attorney-client privileged information or information protected from
8  disclosure by the work-product doctrine, joint defense or common interest privilege, or
9  other privilege. MGA also objects to this request to the extent it seeks information the
10 disclosure of which would implicate the rights of third parties to protect private,
11 confidential, proprietary or trade secret information. MGA also objects to this request to
12 the extent that it seeks documents not in MGA's possession, custody or control.

13      Subject to the foregoing, MGA will produce non-privileged documents sufficient
14 to make the requested showing that are in its possession, custody or control, if any, which
15 it is able to locate following a reasonably diligent search.

16 **REQUEST FOR PRODUCTION NO. 40:**

17      All DOCUMENTS that describe YOUR cost allocation procedures.

18 **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 40:**

19      MGA incorporates by reference the above-stated general objections as if fully set
20 forth herein. MGA also specifically objects to this request to the extent that it seeks
21 information not relevant to the subject matter of this lawsuit or reasonably calculated to
22 lead to the discovery of admissible evidence. MGA also objects to this request on the
23 grounds that it is overbroad, unduly burdensome, and oppressive in seeking all documents
24 that describe MGA's cost allocation procedures. MGA also objects to this request on the
25 grounds that it seeks confidential, proprietary or commercially sensitive information, the
26 disclosure of which would be inimical to the business interests of MGA. MGA also
27 objects to this request to the extent it calls for the disclosure of attorney-client privileged
28 information or information protected from disclosure by the work-product doctrine, joint

37

MGA'S SUPPLEMENTAL RESPONSE TO
1ST SET OF REQUEST FOR PRODUCTION
OF DOCUMENTS

EXHIBIT 6 PAGE 130

1   defense or common interest privilege, or other privilege.  MGA also objects to this request

2   to the extent it seeks information the disclosure of which would implicate the rights of

3   third parties to protect private, confidential, proprietary or trade secret information.  MGA

4   also objects to this request on the grounds that it is vague and ambiguous in that MGA

5   cannot determine what is meant by "cost allocation procedures."  MGA also objects to

6   this request to the extent that it seeks documents not in MGA's possession, custody or

7   control.

8           Subject to the foregoing, MGA will produce all responsive and non-privileged

9   documents in its possession, custody or control, if any, that it is able to locate following a

10  reasonably diligent search.

11  **REQUEST FOR PRODUCTION NO. 41:**

12          YOUR general ledgers from January 1, 1995 through the present.

13  **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 41:**

14          MGA incorporates by reference the above-stated general objections as if fully set

15  forth herein.  MGA also specifically objects to this request to the extent that it seeks

16  information not relevant to the subject matter of this lawsuit or reasonably calculated to

17  lead to the discovery of admissible evidence.  MGA also objects to this request on the

18  grounds that it is overbroad, unduly burdensome, and oppressive in seeking all of MGA's

19  general ledgers from January 1, 1995 through the present.  MGA also objects to this

20  request on the grounds that it seeks confidential, proprietary or commercially sensitive

21  information, the disclosure of which would be inimical to the business interests of MGA.

22  MGA also objects to this request to the extent it calls for the disclosure of attorney-client

23  privileged information or information protected from disclosure by the work-product

24  doctrine, joint defense or common interest privilege, or other privilege.  MGA also objects

25  to this request to the extent it seeks information the disclosure of which would implicate

26  the rights of third parties to protect private, confidential, proprietary or trade secret

27  information.  MGA also objects to this request to the extent that it seeks documents not in

28  MGA's possession, custody or control.

38          MGA'S SUPPLEMENTAL RESPONSE TO
                1ST SET OF REQUEST FOR PRODUCTION
                OF DOCUMENTS

EXHIBIT 6 PAGE 131

1    Subject to the foregoing, MGA will produce all non-privileged documents

2    constituting general ledgers from January 1, 1995 to the present in its possession, custody

3    or control that it is able to locate following a reasonably diligent search.

