QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Hon. Edward Infante (Ret.) Pursuant To The Court's Order Of December 6, 2006]**<br><br>[PUBLIC REDACTED] DECLARATION OF SCOTT B. KIDMAN IN SUPPORT OF MATTEL, INC.'S MOTION TO ENFORCE COURT'S AUGUST 20, 2007 ORDER REQUIRING CARTER BRYANT TO ANSWER REQUESTS FOR ADMISSION<br><br>Hearing Date: TBA<br>Time: TBA<br>Place: TBA<br><br>**Phase 1:**<br><br>Discovery Cut-off: January 14, 2008<br>Pre-trial Conference: April 7, 2008<br>Trial Date: April 29, 2008 |

07209/2304007.1

KIDMAN DECLARATION ISO MATTEL INC.'S MOTION TO ENFORCE COURT'S AUGUST 20, 2007 ORDER

I, Scott B. Kidman, declare as follows:

1. I am a member of the bar of the State of California and a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. Attached as Exhibit 1 is a true and correct copy of Mattel, Inc.'s Third Set of Requests for Admission to Carter Bryant, dated February 28, 2007.

3. Attached as Exhibit 2 is a true and correct copy of Carter Bryant's Responses to Mattel's Third Set of Requests for Admission, dated March 30, 2007.

4. Attached as Exhibit 3 is a true and correct copy of a letter from my colleague Michael T. Zeller to Douglas A. Wickham, counsel for Carter Bryant, dated April 25, 2007.

5. Attached as Exhibit 4 is a true and correct copy of a letter from Christa Anderson, counsel for Carter Bryant, to Michael T. Zeller, dated May 15, 2007.

6. Attached as Exhibit 5 is a true and correct copy of Carter Bryant's Supplemental and Amended Responses to Mattel, Inc.'s Third Set of Requests for Admission, dated May 29, 2007.

7. During the parties' meet and confer conference on June 5, 2007, John Trinidad, counsel for Carter Bryant, indicated that Bryant would stand on his objections to Request Nos. 100, 106, 112, 118, 126, 127, 129, 131, 133, 135, 137, 139, 141 and 143 as set forth in Bryant's Supplemental and Amended Responses to Mattel's Third Set of Requests for Admission, and refused to answer.

8. Attached as Exhibit 6 is a true and correct copy of Mattel, Inc.'s Notice of Motion and Motion to Compel Carter Bryant to Answer Requests for Admission or to Order Requests Admitted and for Monetary Sanctions, dated June 26, 2007.

9. Attached as Exhibit 7 is a true and correct copy of the Discovery Master's Order Granting Mattel's Motion to Compel Carter Bryant to Answer Requests for Admission or to Order Requests Admitted; Denying Request for Monetary Sanctions, dated August 20, 2007.

10. Attached as Exhibit 8 is a true and correct copy of Carter Bryant's Fourth Supplemental and Amended Responses to Mattel, Inc.'s Third Set of Requests for Admission to Carter Bryant, dated August 30, 3007.

11. Attached as Exhibit 9 is a true and correct copy of a letter I sent to John Trinidad on October 4, 2007.

12. I met and conferred with John Trinidad, counsel for Carter Bryant, on or about October 11, 2007 and thereafter. During the meet and confer, I objected to Carter Bryant's Supplemental Responses, dated August 30, 2007, and noted that they failed to comply with Mr. Bryant's obligations under the Discovery Master's Order. Mr. Trinidad stated that Mr. Bryant would stand on his responses, and refused to admit or deny the requests.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 27th day of November, 2007, at Los Angeles, California.

      /s/ Scott B. Kidman
      Scott B. Kidman