1  information subject to the attorney-client privilege, the work product doctrine, and other
2  applicable privileges.
3
4  **REQUEST FOR ADMISSION NO. 119:**
5  Admit that, before THIS ACTION was filed, MGA represented to the U. S. Copyright
6  Office that the work registered as V A 1-090-290 was created in 2000.
7  **RESPONSE TO REQUEST FOR ADMISSION NO. 119:**
8  Bryant incorporates by reference the above-stated general objections as if fully set forth
9  herein. Bryant specifically objects to this request on the grounds it calls for the disclosure of
10 information subject to the attorney-client privilege, the work product doctrine, and other
11 applicable privileges. Bryant also objects to this request on the grounds that it seeks information
12 about a statement that is incomplete and/or out of context. Bryant specifically objects to this
13 request on the grounds that it calls for Bryant to speculate about matters to which Bryant lacks
14 personal knowledge.
15 Subject to and without waiving the foregoing general and specific objections, Bryant
16 responds to this request by incorporating MGA's response to Request Number 215 in Mattel's
17 Third Set of Requests for Admissions, served on MGA by Mattel, as follows: MGA admits the
18 request, and Bryant is presently unaware of any facts which refute that response.
19
20 **REQUEST FOR ADMISSION NO. 120:**
21 Admit that, after THIS ACTION was filed, MGA filed with the U.S. Copyright office a
22 Form CA stating that the work registered as V A 1-090-290 was created in 2001.
23 **RESPONSE TO REQUEST FOR ADMISSION NO. 120:**
24 Bryant incorporates by reference the above-stated general objections as if fully set forth
25 herein. Bryant specifically objects to this request on the grounds it calls for the disclosure of
26 information subject to the attorney-client privilege, the work product doctrine, and other
27 applicable privileges. Bryant specifically object to this request on the grounds that the document
28

49

EXHIBIT 5 PAGE 333

speaks for itself. Bryant specifically objects to this request on the grounds that it calls for Bryant to speculate about matters to which Bryant lacks personal knowledge.

Subject to and without waiving the foregoing general and specific objections, Bryant responds to this request by incorporating MGA's response to Request Number 216 in Mattel's Third Set of Requests for Admissions, served on MGA by Mattel, as follows: MGA admits the request, and Bryant is presently unaware of any facts which refute that response.

**REQUEST FOR ADMISSION NO. 121:**

Admit that the work registered as V A 1-090-290 was created in 2000.

**RESPONSE TO REQUEST FOR ADMISSION NO. 121:**

Bryant incorporates by reference the above-stated general objections as if fully set forth herein. Bryant specifically objects to this request on the grounds it calls for the disclosure of information subject to the attorney-client privilege, the work product doctrine, and other applicable privileges. Bryant specifically objects to this request on the grounds that it calls for a legal conclusion.

Subject to and without waiving the foregoing general and specific objections, Bryant responds to this request by incorporating MGA's response to Request Number 217 in Mattel's Third Set of Requests for Admissions, served on MGA by Mattel, as follows: MGA denies the request, and Bryant is presently unaware of any facts which refute that response.

**REQUEST FOR ADMISSION NO. 122:**

Admit that the doll that is depicted in the deposit for registration V A 1-090-290 was created in 2000.

**RESPONSE TO REQUEST FOR ADMISSION NO. 122:**

Bryant incorporates by reference the above-stated general objections as if fully set forth herein. Bryant specifically objects to this request on the grounds it calls for the disclosure of information subject to the attorney-client privilege, the work product doctrine, and other

50

EXHIBIT 5 PAGE 334

1 | applicable privileges. Bryant specifically objects to this request on the grounds that it calls for a
2 | legal conclusion.

3 | Subject to and without waiving the foregoing general and specific objections, Bryant
4 | responds to this request by incorporating MGA's response to Request Number 218 in Mattel's
5 | Third Set of Requests for Admissions, served on MGA by Mattel, as follows: MGA denies the
6 | request, and Bryant is presently unaware of any facts which refute that response.

