**OVERLAND BORENSTEIN SCHEPER & KIM LLP**
MARK E. OVERLAND (State Bar No. 38375)
moverland@obsklaw.com
DAVID C. SCHEPER (State Bar No. 120174)
dscheper@obsklaw.com
ALEXANDER H. COTE (State Bar No. 211558)
acote@obsklaw.com
300 South Grand Avenue, Suite 2750
Los Angeles, CA 90071-3144
Telephone: (213) 613-4655
Facsimile: (213) 613-4656

**Attorneys for**
**Carlos Gustavo Machado Gomez**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT,<br><br>             Plaintiff,<br><br>        v.<br><br>MATTEL, INC.,<br><br>             Defendant.<br><br>―――――――――――<br><br>AND CONSOLIDATED CASES | CASE NO. 04-9049 SGL (RNBx)<br><br>Consolidated with CV 04-9059 and CV 05-2727<br><br>**CARLOS GUSTAVO MACHADO GOMEZ'S NOTICE OF JOINDER IN CARTER BRYANT AND MGA DEFENDANTS' JOINT OPPOSITION TO MATTEL'S MOTION FOR LEAVE TO SERVE A SUPPLEMENTAL INTERROGATORY REGARDING DEFENDANTS' AFFIRMATIVE DEFENSES**<br><br>Date:   December 3, 2007<br>Time:   10:00 AM<br>Place:  Courtroom 1<br><br>**Phase 1**<br>Discovery Cut Off: January 28, 2008<br>Pre-Trial Conf.:   May 5, 2008<br>Trial Date:        May 27, 2008 |

Carlos Gustavo Machado Gomez hereby joins in *Carter Bryant and MGA Defendants' Joint Opposition to Mattel's Motion for Leave to Serve a Supplemental Interrogatory Regarding Defendants' Affirmative Defenses*, filed November 19, 2007, on the ground that the arguments therein are equally applicable to Mr. Machado.

DATED: November 28, 2007

OVERLAND BORENSTEIN SCHEPER & KIM LLP
MARK E. OVERLAND
DAVID C. SCHEPER
ALEXANDER H. COTE

By: /s/ Alexander H. Cote
Alexander H. Cote
Attorneys for CARLOS GUSTAVO MACHADO GOMEZ

2