1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     John B. Quinn (Bar No. 090378)
2    johnquinn@quinnemanuel.com
     Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
     Jon D. Corey (Bar No. 185066)
4    (joncorey@quinnemanuel.com)
     865 South Figueroa Street, 10th Floor
5  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
6  Facsimile: (213) 443-3100

7  Attorneys for Mattel, Inc.

8                UNITED STATES DISTRICT COURT

9                CENTRAL DISTRICT OF CALIFORNIA

10                     EASTERN DIVISION

11 CARTER BRYANT, an individual,        CASE NO. CV 04-9049 SGL (RNBx)
                                        Consolidated with
12             Plaintiff,               Case Nos. CV 04-09059 & CV 05-2727

13       vs.                            MATTEL, INC.'S APPLICATION TO
                                        FILE UNDER SEAL THE
14 MATTEL, INC., a Delaware             DECLARATION OF JON D. COREY
   corporation,                         IN SUPPORT OF MOTION OF
15                                      MATTEL, INC.:
             Defendant.                 (1)     TO STRIKE AFFIRMATIVE
16                                      DEFENSES (NOS. 2, 8, 9, 10, 11, 13,
                                        14, 16, 18, 19 AND 20) OF MGA
17 AND CONSOLIDATED CASES               ENTERTAINMENT, INC., MGA
                                        ENTERTAINMENT (HK) LIMITED,
18                                      AND MGAE DE MEXICO S.R.L. DE
                                        C.V. UNDER FED. R. CIV. P. 12(F),
19                                      OR IN THE ALTERNATIVE,
                                        (2)     FOR PARTIAL SUMMARY
20                                      JUDGMENT;

21                                      Date:   November 19, 2007
                                        Time:   10:00 a.m.
22                                      Place:  Courtroom 1

23                                      **Phase 1**
                                        Discovery Cut-Off:   January 14, 2008
24                                      Pre-Trial Conference: April 7, 2008
                                        Trial Date:          April 29, 2008
25
                                        **Phase 2**
26                                      Discovery Cut-Off:   March 3, 2008
                                        Pre-Trial Conference: June 2, 2008
27                                      Trial Date:          July 1, 2008

28

07209/2249163.1

                                        APPLICATION TO FILE UNDER SEAL

1    Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order

2   entered by the Court in this action, plaintiff Mattel, Inc. ("Mattel") hereby

3   respectfully requests that the Court order filed under seal the concurrently filed

4   Declaration of Jon D. Corey in Support of Mattel's Motion to Strike Affirmative

5   Defenses (Nos. 2, 8, 9, 10, 11, 13, 14, 16, 18, 19 and 20) of MGA

6   Entertainment, Inc., MGA Entertainment (HK) Limited, and MGAE de Mexico

7   S.R.L. de C.V. Under <u>Fed. R. Civ. P.</u> 12(f), or, in the Alternative, for Partial

8   Summary Judgment ("Corey Declaration").

9    The Corey Declaration attaches as exhibits documents that the MGA

10   defendants have designated as "Confidential" and/or "Confidential--Attorneys' Eyes

11   Only" pursuant to the Protective Order.  As the Corey Declaration consists of

12   materials designated by the MGA defendants as "Confidential" and/or

13   "Confidential--Attorneys' Eyes Only," Mattel requests that the Court order that the

14   Corey Declaration be filed under seal.  Alternatively, the Court can conclude that

15   the submitted material does not meet the "Confidential—Attorneys' Eyes Only"

16   criteria and can file the Corey Declaration in the public record.

17

18   DATED:  October 9, 2007          QUINN EMANUEL URQUHART OLIVER &
                                       HEDGES, LLP
19

20                                    By_____

21                                       Jon D. Corey
                                         Attorneys for Mattel, Inc.
22

23

24

25

26

27

28

07209/2249163.1

1

2                          [~~PROPOSED~~] ORDER

3

4            Based on the above Application, and good cause appearing for the

5    entry thereof, IT IS HEREBY ORDERED:

6            The Corey Declaration submitted in support of Mattel's Motion to

7    Strike Affirmative Defenses (Nos. 2, 8, 9, 10, 11, 13, 14, 16, 18, 19 and 20) of MGA

8    Entertainment, Inc., MGA Entertainment (HK) Limited, and MGAE de Mexico

9    S.R.L. de C.V. Under Fed. R. Civ. P. 12(f), or, in the Alternative, for Partial

10   Summary Judgment, is ORDERED filed under seal pursuant to Local Rule 79-5.1.

11

12   DATED:      11/27        , 2007    _S/ S. G. Larson_____

13                                        Hon. Stephen G. Larson
                                          United States District Judge
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

07209/2249163.1

                                        -2-
                                               APPLICATION TO FILE UNDER SEAL