ORIGINAL COPY

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 90378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff
Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL CERTAIN EXHIBITS TO THE SUPPLEMENTAL DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S MOTION FOR LEAVE TO SERVE A SUPPLEMENTAL INTERROGATORY REGARDING DEFENDANTS' AFFIRMATIVE DEFENSES<br><br>[~~PROPOSED~~] ORDER<br><br>[Local Rule 79-5.1]<br><br>Hearing Date: December 3, 2007<br>Time: 10:00 a.m.<br>Place: Courtroom 1<br><br>**Phase 1:**<br>Discovery Cut-Off: Jan. 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2303932.1

APPLICATION TO FILE UNDER SEAL

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2  entered by the Court in this action, plaintiff Mattel, Inc. ("Mattel") hereby
3  respectfully requests that the Court order filed under seal Exhibit 2 to the
4  concurrently filed Supplemental Declaration of B. Dylan Proctor in Support of
5  Mattel's Motion for Leave to Serve a Supplemental Interrogatory Regarding
6  Defendants' Affirmative Defenses.

7  The Supplemental Declaration attaches as exhibits documents that the
8  parties have designated as "Confidential" and/or "Confidential-Attorneys' Eyes
9  Only" pursuant to the Protective Order. As Exhibit 2 to the Declaration consist of
10 materials designated the parties as "Confidential" and/or "Confidential-Attorneys'
11 Eyes Only," Mattel requests that the Court order that these exhibit be filed under
12 seal.

13 In the alternative, Mattel requests that the Court declare this exhibit to
14 the Declaration to be outside the definition of "Confidential" and/or "Confidential-
15 Attorneys' Eyes Only" as contained in the Stipulated Protective Order and order
16 them to be lodged as part of the public record.

19 DATED: Novemember 26, 2007   QUINN EMANUEL URQUHART OLIVER &
                                HEDGES, LLP

                                By_____
                                B. Dylan Proctor
                                Attorneys for Plaintiff
                                Mattel, Inc.

07209/2303932.1

-2-

APPLICATION TO FILE UNDER SEAL

## [PROPOSED] ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Exhibit 2 to the Supplemental Declaration of B. Dylan Proctor in Support submitted in Support of Mattel's Motion for Leave to Serve a Supplemental Interrogatory Regarding Defendants' Affirmative Defenses, is ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED:  11/27  , 2007   _____
Hon. Stephen G. Larson
United States District Judge