QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff
Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>MATTEL, INC.'S APPLICATION TO LODGE UNDER SEAL CERTAIN EXHIBITS TO THE NOTICE OF LODGING REGARDING MATTEL'S MOTION FOR LEAVE TO TAKE ADDITIONAL DISCOVERY AND OBJECTIONS TO DISCOVERY MASTER ORDER OF SEPTEMBER 28, 2007<br><br>[PROPOSED] ORDER<br><br>[Local Rule 79-5.1]<br><br>Hearing Date: January 7, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 1<br><br>**Phase 1:**<br>Discovery Cut-Off: Jan. 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

LODGED

7209/2299914.1

APPLICATION TO LODGE UNDER SEAL

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2  entered by the Court in this action, plaintiff Mattel, Inc. ("Mattel") hereby
3  respectfully requests that the Court order lodged under seal Exhibits 1, 2, 5, 6-9 to
4  the concurrently filed Notice of Lodging regarding Mattel's Motion for Leave to
5  Take Additional Discovery and Objections to Discovery Master Order of September
6  28, 2007.

7  The Notice of Lodging attaches as exhibits documents that the parties
8  have designated as "Confidential" and/or "Confidential-Attorneys' Eyes Only"
9  pursuant to the Protective Order. As Exhibits 1, 2, 5, and 6-9 to the Notice of
10 Lodging consist of materials designated the parties as "Confidential" and/or
11 "Confidential—Attorneys' Eyes Only," Mattel requests that the Court order that
12 these exhibits be lodged under seal.

13 In the alternative, Mattel requests that the Court declare these exhibits
14 to the Notice of Lodging to be outside the definition of "Confidential—Attorneys'
15 Eyes Only" as contained in the Stipulated Protective Order and order them to be
16 lodged as part of the public record.

19 DATED: Novemember 20, 2007    QUINN EMANUEL URQUHART OLIVER &
                                HEDGES, LLP

21                              By  B. Dylan Proctor /ZDK
22                              B. Dylan Proctor
                                Attorneys for Plaintiff
23                              Mattel, Inc.

7209/2299914.1

-2-
APPLICATION TO LODGE UNDER SEAL

1
2
## [PROPOSED] ORDER

3     Based on the above Application, and good cause appearing for the
4 entry thereof, IT IS HEREBY ORDERED:
5     Exhibits 1, 2, 5, and 6-9 to the Notice of Lodging submitted in support
6 of Mattel's Motion for Leave to Take Additional Discovery and Objections to
7 Discovery Master Order of September 28, 2007, are ORDERED lodged under seal
8 pursuant to Local Rule 79-5.1.
9
10
11 DATED:    11/27   , 2007   _____
12                            Hon. Stephen G. Larson
                              United States District Judge
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

7209/2299914.1

-3-

APPLICATION TO LODGE UNDER SEAL