ORIGINAL

1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   John B. Quinn (Bar No. 090378)
2  johnquinn@quinnemanuel.com
   Michael T. Zeller (Bar No. 196417)
3  (michaelzeller@quinnemanuel.com)
   Jon D. Corey (Bar No. 185066)
4  (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California  90017-2543
   Telephone:  (213) 443-3000
6  Facsimile:  (213) 443-3100

7  Attorneys for Mattel, Inc.

8

9                UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11                   EASTERN DIVISION

| | |
|---|---|
| 12  CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| 13         Plaintiff, | Consolidated with |
| 14     vs. | Case No. CV 04-09059<br>Case No. CV 05-02727 |
| 15  MATTEL, INC., a Delaware corporation, | **DISCOVERY MATTER** |
| 16         Defendant. | **[To Be Heard By Discovery Master Hon. Edward Infante (Ret.) Pursuant To The Court's Order Of December 6, 2006]** |
| 17 | |
| 18  AND CONSOLIDATED ACTIONS | SUPPLEMENTAL DECLARATION OF JON D. COREY IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL: |
| 19 | |
| 20 | (1) DEPOSITION OF CARLOS GUSTAVO MACHADO GOMEZ; |
| 21 | |
| 22 | (2) CONSENT TO PRODUCTION OF ELECTRONIC MAIL MESSAGES |
| 23 | |
| 24 | Hearing Date:    TBA<br>Time:    TBA<br>Place:    Telephonic Hearing |
| 25 | |
| 26 | Discovery Cut-off:    January 28, 2008<br>Pre-trial Conference:    May 5, 2008<br>Trial Date:    May 27, 2008 |
| 27 | |
| 28 | |

# DECLARATION OF JON D. COREY

I, Jon D. Corey, declare as follows:

1.      I am a member of the bar of the State of California and a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2.      Attached as Exhibit 1 is a true and correct copy of the Stipulation for Appointment of a Discovery Master; and Order, dated December 6, 2006.

3.      Attached as Exhibit 2 is a true and correct copy of the Declaration of Donald Moon Regarding Attempts to Personally Serve Counter-defendant Carlos Gustavo Machado Gomez with Process, dated March 30, 2007.

4.      Attached as Exhibit 3 is a true and correct copy of the Default by Clerk of Carlos Gustavo Machado Gomez, dated May 11, 2007.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 29, 2007, at Los Angeles, California.



Jon D. Corey

07209/2307509.1

-1-