**ORIGINAL**

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>[To Be Heard By Discovery Master Hon. Edward Infante (Ret.) Pursuant To The Court's Order Of December 6, 2006]<br><br>PROOF OF SERVICE<br><br><br>Hearing Date: TBA<br>Time: TBA<br>Place: Telephonic Hearing<br><br>Discovery Cut-off: January 28, 2008<br>Pre-trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

7209/2307509.1

PROOF OF SERVICE

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action. My business address is Quinn, Emanuel, Urquhart, Oliver & Hedges LLP, 865 S. Figueroa St., 10th Floor, Los Angeles, CA 90017.

On November 29, 2007, I served true copies of the following document(s) described as:

1. REPLY IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL:
   (1) DEPOSITION OF CARLOS GUSTAVO MACHADO GOMEZ;
   (2) CONSENT TO PRODUCTION OF ELECTRONIC MAIL MESSAGES;

2. SUPPLEMENTAL DECLARATION OF JON D. COREY IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL:
   (1) DEPOSITION OF CARLOS GUSTAVO MACHADO GOMEZ;
   (2) CONSENT TO PRODUCTION OF ELECTRONIC MAIL MESSAGES; and

3. PROOF OF SERVICE

on the parties in this action as follows:

| Thomas J. Nolan, Esq.<br>*Skadden, Arps, Slate, Meagher & Flom LLP*<br>300 South Grand Avenue<br>Suite 3400<br>Los Angeles, CA 90071<br>Tel: 213/687-5000<br>Fax: 213/687-5600 | Mark E. Overland, Esq.<br>David C. Scheper, Esq.<br>Alexander H. Cote, Esq.<br>*Overland, Borenstein, Scheper & Kim, LLP*<br>300 S. Grand Avenue<br>Suite 2750<br>Los Angeles, CA 90071<br>Tel: 213/613-4655<br>Fax: 213/613-4656 |
|---|---|

**BY U.S. MAIL**

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 29, 2007, at Los Angeles, California.

_____
Mark J. Murray

9504/2301978.1

PROOF OF SERVICE

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On November 29, 2007, I served true copies of the following document(s) described as:

1. **REPLY IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL: (1) DEPOSITION OF CARLOS GUSTAVO MACHADO GOMEZ; (2) CONSENT TO PRODUCTION OF ELECTRONIC MAIL MESSAGES;**

2. **SUPPLEMENTAL DECLARATION OF JON D. COREY IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL: (1) DEPOSITION OF CARLOS GUSTAVO MACHADO GOMEZ; (2) CONSENT TO PRODUCTION OF ELECTRONIC MAIL MESSAGES;** *and*

3. **PROOF OF SERVICE**

on the parties in this action as follows:

| John W. Keker, Esq.<br>Michael H. Page, Esq.<br>Christa M. Anderson, Esq.<br>*Keker & Van Next, LLP*<br>710 Sansome Street<br>San Francisco, CA 94111<br>Tel: 415/391-5400<br>Fax: 415/397-7188 | |

**BY FEDEX**: I deposited such document(s) in a box or other facility regularly maintained by FedEx, or delivered such document(s) to a courier or driver authorized by FedEx to receive documents, in sealed envelope(s) or package(s) designated by FedEx with delivery fees paid or provided for, addressed to the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 29, 2007, at Los Angeles, California.

_____
Sandra Acosta