1  THOMAS J. NOLAN (Bar No. 066992)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2  300 South Grand Avenue
   Los Angeles, California 90071-3144
3  Telephone:  (213) 687-5000
   Facsimile:   (213) 687-5600
4  E-mail:    tnolan@skadden.com

5
   RAOUL D. KENNEDY (Bar No.  40892)
6  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   4 Embarcadero Center, 38th Floor
7  San Francisco, CA  94111-5974
   Telephone:  (415) 984-6400
8  Facsimile:   (415) 984-2698
   Email:      rkennedy@skadden.com
9

10 Attorneys for MGA Entertainment, Inc.,
   MGA Entertainment (HK) Limited,
11 MGAE De Mexico, S.R.L. DE C.V., and
   Isaac Larian

12
                **UNITED STATES DISTRICT COURT**
13
                **CENTRAL DISTRICT OF CALIFORNIA**
14
                       **EASTERN DIVISION**

15 CARTER BRYANT, an individual          )   CASE NO. CV 04-9049 SGL (RNBx)
                                         )
16               Plaintiff,              )   Consolidated with Case No. 04-9059
                                         )   and Case No. 05-2727
17       v.                              )
                                         )   **DISCOVERY MATTER**
18 MATTEL, INC., a Delaware              )
   corporation                           )   **[To be heard by Discovery Master**
19               Defendant.              )   **Hon. Edward A. Infante (Ret.)]**
                                         )
20 _____     )
                                         )   **DECLARATION OF AMY S.**
21 Consolidated with MATTEL, INC. v.    )   **PARK IN SUPPORT OF MGA'S**
   BRYANT and MGA                        )   **OPPOSITION TO MATTEL,**
22 ENTERTAINMENT, INC. v.               )   **INC.'S MOTION TO COMPEL**
   MATTEL, INC.                          )   **PRODUCTION OF**
23                                       )   **METADATA**
                                         )
24                                       )   Hearing Date:  TBD
                                         )   Time:          TBD
25                                       )   Place:         TBD
                                         )
26 _____     )

27

28

   _____
   DECLARATION OF AMY S. PARK SUPPORTING MGA'S OPPOSITION TO MOTION TO COMPEL METADATA

1    I, Amy S. Park, hereby declare as follows:

2    I am an attorney licensed to practice law in the State of California and am a

3    partner at the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, attorneys of

4    record for MGA Entertainment, Inc. ("MGA"), in the above-captioned matter.  I

5    submit this Declaration in Support of MGA's Opposition To Mattel, Inc.'s Motion

6    To Compel Production of Metadata.  Unless otherwise stated, I have personal

7    knowledge of the facts set forth below and, if called as a witness, I could and would

8    competently testify thereto.

9        1.    On November 16, 2007, the parties conducted an in-person meet-

10   and-confer to discuss various pending discovery motions and open discovery issues,

11   including Mattel's request for 163 native email files.

12       2.    During the conference, I advised counsel for Mattel that MGA

13   could produce some of the native email files that Mattel had requested in short order.

14   I explained, however, that due to the manner in which the remaining emails were

15   originally harvested and produced, MGA was still investigating whether it could

16   obtain the remaining native files and, if so, what burden that might entail.  I told

17   counsel for Mattel that MGA would continue to investigate its ability to produce the

18   remaining native files and promised to give Mattel a further report on the issue a few

19   days later at a continued meet-and-confer that the parties scheduled for November 21,

20   2007.

21       3.    On November 21, the parties resumed their meet-and-confer

22   discussions by phone.  At or about the time the parties were commencing their call,

23   Mattel sent a letter to my firm purporting to (i) memorialize the parties' meet and

24   confer discussions from November 16, and (ii) identify follow-up work to be

25   performed by MGA regarding open discovery items.  A true and correct copy of that

26   letter is attached as Exhibit A.

27       4.    During the November 21 meet-and-confer call, I stated that MGA

28   would produce the approximately 20 native email files that it had collected to date,

1  and that MGA was willing in principle to produce the remaining native files to the

2  extent that they are in the company's possession, custody or control and could be

3  located and produced.  I stated further that MGA was continuing to investigate

4  whether and to what extent production of the remaining native files would be

5  possible and what type of burden that may entail, and said that I would be in touch

6  with Mattel in short order.  A true and correct copy of my firm's letter confirming

7  those (and other) matters discussed at the November 21 meet-and-confer is attached

8  as Exhibit B.

9         5.      Attached hereto as Exhibit C is a true and correct copy of an

10  October 5, 2007, letter from Alex Stolyar of Quinn Emanuel to Chris Nguyen of

11  O'Melveny & Myers.

12         6.      I am informed that Electronic Evidence Discovery, Inc. ("EED"),

13  MGA's electronic discovery vendor for purposes of this case, charges $250 per hour

14  for analyst time, $150 per hour for processing, and $350 per hour for senior

15  consultant work.

16         7.      I am informed that Stroz Friedberg ("Stroz"), MGA's electronic

17  discovery harvesting vendor for purposes of this case, charges a blended rate of $375

18  per hour for consultant work, and $85 per hour for forensic machine time.

19         8.      I am informed that EED and Stroz cannot provide the native files

20  for more than half of the requested emails.

21         I declare under penalty of perjury under the laws of the United States that the

22  foregoing is true and correct.

23         Executed this 30th day of November, 2007, at Palo Alto, California.

24

25

26                                        _____

                                          Amy S. Park

27

28