# EXHIBIT A

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

| NEW YORK | LOS ANGELES | SAN FRANCISCO |
|---|---|---|
| 51 Madison Avenue, 22nd Floor | 865 South Figueroa Street, 10th Floor | 50 California Street, 22nd Floor |
| New York, NY 10010 | Los Angeles, CA 90017 | San Francisco, CA 94111 |
| (212) 849-7000 | (213) 443-3000 | (415) 875-6600 |
| Facsimile: (212) 849-7100 | Facsimile: (213) 443-3100 | Facsimile: (415) 875-6700 |

SILICON VALLEY
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

## LOS ANGELES OFFICE
## FACSIMILE TRANSMISSION

DATE: November 21, 2007         NUMBER OF PAGES, INCLUDING COVER: 5

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Thomas Nolan, Esq.<br>Carl Roth, Esq.<br>*Skadden, Arps, Slate, Meagher & Flom LLP* | 213.687.5000 | 213.687.5600 |
| Amy S. Park<br>*Skadden, Arps, Slate, Meagher & Flom LLP* | 650.470.4500 | 650.470.4570 |
| Tim Miller, Esq.<br>*Skadden, Arps, Slate, Meagher & Flom LLP* | 415.984.2647 | 888.329.1836 |
| Marcus Mumford, Esq.<br>*Skadden, Arps, Slate, Meagher & Flom LLP* | 213.687.5000 | 213.687.5600 |
| Christa Anderson, Esq.<br>Keker & Van Nest | 415.391.5400 | 415.397.7188 |
| John E. Trinidad, Esq.<br>Keker & Van Nest, LLP | 415.391-5400 | 415.397-7188 |

FROM:   Jon Corey

RE:   *Bryant v. Mattel*

---

07209/2266533.1

| CLIENT # | 7209 | ROUTE/RETURN TO: | Johanna Lopez/10th Floor | ☒ CONFIRM FAX<br>☒ INCLUDE CONF. REPORT |
|---|---|---|---|---|
| OPERATOR: | | | CONFIRMED? ☐ No ☐ Yes: | |

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE.

# quinn emanuel trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

November 21, 2007

<u>VIA FACSIMILE AND U.S. MAIL</u>

Raoul Kennedy, Esq.
Skadden Arps Slate Meagher & Flom, LLP
Four Embarcadero Center Suite 3800
San Francisco, California 94111

Re:   <u>Mattel v. Bryant</u>

Dear Raoul:

I write regarding the parties' meet and confer on November 16, 2007, at which we discussed many pending discovery disputes, and to memorialize certain agreements. I list below Mattel's understanding of any follow-up to be performed by MGA:

1.   MGA informed Mattel that Lucy Arant is withdrawing her original declaration accompanying MGA's Opposition to Mattel's Motion to Compel Withheld MGA Documents that Prove MGA was Developing Bratz as Early as June 2000. As I understand, Ms. Arant belatedly realized that the declaration was inaccurate and has signed a new declaration, which you provided.

2.   Via telephone conference this Wednesday, November 21, 2007, MGA will propose further clarification/narrowing of topics that are the subject of MGA and Bryant's Joint Motion to Compel re: Mattel's Bandying of 30(b)(6) Witnesses.

3.   Regarding Mattel's Motion to Enforce the Court's May 15, 2007 Order, MGA no longer contests that Mattel is entitled to un-redacted documents and will produce the documents that MGA has identified as improperly redacted in un-redacted form by November 26, 2007. As my colleagues and I informed you on Friday, one area of particular concern to Mattel is redacted calendars and Franklin planners.

quinn emanuel urquhart oliver & hedges, llp

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100

07209/2298121.1

4. MGA offered Ron Brawer's dates of availability to be deposed as December 18, 19, 20, 24 and 25. Skadden represented that it will represent Mr. Brawer at his deposition, but that it is not authorized to accept service of a subpoena for Mr. Brawer, but that he will attend his deposition.

5. MGA represented that it will produce a witness on Topic Nos. 15 and 16 of Mattel's Third Notice of Deposition of MGA and that it will provide dates of availability for that witness on or before this Wednesday, November 21.

6. MGA represented that it will produce all fee and/or indemnity agreements between MGA and Bryant by November 26, 2007 as well as a privilege log. As noted at the parties' meet and confer, MGA's failure to produce a log months ago constitutes a waiver of any claims of privilege, thus Mattel will keep this aspect of Mattel's Motion to Enforce the Court's Order of May 15, 2007 before the Court.

