THOMAS J. NOLAN (Bar No. 66992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600
Email: tnolan@skadden.com

RAOUL D. KENNEDY (Bar No. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Embarcadero Center, 38th Floor
San Francisco, CA 94111-5974
Telephone: (415) 984-6400
Facsimile: (415) 984-2698
Email: rkennedy@skadden.com

Attorneys for MGA Entertainment, Inc.,
MGA Entertainment (HK) Limited,
MGAE De Mexico, S.R.L. DE C.V., and
Isaac Larian

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>　　　　Defendant.<br><br>Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>**DISCOVERY MATTER**<br><br>**[To be heard by Discovery Master Hon. Edward A. Infante (Ret.)]**<br><br>**DECLARATION OF AMIR SUMAN IN SUPPORT OF MGA'S OPPOSITION TO MOTION TO COMPEL METADATA**<br><br>Hearing Date:　TBD<br>Time:　TBD<br>Place:　TBD |

I, Amir Suman, declare and state as follows:

1. I am the Network Administrator and a member of the Information Technology ("IT") staff of MGA Entertainment, Inc. Except where otherwise noted, I make this declaration upon personal knowledge and if called as a witness, I could and would testify competently thereto.

2. To collect native documents, like the emails I understand are being sought by Mattel in this case, requires MGA IT personnel to search for and locate each individual email in the Personal Storage Table ("pst") files on MGA's file server.

3. There is no member of the MGA IT staff dedicated to searching for and collecting native emails because this is something that MGA's IT department does not ordinarily do. Accordingly, to the extent that such native files need to be located and collected, a member of the MGA IT staff would have to be taken off other MGA related IT work.

4. The search for native emails, like those I understand are being sought by Mattel, can be a very slow process. Over an eight hour period of searching, I was only able to locate two such native files.

5. Although I understand that MGA has and continues to preserve pst files on the file server, the preservation of such files does not facilitate the search for native emails like those I understand are being sought by Mattel.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 30th day of November, 2007, at Van Nuys, California.

_____
Amir Suman

---

-2-
DECLARATION OF AMIR SUMAN SUPPORTING MGA'S OPPOSITION TO MOTION TO COMPEL METADATA