QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemnauel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

[Additional Counsel Listed On Following Page]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**JOINT REPORT TO DISCOVERY MASTER REGARDING MOTIONS SCHEDULED TO BE HEARD ON DECEMBER 14, 2007**<br><br>**Phase 1:**<br>Discovery Cut-off:       January 28, 2008<br>Pre-trial Conference:   May 5, 2008<br>Trial Date:                   May 27, 2008<br><br>**Phase 2:**<br>Discovery Cut-off:       N/A<br>Pre-trial Conference:   N/A<br>Trial Date: N/A |

07209/2310175.1

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
  Thomas J. Nolan (Bar No. 066992)
300 South Grand Avenue
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600
E-mail: tnolan@skadden.com

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
  Raoul D. Kennedy (Bar No. 40892)
Four Embarcadero Center, Suite 3800
San Francisco, California 94111
Telephone: (415) 984-6400
Facsimile: (415) 984-2698
E-mail: rkennedy@skadden.com

Attorneys for Counter-Defendants
MGA Entertainment, Inc., Isaac Larian, MGA Entertainment (HK) Limited, and MGAE de Mexico S.R.L. de C.V.


KEKER & VAN NEST, LLP
  John W. Keker (Bar No. 49092)
  Michael H. Page (Bar No. 154913)
  Christa M. Anderson (Bar No. 184325)
710 Sansome Street
San Francisco, California 94111

Attorneys for Plaintiff
Carter Bryant

07209/2310175.1                                    -2-

Pursuant to the Discovery Master's requests, the parties have met and conferred regarding the motions that the Discovery Master scheduled to be heard on December 14, 2007. Pursuant to that process, the parties have agreed that of the ten motions, the following may be taken off calendar (the numbers correspond to the motions identified in Ms. Chan's October 18, 2007 e-mail message):

2. MGA Entertainment, Inc, MGA Entertainment (HK) Ltd., and Isaac Larian's Motion for Protective Order Limiting Requests for Admission
7. Mattel, Inc.'s Motion to Compel Deposition of Ron Brawer
8. Mattel, Inc.'s Motion to Compel Production of Witnesses by MGA re Topic Nos. 15 and 16 of Third Rule 30(b)(6) Notice

The parties respectfully request that the Discovery Master hear the following motions on December 14, 2007:

1. Mattel, Inc.'s Motion to Compel Production of Documents Withheld as Privileged.
3. Mattel, Inc.'s Motion to Compel Withheld MGA Documents that Prove MGA was Development Bratz as Early as June 2000.
4. MGA Entertainment, Inc.'s and Carter Bryant's Joint Motion to Compel Re: Mattel's Bandying of 30(b)(6) Witnesses.[1]
5. Mattel, Inc.'s Motion to Enforce the Court's Order of May 15, 2007, to Compel MGA to Produce Compelled Documents in Un-Redacted Form, and for Sanctions.
6. Mattel, Inc.'s Motion to Enforce the Court's Order of May 15, 2007, to (I) Compel MGA to Produce Compelled Documents (Including Fee and/or Indemnity Agreements Between MGA and Bryant), (II) Order

---

[1] The parties respectfully request, however, that the Discovery Master not begin preparing to hear Motion No. 4, as the parties are working to reach an agreement on its resolution. The parties will keep the Discovery Master apprised of those efforts.

|   |   |   |
|---|---|---|
| 1 |   | That Any Privilege Objections Have Been Waived, and (III) Impose |
| 2 |   | Sanctions. |
| 3 | 9. | Mattel, Inc.'s Motion for Reconsideration of the September 12, 2007 |
| 4 |   | Order Granting in Part and Denying in Part MGA's Motion to Compel |
| 5 |   | Production of Documents. |
| 6 | 10. | Mattel, Inc.'s Motion to Compel Production of Documents by Isaac |
| 7 |   | Larian and for Monetary Sanctions.[2] |

Respectfully submitted.

Dated: November 30, 2007

_____
Christa Anderson
Keker & Van Nest, LLP
Attorneys For CARTER BRYANT

Dated: November 30, 2007

_____
Raoul Kennedy
Skadden Arps Slate Meagher & Flom, LLP
Attorneys For MGA ENTERTAINMENT, INC.;
ISAAC LARIAN; MGA ENTERTAINMENT (HK),
LIMITED; AND MGA DE MEXICO S.R.L. DE
C.V.

Dated: November 30, 2007

_____
Jon Corey
Quinn Emanuel Urquhart Oliver & Hedges, LLP
Attorneys for MATTEL, INC.

---

[2] Motion No. 10 is not fully briefed, but the parties have agreed to narrow the scope of the dispute. The specifics of the narrowed scope will be reflected in the Isaac Larian's opposition and in Mattel's reply thereto, which will be filed promptly.

07209/2310175.1                           -4-