THOMAS J. NOLAN (Bar No. 066992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600
E-mail: tnolan@skadden.com

RAOUL D. KENNEDY (Bar No. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Embarcadero Center, 38th Floor
San Francisco, CA 94111-5974
Telephone: (415) 984-6400
Facsimile: (415) 984-2698
Email: rkennedy@skadden.com

Attorneys for MGA Entertainment, Inc.,
MGA Entertainment (HK) Limited,
MGAE De Mexico, S.R.L. DE C.V., and
Isaac Larian

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation<br><br>Defendant.<br><br>Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>**DISCOVERY MATTER**<br><br>[To be heard by Discovery Master Hon. Edward A. Infante (Ret.)]<br><br>**DECLARATION OF LISA TONNU IN SUPPORT OF MGA ENTERTAINMENT INC.'S OPPOSITION TO MATTEL, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS**<br><br>Hearing Date: TBD<br>Time: TBD<br>Place: TBD |

DECL. OF LISA TONNU ISO MGA's OPPOSITION TO MATTEL'S MOTION TO COMPEL

I, Lisa Tonnu, declare and state as follows:

1. I am the Vice President of Taxation of MGA Entertainment, Inc. ("MGA"). All of the facts set forth herein are known to me personally, and if called as a witness, I could and would testify competently thereto.

2. In my work as the Vice President of Taxation of MGA and in my interactions with MGA's finance personnel, I have developed a general understanding of the manner in which MGA collects, stores and reports financial data.

3. Mattel asserts that MGA possesses a "summary report" that sets forth current and historical SKU-level revenue, expense, and profit data for Bratz dolls and other Bratz products. Mattel is mistaken. The information relevant to an assessment of the profitability of Bratz dolls and other Bratz products at the SKU-level exists in multiple data warehouses and user interfaces at MGA, some of which are not readily accessible through MGA's current systems.

4. MGA stores raw, source-level financial data in multiple data warehouses. It retains source financial reporting data from fiscal years 2005 and prior in a legacy system known as "Great Plains." The data stored in the "Great Plains" system is no longer accessible through MGA's current financial reporting interface, known as FRX. Raw, source-level financial data from fiscal years 2006 to the present is stored in MGA's "Axapta" system.

5. Source-level financial data from MGA's "Axapta" system feeds into two different user-level interfaces: "Targit," a sales data interface, and "FRX," a report writing tool. Prior to Axapta, the Great Plains system also fed source-level financial data into the Targit system.

6. "Targit" provides access to MGA's sales, returns, units sold, and HK standard costs. "Targit" allows users to generate sales reports by stock-keeping unit ("SKU"), by brand, by account, and by various other measures. "Targit" does not report other cost of sales data, including purchase price variance, freight and custom

1

duties, and inventory related costs, by SKU. As a result, "Targit" alone is incapable of generating summary reports that calculate net profit margin by SKU.

7. The "FRX" system is MGA's official financial report writing system used to generate MGA's profit-and-loss statements and balance sheets. Through FRX, MGA employees may retrieve general ledger information, but FRX cannot provide financial data at the SKU level. The "FRX" system provides the user with certain categories of summarized expense information that Targit does not. For example, FRX provides summary information for sales and marketing costs, travel and entertainment costs, salaries, distribution costs, supplies, professional fees, and other expenses — whereas the Targit interface cannot summarize this information.

8. The "Targit" and "FRX" systems alone do not provide access to all data relevant to SKU-level profitability. MGA and its sub-entities have maintained information concerning certain costs, such as depreciation expense, separately.

9. Thus, because the information relevant to an assessment of profitability by SKU is found in data from multiple sources, there is no single "summary report" containing all profit-related information by SKU. Rather, the data must be collected from different sources, some of which cannot be readily accessed.

10. MGA personnel are currently gathering data from the sources discussed above to be produced to Mattel. MGA expects to produce to Mattel several reports containing information relevant to an assessment of MGA's SKU-level sales, returns and costs of goods sold data for Bratz dolls and other products. Additionally, MGA expects to be able to provide to Mattel:

    a. Documents, reports, spreadsheets and other electronic data related to MGA's sales, returns and costs of good sold for each month, by SKU, from 2001 to the present;

    b. Documents, reports, spreadsheets and other electronic data sufficient to show MGA's promotional, advertising and media expenditures, including MGA's internal allocation of those expenditures by brand and/or product;

      c.     Documents, reports, spreadsheets and other electronic data sufficient to show MGA's amortization and depreciation of certain capital assets and expenditures;

      d.     Documents, reports, spreadsheets and other electronic data sufficient to show MGA's monthly general ledger entries aggregated by account, including income and expense accounts, reserves and liabilities; and

      e.     Documents, reports, spreadsheets and other electronic data sufficient to explicate MGA's various accounts as presently and historically maintained in MGA's books and records, as well as various nomenclature assigned to items, products, brands, sub-brands, and profit centers.

11. MGA personnel are also working to gather documents, reports, spreadsheets and other electronic data related to MGA's sales, Hong Kong standard manufacturing cost and discounts and allowances by customer.

12. It is my understanding, based on my discussions with MGA personnel working on the gathering of this data, that most of the data will be compiled by the close of business on Monday, December 10, 2007, or sooner. I am informed by counsel that it will take at least another two business days to convert that data into documents that can be produced to Mattel. Thus, MGA currently expects to be in a position to produce substantially all of the financial documents and reports described above by Wednesday, December 12, 2007, barring unforeseen technical or other difficulties. MGA will produce the information to Mattel as it becomes available on a rolling basis.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 3rd day of December, 2007, in Van Nuys, California.

Lisa Tonnu

3

DECL. OF LISA TONNU ISO MGA's OPPOSITION TO MATTEL'S MOTION TO COMPEL
201980-San Francisco Server 1A - MSW