THOMAS J. NOLAN (Bar No. 066992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, California 90071-3144
Telephone:   (213) 687-5000
Facsimile:    (213) 687-5600
E-mail:       tnolan@skadden.com

RAOUL D. KENNEDY (Bar No. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Embarcadero Center, Suite 3800
San Francisco, CA  94111
Telephone:   (415) 984-6400
Facsimile:    (415) 984-2698
E-mail:       rkennedy@skadden.com

Attorneys for MGA Entertainment, Inc.,
MGA Entertainment (HK) Limited,
MGAE de Mexico S.R.L. de C.V., and
Isaac Larian

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation<br><br>Defendant.<br>―――――――――――――――<br>Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | CASE NO.: CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>**DISCOVERY MATTER**<br><br>**[To be heard by Discovery Master Hon. Edward A. Infante (Ret.)]**<br><br>**PROOF OF SERVICE**<br><br>Hearing Date:  TBD<br>Time:             TBD<br>Place:            TBD |

PROOF OF SERVICE                                            NO. CV 04-9049 SGL (RNBx)

1

## PROOF OF SERVICE

2   STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

3         I am employed in the County of San Francisco, State of California.  I am over
the age of 18 and not a party to the within action.  My business address is 4
4   Embarcadero Center, Suite 3800, San Francisco, California 94111.

5         On **December 3, 2007**, I served the foregoing documents described as:

6   ## SEE ATTACHED DOCUMENT LIST

7   on the interested parties in this action addressed as follows:

8   ## SEE ATTACHED SERVICE LIST

9   ☒   (BY PERSONAL SERVICE)    ☐   By personally delivering copies to
the person served.  (FEDERAL)
10                                 (As Noted.)

11                                       ☒   I caused such documents to be
hand delivered to the office of the
12                                             addressee.  (FEDERAL) (As
Noted.)

13

14  ☒   (BY FEDERAL EXPRESS) I am readily familiar with the firm's practice for
the daily collection and processing of correspondence for deliveries with the
15  Federal Express delivery service and the fact that the correspondence would
be deposited with Federal Express that same day in the ordinary course of
16  business; on this date, the above-referenced document was placed for deposit
at San Francisco, California and placed for collection and delivery following
17  ordinary business practices.  (As Noted.)

18

19        I declare under penalty of perjury under the laws of the State of California and
the United States of America that the above is true and correct.
20

21        Executed on **December 3, 2007** at San Francisco, California.

22

23            Pat Owens
          Print Name                      Signature
24

25

26

27

28

-1-

1

## DOCUMENT LIST

2

3  1)  **MGA'S OPPOSITION TO MATTEL, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS;**

4

5  2)  **DECLARATION OF TIMOTHY MILLER IN SUPPORT OF MGA ENTERTAINMENT, INC.'S OPPOSITION TO MATTEL, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS;**

6

7  3)  **DECLARATION OF LISA TONNU IN SUPPORT OF MGA ENTERTAINMENT INC.'S OPPOSITION TO MATTEL, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS; and**

8

9  4)  **PROOF OF SERVICE**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

| PROOF OF SERVICE | NO. CV 04-9049 SGL (RNBx) |

| | |
|---|---|
| 1 | <div align="center">**SERVICE LIST**</div> |
| 2 | |
| 3 | John B. Quinn, Esq. |
| 4 | Michael T. Zeller, Esq. |
| 5 | Jon D. Corey, Esq. |
| 6 | |

**SERVICE LIST**

1

2

3  John B. Quinn, Esq.                    John W. Keker, Esq.
   Michael T. Zeller, Esq.                Michael H. Page, Esq.
4  Jon D. Corey, Esq.                     Keker & Van Nest, LLP
   Timothy L. Alger, Esq.                 710 Sansome Street
5  Quinn Emanuel Urquhart                 San Francisco, CA  94111
      Oliver & Hedges, LLP                Telephone:  (415) 391-5400
6  865 South Figueroa Street, 10th Floor  Facsimile:   (415) 397-7188
   Los Angeles, CA  90017-2543
7  Telephone:  (213) 443-3000             Attorneys for Carter Bryant
   Facsimile:   (213) 443-3100            [Federal Express]
8
   Attorneys for Mattel, Inc.
9  [Personal Service]

10

11 Mark E. Overland, Esq.
   Alexander H. Cote, Esq.
12 David C. Scheper, Esq.
   Overland Borenstein Scheper & Kim
13 300 South Grand Avenue, Suite 2750
   Los Angeles, CA  90071
14 Telephone:  (213) 613-4655
   Facsimile:   (213) 613-4656
15
   Attorneys for Carlos Gustavo
16 Machado Gomez
   [Federal Express]
17

18

19

20

21

22

23

24

25

26

27

28

-3-