QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemnauel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>                     Plaintiff,<br><br>         vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>                     Defendant.<br><br>CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**STIPULATION RE: CONTINUANCE OF TIME FOR MATTEL'S MOTION RE: ISAAC LARIAN'S AMENDED REPLY TO MATTEL'S COUNTERCLAIMS; AND**<br><br>[Proposed] Order filed concurrently herewith.<br><br>**Phase 1:**<br>Discovery Cut-off:     January 28, 2008<br>Pre-trial Conference:  May 5, 2008<br>Trial Date:            May 27, 2008 |

| | |
|---|---|
| 1 | This stipulation and [proposed] Order relates to *MGA Entertainment,* |
| 2 | *Inc. v. Mattel, Inc.*, Case No. CV 05-02727. |
| 3 | **WHEREAS**, Isaac Larian served on Mattel, Inc. ("Mattel") his |
| 4 | amended reply to Mattel's counterclaims on November 8, 2007; |
| 5 | **WHEREAS**, Mattel's time to file a motion under <u>Federal Rule of Civil |
| 6 | Procedure</u> 12(f) to Isaac Larian's amended reply would expire on December 3, 2007, |
| 7 | unless otherwise extended and assuming that its time was not tolled by the stay; and |
| 8 | **WHEREAS**, MGA and Bryant are amenable to extending the time for |
| 9 | Mattel's motion, if any, to determine whether additional discussions between the |
| 10 | parties can potentially resolve or narrow issues in advance of any such motion. |
| 11 | **IT IS THEREFORE AGREED AND STIPULATED** by and among |
| 12 | Mattel, MGA and Bryant, by and through their counsel of record, and subject to |
| 13 | approval of the Court, that the time for Mattel to file any motion pursuant to <u>Rule |
| 14 | 12(f)</u> in connection with the amended reply of Isaac Larian is extended to, and shall |
| 15 | include, Monday, December 10, 2007. |
| 16 | This is the first stipulation and [proposed] Order seeking to extend the |
| 17 | deadline for any Mattel motion against Isaac Larian's amended reply to Mattel's |
| 18 | counterclaims.  The purpose of this stipulation is not to create delay but rather to |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

afford the parties additional time to determine whether the parties can resolve or narrow issues in advance of any such motion.

Dated: December 3, 2007

/s/ Michael Page
MICHAEL PAGE
KEKER & VAN NEST, LLP
Attorneys For CARTER BRYANT

Dated: December 3, 2007

/s/ Thomas Nolan
THOMAS NOLAN
SKADDEN ARPS SLATE MEAGHER
& FLOM, LLP
Attorneys for MGA
ENTERTAINMENT, INC.

Dated: December 3, 2007

/s/ Michael T. Zeller
MICHAEL T. ZELLER
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
Attorneys for MATTEL, INC.