QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemnauel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>             Plaintiff,<br><br>      vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>             Defendant.<br><br>CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**[PROPOSED] ORDER RE: STIPULATION RE: CONTINUANCE OF TIME FOR MATTEL'S MOTION RE: ISAAC LARIAN'S AMENDED REPLY TO MATTEL'S COUNTERCLAIMS**<br><br>**Phase 1:**<br>Discovery Cut-off:       January 28, 2008<br>Pre-trial Conference:   May 5, 2008<br>Trial Date:                    May 27, 2008 |

1 **[PROPOSED] ORDER**

2      IT IS HEREBY ORDERED THAT the time for Mattel to file any
3 motion pursuant to Rule 12(f) is extended through, and shall include, Monday,
4 December 10, 2007.

6 DATED:_____, 2007           _____
7                                       HON. STEPHEN G. LARSON