KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
jkeker@kvn.com
MICHAEL H. PAGE - #154913
mpage@kvn.com
CHRISTA M. ANDERSON - #184325
canderson@kvn.com
MATTHEW M. WERDEGAR - #200470
mwerdegar@kvn.com
JOHN E. TRINIDAD - #250468
jtrinidad@kvn.com
AUDREY WALTON-HADLOCK- #250574
awaltonhadlock@kvn.com
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff
CARTER BRYANT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC. a Delaware Corporation,<br><br>Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC., v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No. CV 04-09049 SGL (RNBx) (consolidated with CV 04-9059 & 05-2727<br><br>**DECLARATION OF CHRISTA M. ANDERSON IN SUPPORT OF CARTER BRYANT'S OPPOSITION TO MOTION TO STRIKE CARTER BRYANT'S AFFIRMATIVE DEFENSES (Nos. 1, 2, 3 and 5)**<br><br>Date: December 17, 2007<br>Time: 10:00 a.m.<br>Dept: Courtroom 1<br>Judge: Hon. Stephen G. Larson<br><br>Date Comp. Filed: April 13, 2005<br><br>Discovery Cut-Off: Jan. 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

407353.01

DECLARATION OF CHRISTA M. ANDERSON IN SUPPORT OF CARTER BRYANT'S OPPOSITION TO MOTION TO STRIKE CARTER BRYANT'S AFFIRMATIVE DEFENSES (Nos. 1, 2, 3 and 5)
CASE NO. CV 04-09049 SGL (RNBx)

I, Christa M. Anderson, declare and say that:

1. I am an attorney licensed to practice law in the State of California and am a partner at Keker & Van Nest, LLP, counsel for Carter Bryant in the above-captioned action.

2. I have knowledge of the facts set forth herein, and if called to testify as a witness thereto, could do so competently under oath.

3. Attached hereto as Exhibit 1 is a true and correct copy of Mattel's Complaint against Carter Bryant filed April 27, 2004 in Los Angeles County Superior Court.

4. Attached hereto as Exhibit 2 is a true and correct copy of Carter Bryant's Answer to the complaint attached as Exhibit 1, filed May 14, 2004.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on December 3, 2007 in San Francisco, California.

By: /s/ Christa M Anderson
CHRISTA M. ANDERSON

1

DECLARATION OF CHRISTA M. ANDERSON IN SUPPORT OF CARTER BRYANT'S OPPOSITION TO MOTION TO STRIKE CARTER BRYANT'S AFFIRMATIVE DEFENSES (Nos. 1, 2, 3 and 5)
CASE NO. CV 04-09049 SGL (RNBx)

407353.01