# EXHIBIT 2

ROBERT F. MILLMAN, Bar No. CA 062152
DOUGLAS A. WICKHAM, Bar No. CA 127268
LITTLER MENDELSON
A Professional Corporation
2049 Century Park East, 5th Floor
Los Angeles, CA 90067.3107
Telephone: 310.553.0308

Attorneys for Defendant
CARTER BRYANT

CONFORMED COPY
OF ORIGINAL FILED
Los Angeles Superior Court

MAY 14 2004

John A. Clarke, Executive Officer/Clerk
By D. GILES, Deputy

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br>Plaintiff,<br>v.<br>CARTER BRYANT, an individual; and DOES 1 through 10, inclusive,<br>Defendant. | Case No. BC314398<br>ASSIGNED FOR ALL PURPOSES TO JUDGE HON. ALAN BUCKNER<br>**ANSWER TO PLAINTIFF'S UNVERIFIED COMPLAINT**<br>Complaint Filed: April 27, 2004 |

COMES NOW Defendant CARTER BRYANT ("Defendant") by and through his attorneys, and for his Answer to the unverified Complaint ("Complaint") of Plaintiff MATTEL, INC. ("Plaintiff") hereby generally and specifically denies each and every allegation in Plaintiff's Complaint, pursuant to Sections 431.30(b) and (d) of the California Code of Civil Procedure.

**AFFIRMATIVE DEFENSES**

Without waiving or excusing the burden of proof of the named Plaintiff or admitting that Defendant has any burden of proof, Defendant asserts the following affirmative defenses:

**FIRST AFFIRMATIVE DEFENSE**

1. Plaintiff's Complaint and each purported claim for relief therein fail to state facts sufficient to constitute a claim for relief against Defendant.

**SECOND AFFIRMATIVE DEFENSE**

2. Plaintiff's Complaint and each purported claim for relief therein are barred by the equitable doctrine of unclean hands.

**THIRD AFFIRMATIVE DEFENSE**

3. Plaintiff's Complaint and each purported claim for relief therein are barred by the equitable doctrine of waiver.

**FOURTH AFFIRMATIVE DEFENSE**

4. Plaintiff's Complaint and each purported claim for relief therein are barred by the equitable doctrines of estoppel.

**FIFTH AFFIRMATIVE DEFENSE**

5. Plaintiff's Complaint and each purported claim for relief therein are barred by the equitable doctrine of laches.

**SIXTH AFFIRMATIVE DEFENSE**

6. Plaintiff's Complaint and each purported claim for relief therein are barred by the equitable doctrine of consent.

**SEVENTH AFFIRMATIVE DEFENSE**

7. Plaintiff's Complaint and each purported claim for relief therein, or some of them, are barred by the applicable statutes of limitations, including Code of Civil Procedure sections



LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA 90067 3107
310 553 0308

337, 339, 343 and 338(c).

**EIGHTH AFFIRMATIVE DEFENSE**

8. Plaintiff's Complaint and each purported claim for relief therein, or some of them, are barred because Defendant did not owe a legal duty to Plaintiff or, if any legal duty arose, it was not breached by Defendant.

**NINTH AFFIRMATIVE DEFENSE**

9. Without admitting, and specifically denying, that Defendant owed any duty to Plaintiff, any duty or obligation, contractual or otherwise, which Plaintiff claims was owed by Defendant has been fully performed, satisfied and/or discharged.

**TENTH AFFIRMATIVE DEFENSE**

10. Plaintiff's Complaint and each purported claim for relief therein are barred because Defendant has complied fully with his obligations under all applicable laws.

**ELEVENTH AFFIRMATIVE DEFENSE**

11. Defendant alleges that Plaintiff has failed to exercise reasonable diligence in properly mitigating its damages, if any in fact were suffered.

**TWELFTH AFFIRMATIVE DEFENSE**

12. Plaintiff's Complaint and each purported claim for relief therein are barred because the alleged losses or harms sustained by Plaintiff, if any, resulted from causes other than any act or omission of Defendant.

