UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

| | |
|---|---|
| Case No.   CV 04-09049 SGL(RNBx) | Date: December 3, 2007 |
| Title:   CARTER BRYANT -v- MATTEL, INC.<br>AND CONSOLIDATED ACTIONS | |

=======================================================================

PRESENT:  HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| Jim Holmes<br>Courtroom Deputy Clerk | Theresa Lanza<br>Court Reporter |

| ATTORNEYS PRESENT FOR CARTER BRYANT: | ATTORNEYS PRESENT FOR MATTEL: |
|---|---|
| Matthew M. Werdegar | Michael T. Zeller<br>B. Dylan Proctor<br>Jon D. Corey |
| ATTORNEYS PRESENT FOR MGA: | ATTORNEY PRESENT FOR CARLOS GUSTAVO MACHADO GOMEZ: |
| Thomas J. Nolan<br>Carl A. Roth<br>Ryan Weinstein | Alexander H. Cote |

PROCEEDINGS:   **ORDER GRANTING MOTION FOR LEAVE TO SERVE A SUPPLEMENTAL INTERROGATORY; ORDER DENYING MOTION TO STRIKE (OR ALTERNATIVELY, FOR SUMMARY JUDGMENT AS TO) AFFIRMATIVE DEFENSES**

   The Court heard argument on these motions on December 3, 2007.  For reasons discussed on the record, the Court **GRANTS** the motion for leave to serve a supplemental interrogatory.  Mattel may serve on all opposing parties, and all parties served shall answer without objection thereto, the following interrogatory:

   State the facts upon which YOU intend to rely at trial to support YOUR affirmative defenses, and IDENTIFY all PERSONS with knowledge of those facts and

| | | |
|---|---|---|
| MINUTES FORM 90<br>CIVIL -- GEN | 1 | Initials of Deputy Clerk __jh_____<br>Time: 00/45 |

all DOCUMENTS that REFER OR RELATE TO those facts.

In light of the Court's granting of the motion for leave to file a supplemental interrogatory, the motion to strike (or alternatively, for summary judgment as to) MGA's affirmative defenses is **DENIED WITHOUT PREJUDICE** pending completion of discovery in this action.

IT IS SO ORDERED.