THOMAS J. NOLAN (Bar No. 066992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, California 90071-3144
Telephone:   (213) 687-5000
Facsimile:   (213) 687-5600
E-mail:    tnolan@skadden.com

RAOUL D. KENNEDY (Bar No.  40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Embarcadero Center, 38th Floor
San Francisco, CA  94111-5974
Telephone:   (415) 984-6400
Facsimile:   (415) 984-2698
Email:     rkennedy@skadden.com

Attorneys for MGA Entertainment, Inc.,
MGA Entertainment (HK) Limited,
MGAE De Mexico, S.R.L. DE C.V**.,** and
Isaac Larian

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation<br><br>Defendant.<br><br>Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>**DISCOVERY MATTER**<br><br>**[To be heard by Discovery Master Hon. Edward A. Infante (Ret.)]**<br><br>**DECLARATION OF RAOUL D. KENNEDY IN SUPPORT OF ISAAC LARIAN'S MEMORANDUM IN OPPOSITION TO MATTEL INC'S MOTION TO COMPEL FURTHER RESPONSE TO MATTEL, INC.'S FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS TO ISAAC LARIAN (MOTION 10)**<br><br>**[Memorandum in Opposition and Response to Separate Statement filed concurrently herewith]**<br><br>Hearing Date:  TBD<br>Time:           TBD<br>Place:          TBD |

DECL. OF RAOUL D. KENNEDY ISO LARIAN'S OPP. TO MATTEL INC.'S MOT. COMPEL

I, Raoul D. Kennedy, hereby declare as follows:

I am an attorney licensed to practice law in the State of California and am a partner at the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, attorneys of record for MGA Entertainment, Inc. ("MGA") and Isaac Larian ("Mr. Larian" or "Larian"), in the above-captioned matter.  I submit this Declaration in Support of Isaac Larian's Opposition to Mattel, Inc.'s Motion to Compel Production of Documents by Isaac Larian and for Award of Sanctions ("Motion No. 10" or "the Motion").  Unless otherwise stated, I have personal knowledge of the facts set forth below and, if called as a witness, I could and would testify competently thereto.

1.      On November 29, 2007, counsel for the parties met and conferred to discuss various discovery issues, including Motion No. 10.  During this conference, Mr. Larian's counsel agreed to supplement his responses to 55 of the 87 Requests disputed by Mattel in Motion No. 10 (Request Nos. 1, 2, 13, 15, 32, 33, 35, 41, 61-76, 82-101, 139-146, 213, 221, and 223), to include documents, if any, in his personal files that have not previously been produced.

2.      During the November 29, 2007 conference, Mattel's counsel agreed to consider some arguments presented by Mr. Larian's counsel regarding some of the requests disputed in Motion No. 10, but ultimately did not modify its position concerning the remaining 32 requests at issue (Request Nos. 79-81, 113-115, 123-125, 178, 180, 181, 190-192, 194-199, 207-209, 222, 224, 225, 227, 228, 269, 272, and 273).

3.      In particular, Mr. Larian's counsel offered to produce redacted telephone records with a signed verification by Mr. Larian that none of the redacted information was relevant to Mattel's requests for Mr. Larian's telephone records, to the extent that Mr. Larian has any responsive documents.  Mattel's counsel agreed to consider that offer and respond.  To date, no response has been received from Mattel's counsel.

1

4.     During the November 29, 2007 conference, counsel for the parties also discussed the possibility of attempting to secure a modification to the protective orders by consent of the parties in the *Larian v. Larian* arbitration and superior court matters, but did not reach an agreement on that day.

5.     Attached hereto as Exhibit 1 is a true and correct copy of Discovery Master Infante's January 25, 2007 Order Granting Mattel's Motion to Compel Production of Documents.

6.     Attached hereto as Exhibit 2 is a true and correct copy of Discovery Master Infante's August 13, 2007 Order Granting in Part and Denying in Part Mattel's Motion to Compel Production Of Documents by MGA.

7.     Attached hereto as Exhibit 3 is a true and correct copy of Discovery Master Infante's April 19, 2007 Order Granting in Part and Denying in Part Mattel's Motion for Protective Order Regarding "Polly Pocket" Documents.

8.     Attached hereto as Exhibit 4 is a true and correct copy of Discovery Master Infante's May 15, 2007 Order Granting Mattel's Motion to Compel Production of Documents and Interrogatory Responses by MGA.

9.     Attached hereto as Exhibit 5 is a true and correct copy of the Protective Order, dated November 16, 2005, from the *Larian v. Larian* arbitration proceeding.

10.     Attached hereto as Exhibit 6 is a true and correct copy of the Stipulation and Protective Order issued by Judge Nelson, on September 23, 2004, in *Larian v. Larian* (case no. BC 301371).

11.     Attached hereto as Exhibit 7 is a true and correct copy of Mattel, Inc.'s First Set of Requests for Documents and Things re Claims of Unfair Competition to MGA Entertainment, Inc., dated December 18, 2006.

12.     Attached hereto as Exhibit 8 is a true and correct copy of Mattel, Inc.'s Fifth Set of Requests for Documents and Things to MGA Entertainment, Inc., dated November 27, 2007.

DECL. OF RAOUL D. KENNEDY ISO LARIAN'S OPP. TO MATTEL INC.'S MOT. COMPEL

1    13.    Attached hereto as Exhibit 9 is a true and correct copy of Judge
2  Larson's July 2, 2007 Order.

3    14.    Attached hereto as Exhibit 10 is a true and correct copy of Mattel's
4  "About US" webpage, *available at* http://www.mattel.com/about_us/default.asp
5  (visited December 3, 2007).

6    15.    Attached hereto as Exhibit 11 is a true and correct copy of Mattel,
7  Inc.'s Second Amended Answer in Case No. 05-2727 and Counterclaims, dated July 12,
8  2007 (Public Redacted Version).

9    16.    Attached hereto as Exhibit 12 is a true and correct copy of Mattel,
10  Inc.'s First Set of Requests for Documents and Things to Isaac Larian, dated June 13,
11  2007.

12    17.    Attached hereto as Exhibit 13 is a true and correct copy of Mattel,
13  Inc.'s Fourth Set of Requests for Documents and Things to MGA Entertainment, Inc.,
14  dated October 25, 2007.

15    18.    Attached hereto as Exhibit 14 is a true and correct copy of Mattel,
16  Inc.'s First Set of Requests for Documents and Things to MGAE de Mexico, S.R.L.
17  de C.V, Inc., dated November 21, 2007.

18    I declare under penalty of perjury under the laws of the United States that the
19  foregoing is true and correct.

20

21    Executed this 5th day of December, 2007, at San Francisco, California.

22

23

24    _____
     /s/ Raoul D. Kennedy
     Raoul D. Kennedy

25

26

27

28

3