Jon D. Corey
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
865 SOUTH FIGUEROA STREET
10th FLOOR
LOS ANGELES, CA 90017
(213) 443-3000

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual, (SEE ATTACHED) | CASE NUMBER: CV 04-9049 Consolidated with Case Nos. CV 04-09059 & 05-02727 |
| v.  PLAINTIFF(S) | |
| MATTEL, INC., a Delaware corporation, (SEE ATTACHED) | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**

MATTEL, INC.'S NOTICE OF MOTION AND MOTION (1) TO ENFORCE COURT'S DISCOVERY ORDERS AND TO COMPEL; (2) TO OVERRULE IMPROPER INSTRUCTIONS; AND (3) FOR SANCTIONS; SEPARATE STATEMENT NO. 1; AND SEPARATE STATEMENT NO. 2 IN SUPPORT OF MATTEL'S MOTION.

**Document Description:**

- [ ] Administrative Record
- [ ] Exhibits
- [ ] Ex Part Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)
- [x] Other Motion, Separate Statements in Support of Motion.

**Reason:**

- [x] Under Seal
- [ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- [ ] Electronic versions are not available to filer
- [x] Per Court order dated Jan. 4, 2005
- [ ] Manual Filing required (*reason*):

December 6, 2007                            Jon D. Corey
Date                                        Attorney Name

                                            MATTEL, INC., a Delaware corporation,
                                            Party Represented

Note: File one Notice in each case, each time you manually file document(s).

G-92 (02/07)                    NOTICE OF MANUAL FILING                    CCD-G92