QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>[To Be Heard By Hon. Edward Infante (Ret.) Pursuant To Order Of December 6, 2006]<br><br>DECLARATION OF DIANE HUTNYAN IN SUPPORT OF MATTEL, INC.'S MOTION (1) TO ENFORCE COURT'S DISCOVERY ORDERS AND TO COMPEL; (2) TO OVERRULE IMPROPER INSTRUCTIONS; AND (3) FOR SANCTIONS<br><br>Hearing Date:   January 4, 2008<br>Time:           9:00 a.m.<br>Place:          TBD<br><br>Discovery Cut-off: January 28, 2008<br>Pre-trial Conference: May 5, 2008<br>Trial Date: May 27, 2008. |

07209/2314544.1

DECLARATION OF DIANE HUTNYAN

## DECLARATION OF DIANE C. HUTNYAN

I, Diane C. Hutnyan, declare as follows:

1. I am a member of the bar of the State of California. I am a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration in support of Mattel's Motion to (1) to enforce court's discovery orders and to compel; (2) to overrule improper instructions; and (3) for sanctions. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Attached as Exhibit 1 is a true and correct copy of relevant excerpts from the deposition of Spencer Woodman, taken on October 9, 2007.

3. Attached as Exhibit 2 is a true and correct copy of a letter from James P. Jenal, MGA's prior counsel, to B. Dylan Proctor, dated August 22, 2007.

4. Attached as Exhibit 3 is a true and correct copy of a letter from Diane Hutnyan to Tom Nolan, MGA's counsel, dated November 21, 2007.

5. Attached as Exhibit 4 is a true and correct copy an email exchange between Timothy Miller, MGA's counsel, and Diane Hutnyan, dated November 26, 2007.

6. Through a November 30, 2007 telephone call, I met and conferred with MGA's counsel, Timothy Miller, to discuss the inadequacy of Mr. Woodman's testimony. Due to the withdrawal of MGA's prior counsel, MGA's new counsel professed ignorance of the history related to the Courts' compelling of testimony as to Topic 34 and raised various arguments overruled by the Court's May Order. Mattel agreed to give MGA's counsel two more days, until Tuesday, December 4, to familiarize themselves with the circumstances surrounding Mr. Woodman's inadequate testimony. At the time, MGA's counsel intimated that he thought he could perhaps provide some of the testimony Mattel has sought pursuant to Topic 34 through Topic 33.

1

DECLARATION OF DIANE HUTNYAN

1         7.     Attached as Exhibit 5 is a true and correct copy of a letter from
2  Diane Hutnyan to Timothy Miller, dated December 1, 2007.
3         8.     Attached as Exhibit 6 is a true and correct copy of a letter from
4  Timothy Miller to Diane Hutnyan, dated December 4, 2007.
5         9.     Attached as Exhibit 7 is a true and correct copy of Deposition
6  Exhibit 500 (MGA 0825485-495), shown during the deposition of Spencer
7  Woodman.
8         10.    Attached as Exhibit 8 is a true and correct copy of Deposition
9  Exhibit 501 (MGA 0825438-445), shown during the deposition of Spencer
10 Woodman.
11        11.    Attached as Exhibit 9 is a true and correct copy of Deposition
12 Exhibit 502 (MGA 0825457-460), shown during the deposition of Spencer
13 Woodman.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 5, 2007, at Los Angeles, California.

*Diane C. Hutnyan*

07209/2314544.1

-2-

DECLARATION OF DIANE HUTNYAN