1 │ QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  │   John B. Quinn (Bar No. 090378)
2 │   (johnquinn@quinnemanuel.com)
  │   Michael T. Zeller (Bar No. 196417)
3 │   (michaelzeller@quinnemanuel.com)
  │   Jon D. Corey (Bar No. 185066)
4 │   (joncorey@quinnemanuel.com)
  │   865 South Figueroa Street, 10th Floor
5 │ Los Angeles, California 90017-2543
  │ Telephone: (213) 443-3000
6 │ Facsimile: (213) 443-3100

7 │ Attorneys for Mattel, Inc.

8 │ UNITED STATES DISTRICT COURT

9 │ CENTRAL DISTRICT OF CALIFORNIA

10 │ EASTERN DIVISION

| | |
|---|---|
| 11 CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| 12       Plaintiff, | Consolidated with |
| 13     vs. | Case No. CV 04-09059<br>Case No. CV 05-02727 |
| 14 MATTEL, INC., a Delaware corporation, | **DISCOVERY MATTER** |
| 15       Defendant. | **[To Be Heard By Hon. Edward Infante (Ret.) Pursuant To Order Of** |
| 16 | **December 6, 2006]** |
| 17 AND CONSOLIDATED ACTIONS | NOTICE OF LODGING IN SUPPORT OF MATTEL, INC.'S NOTICE OF MOTION |
| 18 | AND MOTION (1) TO ENFORCE COURT'S DISCOVERY ORDERS AND |
| 19 | TO COMPEL; (2) TO OVERRULE IMPROPER INSTRUCTIONS; AND (3) |
| 20 | FOR SANCTIONS |
| 21 | Hearing Date: January 4, 2008<br>Time: 9:00 a.m. |
| 22 | Place: TBD |
| 23 | Discovery Cut-off: January 28, 2008<br>Pre-trial Conference: May 5, 2008 |
| 24 | Trial Date: May 27, 2008 |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

07209/2300195.2

NOTICE OF LODGING

1    TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF

2 RECORD, PLEASE TAKE NOTICE that plaintiff Mattel, Inc. hereby lodges the

3 following condensed transcripts with Discovery Master Infante in support of its

4 Motion (1) To Enforce Court's Discovery Orders and To Compel; (2) To Overrule

5 Improper Instructions; and (3) For Sanctions:

6    1.   Condensed transcript of the deposition of Rebecca Harris, Volume I,

7        dated July 20, 2007;

8    2.   Condensed transcript of the deposition of Kenneth Lockhart, Volume I,

9        dated June 14, 2007;

10   3.   Condensed transcript of the deposition of Kenneth Lockhart, Volume

11       II, dated June 15, 2007;

12   4.   Condensed transcript of the deposition of Lisa Tonnu, Volume I, dated

13       July 19, 2007;

14   5.   Condensed transcript of the deposition of Lisa Tonnu, Volume II, dated

15       September 24, 2007;

16   6.   Condensed transcript of the deposition of Lisa Tonnu, Volume III,

17       dated September 25, 2007.

18   7.   Condensed transcript of the deposition of Spencer Woodman, Volume

19       I, dated October 9, 2007.

20

21 DATED:  December 5, 2007        QUINN EMANUEL URQUHART OLIVER &
                                   HEDGES, LLP
22

23                               By_____
                                      Jon D. Corey
24                                    Attorneys for Mattel, Inc.

25

26

27

28

07209/2300195.2