QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>            Plaintiff,<br><br>      vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>            Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Hon. Edward Infante (Ret.) Pursuant To The Court's Order Of December 6, 2006]**<br><br>[PUBLIC REDACTED] SUPPLEMENTAL DECLARATION OF SCOTT B. KIDMAN IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS<br><br>Hearing Date:  December 14, 2007<br>Time:  9:30 a.m.<br>Place:  JAMS S.F. Office<br><br>**Phase 1:**<br><br>Discovery Cut-off:  January 28, 2008<br>Pre-trial Conference:  April 21, 2008<br>Trial Date:  May 27, 2008 |

I, Scott B. Kidman, declare as follows:

1. I am a member of the bar of the State of California and a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. Shortly after MGA produced the document marked Exhibit 660 at the deposition of Lisa Tonnu in September 2007, I spoke with MGA's counsel, William Charron of O'Melveny & Myers, by telephone and asked if Exhibit 660 was the summary report MGA promised to produce in response to a number of the requests in Mattel's Second Set of Requests to MGA Entertainment, Inc. for Documents and Things. Mr. Charron stated that Exhibit 660 was not the promised summary report and that the promised summary report would be forthcoming.

3. Attached as Exhibit 1 is a true and correct copy of excerpts of the Deposition of Lisa Tonnu, dated September 24, 2007.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 6th day of December, 2007, at Los Angeles, California.

    /s/ Scott B. Kidman
Scott B. Kidman

07209/2314869.1

-1-
SUPPLEMENTAL KIDMAN DECLARATION ISO MATTEL INC.'S MOTION TO COMPEL