QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>         Plaintiff,<br><br>     vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>         Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with Case Nos. CV 04-09059 and CV 05-02727<br>**DISCOVERY MATTER**<br>**[To Be Heard By Discovery Master Hon. Edward Infante (Ret.) Pursuant To The Court's Order Of December 6, 2006]**<br>MATTEL, INC.'S NOTICE OF LODGING REGARDING MOTION TO COMPEL PRODUCTION OF DOCUMENTS<br>Hearing Date: December 14, 2007<br>Time: 9:30 a.m.<br>Place: JAMS S.F. Office<br>**Phase 1:**<br>Discovery Cut-off: January 28, 2008<br>Pre-trial Conference: April 21, 2008<br>Trial Date: May 27, 2008 |

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER**

1    PLEASE TAKE NOTICE that plaintiff Mattel, Inc. ("Mattel") hereby
2  lodges the following documents filed before the Discovery Master in support of its
3  Motion to Compel Production of Documents dated November 26, 2007:
4     1.  MGA Entertainment, Inc.'s Opposition to Mattel, Inc.'s Motion to
5         Compel Production of Documents and Interrogatory Answers, dated
6         February 20, 2007.
7     2.  MGA Entertainment Inc.'s Notice of Motion Objecting to Portions of
8         the Discovery Master's May 15, 2007 Order Granting Mattel's Motion
9         to Compel Production of Documents and Interrogatory Reponses By
10        MGA, dated May 30, 2007.
11    3.  MGA's Emergency Ex Parte Application for Review of Special Master
12        Infante's Order Denying MGA's Motion For Stay or Extension, dated
13        June 22, 2007.

15  DATED:  December 6, 2007           QUINN EMANUEL URQUHART OLIVER &
                                       HEDGES, LLP

18                                     By /s/ Scott B. Kidman
                                          Scott B. Kidman
19                                        Attorneys for Mattel, Inc.

2315575.1

-1-
NOTICE OF LODGING REGARDING MOTION TO COMPEL