**EXHIBIT 2**

RECEIVED

MAY 3 0 2007

1  DALE M. CENDALI (admitted *pro hac vice*)
   MICHAEL KEATS (admitted *pro hac vice*)
2  DIANA M. TORRES (S.B. #162284)
   JAMES P. JENAL (S.B. # 180190)
3  O'MELVENY & MYERS LLP
   400 South Hope Street
4  Los Angeles, CA 90071-2899
   Telephone: (213) 430-6000
5  Facsimile: (213) 430-6407
   Email: jjenal@omm.com
6
7  PATRICIA GLASER (S.B. #55668)
   CHRISTENSEN, GLASER, FINK, JACOBS,
8  WEIL & SHAPIRO, LLP
   10250 Constellation Boulevard, 19th Floor
9  Los Angeles, CA 90067
   Telephone: (310) 553-3000
10 Facsimile: (310) 557-9815

11 Attorneys for MGA Entertainment, Inc.

12
                    **UNITED STATES DISTRICT COURT**
13
                    **CENTRAL DISTRICT OF CALIFORNIA**
14
                          **EASTERN DIVISION**
15

16 | CARTER BRYANT, an individual,         | Case No. CV 04-09049 SGL (RNBx)
17 |              Plaintiff,                | (consolidated with CV 04-9059 & 05-2727)

18 |         v.                             | **MGA ENTERTAINMENT INC.'S**
   | MATTEL, INC., a Delaware                | **NOTICE OF MOTION OBJECTING**
18 | Corporation,                            | **TO PORTIONS OF THE DISCOVERY**
   |                                         | **MASTER'S MAY 15, 2007 ORDER**
19 |              Defendant.                 | **GRANTING MATTEL'S MOTION TO**
   |                                         | **COMPEL PRODUCTION OF**
20 |                                         | **DOCUMENTS AND**
21 |                                         | **INTERROGATORY RESPONSES BY**
   |                                         | **MGA**
22 |                                         |
   |                                         | **[Federal Rule of Civil Procedure 72(a);**
23 |                                         | **Local Rule 72-2.1]**

24 | CONSOLIDATED WITH                       | Hearing Date:   TBA
   | MATTEL, INC. v. BRYANT and              | Time:           TBA
25 | MGA ENTERTAINMENT, INC. v.              | Location:       Courtroom 1
   | MATTEL, INC.                            |
26
27
28

                              - 1 -

                    EXHIBIT _2_ PAGE _37_

1   TO THE CLERK OF COURT AND ATTORNEYS OF RECORD:

2          PLEASE TAKE NOTICE that MGA Entertainment, Inc. ("MGA") by and

3   through its undersigned counsel of record, will and hereby does move for an Order

4   from this Court vacating portions of the Discovery Master's May 15, 2007 Order

5   Granting Mattel's Motion to Compel Production of Documents and Interrogatory

6   Responses by MGA.

7

8          This Motion is based upon this Notice, the accompanying Memorandum of

9   Points and Authorities, and the Declaration of Kendall J. Burr, filed and served

10  concurrently, the pleadings and record herein, and such other argument or evidence

11  as may properly come to the attention of the Court.

12          Dated: May 30, 2007                    O'MELVENY & MYERS LLP

13

14                                                  *Michael Keats*

15                                                  By:  Michael Keats
                                                    Attorneys for MGA Entertainment, Inc.

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT __2__ PAGE __38__