QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  timalger@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with Case No. CV 04-09059 & Case No. CV 05-02727 |
| vs. | **DISCOVERY MATTER** |
| MATTEL, INC., a Delaware corporation, | **[To Be Heard By Discovery Master Hon. Edward Infante (Ret.)]** |
| Defendant. | MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBIT 1 TO THE SUPPLEMENTAL DECLARATION OF SCOTT B. KIDMAN AND EXHIBIT 3 TO THE SUPPLEMENTAL NOTICE OF LODGING IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS |
| AND CONSOLIDATED ACTIONS | [PROPOSED] ORDER |
| | Hearing Date:    December 14, 2007<br>Time:              9:30 a.m.<br>Place:             JAMS S.F. Office |
| | **Phase 1:** |
| | Discovery Cut-off:   January 28, 2008<br>Pre-trial Conference:   April 21, 2008<br>Trial Date:              May 27, 2008 |

1          Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order

2    entered by the Court in this action, plaintiff and counter-defendant Mattel, Inc.

3    ("Mattel") hereby respectfully requests that the Court order filed under seal

4    Exhibit 1 to the concurrently filed Supplemental Declaration of Scott B. Kidman

5    ("Supplemental Kidman Declaration"), and Exhibit 3 to the Supplemental Notice of

6    Lodging in Support of Mattel, Inc.'s Motion to Compel Production of Documents

7    ("Supplemental Notice").

8          MGA Entertainment, Inc. has designated Exhibit 1 to the Supplemental

9    Kidman Declaration, and Exhibit 3 to the Supplemental Notice as "Confidential--

10   Attorneys' Eyes Only."  As the above stated exhibits consist of materials designated

11   by MGA Entertainment, Inc. as "Confidential--Attorneys' Eyes Only," Mattel

12   requests that the Court order that these exhibits to the Supplemental Kidman

13   Declaration and Supplemental Notice be filed under seal.

14         In the alternative, Mattel requests that the Court declare that Exhibit 1

15   to the Supplemental Kidman Declaration, and Exhibit 3 to the Supplemental Notice

16   are outside the definitions of "Confidential" as contained in the Stipulated Protective

17   Order and order them to be filed as part of the public record.

18

19   DATED:  December 7, 2007          QUINN EMANUEL URQUHART OLIVER &
                                       HEDGES, LLP
20

21                                     By /s/ Scott B. Kidman
                                          Scott B. Kidman
22                                        Attorneys for Mattel, Inc.

23

24

25

26

27

28