## [PROPOSED] ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Exhibit 1 to the concurrently filed Supplemental Declaration of Scott B. Kidman, and Exhibit 3 to the Supplemental Notice of Lodging in Support of Mattel, Inc.'s Motion to Compel Production of Documents, are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED:                    , 2007   _____
                                              Hon. Stephen G. Larson
                                              United States District Judge