# EXHIBIT 7

WestLaw.

NewsRoom

12/23/06 ABCNIGHTLINE (No Page)

Page 1

12/23/06 ABC Nightline (Pg. Unavail. Online)
2006 WLNR 22434503

ABC Nightline
Copyright 2006 American Broadcasting Company

December 23, 2006

NIGHTLINE

[SHOW: ABC Nightline]   [AIRDATE: 12/22/06]   [AIRTIME: 23:35]   [ANCHOR: MARTIN
BASHIR]   [ANCHOR LOCATION: NEW YORK, NY USA]   [STORY: NIGHTLINE]

TOPIC:

CONTENT:

GRAPHICS: NIGHTLINE

GRAPHICS: BRAWL IN THE DOLLHOUSE

MARTIN BASHIR (ABC NEWS): Tonight on 'Nightline," brawl in the dollhouse.  After
almost 50 years of domination, Barbie is facing brash new competition from the
Bratz dolls.  Billions of dollars are on the line.  It's a toy story where nobody
is playing nice.

GRAPHICS: CHRISTMAS JOURNEY

MARTIN BASHIR (ABC NEWS): A Christmas journey.  Retracing the root historians say
Joseph and Mary would have taken from Nazareth to Bethlehem.  The dangers, the
difficulties, then and today.

GRAPHICS: FANTASY VS REALITY

MARTIN BASHIR (ABC NEWS): Fantasy versus reality.  It seems like the perfect gift
for a romantic holiday season.  So why do so many of us get it wrong?  Tonight, we
take you inside one store that thinks it has the answer.

MATT NEELY (STOCKING FELLA): The 34B should look good.

ANNOUNCER: From the global resources of ABC News, with Terry Moran in Washington,
Martin Bashir and Cynthia McFadden in New York City, this is 'Nightline," December
22nd, 2006.

EXHIBIT   6   PAGE 118

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.

EXHIBIT   7   PAGE 160

GRAPHICS: NIGHTLINE: DECEMBER 22, 2006

REPORTER: JOHN BERMAN
REPORTER LOCATION: LOS ANGELES, CA USA

TOPIC:

CONTENT: BARBIE, BRATZ, MATTEL, MICRO GAMES OF AMERICA, CHUCK SCOTHON

MARTIN BASHIR (ABC NEWS): (Off-camera)  Good evening.  Many of us have spent at least part of today rushing around the shops looking for that perfect Christmas present particularly for our children.  Toys are now big business.  Almost $11 billion will be spent on them during the holiday season alone.  And nowhere is the business more competitive than in the world of dolls.  Yes.  Barbie has long been the biggest-selling toy doll of all, but now there's a serious challenger.  And in the fight to be number one nobody's backing down.  Here's ABC's John Berman.

JOHN BERMAN (ABC NEWS): (Voiceover)  In this corner, measuring nine inches tall with big eyes and even bigger bling, the challenger, Bratz.  And in this corner, with flowing blond hair and impossibly disproportionate bust, a 47-year undisputed, undefeated champion from Mattel, Barbie.  Now you might think the world of dolls isn't the kind of place for a knock down, drag out brawl but you'd be wrong.

ISAAC LARIAN (CEO: Ken is not gonna save Barbie.  Barbie is not gonna save Barbie.  And the leadership that they have at Mattel right now, it's not gonna save Barbie.

JOHN BERMAN (ABC NEWS): (Off-camera)  You sound like a linebacker on a football team.  You're like taunting Mattel.

ISAAC LARIAN (CEO: It's good.  It's good for the business.

JOHN BERMAN (ABC NEWS): (Off-camera)  It's good?  Trash talking in the doll business is good?

ISAAC LARIAN (CEO: I'm not trash talking.  I'm telling - I'm talking about the facts.

JOHN BERMAN (ABC NEWS): (Voiceover)  Meet Isaac Larian.  The seemingly nice man who wants to pummel Barbie.  He is the CEO of Micro Games of America, which makes the Bratz doll.  He might not strike you as the doll kind of guy.  He came to the US from Iran with nothing.

ISAAC LARIAN (CEO: I came here in 1971 with a one-way ticket and $750 in my pocket and a big American dream.  And I have lived the American dream.

JOHN BERMAN (ABC NEWS): (Voiceover)  Larian went from washing dishes to building a toy company to the American dream on steroids.  Largely due to this big-eyed, big-headed cartoonish doll.  When Larian first saw the Bratz design in 2001, he thought they looked like aliens.

JOHN BERMAN (ABC NEWS): (Off-camera)  Do you still they look like aliens?

EXHIBIT 8  PAGE 149

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.

EXHIBIT 7  PAGE 481

ISAAC LARIAN (CEO: No: I think now they look beautiful. I've grown to like them.

JOHN BERMAN (ABC NEWS): (Voiceover) Last year's $2 billion in sales can make many things beautiful. Larian now says Bratz has a 40% market share and is the number two doll in the US market. Number two for now. Larian claims his Bratz girls are breathing down the lanky plastic neck of number one. That would be Barbie.

JOHN BERMAN (ABC NEWS): (Off-camera) What's wrong with Barbie?

ISAAC LARIAN (CEO: It's time for her to retire. She's been around for too long.

JOHN BERMAN (ABC NEWS): (Voiceover) And you want to help Barbie retire?

ISAAC LARIAN (CEO: Yes, I would help her retire. I would throw a party for her.

CHUCK SCOTHON (SENIOR VICE PRESIDENT MATTEL - GIRLS DIVISION): He's welcome to throw a party for Barbie any time he wants, but it won't be a retirement party. She has been and will remain the number one fashion doll in the industry.

JOHN BERMAN (ABC NEWS): (Voiceover) Meet Chuck Scothon. A senior Mattel executive and former high school offensive lineman. His product is the long-legged goliath of the toy business. Since she was first created in 1959, Barbie has been an icon among icons with almost absurd success. One study found that 90% of American girls between 3 and 10-years-old owns a Barbie doll.

CHUCK SCOTHON (SENIOR VICE PRESIDENT MATTEL - GIRLS DIVISION): Now, we're traveling through the world of fairytopia.

JOHN BERMAN (ABC NEWS): (Voiceover) Scothon doesn't like to talk about Bratz. Let alone the fact that they might pose a challenge.

JOHN BERMAN (ABC NEWS): (Off-camera) How was it, do you think, this become a story?

CHUCK SCOTHON (SENIOR VICE PRESIDENT MATTEL - GIRLS DIVISION): I think a lot of people like to talk about the underdog and the leadership positions. I think at the end of the day it's really about making more out of something than there really is.

JOHN BERMAN (ABC NEWS): (Voiceover) But last year, Barbie might have started to show her age. Sales dropped 13%, just as Bratz were getting white hot.

