Jon D. Corey
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
865 SOUTH FIGUEROA STREET
10th FLOOR
LOS ANGELES, CA 90017
(213) 443-3000

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>v.   PLAINTIFF(S)<br><br>MATTEL, INC., a Delaware corporation,<br><br>DEFENDANT(S). | CASE NUMBER:<br>CV 04-9049<br>Consolidated with Case<br>Nos. CV 04-09059 & 05-02727<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**

(1) Mattel, Inc.'s Notice of Motion and Motion to Compel Stern & Goldberg to Produce Documents (2) Notice of Motion to Compel Farhad Larian to Produce Documents (3) Separate Statement in Support of Motion to Compel (4) Application to File Under Seal Exhibits 18 and 66 (5) Filed Under Seal Juan Pablo Alban's Declaration (6) Public Redacted Declaration of Juan Pablo Alban (7) Proof of Service

**Document Description:**

- [ ] Administrative Record
- [x] Exhibits
- [ ] Ex Part Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)
- [ ] Other

**Reason:**

- [x] Under Seal
- [ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- [ ] Electronic versions are not available to filer
- [x] Per Court order dated  Jan. 4, 2005
- [ ] Manual Filing required (*reason*):

December 7, 2007                               Jon D. Corey
Date                                           Attorney Name

                                               MATTEL, INC., a Delaware corporation,
                                               Party Represented

Note: File one Notice in each case, each time you manually file document(s).