QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff
Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br><u>Hon. Stephen G. Larson</u><br><br>MATTEL INC.'S AMENDED APPLICATION TO FILE UNDER SEAL EXHIBITS 18 AND 66 TO THE DECLARATION OF JUAN PABLO ALBAN IN SUPPORT OF MATTEL, INC.'S MOTIONS TO COMPEL PRODUCTION FROM FARHAD LARIAN AND STERN & GOLDBERG<br><br>[PROPOSED] ORDER<br><br>Hearing Date:   January 10, 2008<br>Time:           9:00 a.m.<br><br>Place:          Telephonic<br><br>**Phase I**<br>Discovery Cut-off:    January 28, 2008<br>Pre-trial Conference: May 5, 2008<br>Trial Date:           May 27, 2008 |

07209/2319754.1

APPLICATION TO FILE UNDER SEAL

1   Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by
2   the Court in this action, plaintiff Mattel, Inc. ("Mattel") hereby respectfully requests
3   that the Court order filed under seal Exhibits 18 and 66 to the concurrently filed
4   Declaration of Juan Pablo Albán in Support of Mattel, Inc.'s Motion to Compel
5   Production of Metadata ("Albán Declaration").

6   The Albán Declaration attaches as exhibits documents that Carter Bryant,
7   MGA Entertainment, Inc. ("MGA"), or Mattel, Inc. have designated as
8   "Confidential" or "Confidential--Attorneys' Eyes Only" pursuant to the Protective
9   Order. Exhibit 18 to the Alban Declaration is Mattel's Second Amended Answers
10  and Counterclaims, which Mattel designated as "Confidential." Exhibit 66 consists
11  of portions of the transcript of Paula Garcia, which were designated by MGA and/or
12  Carter Bryant as "Confidential--Attorneys' Eyes Only." Mattel respectfully requests
13  that the Court order Exhibits 18 and 66 be filed under seal.

14  In the alternative, Mattel requests that the Court declare these Exhibits to be
15  outside the definition of "Confidential" and/or "Confidential--Attorneys' Eyes Only"
16  as contained in the Stipulated Protective Order and order them to be filed as part of
17  the public record.

19  DATED: December 7, 2007           QUINN EMANUEL URQUHART OLIVER &
                                       HEDGES, LLP

                                       By_____
                                       Juan Pablo Albán
                                       Attorneys for Plaintiff
                                       Mattel, Inc.

## [PROPOSED] ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Exhibits 18 and 66 to the Declaration of Juan Pablo Albán submitted in support of Mattel's Motions to Compel Farhad Larian and Stern & Goldberg to Produce Documents, are ORDERED lodged under seal pursuant to Local Rule 79-5.1.

DATED:              , 2007    _____
Hon. Stephen G. Larson
United States District Judge