QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff and Cross-Defendant Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case Nos. CV 04-09059 and CV 05-02727<br><br>**PROOF OF SERVICE**<br><br>Discovery Cutoff:     January 14, 2008<br>Pre-Trial Conference: April 7, 2008<br>Trial Date:           April 29, 2008 |

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017.

1. MATTEL, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL FARHAD LARIAN TO PRODUCE DOCUMENTS; AND MEMORANDUM OF POINTS AND AUTHORITIES;

2. MATTEL, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL STERN & GOLDBERG TO PRODUCE DOCUMENTS; AND MEMORANDUM OF POINTS AND AUTHORITIES;

3. SEPARATE STATEMENT IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL FARHAD LARIAN TO PRODUCE DOCUMENTS;

4. DECLARATION OF JUAN PABLO ALBAN IN SUPPORT OF MATTEL, INC.'S MOTIONS TO COMPEL FARHAD LARIAN AND STERN & GOLDBERG TO PRODUCE DOCUMENTS.

On December 7, 2007, I served true copies of the following documents described as:

on the parties in this action as follows:

John W. Keker, Esq.
Michael H. Page, Esq.
Christina M. Anderson, Esq.
**Keker & Van Nest, LLP**
710 Sansome Street
San Francisco, CA 94111

[√] **BY FEDEX:** I deposited such document(s) in a box or other facility regularly maintained by FedEx, or delivered such document(s) to a courier or driver authorized by FedEx to receive documents, in sealed envelope(s) or package(s) designated by FedEx with delivery fees paid or provided for, addressed to the person(s) being served.

Executed on December 7, 2007, at Los Angeles, California.

Lorraine Robles

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is NOW Messenger Service, 1301 West Second Street, Suite 206, Los Angeles, California 90026.

On December 7, 2007, I served true copies of the following documents described as:

1. MATTEL, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL FARHAD LARIAN TO PRODUCE DOCUMENTS; AND MEMORANDUM OF POINTS AND AUTHORITIES;

2. MATTEL, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL STERN & GOLDBERG TO PRODUCE DOCUMENTS; AND MEMORANDUM OF POINTS AND AUTHORITIES;

3. SEPARATE STATEMENT IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL FARHAD LARIAN TO PRODUCE DOCUMENTS;

4. DECLARATION OF JUAN PABLO ALBAN IN SUPPORT OF MATTEL, INC.'S MOTIONS TO COMPEL FARHAD LARIAN AND STERN & GOLDBERG TO PRODUCE DOCUMENTS.

on the parties in this action as follows:

| | |
|---|---|
| Thomas J. Nolan, Esq.<br>**Skadden, Arps, Slate, Meagher & Flom LLP**<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071 | Mark E. Overland, Esq.<br>David C. Scheper, Esq.<br>Alexander H. Cote, Esq.<br>**Overland Borenstein Scheper & Kim, LLP**<br>300 South Grand Avenue, Suite 2750<br>Los Angeles, CA 90071 |
| Alan N. Goldberg, Esq.<br>**Stern & Goldberg**<br>**6345 Balboa Blvd., STE 200**<br>**Encino, CA 91316** | Alisa Morgenthaler Lever, Esq.<br>**Christensen, Glaser, Fink, Jacobs, Weil & Shapiro, LLP**<br>**10250 Constellation Blvd., 19th Fl.**<br>**Los Angeles, CA 90067** |

[√] [PERSONAL] by personally delivering the document listed above to the person(s) at the address(es) set forth above.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made

Executed on December 7, 2007, at Los Angeles, California.

_____
Dave Quintana

-2- Case No. CV 04-9049 SGL (RNBx)

PROOF OF SERVICE

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On December 7, 2007, I served true copies of the following document(s) described as

1. MATTEL INC.'S AMENDED APPLICATION TO FILE UNDER SEAL EXHIBITS 18 AND 66 TO THE DECLARATION OF JUAN PABLO ALBAN IN SUPPORT OF MATTEL, INC.'S MOTIONS TO COMPEL PRODUCTION FROM FARHAD LARIAN AND STERN & GOLDBERG;

2. <u>PUBLIC - REDACTED</u> DECLARATION OF JUAN PABLO ALBAN IN SUPPORT OF MATTEL, INC.'S MOTIONS TO COMPEL FARHAD LARIAN AND STERN & GOLDBERG TO PRODUCE DOCUMENTS;

3. MATTEL INC.'S AMENDED APPLICATION TO FILE UNDER SEAL EXHIBITS 18 AND 66 TO THE DECLARATION OF JUAN PABLO ALBAN IN SUPPORT OF MATTEL, INC.'S MOTIONS TO COMPEL PRODUCTION FROM FARHAD LARIAN AND STERN & GOLDBERG [PROPOSED] ORDER

on the parties in this action as follows:

Thomas J. Nolan, Esq.
Carl Roth, Esq.
**Skadden, Arps, Slate, Meagher & Flom LLP**
300 S. Grand Ave., STE 3400
Los Angeles, CA 90071

John W. Keker, Esq.
Michael H. Page, Esq.
Christina M. Anderson, Esq.
**Keker & Van Nest, LLP**
710 Sansome St.
San Francisco, CA 94111

Mark E. Overland, Esq.
David C. Scheper, Esq.
Alexander H. Cote, Esq.
**Overland Borenstein Scheper & Kim, LLP**
300 South Grand Avenue, Suite 2750
Los Angeles, CA 90071

Alan N. Goldberg, Esq.
**Stern & Goldberg**
6345 Balboa Blvd., STE 200
Encino, CA 91316

Alisa Morgenthaler Lever, Esq.
**Christensen, Glaser, Fink, Jacobs, Weil & Shapiro, LLP**
10250 Constellation Blvd., 19th Fl.
Los Angeles, CA 90067

**BY MAIL:** I am "readily familiar" with the practices of Quinn Emanuel Urquhart Oliver & Hedges for collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. I enclosed the foregoing in sealed envelope(s) addressed as shown above, and such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary business practices.

07209/2319836.1

1  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

2  Executed on December 7, 2007, at Los Angeles, California.

*/s/ Lorraine Robles*
Lorraine Robles