THOMAS J. NOLAN (Bar No. 066992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, California 90071-3144
Telephone:  (213) 687-5000
Facsimile:   (213) 687-5600
E-mail:   tnolan@skadden.com

RAOUL D. KENNEDY (Bar No. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Embarcadero Center, 38th Floor
San Francisco, CA  94111-5974
Telephone:  (415) 984-6400
Facsimile:   (415) 984-2698
Email:        rkennedy@skadden.com

Attorneys for MGA Entertainment, Inc.,
MGA Entertainment (HK) Limited,
MGAE De Mexico, S.R.L. DE C.V**.,** and
Isaac Larian

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with Case No. 04-9059 and Case No. 05-2727 |
| v. | **DISCOVERY MATTER** |
| MATTEL, INC., a Delaware corporation | **[To be heard by Discovery Master Hon. Edward A. Infante (Ret.)]** |
| Defendant. | *ERRATA* **TO:** |
| Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | **ISAAC LARIAN'S RESPONSE TO MATTEL, INC.'S SEPARATE STATEMENT IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS** |
| | Hearing Date:  TBD<br>Time:              TBD<br>Place:             TBD |

*ERRATA TO:*  RESPONSE TO MATTEL'S SEPARATE STATEMENT ISO MOTION TO COMPEL

On December 5, 2007, Isaac Larian filed in this court Isaac Larian's Response to Mattel, Inc.'s Separate Statement in Support of Motion to Compel Production of Documents. Due to an inadvertent error, heading II(A) was incorrectly positioned and formatted on page 2, and as a consequence, was omitted from the Table of Contents entirely.

On page 2 the following heading:

    A.    **Mr. Larian's Personal Financial Data:  Requests Nos. 207-209 and 269**

should appear, as formatted above, immediately before the following subheading:

    1.    **Requests, Responses, and Mattel's Position**

The corrected heading should also appear in the corresponding location in the Table of Contents.

For the convenience of the Court and Counsel of record, a revised page 2, and Table of Contents including the properly positioned and formatted heading are attached hereto as Exhibit A. We apologize for any inconvenience this may have caused the Court or Counsel of record.

DATED:  December 7, 2007    SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By:  /s/ Thomas J. Nolan
     THOMAS J. NOLAN

Attorneys for Counter-Defendants,
MGA ENTERTAINMENT, INC.,
ISAAC LARIAN, MGA ENTERTAINMENT
(HK) LIMITED, AND MGAE de MEXICO
S.R.L. de C.V.

1

*ERRATA TO:*  RESPONSE TO MATTEL'S SEPARATE STATEMENT ISO MOTION TO COMPEL