# EXHIBIT A

1

# TABLE OF CONTENTS

2                                                                                    **PAGE**

3   TABLE OF AUTHORITIES .................................................................................... iii

4   RESPONSE TO MATTEL'S SEPARATE STATEMENT ...................................... 1

5   I.   THERE IS NO DISPUTE OVER THE VAST MAJORITY OF
         REQUESTS TO MR. LARIAN......................................................................... 1

6
7   II.  THE COURT SHOULD REJECT MATTEL'S ATTEMPTS TO
         COMPEL PRODUCTION OF DOCUMENTS NOT RELEVANT TO
         ANY OF THE CLAIMS OR DEFENSES AT ISSUE IN THIS CASE ........ 2

8
9        A.   Mr. Larian's Personal Financial Data: Request Nos. 207-209 and
              269 .................................................................................................... 2

10            1.   Requests, Responses, and Mattel's Position .............................. 2

11            2.   Argument..................................................................................... 9

12       B.   Mr. Larian's Communications with Mattel Employees:  Request
              No. 198 ............................................................................................ 12

13            1.   Request, Response, and Mattel's Position ................................ 12

14            2.   Argument................................................................................... 13

15       C.   Mr. Larian's Statements To The Media:  Request Nos. 190-197
              and 199............................................................................................. 15

16            1.   Requests, Responses, and Mattel's Position ............................ 15

17            2.   Argument................................................................................... 27

18
19       D.   Mr. Larian's Telephone Records:  Request Nos. 178-181 ................ 29

20            1.   Requests, Responses, and Mattel's Position ............................ 29

21            2.   Argument................................................................................... 35

22       E.   Mr. Larian's Storage Devices:  Request Nos. 222 and 224 .............. 36

23            1.   Requests, Responses, and Mattel's Position ............................ 36

24            2.   Argument................................................................................... 39

25       F.   Mr. Bryant's Storage Devices:  Request Nos. 225, 227, and 228...... 43

26            1.   Requests, Responses, and Mattel's Position ............................ 43

27            2.   Argument................................................................................... 46

28       G.   Market Research Concerning Products Not at Issue:  Request
              Nos. 79-81......................................................... ........................... 47

**EXHIBIT A**
**PAGE 2**

i

| | | |
|---|---|---|
| 1 | 1. | Requests, Responses, and Mattel's Position ............................ 47 |
| 2 | 2. | Argument................................................................................. 54 |
| 3 | H. | Carter Bryant's Attorney and Niece: Request Nos. 113-115 ............ 57 |
| 4 | 1. | Requests, Responses, and Mattel's Position ............................ 57 |
| 5 | 2. | Argument................................................................................. 63 |
| 6 | I. | The Larian Brothers' "Arbitrations and Suits": Request Nos. 123-125.................................................................................... 64 |
| 7 | 1. | Requests, Responses, and Mattel's Position ............................ 64 |
| 8 | 2. | Argument................................................................................. 73 |
| 9 | J. | MGA Hong Kong and MGA Mexico: Request Nos. 272-273.......... 76 |
| 10 | 1. | Requests, Responses, and Mattel's Position ............................ 76 |
| 11 | 2. | Argument................................................................................. 80 |

**EXHIBIT A**
**PAGE 3**

ii

1 | thereby mooting the parties' dispute with respect to those 55 requests.[4] Accordingly,
2 | there remain 32 requests that Mattel continues to dispute, each of which is addressed
3 | below.[5]

4 | II. **THE COURT SHOULD REJECT MATTEL'S ATTEMPTS TO COMPEL PRODUCTION OF DOCUMENTS NOT RELEVANT TO ANY OF THE CLAIMS OR DEFENSES AT ISSUE IN THIS CASE**
5 |

6 | Each of the requests, responses, and positions of the parties are presented
7 | below for each of the remaining 32 disputed requests. Mr. Larian's arguments are
8 | then presented for the group of requests.

9 | A. **Mr. Larian's Personal Financial Data: Request Nos. 207-209 and 269**
10 | **1. Requests, Responses, and Mattel's Position**

11 | REQUEST FOR PRODUCTION NO. 207:

12 | DOCUMENTS sufficient to IDENTIFY each account with any bank or
13 | financial institution that YOU have or have had, or that YOU have or have had any
14 | legal or beneficial interest in, since January 1, 1999.

15 | RESPONSE TO REQUEST FOR PRODUCTION NO. 207:

16 | Larian incorporates by reference the above-stated general objections as if fully
17 | set forth herein. Larian also specifically objects to this request on the grounds that it
18 | seeks information not relevant to the subject matter of this lawsuit or reasonably
19 | calculated to lead to the discovery of admissible evidence. Larian also objects to this
20 | request on the grounds that it seeks information in violation of the right of privacy.
21 | Larian also objects to this requests on the grounds that it is vague and ambiguous in
22 | that Larian cannot determine what is meant by the phrase "any legal or beneficial

23 |

24 | [4] Mr. Larian has agreed to supplement his responses to Request Nos. 1, 2, 13, 15, 32, 33, 35, 41, 61-76, 82-101, 139-146, 213, 221, and 223. (Kennedy Decl. ¶ 1.)
25 | [5] The requests that Mattel continues to dispute are Request Nos. 79-81, 113-115, 123-125, 178, 180, 181, 190-192, 194-199, 207-209, 222, 224, 225, 227, 228,
26 | 269, 272, and 273. Although Mattel was satisfied with Mr. Larian's supplemental responses to Request Nos. 179 and 193 (*see* Mot. to Compel at 4, FN8), those
27 | supplemental responses raise valid objections that this Court should sustain, as explained below.
28 |

**EXHIBIT A**
**PAGE 4**

2

RESPONSE TO MATTEL'S SEPARATE STATEMENT ISO MOTION TO COMPEL