# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

    I am employed in the County of San Francisco, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 4 Embarcadero Center, Suite 3800, San Francisco, California 94111.

    On **December 7, 2007**, I served the foregoing documents described as:

***ERRATA* TO:  ISAAC LARIAN'S RESPONSE TO MATTEL, INC.'S SEPARATE STATEMENT IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

on the interested parties in this action addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒    (BY PERSONAL SERVICE)     ☐    By personally delivering copies to the person served.  (FEDERAL) (As Noted.)

                                                   ☒    I caused such documents to be hand delivered to the office of the addressee.  (FEDERAL) (As Noted.)

☒    (BY FEDERAL EXPRESS) I am readily familiar with the firm's practice for the daily collection and processing of correspondence for deliveries with the Federal Express delivery service and the fact that the correspondence would be deposited with Federal Express that same day in the ordinary course of business; on this date, the above-referenced document was placed for deposit at San Francisco, California and placed for collection and delivery following ordinary business practices.  (As Noted.)

    I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

    Executed on **December 7, 2007** at San Francisco, California.

    Pat Owens                                         /s/ Pat Owens
    Print Name                                       Signature

| | | |
|---|---|---|
| 1 | | **SERVICE LIST** |
| 2 | | |
| 3 | John B. Quinn, Esq.<br>Michael T. Zeller, Esq. | John W. Keker, Esq.<br>Michael H. Page, Esq. |
| 4 | Jon D. Corey, Esq.<br>Timothy L. Alger, Esq. | Keker & Van Nest, LLP<br>710 Sansome Street |
| 5 | Quinn Emanuel Urquhart<br>  Oliver & Hedges, LLP | San Francisco, CA  94111<br>Telephone:  (415) 391-5400 |
| 6 | 865 South Figueroa Street, 10th Floor<br>Los Angeles, CA  90017-2543 | Facsimile:   (415) 397-7188 |
| 7 | Telephone:  (213) 443-3000<br>Facsimile:   (213) 443-3100 | Attorneys for Carter Bryant<br>[Federal Express] |
| 8 | | |
| 9 | Attorneys for Mattel, Inc.<br>[Personal Service] | |
| 10 | | |
| 11 | Mark E. Overland, Esq.<br>Alexander H. Cote, Esq. | |
| 12 | David C. Scheper, Esq.<br>Overland Borenstein Scheper & Kim | |
| 13 | 300 South Grand Avenue, Suite 2750<br>Los Angeles, CA  90071 | |
| 14 | Telephone:  (213) 613-4655<br>Facsimile:   (213) 613-4656 | |
| 15 | | |
| 16 | Attorneys for Carlos Gustavo<br>Machado Gomez | |
| 17 | [Federal Express] | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

-2-

PROOF OF SERVICE                                              NO. CV 04-9049 SGL (RNBx)