QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>                Plaintiff,<br><br>      vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>                Defendant. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. CV 04-09059 & Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Hon. Edward Infante (Ret.)]**<br><br>[PROPOSED] ORDER GRANTING MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBIT 5 TO THE SUPPLEMENTAL DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL PRODUCTION OF METADATA<br><br>Date:   TBA<br>Time:  TBA<br>Place:  TBA<br><br>Discovery Cutoff:           January 28, 2008<br>Pre-Trial Conference:      May 5, 2008<br>Trial Date:                      May 27, 2008 |

07209/2317868.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

## [PROPOSED] ORDER

  Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

    Exhibit 5 to the Supplemental Proctor Declaration submitted in support of Mattel, Inc.'s Motion to Compel Production of Metadata is ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: _____, 2007  _____
                 Hon. Stephen G. Larson
                 United States District Judge