1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     John B. Quinn (Bar No. 090378)
2    (johnquinn@quinnemanuel.com)
     Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
     Jon D. Corey (Bar No. 185066)
4    (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
6  Facsimile: (213) 443-3100

7  Attorneys for Mattel, Inc.

8
                    UNITED STATES DISTRICT COURT
9
                  CENTRAL DISTRICT OF CALIFORNIA
10
                           EASTERN DIVISION
11

| | |
|---|---|
| 12  CARTER BRYANT, an individual,<br>        Plaintiff,<br>13<br>14  vs.<br>15  MATTEL, INC., a Delaware<br>16  corporation,<br>        Defendant.<br>17<br>18  AND CONSOLIDATED ACTIONS<br>19 | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>STIPULATION REGARDING<br>DOCKET NUMBER 1185<br><br>Phase I:<br>Discovery Cut-off: January 28, 2008<br>Pre-trial Conference: May 5, 2008<br>Trial Date:         May 27, 2008 |

07209/2319870.1

STIPULATION RE DOCKET NUMBER 1185

1   **WHEREAS**, pursuant to the Protective Order entered by the Court as of
2   January 4, 2005 (the "Protective Order"), the parties may designate certain
3   documents as "CONFIDENTIAL" or "CONFIDENTIAL -- ATTORNEYS' EYES
4   ONLY";

5   **WHEREAS**, pursuant to paragraph 12 of the Protective Order, the
6   inadvertent or unintentional public disclosure of "CONFIDENTIAL" or
7   "CONFIDENTIAL -- ATTORNEYS' EYES ONLY" materials shall not be deemed
8   a waiver of any claim of confidentiality, and counsel for the parties are required, to
9   the extent possible upon discovery of inadvertent error, to cooperate to restore the
10  confidentiality of the "CONFIDENTIAL" or "CONFIDENTIAL -- ATTORNEYS'
11  EYES ONLY" material that was inadvertently or unintentionally publicly disclosed;

12  **WHEREAS**, on December 6, 2007, using the Court's ECF electronic filing
13  system, Mattel, through inadvertence, publicly filed Exhibit 5 to the Supplemental
14  Declaration of B. Dylan Proctor in Support of Mattel, Inc.'s Motion to Compel the
15  Production of Metadata, which contains certain documents MGA has designated as
16  "CONFIDENTIAL -- ATTORNEYS' EYES ONLY" pursuant to the Protective
17  Order, and which is presently part of the public file at Docket No. 1185;

18  **WHEREAS**, after having this matter brought to its attention, Mattel has
19  attempted to rectify this inadvertent public filing, but has been informed by Court
20  personnel that a Court Order is required to do so;

21  **WHEREAS**, Mattel has represented that on December 7, 2007, it separately
22  re-filed the items at Docket No. 1185 in a corrected fashion, along with an
23  Application to File Under Seal Exhibit 5 to the Supplemental Declaration of B.
24  Dylan Proctor in Support of Mattel's Motion to Compel Production of Metadata,
25  which items will be entered as a new docket entry on the Court's docket;

26  **NOW, THEREFORE**, the parties hereby stipulate, by and through their
27  counsel of record and subject to Court approval, that the Court should either (1)
28  direct the Clerk to return to Mattel Docket Number 1185 in Case No. 04-9049, filed

1  on December 6, 2007, in its entirety, and strike that entire docket entry from the
2  public record, or (2) order Docket No. 1185 to be filed under seal in its entirety.
3  **IT IS SO STIPULATED**.

5  DATED: December 7, 2007        QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

                                  By /s/ B. Dylan Proctor
                                  B. Dylan Proctor
                                  Attorneys for Mattel, Inc.

11 DATED: December 7, 2007        SKADDEN ARPS SLATE MEAGHER AND FLOM, LLP

                                  By /s/ Thomas J. Nolan
                                  Thomas J. Nolan
                                  Attorneys for MGA ENTERTAINMENT, INC., ISAAC LARIAN,
                                  MGA ENTERTAINMENT (HK) LIMITED, AND
                                  MGAE de MEXICO S.R.L. de C.V.