QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>　　　　　Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>[PROPOSED] ORDER ON STIPULATION REGARDING DOCKET NUMBER 1185<br><br>Phase I:<br>Discovery Cut-off: January 28, 2008<br>Pre-trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

# ORDER

**IT IS HEREBY ORDERED** that:

(1) The Clerk is DIRECTED to return Docket Number 1185 in Case No. 04-9049, filed on December 6, 2007, to counsel for Mattel, Inc. in its entirety, and to strike that entire docket entry from the public record,

OR

(2) Docket Number 1185 in Case No. 04-9049, filed on December 6, 2007, is hereby ORDERED filed under seal in its entirety.

DATED:_____, 2007

_____
HON. STEPHEN G. LARSON
UNITED STATES DISTRICT
COURT JUDGE