QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
|---|---|
| Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
| vs. | |
| MATTEL, INC., a Delaware corporation, | STIPULATION RE: MOTION OF MATTEL, INC. TO STRIKE AFFIRMATIVE DEFENSES (NOS. 3, 5, 8 AND 10) OF CARLOS GUSTAVO MACHADO GOMEZ UNDER FED. R. CIV. P. 12(F) |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | [[Proposed] Order lodged concurrently]<br><br>Phase 1:<br>Discovery Cut-off: January 28, 2008<br>Pre-trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2319750.1

STIPULATION

**Stipulation**

WHEREAS, on July 12, 2007, Mattel, Inc. ("Mattel") filed its Second Amended Answer in Case No. 05-2727 and Counterclaims ("Counterclaims"),

WHEREAS, on August 10, 2007, Carlos Gustavo Machado Gomez ("Machado") filed an amended answer to Mattel's Counterclaims on September 24, 2007, asserting twelve affirmative defenses,

WHEREAS, Mattel filed a Motion to Strike Affirmative Defenses (Nos. 3, 5, 8 and 10) of Carlos Gustavo Machado Gomez under Fed. R. Civ. P. 12(f) on November 8, 2007,

WHEREAS, Mattel challenged defenses pleaded by MGA Entertainment, Inc. in its motion to strike and/or for partial summary judgment, dated October 9, 2007, which the Court denied without prejudice on December 3, 2007, and

WHEREAS, Mattel believes that its motion to strike Machado's affirmative defenses is meritorious, but in light of the Court's Order dated December 3, 2007, denying Mattel's motion as to MGA's affirmative defenses without prejudice and requiring defendants to state the bases for their affirmative defenses, the parties are willing to have Mattel's pending motion to strike against Machado deemed denied without prejudice to avoid burdening the Court,

NOW, THEREFORE, Mattel and Machado hereby stipulate, by and through their counsel of record and subject to the Court's approval, that Mattel's pending motion to strike Machado's affirmative defenses shall be deemed denied without prejudice to Mattel's right to challenge the viability of Machado's defenses, including but not limited to his statute of limitations, failure to mitigate, acts or

omissions of others and lack of standing defenses, at a later time, whether by way of motion for summary judgment or any other proper procedural mechanism.

IT IS SO STIPULATED.

DATED: December 10, 2007

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By _____
B. Dylan Proctor
Attorneys for Mattel, Inc.

DATED: December 10, 2007

OVERLAND BORENSTEIN SCHEPER & KIM, LLP

By _____
Alexander H. Cote
Attorneys for Carlos Gustavo Machado Gomez