QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemnauel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>[PROPOSED] ORDER RE: STIPULATION RE: MOTION OF MATTEL, INC. TO STRIKE AFFIRMATIVE DEFENSES (NOS. 3, 5, 8 AND 10) OF CARLOS GUSTAVO MACHADO GOMEZ UNDER FED. R. CIV. P. 12(F)<br><br>Phase 1:<br>Discovery Cut-off: January 28, 2008<br>Pre-trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED THAT Mattel, Inc.'s pending Motion to Strike Affirmative Defenses (Nos. 3, 5, 8 and 10) of Carlos Gustavo Machado Gomez Under Fed. R. Civ. P. 12(f), dated November 8, 2007, is DENIED WITHOUT PREJUDICE to Mattel's right to challenge the viability of Carlos Gustavo Machado Gomez's affirmative defenses, including but not limited to his statute of limitations, failure to mitigate, acts or omissions of others and lack of standing defenses, at a later time, whether by way of motion for summary judgment or any other proper procedural mechanism.

DATED:_____, 2007      _____
                                  HON. STEPHEN G. LARSON