QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>STIPULATION RE: MOTION OF MATTEL, INC. TO STRIKE CARTER BRYANT'S AFFIRMATIVE DEFENSES (NOS. 1, 2, 3 AND 5) UNDER FED. R. CIV. P. 12(F)<br><br>[[Proposed] Order lodged concurrently]<br><br>Phase 1:<br>Discovery Cut-off:     January 28, 2008<br>Pre-trial Conference:  May 5, 2008<br>Trial Date:            May 27, 2008 |

STIPULATION

### Stipulation

WHEREAS, on July 12, 2007, Mattel, Inc. ("Mattel") filed its Second Amended Answer in Case No. 05-2727 and Counterclaims ("Counterclaims"),

WHEREAS, pursuant to Stipulation and Order, Bryant filed a second amended reply to Mattel's Counterclaims on October 16, 2007, asserting fourteen affirmative defenses,

WHEREAS, Mattel filed a Motion to Strike Carter Bryant's Affirmative Defenses (Nos. 1, 2, 3 and 5) under Fed. R. Civ. P. 12(f) on November 8, 2007,

WHEREAS, Mattel challenged similar defenses pleaded by MGA Entertainment, Inc. on similar grounds in its motion to strike and/or for partial summary judgment, dated October 9, 2007, which the Court denied without prejudice on December 3, 2007, and

WHEREAS, in light of the Court's Order dated December 3, 2007, denying Mattel's motion as to MGA's affirmative defenses without prejudice and requiring defendants to state the bases for their affirmative defenses, the parties are willing to have Mattel's pending motion to strike against Carter Bryant deemed denied without prejudice to avoid burdening the Court,

NOW, THEREFORE, Mattel and Bryant hereby stipulate, by and through their counsel of record and subject to the Court's approval, that Mattel's pending Motion to Strike Carter Bryant's Affirmative Defenses (Nos. 1, 2, 3 and 5) shall be deemed denied without prejudice to Mattel's right to challenge the viability of

//
//
//
//
//
//

-1-

Bryant's unclean hands, waiver, estoppel and consent defenses by way of motion for summary judgment or other proper procedural mechanism.

IT IS SO STIPULATED.

DATED: December 7, 2007          QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By _____
B. Dylan Proctor
Attorneys for Mattel, Inc.

DATED: December 7, 2007          KEKER & VAN NEST, LLP

By  Matthew Werdegar/BDP by permission
Matthew Werdegar
Attorneys for Carter Bryant