QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemnauel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>             Plaintiff,<br><br>      vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>             Defendant.<br><br>CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>[PROPOSED] ORDER RE: STIPULATION RE: MOTION OF MATTEL, INC. TO STRIKE CARTER BRYANT'S AFFIRMATIVE DEFENSES (NOS. 1, 2, 3 AND 5) UNDER FED. R. CIV. P. 12(F)<br><br>Phase 1:<br>Discovery Cut-off:      January 28, 2008<br>Pre-trial Conference:   May 5, 2008<br>Trial Date:             May 27, 2008 |

# [PROPOSED] ORDER

Pursuant to the Stipulation of the parties, IT IS HEREBY ORDERED THAT Mattel, Inc.'s pending Motion to Strike Carter Bryant's Affirmative Defenses (Nos. 1, 2, 3 and 5) under Fed. R. Civ. P. 12(f), dated November 8, 2007, is hereby DENIED WITHOUT PREJUDICE to Mattel's right to challenge the viability of Carter Bryant's unclean hands, waiver, estoppel and consent affirmative defenses by way of motion for summary judgment or other proper procedural mechanism.

DATED:_____, 2007

_____
HON. STEPHEN G. LARSON