QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>STIPULATION RE: MOTION OF MATTEL, INC. TO STRIKE ISAAC LARIAN'S AFFIRMATIVE DEFENSES UNDER FED. R. CIV. P. 12(F)<br><br>[[Proposed] Order lodged concurrently]<br><br>Phase 1:<br>Discovery Cut-off:     January 28, 2008<br>Pre-trial Conference:  May 5, 2008<br>Trial Date:            May 27, 2008 |

7209/2319808.1

STIPULATION

Dec-10-07 05:20pm From-SASMF 3408A +21369 77901 T-543 P.03/06 F-205
Case 2:04-cv-09049-DOC-RNB  Document 1211  Filed 12/10/07  Page 2 of 3  Page ID #:5643


## Stipulation

1. WHEREAS, on July 12, 2007, Mattel, Inc. ("Mattel") filed its Second Amended Answer in Case No. 05-2727 and Counterclaims ("Counterclaims"),

2. WHEREAS, on September 19, 2007, MGA Entertainment, Inc. ("MGA") filed an amended answer to Mattel's Counterclaims, asserting twenty-two defenses,

3. WHEREAS, on November 8, 2007, Isaac Larian ("Larian") filed an amended answer to Mattel's Counterclaims, asserting the same twenty-two defenses,

4. WHEREAS, Mattel challenged defenses pleaded by MGA in its motion to strike and/or for partial summary judgment dated October 9, 2007, and contemplated challenging defenses pleaded by Larian in his amended answer as well,

5. WHEREAS, the Court denied Mattel's motion to strike and/or for partial summary judgment as to MGA's defenses without prejudice on December 3, 2007, and

6. WHEREAS, in light of the Court's Order dated December 3, 2007, denying Mattel's motion as to MGA's affirmative defenses without prejudice, the parties are willing to have the same ruling apply to Mattel's contemplated motion as to Larian's defenses to avoid burdening the Court,

NOW, THEREFORE, Mattel and Larian hereby stipulate, by and through their counsel of record and subject to the Court's approval, that the Court's Order of December 3, 2007, denying Mattel's motion to strike and/or for partial summary judgment as to MGA's affirmative defenses without prejudice shall be deemed to apply equally to those same defenses in the Amended Answer of Isaac Larian dated November 8, 2007, without prejudice to Mattel's right to challenge the viability of

1 | Larian's defenses at a later time.
2 | IT IS SO STIPULATED.
3 |
4 | DATED: December 10, 2007        QUINN EMANUEL URQUHART OLIVER &
5 |                                 HEDGES, LLP
6 |
7 |                                 By /s/ B. Dylan Proctor
                                     B. Dylan Proctor
8 |                                  Attorneys for Mattel, Inc.
9 |
10 | DATED: December 7, 2007        SKADDEN, ARPS, SLATE, MEAGHER &
11 |                                FLOM LLP
12 |
13 |                                By /s/ Carl Roth
14 |                                  Carl Roth
                                     Attorneys for Isaac Larian