QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
| vs. | |
| MATTEL, INC., a Delaware corporation, | **DISCOVERY MATTER** |
| Defendant. | **[To Be Heard By Discovery Master Hon. Edward Infante (Ret.)]** |
| AND CONSOLIDATED ACTIONS | **[PUBLIC REDACTED]** SUPPLEMENTAL DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S MOTION TO ENFORCE THE COURT'S ORDER OF MAY 15, 2007, TO COMPEL MGA TO PRODUCE DOCUMENTS IN UN-REDACTED FORM, AND FOR SANCTIONS |
| | Date:   December 14, 2007<br>Time:   10:30 a.m.<br>Place:  JAMS |
| | **Phase 1:**<br>Discovery Cut-Off:    January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date:             May 27, 2008 |

-1-

<u>DECLARATION OF B. DYLAN PROCTOR</u>

I, B. Dylan Proctor, declare as follows:

1.      I am a member of the bar of the State of California and a partner of Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2.      This declaration is submitted to apprise the Court of new information that post-dates Mattel's Reply in support of its Motion to Enforce the Court's May 15, 2007 Order, regarding MGA's redactions to documents, which is set for hearing on December 14, 2007.

3.      Some ten months ago, when MGA opposed the Mattel motion to compel that led to the May 15, 2007 Order, MGA proclaimed that "as of the date of this opposition [it] will have produced virtually all, if not all, of the documents at issue" and "will have resolved any remaining alleged deficiencies before this matter is heard." <u>See</u> October 2, 2007 Declaration of Oleg Stolyar, Exh. 25. MGA then represented to the Court, in a September 24, 2007 e-mail it sent after it failed to submit a timely opposition to the motion at bar and Mattel filed a Notice of its Non-Opposition, that it had completed its production of documents in un-redacted form by "early on Friday September 17, 2007." <u>See</u> October 2, 2007 Declaration of Michael T. Zeller, Exh. A. After that, when MGA filed its opposition, it represented to the Court that it would produce all previously redacted documents in un-redacted form by October 1, 2007, "*at which point every single document MGA produced with redactions on grounds other than privilege will be re-produced in un-redacted form.*" <u>See</u> MGA's Opposition to Mattel's Motion to Enforce the Court's Order of May 15, 2007, at 2:16-19 (emphasis added).

4.      None of these representations to the Court were accurate. Recognizing that it still had not corrected its violations of the Court's May 15, 2007

9/2320103.2

1 Order, as Mattel had pointed out in its reply, MGA finally produced un-redacted
2 versions of some of the documents expressly referenced in Mattel's motion and
3 reply two weeks ago, on November 20, 2007, months after it had been compelled to
4 do so.  A true and correct copy of MGA's November 20, 2007 letter to Mattel,
5 enclosing that production, is attached hereto as Exhibit 1.

6       5.     However, even after having made that production, MGA still has
7 not produced many of its documents in un-redacted form.  MGA's November 20,
8 2007 production merely supplied un-redacted versions of some (not all) of the
9 documents Mattel had specifically identified in its motion papers.  Thus, MGA did
10 not even endeavor to correct the balance of its production, even though Mattel had
11 made clear that the redacted documents identified in its motion papers were merely
12 illustrative examples.

13       6.     During a November 29, 2007 meet and confer, MGA also did not
14 dispute that it cannot affirm that it is in compliance with the Court's May 15, 2007
15 Order.  I asked MGA during this telephone meet and confer to correct its violations
16 of the Order by reviewing its production to ensure that all improperly redacted
17 documents have been produced in un-redacted form, as compelled by the Court.
18 MGA refused.  According to MGA, the process of confirming that it has produced
19 un-redacted versions of all documents it improperly redacted would be too
20 burdensome for it to engage in.

21       7.     I am informed and believe that, to date, MGA has produced more
22 than 2,000 redacted documents containing tens of thousands of redacted pages,
23 including many hundreds of redacted documents and thousands of redacted pages
24 produced following the May 15, 2007 Order, which proscribed such practices.  With
25 a few exceptions, MGA has never identified which of these improperly redacted
26 documents it has separately produced in un-redacted form.

27       8.     It would be extremely burdensome for Mattel to determine
28 whether each of the many thousands of MGA-redacted pages has been produced

1   elsewhere by MGA in un-redacted form.  For example, it took over 100 attorney

2   hours for Mattel to go through just a small portion of MGA's redacted documents to

3   assess whether they had been produced elsewhere in un-redacted form.

4   Nonetheless, although the May 15, 2007 Order requires *MGA* to ensure that all of its

5   non-privileged documents are produced in un-redacted form, MGA suggested

6   during the November 29 meet and confer that Mattel should bear the burden of

7   identifying the balance of improperly redacted documents.  Mattel submits that

8   MGA should not be permitted to transfer that burden to Mattel.

9          9.     Based on Mattel's costly review of a small portion of MGA's

10   redacted documents, mentioned above, it is apparent that MGA still has not

11   produced in un-redacted form many of its redacted documents.  For example, all of

12   the following documents appear never to have been produced by MGA in un-

13   redacted form:

14          •      Exhibit 2, which is a true and correct copy of a heavily redacted

15                 Bratz royalty statement from MGA to Carter Bryant;

16          •      Exhibit 3, which is a true and correct copy of an August 31, 2000

17                 invoice from Carter Bryant to MGA, sent during a crucial time

18                 period when Bryant was still employed by Mattel;

19          •      Exhibit 4, which are true and correct copies of numerous e-mails

20                 among MGA employees and vendors with financial data and

21                 other information redacted;

22          •      Exhibit 5, which is a true and correct copy of a redacted June 13,

23                 2000 invoice from Amy Myers to MGA;

24          •      Exhibit 6, which is a true and correct copy of a redacted

25                 August 10, 2000 invoice from Anna Rhee to MGA.

26

27

28

10.    Many of the documents MGA produced in redacted form *following* the May 15, 2007 Order, after the Court ordered MGA to stop producing its documents in redacted form, also appear to have never been produced in un-redacted form.  For example:

- Exhibits 7-9, which are true and correct copies of MGA Purchase Orders to Anna Rhee, with "amount paid," "item description," "date promised," "quantity," "price" and "account number" fields redacted;

- Exhibit 10, which is a true and correct copy of MGA's accounting records reflecting payments to Anna Rhee, with "amount," "amount paid," "discount," "write-off" and "net" fields redacted;

- Exhibits 11-13, which are true and correct copies of e-mails between MGA and Anna Rhee, with financial data redacted;

- Exhibit 14, which is a true and correct copy of a document which appears to be redacted even though it is not marked with a "redacted" stamp;

- Exhibit 15, which is a true and correct copy of an e-mail copying Isaac Larian, entitled "The Bratz," with the "date" field and other data redacted.

11.    In addition, MGA appears to have failed to produce un-redacted versions of some documents that Mattel had specifically identified and attached to its declarations in support of this motion, including Exhibits 16, 18-19 and 21-22 to Oleg Stolyar's October 2, 2007 Declaration, as well as the full un-redacted version

07209/2320103.2

-5-

SUPPLEMENTAL DECLARATION OF B. DYLAN PROCTOR

1   of the document attached as Exhibit 12 to Michael T. Zeller's September 7, 2007

2   Declaration.

3

4           I declare under penalty of perjury under the laws of the United States of

5   America that the foregoing is true and correct.

6           Executed on December 10, 2007, at Los Angeles, California.

7

8

9                                   B. Dylan Proctor

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SUPPLEMENTAL DECLARATION OF B. DYLAN PROCTOR