**Exhibit 1**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

525 UNIVERSITY AVENUE

PALO ALTO, CALIFORNIA 94301

——

TEL: (650) 470-4500

FAX: (650) 470-4570

www.skadden.com

DIRECT DIAL:
650.470.4511
DIRECT FAX
888.329.6334
EMAIL ADDRESS
APARK@SKADDEN.COM

FIRM/AFFILIATE OFFICES
——
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
——
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

November 20, 2007

**By Email and FedEx**

Michael T. Zeller, Esq.
Jon D. Corey, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017

RE:   *Carter Bryant v. Mattel, Inc.* (and consolidated cases)
   Case No. CV 04-9049 SGL (RNBx) (consolidated with
   Cases Nos. CV 04-09059 and CV 05-02727) --
   Mattel's Motion to Enforce the Court's Order of May 15, 2007

Dear Messrs. Zeller and Corey:

   Further to our meet and confer discussions on November 16, I enclose the following:

1.   a CD containing single-page TIFFs with Concordance load files for Bates numbers MGA 3708312 - MGA 3709760, which are re-productions of documents previously produced by MGA that are referenced in Mattel's Motion to Enforce the Court's Order of May 15, 2007;

2.   a redaction log for documents contained on the above-referenced CD (the redactions are made only on the basis of privilege); and

3.   a chart correlating the Bates numbers of MGA's previously produced documents with the Bates numbers of the re-produced documents on the enclosed CD.

EXHIBIT _1_ PAGE _1_

Michael T. Zeller, Esq.
Jon D. Corey, Esq.
November 20, 2007
Page 2

Please note that all documents produced on the enclosed CD have been designated "Confidential – Attorneys' Eyes Only" under the Protective Order entered in this case.

We believe that the enclosed production resolves Mattel's Motion to Enforce the Court's Order of May 15, 2007.

Very truly yours,

*Amy Park*

Amy S. Park

cc:     Raoul Kennedy, Esq.
        Matthew Werdegar, Esq. (email only, without enclosures)
        Alex Cote, Esq. (email only, without enclosures)

Enclosures

EXHIBIT _1_ PAGE _8_

**Redaction Log for MGA's Re-Production of Documents Referenced In Mattel's Motion to Enforce Court's Order of May 15, 2007**

Case No. CV 04-09049 and consolidated cases

| Doc. No. | To | From | CC | BCC | Date | Document Type | Privilege Type | Description | Bates Range |
|---|---|---|---|---|---|---|---|---|---|
| 1. | | | | | 3/8/2003 | Deposition transcript | Attorney/Client; Work Product | Transcript of deposition of Victoria O'Connor regarding inadvertently produced email correspondence reflecting legal advice of David Rosenbaum, Esq. | MGA 3708863 – MGA 3708906 |
| 2. | | Isaac Larian | | | 5/3/2004 | Handwritten notes on telephone log | Attorney/Client; Work Product | Handwritten notes reflecting legal advice from Daphne Gronich, Esq. regarding litigation | MGA 3709721 – MGA 2709722 |

1

EXHIBIT __I__ PAGE _9_

## Bates Range Correspondence Chart for
## MGA's Re-Production of Documents Referenced In
## Mattel's Motion to Enforce Court's Order of May 15, 2007

