EXHIBIT 1

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

WRITER'S DIRECT DIAL NO.
(213) 443-3112

WRITER'S INTERNET ADDRESS
dylanproctor@quinnemanuel.com

June 22, 2007

**VIA FACSIMILE AND U.S. MAIL**

Michael Page, Esq.
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111

Re:    Mattel, Inc. v. Bryant

Dear Michael:

We are in receipt of Bryant's Court-ordered production of documents 9 and 10 on his privilege log. These single page documents refer to (1) a May 13, 2004 Retainer Agreement "regarding the Carter Bryant litigation" and (2) an "attached Retainer Agreement." Neither has been produced. Nor does either appear to be listed in any privilege log served by Bryant. Nor has any agreement between your firm and MGA (or any other agreement between Bryant and MGA) relating to the payment of legal fees in this case been produced.

Please produce <u>all</u> documents relating to agreements regarding the payment of Bryant's legal fees in this case by MGA or another party, whether past or present, forthwith. In the event Bryant is unwilling to do so, please consider this to be Mattel's request to meet and confer regarding a contemplated motion by Mattel. In addition to production of the documents, Mattel will seek sanctions if it is forced to move to obtain these documents yet again.

**quinn emanuel urquhart oliver & hedges, llp**

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100

07209/2151403.1

Exhibit 1
Page 6

MATCOR022724

Thank you for your attention to this matter.  I look forward to speaking with you soon.

Very truly yours,

B. Dylan Proctor

BDP:lak

cc: Jim Jenal, Esq.

Exhibit   1
Page 7

MATCOR022725

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

**NEW YORK**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

**LOS ANGELES**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

**SAN FRANCISCO**
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

**SAN DIEGO**
4445 Eastgate Mall, Suite 200
San Diego, CA 92121
(858) 812-3107
Facsimile: (858) 812-3336

**SILICON VALLEY**
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

## LOS ANGELES OFFICE

# FACSIMILE TRANSMISSION

**DATE:** ~~January 31,~~ June 22, 2007

**NUMBER OF PAGES, INCLUDING COVER: 3**

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| **Michael H. Page, Esq.**<br>Keker & Van Nest | 415.391.5400 | 415.397.7188 |
| **James P. Jenal, Esq.**<br>O'Melveny & Myers | 213.430.6000 | 213.430.6407 |

**FROM:**   B. Dylan Proctor, Esq.

**RE:**   *Mattel, Inc. v. Bryant*

**MESSAGE:**



| 07209/2121814.1 | | ROUTE/ | | ☒ CONFIRM FAX |
|---|---|---|---|---|
| CLIENT # | 7209 | RETURN TO: | *MIA ALBERT/3RD FLOOR* | ☒ INCLUDE CONF. REPORT |
| OPERATOR: | | | CONFIRMED?   ☐ NO  ☐ YES: _____ | |

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

**IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE.**



Exhibit __|__
Page 8

MATCOR022721

Job number   : 605          *** SEND SUCCESSFL  ***

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

**NEW YORK**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

**LOS ANGELES**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

**SAN FRANCISCO**
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

**SAN DIEGO**
4445 Eastgate Mall, Suite 200
San Diego, CA 92121
(858) 812-3107
Facsimile: (858) 812-3336

**SILICON VALLEY**
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

## LOS ANGELES OFFICE
## FACSIMILE TRANSMISSION

DATE:    ~~January~~ June 22, 2007

NUMBER OF PAGES, INCLUDING COVER: 3

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| *Michael H. Page, Esq.*<br>Keker & Van Nest | 415.391.5400 | 415.397.7188 |
| *James P. Jenal, Esq.*<br>O'Melveny & Myers | 213.430.6000 | 213.430.6407 |

FROM:    B. Dylan Proctor, Esq.

RE:      *Mattel, Inc. v. Bryant*

MESSAGE:

---

07209/2123814.1

| CLIENT # | 7209 | ROUTE/RETURN TO: | *MIA ALBERT/3RD FLOOR* | ☒ CONFIRM FAX ☒ INCLUDE CONF. REPORT |
|---|---|---|---|---|
| OPERATOR: | | CONFIRMED? | ☐ NO ☐ YES: | |

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

**IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE.**

MATCOR022722

**Group Send Report**

Page       : 001
Date & Time: 06-22-2007    04:54pm
Line 1     : 2134433100
Line 2     :
Machine ID : QUINN EMANUEL

Job number        :   605

Date              :   06-22  04:52pm

Number of pages   :   003

Start time        :   06-22  04:52pm

End time          :   06-22  04:54pm

Successful nbrs.

