**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| Carter Bryant | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV 04-9049 SGL (RNBx) |
| v. | |
| Mattel, Inc. | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
Supplemental Declaration of B. Dylan Proctor in Support of Mattel's Motion to Enforce the Court's Order of May 15, 2007, to (I) Compel MGA to Produce Compelled Documents (Including Fee And/Or Indemnity Agreements Between MGA And Bryant), (II) Order That Any Privilege Objections Have Been Waived

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)

☑ Other  Declaration with Exhibits; Application to File Under Seal; Proposed Order

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☐ Manual Filing required (*reason*):

12/11/07
Date

B. Dylan Proctor
Attorney Name

Mattel, Inc.
Party Represented

Note:  File one Notice in each case, each time you manually file document(s).

G-92 (02/07)     NOTICE OF MANUAL FILING