QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>          Plaintiff,<br><br>     vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>          Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-09049 SGL (RN<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>ORDER ON STIPULATION REGA<br>DOCKET NUMBER 1185<br><br>Phase I:<br>Discovery Cut-off:   January 28, 20<br>Pre-trial Conference: May 5, 2008<br>Trial Date:               May 27, 2008 |

07209/2319871.1

[PROPOSED] ORDER

## ORDER

**IT IS HEREBY ORDERED** that:

(1) The Clerk is DIRECTED to return Docket Number 1185 in Case No. 04-9049, filed on December 6, 2007, to counsel for Mattel, Inc. in its entirety, and to strike that entire docket entry from the public record,

DATED: December 10, 2007

*/s/ S.G. Larson*

HON. STEPHEN G. LARSON
UNITED STATES DISTRICT
COURT JUDGE

07209/2319871.1

-2-

[PROPOSED] ORDER