QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>        Plaintiff,<br><br>   vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>        Defendant. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. CV 04-09059 & Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Hon. Edward Infante (Ret.)]**<br><br>ORDER GRANTING MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBIT 5 TO THE SUPPLEMENTAL DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL PRODUCTION OF METADATA<br><br>Date:   TBA<br>Time:   TBA<br>Place:   TBA<br><br>Discovery Cutoff:   January 28, 2008<br>Pre-Trial Conference:   May 5, 2008<br>Trial Date:   May 27, 2008 |

07209/2317868.1

07209/2317868.1

1
2
3       <u>ORDER</u>
4
5       Based on the above Application, and good cause appearing for the entry
6   thereof, IT IS HEREBY ORDERED:
7           Exhibit 5 to the Supplemental Proctor Declaration submitted in support
8   of Mattel, Inc.'s Motion to Compel Production of Metadata is ORDERED filed
9   under seal pursuant to <u>Local Rule</u> 79-5.1.
10
11  DATED:                               _____
            December 10, 2007
12
13
14                                       *signature: S.G. Larson*
15                                       Hon. Stephen G. Larson
                                         United States District Judge
16
17
18
19
20
21
22
23
24
25
26
27
28