1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   John B. Quinn (Bar No. 090378)
2  johnquinn@quinnemanuel.com
   Michael T. Zeller (Bar No. 196417)
3  (michaelzeller@quinnemanuel.com)
   Jon D. Corey (Bar No. 185066)
4  (joncorey@quinnemanuel.com)
   Timothy L. Alger (Bar No. 160303)
5  (timalger@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
6  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
7  Facsimile: (213) 443-3100

8  Attorneys for Mattel, Inc.

9                UNITED STATES DISTRICT COURT
10               CENTRAL DISTRICT OF CALIFORNIA
11                       EASTERN DIVISION

| | |
|---|---|
| 12  CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| 13      Plaintiff, | Consolidated with Case Nos. CV 04-09059 and CV 05-02727 |
| 14  vs. | **DISCOVERY MATTER** |
| 15  MATTEL, INC., a Delaware corporation, | [To Be Heard By Discovery Master Hon. Edward Infante (Ret.) Pursuant To The Court's Order Of December 6, 2006] |
| 16      Defendant. | |
| 17 | MATTEL, INC.'S OBJECTION TO ISAAC LARIAN'S OPPOSITION TO MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND ISAAC LARIAN'S RESPONSE TO MATTEL'S SEPARATE STATEMENT |
| 18  AND CONSOLIDATED ACTIONS | |
| 19 | |
| 20 | |
| 21 | |
| 22 | Hearing Date: December 14, 2007<br>Time: 9:30 a.m.<br>Place: JAMS S.F. Office |
| 23 | **Phase 1:** |
| 24 | Discovery Cut-off:    January 28, 2008<br>Pre-trial Conference:  April 21, 2008<br>Trial Date:           May 27, 2008 |

25
26
27
28

Mattel, Inc. hereby objects to, and requests that the Court disregard, (1) Isaac Larian's Memorandum of Points and Authorities in Opposition to Motion Compel Further Response to Mattel, Inc.'s First Set of Requests for Documents and Things to Isaac Larian ("Opposition"), and (2) Isaac Larian's Response to Mattel, Inc.'s Separate Statement in Support of Motion to Compel Production of Documents (Response to Mattel's Separate Statement") on the following grounds:

1. Larian's Opposition and Response to Mattel's Separate Statement are both untimely under the Discovery Master Stipulation. Pursuant to the Discovery Master Stipulation, oppositions are due within five court days' after the filing and service of a motion. Here, Mattel filed its motion to compel on October 11, 2007. Larian did not file his Opposition and Response to Mattel's Separate Statement until December 5, 2007. Even accounting for the stays in this matter, Larian's Opposition and Response to Mattel's Separate Statement are late. The Court should not consider them as it is permitted to do under Local Rule 7-12.

2. Larian's Response to Mattel's Separate Statement purports to set forth "Mattel's Statement of Position" regarding each of the requests Larian acknowledges are still in dispute. In fact, Larian includes only his own incomplete summary of Mattel's statement of position--not the complete, verbatim statement of position actually set forth in the Separate Statement Mattel submitted to the Court. As such, Larian's Response to Mattel's Separate Statement is incomplete and misleading and the Court should not consider it.

DATED: December 10, 2007        QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By _____
Scott B. Kidman
Attorneys for Mattel, Inc.