QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Defendant
Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>           Plaintiff,<br><br>     vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>           Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case Nos. CV 04-09059 and CV 05-02727<br><br>**DISCOVERY MATTER**<br>**[To Be Heard By Discovery Master Hon. Edward Infante (Ret.)]**<br><br>[PUBLIC REDACTED] DECLARATION OF JUAN PABLO ALBÁN IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL ISAAC LARIAN TO PRODUCE DOCUMENTS<br><br>Hearing Date:    December 14, 2007<br>Time:                  9:30 a.m.<br>Place:                 JAMS S.F. Office<br><br>**Phase 1**<br>Discovery Cut-Off:    January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date:                   May 27, 2008 |

# DECLARATION OF JUAN PABLO ALBÁN

I, Juan Pablo Albán, declare as follows:

1. I am a member of the bar of the State of California and an associate with Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Plaintiff. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Attached as Exhibit 1 is a true and correct copy of the Complaint filed in <u>Larian v. Larian</u>, Los Angeles Sup. Ct. Case No. BC301371, dated August 25, 2003, without exhibits.

3. Attached as Exhibit 2 is a true and correct copy of an Agreement to Arbitrate and Selection of Arbitrator dated September 28, 2000.

4. Attached as Exhibit 3 is a true and correct copy of a Declaration of Farhad Larian dated November 7, 2003, without exhibits.

5. Attached as Exhibit 4 is a true and correct copy of a Declaration of Morad Zarabi dated September 14, 2004.

6. Attached as Exhibit 5 is a true and correct copy of an Agreement for Sale of Stock dated December 4, 2000.

7. Attached as Exhibit 6 is a true and correct copy of a Declaration of Ernest Dutcher dated January 9, 2005, including exhibits.

8. Attached as Exhibit 7 is a true and correct copy of a Certified Transcript of Audiotaped Meeting with Ernest Dutcher dated September 10, 2003.

9. Attached as Exhibit 8 are true and correct copies of two letters dated Nov. 15, 2005 from Wachovia Corporation to Cotkin & Collins.

10. Attached as Exhibit 9 is a true and correct copy of the Complaint filed in <u>Larian v. Zarabi et. al.</u>, Los Angeles Sup. Ct. Case No. BC 329501, dated February 28, 2005.

11. Attached as Exhibit 10 is a true and correct copy of the decision entitled <u>Larian v. Larian</u>, 123 Cal.App.4th 751, 756-758 (2004).

12. Attached as Exhibit 11 is a true and correct copy of a letter from Morad Zarabi to Farhad Larian, Isaac Larian and others dated February 8, 2005.

13. Attached as Exhibit 12 is a true and correct copy of a Court Order in <u>Larian v. Larian</u> dated May 4, 2005.

14. Attached as Exhibit 13 is a true and correct copy of the Final Arbitration Award in <u>Larian v. Larian</u> dated November 28, 2005.

15. Attached as Exhibit 14 is a true and correct copy of a Declaration of Farhad Larian dated January 20, 2006.

16. Attached as Exhibit 15 is a true and correct copy of a Final Arbitration Amendment for Respondent's Motion For Prevailing Party Attorney's Fees dated February 3, 2006.

17. Attached as Exhibit 16 is a true and correct copy of Mattel's First Set of Requests for Production of Documents to MGA dated March 14, 2005.

18. Since October 1, 2007, MGA has produced to Mattel more than two million pages of documents, which Quinn Emanuel is in the process of diligently reviewing. I consulted with attorneys coordinating the review of MGA's documents and requested that, by using different key word searches, including some which I suggested, they search for any and all documents MGA produced related to the <u>Larian v. Larian</u> proceedings. As of December 4, 2007, Quinn Emanuel has identified four such documents: a September 15, 2003 letter and three documents related to payments to Morad Zarabi. MGA's production, then, does not appear to include documents critical to those proceedings, such as the "raw data" MGA provided to Mr. Zarabi and/or Ernest Dutcher for purposes of appraisals of MGA conduced in 2000, and then again 2003 and 2004 after Farhad Larian alleged that Isaac Larian had concealed the conception and development Bratz for the 2000 appraisals. It appears that MGA has not complied with its discovery obligations with respect to <u>Larian v. Larian</u> proceedings despite the Court's May 15, 2007 order to do so.

19. Attached as Exhibit 17 is a true and correct copy of a letter from Howarth & Smith to Kaye Scholer dated April 6, 2004.

20. Farhad Larian produced limited documents to Mattel on November 21, 2007 and on December 6, 2007. I have personally reviewed each document in the November 21, 2007 production. I have also skimmed through the December 6, 2007 production, flipping through each page. It appears that Farhad Larian has not produced a January 9, 2007 declaration of Ernest Dutcher, which Mattel previously obtained from Farhad Larian's public filings, nor the recorded transcript of Mr. Dutcher's statements (Exhibit 7 above).

21. Attached as Exhibit 18 is a true and correct copy of an email exchange between Jon Corey and Raoul Kennedy between December 4 and 5, 2007.

22. Attached as Exhibit 19 is a true and correct copy of letter from Ms. Lever to me dated December 6, 2007.

23. Attached as Exhibit 20 is a true and correct copy of Non-Party MGA's Motion for Protective Order in ADRS Case No. 05-2096-ABH dated November 14, 2005.

