CONFIDENTIAL

**TABLE I-1**
**MARKET APPROACH**
($000)

Job No. 1087ABCV
Val Date 31-Dec-99
Run Date 8-Nov-00

| | | |
|---|---|---|
| GROSS REVENUES | | $ 66,350 |
| AVERAGE REVENUE/MARKET CAPITALIZATION RATIO (Table I) | | 0.334 |
| MARKET VALUE OF EQUITY ON A MINORITY BASIS | | $ 22,179 |
| Less Public/Private discount for relative size | 23.1% | (5,118) |
| MINORITY VALUE OF EQUITY - SMALL PRIVATE COMPANY | | $ 17,061 |
| Add Control Premium | 35% | 5,971 |
| MARKET VALUE OF EQUITY ON A CONTROL BASIS | Rounded | $ 23,000 |
| Add implied Working Capital | | 8,960 |
| MARKET VALUE OF BUSINESS ENTERPRISE ON A CONTROL BASIS | | $ 31,960 |

27-

000055

**Exhibit B**
Page 27 of 28

EXHIBIT _6_ PAGE _115_

EXHIBIT ___ PAGE ___ 117

Exhibit B
Page 28 of 28

000056

| CONFIDENTIAL | | | |
|---|---|---|---|
| TABLE J | Job No. | 1087ABCV | |
| CONCLUSION OF MARKET VALUE | Val Date | 31-Dec-99 | |
| ($000) | Run Date | 8-Nov-00 | |

| ABC INTERNATIONAL TRADERS, INC. | Conclusion | | Weight | Product |
|---|---|---|---|---|
| INCOME APPROACH (Table B) | $ | 28,550 | 0.50 | $ 14,275 |
| MARKET APPROACH (Table I-1) | $ | 31,960 | 0.00 | - |
| EXCESS EARNINGS APPROACH (Table G) | $ | 28,350 | 0.50 | 14,175 |
| FMV OF BUSINESS ENTERPRISE (Includes working capital) | | | | $ 28,450 |
| Less Discount for Lack of Liquidity | | 10% | | $ (2,845) |
| MARKET VALUE OF BUSINESS ENTERPRISE | | | | $ 25,605 |
| Less Implied Working Capital | | | | (8,960) |
| BASIC BUSINESS VALUE | | | | $ 16,645 |
| Add Current Assets (Table A) | | | | 16,962 |
| FMV OF TOTAL ASSETS | | | | $ 33,607 |
| Less Total Liabilities (Table A-1) | | | | (11,995) |
| FMV OF SHAREHOLDERS EQUITY ON A CONTROL BASIS | | | | $ 21,612 |
| Rounded | | | | $ 21,600 |
| FMV OF SHAREHOLDER INTEREST | | 45% | | $ 9,720.00 |
| or | | | | |
| | | | | $9,720,000 (Dollars) |

Adjusted book value not included as it is used only to summarize the above values.

EXHIBIT C PAGE 447

**NATIONAL BUSINESS APPRAISERS, LLC**
16055 Ventura Boulevard, Suite 1200
Encino, California 91436021l
Phone (818) 528-2013  ·  Fax (818) 528-2014
Email dutch7855@bezbarbnet.net  ·  www.bizappraisers.com

February 13, 2003

Mr. Morad Zarabi, Arbitrator
ABC INTERNATIONAL TRADERS, INC.
20120 Plummer St.
Chatsworth, CA 91211-5448

Dear Mr. Zarabi:

At your request after receipt of additional relevant information, we are reappraising the shareholders equity of ABC International Traders, Inc (ABC). We were asked to express our opinion of the market value, on a control basis, of a 45 percent interest in the shareholders equity.

It is our understanding that this opinion will be used for establishing a value for a buy-out of the Subject interest, and may be invalid if used for any other purpose.

ABC develops, produces and markets toys and related products. The company's products are action figures and accessories featuring licensed characters, and mini dolls. Purchasers of the company's products include discount retail chain stores, department stores, toy specialty stores and wholesalers. The company licenses numerous trademarks, corporate, trade and brand names and logos from third parties.

This report covers only Phase I of a full narrative report, therefore we issue only a brief letter report. All of the financial tables that are normally included in a full-narrative report are presented in the Addenda.

Based upon the information and analyses presented in the Addenda, it is our opinion that as of date of value of December 31, 2000, the market value of the shareholder's equity of ABC International Traders, Inc, on a control basis, as summarized in Table I, of Addenda, was:

$33,805,000

000057

Exhibit C
Page 1 of 28

EXHIBIT ___ PAGE 118

ABC INTERNATIONAL TRADERS, INC.
North Hills, California

February 13, 2003
Page 2

It is also our opinion that as of December 31, 2000, the market value of a 45 percent interest in the shareholder's equity of ABC International Traders, Inc., on a control basis, as summarized in Table J, of the Addenda, was:

**$15,212,000**

It is our opinion that a minority discount does not apply to the 45% interest as the other major shareholder holds an equal 45% interest.

**Table J**, in the Addenda presents our conclusions of market value under the income, market and excess earnings approach, and sets forth the calculations of the various appraised interests as of December 31, 2000.

In conjunction with our work, ABC provided us with audited and unaudited financial information and prospective financial and operational data. We accepted the historical data as fairly reflecting its operations, trends and financial position. We have not independently investigated the accuracy or completeness of the historical data provided to us and we express no opinion or other form of assurance regarding the accuracy or completeness of the data. The conclusions of value presented herein are based on numerous assumptions pertaining to prospective economic and operating conditions. Unanticipated events and circumstances may occur and actual results achieved during the period covered by our prospective financial analysis will vary from our estimates. The variations may be material. In accordance with ethical principles of the Institute of Business Appraisers, neither National Business Appraisers, LLC, nor any of its employees or subcontractors has any present or contemplated future interest in the business interests or assets herein appraised. Neither our employment nor our compensation is in any way contingent upon the values presented in this report. A copy of this report and the working papers from which it was prepared will be kept in our files for eight years.

Respectfully submitted,

NATIONAL BUSINESS APPRAISERS, LLC

By:
Ernest E. Dutcher, MCBA
Managing Member
Senior Valuation Counselor

Attachments: Professional Qualifications; Statement of Facts and Limiting Conditions; Addenda

1118ABCV

EXHIBIT _____ PAGE 110

ABC INTERNATIONAL TRADERS, INC.
North Hills, California

# CERTIFICATION

We certify that, to the best of our knowledge and belief:

* The statements of fact contained in this report are true and correct.

* The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and is our personal, unbiased professional analyses, opinions, and conclusions.

* We have no present or prospective interest in the property that is the subject of this report, and we have no personal interest or bias with respect to the parties involved.

* Our compensation is not contingent on an action or event resulting from the analyses, opinions, or conclusions in, or the use of, this report.

* Our analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice.

* No significant professional assistance was provided to the undersigned in connection with this assignment.

Appraiser:

_____
Ernest E. Dutcher, MCBA

NATIONAL BUSINESS APPRAISERS, LLC

000059

Exhibit C
Page 3 of 28.

ABC INTERNATIONAL TRADERS, INC.
North Hills, California

February 13, 2003
Page 4

# PROFESSIONAL QUALIFICATIONS

For

## ERNEST E. DUTCHER, MCBA

Designations

of

### Certified Business Appraiser
### Master Certified Business Appraiser

Awarded by

## THE INSTITUTE OF BUSINESS APPRAISERS

http://www.instbusapp.org

*The oldest business appraisal society in the nation.*

NATIONAL BUSINESS APPRAISERS, LLC

000060
090000

Exhibit C
Page 4 of 28

EXHIBIT ___ PAGE ___

EXHIBIT 6 PAGE 121

ABC INTERNATIONAL TRADERS, INC.
North Hills, California

**ERNEST E. DUTCHER, MCBA**

Professional Qualifications

**Experience:** Mr. Dutcher's full time appraisal experience began in 1975. He has been involved in the analysis and valuation of a broad variety of business enterprises in many industries, including electric power generation, equipment leasing & rental, distribution, transportation, manufacturers in the communications, computer, electronics, rubber & chemical industries, shipping, engineering, oil & gas, and many others. He has consulted in marketing, manufacturing and management. He was CEO of an electronic equipment manufacturing company and has held executive positions in other manufacturing, distribution and sales companies.

**Employment:** Managing Member and Senior Valuation Counselor for National Business Appraisers, LLC. Was Senior Valuation Counselor for Valuation Counselors Group, Inc. for four years, following five years with Marshall and Stevens Incorporated. Previously, he was SV Manager of Acquisitions for a public company, Business Opportunities Sales for Coldwell Banker; President and General Manager of an elevated work platform manufacturer; Vice President and Controller for an equipment sales and rental company; Vice President of Manufacturing and Division Manager of companies producing specialized heating devices and electronic heat controllers; President and CEO of a high technology public company in the electronics industry; and President and sole stockholder of an exclusive area distributor of Magnavox consumer electronics components and accessories.

**Education:** Mr. Dutcher attended Yale University, majoring in Communications; USAF Military Schools, attaining the rank of Captain, Radar and Communications. He also attended RCA Institute, UCLA Extension Division and Santa Monica City College in public relations, plus many seminars and home study courses in finance, taxation, computer courses in business related software etc. He has held California real estate and insurance licenses and is a licensed pilot.

**Professional Societies:** Mr. Dutcher is a senior member in the Institute of Business Appraisers (IBA), the premier professional society of business appraisers, with over 3,400 members. He has also served on the select Qualifications Review Committee. As of March 31, 1999, only about 250 IBA members were designated as Certified Business Appraisers (CBAs). *As of that date, Mr. Dutcher was one of only 15 Master Certified Business Appraisers (MCBAs), a designation requiring over 10 years of providing business appraisals on a full time basis as a CBA.*

**Court Testimony:** Mr. Dutcher has qualified and testified as an expert witness before Federal Tax Courts in Los Angeles and San Francisco California, and California Superior Courts of Los Angeles, Orange, and San Diego Counties. He has served as a consultant in valuation matters to numerous attorneys during the litigation process.

NATIONAL BUSINESS APPRAISERS, LLC

000051

Exhibit C
Page 5 of 28

EXHIBIT 6 PAGE 122

ABC INTERNATIONAL TRADERS, INC.
North Hills, California

February 13, 2003
Page 6

## STATEMENT OF FACTS AND LIMITING CONDITIONS

National Business Appraisers, LLC (NBA), strives to clearly and accurately disclose the assumptions and limiting conditions that directly affect a valuation analysis, opinion or conclusion. In order to assist the reader in interpreting this report, such assumptions are set forth as follows:

Valuation assignments are accepted with the understanding that there is no obligation to furnish services after completion of the original assignment. If the need for subsequent services related to a valuation assignment (e.g., testimony, updates, conferences, reprint, or copy services) is contemplated, special arrangements acceptable to NBA must be made in advance. NBA, reserves the right to make adjustments to the analysis, opinion and conclusion set forth in the report as we deem necessary if the facts presented by ABC prove to be inaccurate or have been misinterpreted.

