EXHIBIT D PAGE 155

| | | |
|---|---|---|
| **MGM ENTERTAINMENT, INC.** | | **May 1, 2004** |
| North Hills, California | *DRAFT REPORT* | **Page 11** |

evaluation of management's effectiveness, nor are we responsible for future marketing efforts and other management or ownership actions upon which actual results will depend.

The conclusions of value presented herein are based on numerous assumptions pertaining to prospective economic and operating conditions. Unanticipated events and circumstances may occur and actual results achieved during the period covered by our prospective financial analysis will vary from our estimates. The variations may be material.

No effort has been made to determine the impact of possible energy shortages or the effect on this project of future federal, state or local legislation, including any envir-onmental or ecological matters or interpretations thereof.

Neither the report nor any portions thereof, especially any conclusions as to value, the identity of the appraiser(s) or NBA, shall be disseminated to the public through public relations media, news media, sales media or any other public means or communications without the prior written consent and approval of NBA. The date(s) of the valuation to which the value estimate conclusions apply is set forth in the letter of transmittal and within the body of the report. The value is based on the purchasing power of the United States dollar as of that date. Unless otherwise noted, NBA assumes that there will be no changes in tax regulations. No significant change is assumed in the supply and demand patterns indicated in the report. The valuation assumes market conditions observed as of the current date of our market research stated in the letter of transmittal. These market conditions are be-lieved to be correct; however, the appraisers assume no liability should market conditions materially change because of unusual or unforeseen circumstances.

The report and the final estimate of value and the prospective financial analyses included herein are intended solely for the information of the person or persons to whom they are addressed, solely for the purposes stated, and should not be relied upon for any other purpose. Any allocation of total price between tangible assets and various classes of intangible assets, if shown, is invalidated if used separately or in conjunction with any other report. Neither the appraisal report nor its contents nor any reference to the appraiser(s) or NBA, may be referred to or quoted in any registration statement, prospectus, offering memorandum, sales brochure, other appraisal, loan or other agreement or document given to third parties excepting governmental agencies or the extent required by law without our prior written consent. Permission will be granted only upon meeting certain conditions.

A copy of this report and the working papers from which it was prepared will be kept in our files for eight years.

NATIONAL BUSINESS APPRAISERS, LLC

000095

ADDENDA

# INDEX OF FINANCIAL TABLES

TABLE A FIVE YEAR COMPARATIVE BALANCE SHEET – ASSETS

TABLE A-1 FIVE YEAR COMPARATIVE BALANCE SHEET – LIABILITIES

TABLE B COMPARATIVE INCOME STATEMENT - 5 YEARS

TABLE C INCOME STATEMENT ADJUSTMENTS

TABLE D-1 ADUSTED BOOK VALUE – PAGE 1

TABLE D-2 ADUSTED BOOK VALUE – PAGE 2

TABLE E INCOME APPROACH METHOD OF VALUATION

TABLE F CAPITAL ASSET PRICING MODEL

TABLE H FIXED ASSET APPRAISAL -- DETAIL

TABLE H-1 FIXED ASSET APPRAISAL - SUMMARY

TABLE I MARKET COMPARABLES - PUBLIC COMPANIES

TABLE I-1 MARKET APPROACH

TABLE J CONCLUSIONS OF MARKET VALUE

13. ED

**MGM ENTERTAINMENT, INC.**                    *DRAFT REPORT*                         May 1, 2004
North Hills, California                                                               Page 14

## DESCRIPTION OF FINANCIAL SCHEDULES USED IN VALUATION

### TABLE A: Comparative Balance Sheet – Assets –

This historical comparative balance sheet presents the changes in the asset items over the 5-year period. The dominant changes appear in current assets for the years 2000 and 2001 caused mainly by increases in accounts receivable and inventories. Total assets changed from a low of about $17.6 million at 12/31/2000 to $30.6 million by 12/31/2001.

### TABLE A-1: Comparative Balance Sheet – Liabilities

This historical comparative balance sheet presents the changes in the liability items over the 5-year period. The dominant change is in current liabilities that increased from a low of $6.6 million at 12/31/1999 to $31.3 million at 12/31/2001. Total liabilities moved from $12 million at 12/31/1999 to $35 million by 12/31/2001. Shareholder equity dropped from a high of $5.6 million at 12/31/1999 to million ($4.5) million at 12/31/2001. This table also reflects the calculations of "Implied Working Capital" as a percentage of revenues, which was substituted to minimize the dynamic nature of current assets and current liabilities that typically change on a daily basis. This allows the conclusions of value to remain valid over a longer period of time without material changes in value.

### TABLE B: Comparative Income Statement

This historical comparative income statement presents the book figures over the 5-year period. The information contained in this table provides the foundation, after the adjustments described in Table C, for the valuation approaches used in this appraisal. The most recent year's performance as presented in Column 5, represents the year-end book figures. To the concluded Pretax Income, we have added back depreciation and amortization to obtain "Pretax Cash Flow". Interest expense is added back to Cash Flow as this appraisal assumes a debt-free basis to yield "Operating Margin, or "Earnings Before Depreciation Interest, Taxes and Amortization" (EBITDA).

A study of this table indicated that MGA showed steady growth in revenues over the 5-year period, but pretax income follows the somewhat erratic performance of the industry.

### TABLE C: Adjustments to Comparative Income Statement

This statement reflects certain essential income statement items extracted from Table B that is subject to adjustments to remove extraordinary income or expense items that

NATIONAL BUSINESS APPRAISERS, LLC

000098

EXHIBIT ___6___ PAGE _158_

Exhibit D
Page 14 of 34

**MGM ENTERTAINMENT, INC.**
North Hills, California                   *DRAFT REPORT*

would not be necessary for normal business operations. Following the Adjusted Net Income, Cash Flow and Operating Margin, we calculate the weighted average net income utilizing the 1997, 1998, 1999 2000 and 2001 EBITDA as a percentage of sales. This results in adjusted Pretax Income, Net Income, Cash Flow and Operating Margin (EBITDA) expenses. The resulting "Adjusted Operating Margin (EBITDA) is the key income stream upon which the "Income Approach" (Table E) and the "Excess Earnings Approach" (Table G) is based.

**TABLE D-I: Adjusted Book Value**

In this table, all current asset items are reversed out in the second column. We have substituted "Implied Working Capital" as explained in the description of Table A-1. The calculations of market value for the fixed assets (Table H-1) appear in the right hand column. The conclusion of market value for the intangible assets, as calculated in Table D-2, is also added to yield "Business Enterprise Value".

**TABLE E: Income Approach**

Based upon historical growth rates and estimates of future performance a five-year forecast is made for net revenues. The value of the reversionary period following the 5-year forecast period would be a capitalization of the average of the fifth and sixth year, discounted to present value. The After Tax Earnings as Percent of Revenues was calculated in Table C, and is used to estimate the operating profit for each forecast year in Table F. Adding back the Depreciation yields the After Tax Cash Flow. Capital expenditures and changes in working capital are subtracted from this figure to produce the "Distributable Cash Flow". Applying the appropriate discount rate calculated in Table F) returns these cash flow streams to present value. The total of the five discounted cash flows plus the discounted reversionary value represents the Business Enterprise Value under the Income Approach. The capitalization rate for the reversionary period is calculated using the formula shown in the notes following the schedule.

