# EXHIBIT 7

TRANSCRIPT OF AUDIOTAPED MEETING WITH

ERNEST DUTCHER, APPRAISER

**CERTIFIED**
**COPY**

Reported by:

JOHANNA M. BENNETT

CSR No. 5263

JOB No. 888989

ESQUIRE DEPOSITION SERVICES
(323) 938-2461

EXHIBIT 7 PAGE 179

KRANE 0039

```
 1

 2

 3

 4

 5

 6

 7

 8

 9

10

11         Transcript of Audiotaped Meeting with

12    Ernest Dutcher, transcribed in Temple City,

13    California, on Wednesday, September 10, 2003,

14    by JOHANNA M. BENNETT, Certified Shorthand

15    Reporter No. 5263.

16

17

18

19

20

21

22

23

24

25
```

2

EXHIBIT 7   PAGE 180

KRANE 0040

1    KNOWN APPEARANCES:

2

3

4              MORAD ZARABI

5              A MALE VOICE

6              ERNEST DUTCHER

7.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

3

EXHIBIT 7  PAGE 181

KRANE 0041

```
 1                    *        *        *

 2

 3            MR. ZARABI:  Today is February 7.  I have a

 4  meeting with Mr. Ernest.

 5            MR. DUTCHER:  Ernest Dutcher.

 6            MR. ZARABI:  Ernest, and -- today is February

 7  7.  I have a meeting with Mr. Ernest and the gentleman,

 8  he appraised ABC or MGA International and he allow me to

 9  tape this conversation for the future if use it, if we

10  need it, even in the court.

11            Will you please say your name and everything,

12  please.

13            MR. DUTCHER:  My name is Ernest E. Dutcher.  My

14  designation is master certified business appraiser, and

15  my office is in Encino, California.

16            I received the instruction to provide a limited

17  letter report which means that the -- the valuation was

18  conducted in a manner that would be required for an

19  eventual full narrative report.

20            And at the time -- at the time of the appraisal

21  of December 31, 1999, I relied on information given to

22  me by management, and we provided the report and we've

23  come -- we've used three methodologies in trying to

24  determine or estimate the value of the company.

25            MR. ZARABI:  Mr. Ernest, I have a question for
```

                                                        4

EXHIBIT __7__ PAGE _/82_

KRANE 0042

```
 1    you.

 2              MR. DUTCHER:  Uh-huh.

 3              MR. ZARABI:  Have you appraised any toys

 4    company before?

 5              MR. DUTCHER:  I would have to research that

 6    because I've been in this business for approximately 25

 7    years, and I worked for some major companies and I'm

 8    sure that during that time that that type of company

 9    probably was one of the thing we did.

10              I can't say for sure, but I will say this, that

11    almost every company that is appraised is done almost

12    the same way.  It typically has many methodologies that

13    are available to the appraisers such as:  The income

14    approach, the market approach and the excess earnings

15    approach is three of them.  And that's the three I used

16    in doing this particular report.

17              And the reason that we can do it that way

18    instead of like one methodology -- one -- almost every

19    company that's appraised is appraised based on its

20    future earning potential.

21              And the fact that it's a toy company or a

22    manufacturer of doors and windows, it doesn't matter

23    because the basic bookkeeping, the basic financial

24    statements and so forth all resemble one another.

25              And based on that fact that we go through the
```

5

EXHIBIT __7__ PAGE _183_

KRANE 0043

1    potential of the company, we review the industry, which

2    in this case was rather, as I remember, rather volitile

3    at the time and probably still is, it's kind of a

4    volitile industry, up and down.

5         And so we felt and I still believe that we are

6    eminently qualified to do the job.

7         MR. ZARABI:   Okay.  My second question is:

8    Are you either, ah, licensee in this company?  Are you

9    base your appraisal is -- my (inaudible) there is the

10   (inaudible), if you see the licensee or you didn't see

11   the licensee affecting the appraisal or not?

