# EXHIBIT 26

**THIS EXHIBIT IS FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

# EXHIBIT 27

# PRIORITY SEND

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA 92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.   CV 04-09049 SGL(RNBx)                    Date: October 31, 2007
Title:     CARTER BRYANT -v- MATTEL, INC.
           AND CONSOLIDATED ACTIONS
==============================================================================
PRESENT:   HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

           Jim Holmes                              Theresa Lanza
           Courtroom Deputy Clerk                  Court Reporter

ATTORNEYS PRESENT FOR CARTER         ATTORNEYS PRESENT FOR MATTEL:
BRYANT:

Christa Martine Anderson             John Quinn
Matthew M. Werdegar                  Jon D. Corey
                                     Michael T. Zeller

ATTORNEYS PRESENT FOR MGA:           ATTORNEY PRESENT FOR CARLOS
                                     GUSTAVO MACHADO GOMEZ:

Thomas J. Nolan                      Alexander H. Cote
Carl A. Roth

PROCEEDINGS:   **ORDER REGARDING STATUS CONFERENCE**

    The Court held a status conference to consider the current schedule set for Phase 1 of the consolidated cases as well as the issue of the selection of a settlement officer for both Phase 1 and Phase 2 of the consolidated cases.

    For reasons discussed on the record, the Court enters a two-week STAY in these actions, beginning November 1, 2007, and continuing through November 14, 2007. During that time, the parties shall serve no discovery requests (including subpoenas) on parties or third parties. The obligation to respond to any outstanding discovery requests is likewise suspended for that time frame. No depositions shall be conducted during this time. The matters to be heard before Judge Infante, the discovery master herein, are to be rescheduled to a date determined by Judge Infante,

MINUTES FORM 90                               Initials of Deputy Clerk __jh_____
CIVIL -- GEN                         1        Time: 00/20

EXHIBIT 27 PAGE 421

provided, however, that such date is no earlier than November 26, 2007, and that no opposition or
reply papers may be required to be filed during the pendency of the stay.

The Court CONTINUES the November 19, 2007, hearing on the Motion For Leave to Serve
A Supplemental Interrogatory to December 3, 2007, at 10:00 a.m.

The current schedule regarding Phase 1 of the trial in these consolidated actions is modified
as follows:

| | |
|---|---|
| Fact discovery cutoff: | 01/28/08 |
| Initial Expert Reports: | 02/11/08 |
| Rebuttal Expert Reports: | 03/17/08 |
| Last date for settlement conference: | VACATED (see below for Court's directive regarding mandatory settlement procedures) |
| Expert discovery cutoff: | 03/31/08 |
| Dispositive Motions hearing cutoff: | 03/31/08 @ 10:00 a.m. |
| Pretrial conference order and associated trial documents including proposed jury instructions: | 04/21/08 |
| Filing of Motions in Limine: | 05/05/08 |
| Pretrial conference: | 05/05/08 @ 11:00 a.m. |
| Hearing on Motions in Limine and Jury Instructions: | 05/19/08 @ 11:00 a.m. |
| Trial: | 05/27/08 @ 9:00 a.m. |

The schedule for Phase 2, previously set by the Court by Order filed February 22, 2007, in
the case captioned MGA Entertainment, Inc. v. Mattel, Inc., et al., CV 05-02727, is VACATED.
The Court will consider the scheduling of Phase 2 at a later date. However, the Court DENIES
MGA's request to delay or otherwise bifurcate discovery regarding Phase 2 issues.

At the status conference, the parties acknowledged on the record their mutual agreement to
the selection of Ambassador Pierre-Richard Prosper as the settlement officer for these

EXHIBIT 27 PAGE 425

consolidated cases, and the Court hereby APPOINTS him in that capacity.  Counsel are directed to contact Ambassador Prosper to schedule a settlement conference on or before December 1, 2007. The settlement conference is to be directed towards resolution of both phases of this litigation. Counsel are ORDERED to carefully and diligently follow Ambassador Prosper's directions concerning preparation for and conduct at any settlement conferences.  The parties will be jointly responsible for paying the Ambassador's reasonable and customary rate for services rendered.  A failure to comply with this order, or a failure to provide reasonable compensation to the Settlement Officer upon completion of the mediation, may result in the imposition of appropriate sanctions. Ambassador Prosper is directed to provide a status report to the Court following the conclusion of the settlement efforts.

