QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED CASES | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. CV 04-09059 and Case No. CV 05-02727<br><br>NOTICE OF ERRATUM RE MATTEL, INC.'S NOTICE OF MOTION AND MOTION (1) TO ENFORCE COURT'S DISCOVERY ORDERS AND TO COMPEL; (2) TO OVERRULE IMPROPER INSTRUCTIONS; AND (3) FOR SANCTIONS<br><br>Hearing Date: January 4, 2008<br>Time: 9:00 a.m.<br>Place: TBD<br><br>Discovery Cut-off: January 28, 2008<br>Pre-trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2322179.1

Case No. CV 04-9049 SGL (RNBx)
NOTICE OF ERRATUM

1  In Mattel, Inc.'s ("Mattel") electronic filing of its Notice of Motion and
2  Motion (1) To Enforce Court's Discovery Orders and To Compel; (2) To Overrule
3  Improper Instructions; and (3) For Sanctions, and related documents (the "Motion"),
4  docket number 1184, Mattel inadvertently designated its Motion as a discovery
5  hearing before Magistrate Judge Edward A. Infante. Mattel submits herewith those
6  previously filed documents with correct docket entries reflecting that the Motion
7  will be heard before the Special Master Edward A. Infante.

DATED: December 11, 2007        QUINN EMANUEL URQUHART OLIVER &
                                HEDGES, LLP

                                By  /s/ Jon D. Corey
                                    Jon D. Corey
                                    Attorneys for Mattel, Inc.