```
 1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
      John B. Quinn (Bar No. 090378)
 2    (johnquinn@quinnemanuel.com)
      Michael T. Zeller (Bar No. 196417)
 3    (michaelzeller@quinnemanuel.com)
      Jon D. Corey (Bar No. 185066)
 4    (joncorey@quinnemanuel.com)
    865 South Figueroa Street, 10th Floor
 5  Los Angeles, California 90017-2543
    Telephone: (213) 443-3000
 6  Facsimile: (213) 443-3100

 7  Attorneys for Mattel, Inc.
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Hon. Edward Infante (Ret.) Pursuant To Order Of December 6, 2006]**<br><br>NOTICE OF LODGING IN SUPPORT OF MATTEL, INC.'S NOTICE OF MOTION AND MOTION (1) TO ENFORCE COURT'S DISCOVERY ORDERS AND TO COMPEL; (2) TO OVERRULE IMPROPER INSTRUCTIONS; AND (3) FOR SANCTIONS<br><br>Hearing Date:   January 4, 2008<br>Time:           9:00 a.m.<br>Place:          TBD<br><br>Discovery Cut-off:      January 28, 2008<br>Pre-trial Conference:   May 5, 2008<br>Trial Date:             May 27, 2008 |

07209/2300195.2

NOTICE OF LODGING

1  TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF
2  RECORD, PLEASE TAKE NOTICE that plaintiff Mattel, Inc. hereby lodges the
3  following condensed transcripts with Discovery Master Infante in support of its
4  Motion (1) To Enforce Court's Discovery Orders and To Compel; (2) To Overrule
5  Improper Instructions; and (3) For Sanctions:

6  1. Condensed transcript of the deposition of Rebecca Harris, Volume I,
7     dated July 20, 2007;
8  2. Condensed transcript of the deposition of Kenneth Lockhart, Volume I,
9     dated June 14, 2007;
10 3. Condensed transcript of the deposition of Kenneth Lockhart, Volume
11    II, dated June 15, 2007;
12 4. Condensed transcript of the deposition of Lisa Tonnu, Volume I, dated
13    July 19, 2007;
14 5. Condensed transcript of the deposition of Lisa Tonnu, Volume II, dated
15    September 24, 2007;
16 6. Condensed transcript of the deposition of Lisa Tonnu, Volume III,
17    dated September 25, 2007.
18 7. Condensed transcript of the deposition of Spencer Woodman, Volume
19    I, dated October 9, 2007.

21 DATED: December 5, 2007        QUINN EMANUEL URQUHART OLIVER &
                                  HEDGES, LLP

                                  By /s/ Jon D. Corey
                                  Jon D. Corey
                                  Attorneys for Mattel, Inc.

07209/2300195.2

NOTICE OF LODGING