Jon D. Corey
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
865 SOUTH FIGUEROA STREET
10th FLOOR
LOS ANGELES, CA 90017
(213) 443-3000

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>PLAINTIFF(S)<br>v.<br>MATTEL, INC., a Delaware corporation,<br><br>DEFENDANT(S). | CASE NUMBER:<br>CV 04-9049<br>Consolidated with Case<br>Nos.CV 04-09059 & 05-02727<br><br>NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
(1) Mattel, Inc.'s Notice of Motion and Motion to Compel Kay Scholer to Produce Documents **FILED UNDER SEAL**; (2) Notice of Motion and Motion to Compel Kay Scholer to Produce Documents **PUBLIC REDACTED**; (3) Application to File Under Seal Portions of Mattel, Inc.'s Motion to Compel Production from Kaye Scholer; [Proposed] Order; (4) Declaration of Juan Pablo Albán in Support of Motion to Compel Kaye Scholer to Produce Documents **FILED UNDER SEAL**; (5) Declaration of Juan Pablo Albán in Support of Motion to Compel Kaye Scholer to Produce Documents **PUBLIC REDACTED**; (6) Application to File Under Seal Exhibits 23 and 32 to the Declaration of Juan Pablo Albán in Support of Motion to Compel Production from Kay Scholer; [Proposed] Order; Proof of Service

**Document Description:**

[ ] Administrative Record

[x] Exhibits

[ ] Ex Part Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)

[ ] Other

**Reason:**

[x] Under Seal

[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

[ ] Electronic versions are not available to filer

[x] Per Court order dated  Jan. 4, 2005

[ ] Manual Filing required (*reason*):

December 12/11/07
Date

Jon D. Corey
Attorney Name

MATTEL, INC., a Delaware corporation,
Party Represented

Note: File one Notice in each case, each time you manually file document(s).