1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   John B. Quinn (Bar No. 90378)
2    (johnquinn@quinnemanuel.com)
   Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
   Jon D. Corey (Bar No. 185066)
4    (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
6  Facsimile: (213) 443-3100

7  Attorneys for Plaintiff
   Mattel, Inc.

8              UNITED STATES DISTRICT COURT

9            CENTRAL DISTRICT OF CALIFORNIA

10                  EASTERN DIVISION

11 | CARTER BRYANT, an individual,        | CASE NO. CV 04-9049 SGL (RNBx)
   |                                      | Consolidated with
12 |            Plaintiff,                | Case Nos. CV 04-09059 & CV 05-2727
   |                                      |
13 |                                      | Hon. Stephen G. Larson
   |      vs.                             |
14 |                                      | MATTEL INC.'S APPLICATION TO
   |                                      | FILE UNDER SEAL EXHIBITS 23
15 | MATTEL, INC., a Delaware             | AND 32 TO THE DECLARATION OF
   | corporation,                         | JUAN PABLO ALBAN IN SUPPORT
16 |                                      | OF MATTEL, INC.'S MOTION TO
   |                                      | COMPEL PRODUCTION FROM
17 |            Defendant.                | KAYE SCHOLER; AND
   |                                      |
18 |                                      | [PROPOSED] ORDER
   |_____|
19 | AND CONSOLIDATED ACTIONS             |
   |                                      | Hearing Date:   January 10, 2008
20 |                                      | Time:           9:00 a.m.
   |                                      | Place:          Telephonic
21

22                                         **Phase I**
                                           Discovery Cut-off:   January 28, 2008
23                                         Pre-trial Conference: May 5, 2008
                                           Trial Date:          May 27, 2008

24

25

26

27

28

07209/2319069.1

                                              APPLICATION TO FILE UNDER SEAL

1

2                            [PROPOSED] ORDER

3

4           Based on the above Application, and good cause appearing for the

5    entry thereof, IT IS HEREBY ORDERED:

6           Exhibits 23 and 32 to the Declaration of Juan Pablo Albán submitted in

7    support of Mattel's Motions to Compel Kaye Scholer to Produce Documents, are

8    ORDERED lodged under seal pursuant to Local Rule 79-5.1.

9

10

11   DATED:                   , 2007   _____
                                       Hon. Stephen G. Larson
12                                     United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

07209/2319069.1

-3-

APPLICATION TO FILE UNDER SEAL