QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  timalger@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>            Plaintiff,<br><br>     vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>            Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-09049 SGL (RNBx)<br><br>Consolidated with Case No. CV 04-09059 & Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Hon. Edward Infante (Ret.)]**<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBIT 1 TO THE SUPPLEMENTAL DECLARATION OF SCOTT B. KIDMAN AND EXHIBIT 3 TO THE SUPPLEMENTAL NOTICE OF LODGING IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS<br><br>[PROPOSED] ORDER<br><br>Hearing Date: December 14, 2007<br>Time: 9:30 a.m.<br>Place: JAMS S.F. Office<br><br>**Phase 1:**<br><br>Discovery Cut-off: January 28, 2008<br>Pre-trial Conference: April 21, 2008<br>Trial Date: May 27, 2008 |

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2  entered by the Court in this action, plaintiff and counter-defendant Mattel, Inc.
3  ("Mattel") hereby respectfully requests that the Court order filed under seal
4  Exhibit 1 to the concurrently filed Supplemental Declaration of Scott B. Kidman
5  ("Supplemental Kidman Declaration"), and Exhibit 3 to the Supplemental Notice of
6  Lodging in Support of Mattel, Inc.'s Motion to Compel Production of Documents
7  ("Supplemental Notice").

8  MGA Entertainment, Inc. has designated Exhibit 1 to the Supplemental
9  Kidman Declaration, and Exhibit 3 to the Supplemental Notice as "Confidential--
10 Attorneys' Eyes Only."  As the above stated exhibits consist of materials designated
11 by MGA Entertainment, Inc. as "Confidential--Attorneys' Eyes Only," Mattel
12 requests that the Court order that these exhibits to the Supplemental Kidman
13 Declaration and Supplemental Notice be filed under seal.

14 In the alternative, Mattel requests that the Court declare that Exhibit 1
15 to the Supplemental Kidman Declaration, and Exhibit 3 to the Supplemental Notice
16 are outside the definitions of "Confidential" as contained in the Stipulated Protective
17 Order and order them to be filed as part of the public record.

DATED:  December 7, 2007        QUINN EMANUEL URQUHART OLIVER &
                                HEDGES, LLP

                                By /s/ Scott B. Kidman
                                   Scott B. Kidman
                                   Attorneys for Mattel, Inc.

## ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Exhibit 1 to the concurrently filed Supplemental Declaration of Scott B. Kidman, and Exhibit 3 to the Supplemental Notice of Lodging in Support of Mattel, Inc.'s Motion to Compel Production of Documents, are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: December 10, 2007

_____

*[signature]*

Hon. Stephen G. Larson
United States District Judge