QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
johnquinn@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Hon. Edward Infante (Ret.)]**<br><br>[PUBLIC REDACTED] DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MATTEL, INC.'S MOTION AND MOTION TO COMPEL PRODUCTION OF IMPROPERLY WITHHELD MGA DOCUMENT SHOWING MGA'S AND BRYANT'S MISREPRESENTATIONS TO THE PATENT OFFICE IN CONNECTION WITH BRATZ AND TO COMPEL 30(B)(6) TESTIMONY<br><br>Hearing Date: January 4, 2008<br>Time: 9:00 a.m.<br>Place: Telephonic<br><br>Phase I:<br>Discovery Cut-off: January 28, 2008<br>Pre-trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2312068.2

ZELLER DECLARATION ISO MOTION TO COMPEL

**DECLARATION OF MICHAEL T. ZELLER**

I, Michael T. Zeller, declare as follows:

1.  I am a member of the bars of the States of California, New York and Illinois and a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for plaintiff and counter-defendant, Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2.  MGA Entertainment, Inc. ("MGA") produced to Mattel a document bearing Bates numbers MGA 0825680-0825682. The first page of this document is a standard fax cover sheet that appears to have been sent by Bobby Newquist to Alan Rose, MGA's patent attorney at the time. Following the fax cover sheet are faxed technical drawings of a ▬▬▬▬▬▬▬▬▬▬▬▬▬▬ ▬▬▬. As I recall them, the drawings themselves do not contain any substantive written communications from Mr. Newquist to Mr. Rose.

3.  During the deposition of Bryan Armstrong, MGA's Rule 30(b)(6) designee on patent and trademark applications, among other topics, MGA asserted the attorney-client privilege over this document and refused to allow questions about it. Attached hereto as Exhibit 1 are true and correct copies of relevant excerpts from the Deposition of Bryant Armstrong, dated July 18, 2007.

4.  By letter dated August 17, 2007, MGA again claimed the document was privileged and inadvertently produced. Attached as Exhibit 2 is a true and correct copy of the letter counsel for MGA sent to my partner, Timothy L. Alger, dated August 17, 2007. Mattel destroyed its copies of these documents and so certified by letter dated August 22, 2007. Attached hereto as Exhibit 3 is a true and correct copy of a letter my associate, Heidi Frahm, sent to counsel for MGA, dated August 23, 2007.

5.  MGA produced to Mattel a document entitled United States Patent Application for Doll with Aesthetic Changeable Footgear, Bates numbered

07209/2312068.2

-2-

ZELLER DECLARATION ISO MOTION TO COMPEL

1  MGA 0825485 - MGA 0825495. Attached hereto as Exhibit 4 is a true and correct
2  copy of the patent application, as produced by MGA.
3        6.    The drawings in the withheld document at issue now appear to
4  █████████████████████████████████████████████████████████████
5  █████████████████████████████████████████████████████████████
6  █████████████████████████████████████████████████████████████
7  ███████████████████████████████████.
8        7.    MGA produced to Mattel a non-final United States Patent and
9  Trademark Office Action Summary dated May 12, 2003, Bates numbered MGA
10 0825466 - MGA 0825471. Attached hereto as Exhibit 5 is a true and correct copy
11 of the Non-Final Office Action, as produced by MGA.
12       8.    MGA produced to Mattel a final United States Patent and
13 Trademark Office Action Summary dated October 28, 2003, Bates numbered MGA
14 0825438 - MGA 0825455, rejecting the patent application attached hereto as Exhibit
15 4. Attached hereto as Exhibit 6 is a true and correct copy of the Final Office Action,
16 as produced by MGA.
17       9.    MGA produced to Mattel a document entitled Declaration of
18 Carter Bryant, Bates numbered MGA 0825457-MGA 0825460. Attached hereto as
19 Exhibit 7 is a true and correct copy of Mr. Bryant's declaration, as produced by
20 MGA.
21       10.   Attached hereto as Exhibit 8 is a true and correct copy of a letter
22 I sent to Thomas Nolan, counsel for MGA, dated October 29, 2007.
23       11.   Following Mattel's requests for a conference of counsel, my
24 partner Dylan Proctor met and conferred with Amy Park, counsel for MGA,
25 regarding this matter. Based on the authorities provided by Mattel, MGA agreed to
26 produce the fax cover sheet it had previously withdrawn, but continued to refuse to
27 produce the attached drawings. Attached hereto as Exhibits 9 and 10 are true and
28 correct copies of letters Ms. Park sent to Mr. Proctor, dated December 5, 2007.

1        12.    Attached hereto as Exhibit 11 are true and correct copies of
2  relevant excerpts from the Deposition of Carter Bryant, dated November 4-8, 2004.

5        I declare under penalty of perjury under the laws of the United States of
6  America that the foregoing is true and correct.

7        Executed on December 10, 2007, at Los Angeles, California.

                                          _/s/ Michael T. Zeller_
                                          Michael T. Zeller