QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemnauel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>　　　　　Defendant.<br><br>CONSOLIDATED ACTIONS | CASE NO. CV 04-09049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>ORDER RE: ISAAC LARIAN'S AMENDED ANSWER DATED NOVEMBER 8, 2007<br><br>Phase 1:<br>Discovery Cut-off:　　January 28, 2008<br>Pre-trial Conference:　May 5, 2008<br>Trial Date:　　　　　May 27, 2008 |

**ORDER**

IT IS HEREBY ORDERED THAT the Court's Order of December 3, 2007, denying Mattel's motion to strike and/or for partial summary judgment without prejudice, shall be deemed to apply equally to those same defenses in the Amended Answer of Isaac Larian dated November 8, 2007, without prejudice to Mattel's right to challenge the viability of Larian's defenses at a later time.

DATED: December 12, 2007          HON. STEPHEN G. LARSON