# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| PLAINTIFF(S)<br>v.<br>DEFENDANT(S). | **NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**


**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)

☐ Other


**Reason:**

☐ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☐ Manual Filing required (*reason*):


_____                          _____
Date                                                                                       Attorney Name

                                                                                            _____
                                                                                            Party Represented

Note:   File one Notice in each case, each time you manually file document(s).

G-92 (02/07)                                              **NOTICE OF MANUAL FILING**


Case 2:04-cv-09049-DOC-RNB   Document 1234   Filed 12/12/07   Page 2 of 2   Page ID #:7681

## DOCUMENT LIST

(1) MGA'S AND CARTER BRYANT'S JOINT NOTICE OF MOTION AND MOTION TO COMPEL THE DEPOSITION TESTIMONY OF ROBERT ECKERT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF;

(2) DECLARATION OF MARCUS R. MUMFORD IN SUPPORT OF MGA'S MOTION TO COMPEL THE DEPOSITION TESTIMONY OF ROBERT ECKERT;

(3) APPLICATION TO FILE UNDER SEAL MGA'S AND CARTER BRYANT'S JOINT NOTICE OF MOTION AND MOTION TO COMPEL THE DEPOSITION TESTIMONY OF ROBERT ECKERT, MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF, AND DECLARATION OF MARCUS R. MUMFORD IN SUPPORT THEREOF; [PROPOSED] ORDER; and

(4) PROOF OF SERVICE

PROOF OF SERVICE                                                    NO. CV 04-9049 SGL (RNBx)
