1  THOMAS J. NOLAN (Bar No. 066992)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2  300 South Grand Avenue
   Los Angeles, California 90071-3144
3  Telephone:  (213) 687-5000
   Facsimile:   (213) 687-5600
4  E-mail:       tnolan@skadden.com

5  RAOUL D. KENNEDY (Bar No. 40892) (ATTORNEY TO BE NOTICED)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
6  4 Embarcadero Center, 38th Floor
   San Francisco, CA  94111-5974
7  Telephone:  (415) 984-6400
   Facsimile:   (415) 984-2698
8  Email:        rkennedy@skadden.com

9  Attorneys for MGA Entertainment, Inc.,
   MGA Entertainment (HK) Limited,
10 and Isaac Larian

11             UNITED STATES DISTRICT COURT
12             CENTRAL DISTRICT OF CALIFORNIA
13                    EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>  Plaintiff,<br><br>  v.<br><br>MATTEL, INC., a Delaware corporation<br><br>  Defendant.<br><br>Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>**DISCOVERY MATTER**<br><br>**[To be heard by Discovery Master Hon. Edward A. Infante (Ret.)]**<br><br>**DECLARATION OF AMY S. PARK IN RESPONSE TO SUPPLEMENTAL DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S MOTION TO ENFORCE THE COURT'S ORDER OF MAY 15, 2007 (MOTION NO. 6)**<br><br>Hearing Date:  December 14, 2007<br>Time:             10:30 a.m.<br>Place:            JAMS<br><br>**Phase 1:**<br>Discovery Cut-Off:     January 28, 2008<br>Pre-Trial Conference:  May 5, 2008<br>Trial Date:                  May 27, 2008 |

DECL. OF AMY S. PARK IN RESPONSE TO SUPPLE. DECL. OF B. DYLAN PROCTOR

I, Amy S. Park, declare as follows:

1. I am a member of the Bar of the State of California, a partner in the firm of Skadden, Arps, Slate, Meagher & Flom LLP "Skadden"), and am one of the counsel of record for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, and Isaac Larian (collectively "MGA"). Except where otherwise indicated, I have personal knowledge of the following and, if called upon to do so, could competently testify as follows.

2. Following Skadden's substitution into the case as counsel for MGA, Skadden undertook measures (including reviewing client files and contacting former and current counsel to Carter Bryant, the Littler Mendelson and Keker & Van Nest firms, respectively) to try to comply with the Court's May 15, 2007 Order ("Order") regarding production of documents and communications related to the fee agreement between Mr. Bryant (through both his current and former counsel) and MGA.

3. Prior to producing the documents on November 23, 2007, among other things, I contacted Doug Wickam and Keith Jacoby at the Littler Mendelson firm, and was advised that: (i) there were only one or two non-privileged documents that are responsive to the Order as it relates to the Littler Mendelson firm, namely the retainer agreement between the firm and MGA and a letter regarding the agreement; and (ii) there are no other documents reflecting communications regarding that agreement or negotiations regarding it.

4. On November 23, 2007, MGA produced the Littler Mendelson agreement and related letter from Littler Mendelson to MGA (MGA 3709838-3709846).

5. I supervised other Skadden attorneys who reviewed the MGA files and confirmed that the files do not contain any responsive documents other than those that were produced on November 23 or identified on the privilege log that was also produced on that date. Contrary to the suggestion in paragraph 12 of Mr. Proctor's Supplemental Declaration, MGA is not knowingly withholding or otherwise failing

1  to log any documents in its possession, custody or control that are responsive to the
2  Order regarding documents and communications related to the fee agreement
3  between Mr. Bryant and MGA.
4      I declare under the penalty of perjury under the laws of the United States of
5  America that the foregoing is true and correct.
6      Executed on December 12, 2007 at Palo Alto, California.

                                    /s/ Amy S. Park_____
                                    Amy S. Park

2
DECL. OF AMY S. PARK IN RESPONSE TO SUPPLE. DECL. OF B. DYLAN PROCTOR