# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is 4 Embarcadero Center, Suite 3800, San Francisco, California 94111.

On **December 12, 2007**, I served the foregoing documents described as:

**DECLARATION OF AMY S. PARK IN RESPONSE TO SUPPLEMENTAL DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S MOTION TO ENFORCE THE COURT'S ORDER OF MAY 15, 2007 (MOTION NO. 6)**

on the interested parties in this action addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒  (BY PERSONAL SERVICE)    ☐  By personally delivering copies to the person served. (FEDERAL) (As Noted.)

☒  I caused such documents to be hand delivered to the office of the addressee. (FEDERAL) (As Noted.)

☒  (BY FEDERAL EXPRESS) I am readily familiar with the firm's practice for the daily collection and processing of correspondence for deliveries with the Federal Express delivery service and the fact that the correspondence would be deposited with Federal Express that same day in the ordinary course of business; on this date, the above-referenced document was placed for deposit at San Francisco, California and placed for collection and delivery following ordinary business practices. (As Noted.)

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed on **December 12, 2007** at San Francisco, California.

| Pat Owens | /s/ Pat Owens |
|---|---|
| Print Name | Signature |

## SERVICE LIST

| | |
|---|---|
| John B. Quinn, Esq.<br>Michael T. Zeller, Esq.<br>Jon D. Corey, Esq.<br>Timothy L. Alger, Esq.<br>Quinn Emanuel Urquhart<br>  Oliver & Hedges, LLP<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA  90017-2543<br>Telephone:  (213) 443-3000<br>Facsimile:   (213) 443-3100<br><br>Attorneys for Mattel, Inc.<br>[Personal Service] | John W. Keker, Esq.<br>Michael H. Page, Esq.<br>Keker & Van Nest, LLP<br>710 Sansome Street<br>San Francisco, CA  94111<br>Telephone:  (415) 391-5400<br>Facsimile:   (415) 397-7188<br><br>Attorneys for Carter Bryant<br>[Federal Express] |

Mark E. Overland, Esq.
Alexander H. Cote, Esq.
David C. Scheper, Esq.
Overland Borenstein Scheper & Kim
300 South Grand Avenue, Suite 2750
Los Angeles, CA  90071
Telephone:  (213) 613-4655
Facsimile:   (213) 613-4656

Attorneys for Carlos Gustavo
Machado Gomez
[Federal Express]