FILED
CLERK, U.S. DISTRICT COURT

DEC 10 2007

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION          BY DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER |
|---|---|
| CARTER BRYANT, an Individual, | |
| PLAINTIFF(S) | CV 04-09049 SGL (RNBx) |
| v. | |
| MATTEL, INC., a Delaware corporation, | **ORDER STRIKING FILED DOCUMENTS FROM THE RECORD** |
| DEFENDANT(S). | |

WHEREAS, the documents listed below were improperly filed for the following reason(s) duplicate paper submissions of previously electronically filed motions and supporting documents.

IT IS HEREBY ORDERED that the documents shall be stricken from the record and shall not be considered by the Court:

| **Document Entitled** | **Filed** |
|---|---|
| Mattel, Inc.'s Notice of Motion to Compel Farhad Larian to Produce | 12-7-07 |
| Mattel, Inc.'s Notice of Motion to Compel Stern & Goldberg to Prod | 12-7-07 |
| Mattel, Inc.'s Separate Statement in Support of Motion to Compel | 12-7-07 |
| Mattel, Inc.'s Declaration of Juan Pablo Alban in Support | 12-7-07 |
| Mattel, Inc.'s Proof of Service | 12-7-07 |
| Mattel, Inc.'s Proof of Service | 12-7-07 |

IT IS FURTHER ORDERED that the documents shall not be returned to the filing party; however, the Clerk shall note on the case docket that the documents are stricken from the record.

DEC 10 2007

Date

/s/ Stephen G. Larson

Stephen G. Larson, United States District Judge

CV-80 (12/95)        ORDER STRIKING FILED DOCUMENTS FROM THE RECORD