1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     John B. Quinn (Bar No. 90378)
2    (johnquinn@quinnemanuel.com)
     Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
     Jon D. Corey (Bar No. 185066)
4    (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California  90017-2543
   Telephone: (213) 443-3000
6  Facsimile: (213) 443-3100

7  Attorneys for Plaintiff
   Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>APPLICATION TO FILE UNDER SEAL CERTAIN EXHIBITS TO THE SUPPLEMENTAL DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S MOTION TO ENFORCE THE COURT'S ORDER OF MAY 15, 2007, TO (I) COMPEL MGA TO PRODUCE COMPELLED DOCUMENTS (INCLUDING FEE AND/OR INDEMNITY AGREEMENTS BETWEEN MGA AND BRYANT), (II) ORDER THAT ANY PRIVILEGE OBJECTIONS HAVE BEEN WAIVED, AND (III) IMPOSE SANCTIONS<br><br>[Local Rule 79-5.1]<br><br>**Phase 1**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2322338.1

APPLICATION TO FILE UNDER SEAL

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2  entered by the Court in this action, plaintiff Mattel, Inc. ("Mattel") hereby
3  respectfully requests that the Court order filed under seal Exhibits 3, 13, and 14 to
4  the concurrently filed Supplemental Declaration of B. Dylan Proctor in Support of
5  Mattel, Inc.'s Motion to Enforce the Court's Order of May 15, 2007, to (I) Compel
6  MGA to Produce Compelled Documents (Including Fee And/Or Indemnity
7  Agreements Between MGA And Bryant), (II) Order That Any Privilege
8  Objections Have Been Waived, And (III) Impose Sanctions ("Supplemental Proctor
9  Declaration").

10  The Supplemental Proctor Declaration attaches as exhibits documents
11  that MGA Entertainment, Inc. ("MGA") has designated as "Confidential" and
12  "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order. As Exhibits
13  3, 13, and 14 to the Supplemental Proctor Declaration consist of materials
14  designated by MGA as "Confidential" and "Confidential--Attorneys' Eyes Only,"
15  Mattel requests that the Court order that these exhibits be filed under seal.

16  In the alternative, Mattel requests that the Court declare these exhibits
17  to be outside the definition of "Confidential" and/or "Confidential--Attorneys' Eyes
18  Only" as contained in the Stipulated Protective Order and order them to be filed as
19  part of the public record.

21  DATED: December 11, 2007    QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

23  By /s/ B. Dylan Proctor / TJ
24     B. Dylan Proctor
       Attorneys for Plaintiff
25     Mattel, Inc.