QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. CV 04-09059 & Case No. CV 05-02727<br><br><u>Hon. Stephen G. Larson</u><br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL CERTAIN PORTIONS OF ITS MOTION TO COMPEL PRODUCTION OF IMPROPERLY WITHHELD MGA DOCUMENT SHOWING MGA'S AND BRYANT'S MISREPRESENTATIONS TO THE PATENT OFFICE IN CONNECTION WITH BRATZ AND TO COMPEL 30(B)(6) TESTIMONY, AND CERTAIN PORTIONS OF AND EXHIBITS TO THE DECLARATION OF MICHAEL T. ZELLER FILED IN SUPPORT THEREOF<br><br>[Local Rule 79-5.1]<br><br>**Phase 1**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2322882.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, plaintiff and counter-defendant Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal:

(1) the following portions of Mattel's Motion To Compel Production Of Improperly Withheld MGA Document Showing MGA's And Bryant's Misrepresentations To The Patent Office In Connection With Bratz And To Compel 30(b)(6) Testimony ("Motion"): 1:7-13, 3:14-15, 4:1-4, 4:6-7, 4:7-8, 4:21-5:2, 6:16-18, 7:4, 7:16, 9:5, 9:17;

(2) the following portions of the concurrently filed Declaration Of Michael T. Zeller In Support Of Mattel's Motion To Compel Production Of Improperly Withheld MGA Document Showing MGA's And Bryant's Misrepresentations To The Patent Office In Connection With Bratz And To Compel 30(b)(6) Testimony ("Zeller Declaration"): 2:12-13, 3:4-7; and

(3) Exhibits 1 and 11 to the Zeller Declaration.

Certain portions of the Motion and the Zeller Declaration describe the contents of a document that MGA Entertainment, Inc. ("MGA") has designated as "Confidential-Attorneys' Eyes Only" pursuant to the Protective Order. Additionally, Exhibits 1 and 11 to the Zeller Declaration are documents that Carter Bryant and MGA have designated as "Confidential" and "Confidential -- Attorneys' Eyes Only" pursuant to the protective order. Accordingly, Mattel requests that the Court order that them filed under seal.

In the alternative, Mattel requests that the Court order that these materials are not protected, and order them publicly filed.

DATED: December 12, 2007    QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By_____
B. Dylan Proctor
Attorneys for Mattel, Inc.