**Exhibit 9**

CALENDARED

RECEIVED

NOV 2 7 2007

1  **OVERLAND BORENSTEIN SCHEPER & KIM LLP**
   MARK E. OVERLAND (State Bar No. 38375)
2  moverland@obsklaw.com
   DAVID C. SCHEPER (State Bar No. 120174)
3  dscheper@obsklaw.com
   ALEXANDER H. COTE (State Bar No. 211558)
4  acote@obsklaw.com
   300 South Grand Avenue, Suite 2750
5  Los Angeles, CA  90071-3144
   Telephone: (213) 613-4655
6  Facsimile:  (213) 613-4656

7  Attorneys for
   Carlos Gustavo Machado Gomez
8

9           **UNITED STATES DISTRICT COURT**

10   **CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION**

11

12  CARTER BRYANT                    CASE NO. 04-9049 SGL (RNBx)

13          Plaintiff,               Consolidated with CV 04-9059 and
                                      CV 05-2727
14      v.
                                     **[DISCOVERY MATTER]**
15  MATTEL, INC.,
                                     **[Improperly Filed Before Discovery**
16          Defendant.               **Master Hon. Edward Infante (Ret.)]**

17                                   **CARLOS GUSTAVO MACHADO**
                                     **GOMEZ'S MEMORANDUM OF**
18                                   **POINTS AND AUTHORITIES IN**
                                     **OPPOSITION TO MATTEL, INC.'S**
19  _____      **MOTION TO COMPEL (1)**
                                     **DEPOSITION OF CARLOS**
20  AND CONSOLIDATED CASES           **GUSTAVO MACHADO GOMEZ**
                                     **[AND] (2) CONSENT TO**
21                                   **PRODUCTION OF ELECTRONIC**
                                     **MAIL MESSAGES**
22

23

24

25

26

27

28

11-26

EXHIBIT _9_ PAGE 53

## MEMORANDUM OF POINTS AND AUTHORITIES

1

2   As counsel for Mattel is well aware, the discovery master has no jurisdiction

3   over the present motion or over Mr. Machado. (Corey Decl. Ex. 26 at 2.) The

4   discovery master's authority for resolving discovery disputes between the parties

5   derives entirely from a single source: the December 6, 2006 *Stipulation For*

6   *Appointment of a Discovery Master* ("Stipulation"). Mr. Machado was not a party

7   to this or any other action against Mattel at that time, and is not a signatory to the

8   Stipulation. In fact, Mr. Machado was not named as a party until January 12, 2007.

9   (Cote Decl. ¶ 2; Ex. A.) Moreover, Mattel has already conceded that Mr. Machado

10  was not served with process until, at the earliest, March 26, 2007. (Cote Decl. Ex.

11  B.) As a result, Mr. Machado has never consented to the discovery master's

12  appointment.

13      "The court must give the parties notice and an opportunity to be heard before

14  appointing a master." Fed. R. Civ. P. 53(b)(1). Similarly, the appointment must be

15  supported by either specific findings, *see* Fed. R. Civ. P. 53(a)(1)(B)-(C), or by the

16  consent of the parties, *see* Fed. R. Civ. P. 53(a)(1)(A). Here, Mr. Machado was

17  never afforded an opportunity to be heard regarding the discovery master. Nor has

18  the Court made any of the findings required under Fed. R. Civ. P. 53(a)(1)(B)-(C).

19  As a result, the only authority for the discovery master's jurisdiction is the parties'

20  consent. Yet, Mr. Machado has never consented to the appointment of the discovery

21  master. Accordingly, this matter cannot be heard by the discovery master.

22      Nor can Mattel object to this result. At the time it negotiated and executed the

23  Stipulation, Mattel had already cemented its plan to bring suit against Mr. Machado.

24  A month earlier, on November 20, 2006, Mattel had filed an amended complaint,

25  naming Mr. Machado as an adverse party. (Cote Decl. ¶ 2, Ex. A.) However,

26  Mattel never sought to obtain Machado's consent to the appointment of the

27  discovery master. Nor was Machado under any obligation to object at that time.

28  "[O]ne becomes a party officially, and is required to take action in that capacity,

2

1   only upon service of a summons or other authority-asserting measure stating the

2   time within which the party served must appear and defend…. [T]he summons

3   continues to function as the *sine qua non* directing an individual or entity to

4   participate in a civil action or forgo procedural or substantive rights." *Murphy*

5   *Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 350-351 (1999).  Prior to

6   service, which did not occur, at the earliest, until four months after the Stipulation

7   was signed, Mr. Machado had no role in the litigation.

8        Consequently, any further discovery motions brought by or against Mr.

9   Machado must be brought before the Hon. Robert N. Block, in conformity with Fed.

10  R. Civ. P. 37 and the appurtenant Local Rules governing the filing of motions to

11  compel, as provided by the Court's standing order.

12  DATED: November 26, 2007        OVERLAND BORENSTEIN SCHEPER &
                                     KIM LLP
13                                   MARK E. OVERLAND
14                                   DAVID C. SCHEPER
                                     ALEXANDER H. COTE
15

16

17                      By: _____

18                           Alexander H. Cote
                             Attorneys for CARLOS GUSTAVO
19                           MACHADO GOMEZ

20

21

22

23

24

25

26

27

28

                                    3

**Exhibit 10**

1  **OVERLAND BORENSTEIN SCHEPER & KIM LLP**
   MARK OVERLAND (State Bar No. 38375)
2  moverland@obsklaw.com
   ALEXANDER H. COTE (State Bar No. 211558)
3  acote@obsklaw.com
   300 South Grand Avenue, Suite 2750
4  Los Angeles, CA 90071-3144
   Telephone: (213) 613-4655
5  Facsimile: (213) 613-4656

6  **Attorneys for Carlos Gustavo**
   **Machado Gomez**

7

8

9              **UNITED STATES DISTRICT COURT**

10            **CENTRAL DISTRICT OF CALIFORNIA**

11                  **EASTERN DIVISION**

12  CARTER BRYANT,                    CASE NO. 04-9049 (SGL) (RNBx)

13            Plaintiff,              **CARLOS GUSTAVO MACHADO**
                                      **GOMEZ'S OBJECTIONS TO**
14     v.                             **MATTEL, INC.'S FIRST SET OF**
                                      **REQUESTS FOR DOCUMENTS**
15  MATTEL, INC.,                     **AND THINGS**

16            Defendant.

17

18  PROPOUNDING PARTY:  MATTEL, INC.

19  RESPONDING PARTY:   CARLOS GUSTAVO MACHADO GOMEZ

20  SET NO.:            ONE

21            **PRELIMINARY STATEMENT**

22       The responses set forth below represent the present knowledge of Carlos

23  Gustavo Machado Gomez ("Machado"), based on investigation to date. Machado is

24  making reasonable efforts to locate responsive documents and the contents hereof

25  are based on the information obtained from these efforts. Machado may locate

26  additional responsive documents at a later date, and may assert appropriate

27  objections to the use of the documents identified herein. Machado has made a

28  reasonable effort to gather documents responsive to each request as he understands

                        10-15

CARLOS GUSTAVO MACHADO GOMEZ'S OBJECTIONS TO
MATTEL, INC.'S FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS

EXHIBIT _10_ PAGE 56

1  and interprets each request. If Mattel, Inc. ("Mattel") subsequently asserts a different

2  interpretation, Machado reserves the right to supplement his objections and/or

3  responses.

4          The production of any given document pursuant to these requests is neither an

5  admission nor an acknowledgement that such document is relevant to the subject

6  matter of this action; is without prejudice to the right of Machado to contend at trial

7  or in any other proceeding in this action or otherwise that such document is

8  inadmissible, irrelevant, immaterial, or not a proper basis for discovery; and is

9  without prejudice to, or waiver of, any objection to any future use of such

10 documents which Machado may be advised to make.

11                    **GENERAL OBJECTIONS**

12         1.     Machado objects generally to the extent the requests purport to impose

13 upon him obligations beyond those required under applicable law.

14         2.     Machado objects generally to the extent these requests seek production

15 of documents which are privileged, which were prepared in anticipation of this

16 litigation, which reveal communications between Machado and his legal counsel,

17 which otherwise constitute attorney work product or which are otherwise privileged

18 or immune from discovery.  The inadvertent disclosure of any privileged or

19 otherwise protected documents or information shall not be a waiver of any claim of

20 privilege, work product protection, exemption, or immunity.

21         3.     Machado hereby invokes his Fifth Amendment privilege to be free

22 from self incrimination, and on that ground refuses to produce any document if that

23 production has a testimonial effect and which might tend to incriminate him. Any

24 documents withheld from production on this ground shall not be included in any

25 privilege log.

26         4.     Machado objects generally to the extent these requests seek documents

27 that are in the possession or control of MGA ("MGA" as defined by Mattel in ¶ I.C

28 of "Mattel's First Set of Document Requests to Carlos Gustavo Machado Gomez").

1   MGA is a party to this consolidated action, and any documents in its possession and

2   control are equally available to Mattel through its document requests to MGA.

3   Accordingly, Machado will not produce any documents in the control of MGA, and

4   will produce only those documents that are in his exclusive possession or control.

5       5.    Machado objects generally to the extent these requests seek documents

6   that are neither relevant nor likely to lead to the discovery of admissible evidence.

7       6.    Machado objects generally to the extent these requests are vague and

8   ambiguous, overly broad, unduly burdensome or oppressive.

9       7.    Machado objects generally to the extent these requests seek documents

10  that are already in the possession of Mattel or its agents.

11      8.    Machado objects generally to the extent these requests do not contain

12  any applicable time period, and thus are overly broad, unduly burdensome, and seek

13  the production of documents that are irrelevant to the subject matter of this action.

14      9.    Machado objects generally to Mattel's definition of "RELATING OR

15  REFERRING TO," on the grounds that it is subjective, vague, and subject to

16  varying interpretations.  Machado further objects to this definition on the grounds

17  that it is overly broad and unduly burdensome.

18      10.   Machado objects generally to Mattel's definitions of "TRUEBA," on

19  the grounds that it is subjective, vague, and subject to varying interpretations.

20  Machado further objects to this definition on the grounds that it is overly broad and

21  unduly burdensome, and on that basis, will interpret all references to "TRUEBA" to

22  be limited to the natural person Mariana Trueba Almada.

23      11.   Machado objects generally to Mattel's definitions of "VARGAS," on

24  the grounds that it is subjective, vague, and subject to varying interpretations.

25  Machado further objects to this definition on the grounds that it is overly broad and

26  unduly burdensome, and on that basis, will interpret all references to "VARGAS" to

27  be limited to the natural person Pablo Vargas San Jose.

28      12.   Machado objects generally to the extent these requests seek documents

3

**EXHIBIT** *10* **PAGE 58**

1  protected by a right of privacy under either the United States Constitution, Article 1
2  of the Constitution of the State of California or any other applicable law.
3  Accordingly, Machado objects generally to Mattel's definition of "DOCUMENTS"
4  to the extent it includes tax returns and other private communications unrelated to
5  this action or matter, as that definition invades Machado's privacy rights under
6  California law. As such, Machado will not produce any tax returns or other private
7  documents.

8        13.    Machado objects generally to Mattel's definitions of "REFERS,"
9  "RELATES", and "RELATING OR REFERRING TO" as those definitions are
10 vague, ambiguous and subject to varying interpretations as well as overly broad,
11 unduly burdensome and oppressive.

12       14.    Machado objects generally to the contents of the privilege log
13 demanded by Mattel to the extent Mattel seeks to impose upon Machado burdens
14 beyond those allowed by federal law.

15       15.    Machado objects to Mattel's selection of the time and place for
16 production.  Machado will produce responsive documents at a mutually agreeable
17 time and place.

18       16.    Machado objects generally to the extent that these requests seek
19 documents that have already been produced in this litigation.

20       17.    Each of these General Objections is expressly incorporated in each of
21 the responses to the document requests.  Whether or not specifically restated, each
22 response is made subject to and without waiver of these General Objections.

23

24 ## RESPONSES AND OBJECTIONS

25 **REQUEST FOR PRODUCTION NO. 1:**

26       ALL DOCUMENTS or tangible things that YOU removed, sent or transferred
27 from the office of Mattel de Mexico or removed, deleted, copies, reproduced or
28 transferred from any MATTEL computer or electronic storage device.

---

4

CARLOS GUSTAVO MACHADO GOMEZ'S OBJECTIONS TO
MATTEL, INC.'S FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS

EXHIBIT 10 PAGE 59

**RESPONSE TO REQUEST FOR PRODUCTION NO. 1:**

Machado objects to this Request on the following grounds:

- the Request potentially seeks the production of documents protected by the attorney-client privilege and/or work product doctrine
- Machado invokes his Fifth Amendment privilege to be free from self incrimination, and on that ground refuses to produce any document if that production has a testimonial effect and which might tend to incriminate him
- the Request seeks documents that are already in the possession of Mattel, its agents or its attorneys
- the Request as worded is overly broad, unduly burdensome and oppressive

Subject to the General Objections and foregoing objections, Machado will produce any relevant, responsive and non-privileged documents in his exclusive possession or control, that have not already been turned over to Mattel, its agents or its attorneys, that can be identified after conducting a diligent and good faith search.

**REQUEST FOR PRODUCTION NO. 2:**

ALL DOCUMENTS or tangible things that TRUEBA removed, sent or transferred from the office of Mattel de Mexico or removed, deleted, copied, reproduced or transferred from any MATTEL computer or electronic storage device.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 2:**

Machado objects to this Request on the following grounds:

- the Request potentially seeks the production of documents protected by the attorney-client privilege and/or work product doctrine
- Machado invokes his Fifth Amendment privilege to be free from self incrimination, and on that ground refuses to produce any document if that production has a testimonial effect and which might tend to incriminate him
- the Request seeks documents that are already in the possession of Mattel,

5

EXHIBIT 10 PAGE 60

1    its agents or its attorneys

2    • the Request as worded is overly broad, unduly burdensome and oppressive

3    Subject to the General Objections and foregoing objections, Machado will

4  produce any relevant, responsive and non-privileged documents in his exclusive

5  possession or control, that have not already been turned over to Mattel, its agents or

6  its attorneys, that can be identified after conducting a diligent and good faith search.

7  **REQUEST FOR PRODUCTION NO. 3:**

8    ALL DOCUMENTS or tangible things that VARGAS removed, sent or

9  transferred from the office of Mattel de Mexico or removed, deleted, copied,

10  reproduced or transferred from any MATTEL computer or electronic storage device.

