**Exhibit 14**

# DECLARATION OF MORAD ZARABI

I, Morad Zarabi, hereby declare:

1.     I am the uncle of Plaintiff Farhad Larian and Defendant Isaac Larian. I served as their arbitrator from 2000 to the present. The facts set forth in this Declaration are of my own personal knowledge, and if called as a witness, I could and would testify competently thereto.

2.     This Declaration is filed in opposition to Plaintiff Farhad Larian's Motion to Compel Production of Documents of Ernest Dutcher.

3.     In September, 2000, I was selected as the arbitrator to arbitrate a dispute which had arisen between Farhad and Isaac concerning their joint ownership in ABC International Traders, Inc. ("ABC" herein). I was expressly authorized to determine whether either Farhad or Isaac was to sell his shares to the other and the purchase price and terms of payment for the shares.

4.     Beginning in Fall of 2000, I gathered financial and other information and held hearings in my role as arbitrator. I engaged the services of National Business Appraisers, LLC ("National Business" herein) for the purpose of providing me with a valuation of ABC.

5.     In December, 2000, I rendered my decision which was embodied in a written Agreement for Sale of Stock dated December 4, 2000. As reflected in the Sale Agreement, Farhad was to be seller and Isaac was to be buyer, the price was to be $8,775,000.00, payable $500,000.00 at the closing, with a promissory note in the amount of $8,275,000.00.

6.     In Summer of 2002, Farhad alleged that Isaac concealed from Farhad and myself certain facts pertaining to a product line of ABC called the "Bratz doll," which allegedly was of great value and would have justified a substantially higher price for Farhad's shares.

7.     Thereafter, I began gathering financial and other information from Farhad and Isaac. In early 2003, I again engaged the services of National Business for the purpose of providing me, for my consideration and review in connection with my duties as arbitrator, with a valuation of ABC based upon information that I gathered in 2002.

8.     On or about February 7, 2003, I met with Farhad and Isaac to discuss the issues. I heard arguments from both sides and took the matter under submission. Prior to me rendering my decision, Farhad filed this instant action with the Court. I remain willing and able to

C:\Data\Fellen Litigation\International Trader - Larian\Opposition.wpd          9

EXHIBIT 14 PAGE 148          HS 01285

1   continue with my duties as arbitrator should the Court ultimately decide that the dispute be

2   arbitrated.

3         I declare under penalty of perjury, pursuant to the State of California, that the foregoing

4   is true and correct, and that this Declaration was executed on this _14_ day of September, 2004,

5   at Encino, California.

6

7

8                                    MORAD ZARABI

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

C:\Docs\...\Opposition.wpd                                    10

OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS

EXHIBIT 14 PAGE 149          HS 01286

**Exhibit 15**

### DECLARATION OF ERNEST DUTCHER

I, Ernest Dutcher, hereby declare as follows:

1.    I am the owner of National Business Appraisers, LLC. I make this declaration from personal knowledge and I could and would competently testify to its contents.

2.    In or around October 2000, I was retained to perform an appraisal of the current value of ABC International Traders, Inc. ("ABC") by Ellis Stern for Morad Zarabi for the purpose of a sale of a shareholder's interest. This was the first time I did any work for either Mr. Stern or Mr. Zarabi.

3.    After being retained, I spoke with Mr. Zarabi about the appraisal. He advised me that Farhad Larian was selling his interest in ABC. He said that Farhad was not very involved in ABC and was not doing much work for ABC, and that his shares were to be sold to Isaac Larian.

4.    During October and early November 2000, I performed the appraisal of ABC utilizing documentation provided to me by Mr. Zarabi and /or Mr. Stern. While performing this appraisal, I was not given any information about the Bratz product line, nor was I told of ABC's plans for the Bratz product line. Thus, I

1

000006

EXHIBIT 15 PAGE 150

1  knew nothing about any activity by ABC involving the Bratz

2  product line. For performing this appraisal I was not asked to

3  appraise a Hong Kong company called MGA Entertainment Hong Kong,

4  Limited ("MGAEHK"). Until September 2004, I was unaware shares

5  of this company were part of the sale transaction.

6

7      5.   On or about October 31, 2000 I met with and provided a

8  draft appraisal to Mr. Zarabi which valued ABC as of December

9  31, 1999 at $26,942,000 and valued a 45% shareholder's interest

10  at $12,123,900. A true and correct copy of the draft appraisal

11  from my computer files is attached as Exhibit A. Upon review of

12  the draft appraisal, Mr. Zarabi instructed me to decrease the

13  valuation to get close to $20,000,000. As a result of the

14  meeting and following Mr. Zarabi's instructions, I did the

15  following: lowered the overall growth rates used on Table E;

16  changed the weighing on table C; rounded down the calculated

17  value on Table J; and changed the "Price Trend Factors" on Table

18  H. These changes were made in order to reduce ABC's appraised

19  value from $26,942,000 to $21,600,000 which lowered the value of

20  a 45% shareholder's interest from $12,123,900 to $9,720,000. On

21  or about November 7, 2000 I issued my valuation report for the

22  period ending December 31, 1999 based on the lowered numbers. A

23  true and correct copy of the November 7, 2000 appraisal is

24  attached as Exhibit B.

25

2

000007

2 - ED

EXHIBIT 15 PAGE 151

6.   At all times during October and November 2000 Mr. Zarabi was fully aware the valuation was being done as of December 31, 1999. In performing the November 7, 2000 appraisal I followed Mr. Zarabi's instructions. At no time in 2000, after receiving the draft appraisal did Mr. Zarabi tell me I should also value MGAEHK, should value ABC as of a date other than December 31, 1999, or that I had not followed his instructions. At no time after receiving the November 7, 2000 appraisal did Mr. Zarabi tell me that by lowering the appraised value I had not followed his instructions.

7.   Shortly after issuing the November 7, 2000 report, Mr. Stern requested that I send him all my files concerning the appraisal of ABC. I complied with his request. Among the items I sent to Mr. Stern was the draft appraisal dated October 31, 2000 which is attached to this declaration as Exhibit A.

8.   On February 5, 2003 I was advised by Mr. Stern that the selling shareholder of ABC was complaining about the appraisal dated November 2000 (December 31, 1999 valuation date) because of an undisclosed contract which I later learned is called Bratz. Mr. Stern requested that I look at the issue. Subsequently I met with Mr. Zarabi and his son Robert Zarabi on February 7, 2003 to discuss the appraisal. Morad Zarabi asked me to perform another appraisal of ABC to value it as of December

3

000008

3-ZD

EXHIBIT 15 PAGE 152

31, 2000. He did not ask me to include the Bratz contract in my valuation approaches and I was not provided with any information or documentation about revenues and profits generated from the Bratz line, ABC's plans for this line, or the growth potential ABC anticipated from Bratz. I performed the appraisal based on information in my computer file and the 2000-2001 financial statement for ABC provided to me by Mr. Zarabi. I determined a value of $33,805,000 for ABC as of December 31, 2000 and the value of a 45% interest in shareholder equity as $15,212,000.

9.     Subsequently Mr. Zarabi discussed the 2003 appraisal (December 31, 2000 valuation date) with me. Mr. Zarabi asked me to apply a minority shareholder discount to the valuation determined by the 2003 appraisal to lower the appraised value. As a result I applied a 25% minority shareholder discount which reduced the 45% shareholder interest from $15,212,000 to $11,409,000. However, I advised Mr. Zarabi in my report that the minority discount was not applicable. A true and correct copy of the 2003 appraisal from my computer files is attached as Exhibit C.

10.     I now believe that the appraisal report dated November 7, 2000 which valued ABC as of December 31, 1999 and which contained the value lowered from the draft appraisal is not a supportable opinion.



Address

000009

EXHIBIT 15 PAGE 153

11.   Because I did not receive complete information in 2003 which should have been available and should have been provided to me (such as ABC's 2002 sales and profits, ABC's forecasts for 2003 and beyond, and other pertinent and requisite data), I now believe the valuation report dated February 13, 2003 valuing ABC as of December 31, 2000 is also an unsupportable opinion.



12.   At no time when performing appraisals of ABC, was I informed of an extraordinary event in 1998 when Toys R Us stopped buying from MGA for that year. Disclosure of such extraordinary event would have materially increased the appraised values as of December 31, 1999 and December 31, 2000.

13.   On or about April 12, 2004 Mr. Zarabi retained me to perform another appraisal of ABC (renamed MGA Entertainment, Inc.) based on a December 31, 2001 valuation date. From discussions with Mr. Zarabi I understood that his purpose in commissioning this appraisal was to obtain a valuation lower than the 2003 appraisal (Exhibit C – valuation date December 31, 2000). For performing this appraisal, Mr. Zarabi told me the Hallmark deferrals which I had accounted for in my valuation dated February 13, 2003 were no longer applicable. Mr. Zarabi instructed me to exclude and ignore the Hallmark deferrals. Inclusion of such deferrals would have materially increased the

5

5- &W

EXHIBIT 15 PAGE 154

1   valuation in the appraisal prepared in 2004. Subsequently I

2   prepared a draft appraisal with a December 31, 2001 valuation

3   date which I submitted to Mr. Zarabi in early May 2004. A true

4   and correct copy of that appraisal dated May 1, 2004 is attached

5   as Exhibit D. As of April 29, 2004 I had discussed this

6   appraisal with Mr. Ellis Stern. As of April 29, 2004 Mr. Ellis

7   Stern was aware that this appraisal (Exhibit D) had been

8   prepared and existed.

9

10      14.   In early 2004 I was subpoenaed by Farhad Larian to

11  produce my records in a lawsuit against Isaac Larian. I had

12  previously turned over my records of the appraisals to Mr. Ellis

13  Stern. On or about May 17, 2004 I met with Mr. Stern who

14  informed me that my records of the 2000 appraisal were being

15  turned over to Farhad Larian, but that data relating to the

16  subsequent appraisals were going to be withheld.  He also asked

17  that I provide him with my electronic files relating to all

18  appraisals of ABC. I complied and on May 18, 2004 provided Mr.

19  Stern with a computer disk containing the electronic files. On

20  May 18, 2004 I also met with Mr. Morad Zarabi.

21

22      15.   Subsequently, from discussions with Mr. Ellis Stern, I

23  learned that the initial draft appraisal of ABC prepared in 2000

24  - which Mr. Stern had a copy of (Exhibit A) - had not been

25  produced to Farhad Larian. From discussions with both Mr. Ellis

EXHIBIT 15 PAGE 155

1  Stern and Mr. Morad Zarabi I understood that they wanted the

2  draft appraisal concealed. I believe the reason for wanting this

3  draft concealed was the fact that in preparing the appraisal

4  report dated November 7, 2000 (Exhibit B), Mr. Zarabi had

5  instructed me to modify the draft appraisal and to decrease the

6  appraised value to get close to $20,000,000. Some time in 2004

7  Mr. Ellis Stern advised me to erase all draft appraisal reports

8  from my computer files. I attempted to erase all draft appraisal

9  reports from my computer files. However, one file copy of the

10  draft appraisal remained on a separate disk.

11

12      16. On September 1, 2004 Mr. Stern emailed me about his

13  telephone conversation earlier that day with Farhad's attorneys.

14  Mr. Stern reported that in reference to my electronic records of

15  ABC's appraisals, he had told Farhad's attorneys that I "no

16  longer maintain such electronic records". Mr. Stern's statement

17  to Farhad's attorney was untrue. I had provided Mr. Stern copies

18  of my electronic records of ABC's appraisals on May 18,2004.

19

20      17.   In September 2004, Mr. Stern advised me he will

21  represent me along with Mr. Zarabi in connection with the

22  disputes between ABC's shareholders and I agreed.

23

24      18.   Subsequent to first being engaged by Mr. Stern and Mr.

25  Zarabi in October 2000, in addition to the three appraisals of

7

000012

EXHIBIT 15 PAGE 156

1  ABC and MGA, I have performed two appraisals for Mr. Zarabi of
2  his own company - Piege Co., DBA Felina Lingerie. I have also
3  performed two other appraisals for Mr. Stern. For the first
4  appraisal of ABC my base fee was $8,500. For the first appraisal
5  of Piege Co., my base fee was $7,500.
6
7       I declare under penalty of perjury under the laws of the
8  State of California and the United States of America that the
9  foregoing facts are true and correct, executed this 7TH day of
10 January 2005 at Los Angeles County, California.

                                   Ernest Dutcher

8

000013

EXHIBIT 15 PAGE 157

CONFIDENTIAL, DRAFT
ABC

**TABLE A**
**FIVE YEAR COMPARATIVE BALANCE SHEET**
**FYE End December 31**
**($000)**

Job No. 1118ABCV
Appr Date 31-Dec-99
Run Date 12/14/04

| ASSETS | FYE 8/31 1995* | % | 1996 | % | 1997 | % | 1998 | % | 1999 | % |
|---|---|---|---|---|---|---|---|---|---|---|
| Current assets | | | | | | | | | | |
| Cash & equivalents | $16 | 0.1 | $438 | 2.5 | $797 | 3.8 | $860 | 5.1 | ($579) | -0.4 |
| Accounts Receivable-Trade | 11,729 | 40.9 | 3,760 | 21.8 | 10,067 | 47.7 | 7,614 | 44.8 | 11,154 | 63.5 |
| Inventories | 14,534 | 50.7 | 11,677 | 67.7 | 8,663 | 41.0 | 7,400 | 43.6 | 5,834 | 33.2 |
| Due from affiliate | 417 | 1.5 | 143 | 0.8 | 171 | 0.8 | - | 0.0 | (320) | -1.8 |
| Prepaid Expenses & Other | 1,112 | 3.9 | 786 | 4.6 | 768 | 3.6 | 379 | 2.2 | 373 | 2.1 |
| Total Current | $27,808 | 97.0 | $16,804 | 97.4 | $20,466 | 96.9 | $16,253 | 95.7 | $16,962 | 96.6 |
| Property & Equipment | | | | | | | | | | |
| Machinery & Equipment | 1,687 | 5.9 | 1,759 | 10.2 | 2,369 | 11.2 | 3,621 | 21.3 | 1,409 | 8.0 |
| Leasehold Improvements | 86 | | 86 | | 86 | | 86 | | 86 | |
| Less Accum. Depr. | (899) | -3.1 | (1,399) | -8.1 | (1,800) | -8.5 | (2,977) | -17.5 | (900) | -5.1 |
| Net Fixed Assets | $874 | 3.0 | $446 | 2.6 | $655 | 3.1 | $730 | 4.3 | $595 | 3.4 |
| Deposits & other | | 0.0 | | 0.0 | | 0.0 | | 0.0 | | 0.0 |
| TOTAL ASSETS | $28,682 | 100.0 | $17,250 | 100.0 | $21,121 | 100.0 | $16,983 | 100.0 | $17,557 | 100.0 |

* Changed from a fiscal year ending of 8/31 to calendar year ending of 12/31. This information is from the fiscal year of 9/1/94 to 8/31/95.

000014

Exhibit A
Page 1 of 15

EXHIBIT 15 PAGE 158

CONFIDENTIAL DRAFT

**TABLE A-1**
**FIVE YEAR COMPARATIVE BALANCE SHEET**
F/Y End December 31
($000)

Job No. 1118ABCV
Appr Date  12/31/99
Run Date  12/14/04

**LIABILITIES & SHAREHOLDERS EQUITY**

| | 1995 | % | 1996 | % | 1997 | % | 1998 | % | 1999 | % |
|---|---|---|---|---|---|---|---|---|---|---|
| **Current Liabilities** | | | | | | | | | | |
| Accounts Payable & Accrued | $ 3,588 | 12.5 | $ 7,222 | 41.9 | $ 11,134 | 52.7 | $ 6,904 | 40.7 | $ 6,611 | 37.7 |
| Bank Line-Revolving | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Current Port. L T Debt | | 0.0 | 36 | 0.2 | 38 | 0.2 | 38 | 0.2 | 0 | 0.0 |
| Other current | 11,486 | 40.0 | 3 | 0.0 | 45 | 0.2 | 131 | 0.8 | 0 | 0.0 |
| Total current liabilities | $ 15,074 | 52.6 | $ 7,261 | 42.1 | $ 11,217 | 53.1 | $ 7,073 | 41.6 | $ 6,611 | 37.7 |
| **Long Term Liabilities** | | | | | | | | | | |
| Notes payable to bank | $ - | 0.0 | $ 5,950 | 34.5 | $ 3,175 | 15.0 | $ 5,231 | 30.8 | $ 2,129 | 12.1 |
| Long term debt, less current | 1,305 | 4.5 | | 0.0 | | 0.0 | | 0.0 | 0 | 0.0 |
| Subordinated notes payable & other | 3,728 | 13.0 | 2,718 | 15.8 | 3,028 | 14.3 | 3,247 | 19.1 | 3,255 | 18.5 |
| Total long term liabilities | $ 5,033 | 17.5 | $ 8,668 | 50.2 | $ 6,203 | 29.4 | $ 8,478 | 49.9 | $ 5,384 | 30.7 |
| **Total Liabilities** | $ 20,107 | 70.1 | $ 15,929 | 92.3 | $ 17,420 | 82.5 | $ 15,551 | 91.6 | $ 11,995 | 68.3 |
| **Shareholders Equity** | $ 8,575 | 29.9 | $ 1,321 | 7.7 | $ 3,701 | 17.5 | $ 1,432 | 8.4 | $ 5,562 | 31.7 |
| **Total Liabilities & Shareholders Equity** | $ 28,682 | 100.0 | $ 17,250 | 100.0 | $ 21,121 | 100.0 | $ 16,983 | 100.0 | $ 17,557 | 100.0 |
| Current Ratio | | 1.83 | | 2.31 | | 1.82 | | 2.30 | | 2.57 |
| Quick Ratio | | 0.78 | | 0.58 | | 0.97 | | 1.20 | | 1.68 |
| L T Debt / Net Worth | | 0.59 | | 6.56 | | 1.68 | | 5.92 | | 0.97 |
| Working Capital | $ 12,734 | 44.4 | $ 9,543 | 55.3 | $ 9,249 | 43.8 | $ 9,180 | 54.1 | $ 10,351 | 59.0 |

**IMPLIED WORKING CAPITAL**     Included in Business Enterprise Value

| | | | | |
|---|---|---|---|---|
| Net Revenues | $ 64,141 | $ 46,980 | $ 55,315 | $ 40,732 | $ 66,350 |
| W/C as a percent of revenues * | 14.29% | 14.29% | 14.29% | 14.29% | 14.29% |
| Implied working capital | $ 9,163 | $ 6,711 | $ 7,902 | $ 5,819 | $ 9,479 |

* Robert Morris Associates SIC #3944, Games, Toys etc.

000015

Exhibit A
Page 2 of 15

EXHIBIT *15* PAGE 159

CONFIDENTIAL DRAFT

**TABLE B**
**FIVE YEAR COMPARATIVE INCOME STATEMENT**
F/Y End December 31
(500k)

ABC INTERNATIONAL TRADERS, INC.

Job No  1118ABCV
Appr Date  31-Dec-99
Run Date  12/14/04

| | (1) 1995 | % | 1996 | % | 1997 | % | 1998 | % | 1999 | % |
|---|---|---|---|---|---|---|---|---|---|---|
| REVENUES - NET | $ 64,141 | 100.0 | $ 46,980 | 100.0 | $ 55,315 | 100.0 | $ 40,732 | 100.0 | $ 66,350 | 100.0 |
| Less cost of sales | 46,011 | 71.7 | 36,834 | 78.4 | 40,032 | 72.4 | 26,093 | 64.1 | 43,724 | 65.9 |
| GROSS PROFIT | $ 18,130 | 28.3 | $ 10,146 | 21.6 | $ 15,283 | 27.6 | $ 14,639 | 35.9 | $ 22,626 | 34.1 |
| Other income (loss) | 714 | 1.1 | (738) | -1.6 | 28 | 0.1 | (253) | -0.6 | 350 | 0.5 |
| TOTAL INCOME | $ 18,844 | 29.4 | $ 9,408 | 20.0 | $ 15,311 | 27.7 | $ 14,386 | 35.3 | $ 22,976 | 34.6 |
| EXPENSES | | | | | | | | | | |
| Advertising & promotion | $ 1,896 | 3.0 | $ 2,936 | 6.2 | $ 2,992 | 5.4 | $ 3,898 | 9.6 | $ 4,367 | 6.6 |
| Automobile expense | 39 | 0.1 | 34 | 0.2 | 47 | 0.1 | 64 | 0.2 | 67 | 0.1 |
| Bad debts | 488 | 0.8 | 289 | 0.6 | (6) | 0.0 | | | 30 | 0.0 |
| Bank charges | 205 | 0.3 | 312 | 0.7 | 294 | 0.5 | 181 | 0.4 | 196 | 0.3 |
| Commissions | 1,925 | 3.0 | 1,912 | 4.1 | 2,535 | 4.6 | 2,168 | 5.3 | 2,487 | 3.7 |
| Data processing & supplies | 66 | 0.1 | 72 | 0.0 | 27 | 0.0 | 64 | 0.2 | 66 | 0.1 |
| Depreciation | 228 | 0.4 | 732 | 1.6 | 585 | 1.1 | 589 | 1.4 | 540 | 0.8 |
| Delivery, postage | 72 | 0.1 | 130 | 0.3 | 242 | 0.4 | 191 | 0.5 | 325 | 0.5 |
| Insurance | 346 | 0.5 | 329 | 0.7 | 227 | 0.4 | 305 | 0.7 | 386 | 0.6 |
| Interest Expense | 917 | 1.4 | 663 | 1.4 | 390 | 0.7 | 552 | 1.4 | 842 | 1.3 |
| Legal, professional & accounting | 575 | 0.9 | 343 | 0.7 | 1,225 | 2.2 | 1,681 | 4.1 | 1,199 | 1.8 |
| Miscellaneous other | 111 | 0.2 | 187 | 0.4 | 105 | 0.2 | 379 | 0.9 | 62 | 0.1 |
| Molds | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 508 | 0.8 |
| Office Expenses | 53 | 0.1 | 77 | 0.2 | 61 | 0.1 | 71 | 0.2 | 132 | 0.2 |
| Product development | 911 | 1.4 | 1,028 | 2.2 | 463 | 0.8 | 1,008 | 2.5 | 1,711 | 2.6 |
| Rents | 637 | 1.0 | 467 | 1.0 | 346 | 0.6 | 382 | 0.9 | 455 | 0.7 |
| Repairs & maintenance | 15 | 0.0 | 11 | 0.0 | 11 | 0.0 | 22 | 0.1 | | 0.0 |
| Salaries, officers | 1,394 | 2.2 | 696 | 1.5 | 704 | 1.3 | 1,104 | 2.7 | 1,194 | 1.8 |
| Salaries & wages | 2,316 | 3.6 | 2,009 | 4.3 | 2,284 | 4.1 | 2,223 | 5.5 | 3,179 | 4.8 |
| Taxes & licenses | 51 | 0.1 | 27 | 0.1 | 217 | 0.4 | 39 | 0.1 | 61 | 0.1 |
| Taxes, payroll | 121 | 0.2 | 220 | 0.5 | 176 | 0.3 | 219 | 0.5 | 254 | 0.4 |
| Telephone | 160 | 0.2 | 219 | 0.5 | 188 | 0.3 | 166 | 0.4 | 214 | 0.3 |
| Travel & entertainment | 251 | 0.4 | 341 | 0.7 | 226 | 0.4 | 277 | 0.7 | 399 | 0.6 |
| Utilities | 36 | 0.1 | 36 | 0.1 | 32 | 0.1 | 30 | 0.1 | 35 | 0.1 |
| TOTAL EXPENSES | $ 12,823 | 20.0 | $ 13,060 | 27.8 | $ 13,371 | 24.2 | $ 15,813 | 38.3 | $ 18,707 | 28.2 |
| PRETAX INCOME | $ 6,021 | 9.4 | $ (3,652) | -7.8 | $ 1,940 | 3.5 | $ (1,227) | -3.0 | $ 4,269 | 6.4 |
| Add Depreciation/Amort | 228 | 0.4 | 732 | 1.6 | 585 | 1.1 | 589 | 1.4 | 540 | 0.8 |
| PRETAX CASH FLOW (2) | $ 6,249 | 9.7 | $ (2,920) | -6.2 | $ 2,525 | 4.6 | $ (638) | -1.6 | $ 4,809 | 7.2 |
| Add Interest Charges | 917 | 1.4 | 663 | 1.4 | 390 | 0.7 | 552 | 1.4 | 842 | 1.3 |
| EBIDT (3) | $ 7,166 | 11.2 | $ (2,257) | -4.8 | $ 2,915 | 5.3 | $ (86) | -0.2 | $ 5,651 | 8.5 |

(1) Changed from a fiscal year ending of 8/31 to calendar year ending of 12/31.  This information is from the fiscal year of 9/1/94 to 8/31/95.
(2) Pretax income plus depreciation.
(3) Pretax cash flow plus interest charges.

000016

EXHIBIT 15 PAGE 160

CONFIDENTIAL DRAFT

ABC INTERNATIONAL TRADERS, INC.

**TABLE C**
**INCOME STATEMENT ADJUSTMENTS**
**FYE December 31**
**($000)**

Job No. 1111ABCV
Appr Date 12/01/1999
Run Date 12/14/04

| | FYE Ending 8/31/1995 | % | 1996 | % | 1997 | % | 1998 | % | 1999 | % |
|---|---|---|---|---|---|---|---|---|---|---|
| REVENUES - NET | $ 64,141 | 100.0 | $ 46,940 | 100.0 | $ 55,315 | 100.0 | $ 40,732 | 100.0 | $ 66,350 | 100.0 |
| OPERATING INCOME (EBITDT) | $ 7,166 | 11.2 | $ (2,297) | (4.8) | $ 2,915 | 5.3 | $ (86) | (0.2) | $ 5,651 | 8.5 |
| **ADJUSTMENTS TO INCOME** | | | | | | | | | | |
| Legal, professional & accounting | 575 | 0.9 | 343 | 0.7 | 1,235 | 2.2 | 1,681 | 4.1 | 1,199 | 1.8 |
| Molds (#% capitalized) | 0 | | 0 | | 0 | | 0 | | 508 | 0.8 |
| Salaries, Officers | 1,394 | 2.2 | 696 | 1.5 | 704 | 1.3 | 1,104 | 2.7 | 1,194 | 1.8 |
| Traveling Expenses | 251 | 0.4 | 341 | 0.7 | 226 | 0.4 | 277 | 0.7 | 399 | 0.6 |
| **TOTAL ADJUSTMENTS TO INCOME** | $ 2,220 | 3.5 | $ 1,380 | 2.9 | $ 2,165 | 3.9 | $ 3,062 | 7.5 | $ 3,300 | 5.0 |
| **SUBTOTAL** | $ 9,386 | 14.6 | $ (877) | (1.9) | $ 5,070 | 9.2 | $ 2,976 | 7.3 | $ 8,951 | 13.5 |
| **LESS REASONABLE EXPENSES** | | | | | | | | | | |
| Legal, professional & accounting | 481 | 0.8 | 352 | 0.8 | 415 | 0.8 | 305 | 0.4 | 498 | 0.8 |
| Molds (#% capitalized) | 0 | | 0 | | 0 | | 0 | | 0 | |
| Salaries, Officers | 962 | 1.5 | 705 | 1.5 | 830 | 1.5 | 611 | 1.5 | 995 | 1.5 |
| Traveling Expenses | 385 | 0.6 | 282 | 0.6 | 332 | 0.6 | 244 | 0.6 | 308 | 0.6 |
| **ADJUSTED PRETAX INCOME** | $ 7,543 | 12.4 | $ (1,934) | (4.1) | $ 3,823 | 6.9 | $ 2,060 | 5.1 | $ 7,458 | 11.2 |
| Add Back Depreciation | 228 | 0.4 | 732 | 1.6 | 595 | 1.1 | 589 | 1.4 | 540 | 0.8 |
| **ADJUSTED PRETAX CASH FLOW** | $ 8,171 | 12.7 | $ (1,202) | (2.6) | $ 4,410 | 8.0 | $ 2,649 | 6.5 | $ 7,998 | 12.1 |
| Add Back Interest Expense | 917 | 1.4 | 663 | 1.4 | 390 | 0.7 | 552 | 1.4 | 842 | 1.3 |
| **ADJUSTED EBITDT (1)** | $ 9,088 | 14.2 | $ (539) | (1.1) | $ 4,800 | 8.7 | $ 3,201 | 7.9 | $ 8,840 | 13.3 |
| **EBIIT AS % OF SALES** | | | | | | | | | | |
| Weighting | 0.75% | | 1.50% | | 0.65% | | | | 14.2 | |
| | 93 | | | | | | | | 13.3 | |
| | 10 | | | | | | | | 2.0 | |
| Median - 3 Columns | | | | | | | | | | |
| Divisor - Sum of Weights | | | | | | | | | | |
| **WEIGHTED AVERAGE EBIIT** | 9.3 | Percent (Used in Table E) | | | | | | | 26.6 | |

Exhibit A
Page 4 of 15

000017

EXHIBIT 15 PAGE 161

CONFIDENTIAL DRAFT

**TABLE D-1**
**ADJUSTED BOOK VALUE**
F/Y End December 31
($000)

1118ABCV
05/15/00

| ABC | Book 31-Dec-99 | % | Adjustments 31-Dec-99 | % | Adjusted 31-Dec-99 | % |
|---|---|---|---|---|---|---|
| **Current Assets** | | | | | | |
| Cash & equivalents | (79) | -0.5 | $79 | NM | $0 | 0.0 |
| Accounts Receivable-Trade | 11,154 | 65.8 | (11,154) | NM | 0 | 0.0 |
| Inventories | 5,834 | 34.4 | (5,834) | NM | 0 | 0.0 |
| Due from affilliate | (320) | | | | | |
| Prepaid Expenses & Other | 373 | 2.2 | (373) | | | |
| Implied Working Capital | - | 0.0 | 9,480 | NM | 9,480 | 30.1 |
| **Total Current Assets** | 16,962 | 100.0 | (S7,802) | NM | $9,480 | 30.1 |
| **Fixed Assets as Appraised** | | | | | | |
| Automotive Equipment | 0 | 0.0 | 15 | | 15 | 0.0 |
| Computer Equipment | 0 | 0.0 | 205 | | 205 | 0.7 |
| Furniture & Fixtures | 0 | 0.0 | 28 | | 28 | 0.1 |
| Leasehold Equipment | 0 | 0.0 | 31 | | 31 | 0.1 |
| Machinery & Equipment | 0 | 0.0 | 5 | | 5 | 0.0 |
| Molds & Tooling | 0 | 0.0 | 1,380 | | 1,381 | 4.4 |
| Office Equipment | 0 | 0.0 | 6 | | | - |
| **Net Fixed Assets** | (0) | 0.0 | 0 | | 1,666 | 5.3 |
| **INTANGIBLE ASSETS** | - | 0.0 | $20,309 | NM | 20,309 | 64.6 |
| **BUSINESS ENTERPRISE VALUE** | 16,962 | 100.0 | | NM | 31,455 | 100.0 |

The right hand column represents the assets included in "Business Enterprise Value"(BEV). This represents the value of the assets required for normal business operations. To convert this number to Total Asset Value, subtract the Implied Working Capital. This will yield "Basic Business Value", or the value of the fixed, intangible and other assets only. See Table D-2 for calculations of Adusted Book Value.

000018

**TABLE D-2**
**ADJUSTED BOOK VALUE**
F/Y End December 31

1118ABCV
12/31/99

| | | |
|---|---|---|
| MARKET VALUE OF BUSINESS ENTERPRISE | | |
| Less Implied Working Capital | $ | 31,455 |
| | | (9,480) |
| BASIC BUSINESS VALUE — Fixed Plus Intangibles | $ | 21,975 |
| Less Fixed Assets as Appraised | | (1,666) |
| MARKET VALUE OF INTANGIBLES (GOODWILL) | $ | 20,309 |
| Add Fixed & Other Assets as Appraised (Table H) | | 1,666 |
| Add Current Assets at 12/31/99 (Table A) | | 16,962 |
| ADJUSTED TOTAL ASSET VALUE | $ | 38,937 |
| Less Total Liabilities at 12/31/99 (Table A-1) | | (11,995) |
| ADJUSTED SHAREHOLDER EQUITY | $ | 26,942 |

See Table J for final conclusion.

000019

Exhibit A
Page 6 of 15

EXHIBIT 15 PAGE 163

CONFIDENTIAL DRAFT
ABC

**TABLE E**
**INCOME APPROACH**
FY Ending Sept 30
($000)

Job No. 1118ABCV
Appr Date  31-Dec-99
Run Date  12/14/04

| | 2000 | 2001 | 2002 | 2003 | 2004 | Reversion |
|---|---|---|---|---|---|---|
| FORECAST REVENUE GROWT | 5.00% | 5.00% | 5.00% | 5.00% | 5.00% | 5.00% |
| FORECAST OF REVENUE | $69,668 | $73,151 | $76,808 | $80,649 | $84,681 | |
| EBDIT as % of Revenues * | 9.3% | 9.3% | 9.3% | 9.3% | 9.3% | |
| EBDIT * | $6,464 | $6,788 | $7,127 | $7,483 | $7,858 | |
| Less Capital Equipment Reserve | (464) | (488) | (512) | (538) | (564) | |
| Less Working Capital (1) | (9,480) | (498) | (523) | (549) | (576) | |
| DISTRIBUTABLE CASH FLOW | ($3,480) | $5,803 | $6,093 | $6,397 | $6,717 | $6,885 |
| REVERSIONARY VALUE | | | | Factor (3) | 8.750 | $60,244 |
| Discount Rate (Table F) | 20.75% | 20.75% | 20.75% | 20.75% | 20.75% | 20.75% |
| Period Factor | 0.50 | 1.50 | 2.50 | 3.50 | 4.50 | 5.00 |
| Multiplier | 0.910 | 0.754 | 0.624 | 0.517 | 0.428 | 0.390 |
| NPV OF DIST. CASH FLOWS | ($3,167) | $4,373 | $3,803 | $3,307 | $2,875 | $23,468 |

| | |
|---|---|
| NPV OF DISTRIBUTABLE CASH FLOW FOR FIRST FIVE YEARS | $11,191 |
| NPV OF REVERSIONARY VALUE | 23,468 |
| | $34,659 |
| MARKET VALUE OF ENTERPRISE BY THE INCOME APPROACH    Rounded | $34,650 |

(1) Estimated percent of annual revenue growth required for working capital----> Reference - RJ    14.29%
Annual Statement Studies.

