QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
|---|---|
| Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
| vs. | |
| MATTEL, INC., a Delaware corporation, | [PROPOSED] ORDER RE. MATTEL, INC.'S MOTION FOR ORDER CONFIRMING THAT DISCOVERY MASTER HEARS AND RESOLVES ALL DISCOVERY DISPUTES INCLUDING THOSE WITH THIRD PARTIES; |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | |

Date: January 7, 2008
Time: 10 a.m.
Place: Courtroom 1

**Phase I**
Discovery Cut-Off:    January 28, 2008
Pre-Trial Conference: May 5, 2008
Trial Date:           May 27, 2008

## [PROPOSED] ORDER

Based on Mattel, Inc.'s Motion For Order Confirming That Discovery Master Hears And Resolves All Discovery Disputes, Including Those With Third Parties, and good cause appearing, IT IS HEREBY ORDERED:

(1) The Discovery Master shall hear and decide all discovery disputes between Mattel, Inc. and Carlos Gustavo Machado Gomez in accordance with the Stipulation and Order For Appointment Of A Discovery Master; and

(2) The Discovery Master shall hear and decide all discovery disputes between Mattel, Inc. and third parties subject to discovery requests or deposition in this litigation, including Elise Cloonan, Margaret Hatch-Leahy, Veronica Marlow, Farhad Larian, Kaye Scholer LLP and Stern & Goldberg.

DATED:            , 2007  _____
Hon. Stephen G. Larson
United States District Judge