QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED CASES | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>PROOF OF SERVICE<br><br>Date: January 7, 2008<br>Time: 10 a.m.<br>Place: Courtroom 1<br><br>**Phase I**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2292402.1

PROOF OF SERVICE

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On December 13, 2007, I served true copies of the following document(s) described as:

1. **MATTEL, INC.'S MOTION FOR ORDER CONFIRMING THAT DISCOVERY MASTER HEARS AND RESOLVES ALL DISCOVERY DISPUTES INCLUDING THOSE WITH THIRD PARTIES**

2. **DECLARATION OF JUAN PABLO ALBÁN IN SUPPORT OF MATTEL, INC.'S MOTION FOR ORDER CONFIRMING THAT DISCOVERY MASTER HEARS AND RESOLVES ALL DISCOVERY DISPUTES INCLUDING THOSE WITH THIRD PARTIES; AND *EX PARTE* APPLICATION**

3. **[PROPOSED] ORDER RE. MATTEL, INC.'S MOTION FOR ORDER CONFIRMING THAT DISCOVERY MASTER HEARS AND RESOLVES ALL DISCOVERY DISPUTES INCLUDING THOSE WITH THIRD PARTIES**

on the parties in this action as follows:

**PLEASE SEE ATTACHED SERVICE LIST**

**BY FACSIMILE:** On December 13, 2007, I caused said document(s) to be transmitted by facsimile pursuant to Rule 2008 of the California Rules of Court. The telephone number of the sending facsimile machine was (213) 443-3100. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The document was transmitted by facsimile transmission, and the sending facsimile machine properly issued a transmission report confirming that the transmission was complete and without error.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 13, 2007, at Los Angeles, California.

/s/ Rita Turner
Rita Turner

## SERVICE LIST

Alan N. Goldberg
Stern & Goldberg
6345 Balboa Blvd.
Suite 200
Encino, CA  91316
Tel: 818/758-3940
Facsimile: 818/758-3950

Alisa Morgenthaler Lever
Christensen, Glaser, Fink, Jacobs, Weil
 & Shapiro LLP
10250 Constellation Blvd., 19th Floor
Los Angeles, CA  90067
Tel: 310/553-3000
Facsimile: 310/556-2920

Larry McFarland, Esq.
Keats, McFarland & Wilson, LLP
9720 Wilshire Blvd.
Penthouse Suite
Beverly Hills, CA  90212
Tel: 310/248-3830
Facsimile: 310/860-0363

Bryant S. Delgadillo
Kaye Scholer LLP
1999 Avenue of the Stars
Suite 1700
Los Angeles, CA  90071
Tel: 310/788-1000
Facsimile: 310/788-1200