QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  timalger@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>                    Plaintiff,<br><br>          vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>                    Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. CV 04-09059 & Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Hon. Edward Infante (Ret.)]**<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL CONSOLIDATED SEPARATE STATEMENT AND EXHIBITS 26, 33, 35, 36, 42 TO THE DECLARATION OF JUAN PABLO ALBÁN IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY ISAAC LARIAN<br><br>[~~PROPOSED~~] ORDER<br><br>Hearing Date:     January 4, 20008<br>Time:             TBA<br>Place:            Telephonic<br><br>**Phase 1:**<br>Discovery Cut-off:    January 28, 2008<br>Pre-trial Conference: April 21, 2008<br>Trial Date:           May 27, 2008 |

07209/2322115.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1    Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order

2 entered by the Court in this action, plaintiff and counter-defendant Mattel, Inc.

3 ("Mattel") hereby respectfully requests that the Court order filed under seal Mattel,

4 Inc.'s Consolidated Separate Statement, and Exhibits 33, 35, 36, and 42 to the

5 concurrently filed Declaration of Juan Pablo Albán in Support of Mattel, Inc.'s

6 Motion to Compel Production of Documents by Isaac Larian (the "Declaration").

7    The Declaration attaches as exhibits, and the consolidated separate

8 statement references, documents that MGA Entertainment, Inc. has designated as

9 "Confidential" or "Confidential--Attorneys' Eyes Only" pursuant to the Protective

10 Order.  MGA Entertainment, Inc. has designated Exhibits 33, 35, 36, and 42 as

11 "Confidential--Attorneys' Eyes Only," and Exhibit 26 as "Confidential."  In

12 addition, the Consolidated Separate Statement references other documents that

13 MGA Entertainment, Inc. has designated as "Confidential--Attorneys' Eyes Only."

14 Accordingly, Mattel requests that the Court order that Mattel, Inc.'s Consolidated

15 Separate Statement, and Exhibits 26, 33, 35, 36, and 42 to the Declaration be filed

16 under seal.

17

18

19 DATED:  December 12, 2007          QUINN EMANUEL URQUHART OLIVER &
                                       HEDGES, LLP
20

21                                     By
22                                        Scott B. Kidman
                                          Attorneys for Mattel, Inc.
23

24

25

26

27

28

1

2                                    [PROPOSED] ORDER

3

4              Based on the above Application, and good cause appearing for the

5    entry thereof, IT IS HEREBY ORDERED:

6              Mattel, Inc.'s concurrently filed Consolidated Separate Statement, and

7    Exhibits 26, 33, 35, 36, and 42 to the concurrently filed Declaration of Juan Pablo

8    Albán in Support of Mattel, Inc.'s Motion to Compel Production of Documents by

9    Isaac Larian, are ORDERED filed under seal pursuant to Local Rule 79-5.1.

10

11   DATED: December 12        , 2007

12                                          Hon. Stephen G. Larson
                                            United States District Judge
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

07209/2322115.1
                                            -3-

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On December 12, 2007, I served true copies of the following document(s) described as **MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL CONSOLIDATED SEPARATE STATEMENT AND EXHIBITS 26, 33, 35, 36, 42 TO THE DECLARATION OF JUAN PABLO ALBAN IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY ISAAC LARIAN; [PROPOSED] ORDER** on the parties in this action as follows:

> Thomas J. Nolan
> **Skadden, Arps, Slate, Meagher & Flom LLP**
> 300 South Grand Ave., Ste. 3400
> Los Angeles, California 90071
> ***Attorneys for MGA ENTERTAINMENT, INC.***

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 12, 2007, at Los Angeles, California.

NOW LEGAL -- Dave Quintana

07209/2169461.1

1

**PROOF OF SERVICE**

2      I am employed in the County of Los Angeles, State of California.  I am over the age of
eighteen years and not a party to the within action; my business address is 865 South Figueroa

3   Street, 10th Floor, Los Angeles, California 90017-2543.

4   On December 12, 2007, I served true copies of the following document(s) described as **MATTEL,
INC.'S APPLICATION TO FILE UNDER SEAL CONSOLIDATED SEPARATE**

5   **STATEMENT AND EXHIBITS 26, 33, 35, 36, 42 TO THE DECLARATION OF JUAN
PABLO ALBAN IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL**

6   **PRODUCTION OF DOCUMENTS BY ISAAC LARIAN; [PROPOSED] ORDER** on the
parties in this action as follows:

7

8      John W. Keker                          Mark E. Overland, Esq.
       Michael H. Page                         David E. Scheper, Esq.

9      Christa M. Anderson                     Alexander H. Cote, Esq.
       **Keker & Van Nest, LLP**                **Overland Borenstein Scheper & Kim,**

10     710 Sansome Street                      **LLP**
       San Francisco, CA 94111                 300 South Grand Avenue

11     ***Attorneys for CARTER BRYANT***        Suite 2750
                                               Los Angeles, CA 90071-3144

12                                             ***Attorneys for Carlos Gustavo Machado***

13

14   **BY MAIL:**  I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I
deposited such envelope(s) in the mail at Los Angeles, California.  The envelope was mailed with

15   postage thereon fully prepaid.

16      I declare that I am employed in the office of a member of the bar of this Court at whose
direction the service was made.

17

18      Executed on December 12, 2007, at Los Angeles, California.

19

20   Yalonda J. Dekle

21

22

23

24

25

26

27

28

07209/2081332.1