QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff
Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>　　　　　Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>MATTEL INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 23 AND 32 TO THE DECLARATION OF JUAN PABLO ALBÁN IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL PRODUCTION FROM KAYE SCHOLER; AND<br><br>[PROPOSED] ORDER<br><br>Hearing Date:　January 10, 2008<br>Time:　　　　　9:00 a.m.<br>Place:　　　　　Telephonic<br><br>**Phase I**<br>Discovery Cut-off:　January 28, 2008<br>Pre-trial Conference:　May 5, 2008<br>Trial Date:　　　　　May 27, 2008 |

07209/2319069.1

APPLICATION TO FILE UNDER SEAL

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by
2  the Court in this action, plaintiff Mattel, Inc. ("Mattel") hereby respectfully requests
3  that the Court order filed under seal Exhibits 23 and 32 to the concurrently filed
4  Declaration of Juan Pablo Albán in Support of Mattel, Inc.'s Motion to Compel
5  Production of Metadata ("Albán Declaration").

6  The Albán Declaration attaches as exhibits documents that Carter Bryant,
7  MGA Entertainment, Inc. ("MGA"), or Mattel, Inc. have designated as
8  "Confidential" or "Confidential--Attorneys' Eyes Only" pursuant to the Protective
9  Order. Exhibit 23 to the Albán Declaration consists of portions of the transcript of
10 Paula Garcia, which were designated by MGA and/or Carter Bryant as
11 "Confidential--Attorneys' Eyes Only." Exhibit 32 are sections of MGA's audited
12 financial statements from 2002-2006, which MGA designated as "Confidential--
13 Attorney's Eyes Only". Mattel respectfully requests that the Court order Exhibits 23
14 and 32 be filed under seal.

15 In the alternative, Mattel requests that the Court declare these Exhibits to be
16 outside the definition of "Confidential" and/or "Confidential--Attorneys' Eyes Only"
17 as contained in the Stipulated Protective Order and order them to be filed as part of
18 the public record.

20 DATED: December 11, 2007    QUINN EMANUEL URQUHART OLIVER &
                              HEDGES, LLP

                              By_____
                              Juan Pablo Albán
                              Attorneys for Plaintiff
                              Mattel, Inc.

07209/2319069.1

-2-

APPLICATION TO FILE UNDER SEAL

# [~~PROPOS~~ED] ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Exhibits 23 and 32 to the Declaration of Juan Pablo Albán submitted in support of Mattel's Motions to Compel Kaye Scholer to Produce Documents, are ORDERED lodged under seal pursuant to Local Rule 79-5.1.

DATED: December 13, 2007

_____
Hon. Stephen G. Larson
United States District Judge