QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
 John B. Quinn (Bar No. 90378)
 (johnquinn@quinnemanuel.com)
 Michael T. Zeller (Bar No. 196417)
 (michaelzeller@quinnemanuel.com)
 Jon D. Corey (Bar No. 185066)
 (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff
Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> MATTEL, INC., a Delaware corporation, <br><br> Defendant. <br><br> AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx) <br> Consolidated with <br> Case Nos. CV 04-09059 & CV 05-2727 <br><br> Hon. Stephen G. Larson <br><br> [PROPOSED] ORDER GRANTING MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL CERTAIN EXHIBITS TO THE SUPPLEMENTAL DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S MOTION TO ENFORCE THE COURT'S ORDER OF MAY 15, 2007, TO (I) COMPEL MGA TO PRODUCE COMPELLED DOCUMENTS (INCLUDING FEE AND/OR INDEMNITY AGREEMENTS BETWEEN MGA AND BRYANT), (II) ORDER THAT ANY PRIVILEGE OBJECTIONS HAVE BEEN WAIVED, AND (III) IMPOSE SANCTIONS <br><br> [Local Rule 79-5.1] <br><br> **Phase 1** <br> Discovery Cut-Off:  January 28, 2008 <br> Pre-Trial Conference: May 5, 2008 <br> Trial Date:  May 27, 2008 |

# [P~~ROPO~~SED] ORDER

Based on Mattel, Inc.'s Application to File Under Seal Certain Exhibits to the Supplemental Declaration of B. Dylan Proctor in support of Mattel's Motion to Enforce the Court's Order of May 15, 2007, to (I) Compel MGA to Produce Compelled Documents (Including Fee And/Or Indemnity Agreements Between MGA And Bryant), (II) Order That Any Privilege Objections Have Been Waived, And (III) Impose Sanctions, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Exhibits 3, 13, and 14 to the Supplemental Declaration of B. Dylan Proctor in Support of Mattel, Inc.'s Motion to Enforce the Court's Order of May 15, 2007, are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: December 12, 2007

/s/ S.G. Larson
Hon. Stephen G. Larson
United States District Judge