QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff
Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. CV 04-09059 & Case No. CV 05-02727<br><br><u>Hon. Stephen G. Larson</u><br><br>[~~PROPOSED~~] ORDER GRANTING MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL CERTAIN PORTIONS OF ITS MOTION MOTION TO COMPEL PRODUCTION OF IMPROPERLY WITHHELD MGA DOCUMENT SHOWING MGA'S AND BRYANT'S MISREPRESENTATIONS TO THE PATENT OFFICE IN CONNECTION WITH BRATZ AND TO COMPEL 30(B)(6) TESTIMONY, AND CERTAIN PORTIONS OF AND EXHIBITS TO THE DECLARATION OF MICHAEL T. ZELLER FILED IN SUPPORT THEREOF<br><br>[<u>Local Rule</u> 79-5.1]<br><br>**Phase 1**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

[PROPOSED] ORDER

Based on Mattel, Inc.'s Application to File Under Seal Certain Portions of its Motion To Compel Production Of Improperly Withheld MGA Document Showing MGA's And Bryant's Misrepresentations To The Patent Office In Connection With Bratz And To Compel 30(b)(6) Testimony And Certain Portions Of And Exhibits To The Declaration Of Michael T. Zeller Filed In Support Thereof, and good cause appearing, IT IS HEREBY ORDERED:

(1) The following portions of Mattel's Motion To Compel Production Of Improperly Withheld MGA Document Showing MGA's And Bryant's Misrepresentations To The Patent Office In Connection With Bratz And To Compel 30(b)(6) Testimony: 1:7-13, 3:14-15, 4:1-4, 4:6-7, 4:7-8, 4:21-5:2, 6:16-18, 7:4, 7:16, 9:5, 9:17;

(2) The following portions of the concurrently filed Declaration Of Michael T. Zeller In Support Of Mattel's Motion To Compel Production Of Improperly Withheld MGA Document Showing MGA's And Bryant's Misrepresentations To The Patent Office In Connection With Bratz And To Compel 30(b)(6) Testimony ("Zeller Declaration"): 2:12-13, 3:4-7, and

(3) Exhibits 1 and 11 to the Zeller Declaration,

are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: December 12, 2007

Hon. Stephen G. Larson
United States District Judge