# EXHIBIT 15



**LITTLER MENDELSON®**
A PROFESSIONAL CORPORATION

Douglas A. Wickham
Direct: 310.712.7314
Direct Fax: 310.553.5583
dwickham@littler.com

ARIZONA

CALIFORNIA

COLORADO

DISTRICT OF COLUMBIA

FLORIDA

GEORGIA

March 16, 2007

<u>VIA HAND DELIVERY</u>

Michael T. Zeller, Esq.
Quinn Emanuel Urquhart Oliver & Hedges LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017

ILLINOIS

MASSACHUSETTS

MINNESOTA

Re:   <u>Bryant v. Mattel</u>

Dear Mr. Zeller:

Pursuant to Discovery Master Infante's January 25, 2007 Order (as modified concerning the due dates for supplemental document productions), I have enclosed with this letter Carter Bryant's second supplemental document production.  This supplemental production is comprised of documents that are all marked "*CONFIDENTIAL - - ATTORNEY'S EYES ONLY*" and are Bates numbered BRYANT 05100 through 17618.  We also have enclosed a privilege log and Mr. Bryant's Verification regarding prior redactions to his telephone records.

In addition, as we agreed (and with you reserving all of your client's rights in this regard including its right to insist on conducting an inspection of the actual hard drive(s) or to have a third party do so), Carter Bryant's computer hard drive(s) need not be produced at this time.  However, we have enclosed in the supplement production those documents that we could open on the hard drive(s), which contain material that may be responsive to Discovery Master Infante's order.  In this regard, we erred on the side of over-inclusiveness rather than under-inclusiveness.

Moreover, for those documents/images on the drive(s) that contain highly private material, we will obtain and send to you information regarding the file types and the "last modified" or "saved" dates for such files, if such information is accessible from the drive(s).  We truly appreciate your courtesy in this regard.

NEVADA

NEW JERSEY

NEW YORK

NORTH CAROLINA

OHIO

PENNSYLVANIA

TEXAS

EXHIBIT _15_ PAGE _109_

WASHINGTON

THE NATIONAL EMPLOYMENT & LABOR LAW FIRM™

2049 Century Park East, 5th Floor, Los Angeles, California 90067.3107   Tel: 310.553.0308 Fax: 310.553.5583 www.littler.com

Michael T. Zeller, Esq.
March 16, 2007
Page 2

After you have received and reviewed this letter and the enclosed supplemental production, please call me if you wish to discuss this matter further.

Sincerely,

Douglas A. Wickham

DAW:cdm
Enclosures

Firmwide:82192031.1 028307.1010

EXHIBIT _15_ PAGE _110_

# EXHIBIT 16

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-624-7707 FAX 213-624-0643

March 26, 2007

<u>VIA FACSIMILE AND U.S. MAIL</u>

Douglas A. Wickham, Esq.
Littler Mendelson
2049 Century Park East, 5th Floor
Los Angeles, California 90067

Re:    <u>Mattel, Inc. v. Bryant</u>

Dear Mr. Wickham:

I am writing pursuant to the Discovery Master Stipulation to request a meet and confer in advance of Mattel's contemplated motion to compel and for sanctions as a result of Bryant's failure to produce his hard drive as ordered by Judge Infante's Order compelling its production.

Although Mattel had agreed to a brief extension of a few days for Bryant to produce the hard drive, that time has now expired and, indeed, you have failed to comply with even the requests that I had made, and that you had agreed to, in exchange for that extension.  The hard drive's production is thus now overdue.  As I have also informed you, we regret that, in light of Bryant's flat refusals to extend similar courtesies of extensions of time to Mattel, we are unable to accept any further delays in Bryant's production of the hard drive.

Please let me know when you are available to meet and confer within the time required. Alternatively, Bryant can promptly comply with his obligations under the Order and produce the hard drive so that Mattel can proceed with its forensic examination.

Best regards,

*Michael T. Zeller*
Michael T. Zeller

EXHIBIT <u>16</u>   PAGE <u>111</u>

quinn emanuel urquhart oliver & hedges, llp

NEW YORK | 335 Madison Avenue, 17th Floor, New York, New York 10017 | TEL 212-702-8100 FAX 212-702-8200
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94104 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-620-4500 FAX 650-620-4555
PALM SPRINGS | 45-025 Manitou Drive, Suite 8, Indian Wells, California 92210 | TEL 760-345-4757 FAX 760-345-2414
SAN DIEGO | 4445 Eastgate Mall, Suite 200, San Diego, California 92121 | TEL 858-812-5107 FAX 858-812-3336

07209/2086528.1

cc:     Keith Jacoby, Esq.
         Diana Torres, Esq.
         Jim Jenal, Esq.

EXHIBIT _16_ PAGE _112_

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

**NEW YORK**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

**LOS ANGELES**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

**SAN FRANCISCO**
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

**SAN DIEGO**
4445 Eastgate Mall, Suite 200
San Diego, CA 92121
(858) 812-3107
Facsimile: (858) 812-3336

**SILICON VALLEY**
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

## LOS ANGELES OFFICE
## FACSIMILE TRANSMISSION

**DATE:**     March 26, 2007                   **NUMBER OF PAGES, INCLUDING COVER:** __

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Douglas A. Wickham, Esq.<br>Keith A. Jacoby, Esq.<br>***Littler Mendelson*** | (310) 553-0308 | (310) 553-5583 |
| Diana Torres, Esq.<br>Jim Jenal, Esq.<br>***O'Melveney & Meyers*** | (213) 430-6000 | (213) 430-6407 |
|  |  |  |

**FROM:**     Michael T. Zeller

**RE:**     Mattel, Inc. v. Bryant

**FAXED  MAR 26 2007**

**MESSAGE:**

07209/1915016.1

| CLIENT # | 07209 | ROUTE/<br>RETURN TO: | Mia Albert - 3 | ☒ CONFIRM FAX<br>☒ INCLUDE CONF. REPORT |
|---|---|---|---|---|
| OPERATOR: | _WM_ | CONFIRMED? | ☐ NO  ☐ YES: | |

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE.

