QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 90378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff
Mattel, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>APPLICATION TO FILE UNDER SEAL CERTAIN EXHIBITS TO THE SUPPLEMENTAL DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S MOTION TO ENFORCE THE COURT'S ORDER OF MAY 15, 2007, TO COMPEL MGA TO PRODUCE DOCUMENTS IN UN-REDACTED FORM, AND FOR SANCTIONS<br><br>[Local Rule 79-5.1]<br><br>**Phase 1**<br>Discovery Cut-Off:   January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date:                May 27, 2008 |

LODGED 2007 DEC 11 PH 3:18 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CA. RIVERSIDE

ORIGINAL

07209/2240948.1

APPLICATION TO FILE UNDER SEAL

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, plaintiff Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal Exhibits 2 - 15 to the concurrently filed Supplemental Declaration of B. Dylan Proctor in support of Mattel's Motion to Enforce the Court's Order of May 15, 2007, to Compel MGA to Produce Documents in Un-Redacted Form, and for Sanctions ("Supplemental Proctor Declaration").

The Supplemental Proctor Declaration attaches as exhibits documents that MGA Entertainment, Inc. ("MGA") has designated as "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order. As Exhibits 2 - 15 to the Supplemental Proctor Declaration consist of materials designated by MGA as "Confidential--Attorneys' Eyes Only," Mattel requests that the Court order that these exhibits be filed under seal.

In the alternative, Mattel requests that the Court declare these exhibits to be outside the definition of "Confidential" and/or "Confidential--Attorneys' Eyes Only" as contained in the Stipulated Protective Order and order them to be filed as part of the public record.

DATED: December 11, 2007         QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

                                 By _____
                                     B. Dylan Proctor
                                     Attorneys for Plaintiff
                                     Mattel, Inc.

## [PROPOSED] ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Exhibits 2 - 15 to the Supplemental Declaration of B. Dylan Proctor submitted in support of Mattel's Motion to Enforce the Court's Order of May 15, 2007, to Compel MGA to Produce Documents in Un-Redacted Form, and for Sanctions are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: December 13, 2007

_/s/ S. G. Larson_
Hon. Stephen G. Larson
United States District Judge