QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff
Mattel, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>MATTEL INC.'S APPLICATION TO FILE UNDER SEAL PORTIONS OF MATTEL, INC.'S MOTION TO COMPEL PRODUCTION FROM KAYE SCHOLER; AND<br><br>[PROPOSED] ORDER<br><br>Hearing Date: January 10, 2008<br>Time: 9:00 a.m.<br>Place: Telephonic<br><br>**Phase I**<br>Discovery Cut-off: January 28, 2008<br>Pre-trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2322364.1

APPLICATION TO FILE UNDER SEAL

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, plaintiff Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal portions of Mattel, Inc.'s Motion to Compel Production of Documents from Kaye Scholer (the "Motion") because it summarizes information that MGA has designated as "Confidential--Attorneys' Eyes Only."

Specifically, page 14 and footnote 58 of the Motion summarize information from Exhibit 32 of the supporting declaration of Juan Pablo Albán, which consists of sections of MGA's audited financial statements from 2002-2006, which MGA designated as "Confidential--Attorney's Eyes Only". Mattel respectfully requests that the Court order those portions of the Motion be filed under seal.

In the alternative, Mattel requests that the Court declare this portion to be outside the definition of "Confidential" and/or "Confidential--Attorneys' Eyes Only" as contained in the Stipulated Protective Order and order them to be filed as part of the public record.

DATED: December 11, 2007

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By _____
Juan Pablo Albán
Attorneys for Plaintiff
Mattel, Inc.

# [PROPOSED] ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Portions of page 14 and footnote 58 to Mattel's Motion to Compel Kaye Scholer to Produce Documents, are ORDERED lodged under seal pursuant to Local Rule 79-5.1.

DATED: December 13, 2007

*/s/ S. G. Larson*
Hon. Stephen G. Larson
United States District Judge