QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
Timothy L. Alger (Bar No. 160303)
timalger@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. CV 04-09059 & Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Hon. Edward Infante (Ret.)]**<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 2, 3, 5, 13, 35, 36 TO THE DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL DEPOSITION OF LITTLER MENDELSON, P.C. PURSUANT TO SUBPOENA<br><br>[PROPOSED] ORDER<br><br>Hearing Date: January 4, 20008<br>Time: TBA<br>Place: Telephonic<br><br>**Phase 1:**<br><br>Discovery Cut-off: January 28, 2008<br>Pre-trial Conference: April 21, 2008<br>Trial Date: May 27, 2008 |

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2  entered by the Court in this action, plaintiff and counter-defendant Mattel, Inc.
3  ("Mattel") hereby respectfully requests that the Court order filed under seal
4  Exhibits 2, 3, 5, 13, 35, and 36 to the concurrently filed Declaration of Michael T.
5  Zeller in Support of Mattel, Inc.'s Motion to Compel Deposition of Littler
6  Mendelson, P.C. Pursuant to Subpoena (the "Declaration").

7  The Declaration attaches as exhibits documents that Mattel, Carter
8  Bryant, or MGA Entertainment, Inc. have designated as "Confidential" or
9  "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order. Carter
10 Bryant has designated Exhibits 2 and 13 as "Confidential--Attorneys' Eyes Only,"
11 and Exhibit 3 as "Confidential." Carter Bryant and Mattel have designated Exhibit 5
12 as "Confidential--Attorneys' Eyes Only." Carter Bryant and MGA have designated
13 Exhibit 35 as "Confidential." Mattel has designated Exhibit 36 "Confidential."
14 Accordingly, Mattel requests that the Court order that Exhibits 2, 3, 5, 13, 35, and
15 36 to the Declaration be filed under seal.

18 DATED: December 14, 2007    QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

20  By _James J. Webster (CSN)_
21  James J. Webster
    Attorneys for Mattel, Inc.

07209/2317485.1
-2-
MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

## [PROPOSED] ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Exhibits 2, 3, 5, 13, 35, and 36 to the concurrently filed Declaration of Michael T. Zeller in Support of Mattel, Inc.'s Motion to Compel Deposition of Littler Mendelson, P.C. Pursuant to Subpoena, are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: December 14, 2007

_____
Hon. Stephen G. Larson
United States District Judge

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On December 14, 2007, I served true copies of the following document(s) described as **MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 2, 3, 5, 13, 35, 36 TO THE DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL DEPOSITION OF LITTLER MENDELSON, P.C. PURSUANT TO SUBPOENA; [PROPOSED] ORDER** on the parties in this action as follows:

John W. Keker
Michael H. Page
Christa M. Anderson
**Keker & Van Nest, LLP**
710 Sansome Street
San Francisco, CA 94111
*Attorneys for CARTER BRYANT*

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 14, 2007, at Los Angeles, California.

_____
NOW LEGAL -- Dave Quintana

07209/2169461.1

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On December 14, 2007, I served true copies of the following document(s) described as **MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 2, 3, 5, 13, 35, 36 TO THE DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL DEPOSITION OF LITTLER MENDELSON, P.C. PURSUANT TO SUBPOENA; [PROPOSED] ORDER** on the parties in this action as follows:

| | |
|---|---|
| Thomas J. Nolan<br>**Skadden, Arps, Slate, Meagher & Flom LLP**<br>300 South Grand Ave., Ste. 3400<br>Los Angeles, California 90071<br>*Attorneys for MGA ENTERTAINMENT, INC.* | Mark E. Overland, Esq.<br>David E. Scheper, Esq.<br>Alexander H. Cote, Esq.<br>**Overland Borenstein Scheper & Kim, LLP**<br>300 South Grand Avenue<br>Suite 2750<br>Los Angeles, CA 90071-3144<br>*Attorneys for Carlos Gustavo Machado* |

**BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 14, 2007, at Los Angeles, California.

_____
Yalonda J. Dekle

07209/2081332.1