ORIGINAL

1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     John B. Quinn (Bar No. 090378)
2    (johnquinn@quinnemanuel.com)
     Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
     Jon D. Corey (Bar No. 185066)
4    (joncorey@quinnemanuel.com)
     Timothy L. Alger (Bar No. 160303)
5    (timalger@quinnemanuel.com)865 South Figueroa Street, 10th Floor
   Los Angeles, California 90017-2543
6  Telephone: (213) 443-3000
   Facsimile: (213) 443-3100
7
   Attorneys for Mattel, Inc.
8

FILED
CLERK, U.S. DISTRICT COURT
DEC 14 2007
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

9              UNITED STATES DISTRICT COURT
10             CENTRAL DISTRICT OF CALIFORNIA
11                     EASTERN DIVISION

| | |
|---|---|
| 12  CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| 13              Plaintiff, | Consolidated with:<br>Case No. CV 04-09059 |
| 14         vs. | Case No. CV 05-02727 |
| 15  MATTEL, INC., a Delaware corporation, | Hon. Stephen G. Larson |
| 16              Defendant. | MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL CERTAIN EXHIBITS TO |
| 17 | THE DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL'S |
| 18  AND CONSOLIDATED ACTIONS | MOTION FOR LEAVE TO TAKE ADDITIONAL DISCOVERY AND |
| 19 | OBJECTIONS TO SEPTEMBER 28, 2007 ORDER |
| 20 | |
| 21 | [PROPOSED] ORDER |
| 22 | Hearing Date: December 17, 2007<br>Time: 10:00 a.m.<br>Courtroom: 1 |
| 23 | |
| 24 | **Phase 1**<br>Discovery Cut-off: January 28, 2008 |
| 25 | Pre-trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal Exhibits 16, 19, 20, 22-28, 31, 33, 56, 57, 59, 60, 63, 69, 71, 72, and 75 to the concurrently filed Declaration of B. Dylan Proctor in Support of Mattel's Motion for Leave to Take Additional Discovery and Objections to September 28, 2007 Order.

These exhibits to the Declaration consist of documents that Mattel or MGA have designated as "Confidential" or "Confidential -- Attorneys' Eyes Only" pursuant to the Protective Order. Accordingly, Mattel requests that the Court order that Exhibits 16, 19, 20, 22-28, 31, 33, 56, 57, 59, 60, 63, 69, 71, 72, and 75 to the Declaration be filed under seal.

DATED: November 1, 2007

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By B. Dylan Proctor /s/
B. Dylan Proctor
Attorneys for Mattel, Inc.

# [PROPOSED] ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Exhibits 16, 19, 20, 22-28, 31, 33, 56, 57, 59, 60, 63, 69, 71, 72, and 75 to the concurrently filed Declaration of B. Dylan Proctor in Support of Mattel's Motion for Leave to Take Additional Discovery and Objections to September 28, 2007 Order, are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: December 14, 2007

_____
Hon. Stephen G. Larson
United States District Judge