QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff
Mattel, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br><u>Hon. Stephen G. Larson</u><br><br>MATTEL INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 18 AND 66 TO THE DECLARATION OF JUAN PABLO ALBÁN IN SUPPORT OF MATTEL, INC.'S MOTIONS TO COMPEL PRODUCTION FROM FARHAD LARIAN AND STERN & GOLDBERG<br><br>Hearing Date: January 10, 2008<br>Time: 9:00 a.m.<br><br>Place: Telephonic<br><br>**Phase I**<br>Discovery Cut-off: January 28, 2008<br>Pre-trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by
2  the Court in this action, plaintiff Mattel, Inc. ("Mattel") hereby respectfully requests
3  that the Court order filed under seal Exhibits 18 and 66 to the concurrently filed
4  Declaration of Juan Pablo Albán in Support of Mattel, Inc.'s Motion to Compel
5  Production of Metadata ("Albán Declaration").

6  The Albán Declaration attaches as exhibits documents that Carter Bryant,
7  MGA Entertainment, Inc. ("MGA"), or Mattel, Inc. have designated as
8  "Confidential" or "Confidential--Attorneys' Eyes Only" pursuant to the Protective
9  Order. Exhibit 18 to the Alban Declaration is Mattel's Second Amended Answers
10 and Counterclaims, which Mattel designated as "Confidential." Exhibit 66 consists
11 of portions of the transcript of Paula Garcia, which were designated by MGA and/or
12 Carter Bryant as "Confidential--Attorneys' Eyes Only." Mattel respectfully requests
13 that the Court order Exhibits 18 and 66 be filed under seal.

14 In the alternative, Mattel requests that the Court declare these Exhibits to be
15 outside the definition of "Confidential" and/or "Confidential--Attorneys' Eyes Only"
16 as contained in the Stipulated Protective Order and order them to be filed as part of
17 the public record.

DATED: December 7, 2007

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By _____
Juan Pablo Albán
Attorneys for Plaintiff
Mattel, Inc.

IT IS SO ORDERED
DATE: DEC 14 2007
_____
U.S. DISTRICT COURT JUDGE