QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
johnquinn@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
Timothy L. Alger (Bar No. 160303)
(timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff and Cross-Defendant Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case Nos. CV 04-09059 and CV 05-02727<br><br>**PROOF OF SERVICE**<br><br>Discovery Cutoff:     January 14, 2008<br>Pre-Trial Conference: April 7, 2008<br>Trial Date:           April 29, 2008 |

07209/2316584.1

-1-

Case No. CV 04-9049 SGL (RNBx)
PROOF OF SERVICE

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is NOW Messenger Service, 1301 West Second Street, Suite 206, Los Angeles, California 90026.

On December 10, 2007, I served true copies of the following documents described as:

1. MATTEL, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL KAYE SCHOLER TO PRODUCE DOCUMENTS; AND MEMORANDUM OF POINTS AND AUTHORITIES;

2. DECLARATION OF JUAN PABLO ALBAN IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL KAYE SCHOLER TO PRODUCE DOCUMENTS

on the parties in this action as follows:

Thomas J. Nolan, Esq.
**Skadden, Arps, Slate, Meagher & Flom LLP**
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071

Mark E. Overland, Esq.
David C. Scheper, Esq.
Alexander H. Cote, Esq.
**Overland Borenstein Scheper & Kim, LLP**
300 South Grand Avenue, Suite 2750
Los Angeles, CA 90071

Bryant S. Delgadillo
**Kaye Scholer LLP**
1999 Avenue of the Stars, Suite 1700
Los Angeles, CA 90067

[√] [PERSONAL] by personally delivering the document listed above to the person(s) at the address(es) set forth above.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 10, 2007, at Los Angeles, California.

*Dave Quintana*

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017.

1.  MATTEL, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL KAYE SCHOLER TO PRODUCE DOCUMENTS; AND MEMORANDUM OF POINTS AND AUTHORITIES;

2.  DECLARATION OF JUAN PABLO ALBAN IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL KAYE SCHOLER TO PRODUCE DOCUMENTS

On December 10, 2007, I served true copies of the following documents described as:

on the parties in this action as follows:

John W. Keker, Esq.
Michael H. Page, Esq.
Christina M. Anderson, Esq.
**Keker & Van Nest, LLP**
710 Sansome Street
San Francisco, CA 94111

[√]  **BY FEDEX:** I deposited such document(s) in a box or other facility regularly maintained by FedEx, or delivered such document(s) to a courier or driver authorized by FedEx to receive documents, in sealed envelope(s) or package(s) designated by FedEx with delivery fees paid or provided for, addressed to the person(s) being served.

Executed on December 10, 2007, at Los Angeles, California.

*/s/ Lorraine Robles*
Lorraine Robles

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is NOW Messenger Service, 1301 West Second Street, Suite 206, Los Angeles, California 90026.

On December 11, 2007, I served true copies of the following documents described as:

1. MATTEL, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL KAYE SCHOLER TO PRODUCE DOCUMENTS; AND MEMORANDUM OF POINTS AND AUTHORITIES; PUBLIC REDACTED;

2. MATTEL INC.'S APPLICATION TO FILE UNDER SEAL PORTIONS OF MATTEL, INC.'S MOTION TO COMPEL PRODUCTION FROM KAYE SCHOLER; AND [PROPOSED] ORDER

3. DECLARATION OF JUAN PABLO ALBAN IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL KAYE SCHOLER TO PRODUCE DOCUMENTS [PUBLIC REDACTED]

4. MATTEL INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 23 AND 32 TO THE DECLARATION OF JUAN PABLO ALBAN IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL PRODUCTION FROM KAYE SHCOLER; AND [PROPOSED] ORDER

on the parties in this action as follows:

Thomas J. Nolan, Esq.
**Skadden, Arps, Slate, Meagher & Flom LLP**
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071

Mark E. Overland, Esq.
David C. Scheper, Esq.
Alexander H. Cote, Esq.
**Overland Borenstein Scheper & Kim, LLP**
300 South Grand Avenue, Suite 2750
Los Angeles, CA 90071

Bryant S. Delgadillo
**Kaye Scholer LLP**
1999 Avenue of the Stars, Suite 1700
Los Angeles, CA 90067

[√]   [PERSONAL] by personally delivering the document listed above to the person(s) at the address(es) set forth above.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 11, 2007, at Los Angeles, California.

_____
Dave Quintana

07499/2321143.107209/23
16584.107209/2299825.1

-2-  Case No. CV 04-9049 SGL (RNBx)

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017.

1. MATTEL, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL KAYE SCHOLER TO PRODUCE DOCUMENTS; AND MEMORANDUM OF POINTS AND AUTHORITIES; PUBLIC REDACTED;

2. MATTEL INC.'S APPLICATION TO FILE UNDER SEAL PORTIONS OF MATTEL, INC.'S MOTION TO COMPEL PRODUCTION FROM KAYE SCHOLER; AND [PROPOSED] ORDER

3. DECLARATION OF JUAN PABLO ALBAN IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL KAYE SCHOLER TO PRODUCE DOCUMENTS [PUBLIC REDACTED]

4. MATTEL INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 23 AND 32 TO THE DECLARATION OF JUAN PABLO ALBAN IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL PRODUCTION FROM KAYE SHCOLER; AND [PROPOSED] ORDER

On December 11, 2007, I served true copies of the following documents described as:

on the parties in this action as follows:

John W. Keker, Esq.
Michael H. Page, Esq.
Christina M. Anderson, Esq.
**Keker & Van Nest, LLP**
710 Sansome Street
San Francisco, CA 94111

[√]   **BY FEDEX:** I deposited such document(s) in a box or other facility regularly maintained by FedEx, or delivered such document(s) to a courier or driver authorized by FedEx to receive documents, in sealed envelope(s) or package(s) designated by FedEx with delivery fees paid or provided for, addressed to the person(s) being served.

1  Executed on December 11, 2007, at Los Angeles, California.

*[signature]*
Lorraine Robles