ORIGINAL

1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     John B. Quinn (Bar No. 090378)
2    johnquinn@quinnemanuel.com
     Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
     Jon D. Corey (Bar No. 185066)
4    (joncorey@quinnemanuel.com)
     Timothy L. Alger (Bar No. 160303)
5    (timalger@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
6  Los Angeles, California  90017-2543
   Telephone:     (213) 443-3000
7  Facsimile:      (213) 443-3100

8  Attorneys for Plaintiff and Cross-
   Defendant
9  Mattel, Inc.

10

11                  UNITED STATES DISTRICT COURT

12               CENTRAL DISTRICT OF CALIFORNIA

13                       EASTERN DIVISION

| | |
|---|---|
| 14  CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| 15          Plaintiff, | Consolidated with Case Nos. CV 04-09059 and CV-05-02727 |
| 16          vs. | PROOF OF SERVICE |
| 17  MATTEL, INC., a Delaware corporation, | Hearing Date:      January 4, 2008 |
| 18          Defendant. | Time:                  9:00 a.m. |
| | Place:                Telephonic |
| 19  AND CONSOLIDATED ACTIONS. | Discovery Cut-off:    January 28, 2008 |
| 20 | Pre-trial Conference: May 5, 2008 |
| | Trial Date:              May 27, 2008 |

21

22

23

24

25

26

27

28

07209/2320880.1                      PROOF OF SERVICE

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On December 11, 2007, I served true copies of the following document(s) described as

1) **SUPPLEMENTAL DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S MOTION TO ENFORCE THE COURT'S ORDER OF MAY 15, 2007, TO (I) COMPEL MGA TO PRODUCE COMPELLED DOCUMENTS (INCLUDING FEE AND/OR INDEMNITY AGREEMENTS BETWEEN MGA AND BRYANT), (II) ORDER THAT ANY PRIVILEGE OBJECTIONS HAVE BEEN WAIVED, AND (III) IMPOSE SANCTIONS**

on the parties in this action as follows:

Thomas J. Nolan, Esq.
Carl Roth, Esq.
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
300 S. Grand Ave., STE 3400
Los Angeles, CA 90071

Alexander H. Cote, Esq.
**Overland Borenstein, Scheper & Kim, LLP**
300 South Grand Avenue, Suite 2750
Los Angeles, CA 90071

[X] **BY PERSONAL SERVICE:**  I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 11, 2007, at *LOS ANGELES, CALIFORNIA*.

Dave Quintana

07209/2321308.1

1        <u>**PROOF OF SERVICE**</u>

2        I am employed in the County of Los Angeles, State of California. I am over the age of eighteen
years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor,
3   Los Angeles, California 90017-2543.

4   On December 11, 2007, I served true copies of the following document(s) described as

5   **1) SUPPLEMENTAL DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL,
INC.'S MOTION TO ENFORCE THE COURT'S ORDER OF MAY 15, 2007, TO (I) COMPEL
6   MGA TO PRODUCE COMPELLED DOCUMENTS (INCLUDING FEE AND/OR INDEMNITY
AGREEMENTS BETWEEN MGA AND BRYANT), (II) ORDER THAT ANY PRIVILEGE
7   OBJECTIONS HAVE BEEN WAIVED, AND (III) IMPOSE SANCTIONS**

8   on the parties in this action as follows:

9   
    Michael Page, Esq.                       Judge Edward Infante
    John E. Trinidad, Esq.               Two Embarracdero Center
10      **Keker & Van Nest**                Suite 1500
    710 Sansome Street              San Francisco, CA 94111
11      San Francisco, CA 94111

12

13  **[X] BY FEDEX:** I deposited such document(s) in a box or other facility regularly maintained by
FedEx, or delivered such document(s) to a courier or driver authorized by FedEx to receive
14  documents, in sealed envelope(s) or package(s) designated by FedEx with delivery fees paid or
provided for, addressed to the person(s) being served.

15       I declare under penalty of perjury under the laws of the State of California that the foregoing is true
and correct.
16

17       Executed on December 11, 2007, at Los Angeles, California.

18

19  
                                                                           _____
20                                                Shawna Allison

21

22

23

24

25

26

27

28

07209/2321308.1

ORIGINAL

1 QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   John B. Quinn (Bar No. 090378)
2   johnquinn@quinnemanuel.com
   Michael T. Zeller (Bar No. 196417)
3   (michaelzeller@quinnemanuel.com)
   Jon D. Corey (Bar No. 185066)
4   (joncorey@quinnemanuel.com)
   Timothy L. Alger (Bar No. 160303)
5   (timalger@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
6 Los Angeles, California 90017-2543
   Telephone:    (213) 443-3000
7 Facsimile:    (213) 443-3100

