THOMAS J. NOLAN (Bar No. 066992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, CA 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600
E-mail: tnolan@skadden.com

RAOUL D. KENNEDY (Bar No. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Embarcadero Center, Suite 3800
San Francisco, CA 94111
Telephone: (415) 984-6400
Facsimile: (415) 984-2698
E-mail: rkennedy@skadden.com

Attorneys for Counter-Defendants,
MGA ENTERTAINMENT, INC., ISAAC LARIAN, MGA ENTERTAINMENT (HK) LIMITED, AND MGAE de MEXICO S.R.L. de C.V.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation<br><br>Defendant.<br><br>Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>**PROOF OF SERVICE**<br><br>Honorable Stephen G. Larson<br>Courtroom 1<br><br>Discovery Cut-Off: March 3, 2008 |

ORIGINAL

PROOF OF SERVICE                                          NO. CV 04-9049 SGL (RNBx)

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 300 South Grand Avenue, 34th Floor, Los Angeles, CA 90071.

On **December 11, 2007**, I served the foregoing documents described as:

### SEE ATTACHED DOCUMENT LIST

on the interested parties in this action addressed as follows:

### SEE ATTACHED SERVICE LIST

[X]  **(BY PERSONAL SERVICE)** [ ]   By personally delivering copies to the person served. (FEDERAL) (As Noted.)

[X]   I caused such documents to be hand delivered to the office of the addressee. (FEDERAL) (As Noted.)

[X]  **(BY FEDERAL EXPRESS)** I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing with Federal Express and the fact that the correspondence would be deposited with Federal Express that same day in the ordinary course of business; on this date, the above-referenced correspondence was placed for deposit at Los Angeles, California and placed for collection and mailing following ordinary business practices. (As Noted.)

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed on **December 11, 2007** at Los Angeles, California.

Brigitte S. Travaglini
PRINT NAME                    SIGNATURE

---

PROOF OF SERVICE                                        NO. CV 04-9049 SGL (RNBx)

## DOCUMENT LIST

(1) MGA'S AND CARTER BRYANT'S JOINT NOTICE OF MOTION AND MOTION TO COMPEL THE DEPOSITION TESTIMONY OF ROBERT ECKERT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF;

(2) DECLARATION OF MARCUS R. MUMFORD IN SUPPORT OF MGA'S MOTION TO COMPEL THE DEPOSITION TESTIMONY OF ROBERT ECKERT;

(3) APPLICATION TO FILE UNDER SEAL MGA'S AND CARTER BRYANT'S JOINT NOTICE OF MOTION AND MOTION TO COMPEL THE DEPOSITION TESTIMONY OF ROBERT ECKERT, MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF, AND DECLARATION OF MARCUS R. MUMFORD IN SUPPORT THEREOF; [PROPOSED] ORDER; and

(4) PROOF OF SERVICE

## SERVICE LIST

| | |
|---|---|
| John B. Quinn, Esq.<br>Michael T. Zeller, Esq.<br>Jon D. Corey, Esq.<br>Timothy L. Alger, Esq.<br>Quinn Emanuel Urquhart Oliver &<br>Hedges, LLP<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017-2543<br>(213) 443-3000<br>(213) 443-3100 (Fax)<br><br>Attorneys for Mattel, Inc.<br>[Personal Service] | John W. Keker, Esq.<br>Michael H. Page, Esq.<br>Keker & Van Nest, LLP<br>710 Sansome Street<br>San Francisco, CA 94111<br>(415) 391-5400<br>(415) 397-7188 (Fax)<br><br>Attorneys for Carter Bryant<br>[Federal Express] |

Mark E. Overland, Esq.
Alexander H. Cote, Esq.
David C. Scheper, Esq.
Overland Borenstein Scheper & Kim
300 South Grand Avenue, Suite 2750
Los Angeles, CA 90071
(213) 613-4655
(213) 613-4656 (Fax)

Attorneys for Carlos Gustavo Machado Gomez
[Federal Express]