# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>PLAINTIFF(S)<br>v.<br>MATTEL, INC., a Delaware Corporation<br>AND CONSOLIDATED ACTIONS<br>DEFENDANT(S). | CASE NUMBER:<br><br>CV-04-9049 SGL (RNBx)<br><br>NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
MGA'S OPPOSITION TO MATTEL, INC.'S MOTION TO COMPEL PRODUCTION OF DRAFT PATENT ILLUSTRATIONS; APPLICATION TO FILE MOTION UNDER SEAL AND PROPOSED ORDER; DECLARATION OF AMY S. PARK; DECLARATION OF SAMIR KHARE

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)

☒ Other

**Reason:**

☒ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☐ Manual Filing required (*reason*):

December 18, 2007
Date

Amy S. Park, Esq.
Attorney Name

MGA ENTERTAINMENT, INC.
Party Represented

Note: File one Notice in each case, each time you manually file document(s).