# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | |
| v. | |
| DEFENDANT(S). | **NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**



**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)

☐ Other

**Reason:**

☐ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☐ Manual Filing required (*reason*):

_____                _____
Date                                                                                    Attorney Name

                                                                                        _____
                                                                                        Party Represented

Note:  File one Notice in each case, each time you manually file document(s).

G-92 (02/07)                                  **NOTICE OF MANUAL FILING**

**DOCUMENT LIST**

1) **MGA ENTERTAINMENT, INC.'S OPPOSITION TO MATTEL, INC.'S MOTION (1) TO ENFORCE COURT'S DISCOVERY ORDERS AND TO COMPEL; (2) TO OVERRULE IMPROPER INSTRUCTIONS; AND (3) FOR SANCTIONS;**

2) **DECLARATION OF TIMOTHY MILLER IN SUPPORT OF MGA ENTERTAINMENT, INC.'S OPPOSITION TO MATTEL, INC.'S MOTION (1) TO ENFORCE COURT'S DISCOVERY ORDERS AND TO COMPEL; (2) TO OVERRULE IMPROPER INSTRUCTIONS; AND (3) FOR SANCTIONS;**

3) **DECLARATION OF RICHARD DANIELS IN SUPPORT OF MGA ENTERTAINMENT, INC.'S OPPOSITION TO MATTEL, INC.'S MOTION RE: 30(B)(6) ORDERS;**

4) **MGA ENTERTAINMENT INC.'S RESPONSE TO MATTEL INC.'S SEPARATE STATEMENT NO. 1 IN SUPPORT OF ITS MOTION (1) TO ENFORCE COURT'S DISCOVERY ORDERS AND TO COMPEL; (2) TO OVERRULE IMPROPER INSTRUCTIONS; AND (3) FOR SANCTION; and**

5) **MGA ENTERTAINMENT INC'S RESPONSE TO MATTEL, INC.'S SEPARATE STATEMENT NO. 2**