# EXHIBIT 1

JAN 3 1 2005

1  DIANA M. TORRES  (S.B. #162284)
   PAULA E. AMBROSINI (S.B. # 193126)
2  ALICIA C. MEYER (S.B. #230189)
   O'MELVENY & MYERS, LLP
3  400 South Hope Street
   Los Angeles, California 90071-2899
4  Telephone: (213) 430-6000
   Facsimile: (213) 430-6407
5
   Attorneys for Defendant-in-Intervention,
6  MGA Entertainment, Inc.

7

8              UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10

11 MATTEL, INC., a Delaware          Case No.  CV04-9059 NM (RNBx)
   Corporation,
                                     **MGA'S FIRST SET OF REQUESTS**
12              Plaintiff,           **FOR THE PRODUCTION OF**
                                     **DOCUMENTS AND THINGS**
13    v.

14 CARTER BRYANT, an individual,     Date Filed:          April 27, 2004
   and MGA ENTERTAINMENT,
15 INC., a California Corporation    Discovery cut-off:   None

16              Defendant and
                Defendant-in-
17              Intervention.

18

19 PROPOUNDING PARTY:     MGA ENTERTAINMENT, INC.

20 RESPONDING PARTY:      MATTEL, INC.

21 SET NO.                ONE

22

23

24

25

26

27

28

              EXHIBIT ___1___ PAGE ___4___

                              MGA'S FIRST SET OF DOCUMENT REQUESTS

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, defendant-in-intervention MGA Entertainment, Inc. ("MGA") requests that plaintiff Mattel, Inc. ("Mattel") produce all DOCUMENTS and tangible things described, in accordance with the Definitions and Instructions set forth below, at 10:00 a.m. on March 2, 2005, at the offices of O'Melveny & Myers LLP, 400 South Hope Street, Los Angeles, California 90071.

## INSTRUCTIONS

1.      YOU are instructed to produce all non-privileged DOCUMENTS in YOUR possession, custody or control.  A document is in YOUR "possession, custody, or control" if it is in YOUR physical possession, or if, as a practical matter, YOU have the ability, upon request, to obtain possession of the DOCUMENT or a copy thereof from another person or entity who has physical possession of the DOCUMENT.

2.      If any DOCUMENT or category of DOCUMENTS is not produced in full, please state with particularity the reason or reasons it is not being produced in full, and describe, to the best of YOUR knowledge, information and belief, and with as much particularity as possible, the DOCUMENT or portions of the DOCUMENT that are not being produced.

3.      Each DOCUMENT is to be produced as it is kept in the usual course of business, including all file folders, binders, notebooks, and other devices by which such DOCUMENTS may be organized or separated.

4.      If YOU withhold any DOCUMENT, or portion of a DOCUMENT, on grounds that it is protected from discovery by the attorney-client privilege, work product doctrine, or other privilege, please set forth for each DOCUMENT or portion of a DOCUMENT withheld:

EXHIBIT __1__ PAGE __5__

1    (a) The place, approximate date, and manner of recording, creating or

2       otherwise preparing the DOCUMENT;

3    (b) The names and organization position, if any, of each author,

4       sender, and recipient of the DOCUMENT;

5    (c) A general description of the subject matter of the DOCUMENT;

6    (d) The basis of any claim of privilege; and

7    (e) If work-product is asserted, the proceeding for which the

8       DOCUMENT was created.

9   5. For any DOCUMENT or category of DOCUMENTS that was, but no

10 longer is, in YOUR possession, custody or control, please describe each such

11 DOCUMENT as completely as possible and provide the following information:

12    (a) The reason the DOCUMENT is no longer in YOUR possession,

13       custody or control;

14    (b) The person or entity, if any, who has possession, custody or control

15       or, if unknown, so state;

16    (c) If the DOCUMENT was destroyed or otherwise disposed of, state

17       (i) the manner of disposal (*i.e.* destruction, loss, discarding or other

18       means of disposal); (ii) the date of disposal; (iii) the reason for

19       disposal; (iv) the person authorizing disposal; (v) the person

20       disposing of the DOCUMENT; and (vi) the name and address of

21       the most recent custodian of the DOCUMENT

22   6. These Requests impose a continuing obligation subsequent to your initial

23 production to the full extent provided for in Rule 26(e) of the Federal Rules of Civil

24 Procedure.

25

26

27

28

EXHIBIT ___1___ PAGE ___6___ 2    

## DEFINITIONS

As used in these Requests:

1. "BRATZ" means and refers to each image, character, logo, doll, toy, accessory, product, packaging or other thing or matter that is or has ever been manufactured, marketed or sold by MGA, or others under license, as part of a line of goods or merchandise commonly known as, or sold and marketed under the "Bratz" trademark or trade dress including but not limited to the "BRATZ CONCEPT," "FIRST BRATZ DOLLS," "BRATZ DOLLS," "BRATZ PACK", "LIL' BRATZ," "BRATZ PETZ," "BRATZ BABYZ," and "BRATZ BOYZ.

2. "BRATZ CONCEPT" means and refers to each "BRATZ"-related image, drawing, picture, sculpt, mold, prototype and any other form of artwork predating the FIRST BRATZ DOLLS, examples of which have been the subject of Mr. Bryant's testimony and produced by Mr. Bryant bearing Bates serial numbers Bryant 00175-177; 00179-00182; 00189-00190; 00192-00196; 00198-00216; 00218; 00341; 00972; 01014; and 01116-01118.

3. "FIRST BRATZ DOLLS" means and refers to each image, character, logo, doll, toy, accessory, product, packaging or other thing or matter that is or has ever been manufactured, marketed or sold by MGA, or others under license, as part of a line of goods or merchandise commonly known as, or sold and marketed under the "Bratz" trademark or trade dress and consisting of the following: "Bratz Cloe", SKU 248521; "Bratz Cloe", SKU 248538; "Bratz Jade", SKU 248545; "Bratz Sasha, SKU 248552; "Bratz Yasmin", SKU 248569; "Bratz Pajama Power Fashion", SKU 248576; "Bratz Study Hall Fashion", SKU 248583; and "Bratz Dynamite Dance Fashion", SKU 248682.

4. "BRATZ DOLLS" means and refers to each image, character, logo, doll, toy, accessory, product, packaging or other thing or matter that is or has ever been manufactured, marketed or sold by MGA, or others under license, as part of a line of

EXHIBIT ___ PAGE ___ 7 ³

1   goods or merchandise commonly known as, or sold and marketed under the "Bratz"

2   trademark or trade dress excluding the "FIRST BRATZ DOLLS", "LIL' BRATZ,"

3   "BRATZ PETZ," and "BRATZ BABYZ" and including, without limitation, the

4   styling head commonly known as or sold and marketed as the "Bratz Funky Fashion

5   Make Over" styling head, and specifically including, without limitation, the images,

6   characters, dolls, playsets and other products and toys called or referred to as, or

7   named or marketed in association with the names "Cloe", "Jade", "Sasha", "Yasmin",

8   "Meygan", "Dana", "Fianna", "Nevra", "Cameron", "Dylan", "Eitan", "Koby",

9   "Cade", "Ailani", "Nazalia", "Talia", "Zada", "Mikko", "Colin", "Deavon", "Lakin",

10  "Flaunt It," "Beach Party", "Micro Bratz", "Xpress It", "Bratz Boyz", "Funk 'n'

11  Glow", "Funky Fashion Makeover", "Holiday Bratz – Sweetheart", "Holiday Bratz –

12  Spring Fling", "Holiday Bratz – Independence Dance", "Slumber Party", "Strut It",

13  "Spring Break", "Formal Funk", "Bratz Boyz Formal Funk", "Wintertime

14  Wonderland", "Style It!", "Funky Fashion Makeover", "Funk Out!", "Sun-Kissed

15  Summer", "Girls Nite Out!", "Wild Life Safari", and any other released, or yet to be

16  released, BRATZ named character or product theme.

17      5.    "BRATZ PACK" means and refers to any collection, compilation or

18  grouping of two or more images, characters or dolls that are or have ever been

19  manufactured, marketed or sold by MGA, or others under license, as part of a line of

20  goods or merchandise commonly known as, or sold and marketed under the "Bratz"

21  trademark or trade dress including, without limitation, the collection, compilation or

22  grouping of four female images, characters or dolls individually named, called or

23  referred to as "Bratz Cloe", "Bratz Jade", "Bratz Sasha", and "Bratz Yasmin" and any

24  other similar collection, compilation or grouping of two or more images, characters or

25  dolls, male or female, and specifically including, without limitation, the images,

26  characters and dolls called or referred to as, or named or marketed in association with

27  the names "Cloe", "Jade", "Sasha", "Yasmin", "Meygan", "Dana", "Fianna",

28

---

4

EXHIBIT ___ PAGE ___

1    "Nevra", "Cameron", "Dylan", "Eitan", "Koby", "Cade", "Ailani", "Nazalia",

2    "Talia", "Zada", "Mikko", "Colin", "Deavon", "Lakin", and any other released, or yet

3    to be released, BRATZ character.

4        6.    "LIL' BRATZ" means and refers to each image, character, logo, doll,

5    toy, accessory, product, packaging or other thing or matter that is or has ever been

6    manufactured, marketed or sold by MGA, or others under license, as part of a line of

7    goods or merchandise commonly known as, or sold and marketed under the "Bratz"

8    trademark or trade dress and commonly labeled, called, referred to, named or

9    identified as "LIL' BRATZ", and specifically including, without limitation, the

10    images, characters, dolls, playsets and other products and toys called or referred to as,

11    or named or marketed in association with the names "Cloe", "Yasmin", "Sasha",

12    "Jade", "Ailani", "Nazalia", "Talia", "Zada", "Lil' Boyz", "Cameron", "Dylan",

13    "Eitan", "Koby", "Mikko", "Colin", "Deavon", "Lakin", "Lil' Bratz Slumber Party",

14    "Lil' Bratz Tote", "Lil' Bratz Spring Break", "Lil Bratz Dancefloor Funk", "Lil' Boyz

15    Dancefloor Funk", and any other released, or yet to be released, LIL' BRATZ

16    character or product theme.

