QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  timalger@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. CV 04-09059 & Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>[To Be Heard By Discovery Master Hon. Edward Infante (Ret.)]<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL CERTAIN EXHIBITS TO THE DECLARATION OF TIMOTHY L. ALGER IN SUPPORT OF MATTEL, INC.'S RENEWED MOTION FOR RECONSIDERATION OF THE SEPTEMBER 12, 2007 ORDER GRANTING IN PART AND DENY IN PART MGA'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS; AND<br><br>[PROPOSED] ORDER<br><br>Date:  January 3, 2008<br>Time:  1:30 p.m.<br>Place:  JAMS<br><br>Discovery Cutoff:  January 28, 2008<br>Pre-Trial Conference:  May 5, 2008<br>Trial Date:  May 27, 2008 |

07209/2328133.1

Case 2:04-cv-09049-DOC-RNB   Document 1287   Filed 12/19/07   Page 2 of 3   Page ID #:9471

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, plaintiff and counter-defendant Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal Exhibits 2 and 9 to the concurrently filed Declaration of Timothy L. Alger in Support of Mattel, Inc.'s Renewed Motion for Reconsideration of the September 12, 2007 Order Granting in Part and Denying in Part MGA's Motion to Compel Production of Documents (the "Alger Declaration").

The Alger Declaration attaches as exhibits documents that Mattel or MGA have designated as "Confidential" or "Confidential—Attorneys' Eyes Only" pursuant to the Protective Order. MGA has designated Exhibit 2 to the Alger Declaration as "Confidential." Mattel has designated Exhibit 9 to the Alger Declaration as "Confidential—Attorneys' Eyes Only." Mattel requests that the Court order that these exhibits be filed under seal.

Mattel has filed a public redacted version of the Alger Declaration, from which the aforementioned exhibits have been removed.

DATED: December 18, 2007

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Timothy L. Alger
Timothy L. Alger
Attorneys for Mattel, Inc.

07209/2328133.1

-2-

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

## [PROPOSED] ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Exhibits 2 and 9 to the concurrently filed Declaration of Timothy L. Alger in Support of Mattel's Renewed Motion for Reconsideration of the September 12, 2007 Order Granting in Part and Denying in Part MGA's Motion to Compel Production of Documents, are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED:                         , 2007  _____
                                        Hon. Stephen G. Larson
                                        United States District Judge