# EXHIBIT 2

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

August 3, 2007

<u>VIA FACSIMILE AND U.S. MAIL</u>

Diana M. Torres, Esq.
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA 90071

Re: <u>Mattel, Inc. v. MGA Entertainment, Inc.</u>

Dear Diana:

I write pursuant to section 5 of the Discovery Master Stipulation to request that counsel for Isaac Larian meet and confer regarding Mattel's First Set of Requests for Documents and Things to Mr. Larian (the "Requests").

The Requests were hand served on June 13, 2007. As I pointed out in my email of earlier today (and to which I received no response), however, we have no record of receiving any written responses or objections from Mr. Larian to the Requests. If Mr. Larian in fact timely served written responses and objections, please provide us with a copy. If he did not, please be prepared to discuss at the meet and confer why the failure did not constitute a waiver of all objections.

As a separate issue, Mr. Larian does not appear to have started producing documents in response to the Requests. Please be prepared to discuss at the meet and confer whether Mr. Larian will actually be producing documents and, if so, when.

quinn emanuel urquhart oliver & hedges, llp

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100

EXHIBIT 2 PAGE 71

Please let me know when Mr. Larian's counsel is available to meet and confer on these issues within the time required. I look forward to hearing from you.

Very truly yours,

*Michael T. Zeller*

Michael T. Zeller

07209/2047722.1

From: Michael T Zeller
To: Charron, William <WCharron@OMM.com>
Cc: Jon Corey; Timothy Alger; Dylan Proctor
Sent: Mon Aug 06 12:11:15 2007
Subject: Larian doc request

Bill, further to our conversation of Friday night, this will confirm that we agree to Mr. Larian's request through the end of today to get us objections/responses to the document requests that had been served back in June. Please let me know if you have any questions or concerns.

Michael T. Zeller
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Direct: (213) 443-3180
Main Phone: (213) 443-3000
Main Fax:   (213) 443-3100
E-mail:  michaelzeller@quinnemanuel.com <mailto:michaelzeller@quinnemanuel.com>

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

EXHIBIT 2 PAGE 73