4    **REQUEST FOR PRODUCTION NO. 42:**

5    All sales, profit and cash flow projections or forecasts for BRATZ DOLLS,

6    BRATZ PRODUCTS, BRATZ MOVIES and BRATZ TELEVISION SHOWS.

7    **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 42:**

8    MGA incorporates by reference the above-stated general objections as if fully set

9    forth herein. MGA also specifically objects to this request to the extent that it seeks

10   information not relevant to the subject matter of this lawsuit or reasonably calculated to

11   lead to the discovery of admissible evidence. MGA also objects to this request on the

12   grounds that it is overbroad, unduly burdensome, and oppressive in seeking all of MGA's

13   profit and cash flow projections and forecasts for Bratz dolls, Bratz products, Bratz

14   movies, and Bratz television shows. MGA also objects to this request on the grounds that

15   it seeks confidential, proprietary or commercially sensitive information, the disclosure of

16   which would be inimical to the business interests of MGA. MGA also objects to this

17   request to the extent it calls for the disclosure of attorney-client privileged information or

18   information protected from disclosure by the work-product doctrine, joint defense or

19   common interest privilege, or other privilege. MGA also objects to this request to the

20   extent it seeks information the disclosure of which would implicate the rights of third

21   parties to protect private, confidential, proprietary or trade secret information. MGA also

22   objects to this request to the extent that it seeks documents not in MGA's possession,

23   custody or control.

24   Subject to the foregoing, MGA will produce all responsive and non-privileged

25   documents in its possession, custody or control, if any, that it is able to locate following a

26   reasonably diligent search.

27   **REQUEST FOR PRODUCTION NO. 43:**

28   All DOCUMENTS that REFER OR RELATE TO the value of the Bratz brand.

39

MGA'S SUPPLEMENTAL RESPONSE TO
1ST SET OF REQUEST FOR PRODUCTION
OF DOCUMENTS

EXHIBIT 6 PAGE 132

1 | **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 43:**

2       MGA incorporates by reference the above-stated general objections as if fully set

3 forth herein.  MGA also specifically objects to this request to the extent that it seeks

4 information not relevant to the subject matter of this lawsuit or reasonably calculated to

5 lead to the discovery of admissible evidence.  MGA also objects to this request on the

6 grounds that it is overbroad, unduly burdensome, and oppressive in seeking all documents

7 that refer or relate to the value of the Bratz brand.  MGA also objects to this request on the

8 grounds that it seeks confidential, proprietary or commercially sensitive information, the

9 disclosure of which would be inimical to the business interests of MGA.  MGA also

10 objects to this request to the extent it calls for the disclosure of attorney-client privileged

11 information or information protected from disclosure by the work-product doctrine, joint

12 defense or common interest privilege, or other privilege.  MGA also objects to this request

13 to the extent it seeks information the disclosure of which would implicate the rights of

14 third parties to protect private, confidential, proprietary or trade secret information.  MGA

15 also objects to this request on the grounds that it is vague and ambiguous in that MGA

16 cannot determine what is meant by or how to calculate "the value of the Bratz brand."

17 MGA also objects to this request to the extent that it seeks documents not in MGA's

18 possession, custody or control.

19       Subject to the foregoing, MGA will produce: all non-privileged documents that set

20 forth the value of the Bratz brand in its possession, custody or control, that it is able to

21 locate following a reasonably diligent search; in addition to the documents that MGA

22 represents it will produce in response to each of these other requests.

23 | **REQUEST FOR PRODUCTION NO. 44:**

24       DOCUMENTS sufficient to calculate YOUR net worth on a yearly basis for each

25 year from 1999 to the present.