7 |

8 | **REQUEST FOR ADMISSION NO. 123:**

9 | Admit that, before THIS ACTION was filed, MGA represented to the U. S. Copyright
10 | Office that the work registered as V A 1-148-305 was created in 2000.

11 | **RESPONSE TO REQUEST FOR ADMISSION NO. 123:**

12 | Bryant incorporates by reference the above-stated general objections as if fully set forth
13 | herein. Bryant specifically objects to this request on the grounds it calls for the disclosure of
14 | information subject to the attorney-client privilege, the work product doctrine, and other
15 | applicable privileges. Bryant also objects to this request on the grounds that it seeks information
16 | about a statement that is incomplete and/or out of context. Bryant specifically objects to this
17 | request on the grounds that it calls for Bryant to speculate about matters to which Bryant lacks
18 | personal knowledge.

19 | Subject to and without waiving the foregoing general and specific objections, Bryant
20 | responds to this request by incorporating MGA's response to Request Number 219 in Mattel's
21 | Third Set of Requests for Admissions, served on MGA by Mattel, as follows: MGA admits the
22 | request, and Bryant is presently unaware of any facts which refute that response.

23 |

24 | **REQUEST FOR ADMISSION NO. 124:**

25 | Admit that, after THIS ACTION was filed, MGA filed with the U.S. Copyright Office a
26 | Form CA stating the work registered as V A 1-148-305 was created in 2001.

27 |
28 | 51


EXHIBIT 5 PAGE 335

**RESPONSE TO REQUEST FOR ADMISSION NO. 124:**

Bryant incorporates by reference the above-stated general objections as if fully set forth herein. Bryant specifically objects to this request on the grounds it calls for the disclosure of information subject to the attorney-client privilege, the work product doctrine, and other applicable privileges. Bryant specifically object to this request on the grounds that the document speaks for itself. Bryant specifically objects to this request on the grounds that it calls for Bryant to speculate about matters to which Bryant lacks personal knowledge.

Subject to and without waiving the foregoing general and specific objections, Bryant responds to this request by incorporating MGA's response to Request Number 220 in Mattel's Third Set of Requests for Admissions, served on MGA by Mattel, as follows: MGA admits the request, and Bryant is presently unaware of any facts which refute that response.

**REQUEST FOR ADMISSION NO. 125:**

Admit that the work registered as V A 1-148-305 was created in 2000.

**RESPONSE TO REQUEST FOR ADMISSION NO. 125:**

Bryant incorporates by reference the above-stated general objections as if fully set forth herein. Bryant specifically objects to this request on the grounds it calls for the disclosure of information subject to the attorney-client privilege, the work product doctrine, and other applicable privileges. Bryant specifically objects to this request on the grounds that it calls for a legal conclusion.

Subject to and without waiving the foregoing general and specific objections, Bryant responds to this request by incorporating MGA's response to Request Number 221 in Mattel's Third Set of Requests for Admissions, served on MGA by Mattel, as follows: MGA denies the request, and Bryant is presently unaware of any facts which refute that response.

**REQUEST FOR ADMISSION NO. 126:**

Admit that the work registered as V A 1-148-305 is a derivative work.

52

EXHIBIT 5 PAGE 336

**RESPONSE TO REQUEST FOR ADMISSION NO. 126:**

Bryant incorporates by reference the above-stated general objections as if fully set forth herein. Bryant specifically objects to this request on the grounds it calls for a legal conclusion. Bryant also specifically objects to this request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the work product doctrine, and other applicable privileges.

**REQUEST FOR ADMISSION NO. 127:**

Admit that the work registered as V A 1-148-305 is a derivative of BRYANT00278 and BRYANT01071.

**RESPONSE TO REQUEST FOR ADMISSION NO. 127:**

Bryant incorporates by reference the above-stated general objections as if fully set forth herein. Bryant specifically objects to this request on the grounds it calls for a legal conclusion. Bryant also specifically objects to this request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the work product doctrine, and other applicable privileges.