7. MGA represented that it will produce a supplemental privilege log and a production of partially redacted documents by November 26, 2007. MGA further represented that only wholly redacted documents were presently on the privilege log. MGA also stated that it would clarify by Wednesday to which productions the redacted privilege log applied.

8. As counsel for Isaac Larian, Skadden represented that my colleague Scott Kidman should talk further to either Phil Marsh in Washington, D.C., or you, regarding whether or not Mr. Larian intends to stand by the objections that are the subject of Mattel's pending motion to compel.

9. You stated that my colleague Mike Zeller should talk to Tom Nolan regarding Mattel's anticipated motion to Judge Larson to request more discovery.

10. The parties agreed that they will write a high-level letter to Judge Infante on November 30, 2007 to identify pending disputes that are now off calendar for the parties' December 14 hearing date. Further, the parties agreed that the parties will send a more detailed letter to Judge Infante on December 3, 2007 regarding the motions currently on calendar for December 14.

11. MGA agreed to produce Sam Khare, MGA's designee on the substance of Topic No. 33 of Mattel's Second Notice of Deposition of MGA, for additional time to "clean-up" his deposition.

12. MGA disputed that Khare and additional MGA 30(b)(6) designees, including Lisa Tonnu, Ken Lockhart, Becky Harris and Bryan Armstrong, were unprepared to testify on the topics on which they were designated and/or received improper instructions not to answer. Mattel will identify specific deficiencies in the testimony, which the parties will discuss on their call on Wednesday, November 21.

13. MGA acknowledged, however, that Exhibit 660 from the deposition of Lisa Tonnu was inaccurate and lacked the information requested in Mattel's Topic on which Ms. Tonnu was designated. MGA agrees to produce the underlying source data needed and to produce someone who can say how the numbers in the source data were met and what they mean.

14. MGA agreed to review Mr. Lockhart's deposition transcript in light of Mattel's explanation as to how his testimony on Topic Nos. 38 and 39 of Mattel's Second Notice was inadequate.

15. MGA agreed to produce by this past Friday replacement electronic production and load files for nearly 1.4 million pages from its production that were previously incomplete. I understand that disks were received from MGA this past Friday, but I have not yet received confirmation that these disks include all the missing information.

16. MGA represented that it will give a status report on the completeness of its production this Wednesday, November 21.

17. Skadden is not representing Ms. Trueba or Mr. Vargas. Skadden does not know who will be representing them, but they will have representation.

18. MGA agreed to provide dates for when counsel is available to depose Adrienne Fontanella.

19. I told you that Ivy Ross is available for deposition on January 17, 2008. Please confirm that this date is available.

20. MGA has confirmed that it is withdrawing the subpoena of Jamie Cygielman.

21. MGA agreed to provide explanation on Wednesday, November 21, as to why MGA believes it needs more time to depose Jill Nordquist. Mattel is not aware of any reason why MGA would need to further examine her.

22. Skadden agreed to investigate the status of the missing financial information promised by Bill Charron to Mattel that still has not been produced by MGA.

23. MGA agreed to inquire and to provide information regarding the tangible items located in Hong Kong, so that Mattel could determine how best to make them available for inspection.

24. MGA requested an extension regarding its time to serve objections and the third parties' time to respond to subpoenas Mattel served on Wachovia, Ernst and Young, and Deloitte. MGA represented that it would investigate further and identify a date for production on Wednesday, November 21. Mattel agreed that MGA's failure to respond before Wednesday would not constitute a waiver. However, the parties will identify a date for production

25. MGA also represented that it was trying to identify the documents provided to Eric Speckin, which are referenced in his declaration, to provide copies to Mattel. MGA also represented that it was trying to find the electronic version of Exh. 660, so that MGA could produce Exh. 660 in electronic form to Mattel.

26. MGA represented that it was working on producing Dave Malacrida's full calendar but that producing the full, un-redacted calendar may raise privacy concerns. The parties agreed to deal with any such concerns on a case-by-case basis. However, as Mattel stated at the meet and

confer, Mattel is disinclined to agree to redactions because of the improper redactions that MGA, Bryant and affiliated third parties have done previously in this case.