**THIRTEENTH AFFIRMATIVE DEFENSE**

13. Plaintiff's Complaint and each purported claim for relief therein, or some of them, are barred because to the extent Plaintiff has suffered any harm, and Defendant denies that Plaintiff has suffered any harm, it is due to Plaintiff's own acts and omissions.

**FOURTEENTH AFFIRMATIVE DEFENSE**

14. Plaintiff's Complaint and each purported claim for relief therein, or some of them, are barred because any alleged contract fails for lack of consideration, is vague and uncertain, and therefore is void, voidable and/or unenforceable.

//

LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA 90067 3107
310 553 0308

FIFTEENTH AFFIRMATIVE DEFENSE

15. Plaintiff's Complaint and each purported claim for relief therein, or some of them, are barred because any breaches of an alleged contract or duty, which Defendant denies, are excused by Plaintiff's acts or omissions.

SIXTEENTH AFFIRMATIVE DEFENSE

16. To the extent that Plaintiff's Complaint and any purported claim for relief therein, or some of them, seek the remedy of injunctive relief, that remedy is barred because Plaintiff's remedies at law are adequate and will not cause irreparable harm to Plaintiff.

SEVENTEENTH AFFIRMATIVE DEFENSE

17. Plaintiff's Complaint and each purported claim for relief therein cannot be maintained because any duties or obligations, contractual or otherwise, which Plaintiff claims are owed by Defendant, are contrary to applicable law.

EIGHTEENTH AFFIRMATIVE DEFENSE

18. Plaintiff is barred from recovering punitive and/or exemplary damages from Defendant because: (1) the provisions of California law allowing for the award of punitive and/or exemplary damages and the substantive rules, procedures and/or standards for determining whether or not to award them, and if so, in what amount, violates Defendant's rights to protection under Article 1, Section 17 of the California Constitution and violate Defendant's rights to due process as provided in the Fifth and Fourteenth Amendments of the United States Constitution; (2) punitive and/or exemplary damages are so punitive in purpose and effect as to constitute a criminal penalty, entitling Defendant to rights afforded to defendants in criminal proceedings under the United States Constitution and the California Constitution; (3) punitive and/or exemplary damages places an unreasonable burden upon interstate commerce; and (4) California's system of punitive damages is unconstitutional under State Farm Mut. Auto. Ins. Co. v. Campbell, 123 S. Ct. 1513, 155 L. Ed. 2d 585 (2003), and the federal and state constitutions.

NINETEENTH AFFIRMATIVE DEFENSE

19. Defendant does not presently know all facts concerning the conduct of Plaintiff sufficient to state all affirmative defenses at this time. Defendant will seek leave of this

LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA 90067 3107
310 553 0308

Court to amend this Answer should he later discover facts demonstrating the existence of additional affirmative defenses.

**WHEREFORE,** Defendant prays for judgment as follows:

1. Plaintiff's Complaint shall be dismissed in its entirety with prejudice;

2. Plaintiff shall take nothing by its action against Defendant;

3. Defendant shall be awarded his costs of suit and attorneys' fees incurred in this matter (to the extent permitted by applicable law); and

4. Defendant shall be awarded such other, further relief as may be deemed just and proper.

Dated: May 14, 2004

Respectfully submitted,

LITTLER MENDELSON
A Professional Corporation

By: ______________________
DOUGLAS A. WICKHAM
Attorneys for Defendant
CARTER BRYANT

Los_Angeles:357256.2 028307.1010



LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA 90067 3107
310 553 0308

**PROOF OF SERVICE BY MAIL**

I am employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 2049 Century Park East, 5th Floor, Los Angeles, California 90067.3107. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On May 14, 2004, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

**ANSWER TO PLAINTIFF'S UNVERIFIED COMPLAINT**

in a sealed envelope, postage fully paid, addressed as follows:

Michael T. Zeller
Quinn Emauel Urquhart Oliver &
Hedges LLP
865 S. Figueroa Street
10th Floor
Los Angeles, CA 90017

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on May 14, 2004, at Los Angeles, California.



Julie Contreras