JOHN BERMAN (ABC NEWS): (Off-camera) Is Barbie in danger?

CHUCK SCOTHON (SENIOR VICE PRESIDENT MATTEL - GIRLS DIVISION): Not in the least. Barbie has been and will continue to be the number one fashion doll.

JOHN BERMAN (ABC NEWS): (Voiceover) Barbie has rebounded a bit this year, but Isaac Larian is not impressed. He says he has the key to cool. A multicultural doll with the edgy sassy attitude girls want these days.

© 2007 Thomson/~~~~~ Claim to ~~~~ US ~~~~ Works.

EXHIBIT 7  PAGE 482

EXHIBIT 8  PAGE 50

ISAAC LARIAN (CEO: The kids look at Bratz dolls and they think they are teenagers. And we ask them how old do you think Bratz dolls are?  They say they are teenagers. And when they look at Barbie doll they think it's old mom.

JOHN BERMAN (ABC NEWS): (Off-camera)  They think mom when they look at Barbie dolls?

CHUCK SCOTHON (SENIOR VICE PRESIDENT MATTEL - GIRLS DIVISION): What I would suggest and say to that is, first of all if Barbie, for some girls, reminds them of their mothers, I would think of nothing better.  The most important job a woman can have in many ways is being a mom.

JOHN BERMAN (ABC NEWS): (Voiceover)  There is no mistaking a Bratz doll for a mom.

JOHN BERMAN (ABC NEWS): (Off-camera)  I look at that Bratz doll.  She's wearing, you know, the leopard skin top, she's got the sequins, she's got the hairs, I mean, you know, people have compared them to street walkers.  They look a little, you know, trashy.

ISAAC LARIAN (CEO: They don't look trashy to me.  And this is - I think trashy is in the eye of the adults.  When we show these to the little girls, and we have done that over and over, everybody said they're beautiful.  They never say they look like a streetwalker.

JOHN BERMAN (ABC NEWS): (Voiceover)  Barbie is clearly going for a different image. What image, you ask?

CHUCK SCOTHON (SENIOR VICE PRESIDENT MATTEL - GIRLS DIVISION): First and foremost, I would say the Barbie doll is truly based on some great values for little girls. The courage, inspiration, imaginative play.

JOHN BERMAN (ABC NEWS): (Voiceover)  Whatever that means exactly, Barbie is famous for having careers like Doctor Barbie and Astronaut Barbie.  The Bratz dolls? Well, they like...

CARTOON VOICEOVER (GROUP): Shopping.

JOHN BERMAN (ABC NEWS): (Voiceover)  This is their motto.

ISAAC LARIAN (CEO: The girls with the passion for fashion.

JOHN BERMAN (ABC NEWS): (Off-camera)  The girls with the passion for fashion.

ISAAC LARIAN (CEO: Right.

JOHN BERMAN (ABC NEWS): (Off-camera)  What's that about?

ISAAC LARIAN (CEO: They have good fashion.  It's okay to look good.  It's okay, who said that you have to, who said that girls don't have to look good?

EXHIBIT  8  PAGE 151

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.

EXHIBIT  7  PAGE 483

JOHN BERMAN (ABC NEWS): (Off-camera)  And Barbie doesn't look good?  I could tell you, there are a lot of people who think Barbie looks good.

ISAAC LARIAN (CEO: I don't know.  The consumers who are buying Bratz doll don't think Barbie is good.

JOHN BERMAN (ABC NEWS): (Voiceover)  If all this is true why hasn't Bratz yet overtaken Barbie as number one?  According to Larian...

ISAAC LARIAN (CEO: We would have beaten them up this year and year before if they had not engaged in, what I call, really unfair competition.

JOHN BERMAN (ABC NEWS): (Off-camera)  Really unfair competition?  Those are fighting words.

ISAAC LARIAN (CEO: They are fighting words.

JOHN BERMAN (ABC NEWS): (Voiceover)  The Barbie-Bratz battle has moved beyond the Barbie dream house to the courthouse.  Round one.  Mattel filed a lawsuit alleging that the designer of the Bratz concept came up with the idea when he was working at Mattel.  Round two, Isaac Larian sued back saying that Mattel tried to corner the market on doll hair, and more seriously that Mattel ripped off the Bratz concept for a new line of Barbie dolls.  The MyScene dolls.

JOHN BERMAN (ABC NEWS): (Off-camera) This is, the MyScene Barbies are what has, to some extent, they're in the center of a little bit of a controversy now because Bratz says these look just like their dolls.

CHUCK SCOTHON (SENIOR VICE PRESIDENT MATTEL - GIRLS DIVISION): Okay.

JOHN BERMAN (ABC NEWS): (Off-camera)  I mean, don't you see the resemblance between MyScene Barbie and the Bratz doll?

CHUCK SCOTHON (SENIOR VICE PRESIDENT MATTEL - GIRLS DIVISION): What we see is an evolution to the Barbie brand.  And again, the Barbie brand is made up of dolls that target girls of every age because it's really an evolution of where the Barbie doll has been with a little bit more animated look, but not necessarily something that's been inspired by the competition at all.

JOHN BERMAN (ABC NEWS): (Voiceover)  The cases are still pending, but both companies say they are confident they will win the legal battle, though they say it differently.

CHUCK SCOTHON (SENIOR VICE PRESIDENT MATTEL - GIRLS DIVISION): I'm not really gonna talk about the legal piece of this.  I have all the confidence in the world that the justice system and that, that our attorneys can work through those issues.

ISAAC LARIAN (CEO: When we're done with Mattel, we will get them for billions of dollars, not only for this, but for defamation.

EXHIBIT ___8___ PAGE 152

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.

EXHIBIT ___7___ PAGE 494

JOHN BERMAN (ABC NEWS): (Voiceover)  Who will prevail in this doll brawl?  It's one thing to be hot.  Bratz are hot, but another to be iconic.

ISAAC LARIAN (CEO: We're gonna become number one.  I promise you that.

CHUCK SCOTHON (SENIOR VICE PRESIDENT MATTEL - GIRLS DIVISION): I can't speak to his guarantee.  What I can speak to is I believe that Barbie will continue to be the number fashion doll around the globe.

JOHN BERMAN (ABC NEWS): (Off-camera)  We're talking about dolls.  I mean, shouldn't everyone be able to play nice?

ISAAC LARIAN (CEO: They have gotten away too much with bullying everybody around.  And somebody has to stand up to them.  I will.

JOHN BERMAN (ABC NEWS): (Off-camera)  So you're gonna fight them on the schoolyard?

ISAAC LARIAN (CEO: I'm gonna fight, I'm gonna, not in the school schoolyard.  I'm gonna fight them in the courthouse.