### Case No. CV 04-09049 and consolidated cases

| # | Reference | Old Bates No(s). | New Bates No(s). |
|---|-----------|------------------|------------------|
| 1. | 9/7/07 Proctor Decl., Ex. 2, 4, & 6[1] | UB 0107 – UB 0219 | MGA 3708312 – MGA 3708424 |
| 2. | 9/7/07 Zeller Decl., Ex. 3 | MGA002108 | MGA 3708425 – MGA 3708428[2] |
| 3. | 9/7/07 Zeller Decl., Ex. 4 | MGA003377 | MGA 3708429 |
| 4. | 9/7/07 Zeller Decl., Ex. 5 | MGA005772 | MGA 3708430 – MGA 3708434[3] |
| 5. | 9/7/07 Zeller Decl., Ex. 6 | MGA002639 – MGA002664 | MGA 3708435 – MGA 3708460 |
| 6. | 9/7/07 Zeller Decl., Ex. 7 | MGA002485 – MGA002486 | MGA 3708461 – MGA 3708464 |
| 7. | 9/7/07 Zeller Decl., Ex. 8 | MGA005716 & MGA0010160.3 | MGA 3708465 & MGA 3708466 |
| 8. | 9/7/07 Zeller Decl., Ex. 9 | MGA003392 – MGA003394 | MGA 3708467 – MGA 3708469 |
| 9. | 9/7/07 Zeller Decl., Ex. 10 | MGA 0863269 – MGA 0863547 | MGA 3708470 – MGA 3708748 |
| 10. | 9/7/07 Zeller Decl., Ex. 11 | MGA 0864409 – MGA 0864523 | MGA 3708749 – MGA 3708862 |
| 11. | 9/7/07 Zeller Decl., Ex. 12 | MGA 0866971 – MGA 0867023 | MGA 3708863 – MGA 3708906 |
| 12. | 9/7/07 Zeller Decl., Ex. 13 | MGA 0866371 – MGA 0866414 | MGA 3708907 – MGA 3708964[4] |
| 13. | 9/7/07 Zeller Decl., Ex. 14 | MGA 0866274 – MGA 0866312 | MGA 3708965 – MGA 3709003 |
| 14. | 9/7/07 Zeller Decl., Ex. 15 | MGA 0866703 – MGA 0866705 | MGA 3709004 – MGA 3709006 |
| 15. | 9/7/07 Zeller Decl., Ex. 16 | MGA 0866709 – MGA 0866712 | MGA 3709007 – MGA 3709009 |
| 16. | 9/7/07 Zeller Decl., Ex. 17 | MGA 0864776 – MGA 0865036 | MGA 3709010 – MGA 3709270 |
| 17. | 9/7/07 Zeller Decl., Ex. 18 | MGA 0862565 – MGA 0862921 | MGA 3709271 – MGA 3709627 |
| 18. | 9/7/07 Zeller Decl., Ex. 19 | MGA 0866897 – MGA 0866930 | MGA 3709628 – MGA 3709661 |
| 19. | 9/7/07 Zeller Decl., Ex. 20 | MGA 0079454 | MGA 3709662 |
| 20. | 9/7/07 Zeller Decl., Ex. 21 | MGA 0079458 – MGA 0079460 | MGA 3709663 – MGA 3709665 |
| 21. | 9/7/07 Zeller Decl., Ex. 22 | MGA 0079409 | MGA 3709666 |
| 22. | 9/7/07 Zeller Decl., Ex. 23 | MGA 0079429 | MGA 3709667 |
| 23. | 9/7/07 Zeller Decl., Ex. 24 | MGA 0842068 | MGA 3709668 |
| 24. | 9/7/07 Zeller Decl., Ex. 25 | MGA 0079736 | MGA 3709669 |
| 25. | 9/7/07 Zeller Decl., Ex. 26 | MGA 0079935 | MGA 3709670 |
| 26. | 9/7/07 Zeller Decl., Ex. 27 | MGA 0080296 | MGA 3709671 |
| 27. | 9/7/07 Zeller Decl., Ex. 28 | MGA 0080299 | MGA 3709672 |
| 28. | 9/7/07 Zeller Decl., Ex. 29 | MGA 0081900 | MGA 3709673 |
| 29. | 9/7/07 Zeller Decl., Ex. 30 | MGA 0081994 | MGA 3709674 |
| 30. | 9/7/07 Zeller Decl., Ex. 31 | MGA 0082182 | MGA 3709675 |
| 31. | 9/7/07 Zeller Decl., Ex. 32 | MGA 0082190 | MGA 3709676 |
| 32. | 9/7/07 Zeller Decl., Ex. 33 | MGA 0082191 | MGA 3709677 |
| 33. | 9/7/07 Zeller Decl., Ex. 34 | MGA 0082522 | MGA 3709678 |
| 34. | 9/7/07 Zeller Decl., Ex. 35 | MGA 0082601 | MGA 3709679 |
| 35. | 9/7/07 Zeller Decl., Ex. 36 | MGA 0078982 | MGA 3709680 |
| 36. | 9/7/07 Zeller Decl., Ex. 37 | MGA 0079316 | MGA 3709681 |
| 37. | 9/7/07 Zeller Decl., Ex. 38 | MGA 0083085 | MGA 3709682 |
| 38. | 9/7/07 Zeller Decl., Ex. 39 | MGA 0079250 | MGA 3709683 |

[1] Each declaration cited in this table is from Mattel's 9/27/07 Motion to Enforce the Court's Order of May 15, 2007, or its related 10/2/07 Reply.