   Fax numbers

          ☎1*14153977188
          ☎1*12134306407

Unsuccessful nbrs.                                                      Pages sent

Exhibit __1__
Page 10

MATCOR022723

EXHIBIT 2

----- Original Message -----
From: Michael Page <MPage@KVN.com>
To: Dylan Proctor
Sent: Tue Jun 26 18:20:59 2007
Subject: Fee agreement

Re:  your letter of Friday, I am tracking down a copy of the May 2004 agreement, and expect to be able to get it to
you shortly.

MHP

1

Exhibit  2
Page 11

EXHIBIT 3

# CONFIDENTIAL - FILED UNDER SEAL
# PURSUANT TO PROTECTIVE ORDER

EXHIBIT 4

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

WRITER'S DIRECT DIAL NO.
(213) 443-3112

WRITER'S INTERNET ADDRESS
dylanproctor@quinnemanuel.com

June 29, 2007

**VIA FACSIMILE AND U.S. MAIL**

Michael Page, Esq.
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111

Re:   Mattel, Inc. v. Bryant

Dear Michael:

I write in response to your letter from yesterday, which enclosed a copy of the May 2004 fee agreement relating to Littler Mendelson's representation of Bryant and the conditions under which MGA agreed to pay for that representation. Thank you for producing that document.

However, I have not heard back from you regarding Mattel's related requests. The September 2004 Addenda to the Retainer Agreement Bryant had originally withheld as Items 9 and 10 on his privilege log reference an "attached retainer Agreement," which presumably dates from September 2004 as well. Will Bryant produce that document?

Also, Bryant has not yet produced any agreement relating to the payment of his current counsel's fees (i.e., your firm's fees). Will Bryant produce all such agreements?

Last, the May 2004 fee agreement you produced yesterday appears to be a part of a longer document which was not produced. The fax header information makes it clear that the produced pages of the May 2004 agreement were pages 9-14 of a 14 page faxed document. Will Bryant produce the first 8 pages of this document? Those pages do not appear to be listed on any privilege log.

**quinn emanuel urquhart oliver & hedges, llp**

07209/2156238.1

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL. 650-801-5000 FAX 650-801-5100

Exhibit **4**
Page 20

I look forward to hearing from you.

Best regards,

B. Dylan Proctor

BDP:lak

2

Exhibit 4
Page 21

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

__NEW YORK__
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

__LOS ANGELES__
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

__SAN FRANCISCO__
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

__SILICON VALLEY__
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

## LOS ANGELES OFFICE
## FACSIMILE TRANSMISSION

**DATE:**   June 29, 2007          **NUMBER OF PAGES, INCLUDING COVER: 3**

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Michael Page, Esq.<br>Keker & Van Nest | (415) 391-5400 | (415) 397-7188 |

**FROM:**    B. Dylan Proctor, Esq.

**RE:**    *Bryant v. Mattel*

**MESSAGE:**



07209/2148255.1

| CLIENT # | 7209 | ROUTE/<br>RETURN TO: | Mia Albert/3rd Floor | ☒ CONFIRM FAX<br>☒ INCLUDE CONF. REPORT |
|---|---|---|---|---|
| OPERATOR: | | | CONFIRMED?  ☐ NO ☐ YES: | |

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

**IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE.**

Exhibit __4__
Page 22

# Confirmation Report — Memory Send

Page        : 001
Date & Time: 06-29-2007   01:22pm
Line 1      : 2134433100
Line 2      :
Machine ID : QUINN EMANUEL

| | | |
|---|---|---|
| Job number | : | 773 |
| Date | : | 06-29  01:20pm |
| To | : | ☎9414#07209#14153977188 |
| Number of pages | : | 003 |
| Start time | : | 06-29  01:20pm |
| End time | : | 06-29  01:22pm |
| Pages sent | : | 003 |
| Status | : | OK |

Job number     : 773            *** SEND SUCCESSFUL ***

## QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

**NEW YORK**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

**LOS ANGELES**
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017
(213) 443-3000
Facsimile: (213) 443-3100

**SAN FRANCISCO**
50 California Street, 22nd Floor
San Francisco, CA  94111
(415) 875-6600
Facsimile: (415) 875-6700

**SILICON VALLEY**
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA  94065
(650) 801-5000
Facsimile: (650) 801-5100

### LOS ANGELES OFFICE
## FACSIMILE TRANSMISSION

**DATE:**   June 29, 2007

**NUMBER OF PAGES, INCLUDING COVER:** 3

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Michael Page, Esq.<br>Keker & Van Nest | (415) 391-5400 | (415) 397-7188 |

**FROM:**   B. Dylan Proctor, Esq.

**RE:**   *Bryant v. Mattel*

**MESSAGE:**

| | | | | |
|---|---|---|---|---|
| 07209/2146255.1 | | ROUTE/<br>RETURN TO: | Mia Albert/3rd Floor | ☑ CONFIRM FAX<br>☑ INCLUDE CONF. REPORT |
| CLIENT # | 7209 | | CONFIRMED?  ☐ NO   ☐ YES: | |
| OPERATOR: | | | | |

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE.