24. Attached as Exhibit 21 is a true and correct copy of an Order of the Discovery Master dated January 25, 2007.

25. Attached as Exhibit 22 is a true and correct copy of an Order of the Discovery Master dated September 25, 2007.

26. Attached as Exhibit 23 is an October 1, 2003, article from Europe License! entitled, "The man with a passion for fashion dolls," which Farhad Larian produced to Mattel on November 21, 2007.

27. Attached as Exhibit 24 is a true and correct copy of MGA's First Set Of Request For The Production Of Documents And Things, dated November 22, 2006.

28. Attached as Exhibit 25 is a true and correct copy of the Order Granting In Part And Denying In Part Mattel's Motion For Protective Order Regarding "Polly Pocket" Documents, dated April 19, 2007.

29. Attached as Exhibit 26 is a true and correct copy of excerpts of the deposition of Victoria O'Connor, dated December 6, 2004.

30. Attached as Exhibit 27 is a true and correct copy of an Order Regarding Status Conference, dated October 31, 2007.

31. Attached as Exhibit 28 is a true and correct copy of the Stipulation for Appointment of a Discovery Master, dated December 6, 2006.

32. Attached as Exhibit 29 is a true and correct copy of the Order Regarding Status Conference, dated October 15, 2007.

33. Attached as Exhibit 30 is a true and correct copy of the Civil Minute Order Regarding Status Conference, dated October 31, 2007.

34. Attached as Exhibit 31 is a true and correct copy of MGA Entertainment, Inc.'s Opposition to Mattel, Inc.'s Motion to Compel Production of Documents and Interrogatory Answers, dated February 20, 2007.

35. Attached as Exhibit 32 is a true and correct copy of MGA Entertainment Inc.'s Notice of Motion Objecting to Portions of the Discovery Master's May 15, 2007 Order Granting Mattel's Motion to Compel Production of Documents and Interrogatory Reponses By MGA, dated May 30, 2007.

36. Attached as Exhibit 33 is a true and correct copy of MGA's Emergency Ex Parte Application for Review of Special Master Infante's Order Denying MGA's Motion For Stay or Extension, dated June 22, 2007.

37. Attached as Exhibit 34 is a true and correct copy of the Court's Order Denying Appointment of Expert Witnesses, dated August 11, 2006.

38. Attached as Exhibit 35 is a true and correct copy of excerpts of the deposition transcript of Ken Lockhart (Vol. 2), dated June 15, 2007.

39.     Attached as Exhibit 36 is a true and correct copy of excerpts of the deposition transcript of Lisa Tonnu (Vols. 1 and 2), dated July 19, 2007, and September 24, 2007.

40.     Attached as Exhibit 37 is a true and correct copy of an email chain from Marlene Parker to Isaac Larian, plot04@aol.com, and plot04@yahoo.com.mx, dated March 23, 2004.

41.     Attached as Exhibit 38 is a true and correct copy of a letter from Isaac Larian to Carlos Gustavo Machado Gomez, dated March 30, 2004.

42.     Attached as Exhibit 39 is a true and correct copy of a letter from Isaac Larian to Mariana Trueba Almada, dated March 30, 2004.

43.     Attached as Exhibit 40 is a true and correct copy of a letter from Isaac Larian to Pablo Vargas San José, dated March 30, 2004.

44.     Attached as Exhibit 41 is a true and correct copy of MGA Entertainment, Inc.'s Supplemental Response to Interrogatory No. 2 of Mattel, Inc.'s First Set of Interrogatories Re Claims of Unfair Competition, dated June 20, 2007.

45.     Attached as Exhibit 42 is a true and correct copy of excerpts of the deposition transcript of Paula Garcia (Vol. 2), dated May 25, 2007.

46.     Attached as Exhibit 43 is a true and correct copy of MGA Entertainment, Inc.'s Notice of Motion for Terminating Sanctions Against Mattel, Inc. Due to Spoliation of Evidence.

47.     Attached as Exhibit 44 is a true and correct copy of the Discovery Master's Order Granting Mattel, Inc.'s Motion to Compel MGA to Produce Witnesses for Deposition Pursuant to Rule 30(b)(6), dated May 16, 2007.

48.     Attached as Exhibit 45 is a true and correct copy of a Minute Order dated July 2, 2007.

49.     Attached as Exhibit 46 is a true and correct copy of the Discovery Master's Order Granting In Part And Denying In Part Mattel's Motion To

1  Compel MGA to Produce Witnesses Pursuant to Third Notice of Deposition Under
2  Rule 30(B)(6); Denying Request For Sanctions, dated September 26, 2007.
3         50.    Attached as Exhibit 47 is a true and correct copy of Isaac
4  Larian's Second Supplemental Responses to Mattel, Inc.'s Requests for Admission,
5  dated November 30, 2007.
6
7         I declare under penalty of perjury under the laws of the United States of
8  America that the foregoing is true and correct.
9         Executed on December 10, 2007, at Los Angeles, California.
10
11                        /s/ Juan Pablo Albán
                          Juan Pablo Albán
12
13
...
28