It is assumed that: no opinion is intended in matters that require legal, engineering or other professional advice which has been or will be obtained from professional sources; the valuation report will not be used for guidance in professional matters exclusive of the appraisal and valuation discipline; there are no regulations of any government entity to control or restrict the use of the property unless specifically referred to in the report; and the property will not operate in violation of any applicable government regulations, codes, ordinances or statutes.

Information furnished by others is presumed to be reliable, and where so specified in the report, has been verified; however, no responsibility, whether legal or otherwise, is assumed for its accuracy and cannot be guaranteed as being certain. All facts and data set forth in the report are true and accurate to the best of NBA's knowledge and belief. No single item or information was completely relied upon to the exclusion of other information.

Financial data, operating histories and other data relating to income and expenses attributed to the business have been provided by management or it's representatives have been accepted without further verification except as specifically stated in the report.

Valuation reports may contain prospective financial information, estimates or opinions that represent the appraiser's view of reasonable expectations at a particular point in time, but such information, estimates or opinions are not offered as predictions or as assurances that a particular level of income or profit will be achieved, that events will occur or that a particular price will be offered or accepted. All opinions as to value are presented as NBA's considered opinion based on the facts and data obtained during the investigation and set forth in the report. Actual results achieved during the period covered by our prospective financial analysis will vary from those described in our report, and the variations may be material. It should be specifically noted that the valuation assumes the

ABC INTERNATIONAL TRADERS, INC.                                    Page 7
North Hills, California                                  February 13, 2003

property will be competently managed and maintained by financially sound owners over the expected period of ownership. This appraisal engagement does not entail an evaluation of management's effectiveness, nor are we responsible for future marketing efforts and other management or ownership actions upon which actual results will depend.

No effort has been made to determine the impact of possible energy shortages or the effect on this project of future federal, state or local legislation, including any environmental or ecological matters or interpretations thereof.

Neither the report nor any portions thereof, especially any conclusions as to value, the identity of the appraiser(s) or NBA, shall be disseminated to the public through public relations media, news media, sales media or any other public means of communications without the prior written consent and approval of NBA. The date(s) of the valuation to which the value estimate conclusions apply is set forth in the letter of transmittal and within the body of the report. The value is based on the purchasing power of the United States dollar as of that date. Unless otherwise noted, NBA assumes that there will be no changes in tax regulations.

No significant change is assumed in the supply and demand patterns indicated in the report. The valuation assumes market conditions observed as of the current date of our market research stated in the letter of transmittal. These market conditions are be-lieved to be correct; however, the appraisers assume no liability should market conditions materially change because of unusual or unforeseen circumstances.

The report and the final estimate of value and the prospective financial analyses included therein are intended solely for the information of the person or persons to whom they are addressed, solely for the purposes stated, and should not be relied upon for any other purpose. Any allocation of total price between tangible assets and various classes of intangible assets, if shown, is invalidated if used separately or in conjunction with any other report. Neither the appraisal report nor its contents nor any reference to the appraiser(s) or NBA, may be referred to or quoted in any registration statement, prospectus, offering memorandum, sales brochure, other appraisal, loan or other agreement or document given to third parties excepting governmental agencies or the extent required by law without our prior written consent. Permission will be granted only upon meeting certain conditions.

A copy of this report and the working papers from which it was prepared will be kept in our files for eight years.

NATIONAL BUSINESS APPRAISERS, LLC

000063

Exhibit C
Page 7 of 28

2-82

EXHIBIT ___ PAGE 125

ADDENDA

8. 2D

EXHIBIT 6 PAGE 125

000065

NATIONAL BUSINESS APPRAISERS, LLC
Exhibit C
Page 9 of 28

9.96

## INDEX OF FINANCIAL TABLES

TABLE A        FIVE YEAR COMPARATIVE BALANCE SHEET – ASSETS

TABLE A-1      FIVE YEAR COMPARATIVE BALANCE SHEET – LIABILITIES

TABLE B        COMPARATIVE INCOME STATEMENT – 5 YEARS

TABLE C        INCOME STATEMENT ADJUSTMENTS

TABLE D-1      ADJUSTED BOOK VALUE – PAGE 1

TABLE D-2      ADJUSTED BOOK VALUE – PAGE 2

TABLE E        INCOME APPROACH METHOD OF VALUATION

TABLE F        CAPITAL ASSET PRICING MODEL

TABLE H        FIXED ASSET APPRAISAL – DETAIL

TABLE H-1      FIXED ASSET APPRAISAL – SUMMARY

TABLE I        MARKET COMPARABLES – PUBLIC COMPANIES

TABLE I-1      MARKET APPROACH

TABLE J        CONCLUSIONS OF MARKET VALUE

EXHIBIT 6 PAGE 126

000066

**ABC INTERNATIONAL TRADERS, INC.**
North Hills, California

February 13, 2003
Page 10

---

## DESCRIPTION OF FINANCIAL SCHEDULES USED IN VALUATION

**TABLE A: Comparative Balance Sheet - Assets**

This historical comparative balance sheet presents the changes in the asset items over the 5-year period. The dominant change is in current assets.

**TABLE A-1: Comparative Balance Sheet - Liabilities**

This historical comparative balance sheet presents the changes in the liability items over the 5-year period. The dominant change is in current liabilities that increased to $24,223 million. This table also reflects the calculations of "Implied Working Capital", calculated as a percentage of revenues, which was substituted to minimize the dynamic nature of current assets and current liabilities that typically change on a daily basis. This allows the conclusions of value to remain valid over a longer period of time without material changes in value.

**TABLE B: Comparative Income Statement**

This historical comparative income statement presents the book figures over the 5-year period. The information contained in this table provides the foundation, after the adjustments described in Table C, for the valuation approaches used in this appraisal. The most recent year's performance as presented in Column 5, represents the year-end book figures. To the concluded Pretax Income, we have added back depreciation and amortization to obtain "Pretax Cash Flow". Interest expense is added back to Cash Flow as this appraisal assumes a debt-free basis to yield "Operating Margin, or "Earnings Before Depreciation Interest, Taxes and Amortization" (EBDITA).

A study of this table indicated that ABC follows the somewhat erratic performance of the industry.

**TABLE C: Adjustments to Comparative Income Statement**

This statement reflects certain essential income statement items extracted from **Table B** that is subject to adjustments to remove extraordinary income or expense items that would not be necessary for normal business operations. Following the Adjusted Net Income, Cash Flow and Operating Margin, we calculate the weighted average net income utilizing the 1997, 1998, 1999 and 2000 EBDITA as a percentage of sales. This results in adjusted Pretax Income, Net Income, Cash Flow and Operating Margin (EBDITA).

EXHIBIT 10 PAGE 127

expenses. The resulting "Adjusted Operating Margin (EBDITA)" is the key income stream upon which the "Income Approach" (Table E) and the "Excess Earnings Approach" (Table G) is based.

The result is used in Table E to calculate the EBDITA for each year of the forecast 5-year period.

**TABLE D-1: Adjusted Book Value**

In this table, all current asset items are reversed out in the second column. We have substituted "Implied Working Capital" as explained in the description of Table A-1. The calculations of market value for the fixed assets (Table H-1) appear in the right hand column. The conclusion of market value for the intangible assets, as calculated in Table D-2, is also added to yield "Business Enterprise Value".

**TABLE D-1: Adjusted Book Value**

This table presents the calculations of Total Asset Value and Adjusted Shareholder Equity based upon the Business Enterprise Value shown in Table J.

**TABLE E: Income Approach**

Based upon historical growth rates and estimates of future performance a five-year forecast is made for net revenues. The value of the reversionary period following the 5-year forecast period would be a capitalization of the average of the fifth and sixth year, discounted to present value. The After Tax Earnings as Percent of Revenues was calculated in Table C, and is used to estimate the operating profit for each forecast year in Table E. Adding back the Depreciation yields the After Tax Cash Flow. Capital expenditures and changes in working capital are subtracted from this figure to produce the "Distributable Cash Flow". Applying the appropriate discount rate (calculated in Table F) returns these cash flow streams to present value. The total of the five discounted cash flows plus the discounted reversionary value represents the Business Enterprise Value under the Income Approach. The capitalization rate for the reversionary period is calculated using the formula shown in the notes following the schedule.

**TABLE F: Capital Asset Pricing Model**

Widely used method of determining the discount rates that are used in Table E. The "Weighted Average Cost of Capital" represents the blending of the Company's estimated

000067

NATIONAL BUSINESS APPRAISERS, LLC                    Exhibit C
                                                      Page 11 of 28

EXHIBIT _G_ PAGE 128

ABC INTERNATIONAL TRADERS, INC.
North Hills, California

February 13, 2003
Page 12

cost of borrowing (the lowest rate) and the "cost of equity capital". The blending is based upon the market average percent of equity and of debt as taken from the public market as shown in Table G-1 under the assumption that the selected public companies could be buyers for the Subject company, which would then reflect the capital structure of the buyer. Borrowed capital is generally the lowest price risk due to the security normally provided to the lender. Equity capital, on the other hand, carries the greatest risk, as it does not share the security available to lenders. The blending of these two rates yields the weighted average cost of capital, or discount rate. The notes following Table F adds further insight.

TABLE G: Capitalization of Excess Earnings

This represents one of three significant valuation approaches for small privately held companies. The original simplified "formula method" had the disadvantage of ignoring the value of the individual asset categories with differing economic lives. In Table G, the "Earnings Before Capital Charges" is the estimated EBDITA for the year 2000, as calculated in Table E. From these earnings, we subtract the return of the capital investment represented by the "Economic Depreciation", and the return on the assets in use as listed under the heading "Economic Return on Capital", yielding the "Total Excess Earnings" of ABC. The "Net Excess Earnings", is then capitalized using the equity multiple as developed in Table F. The value of the capitalized excess earnings is then added to the "Total Assets in Use" to reflect the market value under the Excess Earnings Approach on a control basis.

TABLE H

The method for appraising fixed assets as herein described is known as the "Depreciated Replacement Cost New Approach" (DRCN). This presents the appraised value of each of the items of fixed assets, based upon the depreciation schedule of the income tax return for 1999. As noted, each item is listed as to description, date or purchase, original cost, estimated economic life, years in use, remaining economic life, price trend factor based upon the consumer price index, replacement cost new, estimated remaining economic life and fair market value. Items beyond their estimated economic life are valued at zero.

TABLE H-1

This table summarizes the market value of each group of assets, and is used in Table D and Table G.

EXHIBIT ___ PAGE 129

Exhibit C
Page 13 of 28

000069

NATIONAL BUSINESS APPRAISERS, LLC

03.41

¹ Mergerstat Review 1999

ABC INTERNATIONAL TRADERS, INC.
North Hills, California

February 13, 2003
Page 13

---

**TABLE I: Market Comparable Companies from public marketplace.**

The operating results of the listed public companies present various indicators that are useful in determining the market value of ABC. Listed are the Company's shares outstanding, market capitalization, annual sales, market capitalization/sales ratio, and Beta. We use the median of the market cap/sales ratios of the Public companies in our Market Approach that follows in Table I-I. We use the average of the Betas and the capital structures of the public companies for our calculations of the discount rates in Table F. These comparables are all involved in the same industry as ABC.