**TABLE F: Capital Asset Pricing Model**

Widely used method of determining the discount rates that are used in Table E. The "Weighted Average Cost of Capital" represents the blending of the Company's estimated cost of borrowing (the lowest rate) and the "cost of equity capital". The blending is based upon the market average percent of equity and of debt as taken from the public market as shown in Table G-1 under the assumption that the selected public companies could be buyers for the Subject company, which would then reflect the capital structure of the buyer. Borrowed capital is generally the lowest risk due to the security normally provided

EXHIBIT 6 PAGE 159

*EXHIBIT ___ PAGE 100* (handwritten)

**MGM ENTERTAINMENT, INC.**          *DRAFT REPORT*          **May 1, 2004**
North Hills, California                                                    **Page 16**

to the lender. Equity capital, on the other hand, carries the greatest risk, as it does not share the security available to lenders. The blending of these two rates yields the weighted average cost of capital, or discount rate. The notes following Table F adds further insight.

**TABLE G: Capitalization of Excess Earnings**

This represents one of three significant valuation approaches for small privately held companies. The original simplified "formula method" had the disadvantage of ignoring the value of the individual asset categories with differing economic lives. In Table G, the "Earnings Before Capital Charges" is the estimated EBITDA for the year 2000, as calculated in Table E. From these earnings, we subtract the return of the capital investment represented by the "Economic Depreciation", and the return on the assets in use as listed under the heading "Economic Return on Capital", yielding the "Total Excess Earnings" of MGA. The "Net Excess Earnings", is then capitalized using the equity multiple as developed in Table F. The value of the capitalized excess earnings is then added to the "Total Assets in Use" to reflect the market value under the Excess Earnings Approach on a control basis.

**TABLE H**

The method for appraising fixed assets as herein described is known as the "Depreciated Replacement Cost New Approach" (DRCN). This presents the appraised value of each of the items of fixed assets, based upon the depreciation schedule of the income tax return for 1999. As noted, each item is listed as to description, date of purchase, original cost, estimated economic life, years in use, remaining economic life, price trend factor based upon the consumer price index, replacement cost new, estimated remaining economic life and fair market value. Items beyond their estimated economic life are valued at zero.

**TABLE H-1**

This table summarizes the market value of each group of assets, and is used in Table D and Table G.

**TABLE I: Market Comparable Companies from public marketplace.**

The operating results of the listed public companies present various indicators that are useful in determining the market value of MGA. Listed are the Company's shares outstanding, market capitalization, annual sales, market capitalization/sales ratio, and

NATIONAL BUSINESS APPRAISERS, LLC

000100

EXHIBIT _6_ PAGE _101_

**MGM ENTERTAINMENT, INC.**
North Hills, California
May 1, 2004                                   *DRAFT REPORT*                                   **Page 17**

Beta. We use the median of the market cap/sales ratios of the Public companies in our Market Approach that follows in Table I-I. We use the average of the Betas and the capital structures of the public companies for our calculations of the discount rates in Table F. These comparables are all involved in the same industry as MGA.

**TABLE I-I:  Market Approach Valuation**

Gross revenues in 2001 for MGA is multiplied by the median revenue/market cap ratio to obtain the indicated market value on a minority basis. A discount' is applied to adjust for the differences in size of the public companies as compared with MGA. This yields the market value of the equity on a minority basis. To adjust the minority value to a control value we add the premium for control for comparison with the other approaches, which yields the market value of the equity on a control basis. This value may now be compared to the results of the other two approaches as reflected in Table J

**TABLE J: Final Correlation**

Each of the individual market values developed in the various approaches are listed, and weighted. The income approach is generally granted the greatest weight, as the driving force for the average investor is the anticipation of future benefits, however in this report we believe it appropriate to also grant meaningful weight the excess earnings approach as it also is a valid approach for use with medium sized business valuations. **Due to the growing instability in the public marketplace, we are not granting any weight to the market approach, but using it as a "sanity check" only.**

---

¹Mergerstat Review 1999

NATIONAL BUSINESS APPRAISERS, LLC

000104

Exhibit D
Page 17 of 34

DRAFT REPORT
MGM ENTERTAINMENT, INC.

**TABLE A**
**FIVE YEAR COMPARATIVE BALANCE SHEET**
F/Y End December 31
($000)

Job No. 1131ABCV
Appr Date 12/31/2001
Run Date 10/19/04

| ASSETS | 1997 | % | 1998 | % | 1999 | % | 2000 | % | 2001 | % |
|---|---|---|---|---|---|---|---|---|---|---|
| **Current assets** | | | | | | | | | | |
| Cash & equivalents | $797 | 3.8 | $860 | 5.1 | ($879) | -0.4 | $1,144 | 4.5 | $556 | 1.8 |
| Accounts Receivable-Trade | 10,067 | 47.7 | 7,614 | 44.8 | 11,134 | 63.5 | 8,744 | 34.3 | 15,068 | 49.2 |
| Inventories | 8,663 | 41.0 | 7,400 | 43.6 | 5,834 | 33.2 | 14,278 | 56.0 | 13,893 | 45.4 |
| Due from affiliate | 171 | 0.8 | - | 0.0 | (320) | -1.8 | 209 | 0.8 | 71 | 0.2 |
| Prepaid Expenses & Other | 768 | 3.6 | 379 | 2.2 | 373 | 2.1 | 189 | 0.7 | 314 | 1.0 |
| **Total Current** | $20,466 | 96.9 | $16,253 | 95.7 | $16,962 | 96.6 | $24,564 | 96.4 | $29,902 | 97.7 |
| **Property & Equipment** | | | | | | | | | | |
| Machinery & Equipment | $2,369 | 11.2 | $3,621 | 21.3 | $1,409 | 8.0 | $2,231 | 8.8 | $2,317 | 7.6 |
| Leasehold Improvements | 86 | | 86 | | 86 | | 215 | | 225 | |
| Less Accum. Depr. | (1,800) | -8.5 | (2,977) | -17.5 | (900) | -5.1 | (1,534) | -6.0 | (1,841) | -6.0 |
| Net Fixed Assets | $655 | 3.1 | $730 | 4.3 | $595 | 3.4 | $912 | 3.6 | $701 | 2.3 |
| Deposits & other | | 0.0 | | 0.0 | | 0.0 | | 0.0 | | 0.0 |
| **TOTAL ASSETS** | $21,121 | 100.0 | $16,983 | 100.0 | $17,557 | 100.0 | $25,476 | 100.0 | $30,603 | 100.0 |
| | | | | | | | (834) | | (307) | |

\* This information is from the fiscal year of 1997 to 2001.