12        MR. DUTCHER:   The licensee is a method to keep

13   the revenues rolling into the company.  We assume that

14   the licensee -- the license, which, by the way, can be

15   valued individually, with individual effort.  It would

16   not give the answers that you are looking for in this

17   appraisal.  You needed the overall value of the company

18   to determine what the buyout value of a 40 -- 45-percent

19   interest was.

20        It would serve no purpose to have a value of

21   each of the licenses.  And One other thing, licenses in

22   the toy industry, because of the fact that each toy

23   that's been designed has a quite a short life and there

24   has to be probably a lot of different licenses, so it

25   actually would be beyond the scope of what we were doing

6

EXHIBIT 7 PAGE 184

KRANE 0044

```
 1    to try to evaluate each individual license.

 2              MR. ZARABI:  All right.  I'm sure.

 3              A MALE VOICE:  I'm sorry.  (Inaudible) Jerard.

 4    I'm going to ask you a few questions myself.

 5              MR. DUTCHER:  Sure.

 6              A MALE VOICE:  You said that the valuation was

 7    done December 31, 1999 or was that --

 8              MR. DUTCHER:  Date of value.

 9              A MALE VOICE:  In '99 you valued, end of '99

10    you valued or August or September of 2000?

11              MR. DUTCHER:  No.  That wasn't when I

12    valued it.  Somewhere probably in the mid -- I think

13    perhaps in July or August I probably received the

14    order.  I'd have to pull more of the file.  I didn't

15    have time to pull it all.

16              MR. ZARABI:  November -- the very first year

17    appraisal --

18              A MALE VOICE:  The appraisal is dated November

19    7, 2000, so your -- your --

20              MR. DUTCHER:  Let me see that.  I might be

21    looking at a different one.  I was looking at the first

22    one.  November 7, 2000.

23              A MALE VOICE:  So you --

24              MR. DUTCHER:  No, no, no, no.  The date of

25    valuation is December 31, 1999.  I have no right to use
```

                                                              7

EXHIBIT 7 PAGE 185

KRANE 0045

1    anything that happened after that date.  Unless we move

2    this date up to December 31, 2000, I couldn't consider

3.   anything that happened subsequent to this date.

4         A MALE VOICE:  Okay.  So that's when the

5    valuation was done?

6         MR. DUTCHER:  That's the date --

7         A MALE VOICE:  And you met with who for this

8    valuation?

9         MR. DUTCHER:  I met with Morad and I met with

10   the two shareholders.

11        A MALE VOICE:  The two main shareholders?

12        MR. DUTCHER:  Yes.

13        A MALE VOICE:  Isaac and Farhad?

14        MR. DUTCHER:  Right.

15        A MALE VOICE:  You met with both of them?

16        MR. DUTCHER:  With both of them one time, as I

17   recall.

18        A MALE VOICE:  At the same time, meeting in the

19   same meeting?

20        MR. DUTCHER:  Yes.

21        A MALE VOICE:  So you never had a separate

22   meeting with Farhad or Isaac, separately --

23        MR. DUTCHER:  I don't think so.  I do recall

24   it's back a ways, but I don't remember having any

25   separate valuations -- separate meetings.

8

EXHIBIT ___7___ PAGE _186_

KRANE 0046

```
 1          A MALE VOICE:  And you had it sitting with both
 2   of them?
 3          MR. DUTCHER:  At the same time and I think
 4   Morad was present?
 5          A MALE VOICE:  Were you present at that
 6   meeting?
 7          MR. ZARABI:  I don't remember.  I don't recall.
 8          A MALE VOICE:  So you --
 9          MR. ZARABI:  I don't remember, when you say --
10          A MALE VOICE:  But you didn't have a separate
11   meeting with Isaac?
12          MR. DUTCHER:  I don't -- no, I don't think so.
13          A MALE VOICE:  Okay.  And --
14          MR. ZARABI:  Have you had a meeting with the
15   controller?
16          A MALE VOICE:  Did you have meetings with the
17   accounting people?
18          MR. DUTCHER:  Was it a lady?
19          MR. ZARABI:  A lady or a guy.
20          MR. DUTCHER:  Just to give them the information
21   I needed to provide the report.
22          A MALE VOICE:  Okay.  What information, may I
23   ask, you asked them to give you?
24          MR. DUTCHER:  The financial data is for five
25   years.  I believe --
```