     IT IS SO ORDERED.

c:    Judge Infante
       Ambassador Prosper

MINUTES FORM 90
CIVIL -- GEN               3          Initials of Deputy Clerk __jh_____
                                Time: 00/20

EXHIBIT 27 PAGE 426

# EXHIBIT 28

1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
2    John B. Quinn (Bar No. 090378)
     (johnquinn@quinnemanuel.com)
     Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
     Jon D. Corey (Bar No. 185066)
4    (joncorey@quinnemnauel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California 90017-2543
   Telephone:  (213) 443-3000
6  Facsimile:  (213) 443-3100

7  Attorneys for Mattel, Inc.

8  [Additional counsel listed on following page]

9

10                    UNITED STATES DISTRICT COURT

11                   CENTRAL DISTRICT OF CALIFORNIA

12  CARTER BRYANT, an individual,        )  Case No. CV 04-09049 SGL (RNBx)
13                    Plaintiff,         )  Consolidated with
                                         )  Case No. CV 04-09059
14         v.                            )  Case No. CV 05-02727
                                         )
15  MATTEL, INC., a Delaware             )  STIPULATION FOR APPOINTMENT
    corporation,                         )  OF A DISCOVERY MASTER; AND
16                                       )
                      Defendant.         )  [PROPOSED] ORDER
17                                       )
                                         )  Discovery Cutoff Date:  Not Set
18                                       )  Trial Date:  Not Set

19

20

21

22

23

24

25

26

27

28

EXHIBIT 28 PAGE 427

1 | LITTLER MENDELSON
  |   Robert F. Millman (Bar No. 062152)
2 |   Douglas A. Wickham (Bar No. 127268)
  |   Keith A. Jacoby (Bar No. 150233)
3 | 2049 Century Park East, 5th Floor
  | Los Angeles, California 90067-3107
4 | Telephone: (310) 553-0308
  | Facsimile: (310) 553-5583
5 |
  | Attorneys for Carter Bryant
6 |
  | O'MELVENY & MYERS LLP
7 |   Diana M. Torres (Bar No. 162284)
  | 400 S. Hope Street
8 | Los Angeles, California 90017
  | Telephone: (213) 430-6000
9 | Facsimile: (213) 430-6407
10 | O'MELVENY & MYERS LLP
   |   Dale Cendali
11 | Times Square Tower
   | 7 Times Square
12 | New York, NY 10036
13 | CHRISTENSEN, GLASER, FINK, JACOBS WEIL & SHAPIRO, LLP
   |   Patricia Glaser (Bar No. 55668)
14 | 10250 Constellation Boulevard - 19th Floor
   | Los Angeles, CA 90067
15 | Telephone: (310) 553-3000
   | Facsimile: (310) 556-2920
16 |
   | Attorneys for MGA Entertainment, Inc.
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

EXHIBIT 28 PAGE 4/28

1    WHEREAS, the parties are in agreement that a discovery master should be
2  appointed in this matter to resolve any discovery disputes and to minimize the
3  burden on the Court; and

4    WHEREAS, the parties have agreed upon a nominee, Hon. Edward A. Infante
5  (Ret.), and he has agreed to serve as a discovery master in this matter;

6    NOW, THEREFORE, to facilitate the fair and efficient completion of pre-
7  trial discovery, the parties Mattel, Inc. and Carter Bryant and MGA Entertainment,
8  Inc., by and through their respective counsel of record, hereby stipulate and agree as
9  follows:

10    1.    The Discovery Master shall be appointed to assure and provide cost-
11  effective discovery and to minimize the burden of discovery disputes upon the
12  Court.  Any and all discovery motions and other discovery disputes in the above
13  captioned action shall be decided by a master ("Discovery Master") pursuant to
14  Federal Rule of Civil Procedure 53.  Any motions currently pending before
15  Magistrate Judge Block shall be transferred to the Discovery Master.  The moving
16  party shall provide to the Discovery Master all papers associated with each pending
17  motion.