11  **RESPONSE TO REQUEST FOR PRODUCTION NO. 3:**

12    Machado objects to this Request on the following grounds:

13    • the Request potentially seeks the production of documents protected by the

14       attorney-client privilege and/or work product doctrine

15    • Machado invokes his Fifth Amendment privilege to be free from self

16       incrimination, and on that ground refuses to produce any document if that

17       production has a testimonial effect and which might tend to incriminate

18       him

19    • the Request seeks documents that are already in the possession of Mattel,

20       its agents or its attorneys

21    • the Request as worded is overly broad, unduly burdensome and oppressive

22    Subject to the General Objections and foregoing objections, Machado will

23  produce any relevant, responsive and non-privileged documents in his exclusive

24  possession or control, that have not already been turned over to Mattel, its agents or

25  its attorneys, that can be identified after conducting a diligent and good faith search.

26  **REQUEST FOR PRODUCTION NO. 4:**

27    ALL e-mail messages, including attachments, sent by YOU to ANY e-mail

28  address that includes <mattel.com>, or sent to YOU from ANY e-mail address that

6

1 | includes <mattel.com>.

2 | **RESPONSE TO REQUEST FOR PRODUCTION NO. 4:**

3 |     Machado objects to this Request on the following grounds:

4 | • the Request potentially seeks the production of documents protected by the
5 |     attorney-client privilege and/or work product doctrine

6 | • Machado invokes his Fifth Amendment privilege to be free from self
7 |     incrimination, and on that ground refuses to produce any document if that
8 |     production has a testimonial effect and which might tend to incriminate
9 |     him

10 | • the Request seeks documents that are already in the possession of Mattel,
11 |     its agents or its attorneys

12 | • the Request as worded is overly broad, unduly burdensome and oppressive
13 |     in part because it contains no time limit and because it is not reasonably
14 |     calculated to lead to the discovery of admissible evidence

15 | • the Request potentially seeks documents in the possession and control of
16 |     MGA, which Machado will not produce, as those documents are readily
17 |     available to Mattel through its discovery requests to MGA in the
18 |     consolidated action

19 |     Subject to the General Objections and foregoing objections, Machado will
20 | produce any relevant, responsive and non-privileged documents in his exclusive
21 | possession or control, that have not already been turned over to Mattel, its agents or
22 | its attorneys, that can be identified after conducting a diligent and good faith search.

23 | **REQUEST FOR PRODUCTION NO. 5:**

24 |     ALL DOCUMENTS that REFER or RELATE to ANY MATTEL product,
25 | plan or business information.

26 | **RESPONSE TO REQUEST FOR PRODUCTION NO. 5:**

27 |     Machado objects to this Request on the following grounds:

28 | • the Request potentially seeks the production of documents protected by the

7

CARLOS GUSTAVO MACHADO GOMEZ'S OBJECTIONS TO
MATTEL, INC.'S FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS

EXHIBIT _1 0_ PAGE 62

1    attorney-client privilege and/or work product doctrine

2    • Machado invokes his Fifth Amendment privilege to be free from self

3    incrimination, and on that ground refuses to produce any document if that

4    production has a testimonial effect and which might tend to incriminate

5    him

6    • the Request seeks documents that are already in the possession of Mattel,

7    its agents or its attorneys

8    • the Request as worded is overly broad, unduly burdensome and oppressive

9    in part because it contains no time limit

10   • the Request potentially seeks documents in the possession and control of

11   MGA, which Machado will not produce, as those documents are readily

12   available to Mattel through its discovery requests to MGA in the

13   consolidated action

14   Subject to the General Objections and foregoing objections, Machado will

15   produce any relevant, responsive and non-privileged documents in his exclusive

16   possession or control, that have not already been turned over to Mattel, its agents or

17   its attorneys, that can be identified after conducting a diligent and good faith search.

18   **REQUEST FOR PRODUCTION NO. 6:**

19   ALL DOCUMENTS which YOU, TRUEBA or VARGAS removed, sent or

20   transferred from the office of Mattel in Mexico or removed, deleted, copies,

21   reproduced or transferred from any MATTEL computer or electronic storage device

22   which YOU contend were prepared for the benefit of MGA.

23   **RESPONSE TO REQUEST FOR PRODUCTION NO. 6:**

24   Machado objects to this Request on the following grounds:

25   • the Request potentially seeks the production of documents protected by the

26   attorney-client privilege and/or work product doctrine

27   • Machado invokes his Fifth Amendment privilege to be free from self

28   incrimination, and on that ground refuses to produce any document if that

8

CARLOS GUSTAVO MACHADO GOMEZ'S OBJECTIONS TO
MATTEL, INC.'S FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS

EXHIBIT *10* PAGE 63

1  production has a testimonial effect and which might tend to incriminate
2  him
3  • the Request seeks documents that are already in the possession of Mattel,
4  its agents or its attorneys
5  • the Request as worded is overly broad, unduly burdensome and oppressive
6  in part because it contains no time limit
7  Subject to the General Objections and foregoing objections, Machado will
8  produce any relevant, responsive and non-privileged documents in his exclusive
9  possession or control, that have not already been turned over to Mattel, its agents or
10  its attorneys, that can be identified after conducting a diligent and good faith search.
11  **REQUEST FOR PRODUCTION NO. 7:**
12  ALL DOCUMENTS which YOU contend were prepared by YOU, TRUEBA
13  or VARGAS for the benefit of MGA at any time prior to April 20, 2004.
14  **RESPONSE TO REQUEST FOR PRODUCTION NO. 7:**
15  Machado objects to this Request on the following grounds:
16  • the Request potentially seeks the production of documents protected by the
17  attorney-client privilege and/or work product doctrine
18  • Machado invokes his Fifth Amendment privilege to be free from self
19  incrimination, and on that ground refuses to produce any document if that
20  production has a testimonial effect and which might tend to incriminate
21  him
22  • the Request seeks documents that are already in the possession of Mattel,
23  its agents or its attorneys
24  • the phrase "for the benefit" is vague, ambiguous, undefined and subject to
25  varying interpretations. Machado must assume this term means "for
26  receipt by"
27  Subject to the General Objections and foregoing objections, Machado will
28  produce any relevant, responsive and non-privileged documents in his exclusive

9

CARLOS GUSTAVO MACHADO GOMEZ'S OBJECTIONS TO
MATTEL, INC.'S FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS

EXHIBIT *10* PAGE 64

1 | possession or control, that have not already been turned over to Mattel, its agents or

2 | its attorneys, that can be identified after conducting a diligent and good faith search.

3 | **REQUEST FOR PRODUCTION NO. 8:**

4 | ALL DOCUMENTS authored by a MATTEL employee or for MATTEL'S

5 | benefit.

6 | **RESPONSE TO REQUEST FOR PRODUCTION NO. 8:**

7 | Machado objects to this Request on the following grounds:

8 | • the Request potentially seeks the production of documents protected by the

9 | attorney-client privilege and/or work product doctrine

10 | • Machado invokes his Fifth Amendment privilege to be free from self

11 | incrimination, and on that ground refuses to produce any document if that

12 | production has a testimonial effect and which might tend to incriminate

13 | him

14 | • the Request seeks documents that are already in the possession of Mattel,

15 | its agents or its attorneys

16 | • the phrase "Mattel's benefit" is vague, ambiguous, undefined and subject

17 | to varying interpretations. Machado must assume this term means

18 | "Mattel's use"

19 | • the Request as worded is overly broad, unduly burdensome and oppressive

20 | Subject to the General Objections and foregoing objections, Machado will

21 | produce any relevant, responsive and non-privileged documents in his exclusive

22 | possession or control, that have not already been turned over to Mattel, its agents or

23 | its attorneys, that can be identified after conducting a diligent and good faith search.

24 | **REQUEST FOR PRODUCTION NO. 9:**

25 | ALL DOCUMENTS that REFER or RELATE to ANY COMMUNICATION

26 | between YOU and TRUEBA and that REFER or RELATE TO MATTEL.

27 | **RESPONSE TO REQUEST FOR PRODUCTION NO. 9:**

28 | Machado objects to this Request on the following grounds:

10

1       •   the Request potentially seeks the production of documents protected by the

2         attorney-client privilege and/or work product doctrine

3       •   Machado invokes his Fifth Amendment privilege to be free from self

4         incrimination, and on that ground refuses to produce any document if that

5         production has a testimonial effect and which might tend to incriminate

6         him

7       •   the Request seeks documents that are already in the possession of Mattel,

8         its agents or its attorneys

9       •   the Request as worded is overly broad, unduly burdensome and oppressive

10      in part because it contains no time limit

11      •   the Request potentially seeks documents in the possession and control of

12       MGA, which Machado will not produce, as those documents are readily

13       available to Mattel through its discovery requests to MGA in the

14       consolidated action

15       Subject to the General Objections and foregoing objections, Machado will

16 produce any relevant, responsive and non-privileged documents in his exclusive

17 possession or control, that have not already been turned over to Mattel, its agents or

18 its attorneys, that can be identified after conducting a diligent and good faith search.

19 **REQUEST FOR PRODUCTION NO. 10:**

20       ALL DOCUMENTS that REFER or RELATE to ANY COMMUNICATION

21 between YOU and VARGAS and that REFER or RELATE TO MATTEL.

22 **RESPONSE TO REQUEST FOR PRODUCTION NO. 10:**

23       Machado objects to this Request on the following grounds:

24       •   the Request potentially seeks the production of documents protected by the

25         attorney-client privilege and/or work product doctrine

26       •   Machado invokes his Fifth Amendment privilege to be free from self

27         incrimination, and on that ground refuses to produce any document if that

28         production has a testimonial effect and which might tend to incriminate

11

1      him

2      •   the Request seeks documents that are already in the possession of Mattel,

3          its agents or its attorneys

4      •   the Request as worded is overly broad, unduly burdensome and oppressive

5          in part because it contains no time limit

6      •   the Request potentially seeks documents in the possession and control of

7          MGA, which Machado will not produce, as those documents are readily

8          available to Mattel through its discovery requests to MGA in the

9          consolidated action

10     Subject to the General Objections and foregoing objections, Machado will

11  produce any relevant, responsive and non-privileged documents in his exclusive

12  possession or control, that have not already been turned over to Mattel, its agents or

13  its attorneys, that can be identified after conducting a diligent and good faith search.

14  **REQUEST FOR PRODUCTION NO. 11:**

15     ALL DOCUMENTS that REFER or RELATE to ANY COMMUNICATION

16  between YOU and TRUEBA prior to April 20, 2004.

17  **RESPONSE TO REQUEST FOR PRODUCTION NO. 11:**

18     Machado objects to this Request on the following grounds:

19     •   the Request potentially seeks the production of documents protected by the

20         attorney-client privilege and/or work product doctrine

21     •   Machado invokes his Fifth Amendment privilege to be free from self

22         incrimination, and on that ground refuses to produce any document if that

23         production has a testimonial effect and which might tend to incriminate

24         him

25     •   the Request seeks documents that are already in the possession of Mattel,

26         its agents or its attorneys

27     •   the Request as worded is overly broad, unduly burdensome and oppressive

28         in part because it contains no time limit

12

CARLOS GUSTAVO MACHADO GOMEZ'S OBJECTIONS TO
MATTEL, INC.'S FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS

1    Subject to the General Objections and foregoing objections, Machado will

2  produce any relevant, responsive and non-privileged documents in his exclusive

3  possession or control, that have not already been turned over to Mattel, its agents or

4  its attorneys, that can be identified after conducting a diligent and good faith search.

5  **REQUEST FOR PRODUCTION NO. 12:**

6    ALL DOCUMENTS that REFER or RELATE to ANY COMMUNICATION

7  between YOU and VARGAS prior to April 20, 2004.

8  **RESPONSE TO REQUEST FOR PRODUCTION NO. 12:**

9    Machado objects to this Request on the following grounds:

10   • the Request potentially seeks the production of documents protected by the

11     attorney-client privilege and/or work product doctrine

12   • Machado invokes his Fifth Amendment privilege to be free from self

13     incrimination, and on that ground refuses to produce any document if that

14     production has a testimonial effect and which might tend to incriminate

15     him

16   • the Request seeks documents that are already in the possession of Mattel,

17     its agents or its attorneys

18   • the Request is overly broad, burdensome and/or harassing

19    Subject to the General Objections and foregoing objections, Machado will

20  produce any relevant, responsive and non-privileged documents in his exclusive

21  possession or control, that have not already been turned over to Mattel, its agents or

22  its attorneys, that can be identified after conducting a diligent and good faith search.

23  **REQUEST FOR PRODUCTION NO. 13:**

24    ALL DOCUMENTS that REFER or RELATE to ANY MATTEL line list or

25  other DOCUMENT prepared by MATTEL.

26  **RESPONSE TO REQUEST FOR PRODUCTION NO. 13:**

27    Machado objects to this Request on the following grounds:

28   • the Request potentially seeks the production of documents protected by the

13

CARLOS GUSTAVO MACHADO GOMEZ'S OBJECTIONS TO
MATTEL, INC.'S FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS

EXHIBIT _10_ PAGE 68

attorney-client privilege and/or work product doctrine

- Machado invokes his Fifth Amendment privilege to be free from self incrimination, and on that ground refuses to produce any document if that production has a testimonial effect and which might tend to incriminate him

- the Request seeks documents that are already in the possession of Mattel, its agents or its attorneys

- the Request as worded is overly broad, unduly burdensome and oppressive in part because it contains no time limit

- the Request seeks documents that are neither relevant nor reasonably calculated to lead to the discovery of admissible evidence

- the phrase "Mattel line list" is vague, ambiguous, undefined and subject to varying interpretations

- the Request potentially seeks documents in the possession and control of MGA, which Machado will not produce, as those documents are readily available to Mattel through its discovery requests to MGA in the consolidated action

Subject to the General Objections and foregoing objections, Machado will produce any relevant, responsive and non-privileged documents in his exclusive possession or control, that have not already been turned over to Mattel, its agents or its attorneys, that can be identified after conducting a diligent and good faith search.

**REQUEST FOR PRODUCTION NO. 14:**

ALL DOCUMENTS that REFER or RELATE to YOUR employment with MATTEL including, without limitation, any agreement between YOU and MATTEL.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 14:**

Machado objects to this Request on the following grounds:

- the Request potentially seeks the production of documents protected by the

14

1    attorney-client privilege and/or work product doctrine

2    • Machado invokes his Fifth Amendment privilege to be free from self

3    incrimination, and on that ground refuses to produce any document if that

4    production has a testimonial effect and which might tend to incriminate

5    him

6    • the Request seeks documents that are already in the possession of Mattel,

7    its agents or its attorneys

8    • the Request seeks documents that are neither relevant nor reasonably

9    calculated to lead to the discovery of admissible evidence

10   • the Request as worded is overly broad, unduly burdensome and oppressive

11   in part because it contains no time limit

12   Subject to the General Objections and foregoing objections, Machado will

13   produce any relevant, responsive and non-privileged documents in his exclusive

14   possession or control, that have not already been turned over to Mattel, its agents or

15   its attorneys, that can be identified after conducting a diligent and good faith search.