(2) Income to be capped at end of 5th year was calculated by estimating 6th year's income considering a future growth of 5%, and averaging with the 5th year. This adjusts the fifth year from mid-year to the expected end-of -year-revenues.

(3) Calculated with the following formula: Cap Rate = (1+G)/(R-G), where G = estimated future growth rate (5%)
R = wtd avg cost of capital (20.5%).  (1+.05) / (.205 -.05) or 1.05/.15  =    8.750    or    11.43%

* Earnings Before Depreciation & Amortization, Interest and Taxes. (See Table C).

| CONFIDENTIAL DRAFT | TABLE F | Job No. 1118ABCV |
|---|---|---|
| | CAPITAL ASSET PRICING MODEL | Appr Date  31-Dec-99 |
| | (CAPM) | Run Date  12/14/04 |

**ABC INTERNATIONAL TRADERS, INC.**

**KEY ASSUMPTIONS**

| | | |
|---|---|---|
| Cost of debt - pretax (1) | | 11.00% |
| Federal tax rate (2) | Pretax Basis | 0.00% |
| State tax rate | | 0.00% |
| Combined marginal tax rate | Pretax Basis | 0.00% |
| Long-term treasury bond rate | | 6.00% |
| Market average beta | * | 0.92 |
| Market average percent of equity | ▼ | 72.00% |
| Market average percent of debt | * | 28.00% |

| WEIGHTED AVG COST OF CAPITAL | 20.72% | Rounded | 20.75% |
|---|---|---|---|

Formula: (1-T)*(Kd)(D)+(Ke)(E)

| | |
|---|---|
| T  = Tax rate | 0.00% |
| Kd = Cost of debt | 11.00% |
| D  = Proportion of debt in total capital | 28.00% |
| Ke = Cost of equity | 24.50% |
| E  = Proportion of equity | 72.00% |

| COST OF EQUITY CAPITAL | 24.57% | Rounded | 24.50% |
|---|---|---|---|

Formula: Ke = ((B*Rp)+Rs)+Rt

| | |
|---|---|
| Rf  = Rate of return on risk-free security (3) | 5.00% |
| Rp  = Risk premium (Rm - Rf) | 12.10% |
| Rs  = Company-specific risk premium (4) | 7.50% |
| Rt  = Current return on 30 Year treasury bills | 6.00% |
| B   = Industry beta (5) | 0.92 |
| Rm  = Market return (6) | 17.10% |

*Ibbotson Industry Studies for SIC Code 3944, Games, Toys, and Children's Vehicles

(1) Company's estimated cost of interest-bearing debt.

(2) Valuation based upon after tax income streams.

(3) Ibbotson & Associates Report 1926-1999, "Arithmetic Mean of Annual Returns for Long-Term U.S. Treasury Bonds" (riskless).

(4) Additional risk factor to adjust for specific risks of the subject company and industry.

(5) A measure of risk (variability) of common stocks in the industry. (Ibbotson Industry Studies for SIC Code 3944, Games, Toys, and Children's Vehicles)

(6) Ibbotson & Associates Report 1926-1997, "Arithmetic Mean of Annual Returns for The Common Stock of Small Companies".

000021

Exhibit A
Page 8 of 15

EXHIBIT *15* PAGE 165

CONFIDENTIAL DRAFT     TABLE G     Job No. 1118ABCV

EXCESS EARNINGS APPROACH   Appr Date 31-Dec-99

($000)     Run Date 14-Dec-04

ABC

**EARNINGS BEFORE CAPITAL CHARGES**     $6,464

| CAPITAL CHARGES Economic Depreciation | Appraised Value | | Est Life | | Return Of | | |
|---|---|---|---|---|---|---|---|
| Automotive Equipment | $ | 15 | 10 | Yrs | 2 | | |
| Computer Equipment | | 205 | 5 | Yrs | 41 | | |
| Furniture & Fixtures | | 28 | 15 | Yrs | 2 | | |
| Leasehold Equipment | | 31 | 10 | Yrs | 3 | | |
| Machinery & Equipment | | 5 | 10 | Yrs | 1 | | |
| Molds & Tooling | | 1,380 | 3 | Yrs | 460 | | |
| Office Equipment | | 6 | 10 | Yrs | 1 | | |
| Fixed Assets at Cost | $ | 1,672 | 3.6 | | $464 | $ | (464) |

| Economic Return | Adjusted Book | | % | | Return On | | |
|---|---|---|---|---|---|---|---|
| Working Capital | $ | 9,480 | 11.0% | | $ 1,043 | | |
| Automotive Equipment | | 15 | 15.0% | | 2 | | |
| Computer Equipment | | 205 | 20.0% | | 41 | | |
| Furniture & Fixtures | | 28 | 15.0% | | 4 | | |
| Leasehold Equipment | | 31 | 20.0% | | 6 | | |
| Machinery & Equipment | | 5 | 12.5% | | 1 | | |
| Molds & Tooling | | 1,380 | 15.0% | | 207 | | |
| Office Equipment | | 6 | 15.0% | | 1 | | |
| Adj. Tangible Net W. | $ | 11,152 | | | $ 1,305 | $ | (1,305) |

TOTAL EXCESS EARNINGS     $ 4,695

| | | | |
|---|---|---|---|
| Excess Earnings Cap Rate | 19.5% * | $ | 24,077 |
| Add Tangible Assets | | | 11,152 |

**BUSINESS ENTERPRISE VALUE BY EXCESS EARNINGS METHOD**  $ 35,228

Rounded     $ 35,250

*Equity Discount Rate minus future growth rate.

000022

Exhibit A
Page 9 of 15

EXHIBIT 15 PAGE 166

ABC INTERNATIONAL TRADERS, INC.
16730 Schoenborn Street
Noth Hills, CA 91343-6122

**TABLE II**
**FIXED ASSET APPRAISAL**
**FROM DEPRECIATION SCHEDULES**

Appraisal Date 12/31/99
Original Cost $2,417
Depreciated Replacement Cost New 31,672

| Owned/Leased | Entry Item Order No | DESCRIPTION | Qty | Valuation Date | Orig Cost* ($) | Est Econ Life | Yrs In Use | Rem Econ Life | Price Trend Factor | Repl Cost New | Est'd Rem Range Life | Fair Market Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OWNED | 12 | TRUCK | AE | 01-Aug-93 | 53,951 | 10.0 | 6.4 | 3.6 | 1.202 | 43,213 | 36% | 15,474 |
| OWNED | 17 | COMPUTER | CE | 15-Oct-93 | 1,120 | 5.0 | 5.5 | (1.2) | 1.203 | 336 | -24% | 0 |
| OWNED | 13 | COMPUTER | CE | 15-Oct-93 | 750 | 5.0 | 5.5 | (0.5) | 1.203 | 300 | -9% | 0 |
| OWNED | 18 | COMPUTER | CE | 01-Jul-94 | 5,727 | 5.0 | 5.5 | (0.5) | 0.400 | 2,291 | -5% | 0 |
| OWNED | 27 | COMPUTER | CE | 01-Oct-94 | 1,476 | 5.0 | 5.1 | (0.3) | 0.400 | 590 | -5% | 0 |
| OWNED | 59 | COMPUTER | CE | 01-Dec-94 | 20,393 | 5.0 | 5.1 | (0.1) | 0.400 | 8,157 | -2% | 367 |
| OWNED | 28 | COMPUTER | CE | 01-Mar-95 | 22,714 | 5.0 | 4.8 | 0.2 | 0.500 | 11,357 | 3% | 367 |
| OWNED | 29 | L'COMPUTER | CE | 01-Jun-95 | 18,174 | 5.0 | 4.5 | 0.4 | 0.500 | 9,087 | 8% | 753 |
| OWNED | 30 | COMPUTER | CE | 15-Jul-95 | 10,448 | 5.0 | 4.3 | 0.8 | 0.500 | 5,224 | 17% | 822 |
| OWNED | 31 | COMPUTER | CE | 15-Nov-95 | 15,360 | 5.0 | 4.1 | 0.9 | 0.500 | 7,680 | 17% | 1,338 |
| OWNED | 32 | COMPUTER | CE | 15-Dec-95 | 4,923 | 5.0 | 4.0 | 1.0 | 0.500 | 2,462 | 19% | 459 |
| OWNED | 33 | COMPUTER | CE | 15-Dec-95 | 9,975 | 5.0 | 3.5 | 1.3 | 0.500 | 4,988 | 19% | 941 |
| OWNED | 37 | COMPUTER | CE | 01-Jul-96 | 8,443 | 5.0 | 3.5 | 1.5 | 0.600 | 5,060 | 29% | 1,515 |
| OWNED | 38 | COMPUTER | CE | 15-Dec-96 | 211,405 | 5.0 | 3.0 | 1.5 | 0.600 | 126,843 | 30% | 38,018 |
| OWNED | 60 | COMPUTER | CE | 01-Feb-97 | 1,309 | 5.0 | 2.9 | 1.8 | 0.600 | 785 | 35% | 355 |
| OWNED | 61 | COMPUTER | CE | 01-Jul-97 | 27,505 | 5.0 | 2.5 | 2.5 | 0.700 | 19,254 | 50% | 9,461 |
| OWNED | 62 | COMPUTER | CE | 01-Jul-97 | 2,762 | 5.0 | 2.5 | 2.5 | 0.700 | 1,933 | 55% | 966 |
| OWNED | 34 | COMPUTER | CE | 01-Jun-98 | 35,397 | 5.0 | 1.6 | 3.4 | 0.800 | 31,678 | 68% | 21,645 |
| OWNED | 63 | COMPUTER | CE | 01-Jun-98 | 36,168 | 5.0 | 1.6 | 3.4 | 0.800 | 29,234 | 70% | 20,526 |
| OWNED | 45 | COMPUTER | CE | 01-Apr-99 | 91,565 | 5.0 | 1.0 | 4.0 | 0.900 | 82,407 | 80% | 65,972 |
| OWNED | 46 | COMPUTER | CE | 01-Jan-99 | 11,243 | 5.0 | 0.9 | 4.0 | 0.900 | 10,119 | 82% | 8,272 |
| OWNED | 47 | COMPUTER | CE | 01-Feb-99 | 4,000 | 5.0 | 0.9 | 4.0 | 0.900 | 3,600 | 83% | 2,798 |
| OWNED | 48 | COMPUTER | CE | 01-Mar-99 | 4,125 | 5.0 | 0.8 | 4.2 | 0.900 | 3,713 | 83% | 3,092 |
| OWNED | 49 | COMPUTER | CE | 01-Mar-99 | 3,605 | 5.0 | 0.8 | 4.2 | 0.900 | 3,245 | 83% | 2,702 |
| OWNED | 50 | COMPUTER | CE | 01-Mar-99 | 2,733 | 5.0 | 0.8 | 4.2 | 0.900 | 2,460 | 83% | 2,049 |
| OWNED | 51 | COMPUTER | CE | 01-Apr-99 | 4,702 | 5.0 | 0.8 | 4.2 | 0.900 | 4,232 | 85% | 3,596 |
| OWNED | 52 | COMPUTER | CE | 01-Apr-99 | 20,684 | 5.0 | 0.8 | 4.4 | 0.900 | 18,616 | 88% | 16,443 |
| OWNED | 53 | COMPUTER | CE | 01-Aug-99 | 1,557 | 5.0 | 0.4 | 4.6 | 0.900 | 1,401 | 92% | 1,285 |
| OWNED | 54 | COMPUTER | CE | 01-Sep-99 | 1,687 | 5.0 | 0.4 | 4.7 | 0.900 | 1,518 | 93% | 1,418 |
| OWNED | 55 | COMPUTER | CE | 01-Sep-99 | 11,093 | 5.0 | 0.4 | 4.8 | 0.900 | 9,734 | 92% | 6,362 |
| OWNED | 5 | EXHIBIT BOOTH - FURN & FIX | CE | 01-Sep-90 | 6,857 | 15.0 | 9.3 | 5.7 | 1.230 | 9,051 | 32% | 3,417 |
| OWNED | 4 | FURNITURE & FIXTURES | FF | 01-Jul-91 | 13,606 | 15.0 | 8.5 | 6.5 | 1.374 | 17,234 | 43% | 7,864 |
| OWNED | 3 | FURNITURE & FIXTURES | FF | 01-Apr-93 | 1,401 | 15.0 | 6.5 | 8.5 | 1.172 | 1,643 | 62% | 1,019 |
| OWNED | 16 | FURNITURE & FIXTURES | FF | 15-Apr-93 | 256 | 15.0 | 6.5 | 8.5 | 1.146 | 225 | 71% | 192 |
| OWNED | 24 | FURNITURE & FIXTURES | FF | 01-Aug-93 | | 15.0 | 4.4 | 10.6 | | | | |

000023

Exhibit A
Page 10 of 15

EXHIBIT 15 PAGE 167

ABC INTERNATIONAL TRADERS, INC.
19320 Schoenborn Street
North Hills, CA 91343-6122

**TABLE II**
**FIXED ASSET APPRAISAL**
**FROM DEPRECIATION SCHEDULES**

Appraisal Date 12/31/99
Original Cost $2,417
Replacement Cost $5,672

| Owned Leased | Entry Item Order No. | DESCRIPTION | Qty | Valuation Date | Orig Cost ($) | Est Econ Life | Yrs In Use | Rem Econ Life | Price Trend Factor | Repl Cost New | Est'd Rem Life New | Fair Market Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OWNED | 25 | FURNITURE & FIXTURES | FF | 01-Aug-95 | 299 | 15.0 | 4.3 | 10.6 | 1.148 | 343 | 71% | 242 |
| OWNED | 26 | FURNITURE & FIXTURES | FF | 01-Aug-95 | 1,069 | 15.0 | 4.3 | 10.6 | 1.148 | 1,225 | 71% | 864 |
| OWNED | 34 | FURNITURE & FIXTURES | FF | 15-Sep-95 | 1,295 | 15.0 | 4.1 | 10.7 | 1.146 | 1,484 | 71% | 1,050 |
| OWNED | 35 | FURNITURE & FIXTURES | FF | 15-Sep-95 | 1,000 | 15.0 | 4.1 | 10.9 | 1.146 | 1,146 | 72% | 827 |
| OWNED | 43 | FURNITURE & FIXTURES | FF | 01-Mar-98 | 1,559 | 15.0 | 1.8 | 13.2 | 1.065 | 1,787 | 88% | 1,551 |
| OWNED | 44 | FURNITURE & FIXTURES | FF | 01-Aug-98 | 643 | 15.0 | 1.5 | 13.6 | 1.065 | 685 | 90% | 620 |
| OWNED | 57 | FURNITURE & FIXTURES | FF | 01-May-99 | 3,601 | 15.0 | 0.7 | 14.3 | 1.043 | 3,756 | 96% | 3,588 |
| OWNED | 38 | FURNITURE & FIXTURES | FF | 01-Dec-97 | 1,113 | 15.0 | 2.1 | 12.9 | 1.043 | 1,163 | 99% | 1,157 |
| OWNED | 6 | LEASEHOLD IMPROVEMENTS | LI | 01-Dec-90 | 2,789 | 10.0 | 9.1 | 0.9 | 1.274 | 3,481 | 11% | 374 |
| OWNED | 7 | LEASEHOLD IMPROVEMENTS | LI | 01-Feb-91 | 2,293 | 10.0 | 8.9 | 1.1 | 1.202 | 2,021 | 11% | 316 |
| OWNED | 21 | LEASEHOLD IMPROVEMENTS | LI | 01-Sep-93 | 17,280 | 10.0 | 6.3 | 3.7 | 1.203 | 20,795 | 37% | 7,633 |
| OWNED | 19 | LEASEHOLD IMPROVEMENTS | LI | 15-Jun-94 | 8,633 | 10.0 | 5.5 | 4.5 | 1.172 | 10,118 | 40% | 4,086 |
| OWNED | 20 | LEASEHOLD IMPROVEMENTS | LI | 01-Nov-04 | 28,862 | 10.0 | 5.2 | 4.8 | 1.172 | 33,826 | 48% | 16,248 |
| OWNED | 36 | LEASEHOLD IMPROVEMENTS | LI | 15-Oct-95 | 2,814 | 10.0 | 4.2 | 5.8 | 1.146 | 3,225 | 58% | 1,866 |
| OWNED | 14 | LEASEHOLD IMPROVEMENTS | LI | 15-Oct-95 | 1,004 | 10.0 | 6.0 | 4.0 | 1.177 | 1,177 | 49% | 475 |
| OWNED | 22 | MACHINERY & EQUIPMENT | ME | 15-Apr-94 | 2,814 | 10.0 | 5.7 | 4.3 | 1.146 | 3,225 | 43% | 558 |
| OWNED | 39 | MACHINERY & EQUIPMENT | ME | 01-Dec-04 | 1,111 | 10.0 | 5.1 | 4.9 | 1.172 | 1,302 | 75% | 512 |
| OWNED | 40 | MACHINERY & EQUIPMENT | ME | 01-Jul-97 | 628 | 10.0 | 2.5 | 7.5 | 1.088 | 683 | 75% | 511 |
| OWNED | 3 | MACHINERY & EQUIPMENT | ME | 01-Sep-90 | 2,936 | 10.0 | 9.3 | 0.7 | 1.330 | 3,194 | 75% | 2,395 |
| OWNED | 42 | MACHINERY & EQUIPMENT | ME | 01-Sep-90 | 3,229 | 5.0 | 9.3 | (4.3) | 1.330 | 4,262 | 47% | 0 |
| OWNED | 56 | MOLDS & TOOLING | MT | 01-Jul-98 | 773,731 | 5.0 | 3.5 | 3.5 | 1.043 | 934,925 | 70% | 654,191 |
| OWNED | 5 | MOLDS & TOOLING | MT | 01-Jul-98 | 1,100 | 5.0 | 4.5 | 0.5 | 1.043 | 807,022 | 60% | 736,099 |
| OWNED | 8 | EQUIPMENT | OE | 01-Sep-90 | 15,987 | 10.0 | 8.2 | 1.8 | 1.274 | 19,221 | 18% | 3,518 |
| OWNED | 9 | TELEVISION SYSTEM | OE | 01-Nov-91 | 1,997 | 10.0 | 8.1 | 1.9 | 1.274 | 2,544 | 19% | 487 |
| OWNED | 10 | MAIL MACHINE | OE | 01-Dec-91 | 147 | 10.0 | 7.6 | 2.4 | 1.233 | 181 | 24% | 44 |
| OWNED | 23 | WATER PURIFIER | OE | 01-Jun-92 | 1,748 | 10.0 | 7.5 | 2.5 | 1.233 | 2,003 | 25% | 1,019 |
| OWNED | 11 | WATER PUMP | OE | 01-Feb-95 | 738 | 10.0 | 4.9 | 5.1 | 0.500 | 392 | 48% | 0 |
| OWNED | 15 | CELLULAR PHONE | OE | 01-Aug-92 | 2,426 | 10.0 | 5.0 | 5.5 | 1.172 | 2,843 | 45% | 1,289 |
| OWNED | | TELECOM EQUIPMENT | OE | 15-Jun-94 | | | | | | | | |

| ($000) | | | | | $2,417 | | | | | | | FMV $5,672 |

## TABLE H-1
### FIXED ASSET APPRAISAL
From Depreciation Schedules

($000)

| SUMMARY BY ASSET CATEGORY | | Original Cost | Estimated Econ. Life | FMV |
|---|---|---|---|---|
| Automotive Equipment | AE | $  36 | 10.0 | $  15 |
| Computer Equipment | CE | 585 | 5.0 | 205 |
| Furniture & Fixtures | FF | 47 | 15.0 | 28 |
| Leasehold Equipment | LE | 63 | 10.0 | 31 |
| Machinery & Equipment | ME | 8 | 10.0 | 5 |
| Molds & Tooling | MT | 1,655 | 5.0 | 1,380 |
| Office Equipment | OE | 23 | 10.0 | 6 |
| TOTALS | | $ 2,417 | | $ 1,672 |

Extracted from the detailed appraisal in Table H.

Exhibit A
Page 12 of 15

000025

EXHIBIT 15 PAGE 169

TABLE I
MARKET INFORMATION
23-Oct-00

| COMPANY | Symbol | Shares Out (000) | Market Cap* ($000) | Annual Sales ($000) | Mkt Cap/ Sales (0) | Beta (0) |
|---|---|---|---|---|---|---|
| JAKKS PACIFIC | JAKK | 19,441 | 162,818 | 183,685 | 0.886 | 1.00 |
| HASBRO,INC | HAS | 172,309 | 1,744,629 | 4,232,263 | 0.412 | 1.00 |
| MATTEL | MAT | 426,371 | 5,036,507 | 5,514,950 | 0.913 | 0.38 |
| RADICA GAMES | RADA | 17,640 | 39,690 | 118,733 | 0.334 | 1.28 |
| TOYMAX INTERNATIONAL | TMAX | 10,598 | 22,521 | 138,985 | 0.162 | NA |
| AVERAGES | | 129,272 | 1,401,233 | 2,037,723 | 0.412 | 0.92 |

*Minority value. Should be converted to control value to use for valuation under the market approach.

000026

Exhibit A
Page 13 of 15

EXHIBIT 15 PAGE 170

CONFIDENTIAL DRAFT

TABLE I-1
MARKET APPROACH
($000)

Job No. 1118ABCV
Appr Date 31-Dec-99
Run Date 14-Dec-04

| | | |
|---|---|---|
| GROSS REVENUES | | $ 66,350 |
| AVERAGE REVENUE/MARKET CAPITALIZATION RATIO | | 0.412 |
| MARKET VALUE OF EQUITY ON A MINORITY BASIS | | $ 27,351 |
| Less Public/Private discount for relative size | 23.1% | (6,312) |
| MINORITY VALUE OF EQUITY - SMALL PRIVATE COMPANY | | $ 21,039 |
| Add Control Premium | 35% | 7,364 |
| MARKET VALUE OF EQUITY ON A CONTROL BASIS | Rounded. | $ 28,400 |
| Add Implied Working Capital | | 9,480 |
| MARKET VALUE OF BUSINESS ENTERPRISE ON A CONTROL BASIS | | $ 37,880 |

000027

Exhibit A
Page 14 of 15

EXHIBIT 15  PAGE 171

CONFIDENTIAL DRAFT

**TABLE J**
**CONCLUSION OF MARKET VALUE**
($000)

Job No. 1118ABCV
Appr Date 31-Dec-99
Run Date 14-Dec-04

ABC INTERNATIONAL TRADERS, INC.

| | Conclusion | Weight | Product |
|---|---|---|---|
| INCOME APPROACH (Table E) | $ 34,650 | 0.50 | $ 17,325 |
| MARKET APPROACH (Table I-1) | $ 37,880 | 0.00 | $ - |
| EXCESS EARNINGS APPROACH (Table G) | $ 35,250 | 0.50 | 17,625 |
| FMV OF BUSINESS ENTERPRISE (Includes working capital) | | | $ 34,950 |
| Less Discount for Lack of Liquidity | | 10% | $ (3,495) |
| MARKET VALUE OF BUSINESS ENTERPRISE | | | $ 31,455 |
| Less Implied Working Capital | | | (9,480) |
| BASIC BUSINESS VALUE | | | 21,975 |
| Add Current Assets (Table A) | | | 16,962 |
| FMV OF TOTAL ASSETS | | | $ 38,937 |
| Less Total Liabilities (Table A-1) | | | (11,995) |
| FMV OF SHAREHOLDERS EQUITY ON A CONTROL BASIS | | | $ 26,942 |
| FMV OF SHAREHOLDER INTEREST | | 45% | $ 12,123.90 or $12,123,900 |
| | | | (Dollars) |

000028

Exhibit A
Page 15 of 15

EXHIBIT 15 PAGE 172

**NATIONAL BUSINESS APPRAISERS, LLC**
8383 Wilshire Boulevard, Suite 1060
Beverly Hills, California 90211
Phone (323) 655-5623      Fax (323) 658-7096
Email DUTCH7895@AOL.COM    www.bizappraisers.com

November 7, 2000

Mr. Morad Zarabi, Arbitrator
**ABC INTERNATIONAL TRADERS, INC.**
20120 Plummer St.
Chatsworth, CA 91211-5448

Dear Mr. Zarabi:

At your request, we are appraising the shareholders equity of ABC International Traders, Inc (ABC). We were asked to express our opinion of the market value, on a control basis, of a 45 percent interest in the shareholders equity.

It is our understanding that this opinion will be used for establishing a value for a buy-out of the Subject interest, and may be invalid if used for any other purpose.

ABC develops, produces and markets toys and related products. The company's products are action figures and accessories featuring licensed characters, and mini dolls. Purchasers of the company's products include discount retail chain stores, department stores, toy specialty stores and wholesalers. The company licenses numerous trademarks, corporate, trade and brand names and logos from third parties.

This report covers only Phase I of a full narrative report, therefore we issue only a brief letter report. All of the financial tables that are normally included in a full-narrative report are presented in the Addenda.

Based upon the information and analyses presented in the Addenda, it is our opinion that as of date of value of December 31, 1999, the market value of the shareholder's equity of ABC International Traders, Inc, on a control basis, as summarized in Table J, of Addenda, was:

<u>**$21,600,000**</u>

000029

Exhibit B
Page 1 of 28

EXHIBIT *15* PAGE 173

ABC INTERNATIONAL TRADERS, INC.
North Hills, California

November 7, 2000
Page 2

It is also our opinion that as of December 31, 1999, the market value of a 45 percent interest in the shareholder's equity of ABC International Traders, Inc., on a control basis, as summarized in Table J, of the Addenda, was:

**$9,720,000**

It is our opinion that a minority discount does not apply to the 45% interest as the other major shareholder holds an equal 45% interest.

Table J, in the Addenda presents our conclusions of market value under the income, market and excess earnings approach, and sets forth the calculations of the various appraised interests as of December 31, 1999.

In conjunction with our work, ABC provided us with audited and unaudited financial information and prospective financial and operational data. We accepted the historical data as fairly reflecting its operations, trends and financial position. We have not independently investigated the accuracy or completeness of the historical data provided to us and we express no opinion or other form of assurance regarding the accuracy or completeness of the data. The conclusions of value presented herein are based on numerous assumptions pertaining to prospective economic and operating conditions. Unanticipated events and circumstances may occur and actual results achieved during the period covered by our prospective financial analysis will vary from our estimates. The variations may be material. In accordance with ethical principles of the Institute of Business Appraisers, neither National Business Appraisers, LLC, nor any of its employees or subcontractors has any present or contemplated future interest in the business interests or assets herein appraised. Neither our employment nor our compensation is in any way contingent upon the values presented in this report. A copy of this report and the working papers from which it was prepared will be kept in our files for eight years.

Respectfully submitted,

NATIONAL BUSINESS APPRAISERS, LLC

By: _____
Ernest E. Dutcher, MCBA
Managing Member
Senior Valuation Counselor

Attachments: Professional Qualifications; Statement of Facts and Limiting Conditions; Addenda

1087ABCV

2-

NATIONAL BUSINESS APPRAISERS, LLC

000030

Exhibit B
Page 2 of 28

EXHIBIT 15 PAGE 174

ABC INTERNATIONAL TRADERS, INC.
North Hills, California

November 7, 2000
Page 3

## CERTIFICATION

We certify that, to the best of our knowledge and belief:

*    The statements of fact contained in this report are true and correct.

*    The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and is our personal, unbiased professional analyses, opinions, and conclusions.

*    We have no present or prospective interest in the property that is the subject of this report, and we have no personal interest or bias with respect to the parties involved.

*    Our compensation is not contingent on an action or event resulting from the analyses, opinions, or conclusions in, or the use of, this report.

*    Our analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice.

*    No significant professional assistance was provided to the undersigned in connection with this assignment.

Appraiser_____
           Ernest E. Dutcher, MCBA

3-ED

NATIONAL BUSINESS APPRAISERS, LLC

000031

Exhibit B
Page 3 of 28

EXHIBIT 15 PAGE 175

ABC INTERNATIONAL TRADERS, INC.
North Hills, California

November 7, 2000
Page 4

## PROFESSIONAL QUALIFICATIONS

For

### ERNEST E. DUTCHER, MCBA

Designations

of

**Certified Business Appraiser**
**Master Certified Business Appraiser**

Awarded by

### THE INSTITUTE OF BUSINESS APPRAISERS

http://www.instbusapp.org

*The oldest business appraisal society in the nation.*

**NATIONAL BUSINESS APPRAISERS, LLC**
8383 Wilshire Blvd., Suite 1060
Beverly Hills, CA 90211

Phone (323) 655-5623     E-mail: dutch7895@aol.com     Fax (323) 658-7096

NATIONAL BUSINESS APPRAISERS, LLC

000032

Exhibit B
Page 4 of 28

EXHIBIT *15* PAGE 176

ABC INTERNATIONAL TRADERS, INC.
North Hills, California

November 7, 2000
Page 5

### ERNEST E. DUTCHER, MCBA

#### Professional Qualifications

**Experience:** Mr. Dutcher's full time appraisal experience began in 1975. He has been involved in the analysis and valuation of a broad variety of business enterprises in many industries, including electric power generation, healthcare, equipment leasing & rental, distribution, transportation, manufacturers in the communications, computer, electronics, rubber & chemical industries, shipping, engineering, oil & gas, and many others. He has consulted in marketing, manufacturing and management. He was CEO of an electronic equipment manufacturing company and has held executive positions in other manufacturing, distribution and sales companies.

**Employment:** Managing Member and Senior Valuation Counselor for National Business Appraisers, LLC. Was Senior Valuation Counselor for Valuation Counselors Group, Inc. for four years, following five years with Marshall and Stevens Incorporated. Previously, he was SW. Manager of Acquisitions for a public company; Business Opportunities Sales for Coldwell Banker; President and General Manager of an elevated work platform manufacturer; Vice President and Controller for an equipment sales and rental company; Vice President of Manufacturing and Division Manager of companies producing specialized heating devices and electronic heat controllers; President and CEO of a high technology public company in the electronics industry; and President and sole stockholder of an exclusive area distributor of Magnavox consumer electronics components and accessories.

**Education:** Mr. Dutcher attended Yale University, majoring in Communications; USAF Military Schools, attaining the rank of Captain, Radar and Communications. He also attended RCA Institute, UCLA Extension Division and Santa Monica City College in public relations, plus many seminars and home study courses in finance, taxation, computer courses in business related software etc. He has held California real estate and insurance licenses and is a licensed pilot.

**Professional Societies:** Mr. Dutcher is a senior member in the Institute of Business Appraisers (IBA), the premier professional society of business appraisers, with over 3,400 members. He has also served on the select Qualifications Review Committee. As of March 31, 1999, only about 250 IBA members were designated as Certified Business Appraisers (CBAs). *As of that date, Mr. Dutcher was one of only 15 Master Certified Business Appraisers (MCBAs), a designation requiring over 10 years of providing business appraisals on a full time basis as a CBA.*

**Court Testimony:** Mr. Dutcher has qualified and testified as an expert witness before Federal Tax Courts in Los Angeles and San Francisco California, and California Superior Courts of Los Angeles, Orange, and San Diego Counties. He has served as a consultant in valuation matters to numerous attorneys during the litigation process.

NATIONAL BUSINESS APPRAISERS, LLC
000033

EXHIBIT *15* PAGE 177




**ABC INTERNATIONAL TRADERS, INC.**
**North Hills, California**

November 7, 2000
Page 6

## STATEMENT OF FACTS AND LIMITING CONDITIONS

**National Business Appraisers, LLC (NBA),** strives to clearly and accurately disclose the assumptions and limiting conditions that directly affect a valuation analysis, opinion or conclusion. In order to assist the reader in interpreting this report, such assumptions are set forth as follows:

Valuation assignments are accepted with the understanding that there is no obligation to furnish services after completion of the original assignment. If the need for subsequent services related to a valuation assignment (e.g., testimony, updates, conferences, reprint, or copy services) is contemplated, special arrangements acceptable to NBA must be made in advance. NBA, reserves the right to make adjustments to the analysis, opinion and conclusion set forth in the report as we deem necessary if the facts presented by ABC prove to be inaccurate or have been misinterpreted.

It is assumed that: no opinion is intended in matters that require legal, engineering or other professional advice which has been or will be obtained from professional sources; the valuation report will not be used for guidance in professional matters exclusive of the appraisal and valuation discipline; there are no regulations of any government entity to control or restrict the use of the property unless specifically referred to in the report; and the property will not operate in violation of any applicable government regulations, codes, ordinances or statutes.

Information furnished by others is presumed to be reliable, and where so specified in the report, has been verified; however, no responsibility, whether legal or otherwise, is assumed for its accuracy and cannot be guaranteed as being certain. All facts and data set forth in the report are true and accurate to the best of NBA's knowledge and belief. No single item of information was completely relied upon to the exclusion of other information.

Financial data, operating histories and other data relating to income and expenses attributed to the business have been provided by management or it's representatives have been accepted without further verification except as specifically stated in the report.