EXHIBIT _16_ PAGE _113_



★03/26/2007 16:52 FAX  21362406**        QEUOH-LAO-2                    ☑001

```
                      **********************
                      ***  TX REPORT   ***
                      **********************

          TRANSMISSION OK

          TX/RX NO              2132
          RECIPIENT ADDRESS     9414#07208#13105535583
          DESTINATION ID
          ST. TIME              03/26 16:51
          TIME USE              01'07
          PAGES SENT            3
          RESULT                OK
```

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

**NEW YORK**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

**LOS ANGELES**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

**SAN FRANCISCO**
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

**SAN DIEGO**
4445 Eastgate Mall, Suite 200
San Diego, CA 92121
(858) 812-3107
Facsimile: (858) 812-3336

**SILICON VALLEY**
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

## LOS ANGELES OFFICE
## FACSIMILE TRANSMISSION

**DATE:**   March 26, 2007          **NUMBER OF PAGES, INCLUDING COVER:** __

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Douglas A. Wickham, Esq. Keith A. Jacoby, Esq. *Littler Mendelson* | (310) 553-0308 | (310) 553-5583 |
| Diana Torres, Esq. Jim Jenal, Esq. *O'Melveny & Meyers* | (213) 430-6000 | (213) 430-6407 |

**FROM:**   Michael T. Zeller

EXHIBIT _16_ PAGE _114_

**RE:**   Mattel, Inc. v. Bryant

## Group Send Report

```
Page       : 001
Date & Time: 03-26-2007   04:44pm
Line 1     : 2136240643
Line 2     :
Machine ID : QUINN EMANUEL
```

Job number          :   404

Date                :   03-26  04:41pm

Number of pages     :   003

Start time          :   03-26  04:41pm

End time            :   03-26  04:44pm

Successful nbrs.

    Fax numbers

       ☎9414#007209#12134306407#


Unsuccessful nbrs.                                          Pages sent

    Fax numbers

       ☎*9414#07209#13105535583                            000


EXHIBIT  16  PAGE  115

# EXHIBIT 17

Received:   3/26/07   6:19PM;      310 553 5583 -> JetFax M920;   Page 2
MAR-26-2007 18:21 FROM:LITTLE  MENDELSON   310 553 5583      JO:12136240643      P.2/2

## LITTLER MENDELSON®
A PROFESSIONAL CORPORATION

March 26, 2007

Douglas A. Wickham
Direct: 310.712.7314
Direct Fax: 310.553.5583
dwickham@littler.com

**VIA U.S. MAIL AND FACSIMILE (213.443.3100)**

Michael Zeller, Esq.
Quinn Emanuel Urquhart Oliver & Hedges LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017

Re:   Mattel, Inc. v. Carter Bryant

Dear Mr. Zeller:

I am writing pursuant to the Discovery Master Stipulation to request a meet and confer in advance of Carter Bryant's contemplated motion for a further protective order and for sanctions relating to one hard drive.

Prior to the due date for the March 16 document production in response to the Discovery Master's January 25 order, you agreed that Bryant need not produce his computer hard drives so long as he produced all responsive documents contained on the hard drives. This agreement was prompted by my discovery that there were very private images on the hard drives that have absolutely no bearing on the facts or claims in this case. This agreement was witnessed by myself and Ms. Torres and is memorialized in our recent letter that accompanied Mr. Bryant's production of documents on March 16, 2007. Today, however, you reneged on this agreement and demanded that Mr. Bryant produce his hard drive for inspection, presumably for Mattel to gain access to highly private material.

With this letter, I seek to meet and confer with you prior to filing a motion for a further protective order relating to Bryant's hard drives. Alternatively, Mattel can avoid this motion if it promptly agrees to stipulate to the entry of a protective order pertaining to private material on Bryant's hard drives and agrees — as you agreed before — that such private material on Bryant's hard drive on his personal computers need not be produced.

Please let me know at your earliest convenience when you are available to meet and confer prior to Bryant filing a motion in this regard.

Sincerely,

Douglas A. Wickham

DAW:cdm

EXHIBIT 17 PAGE 116

cc:   Diana Torres, Esq.
      Diba Rastegar, Esq.
Firmwide:82242456.1 028307.1010

THE NATIONAL EMPLOYMENT & LABOR LAW FIRM™
2049 Century Park East, 5th Floor, Los Angeles, California 90067-3107  Tel: 310.553.0308 Fax: 310.553.5583 www.littler.com



# LITTLER MENDELSON®

A PROFESSIONAL CORPORATION

## FACSIMILE COVER SHEET

March 26, 2007

To:   Michael T. Zeller, Esq.            Fax:  (213) 443-3100   Phone:
      Quinn Emmanuel Urquhart Oliver
      & Hedges, LLP

Fax #(s) verified before sending (initial):

From:   Douglas A. Wickham          Fax:  310.553.5583   Phone:  310.712.7314

Length, including this cover letter:   2     Pages

If you do not receive all pages, please call Sender's Phone Number.

This is the only copy sent to you unless one of the following is checked.
☒ Original sent by regular mail.       ☐ Original sent by overnight service.
☐ Original will be hand-delivered.

Message:

Attached please find my letter of today's date, regarding the matter of *Mattel v. Bryant, et al.,* for your review and response, if any.