8 Attorneys for Plaintiff and Cross-
   Defendant
9 Mattel, Inc.

10

11                    UNITED STATES DISTRICT COURT

12                  CENTRAL DISTRICT OF CALIFORNIA

13                        EASTERN DIVISION

14 CARTER BRYANT, an individual,          CASE NO. CV 04-9049 SGL (RNBx)
                                          Consolidated with Case Nos. CV 04-09059
15              Plaintiff,                and CV-05-02727

16      vs.                               PROOF OF SERVICE

17 MATTEL, INC., a Delaware corporation,  Hearing Date:    January 4, 2008
                                          Time:            9:00 a.m.
18              Defendant.                Place:           Telephonic

19                                        Discovery Cut-off:    January 28, 2008
   AND CONSOLIDATED ACTIONS.             Pre-trial Conference: May 5, 2008
20                                        Trial Date:           May 27, 2008

21

22

23

24

25

26

27

28

07209/2320880.1                          PROOF OF SERVICE

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On December 11, 2007, I served true copies of the following document(s) described as

1) [PROPOSED] ORDER GRANTING MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL CERTAIN EXHIBITS TO THE SUPPLEMENTAL DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S MOTION TO ENFORCE THE COURT'S ORDER OF MAY 15, 2007, TO (I) COMPEL MGA TO PRODUCE COMPELLED DOCUMENTS (INCLUDING FEE AND/OR INDEMNITY AGREEMENTS BETWEEN MGA AND BRYANT), (II) ORDER THAT ANY PRIVILEGE OBJECTIONS HAVE BEEN WAIVED, AND (III) IMPOSE SANCTIONS

2) APPLICATION TO FILE UNDER SEAL CERTAIN EXHIBITS TO THE SUPPLEMENTAL DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S MOTION TO ENFORCE THE COURT'S ORDER OF MAY 15, 2007, TO (I) COMPEL MGA TO PRODUCE COMPELLED DOCUMENTS (INCLUDING FEE AND/OR INDEMNITY AGREEMENTS BETWEEN MGA AND BRYANT), (II) ORDER THAT ANY PRIVILEGE OBJECTIONS HAVE BEEN WAIVED, AND (III) IMPOSE SANCTIONS

on the parties in this action as follows:

Thomas J. Nolan, Esq.
Carl Roth, Esq.
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
300 S. Grand Ave., STE 3400
Los Angeles, CA 90071

Alexander H. Cote, Esq.
**Overland Borenstein, Scheper & Kim, LLP**
300 South Grand Avenue, Suite 2750
Los Angeles, CA 90071

**[X] BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 11, 2007, at *LOS ANGELES, CALIFORNIA*..

Dave Quintana

07209/2320880.1                                        PROOF OF SERVICE

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On December 11, 2007, I served true copies of the following document(s) described as

1) [PROPOSED] ORDER GRANTING MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL CERTAIN EXHIBITS TO THE SUPPLEMENTAL DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S MOTION TO ENFORCE THE COURT'S ORDER OF MAY 15, 2007, TO (I) COMPEL MGA TO PRODUCE COMPELLED DOCUMENTS (INCLUDING FEE AND/OR INDEMNITY AGREEMENTS BETWEEN MGA AND BRYANT), (II) ORDER THAT ANY PRIVILEGE OBJECTIONS HAVE BEEN WAIVED, AND (III) IMPOSE SANCTIONS

2) APPLICATION TO FILE UNDER SEAL CERTAIN EXHIBITS TO THE SUPPLEMENTAL DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S MOTION TO ENFORCE THE COURT'S ORDER OF MAY 15, 2007, TO (I) COMPEL MGA TO PRODUCE COMPELLED DOCUMENTS (INCLUDING FEE AND/OR INDEMNITY AGREEMENTS BETWEEN MGA AND BRYANT), (II) ORDER THAT ANY PRIVILEGE OBJECTIONS HAVE BEEN WAIVED, AND (III) IMPOSE SANCTIONS

on the parties in this action as follows:

Michael Page, Esq.
John E. Trinidad, Esq.
**Keker & Van Nest**
710 Sansome Street
San Francisco, CA 94111

Judge Edward Infante
JAMS
c/o Sandra Chan
Two Embarracdero Center
Suite 1500
San Francisco, CA 94111

[X] **BY FEDEX:** I deposited such document(s) in a box or other facility regularly maintained by FedEx, or delivered such document(s) to a courier or driver authorized by FedEx to receive documents, in sealed envelope(s) or package(s) designated by FedEx with delivery fees paid or provided for, addressed to the person(s) being served.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 11, 2007, at Los Angeles, California.

Shawna Allison

07209/2320880.1                                   PROOF OF SERVICE