17        7.    "BRATZ PETZ" means and refers to each image, character, logo, doll,

18    toy, accessory, product, packaging or other thing or matter that is or has ever been

19    manufactured, marketed or sold by MGA, or others under license, as part of a line of

20    goods or merchandise commonly known as, or sold and marketed under the "Bratz"

21    trademark or trade dress and commonly labeled, called, referred to, named or

22    identified as "BRATZ PETZ", and specifically including, without limitation, the

23    images, characters and toys called or referred to as, or named or marketed in

24    association with the names, "Bratz Catz", "Brigitte", "Jolie", "Kendall", "Daphne",

25    "Bratz Petz Tokyo Catz", "Kyoto", "Cho", "Nami", "Yukiko", "Bratz Petz Foxz",

26    "Carly", "Reilly", "Shayna", "Bree", "Bratz Petz Dogz", "Shae", "Kali", "Pilar",

27

28

EXHIBIT \_\_\_ 1 \_\_\_ PAGE \_\_\_ 9 \_\_\_    5     

1  "Abby", and any other released, or yet to be released, BRATZ PETZ character or
2  product theme.

3       8.    "BRATZ BABYZ" means and refers to each image, character, logo, doll,
4  toy, accessory, product, packaging or other thing or matter that is or has ever been
5  manufactured, marketed or sold by MGA, or others under license, as part of a line of
6  goods or merchandise commonly known as, or sold and marketed under the "Bratz"
7  trademark or trade dress and commonly labeled, called, referred to, named or
8  identified as "BRATZ BABYZ", and specifically including, without limitation, the
9  images, characters and dolls called or referred to as, or named or marketed in
10  association with the names, "Cloe", "Sasha", "Jade," "Yasmin", and any other
11  released, or yet to be released, BRATZ BABYZ character or product theme.

12       9.    "BRATZ BOYZ" means and refers to each male image, character, logo,
13  doll, toy, accessory, product, packaging or other thing or matter that is or has ever
14  been manufactured, marketed or sold by MGA, or others under license, as part of a
15  line of goods or merchandise commonly known as, or sold and marketed under the
16  "Bratz" trademark or trade dress and commonly labeled, called, referred to, named or
17  identified as "BRATZ BOYZ", and specifically including, without limitation, the
18  images characters, dolls, playsets and other products and toys called or referred to as,
19  or named or marketed in association with the names "Cameron", "Dylan", "Eitan",
20  "Koby", "Cade", "Mikko", "Colin", "Deavon", "Lakin", "Bratz Boyz Formal Funk",
21  "Boyz Funk Out!", "Boyz Sun-Kissed Summer", and any other released, or yet to be
22  released BRATZ BOYZ character or product theme.

23       10.    "BRATZ INTELLECTUAL PROPERTY" means all intellectual and
24  industrial property rights in and to BRATZ including, without limitation, all
25  copyrights, patents, trademarks, industrial designs, trade secrets, contract and
26  licensing rights, design rights, moral rights and trade dress rights, in any country of
27  the world.
28

EXHIBIT __1__ PAGE __10__ 6

11.    "BRYANT" means defendant Carter Bryant.

12.    "COMMUNICATION[S]" means any transmission of information from one person or entity to another, including, without limitation, by personal meeting, conversation, letter, telephone, facsimile or electronic mail.  Each request that encompasses information relating in any way to communications to, from or within a business or corporate entity is hereby designated to mean, and should be construed to include, all communications by and between representatives, employees, agents or servants of the business or corporate entity.

13.    "COMPLAINT" means and refers to the Complaint filed by Mattel Inc. in this matter on April 27, 2004 and now designated as Case No. CV 04-9059 NM (RNBx) in the United States District Court for the Central District of California.

14.    "DOCUMENT[S]" incorporates the full meaning of Federal Rule of Civil Procedure 24, and shall be construed in the broadest sense to mean any and all writings, tangible things and property, of any kind, that are now or that have been in YOUR actual or constructive possession, custody or control, including, but not limited to, any handwritten, typewritten, printed, drawn, charted, taped, filmed, punched, copied, recorded, transcribed, graphic or photographic matter of any kind or nature, in, through, or from which information may be embodied, translated, conveyed or stored, whether an original, a draft or copy, however produced or reproduced, whether sent or received or neither, including, but not limited to, notes, memoranda, correspondence, letters, facsimiles and facsimile transmittals, reports, inter- and intra-office COMMUNICATIONS, work papers, work sheets, work records, ledgers, graphs, indexes, advertisements, brochures, price lists, cost sheets, estimating sheets, bills, bills of lading, bids, time cards, receipts, purchase orders, telephone records, telegrams, telexes, literature, invoices, contracts, purchase orders, estimates, recordings, transcriptions of recordings, records, books, pamphlets, periodicals, publications, papers, tapes, DVDs, video CDs, video, audio and digital

7

EXHIBIT ___1___  PAGE ___11___

recordings, television commercials, story boards, website or other spot advertisements, movies, movie trailers, prototypes, products, diaries, calendars, charts, drawings, sketches, messages, photographs and data contained in or accessible through any electronic data processing system, including, but not limited to, computer databases, data sheets, data processing cards, computer files and tapes, computer disks, CD-ROMs, computer meta-data, microfilm, microfiche, electronic mail, website and web pages and transcriptions thereof and all other memorializations of any conversations, meetings and conference, by telephone or otherwise.  The term DOCUMENT also means every copy of a DOCUMENT, where such copy is not an identical duplicate of the original, whether because of deletions, underlinings, showing of blind copies, initialing, signatures, receipt stamps, comments, notations, differences in stationery or any other difference or modification of any kind.

15.    "MARKET RESEARCH" means any type of research, study, survey or analysis of consumers or potential consumers of a product or potential product including, without limitation, focus groups, consumer surveys, market analyses, behavioral analyses and consumer research.

16.    "MATTEL," "PLAINTIFF," "YOU" or "YOUR" means plaintiff MATTEL, Inc. and any of its past or present officers, directors, agents, employees, representatives, consultants, attorneys, parents, subsidiaries, divisions, affiliates, predecessors-in-interest and successors-in-interest, entities and persons acting in joint venture or partnership relationships with YOU and any others acting on YOUR behalf, pursuant to YOUR authority or subject to YOUR control.

17.    "MGA" means MGA Entertainment, Inc. and any of its past or present officers, directors, agents, employees, representatives, consultants, attorneys, parents, subsidiaries, divisions, affiliates, predecessors-in-interest and successors-in-interest, entities and persons acting in joint venture or partnership relationships with MGA

EXHIBIT __1__ PAGE __12__ 8          MGA'S FIRST SET OF DOCUMENT REQUESTS

1  and any others acting on MGA's behalf, pursuant to its authority or subject to its

2  control.

3      18.   "MGA PRODUCTS" means any and all products offered for sale by

4  MGA Entertainment, Inc., other than BRATZ, including, without limitation, "4-Ever

5  Best Friends" and "Alien Racers".

6      19.   The singular form includes the plural, and vice versa.

7      20.   The terms "any" and "all" are interchangeable.

8      21.   The terms "and" and "or" shall be construed disjunctively and

9  conjunctively, and each shall include the other whenever such dual construction will

10  serve to bring within the scope of any Request, DOCUMENTS that would otherwise

11  not be within its scope.

12      22.   As used herein, the terms "relating to" and "referring to" should each be

13  construed in the broadest possible sense to mean concerning, consisting of, referring

14  to, describing, discussing, constituting, evidencing, containing, reflecting,

15  mentioning, pertaining to, citing, summarizing, analyzing or bearing any logical or

16  factual connection with the matter discussed.

17
## REQUESTS FOR PRODUCTION
18
19  **REQUEST NO. 1.:**

20      All DOCUMENTS mentioning, referring or relating to BRATZ

21  INTELLECTUAL PROPERTY.

22  **REQUEST NO. 2.:**

23
24      All DOCUMENTS mentioning, referring or relating to the BRATZ CONCEPT.

25  **REQUEST NO. 3.:**

26      All DOCUMENTS mentioning, referring or relating to the FIRST BRATZ

27  DOLLS.

28

EXHIBIT __1__ PAGE __13__ 9      MGA'S FIRST SET OF DOCUMENT REQUESTS

**REQUEST NO. 4.:**

All DOCUMENTS mentioning, referring or relating to the conception, creation, design, development or reduction to practice of the FIRST BRATZ DOLLS.

**REQUEST NO. 5.:**

All DOCUMENTS mentioning, referring or relating to BRATZ DOLLS, if YOU seek in this case to enjoin the sale of BRATZ DOLLS, or seek, as any part of YOUR recovery or damages in this case, any right or interest in, revenues or profits from, or lost profits or other damages caused by BRATZ DOLLS.

**REQUEST NO. 6.:**

All DOCUMENTS mentioning, referring or relating to the conception, creation, design, development or reduction to practice of BRATZ DOLLS, if YOU seek in this case to enjoin the sale of BRATZ DOLLS, or seek, as any part of YOUR recovery or damages in this case, any right or interest in, revenues or profits from, or lost profits or other damages caused by BRATZ DOLLS.

**REQUEST NO. 7.:**

All DOCUMENTS mentioning, referring or relating to the BRATZ PACK, if YOU seek in this case to enjoin the sale of the BRATZ PACK, or seek, as any part of YOUR recovery or damages in this case, any right or interest in, revenues or profits from, or lost profits or other damages caused by the BRATZ PACK.

**REQUEST NO. 8.:**

All DOCUMENTS mentioning, referring or relating to the conception, creation, design, development or reduction to practice of the BRATZ PACK, if YOU seek in this case to enjoin the sale of the BRATZ PACK, or seek, as any part of YOUR recovery or damages in this case, any right or interest in, revenues or profits from, or lost profits or other damages caused by the BRATZ PACK.

EXHIBIT __1__ PAGE __14__          MGA'S FIRST SET OF DOCUMENT REQUESTS

**REQUEST NO. 9.:**

All DOCUMENTS mentioning, referring or relating to LIL' BRATZ, if YOU seek in this case to enjoin the sale of LIL' BRATZ, or seek, as any part of YOUR recovery or damages in this case, any right or interest in, revenues or profits from, or lost profits or other damages caused by LIL' BRATZ.

**REQUEST NO. 10.:**

All DOCUMENTS mentioning, referring or relating to the conception, creation, design, development or reduction to practice of LIL' BRATZ, if YOU seek in this case to enjoin the sale of LIL' BRATZ, or seek, as any part of YOUR recovery or damages in this case, any right or interest in, revenues or profits from, or lost profits or other damages caused by LIL' BRATZ.

**REQUEST NO. 11.:**

All DOCUMENTS mentioning, referring or relating to BRATZ PETZ, if YOU seek in this case to enjoin the sale of BRATZ PETZ, or seek, as any part of YOUR recovery or damages in this case, any right or interest in, revenues or profits from, or lost profits or other damages caused by BRATZ PETZ.

**REQUEST NO. 12.:**

All DOCUMENTS mentioning, referring or relating to the conception, creation, design, development or reduction to practice of BRATZ PETZ, if YOU seek in this case to enjoin the sale of BRATZ PETZ, or seek, as any part of YOUR recovery or damages in this case, any right or interest in, revenues or profits from, or lost profits or other damages caused by BRATZ PETZ.