26 | **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 44:**

27       MGA incorporates by reference the above-stated general objections as if fully set

28 forth herein.  MGA also specifically objects to this request to the extent that it seeks

40

MGA'S  SUPPLEMENTAL RESPONSE TO
1ST SET OF REQUEST FOR PRODUCTION
OF DOCUMENTS

EXHIBIT __6__ PAGE _133_

1   information not relevant to the subject matter of this lawsuit or reasonably calculated to

2   lead to the discovery of admissible evidence.  MGA also objects to this request on the

3   grounds that it is overbroad, unduly burdensome, and oppressive in seeking all documents

4   sufficient to calculate MGA's net worth on a yearly basis for each year from 1999 to the

5   present.  MGA also objects to this request on the grounds that it seeks confidential,

6   proprietary or commercially sensitive information, the disclosure of which would be

7   inimical to the business interests of MGA.  MGA also objects to this request to the extent

8   it calls for the disclosure of attorney-client privileged information or information

9   protected from disclosure by the work-product doctrine, joint defense or common interest

10  privilege, or other privilege.  MGA also objects to this request to the extent it seeks

11  information the disclosure of which would implicate the rights of third parties to protect

12  private, confidential, proprietary or trade secret information.  MGA also objects to this

13  request on the grounds that it is vague and ambiguous in that MGA cannot determine what

14  is meant by "YOUR net worth."  MGA also objects to this request to the extent that it

15  seeks documents not in MGA's possession, custody or control.

16       Subject to the foregoing, MGA will produce: all non-privileged documents that set

17  forth, discuss or talk about the value of the Bratz brand in its possession, custody or

18  control, that it is able to locate following a reasonably diligent search; in addition to all

19  documents that MGA represents it will produce in response to each of these other

20  requests.

21  **REQUEST FOR PRODUCTION NO. 45:**

22       All DOCUMENTS that evidence, reflect or REFER OR RELATE TO the BRATZ

23  DOLL's share of the fashion doll market including, without limitation, the extent to which

24  Bratz has been or is gaining or losing market share in the fashion doll market.

25  **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 45:**

26       MGA incorporates by reference the above-stated general objections as if fully set

27  forth herein.  MGA also specifically objects to this request to the extent that it seeks

28  information not relevant to the subject matter of this lawsuit or reasonably calculated to

41                  MGA'S SUPPLEMENTAL RESPONSE TO
                    1ST SET OF REQUEST FOR PRODUCTION
                    OF DOCUMENTS

EXHIBIT  6  PAGE 134

1    lead to the discovery of admissible evidence.  MGA also objects to this request on the

2    grounds that it is overbroad, unduly burdensome, and oppressive in seeking all documents

3    that evidence, reflect or refer or relate to the Bratz doll's share of the fashion doll market,

4    including the extent to which Bratz has been or is gaining or losing market share in the

5    fashion doll market.  MGA also objects to this request on the grounds that it seeks

6    confidential, proprietary or commercially sensitive information, the disclosure of which

7    would be inimical to the business interests of MGA.  MGA also objects to this request to

8    the extent it calls for the disclosure of attorney-client privileged information or

9    information protected from disclosure by the work-product doctrine, joint defense or

10   common interest privilege, or other privilege.  MGA also objects to this request to the

11   extent it seeks information the disclosure of which would implicate the rights of third

12   parties to protect private, confidential, proprietary or trade secret information.  MGA also

13   objects to this request to the extent that it seeks documents not in MGA's possession,

14   custody or control.

15        Subject to the foregoing, MGA will produce all non-privileged documents that set

16   forth or reflect the Bratz dolls' share of the fashion doll market in its possession, custody

17   or control, if any, that it is able to locate following a reasonably diligent search, except for

18   NPD reports.

19

20

21

22

23

24

25

26

27

28

                                        42        MGA'S  SUPPLEMENTAL RESPONSE TO
                                                  1ST SET OF REQUEST FOR PRODUCTION
                                                                OF DOCUMENTS

EXHIBIT ___6___ PAGE /35

AS TO OBJECTIONS ONLY:

Dated: September 17, 2007

DIANA M. TORRES
WILLIAM J. CHARRON

O'MELVENY & MYERS LLP

By: _____
        William J. Charron

Attorneys for MGA Entertainment, Inc.

CCI:770696.2

43

MGA'S  SUPPLEMENTAL RESPONSE TO
1ST SET OF REQUEST FOR PRODUCTION
OF DOCUMENTS

EXHIBIT __6__ PAGE 136