**REQUEST FOR ADMISSION NO. 128:**

Admit that MGA represented to the U.S. Copyright Office that the work registered as V A 1-340-165 is a derivative of the works registered as V A 1-218-487, V A 1-218-488, V A 1-218-489, V A 1-218-490, V A 1-218-491, V A 1-301-530, V A 1-301-528, V A 1-301-531 and V A 1-301-532.

**RESPONSE TO REQUEST FOR ADMISSION NO. 128:**

Bryant incorporates by reference the above-stated general objections as if fully set forth herein. Bryant specifically objects to this request on the grounds it calls for the disclosure of information subject to the attorney-client privilege, the work product doctrine, and other applicable privileges. Bryant also objects to this request on the grounds that it seeks information

53

EXHIBIT 5 PAGE 337

1 | about a statement that is incomplete and/or out of context. Bryant specifically objects to this
2 | request on the grounds that it calls for Bryant to speculate about matters to which Bryant lacks
3 | personal knowledge.
4 | Subject to and without waiving the foregoing general and specific objections, Bryant
5 | responds to this request by incorporating MGA's response to Request Number 225 in Mattel's
6 | Third Set of Requests for Admissions, served on MGA by Mattel, as follows: MGA admits the
7 | request, and Bryant is presently unaware of any facts which refute that response.

**REQUEST FOR ADMISSION NO. 129:**

Admit that the work registered as V A 1-340-165 is a derivative of the works registered as V A 1-218-487, V A 1-218-488, V A 1-218-489, V A 1-218-490, V A 1-218-491, V A 1-301-530, V A 1-301-528, V A 1-301-531 and V A 1-301-532.

**RESPONSE TO REQUEST FOR ADMISSION NO. 129:**

Bryant incorporates by reference the above-stated general objections as if fully set forth herein. Bryant specifically objects to this request on the grounds it calls for a legal conclusion. Bryant also specifically objects to this request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the work product doctrine, and other applicable privileges.

**REQUEST FOR ADMISSION NO. 130:**

Admit that MGA represented to the U. S. Copyright Office that the work registered as V A 1-340-167 is a derivative of the works registered as V A 1-218-487, V A 1-218-488, V A 1-218-489, V A 1-218-490, V A 1-218-491, V A 1-301-530, V A 1-301-528, V A 1-301-531 and V A 1-301-532.

**RESPONSE TO REQUEST FOR ADMISSION NO. 130:**

Bryant incorporates by reference the above-stated general objections as if fully set forth herein. Bryant specifically objects to this request on the grounds it calls for the disclosure of

54

EXHIBIT S PAGE 338

information subject to the attorney-client privilege, the work product doctrine, and other applicable privileges. Bryant also objects to this request on the grounds that it seeks information about a statement that is incomplete and/or out of context. Bryant specifically objects to this request on the grounds that it calls for Bryant to speculate about matters to which Bryant lacks personal knowledge.

Subject to and without waiving the foregoing general and specific objections, Bryant responds to this request by incorporating MGA's response to Request Number 227 in Mattel's Third Set of Requests for Admissions, served on MGA by Mattel, as follows: MGA admits the request, and Bryant is presently unaware of any facts which refute that response.

**REQUEST FOR ADMISSION NO. 131:**

Admit that the work registered as V A 1-340-167 is a derivative of the works registered as V A 1-218-487, V A 1-218-488, V A 1-218-489, V A 1-218-490, V A 1-218-491, V A 1-301-530, V A 1-301-528, V A 1-301-531 and V A 1-301-532.

**RESPONSE TO REQUEST FOR ADMISSION NO. 131:**

Bryant incorporates by reference the above-stated general objections as if fully set forth herein. Bryant specifically objects to this request on the grounds it calls for a legal conclusion. Bryant also specifically objects to this request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the work product doctrine, and other applicable privileges.

**REQUEST FOR ADMISSION NO. 132:**

Admit that MGA represented to the U. S. Copyright Office that the work registered as V A 1-340-168 is a derivative of the works registered as V A 1-218-487, V A 1-218-488, V A 1-218-489, V A 1-218-490, V A 1-218-491, V A 1-301-530, V A 1-301-528, V A 1-301-531 and V A 1-301-532.