27. Skadden represented that the parties that have not yet produced preservation declarations in violation of Judge Larson's order will produce such declarations and that Skadden will provide a date on Wednesday, November 21.

28. MGA represented that it will serve on Mattel by November 30, 2007 the discovery responses listed in your letter to me, dated November 14, 2007, and that those responses will be substantive (as opposed to the responses that MGA filed last week to preserve objections.

If you have any questions regarding the foregoing, please do not hesitate to call. We look forward to seeing you on Friday.

Best regards,

*/s/ Jon D. Corey*

Jon D. Corey

cc: Amy Park, Esq.
Tim Miller, Esq.
Marcus Mumford, Esq.
Christa Anderson, Esq.
John Trinidad, Esq.

# EXHIBIT B

# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

300 SOUTH GRAND AVENUE

LOS ANGELES, CALIFORNIA 90071-3144

———

TEL: (213) 687-5000
FAX: (213) 687-5600
www.skadden.com

DIRECT DIAL
(213) 687-5514
DIRECT FAX
(213) 621-5514
EMAIL ADDRESS
MMUMFORD@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
NEW YORK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

November 28, 2007

VIA FACSIMILE

Jon D. Corey, Esq.
Quinn, Emanuel, Urquhart, Oliver & Hedges, LLP
865 South Figueroa St., 10th Floor
Los Angeles, CA 90017

RE:   *Mattel v. Bryant*

Dear Jon:

I write in response to your November 26, 2007 letter to Raoul Kennedy, which I note did not address my letter to you earlier that day summarizing MGA's understanding of the parties' meet and confers on outstanding discovery items. Where this letter does not address the items in yours point-by-point, please refer to that previous letter.

### Mattel's Motion For Reconsideration

The parties were unable to reach an agreement concerning Mattel's Motion for Reconsideration of the September 12, 2007 Order. In advance of the hearing, it would be helpful for you to advise us of the nature of the information that would allow Mattel to determine whether it "has taken any action whatsoever to enforce" employee confidentiality agreements without having to review individual personnel files. We would like to discuss it at the meet and confer tomorrow.

### The Joint Motion Re Bandying Of 30(b)(6) Witnesses

By copy of this letter, MGA is asking Carter Bryant's attorneys to confirm that they are amenable to the narrowing of Topics 2-7. Further, as discussed, what MGA is looking for is an assurance that the witnesses Mattel has produced in response to 30(b)(6) notices speak for Mattel. As with any other 30(b)(6) witness, if the party taking the deposition failed to ask a question, that would not preclude the witness being asked, and providing an answer to, that question at trial. What we are, however, looking for is an assurance that, at trial, there will not be any attempt to have some other witness offer additional testimony concerning those topics.

Jon D. Corey, Esq.
November 28, 2007
Page 2

### Mattel's Motion To Compel Production Of Witnesses Re Topics 15 And 16

You assert on page 2 of your letter that MGA did not provide dates on Topics 15 and 16 of the Third Notice of Deposition of MGA. But on the following page, you acknowledge that MGA did, in fact, designate Lisa Tonnu on Topics 15 and 16, among others, and offered to produce her for deposition on either January 9, 10, or 11, 2008. Please confirm one of those dates as soon as possible. As I indicated previously, MGA views this motion as potentially resolved.

### Additional Deposition Issues

In addition to the completion of Topic 33, MGA designated Mr. Khare on Topic 24 of the Second Notice and Topics 4-7 and 10 of the Third Notice. Additionally, MGA will designate Mr. Khare to testify on Topics 16, 18, 20 and 32 of the Second Notice. He is available January 7 or 8, 2008. Please let us know which day works best for you. (Our previous letter referred to Topic 14 in error as Rebecca Harris already testified on that topic. We are considering your correspondence regarding her testimony and will get back to you shortly.)

### Bryant's 30(b)(6) Notice Of Mattel

We will address the positions Mattel has taken with respect to outstanding Bryant 30(b)(6) topics by separate letter.

### MGA's Production Of Requested Financial Documents

You raised this matter in your November 26 letter, but your colleague filed a motion to compel earlier that day. MGA will respond accordingly.

### MGA's Production Of Requested Metadata

On November 21, we told you that MGA had collected and would produce approximately 20 of the native files that Mattel had requested, that MGA was willing in principle to produce the remaining native files to the extent it had them in its possession, custody or control and could extract them, and that MGA was working diligently to ascertain whether it could obtain the remaining native files and what burden that may entail. We promised to circle back with you in short order. Instead of awaiting MGA's production and promised follow-up, your colleague filed a motion to compel later that day. MGA will respond accordingly.