JOHN BERMAN (ABC NEWS): (Off-camera)  And with this thing?

ISAAC LARIAN (CEO: With this thing and many other things.  But all 100% the old American fashion way.

JOHN BERMAN (ABC NEWS): (Voiceover)  Merry Christmas.  I'm John Berman for 'Nightline" in Los Angeles.

MARTIN BASHIR (ABC NEWS): (Off-camera)  The doll wars in a store near you.

GRAPHICS: ROAD TO BETHLEHEM

MARTIN BASHIR (ABC NEWS): (Voiceover)  And just ahead on 'Nightline," retracing the journey that has inspired millions for centuries.  In the footsteps of Joseph and Mary.

GRAPHICS: STOCKING FELLAS

MARTIN BASHIR (ABC NEWS): (Voiceover)  And stocking fellas.  One store's solution to the challenge of buying lingerie.  It's a 'Sign of the times."

ANNOUNCER: ABC News 'Nightline," brought to you by...

COMMERCIAL BREAK

REPORTER: WILF DINNICK
REPORTER LOCATION: NAZARETH, ISRAEL

TOPIC:

EXHIBIT ___6___ PAGE 155

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.

EXHIBIT ___7___ PAGE 485

CONTENT: CHRISTMAS STORY, CHURCH OF NATIVITY, JESUS, MARY, JOSEPH, ISRAEL

MARTIN BASHIR (ABC NEWS): (Off-camera) It's easy and commonplace to sentimentalize the Christmas story. Mary and Joseph, traveling for days on a donkey from their home in Nazareth to Bethlehem. Mary eventually giving birth to Jesus in a stable because there was no room for them at the inn. It wasn't an easy journey back then, but imagine making the same trek today in 2006. Here's ABC's Wilf Dinnick.

WILF DINNICK (ABC NEWS): (Voiceover) A heavily pregnant woman, traveling across deserts, through ancient cities and river crossings. The story of a trip inspiring Christians around the world. The gospel according to Luke says it began in Nazareth, a city where it's believed an angel told Mary she would have a son named Jesus.

WILF DINNICK (ABC NEWS): (Off-camera) Today, Nazareth is a city of about 70,000 people. But back in Joseph and Mary's day, it was only a small village of about 1,000. Now, to get to Bethlehem, it's actually only 65 miles, as the crow flies but Joseph and Mary, they had a complicated route. We're gonna take the exact same route. Well, they had a donkey. We've got this car.

WILF DINNICK (ABC NEWS): (Voiceover) The Bible does not have details of the journey. But historians told us, Mary and Joseph probably did not take the direct way to Bethlehem because then, like today, the Middle East was a complicated, sometimes dangerous, place. From Nazareth they headed east to the Jordan River to avoid hostile territory controlled by the Samaritans who hated Jews. They crossed the river by foot by the ancient city of Bet She'an. Then through the Jordan Valley, land that was controlled by Jewish kings, back into Israel, over the Jordan River again and through the ancient city of Jericho passed Jerusalem and then on to Bethlehem. Steve Pfann sees similarities between today and 2,000 years ago.

STEPHEN PFANN (PRESIDENT: There is an interesting parallel that can be drawn with border crossings, and police at the border, soldiers at the border, questions of taxation and other types of things put more into a modern context.

WILF DINNICK (ABC NEWS): (Voiceover) So, we drove from Nazareth to the Jordan River. It was in shallow areas like this where Mary and Joseph simply walked across the river.

ISRAELI SECURITY PERSONNEL (MALE): But you don't understand. Hey, I'm telling you, there is a problem.

WILF DINNICK (ABC NEWS): (Voiceover) But today, crossing the Jordan is not so simple. We were greeted by Israeli security.

WILF DINNICK (ABC NEWS): (Off-camera) The security here is so tight in fact that they won't even let us shoot here, even though we have permission. This is the Jordan Valley and this as far as we can come here because this is now an international border.

WILF DINNICK (ABC NEWS): (Voiceover) So from here on in, it was hidden cameras only. Passport checks, departure tax and duty-free.



EXHIBIT ___ PAGE 154

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.

EXHIBIT 7 PAGE 486

WILF DINNICK (ABC NEWS): (Off-camera)  And then we have to get on a bus to make the very short trip from Israel to Jordan.  This is how you have to do it in 2006.

WILF DINNICK (ABC NEWS): (Voiceover)  I did manage to sneak a few shots as we crossed the Jordan River.  On the other side, Jordanians were also nervous about our cameras.

WILF DINNICK (ABC NEWS): (Off-camera)  We face yet another delay here.  This is now on the Jordanian side and the security here says we can't actually use the camera, even though we applied for permission weeks ago, they somehow have lost our permission.  So we're trying to go down to the Jordan Valley now, as quickly as we can, and then we'll cross over to the Israeli side.

WILF DINNICK (ABC NEWS): (Voiceover)  The Jordan Valley is flat, perfect for traveling.  In Joseph and Mary's day there would have been hardly anything here.  Today, plenty of busy Arab towns.

WILF DINNICK (ABC NEWS): (Off-camera)  Okay, let's go in.  A lot has changed over the last 2,000 years but one thing that has remained the same is the type of bread made almost exactly the same way as when Joseph and Mary made their journey.

WILF DINNICK (ABC NEWS): (Voiceover)  Then back into Israel, just before the border closes.

WILF DINNICK (ABC NEWS): (Off-camera)  We're now gonna cross the Jordan River for the second time here, where Mary and Joseph would have waded across on their way to Bethlehem.

WILF DINNICK (ABC NEWS): (Voiceover)  Then on to the ancient town of Jericho, it is Palestinian and the Israeli army demands special ID to enter.

WILF DINNICK (ABC NEWS): (Off-camera)  Could I get a falafel with hummus and pita?  Pita, yeah.  Okay.

WILF DINNICK (ABC NEWS): (Voiceover)  This was a chance for Mary and Joseph to rest before the final, grueling leg of the trip, which was a treacherous road that was yet again blocked for us by the Israeli army.

WILF DINNICK (ABC NEWS): (Off-camera)  This is the part of the trip we cannot do by car.  This is the ancient route between Jericho and Bethlehem.  The silence here is amazing, the view is stunning, but it must have been a daunting part of the journey for Mary and Joseph.

WILF DINNICK (ABC NEWS): (Voiceover)  The last stretch of the journey that Mary and Joseph took into Bethlehem is now impossible.  Blocked by Israel's security wall.  Even Bethlehem itself is cut off by the wall.  We had to drive through this gate controlled by Israeli soldiers.