[2] Includes a 2-page email attachment.

[3] Includes a 4-page email attachment.

[4] Includes exhibits A-C.

1 of 2

M

EXHIBIT _L_ PAGE _10_

Bates Range Correspondence Chart for
MGA's Re-Production of Documents Referenced In
Mattel's Motion to Enforce Court's Order of May 15, 2007

Case No. CV 04-09049 and consolidated cases

| # | Reference | Old Bates No(s). | New Bates No(s). |
|---|---|---|---|
| 39. | 9/7/07 Zeller Decl., Ex. 40 | MGA 0079289 | MGA 3709684 |
| 40. | 9/7/07 Zeller Decl., Ex. 41 | MGA 0078983 | MGA 3709685 |
| 41. | 9/7/07 Zeller Decl., Ex. 42 | MGA 0082676 – MGA 0082677 | MGA 3709686 – MGA 3709687 |
| 42. | 9/7/07 Zeller Decl., Ex. 43 | MGA 0861634 | MGA 3709688 |
| 43. | 9/7/07 Zeller Decl., Ex. 46 | MGA 0866416 – MGA 0866420 | MGA 3709689 – MGA 3709693 |
| 44. | 10/2/07 Stolyar Decl., Ex. 1 | MGA 0077635 – MGA 0077636 | MGA 3709694 – MGA 3709695 |
| 45. | 10/2/07 Stolyar Decl., Ex. 2 | MGA 0077643 – MGA 0077644 | MGA 3709696 – MGA 3709697 |
| 46. | 10/2/07 Stolyar Decl., Ex. 3 | MGA 0077645 | MGA 3709698 |
| 47. | 10/2/07 Stolyar Decl., Ex. 4 | MGA 0077649 | MGA 3709699 |
| 48. | 10/2/07 Stolyar Decl., Ex. 5 | MGA 0077652 – MGA 0077653 | MGA 3709700 – MGA 3709701 |
| 49. | 10/2/07 Stolyar Decl., Ex. 6 | MGA 0077854 | MGA 3709702 |
| 50. | 10/2/07 Stolyar Decl., Ex. 7 | MGA 0077663 | MGA 3709703 |
| 51. | 10/2/07 Stolyar Decl., Ex. 8 | MGA 0077719 | MGA 3709704 |
| 52. | 10/2/07 Stolyar Decl., Ex. 9 | MGA 0077727 – MGA 0077728 | MGA 3709705 – MGA 3709706 |
| 53. | 10/2/07 Stolyar Decl., Ex. 10 | MGA 0077729 | MGA 3709707 |
| 54. | 10/2/07 Stolyar Decl., Ex. 11 | MGA 0077730 – MGA 0077733 | MGA 3709708 – MGA 3709711 |
| 55. | 10/2/07 Stolyar Decl., Ex. 12 | MGA 0078066 | MGA 3709712 |
| 56. | 10/2/07 Stolyar Decl., Ex. 13 | MGA 0078068 | MGA 3709713 |
| 57. | 10/2/07 Stolyar Decl., Ex. 14 | MGA 0077665 – MGA 0077666 | MGA 3709714 – MGA 3709715 |
| 58. | 10/2/07 Stolyar Decl., Ex. 15 | MGA 0077650 | MGA 3709716 |
| 59. | 10/2/07 Stolyar Decl., Ex. 16 | MGA 0065321 | MGA 3709717 |
| 60. | 10/2/07 Stolyar Decl., Ex. 17 | MGA 0078069 | MGA 3709718 |
| 61. | 10/2/07 Stolyar Decl., Ex. 18 | MGA 0074893 | MGA 3709719 |
| 62. | 10/2/07 Stolyar Decl., Ex. 19 | MGA 0861206 | MGA 3709720 |
| 63. | 10/2/07 Stolyar Decl., Ex. 20 | MGA 0877255 & MGA 0877265 | MGA 3709721 & MGA 3709722 |
| 64. | 10/2/07 Stolyar Decl., Ex. 21 | MGA 0870402 – MGA 0870408 | MGA 3709723 – MGA 3709729 |
| 65. | 10/2/07 Stolyar Decl., Ex. 22 | MGA 0870300 – MGA 0870330 | MGA 3709730 – MGA 3709760 |

M

EXHIBIT _1_ PAGE _11_