Exhibit  4
Page 23

EXHIBIT 5

Received:   7/ 2/07  2:20PM;          415 397 7188 -> QUINN EMANUEL;  Page 1
07/02/07  14:02 FAX 415 39˜    ˜8      KEKER & VAN NEST                      ☒001

LAW OFFICES

# KEKER & VAN NEST
### LLP

710 SANSOME STREET
SAN FRANCISCO, CA 94111-1704
TELEPHONE (415) 391-5400
FAX (415) 397-7188

## FACSIMILE TRANSMISSION COVER SHEET

July 2, 2007

| To | Telephone | Facsimile |
|---|---|---|
| B. Dylan Proctor | 213/443-3000 | 213/443-3100 |
| Quinn Emanuel Urquhart Oliver & Hedges, LLP | | |

| From | Telephone | Code |
|---|---|---|
| Michael H. Page | 415/391-5400 | 6647/srg |

Re    **Bryant v. Mattel**

### Number of Pages (Including Cover):  2

## COMMENTS

Please see attached.

Operator _____                      Time Sent _____

## IF YOU ENCOUNTER ANY DIFFICULTIES RECEIVING THIS TRANSMISSION, PLEASE CALL (415) 676-2277 OR (415) 391-5400

The information contained in this facsimile transmission is legally privileged and confidential and intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify us immediately by telephone, and return the original transmission to us at the above address via the U.S. Postal Service. Thank you.

393005.01

Exhibit **5**
Page 24

Received:    7/ 2/07  2:20PM;        415 397 7188 -> QUINN EMANUEL;  Page 2
07/02/07  14:02 FAX 415 397    18       KEKER & VAN NEST                    ☑002

LAW OFFICES
# KEKER & VAN NEST
LLP

710 SANSOME STREET
SAN FRANCISCO, CA 94111-1704
TELEPHONE (415) 391-5400
FAX (415) 397-7188
WWW.KVN.COM

MICHAEL H. PAGE
MPAGE@KVN.COM

July 2, 2007

VIA FACSIMILE AND U.S. MAIL

B. Dylan Proctor
Quinn Emanuel Urquhart Oliver & Hedges LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017

Re:     Mattel, Inc. v. Bryant

Dear Dylan:

In response to your letter of June 29, 2007.  The "attached retainer Agreement" you ask for and the fee agreement we have already produced to you are one and the same.  The remaining portions of the 14 page fax are both nonresponsive and privileged.  They do not appear on a privilege log because none of the parties to this litigation have been logging attorney-client communications subsequent to the inception of the lawsuit.  I can, however, tell you that the other pages are not a fee agreement, and are a letter from Littler to its client Carter Bryant.  Finally, there is no agreement between MGA and my firm.

Very truly yours,

Michael H. Page

MHP/srg

EXHIBIT 6

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3112**

WRITER'S INTERNET ADDRESS
**dylanproctor@quinnemanuel.com**

July 2, 2007

**VIA FACSIMILE AND U.S. MAIL**

Michael Page, Esq.
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111

Re:   Mattel, Inc. v. Bryant

Dear Michael:

I address each of the statements in your letter of today's date in turn.

First, even if, as you state, the May 2004 fee agreement Bryant has produced is "one and the same" as the fee agreement attached to the Addendum, nonetheless Bryant should produce the agreement attached to the Addendum. The Addendum should have been produced with its attachments in the first instance. Since it was not, please produce it with its attachments now.

Second, please include the "remaining portions" of the 14-page fax you reference on a privilege log so that Mattel can test the claim of privilege. As you know, Bryant has been ordered to produce all documents relating to agreements regarding his fees. Given that the letter you reference was faxed with the retainer agreement, it seems likely that it relates to Bryant's legal fees. If Bryant wishes to withhold it as a privileged communication, it should be logged.

Last, you make the broad statement that there "is no agreement between MGA and [your] firm," apparently referring to both written and oral agreements. Please confirm that Bryant has now

**quinn emanuel urquhart oliver & hedges, llp**

NEW YORK | 335 Madison Avenue, 17th Floor, New York, New York 10017 | TEL 212-702-8100 FAX 212-702-8200
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100
SAN DIEGO | 4445 Eastgate Mall, Suite 200, San Diego, California 92121 | TEL 858-812-3107 FAX 858-812-3336

Exhibit __6__
Page 26

produced all documents relating to fee and/or indemnity agreements, including those that relate
to the payment of his legal fees, as ordered by the Court.