**TABLE I-I: Market Approach Valuation**

Gross revenues in 2000 for ABC is multiplied by the median revenue/market cap ratio to obtain the indicated market value on a minority basis. A discount is applied to adjust for the differences in size of the public companies as compared with ABC. This yields the market value of the equity on a minority basis. To adjust the minority value to a control value we add the premium for control for comparison with the other approaches, which yields the market value of the equity on a control basis. To convert this value to the business enterprise value, we must add back the implied working capital to yield Business enterprise value on a control basis. This value is now comparable to the results of the other two approaches as reflected in Table J.

**TABLE J: Final Correlation**

Each of the individual market values developed in the various approaches are listed, and weighted. The income approach is generally granted the greatest weight, as the driving force for the average investor is the anticipation of future benefits, however in this report we believe it appropriate to grant meaningful weight to both the excess earnings approach and the market approach as both are valid approaches for use with medium sized business valuations.

REVISED REPORT
ABC

**TABLE A**
**FIVE YEAR COMPARATIVE BALANCE SHEET**
**F/Y End December 31**
**($000)**

Job No.: 1118ABCV
Appr Date: 12/31/2000
Run Date: 03/25/04

| ASSETS | 1996 | % | 1997 | % | 1998 | % | 1999 | % | 2000 | % |
|---|---|---|---|---|---|---|---|---|---|---|
| **Current assets** | | | | | | | | | | |
| Cash & equivalents | $438 | 2.5 | $797 | 3.8 | $860 | 5.1 | ($379) | -0.4 | $1,144 | 4.5 |
| Accounts Receivable-Trade | 3,760 | 21.8 | 10,067 | 47.7 | 7,674 | 44.8 | 11,154 | 63.5 | 8,744 | 34.3 |
| Inventories | 11,677 | 67.7 | 8,663 | 41.0 | 7,400 | 43.6 | 5,834 | 33.2 | 14,278 | 56.0 |
| Due from affiliate | 143 | 0.8 | 171 | 0.8 | | 0.0 | (320) | -1.8 | 209 | 0.8 |
| Prepaid Expenses & Other | 786 | 4.6 | 768 | 3.6 | 379 | 2.2 | 373 | 2.1 | 190 | 0.7 |
| Total Current | $16,804 | 97.4 | $20,466 | 96.9 | $16,253 | 95.7 | $16,962 | 96.6 | $24,565 | 96.4 |
| **Property & Equipment** | | | | | | | | | | |
| Machinery & Equipment | $1,759 | 10.2 | $2,369 | 11.2 | $3,621 | 21.3 | $1,409 | 8.0 | $2,231 | 8.8 |
| Leasehold Improvements | 86 | | 86 | | 86 | | 86 | | 215 | |
| Less Accum. Depr. | (1,395) | -8.1 | (1,800) | -8.5 | (2,977) | -17.5 | (900) | -5.1 | (1,534) | -6.0 |
| Net Fixed Assets | $446 | 2.6 | $655 | 3.1 | $730 | 4.3 | $595 | 3.4 | $912 | 3.6 |
| Deposits & other | | 0.0 | | 0.0 | | 0.0 | | 0.0 | | 0.0 |
| TOTAL ASSETS | $17,250 | 100.0 | $21,121 | 100.0 | $16,983 | 100.0 | $17,557 | 100.0 | $25,477 | 100.0 |

* This information is from the fiscal year of 1996 to 2000.

Exhibit C
Page 14 of 28

000070

14.C0

EXHIBIT 6 PAGE 130

EXHIBIT 6 PAGE 131

000071

Exhibit C
Page 15 of 28

| REVISED REPORT | TABLE A-1 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | FIVE YEAR COMPARATIVE BALANCE SHEET | | | | Job No. 111ABCDV | | | | | |
| | FY End December 31 | | | | Appr Date 12/21/2000 | | | | | |
| (LIABILITIES & SHAREHOLDERS EQUITY) | ($000) | | | | Run Date 15-Dec-04 | | | | | |
| | 1996 | % | 1997 | % | 1998 | % | 1999 | % | 2000 | % |
| Current Liabilities: | | | | | | | | | | |
| Accounts Payable & Accrued | $ 7,222 | 41.9 | $ 11,134 | 52.1 | $ 6,904 | 40.7 | $ 6,611 | 37.7 | $ 12,951 | 50.8 |
| Bank Line-Revolving | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Current Por. L.T. Debt | 36 | 0.2 | 38 | 0.2 | 38 | 0.2 | -0% | 0.0 | 443 | 1.7 |
| Other current | 3 | 0.0 | 45 | 0.2 | 131 | 0.8 | 0 | 0.0 | 0 | 0.0 |
| Total current liabilities | $ 7,261 | 42.1 | $ 11,217 | 52.5 | $ 7,073 | 41.6 | $ 6,611 | 37.7 | $ 24,223 | 95.1 |
| Long Term Liabilities: | | | | | | | | | | |
| Notes payable to bank | $ 5,950 | 34.5 | $ 3,175 | 15.0 | $ 5,231 | 30.8 | $ 2,129 | 12.1 | $ 1,147 | 4.5 |
| Long term debt, less current | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Subordinated notes payable & other | 2,718 | 15.8 | 1,028 | 4.8 | 3,247 | 19.1 | 3,255 | 18.5 | 3,590 | 14.1 |
| Total long term liabilities | $ 8,668 | 50.3 | $ 4,203 | 19.9 | $ 8,478 | 49.9 | $ 5,284 | 30.7 | $ 4,737 | 18.6 |
| Total Liabilities | $ 15,929 | 92.3 | $ 17,420 | 82.3 | $ 15,551 | 91.6 | $ 11,895 | 68.3 | $ 28,960 | 113.7 |
| Shareholders Equity | $ 1,321 | 7.7 | 3,701 | 17.7 | 1,432 | 8.4 | 5,562 | 31.7 | (3,483) | -13.7 |
| Total Liabilities & Shareholders Equity | $ 17,250 | 100.0 | $ 21,121 | 100.0 | $ 16,983 | 100.0 | $ 17,557 | 100.0 | $ 25,477 | 100.0 |
| Current Ratio | 2.31 | | 1.82 | | 2.30 | | 2.57 | | 1.01 | |
| Quick ratio | 0.58 | | 0.97 | | 1.20 | | 1.69 | | 0.41 | |
| L.T Debt / Net Worth | 0.56 | | 1.48 | | 5.92 | | 4.97 | | -1.36 | |
| Working Capital | $ 9,673 | 55.3 | $ 9,180 | 43.8 | $ 9,249 | 54.1 | $ 10,351 | 59.0 | 342 | 1.3 |
| IMPLIED WORKING CAPITAL | | | | | | | | | | |
| Net Revenues | $ 46,980 | | $ 55,315 | | $ 40,733 | | $ 66,350 | | $ 77,489 | |
| IWC as a percent of revenues * | 12.23% | | 12.23% | | 12.23% | | 12.23% | | 12.23% | |
| Implied working capital | $ 5,747 | | $ 6,766 | | $ 4,982 | | $ 8,116 | | $ 9,479 | |
| * Robert Morris Associates SIC #3944, (Games, Toys etc.) | $ 9,680 | | | | | | | | | |

REVISED REPORT — TABLE B — Job No. 1118ABCV

FIVE YEAR COMPARATIVE INCOME STATEMENT — Appr Date 12/31/2000

F/Y End December 31 — Run Date 25-Mar-04

ABC INTERNATIONAL TRADERS, INC. — ($000)

| | 1996 | % | 1997 | % | 1998 | % | 1999 | % | 2000 (1) | % |
|---|---|---|---|---|---|---|---|---|---|---|
| REVENUES - NET | $ 46,980 | 100.0 | $ 55,315 | 100.0 | $ 40,732 | 100.0 | $ 66,350 | 100.0 | $ 77,489 | 100.0 |
| Less cost of sales | 36,834 | 78.4 | 40,032 | 72.4 | 26,093 | 64.1 | 43,724 | 65.9 | 53,300 | 68.8 |
| GROSS PROFIT | $ 10,146 | 21.6 | $ 15,283 | 27.6 | $ 14,639 | 35.9 | $ 22,626 | 34.1 | $ 24,189 | 31.2 |
| Other income (loss) | (738) | -1.6 | 28 | 0.1 | (253) | -0.6 | 350 | 0.5 | 5,000 | 6.5 |
| TOTAL INCOME | $ 9,408 | 20.0 | $ 15,311 | 27.7 | $ 14,386 | 35.3 | $ 22,976 | 34.6 | $ 29,189 | 37.7 |
| EXPENSES | | | | | | | | | | |
| Advertising & promotion | $ 2,936 | 6.2 | $ 2,992 | 5.4 | $ 3,898 | 9.6 | $ 4,367 | 6.6 | $ 7,680 | 9.9 |
| Automobile expense | 74 | 0.2 | 47 | 0.1 | 64 | 0.2 | 67 | 0.1 | 70 | 0.1 |
| Bad debts | 289 | 0.6 | (6) | 0.0 | | 0.0 | 30 | 0.0 | | 0.0 |
| Bank charges | 312 | 0.7 | 294 | 0.5 | 181 | 0.4 | 196 | 0.3 | 200 | 0.3 |
| Commissions | 1,912 | 4.1 | 2,535 | 4.6 | 2,168 | 5.3 | 2,487 | 3.7 | 3,000 | 3.9 |
| Data processing & supplies | 22 | 0.0 | 27 | 0.0 | 64 | 0.2 | 66 | 0.1 | 70 | 0.1 |
| Depreciation | 732 | 1.6 | 585 | 1.1 | 589 | 1.4 | 540 | 0.8 | 634 | 0.8 |
| Delivery, postage | 150 | 0.3 | 242 | 0.4 | 191 | 0.5 | 323 | 0.5 | 375 | 0.5 |
| Insurance | 329 | 0.7 | 227 | 0.4 | 305 | 0.7 | 386 | 0.6 | 400 | 0.5 |
| Interest Expense | 663 | 1.4 | 390 | 0.7 | 552 | 1.4 | 842 | 1.3 | 1,179 | 1.5 |
| Legal, professional & accounting | 343 | 0.7 | 1,225 | 2.2 | 1,681 | 4.1 | 1,199 | 1.8 | 1,250 | 1.6 |
| Miscellaneous other | 187 | 0.4 | 105 | 0.2 | 379 | 0.9 | 62 | 0.1 | 4,910 | 6.3 |
| Molds | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 508 | 0.8 | 750 | 1.0 |
| Office Expenses | 77 | 0.2 | 61 | 0.1 | 71 | 0.2 | 132 | 0.2 | 150 | 0.2 |
| Product development | 1,028 | 2.2 | 463 | 0.8 | 1,008 | 2.5 | 1,711 | 2.6 | 2,000 | 2.6 |
| Rents | 467 | 1.0 | 346 | 0.6 | 382 | 0.9 | 455 | 0.7 | 431 | 0.6 |
| Repairs & maintenance | 11 | 0.0 | 11 | 0.0 | 22 | 0.1 | | 0.0 | | 0.0 |
| Salaries, officers | 696 | 1.5 | 704 | 1.3 | 1,104 | 2.7 | 1,194 | 1.8 | 1,200 | 1.5 |
| Salaries & wages | 2,009 | 4.3 | 2,284 | 4.1 | 2,223 | 5.5 | 3,179 | 4.8 | 3,874 | 5.0 |
| Taxes & licenses | 27 | 0.1 | 217 | 0.4 | 39 | 0.1 | 61 | 0.1 | 75 | 0.1 |
| Taxes, payroll | 220 | 0.5 | 176 | 0.3 | 219 | 0.5 | 254 | 0.4 | 260 | 0.3 |
| Telephone | 219 | 0.5 | 188 | 0.3 | 166 | 0.4 | 214 | 0.3 | 225 | 0.3 |
| Travel & entertainment | 341 | 0.7 | 226 | 0.4 | 277 | 0.7 | 399 | 0.6 | 450 | 0.6 |
| Utilities | 36 | 0.1 | 32 | 0.1 | 30 | 0.1 | 35 | 0.1 | 40 | 0.1 |
| TOTAL EXPENSES | $ 13,060 | 27.8 | $ 13,371 | 24.2 | $ 15,613 | 38.3 | $ 18,707 | 28.2 | $ 29,223 | 37.7 |
| PRETAX INCOME | $ (3,652) | -7.8 | $ 1,940 | 3.5 | $ (1,227) | -3.0 | $ 4,269 | 6.4 | $ (34) | 0.0 |
| Add Depreciation/Amort | 732 | 1.6 | 585 | 1.1 | 589 | 1.4 | 540 | 0.8 | 634 | 0.8 |
| PRETAX CASH FLOW (2) | $ (2,920) | -6.2 | $ 2,525 | 4.6 | $ (638) | -1.6 | $ 4,809 | 7.2 | $ 600 | 0.8 |
| Add Interest Charges | 663 | 1.4 | 390 | 0.7 | 552 | 1.4 | 842 | 1.3 | 1,179 | 1.5 |
| EBDIT (3) | $ (2,257) | -4.8 | $ 2,915 | 5.3 | $ (86) | -0.2 | $ 5,651 | 8.5 | $ 1,779 | 2.3 |