Exhibit D
Page 18 of 34

000102

18.2@

EXHIBIT 6 PAGE 162

EXHIBIT 6 PAGE 101

000403

*19.2d*

Exhibit D
Page 19 of 34

| DRAFT REPORT | | TABLE A-1 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| MGM ENTERTAINMENT, INC. | FIVE YEAR COMPARATIVE BALANCE SHEET | | Job No.:1131ABCV | | | | | | | |
| | FY End December 31 | | Appr Date:12/31/2001 | | | | | | | |
| | ($000) | | Run Date: 19-Oct-04 | | | | | | | |
| | 1997 | % | 1998 | % | 1999 | % | 2000 | % | 2001 | % |
| LIABILITIES & SHAREHOLDERS EQUITY | | | | | | | | | | |
| Current Liabilities | | | | | | | | | | |
| Accounts Payable & Accrued | $ 11,134 | 52.7 | $ 6,904 | 40.7 | 6,611 | 37.7 | 12,951 | 50.8 | 14,479 | 47.3 |
| Bank Line-Revolving | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Current Port. LT Debt | 38 | 0.2 | 38 | 0.2 | 0 | 0.0 | 11,272 | 44.2 | 16,784 | 54.8 |
| Other current | 45 | | 131 | 0.8 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Total current liabilities | $ 11,217 | 53.1 | $ 7,073 | 41.6 | 6,611 | 37.7 | 24,223 | 95.1 | 31,263 | 102.2 |
| Long Term Liabilities | | | | | | | | | | |
| Notes payable to bank | $ 3,175 | 15.0 | $ 5,231 | 30.8 | 2,129 | 12.1 | 1,147 | 4.5 | 1,125 | 3.7 |
| Long term debt, less current | | 0.0 | | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Subordinated notes payable & other | 7,028 | 14.3 | 3,247 | 19.1 | 3,255 | 18.5 | 3,590 | 14.1 | 2,683 | 8.8 |
| Total long term liabilities | $ 6,203 | 29.4 | $ 8,478 | 49.9 | 5,384 | 30.7 | 4,737 | 18.6 | 3,808 | 12.4 |
| Total Liabilities | $ 17,420 | 82.5 | $ 15,551 | 91.6 | 11,995 | 68.3 | 28,960 | 113.7 | 35,071 | 114.6 |
| Shareholders Equity | $ 3,701 | 17.5 | $ 1,432 | 8.4 | 5,563 | 31.7 | (3,484) | -13.7 | (4,468) | -14.6 |
| Total Liabilities & Shareholders Equity | $ 21,121 | 100.0 | $ 16,983 | 100.0 | 17,557 | 100.0 | 25,476 | 100.0 | 30,603 | 100.0 |
| Current Ratio | 1.82 | | 2.30 | | 2.57 | | 1.01 | | 0.96 | |
| Quick Ratio | 0.97 | | 1.20 | | 1.68 | | 1.41 | | 0.50 | |
| L T Debt / Net Worth | 1.68 | | 5.92 | | 0.97 | | -1.36 | | -0.85 | |
| Working Capital | $ 9,249 | 54.8 | $ 9,180 | 43.8 | 10,351 | 59.0 | 341 | 1.3 | (1,561) | -4.4 |
| IMPLIED WORKING CAPITAL | | | | | | | | | | |
| Net Revenues | $ 55,315 | | $ 40,732 | | 66,250 | | 77,489 | | 96,370 | |
| W/C as a percent of revenues * | 12.29% | | 12.29% | | 12.29% | | 12.29% | | 12.29% | |
| Implied working capital | $ 6,766 | | $ 4,982 | | 8,116 | | 9,479 | | 11,788 | |
| Robert Morris Associates SIC #3944, Games, Toys etc. | | | | | | | | Rounded | $ 21,808 | |

DRAFT REPORT — TABLE B — Job No. 1131ABCV

FIVE YEAR COMPARATIVE INCOME STATEMENT — Appr Date 12/31/2001

F/Y End December 31 — Run Date 19-Oct-04

MGM ENTERTAINMENT, INC. ($000)

| | 1997 | % | 1998 | % | 1999 | % | 2000 | % | (1) 2001 | % |
|---|---|---|---|---|---|---|---|---|---|---|
| REVENUES - NET | $ 55,315 | 100.0 | $ 40,732 | 100.0 | $ 66,350 | 100.0 | $ 77,489 | 100.0 | $ 96,370 | 100.0 |
| Less cost of sales | 40,032 | 72.4 | 26,093 | 64.1 | 43,724 | 65.9 | 53,300 | 68.8 | 64,663 | 67.1 |
| GROSS PROFIT | $ 15,283 | 27.6 | $ 14,639 | 35.9 | $ 22,626 | 34.1 | $ 24,189 | 31.2 | $ 31,707 | 32.9 |
| Other income (loss) | 28 | 0.1 | (253) | -0.6 | 350 | 0.5 | | 0.0 | | 0.0 |
| TOTAL INCOME | $ 15,311 | 27.7 | $ 14,386 | 35.3 | $ 22,976 | 34.6 | $ 24,189 | 31.2 | $ 31,707 | 32.9 |
| EXPENSES | | | | | | | | | | |
| Advertising & promotion | $ 2,992 | 5.4 | $ 3,898 | 9.6 | $ 4,367 | 6.6 | $ 7,680 | 9.9 | $ 9,482 | 9.3 |
| Automobile expense | 47 | 0.1 | 64 | 0.2 | 67 | 0.1 | 70 | 0.1 | | 0.0 |
| Bad debts | (6) | 0.0 | | 0.0 | 30 | 0.0 | | 0.0 | | 0.0 |
| Bank charges | 294 | 0.5 | 181 | 0.4 | 196 | 0.3 | 200 | 0.3 | | 0.0 |
| Commissions | 2,535 | 4.6 | 2,168 | 5.3 | 2,487 | 3.7 | 3,000 | 3.9 | | 0.0 |
| Data processing & supplies | 27 | 0.0 | 64 | 0.2 | 66 | 0.1 | 70 | 0.1 | | 0.0 |
| Depreciation | 585 | 1.1 | 589 | 1.4 | 540 | 0.8 | 2,531 | 3.3 | 2,609 | 2.7 |
| Delivery, postage | 242 | 0.4 | 191 | 0.5 | 323 | 0.5 | 375 | 0.5 | | 0.0 |
| Insurance | 227 | 0.4 | 305 | 0.7 | 386 | 0.6 | 400 | 0.5 | | 0.0 |
| Interest Expense | 390 | 0.7 | 552 | 1.4 | 842 | 1.3 | 1,180 | 1.5 | 1,690 | 1.8 |
| Legal, professional & accounting | 1,225 | 2.2 | 1,681 | 4.1 | 1,159 | 1.8 | 1,250 | 1.6 | 1,250 | 1.3 |
| Miscellaneous other | 105 | 0.2 | 379 | 0.9 | 62 | 0.1 | | 0.0 | | 0.0 |
| Molds | 0 | 0.0 | 0 | 0.0 | 508 | 0.8 | 750 | 1.0 | | 0.0 |
| Office Expenses | 61 | 0.1 | 71 | 0.2 | 132 | 0.2 | 150 | 0.2 | | 0.0 |
| Product development | 463 | 0.8 | 1,008 | 2.5 | 1,711 | 2.6 | 2,000 | 2.6 | | 0.0 |
| Rents | 346 | 0.6 | 382 | 0.9 | 455 | 0.7 | 431 | 0.6 | 630 | 0.7 |
| Repairs & maintenance | 11 | 0.0 | 22 | 0.1 | | 0.0 | 3,012 | 3.9 | | 0.0 |
| Salaries, officers | 704 | 1.3 | 1,104 | 2.7 | 1,194 | 1.8 | 1,200 | 1.5 | 1,200 | 1.2 |
| Salaries & wages | 2,284 | 4.1 | 2,223 | 5.5 | 3,179 | 4.8 | 3,873 | 5.0 | | 0.0 |
| Taxes & licenses | 217 | 0.4 | 39 | 0.1 | 61 | 0.1 | 75 | 0.1 | | 0.0 |
| Taxes, payroll | 176 | 0.3 | 219 | 0.5 | 254 | 0.4 | 260 | 0.3 | | 0.0 |
| Telephone | 188 | 0.3 | 166 | 0.4 | 214 | 0.3 | 225 | 0.3 | | 0.0 |
| Travel & entertainment | 226 | 0.4 | 277 | 0.7 | 399 | 0.6 | 450 | 0.6 | | 0.0 |
| Utilities | 32 | 0.1 | 30 | 0.1 | 35 | 0.1 | 40 | 0.1 | | 0.0 |
| Sales & Marketing | | | | | | | | | 11,075 | |
| General & Administrative | | | | | | | | | 2,864 | |
| TOTAL EXPENSES | $ 13,371 | 24.2 | $ 15,613 | 38.3 | $ 18,707 | 28.2 | $ 29,222 | 37.7 | $ 30,800 | 32.0 |
| PRETAX INCOME | $ 1,940 | 3.5 | $ (1,227) | -3.0 | $ 4,269 | 6.4 | $ (5,033) | -6.5 | $ 907 | 0.9 |
| Add Depreciation/Amort | 585 | 1.1 | 589 | 1.4 | 540 | 0.8 | 2,531 | 3.3 | 2,609 | 2.7 |
| PRETAX CASH FLOW (2) | $ 2,525 | 4.6 | $ (638) | -1.6 | $ 4,809 | 7.2 | $ (2,502) | -3.2 | $ 3,516 | 3.6 |
| Add Interest Charges | 390 | 0.7 | 552 | 1.4 | 842 | 1.3 | 1,180 | 1.5 | 1,690 | 1.8 |
| EBITDA (3) | $ 2,915 | 5.3 | $ (86) | -0.2 | $ 5,651 | 8.5 | $ (1,322) | -1.7 | $ 5,206 | 5.4 |