9

EXHIBIT 7  PAGE 187

KRANE 0047

```
 1            A MALE VOICE:  Last five years?
 2            MR. DUTCHER:  The prior five years --
 3            A MALE VOICE:  Right.
 4            MR. DUTCHER:  -- ending December 31, 1999.
 5            A MALE VOICE:  Okay.
 6            MR. DUTCHER:  And then kind of a tour of the
 7    facilities and general description of what the business
 8    was and the fact I was not providing a full narrative
 9    report, the actual detailed description of the market
10    and so forth was not included with the report.  We have
11    what we call a phase 1 and a phase 2 in our appraisals.
12            The phase 1 covers a letter report which is not
13    a full narrative report.  The letter report is
14    restricted -- is restricted to providing the financial
15    data only.
16            A MALE VOICE:  Uh-huh.
17            MR. DUTCHER:  -- with this minimal description
18    of the data and that is typically enough for a
19    friendly --
20            A MALE VOICE:  Break up.
21            MR. DUTCHER:  Yeah.  -- for a friendly break
22    up.
23            A MALE VOICE:  So phase 1 would be for a
24    friendly buyout?
25            MR. DUTCHER:  Yes.
```

10

EXHIBIT 7 PAGE 188

KRANE 0048

```
 1              A MALE VOICE:  And phase 2 would be?

 2              MR. DUTCHER:  Phase 2 would be in case any

 3    litigation was needed, and so forth, phase 2 had to be

 4    created and it can be done at any time.

 5              A MALE VOICE:  So for this purpose you only did

 6    a phase 1?

 7              MR. DUTCHER:  Phase 1, correct.

 8              A MALE VOICE:  Okay.  So --

 9              MR. ZARABI:  Let me ask a question.  The time

10    for the having meeting with Isaac, Farhad and his

11    controller or anybody in the MGA or ABC Corporation, did

12    they cooperate completely with you or not?

13              MR. DUTCHER:  They seemed to.  They seemed to

14    describe the business and so forth.  I had no reason to

15    believe that there was any problem between them and it's

16    not our --

17              MR. ZARABI:  Did you feel that anything they're

18    hiding for you something?

19              MR. DUTCHER:  I didn't get any -- any such

20    feeling, no.

21              MR. ZARABI:  No?

22              MR. DUTCHER:  I felt that everything was above

23    board.

24              A MALE VOICE:  I have further questions.

25              When you determined your future -- the
```

11

EXHIBIT 7 PAGE 189

KRANE 0049

1    future -- I mean, how did you determine the cost -- I

2    mean, did they give you any projections for the future

3    of the sales of this company?

4        MR. DUTCHER:  Typically I ask for their opinion

5    of what the future can be, and I just don't remember.

6    I'd have to go back and research the file completely,

7    and -- and if I didn't ask for them, it would be

8    unusual.

9        MR. ZARABI:  So you must have asked for them

10   and you would have kept --

11       MR. DUTCHER:  My guess, my best guess would be

12   that I would have asked what they thought the future was

13   because my -- again, as I repeat, in appraising is

14   not -- the value of the company doesn't lie on what it

15   has done.  It lies in what the future holds for that

16   company.

17       MR. ZARABI:  As well, yes.

18       MR. DUTCHER:  So very few people would invest

19   in Enron right now because it was a wonderful company in

20   the past.

21       MR. ZARABI:  Right.

22       MR. DUTCHER:  Right now it has zero value.  So

23   we try our best to get a forecast from the responsible

24   people, marketing, so forth, try to get a feel for what

25   they think that the future holds for the business.