18    2.    The Discovery Master shall be Hon. Edward A. Infante (Ret.).  His
19  business address is: Two Embarcadero Center, Suite 1500, San Francisco, CA
20  94111.

21    3.    Judge Infante shall serve as the Discovery Master until all issues herein
22  have been finally disposed of or determined, or until he shall withdraw in
23  accordance with applicable law.  If at any time he becomes unable to serve as the
24  Discovery Master, the parties shall confer to present an alternative agreed-upon
25  designee to the Court.  In the event that the parties cannot agree to an alternate
26  designee, then the Court shall appoint a Discovery Master.

27    4.    The Discovery Master shall have the authority to set the date, time, and
28  place for all hearings determined by the Discovery Master to be necessary; to

1   preside over hearings (whether telephonic or in-person); to take evidence in
2   connection with discovery disputes; to issue orders resolving discovery motions
3   submitted to the Discovery Master; to conduct telephonic conferences to resolve
4   discovery disputes arising during depositions; to issue orders awarding non-
5   contempt sanctions, including, without limitation, the award of attorney's fees, as
6   provided by Rules 37 and 45; and to prepare, file and serve other orders, reports and
7   recommendations, as appropriate.

8       5.      All discovery disputes shall be resolved by motion (except those arising
9   during a deposition which the Discovery Master determines can be resolved by
10  telephonic conference during the deposition).  The moving party shall first identify
11  each dispute, state the relief sought, and identify the authority supporting the
12  requested relief in a meet and confer letter that shall be served on all parties by
13  facsimile or electronic mail.  The parties shall have five court days from the date of
14  service of that letter to conduct an in-person conference to attempt to resolve the
15  dispute.  If the dispute has not been resolved within five court days after such
16  service, the moving party may seek relief from the Discovery Master by formal
17  motion or letter brief, at the moving party's option.  The opposing party shall have
18  five court days from the date of service of the motion or letter brief to submit a
19  formal opposition or response.  Any reply brief or letter brief shall be served within
20  three court days from the date of service of a formal opposition or response.  The
21  hearing on the motion shall take place within five court days of the service of any
22  reply brief or letter unless (a) the parties agree to another hearing date or agree that
23  no hearing is necessary; (b) the Discovery Master determines that no hearing is
24  necessary; or (c) the Discovery Master is not available, in which case the hearing
25  shall take place on the Discovery Master's first available date.  The foregoing shall
26  not prohibit (i) the parties from agreeing to alternate procedures, or (ii) a party from
27  seeking the Discovery Master's immediate resolution of a dispute or resolution of a
28  dispute upon shortened time upon a showing of good cause why a party would be

EXHIBIT 26 PAGE 430

- 4 -

STIPULATION FOR APPOINTMENT OF A DISCOVERY
MASTER AND [PROPOSED] ORDER

1 prejudiced absent prompt resolution. Service of any document by fax or electronic
2 mail prior to 6:00 p.m. shall constitute service on that day.

3      6.    The Discovery Master's orders resolving discovery disputes, reports, or
4 recommendations pursuant to Rule 53(e) or (f) shall be treated as rulings made by a
5 Magistrate Judge of the United States District Court. The Discovery Master shall
6 file each order, report, or recommendation pursuant to Rule 53(e) or (f) and serve
7 the parties within five court days of his/her decision on a matter.

8      7.    A court reporter shall transcribe any hearing or other proceeding before
9 the Discovery Master.

10      8.    The cost of any proceeding before the Discovery Master, including the
11 fees of the Discovery Master, the fees of court reporters who transcribe hearings or
12 other proceedings before the Discovery Master, and the fees of any other person
13 necessary to the efficient administration of the proceeding before the Discovery
14 Master, shall be paid one-half by Mattel, Inc., and one-half by MGA Entertainment,
15 Inc. and Carter Bryant unless, consistent with the Federal Rules of Civil Procedure,
16 the Discovery Master Orders otherwise. By agreeing to share costs among the
17 parties, no party waives its right to seek recovery or reimbursement for such costs
18 from any other party.