16   **REQUEST FOR PRODUCTION NO. 15:**

17   ALL DOCUMENTS that REFER or RELATE to YOUR resignation from

18   MATTEL.

19   **RESPONSE TO REQUEST FOR PRODUCTION NO. 15:**

20   Machado objects to this Request on the following grounds:

21   • the Request potentially seeks the production of documents protected by the

22   attorney-client privilege and/or work product doctrine

23   • Machado invokes his Fifth Amendment privilege to be free from self

24   incrimination, and on that ground refuses to produce any document if that

25   production has a testimonial effect and which might tend to incriminate

26   him

27   • the Request seeks documents that are already in the possession of Mattel,

28   its agents or its attorneys

15

1   Subject to the General Objections and foregoing objections, Machado will

2   produce any relevant, responsive and non-privileged documents in his exclusive

3   possession or control, that have not already been turned over to Mattel, its agents or

4   its attorneys, that can be identified after conducting a diligent and good faith search.

5   **REQUEST FOR PRODUCTION NO. 16:**

6   ALL e-mail messages, including attachments, sent by YOU to ANY e-mail

7   address that includes, in whole or in part, an MGA DOMAIN, or sent to YOU from

8   ANY e-mail address that includes, in whole or in part, an MGA DOMAIN prior to

9   April 20, 2004.

10   **RESPONSE TO REQUEST FOR PRODUCTION NO. 16:**

11   Machado objects to this Request on the following grounds:

12   • the Request potentially seeks the production of documents protected by the
        attorney-client privilege and/or work product doctrine

14   • Machado invokes his Fifth Amendment privilege to be free from self
        incrimination, and on that ground refuses to produce any document if that
        production has a testimonial effect and which might tend to incriminate
        him

18   • the phrase "MGA DOMAIN" is vague, ambiguous, undefined and subject
        to varying interpretations and Machado will assume this term is limited to
        "MGAE.com or MGAE.com.mx"

21   • the Request potentially seeks documents in the possession and control of
        MGA, which Machado will not produce, as those documents are readily
        available to Mattel through its discovery requests to MGA in the
        consolidated action

25   Subject to the General Objections and foregoing objections, Machado will

26   produce any relevant, responsive and non-privileged documents in his exclusive

27   possession or control, that have not already been turned over to Mattel, its agents or

28   its attorneys, that can be identified after conducting a diligent and good faith search.

16

**REQUEST FOR PRODUCTION NO. 17:**

ALL DOCUMENTS that REFER or RELATE to ANY COMMUNICATION between YOU and MGA prior to April 20, 2004, including without limitation, ALL telephone records, logs, notes, calendars, planners, diaries, letters and other DOCUMENTS relating thereto.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 17:**

Machado objects to this Request on the following grounds:

- the Request potentially seeks the production of documents protected by the attorney-client privilege and/or work product doctrine
- Machado invokes his Fifth Amendment privilege to be free from self incrimination, and on that ground refuses to produce any document if that production has a testimonial effect and which might tend to incriminate him
- the Request potentially seeks documents in the possession and control of MGA, which Machado will not produce, as those documents are readily available to Mattel through its discovery requests to MGA in the consolidated action

Subject to the General Objections and foregoing objections, Machado will produce any relevant, responsive and non-privileged documents in his exclusive possession or control, that have not already been turned over to Mattel, its agents or its attorneys, that can be identified after conducting a diligent and good faith search.

**REQUEST FOR PRODUCTION NO. 18:**

ALL DOCUMENTS that REFER or RELATE to ANY COMMUNICATION between YOU and Susana Kuemmerle prior to April 20, 2004, including without limitation, ALL telephone records, logs, notes, calendars, planners, diaries, letters and other DOCUMENTS relating thereto.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 18:**

Machado objects to this Request on the following grounds:

17

EXHIBIT /0 PAGE 72

1     •  the Request potentially seeks the production of documents protected by the
2        attorney-client privilege and/or work product doctrine

3     •  Machado invokes his Fifth Amendment privilege to be free from self
4        incrimination, and on that ground refuses to produce any document if that
5        production has a testimonial effect and which might tend to incriminate
6        him

7     •  the Request as worded is overly broad, unduly burdensome and oppressive

8     •  the Request potentially seeks documents in the possession and control of
9        MGA, which Machado will not produce, as those documents are readily
10       available to Mattel through its discovery requests to MGA in the
11       consolidated action

12     Subject to the General Objections and foregoing objections, Machado will
13 produce any relevant, responsive and non-privileged documents in his exclusive
14 possession or control, that have not already been turned over to Mattel, its agents or
15 its attorneys, that can be identified after conducting a diligent and good faith search.

16 **REQUEST FOR PRODUCTION NO. 19:**

17     ALL DOCUMENTS that REFER or RELATE to ANY COMMUNICATION
18 between YOU and ANY representative or employee of MGA including, without
19 limitation, Isaac Larian prior to April 20, 2004, including without limitation, ALL
20 telephone records, logs, notes, calendars, planners, diaries, letters and other
21 DOCUMENTS relating thereto.

22 **RESPONSE TO REQUEST FOR PRODUCTION NO. 19:**

23     Machado objects to this Request on the following grounds:

24     •  the Request potentially seeks the production of documents protected by the
25       attorney-client privilege and/or work product doctrine

26     •  Machado invokes his Fifth Amendment privilege to be free from self
27       incrimination, and on that ground refuses to produce any document if that
28       production has a testimonial effect and which might tend to incriminate

CARLOS GUSTAVO MACHADO GOMEZ'S OBJECTIONS TO
MATTEL, INC.'S FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS

EXHIBIT _10_ PAGE 73

1    him

2    • the Request potentially seeks documents in the possession and control of

3    MGA, which Machado will not produce, as those documents are readily

4    available to Mattel through its discovery requests to MGA in the

5    consolidated action

6    Subject to the General Objections and foregoing objections, Machado will

7    produce any relevant, responsive and non-privileged documents in his exclusive

8    possession or control, that have not already been turned over to Mattel, its agents or

9    its attorneys, that can be identified after conducting a diligent and good faith search.

10   **REQUEST FOR PRODUCTION NO. 20:**

11   ALL DOCUMENTS that REFER or RELATE to ANY COMMUNICATION

12   between TRUEBA and MGA prior to April 20, 2004, including without limitation,

13   ALL telephone records, logs, notes, calendars, planners, diaries, letters and other

14   DOCUMENTS relating thereto.

15   **RESPONSE TO REQUEST FOR PRODUCTION NO. 20:**

16   Machado objects to this Request on the following grounds:

17   • the Request potentially seeks the production of documents protected by the

18   attorney-client privilege and/or work product doctrine

19   • Machado invokes his Fifth Amendment privilege to be free from self

20   incrimination, and on that ground refuses to produce any document if that

21   production has a testimonial effect and which might tend to incriminate

22   him

23   • the Request potentially seeks documents in the possession and control of

24   MGA, which Machado will not produce, as those documents are readily

25   available to Mattel through its discovery requests to MGA in the

26   consolidated action

27   Subject to the General Objections and foregoing objections, Machado will

28   produce any relevant, responsive and non-privileged documents in his exclusive

19

CARLOS GUSTAVO MACHADO GOMEZ'S OBJECTIONS TO
MATTEL, INC.'S FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS

EXHIBIT _10_ PAGE 74

1  possession or control, that have not already been turned over to Mattel, its agents or

2  its attorneys, that can be identified after conducting a diligent and good faith search.

3  **REQUEST FOR PRODUCTION NO. 21:**

4  ALL DOCUMENTS that REFER or RELATE to ANY COMMUNICATION

5  between TRUEBA and Susan Kuemmerle prior to April 20, 2004, including without

6  limitation, ALL telephone records, logs, notes, calendars, planners, diaries, letters

7  and other DOCUMENTS relating thereto.

8  **RESPONSE TO REQUEST FOR PRODUCTION NO. 21:**

9  Machado objects to this Request on the following grounds:

10  • the Request potentially seeks the production of documents protected by the

11  attorney-client privilege and/or work product doctrine

12  • Machado invokes his Fifth Amendment privilege to be free from self

13  incrimination, and on that ground refuses to produce any document if that

14  production has a testimonial effect and which might tend to incriminate

15  him

16  • the Request potentially seeks documents in the possession and control of

17  MGA, which Machado will not produce, as those documents are readily

18  available to Mattel through its discovery requests to MGA in the

19  consolidated action

20  Subject to the General Objections and foregoing objections, Machado will

21  produce any relevant, responsive and non-privileged documents in his exclusive

22  possession or control, that have not already been turned over to Mattel, its agents or

23  its attorneys, that can be identified after conducting a diligent and good faith search.

24  **REQUEST FOR PRODUCTION NO. 22:**

25  ALL DOCUMENTS that REFER or RELATE to ANY COMMUNICATION

26  between TRUEBA and ANY representative or employee of MGA including,

27  without limitation, Isaac Larian prior to April 20, 2004, including without limitation

28  ALL telephone records, logs, notes, calendars, planners, diaries, letters and other

20

EXHIBIT /0 PAGE 75

1 | DOCUMENTS relating thereto.

2 | **RESPONSE TO REQUEST FOR PRODUCTION NO. 22:**

3 | Machado objects to this Request on the following grounds:

4 | • the Request potentially seeks the production of documents protected by the
5 | attorney-client privilege and/or work product doctrine

6 | • Machado invokes his Fifth Amendment privilege to be free from self
7 | incrimination, and on that ground refuses to produce any document if that
8 | production has a testimonial effect and which might tend to incriminate
9 | him

10 | • the Request potentially seeks documents in the possession and control of
11 | MGA, which Machado will not produce, as those documents are readily
12 | available to Mattel through its discovery requests to MGA in the
13 | consolidated action

14 | Subject to the General Objections and foregoing objections, Machado will
15 | produce any relevant, responsive and non-privileged documents in his exclusive
16 | possession or control, that have not already been turned over to Mattel, its agents or
17 | its attorneys, that can be identified after conducting a diligent and good faith search.

18 | **REQUEST FOR PRODUCTION NO. 23:**

19 | ALL DOCUMENTS that REFER or RELATE to ANY COMMUNICATION
20 | between VARGAS and MGA prior to April 20, 2004, including without limitation
21 | ALL telephone records, logs, notes, calendars, planners, diaries, letters and other
22 | DOCUMENTS relating thereto.

23 | **RESPONSE TO REQUEST FOR PRODUCTION NO. 23:**

24 | Machado objects to this Request on the following grounds:

25 | • the Request potentially seeks the production of documents protected by the
26 | attorney-client privilege and/or work product doctrine

27 | • Machado invokes his Fifth Amendment privilege to be free from self
28 | incrimination, and on that ground refuses to produce any document if that

CARLOS GUSTAVO MACHADO GOMEZ'S OBJECTIONS TO
MATTEL, INC.'S FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS

**EXHIBIT _10_ PAGE 76**

1    production has a testimonial effect and which might tend to incriminate

2    him

3    • the Request potentially seeks documents in the possession and control of

4    MGA, which Machado will not produce, as those documents are readily

5    available to Mattel through its discovery requests to MGA in the

6    consolidated action

7    Subject to the General Objections and foregoing objections, Machado will

8 produce any relevant, responsive and non-privileged documents in his exclusive

9 possession or control, that have not already been turned over to Mattel, its agents or

10 its attorneys, that can be identified after conducting a diligent and good faith search.

11 **REQUEST FOR PRODUCTION NO. 24:**

12    ALL DOCUMENTS that REFER or RELATE to ANY COMMUNICATION

13 between VARGAS and Susana Kuemmerle prior to April 20, 2004, including

14 without limitation ALL telephone records, logs, notes, calendars, planners, diaries,

15 letters and other DOCUMENTS relating thereto.

16 **RESPONSE TO REQUEST FOR PRODUCTION NO. 24:**

17    Machado objects to this Request on the following grounds:

18    • the Request potentially seeks the production of documents protected by the

19    attorney-client privilege and/or work product doctrine

20    • Machado invokes his Fifth Amendment privilege to be free from self

21    incrimination, and on that ground refuses to produce any document if that

22    production has a testimonial effect and which might tend to incriminate

23    him

24    • the Request as worded is overly broad, unduly burdensome and oppressive

25    • the Request potentially seeks documents in the possession and control of

26    MGA, which Machado will not produce, as those documents are readily

27    available to Mattel through its discovery requests to MGA in the

28    consolidated action

22

1    Subject to the General Objections and foregoing objections, Machado will

2 produce any relevant, responsive and non-privileged documents in his exclusive

3 possession or control, that have not already been turned over to Mattel, its agents or

4 its attorneys, that can be identified after conducting a diligent and good faith search.

5 **REQUEST FOR PRODUCTION NO. 25:**

6    ALL DOCUMENTS that REFER or RELATE to ANY COMMUNICATION

7 between VARGAS and ANY representative or employee of MGA including,

8 without limitation, Isaac Larian prior to April 20, 2004, including without limitation

9 ALL telephone records, logs, notes, calendars, planners, diaries, letters and other

10 DOCUMENTS relating thereto.

11 **RESPONSE TO REQUEST FOR PRODUCTION NO. 25:**

12    Machado objects to this Request on the following grounds:

13 •   the Request potentially seeks the production of documents protected by the

14     attorney-client privilege and/or work product doctrine

15 •   Machado invokes his Fifth Amendment privilege to be free from self

16     incrimination, and on that ground refuses to produce any document if that

17     production has a testimonial effect and which might tend to incriminate

18     him

19 •   the Request potentially seeks documents in the possession and control of

20     MGA, which Machado will not produce, as those documents are readily

21     available to Mattel through its discovery requests to MGA in the

22     consolidated action

23    Subject to the General Objections and foregoing objections, Machado will

24 produce any relevant, responsive and non-privileged documents in his exclusive

25 possession or control, that have not already been turned over to Mattel, its agents or

26 its attorneys, that can be identified after conducting a diligent and good faith search.