Valuation reports may contain prospective financial information, estimates or opinions that represent the appraiser's view of reasonable expectations at a particular point in time, but such information, estimates or opinions are not offered as predictions or as assurances that a particular level of income or profit will be achieved, that events will occur or that a particular price will be offered or accepted. All opinions as to value are presented as NBA's considered opinion based on the facts and data obtained during the investigation and set forth in the report. Actual results achieved during the period covered by our prospective financial analysis will vary from those described in our report, and the variations may be material. It should be specifically noted that the valuation assumes the

**NATIONAL BUSINESS APPRAISERS, LLC**

000034

Exhibit B
Page 6 of 28

EXHIBIT *15* PAGE 178

ABC INTERNATIONAL TRADERS, INC.
North Hills, California

November 7, 2000
Page 7

property will be competently managed and maintained by financially sound owners over the expected period of ownership. This appraisal engagement does not entail an evaluation of man-agement's effectiveness, nor are we responsible for future marketing efforts and other management or ownership actions upon which actual results will depend.

No effort has been made to determine the impact of possible energy shortages or the effect on this project of future federal, state or local legislation, including any environ-mental or ecological matters or interpretations thereof.

Neither the report nor any portions thereof, especially any conclusions as to value, the identity of the appraiser(s) or NBA, shall be disseminated to the public through public relations media, news media, sales media or any other public means of communications without the prior written consent and approval of NBA. The date(s) of the valuation to which the value estimate conclusions apply is set forth in the letter of transmittal and within the body of the report. The value is based on the purchasing power of the United States dollar as of that date. Unless otherwise noted, NBA assumes that there will be no changes in tax regulations.

No significant change is assumed in the supply and demand patterns indicated in the report. The valuation assumes market conditions observed as of the current date of our market research stated in the letter of transmittal. These market conditions are be-lieved to be correct; however, the appraisers assume no liability should market conditions materially change because of unusual or unforeseen circumstances.

The report and the final estimate of value and the prospective financial analyses included therein are intended solely for the information of the person or persons to whom they are addressed, solely for the purposes stated, and should not be relied upon for any other purpose. Any allocation of total price between tangible assets and various classes of intangible assets, if shown, is invalidated if used separately or in conjunction with any other report. Neither the appraisal report nor its contents nor any reference to the appraiser(s) or NBA, may be referred to or quoted in any registration statement, prospectus, offering memorandum, sales brochure, other appraisal, loan or other agreement or document given to third parties excepting governmental agencies or the extent required by law without our prior written consent. Permission will be granted only upon meeting certain conditions.

A copy of this report and the working papers from which it was prepared will be kept in our files for eight years.

NATIONAL BUSINESS APPRAISERS, LLC

000035

Exhibit B
Page 7 of 28

EXHIBIT 15 PAGE 179

ABC INTERNATIONAL TRADERS, INC.
North Hills, California

November 7, 2000
Page 8

**ADDENDA**

NATIONAL BUSINESS APPRAISERS, LLC

000036

Exhibit B
Page 8 of 28

EXHIBIT *15* PAGE 180

ABC INTERNATIONAL TRADERS, INC.
North Hills, California

November 7, 2000
Page 9

## INDEX OF FINANCIAL TABLES

TABLE A  FIVE YEAR COMPARATIVE BALANCE SHEET – ASSETS

TABLE A-1 FIVE YEAR COMPARATIVE BALANCE SHEET – LIABILITIES

TABLE B  COMPARATIVE INCOME STATEMENT - 5 YEARS

TABLE C  INCOME STATEMENT ADJUSTMENTS

TABLE D-1 ADUSTED BOOK VALUE – PAGE 1

TABLE D-2 ADUSTED BOOK VALUE – PAGE 2

TABLE E  INCOME APPROACH  METHOD OF VALUATION

TABLE F  CAPITAL ASSET PRICING MODEL

TABLE H  FIXED ASSET APPRAISAL -- DETAIL

TABLE H-1 FIXED ASSET APPRAISAL -  SUMMARY

TABLE I  MARKET COMPARABLES - PUBLIC COMPANIES

TABLE I-1 MARKET APPROACH

TABLE J  CONCLUSIONS OF MARKET VALUE

9. ℰ𝒟

NATIONAL BUSINESS APPRAISERS, LLC
000037

Exhibit B
Page 9 of 28

EXHIBIT 15 PAGE 181

ABC INTERNATIONAL TRADERS, INC.
North Hills, California

November 7, 2000
Page 10

---

## DESCRIPTION OF FINANCIAL SCHEDULES USED IN VALUATION

### TABLE A: Comparative Balance Sheet - Assets

This historical comparative balance sheet presents the changes in the asset items over the 5-year period. The dominant change is in inventories that dropped by $8.7 million over the period.

### TABLE A-1: Comparative Balance Sheet - Liabilities

This historical comparative balance sheet presents the changes in the liability items over the 5-year period. The dominant change is in current liabilities that dropped by $8.46 million. This table also reflects the calculations of "Implied Working Capital", calculated as a percentage of revenues, which was substituted to minimize the dynamic nature of current assets and current liabilities that typically change on a daily basis. This allows the conclusions of value to remain valid over a longer period of time without material changes in value.

### TABLE B: Comparative Income Statement

This historical comparative income statement presents the book figures over the 5-year period. The information contained in this table provides the foundation, after the adjustments described in Table C, for the valuation approaches used in this appraisal. The most recent year's performance as presented in Column 5, represents the year-end book figures. To the concluded Pretax Income, we have added back depreciation and amortization to obtain "Pretax Cash Flow". Interest expense is added back to Cash Flow as this appraisal assumes a debt-free basis to yield "Operating Margin, or "Earnings Before Depreciation Interest, Taxes and Amortization" (EBDITA).

A study of this table indicated that ABC follows the somewhat erratic performance of the industry.

### TABLE C: Adjustments to Comparative Income Statement

This statement reflects certain essential income statement items extracted from **Table B** that is subject to adjustments to remove extraordinary income or expense items that would not be necessary for normal business operations. Following the Adjusted Net Income, Cash Flow and Operating Margin, we calculate the weighted average net income utilizing the 1997, 1998, and 1999 EBDITA as a percentage of sales. This results in



**ABC INTERNATIONAL TRADERS, INC.**
North Hills, California

November 7, 2000
Page 11

adjusted Pretax Income, Net Income, Cash Flow and Operating Margin (EBDITA) expenses. The resulting "Adjusted Operating Margin (EBDITA) is the key income stream upon which the "Income Approach" (Table E) and the "Excess Earnings Approach" (Table G) is based.

The result is used in **Table E** to calculate the EBDITA for each year of the forecast 5-year period. The most recent year (1999) was weighted only minimally as the EBDITA appears unreasonably high based upon the prior two years

### TABLE D-1: Adjusted Book Value

In this table, all current asset items are reversed out in the second column. We have substituted "Implied Working Capital" as explained in the description of Table A-1. The calculations of market value for the fixed assets (Table H-1) appear in the right hand column. The conclusion of market value for the intangible assets, as calculated in Table D-2, is also added to yield "Business Enterprise Value".

### TABLE D-1: Adjusted Book Value

This table presents the calculations of Total Asset Value and Adjusted Shareholder Equity based upon the Business Enterprise Value shown in Table J.

### TABLE E: Income Approach

Based upon historical growth rates and estimates of future performance a five-year forecast is made for net revenues. The value of the reversionary period following the 5-year forecast period would be a capitalization of the average of the fifth and sixth year, discounted to present value. The After Tax Earnings as Percent of Revenues was calculated in **Table C**, and is used to estimate the operating profit for each forecast year in **Table E**. Adding back the Depreciation yields the After Tax Cash Flow. Capital expenditures and changes in working capital are subtracted from this figure to produce the "Distributable Cash Flow". Applying the appropriate discount rate (calculated in **Table F**) returns these cash flow streams to present value. The total of the five discounted cash flows plus the discounted reversionary value represents the <u>Business Enterprise Value</u> under the Income Approach. The capitalization rate for the reversionary period is calculated using the formula shown in the notes following the schedule.

### TABLE F: Capital Asset Pricing Model



ABC INTERNATIONAL TRADERS, INC.
North Hills, California

November 7, 2000
Page 12

Widely used method of determining the discount rates that are used in **Table E**. The "Weighted Average Cost of Capital" represents the blending of the Company's estimated cost of borrowing (the lowest rate) and the "cost of equity capital". The blending is based upon the market average percent of equity and of debt as taken from the public market as shown in Table G-1 under the assumption that the selected public companies could be buyers for the Subject company, which would then reflect the capital structure of the buyer. Borrowed capital is generally the lowest risk due to the security normally provided to the lender. Equity capital, on the other hand, carries the greatest risk, as it does not share the security available to lenders. The blending of these two rates yields the weighted average cost of capital, or discount rate. The notes following **Table F** adds further insight.

### TABLE G: Capitalization of Excess Earnings

This represents one of three significant valuation approaches for small privately held companies. The original simplified "formula method" had the disadvantage of ignoring the value of the individual asset categories with differing economic lives. In **Table G**, the "Earnings Before Capital Charges" is the estimated EBDITA for the year 2000, as calculated in Table E. From these earnings, we subtract the return of the capital investment represented by the "Economic Depreciation", and the return on the assets in use as listed under the heading "Economic Return on Capital", yielding the "Total Excess Earnings" of ABC. The "Net Excess Earnings", is then capitalized using the equity multiple as developed in **Table F**. The value of the capitalized excess earnings is then added to the "Total Assets in Use" to reflect the market value under the Excess Earnings Approach on a control basis.

### TABLE H

The method for appraising fixed assets as herein described is known as the "Depreciated Replacement Cost New Approach" (DRCN). This presents the appraised value of each of the items of fixed assets, based upon the depreciation schedule of the income tax return for 1999. As noted, each item is listed as to description, date of purchase, original cost, estimated economic life, years in use, remaining economic life, price trend factor based upon the consumer price index, replacement cost new, estimated remaining economic life and fair market value. Items beyond their estimated economic life are valued at zero.

### TABLE H-1

This table summarizes the market value of each group of assets, and is used in Table D and Table G.

12-ED

NATIONAL BUSINESS APPRAISERS, LLC

000040

Exhibit B
Page 12 of 28

EXHIBIT 15 PAGE 184

ABC INTERNATIONAL TRADERS, INC.
North Hills, California

November 7, 2000
Page 13

---

**TABLE I: Market Comparable Companies from public marketplace.**

The operating results of the listed public companies present various indicators that are useful in determining the market value of ABC. Listed are the Company's shares outstanding, market capitalization, annual sales, market capitalization/sales ratio, and Beta. We use the median of the market cap/sales ratios of the Public companies in our Market Approach that follows in Table I-1. We use the average of the Betas and the capital structures of the public companies for our calculations of the discount rates in Table F. These comparables are all involved in the same industry as ABC.

**TABLE I-1: Market Approach Valuation**

Gross revenues in 1999 for ABC is multiplied by the median revenue/market cap ratio to obtain the indicated market value on a minority basis. A discount[1] that is the reciprocal of the public premium for relative size of the public vs. private companies is applied to adjust for the differences in size of the public companies as compared with ABC. This yields the market value of the equity on a minority basis. To adjust the minority value to a control value we add the premium for control for comparison with the other approaches, which yields the market value of the equity on a control basis. To convert this value to the business enterprise value, we must add back the implied working capital to yield Business enterprise value on a control basis. This value is now comparable to the results of the other two approaches as reflected in Table J.

**TABLE I: Final Correlation**

Each of the individual market values developed in the various approaches are listed, and weighted. The income approach is generally granted the greatest weight, as the driving force for the average investor is the anticipation of future benefits, however in this report we believe it appropriate to grant equal weight to the excess earnings approach as it too is a very valid approach for use with small business valuations. The market approach is granted no weight in the report due to the volatile nature of the industry and the stock market in general.

---

[1] Mergerstat Review 1999

NATIONAL BUSINESS APPRAISERS, LLC

000041

13-ZD
Exhibit B
Page 13 of 28

EXHIBIT _15_ PAGE 185

CONFIDENTIAL
ABC

Job No. 1087ABCV
Appr Date 31-Dec-99
Run Date 10/19/04

## TABLE A
### FIVE YEAR COMPARATIVE BALANCE SHEET
F/Y End December 31
($000)

| ASSETS | FYE 8/31 1995* | % | 1996 | % | 1997 | % | 1998 | % | 1999 | % |
|---|---|---|---|---|---|---|---|---|---|---|
| Current assets | | | | | | | | | | |
| Cash & equivalents | $16 | 0.1 | $438 | 2.5 | $797 | 3.8 | $860 | 5.1 | ($379) | -0.4 |
| Accounts Receivable-Trade | 11,729 | 40.9 | 3,760 | 21.8 | 10,067 | 47.7 | 7,614 | 44.8 | 11,154 | 63.5 |
| Inventories | 14,534 | 50.7 | 11,677 | 67.7 | 8,663 | 41.0 | 7,400 | 43.6 | 5,834 | 33.2 |
| Due from affilliate | 417 | 1.5 | 143 | 0.8 | 171 | 0.8 | - | 0.0 | (320) | -1.8 |
| Prepaid Expenses & Other | 1,112 | 3.9 | 786 | 4.6 | 768 | 3.6 | 379 | 2.2 | 373 | 2.1 |
| Total Current | $27,808 | 97.0 | $16,804 | 97.4 | $20,466 | 96.9 | $16,253 | 95.7 | $16,962 | 96.6 |
| Property & Equipment | | | | | | | | | | |
| Machinery & Equipment | 1,687 | 5.9 | $1,759 | 10.2 | $2,369 | 11.2 | $3,621 | 21.3 | $1,409 | 8.0 |
| Leasehold Improvements | 86 | | 86 | | 86 | | 86 | | 86 | |
| Less Accum. Depr. | (899) | -3.1 | (1,399) | -8.1 | (1,800) | -8.5 | (2,977) | -17.5 | (900) | -5.1 |
| Net Fixed Assets | $874 | 3.0 | $446 | 2.6 | $655 | 3.1 | $730 | 4.3 | $595 | 3.4 |
| Deposits & other | | 0.0 | | 0.0 | | 0.0 | | 0.0 | | 0.0 |
| TOTAL ASSETS | $28,682 | 100.0 | $17,250 | 100.0 | $21,121 | 100.0 | $16,983 | 100.0 | $17,557 | 100.0 |

* Changed from a fiscal year ending of 8/31 to calendar year ending of 12/31. This information is from the fiscal year of 9/1/94 to 8/31/95.

Exhibit B
Page 14 of 28

000042

EXHIBIT 15 PAGE 186

CONFIDENTIAL

**TABLE A-1**
**FIVE YEAR COMPARATIVE BALANCE SHEET**
F/Y End December 31
($000)

Job No. 1087ABCV
Appr Date  12/31/99
Run Date  10/19/04

**LIABILITIES & SHAREHOLDERS EQUITY**

| | 1995 | % | 1996 | % | 1997 | % | 1998 | % | 1999 | % |
|---|---|---|---|---|---|---|---|---|---|---|
| **Current Liabilities** | | | | | | | | | | |
| Accounts Payable & Accrued | $ 3,588 | 12.5 | $ 7,222 | 41.9 | $ 11,134 | 52.7 | $ 6,904 | 40.7 | $ 6,611 | 37.7 |
| Bank Line-Revolving | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Current Port. L T Debt | | 0.0 | 36 | 0.2 | 38 | 0.2 | 38 | 0.2 | 0 | 0.0 |
| Other current | 11,486 | 40.0 | 3 | 0.0 | 45 | 0.2 | 131 | 0.8 | 0 | 0.0 |
| Total current liabilities | $ 15,074 | 52.6 | $ 7,261 | 42.1 | $ 11,217 | 53.1 | $ 7,073 | 41.6 | $ 6,611 | 37.7 |
| **Long Term Liabilities** | | | | | | | | | | |
| Notes payable to bank | $ - | 0.0 | $ 5,950 | 34.5 | $ 3,175 | 15.0 | $ 5,231 | 30.8 | $ 2,129 | 12.1 |
| Long term debt, less current | 1,305 | 4.5 | | 0.0 | | 0.0 | | 0.0 | 0 | 0.0 |
| Subordinated notes payable & other | 3,728 | 13.0 | 2,718 | 15.8 | 3,028 | 14.3 | 3,247 | 19.1 | 3,255 | 18.5 |
| Total long term liabilities | $ 5,033 | 17.5 | $ 8,668 | 50.2 | $ 6,203 | 29.4 | $ 8,478 | 49.9 | $ 5,384 | 30.7 |
| **Total Liabilities** | $ 20,107 | 70.1 | $ 15,929 | 92.3 | $ 17,420 | 82.5 | $ 15,551 | 91.6 | $ 11,995 | 68.3 |
| **Shareholders Equity** | $ 8,575 | 29.9 | $ 1,321 | 7.7 | $ 3,701 | 17.5 | $ 1,432 | 8.4 | $ 5,562 | 31.7 |
| **Total Liabilities & Shareholders Equity** | $ 28,682 | 100.0 | $ 17,250 | 100.0 | $ 21,121 | 100.0 | $ 16,983 | 100.0 | $ 17,557 | 100.0 |
| Current Ratio | 1.84 | | 2.31 | | 1.82 | | 2.30 | | 2.57 | |
| Quick Ratio | 0.78 | | 0.58 | | 0.97 | | 1.20 | | 1.68 | |
| L T Debt / Net Worth | 0.59 | | 6.56 | | 1.68 | | 5.92 | | 0.97 | |
| Working Capital | $ 12,734 | 44.4 | $ 9,543 | 55.3 | $ 9,249 | 43.8 | $ 9,180 | 54.1 | $ 10,351 | 59.0 |

**IMPLIED WORKING CAPITAL**    Included in Business Enterprise Value.

| | | | | |
|---|---|---|---|---|
| Net Revenues | $ 64,141 | $ 46,980 | $ 55,315 | $ 40,732 | $ 66,350 |
| W/C as a percent of revenues * | 13.50% | 13.50% | 13.50% | 13.50% | 13.50% |
| Implied working capital | $ 8,659 | $ 6,342 | $ 7,468 | $ 5,499 | $ 8,957 |

\* Robert Morris Associates SIC #3944, Games, Toys etc.

Exhibit B
Page 15 of 28

000043

15-20

EXHIBIT 15 PAGE 187

CONFIDENTIAL

**TABLE B**
**FIVE YEAR COMPARATIVE INCOME STATEMENT**
F/Y End December 31
($000)

ABC INTERNATIONAL TRADERS, INC.

Job No. 1087ABCV
Appr Date 31-Dec-99
Run Date 10/19/04

| | (1) 1995 | % | 1996 | % | 1997 | % | 1998 | % | 1999 | % |
|---|---|---|---|---|---|---|---|---|---|---|
| REVENUES - NET | $ 64,141 | 100.0 | $ 46,980 | 100.0 | $ 55,315 | 100.0 | $ 40,732 | 100.0 | $ 66,350 | 100.0 |
| Less cost of sales | 46,011 | 71.7 | 36,834 | 78.4 | 40,032 | 72.4 | 26,093 | 64.1 | 43,724 | 65.9 |
| | | | | | | | | | | |
| GROSS PROFIT | $ 18,130 | 28.3 | $ 10,146 | 21.6 | $ 15,283 | 27.6 | $ 14,639 | 35.9 | $ 22,626 | 34.1 |
| Other income (loss) | 714 | 1.1 | (738) | -1.6 | 28 | 0.1 | (253) | -0.6 | 350 | 0.5 |
| | | | | | | | | | | |
| TOTAL INCOME | $ 18,844 | 29.4 | $ 9,408 | 20.0 | $ 15,311 | 27.7 | $ 14,386 | 35.3 | $ 22,976 | 34.6 |
| | | | | | | | | | | |
| EXPENSES | | | | | | | | | | |
| Advertising & promotion | $ 1,896 | 3.0 | $ 2,936 | 6.2 | $ 2,992 | 5.4 | $ 3,898 | 9.6 | $ 4,367 | 6.6 |
| Automobile expense | 49 | 0.1 | 74 | 0.2 | 47 | 0.1 | 64 | 0.2 | 67 | 0.1 |
| Bad debts | 488 | 0.8 | 289 | 0.6 | (6) | 0.0 | | | 30 | 0.0 |
| Bank charges | 205 | 0.3 | 312 | 0.7 | 294 | 0.5 | 181 | 0.4 | 196 | 0.3 |
| Commissions | 1,925 | 3.0 | 1,912 | 4.1 | 2,535 | 4.6 | 2,168 | 5.3 | 2,487 | 3.7 |
| Data processing & supplies | 66 | 0.1 | 22 | 0.0 | 27 | 0.0 | 64 | 0.2 | 66 | 0.1 |
| Depreciation | 228 | 0.4 | 732 | 1.6 | 585 | 1.1 | 589 | 1.4 | 540 | 0.8 |
| Delivery, postage | 72 | 0.1 | 130 | 0.3 | 242 | 0.4 | 191 | 0.5 | 323 | 0.5 |
| Insurance | 346 | 0.5 | 329 | 0.7 | 227 | 0.4 | 305 | 0.7 | 386 | 0.6 |
| Interest Expense | 917 | 1.4 | 663 | 1.4 | 390 | 0.7 | 552 | 1.4 | 842 | 1.3 |
| Legal, professional & accounting | 575 | 0.9 | 343 | 0.7 | 1,225 | 2.2 | 1,681 | 4.1 | 1,199 | 1.8 |
| Miscellaneous other | 111 | 0.2 | 187 | 0.4 | 105 | 0.2 | 379 | 0.9 | 62 | 0.1 |
| Molds | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 508 | 0.8 |
| Office Expenses | 53 | 0.1 | 77 | 0.2 | 61 | 0.1 | 71 | 0.2 | 132 | 0.2 |
| Product development | 911 | 1.4 | 1,028 | 2.2 | 463 | 0.8 | 1,008 | 2.5 | 1,711 | 2.6 |
| Rents | 637 | 1.0 | 467 | 1.0 | 346 | 0.6 | 382 | 0.9 | 455 | 0.7 |
| Repairs & maintenance | 15 | 0.0 | 11 | 0.0 | 11 | 0.0 | 22 | 0.1 | | 0.0 |
| Salaries, officers | 1,394 | 2.2 | 696 | 1.5 | 704 | 1.3 | 1,104 | 2.7 | 1,194 | 1.8 |
| Salaries & wages | 2,316 | 3.6 | 2,009 | 4.3 | 2,284 | 4.1 | 2,223 | 5.5 | 3,179 | 4.8 |
| Taxes & licenses | 51 | 0.1 | 27 | 0.1 | 217 | 0.4 | 39 | 0.1 | 61 | 0.1 |
| Taxes, payroll | 121 | 0.2 | 220 | 0.5 | 176 | 0.3 | 219 | 0.5 | 254 | 0.4 |
| Telephone | 160 | 0.2 | 219 | 0.5 | 188 | 0.3 | 166 | 0.4 | 214 | 0.3 |
| Travel & entertainment | 251 | 0.4 | 341 | 0.7 | 226 | 0.4 | 277 | 0.7 | 399 | 0.6 |
| Utilities | 36 | 0.1 | 36 | 0.1 | 32 | 0.1 | 30 | 0.1 | 35 | 0.1 |
| | | | | | | | | | | |
| TOTAL EXPENSES | $ 12,823 | 20.0 | $ 13,060 | 27.8 | $ 13,371 | 24.2 | $ 15,613 | 38.3 | $ 18,707 | 28.2 |
| | | | | | | | | | | |
| PRETAX INCOME | $ 6,021 | 9.4 | $ (3,652) | -7.8 | $ 1,940 | 3.5 | $ (1,227) | -3.0 | $ 4,269 | 6.4 |
| Add Depreciation/Amort | 228 | 0.4 | 732 | 1.6 | 585 | 1.1 | 589 | 1.4 | 540 | 0.8 |
| | | | | | | | | | | |
| PRETAX CASH FLOW (2) | $ 6,249 | 9.7 | $ (2,920) | -6.2 | $ 2,525 | 4.6 | $ (638) | -1.6 | $ 4,809 | 7.2 |
| Add Interest Charges | 917 | 1.4 | 663 | 1.4 | 390 | 0.7 | 552 | 1.4 | 842 | 1.3 |
| | | | | | | | | | | |
| EBDITA (3) | $ 7,166 | 11.2 | $ (2,257) | -4.8 | $ 2,915 | 5.3 | $ (86) | -0.2 | $ 5,651 | 8.5 |

(1) Changed from a fiscal year ending of 8/31 to calendar year ending of 12/31. This information is from the fiscal year of 9/1/94 to 8/31/95.
(2) Pretax income plus depreciation & amortization.
(3) Pretax cash flow plus interest charges.

000044

16-90

Exhibit B
Page 16 of 21

**EXHIBIT _15_ PAGE 188**

CONFIDENTIAL

ABC INTERNATIONAL TRADERS, INC.

**TABLE C**
**INCOME STATEMENT ADJUSTMENTS**
FY End December 31
($000)

Job No. 1087ABCV
Appr Date 12/31/1999
Run Date 10/19/04

| | FY Ending 8/31/1995 | % | 1996 | % | 1997 | % | 1998 | % | 1999 | % |
|---|---|---|---|---|---|---|---|---|---|---|
| REVENUES - NET | $ 64,141 | 100.0 | $ 46,980 | 100.0 | $ 55,315 | 100.0 | $ 40,732 | 100.0 | $ 66,350 | 100.0 |
| OPERATING INCOME (EBDIT) | $ 7,166 | 11.2 | $ (2,257) | (4.8) | $ 2,915 | 5.3 | $ (86) | (0.2) | $ 5,651 | 8.5 |
| **ADJUSTMENTS TO INCOME** | | | | | | | | | | |
| Legal, professional & accounting | 575 | 0.9 | 343 | 0.7 | 1,225 | 2.2 | 1,681 | 4.1 | 1,199 | 1.8 |
| Molds (w/o capitalized) | 0 | - | 0 | - | 0 | - | - | - | 508 | 0.8 |
| Salaries, Officers | 1,394 | 2.2 | 696 | 1.5 | 704 | 1.3 | 1,104 | 2.7 | 1,194 | 1.8 |
| Traveling Expenses | 251 | 0.4 | 341 | 0.7 | 226 | 0.4 | 277 | 0.7 | 399 | 0.6 |
| TOTAL ADJUSTMENTS TO INCOME | $ 2,220 | 3.5 | $ 1,380 | 2.9 | $ 2,155 | 3.9 | $ 3,062 | 7.5 | $ 3,300 | 5.0 |
| SUBTOTAL | $ 9,386 | 14.6 | $ (877) | (1.9) | $ 5,070 | 9.2 | $ 2,976 | 7.3 | $ 8,951 | 13.5 |
| **LESS REASONABLE EXPENSES** | | | | | | | | | | |
| Legal, professional & accounting   0.75% | 481 | 0.8 | 352 | 0.8 | 415 | 0.8 | 305 | 0.8 | 498 | 0.8 |
| Molds (w/o capitalized) | 0 | - | 0 | - | 0 | - | 0 | - | 0 | - |
| Salaries, Officers   1.50% | 962 | 1.5 | 705 | 1.5 | 830 | 1.5 | 611 | 1.5 | 995 | 1.5 |
| Traveling Expenses   0.60% | 385 | 0.6 | 282 | 0.6 | 332 | 0.6 | 244 | 0.6 | 398 | 0.6 |
| ADJUSTED PRETAX INCOME | $ 7,943 | 12.4 | $ (1,934) | (4.1) | $ 3,825 | 6.9 | $ 2,060 | 5.1 | $ 7,458 | 11.2 |
| Add Back Depreciation | 228 | 0.4 | 732 | 1.6 | 585 | 1.1 | 589 | 1.4 | 540 | 0.8 |
| ADJUSTED PRETAX CASH FLOW | $ 8,171 | 12.7 | $ (1,202) | (2.6) | $ 4,410 | 8.0 | $ 2,649 | 6.5 | $ 7,998 | 12.1 |
| Add Back Interest Expense | 917 | 1.4 | 663 | 1.4 | 390 | 0.7 | 552 | 1.4 | 842 | 1.3 |
| ADJUSTED EBDITA (1) | $ 9,088 | 14.2 | $ (539) | (1.1) | $ 4,800 | 8.7 | $ 3,201 | 7.9 | $ 8,840 | 13.3 |
| EBDITA AS % OF SALES | | 14.2 | | (1.1) | | 8.7 | | 7.9 | | 13.3 |
| Weighting (used average) | | 1.0 | | 1.0 | | 1.0 | | 1.0 | | 1.0 |
| Product - 5 Columns | 43 | | | | | | | | | |
| Divisor - Sum of Weights | 5 | | | | | | | | | |
| AVERAGE EBDITA | 8.6 | Percent (Used in Table E) | | | | | | | | |

000045

17-88

CONFIDENTIAL

**TABLE D-1**
**ADJUSTED BOOK VALUE**
F/Y End December 31
($000)

1087ABCV
05/15/00

| ABC | Book 31-Dec-99 | % | Adjustments 31-Dec-99 | % | Adjusted 31-Dec-99 | % |
|---|---|---|---|---|---|---|
| **Current Assets** | | | | | | |
| Cash & equivalents | (79) | -0.5 | $79 | NM | $0 | 0.0 |
| Accounts Receivable-Trade | 11,154 | 65.8 | (11,154) | NM | 0 | 0.0 |
| Inventories | 5,834 | 34.4 | (5,834) | NM | 0 | 0.0 |
| Due from affilliate | (320) | | | | | |
| Prepaid Expenses & Other | 373 | 2.2 | (373) | | | |
| Implied Working Capital | - | 0.0 | 8,960 | NM | 8,960 | 35.0 |
| **Total Current Assets** | 16,962 | 100.0 | ($8,322) | NM | $8,960 | 35.0 |
| **Fixed Assets as Appraised** | | | | | | |
| Automotive Equipment | 0 | 0.0 | 13 | | 13 | 0.1 |
| Computer Equipment | 0 | 0.0 | 263 | | 264 | 1.0 |
| Furniture & Fixtures | 0 | 0.0 | 23 | | 23 | 0.1 |
| Leasehold Equipment | 0 | 0.0 | 26 | | 26 | 0.1 |
| Machinery & Equipment | 0 | 0.0 | 5 | | 5 | 0.0 |
| Molds & Tooling | 0 | 0.0 | 1,310 | | 1,311 | 5.1 |
| Office Equipment | 0 | 0.0 | 5 | | | |
| **Net Fixed Assets** | (0) | 0.0 | 0 | | 1,641 | 6.4 |
| **INTANGIBLE ASSETS** | - | 0.0 | $15,004 | NM | 15,004 | 58.6 |
| **BUSINESS ENTERPRISE VALUE** | 16,962 | 100.0 | | NM | 25,605 | 100.0 |

The right hand column represents the assets included in "Business Enterprise Value"(BEV). This represents the value of the assets required for normal business operations. To convert this number to Total Asset Value, subtract the Implied Working Capital. This will yield "Basic Business Value", or the value of the fixed, intangible and other assets only. See Table J for calculations of BEV, and Table D-2 for calculations of shareholders' equity.

000046

18-

**Exhibit B**
**Page 18 of 28**

EXHIBIT 15 PAGE 190

| TABLE D-2<br>ADJUSTED BOOK VALUE<br>F/Y End December 31 | | Job No. 1087ABCV<br>Val Date 31-Dec-99<br>Run Date 8-Nov-00 |
|---|---|---|
| MARKET VALUE OF BUSINESS ENTERPRISE (Table J) | | $ 25,605 |
| Less Implied Working Capital | | (8,960) |
| BASIC BUSINESS VALUE | Fixed Plus Intangibles | $ 16,645 |
| Less Fixed Assets as Appraised (Table H-1) | | (1,641) |
| MARKET VALUE OF INTANGIBLES (GOODWILL) | | $ 15,004 |
| Add Fixed & Other Assets as Appraised (Table H-1) | | 1,641 |
| Add Current Assets at 12/31/99 (Table A) | | 16,962 |
| ADJUSTED TOTAL ASSET VALUE | | $ 33,607 |
| Less Total Liabilities at 12/31/99 (Table A-1) | | (11,995) |
| | | 21,612 |
| ADJUSTED SHAREHOLDER EQUITY | Rounded | $ 21,600 |

000047

19-8W

**Exhibit B**
**Page 19 of 28**

EXHIBIT _15_ PAGE 191

CONFIDENTIAL
ABC

**TABLE E**
**INCOME APPROACH**
FY Ending Sept 30
($000)

Job No. 1087ABCV
Val Date  31-Dec-99
Run Date  8-Nov-00

|  | 2000 | 2001 | 2002 | 2003 | 2004 | Reversion |
|---|---|---|---|---|---|---|
| FORECAST REVENUE GROWTH | 6.00% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% |
| FORECAST OF REVENUE | $70,331 | $72,793 | $75,340 | $77,977 | $80,706 | |
| EBDITA as % of Revenues * | 8.6% | 8.6% | 8.6% | 8.6% | 8.6% | |
| EBDITA * | $6,032 | $6,243 | $6,461 | $6,687 | $6,921 | |
| Less Capital Equipment Reserve | (440) | (456) | (472) | (488) | (505) | |
| Less Working Capital (1) | (8,960) | (332) | (344) | (356) | (368) | |
| DISTRIBUTABLE CASH FLOW | ($3,369) | $5,455 | $5,646 | $5,843 | $6,048 | $6,153 |
| REVERSIONARY VALUE | | | | Factor (3) | 7.667 | $47,177 |
| Discount Rate (Table F) | 20.75% | 20.75% | 20.75% | 20.75% | 20.75% | 20.75% |
| Period Factor | 0.50 | 1.50 | 2.50 | 3.50 | 4.50 | 5.00 |
| Multiplier | 0.910 | 0.754 | 0.624 | 0.517 | 0.428 | 0.390 |
| NPV OF DIST. CASH FLOWS | ($3,066) | $4,111 | $3,524 | $3,020 | $2,589 | $18,378 |

| | |
|---|---|
| NPV OF DISTRIBUTABLE CASH FLOW FOR FIRST FIVE YEARS | $10,178 |
| NPV OF REVERSIONARY VALUE | 18,378 |
| | $28,556 |
| MARKET VALUE OF ENTERPRISE BY THE INCOME APPROACH   Rounded | $28,550 |

(1) Estimated percent of annual revenue growth required for working capital----> Reference - RMA   13.50%
Annual Statement Studies.