Firmwide:65448116.2 028307.1010

EXHIBIT _17_  PAGE _117_

CONFIDENTIALITY – The information contained in this fax message is intended only for the personal and confidential use of the designated recipient(s) named above. This message is a communication from attorneys or their agents relating to pending legal matters and, as such, is intended to be privileged and/or confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us by mail. Thank you.

Transmittal Completed: _____ am / pm   Client Code: _028307.1010_   User Number: _1745_

THE NATIONAL EMPLOYMENT & LABOR LAW FIRM™
2049 Century Park East, 5th Floor, Los Angeles, CA 90067-3107 Tel: 310.553.0308 Fax: 310.553.5583, www.littler.com

# EXHIBIT 18

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-624-7707 FAX 213-624-0643

March 27, 2007

**VIA FACSIMILE AND U.S. MAIL**

Douglas A. Wickham, Esq.
Littler Mendelson
2049 Century Park East, 5th Floor
Los Angeles, California  90067

Re:   Mattel, Inc. v. Bryant

Dear Mr. Wickham:

I am in receipt of your letter of last night asking for a meet and confer on a purported motion for protective order as to the hard drive that Bryant was ordered by Judge Infante to produce but that Bryant has failed to produce.

Because you sent your letter after 6 p.m. last night, your request is not effective until today.  As you know, this is in accordance with a provision in the Discovery Master Stipulation that Bryant and MGA themselves insisted on.  We are available to meet and confer at any time during the afternoon of April 3, 2007.  Please let me know when you are available.

Also, your letter misstates the record.  As you know, there was no agreement, or any offer, that Bryant's hard drive "need not be produced."  To the contrary, there is a Court Order requiring its production, and I made clear to you during our calls that we intended to have a computer forensics expert examine it, as is Mattel's right.  That cannot be done without the hard drive, which Bryant is now apparently refusing to produce.

What I had extended to you was the courtesy of delaying its production for a few days so that the parties could further discuss Bryant's turning over of the hard drive in light of his supposed, belated concerns about its contents without waiver of our right to enforce the Order by its terms and on the condition that (1) Bryant produce hard copies of all files on the drive that had

**quinn emanuel urquhart oliver & hedges, llp**   EXHIBIT _18_ PAGE _118_

NEW YORK | 335 Madison Avenue, 17th Floor, New York, New York 10017 | TEL 212-702-8100 FAX 212-702-8200
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94104 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-620-4500 FAX 650-620-4555
PALM SPRINGS | 45-025 Manitou Drive, Suite 8, Indian Wells, California 92210 | TEL 760-345-4757 FAX 760-345-2414
SAN DIEGO | 4445 Eastgate Mall, Suite 200, San Diego, California 92121 | TEL 858-812-3107 FAX 858-812-3336

otherwise been ordered, including any and all deleted files, no later than March 16, 2007; and (2) Bryant provide a detailed log of each file that he claimed constituted his supposed, and unidentified, "private" material that included each file's format, size, creation date and any modification date(s). Bryant was supposed to have complied with the second condition no later than last week so that we could complete our discussions about what, if any, additional procedures Mattel would be amenable to in light of Bryant's alleged concerns. Indeed, when I spoke with you last week, you assured me that the log was on its way. Nevertheless, Bryant still not provided that log and failed to honor his end of the bargain. Thus, contrary to your letter, I was not the one who "reneged" on the parties' actual agreement; you were.[1]

Bryant apparently now takes the position that his vague, unproven claims about this "private" material on the hard drive -- an issue that Bryant could have, but failed to raise on the motion to compel -- unilaterally allows him to disregard both his commitments to us and the Court's Order. Your letter fails to provide any meaningful basis for your position, so if Bryant has such a basis, please provide it as required by the Discovery Master Stipulation.

Finally, pursuant to the Discovery Master Stipulation, I am requesting that Bryant's counsel meet and confer within the required time in connection with a contemplated Mattel motion to de-designate your email of February 27, 2007. You purported to designate it as "Attorneys Eyes' Only" under the Protective Order, but we are unaware of any basis that would support it. Please be prepared to explain Bryant's justification for that designation or else withdraw it.

---

[1]   As this also makes clear, your accusation that Mattel is seeking the hard drive "to gain access to highly private material" is frivolous. Mattel moved for, and Judge Infante ordered, its production because it contains plainly relevant documents and metadata and because the entirety of the hard drive is, in itself, the proper subject of forensic examination, especially in light of Bryant's and MGA's demonstrable spoliation in this case. At no time during the motion practice did Bryant claim, let alone prove, that it had this unspecified "highly private material" you now claim. While I provided you some additional time so that the parties could discuss the matter further, you failed to provide the information that was a condition of that extension and indeed that I sought so that we could explore whether the issue was resolvable and, if so, on what terms. One can only presume from your failure to comply with your promises that the information would contradict Bryant's latest, unsupported effort to avoid discovery and avoid full compliance with the Court's Order.

EXHIBIT _18_ PAGE _119_

I look forward to hearing from you.

Very truly yours,

Michael T. Zeller

07209/2086528.1

cc:    Keith Jacoby, Esq.
        Diana Torres, Esq.
        Jim Jenal, Esq.