**REQUEST NO. 13.:**

All DOCUMENTS mentioning, referring or relating to BRATZ BABYZ, if YOU seek in this case to enjoin the sale of BRATZ BABYZ, or seek, as any part of

EXHIBIT ___**1**___ PAGE __**15**__ [11]

MGA'S FIRST SET OF DOCUMENT REQUESTS

1  YOUR recovery or damages in this case, any right or interest in, revenues or profits
2  from, or lost profits or other damages caused by BRATZ BABYZ.

**REQUEST NO. 14.:**

All DOCUMENTS mentioning, referring or relating to the conception, creation, design, development or reduction to practice of the BRATZ BABYZ, if YOU seek in this case to enjoin the sale of BRATZ BABYZ, or seek, as any part of YOUR recovery or damages in this case, any right or interest in, revenues or profits from, or lost profits or other damages caused by BRATZ BABYZ.

**REQUEST NO. 15.:**

All DOCUMENTS mentioning, referring or relating to BRATZ BOYZ, if YOU seek in this case to enjoin the sale of BRATZ BOYZ, or seek, as any part of YOUR recovery or damages in this case, any right or interest in, revenues or profits from, or lost profits or other damages caused by BRATZ BOYZ.

**REQUEST NO. 16.:**

All DOCUMENTS mentioning, referring or relating to the conception, creation, design, development or reduction to practice of BRATZ BOYZ, if YOU seek in this case to enjoin the sale of BRATZ BOYZ, or seek, as any part of YOUR recovery or damages in this case, any right or interest in, revenues or profits from, or lost profits or other damages caused by BRATZ BOYZ.

**REQUEST NO. 17.:**

All DOCUMENTS referring or relating to BRATZ INTELLECTUAL PROPERTY that YOU have given or shown to any person working on or involved in product conception, creation, design or development at or for MATTEL.

EXHIBIT  1  PAGE  16    12    MGA'S FIRST SET OF DOCUMENT REQUESTS

**REQUEST NO. 18.:**

All DOCUMENTS referring or relating to the BRATZ CONCEPT that YOU have given or shown to any person working on or involved in product conception, creation, design or development at or for MATTEL.

**REQUEST NO. 19.:**

All DOCUMENTS referring or relating to the FIRST BRATZ DOLLS that YOU have given or shown to any person working on or involved in product conception, creation, design or development at or for MATTEL.

**REQUEST NO. 20.:**

All DOCUMENTS referring or relating to the BRATZ PACK that YOU have given or shown to any person working on or involved in product conception, creation, design or development at or for MATTEL, if YOU seek in this case to enjoin the sale of the BRATZ PACK, or seek, as any part of YOUR recovery or damages in this case, any right or interest in, revenues or profits from, or lost profits or other damages caused by the BRATZ PACK.

**REQUEST NO. 21.:**

All DOCUMENTS referring or relating to BRATZ DOLLS that YOU have given or shown to any person working on or involved in product conception, creation, design or development at or for MATTEL, if YOU seek in this case to enjoin the sale of BRATZ DOLLS, or seek, as any part of YOUR recovery or damages in this case, any right or interest in, revenues or profits from, or lost profits or other damages caused by BRATZ DOLLS.

**REQUEST NO. 22.:**

All DOCUMENTS referring or relating to LIL' BRATZ that YOU have given or shown to any person working on or involved in product conception,

EXHIBIT ___1___ PAGE ___17___

13

MGA'S FIRST SET OF DOCUMENT REQUESTS

1   design or development at or for MATTEL, if YOU seek in this case to enjoin the sale
2   of LIL' BRATZ, or seek, as any part of YOUR recovery or damages in this case, any
3   right or interest in, revenues or profits from, or lost profits or other damages caused by
4   LIL' BRATZ.

5   **REQUEST NO. 23.:**

6
7       All DOCUMENTS referring or relating to BRATZ PETZ that YOU have given
    or shown to any person working on or involved in product conception, creation,
8
    design or development at or for MATTEL, if YOU seek in this case to enjoin the sale
9   of BRATZ PETZ, or seek, as any part of YOUR recovery or damages in this case, any
10  right or interest in, revenues or profits from, or lost profits or other damages caused by
11  BRATZ PETZ.

12  **REQUEST NO. 24.:**
13

14      All DOCUMENTS referring or relating to BRATZ BABYZ that YOU have
15  given or shown to any person working on or involved in product conception, creation,
16  design or development at or for MATTEL, if YOU seek in this case to enjoin the sale
17  of BRATZ BABYZ, or seek, as any part of YOUR recovery or damages in this case,
18  any right or interest in, revenues or profits from, or lost profits or other damages
19  caused by BRATZ BABYZ.

20  **REQUEST NO. 25.:**
21

22      All DOCUMENTS referring or relating to BRATZ BOYZ that YOU have given
    or shown to any person working on or involved in product conception, creation,
23
    design or development at or for MATTEL, if YOU seek in this case to enjoin the sale
24  of BRATZ BOYZ, or seek, as any part of YOUR recovery or damages in this case,
25  any right or interest in, revenues or profits from, or lost profits or other damages
26  caused by BRATZ BOYZ.
27

28

EXHIBIT   \   PAGE   18

14

MGA'S FIRST SET OF DOCUMENT REQUESTS

**REQUEST NO. 26.:**

All DOCUMENTS referring or relating to BRATZ INTELLECTUAL PROPERTY that YOU have given or shown to any person working on or involved in the conception, creation, design or development of any fashion doll, other than "Barbie".

**REQUEST NO. 27.:**

All DOCUMENTS referring or relating to the BRATZ CONCEPT that YOU have given or shown to any person working on or involved in the conception, creation, design or development of any fashion doll, other than "Barbie".

**REQUEST NO. 28.:**

All DOCUMENTS referring or relating to the FIRST BRATZ DOLLS that YOU have given or shown to any person working on or involved in the conception, creation, design or development of any fashion doll, other than "Barbie".

**REQUEST NO. 29.:**

All DOCUMENTS referring or relating to the BRATZ PACK that YOU have given or shown to any person working on or involved in the conception, creation, design or development of any fashion doll, other than "Barbie," if YOU seek in this case to enjoin the sale of the BRATZ PACK, or seek, as any part of YOUR recovery or damages in this case, any right or interest in, revenues or profits from, or lost profits or other damages caused by the BRATZ PACK.

**REQUEST NO. 30.:**

All DOCUMENTS referring or relating to BRATZ DOLLS that YOU have given or shown to any person working on or involved in the conception, creation, design or development of any fashion doll, other than "Barbie," if YOU seek in this case to enjoin the sale of BRATZ DOLLS, or seek, as any part of YOUR recovery or

EXHIBIT __ 1 __ PAGE __ 19 __

MGA'S FIRST SET OF DOCUMENT REQUESTS

1  damages in this case, any right or interest in, revenues or profits from, or lost profits
2  or other damages caused by BRATZ DOLLS.

**REQUEST NO. 31.:**

3
4
5     All DOCUMENTS referring or relating to LIL' BRATZ that YOU have given
6  or shown to any person working on or involved in the conception, creation, design or
7  development of any fashion doll, other than "Barbie," if YOU seek in this case to
8  enjoin the sale of LIL' BRATZ, or seek, as any part of YOUR recovery or damages in
9  this case, any right or interest in, revenues or profits from, or lost profits or other
10  damages caused by LIL' BRATZ.

11  **REQUEST NO. 32.:**

12     All DOCUMENTS referring or relating to BRATZ PETZ that YOU have given
13  or shown to any person working on or involved in the conception, creation, design or
14  development of any plush toy, if YOU seek in this case to enjoin the sale of BRATZ
15  PETZ, or seek, as any part of YOUR recovery or damages in this case, any right or
16  interest in, revenues or profits from, or lost profits or other damages caused by
17  BRATZ PETZ.

18  **REQUEST NO. 33.:**
19
20     All DOCUMENTS referring or relating to BRATZ BABYZ that YOU have
21  given or shown to any person working on or involved in product conception, creation,
22  design or development of any fashion doll, if YOU seek in this case to enjoin the sale
23  of BRATZ BABYZ, or seek, as any part of YOUR recovery or damages in this case,
24  any right or interest in, revenues or profits from, or lost profits or other damages
25  caused by BRATZ BABYZ.

26  **REQUEST NO. 34.:**

27     All DOCUMENTS referring or relating to BRATZ BOYZ that YOU have given
28  or shown to any person working on or involved in product conception, creation,

EXHIBIT __l__ PAGE _20_

16

MGA'S FIRST SET OF DOCUMENT REQUESTS

1  design or development of any fashion doll, other than "Barbie," if YOU seek in this

2  case to enjoin the sale of BRATZ BOYZ, or seek, as any part of YOUR recovery or

3  damages in this case, any right or interest in, revenues or profits from, or lost profits

4  or other damages caused by BRATZ BOYZ.

5  **REQUEST NO. 35.:**

6

7  All DOCUMENTS mentioning, referring or relating to the conception, creation,

8  design or development of BRATZ INTELLECTUAL PROPERTY that YOU have

9  given or shown to any third party.

10  **REQUEST NO. 36.:**

11  All DOCUMENTS mentioning, referring or relating to the conception, creation,

12  design or development of the BRATZ CONCEPT that YOU have given or shown to

13  any third party.

14  **REQUEST NO. 37.:**

15

16  All DOCUMENTS mentioning, referring or relating to the conception, creation,

17  design or development of the FIRST BRATZ DOLLS that YOU have given or shown

18  to any third party.

19  **REQUEST NO. 38.:**

20  All DOCUMENTS mentioning, referring or relating to the conception, creation,

21  design or development of BRATZ DOLLS that YOU have given or shown to any

22  third party, if YOU seek in this case to enjoin the sale of BRATZ DOLLS, or seek, as

23  any part of YOUR recovery or damages in this case, any right or interest in, revenues

24  or profits from, or lost profits or other damages caused by BRATZ DOLLS.

25  **REQUEST NO. 39.:**

26

27  All DOCUMENTS mentioning, referring or relating to the conception, creation,

28  design or development of the BRATZ PACK that YOU have given or shown to any

EXHIBIT __1__ PAGE __21__ 17                    MGA'S FIRST SET OF DOCUMENT REQUESTS

1  third party, if YOU seek in this case to enjoin the sale of the BRATZ PACK, or seek,

2  as any part of YOUR recovery or damages in this case, any right or interest in,

3  revenues or profits from, or lost profits or other damages caused by the BRATZ

4  PACK.

5  **REQUEST NO. 40.:**

6

7      All DOCUMENTS mentioning, referring or relating to the conception, creation,

8  design or development of LIL' BRATZ that YOU have given or shown to any third

9  party, if YOU seek in this case to enjoin the sale of LIL' BRATZ, or seek, as any part

10  of YOUR recovery or damages in this case, any right or interest in, revenues or profits

11  from, or lost profits or other damages caused by LIL' BRATZ.