55

EXHIBIT 5 PAGE 339

**RESPONSE TO REQUEST FOR ADMISSION NO. 132:**

Bryant incorporates by reference the above-stated general objections as if fully set forth herein. Bryant specifically objects to this request on the grounds it calls for the disclosure of information subject to the attorney-client privilege, the work product doctrine, and other applicable privileges. Bryant also objects to this request on the grounds that it seeks information about a statement that is incomplete and/or out of context. Bryant specifically objects to this request on the grounds that it calls for Bryant to speculate about matters to which Bryant lacks personal knowledge.

Subject to and without waiving the foregoing general and specific objections, Bryant responds to this request by incorporating MGA's response to Request Number 229 in Mattel's Third Set of Requests for Admissions, served on MGA by Mattel, as follows: MGA admits the request, and Bryant is presently unaware of any facts which refute that response.

**REQUEST FOR ADMISSION NO. 133:**

Admit that the work registered as V A 1-340-168 is a derivative of the works registered as V A 1-218-487, V A 1-218-488, V A 1-218-489, V A 1-218-490, V A 1-218-491, V A 1-301-530, V A 1-301-528, V A 1-301-531 and V A 1-301-532.

**RESPONSE TO REQUEST FOR ADMISSION NO. 133:**

Bryant incorporates by reference the above-stated general objections as if fully set forth herein. Bryant specifically objects to this request on the grounds it calls for a legal conclusion. Bryant also specifically objects to this request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the work product doctrine, and other applicable privileges.

**REQUEST FOR ADMISSION NO. 134:**

Admit that MGA represented to the U.S. Copyright Office that the work registered as V A 1-340-169 is a derivative of the works registered as V A 1-218-487, V A 1-218-488,

PLAINTIFF'S SUPPLEMENTAL AND AMENDED RESPONSES TO
DEFENDANT'S THIRD SET OF REQUESTS FOR ADMISSION
CASE NO. CV 04-09049

1  V A 1-218-489, V A 1-218-490, V A 1-218-491, V A 1-301-530, V A 1-301-528,
2  V A 1-301-531 and V A 1-301-532.

3  **RESPONSE TO REQUEST FOR ADMISSION NO. 134:**

4  Bryant incorporates by reference the above-stated general objections as if fully set forth
5  herein. Bryant specifically objects to this request on the grounds it calls for the disclosure of
6  information subject to the attorney-client privilege, the work product doctrine, and other
7  applicable privileges. Bryant also objects to this request on the grounds that it seeks information
8  about a statement that is incomplete and/or out of context. Bryant specifically objects to this
9  request on the grounds that it calls for Bryant to speculate about matters to which Bryant lacks
10 personal knowledge.

11 Subject to and without waiving the foregoing general and specific objections, Bryant
12 responds to this request by incorporating MGA's response to Request Number 231 in Mattel's
13 Third Set of Requests for Admissions, served on MGA by Mattel, as follows: MGA admits the
14 request, and Bryant is presently unaware of any facts which refute that response.

16 **REQUEST FOR ADMISSION NO. 135:**

17 Admit that the work registered as V A 1-340-169 is a derivative of the works registered
18 as V A 1-218-487, V A 1-218-488, V A 1-218-489, V A 1-218-490, V A 1-218-491,
19 V A 1-301-530, V A 1-301-528, V A 1-301-531 and V A 1-301-532.

20 **RESPONSE TO REQUEST FOR ADMISSION NO. 135:**

21 Bryant incorporates by reference the above-stated general objections as if fully set forth
22 herein. Bryant specifically objects to this request on the grounds it calls for a legal conclusion.
23 Bryant also specifically objects to this request on the grounds that it calls for the disclosure of
24 information subject to the attorney-client privilege, the work product doctrine, and other
25 applicable privileges.

57

EXHIBIT 5 PAGE 341

**REQUEST FOR ADMISSION NO. 136:**

Admit that MGA represented to the U.S. Copyright Office that the work registered as V A 1-340-170 is a derivative of the works registered as V A 1-218-487, V A 1-218-488, V A 1-218-489, V A 1-218-490, V A 1-218-491, V A 1-301-530, V A 1-301-528, V A 1-301-531 and V A 1-301-532.