### Miscellaneous

MGA's positions regarding (1) the subpoenas issued by Mattel to Wachovia, Ernst & Young, and Deloitte & Touche; (2) the privilege log produced on November 15; (3) the document retention declarations; (4) the depositions of Adrienne Fontanella and Matt Bousquette; (5) the completeness of MGA's document production; and (6) the production of tangible items are set forth in my November 26 letter. We will follow up with Messrs. Alger and Tayback regarding Zeus. Please

Jon D. Corey, Esq.
November 28, 2007
Page 3

confirm our proposed deposition dates for Ms. Fontanella and Mr. Bousquette as soon as possible.

Please let me know if you have any questions concerning the above. We look forward to speaking with you tomorrow.

Sincerely,

Marcus R. Mumford

cc: Christa M. Anderson

Job number

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-3144

TELEPHONE NO.: (213) 687-5000
FACSIMILE NO.: (213) 687-5600

EMAIL: mmumford@skadden.com

### FACSIMILE TRANSMITTAL SHEET

FROM: Marcus Mumford
DIRECT DIAL: (213) 687-5514
DIRECT FACSIMILE: (213) 621-5514

DATE: November 28, 2007
FLOOR/OFFICE NO.:

THIS FACSIMILE IS INTENDED ONLY FOR USE OF THE ADDRESSEE(S) NAMED HEREIN AND MAY CONTAIN LEGALLY PRIVILEGED AND/OR CONFIDENTIAL INFORMATION. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS FACSIMILE, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS FACSIMILE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS FACSIMILE IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL FACSIMILE TO US AT THE ADDRESS ABOVE VIA THE LOCAL POSTAL SERVICE. WE WILL REIMBURSE ANY COSTS YOU INCUR IN NOTIFYING US AND RETURNING THE FACSIMILE TO US.

IF THIS TRANSMISSION IS UNCLEAR OR INCOMPLETE, PLEASE CONTACT THE FACSIMILE DEPARTMENT AT (213) 687-5443.
WHEN TRANSMITTING TO OUR MACHINES, PLEASE INCLUDE YOUR COVER SHEET AND NUMBER ALL PAGES CONSECUTIVELY.

TOTAL NUMBER OF PAGES INCLUDING COVER(S): 4

PLEASE DELIVER THE FOLLOWING PAGE(S) TO:

1. NAME: John D. Corey, Esq.
   CITY: Los Angeles
   FACSIMILE NO.: (213) 443-3100
   FIRM: Quinn Emanuel Urquhart, etc.
   TELEPHONE NO.: (213) 443-3000

2. NAME: Christa M. Anderson, Esq.
   CITY:
   FACSIMILE NO.: (415) 397-7188
   FIRM: Keker & Van Nest, LLP
   TELEPHONE NO.: (415) 391-5400

MESSAGE: Please see attached letter.

Group Send Report

| | |
|---|---|
| Time | : 11-28-2007  07:59pm |
| Tel line 1 | : +2136875600 |
| Tel line 2 | : +2136875600 |
| Name | : SASMF #6 |

| | | |
|---|---|---|
| Job number | : | 851 |
| Date | : | 11-28  07:57pm |
| Document Pages | : | 004 |
| Start time | : | 11-28  07:57pm |
| End time | : | 11-28  07:59pm |

Successful

Fax number  			Pages sent

☎912134433100
☎914153977188

# EXHIBIT C

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

WRITER'S DIRECT DIAL NO.
(213) 443-3684

WRITER'S INTERNET ADDRESS
alexstolyar@quinnemanuel.com

October 5, 2007

<u>VIA MESSENGER</u>

Chris D. Nugyen
O'Melveny & Myers LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-6035

Re:   <u>Mattel, Inc. v. Bryant</u>

Dear Chris:

In response to your September 10, 2007 letter requesting metadata for certain documents, attached is a disc containing the native files Mattel has retrieved pursuant to your request. Please note that some of the documents you requested were merely translations of communications.

Please do not hesitate to contact me if you have any questions.

Very truly yours,

Alex Stolyar

quinn emanuel urquhart oliver & hedges, llp

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100

07209/2233554.1