WILF DINNICK (ABC NEWS): (Off-camera)  We finally arrive in Bethlehem, and that's the church of the nativity behind us.  Now our trip took 15 hours, we crossed two international borders and dozens of military checkpoints.  Joseph and Mary's trip took about a week.

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.

EXHIBIT __7__ PAGE __487__   EXHIBIT __6__ PAGE __156__

WILF DINNICK (ABC NEWS): (Voiceover)  But on our trip, we met at least one historian who believes Joseph and Mary's journey never happened.  The gospel according to Luke says the couple made the trip to Bethlehem for a Roman census, but historians now know there was no census at the time.

REVEREND JEROME MURPHY-O'CONNOR (ECOLE BIBLIQUE: I have no problem with the divinity of Christ.  I have no problem with his birth in Bethlehem.  It's just the colorful little bits that writers, storytellers, felt inclined to add.  Those, we can legitimately question.

WILF DINNICK (ABC NEWS): (Voiceover)  He also believes, like many other historians, the couple already lived in Bethlehem and went to Nazareth later to look for work.  But don't tell that to anyone here.  In the Church of the Nativity, in this small spot where it's believed Mary gave birth to Jesus.  For the faithful, a miracle, after such a grueling journey.

REVEREND JEROME MURPHY-O'CONNOR (ECOLE BIBLIQUE: It's an extremely good yarn, and that's why it has survived because people prefer good yarns to the truth.

WILF DINNICK (ABC NEWS): (Voiceover)  And it is a good story.  And for us, an amazing journey.  Wilf Dinnick for "Nightline" in Bethlehem.

MARTIN BASHIR (ABC NEWS): (Off-camera)  The Christmas journey then and now.  And when we come back, Santa's little helpers like you've never seen them before.  It's a "Sign of the Times."

GRAPHICS: SIGN OF THE TIMES

COMMERCIAL BREAK

ANNOUNCER: 'Nightline" continues from New York City with Martin Bashir.

REPORTER: NICK WATT
REPORTER LOCATION: LONDON, ENGLAND

TOPIC:

CONTENT: LINGERIE, STOCKING FELLA, MARKS AND SPENCER, MYLA

MARTIN BASHIR (ABC NEWS): (Off-camera)  It seems like the perfect gift, the sexy little outfit for the one we love this Christmas.  If only it were that simple.  According to experts, men are simply hopeless at choosing lingerie.  So now, a department store in Britain is employing Santa's little helpers to guide men away from any lingerie land mines and, according to ABC's Nick Watt, it's a "Sign of the Times."

MATT NEELY (STOCKING FELLA): (Inaudible) nice, actually.  You guys doing okay?  Finding everything you want?  Yeah?

CUSTOMER (MALE): Yeah, we're fine.

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.



EXHIBIT 7 PAGE 489    EXHIBIT 8 PAGE 164

CUSTOMER (FEMALE): Yes, thank you.

CUSTOMER (MALE): Thank you, sir.

MATT NEELY (STOCKING FELLA): Give me a shout if you need any more help.

NICK WATT (ABC NEWS): (Voiceover) Here at Marks and Spencer they noticed a lot of lingerie returned by women after Christmas.  The problem?  Men were buying it. Matt Neely is part of the solution.

MATT NEELY (STOCKING FELLA): We were given all sorts of training about the styles of bra and what function it performs in terms pushing it together or lifting up, or squashing it down.

MATT NEELY (STOCKING FELLA): There we are.

NICK WATT (ABC NEWS): (Voiceover)  Two hundred stocking fellas were sent out to help hapless husbands.

MATT NEELY (STOCKING FELLA): That's quite sweet.

CUSTOMER (MALE): Mm-hmm.

MATT NEELY (STOCKING FELLA): Okay?

CUSTOMER (MALE): No.

MATT NEELY (STOCKING FELLA): You know, if the guys are wandering around not really know what they're doing, or kind of skirting around the outside too afraid to step in.

NICK WATT (ABC NEWS): (Voiceover) He helps the unromantic.

NICK WATT (ABC NEWS): (Off-camera)  Do you always buy underwear for Christmas?

CUSTOMER (MALE): No.

NICK WATT (ABC NEWS): (Off-camera)  So why this year?

CUSTOMER (MALE): Because I've run out of ideas.

MATT NEELY (STOCKING FELLA): Yeah.

NICK WATT (ABC NEWS): (Voiceover)  He helps the clueless.

MATT NEELY (STOCKING FELLA): What color are you looking for?

CUSTOMER (MALE): Well...

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.

EXHIBIT 7  PAGE 489          EXHIBIT 8  PAGE 161

NICK WATT (ABC NEWS): (Voiceover)  He even helps those who think they know better.

NICK WATT (ABC NEWS): (Off-camera)  Do you have the right size?

CUSTOMER (MALE): I have the right size, yeah.

NICK WATT (ABC NEWS): (Off-camera)  Color?

CUSTOMER (MALE): Well, color is my, my choice really, actually.

MATT NEELY (STOCKING FELLA): Hopefully, the presence of another man in the department will put them at ease.

NICK WATT (ABC NEWS): (Off-camera)  Now, this is Myla, an upmarket lingerie boutique where they have a very different philosophy.  Here, they only employ women.

TAMARA DAVIES (MANAGER: I would say 75% of my customers are men.

NICK WATT (ABC NEWS): (Off-camera)  Are men?

TAMARA DAVIES (MANAGER: Are men.  Male.

NICK WATT (ABC NEWS): (Voiceover)  Men, like Anatoly (PH).

TAMARA DAVIES (MANAGER: Do you know what she likes?  Do you know what color?

CUSTOMER (MALE): Colors, yeah, yeah.

TAMARA DAVIES (MANAGER: Size?

CUSTOMER (MALE): Size, yeah.  I think, it's a must if you - you have to know your woman.

NICK WATT (ABC NEWS): (Voiceover)  But even at Myla, some men aren't quite so sure about the size.

TAMARA DAVIES (MANAGER: So they're like this, or, I mean, as a woman, you know, female working here, we have men come in and said, 'She's your size, what size are you?"

NICK WATT (ABC NEWS): (Voiceover)  So, there's one bonus of a female assistant but it's not male bonding.

NICK WATT (ABC NEWS): (Off-camera)  And how do you put them at ease?

TAMARA DAVIES (MANAGER: Smiling, 'Hello, how are you today?"  Talk about the weather.

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.



EXHIBIT 7 PAGE 90          EXHIBIT 6 PAGE 158

NICK WATT (ABC NEWS): (Off-camera)  Bit of humor?

TAMARA DAVIES (MANAGER: A bit of humor, yes.  We do that.

NICK WATT (ABC NEWS): (Off-camera)  Do you flirt a little bit?