Best regards,

B. Dylan Proctor

BDP:lak

2

Exhibit 6
Page 27

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

<u>NEW YORK</u>
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

<u>LOS ANGELES</u>
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

<u>SAN FRANCISCO</u>
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

<u>SILICON VALLEY</u>
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

## LOS ANGELES OFFICE
## FACSIMILE TRANSMISSION

**DATE:**   July 2, 2007

**NUMBER OF PAGES, INCLUDING COVER: 3**

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Michael Page, Esq. Keker & Van Nest | (415) 391-5400 | (415) 397-7188 |

**FROM:**   B. Dylan Proctor, Esq.

**RE:**   *Bryant v. Mattel*

FAXED
JUL 0 2 2007

**MESSAGE:**

07209/2148255.1

| CLIENT # | 7209 | ROUTE/ RETURN TO: | Mia Albert/3rd Floor | ☒ CONFIRM FAX ☒ INCLUDE CONF. REPORT |
|---|---|---|---|---|
| OPERATOR: | | | CONFIRMED?   ☐ NO  ☐ YES: | |

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE.

Exhibit **6**
Page 28

Confirmation Report — Memory Send

```
Page       : 001
Date & Time: 07-02-2007   06:30pm
Line 1     : 2134433100
Line 2     :
Machine ID : QUINN EMANUEL
```

| | | |
|---|---|---|
| Job number | : | 831 |
| Date | : | 07-02  06:28pm |
| To | : | ☎76399#7209#14153977188# |
| Number of pages | : | 003 |
| Start time | : | 07-02  06:28pm |
| End time | : | 07-02  06:30pm |
| Pages sent | : | 003 |
| Status | : | OK |

Job number     : 831                 *** SEND SUCCESSFUL ***

## QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

NEW YORK
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

LOS ANGELES
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

SAN FRANCISCO
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

SILICON VALLEY
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

### LOS ANGELES OFFICE
### FACSIMILE TRANSMISSION

DATE:    July 2, 2007                    NUMBER OF PAGES, INCLUDING COVER: 3

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Michael Page, Esq.<br>Keker & Van Nest | (415) 391-5400 | (415) 397-7188 |

FROM:       B. Dylan Proctor, Esq.

RE:         *Bryant v. Mattel*

MESSAGE:

| | | | |
|---|---|---|---|
| 07209/2145333.1 | | | |
| CLIENT # | 7209 | ROUTE/ RETURN TO: Mie Albert/3rd Floor | ☐ ☒ CONFIRM FAX<br>☐ ☒ INCLUDE CONF. REPORT |
| OPERATOR: | | CONFIRMED? ☐ No ☐ Yes: | |

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. This information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE.

Exhibit  6
Page 29

EXHIBIT 7

Received:    7/ 3/07 1C    AM;                              -> QUINN EMANUEL;   Page 2
07/03/07   10:32 FAX _____ _ _____        KEKER & VAN NEST __                              ☑002

LAW OFFICES
# KEKER & VAN NEST
## LLP

710 SANSOME STREET
SAN FRANCISCO, CA 94111-1704
TELEPHONE (415) 391-5400
FAX (415) 397-7188
WWW.KVN.COM

MICHAEL H. PAGE
MPAGE@KVN.COM

July 3, 2007

**VIA FACSIMILE AND U.S. MAIL**

B. Dylan Proctor
Quinn Emanuel Urquhart Oliver & Hedges LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017

Re:    Mattel, Inc. v. Bryant

Dear Dylan:

        In response to your letter of yesterday evening:

        First, we produced the Addendum as we have it. It was provided to us under the joint defense agreement as is, without attachment. At your request, we then asked for, got, and gave you the attachment. If you want to staple them together, be my guest.

        Second, I really don't give a hoot whether you think "it seems likely" that the pages you reference pertain to MGA's payment of Mr. Bryant's legal fees: I have already represented to you that they do not. Neither are you entitled to demand that I log whichever communications between Mr. Bryant and his litigation counsel you develop an interest in, any more than I can demand that you provide me with a log of all your communications with your client because I think it "seems likely" they might be interesting. The parties have a standing agreement that post-litigation attorney-client communications are not logged. If you are prepared to provide me with a log of all of Quinn Emanuel's post-2004 communications with Mattel, and provide a copy of your fee agreement with Mattel, we can discuss reciprocating.

        Finally, I can confirm that Mr. Bryant has produced all non-privileged documents relating to fee or indemnity agreements between MGA and Bryant, and can further confirm that we have not withheld any such agreements on any basis.