(1) Basic data from Deloitte & Touche audited report.

(2) Pretax income plus depreciation.

(3) Pretax cash flow plus interest charges

Exhibit C
Page 16 of 28

000072

16-2D

EXHIBIT 6 PAGE 132

**REVISED REPORT**

**ABC INTERNATIONAL TRADERS, INC.**

TABLE C
INCOME STATEMENT ADJUSTMENTS
F/Y End December 31
($000)

Job No. INTERADV
App'r Date 12/31/2000
Run Date 23-Mar-06

| | 1996 | % | 1997 | % | 1998 | % | 1999 | % | 2000 | % |
|---|---|---|---|---|---|---|---|---|---|---|
| REVENUES - NET | $ 46,980 | 100.0 | $ 55,315 | 100.0 | $ 40,732 | 100.0 | $ 66,350 | 100.0 | $ 77,489 | 100.0 |
| OPERATING INCOME (CREDIT) | $ (2,257) | (4.8) | $ 2,915 | 5.3 | $ (66) | (0.2) | $ 5,651 | 8.5 | $ 1,779 | 2.3 |
| ADJUSTMENTS TO INCOME | | | | | | | | | | |
| Legal, professional & accounting | 343 | 0.7 | 1,225 | 2.2 | 1,081 | | 1,199 | 1.8 | 1,230 | 1.6 |
| Halliwick | 0 | | 0 | | 0 | | 0 | | 5,000 | 6.5 |
| Salaries, Officers | 696 | 1.5 | 704 | 1.3 | 1,104 | 2.7 | 1,194 | 1.8 | 1,200 | 1.5 |
| Travelling Expenses | 341 | 0.7 | 226 | 0.4 | 277 | 0.7 | 399 | 0.6 | 350 | 0.6 |
| TOTAL ADJUSTMENTS TO INCOME | $ 1,380 | 2.9 | $ 2,155 | 3.9 | $ 3,062 | 7.5 | $ 2,792 | 4.2 | $ 7,900 | 10.2 |
| SUBTOTAL | $ (877) | (1.9) | $ 5,070 | 9.2 | $ 2,976 | 7.3 | $ 8,443 | 12.7 | $ 9,679 | 12.5 |
| LESS REASONABLE EXPENSES: | | | | | | | | | | |
| Legal, professional & accounting  0.75% | (352) | (0.8) | (415) | (0.8) | (305) | (0.8) | (498) | (0.8) | (581) | (0.8) |
| Salaries, Officers  1.50% | (705) | (1.5) | (830) | (1.5) | (611) | (1.5) | (995) | (1.5) | (1,162) | (1.5) |
| Travelling Expenses  0.60% | (282) | (0.6) | (332) | (0.6) | (244) | (0.6) | (398) | (0.6) | (465) | (0.6) |
| ADJUSTED PRETAX INCOME | $ (2,216) | (4.7) | $ 3,494 | 6.3 | $ 1,815 | 4.5 | $ 6,552 | 9.9 | $ 7,470 | 9.6 |
| Add Back Depreciation | 732 | 1.6 | 585 | 1.1 | 589 | 1.4 | 540 | 0.8 | 634 | 0.8 |
| ADJUSTED PRETAX CASH FLOW | $ (1,484) | (3.2) | $ 4,079 | 7.4 | $ 2,404 | 5.9 | $ 7,092 | 10.7 | $ 8,704 | 10.3 |
| Add Back Interest Expense | 663 | 1.4 | 390 | 0.7 | 552 | 1.4 | 842 | 1.3 | 1,779 | 1.5 |
| ADJUSTED EBDIT (1) | $ (821) | (1.7) | $ 4,469 | 8.1 | $ 2,956 | 7.3 | $ 7,934 | 12.0 | $ 9,283 | 12.0 |
| EBDIT AS % OF SALES | | (1.7) | | 8.1 | | 7.3 | | 12.0 | | 12.0 |
| Weighting | 8 | | | 2 | | 2 | | | | 2 |
| Product - 3 Columns | 79 | | 16.2 | | 14.5 | | 23.9 | | 24.0 | |
| Divisor - Sum of Weights | | | | | | | | | | |
| WEIGHTED AVERAGE EBDIT | 20.8 | Percent (Used in Table E) | | | | | | | | |

000073

Exhibit C
Page 17 of 28

11.8D

EXHIBIT  6  PAGE  133

EXHIBIT 6 PAGE 134

000074

Exhibit C
Page 18 of 28

| REVISED REPORT | TABLE D-1 ADJUSTED BOOK VALUE F/Y End December 31 | | Job No. 1118ABCV | Appr Date 12/31/2000 | Run Date 25-Mar-04 | |
|---|---|---|---|---|---|---|
| | | | ($000) | | | |
| ABC | Book 31-Dec-00 | % | Adjustments 31-Dec-00 | % | Adjusted 31-Dec-00 | % |
| Current Assets | | | | | | |
| Cash & equivalents | $1,144 | 4.7 | $(1,144) | NM | $0 | 0.0 |
| Accounts Receivable-Trade | 8,744 | 35.6 | (8,744) | NM | 0 | 0.0 |
| Inventories | 14,278 | 58.1 | (14,278) | NM | 0 | 0.0 |
| Due from affiliate | 209 | | (209) | NM | 0 | 0.0 |
| Prepaid Expenses & Other | 190 | 8.8 | (190) | NM | 0 | 0.0 |
| Implied Working Capital | 0 | | 9,500 | NM | 9,500 | 19.9 |
| Total Current Assets | 24,565 | 100.0 | (15,065) | NM | $9,500 | 19.9 |
| Fixed Assets as Appraised | | | | | | |
| Automotive Equipment | 0 | 0.0 | 11 | | 11 | 0.0 |
| Computer Equipment | 0 | 0.0 | 131 | | 131 | 0.3 |
| Furniture & Fixtures | 0 | 0.0 | 24 | | 24 | 0.1 |
| Leasehold Equipment | 0 | 0.0 | 23 | | 23 | 0.0 |
| Machinery & Equipment | 0 | 0.0 | 4 | | 4 | 0.0 |
| Molds & Tooling * | 0 | 0.0 | 1,031 | | 1,031 | 2.2 |
| Office Equipment | 0 | 0.0 | 4 | | | |
| Net Fixed Assets | (1) | 0.0 | 0 | | 1,225 | 2.6 |
| INTANGIBLE ASSETS | - | 0.0 | $36,975 | NM | $36,975 | 77.5 |
| BUSINESS ENTERPRISE VALUE | 24,564 | 100.0 | | NM | 47,700 | 100.0 |

The right hand column represents the assets included in "Business Enterprise Value"(BEV). This represents the value of the assets required for normal business operations. To convert this number to Total Asset Value, subtract the Implied Working Capital. This will yield "Basic Business Value", or the value of the fixed, intangible and other assets only. See Table D-2 for calculations of Adjusted Book Value.

## TABLE D-2
## ADJUSTED BOOK VALUE
### F/Y End December 31

| | Job No. | 1118ABCV |
| --- | --- | --- |
| | Appr Date | 12/31/2000 |
| | Run Date | 25-Mar-04 |

| | | |
| --- | --- | --- |
| MARKET VALUE OF BUSINESS ENTERPRISE | $ | 47,700 |
| Less Implied Working Capital | | (9,500) |
| | | |
| BASIC BUSINESS VALUE    Fixed Plus Intangibles | $ | 38,200 |
| Less Fixed Assets as Appraised | | (1,225) |
| | | |
| MARKET VALUE OF INTANGIBLES (GOODWILL) | $ | 36,975 |
| Add Fixed & Other Assets as Appraised (Table H) | | 1,225 |
| Add Current Assets at 12/31/00 (Table A) | | 24,565 |
| | | |
| ADJUSTED TOTAL ASSET VALUE | $ | 62,765 |
| Less Total Liabilities at 12/31/00 (Table A-1) | | (28,960) |
| | | |
| ADJUSTED SHAREHOLDER EQUITY | $ | 33,805 |

See Table J for final conclusion.