(1) Basic data from Deloitte & Touche audited report. Certain expense detail missing, but does not alter value opinions.

(2) Pretax income plus depreciation & amortization.

(3) Pretax cash flow plus interest charges. Earnings Before Interest, Taxes, Depreciation and Amortization.

Exhibit D
Page 20 of 34

20. EK

000104

EXHIBIT 6 PAGE 164

**DRAFT REPORT**

**MGM ENTERTAINMENT, INC.**

TABLE C
INCOME STATEMENT ADJUSTMENTS
F/Y End December 31
($000)

Job No. 1131ADCV
Appr Date 12/11/2001
Run Date 19-Oct-04

| | 1997 | % | 1998 | % | 1999 | % | 2000 | % | 2001 | % |
|---|---|---|---|---|---|---|---|---|---|---|
| REVENUES - NET | $ 55,315 | 100.0 | $ 40,732 | 100.0 | $ 66,350 | 100.0 | $ 77,489 | 100.0 | $ 96,370 | 100.0 |
| OPERATING INCOME (EBITDA) | $ 2,915 | 5.3 | $ (86) | (0.2) | $ 5,661 | 8.5 | $ (1,322) | (1.7) | $ 5,206 | 5.4 |
| ADJUSTMENTS TO INCOME | | | | | | | | | | |
| Legal, professional & accounting | 1,225 | 2.2 | 1,681 | 4.1 | 1,199 | 1.8 | 1,250 | 1.6 | 1,250 | 1.3 |
| Salaries, Officers | 704 | 1.3 | 1,104 | 2.7 | 1,194 | 1.8 | 1,200 | 1.5 | 1,200 | 1.2 |
| Consulting fees - former stockholder | 0 | | – | | 0 | | 0 | | 90 | 0.1 |
| U.S. Customs reserve | | | | | | | 620 | | | |
| TOTAL ADJUSTMENTS TO INCOME | $ 1,929 | 3.5 | $ 2,785 | 6.8 | $ 2,393 | 3.6 | $ 3,070 | 4.0 | $ 2,540 | 2.6 |
| SUBTOTAL | $ 4,844 | 8.8 | $ 2,699 | 6.6 | $ 8,044 | 12.1 | $ 1,748 | 2.3 | $ 7,746 | 8.0 |
| LESS REASONABLE EXPENSES | | | | | | | | | | |
| Legal, professional & accounting  0.75% | (415) | (0.8) | (305) | (0.8) | (498) | (0.8) | (581) | (0.8) | (723) | (0.8) |
| Salaries, Officers  1.50% | (830) | (1.5) | (611) | (1.5) | (995) | (1.5) | (1,162) | (1.5) | (1,446) | (1.5) |
| ADJUSTED PRETAX INCOME | $ 3,599 | 6.5 | $ 1,783 | 4.4 | $ 6,551 | 9.9 | $ 4 | 0.0 | $ 5,578 | 5.8 |
| Add Back Depreciation | 585 | 1.1 | 589 | 1.4 | 540 | 0.8 | 2,531 | 3.3 | 2,609 | 2.7 |
| ADJUSTED PRETAX CASH FLOW | $ 4,184 | 7.6 | $ 2,372 | 5.8 | $ 7,091 | 10.7 | $ 2,535 | 3.3 | $ 8,187 | 8.5 |
| Add Back Interest Expense | 390 | 0.7 | 552 | 1.4 | 842 | 1.3 | 1,180 | 1.5 | 1,690 | 1.8 |
| ADJUSTED EBITDA (1) | $ 4,574 | 8.3 | $ 2,924 | 7.2 | $ 7,933 | 12.0 | $ 3,715 | 4.8 | $ 9,877 | 10.2 |
| EBITDA AS % OF SALES | | | | | | | | | | |
| Weighting | | 8.3 | | 7.2 | | 12.0 | | 4.8 | | 10.2 |
| | | 1 | | 2 | | 2 | | 2 | | 3 |
| Product = 3 Columns | 79 | | | 14.4 | | 23.9 | | 9.6 | | 30.7 |
| Divisor = Sum of Weights | 10 | | | | | | | | | |
| WEIGHTED AVERAGE EBITDA | 7.9 | Percent (Used in Table E) | | | | | | | | |

(1) Earnings Before Interest, Taxes, Depreciation and Amortization

Exhibit D
Page 21 of 34

EXHIBIT 6 PAGE 105

EXHIBIT 6 PAGE 1169

000106

22, 02

| DRAFT REPORT | Job No. | Appr Date | Run Date | | | | | |
|---|---|---|---|---|---|---|---|---|
| MGM ENTERTAINMENT, INC. | 1131ABCV | 12/31/2001 | 19-Oct-04 | | | | | |
| TABLE D-1 | | | | | | | | |
| ADJUSTED BOOK VALUE | | | | | | | | |
| F/Y End December 31 | | | | | | | | |
| ($000) | | | | | | | | |
| | Book 31-Dec-01 | % | Adjustments 31-Dec-01 | % | Adjusted 31-Dec-01 | % | | |
| Current Assets | | | | | | | | |
| Cash & equivalents | 556 | 1.8 | ($556) | NM | 30 | 0.0 | | |
| Accounts Receivable–Trade | 15,068 | 49.2 | (15,068) | NM | 0 | 0.0 | | |
| Inventories | 13,893 | 45.4 | (13,893) | NM | 0 | 0.0 | | |
| Due from affiliate | 71 | | (71) | NM | 0 | 0.0 | | |
| Prepaid Expenses & Other | 314 | 1.0 | (314) | NM | 0 | 0.0 | | |
| Implied Working Capital | 0 | | 11,800 | NM | 11,800 | 28.5 | | |
| Total Current Assets | 29,902 | 97.7 | ($18,102) | NM | $11,800 | 28.5 | | |
| | | | | | | | | |
| Fixed Assets as Appraised | 701 | | | | | | | |
| Automotive Equipment | 0 | 0.0 | 7 | | 7 | 0.0 | | |
| Computer Equipment | 0 | 0.0 | 23 | | 23 | 0.1 | | |
| Furniture & Fixtures | 0 | 0.0 | 21 | | 21 | 0.0 | | |
| Leasehold Equipment * | 0 | 0.0 | 126 | | 126 | 0.3 | | |
| Machinery & Equipment | 0 | 0.0 | 4 | | 4 | 0.0 | | |
| Molds & Tooling * | (0) | 0.0 | 689 | | 689 | 1.7 | | |
| Office Equipment | 0 | 0.0 | 1 | | - | - | | |
| Net Fixed Assets | 701 | 2.3 | | | 870 | 2.1 | | |
| | | | | | | | | |
| INTANGIBLE ASSETS | - | 0.0 | NM | $28,730 | NM | $28,730 | 69.4 | |
| | | | | | | | | |
| BUSINESS ENTERPRISE VALUE | 30,603 | 100.0 | NM | NM | 41,400 | 100.0 | | |

The right hand column represents the assets included in "Business Enterprise Value"(BEV). This represents the value of the assets required for normal business operations. To convert this number to Total Asset Value, subtract the Implied Working Capital. This will yield "Basic Business Value", or the value of the fixed, intangible and other assets only. Then add book current assets. See Table D-2 for calculations.