12

EXHIBIT _7_ PAGE _190_

KRANE 0050

```
 1          In addition, we check to see what the market

 2    is, like our market approach consists of looking into

 3    various public companies that are involved in the same

 4    business such as Mattel and so forth.  We have a number

 5    of them listed in the report.

 6          We can get a feel for the -- actually, the toy

 7    market or that type of market in general from that --

 8    from that.  From -- from these sources, we then come up

 9    with a conclusion of value based on our experience and

10    estimating what the likelihood of the continuation of

11    the company and whether it has any value related to the

12    future.  And the income approach and the other

13    approaches provide that for me.

14          A MALE VOICE:  I just have a couple of

15    questions.            Number one, you said that you

16    met with both of them.  Would you have written that in

17    your paperwork if you had met with both of them?

18          MR. DUTCHER:  Probably.  If I -- I could go

19    back and research that because I usually keep track for

20    my time.

21          A MALE VOICE:  I would like you, please, to do

22    that, doublecheck and make sure in that meeting when you

23    sat and gave them -- you wanted to sit down and discuss

24    with them, I want to make sure that both of them were

25    there or not, whether Fahrad's there or not.  I just --
```

13

ESQUIRE DEPOSITION SERVICES
(323) 938-2461

EXHIBIT 7 PAGE 191

KRANE 0051

```
 1          MR. DUTCHER:  Yes.

 2          A MALE VOICE:  Are you sure?

 3          MR. DUTCHER:  I'm positive they are both there

 4   because Morad took me over to the location, which is

 5   over behind the airport somewhere.

 6          A MALE VOICE:  Right.

 7          MR. DUTCHER:  And I remember going in and

 8   meeting both of them at the time.

 9          A MALE VOICE:  And sitting in the same meeting

10   with both of them present, when they were giving you

11   projections for the future?

12          MR. DUTCHER:  I think it all happened in the

13   same meeting.  I don't think there was more than one

14   meeting on gathering the information directly from the

15   people.

16          A MALE VOICE:  So, then, basically they both

17   sat there and gave you --

18          MR. ZARABI:  All the information.

19          A MALE VOICE:  -- all the information of what

20   they thought?

21          MR. DUTCHER:  That's my -- that's my

22   recollection of it, yes.

23          A MALE VOICE:  If you could go back and

24   doublecheck, we appreciate --

25          MR. DUTCHER:  I'll check the company notes on
```

                                                          14

EXHIBIT __7__ PAGE _192_

KRANE 0052

1  it, yes.

2        A MALE VOICE:  -- if you can send a letter on

3  that.

4        And secondly, again, going back to that same

5  meeting, report of the potential future sales, you think

6  both of them gave you that or was one of them more vocal

7  than the other one?

8        MR. DUTCHER:  No, I don't remember any -- I

9  don't remember any outstanding big shining potential

10  that they brought out other than --

11        LEFT2:  (Inaudible.)

12        MR. DUTCHER:  -- doing in a normal course of

13  business.

14        A MALE VOICE:  So you just basically took the

15  normal increases on a yearly basis and that's what you

16  did?

17        MR. DUTCHER:  Yes.  Yes.

18        MR. ZARABI:  Let me ask a question.

19        MR. DUTCHER:  Uh-huh.

20        MR. ZARABI:  Even the time you -- first of all,

21  how long you have experience for the appraising the

22  business, completely?  10 years?  20 years?

23        MR. DUTCHER:  I have 20, 25 years.

24        MR. ZARABI:  20 years.

25        MR. DUTCHER:  I've owned my own businesses and

                                                    15

EXHIBIT  7  PAGE  193

KRANE 0053

1    I've --

2            MR. ZARABI:  And you -- because of your

3    conversation you say every court of law accept your

4    appraisal, right?

5            MR. DUTCHER:  I've never found one that didn't.

6            MR. ZARABI:  Okay.

7            MR. DUTCHER:  I've never been denied a position

8    of expertise.