19      9.    The Discovery Master shall be compensated according to his regular
20 hourly rate of $750.

21      10.   Pursuant to Federal Rule of Civil Procedure 53(b)(2), the Discovery
22 Master shall proceed with all reasonable diligence.

23      11.   Based on an affidavit filed by Hon. Edward A. Infante pursuant to
24 28 U.S.C. § 455 and Federal Rule of Civil Procedure 53(b)(3), the parties are not
25 aware that he has a relationship to the parties, to counsel, to the action, or to the
26 Court that would require disqualification of a judge under 28 U.S.C. § 455, and
27 based thereon the parties expressly waive any ground for disqualification disclosed
28 therein of Hon. Edward A. Infante to serve as master in these proceedings.

EXHIBIT 28 PAGE 431

STIPULATION FOR APPOINTMENT OF A DISCOVERY
MASTER AND [PROPOSED] ORDER

12.    The Discovery Master shall not have ex parte communications with ~~the~~ ~~Court,~~ a party or counsel.

13.    The Discovery Master shall preserve and maintain all documents and materials submitted by the parties as well as all orders, reports, and recommendations issued by the Discovery Master. These documents, materials, orders, reports and recommendations shall be the record of the Discovery Master's activities, and shall be maintained in chronological order until the Discovery Master is informed by the parties that all issues herein have been finally disposed of and determined.

14.    The Discovery Master is hereby authorized to receive and consider information and documents designated "CONFIDENTIAL" and "CONFIDENTIAL-ATTORNEYS EYES ONLY" pursuant to the January 4, 2005 Stipulated Protective Order. The Discovery Master agrees to be bound by the January 4, 2005 Order.

15.    All third parties subject to discovery requests or deposition in this litigation shall be bound by the terms of this Stipulation and Order.

Dated: November 22, 2006                    O'MELVENY & MYERS LLP

By: _____
    Diana Torres
    Attorneys for MGA Entertainment, Inc.

Dated: November 29, 2006                    LITTLER MENDELSON

By: _____
    Douglas A. Wickham
    Attorneys for Carter Bryant

1  Dated: ~~November~~ December 4, , 2006

QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP

3  By: _Jon D. Corey_

4  Jon D. Corey
Attorneys for Mattel, Inc.

6  **ORDER**

7  The foregoing Stipulation for Appointment of a Discovery Master is SO

8  ORDERED. *as modified.*

10  Dated: _12-6-06._     _SGLarsen_

11  Hon. Stephen G. Larson
United States District Court Judge

13  **CONSENT OF DISCOVERY MASTER**

14  If appointed by the Court, I, the undersigned, consent to serve as Discovery

15  Master in the above referenced proceeding consistent with this Order.

17  Dated: _12-5-06_     _Edward A. Infante_

18  Hon. Edward A. Infante (Ret.)

STIPULATION FOR APPOINTMENT OF A DISCOVERY
MASTER AND [PROPOSED] ORDER

-7-

EXHIBIT 28 PAGE 433

## PROOF OF SERVICE

1013A(3) CCP Revised 5/1/88

1
**STATE OF CALIFORNIA )**
2
**COUNTY OF LOS ANGELES )**

3      I am employed in the county of Los Angeles State of California. I am over the age of 18 and not a party to the within action; my business address is: 865 South Figueroa Street, 10th Floor,
4  Los Angeles, CA 90012.