27 **REQUEST FOR PRODUCTION NO. 26:**

28    ALL DOCUMENTS that REFER or RELATE to ANY COMMUNICATION

23

EXHIBIT / / PAGE 78

1  between YOU and ANY PERSON prior to April 20, 2004, regarding MGA or

2  YOUR employment or potential employment with MGA.

3  **RESPONSE TO REQUEST FOR PRODUCTION NO. 26:**

4      Machado objects to this Request on the following grounds:

5      • the Request potentially seeks the production of documents protected by the

6        attorney-client privilege and/or work product doctrine

7      • Machado invokes his Fifth Amendment privilege to be free from self

8        incrimination, and on that ground refuses to produce any document if that

9        production has a testimonial effect and which might tend to incriminate

10       him

11      • the Request seeks documents that are already in the possession of Mattel,

12        its agents or its attorneys

13      • the Request seeks documents that are neither relevant nor reasonably

14        calculated to lead to the discovery of admissible evidence

15      • the Request is overly broad, burdensome and/or harassing

16      • the Request potentially seeks documents in the possession and control of

17        MGA, which Machado will not produce, as those documents are readily

18        available to Mattel through its discovery requests to MGA in the

19        consolidated action

20      Subject to the General Objections and foregoing objections, Machado will

21  produce any relevant, responsive and non-privileged documents in his exclusive

22  possession or control, that have not already been turned over to Mattel, its agents or

23  its attorneys, that can be identified after conducting a diligent and good faith search.

24  **REQUEST FOR PRODUCTION NO. 27:**

25      ALL DOCUMENTS that REFER or RELATE to ANY DOCUMENT or

26  information given by YOU to MGA prior to April 20, 2004.

27  **RESPONSE TO REQUEST FOR PRODUCTION NO. 27:**

28      Machado objects to this Request on the following grounds:

1   • the Request potentially seeks the production of documents protected by the

2   attorney-client privilege and/or work product doctrine

3   • Machado invokes his Fifth Amendment privilege to be free from self

4   incrimination, and on that ground refuses to produce any document if that

5   production has a testimonial effect and which might tend to incriminate

6   him

7   • the Request potentially seeks documents in the possession and control of

8   MGA, which Machado will not produce, as those documents are readily

9   available to Mattel through its discovery requests to MGA in the

10   consolidated action

11   Subject to the General Objections and foregoing objections, Machado will

12   produce any relevant, responsive and non-privileged documents in his exclusive

13   possession or control, that have not already been turned over to Mattel, its agents or

14   its attorneys, that can be identified after conducting a diligent and good faith search.

15   **REQUEST FOR PRODUCTION NO. 28:**

16   ALL DOCUMENTS that REFER or RELATE to any DOCUMENT or

17   information received by YOU from MGA prior to April 20, 2004.

18   **RESPONSE TO REQUEST FOR PRODUCTION NO. 28:**

19   Machado objects to this Request on the following grounds:

20   • the Request potentially seeks the production of documents protected by the

21   attorney-client privilege and/or work product doctrine

22   • Machado invokes his Fifth Amendment privilege to be free from self

23   incrimination, and on that ground refuses to produce any document if that

24   production has a testimonial effect and which might tend to incriminate

25   him

26   • the Request is overly broad, burdensome and/or harassing

27   • the Request seeks documents that are neither relevant nor reasonably

28   calculated to lead to the discovery of admissible evidence

25

**EXHIBIT _11_ PAGE 80**

- the Request potentially seeks documents in the possession and control of MGA, which Machado will not produce, as those documents are readily available to Mattel through its discovery requests to MGA in the consolidated action

Subject to the General Objections and foregoing objections, Machado will produce any relevant, responsive and non-privileged documents in his exclusive possession or control, that have not already been turned over to Mattel, its agents or its attorneys, that can be identified after conducting a diligent and good faith search.

**REQUEST FOR PRODUCTION NO. 29:**

ALL agreements between YOU and MGA including, without limitation, ANY agreements that REFERS or RELATES to YOUR employment with MGA, and ALL drafts of such agreements.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 29:**

Machado objects to this Request on the following grounds:

- the Request potentially seeks the production of documents protected by the attorney-client privilege and/or work product doctrine
- Machado invokes his Fifth Amendment privilege to be free from self incrimination, and on that ground refuses to produce any document if that production has a testimonial effect and which might tend to incriminate him
- the Request is overly broad, burdensome and/or harassing
- the Request seeks documents that are neither relevant nor reasonably calculated to lead to the discovery of admissible evidence
- the Request seeks documents protected by a right of privacy under either the United States Constitution, Article 1 of the Constitution of the State of California or any other applicable law
- the Request potentially seeks documents in the possession and control of MGA, which Machado will not produce, as those documents are readily

26

1       available to Mattel through its discovery requests to MGA in the

2       consolidated action

3       Subject to the General Objections and foregoing objections, Machado will

4 produce any relevant, responsive and non-privileged documents in his exclusive

5 possession or control, that have not already been turned over to Mattel, its agents or

6 its attorneys, that can be identified after conducting a diligent and good faith search.

7 **REQUEST FOR PRODUCTION NO. 30:**

8       ALL DOCUMENTS that REFER or RELATE to ANY promotion YOU have

9 received while employed by or working for MGA.

10 **RESPONSE TO REQUEST FOR PRODUCTION NO. 30:**

11       Machado objects to this Request on the following grounds:

12    • the Request potentially seeks the production of documents protected by the

13      attorney-client privilege and/or work product doctrine

14    • Machado invokes his Fifth Amendment privilege to be free from self

15      incrimination, and on that ground refuses to produce any document if that

16      production has a testimonial effect and which might tend to incriminate

17      him

18    • the Request is overly broad, burdensome and/or harassing

19    • the Request seeks documents that are neither relevant nor reasonably

20      calculated to lead to the discovery of admissible evidence

21    • the Request seeks documents protected by a right of privacy under either

22      the United States Constitution, Article 1 of the Constitution of the State of

23      California or any other applicable law

24    • the Request potentially seeks documents in the possession and control of

25      MGA, which Machado will not produce, as those documents are readily

26      available to Mattel through its discovery requests to MGA in the

27      consolidated action

28       Subject to the General Objections and foregoing objections, Machado will

27

CARLOS GUSTAVO MACHADO GOMEZ'S OBJECTIONS TO
MATTEL, INC.'S FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS

EXHIBIT _10_ PAGE 82

1  produce any relevant, responsive and non-privileged documents in his exclusive

2  possession or control, that have not already been turned over to Mattel, its agents or

3  its attorneys, that can be identified after conducting a diligent and good faith search.

4  **REQUEST FOR PRODUCTION NO. 31:**

5      DOCUMENTS sufficient to describe YOUR job title and job duties in each

6  position YOU have held while employed by or working for MGA.

7  **RESPONSE TO REQUEST FOR PRODUCTION NO. 31:**

8      Machado objects to this Request on the following grounds:

9  • the Request potentially seeks the production of documents protected by the

10     attorney-client privilege and/or work product doctrine

11 • Machado invokes his Fifth Amendment privilege to be free from self

12     incrimination, and on that ground refuses to produce any document if that

13     production has a testimonial effect and which might tend to incriminate

14     him

15 • the Request is overly broad, burdensome and/or harassing

16 • the Request seeks documents that are neither relevant nor reasonably

17     calculated to lead to the discovery of admissible evidence

18 • the Request seeks documents protected by a right of privacy under either

19     the United States Constitution, Article 1 of the Constitution of the State of

20     California or any other applicable law

21 • the Request potentially seeks documents in the possession and control of

22     MGA, which Machado will not produce, as those documents are readily

23     available to Mattel through its discovery requests to MGA in the

24     consolidated action

25     Subject to the General Objections and foregoing objections, Machado will

26  produce any relevant, responsive and non-privileged documents in his exclusive

27  possession or control, that have not already been turned over to Mattel, its agents or

28  its attorneys, that can be identified after conducting a diligent and good faith search.

28

1 | **REQUEST FOR PRODUCTION NO. 32:**

2 | ALL DOCUMENTS that REFER or RELATE to YOUR transfer to MGA's

3 | offices in Van Nuys, California.

4 | **RESPONSE TO REQUEST FOR PRODUCTION NO. 32:**

5 | Machado objects to this Request on the following grounds:

6 | • the Request potentially seeks the production of documents protected by the

7 | attorney-client privilege and/or work product doctrine

8 | • Machado invokes his Fifth Amendment privilege to be free from self

9 | incrimination, and on that ground refuses to produce any document if that

10 | production has a testimonial effect and which might tend to incriminate

11 | him

12 | • the Request is overly broad, burdensome and/or harassing

13 | • the Request seeks documents that are neither relevant nor reasonably

14 | calculated to lead to the discovery of admissible evidence

15 | • the Request seeks documents protected by a right of privacy under either

16 | the United States Constitution, Article 1 of the Constitution of the State of

17 | California or any other applicable law

18 | • the Request potentially seeks documents in the possession and control of

19 | MGA, which Machado will not produce, as those documents are readily

20 | available to Mattel through its discovery requests to MGA in the

21 | consolidated action

22 | Subject to the General Objections and foregoing objections, Machado will

23 | produce any relevant, responsive and non-privileged documents in his exclusive

24 | possession or control, that have not already been turned over to Mattel, its agents or

25 | its attorneys, that can be identified after conducting a diligent and good faith search.

26 | **REQUEST FOR PRODUCTION NO. 33:**

27 | ALL DOCUMENTS that REFER or RELATE to ANY compensation, money

28 | or other item(s) of value YOU have received from MGA, or have been promised or

1  offered by MGA or anyone acting on its behalf.

2  **RESPONSE TO REQUEST FOR PRODUCTION NO. 33:**

3      Machado objects to this Request on the following grounds:

4     • the Request potentially seeks the production of documents protected by the
5       attorney-client privilege and/or work product doctrine

6     • Machado invokes his Fifth Amendment privilege to be free from self
7       incrimination, and on that ground refuses to produce any document if that
8       production has a testimonial effect and which might tend to incriminate
9       him

10    • the Request is overly broad, burdensome and/or harassing

11    • the Request seeks documents that are neither relevant nor reasonably
12      calculated to lead to the discovery of admissible evidence

13    • the Request seeks documents protected by a right of privacy under either
14      the United States Constitution, Article 1 of the Constitution of the State of
15      California or any other applicable law

16    • the Request potentially seeks documents in the possession and control of
17      MGA, which Machado will not produce, as those documents are readily
18      available to Mattel through its discovery requests to MGA in the
19      consolidated action

20     Subject to the General Objections and foregoing objections, Machado will
21 produce any relevant, responsive and non-privileged documents in his exclusive
22 possession or control, that have not already been turned over to Mattel, its agents or
23 its attorneys, that can be identified after conducting a diligent and good faith search.

24 **REQUEST FOR PRODUCTION NO. 34:**

25     ALL DOCUMENTS that REFER or RELATE to ANY compensation, money
26 or other item(s) of value YOU have received form Isaac Larian, or have been
27 promised or offered by Isaac Larian or anyone acting on his behalf.

28 **RESPONSE TO REQUEST FOR PRODUCTION NO. 34:**

30

EXHIBIT _10_ PAGE 85

1   Machado objects to this Request on the following grounds:

2   • the Request potentially seeks the production of documents protected by the

3       attorney-client privilege and/or work product doctrine

4   • Machado invokes his Fifth Amendment privilege to be free from self

5       incrimination, and on that ground refuses to produce any document if that

6       production has a testimonial effect and which might tend to incriminate

7       him

8   • the Request is overly broad, burdensome and/or harassing

9   • the Request seeks documents that are neither relevant nor reasonably

10      calculated to lead to the discovery of admissible evidence

11  • the Request seeks documents protected by a right of privacy under either

12      the United States Constitution, Article 1 of the Constitution of the State of

13      California or any other applicable law

14  • the Request potentially seeks documents in the possession and control of

15      MGA, which Machado will not produce, as those documents are readily

16      available to Mattel through its discovery requests to MGA in the

17      consolidated action

18      Subject to the General Objections and foregoing objections, Machado will

19  produce any relevant, responsive and non-privileged documents in his exclusive

20  possession or control, that have not already been turned over to Mattel, its agents or

21  its attorneys, that can be identified after conducting a diligent and good faith search.

22  **REQUEST FOR PRODUCTION NO. 35:**

23      ALL DOCUMENTS that REFER or RELATE to ANY compensation, money

24  or other item(s) of value TRUEBA has received from MGA, or has been promised

25  or offered by MGA or anyone acting on its behalf.

26  **RESPONSE TO REQUEST FOR PRODUCTION NO. 35:**

27      Machado objects to this Request on the following grounds:

28  • the Request is overly broad, burdensome and/or harassing

31

- the Request seeks documents protected by a right of privacy under either the United States Constitution, Article 1 of the Constitution of the State of California or any other applicable law
- the Request potentially seeks documents in the possession and control of MGA, which Machado will not produce, as those documents are readily available to Mattel through its discovery requests to MGA in the consolidated action

Subject to the General Objections and foregoing objections, Machado will produce any relevant, responsive and non-privileged documents in his exclusive possession or control, that have not already been turned over to Mattel, its agents or its attorneys, that can be identified after conducting a diligent and good faith search.

**REQUEST FOR PRODUCTION NO. 36:**

ALL DOCUMENTS that REFER or RELATE to ANY compensation, money or other item(s) of value TRUEBA has received from Isaac Larian, or has been promised or offered by Isaac Larian or anyone acting on his behalf.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 36:**

Machado objects to this Request on the following grounds:

- the Request is overly broad, burdensome and/or harassing
- the Request seeks documents protected by a right of privacy under either the United States Constitution, Article 1 of the Constitution of the State of California or any other applicable law
- the Request potentially seeks documents in the possession and control of MGA, which Machado will not produce, as those documents are readily available to Mattel through its discovery requests to MGA in the consolidated action

Subject to the General Objections and foregoing objections, Machado will produce any relevant, responsive and non-privileged documents in his exclusive possession or control, that have not already been turned over to Mattel, its agents or

32

1  its attorneys, that can be identified after conducting a diligent and good faith search.

2  **REQUEST FOR PRODUCTION NO. 37:**

3  ALL DOCUMENTS that REFER or RELATE to ANY compensation, money

4  or other item(s) of value VARGAS has received from MGA, or has been promised

5  or offered by MGA or anyone acting on its behalf.

6  **RESPONSE TO REQUEST FOR PRODUCTION NO. 37:**

7  Machado objects to this Request on the following grounds:

8  • the Request is overly broad, burdensome and/or harassing

9  • the Request seeks documents protected by a right of privacy under either

10  the United States Constitution, Article 1 of the Constitution of the State of

11  California or any other applicable law

12  • the Request potentially seeks documents in the possession and control of

13  MGA, which Machado will not produce, as those documents are readily

14  available to Mattel through its discovery requests to MGA in the

15  consolidated action

16  Subject to the General Objections and foregoing objections, Machado will

17  produce any relevant, responsive and non-privileged documents in his exclusive

18  possession or control, that have not already been turned over to Mattel, its agents or

19  its attorneys, that can be identified after conducting a diligent and good faith search.