(2) Income to be capped at end of 5th year was calculated by estimating 6th year's income considering a future growth of 3.5%, and averaging with the 5th year. This adjusts the fifth year from mid-year to the expected end-of-year-revenues.

(3) Calculated with the following formula: Cap Rate = (1+G)/(R-G), where G = estimated future growth rate.
R = wtd avg cost of capital.  (1+.035) / (.2075 -.05) or 1.035/.1525   =   7.667   or   13.04%

* Earnings Before Depreciation & Amortization, Interest and Taxes.  (See Table C).

000048

Exhibit B
Page 20 of 28

EXHIBIT 15 PAGE 192

CONFIDENTIAL        **TABLE F**        Job No: 1087ABCV

                **CAPITAL ASSET PRICING MODEL**     Val Date   31-Dec-99

                          **(CAPM)**           Run Date   8-Nov-00

**ABC INTERNATIONAL TRADERS, INC.**

**KEY ASSUMPTIONS**

| | | |
|---|---|---|
| Cost of debt - pretax (1) | | 11.00% |
| Federal tax rate (2) | Pretax Basis | 0.00% |
| State tax rate | | 0.00% |
| Combined marginal tax rate | Pretax Basis | 0.00% |
| Long-term treasury bond rate | | 6.00% |
| Market average beta | • | 0.92 |
| Market average percent of equity | • | 72.00% |
| Market average percent of debt | • | 28.00% |

| | | | |
|---|---|---|---|
| **WEIGHTED AVG COST OF CAPITAL** | 20.72% | Rounded | 20.75% |
| Formula: (1-T)*(Kd)(D)+(Ke)(E) | | | |
| T  = Tax rate | | | 0.00% |
| Kd = Cost of debt | | | 11.00% |
| D  = Proportion of debt in total capital | | | 28.00% |
| Ke = Cost of equity | | | 24.50% |
| E  = Proportion of equity | | | 72.00% |

| | | | |
|---|---|---|---|
| **COST OF EQUITY CAPITAL** | 24.57% | Rounded | 24.50% |
| Formula: Ke = ((B*Rp)+Rs)+Rt | | | |
| Rf = Rate of return on risk-free security (3) | | | 5.00% |
| Rp = Risk premium (Rm - Rf) | | | 12.10% |
| Rs = Company-specific risk premium (4) | | | 7.50% |
| Rt = Current return on 30 Year treasury bills | | | 6.00% |
| B  = Industry beta (5) | | | 0.92 |
| Rm = Market return (6) | | | 17.10% |

*Ibbotson Industry Studies for SIC Code 3944, Games, Toys, and Children's Vehicles

(1) Company's estimated cost of interest-bearing debt.

(2) Valuation based upon after tax income streams.

(3) Ibbotson & Associates Report 1926-1999, "Arithmetic Mean of Annual Returns for Long-Term U.S. Treasury Bonds" (riskless).

(4) Additional risk factor to adjust for specific risks of the subject company and industry.

(5) A measure of risk (variability) of common stocks in the industry. (Ibbotson Industry Studies for SIC Code 3944, Games, Toys, and Children's Vehicles)

(6) Ibbotson & Associates Report 1926-1997, "Arithmetic Mean of Annual Returns for The Common Stock of Small Companies".

000049

21-8

Exhibit B
Page 21 of 28

EXHIBIT *15* PAGE 193

| CONFIDENTIAL | TABLE G | | | Job No. 1087ABCV |
|---|---|---|---|---|
| | EXCESS EARNINGS APPROACH | | | Val Date 31-Dec-99 |
| | ($000) | | | Run Date 8-Nov-00 |

**ABC**

| EARNINGS BEFORE CAPITAL CHARGES (EBDITA for 2000) | | | | $6,032 |
|---|---|---|---|---|

| CAPITAL CHARGES | Appraised | Est | | Return | |
|---|---|---|---|---|---|
| Economic Depreciation | Value | Life | | Of | |
| Automotive Equipment | $ 13 | 10 | Yrs | 1 | |
| Computer Equipment | 263 | 5 | Yrs | 53 | |
| Furniture & Fixtures | 23 | 15 | Yrs | 2 | |
| Leasehold Equipment | 26 | 10 | Yrs | 3 | |
| Machinery & Equipment | 5 | 10 | Yrs | 0 | |
| Molds & Tooling | 1,310 | 3 | Yrs | 437 | |
| Office Equipment | 5 | 10 | Yrs | 1 | |
| Fixed Assets at Cost | $ 1,646 | 3.7 | | $440 | $ (440) |

| | Adjusted | | Return | |
|---|---|---|---|---|
| Economic Return | Book | % | On | |
| Working Capital | $ 8,960 | 11.0% | $ 986 | |
| Automotive Equipment | 13 | 15.0% | 2 | |
| Computer Equipment | 263 | 20.0% | 53 | |
| Furniture & Fixtures | 23 | 15.0% | 4 | |
| Leasehold Equipment | 26 | 20.0% | 5 | |
| Machinery & Equipment | 5 | 12.5% | 1 | |
| Molds & Tooling | 1,310 | 15.0% | 197 | |
| Office Equipment | 5 | 15.0% | 1 | |
| Adjusted Tangible Assets | $ 10,606 | | $ 1,247 | $ (1,247) |

| TOTAL EXCESS EARNINGS | | | | $ 4,344 |
|---|---|---|---|---|
| Excess Earnings Cap Rate | | 24.5% * | | $ 17,732 |
| Add Adjusted Tangible Assets | | | | 10,606 |
| BUSINESS ENTERPRISE VALUE BY EXCESS EARNINGS METHOD | | | | $ 28,338 |
| | | | Rounded | $ 28,350 |

*Equity Discount Rate

000050

ABC INTERNATIONAL TRADERS, INC.
16730 Schoenborn Street
Nordi Hills, CA 91343-6122

**TABLE H**
**FIXED ASSET APPRAISAL**
**FROM DEPRECIATION SCHEDULES**

Valuation Date 12/31/99
Original Cost $2,417
Depreciated Replacement Cost New $1,646

| Owned/Leased | Entry Item Order No. | DESCRIPTION | Qty | Valuation Date | Orig Cost ($) | Ext Econ Life | Yrs In Use | Rem Econ Life | Price Trend Factor | Repl Cost New | Est'd Rmng Life New | Fair Market Value 12/31/99 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OWNED | 12 | TRUCK | | 01-Aug-93 | 35,951 | 10.0 | 6.4 | 3.6 | 1.000 | 35,951 | 36% | 12,873 |
| OWNED | 17 | COMPUTER | | 15-Oct-93 | 1,120 | 5.0 | 6.2 | (1.2) | 1.000 | 1,120 | -24% | 0 |
| OWNED | 18 | COMPUTER | | 15-Jul-94 | 750 | 5.0 | 5.5 | (0.5) | 1.000 | 750 | -9% | 0 |
| OWNED | 27 | COMPUTER | | 01-Oct-94 | 5,727 | 5.0 | 5.3 | (0.3) | 1.000 | 5,727 | -5% | 0 |
| OWNED | 59 | COMPUTER | | 01-Oct-94 | 1,476 | 5.0 | 5.3 | (0.3) | 1.000 | 1,476 | -5% | 0 |
| OWNED | 28 | COMPUTER | | 01-Dec-94 | 20,393 | 5.0 | 5.1 | (0.1) | 1.000 | 20,393 | -2% | 0 |
| OWNED | 29 | COMPUTER | | 01-Mar-95 | 22,714 | 5.0 | 4.8 | 0.2 | 1.000 | 22,714 | 3% | 734 |
| OWNED | 30 | COMPUTER | | 01-Jun-95 | 18,174 | 5.0 | 4.6 | 0.4 | 1.000 | 18,174 | 8% | 1,504 |
| OWNED | 31 | COMPUTER | | 15-Oct-95 | 10,448 | 5.0 | 4.2 | 0.8 | 1.000 | 10,448 | 16% | 1,643 |
| OWNED | 32 | COMPUTER | | 15-Nov-95 | 15,360 | 5.0 | 4.1 | 0.9 | 1.000 | 15,360 | 17% | 2,676 |
| OWNED | 33 | COMPUTER | | 15-Dec-95 | 4,923 | 5.0 | 4.0 | 1.0 | 1.000 | 4,923 | 19% | 939 |
| OWNED | 37 | COMPUTER | | 15-Dec-95 | 9,975 | 5.0 | 4.0 | 1.0 | 1.000 | 9,975 | 19% | 1,902 |
| OWNED | 38 | COMPUTER | | 01-Jul-96 | 8,445 | 5.0 | 3.5 | 1.5 | 1.000 | 8,445 | 30% | 2,531 |
| OWNED | 60 | COMPUTER | | 01-Jul-96 | 211,405 | 5.0 | 3.5 | 1.5 | 1.000 | 211,405 | 30% | 63,364 |
| OWNED | 61 | COMPUTER | | 01-Jul-96 | 1,309 | 5.0 | 3.5 | 1.5 | 1.000 | 1,309 | 30% | 392 |
| OWNED | 41 | COMPUTER | | 01-Jul-97 | 27,505 | 5.0 | 2.5 | 2.5 | 1.000 | 27,505 | 50% | 13,745 |
| OWNED | 62 | COMPUTER | | 01-Jul-97 | 2,762 | 5.0 | 2.5 | 2.5 | 1.000 | 2,762 | 50% | 1,380 |
| OWNED | 63 | COMPUTER | | 01-Jul-98 | 39,597 | 5.0 | 1.6 | 3.4 | 1.000 | 39,597 | 68% | 27,056 |
| OWNED | 45 | COMPUTER | | 01-Jul-98 | 36,668 | 5.0 | 1.5 | 3.5 | 1.000 | 36,668 | 70% | 25,658 |
| OWNED | 46 | COMPUTER | | 01-Feb-99 | 91,565 | 5.0 | 1.0 | 4.0 | 1.000 | 91,565 | 80% | 73,302 |
| OWNED | 47 | COMPUTER | | 01-Mar-99 | 11,243 | 5.0 | 0.9 | 4.1 | 1.000 | 11,243 | 82% | 9,192 |
| OWNED | 48 | COMPUTER | | 01-Mar-99 | 4,000 | 5.0 | 0.8 | 4.2 | 1.000 | 4,000 | 83% | 3,332 |
| OWNED | 49 | COMPUTER | | 01-Mar-99 | 4,125 | 5.0 | 0.8 | 4.2 | 1.000 | 4,125 | 83% | 3,436 |
| OWNED | 50 | COMPUTER | | 01-Mar-99 | 3,605 | 5.0 | 0.8 | 4.2 | 1.000 | 3,605 | 83% | 3,003 |
| OWNED | 51 | COMPUTER | | 01-Apr-99 | 2,733 | 5.0 | 0.8 | 4.2 | 1.000 | 2,733 | 83% | 2,276 |
| OWNED | 52 | COMPUTER | | 01-Jun-99 | 4,702 | 5.0 | 0.6 | 4.4 | 1.000 | 4,702 | 85% | 3,996 |
| OWNED | 53 | COMPUTER | | 01-Jun-99 | 20,684 | 5.0 | 0.6 | 4.4 | 1.000 | 20,684 | 88% | 18,270 |
| OWNED | 54 | COMPUTER | | 01-Aug-99 | 1,557 | 5.0 | 0.4 | 4.6 | 1.000 | 1,557 | 92% | 1,427 |
| OWNED | 55 | COMPUTER | | 01-Sep-99 | 1,687 | 5.0 | 0.3 | 4.7 | 1.000 | 1,687 | 93% | 1,575 |
| OWNED | 1 | EXHIBIT BOOTH - FURN & FIX | | 01-Nov-89 | 14,443 | 15.0 | 10.2 | 4.8 | 1.000 | 14,443 | 32% | 4,651 |
| OWNED | 4 | FURNITURE & FIXTURES | | 01-Sep-90 | 6,857 | 15.0 | 9.3 | 5.7 | 1.000 | 6,857 | 38% | 2,589 |
| OWNED | 2 | FURNITURE & FIXTURES | | 01-Jul-91 | 13,606 | 15.0 | 8.5 | 6.5 | 1.000 | 13,606 | 43% | 5,890 |
| OWNED | 16 | FURNITURE & FIXTURES | | 15-Apr-94 | 1,404 | 15.0 | 5.7 | 9.3 | 1.000 | 1,404 | 62% | 869 |
| OWNED | 24 | FURNITURE & FIXTURES | | 01-Aug-95 | 238 | 15.0 | 4.4 | 10.6 | 1.000 | 238 | 71% | 168 |

Exhibit B
Page 23 of 28

EXHIBIT 15 PAGE 195

**ABC INTERNATIONAL TRADERS, INC.**
16730 Schoenborn Street
North Hills, CA 91343-6122

**TABLE H**
**FIXED ASSET APPRAISAL**
**FROM DEPRECIATION SCHEDULES**

Valuation Date 12/31/99
Original Cost $2,417
Depreciated Replacement Cost New $1,646

| Owned / Leased | Entry Item Order No | DESCRIPTION | Qty | | Valuation Date | Orig Cost* ($) | Est Econ Life | Yrs In Use | Rem Econ Life | Price Trend Factor | Repl Cost New | Est'd Rmng Life | Fair Market Value 12/31/99 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OWNED | 25 | FURNITURE & FIXTURES | | FF | 01-Aug-95 | 299 | 15.0 | 4.4 | 10.6 | 1.000 | 299 | 71% | 211 |
| OWNED | 26 | FURNITURE & FIXTURES | | FF | 01-Aug-95 | 1,069 | 15.0 | 4.4 | 10.6 | 1.000 | 1,069 | 71% | 754 |
| OWNED | 34 | FURNITURE & FIXTURES | | FF | 15-Sep-95 | 1,295 | 15.0 | 4.3 | 10.7 | 1.000 | 1,295 | 71% | 924 |
| OWNED | 35 | FURNITURE & FIXTURES | | FF | 15-Nov-95 | 1,000 | 15.0 | 4.1 | 10.9 | 1.000 | 1,000 | 72% | 725 |
| OWNED | 43 | FURNITURE & FIXTURES | | FF | 01-Mar-98 | 1,659 | 15.0 | 1.8 | 13.2 | 1.000 | 1,659 | 88% | 1,456 |
| OWNED | 44 | FURNITURE & FIXTURES | | FF | 01-Aug-98 | 643 | 15.0 | 1.4 | 13.6 | 1.000 | 643 | 91% | 582 |
| OWNED | 57 | FURNITURE & FIXTURES | | FF | 01-May-99 | 3,601 | 15.0 | 0.7 | 14.3 | 1.000 | 3,601 | 96% | 3,441 |
| OWNED | 58 | FURNITURE & FIXTURES | | FF | 01-Dec-99 | 1,115 | 15.0 | 0.1 | 14.9 | 1.000 | 1,115 | 99% | 1,109 |
| OWNED | 6 | LEASEHOLD IMPROVEMENTS | | LI | 01-Oct-90 | 2,789 | 10.0 | 9.3 | 0.7 | 1.000 | 2,789 | 7% | 208 |
| OWNED | 7 | LEASEHOLD IMPROVEMENTS | | LI | 01-Feb-91 | 2,293 | 10.0 | 8.9 | 1.1 | 1.000 | 2,293 | 11% | 248 |
| OWNED | 21 | LEASEHOLD IMPROVEMENTS | | LI | 01-Sep-93 | 17,300 | 10.0 | 6.3 | 3.7 | 1.000 | 17,300 | 37% | 6,342 |
| OWNED | 19 | LEASEHOLD IMPROVEMENTS | | LI | 15-Jun-94 | 8,633 | 10.0 | 6.0 | 4.0 | 1.000 | 8,633 | 40% | 3,486 |
| OWNED | 20 | LEASEHOLD IMPROVEMENTS | | LI | 01-Nov-94 | 28,862 | 10.0 | 5.2 | 4.8 | 1.000 | 28,862 | 48% | 13,949 |
| OWNED | 36 | LEASEHOLD IMPROVEMENTS | | LI | 15-Oct-95 | 2,814 | 10.0 | 4.2 | 5.8 | 1.000 | 2,814 | 58% | 1,628 |
| OWNED | 13 | MACHINERY & EQUIPMENT | | ME | 15-Apr-94 | 1,004 | 10.0 | 6.0 | 4.0 | 1.000 | 1,004 | 40% | 405 |
| OWNED | 14 | MACHINERY & EQUIPMENT | | ME | 01-Dec-94 | 1,111 | 10.0 | 5.7 | 4.3 | 1.000 | 1,111 | 43% | 476 |
| OWNED | 22 | MACHINERY & EQUIPMENT | | ME | 01-Jul-97 | 2,444 | 10.0 | 5.1 | 4.9 | 1.000 | 2,444 | 49% | 1,201 |
| OWNED | 39 | MACHINERY & EQUIPMENT | | ME | 01-Jul-97 | 628 | 10.0 | 2.5 | 7.5 | 1.000 | 628 | 75% | 471 |
| OWNED | 40 | MACHINERY & EQUIPMENT | | ME | 01-Sep-90 | 2,936 | 10.0 | 2.5 | 7.5 | 1.000 | 2,936 | 75% | 2,202 |
| OWNED | 3 | MOLDS & TOOLING | | MT | 01-Jul-98 | 3,229 | 5.0 | 9.3 | (4.3) | 1.000 | 3,229 | -87% | 0 |
| OWNED | 42 | MOLDS & TOOLING | | MT | 01-Jul-99 | 877,864 | 5.0 | 1.5 | 3.5 | 1.000 | 877,864 | 70% | 614,264 |
| OWNED | 56 | MOLDS & TOOLING | | MT | 01-Sep-99 | 773,751 | 5.0 | 0.5 | 4.5 | 1.000 | 773,751 | 90% | 696,164 |
| OWNED | 8 | EQUIPMENT | | OE | 01-Nov-91 | 1,100 | 10.0 | 9.3 | 0.7 | 1.000 | 1,100 | 7% | 73 |
| OWNED | | TELEPHONE SYSTEM | | OE | 01-Dec-91 | 15,087 | 5.0 | 4.1 | 0.9 | 1.000 | 15,087 | 18% | 2,761 |
| OWNED | 9 | MAIL MACHINE | | OE | 01-Jun-92 | 1,997 | 10.0 | 8.1 | 1.9 | 1.000 | 1,997 | 19% | 382 |
| OWNED | 10 | WATER PURIFIER | | OE | 01-Feb-95 | 147 | 10.0 | 7.6 | 2.4 | 1.000 | 147 | 24% | 35 |
| OWNED | 23 | WATER PUMP | | OE | 01-Aug-92 | 1,748 | 10.0 | 4.9 | 5.1 | 1.000 | 1,748 | 51% | 889 |
| OWNED | 11 | CELLULAR PHONE | | OE | 01-Aug-92 | 784 | 5.0 | 7.4 | (2.4) | 1.000 | 784 | -48% | 0 |
| OWNED | 15 | TELECOM EQUIPMENT | | OE | 15-Jul-94 | 2,426 | 10.0 | 5.5 | 4.5 | 1.000 | 2,426 | 45% | 1,100 |
| | | | | | | ($000) | | | | | | | |
| | | | | | | $2,417 | | | | | | FMV | $1,646 |

000052

## TABLE H-1
### FIXED ASSET APPRAISAL
From Depreciation Schedules
($000)

Job No. 1087ABCV
Val Date 31-Dec-99
Run Date 8-Nov-00

| SUMMARY BY ASSET CATEGORY | | Original Cost | Est Econ Life | FMV |
|---|---|---|---|---|
| Automotive Equipment | AE | $ 36 | 10.0 | $ 13 |
| Computer Equipment | CE | 585 | 5.0 | 263 |
| Furniture & Fixtures | FF | 47 | 15.0 | 23 |
| Leasehold Equipment | LE | 63 | 10.0 | 26 |
| Machinery & Equipment | ME | 8 | 10.0 | 5 |
| Molds & Tooling | MT | 1,655 | 5.0 | 1,310 |
| Office Equipment | OE | 23 | 10.0 | 5 |
| **TOTALS** | | $ 2,417 | | $ 1,646 |

Extracted from the detailed appraisal in Table H.

25

000053

TABLE I
MARKET INFORMATION
23-Oct-00

Job No. 1087ABCV
Val Date 31-Dec-99
Run Date 8-Nov-00

| COMPANY | Symbol | Shares Out (000) | Market Cap* ($000) | Annual Sales ($000) | Mkt Cap/ Sales (0) | Beta (0) |
|---|---|---|---|---|---|---|
| JAKKS PACIFIC | JAKK | 19,441 | 162,818 | 183,685 | 0.886 | 1.00 |
| HASBRO,INC | HAS | 172,309 | 1,744,629 | 4,232,263 | 0.412 | 1.00 |
| MATTEL | MAT | 426,371 | 5,036,507 | 5,514,950 | 0.913 | 0.38 |
| RADICA GAMES | RADA | 17,640 | 39,690 | 118,733 | 0.334 | 1.28 |
| TOYMAX INTERNATIONAL | TMAX | 10,598 | 22,521 | 138,985 | 0.162 | NA |
| SELECTED | | 129,272 | 1,401,233 | 2,037,723 | 0.334 | 0.92 |

*Minority value of shareholder equity. Converted to control value in Table I-1 to compare with other control value appproaches as reflected in Table J. We selected the Radica Games ratio as most representitive to compare with the Subject company.

000054

Exhibit B
Page 26 of 28

EXHIBIT 15 PAGE 198

CONFIDENTIAL

## TABLE I-1
## MARKET APPROACH
($000)

Job No. 1087ABCV
Val Date 31-Dec-99
Run Date 8-Nov-00

| | | | |
|---|---|---|---|
| GROSS REVENUES | | | $ 66,350 |
| AVERAGE REVENUE/MARKET CAPITALIZATION RATIO (Table I) | | | 0.334 |
| MARKET VALUE OF EQUITY ON A MINORITY BASIS | | | $ 22,179 |
| Less Public/Private discount for relative size | 23.1% | | (5,118) |
| MINORITY VALUE OF EQUITY - SMALL PRIVATE COMPANY | | | $ 17,061 |
| Add Control Premium | 35% | | 5,971 |
| MARKET VALUE OF EQUITY ON A CONTROL BASIS | Rounded | | $ 23,000 |
| Add implied working capital | | | 8,960 |
| MARKET VALUE OF BUSINESS ENTERPRISE ON A CONTROL BASIS | | | $ 31,960 |

27-

000055

Exhibit B
Page 27 of 28

EXHIBIT *15* PAGE 199

CONFIDENTIAL

**TABLE J**
**CONCLUSION OF MARKET VALUE**
**($000)**

Job No.  1087ABCV
Val Date  31-Dec-99
Run Date  8-Nov-00

| ABC INTERNATIONAL TRADERS, INC. | Conclusion | Weight | Product |
|---|---|---|---|
| INCOME APPROACH (Table E) | $ 28,550 | 0.50 | $ 14,275 |
| MARKET APPROACH (Table I-1) | $ 31,960 | 0.00 | - |
| EXCESS EARNINGS APPROACH (Table G) | $ 28,350 | 0.50 | 14,175 |
| FMV OF BUSINESS ENTERPRISE (Includes working capital) | | | $ 28,450 |
| Less Discount for Lack of Liquidity | | 10% | $ (2,845) |
| MARKET VALUE OF BUSINESS ENTERPRISE | | | $ 25,605 |
| Less Implied Working Capital | | | (8,960) |
| BASIC BUSINESS VALUE | | | $ 16,645 |
| Add Current Assets (Table A) | | | 16,962 |
| FMV OF TOTAL ASSETS | | | $ 33,607 |
| Less Total Liabilities (Table A-1) | | | (11,995) |
| FMV OF SHAREHOLDERS EQUITY ON A CONTROL BASIS | | | $ 21,612 |
| | | Rounded | $ 21,600 |
| FMV OF SHAREHOLDER INTEREST | | 45% | $ 9,720.00 |
| | | | or |
| | | (Dollars) | $9,720,000 |

Adjusted book value not included as it is used only to summarize the above values.

000056

Exhibit B
Page 28 of 28

EXHIBIT *15* PAGE 200

**NATIONAL BUSINESS APPRAISERS, LLC**
16055 Ventura Boulevard, Suite 1200
Encino, California 914360211
Phone (818) 528-2013        Fax (818) 528-2014
Email dutch789S@sbcglobal.net    www.bizappraisers.com

February 13, 2003

Mr. Morad Zarabi, Arbitrator
**ABC INTERNATIONAL TRADERS, INC.**
20120 Plummer St.
Chatsworth, CA  91211-5448

Dear Mr. Zarabi:

At your request after receipt of additional relevant information, we are reappraising the shareholders equity of ABC International Traders, Inc (ABC). We were asked to express our opinion of the market value, on a control basis, of a 45 percent interest in the shareholders equity.

It is our understanding that this opinion will be used for establishing a value for a buy-out of the Subject interest, and may be invalid if used for any other purpose.

ABC develops, produces and markets toys and related products. The company's products are action figures and accessories featuring licensed characters, and mini dolls. Purchasers of the company's products include discount retail chain stores, department stores, toy specialty stores and wholesalers. The company licenses numerous trademarks, corporate, trade and brand names and logos from third parties.

This report covers only Phase I of a full narrative report, therefore we issue only a brief letter report.  All of the financial tables that are normally included in a full-narrative report are presented in the Addenda.

Based upon the information and analyses presented in the Addenda, it is our opinion that as of date of value of December 31, 2000, the market value of the shareholder's equity of ABC International Traders, Inc, on a control basis, as summarized in Table J, of Addenda, was:

<u>$33,805,000</u>

000057

Exhibit C
Page 1 of 28

EXHIBIT 15 PAGE 201

ABC INTERNATIONAL TRADERS, INC.                           February 13, 2003
North Hills, California                                            Page 2

It is also our opinion that as of December 31, 2000, the market value of a 45 percent interest in the shareholder's equity of ABC International Traders, Inc., on a control basis, as summarized in Table J, of the Addenda, was:

**$15,212,000**

It is our opinion that a minority discount does not apply to the 45% interest as the other major shareholder holds an equal 45% interest.

Table J, in the Addenda presents our conclusions of market value under the income, market and excess earnings approach, and sets forth the calculations of the various appraised interests as of December 31, 2000.

In conjunction with our work, ABC provided us with audited and unaudited financial information and prospective financial and operational data. We accepted the historical data as fairly reflecting its operations, trends and financial position. We have not independently investigated the accuracy or completeness of the historical data provided to us and we express no opinion or other form of assurance regarding the accuracy or completeness of the data. The conclusions of value presented herein are based on numerous assumptions pertaining to prospective economic and operating conditions. Unanticipated events and circumstances may occur and actual results achieved during the period covered by our prospective financial analysis will vary from our estimates. The variations may be material. In accordance with ethical principles of the Institute of Business Appraisers, neither National Business Appraisers, LLC, nor any of its employees or subcontractors has any present or contemplated future interest in the business interests or assets herein appraised. Neither our employment nor our compensation is in any way contingent upon the values presented in this report. A copy of this report and the working papers from which it was prepared will be kept in our files for eight years.

Respectfully submitted,

**NATIONAL BUSINESS APPRAISERS, LLC**

By:_____
Ernest E. Dutcher, MCBA
Managing Member
Senior Valuation Counselor

**Attachments:** Professional Qualifications; Statement of Facts and Limiting Conditions; Addenda

1118ABCV

*2·9D*

NATIONAL BUSINESS APPRAISERS, LLC

EXHIBIT *15* PAGE 202

ABC INTERNATIONAL TRADERS, INC.
North Hills, California

February 13, 2003
Page 3

## CERTIFICATION

We certify that, to the best of our knowledge and belief:

*       The statements of fact contained in this report are true and correct.

*       The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and is our personal, unbiased professional analyses, opinions, and conclusions.

*       We have no present or prospective interest in the property that is the subject of this report, and we have no personal interest or bias with respect to the parties involved.

*       Our compensation is not contingent on an action or event resulting from the analyses, opinions, or conclusions in, or the use of, this report.

*       Our analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice.

*       No significant professional assistance was provided to the undersigned in connection with this assignment.


Appraiser_____
              Ernest E. Dutcher, MCBA

ABC INTERNATIONAL TRADERS, INC.
North Hills, California

February 13, 2003
Page 4

---

## PROFESSIONAL QUALIFICATIONS

For

### ERNEST E. DUTCHER, MCBA

Designations

of

**Certified Business Appraiser**
**Master Certified Business Appraiser**

Awarded by

### THE INSTITUTE OF BUSINESS APPRAISERS

http://www.instbusapp.org

*The oldest business appraisal society in the nation.*

NATIONAL BUSINESS APPRAISERS, LLC
**000060**

Exhibit C
Page 4 of 28

EXHIBIT *15* PAGE 204

**ABC INTERNATIONAL TRADERS, INC.**
North Hills, California

February 13, 2003
Page 5

ERNEST E. DUTCHER, MCBA

Professional Qualifications

**Experience:** Mr. Dutcher's full time appraisal experience began in 1975. He has been involved in the analysis and valuation of a broad variety of business enterprises in many industries, including electric power generation, healthcare, equipment leasing & rental, distribution, transportation, manufacturers in the communications, computer, electronics, rubber & chemical industries, shipping, engineering, oil & gas, and many others. He has consulted in marketing, manufacturing and management. He was CEO of an electronic equipment manufacturing company and has held executive positions in other manufacturing, distribution and sales companies.

**Employment:** Managing Member and Senior Valuation Counselor for National Business Appraisers, LLC. Was Senior Valuation Counselor for Valuation Counselors Group, Inc. for four years, following five years with Marshall and Stevens Incorporated. Previously, he was SW. Manager of Acquisitions for a public company; Business Opportunities Sales for Coldwell Banker; President and General Manager of an elevated work platform manufacturer; Vice President and Controller for an equipment sales and rental company; Vice President of Manufacturing and Division Manager of companies producing specialized heating devices and electronic heat controllers; President and CEO of a high technology public company in the electronics industry; and President and sole stockholder of an exclusive area distributor of Magnavox consumer electronics components and accessories.

**Education:** Mr. Dutcher attended Yale University, majoring in Communications; USAF Military Schools, attaining the rank of Captain, Radar and Communications. He also attended RCA Institute, UCLA Extension Division and Santa Monica City College in public relations, plus many seminars and home study courses in finance, taxation, computer courses in business related software etc. He has held California real estate and insurance licenses and is a licensed pilot.

**Professional Societies:** Mr. Dutcher is a senior member in the Institute of Business Appraisers (IBA), the premier professional society of business appraisers, with over 3,400 members. He has also served on the select Qualifications Review Committee. As of March 31, 1999, only about 250 IBA members were designated as Certified Business Appraisers (CBAs). *As of that date, Mr. Dutcher was one of only 15 Master Certified Business Appraisers (MCBAs), a designation requiring over 10 years of providing business appraisals on a full time basis as a CBA.*

**Court Testimony:** Mr. Dutcher has qualified and testified as an expert witness before Federal Tax Courts in Los Angeles and San Francisco California, and California Superior Courts of Los Angeles, Orange, and San Diego Counties. He has served as a consultant in valuation matters to numerous attorneys during the litigation process.

NATIONAL BUSINESS APPRAISERS, LLC
000061

Exhibit C
Page 5 of 28

EXHIBIT *15* PAGE 205

ABC INTERNATIONAL TRADERS, INC.                    February 13, 2003
North Hills, California                                       Page 6

---

### STATEMENT OF FACTS AND LIMITING CONDITIONS

National Business Appraisers, LLC (NBA), strives to clearly and accurately disclose the assumptions and limiting conditions that directly affect a valuation analysis, opinion or conclusion. In order to assist the reader in interpreting this report, such assumptions are set forth as follows:

Valuation assignments are accepted with the understanding that there is no obligation to furnish services after completion of the original assignment. If the need for subsequent services related to a valuation assignment (e.g., testimony, updates, conferences, reprint, or copy services) is contemplated, special arrangements acceptable to NBA must be made in advance. NBA, reserves the right to make adjustments to the analysis, opinion and conclusion set forth in the report as we deem necessary if the facts presented by ABC prove to be inaccurate or have been misinterpreted.

It is assumed that: no opinion is intended in matters that require legal, engineering or other professional advice which has been or will be obtained from professional sources; the valuation report will not be used for guidance in professional matters exclusive of the appraisal and valuation discipline; there are no regulations of any government entity to control or restrict the use of the property unless specifically referred to in the report; and the property will not operate in violation of any applicable government regulations, codes, ordinances or statutes.

Information furnished by others is presumed to be reliable, and where so specified in the report, has been verified; however, no responsibility, whether legal or otherwise, is assumed for its accuracy and cannot be guaranteed as being certain. All facts and data set forth in the report are true and accurate to the best of NBA's knowledge and belief. No single item of information was completely relied upon to the exclusion of other information.

Financial data, operating histories and other data relating to income and expenses attributed to the business have been provided by management or it's representatives have been accepted without further verification except as specifically stated in the report.

Valuation reports may contain prospective financial information, estimates or opinions that represent the appraiser's view of reasonable expectations at a particular point in time, but such information, estimates or opinions are not offered as predictions or as assurances that a particular level of income or profit will be achieved, that events will occur or that a particular price will be offered or accepted. All opinions as to value are presented as NBA's considered opinion based on the facts and data obtained during the investigation and set forth in the report. Actual results achieved during the period covered by our prospective financial analysis will vary from those described in our report, and the variations may be material. It should be specifically noted that the valuation assumes the

NATIONAL BUSINESS APPRAISERS, LLC
000062                                          Exhibit C
                                                Page 6 of 28

EXHIBIT *15* PAGE 206

ABC INTERNATIONAL TRADERS, INC.                    February 13, 2003
North Hills, California                            Page 7

property will be competently managed and maintained by financially sound owners over the expected period of ownership. This appraisal engagement does not entail an evaluation of man-agement's effectiveness, nor are we responsible for future marketing efforts and other management or ownership actions upon which actual results will depend.