EXHIBIT __18__ PAGE __120__

 

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

**NEW YORK**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

**LOS ANGELES**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

**SAN FRANCISCO**
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

**SAN DIEGO**
4445 Eastgate Mall, Suite 200
San Diego, CA 92121
(858) 812-3107
Facsimile: (858) 812-3336

**SILICON VALLEY**
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

## LOS ANGELES OFFICE

## FACSIMILE TRANSMISSION

**DATE:**   March 27, 2007

**NUMBER OF PAGES, INCLUDING COVER:**

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| *Douglas Wickham, Esq.* *Keith Jacoby, Esq.* Littler Mendelson | (310) 553-0308 | (310) 553-5583 |
| *Diana M. Torres, Esq.* *Jim Jenal, Esq.* O'Melveny & Myers LLP | (213) 430-6584 | (213) 430-6407 |

**FROM:**   Michael T. Zeller

**FAXED**
**MAR 27 2007**

**RE:**   *Mattel, Inc. v. Carter Bryant*

**MESSAGE:**

07209/2047927.1

| CLIENT # 7209 | ROUTE/ RETURN TO: | Mia Albert./3th Floor | ☐ CONFIRM FAX ☐ INCLUDE CONF. REPORT |
|---|---|---|---|
| OPERATOR: | *wM* | CONFIRMED?  ☐ NO  ☐ YES: | |

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE.

EXHIBIT _18_ PAGE _121_

03/27/2007 12:50 FAX  213824      QEUOH-LAO-2      ☑ 001

```
                   *******************************
                   ***   MULTI TX/RX REPORT   ***
                   *******************************
TX/RX NO          2137
PGS.              4
TX/RX INCOMPLETE  -----

TRANSACTION OK

                  (1)   9414#07209#13105535583
                  (2)   9414#007209#12134306407
ERROR INFORMATION

                  -----
```

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

**NEW YORK**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

**LOS ANGELES**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

**SAN FRANCISCO**
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

**SAN DIEGO**
4445 Eastgate Mall, Suite 200
San Diego, CA 92121
(858) 812-3107
Facsimile: (858) 812-3336

**SILICON VALLEY**
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

## LOS ANGELES OFFICE
# FACSIMILE TRANSMISSION

**DATE:** March 27, 2007      **NUMBER OF PAGES, INCLUDING COVER:**

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| *Douglas Wickham, Esq.* *Keith Jacoby, Esq.*    Littler Mendelson | (310) 553-0308 | (310) 553-5583 |
| *Diana M. Torres, Esq.* *Jim Jenal, Esq.*    O'Melveny & Myers LLP | (213) 430-6584 | (213) 430-6407 |

**FROM:** Michael T. Zeller

**RE:** *Mattel, Inc. v. Carter Bryant*    EXHIBIT _18_ PAGE _122_

**MESSAGE:**

# EXHIBIT 19

**LITTLER MENDELSON®**
A PROFESSIONAL CORPORATION

ARIZONA

CALIFORNIA

COLORADO

March 27, 2007

Douglas A. Wickham
Direct: 310.712.7314
Direct Fax: 310.553.5583
dwickham@littler.com

DISTRICT OF
COLUMBIA

FLORIDA

**VIA U.S. MAIL AND FACSIMILE (213.443.3100)**

Michael Zeller, Esq.
Quinn Emanuel Urquhart Oliver & Hedges LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017

GEORGIA

Re:    **Mattel, Inc. v. Carter Bryant**

ILLINOIS

Dear Mr. Zeller:

I received your recent letter seeking to meet and confer with me regarding Mattel's motion pertaining to Mr. Bryant's hard drives.

MASSACHUSETTS

I am in mediation all day on Wednesday, March 28, 2007, and I am tied up with hearings and other matters on Thursday, March 29, 2007. I may be available to meet and confer with you on Friday, March 30, 2007 (only in the morning) or on Monday, April 2, 2007. However, there is a possibility that I will be in court Friday morning and then I will be out of town on Friday afternoon. I will monitor my schedule and send you another letter or an email message once my calendar has firmed up.

MINNESOTA

NEVADA

In the meantime, we clearly disagree with your revisionist history of the parties' agreement concerning Mr. Bryant's hard drive(s). That said, we are exploring whether we can make a copy of the hard drive(s) and produce it to you after removing highly private, non-responsive documents.

NEW JERSEY

NEW YORK

Moreover, Mr. Bryant's hard drive(s) that were recently copied in Missouri contain material which the Discovery Master has ruled need not be produced until the end of June 2007. The parties already commenced discussions concerning the modification of the protective order in this case to address issues pertaining to as of yet unreleased products. After further examination, it appears that these drives also contain highly private, non-responsive documents. Accordingly, since the parties need to continue the meet and confer sessions regarding modification of the protective order, we can take up these related issues when we next confer.

NORTH CAROLINA

OHIO

PENNSYLVANIA

In the meantime, you should be informed that Bryant already has produced hard copies of all documents responsive to Discovery Master Infante's January 25, 2007 order that could be located/accessed on Bryant's hard drives except for documents/images that Discovery Master

TEXAS

WASHINGTON

EXHIBIT _19_ PAGE _123_
THE NATIONAL EMPLOYMENT & LABOR LAW FIRM™

Michael Zeller, Esq.
March 27, 2007
Page 2


Infante recently determined need not be produced until the end of June 2007 (and which will be the subject of the further protective order in this case).

Sincerely,

Douglas A. Wickham

DAW:cdm

cc:    Diana Torres, Esq.
       Diba Rastegar, Esq.

Firmwide:82251531.1 028307.1010

EXHIBIT __19__ PAGE __124__

# EXHIBIT 20



**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-624-7707 FAX 213-624-0643

March 29, 2007

<u>VIA FACSIMILE AND U.S. MAIL</u>

Douglas A. Wickham, Esq.
Littler Mendelson
2049 Century Park East, 5th Floor
Los Angeles, California  90067

Re:   <u>Mattel, Inc. v. Bryant</u>

Dear Mr. Wickham:

Thank you for your letter of late Tuesday evening regarding Mattel's request to meet and confer on Bryant's failure to comply with Judge Infante's order compelling production of Bryant's hard drives.