12  **REQUEST NO. 41.:**

13      All DOCUMENTS mentioning, referring or relating to the conception, creation,

14  design or development of BRATZ PETZ that YOU have given or shown to any third

15  party, if YOU seek in this case to enjoin the sale of BRATZ PETZ, or seek, as any

16  part of YOUR recovery or damages in this case, any right or interest in, revenues or

17  profits from, or lost profits or other damages caused by BRATZ PETZ.

18  **REQUEST NO. 42.:**

19

20      All DOCUMENTS mentioning, referring or relating to the conception, creation,

21  design or development of BRATZ BABYZ that YOU have given or shown to any

22  third party, if YOU seek in this case to enjoin the sale of BRATZ BABYZ, or seek, as

23  any part of YOUR recovery or damages in this case, any right or interest in, revenues

24  or profits from, or lost profits or other damages caused by BRATZ BABYZ.

25  **REQUEST NO. 43.:**

26      All DOCUMENTS mentioning, referring or relating to the conception, creation,

27  design or development of BRATZ BOYZ that YOU have given or shown to any third

28  party, if YOU seek in this case to enjoin the sale of BRATZ BOYZ, or seek, as any

18

MGA'S FIRST SET OF DOCUMENT REQUESTS

EXHIBIT \_\_\_\_**1**\_\_\_ PAGE \_\_\_**22**\_\_\_

1   part of YOUR recovery or damages in this case, any right or interest in, revenues or

2   profits from, or lost profits or other damages caused by BRATZ BOYZ.

3   **REQUEST NO. 44.:**

4

5       All DOCUMENTS discussing or mentioning Isaac Larian, authored between

6   June 2000 and October 2001.

7   **REQUEST NO. 45.:**

8       All DOCUMENTS discussing or mentioning Paula Treantafellas, authored

9   between June 2000 and October 2001.

10   **REQUEST NO. 46.:**

11

12       All DOCUMENTS discussing or mentioning Mercedah Ward, authored

13   between June 2000 and October 2001.

14   **REQUEST NO. 47.:**

15       All DOCUMENTS discussing or mentioning BRATZ, authored between June

16   2000 and October 2001.

17   **REQUEST NO. 48.:**

18

19       All DOCUMENTS discussing or mentioning BRATZ INTELLECTUAL

20   PROPERTY.

21   **REQUEST NO. 49.:**

22       All DOCUMENTS discussing, mentioning, referring or relating to any

23   MATTEL desire, plan, idea, decision, goal, or objective to interfere with, injure, harm

24   or negatively impact Isaac Larian in any way, including, without limitation, his

25   reputation, income, revenue, business interests and relationships, which were

26   communicated to the public, retailers, the press, consumers, advertisers, media buyer

27   representatives, cable or broadcast television executives, the NPD Group, the Toy

28   Industry Association, any United States governmental unit or agency, any toy industry

EXHIBIT __1__ PAGE __23__

MGA'S FIRST SET OF DOCUMENT REQUESTS

1  organization whether foreign, domestic or international, any manufacturing or

2  children's safety compliance or watchdog organization, and any organization,

3  company, agency, entity or person involved in commercial or product safety

4  evaluation, ratings or awards,

5  **REQUEST NO. 50.:**

6

7        All DOCUMENTS discussing, mentioning, referring or relating to any

8  MATTEL desire, plan, idea, decision, goal, or objective to interfere with, injure, harm

9  or negatively impact MGA in any way, including, without limitation, its reputation,

   income, revenue, business interests and relationships, which were communicated to

10  the public, retailers, the press, consumers, advertisers, media buyer representatives,

11  cable or broadcast television executives, the NPD Group, the Toy Industry

12  Association, any United States governmental unit or agency, any toy industry

13  organization whether foreign, domestic or international, any manufacturing or

14  children's safety compliance or watchdog organization, and any organization,

15  company, agency, entity or person involved in commercial or product safety

16  evaluation, ratings or awards,

17

18  **REQUEST NO. 51.:**

19        All DOCUMENTS discussing, mentioning, referring or relating to any

20  MATTEL desire, plan, idea, decision, goal, or objective to interfere with, injure, harm

21  or negatively impact the commercial success of BRATZ in any way, including,

22  without limitation, the reputation, sales, popularity, price and availability of BRATZ,

23  which were communicated to the public, retailers, the press, consumers, advertisers,

24  media buyer representatives, cable or broadcast television executives, the NPD Group,

25  the Toy Industry Association, any United States governmental unit or agency, any toy

26  industry organization whether foreign, domestic or international, any manufacturing

27  or children's safety compliance or watchdog organization, and any organization,

28

company, agency, entity or person involved in commercial or product safety evaluation, ratings or awards.

**REQUEST NO. 52.:**

All DOCUMENTS discussing, mentioning, referring or relating to any MATTEL desire, plan, idea, decision, goal, or objective to interfere with, injure, harm or negatively impact the commercial success of the FIRST BRATZ DOLLS in any way, including, without limitation, the reputation, sales, popularity, price and availability of the FIRST BRATZ DOLLS which were communicated to the public, retailers, the press, consumers, advertisers, media buyer representatives, cable or broadcast television executives, the NPD Group, the Toy Industry Association, any United States governmental unit or agency, any toy industry organization whether foreign, domestic or international, any manufacturing or children's safety compliance or watchdog organization, and any organization, company, agency, entity or person involved in commercial or product safety evaluation, ratings or awards.

**REQUEST NO. 53.:**

All DOCUMENTS discussing, mentioning, referring or relating to any MATTEL desire, plan, idea, decision, goal, or objective to interfere with, injure, harm or negatively impact the commercial success of BRATZ DOLLS in any way, including, without limitation, the reputation, sales, popularity, price and availability of BRATZ DOLLS which were communicated to the public, retailers, the press, consumers, advertisers, media buyer representatives, cable or broadcast television executives, the NPD Group, the Toy Industry Association, any United States governmental unit or agency, any toy industry organization whether foreign, domestic or international, any manufacturing or children's safety compliance or watchdog organization, and any organization, company, agency, entity or person involved in commercial or product safety evaluation, ratings or awards.

21

MGA'S FIRST SET OF DOCUMENT REQUESTS

EXHIBIT __1__ PAGE __25__

**REQUEST NO. 54.:**

All DOCUMENTS discussing, mentioning, referring or relating to any MATTEL desire, plan, idea, decision, goal, or objective to interfere with, injure, harm or negatively impact the commercial success of the BRATZ PACK in any way, including, without limitation, the reputation, sales, popularity, price and availability of the BRATZ PACK, which were communicated to the public, retailers, the press, consumers, advertisers, media buyer representatives, cable or broadcast television executives, the NPD Group, the Toy Industry Association, any United States governmental unit or agency, any toy industry organization whether foreign, domestic or international, any manufacturing or children's safety compliance or watchdog organization, and any organization, company, agency, entity or person involved in commercial or product safety evaluation, ratings or awards.

**REQUEST NO. 55.:**

All DOCUMENTS discussing, mentioning, referring or relating to any MATTEL desire, plan, idea, decision, goal, or objective to injure, interfere with, harm or negatively impact the commercial success of LIL' BRATZ in any way, including, without limitation, the reputation, sales, popularity, price and availability of LIL' BRATZ, which were communicated to the public, retailers, the press, consumers, advertisers, media buyer representatives, cable or broadcast television executives, the NPD Group, the Toy Industry Association, any United States governmental unit or agency, any toy industry organization whether foreign, domestic or international, any manufacturing or children's safety compliance or watchdog organization, and any organization, company, agency, entity or person involved in commercial or product safety evaluation, ratings or awards.

EXHIBIT __1__ PAGE __26__

22

MGA'S FIRST SET OF DOCUMENT REQUESTS

**REQUEST NO. 56.:**

All DOCUMENTS discussing, mentioning, referring or relating to any MATTEL desire, plan, idea, decision, goal, or objective to interfere with, injure, harm or negatively impact the commercial success of BRATZ PETZ in any way, including, without limitation, the reputation, sales, popularity, price and availability of BRATZ PETZ, which were communicated to the public, retailers, the press, consumers, advertisers, media buyer representatives, cable or broadcast television executives, the NPD Group, the Toy Industry Association, any United States governmental unit or agency, any toy industry organization whether foreign, domestic or international, any manufacturing or children's safety compliance or watchdog organization, and any organization, company, agency, entity or person involved in commercial or product safety evaluation, ratings or awards.

**REQUEST NO. 57.:**

All DOCUMENTS discussing, mentioning, referring or relating to any MATTEL desire, plan, idea, decision, goal, or objective to interfere with, injure, harm or negatively impact the commercial success of BRATZ BABYZ in any way, including, without limitation, the reputation, sales, popularity, price and availability of BRATZ BABYZ, which were communicated to the public, retailers, the press, consumers, advertisers, media buyer representatives, cable or broadcast television executives, the NPD Group, the Toy Industry Association, any United States governmental unit or agency, any toy industry organization whether foreign, domestic or international, any manufacturing or children's safety compliance or watchdog organization, and any organization, company, agency, entity or person involved in commercial or product safety evaluation, ratings or awards.

**REQUEST NO. 58.:**

All DOCUMENTS discussing, mentioning, referring or relating to any

EXHIBIT __1__ PAGE __27__ 23

1  MATTEL desire, plan, idea, decision, goal, or objective to interfere with, injure, harm

2  or negatively impact the commercial success of BRATZ BOYZ in any way, including,

3  without limitation, the reputation, sales, popularity, price and availability of BRATZ

4  BOYZ, which were communicated to the public, retailers, the press, consumers,

5  advertisers, media buyer representatives, cable or broadcast television executives, the

6  NPD Group, the Toy Industry Association, any United States governmental unit or

7  agency, any toy industry organization whether foreign, domestic or international, any

8  manufacturing or children's safety compliance or watchdog organization, and any

9  organization, company, agency, entity or person involved in commercial or product

10  safety evaluation, ratings or awards.

11  **REQUEST NO. 59.:**

12

13      All DOCUMENTS discussing, mentioning, referring or relating to any

14  MATTEL desire, plan, idea, decision, goal, or objective to interfere with, injure, harm

15  or negatively impact the commercial success of any MGA PRODUCT in any way,

16  including, without limitation, any such product's reputation, sales, popularity, price

17  and availability, which were communicated to the public, retailers, the press,

18  consumers, advertisers, media buyer representatives, cable or broadcast television

19  executives, the NPD Group, the Toy Industry Association, any United States

20  governmental unit or agency, any toy industry organization whether foreign, domestic

21  or international, any manufacturing or children's safety compliance or watchdog

22  organization, and any organization, company, agency, entity or person involved in

23  commercial or product safety evaluation, ratings or awards.