**RESPONSE TO REQUEST FOR ADMISSION NO. 136:**

Bryant incorporates by reference the above-stated general objections as if fully set forth herein. Bryant specifically objects to this request on the grounds it calls for the disclosure of information subject to the attorney-client privilege, the work product doctrine, and other applicable privileges. Bryant also objects to this request on the grounds that it seeks information about a statement that is incomplete and/or out of context. Bryant specifically objects to this request on the grounds that it calls for Bryant to speculate about matters to which Bryant lacks personal knowledge.

Subject to and without waiving the foregoing general and specific objections, Bryant responds to this request by incorporating MGA's response to Request Number 233 in Mattel's Third Set of Requests for Admissions, served on MGA by Mattel, as follows: MGA admits the request, and Bryant is presently unaware of any facts which refute that response.

**REQUEST FOR ADMISSION NO. 137:**

Admit that the work registered as V A 1-340-170 is a derivative of the works registered as V A 1-218-487, V A 1-218-488, V A 1-218-489, V A 1-218-490, V A 1-218-491, V A 1-301-530, V A 1-301-528, V A 1-301-531 and V A 1-301-532.

**RESPONSE TO REQUEST FOR ADMISSION NO. 137:**

Bryant incorporates by reference the above-stated general objections as if fully set forth herein. Bryant specifically objects to this request on the grounds it calls for a legal conclusion. Bryant also specifically objects to this request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the work product doctrine, and other

58

EXHIBIT 5 PAGE 342

1 applicable privileges.

2

**REQUEST FOR ADMISSION NO. 138:**

Admit that MGA represented to the U.S. Copyright Office that the work registered as V A 1-334-487 is a derivative of the works registered as V A 1-218-487, V A 1-218-488, V A 1-218-489, V A 1-218-490, V A 1-218-491, V A 1-301-530, V A 1-301-528, V A 1-301-531 and V A 1-301-532.

**RESPONSE TO REQUEST FOR ADMISSION NO. 138:**

Bryant incorporates by reference the above-stated general objections as if fully set forth herein. Bryant specifically objects to this request on the grounds it calls for the disclosure of information subject to the attorney-client privilege, the work product doctrine, and other applicable privileges. Bryant also objects to this request on the grounds that it seeks information about a statement that is incomplete and/or out of context. Bryant specifically objects to this request on the grounds that it calls for Bryant to speculate about matters to which Bryant lacks personal knowledge.

Subject to and without waiving the foregoing general and specific objections, Bryant responds to this request by incorporating MGA's response to Request Number 235 in Mattel's Third Set of Requests for Admissions, served on MGA by Mattel, as follows: MGA admits the request, and Bryant is presently unaware of any facts which refute that response.

**REQUEST FOR ADMISSION NO. 139:**

Admit that the work registered as V A 1-334-487 is a derivative of the works registered as V A 1-218-487, V A 1-218-488, V A 1-218-489, V A 1-218-490, V A 1-218-491, V A 1-301-530, V A 1-301-528, V A 1-301-531 and V A 1-301-532.

**RESPONSE TO REQUEST FOR ADMISSION NO. 139:**

Bryant incorporates by reference the above-stated general objections as if fully set forth herein. Bryant specifically objects to this request on the grounds it calls for a legal conclusion.

1  Bryant also specifically objects to this request on the grounds that it calls for the disclosure of
2  information subject to the attorney-client privilege, the work product doctrine, and other
3  applicable privileges.

**REQUEST FOR ADMISSION NO. 140:**

Admit that MGA represented to the U.S. Copyright Office that the work registered as V A 1-334-488 is a derivative of the works registered as V A 1-218-487, V A 1-218-488, V A 1-218-489, V A 1-218-490, V A 1-218-491, V A 1-301-530, V A 1-301-528, V A 1-301-531 and V A 1-301-532.