TAMARA DAVIES (MANAGER: Yes, a little.

NICK WATT (ABC NEWS): (Off-camera)  Apparently a lot of men end up buying two pairs, something safe and something saucy that they're both gonna enjoy.

NICK WATT (ABC NEWS): (Voiceover)  As Bridget Jones found out in the movie, safe can also be sexy.

CLIP FROM "BRIDGET JONES'S DIARY"

HUGH GRANT (ACTOR): Oh, absolutely enormous panties.  No, no, don't apologize.  I like them.  Hello, mommy.

TAMARA DAVIES (MANAGER: Men don't wanna leave here.  I got a guy here in yesterday, and he was looking around.  He spent about half an hour, and he said to me, 'I just, I just don't wanna leave.  I wanna stay here forever."

MATT NEELY (STOCKING FELLA): It's a 34B, which will be no good.

NICK WATT (ABC NEWS): (Voiceover)  I wonder if any one's ever said that...

MATT NEELY (STOCKING FELLA): Yeah.

NICK WATT (ABC NEWS): (Voiceover)  ...to a stocking fella?  I'm Nick Watt for "Nightline" in Lingerie Land.

MARTIN BASHIR (ABC NEWS): (Off-camera)  And in case you're wondering, I bought my wife a rather fetching handbag.  And when we come back, a special look at the achievements and events of the past year.

COMMERCIAL BREAK

MARTIN BASHIR (ABC NEWS): (Off-camera)  Next week on "Nightline," a look at some memorable moments and provocative people we've covered during 2006.  The year in entertainment, power, money and love.  It's all part of our special series beginning on Christmas Day with the 'Year in Jesus."  We hope you'll join us.  But that's our report for tonight.  I'm Martin Bashir.  For Cynthia McFadden, Terry Moran, and all of us at ABC News, good night America and have a very happy and peaceful Christmas.

FOR INFORMATION ON ORDERING A VIDEO OR TRANSCRIPT COPY OF ABC NEWS OR ABC NEWS NOW PROGRAMMING, PLEASE VISIT THE SECURE ONLINE ORDER FORM LOCATED AT WWW.TRANSCRIPTS.TV

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.

EXHIBIT __7__ PAGE __491__    EXHIBIT __6__ PAGE __69__

---- INDEX REFERENCES ----

COMPANY: MATTEL INC; ABC NEWS; BRATZ F C; REACH TRADE AND MARKETING; ABC

INDUSTRY: (TV (1TV19); Underwear (1UN06); Entertainment (1EN08); Gen Y
Entertainment (1GE14); TV Programming (1TV26); Games & Toys (1GA85); Gen Y TV
(1GE33); Apparel (1AP19); Consumer Products & Services (1CO62); Children's Apparel
(1CH40); Apparel & Textiles (1AP20))

REGION: (Americas (1AM92); North America (1NO39); Mediterranean (1ME20); Middle
East (1MI23); USA (1US73); Palestine (1PA37); New York (1NE72); Israel (1IS16);
Arab States (1AR46))

Language: EN

OTHER INDEXING: (MARTIN BASHIR (ABC NEWS); MARTIN BASHIR (ABC NEWS); MARTIN BASHIR
(ABC NEWS); MATT NEELY (STOCKING FELLA); ANNOUNCER; MARTIN BASHIR (ABC NEWS); JOHN
BERMAN (ABC NEWS); ISAAC LARIAN (CEO; JOHN BERMAN (ABC NEWS); ISAAC LARIAN (CEO;
JOHN BERMAN (ABC NEWS); ISAAC LARIAN (CEO; JOHN BERMAN (ABC NEWS); ISAAC LARIAN
(CEO; JOHN BERMAN (ABC NEWS); JOHN BERMAN (ABC NEWS); ISAAC LARIAN (CEO; JOHN
BERMAN (ABC NEWS); JOHN BERMAN (ABC NEWS); ISAAC LARIAN (CEO; JOHN BERMAN (ABC
NEWS); ISAAC LARIAN (CEO; CHUCK SCOTHON (SENIOR VICE PRESIDENT MATTEL - GIRLS
DIVISION); JOHN BERMAN (ABC NEWS); CHUCK SCOTHON (SENIOR VICE PRESIDENT MATTEL -
GIRLS DIVISION); JOHN BERMAN (ABC NEWS); JOHN BERMAN (ABC NEWS); CHUCK SCOTHON
(SENIOR VICE PRESIDENT MATTEL - GIRLS DIVISION); JOHN BERMAN (ABC NEWS); JOHN
BERMAN (ABC NEWS); CHUCK SCOTHON (SENIOR VICE PRESIDENT MATTEL - GIRLS DIVISION);
JOHN BERMAN (ABC NEWS); ISAAC LARIAN (CEO; JOHN BERMAN (ABC NEWS); CHUCK SCOTHON
(SENIOR VICE PRESIDENT MATTEL - GIRLS DIVISION); JOHN BERMAN (ABC NEWS); JOHN
BERMAN (ABC NEWS); ISAAC LARIAN (CEO; JOHN BERMAN (ABC NEWS); CHUCK SCOTHON (SENIOR
VICE PRESIDENT MATTEL - GIRLS DIVISION); JOHN BERMAN (ABC NEWS); CARTOON VOICEOVER
(GROUP); JOHN BERMAN (ABC NEWS); ISAAC LARIAN (CEO; JOHN BERMAN (ABC NEWS); ISAAC
LARIAN (CEO; JOHN BERMAN (ABC NEWS); ISAAC LARIAN (CEO; JOHN BERMAN (ABC NEWS);
ISAAC LARIAN (CEO; JOHN BERMAN (ABC NEWS); ISAAC LARIAN (CEO; JOHN BERMAN (ABC
NEWS); ISAAC LARIAN (CEO; JOHN BERMAN (ABC NEWS); JOHN BERMAN (ABC NEWS); CHUCK
SCOTHON (SENIOR VICE PRESIDENT MATTEL - GIRLS DIVISION); JOHN BERMAN (ABC NEWS);
CHUCK SCOTHON (SENIOR VICE PRESIDENT MATTEL - GIRLS DIVISION); JOHN BERMAN (ABC
NEWS); CHUCK SCOTHON (SENIOR VICE PRESIDENT MATTEL - GIRLS DIVISION); ISAAC LARIAN
(CEO; JOHN BERMAN (ABC NEWS); ISAAC LARIAN (CEO; CHUCK SCOTHON (SENIOR VICE
PRESIDENT MATTEL - GIRLS DIVISION); JOHN BERMAN (ABC NEWS); ISAAC LARIAN (CEO; JOHN
BERMAN (ABC NEWS); ISAAC LARIAN (CEO; JOHN BERMAN (ABC NEWS); ISAAC LARIAN (CEO;
JOHN BERMAN (ABC NEWS); MARTIN BASHIR (ABC NEWS); MARTIN BASHIR (ABC NEWS); MARTIN
BASHIR (ABC NEWS); ANNOUNCER; MARTIN BASHIR (ABC NEWS); WILF DINNICK (ABC NEWS);
WILF DINNICK (ABC NEWS); WILF DINNICK (ABC NEWS); STEPHEN PFANN (PRESIDENT; WILF
DINNICK (ABC NEWS); ISRAELI SECURITY PERSONNEL (MALE); WILF DINNICK (ABC NEWS);
WILF DINNICK (ABC NEWS); WILF DINNICK (ABC NEWS); WILF DINNICK (ABC NEWS); WILF
DINNICK (ABC NEWS); WILF DINNICK (ABC NEWS); WILF DINNICK (ABC NEWS); WILF DINNICK
(ABC NEWS); WILF DINNICK (ABC NEWS); WILF DINNICK (ABC NEWS); WILF DINNICK (ABC
NEWS); WILF DINNICK (ABC NEWS); WILF DINNICK (ABC NEWS); WILF DINNICK (ABC NEWS);
WILF DINNICK (ABC NEWS); WILF DINNICK (ABC NEWS); WILF DINNICK (ABC NEWS); REVEREND
JEROME MURPHY-O'CONNOR (ECOLE BIBLIQUE; WILF DINNICK (ABC NEWS); REVEREND JEROME
MURPHY-O'CONNOR (ECOLE BIBLIQUE; WILF DINNICK (ABC NEWS); MARTIN BASHIR (ABC NEWS);
ANNOUNCER; MARTIN BASHIR (ABC NEWS); MATT NEELY (STOCKING FELLA); CUSTOMER (MALE);
CUSTOMER (FEMALE; CUSTOMER (MALE); MATT NEELY (STOCKING FELLA); NICK WATT (ABC