                                        Very truly yours,

                                        Michael H. Page

MHP/srg

Received:   7/ 3/07 1' . 'AM;                    '-> QUINN EMANUEL;   Page 1
07/03/07  10:31 FAX              KEKER & VAN NEST                        ✎001

LAW OFFICES
# KEKER & VAN NEST
## LLP

710 SANSOME STREET
SAN FRANCISCO, CA 94111-1704
TELEPHONE (415) 391-5400
FAX (415) 397-7188

## FACSIMILE TRANSMISSION COVER SHEET

July 3, 2007

| To | Telephone | Facsimile |
|---|---|---|
| B. Dylan Proctor | 213/443-3000 | 213/443-3100 |
| Quinn Emanuel Urquhart Oliver & Hedges, LLP | | |

| From | Telephone | Code |
|---|---|---|
| Michael H. Page | 415/391-5400 | 6647/srg |

Re    **Bryant v. Mattel**

## Number of Pages (Including Cover):  2

## COMMENTS

Please see attached.

Operator _____          Time Sent _____

## IF YOU ENCOUNTER ANY DIFFICULTIES RECEIVING THIS TRANSMISSION, PLEASE CALL (415) 676-2277 OR (415) 391-5400

The information contained in this facsimile transmission is legally privileged and confidential and intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify us immediately by telephone, and return the original transmission to us at the above address via the U.S. Postal Service. Thank you.

393005.01

Exhibit  ⊤

EXHIBIT 8

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

WRITER'S DIRECT DIAL NO.
(213) 443-3112

WRITER'S INTERNET ADDRESS
dylanproctor@quinnemanuel.com

July 3, 2007

**VIA FACSIMILE AND U.S. MAIL**

Michael Page, Esq.
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111

Re:    Mattel, Inc. v. Bryant

Dear Michael:

I write in response to your letter of today's date.

Bryant confirms two things in the last paragraph of your letter: first, that Bryant has now "produced all non-privileged documents relating to fee or indemnity agreements between MGA and Bryant," and, second, that he has "not withheld any such agreements on any basis." I assume, based on this, that Bryant continues to withhold documents that relate to fee or indemnity agreements between MGA and Bryant (although not the agreements themselves) on privilege grounds. Bryant has been compelled to produce such documents. If Bryant wishes to withhold them, he needs to log them on a privilege log.

You state that the parties have a standing agreement that post-litigation attorney-client communications need not be logged. Because of the burden involved in doing so, you are correct that as a general matter the parties do not log all post-filing communications. However, Bryant has been compelled twice now to produce these documents. By hypothesis, documents relating to fee agreements with MGA will post-date the filing of this lawsuit, and there is nothing burdensome about logging the withheld documents and communications relating to Bryant's fee and indemnity agreements with MGA. Bryant cannot withhold these documents on privilege grounds and at the same time refuse to log them.

**quinn emanuel urquhart oliver & hedges, llp**

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100

07209/2159815.1

Exhibit  8
Page 32

Please let us know whether Bryant will log all withheld documents and communications that refer or relate to any fee and/or indemnity agreements between Bryant and MGA, as required by Court Order.

Best regards,

B. Dylan Proctor

BDP:lak

2

Exhibit 8
Page 33

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

NEW YORK
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

LOS ANGELES
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

SAN FRANCISCO
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

SILICON VALLEY
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

## LOS ANGELES OFFICE

# FACSIMILE TRANSMISSION

**DATE:**   July 3, 2007                          **NUMBER OF PAGES, INCLUDING COVER: 3**

| NAME/COMPANY | PHONE NO. | FAX NO. |
| --- | --- | --- |
| Michael Page, Esq. Keker & Van Nest | (415) 391-5400 | (415) 397-7188 |

**FROM:**      B. Dylan Proctor, Esq.

**RE:**        *Bryant v. Mattel*

**MESSAGE:**

---

| 07209/2158759.1 | | ROUTE/ RETURN TO: | Mia Albert/3rd Floor | ☒ CONFIRM FAX ☒ INCLUDE CONF. REPORT |
| --- | --- | --- | --- | --- |
| CLIENT # | 7209 | | | |
| OPERATOR: | | | CONFIRMED?   ☐ NO  ☐ YES: | |

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE.