Exhibit C
Page 19 of 28

EXHIBIT _6_ PAGE _135_

EXHIBIT ___ PAGE 136

970000

**REVISED REPORT**
**ABC**
**INCOME APPROACH**
**FY Ending Sept 30**
($000)

**TABLE E**

Job No. 1118ABCV
Appr Date 12/31/2000
Run Date 24-Mar-04

| | 2001 | 2002 | 2003 | 2004 | 2005 | Reversion |
|---|---|---|---|---|---|---|
| FORECAST REVENUE GROWTH | 25.00% | 10.00% | 5.00% | 5.00% | 5.00% | |
| FORECAST OF REVENUE | $96,986 | $106,547 | $111,875 | $117,468 | $123,342 | |
| EBDIT as % of Revenues * | 9.8% | 9.8% | 9.8% | 9.8% | 9.8% | |
| EBDIT * | $9,510 | $10,461 | $10,984 | $11,534 | $12,110 | $10,919 (Table G) |
| Less Capital Equipment Reserve | (347) | (381) | (401) | (421) | (442) | (442) (Table G) |
| Less Working Capital (1) | (9,500) | (1,185) | (652) | (689) | (718) | (718) |
| DISTRIBUTABLE CASH FLOW | ($337) | $8,895 | $9,932 | $10,429 | $10,950 | $11,224 |
| REVERSIONARY VALUE Factor (3) | | | | | 6.885 | $77,280 |
| Discount Rate (Table F) | 19.25% | 19.25% | 19.25% | 19.25% | 19.25% | |
| Period Factor | 0.50 | 1.50 | 2.50 | 3.50 | 4.50 | 5.00 |
| Multiplier | 0.916 | 0.768 | 0.644 | 0.540 | 0.453 | 0.415 |
| NPV OF DIST. CASH FLOWS | ($308) | $6,831 | $6,396 | $5,632 | $4,959 | $32,046 |

NPV OF DISTRIBUTABLE CASH FLOW FOR FIRST FIVE YEARS    $23,508
NPV OF REVERSIONARY VALUE    32,046
    $55,554
MARKET VALUE OF ENTERPRISE BY THE INCOME APPROACH    Rounded    $55,550

(1) Estimated percent of annual revenue and revenue growth required for working capit --> 12.23%
Reference - RMA Annual Statement Studies.

(2) Income to be capped at end of 5th year was calculated by estimating 6th year's income considering a future growth of 5%, and averaging with the 5th year. This adjusts the fifth year from mid-year to the expected end-of-year-revenues.

(3) Calculated with the following formula: Cap Rate = (1+G)/(R-G), where G = estimated future growth rate. R = wtd avg cost of capital. (1+.05) / (.2025 -.05) or 1.05/.1525 =    6.885    or    14.52%

* Earnings Before Depreciation & Amortization, Interest and Taxes. (See Table C).

EXHIBIT 10 PAGE 137

000077

| REVISED REPORT | TABLE F | Job No. | 1118ABCV |
|---|---|---|---|
| | CAPITAL ASSET PRICING MODEL | Appr Date | 12/31/2000 |
| | (CAPM) | Run Date | 15-Dec-04 |

**ABC INTERNATIONAL TRADERS, INC.**

**KEY ASSUMPTIONS**

| | | |
|---|---|---|
| Cost of debt - pretax (1) | | 10.00% |
| Federal tax rate (2) | Pretax Basis | 0.00% |
| State tax rate | | 0.00% |
| Combined marginal tax rate | Pretax Basis | 0.00% |
| Long-term treasury bond rate | | 6.00% |
| Market average beta | • | 1.00 |
| Market average percent of equity | • | 72.00% |
| Market average percent of debt | • | 28.00% |

**WEIGHTED AVG COST OF CAPITAL**

Formula: (1-T)*(Kd)(D)+(Ke)(E)   19.36%   Rounded   19.25%

| | | |
|---|---|---|
| T = Tax rate | | 0.00% |
| Kd = Cost of debt | | 10.00% |
| D = Proportion of debt in total capital | | 28.00% |
| Ke = Cost of equity | | 23.00% |
| E = Proportion of equity | | 72.00% |

**COST OF EQUITY CAPITAL**

Formula: Ke = ((B*Rp)+Rs)+Rf   23.10%   Rounded   23.00%

| | |
|---|---|
| Rf = Rate of return on risk-free security (3) | 5.00% |
| Rp = Risk premium (Rm - Rf) | 12.10% |
| Rs = Company-specific risk premium (4) | 5.00% |
| Ri = Current return on 30 Year treasury bills | 6.00% |
| β = Industry beta (5) | 1.00 |
| Rm = Market return (6) | 17.10% |

*Ibbotson Industry Studies for SIC Code 3944, Games, Toys, and Children's Vehicles

(1) Company's estimated cost of interest-bearing debt.

(2) Valuation based upon after tax income streams.

(3) Ibbotson & Associates Report 1926-1999, "Arithmetic Mean of Annual Returns for Long-Term U.S. Treasury Bonds" (riskless).

(4) Additional risk factor to adjust the subject risks of the subject company and industry.

(5) A measure of risk (variability) of common stocks in the industry. (Ibbotson Industry Studies for SIC Code 3944, Games, Toys, and Children's Vehicles).

(6) Ibbotson & Associates Report 1926-1997, "Arithmetic Mean of Annual Returns for The Common Stock of Small Companies".

EXHIBIT 6 PAGE 138

000078

Exhibit C
Page 22 of 28

# REVISED REPORT

## TABLE G
## EXCESS EARNINGS APPROACH
## ABC

| Job No. | Appr Date | Run Date |
|---|---|---|
| 1118ABCV | 12/31/2000 | 25-Mar-04 |

($000)

**EARNINGS BEFORE CAPITAL CHARGES (Table E)**    $10,919

### CAPITAL CHARGES

| | Appraised Value | Est Life | Economic Depreciation | Return Of |
|---|---|---|---|---|
| Automotive Equipment | $ 11 | 10 Yrs | 1 | |
| Computer Equipment | 131 | 5 Yrs | 26 | |
| Furniture & Fixtures | 24 | 15 Yrs | 2 | |
| Leasehold Equipment | 23 | 10 Yrs | 2 | |
| Machinery & Equipment | 4 | 10 Yrs | 0 | |
| Molds & Tooling * | 1,031 | 3 Yrs | 344 | |
| Office Equipment | 4 | 10 Yrs | 0 | |
| Fixed Assets at Cost | $ 1,229 | 3.5 | $347 | $(347) |

| | Adjusted Book | % | Return On | Economic Return |
|---|---|---|---|---|
| Working Capital | $ 9,500 | 10.0% | $ 950 | |
| Automotive Equipment | 11 | 15.0% | 2 | |
| Computer Equipment | 131 | 20.0% | 26 | |
| Furniture & Fixtures | 24 | 15.0% | 4 | |
| Leasehold Equipment | 23 | 20.0% | 5 | |
| Machinery & Equipment | 4 | 12.5% | 1 | |
| Molds & Tooling * | 1,031 | 15.0% | 155 | |
| Office Equipment | 4 | 15.0% | 1 | |
| Adj. Tangible Net W. | $ 10,729 | | $ 1,142 | $ (1,142) |

**TOTAL EXCESS EARNINGS**    $ 9,430

| Excess Earnings Cap Rate | 23.0% ** | $ 41,001 |
|---|---|---|
| Add Tangible Assets | | 10,729 |

**BUSINESS ENTERPRISE VALUE BY EXCESS EARNINGS METHOD**    $ 51,730

Rounded    $ 51,750

* Includes Fixed Assets added in 2000.
** Equity Discount Rate

ABC INTERNATIONAL TRADERS, INC.
16730 Schoenborn Street
North Hills, CA 91343-6122

**TABLE II**
**FIXED ASSET APPRAISAL**
**FROM DEPRECIATION SCHEDULES**

Appraisal Date 12/31/00
Original Cost $2,417
Depreciated Replacement Cost New $1,229