## TABLE D-2

### MGM ENTERTAINMENT, INC.
### ADJUSTED BOOK VALUE
F/Y End December 31

| | Job No. | 1131ABCV |
|---|---|---|
| | Appr Date | 12/31/2001 |
| | Run Date | 19-Oct-04 |

| | | |
|---|---|---|
| **MARKET VALUE OF BUSINESS ENTERPRISE** | | $ 41,400 |
| Less Implied Working Capital | | (11,800) |
| **BASIC BUSINESS VALUE**   Fixed Plus Intangibles | | $ 29,600 |
| Less Fixed Assets as Appraised | | (870) |
| **MARKET VALUE OF INTANGIBLES (GOODWILL)** | | $ 28,730 |
| Add Fixed & Other Assets as Appraised (Table H) | | 870 |
| Add Current Assets at 12/31/01 (Table A) | | 29,900 |
| **ADJUSTED TOTAL ASSET VALUE** | | $ 59,500 |
| Less Total Liabilities at 12/31/01 (Table A-1) | | (35,070) |
| **ADJUSTED SHAREHOLDER EQUITY** | | $ 24,430 |

See Table J for weighting of approaches and final conclusion.

Exhibit D
Page 23 of 34

EXHIBIT 6 PAGE 168

000108

*24, 80*

Exhibit D
Page 24 of 34

**DRAFT REPORT**
**MGM ENTERTAINMENT, INC.**
**TABLE E**
**INCOME APPROACH**

| | | | | Job No.  1131ABCV |
| --- | --- | --- | --- | --- |
| | | | | Appr Date  12/31/2001 |
| | | | | Run Date  19-Oct-04 |

FY Ending Sept 30
($000)

| | 2002 | 2003 | 2004 | 2005 | 2006 | Reversion |
| --- | --- | --- | --- | --- | --- | --- |
| FORECAST REVENUE GROWTH | 10.00% | 5.00% | 5.00% | 5.00% | 5.00% | 5.00% |
| FORECAST OF REVENUE | $106,007 | $111,307 | $116,873 | $122,716 | $128,852 | |
| EBITDA as % of Revenues * | 7.9% | 7.9% | 7.9% | 7.9% | 7.9% | |
| EBITDA * | $8,333 | $8,749 | $9,187 | $9,646 | $10,128 | $9,208 (Table G) |
| Less Capital Equipment Reserve | 0 | 0 | 0 | 0 | 0 | |
| Less Working Capital (1) | (1,800) | (648) | (681) | (715) | (751) | |
| DISTRIBUTABLE CASH FLOW | ($3,467) | $8,101 | $8,506 | $8,931 | $9,378 | $9,612 |
| REVERSIONARY VALUE | | | | | Factor (3) | |
| | | | | | 6.885 | $66,184 |
| Discount Rate (Table F) | 18.50% | 18.50% | 18.50% | 18.50% | 18.50% | |
| Period Factor | 0.50 | 1.50 | 2.50 | 3.50 | 4.50 | 5.00 |
| Multiplier | 0.919 | 0.775 | 0.654 | 0.552 | 0.466 | 0.428 |
| NPV OF DIST. CASH FLOWS | ($3,185) | $6,280 | $5,565 | $4,931 | $4,369 | $28,325 |

NPV OF DISTRIBUTABLE CASH FLOW FOR FIRST FIVE YEARS   $17,959
NPV OF REVERSIONARY VALUE                            28,325
                                                     $46,284

**MARKET VALUE OF ENTERPRISE BY THE INCOME APPROACH**   Rounded   $46,300

(1) Estimated percent of annual revenue and revenue growth required for working capi   <--   12.23%

Reference - RMA Annual Statement Studies.

(2) Income to be capped at end of 5th year was calculated by estimating 6th year's income considering a future growth of 5%, and averaging with the 5th year. This adjusts the fifth year from mid-year to the expected end-of-year-revenues.

(3) Calculated with the following formula: Cap Rate = $(1+G)/(R-G)$, where G = estimated future growth rate. R = wtd avg cost of capital. $(1+.05)/(.2025 -.05)$ or $1.05/.1525$ = 6.885 or 14.25%

* Earnings Before Interest, Taxes, Depreciation & Amortization. (See Table C).

EXHIBIT 2 PAGE 109

000409

| DRAFT REPORT | TABLE F | Job No. | 1131ABCV |
| | CAPITAL ASSET PRICING MODEL | Appr Date | 12312001 |
| | (CAPM) | Run Date | 19-Oct-04 |

**MGM ENTERTAINMENT, INC.**

**KEY ASSUMPTIONS**

| | | |
|---|---|---|
| Cost of debt - pretax (1) | | 10.00% |
| Federal tax rate (2) | Pretax Basis | 0.00% |
| State tax rate | | 0.00% |
| Combined marginal tax rate | Pretax Basis | 0.00% |
| Long-term treasury bond rate | | 6.00% |
| Market beta | | 1.34 |
| Market average percent of equity | | 60% |
| Market average percent of debt | | 40% |

| **WEIGHTED AVG COST OF CAPITAL** | 18.44% | Rounded | 18.50% |
|---|---|---|---|

Formula: $(1-T)(Kd)(D)+(Ke)(E)$

| | |
|---|---|
| T = Tax rate | 0.00% |
| Kd = Cost of debt | 10.00% |
| D = Proportion of debt in total capital | 39.70% |
| Ke = Cost of equity | 24.00% |
| E = Proportion of equity | 60.30% |

| **COST OF EQUITY CAPITAL** | 24.21% | Rounded | 24.00% |
|---|---|---|---|

Formula: $Ke = (B*Rp+Rs)+Rf$

| | |
|---|---|
| Rf = Rate of return on risk-free security (3) | 5.00% |
| Rp = Risk premium (Rm - Rf) | 12.10% |
| Rs = Company-specific risk premium (4) | 2.00% |
| Rt = Current return on 30 Year treasury bills | 6.00% |
| B = Industry beta (5) | 1.34 |
| Rm = Market return (6) | 17.10% |

*Ibbotson Industry Studies for SIC Code 3944, Games, Toys, and Children's Vehicles

(1) Company's estimated cost of interest-bearing debt.
(2) Valuation based upon pretax income streams.
(3) Ibbotson & Associates Report 1926-1999, "Arithmetic Mean of Annual Returns for Long-Term U.S. Treasury Bonds" (riskless).
(4) Additional risk factor to adjust for specific risks of the subject company and industry.
(5) A measure of risk (variability) of common stocks in the industry. (Ibbotson Industry Studies for SIC Code 3944, Games, Toys, and Children's Vehicles)
(6) Ibbotson & Associates Report 1926-1997, "Arithmetic Mean of Annual Returns for The Common Stock of Small Companies".