9            MR. ZARABI:  My final question is:  If the

10   contract came to the table by September 18, year 2000 --

11           A MALE VOICE:  This was a license of September

12   18, 2000.

13           MR. DUTCHER:  Okay.

14           MR. ZARABI:  If you have on the table --

15           MR. DUTCHER:  Uh-huh.

16           MR. ZARABI:  -- with the other licensees, it

17   was affecting the price or no?

18           MR. DUTCHER:  It could have, but I'd have to

19   have a lot more information.  I can't say it wouldn't.

20           A MALE VOICE:  (Inaudible) check each license.

21           MR. ZARABI:  You never check any license?

22           A MALE VOICE:  He never checked any license.

23           MR. DUTCHER:  However, if there was one that

24   was really, really outstanding.

25           A MALE VOICE:  Did you check each license?

                                                          16

EXHIBIT 7 PAGE 194

KRANE 0054

```
 1            MR. DUTCHER:   No.

 2            A MALE VOICE:   No, you didn't.

 3            MR. DUTCHER:   No.

 4            A MALE VOICE:   And none of them were furnished

 5   to you?

 6            MR. DUTCHER:   Another thing, to answer that

 7   probably better, we know that through the period of the

 8   company, let's take a look at the -- 

 9            MR. ZARABI:   The (inaudible) --

10            MR. DUTCHER:   -- history.   Let's go back here

11   five years.   In 1995, we had 64 million in revenues.   In

12   1996 it dropped to 46 million in revenues.

13            In 1997 it recovers somewhat to 55 million in

14   revenues but dropped to 40 million, you know, that's a

15   big drop, by 1998.   Then it jumped in 1999 to 66 million

16   which told me this:   That at times they had a hot

17   product.   A hot product here, and they probably had a

18   hot product here --

19            A MALE VOICE:   In '97.

20            MR. DUTCHER:   -- another hot product here --

21            A MALE VOICE:   In --

22            MR. DUTCHER:   -- which we picked up here, and

23   then for the future it says, "These hot products will

24   come and go because the toy business is that way."

25            I don't say that because I know the toy
```

17

EXHIBIT __7__ PAGE _195_

KRANE 0055

```
 1   business itself.

 2          A MALE VOICE:  Uh-huh.

 3          MR. DUTCHER:  But I do know when you see an

 4   industry, there is such volatility --

 5          A MALE VOICE:  Volatility in the sales.

 6          MR. DUTCHER:  -- that tells the appraiser, that

 7   you better be careful on how much growth you are

 8   forecasting into the future because that is the basis of

 9   your value.

10          A MALE VOICE:  How much growth did you --

11          MR. DUTCHER:  And I think the growth was

12   probably estimated at 5 percent.  Yes.

13          A MALE VOICE:  Yes.

14          MR. DUTCHER:  We forecast a growth of 5 percent

15   a year because you know with that much -- a big jump and

16   a big drop and a big jump, there is no one on earth that

17   can forecast with any degree of accuracy of what's

18   really going to happen.

19          MR. ZARABI:  With your experience, there is any

20   way you can imagine this sale after two years instead of

21   5 percent jump to 25 percent?

22          MR. DUTCHER:  Well, I would say that --

23          A MALE VOICE:  Possible because --

24          MR. ZARABI:  (Inaudible.)

25          MR. DUTCHER:  -- might do that, but I recognize
```

                                                    18

EXHIBIT _7_ PAGE _196_

KRANE 0056

1   that, that it did do that. It jumped from 40 to 60.

2   That's a huge jump and then it dropped back to 40. No,

3   and that --

4           MR. ZARABI: It was not established company the

5   way you see it?

6           MR. DUTCHER: Pardon?

7           MR. ZARABI: It was not established number

8   company.

9           MR. DUTCHER: Well, the only thing I see is a

10  begun of of hot products that came along, hot products

11  that boosted it temporarily, but it didn't have a long

12  life.