5      On December 5, 2006, I served the foregoing document described as **STIPULATION FOR APPOINTMENT OF A DISCOVERY MASTER; AND [PROPOSED ORDER** on all interested parties in this action.
6

7  **Keith A. Jacoby, Esq.**                    **Diana M. Torres, Esq.**
   **Douglas Wickham, Esq.**                    **O'Melveney & Meyers**
   **Littler Mendelson**                        400 S. Hope Street
8  **A Professional Corporation**               Los Angeles, CA 90071
   2049 Century Park East, 5th Floor            Phone: 213-430-6000
9  Los Angeles, California 90067-3107           **Fax: 213-430-6407**
   Phone: 310-553-0308
10 **Fax: 310-553-5583**

11

12 [ ]   By placing [ ] the original [X ] true copies thereof enclosed in sealed envelopes addressed
       as follows:
13

   [X]   **BY MAIL**
14

15 [ ]   I deposited such envelope in the mail at Los Angeles, California.  The envelope was mailed
       with postage thereon fully prepaid.

16 [ ]   As follows:  I am "readily familiar" with the firm's practice of collection and processing
       correspondence for mailing.  Under that practice it would be deposited with U.S. postal
17     service on that same day with postage thereon fully prepaid at Los Angeles, California in the
       ordinary course of business.  I am aware that on motion of the party served, service is
18     presumed invalid if postal cancellation date or postage meter date is more than one day after
       date of deposit for mailing in affidavit.

19 [ ]   **BY TELECOPIER** By transmitting the above listed document(s) to the fax number(s)
       set forth above on this date.
20

21 [ ]   **BY PERSONAL SERVICE** I delivered such envelope by hand to the addressee.

22 Executed on December 5, 2006, at Los Angeles, California.

23 [ ]   (State) I declare under penalty of perjury under the laws of the State of California that the
       above is true and correct.

24 [X]   (Federal) I declare that I am employed in the office of a member of the bar of this court at
       whose direction the service was made.
25

26
   ___Cheri Hatch___                         _____
27 Print Name                                Signature

28

EXHIBIT 28 PAGE 434

# EXHIBIT 29



# PRIORITY SEND

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA 92501
### CIVIL MINUTES -- GENERAL

Case No.    CV 04-09049 SGL(RNBx)                    Date: October 15, 2007
Title:      CARTER BRYANT -v- MATTEL, INC.
            AND CONSOLIDATED ACTIONS
==============================================================================
PRESENT:   HONORABLE STEPHEN G. LARSON, U.S. DISTRICT JUDGE

Jim Holmes                              Theresa Lanza
Courtroom Deputy Clerk                  Court Reporter

ATTORNEYS PRESENT FOR CARTER        ATTORNEYS PRESENT FOR MATTEL:
BRYANT:

Matthew M. Werdegar                     Jon D. Corey
                                        B. Dylan Proctor
                                        Michael T. Geller
ATTORNEYS PRESENT FOR MGA:

Scott H. Dunham
Marc Feinstein
Aman Khan
Thomas J. Nolan
Carl A. Roth

PROCEEDINGS:   **ORDER REGARDING STATUS CONFERENCE**

The Court held a status conference. The Court informed counsel that it had reviewed MGA's transition plan and had approved the proposed substitution of counsel.

As discussed, the Court enters what the parties have termed a "soft stay" until October 31, 2007. Specifically, all proceedings and discovery are STAYED during that time, including the October 23, 2007, discovery matter before Judge Infante; however, the parties shall continue to produce paper discovery and they may continue to serve discovery requests.

Pursuant to this stay, the Court continues the Motion to Strike Carlos Gustavo Machado

MINUTES FORM 90                          Initials of Deputy Clerk __jh__
CIVIL -- GEN                                        00/30

DOCKETED ON CM
OCT. 16 2007
BY

10-15

EXHIBIT 29   PAGE 1089



Gomez's Affirmative Defenses, set on this Court's calendar for October 22, 2007, to November 5, 2007, at 10:00 a.m. in Courtroom #1 of the above-referenced Court.

The Court sets a further status conference, on October 31, 2007, at 1:00 p.m., in Courtroom #1 of the above-referenced Court. Lead trial counsel and/or attorneys of record who can make commitments on behalf of lead trial counsel shall be present. The parties shall be prepared to address any issues related to the transition plan, whether the stay imposed by the Court should remain in place (and if so, for how long), and the selection of a settlement officer.