20  **REQUEST FOR PRODUCTION NO. 38:**

21  ALL DOCUMENTS that REFER or RELATE to ANY compensation, money

22  or other item(s) of value VARGAS has received from Isaac Larian, or has been

23  promised or offered by Isaac Larian or anyone acting on his behalf.

24  **RESPONSE TO REQUEST FOR PRODUCTION NO. 38:**

25  Machado objects to this Request on the following grounds:

26  • the Request is overly broad, burdensome and/or harassing

27  • the Request seeks documents protected by a right of privacy under either

28  the United States Constitution, Article 1 of the Constitution of the State of

33

1  California or any other applicable law

2  • the Request potentially seeks documents in the possession and control of

3  MGA, which Machado will not produce, as those documents are readily

4  available to Mattel through its discovery requests to MGA in the

5  consolidated action

6  Subject to the General Objections and foregoing objections, Machado will

7  produce any relevant, responsive and non-privileged documents in his exclusive

8  possession or control, that have not already been turned over to Mattel, its agents or

9  its attorneys, that can be identified after conducting a diligent and good faith search.

10 **REQUEST FOR PRODUCTION NO. 39:**

11  YOUR phone records from January 1, 2002 through the present.

12 **RESPONSE TO REQUEST FOR PRODUCTION NO. 39:**

13  Machado objects to this Request on the following grounds:

14  • the Request potentially seeks the production of documents protected by the

15  attorney-client privilege and/or work product doctrine

16  • Machado invokes his Fifth Amendment privilege to be free from self

17  incrimination, and on that ground refuses to produce any document if that

18  production has a testimonial effect and which might tend to incriminate

19  him

20  • the phrase "phone records" is vague, ambiguous, undefined and subject to

21  varying interpretations and Machado must assume this term means "phone

22  bills"

23  • the Request is overly broad, burdensome and/or harassing

24  In light of the General Objections and foregoing objections, Machado will not

25  produce any documents in response to this Request.

26 **REQUEST FOR PRODUCTION NO. 40:**

27  DOCUMENTS sufficient to identify each of YOUR telephone providers

28  including without limitation in Mexico and in the United States.

34

1  **RESPONSE TO REQUEST FOR PRODUCTION NO. 40:**

2      Machado objects to this Request on the following grounds:

3  • the Request potentially seeks the production of documents protected by the
4      attorney-client privilege and/or work product doctrine

5  • Machado invokes his Fifth Amendment privilege to be free from self
6      incrimination, and on that ground refuses to produce any document if that
7      production has a testimonial effect and which might tend to incriminate
8      him

9  • the Request is vague, ambiguous, undefined and subject to varying
10     interpretations and Machado must assume the Request seeks "phone bills"

11  • the Request as worded is overly broad, unduly burdensome and oppressive
12     in part because it contains no time limit

13     In light of the General Objections and foregoing objections, Machado will not

14  produce any documents in response to this Request.

15  **REQUEST FOR PRODUCTION NO. 41:**

16     ALL COMMUNICATIONS that REFER or RELATE to the employment,

17  potential employment with MGA or recruitment of any person who, as of the date of

18  the COMMUNICATION, was employed by MATTEL.

19  **RESPONSE TO REQUEST FOR PRODUCTION NO. 41:**

20     Machado objects to this Request on the following grounds:

21  • the Request potentially seeks the production of documents protected by the
22     attorney-client privilege and/or work product doctrine

23  • Machado invokes his Fifth Amendment privilege to be free from self
24     incrimination, and on that ground refuses to produce any document if that
25     production has a testimonial effect and which might tend to incriminate
26     him

27  • the Request is overly broad, burdensome and/or harassing

28  • the Request potentially seeks documents in the possession and control of

35

EXHIBIT _10_ PAGE 90

1  MGA, which Machado will not produce, as those documents are readily

2  available to Mattel through its discovery requests to MGA in the

3  consolidated action

4     Subject to the General Objections and foregoing objections, Machado will

5  produce any relevant, responsive and non-privileged documents in his exclusive

6  possession or control, that have not already been turned over to Mattel, its agents or

7  its attorneys, that can be identified after conducting a diligent and good faith search.

8  **REQUEST FOR PRODUCTION NO. 42:**

9     ALL COMMUNICATIONS between YOU and ANY person who, as of the

10  date of the COMMUNICATION, was employed by MATTEL that REFER or

11  RELATE to MGA.

12  **RESPONSE TO REQUEST FOR PRODUCTION NO. 42:**

13     Machado objects to this Request on the following grounds:

14  • the Request potentially seeks the production of documents protected by the

15     attorney-client privilege and/or work product doctrine

16  • Machado invokes his Fifth Amendment privilege to be free from self

17     incrimination, and on that ground refuses to produce any document if that

18     production has a testimonial effect and which might tend to incriminate

19     him

20  • the Request is overly broad, burdensome and/or harassing

21  • the Request potentially seeks documents in the possession and control of

22     MGA, which Machado will not produce, as those documents are readily

23     available to Mattel through its discovery requests to MGA in the

24     consolidated action

25     Subject to the General Objections and foregoing objections, Machado will

26  produce any relevant, responsive and non-privileged documents in his exclusive

27  possession or control, that have not already been turned over to Mattel, its agents or

28  its attorneys, that can be identified after conducting a diligent and good faith search.

36

EXHIBIT _O_ PAGE 91

1 | **REQUEST FOR PRODUCTION NO. 43:**

2 |     ALL COMMUNICATIONS between YOU and any person who, as of the

3 | date of the COMMUNICATION, was employed by MATTEL that REFER or

4 | RELATE to Isaac Larian.

5 | **RESPONSE TO REQUEST FOR PRODUCTION NO. 43:**

6 |     Machado objects to this Request on the following grounds:

7 |     • the Request potentially seeks the production of documents protected by the

8 |       attorney-client privilege and/or work product doctrine

9 |     • Machado invokes his Fifth Amendment privilege to be free from self

10 |       incrimination, and on that ground refuses to produce any document if that

11 |       production has a testimonial effect and which might tend to incriminate

12 |       him

13 |     • the Request is overly broad, burdensome and/or harassing

14 |     • the Request potentially seeks documents in the possession and control of

15 |       MGA, which Machado will not produce, as those documents are readily

16 |       available to Mattel through its discovery requests to MGA in the

17 |       consolidated action

18 |     Subject to the General Objections and foregoing objections, Machado will

19 | produce any relevant, responsive and non-privileged documents in his exclusive

20 | possession or control, that have not already been turned over to Mattel, its agents or

21 | its attorneys, that can be identified after conducting a diligent and good faith search.

22 | **REQUEST FOR PRODUCTION NO. 44:**

23 |     ALL DOCUMENTS that REFER or RELATE to the e-mail account with the

24 | address plot04@aol.com, including without limitation to the identity of ANY

25 | PERSON who registered, set up, established, owned or paid for such account.

26 | **RESPONSE TO REQUEST FOR PRODUCTION NO. 44:**

27 |     Machado objects to this Request on the following grounds:

28 |     • the Request potentially seeks the production of documents protected by the

37

1     attorney-client privilege and/or work product doctrine

2     • Machado invokes his Fifth Amendment privilege to be free from self

3       incrimination, and on that ground refuses to produce any document if that

4       production has a testimonial effect and which might tend to incriminate

5       him

6     • the Request as worded is overly broad, unduly burdensome and oppressive

7       in part because it contains no time limit

8     • the Request potentially seeks documents in the possession and control of

9       MGA, which Machado will not produce, as those documents are readily

10      available to Mattel through its discovery requests to MGA in the

11      consolidated action

12    Subject to the General Objections and foregoing objections, Machado will

13    produce any relevant, responsive and non-privileged documents in his exclusive

14    possession or control, that have not already been turned over to Mattel, its agents or

15    its attorneys, that can be identified after conducting a diligent and good faith search.

16    **REQUEST FOR PRODUCTION NO. 45:**

17    ALL DOCUMENTS that REFER or RELATE to when the e-mail account

18    with the address plot04@aol.com was first registered, established or set up.

19    **RESPONSE TO REQUEST FOR PRODUCTION NO. 45:**

20    Machado objects to this Request on the following grounds:

21    • the Request potentially seeks the production of documents protected by the

22      attorney-client privilege and/or work product doctrine

23    • Machado invokes his Fifth Amendment privilege to be free from self

24      incrimination, and on that ground refuses to produce any document if that

25      production has a testimonial effect and which might tend to incriminate

26      him

27    Subject to the General Objections and foregoing objections, Machado will

28    produce any relevant, responsive and non-privileged documents in his exclusive

CARLOS GUSTAVO MACHADO GOMEZ'S OBJECTIONS TO
MATTEL, INC.'S FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS

EXHIBIT *10* PAGE 93

1 possession or control, that have not already been turned over to Mattel, its agents or

2 its attorneys, that can be identified after conducting a diligent and good faith search.

3 **REQUEST FOR PRODUCTION NO. 46:**

4     ALL e-mail messages, including attachments, sent to or from, received by or

5 transmitted by or through to the e-mail address plot04@aol.com.

6 **RESPONSE TO REQUEST FOR PRODUCTION NO. 46:**

7     Machado objects to this Request on the following grounds:

8   • the Request potentially seeks the production of documents protected by the

9     attorney-client privilege and/or work product doctrine

10  • Machado invokes his Fifth Amendment privilege to be free from self

11    incrimination, and on that ground refuses to produce any document if that

12    production has a testimonial effect and which might tend to incriminate

13    him

14  • the Request as worded is overly broad, unduly burdensome and oppressive

15    in part because it contains no time limit

16  • the Request potentially seeks documents in the possession and control of

17    MGA, which Machado will not produce, as those documents are readily

18    available to Mattel through its discovery requests to MGA in the

19    consolidated action

20    Subject to the General Objections and foregoing objections, Machado will

21 produce any relevant, responsive and non-privileged documents in his exclusive

22 possession or control, that have not already been turned over to Mattel, its agents or

23 its attorneys, that can be identified after conducting a diligent and good faith search.

24 **REQUEST FOR PRODUCTION NO. 47:**

25     ALL e-mail messages, including attachments, sent by YOU to the e-mail

26 address argentrade@aol.com or sent to YOU from the e-mail address

27 argentrade@aol.com prior to April 20, 2004.

28 **RESPONSE TO REQUEST FOR PRODUCTION NO. 47:**

EXHIBIT _10_ PAGE 94

1   Machado objects to this Request on the following grounds:

2   • the Request potentially seeks the production of documents protected by the

3      attorney-client privilege and/or work product doctrine

4   • Machado invokes his Fifth Amendment privilege to be free from self

5      incrimination, and on that ground refuses to produce any document if that

6      production has a testimonial effect and which might tend to incriminate

7      him

8   Subject to the General Objections and foregoing objections, Machado will

9   produce any relevant, responsive and non-privileged documents in his exclusive

10  possession or control, that have not already been turned over to Mattel, its agents or

11  its attorneys, that can be identified after conducting a diligent and good faith search.

12  **REQUEST FOR PRODUCTION NO. 48:**

13     ALL DOCUMENTS, including e-mail messages and attachments thereto, that

14  REFER or RELATE to COMMUNICATIONS between YOU and ANY PERSON

15  regarding TRUEBA prior to April 20, 2004.

16  **RESPONSE TO REQUEST FOR PRODUCTION NO. 48:**

17  Machado objects to this Request on the following grounds:

18  • the Request potentially seeks the production of documents protected by the

19     attorney-client privilege and/or work product doctrine

20  • Machado invokes his Fifth Amendment privilege to be free from self

21     incrimination, and on that ground refuses to produce any document if that

22     production has a testimonial effect and which might tend to incriminate

23     him

24  • the Request seeks documents that are already in the possession of Mattel,

25     its agents or its attorneys

26  • the Request as worded is overly broad, unduly burdensome and oppressive

27  Subject to the General Objections and foregoing objections, Machado will

28  produce any relevant, responsive and non-privileged documents in his exclusive

40

CARLOS GUSTAVO MACHADO GOMEZ'S OBJECTIONS TO
MATTEL, INC.'S FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS

EXHIBIT *10* PAGE 95

1  possession or control, that have not already been turned over to Mattel, its agents or

2  its attorneys, that can be identified after conducting a diligent and good faith search.

3  **REQUEST FOR PRODUCTION NO. 49:**

4      ALL DOCUMENTS that REFER or RELATE to TRUEBA's resignation

5  from MATTEL or employment by MGA.

6  **RESPONSE TO REQUEST FOR PRODUCTION NO. 49:**

7      Machado objects to this Request on the following grounds:

8   • the Request potentially seeks the production of documents protected by the

9      attorney-client privilege and/or work product doctrine

10  • Machado invokes his Fifth Amendment privilege to be free from self

11     incrimination, and on that ground refuses to produce any document if that

12     production has a testimonial effect and which might tend to incriminate

13     him

14  • the Request seeks documents that are already in the possession of Mattel,

15     its agents or its attorneys

16  • the Request as worded is overly broad, unduly burdensome and oppressive

17  • the Request potentially seeks documents in the possession and control of

18     MGA, which Machado will not produce, as those documents are readily

19     available to Mattel through its discovery requests to MGA in the

20     consolidated action

21     Subject to the General Objections and foregoing objections, Machado will

22  produce any relevant, responsive and non-privileged documents in his exclusive

23  possession or control, that have not already been turned over to Mattel, its agents or

24  its attorneys, that can be identified after conducting a diligent and good faith search.

25  **REQUEST FOR PRODUCTION NO. 50:**

26     ALL DOCUMENTS, including e-mail messages and attachments thereto, that

27  REFER or RELATE to COMMUNICATIONS between YOU and VARGAS prior

28  to April 20, 2004.

CARLOS GUSTAVO MACHADO GOMEZ'S OBJECTIONS TO
MATTEL, INC.'S FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS

EXHIBIT _10_ PAGE 96

1 **RESPONSE TO REQUEST FOR PRODUCTION NO. 50:**

2 Machado objects to this Request on the following grounds:

3 • the Request potentially seeks the production of documents protected by the
4 attorney-client privilege and/or work product doctrine

5 • Machado invokes his Fifth Amendment privilege to be free from self
6 incrimination, and on that ground refuses to produce any document if that
7 production has a testimonial effect and which might tend to incriminate
8 him

9 • the Request seeks documents that are already in the possession of Mattel,
10 its agents or its attorneys

11 • the Request as worded is overly broad, unduly burdensome and oppressive

12 Subject to the General Objections and foregoing objections, Machado will

13 produce any relevant, responsive and non-privileged documents in his exclusive

14 possession or control, that have not already been turned over to Mattel, its agents or

15 its attorneys, that can be identified after conducting a diligent and good faith search.