No effort has been made to determine the impact of possible energy shortages or the effect on this project of future federal, state or local legislation, including any envir-onmental or ecological matters or interpretations thereof.

Neither the report nor any portions thereof, especially any conclusions as to value, the identity of the appraiser(s) or NBA, shall be disseminated to the public through public relations media, news media, sales media or any other public means of communications without the prior written consent and approval of NBA. The date(s) of the valuation to which the value estimate conclusions apply is set forth in the letter of transmittal and within the body of the report. The value is based on the purchasing power of the United States dollar as of that date. Unless otherwise noted, NBA assumes that there will be no changes in tax regulations.

No significant change is assumed in the supply and demand patterns indicated in the report. The valuation assumes market conditions observed as of the current date of our market research stated in the letter of transmittal. These market conditions are be-lieved to be correct; however, the appraisers assume no liability should market conditions materially change because of unusual or unforeseen circumstances.

The report and the final estimate of value and the prospective financial analyses included therein are intended solely for the information of the person or persons to whom they are addressed, solely for the purposes stated, and should not be relied upon for any other purpose. Any allocation of total price between tangible assets and various classes of intangible assets, if shown, is invalidated if used separately or in conjunction with any other report. Neither the appraisal report nor its contents nor any reference to the appraiser(s) or NBA, may be referred to or quoted in any registration statement, prospectus, offering memorandum, sales brochure, other appraisal, loan or other agreement or document given to third parties excepting governmental agencies or the extent required by law without our prior written consent. Permission will be granted only upon meeting certain conditions.

A copy of this report and the working papers from which it was prepared will be kept in our files for eight years.

Exhibit C
Page 7 of 28

NATIONAL BUSINESS APPRAISERS, LLC

000063

7.8𝒟

EXHIBIT 15 PAGE 207

ABC INTERNATIONAL TRADERS, INC.
North Hills, California

February 13, 2003
Page 8

**ADDENDA**

NATIONAL BUSINESS APPRAISERS, LLC

000064

Exhibit C
Page 8 of 28

EXHIBIT *15* PAGE 208

ABC INTERNATIONAL TRADERS, INC.                                February 13, 2003
North Hills, California                                                    Page 9

## INDEX OF FINANCIAL TABLES

TABLE A       FIVE YEAR COMPARATIVE BALANCE SHEET – ASSETS

TABLE A-1    FIVE YEAR COMPARATIVE BALANCE SHEET – LIABILITIES

TABLE B       COMPARATIVE INCOME STATEMENT - 5 YEARS

TABLE C       INCOME STATEMENT ADJUSTMENTS

TABLE D-1    ADUSTED BOOK VALUE – PAGE 1

TABLE D-2    ADUSTED BOOK VALUE – PAGE 2

TABLE E       INCOME APPROACH  METHOD OF VALUATION

TABLE F       CAPITAL ASSET PRICING MODEL

TABLE H       FIXED ASSET APPRAISAL – DETAIL

TABLE H-1    FIXED ASSET APPRAISAL - SUMMARY

TABLE I        MARKET COMPARABLES - PUBLIC COMPANIES

TABLE I-1     MARKET APPROACH

TABLE J       CONCLUSIONS OF MARKET VALUE

NATIONAL BUSINESS APPRAISERS, LLC          Exhibit C
                                                                    Page 9 of 28

000065

EXHIBIT _15_ PAGE 209

ABC INTERNATIONAL TRADERS, INC.
North Hills, California

February 13, 2003
Page 10

## DESCRIPTION OF FINANCIAL SCHEDULES USED IN VALUATION

### TABLE A: Comparative Balance Sheet - Assets

This historical comparative balance sheet presents the changes in the asset items over the 5-year period. The dominant change is in current assets.

### TABLE A-1: Comparative Balance Sheet - Liabilities

This historical comparative balance sheet presents the changes in the liability items over the 5-year period. The dominant change is in current liabilities that increased to $24.223 million. This table also reflects the calculations of "Implied Working Capital", calculated as a percentage of revenues, which was substituted to minimize the dynamic nature of current assets and current liabilities that typically change on a daily basis. This allows the conclusions of value to remain valid over a longer period of time without material changes in value.

### TABLE B: Comparative Income Statement

This historical comparative income statement presents the book figures over the 5-year period. The information contained in this table provides the foundation, after the adjustments described in **Table C**, for the valuation approaches used in this appraisal. The most recent year's performance as presented in Column 5, represents the year-end book figures. To the concluded Pretax Income, we have added back depreciation and amortization to obtain "Pretax Cash Flow". Interest expense is added back to Cash Flow as this appraisal assumes a debt-free basis to yield "Operating Margin, or "Earnings Before Depreciation Interest, Taxes and Amortization" (EBDITA).

A study of this table indicated that ABC follows the somewhat erratic performance of the industry.

### TABLE C: Adjustments to Comparative Income Statement

This statement reflects certain essential income statement items extracted from **Table B** that is subject to adjustments to remove extraordinary income or expense items that would not be necessary for normal business operations. Following the Adjusted Net Income, Cash Flow and Operating Margin, we calculate the weighted average net income utilizing the 1997, 1998, 1999 and 2000 EBDITA as a percentage of sales. This results in adjusted Pretax Income, Net Income, Cash Flow and Operating Margin (EBDITA)

10.9W

NATIONAL BUSINESS APPRAISERS, LLC

000066

Exhibit C
Page 10 of 28

EXHIBIT *15* PAGE 210

**ABC INTERNATIONAL TRADERS, INC.**
**North Hills, California**

**February 13, 2003**
**Page 11**

expenses. The resulting "Adjusted Operating Margin (EBDITA) is the key income stream upon which the "Income Approach" (Table E) and the "Excess Earnings Approach" (Table G) is based.

The result is used in **Table E** to calculate the EBDITA for each year of the forecast 5-year period.

**TABLE D-1: Adjusted Book Value**

In this table, all current asset items are reversed out in the second column. We have substituted "Implied Working Capital" as explained in the description of Table A-1. The calculations of market value for the fixed assets (Table H-1) appear in the right hand column. The conclusion of market value for the intangible assets, as calculated in Table D-2, is also added to yield "Business Enterprise Value".

**TABLE D-1: Adjusted Book Value**

This table presents the calculations of Total Asset Value and Adjusted Shareholder Equity based upon the Business Enterprise Value shown in Table J.

**TABLE E: Income Approach**

Based upon historical growth rates and estimates of future performance a five-year forecast is made for net revenues. The value of the reversionary period following the 5-year forecast period would be a capitalization of the average of the fifth and sixth year, discounted to present value. The After Tax Earnings as Percent of Revenues was calculated in Table C, and is used to estimate the operating profit for each forecast year in Table E. Adding back the Depreciation yields the After Tax Cash Flow. Capital expenditures and changes in working capital are subtracted from this figure to produce the "Distributable Cash Flow". Applying the appropriate discount rate (calculated in Table F) returns these cash flow streams to present value. The total of the five discounted cash flows plus the discounted reversionary value represents the <u>Business Enterprise Value</u> under the Income Approach. The capitalization rate for the reversionary period is calculated using the formula shown in the notes following the schedule.

**TABLE F: Capital Asset Pricing Model**

Widely used method of determining the discount rates that are used in Table E. The "Weighted Average Cost of Capital" represents the blending of the Company's estimated

**NATIONAL BUSINESS APPRAISERS, LLC**

000067

**Exhibit C**
**Page 11 of 28**

EXHIBIT _15_ PAGE 211

**ABC INTERNATIONAL TRADERS, INC.**
North Hills, California

February 13, 2003
Page 12

cost of borrowing (the lowest rate) and the "cost of equity capital". The blending is based upon the market average percent of equity and of debt as taken from the public market as shown in Table G-1 under the assumption that the selected public companies could be buyers for the Subject company, which would then reflect the capital structure of the buyer. Borrowed capital is generally the lowest risk due to the security normally provided to the lender. Equity capital, on the other hand, carries the greatest risk, as it does not share the security available to lenders. The blending of these two rates yields the weighted average cost of capital, or discount rate. The notes following **Table F** adds further insight.

**TABLE G: Capitalization of Excess Earnings**

This represents one of three significant valuation approaches for small privately held companies. The original simplified "formula method" had the disadvantage of ignoring the value of the individual asset categories with differing economic lives. In **Table G**, the "Earnings Before Capital Charges" is the estimated EBDITA for the year 2000, as calculated in Table E. From these earnings, we subtract the return of the capital investment represented by the "Economic Depreciation", and the return on the assets in use as listed under the heading "Economic Return on Capital", yielding the "Total Excess Earnings" of ABC. The "Net Excess Earnings", is then capitalized using the equity multiple as developed in **Table F**. The value of the capitalized excess earnings is then added to the "Total Assets in Use" to reflect the market value under the Excess Earnings Approach on a control basis.

**TABLE H**

The method for appraising fixed assets as herein described is known as the "Depreciated Replacement Cost New Approach" (DRCN). This presents the appraised value of each of the items of fixed assets, based upon the depreciation schedule of the income tax return for 1999. As noted, each item is listed as to description, date of purchase, original cost, estimated economic life, years in use, remaining economic life, price trend factor based upon the consumer price index, replacement cost new, estimated remaining economic life and fair market value. Items beyond their estimated economic life are valued at zero.

**TABLE H-1**

This table summarizes the market value of each group of assets, and is used in Table D and Table G.

NATIONAL BUSINESS APPRAISERS, LLC
000068

Exhibit C
Page 12 of 28

EXHIBIT *15* PAGE 212

ABC INTERNATIONAL TRADERS, INC.
North Hills, California

February 13, 2003
Page 13

## TABLE I:  Market Comparable Companies from public marketplace.

The operating results of the listed public companies present various indicators that are useful in determining the market value of ABC.  Listed are the Company's shares outstanding, market capitalization, annual sales, market capitalization/sales ratio, and Beta.  We use the median of the market cap/sales ratios of the Public companies in our Market Approach that follows in Table I-1.  We use the average of the Betas and the capital structures of the public companies for our calculations of the discount rates in Table F.  These comparables are all involved in the same industry as ABC.

## TABLE I-1:  Market Approach Valuation

Gross revenues in 2000 for ABC is multiplied by the median revenue/market cap ratio to obtain the indicated market value on a minority basis.  A discount[1] is applied to adjust for the differences in size of the public companies as compared with ABC.  This yields the market value of the equity on a minority basis.  To adjust the minority value to a control value we add the premium for control for comparison with the other approaches, which yields the market value of the equity on a control basis.  To convert this value to the business enterprise value, we must add back the implied working capital to yield Business enterprise value on a control basis.  This value is now comparable to the results of the other two approaches as reflected in Table J.

## TABLE I: Final Correlation

Each of the individual market values developed in the various approaches are listed, and weighted. The income approach is generally granted the greatest weight, as the driving force for the average investor is the anticipation of future benefits, however in this report we believe it appropriate to grant meaningful weight to both the excess earnings approach and the market approach as both are valid approaches for use with medium sized business valuations.

---

[1] Mergerstat Review 1999

NATIONAL BUSINESS APPRAISERS, LLC

000069

13.90

Exhibit C
Page 13 of 28

EXHIBIT 15 PAGE 213

REVISED REPORT
ABC

**TABLE A**
**FIVE YEAR COMPARATIVE BALANCE SHEET**
F/Y End December 31
($000)

Job No. 1118ABCV
Appr Date 12/31/2000
Run Date 03/25/04

| ASSETS | 1996 | % | 1997 | % | 1998 | % | 1999 | % | 2000 | % |
|---|---|---|---|---|---|---|---|---|---|---|
| Current assets | | | | | | | | | | |
| Cash & equivalents | $438 | 2.5 | $797 | 3.8 | $860 | 5.1 | ($79) | -0.4 | $1,144 | 4.5 |
| Accounts Receivable–Trade | 3,760 | 21.8 | 10,067 | 47.7 | 7,574 | 44.8 | 11,154 | 63.5 | 8,744 | 34.3 |
| Inventories | 11,677 | 67.7 | 8,663 | 41.0 | 7,400 | 43.6 | 5,834 | 33.2 | 14,278 | 56.0 |
| Due from affiliate | 143 | 0.8 | 171 | 0.8 | | 0.0 | (320) | -1.8 | 209 | 0.8 |
| Prepaid Expenses & Other | 786 | 4.6 | 768 | 3.6 | 379 | 2.2 | 373 | 2.1 | 190 | 0.7 |
| Total Current | $16,804 | 97.4 | $20,466 | 96.9 | $16,253 | 95.7 | $16,962 | 96.6 | $24,565 | 96.4 |
| Property & Equipment | | | | | | | | | | |
| Machinery & Equipment | $1,759 | 10.2 | $2,369 | 11.2 | $3,821 | 21.3 | $1,409 | 8.0 | $2,251 | 8.8 |
| Leasehold Improvements | 86 | | 86 | | 86 | | 86 | | 215 | |
| Less Accum. Depr. | (1,399) | -8.1 | (1,800) | -8.5 | (2,977) | -17.5 | (900) | -5.1 | (1,554) | -6.0 |
| Net Fixed Assets | $446 | 2.6 | $655 | 3.1 | $730 | 4.3 | $595 | 3.4 | $912 | 3.6 |
| Deposits & other | | 0.0 | | 0.0 | | 0.0 | | 0.0 | | 0.0 |
| TOTAL ASSETS | $17,250 | 100.0 | $21,121 | 100.0 | $16,983 | 100.0 | $17,557 | 100.0 | $25,477 | 100.0 |

* This information is from the fiscal year of 1996 to 2000.

Exhibit C
Page 14 of 28

000070

14.60

EXHIBIT 15 PAGE 214

| REVISED REPORT | | | TABLE A-1 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | FIVE YEAR COMPARATIVE BALANCE SHEET | | | | | Job No. 1118ABCV | | |
| | | | F/Y End December 31 | | | | | Appr Date 12/31/2000 | | |
| | | | ($000) | | | | | Run Date 15-Dec-04 | | |
| | | | | | | | | | | |
| | | | LIABILITIES & SHAREHOLDERS EQUITY | | | | | | | |
| | | 1996 | % | 1997 | % | 1998 | % | 1999 | % | 2000 | % |
| Current Liabilities | | | | | | | | | | |
| Accounts Payable & Accrued | | $ 7,222 | 41.9 | $ 11,134 | 52.7 | $ 6,904 | 40.7 | $ 6,611 | 37.7 | $ 12,951 | 50.8 |
| Bank Line-Revolving | | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Current Port. L. T Debt | | 36 | 0.2 | 38 | 0.2 | 38 | 0.2 | 0 | 0.0 | 0 | 0.0 |
| Other current | | 3 | 0.0 | 45 | 0.2 | 131 | 0.8 | 0 | 0.0 | 11,272 | 44.2 |
| Total current liabilities | | $ 7,261 | 42.1 | $ 11,217 | 53.1 | $ 7,073 | 41.6 | $ 6,611 | 37.7 | $ 24,223 | 95.1 |
| Long Term Liabilities | | | | | | | | | | |
| Notes payable to bank | | $ 5,950 | 34.5 | $ 3,175 | 15.0 | $ 5,231 | 30.8 | $ 2,129 | 12.1 | $ 1,147 | 4.5 |
| Long term debt, less current | | | 0.0 | | 0.0 | | 0.0 | | 0 | 0.0 |
| Subordinated notes payable & other | | 2,718 | 15.8 | 3,028 | 14.3 | 3,247 | 19.1 | 3,255 | 18.5 | 3,590 | 14.1 |
| Total long term liabilities | | $ 8,668 | 50.2 | $ 6,203 | 29.4 | $ 8,478 | 49.9 | $ 5,384 | 30.7 | $ 4,737 | 18.6 |
| Total Liabilities | | $ 15,929 | 92.3 | $ 17,420 | 82.5 | $ 15,551 | 91.6 | $ 11,995 | 68.3 | $ 28,960 | 113.7 |
| Shareholders Equity | | $ 1,321 | 7.7 | $ 3,701 | 17.5 | $ 1,432 | 8.4 | $ 5,562 | 31.7 | $ (3,483) | -13.7 |
| Total Liabilities & Shareholders Equity | | $ 17,250 | 100.0 | $ 21,121 | 100.0 | $ 16,983 | 100.0 | $ 17,557 | 100.0 | $ 25,477 | 100.0 |
| Current Ratio | | 2.31 | | 1.82 | | 2.30 | | 2.57 | | 1.01 | |
| Quick Ratio | | 0.58 | | 0.97 | | 1.20 | | 1.68 | | 0.41 | |
| L. T Debt / Net Worth | | 6.56 | | 1.68 | | 5.92 | | 0.97 | | -1.36 | |
| Working Capital | | $ 9,543 | 55.3 | $ 9,249 | 43.8 | $ 9,180 | 54.1 | $ 10,351 | 59.0 | $ 342 | 1.3 |
| IMPLIED WORKING CAPITAL | | | | | | | | | | |
| Net Revenues | | $ 46,980 | | $ 55,315 | | $ 40,732 | | $ 66,350 | | $ 77,489 | |
| W/C as a percent of revenues * | | 12.23% | | 12.23% | | 12.23% | | 12.23% | | 12.23% | |
| Implied working capital | | $ 5,747 | | $ 6,766 | | $ 4,982 | | $ 8,116 | | $ 9,479 | |
| * Robert Morris Associates SIC #3944, Games, Toys etc. | | | | | | | | | | $ 9,500 | |

Exhibit C
Page 15 of 28

000071

15.90

EXHIBIT 15 PAGE 215

| REVISED REPORT | | | TABLE B | | | | Job No. | 1118ABCV | |
|---|---|---|---|---|---|---|---|---|---|
| | | | FIVE YEAR COMPARATIVE INCOME STATEMENT | | | | Appr Date | 12/31/2000 | |
| ABC INTERNATIONAL TRADERS, INC. | | | F/Y End December 31 ($000) | | | | Run Date | 25-Mar-04 | |
| | 1996 | % | 1997 | % | 1998 | % | 1999 | % | (1) 2000 | % |
| REVENUES - NET | $ 46,980 | 100.0 | $ 55,315 | 100.0 | $ 40,732 | 100.0 | $ 66,350 | 100.0 | $ 77,489 | 100.0 |
| Less cost of sales | 36,834 | 78.4 | 40,032 | 72.4 | 26,093 | 64.1 | 43,724 | 65.9 | 53,300 | 68.8 |
| GROSS PROFIT | $ 10,146 | 21.6 | $ 15,283 | 27.6 | $ 14,639 | 35.9 | $ 22,626 | 34.1 | $ 24,189 | 31.2 |
| Other income (loss) | (738) | -1.6 | 28 | 0.1 | (253) | -0.6 | 350 | 0.5 | 5,000 | 6.5 |
| TOTAL INCOME | $ 9,408 | 20.0 | $ 15,311 | 27.7 | $ 14,386 | 35.3 | $ 22,976 | 34.6 | $ 29,189 | 37.7 |
| EXPENSES | | | | | | | | | | |
| Advertising & promotion | $ 2,936 | 6.2 | $ 2,992 | 5.4 | $ 3,898 | 9.6 | $ 4,367 | 6.6 | $ 7,680 | 9.9 |
| Automobile expense | 74 | 0.2 | 47 | 0.1 | 64 | 0.2 | 67 | 0.1 | 70 | 0.1 |
| Bad debts | 289 | 0.6 | (6) | 0.0 | | 0.0 | 30 | 0.0 | | 0.0 |
| Bank charges | 312 | 0.7 | 294 | 0.5 | 181 | 0.4 | 196 | 0.3 | 200 | 0.3 |
| Commissions | 1,912 | 4.1 | 2,535 | 4.6 | 2,168 | 5.3 | 2,487 | 3.7 | 3,000 | 3.9 |
| Data processing & supplies | 22 | 0.0 | 27 | 0.0 | 64 | 0.2 | 66 | 0.1 | 70 | 0.1 |
| Depreciation | 732 | 1.6 | 585 | 1.1 | 589 | 1.4 | 540 | 0.8 | 634 | 0.8 |
| Delivery, postage | 130 | 0.3 | 242 | 0.4 | 191 | 0.5 | 323 | 0.5 | 375 | 0.5 |
| Insurance | 329 | 0.7 | 227 | 0.4 | 305 | 0.7 | 386 | 0.6 | 400 | 0.5 |
| Interest Expense | 663 | 1.4 | 390 | 0.7 | 552 | 1.4 | 842 | 1.3 | 1,179 | 1.5 |
| Legal, professional & accounting | 345 | 0.7 | 1,225 | 2.2 | 1,681 | 4.1 | 1,199 | 1.8 | 1,250 | 1.6 |
| Miscellaneous other | 187 | 0.4 | 105 | 0.2 | 379 | 0.9 | 62 | 0.1 | 4,910 | 6.3 |
| Molds | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 508 | 0.8 | 750 | 1.0 |
| Office Expenses | 77 | 0.2 | 61 | 0.1 | 71 | 0.2 | 132 | 0.2 | 150 | 0.2 |
| Product development | 1,028 | 2.2 | 463 | 0.8 | 1,008 | 2.5 | 1,711 | 2.6 | 2,000 | 2.6 |
| Rents | 467 | 1.0 | 346 | 0.6 | 382 | 0.9 | 455 | 0.7 | 431 | 0.6 |
| Repairs & maintenance | 11 | 0.0 | 11 | 0.0 | 22 | 0.1 | | 0.0 | | 0.0 |
| Salaries, officers | 696 | 1.5 | 704 | 1.3 | 1,104 | 2.7 | 1,191 | 1.8 | 1,200 | 1.5 |
| Salaries & wages | 2,009 | 4.3 | 2,284 | 4.1 | 2,223 | 5.5 | 3,179 | 4.8 | 3,874 | 5.0 |
| Taxes & licenses | 27 | 0.1 | 217 | 0.4 | 39 | 0.1 | 61 | 0.1 | 75 | 0.1 |
| Taxes, payroll | 220 | 0.5 | 176 | 0.3 | 219 | 0.5 | 254 | 0.4 | 260 | 0.3 |
| Telephone | 219 | 0.5 | 185 | 0.3 | 166 | 0.4 | 214 | 0.3 | 225 | 0.3 |
| Travel & entertainment | 341 | 0.7 | 226 | 0.4 | 277 | 0.7 | 399 | 0.6 | 450 | 0.6 |
| Utilities | 36 | 0.1 | 32 | 0.1 | 30 | 0.1 | 35 | 0.1 | 40 | 0.1 |
| TOTAL EXPENSES | $ 13,060 | 27.8 | $ 13,371 | 24.2 | $ 15,613 | 38.3 | $ 18,707 | 28.2 | $ 29,223 | 37.7 |
| PRETAX INCOME | $ (3,652) | -7.8 | $ 1,940 | 3.5 | $ (1,227) | -3.0 | $ 4,269 | 6.4 | $ (34) | 0.0 |
| Add Depreciation/Amort | 732 | 1.6 | 585 | 1.1 | 589 | 1.4 | 540 | 0.8 | 634 | 0.8 |
| PRETAX CASH FLOW (2) | $ (2,920) | -6.2 | $ 2,525 | 4.6 | $ (638) | -1.6 | $ 4,809 | 7.2 | $ 600 | 0.8 |
| Add Interest Charges | 663 | 1.4 | 390 | 0.7 | 552 | 1.4 | 842 | 1.3 | 1,179 | 1.5 |
| EBDIT (3) | $ (2,257) | -4.8 | $ 2,915 | 5.3 | $ (86) | -0.2 | $ 5,651 | 8.5 | $ 1,779 | 2.3 |

(1) Basic data from Deloitte & Touche audited report.
(2) Pretax income plus depreciation.
(3) Pretax cash flow plus interest charges.

Exhibit C
Page 16 of 28

16.2D

EXHIBIT 15 PAGE 216

REVISED REPORT

ABC INTERNATIONAL TRADERS, INC.

**TABLE C**
**INCOME STATEMENT ADJUSTMENTS**
**P/Y End December 31**
**($000)**

Job No. 1ITRAD07
App'd Date: 12/31/2000
Run Date: 23-Mar-04

| | 1996 | % | 1997 | % | 1998 | % | 1999 | % | 2000 | % |
|---|---|---|---|---|---|---|---|---|---|---|
| REVENUES - NET | $ 46,980 | 100.0 | $ 55,315 | 100.0 | $ 40,732 | 100.0 | $ 66,350 | 100.0 | $ 77,489 | 100.0 |
| OPERATING INCOME/(EBIDIT) | $ (2,257) | (4.8) | $ 2,915 | 5.3 | $ (86) | (0.2) | $ 5,651 | 8.3 | $ 1,779 | 2.3 |
| **ADJUSTMENTS TO INCOME** | | | | | | | | | | |
| Legal, professional & accounting | 343 | 0.7 | 1,223 | 2.2 | 1,681 | 4.1 | 1,199 | 1.8 | 7,250 | 1.6 |
| Bad debt | 0 | | 0 | | 0 | | 0 | | 5,000 | 6.5 |
| Salaries, Officers | 696 | 1.5 | 704 | 1.3 | 1,104 | 2.7 | 1,104 | 1.8 | 1,200 | 1.5 |
| Traveling Expenses | 341 | 0.7 | 226 | 0.4 | 277 | 0.7 | 399 | 0.6 | 430 | 0.6 |
| TOTAL ADJUSTMENTS TO INCOME | $ 1,380 | 2.9 | $ 2,155 | 3.9 | $ 3,062 | 7.5 | $ 2,792 | 4.2 | $ 7,900 | 10.2 |
| **SUBTOTAL** | $ (877) | (1.9) | $ 5,070 | 9.2 | $ 2,976 | 7.3 | $ 8,443 | 12.7 | $ 9,679 | 12.5 |
| **LESS REASONABLE EXPENSES** | | | | | | | | | | |
| Legal, professional & accounting  0.73% | (352) | (0.8) | (415) | (0.8) | (305) | (0.8) | (498) | (0.8) | (581) | (0.8) |
| Salaries, Officers  1.30% | (705) | (1.5) | (830) | (1.5) | (611) | (1.5) | (955) | (1.5) | (1,162) | (1.5) |
| Traveling Expenses  0.60% | (282) | (0.6) | (332) | (0.6) | (244) | (0.6) | (398) | (0.6) | (465) | (0.6) |
| ADJUSTED PRETAX INCOME | $ (2,216) | (4.7) | $ 3,494 | 6.3 | $ 1,815 | 4.5 | $ 6,552 | 9.9 | $ 7,470 | 9.6 |
| Add back Depreciation | 732 | 1.6 | 585 | 1.1 | 589 | 1.4 | 540 | 0.8 | 834 | 0.8 |
| ADJUSTED PRETAX CASH FLOW | $ (1,484) | (3.2) | $ 4,079 | 7.4 | $ 2,404 | 5.9 | $ 7,092 | 10.7 | $ 8,704 | 10.5 |
| Add back Interest Expense | 663 | 1.4 | 390 | 0.7 | 552 | 1.4 | 842 | 1.3 | 1,179 | 1.5 |
| ADJUSTED EBIDIT (1) | $ (821) | (1.7) | $ 4,469 | 8.1 | $ 2,956 | 7.3 | $ 7,934 | 12.0 | $ 9,283 | 12.0 |
| **EBIDIT AS % OF SALES** | | (0.7) | | 8.1 | | 7.3 | | 12.0 | | 12.0 |
| Weighting | | 8 | | 2 | | 2 | | 2 | | 2 |
| Product - 5 Columns | | 79 | | 16.2 | | 14.5 | | 21.9 | | 24.0 |
| Divisor - Sum of Weights | | | | | | | | | | |
| WEIGHTED AVERAGE EBIDIT | | 9.8 | Percent (Used in Table E) | | | | | | | |

Exhibit C
Page 17 of 28

000073

11.8D

EXHIBIT 15 PAGE 217

**REVISED REPORT**

**TABLE D-1**
**ADJUSTED BOOK VALUE**
F/Y End December 31
($000)

Job No.   1118ABCV
Appr Date   12/31/2000
Run Date   25-Mar-04

| ABC | Book 31-Dec-00 | %. | Adjustments 31-Dec-00 | % | Adjusted 31-Dec-00 | % |
|---|---|---|---|---|---|---|
| **Current Assets** | | | | | | |
| Cash & equivalents | 1,144 | 4.7 | ($1,144) | NM | $0 | 0.0 |
| Accounts Receivable-Trade | 8,744 | 35.6 | (8,744) | NM | 0 | 0.0 |
| Inventories | 14,278 | 58.1 | (14,278) | NM | 0 | 0.0 |
| Due from affilliate | 209 | | (209) | NM | 0 | 0.0 |
| Prepaid Expenses & Other | 190 | 0.8 | (190) | NM | 0 | 0.0 |
| Implied Working Capital | 0 | | 9,500 | NM | 9,500 | 19.9 |
| Total Current Assets | 24,565 | 100.0 | ($15,065) | NM | $9,500 | 19.9 |
| **Fixed Assets as Appraised** | | | | | | |
| Automotive Equipment | 0 | 0.0 | 11 | | 11 | 0.0 |
| Computer Equipment | 0 | 0.0 | 131 | | 131 | 0.3 |
| Furniture & Fixtures | 0 | 0.0 | 24 | | 24 | 0.1 |
| Leasehold Equipment | 0 | 0.0 | 23 | | 23 | 0.0 |
| Machinery & Equipment | 0 | 0.0 | 4 | | 4 | 0.0 |
| Molds & Tooling * | 0 | 0.0 | 1,031 | | 1,031 | 2.2 |
| Office Equipment | 0 | 0.0 | 4 | | | - |
| Net Fixed Assets | (1) | 0.0 | 0 | | 1,225 | 2.6 |
| INTANGIBLE ASSETS | - | 0.0 | $36,975 | NM | 36,975 | 77.5 |
| BUSINESS ENTERPRISE VALUE | 24,564 | 100.0 | | NM | 47,780 | 100.0 |

The right hand column represents the assets included in "Business Enterprise Value"(BEV). This represents the value of the assets required for normal business operations. To convert this number to Total Asset Value, subtract the Implied Working Capital. This will yield "Basic Business Value", or the value of the fixed, intangible and other assets only. See Table D-2 for calculations of Adusted Book Value.

Exhibit C
Page 18 of 28

000074

18. 80

EXHIBIT 15 PAGE 218

| | | | |
|---|---|---|---|
| **TABLE D-2** | Job No. | 1118ABCV | |
| **ADJUSTED BOOK VALUE** | Appr Date | 12/31/2000 | |
| F/Y End December 31 | Run Date | 25-Mar-04 | |
| | | | |
| **MARKET VALUE OF BUSINESS ENTERPRISE** | $ | 47,700 | |
| Less Implied Working Capital | | (9,500) | |
| | | | |
| **BASIC BUSINESS VALUE**   Fixed Plus Intangibles | $ | 38,200 | |
| Less Fixed Assets as Appraised | | (1,225) | |
| | | | |
| **MARKET VALUE OF INTANGIBLES (GOODWILL)** | $ | 36,975 | |
| Add Fixed & Other Assets as Appraised (Table H) | | 1,225 | |
| Add Current Assets at 12/31/00 (Table A) | | 24,565 | |
| | | | |
| **ADJUSTED TOTAL ASSET VALUE** | $ | 62,765 | |
| Less Total Liabilities at 12/31/00 (Table A-1) | | (28,960) | |
| | | | |
| **ADJUSTED SHAREHOLDER EQUITY** | $ | 33,805 | |

See Table J for final conclusion.

Exhibit C
Page 19 of 28

**EXHIBIT 15 PAGE 219**

| REVISED REPORT ABC | TABLE E INCOME APPROACH FY Ending Sept 30 ($000) | | | | Job No. 111EABCV<br>Appr Date 12/31/2000<br>Run Date 25-Mar-04 | |
|---|---|---|---|---|---|---|
| | **2001** | **2002** | **2003** | **2004** | **2005** | **Reversion** |
| FORECAST REVENUE GROWTH | 25.00% | 10.00% | 5.00% | 5.00% | 5.00% | 5.00% |
| FORECAST OF REVENUE | $96,861 | $106,547 | $111,875 | $117,468 | $123,342 | |
| EBDIT as % of Revenues * | 9.8% | 9.8% | 9.8% | 9.8% | 9.8% | |
| EBDIT * | $9,510 | $10,461 | $10,984 | $11,534 | $12,110 | $10,919 |
| Less Capital Equipment Reserve | (347) | (381) | (401) | (421) | (442) | (Table G) |
| Less Working Capital (1) | (9,500) | (1,185) | (652) | (684) | (718) | |
| DISTRIBUTABLE CASH FLOW | ($337) | $8,895 | $9,932 | $10,429 | $10,950 | $11,224 |
| REVERSIONARY VALUE | | | | Factor (3) | 6.885 | $77,280 |
| Discount Rate (Table F) | 19.25% | 19.25% | 19.25% | 19.25% | 19.25% | 19.25% |
| Period Factor | 0.50 | 1.50 | 2.50 | 3.50 | 4.50 | 5.00 |
| Multiplier | 0.916 | 0.768 | 0.644 | 0.540 | 0.453 | 0.415 |
| NPV OF DIST. CASH FLOWS | ($308) | $6,831 | $6,396 | $5,632 | $4,959 | $32,046 |

| | |
|---|---|
| NPV OF DISTRIBUTABLE CASH FLOW FOR FIRST FIVE YEARS | $23,508 |
| NPV OF REVERSIONARY VALUE | 32,046 |
| | $55,554 |
| MARKET VALUE OF ENTERPRISE BY THE INCOME APPROACH    Rounded | $55,550 |

(1) Estimated percent of annual revenue and revenue growth required for working capit    -->    12.23%
Reference - RMA Annual Statement Studies.