Although your letter states that you would provide me with proposed times for our requested meet and confer once your calendar "has firmed up," I have heard nothing further from you on this score.  I am available anytime on Friday or Monday to have the meet and confer.  Please let me know when you or other counsel for Bryant will be here.

Your letter also asserts for the first time that Bryant need not comply with Judge Infante's Order because the drives allegedly have unspecified information about "as of yet unreleased products." Although there are several defects with your belated claim, they need be not addressed in this letter since those can be discussed at the meet and confer.  Far more troubling, however, is that you now appear to be stating that you are withholding hard drives beyond the one you previously disclosed and are asserting that Bryant is entitled to refuse production of *all* of them.  As you

EXHIBIT <u>20</u>  PAGE <u>125</u>

**quinn emanuel urquhart oliver & hedges, llp**

NEW YORK | 335 Madison Avenue, 17th Floor, New York, New York 10017 | TEL 212-702-8100 FAX 212-702-8200
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94104 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-620-4500 FAX 650-620-4555
PALM SPRINGS | 45-025 Manitou Drive, Suite 8, Indian Wells, California 92210 | TEL 760-345-4757 FAX 760-345-2414
SAN DIEGO | 4445 Eastgate Mall, Suite 200, San Diego, California 92121 | TEL 858-812-3107 FAX 858-812-3336

know, Bryant purchased a desktop computer in October 2000. He testified at deposition that, prior to November 2004, he had given that computer to his niece, and Bryant's counsel has represented that this hard drive has been in Bryant's counsel's possession since at least as early as November 2004. Presumably, you do not mean to claim that this drive could plausibly have information about products that are going to be released this year or next. This suggests that Bryant continues to withhold documents and information for reasons unrelated to particular, upcoming product releases and that . Please be prepared to discuss at the meet and confer Bryant's failure to produce this hard drive, which was a specific subject of Mattel's motion to compel.

The vague claim in your letter that my earlier letter engaged in "revisionist history" is erroneous. Your letter fails to identify what is allegedly incorrect in my recitation of the facts. Nor could it. It is undisputed that you had promised over a month ago now to provide a log of the files at issue (as is even reflected in your own prior correspondence) but have failed to do so.

Finally, I do not believe that I have received a response to my letter of March 27, 2007 asking to meet and confer by next Tuesday regarding Bryant's failure to produce for Mattel's inspection and photographing the tangible items that Judge Infante had compelled Bryant to produce. As I have informed you, I am available anytime next Tuesday to discuss Bryant's contemplated protective order motion. If you would like to meet next Tuesday on that at the same time on Mattel's anticipate motion as to Bryant's tangible items, please let me know.

I look forward to hearing when Bryant's counsel will be here for Mattel's requested meet and confers.

Very truly yours,

*Michael T. Z.*

Michael T. Zeller

07209/2090000.1

cc:    Keith Jacoby, Esq.
       Diana Torres, Esq.
       Jim Jenal, Esq.

EXHIBIT _20_ PAGE _126_

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

**NEW YORK**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

**LOS ANGELES**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

**SAN FRANCISCO**
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

**SAN DIEGO**
4445 Eastgate Mall, Suite 200
San Diego, CA 92121
(858) 812-3107
Facsimile: (858) 812-3336

**SILICON VALLEY**
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

## LOS ANGELES OFFICE
## FACSIMILE TRANSMISSION

**DATE:**   March 29, 2007            **NUMBER OF PAGES, INCLUDING COVER:**

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| *Douglas Wickham, Esq.* *Keith Jacoby, Esq.*   Littler Mendelson | (310) 553-0308 | (310) 553-5583 |
| *Diana M. Torres, Esq.* *Jim Jenal, Esq.*   O'Melveny & Myers LLP | (213) 430-6584 | (213) 430-6407 |

**FROM:**   Michael T. Zeller

**RE:**   *Mattel, Inc. v. Carter Bryant*

**MESSAGE:**


FAXED
MAR 29 2007

07209/2047927.1

| CLIENT # | 7209 | ROUTE/ RETURN TO: | Mia Albert./3rd Floor | ☐ CONFIRM FAX ☐ INCLUDE CONF. REPORT |
|---|---|---|---|---|
| OPERATOR: | *WM* | CONFIRMED? | ☐ NO  ☐ YES: | |

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE.

EXHIBIT _20_ PAGE _127_




Job number : 510 *** SEND SUCCESSFUL ***

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

NEW YORK
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

LOS ANGELES
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

SAN FRANCISCO
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

SAN DIEGO
4445 Eastgate Mall, Suite 200
San Diego, CA 92121
(858) 812-3107
Facsimile: (858) 812-3336

SILICON VALLEY
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

## LOS ANGELES OFFICE
## FACSIMILE TRANSMISSION

**DATE:** March 29, 2007 **NUMBER OF PAGES, INCLUDING COVER:**

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| *Douglas Wickham, Esq.*<br>*Keith Jacoby, Esq.*<br>Littler Mendelson | (310) 553-0308 | (310) 553-5583 |
| *Diana M. Torres, Esq.*<br>*Jim Janal, Esq.*<br>O'Melveny & Myers LLP | (213) 430-6584 | (213) 430-6407 |

**FROM:** Michael T. Zeller

**RE:** *Mattel, Inc. v. Carter Bryant*

**MESSAGE:**

07209/2047927.1

CLIENT # 7209 ROUTE/RETURN TO: Mia Albert/3th Floor ☐ CONFIRM FAX ☐ INCLUDE CONF. REPORT

OPERATOR: [signature] CONFIRMED? ☐ NO ☐ YES: ____________

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE.