24  **REQUEST NO. 60.:**

25      All COMMUNICATIONS from Mr. Eckert, Mr. Bousquette, Sujata Luther,

26  Richard Dixon, Tim Kiplin, Adrienne Fontanella, Neil Freedman or Jerry Cleary to

27  the public, retailers, the press, consumers, advertisers, media buyer representatives,

28  cable or broadcast television executives, the NPD Group, the Toy Industry

1  Association, any United States governmental unit or agency, any toy industry

2  organization whether foreign, domestic or international, any manufacturing or

3  children's safety compliance or watchdog organization, and any organization,

4  company, agency, entity or person involved in commercial or product safety

5  evaluation, ratings or awards.

6  **REQUEST NO. 61.:**

7

8      All COMMUNICATIONS from Mr. Eckert, Mr. Bousquette , Sujata Luther,

9  Richard Dixon, Tim Kiplin, Adrienne Fontanella, Neil Freedman or Jerry Cleary to

10  the public, retailers, the press, consumers, advertisers, media buyer representatives,

11  cable or broadcast television executives, the NPD Group, the Toy Industry

12  Association, any United States governmental unit or agency, any toy industry

13  organization whether foreign, domestic or international, any manufacturing or

14  children's safety compliance or watchdog organization, and any organization,

15  company, agency, entity or person involved in commercial or product safety

16  evaluation, ratings or awards mentioning, referring or relating to the BRATZ

17  CONCEPT.

18  **REQUEST NO. 62.:**

19      All COMMUNICATIONS from Mr. Eckert, Mr. Bousquette, Sujata Luther,

20  Richard Dixon, Tim Kiplin, Adrienne Fontanella, Neil Freedman or Jerry Cleary to

21  the public, retailers, the press, consumers, advertisers, media buyer representatives,

22  cable or broadcast television executives, the NPD Group, the Toy Industry

23  Association, any United States governmental unit or agency, any toy industry

24  organization whether foreign, domestic or international, any manufacturing or

25  children's safety compliance or watchdog organization, and any organization,

26  company, agency, entity or person involved in commercial or product safety

27  evaluation, ratings or awards mentioning, referring or relating to the FIRST BRATZ

28  DOLLS.

25

MGA'S FIRST SET OF DOCUMENT REQUESTS

EXHIBIT __1__ PAGE __29__

**REQUEST NO. 63.:**

All COMMUNICATIONS from Mr. Eckert, Mr. Bousquette, Sujata Luther, Richard Dixon, Tim Kiplin, Adrienne Fontanella, Neil Freedman or Jerry Cleary to the public, retailers, the press, consumers, advertisers, media buyer representatives, cable or broadcast television executives, the NPD Group, the Toy Industry Association, any United States governmental unit or agency, any toy industry organization whether foreign, domestic or international, any manufacturing or children's safety compliance or watchdog organization, and any organization, company, agency, entity or person involved in commercial or product safety evaluation, ratings or awards mentioning, referring or relating to BRATZ DOLLS.

**REQUEST NO. 64.:**

All COMMUNICATIONS from Mr. Eckert, Mr. Bousquette, Sujata Luther, Richard Dixon, Tim Kiplin, Adrienne Fontanella, Neil Freedman or Jerry Cleary to the public, retailers, the press, consumers, advertisers, media buyer representatives, cable or broadcast television executives, the NPD Group, the Toy Industry Association, any United States governmental unit or agency, any toy industry organization whether foreign, domestic or international, any manufacturing or children's safety compliance or watchdog organization, and any organization, company, agency, entity or person involved in commercial or product safety evaluation, ratings or awards mentioning, referring or relating to the BRATZ PACK.

**REQUEST NO. 65.:**

All COMMUNICATIONS from Mr. Eckert, Mr. Bousquette, Sujata Luther, Richard Dixon, Tim Kiplin, Adrienne Fontanella, Neil Freedman or Jerry Cleary to the public, retailers, the press, consumers, advertisers, media buyer representatives, cable or broadcast television executives, the NPD Group, the Toy Industry Association, any United States governmental unit or agency, any toy industry

26

MGA'S FIRST SET OF DOCUMENT REQUESTS

1   organization whether foreign, domestic or international, any manufacturing or

2   children's safety compliance or watchdog organization, and any organization,

3   company, agency, entity or person involved in commercial or product safety

4   evaluation, ratings or awards mentioning, referring or relating to LIL' BRATZ.

5   **REQUEST NO. 66.:**

6

7       All COMMUNICATIONS from Mr. Eckert, Mr. Bousquette, Sujata Luther,

8   Richard Dixon, Tim Kiplin, Adrienne Fontanella, Neil Freedman or Jerry Cleary to

9   the public, retailers, the press, consumers, advertisers, media buyer representatives,

    cable or broadcast television executives, the NPD Group, the Toy Industry

10  Association, any United States governmental unit or agency, any toy industry

11  organization whether foreign, domestic or international, any manufacturing or

12  children's safety compliance or watchdog organization, and any organization,

13  company, agency, entity or person involved in commercial or product safety

14  evaluation, ratings or awards mentioning, referring or relating to BRATZ PETZ.

15

16  **REQUEST NO. 67.:**

17      All COMMUNICATIONS from Mr. Eckert, Mr. Bousquette, Sujata Luther,

18  Richard Dixon, Tim Kiplin, Adrienne Fontanella, Neil Freedman or jerry Cleary to the

19  public, retailers, the press, consumers, advertisers, media buyer representatives, cable

20  or broadcast television executives, the NPD Group, the Toy Industry Association, any

21  United States governmental unit or agency, any toy industry organization whether

22  foreign, domestic or international, any manufacturing or children's safety compliance

23  or watchdog organization, and any organization, company, agency, entity or person

24  involved in commercial or product safety evaluation, ratings or awards mentioning,

25  referring or relating to BRATZ BABYZ.

26

27

28

EXHIBIT __1__ PAGE __31__

**REQUEST NO. 68.:**

All COMMUNICATIONS from Mr. Eckert, Mr. Bousquette, Sujata Luther, Richard Dixon, Tim Kiplin, Adrienne Fontanella, Neil Freedman or Jerry Cleary to the public, retailers, the press, consumers, advertisers, media buyer representatives, cable or broadcast television executives, the NPD Group, the Toy Industry Association, any United States governmental unit or agency, any toy industry organization whether foreign, domestic or international, any manufacturing or children's safety compliance or watchdog organization, and any organization, company, agency, entity or person involved in commercial or product safety evaluation, ratings or awards mentioning, referring or relating to BRATZ BOYZ.

**REQUEST NO. 69.:**

All DOCUMENTS discussing, mentioning, referring or relating to any MATTEL desire, plan, idea, decision, goal, or objective to copy, imitate, replicate, emulate, duplicate or mimic BRATZ.

**REQUEST NO. 70.:**

All DOCUMENTS discussing, mentioning, referring or relating to any MATTEL desire, plan, idea, decision, goal, or objective to copy, imitate, replicate, emulate, duplicate or mimic any MGA PRODUCT with which BRYANT had any involvement.

**REQUEST NO. 71.:**

All DOCUMENTS mentioning, discussing, referring or relating to any BRATZ ITEM, which is dated or was authored or created before the date that the BRATZ ITEM was first offered for sale in retail stores to the general public.

MGA'S FIRST SET OF DOCUMENT REQUESTS

EXHIBIT  1  PAGE  32

**REQUEST NO. 72.:**

All DOCUMENTS evidencing, detailing, discussing, describing, depicting, mentioning, referring to, or relating to the similarities or differences between the BRATZ CONCEPT on the one hand and any idea, concept, creation, design, work, or intellectual property owned by YOU on the other, which YOU contend served, or may have served, as the idea, inspiration, source or origin for the BRATZ CONCEPT.

**REQUEST NO. 73.:**

All DOCUMENTS evidencing, detailing, discussing, describing, depicting, mentioning, referring to, or relating to the similarities or differences between the FIRST BRATZ DOLLS on the one hand and any idea, concept, creation, design, work, or intellectual property owned by YOU on the other, which YOU contend served, or may have served, as the idea, inspiration, source or origin for the FIRST BRATZ DOLLS.

**REQUEST NO. 74.:**

All DOCUMENTS evidencing, detailing, discussing, describing, depicting, mentioning, referring to, or relating to the similarities or differences between BRATZ DOLLS on the one hand and any idea, concept, creation, design, work, or intellectual property owned by YOU on the other, which YOU contend served, or may have served, as the idea, inspiration, source or origin for BRATZ DOLLS.

**REQUEST NO. 75.:**

All DOCUMENTS evidencing, detailing, discussing, describing, depicting, mentioning, referring to, or relating to the similarities or differences between the BRATZ PACK on the one hand and any idea, concept, creation, design, work, or intellectual property owned by YOU on the other, which YOU contend served, or may have served, as the idea, inspiration, source or origin for the BRATZ PACK.

EXHIBIT ___1___ PAGE _33_

29

MGA'S FIRST SET OF DOCUMENT REQUESTS

1  **REQUEST NO. 76.:**

2      All DOCUMENTS evidencing, detailing, discussing, describing, depicting,

3  mentioning, referring to, or relating to the similarities or differences between LIL'

4  BRATZ on the one hand and any idea, concept, creation, design, work, or intellectual

5  property owned by YOU on the other, which YOU contend served, or may have

6  served, as the idea, inspiration, source or origin for LIL' BRATZ.

7  **REQUEST NO. 77.:**

8

9      All DOCUMENTS evidencing, detailing, discussing, describing, depicting,

10  mentioning, referring to, or relating to the similarities or differences between BRATZ

11  PETZ on the one hand and any idea, concept, creation, design, work, or intellectual

12  property owned by YOU on the other, which YOU contend served, or may have

13  served, as the idea, inspiration, source or origin for BRATZ PETZ.

14  **REQUEST NO. 78.:**

15      All DOCUMENTS evidencing, detailing, discussing, describing, depicting,

16  mentioning, referring to, or relating to the similarities or differences between BRATZ

17  BABYZ on the one hand and any idea, concept, creation, design, work, or intellectual

18  property owned by YOU on the other, which YOU contend served, or may have

19  served, as the idea, inspiration, source or origin for BRATZ BABYZ.