**RESPONSE TO REQUEST FOR ADMISSION NO. 140:**

Bryant incorporates by reference the above-stated general objections as if fully set forth herein. Bryant specifically objects to this request on the grounds it calls for the disclosure of information subject to the attorney-client privilege, the work product doctrine, and other applicable privileges. Bryant also objects to this request on the grounds that it seeks information about a statement that is incomplete and/or out of context. Bryant specifically objects to this request on the grounds that it calls for Bryant to speculate about matters to which Bryant lacks personal knowledge.

Subject to and without waiving the foregoing general and specific objections, Bryant responds to this request by incorporating MGA's response to Request Number 237 in Mattel's Third Set of Requests for Admissions, served on MGA by Mattel, as follows: MGA admits the request, and Bryant is presently unaware of any facts which refute that response.

**REQUEST FOR ADMISSION NO. 141:**

Admit that the work registered as V A 1-334-488 is a derivative of the works registered as V A 1-218-487, V A 1-218-488, V A 1-218-489, V A 1-218-490, V A 1-218-491, V A 1-301-530, V A 1-301-528, V A 1-301-531 and V A 1-301-532.

60    EXHIBIT 5 PAGE 344

**RESPONSE TO REQUEST FOR ADMISSION NO. 141:**

Bryant incorporates by reference the above-stated general objections as if fully set forth herein. Bryant specifically objects to this request on the grounds it calls for a legal conclusion. Bryant also specifically objects to this request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the work product doctrine, and other applicable privileges.

**REQUEST FOR ADMISSION NO. 143:**

Admit that the work registered as V A 1-233-273 is a derivative of the works registered as V A 1-218-487, V A 1-218-488, V A 1-218-489, V A 1-218-490, V A 1-218-491, V A 1-090-287, V A 1-090-288, V A 1-090-289, and V A 1-090-290.

**RESPONSE TO REQUEST FOR ADMISSION NO. 143:**

Bryant incorporates by reference the above-stated general objections as if fully set forth herein. Bryant specifically objects to this request on the grounds it calls for a legal conclusion. Bryant also specifically objects to this request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the work product doctrine, and other applicable privileges.

Dated: May 29, 2007

KEKER & VAN NEST

By: _____
CHRISTA M. ANDERSON
Attorneys for Plaintiff
CARTER BRYANT

## PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest, LLP, 710 Sansome Street, San Francisco, California 94111.

On May 29, 2007, I served the following document(s):

**CARTER BRYANT'S SUPPLEMENTAL AND AMENDED RESPONSES TO MATTEL, INC.'S THIRD SET OF REQUESTS FOR ADMISSION TO CARTER BRYANT**

by **FEDERAL EXPRESS**, by placing a true and correct copy in a sealed envelope addressed as shown below. I am readily familiar with the practice of Keker & Van Nest, LLP for correspondence for delivery by FedEx Corporation. According to that practice, items are retrieved daily by a FedEx Corporation employee for overnight delivery; AND

by **E-MAIL VIA PDF FILE**, by transmitting on this date via e-mail a true and correct copy scanned into an electronic file in Adobe "pdf" format. The transmission was reported as complete and without error.

John B. Quinn
Michael T. Zeller
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Tel:   213/443-3000
Fax:   213/443-3100
Email: johnquinn@quinnemanuel.com
Email: michaelzeller@quinnemanuel.com

Diana M. Torres
O'Melveny & Myers, LLP
400 S. Hope Street
Los Angeles, CA 90071
Tel:   213/430-6000
Fax:   213/430-6407
Email: dtorres@omm.com

Patricia L. Glaser
Christensen Glaser Fink Jacobs Weil & Shapiro
10250 Constellation Blvd., 19th Floor
Los Angeles, CA 90067
Tel:   310/553-3000
Fax:   310/556-2920
Email: pglaser@chrisglase.com

Executed on May 29, 2007, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*Julie A. Selby*
JULIE A. SELBY

EXHIBIT **5**   PAGE **346**

PROOF OF SERVICE
CASE NO. CV 04-09049 SGL (RNBx)

396359.01