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.



EXHIBIT **7** PAGE **492**        EXHIBIT **8** PAGE TOO

NEWS); MATT NEELY (STOCKING FELLA); MATT NEELY (STOCKING FELLA); NICK WATT (ABC
NEWS; MATT NEELY (STOCKING FELLA); CUSTOMER (MALE); MATT NEELY (STOCKING FELLA);
CUSTOMER (MALE); MATT NEELY (STOCKING FELLA); NICK WATT (ABC NEWS); NICK WATT (ABC
NEWS); CUSTOMER (MALE); NICK WATT (ABC NEWS); MATT NEELY (STOCKING FELLA); NICK
WATT (ABC NEWS); NICK WATT (ABC NEWS); CUSTOMER (MALE); MATT NEELY (STOCKING
FELLA); NICK WATT (ABC NEWS); MATT NEELY (STOCKING FELLA); CUSTOMER (MALE); NICK
WATT (ABC NEWS); NICK WATT (ABC NEWS); CUSTOMER (MALE); NICK WATT (ABC NEWS);
CUSTOMER (MALE); MATT NEELY (STOCKING FELLA); NICK WATT (ABC NEWS); TAMARA DAVIES
(MANAGER; NICK WATT (ABC NEWS); TAMARA DAVIES (MANAGER; NICK WATT (ABC NEWS);
TAMARA DAVIES (MANAGER; CUSTOMER (MALE); TAMARA DAVIES (MANAGER; CUSTOMER (MALE);
NICK WATT (ABC NEWS); TAMARA DAVIES (MANAGER; NICK WATT (ABC NEWS); NICK WATT (ABC
NEWS); TAMARA DAVIES (MANAGER; NICK WATT (ABC NEWS); TAMARA DAVIES (MANAGER; NICK
WATT (ABC NEWS); TAMARA DAVIES (MANAGER; NICK WATT (ABC NEWS); NICK WATT (ABC
NEWS); HUGH GRANT (ACTOR); TAMARA DAVIES (MANAGER; MATT NEELY (STOCKING FELLA);
NICK WATT (ABC NEWS); MATT NEELY (STOCKING FELLA); NICK WATT (ABC NEWS); MARTIN
BASHIR (ABC NEWS); MARTIN BASHIR (ABC NEWS))  (ABC; ABC NEWS; BASHIR; BETHLEHEM;
BIBLE; BRATZ; BRAWL; CHRISTMAS; CHRISTMAS JOURNEY; CHUCK; CONTENT; CONTENT: BARBIE;
CONTENT: CHRISTMAS; CONTENT: LINGERIE; CYNTHIA MCFADDEN TERRY MORAN; DIARY;
DIVISION; DOLLHOUSE; FANTASY; FELLAS; GRAPHICS; GRAPHICS: BRAWL; GRAPHICS:
CHRISTMAS; GRAPHICS: FANTASY; GRAPHICS: SIGN; HUGH; ISAAC; JEWISH; JOSEPH; JOURNEY;
KEN; LUKE; MARTIN BASHIR; MARY GRAPHICS: STOCKING; MATT; MATTEL; NICK; NIGHTLINE;
NIGHTLINE: DECEMBER; PALESTINIAN; SIGN; STOCKING; TAMARA; TERRY MORAN; TOPIC; USA)
(Astronaut Barbie; Barbie; Barbies; BRATZ; BRATZ DOLL WARS; Cynthia McFadden;
Doctor Barbie; Finding; Hey; Isaac; Isaac Larian; JOHN BERMAN; Jordanians; Largely;
Larian; Mary; Matt Neely; MyScene Barbie; Passport; Round; Steve Pfann)

Word Count: 5025
12/23/06 ABCNIGHTLINE (No Page)
END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.

EXHIBIT 7 PAGE 493      EXHIBIT 8 PAGE 161

# EXHIBIT 8

8/6/07 Trib. Rev. (Greensburg Pa.) (Pg. Unavail. Online)
2007 WLNR 15082166

Pittsburgh Tribune Review
Copyright 2007 Tribune-Review Publishing Co.

August 6, 2007

'Bratz' movie renews doll debate

The Associated Press

NEW YORK -- The Bratz universe was humming along as usual last week at the Toys 'R' Us flagship store in Manhattan. Like bees to honey, little girls buzzed about shelves lined with those famous pouty dolls with huge heads, plush lips to put Angelina to shame, and bared, toned midriffs.

There was much to choose from: Bratz Babyz. Bratz Kidz. Fashion Pixiez. Magic Hair. Bratz Spiderman 3. Bratz Shrek. The Bratz RC cruiser. Alarm clocks, CDs, video games. "I love it!" one girl cried, actually jumping for joy. "Look at all the makeup!"