Exhibit___8___
Page 34

# Confirmation Report — Memory Send

```
Page      : 001
Date & Time: 07-03-2007   03:26pm
Line 1    : 2134433100
Line 2    :
Machine ID : QUINN EMANUEL
```

| | | |
|---|---|---|
| Job number | : | 848 |
| Date | : | 07-03  03:24pm |
| To | : | ☎76039#7209#14153977188 |
| Number of pages | : | 003 |
| Start time | : | 07-03  03:24pm |
| End time | : | 07-03  03:26pm |
| Pages sent | : | 003 |
| Status | : | OK |

Job number    : 848            **\*\*\* SEND SUCCESSFUL \*\*\***

## QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

NEW YORK
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

LOS ANGELES
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

SAN FRANCISCO
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

SILICON VALLEY
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

### LOS ANGELES OFFICE
### FACSIMILE TRANSMISSION

**DATE:**    July 3, 2007          **NUMBER OF PAGES, INCLUDING COVER: 3**

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Michael Page, Esq.<br>Keker & Van Nest | (415) 391-5400 | (415) 397-7188 |

**FROM:**    B. Dylan Proctor, Esq.

**RE:**    *Bryant v. Mattel*

**MESSAGE:**

| 0720P/2132750.1 | | | | |
|---|---|---|---|---|
| CLIENT # | 7209 | ROUTE/<br>RETURN TO: | Mia Albert/3rd Floor | ☐ CONFIRM FAX<br>☒ INCLUDE CONF. REPORT |
| OPERATOR: | | | CONFIRMED? ☐ NO ☐ YES: | |

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE.

**Exhibit 8**
**Page 35**

EXHIBIT 9

# quinn emanuel trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

WRITER'S DIRECT DIAL NO.
(213) 443-3112

WRITER'S INTERNET ADDRESS
dylanproctor@quinnemanuel.com

July 5, 2007

**VIA FACSIMILE AND U.S. MAIL**

Michael Page, Esq.
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111

Re:     Mattel v. Bryant

Dear Michael:

I write further to our telephone call on Tuesday, July 3, 2007, and our prior correspondence regarding Bryant's production of documents relating to fee and/or indemnity agreements between Bryant and MGA.

You stated on our call that Bryant has produced all fee and/or indemnity agreements between Bryant and MGA, as well as all non-privileged documents and communications that relate to such agreements. However, you confirmed that Bryant has not searched for, will not search for, and will not put on a privilege log any communications between Bryant and Bryant's counsel, including the Littler Mendelson firm ("Littler"), regarding Bryant's fee and/or indemnity agreements with MGA. Bryant claims that this category of documents is, in its entirety, irrelevant and privileged. Bryant also will not reveal what searches he has performed for responsive documents.

I write to ask you once more to reconsider this position to avoid unnecessary motion practice. Contrary to your assertion, communications between Littler and Bryant regarding his fee and/or indemnity agreements with MGA could contain responsive, non-privileged information.

**quinn emanuel urquhart oliver & hedges, llp**

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100

07209/2160918.2

Exhibit 9
Page 36

For starters, the Court's January 26, 2007 Order clearly requires Bryant to produce all non-privileged documents relating to his fee agreements with MGA or other indemnity agreements relating to this action.  See Order Granting Mattel's Motion to Compel Production of Documents, dated January 26, 2007 at 12.  Communications between Littler and Bryant about Bryant's fee or indemnity agreements with MGA fall within this category of compelled, responsive documents.

While some responsive communications between Littler and Bryant may indeed be privileged, some may not be.  For example, communications regarding the May 2004 fee agreement that do not reveal Bryant's litigation strategy or motive for seeking representation are not privileged.  See Clarke v. American Commerce Nat. Bank, 974 F.2d 127, 129 (9th Cir. 1992) (recognizing that "[n]ot all communications between attorney and client are privileged," and that attorney-client communications regarding fee agreements generally are not privileged unless the communications also reveal the motive of the client in seeking representation, litigation strategy, or the specific nature of the services provided).  Moreover, communications in which Littler is merely relaying to Bryant information it received from MGA also are subject to discovery.  If, for example, MGA conveyed to Littler the circumstances in which MGA would exercise its right under the May 2004 Bryant/Littler retainer agreement to compel Bryant to pay Littler's legal fees, those circumstances and that information are discoverable.  Matter of Fischel, 557 F.2d 209, 211-212 (9th Cir. 1977) (facts which an attorney receives from a third party about a client are not privileged, and an attorney's subsequent use of this information to compile summaries and advise his client does not make the information or summaries privileged).  As of today, not even you know whether such non-privileged responsive documents exist because Bryant refuses to even search for this category of documents.

Please advise whether Bryant is willing to reconsider his position.  To be clear, Mattel again requests that Bryant produce all non-privileged documents, including any non-privileged communications between Littler and Bryant, regarding Bryant's fee and/or indemnity agreements with MGA, and identify and log all responsive documents withheld on the basis of privilege on a privilege log to enable Mattel to test Bryant's privilege assertions.  Mattel has no desire to engage in further motion practice on this issue, but Bryant's current position that he need not even search for or review at least one category of responsive documents leaves Mattel with no other choice.