| Owned Leased | Entry Item Order No. | Qty | DESCRIPTION | | Valuation Date | Orig Cost* ($) | Est Econ Life | Yrs In Use | Rem Econ Life | Price Trend Factor | Repl Cost New | Est'd Rmng Life | Fair Market Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OWNED | 12 | - | TRUCK | AE | 01-Aug-93 | 35,951 | 10.0 | 7.4 | 2.6 | 1.202 | 43,213 | 26% | 11,141 |
| OWNED | 17 | - | COMPUTER | CE | 15-Oct-93 | 1,120 | 5.0 | 7.2 | (2.2) | | - | -44% | 0 |
| OWNED | 18 | - | COMPUTER | CE | 15-Jul-94 | 750 | 5.0 | 6.5 | (1.5) | | - | -29% | 0 |
| OWNED | 27 | - | COMPUTER | CE | 01-Oct-94 | 5,727 | 5.0 | 6.3 | (1.3) | | - | -25% | 0 |
| OWNED | 59 | - | COMPUTER | CE | 01-Oct-94 | 1,476 | 5.0 | 6.3 | (1.3) | | - | -25% | 0 |
| OWNED | 28 | - | COMPUTER | CE | 01-Dec-94 | 20,395 | 5.0 | 6.1 | (1.1) | | - | -23% | 0 |
| OWNED | 29 | - | COMPUTER | CE | 01-Mar-95 | 22,714 | 5.0 | 5.8 | (0.8) | | - | -17% | 0 |
| OWNED | 30 | - | COMPUTER | CE | 01-Jun-95 | 18,174 | 5.0 | 5.6 | (0.6) | | - | -12% | 0 |
| OWNED | 31 | - | COMPUTER | CE | 15-Oct-95 | 10,448 | 5.0 | 5.2 | (0.2) | | - | -4% | 0 |
| OWNED | 32 | - | COMPUTER | CE | 15-Nov-95 | 15,360 | 5.0 | 5.1 | (0.1) | | - | -3% | 0 |
| OWNED | 33 | - | COMPUTER | CE | 15-Dec-95 | 4,923 | 5.0 | 5.0 | (0.0) | | - | -1% | 0 |
| OWNED | 37 | - | COMPUTER | CE | 15-Dec-95 | 9,975 | 5.0 | 5.0 | (0.0) | | - | -1% | 0 |
| OWNED | 38 | - | COMPUTER | CE | 01-Jul-96 | 8,445 | 5.0 | 4.5 | 0.5 | 0.600 | 5,067 | 10% | 503 |
| OWNED | 60 | - | COMPUTER | CE | 01-Jul-96 | 211,405 | 5.0 | 4.5 | 0.5 | 0.600 | 126,843 | 10% | 12,580 |
| OWNED | 61 | - | COMPUTER | CE | 01-Jul-96 | 1,300 | 5.0 | 4.5 | 0.5 | 0.600 | 785 | 10% | 78 |
| OWNED | 41 | - | COMPUTER | CE | 01-Jul-97 | 27,505 | 5.0 | 3.5 | 1.5 | 0.700 | 19,254 | 30% | 5,760 |
| OWNED | 62 | - | COMPUTER | CE | 01-Jul-97 | 2,762 | 5.0 | 3.5 | 1.5 | 0.700 | 1,933 | 30% | 578 |
| OWNED | 63 | - | COMPUTER | CE | 01-Jun-98 | 39,597 | 5.0 | 2.6 | 2.4 | 0.800 | 31,678 | 48% | 15,292 |
| OWNED | 45 | - | COMPUTER | CE | 01-Jul-98 | 36,668 | 5.0 | 2.5 | 2.5 | 0.800 | 29,334 | 50% | 14,643 |
| OWNED | 46 | - | COMPUTER | CE | 01-Jan-99 | 91,565 | 5.0 | 2.0 | 3.0 | 0.900 | 82,409 | 60% | 49,445 |
| OWNED | 47 | - | COMPUTER | CE | 01-Feb-99 | 11,243 | 5.0 | 1.9 | 3.1 | 0.900 | 10,119 | 62% | 6,243 |
| OWNED | 48 | - | COMPUTER | CE | 01-Mar-99 | 4,000 | 5.0 | 1.8 | 3.2 | 0.900 | 3,600 | 63% | 2,276 |
| OWNED | 49 | - | COMPUTER | CE | 01-Mar-99 | 4,125 | 5.0 | 1.8 | 3.2 | 0.900 | 3,713 | 63% | 2,348 |
| OWNED | 50 | - | COMPUTER | CE | 01-Mar-99 | 3,605 | 5.0 | 1.8 | 3.2 | 0.900 | 3,245 | 63% | 2,052 |
| OWNED | 51 | - | COMPUTER | CE | 01-Apr-99 | 2,733 | 5.0 | 1.8 | 3.2 | 0.900 | 2,460 | 63% | 1,555 |
| OWNED | 52 | - | COMPUTER | CE | 01-Apr-99 | 4,702 | 5.0 | 1.8 | 3.2 | 0.900 | 4,232 | 65% | 2,748 |
| OWNED | 53 | - | COMPUTER | CE | 01-Jun-99 | 20,684 | 5.0 | 1.6 | 3.4 | 0.900 | 18,616 | 68% | 12,710 |
| OWNED | 54 | - | COMPUTER | CE | 01-Aug-99 | 1,557 | 5.0 | 1.4 | 3.6 | 0.900 | 1,401 | 72% | 1,004 |
| OWNED | 55 | - | COMPUTER | CE | 01-Sep-99 | 1,687 | 5.0 | 1.3 | 3.7 | 0.900 | 1,518 | 73% | 1,113 |
| OWNED | 1 | - | EXHIBIT BOOTH - FURN & FIX | FF | 01-Sep-89 | 14,443 | 15.0 | 11.2 | 3.8 | 1.368 | 19,758 | 26% | 5,041 |
| OWNED | 4 | - | FURNITURE & FIXTURES | FF | 01-Sep-90 | 6,857 | 15.0 | 10.3 | 4.7 | 1.320 | 9,051 | 31% | 2,812 |
| OWNED | 2 | - | FURNITURE & FIXTURES | FF | 01-Jul-91 | 13,606 | 15.0 | 9.5 | 5.5 | 1.274 | 17,334 | 37% | 6,345 |
| OWNED | 16 | - | FURNITURE & FIXTURES | FF | 15-Apr-94 | 1,404 | 15.0 | 6.7 | 8.3 | 1.172 | 1,645 | 55% | 909 |
| OWNED | 24 | - | FURNITURE & FIXTURES | FF | 01-Aug-95 | 238 | 15.0 | 5.4 | 9.6 | 1.146 | 273 | 64% | 174 |

Exhibit C
Page 23 of 28
23.2D

EXHIBIT 6 PAGE 139

ABC INTERNATIONAL TRADERS, INC.
16730 Schoenborn Street
North Hills, CA 91343-6122

TABLE II
FIXED ASSET APPRAISAL
FROM DEPRECIATION SCHEDULES

Appraisal Date 12/31/00
Original Cost $2,417
$1,229

Depreciated Replacement Cost New

| Owned/Leased | Entry Item Order No. | DESCRIPTION | Qty | Valuation Date | Orig Cost* ($) | Est from Life | Yrs In Use | Rem from Life | Price Trend Fixture | Repl Cost New | Est'd Rmng Life | Fair Market Value 12/31/00 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OWNED | 25 | FURNITURE & FIXTURES | FF | 01-Aug-95 | 299 | 15.0 | 5.4 | 9.6 | 1.146 | 343 | 64% | 219 |
| OWNED | 26 | FURNITURE & FIXTURES | FF | 01-Aug-95 | 1,059 | 15.0 | 5.4 | 9.6 | 1.146 | 1,225 | 64% | 782 |
| OWNED | 34 | FURNITURE & FIXTURES | FF | 15-Sep-95 | 1,295 | 15.0 | 5.3 | 9.7 | 1.146 | 1,484 | 65% | 960 |
| OWNED | 33 | FURNITURE & FIXTURES | FF | 15-Nov-95 | 1,000 | 15.0 | 5.1 | 9.9 | 1.146 | 1,146 | 66% | 754 |
| OWNED | 43 | FURNITURE & FIXTURES | FF | 01-Mar-98 | 1,659 | 15.0 | 2.8 | 12.2 | 1.065 | 1,767 | 81% | 1,433 |
| OWNED | 44 | FURNITURE & FIXTURES | FF | 01-Aug-98 | 643 | 15.0 | 2.4 | 12.6 | 1.065 | 685 | 84% | 574 |
| OWNED | 57 | FURNITURE & FIXTURES | FF | 01-May-99 | 3,601 | 15.0 | 1.7 | 13.3 | 1.043 | 3,756 | 89% | 3,337 |
| OWNED | 58 | FURNITURE & FIXTURES | FF | 01-Dec-99 | 1,115 | 15.0 | 1.1 | 13.9 | 1.043 | 1,163 | 93% | 1,079 |
| OWNED | 6 | LEASEHOLD IMPROVEMENTS | LI | 01-Oct-90 | 2,789 | 10.0 | 10.3 | (0.3) | | - | -3% | 0 |
| OWNED | 7 | LEASEHOLD IMPROVEMENTS | LI | 01-Feb-91 | 2,293 | 10.0 | 9.9 | 0.1 | 1.274 | 2,921 | 1% | 23 |
| OWNED | 21 | LEASEHOLD IMPROVEMENTS | LI | 01-Sep-93 | 17,300 | 10.0 | 7.3 | 2.7 | 1.202 | 20,795 | 27% | 5,538 |
| OWNED | 19 | LEASEHOLD IMPROVEMENTS | LI | 15-Jan-94 | 8,633 | 10.0 | 7.0 | 3.0 | 1.172 | 10,118 | 30% | 3,071 |
| OWNED | 20 | LEASEHOLD IMPROVEMENTS | LI | 01-Nov-94 | 28,862 | 10.0 | 6.2 | 3.8 | 1.172 | 33,826 | 38% | 12,956 |
| OWNED | 36 | LEASEHOLD IMPROVEMENTS | LI | 15-Oct-95 | 2,814 | 10.0 | 5.2 | 4.8 | 1.146 | 3,225 | 48% | 1,543 |
| OWNED | 13 | MACHINERY & EQUIPMENT | ME | 15-Jan-94 | 1,004 | 10.0 | 7.0 | 3.0 | 1.172 | 1,177 | 30% | 357 |
| OWNED | 14 | MACHINERY & EQUIPMENT | ME | 15-Apr-94 | 1,111 | 10.0 | 6.7 | 3.3 | 1.172 | 1,302 | 33% | 427 |
| OWNED | 22 | MACHINERY & EQUIPMENT | ME | 01-Dec-94 | 2,444 | 10.0 | 6.1 | 3.9 | 1.172 | 2,864 | 39% | 1,121 |
| OWNED | 39 | MACHINERY & EQUIPMENT | ME | 01-Jul-97 | 628 | 10.0 | 3.5 | 6.5 | 1.088 | 683 | 65% | 444 |
| OWNED | 40 | MACHINERY & EQUIPMENT | ME | 01-Jul-97 | 2,936 | 10.0 | 3.5 | 6.5 | 1.088 | 3,194 | 65% | 2,075 |
| OWNED | 3 | MOLDS & TOOLING | MT | 01-Sep-90 | 3,229 | 5.0 | 10.3 | (5.3) | | - | -107% | 0 |
| OWNED | 42 | MOLDS & TOOLING | MT | 01-Jul-98 | 877,864 | 5.0 | 2.5 | 2.5 | 1.065 | 934,925 | 50% | 466,694 |
| OWNED | 56 | MOLDS & TOOLING | MT | 01-Jul-99 | 773,751 | 5.0 | 1.5 | 3.5 | 1.043 | 807,022 | 70% | 564,252 |
| OWNED | 5 | EQUIPMENT | OE | 01-Sep-90 | 1,100 | 10.0 | 10.3 | (0.3) | | - | -3% | 0 |
| OWNED | 8 | TELEPHONE SYSTEM | OE | 01-Nov-91 | 15,087 | 10.0 | 9.2 | 0.8 | 1.274 | 19,221 | 8% | 1,590 |
| OWNED | 9 | MAIL MACHINE | OE | 01-Dec-91 | 1,997 | 10.0 | 9.1 | 0.9 | 1.274 | 2,544 | 9% | 231 |
| OWNED | 10 | WATER PURIFIER | OE | 01-Jun-92 | 147 | 10.0 | 8.6 | 1.4 | 1.232 | 181 | 14% | 26 |
| OWNED | 23 | WATER PUMP | OE | 01-Feb-95 | 1,748 | 10.0 | 5.9 | 4.1 | 1.146 | 2,003 | 41% | 818 |
| OWNED | 11 | CELLULAR PHONE | OE | 01-Aug-92 | 784 | 5.0 | 8.4 | (3.4) | 0.500 | 392 | -68% | 0 |
| OWNED | 11 | TELECOM EQUIPMENT | OE | 15-Jul-94 | 2,426 | 10.0 | 6.5 | 3.5 | 1.172 | 2,843 | 35% | 1,004 |
| OWNED | 15 | MOLDS & TOOLING | OE | 30-Jun-00 | 822 | 5.0 | 0.5 | 4.5 | 1.172 | 963 | 90% | 866 |
| | | | | ($000) | $2,417 | | | | | | FMV | $1,229 |

## TABLE H-1
### FIXED ASSET APPRAISAL
From Depreciation Schedules
($000)

| | | | Job No. | 1118ABCV |
| | | | Appr Date | 12/31/2000 |
| | | | Run Date | 25-Mar-04 |

| SUMMARY BY ASSET CATEGORY | | Original Cost | Estimated Econ. Life | FMV |
|---|---|---|---|---|
| Automotive Equipment | AE | $ 36 | 10.0 | $ 11 |
| Computer Equipment | CE | 585 | 5.0 | 131 |
| Furniture & Fixtures | FF | 47 | 15.0 | 24 |
| Leasehold Equipment | LE | 63 | 10.0 | 23 |
| Machinery & Equipment | ME | 8 | 10.0 | 4 |
| Molds & Tooling * | MT | 2,477 | 5.0 | 1,031 |
| Office Equipment | OE | 23 | 10.0 | 4 |
| TOTALS | | $ 3,239 | | $ 1,229 |

Extracted from the detailed appraisal in Table H.