| | | | |
|---|---|---|---|
| RADICA GAMES | EQUITY | 62,052 | 68% |
| | DEBT | 28,777 | 32% |
| | | 90,829 | 100.00% |
| ZINDART | EQUITY | 77,268 | 55% |
| | DEBT | 62,936 | 45% |
| | | ####### | 100.00% |
| | AVERAGE | 69,660 | 60% |
| | | 45,857 | 40% |
| | | ####### | 100.00% |

Exhibit D
Page 26 of 34

24. 2D

000110

EXHIBIT 6 PAGE 170

EXHIBIT ___ PAGE 171

000111

QB 27

**DRAFT REPORT**   **TABLE G**   Job No. 1131ABCV

**MGM ENTERTAINMENT, INC.**

**EXCESS EARNINGS APPROACH**   Appr Date 12/31/2001

($000)

Run Date 19-Oct-04

**EARNINGS BEFORE CAPITAL CHARGES (Table E)**   $3,208

**CAPITAL CHARGES**

| | Appraised Value | Est Life | Return of Economic Depreciation |
|---|---|---|---|
| Automotive Equipment | $ 7 | 10 Yrs | 1 |
| Computer Equipment | 23 | 5 Yrs | 5 |
| Furniture & Fixtures | 21 | 15 Yrs | 1 |
| Leasehold Equipment * | 126 | 10 Yrs | 13 |
| Machinery & Equipment | 4 | 10 Yrs | 0 |
| Molds & Tooling * | 690 | 3 Yrs | 230 |
| Office Equipment | 1 | 7 Yrs | 0 |
| Fixed Assets Total | $ 871 | 3.6 | $243    $ (243) |

| Economic Return | Adjusted Book | % | Return On |
|---|---|---|---|
| Working Capital | $ 11,800 | 10.0% | $ 1,180 |
| Automotive Equipment | 7 | 15.0% | 1 |
| Computer Equipment | 23 | 20.0% | 5 |
| Furniture & Fixtures | 21 | 15.0% | 3 |
| Leasehold Equipment * | 126 | 20.0% | 25 |
| Machinery & Equipment | 4 | 12.5% | 0 |
| Molds & Tooling * | 690 | 15.0% | 104 |
| Office Equipment | 1 | 15.0% | 0 |
| Adjusted Tangible Assets | $ 12,671 | | $ 1,318    $ (1,318) |

**TOTAL EXCESS EARNINGS**   $ 7,646

Excess Earnings Cap Rate   24.0% **   $ 31,860

Add Tangible Assets   12,671

**BUSINESS ENTERPRISE VALUE BY EXCESS EARNINGS METHOD**   $ 44,531

Rounded   $ 44,550

* Includes Fixed Assets added in 2000 and 2001
** Equity Discount Rate

MGM ENTERTAINMENT, INC.
16730 Schoenborn Street
North Hills, CA 91343-6122

**TABLE H**
**FIXED ASSET APPRAISAL**
**FROM DEPRECIATION SCHEDULES & FINANCIALS**

Appraisal Date 12/31/01
Original Cost 52,541
$871

Depreciated Replacement Cost New

| Owned Leased | Entry Item Order No. | Description | Qx | Valuation Date | Orig Cost* ($) | Ext Econ Life | Yrs In Use | Rem Econ Life | Price Trend Factor | Repl Cost New | Est'd Rmng Life | Fair Market Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OWNED | 12 | TRUCK | AE | 01-Aug-93 | 35,951 | 10.0 | 8.4 | 1.6 | 1.208 | 43,429 | 16% | 6,855 |
| OWNED | 17 | COMPUTER | CE | 15-Oct-93 | 1,120 | 5.0 | 8.2 | (3.2) | | | -64% | 0 |
| OWNED | 18 | COMPUTER | CE | 15-Jul-94 | 750 | 5.0 | 7.5 | (2.5) | | | -49% | 0 |
| OWNED | 27 | COMPUTER | CE | 01-Oct-94 | 5,727 | 5.0 | 7.3 | (2.3) | | | -45% | 0 |
| OWNED | 59 | COMPUTER | CE | 01-Oct-94 | 1,476 | 5.0 | 7.3 | (2.3) | | | -45% | 0 |
| OWNED | 28 | COMPUTER | CE | 01-Dec-94 | 20,393 | 5.0 | 7.1 | (2.1) | | | -42% | 0 |
| OWNED | 29 | COMPUTER | CE | 01-Mar-95 | 22,714 | 5.0 | 6.8 | (1.8) | | | -37% | 0 |
| OWNED | 30 | COMPUTER | CE | 01-Jun-95 | 18,174 | 5.0 | 6.6 | (1.6) | | | -32% | 0 |
| OWNED | 31 | COMPUTER | CE | 15-Oct-95 | 10,448 | 5.0 | 6.2 | (1.2) | | | -24% | 0 |
| OWNED | 32 | COMPUTER | CE | 15-Nov-95 | 15,360 | 5.0 | 6.1 | (1.1) | | | -23% | 0 |
| OWNED | 33 | COMPUTER | CE | 15-Dec-95 | 4,923 | 5.0 | 6.0 | (1.0) | | | -21% | 0 |
| OWNED | 37 | COMPUTER | CE | 15-Dec-95 | 9,975 | 5.0 | 6.0 | (1.0) | | | -21% | 0 |
| OWNED | 38 | COMPUTER | CE | 01-Jul-96 | 8,445 | 5.0 | 5.5 | (0.5) | | | -10% | 0 |
| OWNED | 60 | COMPUTER | CE | 01-Jul-96 | 211,403 | 5.0 | 5.5 | (0.5) | | | -10% | 0 |
| OWNED | 61 | COMPUTER | CE | 01-Jul-96 | 1,309 | 5.0 | 5.5 | (0.5) | | | -10% | 0 |
| OWNED | 41 | COMPUTER | CE | 01-Jul-97 | 27,505 | 5.0 | 4.5 | 0.5 | 0.075 | 2,063 | 10% | 205 |
| OWNED | 62 | COMPUTER | CE | 01-Jul-97 | 207 | 5.0 | 4.5 | 0.5 | 0.075 | 207 | 10% | 20 |
| OWNED | 63 | COMPUTER | CE | 01-Jun-98 | 39,597 | 5.0 | 3.6 | 1.4 | 0.800 | 31,678 | 28% | 8,955 |
| OWNED | 45 | COMPUTER | CE | 01-Jul-98 | 36,668 | 5.0 | 3.5 | 1.5 | 0.800 | 29,334 | 30% | 8,775 |
| OWNED | 46 | COMPUTER | CE | 01-Jan-99 | 91,565 | 5.0 | 3.0 | 2.0 | 0.085 | 7,783 | 40% | 3,115 |
| OWNED | 47 | COMPUTER | CE | 01-Feb-99 | 11,243 | 5.0 | 2.9 | 2.1 | 0.085 | 956 | 42% | 400 |
| OWNED | 48 | COMPUTER | CE | 01-Mar-99 | 4,000 | 5.0 | 2.8 | 2.2 | 0.085 | 340 | 43% | 145 |
| OWNED | 49 | COMPUTER | CE | 01-Mar-99 | 4,123 | 5.0 | 2.8 | 2.2 | 0.085 | 351 | 43% | 150 |
| OWNED | 50 | COMPUTER | CE | 01-Mar-99 | 3,605 | 5.0 | 2.8 | 2.2 | 0.085 | 306 | 43% | 130 |
| OWNED | 51 | COMPUTER | CE | 01-Mar-99 | 2,733 | 5.0 | 2.8 | 2.2 | 0.085 | 232 | 43% | 100 |
| OWNED | 52 | COMPUTER | CE | 01-Apr-99 | 4,702 | 5.0 | 2.8 | 2.2 | 0.085 | 400 | 43% | 180 |
| OWNED | 53 | COMPUTER | CE | 01-Jun-99 | 20,684 | 5.0 | 2.6 | 2.4 | 0.085 | 1,758 | 45% | 850 |
| OWNED | 54 | COMPUTER | CE | 01-Apr-99 | 1,557 | 5.0 | 2.4 | 2.6 | 0.085 | 132 | 48% | 70 |
| OWNED | 55 | COMPUTER | CE | 01-Sep-99 | 1,687 | 5.0 | 2.3 | 2.7 | 0.085 | 143 | 53% | 75 |
| OWNED | 1 | EXHIBIT BOOTH - FURN & FIX | FF | 01-Nov-89 | 14,443 | 15.0 | 12.2 | 2.8 | 1.382 | 19,960 | 19% | 3,760 |
| OWNED | 4 | FURNITURE & FIXTURES | FF | 01-Sep-90 | 6,857 | 15.0 | 11.3 | 3.7 | 1.334 | 9,147 | 24% | 2,230 |
| OWNED | 2 | FURNITURE & FIXTURES | FF | 01-Jul-91 | 13,606 | 15.0 | 10.5 | 4.5 | 1.280 | 17,416 | 30% | 5,215 |
| OWNED | 16 | FURNITURE & FIXTURES | FF | 15-Apr-94 | 1,404 | 15.0 | 7.7 | 7.3 | 1.178 | 1,654 | 49% | 805 |
| OWNED | 24 | FURNITURE & FIXTURES | FF | 01-Aug-95 | 238 | 15.0 | 6.4 | 8.6 | 1.178 | 280 | 57% | 160 |