13          A MALE VOICE: I have another question for

14  you. And this is I think that I would like to ask you

15  somewhat of your experience not relating to this.

16          What happens when you value a company and then

17  the company goes drastically lower in sales? So let's

18  say they were doing an average of 60 and 70, went down

19  to 20? What happens to them?

20          MR. DUTCHER: What happens to them is not

21  important at the time I do the appraisal because we

22  don't know what's going to happen to them.

23          We only can say based on history that the trend

24  has been up, but how can you forecast anything when the

25  trend is up and down and up and down.

19

EXHIBIT 7 PAGE 197

KRANE 0057

1          You could -- I could -- even if I knew the

2    company went bankrupt the next year, I would still have

3    to put the valuation based on what I could see if I was

4    there on December 31, 1999.

5          A MALE VOICE:  Right.

6          MR. DUTCHER:  I could not change my opinion

7    based on a subsequent event.

8          A MALE VOICE:  Who gave you the authorization

9    to go up to December 31, 1999?

10          MR. DUTCHER:  I think it was --

11          A MALE VOICE:  Morad?

12          MR. DUTCHER:  I think you had said --

13          A MALE VOICE:  Morad said to him that the

14    valuation has to be as of December 31 --

15          MR. ZARABI:  December 31, 1999.

16          A MALE VOICE:  I think (inaudible) I have a

17    question, from whatever happens?

18          MR. ZARABI:  I didn't have the experience to

19    say to --

20          A MALE VOICE:  (Inaudible.)

21          MR. ZARABI:  -- 1999, but I don't remember but

22    you said based on your expérience, you go to the 1999,

23    correct?

24          MR. DUTCHER:  Well --

25          MR. ZARABI:  Because I don't remember --

                                                    20

ESQUIRE DEPOSITION SERVICES
(323) 938-2461

EXHIBIT  7  PAGE  198

KRANE 0058

```
 1              MR. DUTCHER:  -- because 1999 was a full year.
 2    December 31st was a full year.
 3              A MALE VOICE:  Yes.
 4              MR. DUTCHER:  And had we done a midyear which
 5    we could do --
 6              MR. ZARABI:  Uh-huh.
 7              MR. DUTCHER:  -- I would do one as of the date
 8    of that appraisal.
 9              MR. ZARABI:  Because of the full year you had
10    the financial --
11              MR. DUTCHER:  Of course.
12              MR. ZARABI:  -- for 1999 --
13              MR. DUTCHER:  Of course.
14              MR. ZARABI:  -- you base it as of 1999?
15              MR. DUTCHER:  That is correct.
16              MR. ZARABI:  Even --
17              A MALE VOICE:  That was the record that they
18    could furnish him.  They couldn't furnish him -- if he
19    went there in September or October, he couldn't have
20    gotten information of what has happened in that -- in
21    that year because they wouldn't know because there would
22    be no physical audited information.  The only audited
23    information was end of '99.
24              MR. DUTCHER:  Plus the fact usually toward the
25    end of the year, there's year-end adjustments and things
```

21

EXHIBIT 7 PAGE 199

KRANE 0059

1    of that sort that happen.

2          So we have had -- we can do appraisals due at

3    the  midyear, but we put lower weight on that simply

4    because it's speculation.

5          A MALE VOICE:  Not (inaudible).

6          MR. ZARABI:  Robert says after (inaudible) base

7    of the company going down instead of 50 million

8    business, comes to the $20 million which is the

9    (inaudible) assets.  Now I'm --

10         A MALE VOICE:  That's the valuation --

11         MR. DUTCHER:  If it went down the following

12   year, it would not change the valuation because I would

13   have to change the date of value.

14         A MALE VOICE:  Okay.  And then would any court

15   be able to cancel the contract because of that reason?