The parties are encouraged to assess whether the services of Ambassador Pierre-Richard Prosper as a settlement officer would be helpful to a resolution of the consolidated actions as discussed on the record. The Court will inquire as to whether any parties have any objection to Ambassador Prosper serving as the settlement officer herein, and will thereafter set a time frame for conducting settlement proceedings. For the parties' convenience, the resume of Ambassador Prosper is attached.

IT IS SO ORDERED.

c:    Judge Infante

MINUTES FORM 90
CIVIL -- GEN                              2

Initials of Deputy Clerk __jh_____

EXHIBIT *29* PAGE */30*

# EXHIBIT 30

# PRIORITY SEND

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA 92501
### CIVIL MINUTES -- GENERAL

Case No.   CV 04-09049 SGL(RNBx)                    Date: October 31, 2007
Title:      CARTER BRYANT -v- MATTEL, INC.
            AND CONSOLIDATED ACTIONS
=========================================================================
PRESENT:  HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

            Jim Holmes                          Theresa Lanza
            Courtroom Deputy Clerk              Court Reporter

ATTORNEYS PRESENT FOR CARTER          ATTORNEYS PRESENT FOR MATTEL:
BRYANT:

Christa Martine Anderson              John Quinn
Matthew M. Werdegar                   Jon D. Corey
                                      Michael T. Zeller

ATTORNEYS PRESENT FOR MGA:            ATTORNEY PRESENT FOR CARLOS
                                      GUSTAVO MACHADO GOMEZ:

Thomas J. Nolan                       Alexander H. Cote
Carl A. Roth

PROCEEDINGS:   **ORDER REGARDING STATUS CONFERENCE**

      The Court held a status conference to consider the current schedule set for Phase 1 of the
consolidated cases as well as the issue of the selection of a settlement officer for both Phase 1
and Phase 2 of the consolidated cases.

      For reasons discussed on the record, the Court enters a two-week STAY in these actions,
beginning November 1, 2007, and continuing through November 14, 2007. During that time, the
parties shall serve no discovery requests (including subpoenas) on parties or third parties. The
obligation to respond to any outstanding discovery requests is likewise suspended for that time
frame. No depositions shall be conducted during this time. The matters to be heard before Judge
Infante, the discovery master herein, are to be rescheduled to a date determined by Judge Infante,

MINUTES FORM 90                                   Initials of Deputy Clerk __jh_____
CIVIL -- GEN                        1            Time: 00/20

EXHIBIT 30 PAGE 437

provided, however, that such date is no earlier than November 26, 2007, and that no opposition or reply papers may be required to be filed during the pendency of the stay.

The Court CONTINUES the November 19, 2007, hearing on the Motion For Leave to Serve A Supplemental Interrogatory to December 3, 2007, at 10:00 a.m.

The current schedule regarding Phase 1 of the trial in these consolidated actions is modified as follows:

| | |
|---|---|
| Fact discovery cutoff: | 01/28/08 |
| Initial Expert Reports: | 02/11/08 |
| Rebuttal Expert Reports: | 03/17/08 |
| Last date for settlement conference: | VACATED (see below for Court's directive regarding mandatory settlement procedures) |
| Expert discovery cutoff: | 03/31/08 |
| Dispositive Motions hearing cutoff: | 03/31/08 @ 10:00 a.m. |
| Pretrial conference order and associated trial documents including proposed jury instructions: | 04/21/08 |
| Filing of Motions in Limine: | 05/05/08 |
| Pretrial conference: | 05/05/08 @ 11:00 a.m. |
| Hearing on Motions in Limine and Jury Instructions: | 05/19/08 @ 11:00 a.m. |
| Trial: | 05/27/08 @ 9:00 a.m. |

The schedule for Phase 2, previously set by the Court by Order filed February 22, 2007, in the case captioned MGA Entertainment, Inc. v. Mattel, Inc., et al., CV 05-02727, is VACATED. The Court will consider the scheduling of Phase 2 at a later date. However, the Court DENIES MGA's request to delay or otherwise bifurcate discovery regarding Phase 2 issues.