16 **REQUEST FOR PRODUCTION NO. 51:**

17 ALL DOCUMENTS, including e-mail messages and attachments thereto, that

18 REFER or RELATE to COMMUNICATIONS between YOU and ANY PERSON

19 regarding VARGAS prior to April 20, 2004.

20 **RESPONSE TO REQUEST FOR PRODUCTION NO. 51:**

21 Machado objects to this Request on the following grounds:

22 • the Request potentially seeks the production of documents protected by the
23 attorney-client privilege and/or work product doctrine

24 • Machado invokes his Fifth Amendment privilege to be free from self
25 incrimination, and on that ground refuses to produce any document if that
26 production has a testimonial effect and which might tend to incriminate
27 him

28 • the Request seeks documents that are already in the possession of Mattel,

42

1      its agents or its attorneys

2      • the Request as worded is overly broad, unduly burdensome and oppressive

3      Subject to the General Objections and foregoing objections, Machado will

4 produce any relevant, responsive and non-privileged documents in his exclusive

5 possession or control, that have not already been turned over to Mattel, its agents or

6 its attorneys, that can be identified after conducting a diligent and good faith search.

7 **REQUEST FOR PRODUCTION NO. 52:**

8      ALL DOCUMENTS that REFER or RELATE to VARGAS' resignation from

9 MATTEL or employment by MGA.

10 **RESPONSE TO REQUEST FOR PRODUCTION NO. 52:**

11      Machado objects to this Request on the following grounds:

12      • the Request potentially seeks the production of documents protected by the

13        attorney-client privilege and/or work product doctrine

14      • Machado invokes his Fifth Amendment privilege to be free from self

15        incrimination, and on that ground refuses to produce any document if that

16        production has a testimonial effect and which might tend to incriminate

17        him

18      • the Request seeks documents that are already in the possession of Mattel,

19        its agents or its attorneys

20      • the Request as worded is overly broad, unduly burdensome and oppressive

21      • the Request potentially seeks documents in the possession and control of

22        MGA, which Machado will not produce, as those documents are readily

23        available to Mattel through its discovery requests to MGA in the

24        consolidated action

25      Subject to the General Objections and foregoing objections, Machado will

26 produce any relevant, responsive and non-privileged documents in his exclusive

27 possession or control, that have not already been turned over to Mattel, its agents or

28 its attorneys, that can be identified after conducting a diligent and good faith search.

CARLOS GUSTAVO MACHADO GOMEZ'S OBJECTIONS TO
MATTEL, INC.'S FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS

EXHIBIT _10_ PAGE 98

**REQUEST FOR PRODUCTION NO. 53:**

ALL DOCUMENTS that REFER or RELATE to ANY COMMUNICATION between YOU and Ron Brawer prior to October 2, 2004.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 53:**

Machado objects to this Request on the following grounds:

- the Request potentially seeks the production of documents protected by the attorney-client privilege and/or work product doctrine
- Machado invokes his Fifth Amendment privilege to be free from self incrimination, and on that ground refuses to produce any document if that production has a testimonial effect and which might tend to incriminate him
- the Request seeks documents that are already in the possession of Mattel, its agents or its attorneys
- the Request potentially seeks documents in the possession and control of MGA, which Machado will not produce, as those documents are readily available to Mattel through its discovery requests to MGA in the consolidated action

Subject to the General Objections and foregoing objections, Machado will produce any relevant, responsive and non-privileged documents in his exclusive possession or control, that have not already been turned over to Mattel, its agents or its attorneys, that can be identified after conducting a diligent and good faith search.

**REQUEST FOR PRODUCTION NO. 54:**

ALL DOCUMENTS that REFER or RELATE to the search by Mexican authorities of MGA's offices in Mexico City, Mexico.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 54:**

Machado objects to this Request on the following grounds:

- the Request potentially seeks the production of documents protected by the attorney-client privilege and/or work product doctrine

44

EXHIBIT _D_ PAGE 99

1     •  Machado invokes his Fifth Amendment privilege to be free from self

2       incrimination, and on that ground refuses to produce any document if that

3       production has a testimonial effect and which might tend to incriminate

4       him

5     •  the Request seeks documents that are already in the possession of Mattel,

6       its agents or its attorneys

7     •  the Request potentially seeks documents in the possession and control of

8       MGA, which Machado will not produce, as those documents are readily

9       available to Mattel through its discovery requests to MGA in the

10      consolidated action

11     Subject to the General Objections and foregoing objections, Machado will

12 produce any relevant, responsive and non-privileged documents in his exclusive

13 possession or control, that have not already been turned over to Mattel, its agents or

14 its attorneys, that can be identified after conducting a diligent and good faith search.

15 **REQUEST FOR PRODUCTION NO. 55:**

16     ALL DOCUMENTS that REFER or RELATE to the DOCUMENTS, data or

17 information that was seized by Mexican authorities from MGA's offices in Mexico

18 City, Mexico, including the DOCUMENTS, data or things seized.

19 **RESPONSE TO REQUEST FOR PRODUCTION NO. 55:**

20     Machado objects to this Request on the following grounds:

21     •  the Request potentially seeks the production of documents protected by the

22       attorney-client privilege and/or work product doctrine

23     •  Machado invokes his Fifth Amendment privilege to be free from self

24       incrimination, and on that ground refuses to produce any document if that

25       production has a testimonial effect and which might tend to incriminate

26       him

27     •  the Request seeks documents that are already in the possession of Mattel,

28       its agents or its attorneys

EXHIBIT _10_ PAGE 100

1      • the Request potentially seeks documents in the possession and control of

2      MGA, which Machado will not produce, as those documents are readily

3      available to Mattel through its discovery requests to MGA in the

4      consolidated action

5      Subject to the General Objections and foregoing objections, Machado will

6  produce any relevant, responsive and non-privileged documents in his exclusive

7  possession or control, that have not already been turned over to Mattel, its agents or

8  its attorneys, that can be identified after conducting a diligent and good faith search.

9  **REQUEST FOR PRODUCTION NO. 56:**

10      ALL DOCUMENTS that REFER or RELATE to efforts to destroy, disable or

11  otherwise interfere with the ability to access any MATTEL computer or electronic

12  storage device.

13  **RESPONSE TO REQUEST FOR PRODUCTION NO. 56:**

14      Machado objects to this Request on the following grounds:

15      • the Request potentially seeks the production of documents protected by the

16      attorney-client privilege and/or work product doctrine

17      • Machado invokes his Fifth Amendment privilege to be free from self

18      incrimination, and on that ground refuses to produce any document if that

19      production has a testimonial effect and which might tend to incriminate

20      him

21      • the Request seeks documents that are already in the possession of Mattel,

22      its agents or its attorneys

23      • the Request as worded asserts, or requires Machado to assume, a factual

24      predicate or state of affairs which is incorrect or untrue

25      In light of the General Objections and foregoing objections, Machado will not

26  produce any documents in response to this Request.

27  **REQUEST FOR PRODUCTION NO. 57:**

28      ALL MATTEL authored DOCUMENTS referenced or used by YOU or any

46

1 | other MGA employee, including but not limited to TRUEBA and VARGAS.

2 | **RESPONSE TO REQUEST FOR PRODUCTION NO. 57:**

3 | Machado objects to this Request on the following grounds:

4 | • the Request potentially seeks the production of documents protected by the
5 | attorney-client privilege and/or work product doctrine

6 | • Machado invokes his Fifth Amendment privilege to be free from self
7 | incrimination, and on that ground refuses to produce any document if that
8 | production has a testimonial effect and which might tend to incriminate
9 | him

10 | • the Request seeks documents that are already in the possession of Mattel,
11 | its agents or its attorneys

12 | • the phrase "Mattel authored" is vague, ambiguous, undefined and subject
13 | to varying interpretations

14 | • the Request potentially seeks documents in the possession and control of
15 | MGA, which Machado will not produce, as those documents are readily
16 | available to Mattel through its discovery requests to MGA in the
17 | consolidated action

18 | • the Request as worded asserts, or requires Machado to assume, a factual
19 | predicate or state of affairs which is incorrect or untrue

20 | In light of the General Objections and foregoing objections, Machado will not
21 | produce any documents in response to this Request.

22 | **REQUEST FOR PRODUCTION NO. 58:**

23 | ALL DOCUMENTS YOU delivered or provided to or shared with MGA
24 | before October 27, 2005.

25 | **RESPONSE TO REQUEST FOR PRODUCTION NO. 58:**

26 | Machado objects to this Request on the following grounds:

27 | • the Request potentially seeks the production of documents protected by the
28 | attorney-client privilege and/or work product doctrine

47

1      • Machado invokes his Fifth Amendment privilege to be free from self
2      incrimination, and on that ground refuses to produce any document if that
3      production has a testimonial effect and which might tend to incriminate
4      him

5      • the Request seeks documents that are already in the possession of Mattel,
6      its agents or its attorneys

7      • the Request is overly broad, burdensome and/or harassing

8      • the Request seeks documents that are neither relevant nor reasonably
9      calculated to lead to the discovery of admissible evidence

10      • the Request potentially seeks documents in the possession and control of
11      MGA, which Machado will not produce, as those documents are readily
12      available to Mattel through its discovery requests to MGA in the
13      consolidated action

14      Subject to the General Objections and foregoing objections, Machado will
15  produce any relevant, responsive and non-privileged documents in his exclusive
16  possession or control, that have not already been turned over to Mattel, its agents or
17  its attorneys, that can be identified after conducting a diligent and good faith search.

18  **REQUEST FOR PRODUCTION NO. 59:**

19      ALL DOCUMENTS YOU delivered or provided to or shared with Isaac
20  Larian before October 27, 2005.

21  **RESPONSE TO REQUEST FOR PRODUCTION NO. 59:**

22      Machado objects to this Request on the following grounds:

23      • the Request potentially seeks the production of documents protected by the
24      attorney-client privilege and/or work product doctrine

25      • Machado invokes his Fifth Amendment privilege to be free from self
26      incrimination, and on that ground refuses to produce any document if that
27      production has a testimonial effect and which might tend to incriminate
28      him

1 • the Request seeks documents that are already in the possession of Mattel,

2 its agents or its attorneys

3 • the Request is overly broad, burdensome and/or harassing

4 • the Request seeks documents that are neither relevant nor reasonably

5 calculated to lead to the discovery of admissible evidence

6 • the Request potentially seeks documents in the possession and control of

7 MGA, which Machado will not produce, as those documents are readily

8 available to Mattel through its discovery requests to MGA in the

9 consolidated action

10 Subject to the General Objections and foregoing objections, Machado will

11 produce any relevant, responsive and non-privileged documents in his exclusive

12 possession or control, that have not already been turned over to Mattel, its agents or

13 its attorneys, that can be identified after conducting a diligent and good faith search.

14 **REQUEST FOR PRODUCTION NO. 60:**

15 ALL DOCUMENTS YOU delivered or provided to or shared with Susana

16 Kuemmerle before October 27, 2005.

17 **RESPONSE TO REQUEST FOR PRODUCTION NO. 60:**

18 Machado objects to this Request on the following grounds:

19 • the Request potentially seeks the production of documents protected by the

20 attorney-client privilege and/or work product doctrine

21 • Machado invokes his Fifth Amendment privilege to be free from self

22 incrimination, and on that ground refuses to produce any document if that

23 production has a testimonial effect and which might tend to incriminate

24 him

25 • the Request seeks documents that are already in the possession of Mattel,

26 its agents or its attorneys

27 • the Request is overly broad, burdensome and/or harassing

28 • the Request seeks documents that are neither relevant nor reasonably

**EXHIBIT _10_ PAGE 104**

1    calculated to lead to the discovery of admissible evidence

2    • the Request potentially seeks documents in the possession and control of

3    MGA, which Machado will not produce, as those documents are readily

4    available to Mattel through its discovery requests to MGA in the

5    consolidated action

6    Subject to the General Objections and foregoing objections, Machado will

7 produce any relevant, responsive and non-privileged documents in his exclusive

8 possession or control, that have not already been turned over to Mattel, its agents or

9 its attorneys, that can be identified after conducting a diligent and good faith search.

10 **REQUEST FOR PRODUCTION NO. 61:**

11    ALL DOCUMENTS TRUEBA delivered or provided to or shared with MGA

12 before October 27, 2005.

13 **RESPONSE TO REQUEST FOR PRODUCTION NO. 61:**

14    Machado objects to this Request on the following grounds:

15    • the Request potentially seeks the production of documents protected by the

16    attorney-client privilege and/or work product doctrine

17    • Machado invokes his Fifth Amendment privilege to be free from self

18    incrimination, and on that ground refuses to produce any document if that

19    production has a testimonial effect and which might tend to incriminate

20    him

21    • the Request seeks documents that are already in the possession of Mattel,

22    its agents or its attorneys

23    • the Request is overly broad, burdensome and/or harassing

24    • the Request seeks documents that are neither relevant nor reasonably

25    calculated to lead to the discovery of admissible evidence

26    • the Request potentially seeks documents in the possession and control of

27    MGA, which Machado will not produce, as those documents are readily

28    available to Mattel through its discovery requests to MGA in the

50

EXHIBIT _10_ PAGE 105

1    consolidated action

2    Subject to the General Objections and foregoing objections, Machado will

3  produce any relevant, responsive and non-privileged documents in his exclusive

4  possession or control, that have not already been turned over to Mattel, its agents or

5  its attorneys, that can be identified after conducting a diligent and good faith search.

6  **REQUEST FOR PRODUCTION NO. 62:**

7    ALL DOCUMENTS TRUEBA delivered or provided to or shared with Isaac

8  Larian before October 27, 2005.

9  **RESPONSE TO REQUEST FOR PRODUCTION NO. 62:**

10   Machado objects to this Request on the following grounds:

11   • the Request potentially seeks the production of documents protected by the

12     attorney-client privilege and/or work product doctrine

13   • Machado invokes his Fifth Amendment privilege to be free from self

14     incrimination, and on that ground refuses to produce any document if that

15     production has a testimonial effect and which might tend to incriminate

16     him

17   • the Request seeks documents that are already in the possession of Mattel,

18     its agents or its attorneys

19   • the Request is overly broad, burdensome and/or harassing

20   • the Request seeks documents that are neither relevant nor reasonably

21     calculated to lead to the discovery of admissible evidence

22   • the Request potentially seeks documents in the possession and control of

23     MGA, which Machado will not produce, as those documents are readily

24     available to Mattel through its discovery requests to MGA in the

25     consolidated action

26   Subject to the General Objections and foregoing objections, Machado will

27  produce any relevant, responsive and non-privileged documents in his exclusive

28  possession or control, that have not already been turned over to Mattel, its agents or

1 | its attorneys, that can be identified after conducting a diligent and good faith search.