(2) Income to be capped at end of 5th year was calculated by estimating 6th year's income considering a future growth of 5%, and averaging with the 5th year. This adjusts the fifth year from mid-year to the expected end-of-year-revenues.

(3) Calculated with the following formula: Cap Rate = (1+G)/(R-G), where G = estimated future growth rate.  R = wtd avg cost of capital.  (1+.05) / (.2025 -.05) or 1.05/.1525 =    6.885    or    14.52%

* Earnings Before Depreciation & Amortization, Interest and Taxes. (See Table C).

Exhibit C
Page 20 of 28

000076

EXHIBIT 15 PAGE 220

REVISED REPORT

**TABLE F**
**CAPITAL ASSET PRICING MODEL**
**(CAPM)**

| | | |
|---|---|---|
| Job No. | 1118ABCV | |
| Appr Date | 12/31/2000 | |
| Run Date | 15-Dec-04 | |

ABC INTERNATIONAL TRADERS, INC.

**KEY ASSUMPTIONS**

| | | |
|---|---|---|
| Cost of debt - pretax (1) | | 10.00% |
| Federal tax rate (2) | Pretax Basis | 0.00% |
| State tax rate | | 0.00% |
| Combined marginal tax rate | Pretax Basis | 0.00% |
| Long-term treasury bond rate | | 6.00% |
| Market average beta | • | 1.00 |
| Market average percent of equity | • | 72.00% |
| Market average percent of debt | • | 28.00% |

**WEIGHTED AVG COST OF CAPITAL**           19.36%   Rounded   19.25%
Formula: $(1-T)*(Kd)(D)+(Ke)(E)$

| | |
|---|---|
| T = Tax rate | 0.00% |
| Kd = Cost of debt | 10.00% |
| D = Proportion of debt in total capital | 28.00% |
| Ke = Cost of equity | 23.00% |
| E = Proportion of equity | 72.00% |

**COST OF EQUITY CAPITAL**           23.10%   Rounded   23.00%
Formula: $Ke = ((B*Rp)+Rs)+Rt$

| | |
|---|---|
| Rf = Rate of return on risk-free security (3) | 5.00% |
| Rp = Risk premium (Rm - Rf) | 12.10% |
| Rs = Company-specific risk premium (4) | 5.00% |
| Rt = Current return on 30 Year treasury bills | 6.00% |
| B = Industry beta (5) | 1.00 |
| Rm = Market return (6) | 17.10% |

*Ibbotson Industry Studies for SIC Code 3944, Games, Toys, and Children's Vehicles

(1) Company's estimated cost of interest-bearing debt.
(2) Valuation based upon after tax income streams.
(3) Ibbotson & Associates Report 1926-1999. "Arithmetic Mean of Annual Returns for Long-Term U.S. Treasury Bonds" (riskless).
(4) Additional risk factor to adjust for specific risks of the subject company and industry.
(5) A measure of risk (variability) of common stocks in the industry. (Ibbotson Industry Studies for SIC Code 3944, Games, Toys, and Children's Vehicles)
(6) Ibbotson & Associates Report 1926-1997. "Arithmetic Mean of Annual Returns for The Common Stock of Small Companies".

Exhibit C
Page 21 of 28

21. ₤₩

EXHIBIT *15* PAGE 221

| REVISED REPORT | TABLE G | | Job No. | 1118ABCV |
|---|---|---|---|---|
| | EXCESS EARNINGS APPROACH | | Appr Date | 12/31/2000 |
| | ($000) | | Run Date | 25-Mar-04 |

**ABC**

**EARNINGS BEFORE CAPITAL CHARGES (Table E)**      $10,919

| CAPITAL CHARGES Economic Depreciation | Appraised Value | Est Life | | Return Of | |
|---|---|---|---|---|---|
| Automotive Equipment | $ 11 | 10 | Yrs | 1 | |
| Computer Equipment | 131 | 5 | Yrs | 26 | |
| Furniture & Fixtures | 24 | 15 | Yrs | 2 | |
| Leasehold Equipment | 23 | 10 | Yrs | 2 | |
| Machinery & Equipment | 4 | 10 | Yrs | 0 | |
| Molds & Tooling * | 1,031 | 3 | Yrs | 344 | |
| Office Equipment | 4 | 10 | Yrs | 0 | |
| Fixed Assets at Cost | $ 1,229 | 3.5 | | $347 | $ (347) |

| Economic Return | Adjusted Book | % | Return On | |
|---|---|---|---|---|
| Working Capital | $ 9,500 | 10.0% | $ 950 | |
| Automotive Equipment | 11 | 15.0% | 2 | |
| Computer Equipment | 131 | 20.0% | 26 | |
| Furniture & Fixtures | 24 | 15.0% | 4 | |
| Leasehold Equipment | 23 | 20.0% | 5 | |
| Machinery & Equipment | 4 | 12.5% | 1 | |
| Molds & Tooling * | 1,031 | 15.0% | 155 | |
| Office Equipment | 4 | 15.0% | 1 | |
| Adj. Tangible Net W. | $ 10,729 | | $ 1,142 | $ (1,142) |

**TOTAL EXCESS EARNINGS**      $ 9,430

| | | | |
|---|---|---|---|
| Excess Earnings Cap Rate | 23.0% ** | | $ 41,001 |
| Add Tangible Assets | | | 10,729 |

**BUSINESS ENTERPRISE VALUE BY EXCESS EARNINGS METHOD**   $ 51,730

* Includes Fixed Assets added in 2000.      Rounded    $ 51,750
**Equity Discount Rate

Exhibit C
Page 22 of 28

000078

22.90

EXHIBIT *15* PAGE 222

**ABC INTERNATIONAL TRADERS, INC.**
16730 Schoenborn Street
North Hills, CA 91343-6122

Appraisal Date 12/31/00
Original Cost $2,417
Depreciated Replacement Cost New $1,220

**TABLE II**
**FIXED ASSET APPRAISAL**
**FROM DEPRECIATION SCHEDULES**

| Owned Leased | Entry Item Order No. | DESCRIPTION | | Qty | Valuation Date | Orig Cost* ($) | Est Econ Life | Yrs In Use | Rem Econ Life | Price Trend Factor | Repl Cost New | Est'd Rmng Life | Fair Market Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OWNED | 12 | TRUCK | AE | – | 01-Aug-93 | 35,951 | 10.0 | 7.4 | 2.6 | 1.202 | 43,213 | 26% | 11,141 |
| OWNED | 17 | COMPUTER | CE | – | 15-Oct-93 | 1,120 | 5.0 | 7.2 | (2.2) | | | -44% | 0 |
| OWNED | 18 | COMPUTER | CE | – | 15-Jul-94 | 750 | 5.0 | 6.5 | (1.5) | | | -29% | 0 |
| OWNED | 27 | COMPUTER | CE | – | 01-Oct-94 | 5,727 | 5.0 | 6.3 | (1.3) | | | -25% | 0 |
| OWNED | 59 | COMPUTER | CE | – | 01-Oct-94 | 1,476 | 5.0 | 6.3 | (1.3) | | | -25% | 0 |
| OWNED | 58 | COMPUTER | CE | – | 01-Dec-94 | 20,395 | 5.0 | 6.1 | (1.1) | | | -22% | 0 |
| OWNED | 29 | COMPUTER | CE | – | 01-Mar-95 | 22,714 | 5.0 | 5.8 | (0.8) | | | -17% | 0 |
| OWNED | 30 | COMPUTER | CH | – | 01-Jun-95 | 18,174 | 5.0 | 5.6 | (0.6) | | | -12% | 0 |
| OWNED | 31 | COMPUTER | CE | – | 15-Oct-95 | 10,448 | 5.0 | 5.2 | (0.2) | | | -4% | 0 |
| OWNED | 32 | COMPUTER | CE | – | 15-Nov-95 | 15,360 | 5.0 | 5.1 | (0.1) | | | -3% | 0 |
| OWNED | 33 | COMPUTER | CE | – | 15-Dec-95 | 4,923 | 5.0 | 5.0 | (0.0) | | | -1% | 0 |
| OWNED | 37 | COMPUTER | CH | – | 01-Jul-96 | 9,975 | 5.0 | 5.0 | (0.0) | | | -1% | 0 |
| OWNED | 38 | COMPUTER | CU | – | 01-Jul-96 | 8,445 | 5.0 | 4.5 | 0.5 | 0.600 | 5,067 | 10% | 503 |
| OWNED | 60 | COMPUTER | CE | – | 01-Jul-96 | 211,405 | 5.0 | 4.5 | 0.5 | 0.600 | 126,843 | 10% | 12,580 |
| OWNED | 61 | COMPUTER | CU | – | 01-Jul-96 | 1,309 | 5.0 | 4.5 | 0.5 | 0.600 | 785 | 10% | 78 |
| OWNED | 41 | COMPUTER | CE | – | 01-Jul-97 | 27,505 | 5.0 | 3.5 | 1.5 | 0.700 | 19,234 | 30% | 5,760 |
| OWNED | 62 | COMPUTER | CE | – | 01-Jul-97 | 2,762 | 5.0 | 3.5 | 1.5 | 0.700 | 1,933 | 30% | 578 |
| OWNED | 63 | COMPUTER | CE | – | 01-Jun-98 | 39,597 | 5.0 | 2.6 | 2.4 | 0.800 | 31,678 | 48% | 15,292 |
| OWNED | 45 | COMPUTER | CE | – | 01-Jul-98 | 36,668 | 5.0 | 2.5 | 2.5 | 0.800 | 29,334 | 50% | 14,643 |
| OWNED | 46 | COMPUTER | CE | – | 01-Jan-99 | 91,565 | 5.0 | 2.0 | 3.0 | 0.900 | 82,409 | 60% | 49,445 |
| OWNED | 47 | COMPUTER | CE | – | 01-Feb-99 | 11,243 | 5.0 | 1.9 | 3.1 | 0.900 | 10,119 | 62% | 6,243 |
| OWNED | 48 | COMPUTER | CE | – | 01-Mar-99 | 4,000 | 5.0 | 1.8 | 3.2 | 0.900 | 3,600 | 63% | 2,276 |
| OWNED | 49 | COMPUTER | CE | – | 01-Mar-99 | 4,125 | 5.0 | 1.8 | 3.2 | 0.900 | 3,713 | 63% | 2,348 |
| OWNED | 50 | COMPUTER | CE | – | 01-Mar-99 | 3,605 | 5.0 | 1.8 | 3.2 | 0.900 | 3,245 | 63% | 2,052 |
| OWNED | 51 | COMPUTER | CE | – | 01-Apr-99 | 2,733 | 5.0 | 1.8 | 3.2 | 0.900 | 2,460 | 63% | 1,555 |
| OWNED | 52 | COMPUTER | CE | – | 01-Apr-99 | 4,702 | 5.0 | 1.8 | 3.2 | 0.900 | 4,232 | 65% | 2,748 |
| OWNED | 53 | COMPUTER | CE | – | 01-Aug-99 | 20,684 | 5.0 | 1.6 | 3.4 | 0.900 | 18,616 | 68% | 12,710 |
| OWNED | 54 | COMPUTER | CE | – | 01-Sep-99 | 1,557 | 5.0 | 1.4 | 3.6 | 0.900 | 1,401 | 72% | 1,004 |
| OWNED | 55 | COMPUTER | CE | – | 01-Sep-99 | 1,687 | 5.0 | 1.3 | 3.7 | 0.900 | 1,518 | 73% | 1,113 |
| OWNED | 4 | EXHIBIT BOOTH - FURN & FIX | FF | – | 01-Nov-89 | 14,443 | 15.0 | 11.2 | 3.8 | 1.368 | 19,758 | 26% | 5,041 |
| OWNED | 1 | FURNITURE & FIXTURES | FF | – | 01-Sep-00 | 6,857 | 15.0 | 10.3 | 4.7 | 1.320 | 9,051 | 31% | 2,812 |
| OWNED | 2 | FURNITURE & FIXTURES | FF | – | 01-Jul-01 | 13,606 | 15.0 | 9.5 | 5.5 | 1.274 | 17,334 | 37% | 6,345 |
| OWNED | 16 | FURNITURE & FIXTURES | FF | – | 15-Apr-04 | 1,404 | 15.0 | 6.7 | 8.3 | 1.172 | 1,645 | 55% | 900 |
| OWNED | 24 | FURNITURE & FIXTURES | FF | – | 01-Aug-05 | 238 | 15.0 | 5.4 | 9.6 | 1.146 | 273 | 64% | 174 |

Exhibit C
Page 23 of 28

23.90

EXHIBIT 15 PAGE 223

**ABC INTERNATIONAL TRADERS, INC.**
16730 Schoenborn Street
North Hills, CA 91343-6122

**TABLE II**
**FIXED ASSET APPRAISAL**
**FROM DEPRECIATION SCHEDULES**

Appraisal Date 12/31/00
Original Cost $2,417
Depreciated Replacement Cost New $1,229
Fair Market Value 12/31/00 $1,229

| Owned Leased | Entry Item Order No. | DESCRIPTION | Qty | Valuation Date | Orig Cost* [$] | Est From Life | Yrs In Use | Rem Econ Life | Price Trend Factor | Repl Cost New | Est'd Rmng Life | Fair Market Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OWNED | 25 | FURNITURE & FIXTURES | FF | 01-Aug-95 | 299 | 15.0 | 5.4 | 9.6 | 1.146 | 343 | 64% | 219 |
| OWNED | 26 | FURNITURE & FIXTURES | FF | 01-Aug-95 | 1,069 | 15.0 | 5.4 | 9.6 | 1.146 | 1,225 | 64% | 782 |
| OWNED | 34 | FURNITURE & FIXTURES | FF | 15-Sep-95 | 1,295 | 15.0 | 5.3 | 9.7 | 1.146 | 1,484 | 65% | 960 |
| OWNED | 35 | FURNITURE & FIXTURES | FF | 15-Nov-95 | 1,000 | 15.0 | 5.1 | 9.9 | 1.146 | 1,146 | 66% | 754 |
| OWNED | 43 | FURNITURE & FIXTURES | FF | 01-Mar-98 | 1,659 | 15.0 | 2.8 | 12.2 | 1.065 | 1,767 | 81% | 1,433 |
| OWNED | 44 | FURNITURE & FIXTURES | FF | 01-Aug-98 | 643 | 15.0 | 2.4 | 12.6 | 1.065 | 685 | 84% | 574 |
| OWNED | 57 | FURNITURE & FIXTURES | FF | 01-May-99 | 3,601 | 15.0 | 1.7 | 13.3 | 1.043 | 3,756 | 89% | 3,337 |
| OWNED | 58 | FURNITURE & FIXTURES | FF | 01-Dec-99 | 1,115 | 15.0 | 1.1 | 13.9 | 1.043 | 1,163 | 93% | 1,079 |
| OWNED | 6 | LEASEHOLD IMPROVEMENTS | LI | 01-Oct-90 | 2,789 | 10.0 | 10.3 | (0.3) | 1.274 | - | -3% | 0 |
| OWNED | 7 | LEASEHOLD IMPROVEMENTS | LI | 01-Feb-91 | 2,293 | 10.0 | 9.9 | 0.1 | 1.274 | 2,921 | 1% | 23 |
| OWNED | 21 | LEASEHOLD IMPROVEMENTS | LI | 01-Sep-93 | 17,300 | 10.0 | 7.3 | 2.7 | 1.202 | 20,795 | 27% | 5,538 |
| OWNED | 19 | LEASEHOLD IMPROVEMENTS | LI | 15-Jan-94 | 8,633 | 10.0 | 7.0 | 3.0 | 1.172 | 10,118 | 30% | 3,071 |
| OWNED | 20 | LEASEHOLD IMPROVEMENTS | LI | 01-Nov-94 | 28,862 | 10.0 | 6.2 | 3.8 | 1.172 | 33,826 | 38% | 12,956 |
| OWNED | 36 | LEASEHOLD IMPROVEMENTS | LI | 15-Oct-95 | 2,814 | 10.0 | 5.2 | 4.8 | 1.146 | 3,225 | 48% | 1,543 |
| OWNED | 13 | MACHINERY & EQUIPMENT | ME | 15-Jan-94 | 1,004 | 10.0 | 7.0 | 3.0 | 1.172 | 1,177 | 30% | 357 |
| OWNED | 14 | MACHINERY & EQUIPMENT | ME | 15-Apr-94 | 1,111 | 10.0 | 6.7 | 3.3 | 1.172 | 1,302 | 33% | 427 |
| OWNED | 22 | MACHINERY & EQUIPMENT | ME | 01-Dec-94 | 2,444 | 10.0 | 6.1 | 3.9 | 1.172 | 2,864 | 39% | 1,121 |
| OWNED | 39 | MACHINERY & EQUIPMENT | ME | 01-Jul-97 | 628 | 10.0 | 3.5 | 6.5 | 1.088 | 683 | 65% | 444 |
| OWNED | 40 | MACHINERY & EQUIPMENT | ME | 01-Jul-97 | 2,996 | 10.0 | 3.5 | 6.5 | 1.088 | 3,194 | 65% | 2,075 |
| OWNED | 3 | MOLDS & TOOLING | MT | 01-Sep-90 | 3,229 | 5.0 | 10.3 | (5.3) | 1.065 | - | -107% | 0 |
| OWNED | 22 | MOLDS & TOOLING | MT | 01-Jul-98 | 877,864 | 5.0 | 2.5 | 2.5 | 1.065 | 934,923 | 50% | 466,694 |
| OWNED | 56 | MOLDS & TOOLING | MT | 01-Jul-99 | 773,751 | 5.0 | 1.5 | 3.5 | 1.043 | 807,022 | 70% | 564,252 |
| OWNED | 8 | EQUIPMENT | OE | 01-Nov-91 | 1,100 | 10.0 | 10.3 | (0.3) | 1.065 | - | -3% | 0 |
| OWNED | 9 | TELEPHONE SYSTEM | OE | 01-Nov-91 | 15,087 | 10.0 | 9.2 | 0.8 | 1.274 | 19,221 | 8% | 1,590 |
| OWNED | 23 | MAIL MACHINE | OE | 01-Dec-91 | 1,997 | 10.0 | 9.1 | 0.9 | 1.274 | 2,544 | 9% | 231 |
| OWNED | 10 | WATER PURIFIER | OE | 01-Jun-92 | 147 | 10.0 | 8.6 | 1.4 | 1.232 | 181 | 14% | 26 |
| OWNED | 4 | WATER PUMP | OE | 01-Feb-95 | 1,748 | 10.0 | 5.9 | 4.1 | 1.146 | 2,000 | 41% | 818 |
| OWNED | 11 | CELLULAR PHONE | OE | 01-Aug-92 | 784 | 5.0 | 8.4 | (3.4) | 0.500 | 392 | -68% | 0 |
| OWNED | 5 | TELECOM EQUIPMENT | OE | 15-Jul-94 | 2,426 | 10.0 | 6.5 | 3.3 | 1.172 | 2,843 | 35% | 1,004 |
| OWNED | 15 | MOLDS & TOOLING | OE | 30-Jun-00 | 822 | 5.0 | 0.5 | 4.5 | 1.172 | 963 | 90% | 866 |
| | | | | ($000) | $2,417 | | | | | | FMV | $1,229 |

## TABLE H-1
## FIXED ASSET APPRAISAL
### From Depreciation Schedules
($000)

Job No. 1118ABCV
Appr Date 12/31/2000
Run Date 25-Mar-04

| SUMMARY BY ASSET CATEGORY | | Original Cost | Estimated Econ. Life | FMV |
|---|---|---|---|---|
| Automotive Equipment | AE | $ 36 | 10.0 | $ 11 |
| Computer Equipment | CE | 585 | 5.0 | 131 |
| Furniture & Fixtures | FF | 47 | 15.0 | 24 |
| Leasehold Equipment | LE | 63 | 10.0 | 23 |
| Machinery & Equipment | ME | 8 | 10.0 | 4 |
| Molds & Tooling * | MT | 2,477 | 5.0 | 1,031 |
| Office Equipment | OE | 23 | 10.0 | 4 |
| **TOTALS** | | $ 3,239 | | $ 1,229 |

Extracted from the detailed appraisal in Table H.

Exhibit C
Page 25 of 28

000081

25.262

EXHIBIT 15 PAGE 225

## TABLE I
### MARKET INFORMATION
### 23-Oct-00

|  |  |  |  |  | Job No. | 1118ABCV |
|  |  |  |  |  | Appr Date | 12/31/2000 |
|  |  |  |  |  | Run Date | 25-Mar-04 |

| COMPANY | Symbol | Shares Out (000) | Market Cap* ($000) | Annual Sales ($000) | Mkt Cap/ Sales (0) | Beta (0) |
|---|---|---|---|---|---|---|
| JAKKS PACIFIC | JAKK | 19,441 | 162,818 | 183,685 | 0.886 | 1.00 |
| HASBRO,INC | HAS | 172,309 | 1,744,629 | 4,232,263 | 0.412 | 1.00 |
| MATTEL | MAT | 426,371 | 5,036,507 | 5,514,950 | 0.913 | 0.38 |
| RADICA GAMES | RADA | 17,640 | 39,690 | 118,733 | 0.334 | 1.28 |
| TOYMAX INTERNATIONAL | TMAX | 10,598 | 22,521 | 138,985 | 0.162 | NA |
| AVERAGES (Beta is Median) | | 129,272 | 1,401,233 | 2,037,723 | 0.542 | 1.00 |
| AVERAGES OF SMALLER COMPANIES | | | | | 0.334 | 1.093 |

*Minority value. Should be converted to control value to use for valuation under the market approach.

Exhibit C
Page 26 of 28

000082

26.90

EXHIBIT 15 PAGE 226

REVISED REPORT

**TABLE I-1**
**MARKET APPROACH**
($000)

Job No. 1118ABCV
Appr Date 12/31/2000
Run Date 25-Mar-04

| | | |
|---|---|---|
| GROSS REVENUES | | $ 96,861 |
| AVERAGE SMALL COMPANY REVENUE/MARKET CAP RATIO | | 0.334 |
| MARKET VALUE OF EQUITY ON A MINORITY BASIS | | $ 32,379 |
| Less Public/Private discount for relative size | 10.0% | (3,238) |
| MINORITY VALUE OF EQUITY - SMALL PRIVATE COMPANY | | $ 29,141 |
| Add Control Premium | 35% | 10,199 |
| EQUITY MARKET VALUE ON A CONTOL BASIS | Rounded | $ 39,300 |
| Add Implied Working Capital | | 9,500 |
| ADJUSTED EQUITY MARKET VALUE ON A CONTROL BASIS | | $ 48,800 |
| | Rounded | $ 48,800 |

Exhibit C
Page 27 of 28

000083

21.8D

EXHIBIT 15 PAGE 227

REVISED REPORT

# TABLE J
## CONCLUSION OF MARKET VALUE

ABC INTERNATIONAL TRADERS, INC.

| | Conclusion ($000) | Weight | Product | Job No. 111ADCV / Appr Date 12/31/2000 / Run Date 25-Mar-04 |
|---|---|---|---|---|
| INCOME APPROACH (Table E) | $ 55,550 | 0.50 | 27,775 | |
| MARKET APPROACH (Table F-1) | $ 48,800 | 0.25 | 12,200 | |
| EXCESS EARNINGS APPROACH (Table C) | $ 51,750 | 0.25 | 12,938 | |
| FMV OF BUSINESS ENTERPRISE (Includes working capital) | | Rounded | $ 53,000 | |
| Less Discount for Lack of Liquidity | | 10% | (5,300) | |
| MARKET VALUE OF BUSINESS ENTERPRISE | | | $ 47,700 | |
| Less Implied Working Capital | | | (9,500) | |
| BASIC BUSINESS VALUE | | | $ 38,200 | |
| Add Current Assets (Table A) | | | 24,565 | |
| FMV OF TOTAL ASSETS | | | $ 62,765 | |
| Less Total Liabilities (Table A-1) | | | (28,960) | |
| FMV OF SHAREHOLDERS EQUITY ON A CONTROL BASIS | | | 33,805 | |
| FMV OF SHAREHOLDER INTEREST ON A CONTROL BASIS | | 45% | $ 15,212 | |
| Less Minority Discount | | 25% | (3,803) | |
| FMV OF SHAREHOLDER INTEREST ON A MINORITY BASIS | | | $ 11,409 | |

---

**NATIONAL BUSINESS APPRAISERS, LLC**
**16055 Ventura Boulevard, Suite 1200**
**Encino, California 914360211**
Phone (818) 528-2013     Fax (818) 528-2014
Email dutch7895@xbcglobal.net

---

### DRAFT – FOR DISCUSSION PURPOSES ONLY

May 1, 2004

Mr. Morad Zarabi, Arbitrator
**MGA ENTERTAINMENT, INC.**
20120 Plummer St.
Chatsworth, CA 91211-5448

Dear Mr. Zarabi:

At your request after receipt of additional relevant information, we are reappraising the shareholders equity of MGA Entertainment, Inc. (MGA), formerly known as MGA International Traders, Inc (MGA). We were asked to express our opinion of the market value on a control basis of a 45 percent interest in the shareholders equity of MGA. Two of the shareholders hold an equal 45% interest with a third shareholder holding the 10% balance.

It is our understanding that this opinion will be used for supporting a value for a buy-out of the Subject interest, and may be invalid if used for any other purpose.

MGA develops, produces and markets toys and related products. The company's products are action figures and accessories featuring licensed characters, and mini dolls.

Purchasers of the company's products include discount retail chain stores, department stores, toy specialty stores and wholesalers. The company licenses numerous trademarks, corporate, trade and brand names and logos from third parties.

According to the Toy Industry Association the size of the U.S. Toy industry, excluding video games, was $19.8 billion for 1999, $20.4 billion for 2000, and $20.5 billion for 2001. U. S. imports of toy products from China was $10.7 billion in 2000, and 10.4 billion in 2001. It is further estimated that the average child in the U.S. receives over $400 (retail) worth of toys per year. The industry, in spite of a relatively flat growth rate, appears to be healthy and not seriously affected by the recession as is the case with so may other U.S. industries.

This report covers only Phase I of a full narrative report therefore we issue only a brief letter report. All of the financial tables that are normally included in a full-narrative report are presented in the Addenda, along with individual explanations for each table.

000085

Exhibit D
Page 1 of 34

EXHIBIT 15 PAGE 229

**MGM ENTERTAINMENT, INC.**                                    May 1, 2004
**North Hills, California**        *DRAFT REPORT*                Page 2

---

Table J, in the Addenda presents our conclusions of market value under the income, market and excess earnings approach, and sets forth the calculations of the various appraised interests as of December 31, 2001.

Based upon the information and analyses presented in the Addenda, it is our opinion that as of the valuation date of December 31, 2001, the market value of the shareholder's equity of MGA International Traders, Inc, on a control basis, as summarized in Table J, of Addenda, was:

**$24,430,000**

It is also our opinion that as of December 31, 2001, the market value of a 45 percent interest in the shareholder's equity of MGA International Traders, Inc., on a control basis, as summarized in Table J, of the Addenda, was:

**$11,000,000**

It is our opinion that a minority discount does not apply to the 45% interest as the other major shareholder holds an equal 45% interest, and under California Corporations Code Section 2000 (the California corporate dissolution statute) the case law is generally interpreted to mean that a minority interest is valued as if it were a proportional share of a control value.[1]

In conjunction with our work, MGA provided us with audited and unaudited financial information and prospective financial and operational data.  We accepted the historical data as fairly reflecting its operations, trends and financial position.

We have not independently investigated the accuracy or completeness of the historical data provided to us and we express no opinion or other form of assurance regarding the accuracy or completeness of the data.

Neither our employment nor our compensation is in any way contingent upon the values presented in this report.

---

[1] See, for example, *Roland v. 4-C's Electronic Packaging,* 168 Cal.App.3rd 290 (1985) and *Brown v. Allied Corrugated Box Co.,* 91 Cal.App.3rd 477 (1979)

2.

**NATIONAL BUSINESS APPRAISERS, LLC**              **Exhibit D**
**000086**                                         **Page 2 of 34**

**EXHIBIT _15_ PAGE 230**

MGM ENTERTAINMENT, INC.
North Hills, California          *DRAFT REPORT*

May 1, 2004
Page 3

A copy of this report and the working papers from which it was prepared will be kept in our files for eight years.

Respectfully submitted,

**NATIONAL BUSINESS APPRAISERS, LLC**

By: _____
Ernest E. Dutcher, MCBA
Managing Member
Senior Valuation Counselor

**Attachments:** Professional Qualifications; Statement of Facts and Limiting Conditions; Addenda
1131MGAV

3.

NATIONAL BUSINESS APPRAISERS, LLC

000087

Exhibit D
Page 3 of 34

EXHIBIT 5 PAGE 231

MGM ENTERTAINMENT, INC.
North Hills, California      *DRAFT REPORT*

May 1, 2004
Page 4

---

### CERTIFICATION

We certify that, to the best of our knowledge and belief:

\*    The statements of fact contained in this report are true and correct.

\*    The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and is our personal, unbiased professional analyses, opinions, and conclusions.

\*    We have no present or prospective interest in the property that is the subject of this report, and we have no personal interest or bias with respect to the parties involved.

\*    Our compensation is not contingent on an action or event resulting from the analyses, opinions, or conclusions in, or the use of, this report.

\*    Our analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice.

\*    No significant professional assistance was provided to the undersigned in connection with this assignment.


Appraiser_____
      Ernest E. Dutcher, MCBA

EXHIBIT 15 PAGE 232

MGM ENTERTAINMENT, INC.                                    May 1, 2004
North Hills, California        *DRAFT REPORT*                  Page 5

---

## PROFESSIONAL QUALIFICATIONS

### For

### ERNEST E. DUTCHER, MCBA

Designations

of

**Certified Business Appraiser**
**Master Certified Business Appraiser**

Awarded by

## THE INSTITUTE OF BUSINESS APPRAISERS

*The oldest business appraisal society in the nation.*

**NATIONAL BUSINESS APPRAISERS, LLC**
16055 Ventura Blvd., Suite 1200
Encino, CA 91436

Phone (818) 528-2013    E-mail: dutch7895@sbcglobal.net    Fax (818) 528-2014

5. *ED*

**MGM ENTERTAINMENT, INC.**
**North Hills, California**          *DRAFT REPORT*

May 1, 2004
Page 6

---

### *Master Certified Business Appraiser Accreditation*

*The Master Certified Business Appraiser is the highest professional designation awarded in the business valuation industry, and recognizes the extraordinary competence of a few highly skilled and experienced individuals whose work has been widely accepted by clients and acknowledged by their most senior professional colleagues. It is a designation not commonly available except to the best-of-the-best professional appraisers, and is intended to indicate to users of appraisal services that the holder has achieved a high distinction of competence in his/her profession.*

*Requirements for Accreditation as a Master Certified Business Appraiser*

1. *Education: Applicant must possess a 4-year college degree and a 2-year post-graduate degree or equivalent and provide proof of this to the IBA in the form specified by the Executive Director.*

2. *Appraisal Experience and Tenure: Applicant must have held the Certified Business Appraiser designation for not less than ten years, and must have fifteen-years full-time experience as a business appraiser. Applicants experience must include valuation of a variety of business types and appraisals for a variety of purposes. Proof in support of an applicants appraisal experience and tenure shall be provided in the form specified by the Executive Director.*

3. *Recognition by Other Professional Societies: Applicant must hold a journeyman level professional designation awarded by one or more compeer professional business appraisal societies. Acceptable professional designations include those issued by the American Society of Appraisers (Accredited Senior Appraiser - Business Valuation), the National Association of Certified Valuation Analysts (Certified Valuation Analyst), and the American Institute of Certified Public Accountants (Accredited in Business Valuation).*

4. *References: Applicant must provide satisfactory references from three individuals who have known the applicant for not less than five years, who hold the professional designation Master Certified Business Appraiser, and who, based on their extensive personal knowledge and comprehensive review of the applicant's work-product, will vouch for 1) the excellence of his analytical skills and appraisal work-product, 2) his/her professional and ethical character, and 3) his/her contribution to the betterment of the profession of business valuation.*

5. *Membership in IBA: Applicant must be a member-in-good-standing of the Institute of Business Appraisers.*

6. *G.E.N.*

**NATIONAL BUSINESS APPRAISERS, LLC**
000090

Exhibit D
Page 6 of 34

EXHIBIT *15* PAGE 234

MGM ENTERTAINMENT, INC.
North Hills, California         *DRAFT REPORT*

May 1, 2004
Page 7

## ERNEST E. DUTCHER, MCBA - <u>Professional Qualifications</u>

**Experience:** Mr. Dutcher's appraisal experience began in 1975. He has been involved in the analysis and valuation of a broad variety of business enterprises in many industries, including electric power generation, healthcare, equipment leasing & rental, distribution, transportation, manufacturers in the communications, computer, electronics, rubber & chemical industries, shipping, engineering, oil & gas, and many others. He has consulted in marketing, manufacturing and management. He was CEO of an electronic equipment manufacturing company and has held executive positions in other manufacturing, distribution and sales companies.

**Employment:** Managing Member and Senior Valuation Counselor for National Business Appraisers, LLC. Was Senior Valuation Counselor for Valuation Counselors Group, Inc. for four years, following five years with Marshall and Stevens Incorporated. Previously, he was SW. Manager of Acquisitions for a public company; Business Opportunities Sales for Coldwell Banker; President and General Manager of an elevated work platform manufacturer; Vice President and Controller for an equipment sales and rental company; Vice President of Manufacturing and Division Manager of companies producing specialized heating devices and electronic heat controllers; President and CEO of a high technology public company in the electronics industry; and President and sole stockholder of an exclusive area distributor of Magnavox consumer electronics components and accessories.

**Education:** Mr. Dutcher attended Yale University, majoring in Communications; USAF Military Schools. attaining the rank of Captain, Radar and Communications. He also attended RCA Institute, UCLA Extension Division and Santa Monica City College in public relations, plus many seminars and home study courses in finance, taxation, computer courses in business related software etc. He has held California real estate and insurance licenses and is a licensed pilot.