EXHIBIT 20 PAGE 128

# Group Send Report

```
Page       : 001
Date & Time: 03-29-2007   05:08pm
Line 1     : 2136240643
Line 2     :
Machine ID : QUINN EMANUEL
```

| | | |
|---|---|---|
| Job number | : | 510 |
| Date | : | 03-29  05:06pm |
| Number of pages | : | 003 |
| Start time | : | 03-29  05:06pm |
| End time | : | 03-29  05:08pm |

Successful nbrs.

Fax numbers

☎9414#07209#13105535583
☎9414#07209#12134306407

Unsuccessful nbrs.                                                    Pages sent

EXHIBIT *20* PAGE *129*

# EXHIBIT 21



**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-624-7707 FAX 213-624-0643

April 6, 2007

**VIA FACSIMILE AND U.S. MAIL**

Douglas A. Wickham, Esq.
Littler Mendelson
2049 Century Park East, 5th Floor
Los Angeles, California 90067

Re:   Mattel, Inc. v. Bryant

Dear Doug:

I am following up on our meet and confers earlier this week regarding Bryant's failure to produce his hard drives that Judge Infante's Order had compelled him to produce.

During our conversations, you have informed me of the following.  Bryant's counsel has five images of hard drives that Bryant has used.  Two of the images were created in July 2004 and have data from the 2002 and 2003 time period.  One of these two images is of a 20 GB Travelstar drive from a Compaq Presario laptop, and the other is of a 20 GB Quantum Fireball LCT 15 drive.  Bryant's counsel has EnCase images of the Travelstar and Quantum drives, but the physical drive from the Compaq Presario laptop only.  You are going to provide me with the details of the drives from which the other three images were made.  You have informed me thus far that these three images, which also are in EnCase and which have data of more recent vintage than the images of the Travelstar and Quantum drives, were made in March 2007.

This has raised the issue, among others, of the status of Bryant's "Desktop" drive that was the specific subject of Mattel's motion to compel Bryant's production of documents which Judge Infante granted.  As Bryant's counsel is aware, Bryant purchased the "Desktop" in October 2000.  He testified at deposition that, prior to November 2004, he had given that computer to his niece.  In correspondence and in Court papers, Bryant previously had represented that this hard drive

EXHIBIT _21_   PAGE _130_

quinn emanuel urquhart oliver & hedges, llp

NEW YORK | 335 Madison Avenue, 17th Floor, New York, New York 10017 | TEL 212-702-8100 FAX 212-702-8100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94104 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-620-4500 FAX 650-620-4555
PALM SPRINGS | 45-025 Manitou Drive, Suite 8, Indian Wells, California 92210 | TEL 760-345-4757 FAX 760-345-2414
SAN DIEGO | 4445 Eastgate Mall, Suite 200, San Diego, California 92121 | TEL 858-812-3107 FAX 858-812-3110

had been retrieved from Bryant's niece, that it has been in Bryant's counsel's possession since at least as early as November 2004, that it had been thoroughly reviewed and that no responsive information was contained on it.

During our recent discussions, however, because your statements that the images of the Travelstar and Quantum drives had information from the 2002 and 2003 time period suggested that these images did not include the Desktop drive (which would have 2000 and 2001 information on it), I specifically raised the whereabouts and status of the Desktop drive with you. In the first instance, after you had checked with your partner Keith Jacoby, you informed me during our call on April 4, 2007 that Bryant's prior representations about the Desktop drive were "wrong" and that the drive, in fact, had neither been obtained from Bryant's niece nor reviewed. You also said in this regard yesterday that you are not entirely sure about the accuracy of the foregoing and would have Keith call me directly to discuss this.

For the reasons explained in my letter to you of March 29, 2007, we consider the apparent absence of the Desktop drive to be a troubling development. Your statements to me this week during our meet and confers have increased, rather than diminished, the number of questions surrounding this evidence which Bryant represented that he had in hand and has been compelled by Court Order to produce. I therefore would appreciate it if Keith would follow up with me promptly, either today or by the end of Monday, particularly given that we have been seeking to resolve for some time now the matter of Bryant's failure to produce (among others) the Desktop drive. If the parties are not able to resolve this issue, we will have no alternative but to seek relief from Judge Infante. One type of relief that we are contemplating potentially seeking would include, without limitation, an order to show cause requiring Bryant to fully explain the facts and circumstances surrounding the non-production of the Desktop drive and make available the salient witnesses to testify on the subject.

Accordingly, I reiterate my prior requests that Bryant be prepared to discuss the specifics surrounding his failure to produce the Desktop hard drive. I also would expect, as part of those discussions, to be informed of the particulars of the persons with knowledge of facts pertaining to the hard drive, such as the name and contact information of the niece.

Finally, this will confirm that, as we discussed yesterday, you will be circulating for Mattel's consideration a draft document which outlines a protocol for the handling of the images and drives that Bryant's counsel does have in their possession.

I look forward to hearing from you and Keith on these subjects.

Very truly yours,

*Michael T. Zeller*

Michael T. Zeller

cc:    Keith Jacoby, Esq.
       Diana Torres, Esq.