20  **REQUEST NO. 79.:**

21

22      All DOCUMENTS evidencing, detailing, discussing, describing, depicting,

23  mentioning, referring to, or relating to the similarities or differences between BRATZ

24  BOYZ on the one hand and any idea, concept, creation, design, work, or intellectual

25  property owned by YOU on the other, which YOU contend served, or may have

26  served, as the idea, inspiration, source or origin for BRATZ BOYZ.

27

28

MGA'S FIRST SET OF DOCUMENT REQUESTS

EXHIBIT __1__ PAGE _34_

**REQUEST NO. 80.:**

All DOCUMENTS evidencing, detailing, discussing, describing, depicting, mentioning, referring to, or relating to the similarities or differences between any MGA PRODUCT on the one hand and any idea, concept, creation, design, work, or intellectual property owned by YOU on the other, which YOU contend served, or may have served, as the idea, inspiration, source or origin for any MGA PRODUCT.

**REQUEST NO. 81.:**

All DOCUMENTS quantifying, calculating, estimating, referring to, or relating to the damage or harm YOU have purportedly suffered as a result of BRYANT's alleged conduct including, without limitation, all DOCUMENTS evidencing the cause, nature, extent, and amount or value of any unjust enrichment, lost revenues, lost profits, lost sales, price erosion, lost or converted property, consequential and incidental damage, information or intellectual property provided to any competitor, benefit obtained by any competitor, lost opportunity, lost advantage, lost benefit, and any other form of alleged harm.

**REQUEST NO. 82.:**

All DOCUMENTS mentioning, referring or relating to the conception, creation, design, development or reduction to practice of "Toon Teens" and any related or derivative works, including, without limitation, DOCUMENTS commissioning, assigning, contracting for, or otherwise requesting work on or assistance with the conception, creation, design, development or reduction to practice of said work(s).

**REQUEST NO. 83.:**

All DOCUMENTS constituting contracts, licenses, assignments or conveyances involving, referring or relating to "Toon Teens" and any derivative works.

EXHIBIT _____ PAGE **35**

**REQUEST NO. 84.:**

All COMMUNICATIONS exchanged between YOU on the one hand and the U.S. Patent and Trademark Office or U.S. Copyright Office on the other referring or relating to "Toon Teens" and any related or derivative works including, without limitation, applications, registrations, amendments, office actions and correspondence and all DOCUMENTS mentioning, referring or relating to such COMMUNICATIONS.

**REQUEST NO. 85.:**

All DOCUMENTS constituting, mentioning, referring to, or relating to any decision to apply for, register for, file, amend, withdraw, or abandon any trademark, service mark, trade dress, or copyright application or registration for "Toon Teens" and any derivative works.

**REQUEST NO. 86.:**

All DOCUMENTS constituting, modeling, showing, demonstrating, depicting, or describing "Toon Teens" and any derivative works including, without limitation, photographs, visual reproductions, drawings, sketches, models, molds, prototypes and any type of three dimensional image, including all original molds, models and prototypes.

**REQUEST NO. 87.:**

All DOCUMENTS that name or are otherwise sufficient to identify the individuals who worked on or were involved in any way with the conception, creation, design and development of the "Toon Teens" idea, concept or products and any related or derivative works.

**REQUEST NO. 88.:**

All DOCUMENTS that name or are otherwise sufficient to identify the

32                          MGA'S FIRST SET OF DOCUMENT REQUESTS

EXHIBIT __1__ PAGE __32__

1  individuals who worked on or were involved in any way in the plans for creating,

2  designing, developing and marketing "Toon Teens," including individuals who

3  worked on or were involved in any way in (1) deciding to create, design, develop or

4  market "Toon Teens" and (2) deciding to stop or abandon the design, development or

5  marketing of "Toon Teens".

6  **REQUEST NO. 89.:**

7

8      All DOCUMENTS mentioning, discussing, referring or relating to all of the

9  facts and circumstances leading up to, surrounding or any way connected with the

10  development, marketing and abandonment of "Toon Teens" including, without

11  limitation, the reasons for and factors influencing the creation, design, development

12  and marketing of "Toon Teens," and the reasons for and factors influencing the

13  cessation or abandonment of the design, development or marketing of "Toon Teens".

14  **REQUEST NO. 90.:**

15      All DOCUMENTS evidencing that BRYANT had access to "Toon Teens," at

16  any stage of creation, concept, design or development.

17  **REQUEST NO. 91.:**

18

19      All DOCUMENTS referring or relating to BRATZ INTELLECTUAL

20  PROPERTY that YOU have given or shown to any person who worked on or was

21  involved in the conception, creation, design or development of "Toon Teens".

22  **REQUEST NO. 92.:**

23      All DOCUMENTS referring or relating to the BRATZ CONCEPT that YOU

24  have given or shown to any person who worked on or was involved in the conception,

25  creation, design or development of "Toon Teens".

26

27

28

MGA'S FIRST SET OF DOCUMENT REQUESTS

EXHIBIT ___1___ PAGE __37__

**REQUEST NO. 93.:**

All DOCUMENTS referring or relating to the FIRST BRATZ DOLLS that YOU have given or shown to any person who worked on or was involved in the conception, creation, design or development of "Toon Teens".

**REQUEST NO. 94.:**

All DOCUMENTS referring or relating to the BRATZ PACK that YOU have given or shown to any person who worked on or was involved in the conception, creation, design or development of "Toon Teens".

**REQUEST NO. 95.:**

All DOCUMENTS referring or relating to the BRATZ BOYZ that YOU have given or shown to any person who worked on or was involved in the conception, creation, design or development of "Toon Teens".

**REQUEST NO. 96.:**

All DOCUMENTS used or referred to in creating and designing "Toon Teens," including, without limitation, all DOCUMENTS that served as artistic inspiration for any aspect, feature or element of "Toon Teens".

**REQUEST NO. 97.:**

All DOCUMENTS, including MARKET RESEARCH, referring or relating to, or influencing MATTEL's decision to create, design, develop or abandon "Toon Teens," including, without limitation, the reasons for and factors influencing its decision.

**REQUEST NO. 98.:**

All DOCUMENTS expressing, mentioning, discussing, referring or relating to any actual, alleged or perceived connection between BRYANT, BRATZ, BRATZ INTELLECTUAL PROPERTY or MGA on the one hand, and "Toon Teens" on the

34

MGA'S FIRST SET OF DOCUMENT REQUESTS

EXHIBIT 1 PAGE 38

1  other, including any actual, alleged or perceived similarities between BRATZ,

2  BRATZ INTELLECTUAL PROPERTY or any MGA PRODUCT and "Toon Teens"

3  and any actual, alleged or perceived, copying, conversion, theft of ideas and theft of

4  trade secrets by BRYANT.

5  **REQUEST NO. 99.:**

6

7      All DOCUMENTS expressing, mentioning, discussing, referring or relating to

8  any actual, alleged or perceived connection between BRYANT, BRATZ, BRATZ

9  INTELLECTUAL PROPERTY or MGA on the one hand, and "Toon Teens" on the

10  other, including any actual, alleged or perceived similarities between BRATZ,

11  BRATZ INTELLECTUAL PROPERTY or any MGA PRODUCT and "Toon Teens"

12  and any actual, alleged or perceived, copying, conversion, theft of ideas and theft of

13  trade secrets by MGA.

14  **REQUEST NO. 100.:**

15      All DOCUMENTS evidencing, detailing, discussing, describing, depicting,

16  mentioning, referring to, or relating to the similarities or differences between the

17  BRATZ CONCEPT on the one hand and "Toon Teens" on the other.

18  **REQUEST NO. 101.:**

19

20      All DOCUMENTS evidencing, detailing, discussing, describing, depicting,

21  mentioning, referring to, or relating to the similarities or differences between the

22  FIRST BRATZ DOLLS on the one hand and "Toon Teens" on the other.

23  **REQUEST NO. 102.:**

24      All DOCUMENTS evidencing, detailing, discussing, describing, depicting,

25  mentioning, referring to, or relating to the similarities or differences between BRATZ

26  DOLLS on the one hand and "Toon Teens" on the other, if YOU seek in this case to

27  enjoin the sale of BRATZ DOLLS, or seek, as any part of YOUR recovery or

28

35

MGA'S FIRST SET OF DOCUMENT REQUESTS

EXHIBIT ___1___ PAGE _35_

1  damages in this case, any right or interest in, revenues or profits from, or lost profits

2  or other damages caused by BRATZ DOLLS.

3  **REQUEST NO. 103.:**

4

5      All DOCUMENTS evidencing, detailing, discussing, describing, depicting,

6  mentioning, referring to, or relating to the similarities or differences between the

7  BRATZ PACK on the one hand and "Toon Teens" on the other, if YOU seek in this

8  case to enjoin the sale of the BRATZ PACK, or seek, as any part of YOUR recovery

9  or damages in this case, any right or interest in, revenues or profits from, or lost

10  profits or other damages caused by the BRATZ PACK.

11  **REQUEST NO. 104.:**

12      All DOCUMENTS evidencing, detailing, discussing, describing, depicting,

13  mentioning, referring to, or relating to the similarities or differences between LIL'

14  BRATZ on the one hand and "Toon Teens" on the other, if YOU seek in this case to

15  enjoin the sale of LIL' BRATZ, or seek, as any part of YOUR recovery or damages in

16  this case, any right or interest in, revenues or profits from, or lost profits or other

17  damages caused by LIL' BRATZ.

18  **REQUEST NO. 105.:**

19

20      All DOCUMENTS evidencing, detailing, discussing, describing, depicting,

21  mentioning, referring to, or relating to the similarities or differences between BRATZ

22  PETZ on the one hand and "Toon Teens" on the other, if YOU seek in this case to

23  enjoin the sale of BRATZ PETZ, or seek, as any part of YOUR recovery or damages

24  in this case, any right or interest in, revenues or profits from, or lost profits or other

25  damages caused by BRATZ PETZ.

26  **REQUEST NO. 106.:**

27      All DOCUMENTS evidencing, detailing, discussing, describing, depicting,

28  mentioning, referring to, or relating to the similarities or differences between BRATZ

MGA'S FIRST SET OF DOCUMENT REQUESTS

EXHIBIT __1__ PAGE __40__

1  BABYZ on the one hand and "Toon Teens" on the other, if YOU seek in this case to
2  enjoin the sale of BRATZ BABYZ, or seek, as any part of YOUR recovery or
3  damages in this case, any right or interest in, revenues or profits from, or lost profits
4  or other damages caused by BRATZ BABYZ.