These are the Bratz lovers -- young girls who, negative reviews aside, are the target audience for the new "Bratz" movie. What they'll see is a more wholesome look to Yasmin, Jade, Sasha and Cloe, the main characters behind the billion-dollar global franchise.

Then there are the Bratz haters, including some (but not all) parents, who say that film or no film, the Bratz doll message is troubling: friendship may be good, but what's really important is to be chic and, above all, sexy.

Few dolls seem to inspire as much opinion as the Bratz, created in 2001 by Isaac Larian of MGA Entertainment Inc. The blogosphere is littered with references to the dolls as tarts or prostitutes. The American Psychological Association got into the act earlier this year, mentioning Bratz in a broader report on the sexualization of girls: "It is worrisome when dolls designed specifically for 4- to 8-year-olds are associated with an objectified adult sexuality."

Some parents, alarmed by the sexy clothing and pouty looks, simply ban the dolls. "We don't allow them in the house," says Helene Lewis, of Moorestown, N.J. "It's the name, the look, the whole feeling about them. There are already enough negative

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.

EXHIBIT 8 PAGE 494

EXHIBIT ___ PAGE ___

influences out there."


But Lewis recognizes that banning something outright might lead her 5-year-old
daughter to want it more. So she tempers her response: "We're going to avoid it as
long as possible."


At the Toys 'R' Us display, Vera Dias-Freitas was going through the same balancing
act. "It's hard to say no, now that all the kids are getting it -- it's peer
pressure," she said, as her 7-year-old daughter Emily weighed her options. "What
bothers me is that they give off an aggressive attitude. And why do they have to be
sexy?" said the mother from Framingham, Mass. "The heels, and the low-rise jeans --
it's too much."


Some, though, say young girls simply love to dress up their dolls -- and it
doesn't mean your 5-year-old will demand stilettos and spaghetti straps next time
she leaves for preschool. "I like the dolls," said Mary Ann Savage, of Fenton,
Mich., as daughter Kylee, 8, exulted over the Magic Makeup kit. "At this age, they
all want to dress up and wear makeup. My daughter's a total girly-girl."


Though producers of the "Bratz" movie say they expect mainly a "tween" audience --
roughly ages seven to 13 -- many fans of the dolls are as young as four and five.
And perhaps younger for the babies, who wear diapers that look more like bikini
bottoms, with midriff showing, and bottles stylishly attached to a chain necklace.


Psychologist Sharon Lamb, who often gives talks on the sexualization of girls,
says one seventh-grade class gasped when she showed them a Bratz Baby.


"The baby looked just like a blowup sex doll in a bikini," says Lamb, co-author of
"Packaging Girlhood: Rescuing Our Daughters From Marketers' Schemes." She's also
concerned by some of the social scenarios Bratz dolls are placed in, which she
calls "'Sex and the City' scenarios for little girl dolls -- hanging out on
corners, at parties, in hot tubs."


Lamb said the "Bratz" filmmakers had no choice but to outfit the girls more
modestly than the dolls, "because if they dressed real girls in those outfits
they'd look sleazy." But she added that parents "need to look at the whole package.
Girls will still want to buy Bratz dolls or padded Bratz bralettes. It's the whole
Bratz package that they're buying and supporting."


The film's producers see it differently. Avi Arad, who co-produced the film and
made a career in the toy industry, says criticism of the dolls is unjustified.


© 2007 Thomson/West. No Claim to Orig. US Gov. Works.

EXHIBIT __8__ PAGE __495__        EXHIBIT ____ PAGE ____

"I don't think parents are looking at (the whole) picture," Arad said. "In all fairness, this is a huge brand. You couldn't be that successful if most parents really hated it." MGA Entertainment says worldwide revenue for all Bratz products -- dolls, CDs, video games, DVDs, etc. -- came to $2 billion for the 13-month period straddling last holiday season.

What critics don't understand, Arad says, is the stylistic reasons behind the doll's design. "A big head allows more hair play," he says. "The lips are for styling." As for the film, he says the aim was to create a truly multiethnic group of characters who learn to value friendship over the need for social acceptance.

"If parents give it a chance, they'll walk out and say, 'I like these kids,'" says Arad. Besides, he says, what's wrong with a little passion for fashion? "I see kids today folding down their skirts because it's fashionable to have a little belly," he says. "It doesn't make them bad girls. It doesn't reflect their beliefs." (And he points out that the costume designer, Bernadene Morgan, is a grandmother.)

Nonetheless, at least one young girl has no intention of seeing the film, and has never played with the doll. "I think they're really immodest," says Hannah Brown, 13, who's entering the eighth grade in Spartansburg, S.C. "Third-graders will see these dolls wearing halter tops and spaghetti straps and really short miniskirts, and think it's OK for them, too. It's not."

But Lauren Kaufman, whose daughters own several Bratz dolls, thinks Yasmin and cohorts get a slightly bum rap.

"My kids just think they're cool dolls," said the mother of two from Scarsdale, N.Y. "As for their values, they get them from me. I really don't worry about that."

And as for the movie, she says, "yes, we'll probably go see it."

---- INDEX REFERENCES ----

COMPANY: ABC INTERNATIONAL TRADERS INC; MGA ENTERTAINMENT INC

INDUSTRY: (Entertainment (1EN08); Consumer Products & Services (1CO62); Games & Toys (1GA85))

REGION: (USA (1US73); Americas (1AM92); North America (1NO39); New York (1NE72))

Language: EN

OTHER INDEXING: (AMERICAN PSYCHOLOGICAL ASSOCIATION; MGA ENTERTAINMENT; MGA ENTERTAINMENT INC; RC; TOYS) (Angelina; Arad; Avi Arad; Bernadene Morgan; Bratz;

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.



EXHIBIT __8__ PAGE __496__

8/6/07 BSX-TRBREV (No Page)                                                                Page 4


Bratz Kidz; Bratz Shrek; Bratz Spiderman; CDs; Cloe; DVDs; Hannah Brown; Helene
Lewis; Kylee; Lamb; Lauren Kaufman; Lewis; Magic Hair; Mary Ann Savage;
Nonetheless; Sharon Lamb; Vera Dias)

Word Count: 1181
8/6/07 BSX-TRBREV (No Page)
END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.

EXHIBIT **9** PAGE **165**

EXHIBIT **8** PAGE **497**

# EXHIBIT 9

Westlaw.

8/6/07 NWSDAY B04

NewsRoom

Page 1

8/6/07 Newsday B04
2007 WLNR 15040145

Newsday (USA)
Copyright 2007 Newsday, Inc.

August 6, 2007

Section: PART II

Too dolled up?