Finally, you stated on our call that Bryant has produced all responsive communications between Bryant and MGA relating to his fee and/or indemnity agreements with MGA, and confirmed that no such documents exist regarding the fee agreements.  While the following may be implicit in that representation, please confirm that Bryant has in fact searched for and produced all communications between Littler (i.e., not just Bryant personally) and MGA and/or MGA's counsel on this topic.

Exhibit  9
Page 37

I look forward to hearing from you soon, and remain hopeful that we can avoid motion practice on this issue.

Very truly yours,

B. Dylan Proctor

BDP
07209/2160918.2

3

Exhibit 9
Page 38

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

**NEW YORK**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

**LOS ANGELES**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

**SAN FRANCISCO**
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

**SILICON VALLEY**
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

## LOS ANGELES OFFICE
## FACSIMILE TRANSMISSION

**DATE:**   July 5, 2007 **NUMBER OF PAGES, INCLUDING COVER: 4**

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Michael Page, Esq.<br>Keker & Van Nest | (415) 391-5400 | (415) 397-7188 |

**FROM:**   B. Dylan Proctor, Esq.

**RE:**   *Bryant v. Mattel*

**MESSAGE:**



07209/2158759.1

| CLIENT # | 7209 | ROUTE/<br>RETURN TO: | Mia Albert/3rd Floor | ☒ CONFIRM FAX<br>☒ INCLUDE CONF. REPORT |
|---|---|---|---|---|
| OPERATOR: | P. R. | | CONFIRMED?   ☐ NO   ☐ YES: | |

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE.

**Exhibit   9**
**Page 39**

# Confirmation Report — Memory Send

Page          : 001
Date & Time: 07-05-2007    02:23pm
Line 1        : 2134433100
Line 2        :
Machine ID : QUINN EMANUEL

| | | |
|---|---|---|
| Job number | : | 873 |
| Date | : | 07-05  02:20pm |
| To | : | ☎76039#7209#14153977188 |
| Number of pages | : | 004 |
| Start time | : | 07-05  02:20pm |
| End time | : | 07-05  02:22pm |
| Pages sent | : | 004 |
| Status | : | OK |

Job number      : 873               *** SEND SUCCESSFUL ***

## QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

NEW YORK
51 Medison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

LOS ANGELES
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

SAN FRANCISCO
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

SILICON VALLEY
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

### LOS ANGELES OFFICE
## FACSIMILE TRANSMISSION

DATE:      July 5, 2007                    NUMBER OF PAGES, INCLUDING COVER: 4

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Michael Page, Esq.<br>Keker & Van Nest | (415) 391-5400 | (415) 397-7188 |

FROM:        B. Dylan Proctor, Esq.

RE:          *Bryant v. Mattel*

MESSAGE:

| | | |
|---|---|---|
| 07209/2158799.1 | | |
| CLIENT # : 7209 | ROUTE/<br>RETURN TO: Mia Albert/3rd Floor | ☑ CONFIRM FAX<br>☑ INCLUDE CONF. REPORT |
| OPERATOR: R. R. | CONFIRMED?  ☐ NO  ☐ YES: | |

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE.

Exhibit    9
Page 40

EXHIBIT 10

LAW OFFICES
# KEKER & VAN NEST
L.L.P.

710 SANSOME STREET
SAN FRANCISCO, CA 94111-1704
TELEPHONE (415) 391-5400
FAX (415) 397-7188

RECEIVED

JUL 1 1 2007

MICHAEL H. PAGE
MPAGE@KVN.COM

July 9, 2007

**VIA PDF AND U.S. MAIL**

B. Dylan Proctor
Quinn Emanuel Urquhart Oliver & Hedges LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017

Re:     *Bryant v. Mattel*
        United States District Court, Central District of California
        Case No. CV 04-09049 SGL (RNBx) (consolidated with CV 04-9059 & 05-2727)

Dear Dylan:

I write in response to your letter of July 5, 2007.

Although we continue to disagree concerning the possible relevance of such communications, we will comply with your request that we search for and confirm that there are no non-privileged communications between Mr. Bryant and his counsel on the subject of MGA's agreement to pay Mr. Bryant's legal fees.  And in response to your final question, our prior production included communications between Littler and MGA, not just communications by or to Mr. Bryant personally.