000081

Exhibit C
Page 25 of 28

25.2W

EXHIBIT _6_ PAGE _141_

**TABLE I**
**MARKET INFORMATION**
23-Oct-00

Job No. 1118ABCV
Appr Date 12/31/2000
Run Date 25-Mar-04

| COMPANY | Symbol | Shares Out (000) | Market Cap* ($000) | Annual Sales ($000) | Mkt Cap/ Sales (0) | Beta (0) |
|---|---|---|---|---|---|---|
| JAKKS PACIFIC | JAKK | 19,441 | 162,818 | 183,685 | 0.886 | 1.00 |
| HASBRO,INC | HAS | 172,309 | 1,744,629 | 4,232,263 | 0.412 | 1.00 |
| MATTEL | MAT | 426,371 | 5,036,507 | 5,514,950 | 0.913 | 0.38 |
| RADICA GAMES | RADA | 17,640 | 39,690 | 118,733 | 0.334 | 1.28 |
| TOYMAX INTERNATIONAL | TMAX | 10,598 | 22,521 | 138,985 | 0.162 | NA |
| AVERAGES (Beta is Median) | | 129,272 | 1,401,233 | 2,037,723 | 0.542 | 1.00 |
| AVERAGES OF SMALLER COMPANIES | | | | | 0.334 | 1.093 |

*Minority value. Should be converted to control value to use for valuation under the market approach.

Exhibit C
Page 26 of 28

REVISED REPORT

## TABLE I-1
## MARKET APPROACH
($000)

| | | Job No. | 1118ABCV |
| | | Appr Date | 12/31/2000 |
| | | Run Date | 25-Mar-04 |

| | | | |
|---|---|---|---|
| GROSS REVENUES | | | $ 96,861 |
| AVERAGE SMALL COMPANHYREVENUE/MARKET CAP RATIO | | | 0.334 |
| MARKET VALUE OF EQUITY ON A MINORITY BASIS | | | $ 32,379 |
| Less Public/Private discount for relative size | 10.0% | | (3,238) |
| MINORITY VALUE OF EQUITY - SMALL PRIVATE COMPANY | | | $ 29,141 |
| Add Control Premium | 35% | | 10,199 |
| EQUITY MARKET VALUE ON A CONTOL BASIS | Rounded | | $ 39,300 |
| Add Implied Working Capital | | | 9,500 |
| ADJUSTED EQUITY MARKET VALUE ON A CONTROL BASIS | | | $ 48,800 |
| | | Rounded | $ 48,800 |

Exhibit C
Page 27 of 28

000083

21.9D

EXHIBIT ___6___ PAGE _143_

| REVISED REPORT | TABLE J CONCLUSION OF MARKET VALUE | | Job No. 1118ABCV Appr Date 1251/2000 Run Date 25-Mar-04 |
|---|---|---|---|
| ABC INTERNATIONAL TRADERS, INC. | ($000) Conclusion | Weight | Product |
| INCOME APPROACH (Table E) | $ 55,550 | 0.50 | $ 27,775 |
| MARKET APPROACH (Table I-1) | $ 48,800 | 0.25 | 12,200 |
| EXCESS EARNINGS APPROACH (Table G) | $ 51,750 | 0.25 | 12,938 |
| FMV OF BUSINESS ENTERPRISE (includes working capital) | | Rounded | $ 53,000 |
| Less Discount for Lack of Liquidity | | 10% | (5,300) |
| MARKET VALUE OF BUSINESS ENTERPRISE | | | $ 47,700 |
| Less Implied Working Capital | | | (9,500) |
| BASIC BUSINESS VALUE | | | $ 38,200 |
| Add Current Assets (Table A) | | | 24,565 |
| FMV OF TOTAL ASSETS | | | $ 62,765 |
| Less Total Liabilities (Table A-1) | | | (28,960) |
| FMV OF SHAREHOLDERS EQUITY ON A CONTROL BASIS | | | $ 33,805 |
| FMV OF SHAREHOLDER INTEREST ON A CONTROL BASIS | | 45% | $ 15,212 |
| Less Minority Discount | | 25% | (3,803) |
| FMV OF SHAREHOLDER INTEREST ON A MINORITY BASIS | | | $ 11,409 |

Exhibit C
Page 28 of 28

28.8D

EXHIBIT 6 PAGE 144

EXHIBIT ___ PAGE 145

**NATIONAL BUSINESS APPRAISERS, LLC**
16055 Ventura Boulevard, Suite 1200
Encino, California 91436021l.
Phone (818) 528-2013    Fax (818) 528-2014
Email dutch78958@cbcglobal.net

**DRAFT – FOR DISCUSSION PURPOSES ONLY**

**May 1, 2004**

Mr. Morad Zarabi, Arbitrator
MGA ENTERTAINMENT, INC.
20120 Plummer St.
Chatsworth, CA 91211-5448

Dear Mr. Zarabi:

At your request after receipt of additional relevant information, we are reappraising the shareholders equity of MGA Entertainment, Inc. (MGA), formerly known as MGA International Traders, Inc (MGA). We were asked to express our opinion of the market value on a control basis of a 45 percent interest in the shareholder equity of MGA. Two of the shareholders hold an equal 45% interest with a third shareholder holding the 10% balance.

It is our understanding that this opinion will be used for supporting a value for a buy-out of the Subject interest, and may be invalid if used for any other purpose.

MGA develops, produces and markets toys and related products. The company's products are action figures and accessories featuring licensed characters, and mini dolls.

Purchasers of the company's products include discount retail chain stores, department stores, toy specialty stores and wholesalers. The company licenses numerous trademarks, corporate, trade and brand names and logos from third parties.

According to the Toy Industry Association the size of the U.S. Toy industry, excluding video games, was $19.8 billion for 1999, $20.4 billion for 2000, and $20.5 billion for 2001. U.S. imports of toy products from China was $10.7 billion in 2000, and 10.4 billion in 2001. It is further estimated that the average child in the U.S. receives over $400 (retail) worth of toys per year. The industry, in spite of a relatively flat growth rate, appears to be healthy and not seriously affected by the recession as is the case with so many other U.S. industries.

This report covers only Phase I of a full narrative report therefore we issue only a brief letter report. All of the financial tables that are normally included in a full-narrative report are presented in the Addenda, along with individual explanations for each table.

000085

**MGM ENTERTAINMENT, INC.**
North Hills, California          *DRAFT REPORT*

Page 2
May 1, 2004

Table J, in the Addenda presents our conclusions of market value under the income, market and excess earnings approach, and sets forth the calculations of the various appraised interests as of December 31, 2001.

Based upon the information and analyses presented in the Addenda, it is our opinion that as of the valuation date of December 31, 2001, the market value of the shareholder's equity of MGA International Traders, Inc, on a control basis, as summarized in Table J, of Addenda, was:

$24,430,000

It is also our opinion that as of December 31, 2001, the market value of a 45 percent interest in the shareholder's equity of MGA International Traders, Inc., on a control basis, as summarized in Table J, of the Addenda, was:

$11,000,000

It is our opinion that a minority discount does not apply to the 45% interest as the other major shareholder holds an equal 45% interest, and under California Corporations Code Section 2000 (the California corporate dissolution statute) the case law is generally interpreted to mean that a minority interest is valued as if it were a proportional share of a control value.[1]

In conjunction with our work, MGA provided us with audited and unaudited financial information and prospective financial and operational data. We accepted the historical data as fairly reflecting its operations, trends and financial position.

We have not independently investigated the accuracy or completeness of the historical data provided to us and we express no opinion or other form of assurance regarding the accuracy or completeness of the data.

Neither our employment nor our compensation is in any way contingent upon the values presented in this report.

---

[1] See, for example, *Roland v. 4-C's Electronic Packaging*, 168 Cal.App.3rd 290 (1985) and *Brown v. Allied Corrugated Box Co.*, 91 Cal.App.3rd 477 (1979).

000086
NATIONAL BUSINESS APPRAISERS, LLC

Exhibit D
Page 2 of 34

EXHIBIT _____ PAGE _____

A copy of this report and the working papers from which it was prepared will be kept in our files for eight years.

Respectfully submitted,

**NATIONAL BUSINESS APPRAISERS, LLC**

By: ______________________________
Ernest E. Dutcher, MCBA
Managing Member
Senior Valuation Counselor

**Attachments:** Professional Qualifications; Statement of Facts and Limiting Conditions; Addenda
1131MGAV

3. EED

EXHIBIT ___C___ PAGE _148_

000088

NATIONAL BUSINESS APPRAISERS, LLC

Exhibit D
Page 4 of 34

Appraiser:

Ernest E. Dutcher, MCBA

* No significant professional assistance was provided to the undersigned in connection with this assignment.

* Our analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice.

* Our compensation is not contingent on an action or event resulting from the analyses, opinions, or conclusions in, or the use of, this report.

* We have no present or prospective interest in the property that is the subject of this report, and we have no personal interest or bias with respect to the parties involved.

* The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and is our personal, unbiased professional analyses, opinions, and conclusions.

* The statements of fact contained in this report are true and correct.

We certify that, to the best of our knowledge and belief:

CERTIFICATION

MGM ENTERTAINMENT, INC.
North Hills, California

*DRAFT REPORT*

May 1, 2004
Page 4

EXHIBIT *C* PAGE 1679

000089

NATIONAL BUSINESS APPRAISERS, LLC
Exhibit D
Page 5 of 34

---

Phone (818) 528-2013     E-mail: dutch7895@sbcglobal.net     Fax (818) 528-2014

NATIONAL BUSINESS APPRAISERS, LLC
16055 Ventura Blvd., Suite 1200
Encino, CA 91436

*The oldest business appraisal society in the nation.*

**THE INSTITUTE OF BUSINESS APPRAISERS**

Awarded by

**Certified Business Appraiser**
**Master Certified Business Appraiser**

of

Designations

**ERNEST E. DUTCHER, MCBA**

For

**PROFESSIONAL QUALIFICATIONS**

---

MGM ENTERTAINMENT, INC.          *DRAFT REPORT*                    Page 5
North Hills, California                                            May 1, 2004

MGM ENTERTAINMENT, INC.
North Hills, California

*DRAFT REPORT*

Page 6
May 1, 2004

## Master Certified Business Appraiser Accreditation

*The Master Certified Business Appraiser is the highest professional designation awarded in the business valuation industry, and recognizes the extraordinary competence of a few highly skilled and experienced individuals whose work has been widely accepted by clients and acknowledged by their most senior professional colleagues. It is a designation not commonly available except to the best-of-the-best professional appraisers, and is intended to indicate to users of appraisal services that the holder has achieved a high distinction of competence in his/her profession.*

**Requirements for Accreditation as a Master Certified Business Appraiser**

1. *Education:* Applicant must possess a 4-year college degree and a 2-year post-Graduate degree or equivalent and provide proof of this to the IBA in the form specified by the Executive Director.