000112

MGM ENTERTAINMENT, INC.
16730 Schoenborn Street
North Hills, CA 91343-6122

## TABLE II
### FIXED ASSET APPRAISAL
### FROM DEPRECIATION SCHEDULES & FINANCIALS

Appraisal Date 12/31/01
Original Cost $3,541
Depreciated Replacement Cost New $871

| Owned Leased | Entry Order No. | DESCRIPTION | Qty | | Valuation Date | Orig Cost* ($) | Ext Econ Life | Yrs In Use | Rem Econ Life | Price Trend Factor | Repl Cost New | Est'd Rem Life | Fair Market Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OWNED | 25 | FURNITURE & FIXTURES | 1 | FF | 01-Aug-95 | 299 | 15.0 | 6.4 | 8.6 | 1.178 | 352 | 57% | 200 |
| OWNED | 26 | FURNITURE & FIXTURES | 1 | FF | 01-Aug-95 | 1,069 | 15.0 | 6.4 | 8.6 | 1.178 | 1,259 | 57% | 720 |
| OWNED | 34 | FURNITURE & FIXTURES | 1 | FF | 15-Sep-95 | 1,295 | 15.0 | 6.3 | 8.7 | 1.178 | 1,526 | 58% | 885 |
| OWNED | 35 | FURNITURE & FIXTURES | 1 | FF | 15-Nov-95 | 1,000 | 15.0 | 6.1 | 8.9 | 1.178 | 1,178 | 59% | 695 |
| OWNED | 43 | FURNITURE & FIXTURES | 1 | FF | 01-Mar-98 | 1,659 | 15.0 | 3.8 | 11.2 | 1.072 | 1,778 | 74% | 1,325 |
| OWNED | 44 | FURNITURE & FIXTURES | 1 | FF | 01-Aug-98 | 643 | 15.0 | 3.4 | 11.6 | 1.072 | 689 | 77% | 530 |
| OWNED | 57 | FURNITURE & FIXTURES | 1 | FF | 01-May-99 | 3,601 | 15.0 | 2.7 | 12.3 | 1.056 | 3,803 | 82% | 3,125 |
| OWNED | 58 | FURNITURE & FIXTURES | 1 | FF | 01-Dec-99 | 1,115 | 15.0 | 2.1 | 12.9 | 1.056 | 1,177 | 86% | 1,015 |
| OWNED | 6 | LEASEHOLD IMPROVEMENTS | 1 | LI | 01-Oct-90 | 2,789 | 10.0 | 11.3 | (1.3) | | | -13% | 0 |
| OWNED | 7 | LEASEHOLD IMPROVEMENTS | 1 | LI | 01-Feb-91 | 2,293 | 10.0 | 10.9 | (0.9) | | | -9% | 0 |
| OWNED | 21 | LEASEHOLD IMPROVEMENTS | 1 | LI | 01-Sep-93 | 17,300 | 10.0 | 8.3 | 1.7 | 1.208 | 20,898 | 17% | 3,475 |
| OWNED | 19 | LEASEHOLD IMPROVEMENTS | 1 | LI | 15-Jan-94 | 8,633 | 10.0 | 8.0 | 2.0 | 1.178 | 10,170 | 20% | 2,070 |
| OWNED | 36 | LEASEHOLD IMPROVEMENTS | 1 | LI | 01-Nov-95 | 28,862 | 10.0 | 7.2 | 2.8 | 1.178 | 33,999 | 28% | 9,620 |
| OWNED | | LEASEHOLD IMPROVEMENTS | 1 | LI | 15-Oct-95 | 2,814 | 10.0 | 6.2 | 3.8 | 1.152 | 3,242 | 38% | 1,225 |
| OWNED | | LEASEHOLD IMPROVEMENTS | 1 | LI | 30-Jun-00 | 114,000 | 10.0 | 1.5 | 8.5 | 1.034 | 117,876 | 85% | 100,145 |
| OWNED | | LEASEHOLD IMPROVEMENTS | 1 | LI | 30-Jun-00 | 9,572 | 10.0 | 0.5 | 9.5 | 1.000 | 9,572 | 95% | 9,090 |
| OWNED | 13 | MACHINERY & EQUIPMENT | 1 | ME | 15-Jan-94 | 1,004 | 10.0 | 8.0 | 2.0 | 1.178 | 1,183 | 20% | 240 |
| OWNED | 14 | MACHINERY & EQUIPMENT | 1 | ME | 15-Apr-94 | 1,111 | 10.0 | 7.7 | 2.3 | 1.178 | 1,309 | 23% | 300 |
| OWNED | 22 | MACHINERY & EQUIPMENT | 1 | ME | 01-Dec-94 | 2,444 | 10.0 | 7.1 | 2.9 | 1.178 | 2,879 | 29% | 840 |
| OWNED | 39 | MACHINERY & EQUIPMENT | 1 | ME | 01-Jul-97 | 628 | 10.0 | 4.5 | 5.5 | 1.095 | 688 | 55% | 380 |
| OWNED | 40 | MACHINERY & EQUIPMENT | 1 | ME | 01-Jul-97 | 2,936 | 10.0 | 4.5 | 5.5 | 1.097 | 3,221 | 55% | 1,770 |
| OWNED | 3 | MOLDS & TOOLING | 1 | MT | 01-Sep-99 | 3,229 | 5.0 | 11.3 | (6.3) | | | -127% | 0 |
| OWNED | 42 | MOLDS & TOOLING | 1 | MT | 01-Jul-98 | 877,864 | 5.0 | 3.5 | 1.5 | 1.072 | 941,070 | 30% | 281,550 |
| OWNED | 56 | MOLDS & TOOLING | 1 | MT | 01-Jul-99 | 773,751 | 5.0 | 2.5 | 2.5 | 1.056 | 817,081 | 50% | 407,870 |
| OWNED | | MOLDS & TOOLING | 1 | MT | 30-Jun-00 | 822 | 5.0 | 1.5 | 3.5 | 1.034 | 850 | 70% | 595 |
| OWNED | 11 | CELLULAR PHONE | 1 | OE | 01-Aug-92 | 784 | 5.0 | 9.4 | (4.4) | | | -88% | 0 |
| OWNED | 5 | EQUIPMENT | 1 | OE | 01-Sep-90 | 1,100 | 10.0 | 11.3 | (1.3) | | | -13% | 0 |
| OWNED | 9 | MAIL MACHINE | 1 | OE | 01-Dec-91 | 1,997 | 10.0 | 10.1 | (0.1) | | | -1% | 0 |
| OWNED | 15 | TELECOM EQUIPMENT | 1 | OE | 15-Jul-94 | 2,426 | 10.0 | 7.5 | 2.5 | 1.178 | 2,858 | 25% | 725 |
| OWNED | 8 | TELEPHONE SYSTEM | 1 | OE | 01-Nov-91 | 15,087 | 10.0 | 10.2 | (0.2) | | | -2% | 0 |
| OWNED | 23 | WATER PUMP | 1 | OE | 01-Feb-95 | 1,748 | 10.0 | 6.9 | 3.1 | 1.152 | 2,014 | 31% | 620 |
| OWNED | 10 | WATER PURIFIER | 1 | OE | 01-Jun-92 | 147 | 10.0 | 9.6 | 0.4 | 1.238 | 182 | 4% | 5 |