16         MR. DUTCHER:  If there were -- if the event,

17   the sale took place based on the appraisal and the

18   appraisal date was December 31, 1999, I could see no way

19   that they can rule any other way accept to state that

20   what happened in 1999, December 31, then prior to that

21   was the only thing that we can use.

22         A MALE VOICE:  But don't you think that if --

23   if there was things going on in December or even

24   January, but you had -- but in fact you had your

25   appraisal done six months to eight months later --

22

EXHIBIT  7  PAGE  200

KRANE 0060

```
 1            MR. DUTCHER:   Uh-huh.
 2         A MALE VOICE:   -- the fact still remains that
 3    they would have known the trend for the following year,
 4    and they would have been able to tell you that in their
 5    meeting, wouldn't you -- they?
 6            MR. DUTCHER:   Well, I would think so.  It -- if
 7    there was something on the horizon that was unusual, I
 8    would think they would have brought it out at that
 9    meeting.  I don't remember that.
10         A MALE VOICE:   Let's take it --
11            MR. ZARABI:   Opposite way.
12         A MALE VOICE:   -- the opposite way, okay?
13            MR. ZARABI:   Say, the dates are to which date
14    is this affecting.
15         A MALE VOICE:   The question is this:  In the
16    year 2000, let's take it the other way now, instead of
17    it going to 60 average million in sales it suddenly
18    jumped to 90 or 80 or 90 and probably jumps the year
19    after to a hundred and the following year jumps to
20    200,000 -- $200 million.
21            MR. DUTCHER:   Well, in other words, we can only
22    base our judgment on what has historically happened in
23    the past.  Typically, if we were to give an estimate out
24    in the future that it was going to grow at some
25    astronomical rate, we'd have to put a heavy discount
```

23

EXHIBIT 7 PAGE 201

KRANE 0061

1    rate on that, on the probability or possibility it may

2    not happen.

3         So we used a discount rate here of 20.75

4    percent which was probably based on the fact it was --

5    even this number was -- had some risk in reaching it.

6    In other words, that discount rate is a --

7         MR. ZARABI:  But the final question is:  You

8    appraise this company based on fairness, based on your

9    experience.

10         There is any influence from either party, me --

11    I'm Morad, Isaac, Farhad, (inaudible), anything that is

12    affecting your appraisal or no?

13         MR. DUTCHER:  I would say that there was not

14    iota of pressure put on me one way or the other by

15    either yourself or the other two parties to have a

16    higher or lower number.

17         This is precisely my opinion of value at that

18    time and was not influenced by anyone else's input

19    except for the financial part of it.

20         MR. ZARABI:  Okay.  I thank you very much.  I

21    really appreciate it for you coming over here.

22         A MALE VOICE:  We might need you --

23         MR. ZARABI:  We might meet again.  Maybe we ask

24    you for the subpoena in the court of law, and I hope we

25    expecting to your cooperation.

24

ESQUIRE DEPOSITION SERVICES
(323) 938-2461

EXHIBIT 7 PAGE 202

KRANE 0062

1          MR. DUTCHER:   There's no question.   It's part

2     of my job.

3          MR. ZARABI:   Thank you very much and thanks

4     again.

5          MR. DUTCHER:   Okay.

6                         *          *          *

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                                              25

EXHIBIT  7  PAGE  203

KRANE 0063

1
2
3
4
5          I, the undersigned, a Certified Shorthand
6     Reporter of the State of California, do hereby certify:
7          That the foregoing audiotaped proceedings
8     were listened to and taken down by me using machine
9     shorthand which was thereafter transcribed under my
10    direction; further, that the foregoing is an accurate
11    transcription thereof.
12          I further certify that I am neither
13    financially interested in the action nor a relative or
14    employee of any attorney of any of the parties.
15          IN WITNESS WHEREOF, I have this date
16    subscribed my name.
17
18    Dated:_____SEP 1 1 2003_____
19
20
21         _____
           JOHANNA M. BENNETT
22         CSR No. 5263
23
24
25

EXHIBIT 7 PAGE 204

KRANE 0064