At the status conference, the parties acknowledged on the record their mutual agreement to the selection of Ambassador Pierre-Richard Prosper as the settlement officer for these

EXHIBIT 30 PAGE 438

consolidated cases, and the Court hereby APPOINTS him in that capacity. Counsel are directed to contact Ambassador Prosper to schedule a settlement conference on or before December 1, 2007. The settlement conference is to be directed towards resolution of both phases of this litigation. Counsel are ORDERED to carefully and diligently follow Ambassador Prosper's directions concerning preparation for and conduct at any settlement conferences. The parties will be jointly responsible for paying the Ambassador's reasonable and customary rate for services rendered. A failure to comply with this order, or a failure to provide reasonable compensation to the Settlement Officer upon completion of the mediation, may result in the imposition of appropriate sanctions. Ambassador Prosper is directed to provide a status report to the Court following the conclusion of the settlement efforts.

IT IS SO ORDERED.

c:   Judge Infante
     Ambassador Prosper

MINUTES FORM 90
CIVIL -- GEN                                 3

Initials of Deputy Clerk __jh_____
Time: 00/20

EXHIBIT 30 PAGE 4/34

Case 2:04-cv-09049-SG   NB   Document 1104   Filed 10/   2007   Page 4 of 4

## NOTICE PARTY SERVICE LIST

**Case No.**  CV 04-09049 SGL(RNBx)   **Case Title**  Carter Bryant v. Mattel, Inc.

**Title of Document**  Minute Order Issued October 31, 2007

| | |
|---|---|
| | Atty Sttlmnt Officer Panel Coordinator |
| | BAP (Bankruptcy Appellate Panel) |
| | Beck, Michael J (Clerk, MDL Panel) |
| | BOP (Bureau of Prisons) |
| | CA St Pub Defender (Calif. State PD) |
| | CAAG (California Attorney General's Office - Keith H. Borjon, L.A. Death Penalty Coordinator) |
| | Case Asgmt Admin (Case Assignment Administrator) |
| | Catterson, Cathy (9th Circuit Court of Appeal) |
| | Chief Deputy Admin |
| | Chief Deputy Ops |
| | Clerk of Court |
| | Death Penalty H/C (Law Clerks) |
| | Dep In Chg E Div |
| | Dep In Chg So Div |
| | Federal Public Defender |
| | Fiscal Section |
| | Intake Section, Criminal LA |
| | Intake Section, Criminal SA |
| | Intake Supervisor, Civil |
| | PIA Clerk - Los Angeles (PIALA) |
| | PIA Clerk - Riverside (PIAED) |
| | PIA Clerk - Santa Ana (PIASA) |
| | PSA - Los Angeles (PSALA) |
| | PSA - Riverside (PSAED) |
| | PSA - Santa Ana (PSASA) |
| | Schnack, Randall (CJA Supervising Attorney) |
| | Statistics Clerk |

| | |
|---|---|
| | US Attorneys Office - Civil Division -L.A. |
| | US Attorneys Office - Civil Division - S.A. |
| | US Attorneys Office - Criminal Division -L.A. |
| | US Attorneys Office - Criminal Division -S.A. |
| | US Bankruptcy Court |
| | US Marshal Service - Los Angeles (USMLA) |
| | US Marshal Service - Riverside (USMED) |
| | US Marshal Service -Santa Ana (USMSA) |
| | US Probation Office (USPO) |
| | US Trustee's Office |
| | Warden, San Quentin State Prison, CA |

| ✓ | **ADD NEW NOTICE PARTY** (if sending by fax, mailing address must also be provided) |
|---|---|

Name: Ambassador Pierre-Richard Prosper

Firm:

Address *(include suite or floor)*:  P.O. Box 581103

Salt Lake City, UT  84158

*E-mail:  prprosper@gmail.com

*Fax No.:

* For CIVIL cases only

| *JUDGE / MAGISTRATE JUDGE (list below):* |
|---|
| |
| |
| |
| |

**Initials of Deputy Clerk** jh

EXHIBIT 30 PAGE 440