2 | **REQUEST FOR PRODUCTION NO. 63:**

3 |     ALL DOCUMENTS TRUEBA delivered or provided to or shared with

4 | Susana Kuemmerle before October 27, 2005.

5 | **RESPONSE TO REQUEST FOR PRODUCTION NO. 63:**

6 |     Machado objects to this Request on the following grounds:

7 |    • the Request potentially seeks the production of documents protected by the

8 |     attorney-client privilege and/or work product doctrine

9 |    • Machado invokes his Fifth Amendment privilege to be free from self

10 |     incrimination, and on that ground refuses to produce any document if that

11 |     production has a testimonial effect and which might tend to incriminate

12 |     him

13 |    • the Request seeks documents that are already in the possession of Mattel,

14 |     its agents or its attorneys

15 |    • the Request is overly broad, burdensome and/or harassing

16 |    • the Request seeks documents that are neither relevant nor reasonably

17 |     calculated to lead to the discovery of admissible evidence

18 |    • the Request potentially seeks documents in the possession and control of

19 |     MGA, which Machado will not produce, as those documents are readily

20 |     available to Mattel through its discovery requests to MGA in the

21 |     consolidated action

22 |     Subject to the General Objections and foregoing objections, Machado will

23 | produce any relevant, responsive and non-privileged documents in his exclusive

24 | possession or control, that have not already been turned over to Mattel, its agents or

25 | its attorneys, that can be identified after conducting a diligent and good faith search.

26 | **REQUEST FOR PRODUCTION NO. 64:**

27 |     ALL DOCUMENTS VARGAS delivered or provided to or shared with MGA

28 | before October 27, 2005.

EXHIBIT 10 PAGE 107

**RESPONSE TO REQUEST FOR PRODUCTION NO. 64:**

Machado objects to this Request on the following grounds:

- the Request potentially seeks the production of documents protected by the attorney-client privilege and/or work product doctrine

- Machado invokes his Fifth Amendment privilege to be free from self incrimination, and on that ground refuses to produce any document if that production has a testimonial effect and which might tend to incriminate him

- the Request seeks documents that are already in the possession of Mattel, its agents or its attorneys

- the Request is overly broad, burdensome and/or harassing

- the Request seeks documents that are neither relevant nor reasonably calculated to lead to the discovery of admissible evidence

- the Request potentially seeks documents in the possession and control of MGA, which Machado will not produce, as those documents are readily available to Mattel through its discovery requests to MGA in the consolidated action

Subject to the General Objections and foregoing objections, Machado will produce any relevant, responsive and non-privileged documents in his exclusive possession or control, that have not already been turned over to Mattel, its agents or its attorneys, that can be identified after conducting a diligent and good faith search.

**REQUEST FOR PRODUCTION NO. 65:**

ALL DOCUMENTS VARGAS delivered or provided to or shared with Isaac Larian before October 27, 2005.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 65:**

Machado objects to this Request on the following grounds:

- the Request potentially seeks the production of documents protected by the attorney-client privilege and/or work product doctrine

1      • Machado invokes his Fifth Amendment privilege to be free from self
2        incrimination, and on that ground refuses to produce any document if that
3        production has a testimonial effect and which might tend to incriminate
4        him
5      • the Request seeks documents that are already in the possession of Mattel,
6        its agents or its attorneys
7      • the Request is overly broad, burdensome and/or harassing
8      • the Request seeks documents that are neither relevant nor reasonably
9        calculated to lead to the discovery of admissible evidence
10     • the Request potentially seeks documents in the possession and control of
11       MGA, which Machado will not produce, as those documents are readily
12       available to Mattel through its discovery requests to MGA in the
13       consolidated action
14     Subject to the General Objections and foregoing objections, Machado will
15   produce any relevant, responsive and non-privileged documents in his exclusive
16   possession or control, that have not already been turned over to Mattel, its agents or
17   its attorneys, that can be identified after conducting a diligent and good faith search.
18   **REQUEST FOR PRODUCTION NO. 66:**
19     ALL DOCUMENTS VARGAS delivered or provided to or shared with
20   Susana Kuemmerle before October 27, 2005.
21   **RESPONSE TO REQUEST FOR PRODUCTION NO. 66:**
22     Machado objects to this Request on the following grounds:
23     • the Request potentially seeks the production of documents protected by the
24       attorney-client privilege and/or work product doctrine
25     • Machado invokes his Fifth Amendment privilege to be free from self
26       incrimination, and on that ground refuses to produce any document if that
27       production has a testimonial effect and which might tend to incriminate
28       him

CARLOS GUSTAVO MACHADO GOMEZ'S OBJECTIONS TO
MATTEL, INC.'S FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS

EXHIBIT _10_ PAGE 109

1    • the Request seeks documents that are already in the possession of Mattel,

2    its agents or its attorneys

3    • the Request is overly broad, burdensome and/or harassing

4    • the Request seeks documents that are neither relevant nor reasonably

5    calculated to lead to the discovery of admissible evidence

6    • the Request potentially seeks documents in the possession and control of

7    MGA, which Machado will not produce, as those documents are readily

8    available to Mattel through its discovery requests to MGA in the

9    consolidated action

10   Subject to the General Objections and foregoing objections, Machado will

11   produce any relevant, responsive and non-privileged documents in his exclusive

12   possession or control, that have not already been turned over to Mattel, its agents or

13   its attorneys, that can be identified after conducting a diligent and good faith search.

14   **REQUEST FOR PRODUCTION NO. 67:**

15   DOCUMENTS sufficient to show all e-mail addresses created, used, accessed

16   or monitored by YOU since April 1, 1997.

17   **RESPONSE TO REQUEST FOR PRODUCTION NO. 67:**

18   Machado objects to this Request on the following grounds:

19   • the Request potentially seeks the production of documents protected by the

20   attorney-client privilege and/or work product doctrine

21   • Machado invokes his Fifth Amendment privilege to be free from self

22   incrimination, and on that ground refuses to produce any document if that

23   production has a testimonial effect and which might tend to incriminate

24   him

25   • the Request seeks documents that are already in the possession of Mattel,

26   its agents or its attorneys

27   • the Request as worded is overly broad, unduly burdensome and oppressive

28   in part because it contains no reasonable time limit

CARLOS GUSTAVO MACHADO GOMEZ'S OBJECTIONS TO
MATTEL, INC.'S FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS

EXHIBIT 10 PAGE 110

1    In light of the General Objections and foregoing objections, Machado will not

2    produce any documents in response to this Request.

3    **REQUEST FOR PRODUCTION NO. 68:**

4    ALL DOCUMENTS that REFER or RELATE to ANY travel by YOU to Los

5    Angeles, California between January 1, 2004 and April 20, 2004.

6    **RESPONSE TO REQUEST FOR PRODUCTION NO. 68:**

7    Machado objects to this Request on the following grounds:

8    • the Request potentially seeks the production of documents protected by the

9    attorney-client privilege and/or work product doctrine

10   • Machado invokes his Fifth Amendment privilege to be free from self

11   incrimination, and on that ground refuses to produce any document if that

12   production has a testimonial effect and which might tend to incriminate

13   him

14   • the Request seeks documents that are already in the possession of Mattel,

15   its agents or its attorneys

16   • the Request as worded is overly broad, unduly burdensome and oppressive

17   • the Request as worded asserts, or requires Machado to assume, a factual

18   predicate or state of affairs which is incorrect or untrue

19   In light of the General Objections and foregoing objections, Machado will not

20   produce any documents in response to this Request.

21   **REQUEST FOR PRODUCTION NO. 69:**

22   ALL DOCUMENTS that REFER or RELATE to ANY travel by TRUEBA to

23   Los Angeles, California between January 1, 2004 and April 20, 2004.

24   **RESPONSE TO REQUEST FOR PRODUCTION NO. 69:**

25   Machado objects to this Request on the following grounds:

26   • the Request potentially seeks the production of documents protected by the

27   attorney-client privilege and/or work product doctrine

28   • Machado invokes his Fifth Amendment privilege to be free from self

56

1       incrimination, and on that ground refuses to produce any document if that

2       production has a testimonial effect and which might tend to incriminate

3       him

4       • the Request seeks documents that are already in the possession of Mattel,

5       its agents or its attorneys

6       • the Request as worded is overly broad, unduly burdensome and oppressive

7       Subject to the General Objections and foregoing objections, Machado will

8  produce any relevant, responsive and non-privileged documents in his exclusive

9  possession or control, that have not already been turned over to Mattel, its agents or

10  its attorneys, that can be identified after conducting a diligent and good faith search.

11  **REQUEST FOR PRODUCTION NO. 70:**

12       ALL DOCUMENTS that REFER or RELATE to ANY travel by TRUEBA to

13  Los Angeles, California between January 1, 2004 and April 20, 2004.

14  **RESPONSE TO REQUEST FOR PRODUCTION NO. 70:**

15       Machado objects to this Request on the following grounds:

16       • the Request potentially seeks the production of documents protected by the

17       attorney-client privilege and/or work product doctrine

18       • Machado invokes his Fifth Amendment privilege to be free from self

19       incrimination, and on that ground refuses to produce any document if that

20       production has a testimonial effect and which might tend to incriminate

21       him

22       • the Request seeks documents that are already in the possession of Mattel,

23       its agents or its attorneys

24       • the Request as worded is overly broad, unduly burdensome and oppressive

25       Subject to the General Objections and foregoing objections, Machado will

26  produce any relevant, responsive and non-privileged documents in his exclusive

27  possession or control, that have not already been turned over to Mattel, its agents or

28  its attorneys, that can be identified after conducting a diligent and good faith search.

EXHIBIT _/0_ PAGE 112

1  **REQUEST FOR PRODUCTION NO. 71:**

2      ALL DOCUMENTS that REFER or RELATE to meetings between YOU and

3  MGA prior to April 20, 2004, including without limitation notes or records that

4  REFER or RELATE to ANY such meetings.

5  **RESPONSE TO REQUEST FOR PRODUCTION NO. 71:**

6      Machado objects to this Request on the following grounds:

7      • the Request potentially seeks the production of documents protected by the

8        attorney-client privilege and/or work product doctrine

9      • Machado invokes his Fifth Amendment privilege to be free from self

10       incrimination, and on that ground refuses to produce any document if that

11       production has a testimonial effect and which might tend to incriminate

12       him

13     • the Request potentially seeks documents in the possession and control of

14       MGA, which Machado will not produce, as those documents are readily

15       available to Mattel through its discovery requests to MGA in the

16       consolidated action

17     Subject to the General Objections and foregoing objections, Machado will

18 produce any relevant, responsive and non-privileged documents in his exclusive

19 possession or control, that have not already been turned over to Mattel, its agents or

20 its attorneys, that can be identified after conducting a diligent and good faith search.

21 **REQUEST FOR PRODUCTION NO. 72:**

22     ALL DOCUMENTS that REFER or RELATE to meetings between YOU and

23 Susana Kuemmerle prior to April 20, 2004, including without limitation notes or

24 records that REFER or RELATE to ANY such meetings.

25 **RESPONSE TO REQUEST FOR PRODUCTION NO. 72:**

26     Machado objects to this Request on the following grounds:

27     • the Request potentially seeks the production of documents protected by the

28       attorney-client privilege and/or work product doctrine

CARLOS GUSTAVO MACHADO GOMEZ'S OBJECTIONS TO
MATTEL, INC.'S FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS

EXHIBIT *10* PAGE 113

1      • Machado invokes his Fifth Amendment privilege to be free from self

2           incrimination, and on that ground refuses to produce any document if that

3           production has a testimonial effect and which might tend to incriminate

4           him

5      • the Request seeks documents that are already in the possession of Mattel,

6           its agents or its attorneys

7      • the Request as worded is overly broad, unduly burdensome and oppressive

8      • the Request potentially seeks documents in the possession and control of

9           MGA, which Machado will not produce, as those documents are readily

10          available to Mattel through its discovery requests to MGA in the

11          consolidated action

12      Subject to the General Objections and foregoing objections, Machado will

13 produce any relevant, responsive and non-privileged documents in his exclusive

14 possession or control, that have not already been turned over to Mattel, its agents or

15 its attorneys, that can be identified after conducting a diligent and good faith search.

16 **REQUEST FOR PRODUCTION NO. 73:**

17      ALL DOCUMENTS that REFER or RELATE to meetings between YOU and

18 Isaac Larian prior to April 20, 2004, including without limitation notes or records

19 that REFER or RELATE to ANY such meetings.

20 **RESPONSE TO REQUEST FOR PRODUCTION NO. 73:**

21      Machado objects to this Request on the following grounds:

22      • the Request potentially seeks the production of documents protected by the

23          attorney-client privilege and/or work product doctrine

24      • Machado invokes his Fifth Amendment privilege to be free from self

25          incrimination, and on that ground refuses to produce any document if that

26          production has a testimonial effect and which might tend to incriminate

27          him

28      • the Request potentially seeks documents in the possession and control of

EXHIBIT 10 PAGE 114

1    MGA, which Machado will not produce, as those documents are readily

2    available to Mattel through its discovery requests to MGA in the

3    consolidated action

4        Subject to the General Objections and foregoing objections, Machado will

5    produce any relevant, responsive and non-privileged documents in his exclusive

6    possession or control, that have not already been turned over to Mattel, its agents or

7    its attorneys, that can be identified after conducting a diligent and good faith search.

8    **REQUEST FOR PRODUCTION NO. 74:**

9        ALL DOCUMENTS that REFER or RELATE to meetings between

10    TRUEBA and MGA prior to April 20, 2004, including without limitation notes or

11    records that REFER or RELATE to ANY such meetings.

12    **RESPONSE TO REQUEST FOR PRODUCTION NO. 74:**

13        Machado objects to this Request on the following grounds:

14    • the Request potentially seeks the production of documents protected by the

15        attorney-client privilege and/or work product doctrine

16    • Machado invokes his Fifth Amendment privilege to be free from self

17        incrimination, and on that ground refuses to produce any document if that

18        production has a testimonial effect and which might tend to incriminate

19        him

20    • the Request potentially seeks documents in the possession and control of

21        MGA, which Machado will not produce, as those documents are readily

22        available to Mattel through its discovery requests to MGA in the

23        consolidated action

24        Subject to the General Objections and foregoing objections, Machado will

25    produce any relevant, responsive and non-privileged documents in his exclusive

26    possession or control, that have not already been turned over to Mattel, its agents or

27    its attorneys, that can be identified after conducting a diligent and good faith search.