**Professional Societies: Mr. Dutcher is a senior member in the Institute of Business Appraisers (IBA), the premier professional society of business appraisers, with over 3,500 members. He has also served on the select Qualifications Review Committee. As of December 31, 2004, only about 350 IBA members had earned the professional designation of Certified Business Appraiser (CBA).** *At that date, Mr. Dutcher was one of only 42 Master Certified Business Appraisers (MCBAs), a designation requiring over 10 years of providing business appraisals on a full-time basis as a CBA.*

**Court Testimony:** Mr. Dutcher has qualified and testified as an expert witness before Federal Tax Courts in Los Angeles and San Francisco California, and California Superior Courts of Los Angeles, Orange, and San Diego Counties. He has served as a consultant in valuation matters to numerous attorneys during the litigation process.

MGM ENTERTAINMENT, INC.                                    May 1, 2004
North Hills, California          *DRAFT REPORT*            Page 8

EXPERT WITNESS QUALIFICATIONS

LITIGATION SUPPORT

Working closely with attorneys and Clients to develop and refine strategies in litigation. Includes the preparation of business valuations and assisting the attorney in preparation for court action for a variety of purposes, such as U.S. Government challenges involving healthcare fraud & abuse issues, divorce proceedings; eminent domain litigation involving loss of business goodwill in condemnation or inverse condemnation actions, defending or supporting IRS actions against partnership interests in energy projects and medical groups, and other commercial litigation.

Assisting the attorney in the preparation of court documents and exhibits to support testimony. Review and critique of opposing appraisal reports and preparing questions there from for cross-examination. Providing expert witness testimony in court actions.

CLIENT EXAMPLES

- **Van Duzer v. Commissioner** – San Francisco Federal Tax Court
  Prepared valuation of "Windfarms" and expert testimony in support of opinions for Petitioner's defense attorneys to prove that the purchase price paid by Petitioner for two electric power-generating facilities was not in excess of their fair market value. Resulted in favorable opinion from the Tax Court. (T.C. Memo. 1991-249) (Tax Court Docket No. 25802-88)

- **Ahadpour v. Commissioner** – Los Angeles Federal Tax Court
  Prepared valuation and expert testimony in support of opinions of market value of a marine salvage business in Iran that was lost during the Iran-Iraqi war, and subsequently claimed as a deduction from Federal taxes by Client. (Tax Court Docket No. 4843-96)

- **Contra Costa County v. Kenetech Corporation** – Contra Costa County Superior Court
  Prepared valuation of wind turbines condemned for road purposes. Gave deposition in support of concluded values. Assisted defense attorney in preparation for court. Case settled in Mandatory Settlement Conference.

- **T & W Converters, Inc. v. City of Glendale** – Los Angeles Superior Court (Jury Trial)
  Prepared valuation of "Loss of Business Goodwill resulting from Inverse Condemnation of the Company's premises, forcing move to less favorable location. Provided attorney with support in preparing court exhibits. Prepared questions for cross-examination of opposing appraisal report. Provided deposition and direct testimony. Verdict rendered in Client's favor.

MGM ENTERTAINMENT, INC.                                    May 1, 2004
North Hills, California       *DRAFT REPORT*                    Page 9

---

• **Friendly Hills Medical Group v Commissioner** – Settled before trial.
    Provided financial appraisals used in the sale of the group to Loma Linda Medical Center, and to defend against IRS and OIG challenges to the inclusion of business goodwill in the sale of medical practices.

This became a landmark case in which the Service eventually accepted our position. The IRS's internal agent guidelines for proper methodologies for use in the determination of intangibles in appraisals of medical groups and practices are based upon this appraisal.

Numerous other business appraisals have resulted in favorable settlements prior to trial.

Over the past 20 years many other valuations have been prepared by this appraiser encompassing a wide variety of industries, including: resorts, clubs and hotels; restaurant chains, marine; agriculture; contracting; construction; manufacturing; communications; computer hardware and software; wholesaling; retailing; financing and services. Purposes included estate planning, mergers & acquisitions, litigation support, tax planning, partnership buy-outs, employee stock option plans, subsidiary spin-offs, etc.

## REFERENCES

| | | |
|---|---|---|
| Brian D. Newnan, Estate Trustee | (800) 800-1651 | Estate Tax Planning |
| Bradford S. Lovette, Principal | (561) 833-7029 | Healthcare Entities |
| Jerome L. Doff, Attorney | (310) 966-0031 | Patents & Intellectual Property |
| William J. Kellogg, Pres. LaJolla Beach & T/C | (858) 454-7126 | Estate Tax Planning |
| Ellis Stern, Attorney | (818) 458-3940 | Estate Tax Planning. |
| Mark Cahn – Esq. - Wilmer, Cutler & Pick. | (202) 663-6249 | FMV, Physician Contracts Etc. |
| Rosemary Wilson – Adm., Arkansas Urology | (501) 664-0530 | Healthcare Valuations |
| Steve Mopsick, Attorney at Law | (916) 558-6111 | IRS – Taxation Defenses |

NATIONAL BUSINESS APPRAISERS, LLC                    Exhibit D
000093                                               Page 9 of 34

EXHIBIT *15* PAGE 237

**MGM ENTERTAINMENT, INC.**
North Hills, California          *DRAFT REPORT*

May 1, 2004
Page 10

## STATEMENT OF FACTS AND LIMITING CONDITIONS

**National Business Appraisers, LLC (NBA)**, strives to clearly and accurately disclose the assumptions and limiting conditions that directly affect a valuation analysis, opinion or conclusion. In order to assist the reader in interpreting this report, such assumptions are set forth as follows:

Valuation assignments are accepted with the understanding that there is no obligation to furnish services after completion of the original assignment. If the need for subsequent services related to a valuation assignment (e.g., testimony, updates, conferences, reprint, or copy services) is contemplated, special arrangements acceptable to NBA must be made in advance. NBA, reserves the right to make adjustments to the analysis, opinion and conclusion set forth in the report as we deem necessary if the facts presented by MGA prove to be inaccurate or have been misinterpreted.

It is assumed that: no opinion is intended in matters that require legal, engineering or other professional advice which has been or will be obtained from professional sources; the valuation report will not be used for guidance in professional matters exclusive of the appraisal and valuation discipline; there are no regulations of any government entity to control or restrict the use of the property unless specifically referred to in the report; and the property will not operate in violation of any applicable government regulations, codes, ordinances or statutes.

Information furnished by others is presumed to be reliable, and where so specified in the report, has been verified; however, no responsibility, whether legal or otherwise, is assumed for its accuracy and cannot be guaranteed as being certain. All facts and data set forth in the report are true and accurate to the best of NBA's knowledge and belief. No single item of information was completely relied upon to the exclusion of other information. Management has provided financial data, operating histories and other data relating to income and expenses attributed to the business or its representatives have been accepted without further verification except as specifically stated in the report.

Valuation reports may contain prospective financial information, estimates or opinions that represent the appraiser's view of reasonable expectations at a particular point in time, but such information, estimates or opinions are not offered as predictions or as assurances that a particular level of income or profit will be achieved, that events will occur or that a particular price will be offered or accepted. All opinions as to value are presented as NBA's considered opinion based on the facts and data obtained during the investigation and set forth in the report. Actual results achieved during the period covered by our prospective financial analysis will vary from those described in our report, and the variations may be material. It should be specifically noted that the valuation assumes the property will be competently managed and maintained by financially sound owners over the expected period of ownership. This appraisal engagement does not entail an

NATIONAL BUSINESS APPRAISERS, LLC
`000094`

*10.* ℛⅇⅆ

Exhibit D
Page 10 of 34

EXHIBIT *15* PAGE 238

**MGM ENTERTAINMENT, INC.**
North Hills, California          *DRAFT REPORT*

May 1, 2004
Page 11

evaluation of management's effectiveness, nor are we responsible for future marketing efforts and other management or ownership actions upon which actual results will depend.

The conclusions of value presented herein are based on numerous assumptions pertaining to prospective economic and operating conditions. Unanticipated events and circumstances may occur and actual results achieved during the period covered by our prospective financial analysis will vary from our estimates. The variations may be material.

No effort has been made to determine the impact of possible energy shortages or the effect on this project of future federal, state or local legislation, including any environmental or ecological matters or interpretations thereof.

Neither the report nor any portions thereof, especially any conclusions as to value, the identity of the appraiser(s) or NBA, shall be disseminated to the public through public relations media, news media, sales media or any other public means of communications without the prior written consent and approval of NBA. The date(s) of the valuation to which the value estimate conclusions apply is set forth in the letter of transmittal and within the body of the report. The value is based on the purchasing power of the United States dollar as of that date. Unless otherwise noted, NBA assumes that there will be no changes in tax regulations. No significant change is assumed in the supply and demand patterns indicated in the report. The valuation assumes market conditions observed as of the current date of our market research stated in the letter of transmittal. These market conditions are be-lieved to be correct; however, the appraisers assume no liability should market conditions materially change because of unusual or unforeseen circumstances.

The report and the final estimate of value and the prospective financial analyses included therein are intended solely for the information of the person or persons to whom they are addressed, solely for the purposes stated, and should not be relied upon for any other purpose. Any allocation of total price between tangible assets and various classes of intangible assets, if shown, is invalidated if used separately or in conjunction with any other report. Neither the appraisal report nor its contents nor any reference to the appraiser(s) or NBA, may be referred to or quoted in any registration statement, prospectus, offering memorandum, sales brochure, other appraisal, loan or other agreement or document given to third parties excepting governmental agencies or the extent required by law without our prior written consent. Permission will be granted only upon meeting certain conditions.

A copy of this report and the working papers from which it was prepared will be kept in our files for eight years.

NATIONAL BUSINESS APPRAISERS, LLC
**000095**

Exhibit D
Page 11 of 34

EXHIBIT *15* PAGE 239

MGM ENTERTAINMENT, INC.                                      May 1, 2004
North Hills, California          *DRAFT REPORT*                Page 12

---

**ADDENDA**

MGM ENTERTAINMENT, INC.                                        May 1, 2004
North Hills, California          *DRAFT REPORT*                    Page 13

## <u>INDEX OF FINANCIAL TABLES</u>

TABLE A      FIVE YEAR COMPARATIVE BALANCE SHEET – ASSETS

TABLE A-1    FIVE YEAR COMPARATIVE BALANCE SHEET – LIABILITIES

TABLE B      COMPARATIVE INCOME STATEMENT - 5 YEARS

TABLE C      INCOME STATEMENT ADJUSTMENTS

TABLE D-1    ADUSTED BOOK VALUE – PAGE 1

TABLE D-2    ADUSTED BOOK VALUE – PAGE 2

TABLE E      INCOME APPROACH METHOD OF VALUATION

TABLE F      CAPITAL ASSET PRICING MODEL

TABLE H      FIXED ASSET APPRAISAL – DETAIL

TABLE H-1    FIXED ASSET APPRAISAL - SUMMARY

TABLE I      MARKET COMPARABLES - PUBLIC COMPANIES

TABLE I-1    MARKET APPROACH

TABLE J      CONCLUSIONS OF MARKET VALUE

*13. ED*

NATIONAL BUSINESS APPRAISERS, LLC              **Exhibit D**
000097                                        **Page 13 of 34**

EXHIBIT *15* PAGE 241

MGM ENTERTAINMENT, INC.                                    May 1, 2004
North Hills, California          *DRAFT REPORT*              Page 14

---

## DESCRIPTION OF FINANCIAL SCHEDULES USED IN VALUATION

### TABLE A: Comparative Balance Sheet – Assets

This historical comparative balance sheet presents the changes in the asset items over the 5-year period. The dominant changes appear in current assets for the years 2000 and 2001 caused mainly by increases in accounts receivable and inventories. Total assets changed from a low of about $17.6 million at 12/31/2000 to $30.6 million by 12/31/2001.

### TABLE A-1: Comparative Balance Sheet – Liabilities

This historical comparative balance sheet presents the changes in the liability items over the 5-year period. The dominant change is in current liabilities that increased from a low of $6.6 million at 12/31/1999 to $31.3 million at 12/31/2001. Total liabilities moved from $12 million at 12/31/1999 to $35 million by 12/31/2001. Shareholder equity dropped from a high of $5.6 million at 12/31/1999 to $(4.5) million at 12/31/2001. This table also reflects the calculations of "Implied Working Capital" as a percentage of revenues, which was substituted to minimize the dynamic nature of current assets and current liabilities that typically change on a daily basis. This allows the conclusions of value to remain valid over a longer period of time without material changes in value.

### TABLE B: Comparative Income Statement

This historical comparative income statement presents the book figures over the 5-year period. The information contained in this table provides the foundation, after the adjustments described in Table C, for the valuation approaches used in this appraisal. The most recent year's performance as presented in Column 5, represents the year-end book figures. To the concluded Pretax Income, we have added back depreciation and amortization to obtain "Pretax Cash Flow". Interest expense is added back to Cash Flow as this appraisal assumes a debt-free basis to yield "Operating Margin, or "Earnings Before Depreciation Interest, Taxes and Amortization" (EBITDA).

A study of this table indicated that MGA showed steady growth in revenues over the 5-year period, but pretax income follows the somewhat erratic performance of the industry.

### TABLE C: Adjustments to Comparative Income Statement

This statement reflects certain essential income statement items extracted from **Table B** that is subject to adjustments to remove extraordinary income or expense items that

**MGM ENTERTAINMENT, INC.**
**North Hills, California**          ***DRAFT REPORT***

May 1, 2004
Page 15

would not be necessary for normal business operations. Following the Adjusted Net Income, Cash Flow and Operating Margin, we calculate the weighted average net income utilizing the 1997, 1998, 1999 2000 and 2001 EBITDA as a percentage of sales. This results in adjusted Pretax Income, Net Income, Cash Flow and Operating Margin (EBITDA) expenses. The resulting "Adjusted Operating Margin (EBITDA) is the key income stream upon which the "Income Approach" (Table E) and the "Excess Earnings Approach" (**Table G**) is based.

## TABLE D-1: Adjusted Book Value

In this table, all current asset items are reversed out in the second column. We have substituted "Implied Working Capital" as explained in the description of Table A-1. The calculations of market value for the fixed assets (Table H-1) appear in the right hand column. The conclusion of market value for the intangible assets, as calculated in Table D-2, is also added to yield "Business Enterprise Value".

## TABLE E: Income Approach

Based upon historical growth rates and estimates of future performance a five-year forecast is made for net revenues. The value of the reversionary period following the 5-year forecast period would be a capitalization of the average of the fifth and sixth year, discounted to present value. The After Tax Earnings as Percent of Revenues was calculated in Table C, and is used to estimate the operating profit for each forecast year in **Table E**. Adding back the Depreciation yields the After Tax Cash Flow. Capital expenditures and changes in working capital are subtracted from this figure to produce the "Distributable Cash Flow". Applying the appropriate discount rate (calculated in **Table F**) returns these cash flow streams to present value. The total of the five discounted cash flows plus the discounted reversionary value represents the <u>Business Enterprise Value</u> under the Income Approach. The capitalization rate for the reversionary period is calculated using the formula shown in the notes following the schedule.

## TABLE F: Capital Asset Pricing Model

Widely used method of determining the discount rates that are used in Table E. The "Weighted Average Cost of Capital" represents the blending of the Company's estimated cost of borrowing (the lowest rate) and the "cost of equity capital". The blending is based upon the market average percent of equity and of debt as taken from the public market as shown in Table G-1 under the assumption that the selected public companies could be buyers for the Subject company, which would then reflect the capital structure of the buyer. Borrowed capital is generally the lowest risk due to the security normally provided

Exhibit D
Page 15 of 34

EXHIBIT *15* PAGE 243

MGM ENTERTAINMENT, INC.                                      May 1, 2004
North Hills, California          *DRAFT REPORT*              Page 16

---

to the lender. Equity capital, on the other hand, carries the greatest risk, as it does not share the security available to lenders. The blending of these two rates yields the weighted average cost of capital, or discount rate. The notes following **Table F** adds further insight.

### TABLE G: Capitalization of Excess Earnings

This represents one of three significant valuation approaches for small privately held companies. The original simplified "formula method" had the disadvantage of ignoring the value of the individual asset categories with differing economic lives. In **Table G**, the "Earnings Before Capital Charges" is the estimated EBITDA for the year 2000, as calculated in Table E. From these earnings, we subtract the return of the capital investment represented by the "Economic Depreciation", and the return on the assets in use as listed under the heading "Economic Return on Capital", yielding the "Total Excess Earnings" of MGA. The "Net Excess Earnings", is then capitalized using the equity multiple as developed in **Table F**. The value of the capitalized excess earnings is then added to the "Total Assets in Use" to reflect the market value under the Excess Earnings Approach on a control basis.

### TABLE H

The method for appraising fixed assets as herein described is known as the "Depreciated Replacement Cost New Approach" (DRCN). This presents the appraised value of each of the items of fixed assets, based upon the depreciation schedule of the income tax return for 1999. As noted, each item is listed as to description, date of purchase, original cost, estimated economic life, years in use, remaining economic life, price trend factor based upon the consumer price index, replacement cost new, estimated remaining economic life and fair market value. Items beyond their estimated economic life are valued at zero.

### TABLE H-1

This table summarizes the market value of each group of assets, and is used in Table D and Table G.

### TABLE I:  Market Comparable Companies from public marketplace.

The operating results of the listed public companies present various indicators that are useful in determining the market value of MGA. Listed are the Company's shares outstanding, market capitalization, annual sales, market capitalization/sales ratio, and

NATIONAL BUSINESS APPRAISERS, LLC

000100

*16. SW*

**Exhibit D**
**Page 16 of 34**

EXHIBIT *15* PAGE 244

MGM ENTERTAINMENT, INC.                                          May 1, 2004
North Hills, California          *DRAFT REPORT*                   Page 17

Beta. We use the median of the market cap/sales ratios of the Public companies in our Market Approach that follows in **Table I-1**. We use the average of the Betas and the capital structures of the public companies for our calculations of the discount rates in **Table F**. These comparables are all involved in the same industry as MGA.

### TABLE I-1:  Market Approach Valuation

Gross revenues in 2001 for MGA is multiplied by the median revenue/market cap ratio to obtain the indicated market value on a minority basis. A discount[1] is applied to adjust for the differences in size of the public companies as compared with MGA. This yields the market value of the equity on a minority basis. To adjust the minority value to a control value we add the premium for control for comparison with the other approaches, which yields the market value of the equity on a control basis. This value may now be compared to the results of the other two approaches as reflected in Table J

### TABLE J: Final Correlation

Each of the individual market values developed in the various approaches are listed, and weighted. The income approach is generally granted the greatest weight, as the driving force for the average investor is the anticipation of future benefits, however in this report we believe it appropriate to also grant meaningful weight the excess earnings approach as it also is a valid approach for use with medium sized business valuations. **Due to the growing instability in the public marketplace, we are not granting any weight to the market approach, but using it as a "sanity check" only.**

---

[1] Mergerstat Review 1999

NATIONAL BUSINESS APPRAISERS, LLC

000101

EXHIBIT *15* PAGE 245

DRAFT REPORT
MGM ENTERTAINMENT, INC.

**TABLE A**
**FIVE YEAR COMPARATIVE BALANCE SHEET**
**F/Y End December 31**
**($000)**

Job No. 1131ABCV
Appr Date 12/31/2001
Run Date 10/19/04

| ASSETS | 1997 | % | 1998 | % | 1999 | % | 2000 | % | 2001 | % |
|---|---|---|---|---|---|---|---|---|---|---|
| **Current assets** | | | | | | | | | | |
| Cash & equivalents | $797 | 3.8 | $860 | 5.1 | ($779) | -0.4 | $1,144 | 4.5 | $556 | 1.8 |
| Accounts Receivable-Trade | 10,067 | 47.7 | 7,614 | 44.8 | 11,134 | 63.5 | 8,744 | 34.3 | 15,068 | 49.2 |
| Inventories | 8,663 | 41.0 | 7,400 | 43.6 | 5,834 | 33.2 | 14,278 | 56.0 | 13,893 | 45.4 |
| Due from affiliate | 171 | 0.8 | | 0.0 | (320) | -1.8 | 209 | 0.8 | 71 | 0.2 |
| Prepaid Expenses & Other | 768 | 3.6 | 379 | 2.2 | 373 | 2.1 | 189 | 0.7 | 314 | 1.0 |
| Total Current | $20,466 | 96.9 | $16,253 | 95.7 | $16,962 | 96.6 | $24,564 | 96.4 | $29,902 | 97.7 |
| **Property & Equipment** | | | | | | | | | | |
| Machinery & Equipment | $2,369 | 11.2 | $3,621 | 21.3 | $1,409 | 8.0 | $2,231 | 8.8 | $2,317 | 7.6 |
| Leasehold Improvements | 86 | | 86 | | 86 | | 215 | | 225 | |
| Less Accum. Depr. | (1,800) | -8.5 | (2,977) | -17.5 | (900) | -5.1 | (1,334) | -6.0 | (1,841) | -6.0 |
| Net Fixed Assets | $655 | 3.1 | $730 | 4.3 | $595 | 3.4 | $912 | 3.6 | $701 | 2.3 |
| Deposits & other | | 0.0 | | 0.0 | | 0.0 | | 0.0 | | 0.0 |
| TOTAL ASSETS | $21,121 | 100.0 | $16,983 | 100.0 | $17,557 | 100.0 | $25,476 | 100.0 | $30,603 | 100.0 |
| | | | | | | | (634) | | (307) | |

* This information is from the fiscal year of 1997 to 2001.

Exhibit D
Page 18 of 34

000102

18.2(D)

EXHIBIT 15 PAGE 246

| DRAFT REPORT | | | TABLE A-1 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| MGM ENTERTAINMENT, INC. | | FIVE YEAR COMPARATIVE BALANCE SHEET | | | | | Job No. 1131ABCV | | |
| | | F/Y End December 31 | | | | | Appr Date 12/31/2001 | | |
| | | (\$000) | | | | | Run Date 19-Oct-04 | | |
| | | | | | | | | | |
| | | **LIABILITIES & SHAREHOLDERS EQUITY** | | | | | | | |
| | | 1997 | % | 1998 | % | 1999 | % | 2000 | % | 2001 | % |

| | 1997 | % | 1998 | % | 1999 | % | 2000 | % | 2001 | % |
|---|---|---|---|---|---|---|---|---|---|---|
| **Current Liabilities** | | | | | | | | | | |
| Accounts Payable & Accrued | \$ 11,134 | 52.7 | \$ 6,904 | 40.7 | \$ 6,611 | 37.7 | \$ 12,951 | 50.8 | \$ 14,479 | 47.3 |
| Bank Line-Revolving | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Current Port. L T Debt | 38 | 0.2 | 38 | 0.2 | 0 | 0.0 | 11,272 | 44.2 | 16,784 | 54.8 |
| Other current | 45 | 0.2 | 131 | 0.8 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Total current liabilities | \$ 11,217 | 53.1 | \$ 7,073 | 41.6 | \$ 6,611 | 37.7 | \$ 24,223 | 95.1 | \$ 31,263 | 102.2 |
| | | | | | | | | | | |
| **Long Term Liabilities** | | | | | | | | | | |
| Notes payable to bank | \$ 3,175 | 15.0 | \$ 5,231 | 30.8 | \$ 2,129 | 12.1 | \$ 1,147 | 4.5 | \$ 1,125 | 3.7 |
| Long term debt, less current | | 0.0 | | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Subordinated notes payable & other | 3,028 | 14.3 | 3,247 | 19.1 | 3,255 | 18.5 | 3,590 | 14.1 | 2,683 | 8.8 |
| Total long term liabilities | \$ 6,203 | 29.4 | \$ 8,478 | 49.9 | \$ 5,384 | 30.7 | \$ 4,737 | 18.6 | \$ 3,808 | 12.4 |
| | | | | | | | | | | |
| **Total Liabilities** | \$ 17,420 | 82.5 | \$ 15,551 | 91.6 | \$ 11,995 | 68.3 | \$ 28,960 | 113.7 | \$ 35,071 | 114.6 |
| | | | | | | | | | | |
| Shareholders Equity | \$ 3,701 | 17.5 | \$ 1,432 | 8.4 | \$ 5,562 | 31.7 | \$ (3,484) | -13.7 | \$ (4,468) | -14.6 |
| Total Liabilities & Shareholders Equity | \$ 21,121 | 100.0 | \$ 16,983 | 100.0 | \$ 17,557 | 100.0 | \$ 25,476 | 100.0 | \$ 30,603 | 100.0 |
| | | | | | | | | | | |
| Current Ratio | 1.82 | | 2.30 | | 2.57 | | 1.01 | | 0.96 | |
| Quick Ratio | 0.97 | | 1.20 | | 1.68 | | 0.41 | | 0.50 | |
| L T Debt / Net Worth | 1.68 | | 5.92 | | 0.97 | | -1.36 | | -0.85 | |
| Working Capital | \$ 9,249 | 43.8 | \$ 9,180 | 54.1 | \$ 10,351 | 59.0 | \$ 341 | 1.3 | \$ (1,361) | -4.4 |
| | | | | | | | | | | |
| **IMPLIED WORKING CAPITAL** | | | | | | | | | | |
| Net Revenues | \$ 55,315 | | \$ 40,732 | | \$ 66,350 | | \$ 77,489 | | \$ 96,370 | |
| W/C as a percent of revenues * | 12.23% | | 12.23% | | 12.23% | | 12.23% | | 12.23% | |
| Implied working capital | \$ 6,766 | | \$ 4,982 | | \$ 8,116 | | \$ 9,479 | | \$ 11,788 | |
| * Robert Morris Associates SIC #3944, Games, Toys etc. | | | | | | | | Rounded | \$ 11,800 | |

**Exhibit D**
**Page 19 of 34**

000103

19. ED

EXHIBIT 15 PAGE 247

| DRAFT REPORT | | TABLE B | | | | | Job No. | 1131ABCV | |
|---|---|---|---|---|---|---|---|---|---|
| FIVE YEAR COMPARATIVE INCOME STATEMENT | | | | | | | Appr Date | 12/31/2001 | |
| | | F/Y End December 31 | | | | | Run Date | 19-Oct-04 | |
| MGM ENTERTAINMENT, INC. | | ($000) | | | | | | | |
| | | | | | | | | (1) | |
| | 1997 | % | 1998 | % | 1999 | % | 2000 | % | 2001 | % |
| REVENUES - NET | $ 55,315 | 100.0 | $ 40,732 | 100.0 | $ 66,350 | 100.0 | $ 77,489 | 100.0 | $ 96,370 | 100.0 |
| Less cost of sales | 40,032 | 72.4 | 26,093 | 64.1 | 43,724 | 65.9 | 53,300 | 68.8 | 64,663 | 67.1 |
| GROSS PROFIT | $ 15,283 | 27.6 | $ 14,639 | 35.9 | $ 22,626 | 34.1 | $ 24,189 | 31.2 | $ 31,707 | 32.9 |
| Other income (loss) | 28 | 0.1 | (253) | -0.6 | 350 | 0.5 | | 0.0 | | 0.0 |
| TOTAL INCOME | $ 15,311 | 27.7 | $ 14,386 | 35.3 | $ 22,976 | 34.6 | $ 24,189 | 31.2 | $ 31,707 | 32.9 |
| EXPENSES | | | | | | | | | | |
| Advertising & promotion | $ 2,992 | 5.4 | $ 3,898 | 9.6 | $ 4,367 | 6.6 | $ 7,680 | 9.9 | $ 9,482 | 9.3 |
| Automobile expense | 47 | 0.1 | 64 | 0.2 | 67 | 0.1 | 70 | 0.1 | | 0.0 |
| Bad debts | (6) | 0.0 | | 0.0 | 30 | 0.0 | | 0.0 | | 0.0 |
| Bank charges | 294 | 0.5 | 181 | 0.4 | 196 | 0.3 | 200 | 0.3 | | 0.0 |
| Commissions | 2,535 | 4.6 | 2,168 | 5.3 | 2,487 | 3.7 | 3,000 | 3.9 | | 0.0 |
| Data processing & supplies | 27 | 0.0 | 64 | 0.2 | 66 | 0.1 | 70 | 0.1 | | 0.0 |
| Depreciation | 585 | 1.1 | 589 | 1.4 | 540 | 0.8 | 2,531 | 3.3 | 2,609 | 2.7 |
| Delivery, postage | 242 | 0.4 | 191 | 0.5 | 323 | 0.5 | 375 | 0.5 | | 0.0 |
| Insurance | 227 | 0.4 | 305 | 0.7 | 386 | 0.6 | 400 | 0.5 | | 0.0 |
| Interest Expense | 390 | 0.7 | 552 | 1.4 | 842 | 1.3 | 1,180 | 1.5 | 1,690 | 1.8 |
| Legal, professional & accounting | 1,225 | 2.2 | 1,681 | 4.1 | 1,199 | 1.8 | 1,250 | 1.6 | 1,250 | 1.3 |
| Miscellaneous other | 105 | 0.2 | 379 | 0.9 | 62 | 0.1 | | 0.0 | | 0.0 |
| Molds | 0 | 0.0 | 0 | 0.0 | 508 | 0.8 | 750 | 1.0 | | 0.0 |
| Office Expenses | 61 | 0.1 | 71 | 0.2 | 132 | 0.2 | 150 | 0.2 | | 0.0 |
| Product development | 463 | 0.8 | 1,008 | 2.5 | 1,711 | 2.6 | 2,000 | 2.6 | | 0.0 |
| Rents | 346 | 0.6 | 382 | 0.9 | 455 | 0.7 | 431 | 0.6 | 630 | 0.7 |
| Repairs & maintenance | 11 | 0.0 | 32 | 0.1 | | 0.0 | 3,012 | 3.9 | | 0.0 |
| Salaries officers | 704 | 1.3 | 1,104 | 2.7 | 1,194 | 1.8 | 1,200 | 1.5 | 1,200 | 1.2 |
| Salaries & wages | 2,284 | 4.1 | 2,223 | 5.5 | 3,179 | 4.8 | 3,873 | 5.0 | | 0.0 |
| Taxes & licenses | 217 | 0.4 | 39 | 0.1 | 61 | 0.1 | 75 | 0.1 | | 0.0 |
| Taxes, payroll | 176 | 0.3 | 219 | 0.5 | 254 | 0.4 | 260 | 0.3 | | 0.0 |
| Telephone | 188 | 0.3 | 166 | 0.4 | 214 | 0.3 | 225 | 0.3 | | 0.0 |
| Travel & entertainment | 226 | 0.4 | 277 | 0.7 | 399 | 0.6 | 450 | 0.6 | | 0.0 |
| Utilities | 32 | 0.1 | 30 | 0.1 | 35 | 0.1 | 40 | 0.1 | | 0.0 |
| Sales & Marketing | | | | | | | | | 11,075 | |
| General & Administrative | | | | | | | | | 2,864 | |
| TOTAL EXPENSES | $ 15,371 | 24.2 | $ 15,613 | 38.3 | $ 18,707 | 28.2 | $ 29,222 | 37.7 | $ 30,800 | 32.0 |
| PRETAX INCOME | $ 1,940 | 3.5 | $ (1,227) | -3.0 | $ 4,269 | 6.4 | $ (5,033) | -6.5 | $ 907 | 0.9 |
| Add Depreciation/Amort | 585 | 1.1 | 589 | 1.4 | 540 | 0.8 | 2,531 | 3.3 | 2,609 | 2.7 |
| PRETAX CASH FLOW (2) | $ 2,525 | 4.6 | $ (638) | -1.6 | $ 4,809 | 7.2 | $ (2,502) | -3.2 | $ 3,516 | 3.6 |
| Add Interest Charges | 390 | 0.7 | 552 | 1.4 | 842 | 1.3 | 1,180 | 1.5 | 1,690 | 1.8 |
| EBITDA (3) | $ 2,915 | 5.3 | $ (86) | -0.2 | $ 5,651 | 8.5 | $ (1,322) | -1.7 | $ 5,206 | 5.4 |

(1) Basic data from Delloite & Touche audited report.  Certain expense detail missing, but does not alter value opinions.
(2) Pretax income plus depreciation & amortization.
(3) Pretax cash flow plus interest charges.  Earnings Before Interest, Taxes, Depreciation and Amortization.