EXHIBIT _21_ PAGE _131_

2

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

<table>
<tr><td>

**NEW YORK**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

**SAN DIEGO**
4445 Eastgate Mall, Suite 200
San Diego, CA 92121
(858) 812-3107
Facsimile: (858) 812-3336

</td><td>

**LOS ANGELES**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017.
(213) 443-3000
Facsimile: (213) 443-3100

</td><td>

**SAN FRANCISCO**
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

**SILICON VALLEY**
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

</td></tr>
</table>

### LOS ANGELES OFFICE
## FACSIMILE TRANSMISSION

**FAXED**
APR 6 6 2007

**DATE:**    April 6, 2007

**NUMBER OF PAGES, INCLUDING COVER:**

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| *Douglas Wickham, Esq.*<br>*Keith Jacoby, Esq.*<br>   Littler Mendelson | (310) 553-0308 | (310) 553-5583 |
| *Diana M. Torres, Esq.*<br>   O'Melveny & Myers LLP | (213) 430-6584 | (213) 430-6407 |

**FROM:**    Michael T. Zeller

**RE:**    *Mattel, Inc. v. Carter Bryant*

**MESSAGE:**

EXHIBIT _21_   PAGE _132_

07209/2047927.1

| | | ROUTE/ | | ☐ CONFIRM FAX |
|---|---|---|---|---|
| CLIENT # | 7209 | RETURN TO: | Mia Albert./3th Floor | ☐ INCLUDE CONF. REPORT |
| OPERATOR: | | | CONFIRMED?   ☐ NO  ☐ YES: |  |

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE.

# Confirmation Report — Memory Send

```
Page        : 001
Date & Time : 04-06-2007   02:28pm
Line 1      : 2134433700
Line 2      :
Machine ID  : QUINN EMANUEL
```

| | | |
|---|---|---|
| Job number | : | 673 |
| Date | : | 04-06  02:26pm |
| To | : | ☎8643#7209#4306407 |
| Number of pages | : | 003 |
| Start time | : | 04-06  02:26pm |
| End time | : | 04-06  02:28pm |
| Pages sent | : | 003 |
| Status | : | OK |

Job number    : 673          *** SEND SUCCESSFUL ***

## QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

| | | |
|---|---|---|
| **NEW YORK**<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>(212) 849-7000<br>Facsimile: (212) 849-7100 | **LOS ANGELES**<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA  90017<br>(213) 443-3000<br>Facsimile: (213) 443-3100 | **SAN FRANCISCO**<br>50 California Street, 22nd Floor<br>San Francisco, CA  94111<br>(415) 875-6600<br>Facsimile: (415) 875-6700 |
| **SAN DIEGO**<br>4445 Eastgate Mall, Suite 200<br>San Diego, CA  92121<br>(858) 912-3107<br>Facsimile: (858) 912-3336 | | **SILICON VALLEY**<br>555 Twin Dolphin Drive, Suite 560<br>Redwood Shores, CA  94065<br>(650) 801-5000<br>Facsimile: (650) 801-5100 |

## LOS ANGELES OFFICE
## FACSIMILE TRANSMISSION

**DATE:**    April 6, 2007                    **NUMBER OF PAGES, INCLUDING COVER:**

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| *Douglas Wickham, Esq.*<br>*Keith Jacoby, Esq.*<br>**Littler Mendelson** | (310) 553-0308 | (310) 553-5583 |
| *Diana M. Torres, Esq.*<br>**O'Melveny & Myers LLP** | (213) 430-6584 | (213) 430-6407 |

**FROM:**   Michael T. Zeller

**RE:**   *Mattel, Inc. v. Carter Bryant*

**MESSAGE:**

EXHIBIT _21_ PAGE _133_

```
07209/2047927.1
CLIENT#:   7209        ROUTE/RETURN TO:  Min Albert /3th Floor   ☐ CONFIRM FAX
                                                                 ☐ INCLUDE CONF. REPORT
OPERATOR:                       CONFIRMED?   ☐ No   ☐ Yes:
```

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. This information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE.

**Group Send Report**

Page        : 001
Date & Time: 04-06-2007   02:14pm
Line 1      : 2134433100
Line 2      : :
Machine ID : QUINN EMANUEL

Job number          :   672

Date                :   04-06  02:11pm

Number of pages     :   003

Start time          :   04-06  02:11pm

End time            :   04-06  02:14pm

Successful nbrs.

    Fax numbers

        ☎1*13105535583


Unsuccessful nbrs.                                                           · Pages sent

    Fax numbers

        ☎12134306407#                                                           000


EXHIBIT _21_ PAGE _134_

# EXHIBIT 22

**Susan Wines**

| | |
|---|---|
| From: | Michael T Zeller |
| Sent: | Monday, April 09, 2007 7:20 PM |
| To: | 'KJacoby@littler.com'; 'DWickham@littler.com' |
| Cc: | 'dtorres@omm.com'; Susan Wines; 'jjenal@omm.com'; 'REskin@littler.com' |
| Subject: | Re: Bryant v. Mattel |

Thanks, Doug. And just to be clear, while I would like to get the protocol put to bed promptly, the issue we need to get resolved by tomorrow afternoon is a separate one, which is the whereabouts of the Desktop hard drive. So, Keith, you are mixing different issues, and I have literally and simply been asking for a clear answer about the Desktop drive for some time. As a baseline, either you have that drive or you don't. Also, as you know, Mattel was closed on Friday and today, and I therefore don't see what the deposition scheduling has to do with your responding to my now repeated inquiries about Bryant's drive.

Michael Zeller
Quinn, Emanuel, Urquhart, Oliver & Hedges, LLP
865 South Figueroa Street, 3rd Floor
Los Angeles, CA  90017

Direct:  (213) 443-3180
Main Phone:  (213) 443-3000
Main Fax:  (213) 443-3100

E-mail:  michaelzeller@quinnemanuel.com
Web:    www.quinnemanuel.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above.  This message may be an attorney-client communication and/or work product and as such is privileged and confidential.  If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited.  If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

----- Original Message -----
From: Jacoby, Keith A. <KJacoby@littler.com>
To: Wickham, Douglas A. <DWickham@littler.com>; Michael T Zeller
Cc: 'dtorres@omm.com' <dtorres@omm.com>; Susan Wines; 'jjenal@omm.com' <jjenal@omm.com>;
Eskin, Ryan P. <REskin@littler.com>
Sent: Mon Apr 09 18:47:30 2007
Subject: Re: Bryant v. Mattel

That's why I need more time. And since Jon Corey has not by COB today given me the other 30B6 designees, as he promised to do before Judge Infante, I'd ask you to be as flexible as he'd like me to be.