5  **REQUEST NO. 107.:**

6
7      All DOCUMENTS evidencing, detailing, discussing, describing, depicting,
8  mentioning, referring to, or relating to the similarities or differences between BRATZ
9  BOYZ on the one hand and "Toon Teens" on the other, if YOU seek in this case to
10 enjoin the sale of BRATZ BOYZ, or seek, as any part of YOUR recovery or damages
11 in this case, any right or interest in, revenues or profits from, or lost profits or other
12 damages caused by BRATZ BOYZ.

13 **REQUEST NO. 108.:**

14     If YOU contend that BRATZ has impacted or affected YOUR design,
15 development, marketing, sales, profits or revenue from "Toon Teens," or anything
16 developed or derived from "Toon Teens," as part of YOUR damages in this case, all
17 DOCUMENTS, evidencing, demonstrating, discussing, mentioning, referring, relating
18 to or calculating that impact or affect.

19 **REQUEST NO. 109.:**

20
21     If YOU contend that BRATZ has impacted or affected YOUR sales, profits or
22 revenue from, or development of, "Toon Teens" or any product developed or derived
23 from "Toon Teens" as part of YOUR damages in this case, all DOCUMENTS
24 evidencing, demonstrating, discussing, mentioning, referring to or relating to such
25 product's creation, design, development, sales and marketing and all MARKET
26 RESEARCH and all sales and market analyses referring or relating to any such
27 product.

28

MGA'S FIRST SET OF DOCUMENT REQUESTS

EXHIBIT \_\_\_\_ PAGE \_\_\_\_

**REQUEST NO. 110.:**

All DOCUMENTS evidencing, referring to or relating to whether and how "Toon Teens" was ever used or utilized in any way by BRYANT or MGA in the creation, design, derivation or development of any doll, toy or product of any nature or form that was ever marketed or sold including, without limitation, BRATZ.

**REQUEST NO. 111.:**

All DOCUMENTS evidencing, referring to or relating to whether and how "Toon Teens" was ever used or utilized in any way by YOU in the creation, design, derivation or development of any doll, toy or product of any nature or form that was ever marketed or sold including, without limitation, "My Scene".

**REQUEST NO. 112.:**

All DOCUMENTS evidencing, referring or relating to whether BRATZ or BRATZ INTELLECTUAL PROPERTY was ever used or utilized in any way by YOU in the creation, design or development of any doll, toy or product of any nature or form that was ever marketed or sold including, without limitation, "My Scene."

**REQUEST NO. 113.:**

All DOCUMENTS that name or are otherwise sufficient to identify the individuals who worked on or were involved in any way with the conception, creation, design and development of the "My Scene" idea, concept or products.

**REQUEST NO. 114.:**

All DOCUMENTS referring or relating to BRATZ or BRATZ INTELLECTUAL PROPERTY that YOU have given or shown to any person working on or involved in the conception, creation, design or development of "My Scene."

EXHIBIT ___1___ PAGE __42__

**REQUEST NO. 115.:**

If YOU contend that BRATZ has impacted or affected YOUR sales, profits or revenue from "My Scene" as part of YOUR damages in this case, all DOCUMENTS, evidencing, demonstrating, discussing, mentioning, referring, relating to or calculating that impact or affect.

**REQUEST NO. 116.:**

If YOU contend that BRATZ has impacted or affected YOUR sales, profits or revenue from "My Scene" as part of YOUR damages in this case, all DOCUMENTS evidencing, demonstrating, discussing, mentioning, referring or relating to "My Scene," including, without limitation, its creation, design, development, sales and marketing and all MARKET RESEARCH and all sales and market analyses referring or relating to "My Scene".

**REQUEST NO. 117.:**

If YOU contend that BRATZ has impacted or affected YOUR sales, profits or revenue from "My Scene" as part of YOUR damages in this case, all DOCUMENTS, including MARKET RESEARCH, referring or relating to, or influencing MATTEL's decision to create, design or develop "My Scene," including, without limitation, the reasons for and factors influencing its decision.

**REQUEST NO. 118.:**

If YOU contend that BRATZ has impacted or affected YOUR sales, profits or revenue from "My Scene" as part of YOUR damages in this case, all NPD DOCUMENTS relied on for press statements and quarterly reports regarding "My Scene".

MGA'S FIRST SET OF DOCUMENT REQUESTS

EXHIBIT __1__ PAGE __43__

**REQUEST NO. 119.:**

If YOU contend that BRATZ has impacted or affected YOUR sales, profits or revenue from "My Scene" as part of YOUR damages in this case, all DOCUMENTS used or referred to in creating and designing "My Scene," including, without limitation, all DOCUMENTS that served as artistic inspiration for any aspect, feature or element of any "My Scene" product.

**REQUEST NO. 120.:**

If YOU contend that BRATZ has impacted or affected YOUR sales, profits or revenue from "My Scene" as part of YOUR damages in this case, all DOCUMENTS, including MARKET RESEARCH, referring or relating to, or influencing MATTEL's decision to create, design or develop "My Scene," including, without limitation, the reasons for and factors influencing its decision.

**REQUEST NO. 121.:**

If YOU contend that BRATZ has impacted or affected YOUR sales, profits or revenue from "My Scene" as part of YOUR damages in this case, all DOCUMENTS evidencing, detailing, discussing, describing, depicting, mentioning, referring to, or relating to the similarities or differences between BRATZ on the one hand and "My Scene" on the other.

**REQUEST NO. 122.:**

DOCUMENTS that name or are otherwise sufficient to identify the individuals who worked on or were involved in any way with the conception, creation, design and development of the "My Scene" styling head idea, concept or products.

**REQUEST NO. 123.:**

All DOCUMENTS referring or relating to BRATZ or BRATZ INTELLECTUAL PROPERTY that YOU have given or shown to any person

EXHIBIT ___1___ PAGE __44__


1  working on or involved in the conception, creation, design or development of the "My
2  Scene" styling head.

3  **REQUEST NO. 124.:**

4
5      If YOU contend that BRATZ has impacted or affected YOUR sales, profits or
6  revenue from the "My Scene" styling head as part of YOUR damages in this case, all
7  DOCUMENTS, evidencing, demonstrating, discussing, mentioning, referring, relating
8  to or calculating that impact or affect.

9  **REQUEST NO. 125.:**

10     If YOU contend that BRATZ has impacted or affected YOUR sales, profits or
11 revenue from the "My Scene" styling head as part of YOUR damages in this case, all
12 DOCUMENTS evidencing, demonstrating, discussing, mentioning, referring or
13 relating to the "My Scene" styling head including, without limitation, its creation,
14 design, development, sales and marketing and all MARKET RESEARCH and all
15 sales and market analyses referring or relating to the "My Scene" styling head.

16 **REQUEST NO. 126.:**

17
18     If YOU contend that BRATZ has impacted or affected YOUR sales, profits or
19 revenue from the "My Scene" styling head as part of YOUR damages in this case, all
20 DOCUMENTS, including MARKET RESEARCH, referring or relating to, or
21 influencing MATTEL's decision to create, design or develop the "My Scene" styling
22 head including, without limitation, the reasons for and factors influencing its decision.

23 **REQUEST NO. 127.:**

24     If YOU contend that BRATZ has impacted or affected YOUR sales, profits or
25 revenue from the "My Scene" styling head as part of YOUR damages in this case, all
26 NPD DOCUMENTS relied on for press statements and quarterly report relating to the
27 "My Scene" styling head.

28

41


EXHIBIT __1__ PAGE __45__

**REQUEST NO. 128.:**

If YOU contend that BRATZ has impacted or affected YOUR sales, profits or revenue from the "My Scene" styling head as part of YOUR damages in this case, all DOCUMENTS used or referred to in creating and designing the "My Scene" styling head including, without limitation, all DOCUMENTS that served as artistic inspiration for any aspect, feature or element of the "My Scene" styling head.

**REQUEST NO. 129.:**

If YOU contend that BRATZ has impacted or affected YOUR sales, profits or revenue from the "My Scene" styling head as part of YOUR damages in this case, all DOCUMENTS, including MARKET RESEARCH, referring or relating to, or influencing MATTEL's decision to create, design, develop or abandon the "My Scene" styling head including, without limitation, the reasons for and factors influencing its decision.

**REQUEST NO. 130.:**

If YOU contend that BRATZ has impacted or affected YOUR sales, profits or revenue from the "My Scene" styling head as part of YOUR damages in this case, all DOCUMENTS evidencing, detailing, discussing, describing, depicting, mentioning, referring to, or relating to the similarities or differences between BRATZ on the one hand and the "My Scene" styling head on the other.

**REQUEST NO. 131.:**

If YOU contend that BRATZ has impacted or affected YOUR sales, profits or revenue from, or development of, "Diva Starz" as part of YOUR damages in this case, all DOCUMENTS that name or are otherwise sufficient to identify the individuals who worked on or were involved in any way with the conception, creation, design, development, sales and marketing of the "Diva Starz" idea, concept or products.

EXHIBIT \ PAGE 46

**REQUEST NO. 132.:**

If YOU contend that BRATZ has impacted or affected YOUR sales, profits or revenue from, or development of, "Diva Starz" as part of YOUR damages in this case, all DOCUMENTS, evidencing, demonstrating, discussing, mentioning, referring, relating to or calculating that impact or affect.

**REQUEST NO. 133.:**

If YOU contend that BRATZ has impacted or affected YOUR sales, profits or revenue from, or development of, "Diva Starz" as part of YOUR damages in this case, all DOCUMENTS evidencing, demonstrating, discussing, mentioning, referring or relating to "Diva Starz," including, without limitation, its creation, design, development, sales and marketing and all MARKET RESEARCH and all sales and market analyses referring or relating to "Diva Starz".

**REQUEST NO. 134.:**

If YOU contend that BRATZ has impacted or affected YOUR sales, profits or revenue from, or development of, "Diva Starz" as part of YOUR damages in this case, all DOCUMENTS, including MARKET RESEARCH, referring or relating to, or influencing MATTEL's decision to create, design or develop "Diva Starz," including, without limitation, the reasons for and factors influencing its decision.

**REQUEST NO. 135.:**

If YOU contend that BRATZ has impacted or affected YOUR sales, profits or revenue from, or development of, "Diva Starz" as part of YOUR damages in this case, all NPD DOCUMENTS relied on for press statements and quarterly report relating to "Diva Starz".

MGA'S FIRST SET OF DOCUMENT REQUESTS

EXHIBIT _____ PAGE **47**

**REQUEST NO. 136.:**

If YOU contend that BRATZ has impacted or affected YOUR sales, profits or revenue from "Diva Starz" as part of YOUR damages in this case, all DOCUMENTS used or referred to in creating and designing "Diva Starz" including, without limitation, all DOCUMENTS that served as artistic inspiration for any aspect, feature or element of "Diva Starz".