GEOFF BOUCHER. Los Angeles Times

Remember Tiger Beat magazine? Sean McNamara is the Tiger Beat of Hollywood, and he knows his audience. He's directed 13 films, delivered television hits such as "That's So Raven" and "Even Stevens" to Disney, and was astute enough to giveyoungsters named Jessica Alba, Shia LaBeouf and Hilary Duff some of the first big roles in their careers. Still, when McNamara was approached about making a live-action film based on the wildly successful dolls called Bratz, he had to admit he was out of touch.

"I have to be honest, I had never heard of these toys." McNamara trundled off to the Toys "R" Us with his 5-year-old son. "We checked out the Thomas the Train aisle, and then I went looking for Bratz. I was blown away. There were two full walls of Bratz stuff. But when I saw them I thought, 'These aren't cute dolls - they look like sluts.'"

And there you have it, the unique challenge of McNamara's new film, "Bratz: The Movie," which opened nationwide Friday. Like the filmmakers behind "Transformers," McNamara and company are looking for an instant audience by riding a hugely successful brand name from the toy stores up to the silver screen. The movie they have made is a fairly wholesome affair, but the brand they picked clearly has a checkered past. Simply put, parents pay for the movie tickets, and a lot of parents think the Bratz dolls look like 10-inch-tall hoochie mamas.

Extreme doll makeover

The dolls have dewy lips, fishnet stockings and barely-there miniskirts - a creep-out factor for a lot of moms. Earlier this year, a report from the American Psychological Association even mentioned the Bratz dolls by name and said "it is worrisome when dolls designed specifically for 4- to 8-year-olds are associated

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.

EXHIBIT 9   PAGE 498        EXHIBIT ____ PAGE ____

with an objectified adult sexuality."

Those young doll owners may not recognize their beloved Yasmin, Jade, Sasha and
Cloe when they sit down in the theater. The film gives the Bratz a complete
makeover that takes them from nightclub sexpots to flirty schoolgirls.

Like the dolls, the film characters are four BFFs (that's "best friends forever,"
but you knew that) who are ethnically diverse but share "a passion for fashion."
Really, though, beyond that, the film has very little connection to the toys.
"Bratz: The Movie" seems more indebted to "The Cheetah Girls," "High School
Musical," "Clueless" and, oddly, the subversive "Heathers" than it does to its
namesake source material. The name's the thing, though. The "Bratz" brand is a
stunningly potent one; the dolls first caught the imagination of young girls in
late 2001, and by the end of 2005, Bratz products had topped $2 billion in global
sales. They are especially popular in England and Australia.

In elementary schools you are either a Bratz girl or a Barbie girl. You'll find
some girls who are neither, of course, but very few who claim allegiance to both
camps. They are just too different, and, besides, their accessories aren't
interchangeable.

There's plenty of bad blood between Mattel Inc., the maker of the venerable Barbie
collection, and MGA Entertainment Inc., too, which makes the Bratz. There have been
lawsuits and a nasty feud as MGA has cut into Barbie's plasticized hegemony, and
the rivals vie for the hearts of girls with Internet social sites, fashion
accessories, video games, lip gloss, cartoons on DVD, pajamas and CD players.

Barbie is country-club white (although she has plenty of diverse Barbie pals),
while the Bratz are the urban poly-hues of a Benetton ad. This makes it easy to
assume that consumers are divided along race lines, and although that certainly is
part of it, the assumption doesn't hold up all that well. There are far too many
white kids playing with Bratz. One of the big determining factors may be the age of
the parents or elders who are actually buying the toys; if they were born in the
hip-hop era, they are more likely to consider the toys to be cute versions of the
MTV images of Mariah, Missy or Fergie, music artists they play in their car on the
way to work. Barbie, meanwhile, is so not hip-hop.

Losing street cred?

The problem presented by "Bratz: The Movie" is that some loyalists may wonder if
their sassy and urban heroes are sliding a bit toward the white, suburban Barbie
ethos.

To keep the separation line clear, the filmmakers decided early on that a Barbie-
esque character pretty much had to be the villain in the movie. The heavy in the
film is student-body president Meredith, who is platinum blond, affluent, haughty
and in possession of both nefarious plans to rule the school and a pampered pooch
named (ahem) Paris.

Avi Arad has a unique point of view on this contemporary valley of the dolls. He
made his name as a toy designer and executive of note in the 1980s and '90s, and he
worked on the Barbie line for a time. By the end of that decade, he was leading

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.



EXHIBIT __9__ PAGE __499__        EXHIBIT __10__ PAGE __164__

Marvel Enterprises. Now Arad has his own production company, and he has been the driving force behind "Bratz: The Movie."

"The genius in Barbie is that they made her belong to no one," Arad said. "And she had an aura of perfection about her. But then the world changed. Perfection is imperfection. Not everyone is going to look like the cover of the fashion magazine."

Arad said that "the Bratz are the X-Men for girls," an allusion to the struggle against the establishment and the outsiders' stigma that are key in the story of the mutant superheroes.

"The first thing I saw in them was diversity," Arad said. "I really liked the idea that they had a Latino girl, an Asian girl, an African-American girl and a lily-white kid. They show that your color is not going to set up your path in life. And I think that works because, among kids, it's becoming more and more of 'one world for a change.'"

The screenplay is already being written for a sequel to "Bratz: The Movie," and he is sizing up a venture that would adapt the property for a Broadway musical. Arad also said a line of Bratz dolls and tie-in products would be launched based on the film's imagery, story and less-saucy characters.

"I wanted a movie with the kind of kids I would want my daughter's friends to be like," Arad said. "They ended up being the kind of people I would want as my daughters."

---- INDEX REFERENCES ----

COMPANY: MATTEL INC; JADE; MAYOTTE TOURISME ET VOYAGES; TOYS R US INC; BRATZ P C; P AND B HOLDINGS INC; MERLIN GERIN ALPES SAS; MGA ENTERTAINMENT INC; BENETTON

INDUSTRY: (Entertainment (1EN08); Consumer Products & Services (1CO62); Games & Toys (1GA85))

Language: EN

OTHER INDEXING: (AMERICAN PSYCHOLOGICAL ASSOCIATION; BENETTON; BRATZ; CD; DVD; JADE; MATTEL INC; MGA; MGA ENTERTAINMENT INC; MTV; SASHA; TIGER BEAT; TOYS "R; YASMIN) (Arad; Avi Arad; Barbie; Cloe; Extreme; Hilary Duff; Jessica Alba; McNamara; Meredith; Remember Tiger Beat; Sean McNamara; Shia LaBeouf)

KEYWORDS: COVER.MOVIES.

EDITION: ALL EDITIONS

Word Count: 1235
8/6/07 NWSDAY B04
END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.



EXHIBIT    9    PAGE    560

EXHIBIT    10    PAGE    468