Very truly yours,

Michael H. Page

MHP/srg

398719.01

Exhibit **IO**
Page 41

EXHIBIT 11

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3112**

WRITER'S INTERNET ADDRESS
**dylanproctor@quinnemanuel.com**

July 25, 2007

<u>**VIA FACSIMILE AND U.S. MAIL**</u>

Michael Page, Esq.
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111

Re:    <u>Mattel, Inc. v. Bryant</u>

Dear Michael:

After a lengthy series of communications between you and I, Mr. Bryant agreed earlier this month to search for all documents and communications, including those that post-date the filing of this lawsuit in April 2004 and including communications between Bryant and his counsel, which refer or relate to any fee agreements between Bryant and MGA. Since Bryant agreed to conduct such a search, we have not heard back in this regard. Accordingly, please let us know as soon as possible whether Bryant has located additional responsive documents and, if so, when Mattel can expect them to be produced and/or listed on a privilege log.

I look forward to hearing from you.

Very truly yours,

B. Dylan Proctor

BDP:lak

**quinn emanuel urquhart oliver & hedges, llp**

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100

07209/2175910.1

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

NEW YORK
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

LOS ANGELES
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

SAN FRANCISCO
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

SILICON VALLEY
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

## LOS ANGELES OFFICE
# FACSIMILE TRANSMISSION

**DATE:**   July 25, 2007                    **NUMBER OF PAGES, INCLUDING COVER: 2**

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Michael H. Page, Esq.<br>Keker & Van Nest, LLP | (415) 391-5400 | (415) 397-7188 |

**FROM:**   B. Dylan Proctor, Esq.

**RE:**   *Bryant v. Mattel*

**MESSAGE:**



| 07209/2172399.1 | | | | |
|---|---|---|---|---|
| CLIENT # | 7209 | ROUTE/<br>RETURN TO: | Tifany Garcia/3rd Floor | ☒ CONFIRM FAX<br>☒ INCLUDE CONF. REPORT |
| OPERATOR: | *Wmh* | | CONFIRMED?   ☐ NO   ☐ YES: | |

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

**IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE.**

Exhibit **10**
Page 43

# Confirmation Report — Memory Send

Page      : 001
Date & Time: 07-25-2007   12:30pm
Line 1    : 2134433100
Line 2    :
Machine ID : QUINN EMANUEL

| | | |
|---|---|---|
| Job number | : | 329 |
| Date | : | 07-25  12:28pm |
| To | : | ☎9414#07209#14153977188 |
| Number of pages | : | 002 |
| Start time | : | 07-25  12:29pm |
| End time | : | 07-25  12:30pm |
| Pages sent | : | 002 |
| Status | : | OK |

Job number     : 329          *** SEND SUCCESSFUL ***

## QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

**NEW YORK**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

**LOS ANGELES**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

**SAN FRANCISCO**
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

**SILICON VALLEY**
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

### LOS ANGELES OFFICE
### FACSIMILE TRANSMISSION

DATE:   July 25, 2007                    NUMBER OF PAGES, INCLUDING COVER: 2

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Michael H. Page, Esq. | (415) 391-5400 | (415) 397-7188 |
| Keker & Van Nest, LLP | | |

FROM:    B. Dylan Proctor, Esq.

RE:      *Bryant v. Mattel*

MESSAGE:

| 07209/2172399.1 | | ROUTE/ | | ☒ CONFIRM FAX |
|---|---|---|---|---|
| CLIENT # | 7209 | RETURN TO: | Tiffany Garcia/3rd Floor | ☒ INCLUDE CONF. REPORT |
| OPERATOR: | *uwmr* | | CONFIRMED?  ☐ NO  ☐ YES: | |

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE.

Exhibit __10__
Page 44

EXHIBIT 12

LAW OFFICES
# KEKER & VAN NEST
LLP

710 SANSOME STREET
SAN FRANCISCO, CA 94111-1704
TELEPHONE (415) 391-5400
FAX (415) 397-7188
WWW.KVN.COM

RECEIVED

JUL 2 7 2007

MICHAEL H. PAGE
MPAGE@KVN.COM

July 25, 2007

**VIA PDF AND U.S. MAIL**

B. Dylan Proctor
Quinn Emanuel Urquhart Oliver & Hedges LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017

Re:     *Bryant v. Mattel*
        United States District Court, Central District of California
        Case No. CV 04-09049 SGL (RNBx) (consolidated with CV 04-9059 & 05-2727)

Dear Dylan:

        I write in response to your letter of earlier today. I have confirmed with Mr. Bryant's
prior counsel that they have searched their files, and that there are no additional documents or
communications which refer or relate to any fee agreements between MGA and Mr. Bryant.

                        Very truly yours,

                        Michael H. Page

MHP/nsn

EXHIBIT 13

# CONFIDENTIAL - FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

EXHIBIT 14

# CONFIDENTIAL - FILED UNDER SEAL
# PURSUANT TO PROTECTIVE ORDER