2. *Appraisal Experience and Tenure:* Applicant must have held the Certified Business Appraiser designation for not less than ten years, and must have fifteen-years full-time experience as a business appraiser. Applicants appraisal experience must include valuation of a variety of business types and appraisals for a variety of purposes. Proof in support of an applicants appraisal experience and tenure shall be provided in the form specified by the Executive Director.

3. *Recognition by Other Professional Societies:* Applicant must hold a journeyman level professional designation awarded by one or more compeer professional business appraisal societies. Acceptable professional designations include those issued by the American Society of Appraisers (Accredited Senior Appraiser – Business Valuation), the National Association of Certified Valuation Analysts (Certified Valuation Analyst), and the American Institute of Certified Public Accountants (Accredited in Business Valuation).

4. *References:* Applicant must provide satisfactory references from three individuals who have known the applicant for not less than five years, who hold the profes-sional designation Master Certified Business Appraiser, and who, based on their extensive personal knowledge and comprehensive review of the applicant's work-product, will vouch for 1) the excellence of his analytical skills and appraisal work-product, 2) his/her professional and ethical character, and 3) his/her contribution to the betterment of the profession of business valuation.

5. *Membership in IBA:* Applicant must be a member-in-good-standing of the Institute of Business Appraisers.

NATIONAL BUSINESS APPRAISERS, LLC

060000

EXHIBIT ___  PAGE 150

MGM ENTERTAINMENT, INC.
North Hills, California

*DRAFT REPORT*

May 1, 2004
Page 7

---

**ERNEST E. DUTCHER, MCBA** - **Professional Qualifications**

**Experience:** Mr. Dutcher's appraisal experience began in 1975. He has been involved in the analysis and valuation of a broad variety of business enterprises in many industries, including electric power generation, healthcare, equipment leasing & rental, distribution, transportation, manufacturers in the communications, computer, electronics, rubber & chemical industries, shipping, engineering, oil & gas, and many others. He has consulted in marketing, manufacturing and management. He was CEO of an electronic equipment manufacturing company and has held executive positions in other manufacturing, distribution and sales companies.

**Employment:** Managing Member and Senior Valuation Counselor for National Business Appraisers, LLC. Was Senior Valuation Counselor for Valuation Counselors Group, Inc. for four years, following five years with Marshall and Stevens Incorporated. Previously, he was SW. Manager of Acquisitions for a public company; Business Opportunities Sales for Coldwell Banker; President and General Manager of an elevated work platform manufacturer; Vice President and Controller for an equipment sales and rental company; Vice President of Manufacturing and Division Manager of companies producing specialized heating devices and electronic heat controllers; President and CEO of a high technology public company in the electronics industry; and President and sole stockholder of an exclusive area distributor of Magnavox consumer electronics components and accessories.

**Education:** Mr. Dutcher attended Yale University, majoring in Communications; USAF Military Schools, attaining the rank of Captain, Radar and Communications. He also attended RCA Institute, UCLA Extension Division and Santa Monica City College in public relations, plus many seminars and home study courses in finance, taxation, computer courses in business related software etc. He has held California real estate and insurance licenses and is a licensed pilot.

**Professional Societies:** Mr. Dutcher is a senior member in the Institute of Business Appraisers (IBA), the premier professional society of business appraisers, with over 3,500 members. He has also served on the select Qualifications Review Committee. As of December 31, 2004, only about 350 IBA members had earned the professional designation of Certified Business Appraiser (CBA). *At that date, Mr. Dutcher was one of only 42 Master Certified Business Appraisers (MCBAs), a designation requiring over 10 years of providing business appraisals on a full-time basis as a CBA.*

**Court Testimony:** Mr. Dutcher has qualified and testified as an expert witness before Federal Tax Courts in Los Angeles and San Francisco California, and California Superior Courts of Los Angeles, Orange, and San Diego Counties. He has served as a consultant in valuation matters to numerous attorneys during the litigation process.

NATIONAL BUSINESS APPRAISERS, LLC.

000094

Exhibit D
Page 7 of 34

EXHIBIT ___ PAGE 150

EXHIBIT ___ PAGE 153

NATIONAL BUSINESS APPRAISERS, LLC

000092

---

| | | |
|---|---|---|
| MGM ENTERTAINMENT, INC. | *DRAFT REPORT* | May 1, 2004 |
| North Hills, California | | Page 8 |

---

## EXPERT WITNESS QUALIFICATIONS

### LITIGATION SUPPORT

Working closely with attorneys and Clients to develop and refine strategies in litigation. Includes the preparation of business valuations and assisting the attorney in preparation for court action for a variety of purposes, such as U.S. Government challenges involving healthcare fraud & abuse issues, divorce proceedings; eminent domain litigation involving loss of business goodwill in condemnation or inverse condemnation actions, defending or supporting IRS actions against partnership interests in energy projects and medical groups, and other commercial litigation.

Assisting the attorney in the preparation of court documents and exhibits to support testimony. Review and critique of opposing appraisal reports and preparing questions there from for cross-examination. Providing expert witness testimony in court actions.

### CLIENT EXAMPLES

- **Van Dozer v. Commissioner – San Francisco Federal Tax Court**
Prepared valuation of "Windfarms" and expert testimony in support of opinions for Petitioner's defense attorneys to prove that the purchase price paid by Petitioner for two electric power-generating facilities was not in excess of their fair market value. **Resulted in favorable opinion from the Tax Court.** (T.C. Memo. 1991-249) (Tax Court Docket No. 25802-88)

- **Abadpour v. Commissioner – Los Angeles Federal Tax Court**
Prepared valuation and expert testimony in support of opinions of market value of a marine salvage business in Iran that was lost during the Iran-Iraqi war, and subsequently claimed as a deduction from Federal taxes by Client. (Tax Court Docket No. 4843-96)

- **Contra Costa County v. Kenetech Corporation – Contra Costa County Superior Court**
Prepared valuation of wind turbines condemned for road purposes. Gave deposition in support of concluded values. Assisted defense attorney in preparation for court. Case settled in Mandatory Settlement Conference.

- **I & W Converters, Inc. v. City of Glendale – Los Angeles Superior Court (Jury Trial)**
Prepared valuation of "Loss of Business Goodwill resulting from Inverse Condemnation of the Company's premises, forcing move to less favorable location. Provided attorney with support in preparing court exhibits. Prepared questions for cross-examination of opposing appraisal report. Provided deposition and direct testimony. Verdict rendered in Client's favor.

EXHIBIT 9 PAGE 153

**MGM ENTERTAINMENT, INC.**
North Hills, California

*DRAFT REPORT*

May 1, 2004
Page 9

---

• **Friendly Hills Medical Group v Commissioner** – Settled before trial. Provided financial appraisals used in the sale of the group to Loma Linda Medical Center; and to defend against IRS and OIG challenges to the inclusion of business goodwill in the sale of medical practices.

This became a landmark case in which the Service eventually accepted our position. The IRS's internal agent guidelines for proper methodologies for use in the determination of intangibles in appraisals of medical groups and practices are based upon this appraisal.

Numerous other business appraisals have resulted in favorable settlements prior to trial.

Over the past 20 years many other valuations have been prepared by this appraiser encompassing a wide variety of industries, including: resorts; clubs and hotels; restaurant chains, marine; agriculture; contracting; construction; manufacturing; communications; computer hardware and software; wholesaling; retailing; financing and services. Purposes included estate planning, mergers & acquisitions, litigation support, tax planning, partnership buy-outs, employee stock option plans, subsidiary spin-offs, etc.

## REFERENCES

| | | |
|---|---|---|
| Brian D. Newnan, Estate Trustee | (800) 800-1651 | Estate Tax Planning |
| Bradford S. Lovette, Principal | (561) 833-7029 | Healthcare Entities |
| Jerome L. Dolf, Attorney | (310) 966-0031 | Patents & Intellectual Property |
| William J. Kellogg, Pres. LaJolla Beach & T/C | (858) 454-7126 | Estate Tax Planning |
| Ellis Stern, Attorney | (818) 458-3940 | Estate Tax Planning |
| Mark Cahn – Esq. - Wilmer, Cutler & Pick. | (202) 663-6249 | FMV, Physician Contracts Etc. |
| Rosemary Wilson – Adm., Arkansas Urology | (501) 664-0530 | Healthcare Valuations |
| Steve Mopsick, Attorney at Law | (916) 558-6111 | IRS – Taxation Defenses |

EXHIBIT 6 PAGE 154

Exhibit D
Page 10 of 34

**MGM ENTERTAINMENT, INC.**
North Hills, California
May 1, 2004

*DRAFT REPORT*

Page 10

---

### STATEMENT OF FACTS AND LIMITING CONDITIONS

National Business Appraisers, LLC (NBA), strives to clearly and accurately disclose the assumptions and limiting conditions that directly affect a valuation analysis, opinion or conclusion. In order to assist the reader in interpreting this report, such assumptions are set forth as follows:

Valuation assignments are accepted with the understanding that there is no obligation to furnish services after completion of the original assignment. If the need for subsequent services related to a valuation assignment (e.g., testimony, updates, conferences, reprint, or copy services) is contemplated, special arrangements acceptable to NBA must be made in advance. NBA, reserves the right to make adjustments to the analysis, opinion and conclusion set forth in the report as we deem necessary if the facts presented by MGA prove to be inaccurate or have been misinterpreted.

It is assumed that: no opinion is intended in matters that require legal, engineering or other professional advice which has been or will be obtained from professional sources; the valuation report will not be used for guidance in professional matters exclusive of the appraisal and valuation discipline; there are no regulations of any government entity to control or restrict the use of the property unless specifically referred to in the report; and the property will not operate in violation of any applicable government regulations, codes, ordinances or statutes.

Information furnished by others is presumed to be reliable, and where so specified in the report, has been verified, however, no responsibility, whether legal or otherwise, is assumed for its accuracy and cannot be guaranteed as being certain. All facts and data set forth in the report are true and accurate to the best of NBA's knowledge and belief. No single item of information was completely relied upon to the exclusion of other information. Management has provided financial data, operating data, and other data relating to income and expenses attributed to the business or its representatives have been accepted without further verification except as specifically stated in the report.

Valuation reports may contain prospective financial information, estimates or opinions that represent the appraiser's view of reasonable expectations at a particular point in time, but such information, estimates or opinions are not offered as predictions or as assurances that a particular level of income or profit will be achieved, that events will occur or that a particular price will be offered or accepted. All opinions as to value are presented as NBA's considered opinion based on the facts and data obtained during the investigation and set forth in the report. Actual results achieved during the period covered by our prospective financial analysis will vary from those described in our report, and the variations may be material. It should be specifically noted that the valuation assumes the property will be competently managed and maintained by financially sound owners over the expected period of ownership. This appraisal engagement does not entail an

000094
NATIONAL BUSINESS APPRAISERS, LLC