Total at Cost ($000) 32,541

FMV ($000)

**MGM ENTERTAINMENT, INC.**
16730 Schoenborn Street
North Hills, CA 91343-6122

Appraisal Date    12/31/01
Original Cost    $2,541
Depreciated Replacement Cost New    $871

**TABLE II**
**FIXED ASSET APPRAISAL**
**FROM DEPRECIATION SCHEDULES & FINANCIALS**

| Owned Leased | Entry Item Order No | DESCRIPTION | Qty | Valuation Date | Orig Cost* ($) | Est Econ Life | Yrs In Use | Rem Econ Life | Price Trend Factor | Repl Cost New | Est'd Rmng Life | Fair Market Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

Exhibit D
Page 30 of 34

30. Exh

EXHIBIT __6__ PAGE __174__

## TABLE H-1
### FIXED ASSET APPRAISAL
### MGM ENTERTAINMENT, INC.
#### ($000)

Job No. 1131ABCV
Appr Date 12/31/2001
Run Date 19-Oct-04

| From Depreciation Schedules & Financial | | Original Cost | Estimated Econ. Life | FMV |
|---|---|---|---|---|
| Automotive Equipment | AE | $ 36 | 10.0 | $ 7 |
| Computer Equipment | CE | 585 | 5.0 | 23 |
| Furniture & Fixtures | FF | 47 | 15.0 | 21 |
| Leasehold Equipment * | LE | 186 | 10.0 | 126 |
| Machinery & Equipment | ME | 8 | 10.0 | 4 |
| Molds & Tooling * | MT | 1,656 | 10.0 | 690 |
| Office Equipment | OE | 23 | 7.0 | 1 |
| **TOTALS** | | $ 2,541 | | $ 872 |

Extracted from the detailed appraisal in Table H.

## TABLE I
## MARKET INFORMATION
### 31-Dec-01

Job No. 1131ABCV
Appr Date 12/31/2001
Run Date 19-Oct-04

| COMPANY | Symbol | Price | Shares Out (000) | Market Cap* ($000) | Annual Sales ($000) | Mkt Cap/ Sales (0) | Beta (0) |
|---|---|---|---|---|---|---|---|
| JAKKS PACIFIC | JAKK | 18.95 | 19,556 | 370,580 | 284,309 | 1.303 | 1.00 |
| HASBRO, INC | HAS | 16.23 | 172,309 | 2,796,575 | 2,856,339 | 0.979 | 1.00 |
| MATTEL | MAT | 17.20 | 426,371 | 7,333,581 | 4,804,062 | 1.527 | 0.38 |
| RADICA GAMES | RADA | 4.14 | 17,640 | 73,030 | 98,554 | 0.741 | 1.28 |
| ZINDART LTD | ZND | 1.75 | 30,601 | 53,551 | 136,083 | 0.394 | 1.40 |
| | | | | | | | |
| AVERAGES (Beta is Median) | | | 133,295 | 2,125,463 | 1,635,869 | 0.989 | 1.00 |
| AVERAGES OF SMALLER COMPANIES | | | | | 117,319 | 0.567 | |

*Minority value. Should be converted to control value to use for valuation under the market approach.

Exhibit D
Page 32 of 34

32. 8W

EXHIBIT 6 PAGE 176

DRAFT REPORT

**TABLE I-1**
**MARKET APPROACH**
**($000)**

| | | Job No. | 1131ABCV |
|---|---|---|---|
| | | Appr Date | 12/31/2001 |
| | | Run Date | 19-Oct-04 |

GROSS REVENUES - FY 2001                                        $    96,370

AVERAGE SMALL COMPANY REVENUE/MARKET CAP RATIO                        0.567

MARKET VALUE OF EQUITY ON A MINORITY BASIS          23.1%      $    54,667
Less Public/Private discount                                       (12,628)

MINORITY VALUE OF EQUITY - SMALL PRIVATE COMPANY              $    42,039
Add Control Premium                                 35%            14,714

EQUITY MARKET VALUE ON A CONTOL BASIS                        $    56,800

ADJUSTED EQUITY MARKET VALUE ON A CONTROL BASIS              $    56,800
Less discount for lack of ready market              25%      $   (14,200)

[watermark box]

Exhibit D
Page 33 of 34

EXHIBIT _6_ PAGE _177_

DRAFT REPORT

TABLE J

CONCLUSION OF MARKET VALUE

($000)

| MGM ENTERTAINMENT, INC. | Conclusion | Weight | Product |
|---|---|---|---|
| | | Job No. | 131ABCV |
| | | Appr Date | 12/31/2001 |
| | | Run Date | 19-Oct-04 |
| INCOME APPROACH (Table E) | $ 46,300 | 0.60 | $ 27,780 |
| MARKET APPROACH (Table I-1) | $ 42,600 | 0.00 | - |
| EXCESS EARNINGS APPROACH (Table G) | $ 44,550 | 0.40 | 17,820 |
| | | Rounded | $ 46,000 |
| Less Discount for Lack of Liquidity | | 10% | (4,600) |
| FMV OF BUSINESS ENTERPRISE (Includes working capital) | | | $ 41,400 |
| Less Implied Working Capital | | | (11,800) |
| BASIC BUSINESS VALUE | | | $ 29,600 |
| Add Current Assets (Table A) | | | 29,900 |
| FMV OF TOTAL ASSETS | | | $ 59,500 |
| Less Total Liabilities (Table A-1) | | | (35,070) |
| FMV OF SHAREHOLDERS EQUITY ON A CONTROL BASIS | | | $ 24,430 |
| FMV OF SHAREHOLDER INTEREST ON A CONTROL BASIS | | 45% | $ 10,994 |
| | | Rounded | $ 11,000 |

000118

34. ED

Exhibit D
Page 34 of 34

EXHIBIT 6 PAGE 178