28    **REQUEST FOR PRODUCTION NO. 75:**

60

EXHIBIT _D_ PAGE 115

1     ALL DOCUMENTS that REFER or RELATE to meetings between

2   TRUEBA and Susana Kuemmerle prior to April 20, 2004, including without

3   limitation notes or records that REFER or RELATE to ANY such meetings.

4   **RESPONSE TO REQUEST FOR PRODUCTION NO. 75:**

5     Machado objects to this Request on the following grounds:

6   • the Request potentially seeks the production of documents protected by the

7     attorney-client privilege and/or work product doctrine

8   • Machado invokes his Fifth Amendment privilege to be free from self

9     incrimination, and on that ground refuses to produce any document if that

10     production has a testimonial effect and which might tend to incriminate

11     him

12   • the Request seeks documents that are already in the possession of Mattel,

13     its agents or its attorneys

14   • the Request as worded is overly broad, unduly burdensome and oppressive

15   • the Request potentially seeks documents in the possession and control of

16     MGA, which Machado will not produce, as those documents are readily

17     available to Mattel through its discovery requests to MGA in the

18     consolidated action

19     Subject to the General Objections and foregoing objections, Machado will

20   produce any relevant, responsive and non-privileged documents in his exclusive

21   possession or control, that have not already been turned over to Mattel, its agents or

22   its attorneys, that can be identified after conducting a diligent and good faith search.

23   **REQUEST FOR PRODUCTION NO. 76:**

24     ALL DOCUMENTS that REFER or RELATE to meetings between

25   TRUEBA and Isaac Larian prior to April 20, 2004, including without limitation

26   notes or records that REFER or RELATE to ANY such meetings.

27   **RESPONSE TO REQUEST FOR PRODUCTION NO. 76:**

28     Machado objects to this Request on the following grounds:

61

1    • the Request potentially seeks the production of documents protected by the

2    attorney-client privilege and/or work product doctrine

3    • Machado invokes his Fifth Amendment privilege to be free from self

4    incrimination, and on that ground refuses to produce any document if that

5    production has a testimonial effect and which might tend to incriminate

6    him

7    • the Request potentially seeks documents in the possession and control of

8    MGA, which Machado will not produce, as those documents are readily

9    available to Mattel through its discovery requests to MGA in the

10    consolidated action

11    Subject to the General Objections and foregoing objections, Machado will

12    produce any relevant, responsive and non-privileged documents in his exclusive

13    possession or control, that have not already been turned over to Mattel, its agents or

14    its attorneys, that can be identified after conducting a diligent and good faith search.

15    **REQUEST FOR PRODUCTION NO. 77:**

16    ALL DOCUMENTS that REFER or RELATE to meetings between

17    VARGAS and MGA prior to April 20, 2004, including without limitation notes or

18    records that REFER or RELATE to ANY such meetings.

19    **RESPONSE TO REQUEST FOR PRODUCTION NO. 77:**

20    Machado objects to this Request on the following grounds:

21    • the Request potentially seeks the production of documents protected by the

22    attorney-client privilege and/or work product doctrine

23    • Machado invokes his Fifth Amendment privilege to be free from self

24    incrimination, and on that ground refuses to produce any document if that

25    production has a testimonial effect and which might tend to incriminate

26    him

27    • the Request potentially seeks documents in the possession and control of

28    MGA, which Machado will not produce, as those documents are readily

62

EXHIBIT _10_ PAGE 117

1     available to Mattel through its discovery requests to MGA in the

2     consolidated action

3         Subject to the General Objections and foregoing objections, Machado will

4 produce any relevant, responsive and non-privileged documents in his exclusive

5 possession or control, that have not already been turned over to Mattel, its agents or

6 its attorneys, that can be identified after conducting a diligent and good faith search.

7 **REQUEST FOR PRODUCTION NO. 78:**

8         ALL DOCUMENTS that REFER or RELATE to meetings between

9 VARGAS and Susan Kuemmerle prior to April 20, 2004, including without

10 limitation notes or records that REFER or RELATE to ANY such meetings.

11 **RESPONSE TO REQUEST FOR PRODUCTION NO. 78:**

12     Machado objects to this Request on the following grounds:

13   •  the Request potentially seeks the production of documents protected by the

14      attorney-client privilege and/or work product doctrine

15   •  Machado invokes his Fifth Amendment privilege to be free from self

16      incrimination, and on that ground refuses to produce any document if that

17      production has a testimonial effect and which might tend to incriminate

18      him

19   •  the Request seeks documents that are already in the possession of Mattel,

20      its agents or its attorneys

21   •  the Request potentially seeks documents in the possession and control of

22      MGA, which Machado will not produce, as those documents are readily

23      available to Mattel through its discovery requests to MGA in the

24      consolidated action

25     Subject to the General Objections and foregoing objections, Machado will

26 produce any relevant, responsive and non-privileged documents in his exclusive

27 possession or control, that have not already been turned over to Mattel, its agents or

28 its attorneys, that can be identified after conducting a diligent and good faith search.

CARLOS GUSTAVO MACHADO GOMEZ'S OBJECTIONS TO
MATTEL, INC.'S FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS

EXHIBIT _10_ PAGE 118

**REQUEST FOR PRODUCTION NO. 79:**

ALL DOCUMENTS that REFER or RELATE to meetings between VARGAS and Isaac Larian prior to April 20, 2004, including without limitation notes or records that REFER or RELATE to ANY such meetings.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 79:**

Machado objects to this Request on the following grounds:

- the Request potentially seeks the production of documents protected by the attorney-client privilege and/or work product doctrine
- Machado invokes his Fifth Amendment privilege to be free from self incrimination, and on that ground refuses to produce any document if that production has a testimonial effect and which might tend to incriminate him
- the Request potentially seeks documents in the possession and control of MGA, which Machado will not produce, as those documents are readily available to Mattel through its discovery requests to MGA in the consolidated action

Subject to the General Objections and foregoing objections, Machado will produce any relevant, responsive and non-privileged documents in his exclusive possession or control, that have not already been turned over to Mattel, its agents or its attorneys, that can be identified after conducting a diligent and good faith search.

**REQUEST FOR PRODUCTION NO. 80:**

ALL COMMUNICATIONS between YOU and any PERSON RELATING TO the retention or destruction of DOCUMENTS or DIGITAL INFORMATION between January 1, 2003 and the present.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 80:**

Machado objects to this Request on the following grounds:

- the Request potentially seeks the production of documents protected by the attorney-client privilege and/or work product doctrine

EXHIBIT *10* PAGE 119

1     •   Machado invokes his Fifth Amendment privilege to be free from self
2        incrimination, and on that ground refuses to produce any document if that
3        production has a testimonial effect and which might tend to incriminate
4        him
5     •   the Request as worded is nonsensical
6     •   the Request as worded asserts, or requires Machado to assume, a factual
7        predicate or state of affairs which is incorrect or untrue
8     •   the Request potentially seeks documents in the possession and control of
9        MGA, which Machado will not produce, as those documents are readily
10       available to Mattel through its discovery requests to MGA in the
11       consolidated action
12      In light of the General Objections and foregoing objections, Machado will not
13 produce any documents in response to this Request.
14 **REQUEST FOR PRODUCTION NO. 81:**
15      All DOCUMENTS RELATING TO any facts underlying any of YOUR
16 defenses in this ACTION.
17 **RESPONSE TO REQUEST FOR PRODUCTION NO. 81:**
18      Machado objects to this Request on the following grounds:
19     •   the Request potentially seeks the production of documents protected by the
20        attorney-client privilege and/or work product doctrine
21     •   Machado invokes his Fifth Amendment privilege to be free from self
22        incrimination, and on that ground refuses to produce any document if that
23        production has a testimonial effect and which might tend to incriminate
24        him
25     •   the Request seeks documents that are already in the possession of Mattel,
26        its agents or its attorneys
27     •   the Request potentially seeks documents in the possession and control of
28        MGA, which Machado will not produce, as those documents are readily

EXHIBIT _D_ PAGE 120

1    available to Mattel through its discovery requests to MGA in the

2    consolidated action

3        Subject to the General Objections and foregoing objections, Machado will

4    produce any relevant, responsive and non-privileged documents in his exclusive

5    possession or control, that have not already been turned over to Mattel, its agents or

6    its attorneys, that can be identified after conducting a diligent and good faith search.

7    **REQUEST FOR PRODUCTION NO. 82:**

8        All DOCUMENTS RELATING TO any facts underlying the claims for relief

9    in MATTEL's Complaint (including without limitation its Counterclaims) against

10   YOU or any other PERSON in this ACTION.

11   **RESPONSE TO REQUEST FOR PRODUCTION NO. 82:**

12       Machado objects to this Request on the following grounds:

13   •   the Request potentially seeks the production of documents protected by the

14       attorney-client privilege and/or work product doctrine

15   •   Machado invokes his Fifth Amendment privilege to be free from self

16       incrimination, and on that ground refuses to produce any document if that

17       production has a testimonial effect and which might tend to incriminate

18       him

19   •   the Request seeks documents that are already in the possession of Mattel,

20       its agents or its attorneys

21   •   the Request as worded asserts, or requires Machado to reach, a legal

22       conclusion regarding Mattel's claims against others

23   •   the Request potentially seeks documents in the possession and control of

24       MGA, which Machado will not produce, as those documents are readily

25       available to Mattel through its discovery requests to MGA in the

26       consolidated action

27       In light of the General Objections and foregoing objections, Machado will not

28   produce any documents in response to this Request, apart from what has been

66

EXHIBIT _10_ PAGE 121

1 produced in response to prior requests.

2 **REQUEST FOR PRODUCTION NO. 83:**

3   An electronic copy of each DOCUMENT that YOU have produced in this

4 action, or that is responsive to these Requests, that is or was created, prepared,

5 generated, maintained or transmitted in digital form.

6 **RESPONSE TO REQUEST FOR PRODUCTION NO. 83:**

7   Machado objects to this Request on the following grounds:

8  • the Request potentially seeks the production of documents protected by the

9     attorney-client privilege and/or work product doctrine

10  • Machado invokes his Fifth Amendment privilege to be free from self

11     incrimination, and on that ground refuses to produce any document if that

12     production has a testimonial effect and which might tend to incriminate

13     him

14  • the Request seeks documents that are already in the possession of Mattel,

15     its agents or its attorneys

16  • the Request potentially seeks documents in the possession and control of

17     MGA, which Machado will not produce, as those documents are readily

18     available to Mattel through its discovery requests to MGA in the

19     consolidated action

20   Subject to the General Objections and foregoing objections, Machado will

21 produce any relevant, responsive and non-privileged documents in his exclusive

22 possession or control, that have not already been turned over to Mattel, its agents or

23 its attorneys, that can be identified after conducting a diligent and good faith search.

24 **REQUEST FOR PRODUCTION NO. 84:**

25   The metadata for each DOCUMENT that YOU have produced in this action,

26 or that is responsive to these Requests, that is or was created, prepared, generated,

27 maintained or transmitted in digital form.

28 **RESPONSE TO REQUEST FOR PRODUCTION NO. 84:**

EXHIBIT _10_ PAGE 122

1  Machado objects to this Request on the following grounds:

2  • the Request potentially seeks the production of documents protected by the

3  attorney-client privilege and/or work product doctrine

4  • Machado invokes his Fifth Amendment privilege to be free from self

5  incrimination, and on that ground refuses to produce any document if that

6  production has a testimonial effect and which might tend to incriminate

7  him

8  • the Request seeks documents that are already in the possession of Mattel,

9  its agents or its attorneys

10  • the Request potentially seeks documents in the possession and control of

11  MGA, which Machado will not produce, as those documents are readily

12  available to Mattel through its discovery requests to MGA in the

13  consolidated action

14  Subject to the General Objections and foregoing objections, Machado will

15  produce any relevant, responsive and non-privileged documents in his exclusive

16  possession or control, that have not already been turned over to Mattel, its agents or

17  its attorneys, that can be identified after conducting a diligent and good faith search.

18  **REQUEST FOR PRODUCTION NO. 85:**

19  To the extent not produced in response to any other Request for Production,

20  all DOCUMENTS and tangible things upon which YOU intend to rely in this

21  ACTION.

22  **RESPONSE TO REQUEST FOR PRODUCTION NO. 85:**

23  Machado objects to this Request on the following grounds:

24  • the Request potentially seeks the production of documents protected by the

25  attorney-client privilege and/or work product doctrine

26  • Machado invokes his Fifth Amendment privilege to be free from self

27  incrimination, and on that ground refuses to produce any document if that

28  production has a testimonial effect and which might tend to incriminate

68

EXHIBIT _10_ PAGE 123

1    him

2    • the Request seeks documents that are already in the possession of Mattel,
3      its agents or its attorneys

4    • the Request potentially seeks documents in the possession and control of
5      MGA, which Machado will not produce, as those documents are readily
6      available to Mattel through its discovery requests to MGA in the
7      consolidated action

8    Subject to the General Objections and foregoing objections, Machado will

9    produce any relevant, responsive and non-privileged documents in his exclusive

10   possession or control, that have not already been turned over to Mattel, its agents or

11   its attorneys, that can be identified after conducting a diligent and good faith search.

12   DATED: October 15, 2007          OVERLAND BORENSTEIN SCHEPER &
                                       KIM LLP
13                                     ALEXANDER H. COTE

14

15

16   By: _____

17       Alexander H. Cote
         Attorneys for Carlos Gustavo Machado
18       Gomez

19

20

21

22

23

24

25

26

27

28

EXHIBIT _L_ PAGE 124

1          **PROOF OF SERVICE**

2    STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

3          At the time of service, I was over 18 years of age and **not a party to this action.** I am employed in the County of Los Angeles, State of California.  My
4    business address is 1055 W. 7th Street, Suite 2750, Los Angeles, Ca 90017.

5          On October 15, 2007, I served true copies of the following document(s) described as **CARLOS GUSTAVO MACHADO GOMEZ'S OBJECTIONS TO
6    MATTEL, INC.'S FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS** on the interested parties in this action as follows:

7
     B. Dylan Proctor
8    Quinn Emanuel Urquhart Oliver & Hedges LLP
     865 South Figueroa Street
9    10th Floor
     Los Angeles, CA  90017
10

11   **BY PERSONAL SERVICE:**  I personally delivered the document(s) to the person being at the addresses listed in the Service List.  (1) For a party represented by an
12   attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being
13   served with a receptionist or an individual in charge of the office.  (2) For a party, delivery was made to the party or by leaving the documents at the party's residence
14   with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

15         I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office
16   of a member of the bar of this Court at whose direction the service was made.

17         Executed on October 15, 2007, at Los Angeles, California.

18

19

20                                        STEVE ICKISCR
21                                        PRINT NAME

22

23

24

25

26

27

28

EXHIBIT 10  PAGE 125