Exhibit D
Page 20 of 34

000104

20. Eh

EXHIBIT 15  PAGE 248

DRAFT REPORT

**TABLE C**
**INCOME STATEMENT ADJUSTMENTS**
F/Y End December 31
($000)

Job No. 1103ADCV
Appr Date 12/1/2000
Run Date 19-Oct-04

| MGM ENTERTAINMENT, INC. | 1997 | % | 1998 | % | 1999 | % | 2000 | % | 2001 | % |
|---|---|---|---|---|---|---|---|---|---|---|
| REVENUES - NET | $ 55,315 | 100.0 | $ 40,732 | 100.0 | $ 66,350 | 100.0 | $ 77,489 | 100.0 | $ 96,370 | 100.0 |
| OPERATING INCOME (EBITDA) | $ 2,915 | 5.3 | $ (86) | (0.2) | $ 5,651 | 8.5 | $ (2,322) | (1.7) | $ 5,206 | 5.4 |
| **ADJUSTMENTS TO INCOME** | | | | | | | | | | |
| Legal, professional & accounting | 1,225 | 2.2 | 1,381 | 4.1 | 1,199 | 1.8 | 1,250 | 1.6 | 1,230 | 1.3 |
| Salaries, Officers | 704 | 1.3 | 1,104 | 2.7 | 1,194 | 1.8 | 1,200 | 1.5 | 1,200 | 1.2 |
| Consulting fees - former stockholder | 0 | | 0 | | 0 | | 0 | | 90 | 0.1 |
| U.S. Customs reserve | | | | | | | 620 | | | |
| TOTAL ADJUSTMENTS TO INCOME | $ 1,929 | 3.5 | $ 2,785 | 6.8 | $ 2,393 | 3.6 | $ 3,070 | 4.0 | $ 2,340 | 2.6 |
| **SUBTOTAL** | $ 4,844 | 8.8 | $ 2,699 | 6.6 | $ 8,044 | 12.1 | $ 1,748 | 2.3 | $ 7,746 | 8.0 |
| **LESS REASONABLE EXPENSES** | | | | | | | | | | |
| Legal, professional & accounting   0.75% | (415) | (0.8) | (305) | (0.8) | (498) | (0.8) | (881) | (0.8) | (723) | (0.8) |
| Salaries, Officers   1.50% | (830) | (1.5) | (611) | (1.5) | (995) | (1.5) | (1,162) | (1.5) | (1,446) | (1.5) |
| **ADJUSTED PRETAX INCOME** | $ 3,599 | 6.5 | $ 1,783 | 4.4 | $ 6,551 | 9.9 | $ 4 | 0.0 | $ 5,578 | 5.8 |
| Add Back Depreciation | 385 | 1.1 | 389 | 1.4 | 540 | 0.8 | 2,331 | 3.3 | 2,609 | 2.7 |
| **ADJUSTED PRETAX CASH FLOW** | $ 4,184 | 7.6 | $ 2,372 | 5.8 | $ 7,091 | 10.7 | $ 2,335 | 3.3 | $ 4,187 | 8.5 |
| Add Back Interest Expense | 390 | 0.7 | 552 | 1.4 | 842 | 1.3 | 1,380 | 1.5 | 1,690 | 1.8 |
| **ADJUSTED EBITDA (1)** | $ 4,574 | 8.3 | $ 2,924 | 7.2 | $ 7,933 | 12.0 | $ 3,715 | 4.8 | $ 9,877 | 10.2 |
| **EBITDA AS % OF SALES** | | 8.3 | | 7.2 | | 12.0 | | 4.8 | | 10.2 |
| Weighting | | 1 | | 2 | | 2 | | 2 | | 3 |
| Product - 3 Columns | 79 | | | 14.4 | | 23.9 | | 9.6 | | 30.7 |
| Divisor - Sum of Weights | 10 | | | | | | | | | |
| **WEIGHTED AVERAGE EBITDA** | 7.9 | Percent (Used in Table E) | | | | | | | | |

(1) Earnings Before Interest, Taxes, Depreciation and Amortization

Exhibit D
Page 21 of 34

000105

21. EW

EXHIBIT 15 PAGE 249

| DRAFT REPORT MGM ENTERTAINMENT, INC. | | | TABLE D-1 ADJUSTED BOOK VALUE F/Y End December 31 ($000) | | | Job No. Appr Date Run Date | 1131ABCV 12/31/2001 19-Oct-04 | |
|---|---|---|---|---|---|---|---|---|
| | Book 31-Dec-01 | % | Adjustments 31-Dec-01 | % | | Adjusted 31-Dec-01 | % | |
| **Current Assets** | | | | | | | | |
| Cash & equivalents | 556 | 1.8 | ($556) | NM | | $0 | 0.0 | |
| Accounts Receivable-Trade | 15,068 | 49.2 | (15,068) | NM | | 0 | 0.0 | |
| Inventories | 13,893 | 45.4 | (13,893) | NM | | 0 | 0.0 | |
| Due from affilliate | 71 | | (71) | NM | | 0 | 0.0 | |
| Prepaid Expenses & Other | 314 | 1.0 | (314) | NM | | 0 | 0.0 | |
| Implied Working Capital | 0 | | 11,800 | NM | | 11,800 | 28.5 | |
| **Total Current Assets** | 29,902 | 97.7 | ($18,102) | NM | | $11,800 | 28.5 | |
| **Fixed Assets as Appraised** | 701 | | | | | | | |
| Automotive Equipment | 0 | 0.0 | 7 | | | 7 | 0.0 | |
| Computer Equipment | 0 | 0.0 | 23 | | | 23 | 0.1 | |
| Furniture & Fixtures | 0 | 0.0 | 21 | | | 21 | 0.0 | |
| Leasehold Equipment * | 0 | 0.0 | 126 | | | 126 | 0.3 | |
| Machinery & Equipment | 0 | 0.0 | 4 | | | 4 | 0.0 | |
| Molds & Tooling * | (0) | 0.0 | 690 | | | 690 | 1.7 | |
| Office Equipment | 0 | 0.0 | 1 | | | | – | |
| **Net Fixed Assets** | 701 | 2.3 | | | | 870 | 2.1 | |
| **INTANGIBLE ASSETS** | – | 0.0 | $28,730 | NM | | 28,730 | 69.4 | |
| **BUSINESS ENTERPRISE VALUE** | 30,603 | 100.0 | | NM | | 41,400 | 100.0 | |

The right hand column represents the assets included in "Business Enterprise Value"(BEV). This represents the value of the assets required for normal business operations. To convert this number to Total Asset Value, subtract the Implied Working Capital. This will yield "Basic Business Value", or the value of the fixed, intang-ible and other assets only. Then add book current assets. See Table D-2 for calculations.

Exhibit D
Page 22 of 34

22. 8W

EXHIBIT 15 PAGE 250

TABLE D-2
MGM ENTERTAINMENT, INC.
ADJUSTED BOOK VALUE
F/Y End December 31

| | Job No. | 1131/ABCV |
|---|---|---|
| | Appr Date | 12/31/2001 |
| | Run Date | 19-Oct-04 |

**MARKET VALUE OF BUSINESS ENTERPRISE**

| | | |
|---|---|---|
| Less Implied Working Capital | $ | 41,400 |
| | | (11,800) |

**BASIC BUSINESS VALUE**     Fixed Plus Intangibles

| | | |
|---|---|---|
| Less Fixed Assets as Appraised | $ | 29,600 |
| | | (870) |

**MARKET VALUE OF INTANGIBLES (GOODWILL)**

| | | |
|---|---|---|
| Add Fixed & Other Assets as Appraised (Table H) | $ | 28,730 |
| Add Current Assets at 12/31/01 (Table A) | | 870 |
| | | 29,900 |

**ADJUSTED TOTAL ASSET VALUE**

| | | |
|---|---|---|
| Less Total Liabilities at 12/31/01 (Table A-1) | $ | 59,500 |
| | | (35,070) |

**ADJUSTED SHAREHOLDER EQUITY**

| | | |
|---|---|---|
| | $ | 24,430 |

See Table J for weighting of approaches and final conclusion.

Exhibit D
Page 23 of 34

000107

27. $\mathcal{RD}$

EXHIBIT 15 PAGE 251

| DRAFT REPORT<br>MGM ENTERTAINMENT, INC. | | TABLE E<br>INCOME APPROACH<br>FY Ending Sept 30<br>($000) | | | | Job No.<br>Appr Date<br>Run Date | 1131ABCV<br>12/31/2001<br>19-Oct-04 |
|---|---|---|---|---|---|---|---|
| | 2002 | 2003 | 2004 | 2005 | 2006 | Reversion |
| **FORECAST REVENUE GROWTH** | 10.00% | 5.00% | 5.00% | 5.00% | 5.00% | 5.00% |
| FORECAST OF REVENUE | $106,007 | $111,307 | $116,873 | $122,716 | $128,852 | |
| **EBITDA as % of Revenues \*** | 7.9% | 7.9% | 7.9% | 7.9% | 7.9% | |
| **EBITDA \*** | $8,333 | $8,749 | $9,187 | $9,646 | $10,128 | $9,208<br>(Table G) |
| Less Capital Equipment Reserve | 0 | 0 | 0 | 0 | 0 | |
| Less Working Capital (1) | (11,800) | (648) | (681) | (715) | (751) | |
| DISTRIBUTABLE CASH FLOW | (S3,467) | $8,101 | $8,506 | $8,931 | $9,378 | $9,612 |
| **REVERSIONARY VALUE** | | | | Factor (3) | 6.885 | $66,184 |
| Discount Rate (Table F) | 18.50% | 18.50% | 18.50% | 18.50% | 18.50% | 18.50% |
| Period Factor | 0.50 | 1.50 | 2.50 | 3.50 | 4.50 | 5.00 |
| Multiplier | 0.919 | 0.775 | 0.654 | 0.552 | 0.466 | 0.428 |
| **NPV OF DIST. CASH FLOWS** | (S3,185) | $6,280 | $5,565 | $4,931 | $4,369 | $28,325 |

| | |
|---|---|
| NPV OF DISTRIBUTABLE CASH FLOW FOR FIRST FIVE YEARS | $17,959 |
| NPV OF REVERSIONARY VALUE | 28,325 |
| | $46,284 |
| **MARKET VALUE OF ENTERPRISE BY THE INCOME APPROACH**   Rounded | $46,300 |

(1) Estimated percent of annual revenue and revenue growth required for working capit   -->   12.23%
Reference = RMAAnnual Statement Studies.

(2) Income to be capped at end of 5th year was calculated by estimating 6th year's income considering
a future growth of 5%, and averaging with the 5th year. This adjusts the fifth year from mid-year to the
expected end-of-year-revenues.

(3) Calculated with the following formula: Cap Rate = (1+G)/(R-G), where G = estimated future growth
rate.  R = wtd avg cost of capital.  (1+.05) / (.2025 -.05) or 1.05/.1525 =   6.885   or   14.52%

\* Earnings Before Interest, Taxes, Depreciation & Amortization. (See Table C).

Exhibit D
Page 24 of 34

000108

24, *QW*

EXHIBIT *15* PAGE 252

| DRAFT REPORT | TABLE F | Job No. | 1131ABCV |
|---|---|---|---|
| | CAPITAL ASSET PRICING MODEL | Appr Date | 12/31/2001 |
| | (CAPM) | Run Date | 19-Oct-04 |

**MGM ENTERTAINMENT, INC.**

-----------------------------------------

**KEY ASSUMPTIONS**

| | | |
|---|---|---|
| Cost of debt – pretax (1) | | 10.00% |
| Federal tax rate (2) | Pretax Basis | 0.00% |
| State tax rate | | 0.00% |
| Combined marginal tax rate | Pretax Basis | 0.00% |
| Long-term treasury bond rate | | 6.00% |
| Market average beta | * | 1.34 |
| Market average percent of equity | * | 60% |
| Market average percent of debt | * | 40% |

| **WEIGHTED AVG COST OF CAPITAL** | 18.44% | Rounded | 18.50% |
|---|---|---|---|

Formula: $(1-T)*(Kd)(D)+(Ke)(E)$

| | | |
|---|---|---|
| T  = Tax rate | | 0.00% |
| Kd = Cost of debt | | 10.00% |
| D  = Proportion of debt in total capital | | 39.70% |
| Ke = Cost of equity | | 24.00% |
| E  = Proportion of equity | | 60.30% |

| **COST OF EQUITY CAPITAL** | 24.21% | Rounded | 24.00% |
|---|---|---|---|

Formula: $Ke = ((B*Rp)+Rs)+Rt$

| | | |
|---|---|---|
| Rf  = Rate of return on risk-free security (3) | | 5.00% |
| Rp  = Risk premium (Rm - Rf) | | 12.10% |
| Rs  = Company-specific risk premium (4) | | 2.00% |
| Rt  = Current return on 30 Year treasury bills | | 6.00% |
| B   = Industry beta (5) | | 1.34 |
| Rm  = Market return (6) | | 17.10% |

*Ibbotson Industry Studies for SIC Code 3944, Games, Toys, and Children's Vehicles

(1) Company's estimated cost of interest-bearing debt.

(2) Valuation based upon pretax income streams.

(3) Ibbotson & Associates Report 1926-1999, "Arithmetic Mean of Annual Returns for Long-Term U.S. Treasury Bonds" (riskless).

(4) Additional risk factor to adjust for specific risks of the subject company and industry.

(5) A measure of risk (variability) of common stocks in the industry. (Ibbotson Industry Studies for SIC Code 3944, Games, Toys, and Children's Vehicles)

(6) Ibbotson & Associates Report 1926-1997, "Arithmetic Mean of Annual Returns for The Common Stock of Small Companies".

Exhibit D
Page 25 of 34

000109

25. ED

EXHIBIT *15* PAGE 253

| | | | |
|---|---|---|---|
| RADICA GAMES | EQUITY | 62,052 | 68% |
| | DEBT | 28,777 | 32% |
| | | 90,829 | 100.00% |
| ZINDART | EQUITY | 77,268 | 55% |
| | DEBT | 62,936 | 45% |
| | | ####### | 100.00% |
| | AVERAGE | 69,660 | 60% |
| | | 45,857 | 40% |
| | | ####### | 100.00% |

Exhibit D
Page 26 of 34

000110

24. _JD_

EXHIBIT _15_ PAGE 254

**DRAFT REPORT**

**TABLE G**

**EXCESS EARNINGS APPROACH**

**MGM ENTERTAINMENT, INC.**

($000)

Job No.  1131ABCV

Appr Date  12/31/2001

Run Date  19-Oct-04

**EARNINGS BEFORE CAPITAL CHARGES (Table E)**            $9,208

| CAPITAL CHARGES Economic Depreciation | Appraised Value | Est Life | | Return Of | |
|---|---|---|---|---|---|
| Automotive Equipment | $  7 | 10 | Yrs | 1 | |
| Computer Equipment | 23 | 5 | Yrs | 5 | |
| Furniture & Fixtures | 21 | 15 | Yrs | 1 | |
| Leasehold Equipment * | 126 | 10 | Yrs | 13 | |
| Machinery & Equipment | 4 | 10 | Yrs | 0 | |
| Molds & Tooling * | 690 | 3 | Yrs | 230 | |
| Office Equipment | 1 | 7 | Yrs | 0 | |
| Fixed Assets Total | $  871 | 3.6 | | $243 | $  (243) |

| Economic Return | Adjusted Book | % | Return On | |
|---|---|---|---|---|
| Working Capital | $  11,800 | 10.0% | $  1,180 | |
| Automotive Equipment | 7 | 15.0% | 1 | |
| Computer Equipment | 23 | 20.0% | 5 | |
| Furniture & Fixtures | 21 | 15.0% | 3 | |
| Leasehold Equipment * | 126 | 20.0% | 25 | |
| Machinery & Equipment | 4 | 12.5% | 0 | |
| Molds & Tooling * | 690 | 15.0% | 104 | |
| Office Equipment | 1 | 15.0% | 0 | |
| Adjusted Tangible Assets | $  12,671 | | $  1,318 | $  (1,318) |

**TOTAL EXCESS EARNINGS**                                      $  7,646

Excess Earnings Cap Rate                    24.0% **        $  31,860

Add Tangible Assets                                               12,671

**BUSINESS ENTERPRISE VALUE BY EXCESS EARNINGS METHOD**   $  44,531

* Includes Fixed Assets added in 2000 and 2001          Rounded    $  44,550

**Equity Discount Rate

Exhibit D
Page 27 of 34

000111

27. ED

EXHIBIT *15* PAGE 255

MGM ENTERTAINMENT, INC.
16720 Schoenborn Street
North Hills, CA 91343-6122

TABLE H
FIXED ASSET APPRAISAL
FROM DEPRECIATION SCHEDULES & FINANCIALS

Appraisal Date 12/31/01
Original Cost $2,541
Depreciated Replacement Cost New $871

| Owned Leased | Entry Item Order No. | DESCRIPTION | Qty | Valuation Date | Orig Cost* ($) | Ext Econ Life | Yrs In Use | Rem Econ Life | Price Trend Factor | Repl Cost New | Est'd Rmng Life | Fair Market Value 12/31/01 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OWNED | 12 | TRUCK | AE | 01-Aug-93 | 35,951 | 10.0 | 8.4 | 1.6 | 1.208 | 43,429 | 16% | 6,855 |
| OWNED | 17 | COMPUTER | CE | 15-Oct-93 | 1,120 | 5.0 | 8.2 | (3.2) | - | - | -64% | 0 |
| OWNED | 18 | COMPUTER | CU | 15-Jul-94 | 750 | 5.0 | 7.5 | (2.5) | - | - | -49% | 0 |
| OWNED | 27 | COMPUTER | CE | 01-Oct-94 | 5,727 | 5.0 | 7.3 | (2.3) | - | - | -45% | 0 |
| OWNED | 59 | COMPUTER | CE | 01-Oct-94 | 1,476 | 5.0 | 7.3 | (2.3) | - | - | -45% | 0 |
| OWNED | 28 | COMPUTER | CE | 01-Dec-94 | 20,393 | 5.0 | 7.1 | (2.1) | - | - | -42% | 0 |
| OWNED | 29 | COMPUTER | CE | 01-Mar-95 | 22,714 | 5.0 | 6.8 | (1.8) | - | - | -37% | 0 |
| OWNED | 30 | COMPUTER | CE | 01-Jun-95 | 18,174 | 5.0 | 6.6 | (1.6) | - | - | -32% | 0 |
| OWNED | 31 | COMPUTER | CE | 15-Oct-95 | 10,448 | 5.0 | 6.2 | (1.2) | - | - | -24% | 0 |
| OWNED | 32 | COMPUTER | CE | 15-Nov-95 | 15,360 | 5.0 | 6.1 | (1.1) | - | - | -23% | 0 |
| OWNED | 33 | COMPUTER | CE | 15-Dec-95 | 4,923 | 5.0 | 6.0 | (1.0) | - | - | -21% | 0 |
| OWNED | 37 | COMPUTER | CE | 15-Dec-95 | 9,975 | 5.0 | 6.0 | (1.0) | - | - | -21% | 0 |
| OWNED | 38 | COMPUTER | CE | 01-Jul-96 | 8,445 | 5.0 | 5.5 | (0.5) | - | - | -10% | 0 |
| OWNED | 60 | COMPUTER | CE | 01-Jul-96 | 211,405 | 5.0 | 5.5 | (0.5) | - | - | -10% | 0 |
| OWNED | 61 | COMPUTER | CE | 01-Jul-96 | 1,309 | 5.0 | 5.5 | (0.5) | - | - | -10% | 0 |
| OWNED | 41 | COMPUTER | CE | 01-Jul-97 | 27,505 | 5.0 | 4.5 | 0.5 | 0.075 | 2,063 | 10% | 205 |
| OWNED | 62 | COMPUTER | CE | 01-Jul-97 | 2,762 | 5.0 | 4.5 | 0.5 | 0.075 | 207 | 10% | 20 |
| OWNED | 63 | COMPUTER | CE | 01-Jun-98 | 39,597 | 5.0 | 3.6 | 1.4 | 0.800 | 31,678 | 28% | 8,955 |
| OWNED | 45 | COMPUTER | CE | 01-Jul-98 | 36,668 | 5.0 | 3.5 | 1.5 | 0.800 | 29,334 | 30% | 8,775 |
| OWNED | 46 | COMPUTER | CE | 01-Jan-99 | 91,565 | 5.0 | 3.0 | 2.0 | 0.085 | 7,783 | 40% | 3,115 |
| OWNED | 47 | COMPUTER | CE | 01-Feb-99 | 11,243 | 5.0 | 2.9 | 2.1 | 0.085 | 956 | 42% | 400 |
| OWNED | 48 | COMPUTER | CE | 01-Mar-99 | 4,000 | 5.0 | 2.8 | 2.2 | 0.085 | 340 | 43% | 145 |
| OWNED | 49 | COMPUTER | CE | 01-Mar-99 | 4,123 | 5.0 | 2.8 | 2.2 | 0.085 | 351 | 43% | 150 |
| OWNED | 50 | COMPUTER | CE | 01-Mar-99 | 3,605 | 5.0 | 2.8 | 2.2 | 0.085 | 306 | 43% | 130 |
| OWNED | 51 | COMPUTER | CE | 01-Mar-99 | 2,733 | 5.0 | 2.8 | 2.2 | 0.085 | 232 | 43% | 100 |
| OWNED | 52 | COMPUTER | CE | 01-Apr-99 | 4,702 | 5.0 | 2.6 | 2.4 | 0.085 | 400 | 45% | 180 |
| OWNED | 53 | COMPUTER | CE | 01-Jun-99 | 20,684 | 5.0 | 2.4 | 2.6 | 0.085 | 1,758 | 48% | 850 |
| OWNED | 54 | COMPUTER | CE | 01-Aug-99 | 1,557 | 5.0 | 2.3 | 2.7 | 0.085 | 132 | 52% | 70 |
| OWNED | 55 | COMPUTER | CE | 01-Sep-99 | 1,687 | 5.0 | 2.2 | 2.8 | 0.085 | 143 | 53% | 75 |
| OWNED | 1 | EXHIBIT BOOTH, FURN & FIX | FF | 01-Nov-89 | 14,443 | 15.0 | 12.2 | 2.8 | 1.382 | 19,960 | 19% | 3,760 |
| OWNED | 4 | FURNITURE & FIXTURES | FF | 01-Sep-90 | 6,857 | 15.0 | 11.3 | 3.7 | 1.334 | 9,147 | 24% | 2,230 |
| OWNED | 16 | FURNITURE & FIXTURES | FF | 01-Jul-91 | 13,606 | 15.0 | 10.5 | 4.5 | 1.280 | 17,416 | 30% | 5,215 |
| OWNED | 16 | FURNITURE & FIXTURES | FF | 15-Apr-94 | 1,404 | 15.0 | 7.7 | 7.3 | 1.178 | 1,654 | 49% | 805 |
| OWNED | 24 | FURNITURE & FIXTURES | FF | 01-Aug-95 | 238 | 15.0 | 6.4 | 8.6 | 1.178 | 280 | 57% | 160 |

MGM ENTERTAINMENT, INC.
16730 Schoenborn Street
North Hills, CA 91343-6122

Appraisal Date 12/31/01
Original Cost $2,541
Depreciated Replacement Cost New $871

**TABLE II**
**FIXED ASSET APPRAISAL**
**FROM DEPRECIATION SCHEDULES & FINANCIALS**

| Owned Leased | Entry Item Order No. | DESCRIPTION | Qty | Valuation Date | Orig Cost ($) | Ext Econ Life | Yrs in Use | Rem Econ Life | Price Trend Factor | Repl Cost New | Est'd Rem Ecng Life | Fair Market Value 12/31/01 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OWNED | 25 | FURNITURE & FIXTURES | 1 | 01-Jul-93 | 299 | 15.0 | 6.4 | 8.6 | 1.178 | 352 | 57% | 200 |
| OWNED | 26 | FURNITURE & FIXTURES | 1 | 01-Aug-93 | 1,069 | 15.0 | 6.4 | 8.6 | 1.178 | 1,259 | 57% | 720 |
| OWNED | 34 | FURNITURE & FIXTURES | 1 | 15-Sep-93 | 1,295 | 15.0 | 6.3 | 8.7 | 1.178 | 1,526 | 58% | 885 |
| OWNED | 33 | FURNITURE & FIXTURES | 1 | 15-Nov-93 | 1,000 | 15.0 | 6.1 | 8.9 | 1.178 | 1,178 | 59% | 695 |
| OWNED | 43 | FURNITURE & FIXTURES | 1 | 01-Mar-98 | 1,659 | 15.0 | 3.8 | 11.2 | 1.072 | 1,778 | 74% | 1,325 |
| OWNED | 44 | FURNITURE & FIXTURES | 1 | 01-Aug-98 | 643 | 15.0 | 3.4 | 11.6 | 1.072 | 689 | 77% | 530 |
| OWNED | 57 | FURNITURE & FIXTURES | 1 | 01-May-99 | 3,601 | 15.0 | 2.7 | 12.3 | 1.056 | 3,803 | 82% | 3,125 |
| OWNED | 58 | FURNITURE & FIXTURES | 1 | 01-Dec-99 | 1,115 | 15.0 | 2.1 | 12.9 | 1.056 | 1,177 | 86% | 1,015 |
| OWNED | 6 | LEASEHOLD IMPROVEMENTS | 1 | 01-Oct-90 | 2,789 | 10.0 | 11.3 | (1.3) | | | -13% | 0 |
| OWNED | 7 | LEASEHOLD IMPROVEMENTS | 1 | 01-Feb-91 | 2,233 | 10.0 | 10.9 | (0.9) | | | -9% | 0 |
| OWNED | 21 | LEASEHOLD IMPROVEMENTS | 1 | 01-Sep-93 | 17,300 | 10.0 | 8.3 | 1.7 | 1.208 | 20,898 | 17% | 3,475 |
| OWNED | 19 | LEASEHOLD IMPROVEMENTS | 1 | 15-Jan-94 | 8,633 | 10.0 | 8.0 | 2.0 | 1.178 | 10,170 | 20% | 2,070 |
| OWNED | 20 | LEASEHOLD IMPROVEMENTS | 1 | 01-Nov-94 | 28,862 | 10.0 | 7.2 | 2.8 | 1.178 | 33,999 | 28% | 9,620 |
| OWNED | 36 | LEASEHOLD IMPROVEMENTS | 1 | 15-Oct-95 | 2,814 | 10.0 | 6.2 | 3.8 | 1.152 | 3,242 | 38% | 1,225 |
| OWNED | | LEASEHOLD IMPROVEMENTS | 1 | 30-Jun-00 | 114,000 | 10.0 | 1.5 | 8.5 | 1.034 | 117,876 | 85% | 100,145 |
| OWNED | | LEASEHOLD IMPROVEMENTS | 1 | 30-Jun-01 | 9,572 | 10.0 | 0.5 | 9.5 | 1.000 | 9,572 | 95% | 9,090 |
| OWNED | 13 | MACHINERY & EQUIPMENT | 1 | 15-Jan-94 | 1,004 | 10.0 | 8.0 | 2.0 | 1.178 | 1,183 | 20% | 240 |
| OWNED | 14 | MACHINERY & EQUIPMENT | 1 | 15-Apr-94 | 1,111 | 10.0 | 7.7 | 2.3 | 1.178 | 1,309 | 23% | 300 |
| OWNED | 22 | MACHINERY & EQUIPMENT | 1 | 01-Dec-94 | 2,444 | 10.0 | 7.1 | 2.9 | 1.178 | 2,879 | 29% | 840 |
| OWNED | 39 | MACHINERY & EQUIPMENT | 1 | 01-Jul-97 | 628 | 10.0 | 4.5 | 5.5 | 1.095 | 688 | 55% | 380 |
| OWNED | 40 | MACHINERY & EQUIPMENT | 1 | 01-Jul-97 | 2,936 | 10.0 | 4.5 | 5.5 | 1.097 | 3,221 | 55% | 1,770 |
| OWNED | 3 | MOLDS & TOOLING | 1 | 01-Sep-90 | 3,329 | 5.0 | 11.3 | (6.3) | | | -127% | 0 |
| OWNED | 42 | MOLDS & TOOLING | 1 | 01-Jul-98 | 877,051 | 5.0 | 3.5 | 1.5 | 1.072 | 941,070 | 30% | 281,550 |
| OWNED | 56 | MOLDS & TOOLING | 1 | 01-Jul-99 | 773,751 | 5.0 | 2.5 | 2.5 | 1.056 | 817,081 | 50% | 407,870 |
| OWNED | | MOLDS & TOOLING | 1 | 30-Jun-00 | 822 | 5.0 | 1.5 | 3.5 | 1.034 | 850 | 70% | 595 |
| OWNED | 5 | CELLULAR PHONE | 1 | 01-Aug-92 | 784 | 5.0 | 9.4 | (4.4) | | | -88% | 0 |
| OWNED | 11 | EQUIPMENT | 1 | 01-Sep-90 | 1,100 | 10.0 | 11.3 | (1.3) | | | -13% | 0 |
| OWNED | 9 | MAIL MACHINE | 1 | 01-Dec-91 | 1,997 | 10.0 | 10.1 | (0.1) | | | -1% | 0 |
| OWNED | 15 | TELECOM EQUIPMENT | 1 | 15-Jul-94 | 2,426 | 10.0 | 7.5 | 2.5 | 1.178 | 2,858 | 25% | 728 |
| OWNED | 8 | TELEPHONE SYSTEM | 1 | 01-Nov-91 | 15,087 | 10.0 | 10.2 | (0.2) | | | -2% | 0 |
| OWNED | 23 | WATER PUMP | 1 | 01-Feb-95 | 1,748 | 10.0 | 6.9 | 3.1 | 1.152 | 2,014 | 31% | 630 |
| OWNED | 10 | WATER PURIFIER | 1 | 01-Jun-92 | 147 | 10.0 | 9.6 | 0.4 | 1.238 | 182 | 4% | 5 |

Total at Cost   ($000)   $2,541

FMV   ($000)   $871

Exhibit D
Page 29 of 34

000113                29. ℰ.

EXHIBIT 15 PAGE 257

MGM ENTERTAINMENT, INC.
16720 Schoenborn Street
North Hills, CA 91343-6122

TABLE II
FIXED ASSET APPRAISAL
FROM DEPRECIATION SCHEDULES & FINANCIALS

Appraisal Date          12/31/01
Original Cost           $2,541
Depreciated Replacement Cost New    $871

| Owned Leased | Entry Item Order No | DESCRIPTION | Qty | Valuation Data | Orig Cost* (1) | Est Econ Life | Yrs In Use | Rem Econ Life | Price Trend Factor | Repl Cost New | Est'd Rmng Life | Fair Market Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

000114

Exhibit D
Page 30 of 34

30. ED

EXHIBIT 15 PAGE 258

## TABLE H-1
### FIXED ASSET APPRAISAL
### MGM ENTERTAINMENT, INC.
($000)

Job No. 1131ABCV
Appr Date 12/31/2001
Run Date 19-Oct-04

| From Depreciation Schedules & Financial | | Original Cost | Estimated Econ. Life | FMV |
|---|---|---|---|---|
| Automotive Equipment | AE | $ 36 | 10.0 | $ 7 |
| Computer Equipment | CE | 585 | 5.0 | 23 |
| Furniture & Fixtures | FF | 47 | 15.0 | 21 |
| Leasehold Equipment * | LE | 186 | 10.0 | 126 |
| Machinery & Equipment | ME | 8 | 10.0 | 4 |
| Molds & Tooling * | MT | 1,656 | 10.0 | 690 |
| Office Equipment | OE | 23 | 7.0 | 1 |
| **TOTALS** | | $ 2,541 | | $ 881 |

Extracted from the detailed appraisal in Table H.

31. ED

**TABLE I**

**MARKET INFORMATION**

**31-Dec-01**

Job No. 1131ABCV
Appr Date 12/31/2001
Run Date 19-Oct-04

| COMPANY | Symbol | Price | Shares Out (000) | Market Cap* ($000) | Annual Sales ($000) | Mkt Cap/ Sales (0) | Beta (0) |
|---|---|---|---|---|---|---|---|
| JAKKS PACIFIC | JAKK | 18.95 | 19,556 | 370,580 | 284,309 | 1.303 | 1.00 |
| HASBRO, INC | HAS | 16.23 | 172,309 | 2,796,575 | 2,856,339 | 0.979 | 1.00 |
| MATTEL | MAT | 17.20 | 426,371 | 7,333,581 | 4,804,062 | 1.527 | 0.38 |
| RADICA GAMES | RADA | 4.14 | 17,640 | 73,030 | 98,554 | 0.741 | 1.28 |
| ZINDART LTD | ZND | 1.75 | 30,601 | 53,551 | 136,083 | 0.394 | 1.40 |
| AVERAGES (Beta is Median) | | | 133,295 | 2,125,463 | 1,635,869 | 0.989 | 1.00 |
| AVERAGES OF SMALLER COMPANIES | | | | | 117,319 | 0.567 | |

*Minority value. Should be converted to control value to use for valuation under the market approach.

Exhibit D
Page 32 of 34

000116

32. &W

EXHIBIT 15 PAGE 260

DRAFT REPORT

## TABLE I-1
### MARKET APPROACH
($000)

| | Job No. | 1131ABCV |
| | Appr Date | 12/31/2001 |
| | Run Date | 19-Oct-04 |

| | | |
|---|---|---|
| GROSS REVENUES - FY 2001 | | $ 96,370 |
| AVERAGE SMALL COMPANY REVENUE/MARKET CAP RATIO | | 0.567 |
| MARKET VALUE OF EQUITY ON A MINORITY BASIS | | $ 54,667 |
| Less Public/Private discount | 23.1% | (12,628) |
| MINORITY VALUE OF EQUITY - SMALL PRIVATE COMPANY | | $ 42,039 |
| Add Control Premium | 35% | 14,714 |
| EQUITY MARKET VALUE ON A CONTOL BASIS | | $ 56,800 |
| ADJUSTED EQUITY MARKET VALUE ON A CONTROL BASIS | | $ 56,800 |
| Less discount for lack of ready market | 25% | $ (14,200) |

000117

| DRAFT REPORT | TABLE J<br>CONCLUSION OF MARKET VALUE<br>($000) | | Job No. 1131A8CV<br>Appr Date 12/31/2001<br>Run Date 19-Oct-04 | |
|---|---|---|---|---|
| | Conclusion | Weight | Product |
| **MGM ENTERTAINMENT, INC.** | | | |
| INCOME APPROACH (Table E) | $ 46,300 | 0.60 | $ 27,780 |
| MARKET APPROACH (Table I-1) | $ 42,600 | 0.00 | |
| EXCESS EARNINGS APPROACH (Table G) | $ 44,550 | 0.40 | 17,820 |
| | | Rounded | $ 46,000 |
| Less Discount for Lack of Liquidity | | 10% | (4,600) |
| FMV OF BUSINESS ENTERPRISE (includes working capital) | | | $ 41,400 |
| Less Implied Working Capital | | | (11,800) |
| BASIC BUSINESS VALUE | | | $ 29,600 |
| Add Current Assets (Table A) | | | 29,900 |
| FMV OF TOTAL ASSETS | | | $ 59,500 |
| Less Total Liabilities (Table A-1) | | | (35,070) |
| FMV OF SHAREHOLDERS EQUITY ON A CONTROL BASIS | | | $ 24,430 |
| FMV OF SHAREHOLDER INTEREST ON A CONTROL BASIS | | 45% | $ 10,994 |
| | | Rounded | $ 11,000 |

000118

34. ℰω