----- Original Message -----
From: Wickham, Douglas A.
To: 'Michael T Zeller' <michaelzeller@quinnemanuel.com>
Cc: Torres, Diana <DTorres@OMM.com>; Susan Wines <susanwines@quinnemanuel.com>; 'Jenal, Jim' <JJenal@OMM.com>; Jacoby, Keith A.; Eskin, Ryan P.
Sent: Mon Apr 09 18:17:37 2007
Subject: RE: Bryant v. Mattel

Michael:

I am still working with my technical person regarding the protocol.  I still need to work through with him how to address any "private files" that may be in the unallocated space. However, he was on a field assignment today out of the office but he and I will be working

1

EXHIBIT _22_ PAGE _135_

together tomorrow to finalize the protocol prior to sending it to you for your consideration.

Douglas A. Wickham
Littler Mendelson
A Professional Corporation
2049 Century Park East, 5th Floor
Los Angeles, California 90067
310.712.7314 (direct)
310.553.5583 (facsimile)
dwickham@littler.com <mailto:dwickham@littler.com>

-----Original Message-----
From: Michael T Zeller [mailto:michaelzeller@quinnemanuel.com]
Sent: Monday, April 09, 2007 5:09 PM
To: Jacoby, Keith A.
Cc: Wickham, Douglas A.; Torres, Diana; Susan Wines
Subject: RE: Bryant v. Mattel

    Keith, please confirm your email here means that you are planning to address the October 2000 Desktop hard drive that (a) Bryant and you previously had stated was retrieved from Bryant's niece and had been reviewed but (b) Doug had informed me last week had in fact not been.  Doug said that he was going to get me a draft stip or protocol to consider (as well as additional technical information) in connection with the other drives, so assuming we reach final agreement on those the Desktop drive is the one that remains open and the one I don't have any satisfactory answer for.

    I have been trying for some time now to get to the bottom of the situation on Bryant's Desktop, and I am at a loss to understand why it is taking so long to simply get a definitive answer on whether Bryant's counsel even has that critical piece of evidence or not.  Pursuant to Judge Infante's January Order, Bryant originally was required to produce his hard drives for imaging by the end of February -- well over a month ago.  We agreed to extend the time for Bryant's compliance with the Order as a courtesy, but since then have received evolving excuses for Bryant's failure to produce any of his hard drives, including the Desktop drive.  I then sent my original meet and confer letter two weeks ago on March 26, 2007 and have been waiting patiently for Bryant's counsel to clarify the whereabouts of the Desktop.  After a number of conversations with Doug through last Thursday, Doug told me that you would be in touch to get me some answers.  Although I had in the meantime also sent a follow-up letter asking again to get this resolved by Friday or today, I didn't hear from you until now.  I am willing to wait another day and am generally available today and tomorrow.  If we don't reach resolution on the Desktop issue by tomorrow afternoon, however, we're going to have to bring a motion.

    I look forward to hearing from you.

    Michael T. Zeller
    Quinn Emanuel Urquhart Oliver & Hedges, LLP
    865 South Figueroa Street, 10th Floor
    Los Angeles, CA 90017
    Direct: (213) 443-3180
    Main Phone: (213) 443-3000
    Main Fax:  (213) 443-3100
    E-mail:  michaelzeller@quinnemanuel.com
<mailto:michaelzeller@quinnemanuel.com>

    The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above.  This message may be an attorney-client communication and/or work product and as

2

EXHIBIT _22_ PAGE _136_

such is privileged and confidential. If the reader of this message is not
the intended recipient or agent responsible for delivering it to the
intended recipient, you are hereby notified that you have received this
document in error and that any review, dissemination, distribution, or
copying of this message is strictly prohibited. If you have received this
communication in error, please notify us immediately by e-mail, and delete
the original message.

From: Jacoby, Keith A. [mailto:KJacoby@littler.com]
Sent: Monday, April 09, 2007 4:13 PM
To: Michael T Zeller
Cc: Wickham, Douglas A.; 'Torres, Diana'
Subject: Bryant v. Mattel


Michael, I need to pick up with you the meet and confer you are
having with Wickham on the Bryant hard drives. Doug is tied up on another
matter. Are you available Wednesday afternoon?

Keith A. Jacoby, Esq.

Littler Mendelson, P.C.

2049 Century Park East

Fifth Floor

Los Angeles, California 90067

ph. (310) 553-0308

direct (310) 772-7284

fax (310) 553-5583

kjacoby@littler.com

- - - -

To ensure compliance with requirements imposed by the IRS, we inform
you that any U.S. federal tax advice contained in this document (including
any attachments) is not intended or written to be used, and cannot be used,
for the purpose of (i) avoiding penalties under the Internal Revenue Code or
(ii) promoting, marketing or recommending to another party any transaction
or matter addressed herein.

This email may contain confidential and privileged material for the
sole use of the intended recipient(s). Any review, use, distribution or
disclosure by others is strictly prohibited. If you are not the intended
recipient (or authorized to receive for the recipient), please contact the
sender by reply email and delete all copies of this message.

To reply to our email administrator directly, send an email to
postmaster@littler.com

Littler Mendelson, P.C.
http://www.littler.com


- - - -

3   EXHIBIT _22_ PAGE _137_