**REQUEST NO. 137.:**

If YOU contend that BRATZ has impacted or affected YOUR sales, profits or revenue from "Diva Starz" as part of YOUR damages in this case, all DOCUMENTS, including MARKET RESEARCH, referring or relating to, or influencing MATTEL's decision to create, design, develop or abandon the "Diva Starz" including, without limitation, the reasons for and factors influencing its decision.

**REQUEST NO. 138.:**

If YOU contend that BRATZ has impacted or affected YOUR sales, profits or revenue from "Diva Starz" as part of YOUR damages in this case, all DOCUMENTS evidencing, detailing, discussing, describing, depicting, mentioning, referring to, or relating to the similarities or differences between BRATZ on the one hand and "Diva Starz" on the other.

**REQUEST NO. 139.:**

If you contend that BRATZ or BRATZ INTELLECTUAL PROPERTY was copied from, derived from or infringes "Diva Starz," all DOCUMENTS evidencing, detailing, discussing, describing, depicting, mentioning, referring to, or relating to the similarities or differences between BRATZ and BRATZ INTELLECTUAL PROPERTY on the one hand and "Diva Starz" on the other.

44

MGA'S FIRST SET OF DOCUMENT REQUESTS

EXHIBIT____1____PAGE__48__

**REQUEST NO. 140.:**

All DOCUMENTS that name or are otherwise sufficient to identify the individuals who worked on or were involved in any way with the conception, creation, design and development of the "Flavas" idea, concept or products.

**REQUEST NO. 141.:**

All DOCUMENTS referring or relating to BRATZ or BRATZ INTELLECTUAL PROPERTY that YOU have given or shown to any person working on or involved in the conception, creation, design or development of "Flavas".

**REQUEST NO. 142.:**

If YOU contend that BRATZ has impacted or affected YOUR sales, profits or revenue from "Flavas" as part of YOUR damages in this case, all DOCUMENTS, evidencing, demonstrating, discussing, mentioning, referring, relating to or calculating that impact or affect.

**REQUEST NO. 143.:**

If YOU contend that BRATZ has impacted or affected YOUR sales, profits or revenue from "Flavas" as part of YOUR damages in this case, all DOCUMENTS evidencing, demonstrating, discussing, mentioning, referring or relating to "Flavas" including, without limitation, its creation, design, development, sales and marketing and all MARKET RESEARCH and all sales and market analyses referring or relating to "Flavas".

**REQUEST NO. 144.:**

If YOU contend that BRATZ has impacted or affected YOUR sales, profits or revenue from "Flavas" as part of YOUR damages in this case, all DOCUMENTS, including MARKET RESEARCH, referring or relating to, or influencing MATTEL's

45

MGA'S FIRST SET OF DOCUMENT REQUESTS

EXHIBIT __1__ PAGE _49_

1  decision to create, design or develop "Flavas" including, without limitation, the

2  reasons for and factors influencing its decision.

3  **REQUEST NO. 145.:**

4

5      If YOU contend that BRATZ has impacted or affected YOUR sales, profits or

6  revenue from "Flavas" as part of YOUR damages in this case, all NPD

7  DOCUMENTS relied on for press statements and quarterly report relating to "Flavas".

8  **REQUEST NO. 146.:**

9      If YOU contend that BRATZ has impacted or affected YOUR sales, profits or

10 revenue from "Flavas" as part of YOUR damages in this case, all DOCUMENTS used

11 or referred to in creating and designing "Flavas" including, without limitation, all

12 DOCUMENTS that served as artistic inspiration for any aspect, feature or element of

13 "Flavas".

14 **REQUEST NO. 147.:**

15

16     If YOU contend that BRATZ has impacted or affected YOUR sales, profits or

17 revenue from "Flavas" as part of YOUR damages in this case, all DOCUMENTS,

18 including MARKET RESEARCH, referring or relating to, or influencing MATTEL's

19 decision to create, design, develop or abandon the "Flavas" including, without

20 limitation, the reasons for and factors influencing its decision.

21 **REQUEST NO. 148.:**

22     If YOU contend that BRATZ has impacted or affected YOUR sales, profits or

23 revenue from "Flavas" as part of YOUR damages in this case, all DOCUMENTS

24 evidencing, detailing, discussing, describing, depicting, mentioning, referring to, or

25 relating to the similarities or differences between BRATZ on the one hand and

26 "Flavas" on the other.

27

28

46

MGA'S FIRST SET OF DOCUMENT REQUESTS

EXHIBIT __1__ PAGE __50__

**REQUEST NO. 149.:**

If YOU contend that BRATZ has impacted or affected YOUR sales, profits or revenue from "Barbie" as part of YOUR damages in this case, all DOCUMENTS that name or are otherwise sufficient to identify the individuals who worked on or were involved in any way with the sales and marketing of "Barbie" since the introduction of BRATZ.

**REQUEST NO. 150.:**

If YOU contend that BRATZ has impacted or affected YOUR sales, profits or revenue from "Barbie" as part of YOUR damages in this case, all DOCUMENTS, evidencing, demonstrating, discussing, mentioning, referring, relating to or calculating that impact or affect.

**REQUEST NO. 151.:**

If YOU contend that BRATZ has impacted or affected YOUR sales, profits or revenue from "Barbie" as part of YOUR damages in this case, all DOCUMENTS evidencing, demonstrating, discussing, mentioning, referring or relating to "Barbie" sales trends and marketing including, without limitation, all MARKET RESEARCH and all sales and market analyses referring or relating to "Barbie".

**REQUEST NO. 152.:**

If YOU contend that BRATZ has impacted or affected YOUR sales, profits or revenue from any "Barbie" doll or toy as part of YOUR damages in this case, all DOCUMENTS evidencing, demonstrating, discussing, mentioning, referring or relating to such "Barbie" doll or toy including, without limitation, its creation, design, development, sales and marketing and all MARKET RESEARCH and all sales and market analyses referring or relating to such toy.

MGA'S FIRST SET OF DOCUMENT REQUESTS

EXHIBIT \_\_\_\_\_ PAGE 51

**REQUEST NO. 153.:**

If YOU contend that BRATZ has impacted or affected YOUR sales, profits or revenue from any "Barbie" doll or toy as part of YOUR damages in this case, all DOCUMENTS, including MARKET RESEARCH, referring or relating to, or influencing MATTEL's decision to create, design, develop or modify such "Barbie" doll or toy including, without limitation, the reasons for and factors influencing its decision.

**REQUEST NO. 154.:**

If YOU contend that BRATZ has impacted or affected YOUR sales, profits or revenue from any "Barbie" doll or toy as part of YOUR damages in this case, all DOCUMENTS used or referred to in creating and designing such doll or toy including, without limitation, all DOCUMENTS that served as artistic inspiration for any aspect, feature or element of such doll or toy.

**REQUEST NO. 155.:**

If YOU contend that BRATZ has impacted or affected YOUR sales, profits or revenue from any "Barbie" doll or toy as part of YOUR damages in this case, all DOCUMENTS, including MARKET RESEARCH, referring or relating to, or influencing MATTEL's decision to create, design, develop or abandon such doll or toy including, without limitation, the reasons for and factors influencing its decision.

**REQUEST NO. 156.:**

If YOU contend that BRATZ has impacted or affected YOUR sales, profits or revenue from any "Barbie" doll or toy as part of YOUR damages in this case, all DOCUMENTS evidencing, detailing, discussing, describing, depicting, mentioning, referring to, or relating to the similarities or differences between BRATZ on the one hand and such doll or toy on the other.

MGA'S FIRST SET OF DOCUMENT REQUESTS

EXHIBIT   1   PAGE   52

**REQUEST NO. 157.:**

If YOU contend that BRATZ has impacted or affected YOUR sales, profits or revenue from "Barbie" as part of YOUR damages in this case, all DOCUMENTS evidencing, detailing, discussing, describing, depicting, mentioning, referring to, or relating to the similarities or differences between BRATZ on the one hand and "Barbie" on the other.

**REQUEST NO. 158.:**

If YOU contend that BRATZ has impacted or affected YOUR sales, profits or revenue from any doll or toy, including any fashion doll other than "Barbie," as part of YOUR damages in this case, all DOCUMENTS that name or are otherwise sufficient to identify the individuals who worked on or were involved in any way with the conception, creation, design, development, sales and marketing of any such doll or toy.

**REQUEST NO. 159.:**

If YOU contend that BRATZ has impacted or affected YOUR sales, profits or revenue from any doll or toy, including any fashion doll other than "Barbie," as part of YOUR damages in this case, all DOCUMENTS, evidencing, demonstrating, discussing, mentioning, referring, relating to or calculating that impact or affect.

**REQUEST NO. 160.:**

If YOU contend that BRATZ has impacted or affected YOUR sales, profits or revenue from any doll or toy, including any fashion doll other than "Barbie," as part of YOUR damages in this case, all DOCUMENTS evidencing, demonstrating, discussing, mentioning, referring or relating to such doll or toy including, without limitation, its creation, design, development, sales and marketing and all MARKET RESEARCH and all sales and market analyses referring or relating to such toy.

**REQUEST NO. 161.:**

If YOU contend that BRATZ has impacted or affected YOUR sales, profits or revenue from any doll or toy, including any fashion doll other than "Barbie," as part of YOUR damages in this case, all DOCUMENTS, including MARKET RESEARCH, referring or relating to, or influencing MATTEL's decision to create, design, develop or modify such doll or toy including, without limitation, the reasons for and factors influencing its decision.

**REQUEST NO. 162.:**

If YOU contend that BRATZ has impacted or affected YOUR sales, profits or revenue from any doll or toy, including any fashion doll other than "Barbie," as part of YOUR damages in this case, all DOCUMENTS used or referred to in creating and designing such doll or toy including, without limitation, all DOCUMENTS that served as artistic inspiration for any aspect, feature or element of such doll or toy.

**REQUEST NO. 163.:**

If YOU contend that BRATZ has impacted or affected YOUR sales, profits or revenue from any doll or toy, including any fashion doll other than "Barbie" as part of YOUR damages in this case, all DOCUMENTS, including MARKET RESEARCH, referring or relating to, or influencing MATTEL's decision to create, design, develop or abandon such doll or toy including, without limitation, the reasons for and factors influencing its decision.

**REQUEST NO. 164.:**

If YOU contend that BRATZ has impacted or affected YOUR sales, profits or revenue from any doll or toy, including any fashion doll other than "Barbie" as part of YOUR damages in this case, all DOCUMENTS evidencing, detailing, discussing, describing, depicting, mentioning, referring to, or relating to the similarities or differences between BRATZ on the one hand and such doll or toy on the other.

MGA'S FIRST SET OF DOCUMENT REQUESTS

EXHIBIT 1 PAGE 54