1   privileged information or information protected from disclosure by the work-

2   product doctrine, joint defense or common interest privilege, or other privilege.

3   **REQUEST FOR PRODUCTION NO. 194:**

4   All COMMUNICATIONS between YOU and any member of the

5   press RELATING TO MATTEL since January 1, 1999.

6   **RESPONSE TO REQUEST FOR PRODUCTION NO. 194:**

7   Larian incorporates by reference the above-stated general objections as

8   if fully set forth herein. Larian also specifically objects to this request on the

9   grounds that it is overbroad and seeks information not relevant to the subject matter

10   of this lawsuit or reasonably calculated to lead to the discovery of admissible

11   evidence. Larian also objects to this request on the ground that it is overbroad,

12   unduly burdensome, and oppressive in seeking all communications between Larian

13   and any member of the press relating to Mattel, without further limitation as to

14   subject matter or time. Larian also objects to this request on the grounds that it

15   seeks confidential, proprietary or commercially sensitive information, the

16   disclosure of which would be inimical to the business interests of Larian and one or

17   more third parties. Larian further objects to this request to the extent it seeks

18   information the disclosure of which would implicate the rights of third parties to

19   protect private, confidential, proprietary or trade secret information. Larian also

20   objects to this request to the extent it calls for the disclosure of attorney-client

21   privileged information or information protected from disclosure by the work-

22   product doctrine, joint defense or common interest privilege, or other privilege.

23   **REQUEST FOR PRODUCTION NO. 195:**

24   All DOCUMENTS RELATING TO any statements made by YOU to

25   any stock analyst, investment analyst, investment bank, institutional lender, or

26   venture capital fund RELATING TO BRYANT since January 1, 1999.

27   **RESPONSE TO REQUEST FOR PRODUCTION NO. 195:**

28   Larian incorporates by reference the above-stated general objections as

- 190 -

EXHIBIT 3   PAGE 263

1  if fully set forth herein.  Larian also specifically objects to this request on the

2  grounds that it is overbroad and seeks information not relevant to the subject matter

3  of this lawsuit or reasonably calculated to lead to the discovery of admissible

4  evidence.  Larian also objects to this request on the grounds that it seeks

5  confidential, proprietary or commercially sensitive information, the disclosure of

6  which would be inimical to the business interests of Larian and one or more third

7  parties.  Larian further objects to this request to the extent it seeks information the

8  disclosure of which would implicate the rights of third parties to protect private,

9  confidential, proprietary or trade secret information.  Larian also objects to this

10  request to the extent it calls for the disclosure of attorney-client privileged

11  information or information protected from disclosure by the work-product doctrine,

12  joint defense or common interest privilege, or other privilege.

13  **REQUEST FOR PRODUCTION NO. 196:**

14         All DOCUMENTS RELATING TO any statements made by YOU to

15  any stock analyst, investment analyst, investment bank, institutional lender, or

16  venture capital fund RELATING TO this ACTION.

17  **RESPONSE TO REQUEST FOR PRODUCTION NO. 196:**

18         Larian incorporates by reference the above-stated general objections as

19  if fully set forth herein.  Larian also specifically objects to this request on the

20  grounds that it is overbroad and seeks information not relevant to the subject matter

21  of this lawsuit or reasonably calculated to lead to the discovery of admissible

22  evidence.  Larian also objects to this request on the grounds that it seeks

23  confidential, proprietary or commercially sensitive information, the disclosure of

24  which would be inimical to the business interests of Larian and one or more third

25  parties.  Larian further objects to this request to the extent it seeks information the

26  disclosure of which would implicate the rights of third parties to protect private,

27  confidential, proprietary or trade secret information.  Larian also objects to this

28  request to the extent it calls for the disclosure of attorney-client privileged

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT 3 PAGE 264

1  information or information protected from disclosure by the work-product doctrine,

2  joint defense or common interest privilege, or other privilege.

3  **REQUEST FOR PRODUCTION NO. 197:**

4         All DOCUMENTS RELATING TO any statements made by YOU to

5  any stock analyst, investment analyst, investment bank, institutional lender, or

6  venture capital fund RELATING TO MATTEL since January 1, 1999.

7  **RESPONSE TO REQUEST FOR PRODUCTION NO. 197:**

8         Larian incorporates by reference the above-stated general objections as

9  if fully set forth herein. Larian also specifically objects to this request on the

10  grounds that it is overbroad and seeks information not relevant to the subject matter

11  of this lawsuit or reasonably calculated to lead to the discovery of admissible

12  evidence. Larian also objects to this request on the grounds that it seeks

13  confidential, proprietary or commercially sensitive information, the disclosure of

14  which would be inimical to the business interests of Larian and one or more third

15  parties. Larian further objects to this request to the extent it seeks information the

16  disclosure of which would implicate the rights of third parties to protect private,

17  confidential, proprietary or trade secret information. Larian also objects to this

18  request to the extent it calls for the disclosure of attorney-client privileged

19  information or information protected from disclosure by the work-product doctrine,

20  joint defense or common interest privilege, or other privilege.

21  **REQUEST FOR PRODUCTION NO. 198:**

22         All COMMUNICATIONS between YOU and any individual while the

23  individual was employed by MATTEL.

24  **RESPONSE TO REQUEST FOR PRODUCTION NO. 198:**

25         Larian incorporates by reference the above-stated general objections as

26  if fully set forth herein. Larian also specifically objects to this request on the

27  grounds that it is overbroad and seeks information not relevant to the subject matter

28  of this lawsuit or reasonably calculated to lead to the discovery of admissible

EXHIBIT 3   PAGE 245

- 192 -

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1    evidence and is, thus, overbroad, unduly burdensome and oppressive, including,

2    without limitation, in that it is not limited as to the individuals who participated in

3    the communications or as to time.  Larian also objects to this request on the grounds

4    that it seeks information in violation of the right of privacy.  Larian also objects to

5    this request on the grounds that it seeks confidential, proprietary or commercially

6    sensitive information, the disclosure of which would be inimical to the business

7    interests of Larian and one or more third parties.  Larian further objects to this

8    request to the extent it seeks information the disclosure of which would implicate

9    the rights of third parties to protect private, confidential, proprietary or trade secret

10    information.  Larian also objects to this request to the extent it calls for the

11    disclosure of attorney-client privileged information or information protected from

12    disclosure by the work-product doctrine, joint defense or common interest

13    privilege, or other privilege.

14    **REQUEST FOR PRODUCTION NO. 199:**

15            All DOCUMENTS RELATING TO publicity by YOU or MGA

16    RELATING TO BRATZ, ANGEL and/or BRYANT since January 1, 1999,

17    including but not limited to advertising, media releases, and public relations

18    material.

19    **RESPONSE TO REQUEST FOR PRODUCTION NO. 199:**

20            Larian incorporates by reference the above-stated general objections as

21    if fully set forth herein.  Larian also specifically objects to this request on the

22    grounds that it is overbroad and seeks information not relevant to the subject matter

23    of this lawsuit or reasonably calculated to lead to the discovery of admissible

24    evidence.  Larian also objects to this request on the grounds that it seeks

25    confidential, proprietary or commercially sensitive information, the disclosure of

26    which would be inimical to the business interests of Larian and one or more third

27    parties.  Larian also objects to this request to the extent it seeks information the

28    disclosure of which would implicate the rights of third parties to protect private,

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT __3__ PAGE __266__

1 | confidential, proprietary or trade secret information.  Larian also objects to this

2 | request to the extent it calls for the disclosure of attorney-client privileged

3 | information or information protected from disclosure by the work-product doctrine,

4 | joint defense or common interest privilege, or other privilege.  Larian also objects

5 | to this request to the extent that it seeks information that is already known to Mattel

6 | and/or is a matter of public record.

7 | **REQUEST FOR PRODUCTION NO. 200:**

8 | All DOCUMENTS RELATING TO any effort by YOU or MGA to

9 | recruit employees or contractors who have been or are employed by or who have

10 | worked for MATTEL since January 1, 1999, including but not limited to

11 | advertising, media releases, brochures, articles, catalogs, handbooks, and public

12 | relations material.

13 | **RESPONSE TO REQUEST FOR PRODUCTION NO. 200:**

14 | Larian incorporates by reference the above-stated general objections as

15 | if fully set forth herein.  Larian also specifically objects to this request on the

16 | grounds that it is overbroad and seeks information not relevant to the subject matter

17 | of this lawsuit or reasonably calculated to lead to the discovery of admissible

18 | evidence.  Larian also objects to this request on the grounds that it seeks

19 | confidential, proprietary or commercially sensitive information, the disclosure of

20 | which would be inimical to the business interests of Larian and one or more third

21 | parties.  Larian also objects to this request to the extent it seeks information the

22 | disclosure of which would implicate the rights of third parties to protect private,

23 | confidential, proprietary or trade secret information.  Larian also objects to this

24 | request to the extent it calls for the disclosure of attorney-client privileged

25 | information or information protected from disclosure by the work-product doctrine,

26 | joint defense or common interest privilege, or other privilege.  Larian also objects

27 | to this request to the extent that it seeks information that is already known to Mattel

28 | and/or is a matter of public record.

1    **REQUEST FOR PRODUCTION NO. 201:**

2    All DOCUMENTS RELATING TO the hiring, engagement, or

3    retention by YOU or MGA of any current or former MATTEL employee or

4    contractor since January 1, 1999, including but not limited to all employment

5    agreements and agreements RELATING TO confidentiality or the invention,

6    authorship, or ownership of any concept or product.

7    **RESPONSE TO REQUEST FOR PRODUCTION NO. 201:**

8    Larian incorporates by reference the above-stated general objections as

9    if fully set forth herein.  Larian also specifically objects to this request on the

10    grounds that it is overbroad and seeks information not relevant to the subject matter

11    of this lawsuit or reasonably calculated to lead to the discovery of admissible

12    evidence.  Larian also objects to this request on the ground that it is overbroad,

13    unduly burdensome, and oppressive in seeking all documents relating to the hiring,

14    engagement, or retention of current or former Mattel employees or contractors,

15    regardless of the individuals or the work or services they performed.  Larian also

16    objects to this request on the grounds that it seeks confidential, proprietary or

17    commercially sensitive information, the disclosure of which would be inimical to

18    the business interests of Larian and one or more third parties.  Larian also objects to

19    this request to the extent it seeks information the disclosure of which would

20    implicate the rights of third parties to protect private, confidential, proprietary or

21    trade secret information.  Larian also objects to this request on the grounds that it

22    seeks information in violation of the right of privacy.  Larian also objects to this

23    request to the extent it calls for the disclosure of attorney-client privileged

24    information or information protected from disclosure by the work-product doctrine,

25    joint defense or common interest privilege, or other privilege.

26    **REQUEST FOR PRODUCTION NO. 202:**

27    All DOCUMENTS, since January 1, 1999, RELATING TO YOUR

28    receipt, reproduction, copying, storage, transmission, transfer, retention,

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT 3 PAGE 268

1 | destruction, deletion or use of any DOCUMENTS or DIGITAL INFORMATION,

2 | including but not limited to any compilation of information, that was prepared,

3 | made, created, generated, assembled or compiled by or for MATTEL and that was

4 | not publicly available at the time of YOUR receipt of such DOCUMENT or

5 | DIGITAL INFORMATION.

6 | **RESPONSE TO REQUEST FOR PRODUCTION NO. 202:**

7 | Larian incorporates by reference the above-stated general objections as

8 | if fully set forth herein. Larian also specifically objects to this request on the

9 | grounds that it is overbroad and seeks information not relevant to the subject matter

10 | of this lawsuit or reasonably calculated to lead to the discovery of admissible

11 | evidence. Larian also objects to this request on the grounds that it seeks

12 | confidential, proprietary or commercially sensitive information, the disclosure of

13 | which would be inimical to the business interests of Larian and one or more third

14 | parties. Larian also objects to this request to the extent it calls for the disclosure of

15 | attorney-client privileged information or information protected from disclosure by

16 | the work-product doctrine, joint defense or common interest privilege, or other

17 | privilege.

18 | **REQUEST FOR PRODUCTION NO. 203:**

19 | All DOCUMENTS, since January 1, 1999, RELATING TO YOUR

20 | knowledge of any MATTEL product prior to the time that such product had been

21 | announced or disclosed by MATTEL to retailers or the public.

22 | **RESPONSE TO REQUEST FOR PRODUCTION NO. 203:**

23 | Larian incorporates by reference the above-stated general objections as

24 | if fully set forth herein. Larian also specifically objects to this request on the

25 | grounds that it is overbroad and seeks information not relevant to the subject matter

26 | of this lawsuit or reasonably calculated to lead to the discovery of admissible

27 | evidence and is, thus, overbroad, unduly burdensome an oppressive, including,

28 | without limitation, in that it seeks documents related to Mattel products not at issue

1   in this litigation. Larian also objects to this request on the grounds that it seeks

2   confidential, proprietary or commercially sensitive information, the disclosure of

3   which would be inimical to the business interests of Larian and one or more third

4   parties. Larian also objects to this request to the extent it seeks information the

5   disclosure of which would implicate the rights of third parties to protect private,

6   confidential, proprietary or trade secret information. Larian also objects to this

7   request to the extent it calls for the disclosure of attorney-client privileged

8   information or information protected from disclosure by the work-product doctrine,

9   joint defense or common interest privilege, or other privilege.

10   **REQUEST FOR PRODUCTION NO. 204:**

11          All DOCUMENTS, since January 1, 1999, RELATING TO YOUR

12   knowledge of any DESIGN created by, on behalf of, or at the behest of MATTEL,

13   or created by any PERSON employed by or under contract with MATTEL at the

14   time of the DESIGN's creation, that was not manufactured for sale or placed into

15   the retail market.

16   **RESPONSE TO REQUEST FOR PRODUCTION NO. 204:**

17          Larian incorporates by reference the above-stated general objections as

18   if fully set forth herein. Larian also specifically objects to this request on the

19   grounds that it is overbroad and seeks information not relevant to the subject matter

20   of this lawsuit or reasonably calculated to lead to the discovery of admissible

21   evidence. Larian also objects to this request on the grounds that it seeks

22   confidential, proprietary or commercially sensitive information, the disclosure of

23   which would be inimical to the business interests of Larian and one or more third

24   parties. Larian also objects to this request to the extent it seeks information the

25   disclosure of which would implicate the rights of third parties to protect private,

26   confidential, proprietary or trade secret information. Larian also objects to this

27   request to the extent it calls for the disclosure of attorney-client privileged

28   information or information protected from disclosure by the work-product doctrine,

EXHIBIT 3 PAGE 270

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1    joint defense or common interest privilege, or other privilege.

2    **REQUEST FOR PRODUCTION NO. 205:**

3                 All DOCUMENTS, since January 1, 1999, RELATING TO YOUR

4    receipt, reproduction, copying, storage, transmission, transfer, retention,

5    destruction, deletion or use of any MATTEL line list or other DOCUMENT

6    prepared by MATTEL identifying MATTEL products in the planning, design or

7    development phase.

8    **RESPONSE TO REQUEST FOR PRODUCTION NO. 205:**

9                 Larian incorporates by reference the above-stated general objections as

10   if fully set forth herein.  Larian also specifically objects to this request on the

11   grounds that it is overbroad and seeks information not relevant to the subject matter

12   of this lawsuit or reasonably calculated to lead to the discovery of admissible

13   evidence.  Larian also objects to this request on the grounds that it seeks

14   confidential, proprietary or commercially sensitive information, the disclosure of

15   which would be inimical to the business interests of Larian and one or more third

16   parties.  Larian also objects to this request to the extent it seeks information the

17   disclosure of which would implicate the rights of third parties to protect private,

18   confidential, proprietary or trade secret information.  Larian also objects to this

19   request to the extent it calls for the disclosure of attorney-client privileged

20   information or information protected from disclosure by the work-product doctrine,

21   joint defense or common interest privilege, or other privilege.

22   **REQUEST FOR PRODUCTION NO. 206:**

23                 All DOCUMENTS, since January 1, 1999, RELATING TO MGA's

24   receipt, reproduction, copying, storage, transmission, transfer, retention,

25   destruction, deletion or use of any MATTEL line list or other DOCUMENT

26   prepared by MATTEL identifying MATTEL products in the planning, design or

27   development phase.

28

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT **3** PAGE **271**

1  **RESPONSE TO REQUEST FOR PRODUCTION NO. 206:**

2         Larian incorporates by reference the above-stated general objections as

3  if fully set forth herein.  Larian also specifically objects to this request on the

4  grounds that it is overbroad and seeks information not relevant to the subject matter

5  of this lawsuit or reasonably calculated to lead to the discovery of admissible

6  evidence.  Larian also objects to this request on the ground that it is overbroad,

7  unduly burdensome, and oppressive, including, without limitation, in that it is

8  duplicative of request number 205.  Larian also objects to this request on the

9  grounds that it seeks confidential, proprietary or commercially sensitive

10  information, the disclosure of which would be inimical to the business interests of

11  Larian and one or more third parties.  Larian also objects to this request to the

12  extent it seeks information the disclosure of which would implicate the rights of

13  third parties to protect private, confidential, proprietary or trade secret information.

14  Larian also objects to this request to the extent it calls for the disclosure of attorney-

15  client privileged information or information protected from disclosure by the work-

16  product doctrine, joint defense or common interest privilege, or other privilege.

17  **REQUEST FOR PRODUCTION NO. 207:**

18         DOCUMENTS sufficient to IDENTIFY each account with any bank

19  or financial institution that YOU have or have had, or that YOU have or have had

20  any legal or beneficial interest in, since January 1, 1999.

21  **RESPONSE TO REQUEST FOR PRODUCTION NO. 207:**

22         Larian incorporates by reference the above-stated general objections as

23  if fully set forth herein.  Larian also specifically objects to this request on the

24  grounds that it is overbroad and seeks information not relevant to the subject matter

25  of this lawsuit or reasonably calculated to lead to the discovery of admissible

26  evidence.  Larian also objects to this request on the grounds that it seeks

27  information in violation of the right of privacy.  Larian also objects to this requests

28  on the grounds that it is vague and ambiguous in that Larian cannot determine what

- 199 -

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT 3  PAGE 272

1  is meant by the phrase "any legal or beneficial interest." Larian also objects to this

2  request on the grounds that it seeks confidential, proprietary or commercially

3  sensitive information, the disclosure of which would be inimical to the business

4  interests of Larian and one or more third parties. Larian also objects to this request

5  to the extent it seeks information the disclosure of which would implicate the rights

6  of third parties to protect private, confidential, proprietary or trade secret

7  information. Larian also objects to this request to the extent it calls for the

8  disclosure of attorney-client privileged information or information protected from

9  disclosure by the work-product doctrine, joint defense or common interest

10  privilege, or other privilege.

11  **REQUEST FOR PRODUCTION NO. 208:**

12          Documents sufficient to establish YOUR gross income, and the

13  sources of that gross income, for the years 1999 through the present, inclusive.

14  **RESPONSE TO REQUEST FOR PRODUCTION NO. 208:**

15          Larian incorporates by reference the above-stated general objections as

16  if fully set forth herein. Larian also specifically objects to this request on the

17  grounds that it is overbroad and seeks information not relevant to the subject matter

18  of this lawsuit or reasonably calculated to lead to the discovery of admissible

19  evidence. Larian also objects to this request on the grounds that it seeks

20  information in violation of the right of privacy. Larian also objects to this request

21  on the grounds that it seeks confidential, proprietary or commercially sensitive

22  information, the disclosure of which would be inimical to the business interests of

23  Larian and one or more third parties. Larian also objects to this request to the

24  extent it calls for the disclosure of attorney-client privileged information or

25  information protected from disclosure by the work-product doctrine, joint defense

26  or common interest privilege, or other privilege.

27  **REQUEST FOR PRODUCTION NO. 209:**

28          YOUR federal and state tax returns for each of the years 1999 through

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT 3 PAGE 273

1 | the present, inclusive.

2 | **RESPONSE TO REQUEST FOR PRODUCTION NO. 209:**

3 | Larian incorporates by reference the above-stated general objections as

4 | if fully set forth herein. Larian also specifically objects to this request on the

5 | grounds that it is overbroad and seeks information not relevant to the subject matter

6 | of this lawsuit or reasonably calculated to lead to the discovery of admissible

7 | evidence. Larian also objects to this request on the grounds that it seeks

8 | information in violation of the right of privacy. Larian also objects to this request

9 | on the grounds that it seeks confidential, proprietary or commercially sensitive

10 | information, the disclosure of which would be inimical to the business interests of

11 | Larian and one or more third parties. Larian also objects to this request to the

12 | extent it calls for the disclosure of attorney-client privileged information or

13 | information protected from disclosure by the work-product doctrine, joint defense

14 | or common interest privilege, or other privilege.

15 | **REQUEST FOR PRODUCTION NO. 210:**

16 | DOCUMENTS sufficient to IDENTIFY each telephone subscription

17 | service account that YOU have or have had, or that YOU use or have used, since

18 | January 1, 1999.

19 | **RESPONSE TO REQUEST FOR PRODUCTION NO. 210:**

20 | Larian incorporates by reference the above-stated general objections as

21 | if fully set forth herein. Larian also specifically objects to this request on the

22 | grounds that it is overbroad and seeks information not relevant to the subject matter

23 | of this lawsuit or reasonably calculated to lead to the discovery of admissible

24 | evidence. Larian also objects to this request on the grounds that it seeks

25 | confidential, proprietary or commercially sensitive information, the disclosure of

26 | which would be inimical to the business interests of Larian and one or more third

27 | parties. Larian also objects to this request to the extent it calls for the disclosure of

28 | attorney-client privileged information or information protected from disclosure by

- 201 -

EXHIBIT _3_ PAGE _294_

1   the work-product doctrine, joint defense or common interest privilege, or other

2   privilege.

3   **REQUEST FOR PRODUCTION NO. 211:**

4   .              All MATTEL DOCUMENTS that BRYANT or any other PERSON

5   has shown, given, provided, summarized or otherwise communicated to YOU or

6   MGA (whether directly or indirectly) at any time since January 1, 1999.

7   **RESPONSE TO REQUEST FOR PRODUCTION NO. 211:**

8               Larian incorporates by reference the above-stated general objections as

9   if fully set forth herein.  Larian also specifically objects to this request on the

10  grounds that it is overbroad and seeks information not relevant to the subject matter

11  of this lawsuit or reasonably calculated to lead to the discovery of admissible

12  evidence.  Larian also objects to this request to the extent it seeks information the

13  disclosure of which would implicate the rights of third parties to protect private,

14  confidential, proprietary or trade secret information.  Larian also objects to this

15  request on the grounds that it seeks confidential, proprietary or commercially

16  sensitive information, the disclosure of which would be inimical to the business

17  interests of Larian and one or more third parties.  Larian also objects to this request

18  to the extent it calls for the disclosure of attorney-client privileged information or

19  information protected from disclosure by the work-product doctrine, joint defense

20  or common interest privilege, or other privilege.

21  **REQUEST FOR PRODUCTION NO. 212:**

22              All DOCUMENTS that YOU knew or were informed that, or ever had

23  any reason to believe, had been or were created by or originated from MATTEL,

24  other than MATTEL products that YOU or MGA purchased at retail.

25  **RESPONSE TO REQUEST FOR PRODUCTION NO. 212:**

26              Larian incorporates by reference the above-stated general objections as

27  if fully set forth herein.  Larian also specifically objects to this request on the

28  grounds that it is overbroad and seeks information not relevant to the subject matter

- 202 -

EXHIBIT _3_ PAGE _275_

1    of this lawsuit or reasonably calculated to lead to the discovery of admissible

2    evidence.  Larian also objects to this request on the grounds that it seeks

3    confidential, proprietary or commercially sensitive information, the disclosure of

4    which would be inimical to the business interests of Larian and one or more third

5    parties.  Larian also objects to this request to the extent it calls for the disclosure of

6    attorney-client privileged information or information protected from disclosure by

7    the work-product doctrine, joint defense or common interest privilege, or other

8    privilege.

9    **REQUEST FOR PRODUCTION NO. 213:**

10            All COMMUNICATIONS between YOU and any PERSON

11   RELATING TO the retention or destruction of DOCUMENTS or DIGITAL

12   INFORMATION between January 1, 1999 and the present.

13   **RESPONSE TO REQUEST FOR PRODUCTION NO. 213:**

14            Larian incorporates by reference the above-stated general objections as

15   if fully set forth herein.  Larian also specifically objects to this request on the

16   grounds that it is overbroad and seeks information not relevant to the subject matter

17   of this lawsuit or reasonably calculated to lead to the discovery of admissible

18   evidence.  Larian also objects to this request on the grounds that it seeks

19   confidential, proprietary or commercially sensitive information, the disclosure of

20   which would be inimical to the business interests of Larian and one or more third

21   parties.  Larian also objects to this request to the extent it calls for the disclosure of

22   attorney-client privileged information or information protected from disclosure by

23   the work-product doctrine, joint defense or common interest privilege, or other

24   privilege.

25   **REQUEST FOR PRODUCTION NO. 214:**

26            All DOCUMENTS RELATING TO any facts underlying any of

27   YOUR defenses in this ACTION.

28

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

3  PAGE 276

**RESPONSE TO REQUEST FOR PRODUCTION NO. 214:**

Larian incorporates by reference the above-stated general objections as if fully set forth herein. Larian also specifically objects to this request on the grounds that it is overbroad and unduly burdensome in that it calls for all documents that support, refute or otherwise refer or relate to any facts underlying Larian's defenses. Larian also objects to this request on the grounds that it calls for legal conclusions. Larian also objects to this request on the grounds that it seeks information in Mattel's possession and/or in the public record, and/or equally available to Mattel. Larian also objects to this request to the extent it calls for the disclosure of attorney-client privileged information or information protected from disclosure by the work-product doctrine, joint defense or common interest privilege, or other privilege.

Subject to the foregoing, Larian will produce any personal documents that are relevant and responsive to the request, if any, and that have not already been produced, that he discovers in the course of his reasonable search and diligent inquiry, which are within the permissible scope of discovery, and to which no privilege or other protection applies, including without limitation, the attorney-client privilege or attorney's work product doctrine.

**REQUEST FOR PRODUCTION NO. 215:**

All doll heads, sculpts, prototypes, models, samples and tangible items RELATING TO any facts underlying any of YOUR defenses in this ACTION.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 215:**

Larian incorporates by reference the above-stated general objections as if fully set forth herein. Larian also specifically objects to this request on the grounds that it is overbroad and unduly burdensome in that it calls for all documents that support, refute or otherwise refer or relate to any facts underlying Larian's defenses. Larian also objects to this request on the grounds that it calls for legal conclusions. Larian also objects to this request on the grounds that it seeks

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT 3 PAGE 277

1   confidential, proprietary or commercially sensitive information, the disclosure of

2   which would be inimical to the business interests of Larian and one or more third

3   parties. Larian also objects to this request to the extent it calls for the disclosure of

4   attorney-client privileged information or information protected from disclosure by

5   the work-product doctrine, joint defense or common interest privilege, or other

6   privilege.

7           Subject to the foregoing, Larian will produce any personal items for

8   inspection that are relevant and responsive to the request, if any, and that have not

9   already been produced, that he discovers in the course of his reasonable search and

10  diligent inquiry, which are within the permissible scope of discovery, and to which

11  no privilege or other protection applies, including without limitation, the attorney-

12  client privilege or attorney's work product doctrine.

13  **REQUEST FOR PRODUCTION NO. 216:**

14          All DOCUMENTS RELATING TO any facts underlying the claims

15  for relief in MATTEL's Complaint (including without limitation its Counterclaims)

16  against YOU or any other PERSON in this ACTION.

17  **RESPONSE TO REQUEST FOR PRODUCTION NO. 216:**

18          Larian incorporates by reference the above-stated general objections as

19  if fully set forth herein. Larian also specifically objects to this request on the

20  grounds that it is overbroad and unduly burdensome in that it calls for all

21  documents that support, refute or otherwise refer or relate to any facts underlying

22  Larian's defenses. Larian also objects to this request on the grounds that it calls for

23  legal conclusions. Larian also objects to this request on the grounds that it seeks

24  information in Mattel's possession and/or in the public record, and/or equally

25  available to Mattel. Larian also objects to this request to the extent it calls for the

26  disclosure of attorney-client privileged information or information protected from

27  disclosure by the work-product doctrine, joint defense or common interest

28  privilege, or other privilege.

- 205 -

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT 3 PAGE 278

1  **REQUEST FOR PRODUCTION NO. 217:**

2     All doll heads, sculpts, prototypes, models, samples and tangible items

3  RELATING TO any facts underlying the claims for relief in MATTEL's Complaint

4  (including without limitation its Counterclaims) against YOU or any other

5  PERSON in this ACTION.

6  **RESPONSE TO REQUEST FOR PRODUCTION NO. 217:**

7     Larian incorporates by reference the above-stated general objections as

8  if fully set forth herein.  Larian also specifically objects to this request on the

9  grounds that it is overbroad and unduly burdensome in that it calls for all

10  documents that support, refute or otherwise refer or relate to any facts underlying

11  Larian's defenses.  Larian also objects to this request on the grounds that it calls for

12  legal conclusions.  Larian also objects to this request on the grounds that it seeks

13  confidential, proprietary or commercially sensitive information, the disclosure of

14  which would be inimical to the business interests of Larian and one or more third

15  parties.  Larian also objects to this request to the extent it calls for the disclosure of

16  attorney-client privileged information or information protected from disclosure by

17  the work-product doctrine, joint defense or common interest privilege, or other

18  privilege.

19     Subject to the foregoing, Larian will produce any personal items for

20  inspection that are relevant and responsive to the request, if any, and that have not

21  already been produced, that he discovers in the course of his reasonable search and

22  diligent inquiry, which are within the permissible scope of discovery, and to which

23  no privilege or other protection applies, including without limitation, the attorney-

24  client privilege or attorney's work product doctrine.

25  **REQUEST FOR PRODUCTION NO. 218:**

26     All DOCUMENTS RELATING TO any testing of or sampling from

27  any DOCUMENTS RELATING TO BRATZ or BRYANT, including without

28  limitation any such testing or sampling in connection with any ink, paper or

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT 3 PAGE 279

1  chemical analysis to date any such DOCUMENTS and including without limitation

2  all results and reports relating thereto.

3  **RESPONSE TO REQUEST FOR PRODUCTION NO. 218:**

4      Larian incorporates by reference the above-stated general objections as

5  if fully set forth herein.  Larian also specifically objects to this request on the

6  grounds that it is overbroad, oppressive, and unduly burdensome in that it seeks

7  information not relevant to the subject matter of this lawsuit or reasonably

8  calculated to lead to the discovery of admissible evidence.  Larian also specifically

9  objects to this request to the extent it seeks documents not within Larian's

10  possession, custody or control.  Larian also objects to this request on the grounds

11  that it seeks confidential, proprietary or commercially sensitive information, the

12  disclosure of which would be inimical to the business interests of Larian and one or

13  more third parties.  Larian also objects to this request to the extent it calls for the

14  disclosure of attorney-client privileged information or information protected from

15  disclosure by the work-product doctrine, joint defense or common interest

16  privilege, or other privilege.

17      Subject to the foregoing, Larian will produce any personal documents

18  that are relevant and responsive to the request, if any, and that have not already

19  been produced, that he discovers in the course of his reasonable search and diligent

20  inquiry, which are within the permissible scope of discovery, and to which no

21  privilege or other protection applies, including without limitation, the attorney-

22  client privilege or attorney's work product doctrine.

23  **REQUEST FOR PRODUCTION NO. 219:**

24      All DOCUMENTS RELATING TO YOUR knowledge of any testing

25  of or sampling from any DOCUMENTS RELATING TO BRATZ or BRYANT.

26  **RESPONSE TO REQUEST FOR PRODUCTION NO. 219:**

27      Larian incorporates by reference the above-stated general objections as

28  if fully set forth herein.  Larian also specifically objects to this request on the

- 207 -

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT __3__ PAGE __280__

1  grounds that it is overbroad, oppressive, and unduly burdensome in that it seeks

2  information not relevant to the subject matter of this lawsuit or reasonably

3  calculated to lead to the discovery of admissible evidence.  Larian also specifically

4  objects to this request on the grounds that it seeks confidential, proprietary or

5  commercially sensitive information, the disclosure of which would be inimical to

6  the business interests of Larian.  Larian also objects to this request to the extent it

7  calls for the disclosure of attorney-client privileged information or information

8  protected from disclosure by the work-product doctrine, joint defense or common

9  interest privilege, or other privilege.

10  **REQUEST FOR PRODUCTION NO. 220:**

11         All DOCUMENTS RELATING TO Erich Speckin.

12  **RESPONSE TO REQUEST FOR PRODUCTION NO. 220:**

13         Larian incorporates by reference the above-stated general objections as

14  if fully set forth herein.  Larian also specifically objects to this request on the

15  grounds that it is overbroad, oppressive, and unduly burdensome in that it seeks

16  information not relevant to the subject matter of this lawsuit or reasonably

17  calculated to lead to the discovery of admissible evidence.  Larian also specifically

18  objects to this request on the grounds that it is overbroad and seeks information not

19  relevant to the subject matter of this lawsuit or reasonably calculated to lead to the

20  discovery of admissible evidence.  Larian also objects to this request on the ground

21  that it is overbroad, unduly burdensome, and oppressive in seeking all documents

22  relating to Erich Speckin, without limitation as to subject matter or time.  Larian

23  also objects to this request to the extent it seeks information the disclosure of which

24  would implicate the rights of third parties to protect private, confidential,

25  proprietary or trade secret information.  Larian also objects to this request on the

26  grounds that it seeks confidential, proprietary or commercially sensitive

27  information, the disclosure of which would be inimical to the business interests of

28  Larian and one or more third parties.  Larian also objects to this request to the

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT 3 PAGE 281

1   extent it calls for the disclosure of attorney-client privileged information or

2   information protected from disclosure by the work-product doctrine, joint defense

3   or common interest privilege, or other privilege.  Larian also objects to this request

4   to the extent it seeks documents not within Larian's possession, custody or control.

5   **REQUEST FOR PRODUCTION NO. 221:**

6          All DOCUMENTS RELATING TO YOUR payment of, or offer,

7   promise or agreement to pay, fees or costs in connection with the representation of

8   or provision of legal advice or legal services to any PERSON who is not, as of June

9   8, 2007, an MGA employee, including without limitation all contracts and

10  agreements RELATING thereto, the amounts YOU have so paid or agreed to pay to

11  such PERSON and the dates on which such payments were made.

12  **RESPONSE TO REQUEST FOR PRODUCTION NO. 221:**

13         Larian incorporates by reference the above-stated general objections as

14  if fully set forth herein.  Larian also specifically objects to this request on the

15  grounds that it is overbroad and seeks information not relevant to the subject matter

16  of this lawsuit or reasonably calculated to lead to the discovery of admissible

17  evidence.  Larian also objects to this request on the grounds that it seeks

18  information in violation of the right of privacy.  Larian also objects to this request

19  on the grounds that it seeks confidential, proprietary or commercially sensitive

20  information, the disclosure of which would be inimical to the business interests of

21  Larian and one or more third parties.  Larian also objects to this request to the

22  extent it calls for the disclosure of attorney-client privileged information or

23  information protected from disclosure by the work-product doctrine, joint defense

24  or common interest privilege, or other privilege.

25  **REQUEST FOR PRODUCTION NO. 222:**

26         Each STORAGE DEVICE that YOU have used to create, prepare,

27  generate, copy, transmit, receive, delete or modify any DIGITAL INFORMATION

28  RELATING TO BRATZ, ANGEL or BRYANT.

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT **3** PAGE **2882**

1  **RESPONSE TO REQUEST FOR PRODUCTION NO. 222:**

2      Larian incorporates by reference the above-stated general objections as

3  if fully set forth herein.  Larian also specifically objects to this request on the

4  grounds that it is overbroad and seeks information not relevant to the subject matter

5  of this lawsuit or reasonably calculated to lead to the discovery of admissible

6  evidence.  Larian also objects to this request on the grounds that it seeks

7  confidential, proprietary or commercially sensitive information, the disclosure of

8  which would be inimical to the business interests of Larian and one or more third

9  parties.  Larian also objects to this request to the extent it calls for the disclosure of

10  attorney-client privileged information or information protected from disclosure by

11  the work-product doctrine, joint defense or common interest privilege, or other

12  privilege.

13  **REQUEST FOR PRODUCTION NO. 223:**

14      DOCUMENTS sufficient to IDENTIFY each STORAGE DEVICE

15  that YOU have used to create, prepare, generate, copy, transmit, receive, delete or

16  modify any DIGITAL INFORMATION RELATING TO BRATZ, ANGEL or

17  BRYANT.

18  **RESPONSE TO REQUEST FOR PRODUCTION NO. 223:**

19      Larian incorporates by reference the above-stated general objections as

20  if fully set forth herein.  Larian also specifically objects to this request on the

21  grounds that it is overbroad and seeks information not relevant to the subject matter

22  of this lawsuit or reasonably calculated to lead to the discovery of admissible

23  evidence.  Larian also objects to this request on the grounds that it seeks

24  confidential, proprietary or commercially sensitive information, the disclosure of

25  which would be inimical to the business interests of Larian and one or more third

26  parties.  Larian also objects to this request to the extent it calls for the disclosure of

27  attorney-client privileged information or information protected from disclosure by

28  the work-product doctrine, joint defense or common interest privilege, or other

- 210 -

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT 3  PAGE 263

1  privilege.

2  **REQUEST FOR PRODUCTION NO. 224:**

3      All DOCUMENTS RELATING TO the purchase, acquisition,

4  installation, transfer, shipment, destruction or disposition of each STORAGE

5  DEVICE that YOU have used to create, prepare, generate, copy, transmit, receive,

6  delete or modify any DIGITAL INFORMATION RELATING TO BRATZ,

7  ANGEL or BRYANT.

8  **RESPONSE TO REQUEST FOR PRODUCTION NO. 224:**

9      Larian incorporates by reference the above-stated general objections as

10  if fully set forth herein.  Larian also specifically objects to this request on the

11  grounds that it is overbroad and seeks information not relevant to the subject matter

12  of this lawsuit or reasonably calculated to lead to the discovery of admissible

13  evidence.  Larian also objects to this request on the grounds that it seeks

14  confidential, proprietary or commercially sensitive information, the disclosure of

15  which would be inimical to the business interests of Larian and one or more third

16  parties.  Larian also objects to this request to the extent it seeks information the

17  disclosure of which would implicate the rights of third parties to protect private,

18  confidential, proprietary or trade secret information.  Larian also objects to this

19  request to the extent it calls for the disclosure of attorney-client privileged

20  information or information protected from disclosure by the work-product doctrine,

21  joint defense or common interest privilege, or other privilege.

22  **REQUEST FOR PRODUCTION NO. 225:**

23      Each STORAGE DEVICE that BRYANT has used to create, prepare,

24  generate, copy, transmit, receive, delete or modify any DIGITAL INFORMATION

25  RELATING TO BRATZ, ANGEL or MGA.

26  **RESPONSE TO REQUEST FOR PRODUCTION NO. 225:**

27      Larian incorporates by reference the above-stated general objections as

28  if fully set forth herein.  Larian also specifically objects to this request on the

- 211 -

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT 3 PAGE 284

1  grounds that it is overbroad and seeks information not relevant to the subject matter

2  of this lawsuit or reasonably calculated to lead to the discovery of admissible

3  evidence. Larian also objects to this request on the grounds that it seeks

4  confidential, proprietary or commercially sensitive information, the disclosure of

5  which would be inimical to the business interests of Larian and one or more third

6  parties. Larian also objects to this request to the extent it calls for the disclosure of

7  attorney-client privileged information or information protected from disclosure by

8  the work-product doctrine, joint defense or common interest privilege, or other

9  privilege. Larian also objects to this request to the extent it seeks tangible items not

10  within Larian's possession, custody or control.

11  **REQUEST FOR PRODUCTION NO. 226:**

12      DOCUMENTS sufficient to IDENTIFY each STORAGE DEVICE

13  that BRYANT has used to create, prepare, generate, copy, transmit, receive, delete

14  or modify any DIGITAL INFORMATION RELATING TO BRATZ, ANGEL,

15  YOU or MGA.

16  **RESPONSE TO REQUEST FOR PRODUCTION NO. 226:**

17      Larian incorporates by reference the above-stated general objections as

18  if fully set forth herein. Larian also specifically objects to this request on the

19  grounds that it is overbroad and seeks information not relevant to the subject matter

20  of this lawsuit or reasonably calculated to lead to the discovery of admissible

21  evidence. Larian also objects to this request on the grounds that it seeks

22  confidential, proprietary or commercially sensitive information, the disclosure of

23  which would be inimical to the business interests of Larian and one or more third

24  parties. Larian also objects to this request to the extent it calls for the disclosure of

25  attorney-client privileged information or information protected from disclosure by

26  the work-product doctrine, joint defense or common interest privilege, or other

27  privilege. Larian also objects to this request to the extent it seeks documents not

28  within Larian's possession, custody or control.

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT _3_ PAGE _285_

1  **REQUEST FOR PRODUCTION NO. 227:**

2           All DOCUMENTS RELATING TO the purchase, acquisition,

3  installation, transfer, shipment, destruction or disposition of each STORAGE

4  DEVICE that BRYANT has used to create, prepare, generate, copy, transmit,

5  receive, delete or modify any DIGITAL INFORMATION RELATING TO

6  BRATZ, ANGEL, YOU or MGA.

7  **RESPONSE TO REQUEST FOR PRODUCTION NO. 227:**

8           Larian incorporates by reference the above-stated general objections as

9  if fully set forth herein.  Larian also specifically objects to this request on the

10  grounds that it is overbroad and seeks information not relevant to the subject matter

11  of this lawsuit or reasonably calculated to lead to the discovery of admissible

12  evidence.  Larian also objects to this request on the ground that it is overbroad,

13  unduly burdensome, and oppressive, including, without limitation, in that it is

14  duplicative of request number 228.  Larian also objects to this request on the

15  grounds that it seeks confidential, proprietary or commercially sensitive

16  information, the disclosure of which would be inimical to the business interests of

17  Larian and one or more third parties.  Larian also objects to this request to the

18  extent it seeks information the disclosure of which would implicate the rights of

19  third parties to protect private, confidential, proprietary or trade secret information.

20  Larian also objects to this request to the extent it calls for the disclosure of attorney-

21  client privileged information or information protected from disclosure by the work-

22  product doctrine, joint defense or common interest privilege, or other privilege.

23  Larian also objects to this request to the extent it seeks documents not within

24  Larian's possession, custody or control.

25  **REQUEST FOR PRODUCTION NO. 228:**

26           All DOCUMENTS RELATING TO the purchase, acquisition,

27  installation, transfer, shipment, destruction or disposition of each STORAGE

28  DEVICE that BRYANT has used to create, prepare, generate, copy, transmit,

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT **3** PAGE **286**

1    receive, delete or modify any DIGITAL INFORMATION.

2    **RESPONSE TO REQUEST FOR PRODUCTION NO. 228:**

3          Larian incorporates by reference the above-stated general objections as

4    if fully set forth herein. Larian also specifically objects to this request on the

5    grounds that it is overbroad and seeks information not relevant to the subject matter

6    of this lawsuit or reasonably calculated to lead to the discovery of admissible

7    evidence. Larian also objects to this request on the grounds that it seeks

8    confidential, proprietary or commercially sensitive information, the disclosure of

9    which would be inimical to the business interests of Larian and one or more third

10    parties. Larian also objects to this request to the extent it seeks information the

11    disclosure of which would implicate the rights of third parties to protect private,

12    confidential, proprietary or trade secret information. Larian also objects to this

13    request to the extent it calls for the disclosure of attorney-client privileged

14    information or information protected from disclosure by the work-product doctrine,

15    joint defense or common interest privilege, or other privilege. Larian also objects

16    to this request to the extent it seeks documents not within Larian's possession,

17    custody or control.

18    **REQUEST FOR PRODUCTION NO. 229:**

19          DOCUMENTS sufficient to identify by product name, product number

20    and SKU each BRATZ PRODUCT including without limitation each BRATZ

21    DOLL, sold by MGA or its licensees.

22    **RESPONSE TO REQUEST FOR PRODUCTION NO. 229:**

23          Larian incorporates by reference the above-stated general objections as

24    if fully set forth herein. Larian also specifically objects to this request on the

25    grounds that it is overbroad and seeks information not relevant to the subject matter

26    of this lawsuit or reasonably calculated to lead to the discovery of admissible

27    evidence. Larian also objects to this request on the grounds that it is overbroad,

28    unduly burdensome, and oppressive in seeking information identifying all product

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT 3 PAGE 287

1    names, numbers, and SKU of Bratz products and Bratz dolls sold by MGA or its

2    licensees. Larian also objects to this request on the grounds that it seeks

3    confidential, proprietary or commercially sensitive information, the disclosure of

4    which would be inimical to the business interests of Larian and one or more third

5    parties. Larian also objects to this request to the extent it seeks information the

6    disclosure of which would implicate the rights of third parties to protect private,

7    confidential, proprietary or trade secret information. Larian also objects to this

8    request to the extent it calls for the disclosure of attorney-client privileged

9    information or information protected from disclosure by the work-product doctrine,

10    joint defense or common interest privilege, or other privilege. Larian also objects

11    to this request to the extent it seeks documents not within Larian's possession,

12    custody or control.

13         Subject to the foregoing, Larian will produce any personal documents

14    that are relevant and responsive to the request, if any, and that have not already

15    been produced, that he discovers in the course of his reasonable search and diligent

16    inquiry, which are within the permissible scope of discovery, and to which no

17    privilege or other protection applies, including without limitation, the attorney-

18    client privilege or attorney's work product doctrine.

19    **REQUEST FOR PRODUCTION NO. 230:**

20         DOCUMENTS sufficient to show the number of units of each BRATZ

21    DOLL sold by MGA or its licensees.

22    **RESPONSE TO REQUEST FOR PRODUCTION NO. 230:**

23         Larian incorporates by reference the above-stated general objections as

24    if fully set forth herein. Larian also specifically objects to this request on the

25    grounds that it is overbroad and seeks information not relevant to the subject matter

26    of this lawsuit or reasonably calculated to lead to the discovery of admissible

27    evidence. Larian also objects to this request on the grounds that it is overbroad,

28    unduly burdensome, and oppressive in seeking the number of units of all Bratz

EXHIBIT 3 PAGE 288

-215-

LARIAN'S RESPONSE TO MATTEL'S 1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1  dolls sold by MGA or its licensees.  Larian also objects to this request on the

2  grounds that it seeks confidential, proprietary or commercially sensitive

3  information, the disclosure of which would be inimical to the business interests of

4  Larian and one or more third parties.  Larian also objects to this request to the

5  extent it seeks information the disclosure of which would implicate the rights of

6  third parties to protect private, confidential, proprietary or trade secret information.

7  Larian also objects to this request to the extent it calls for the disclosure of attorney-

8  client privileged information or information protected from disclosure by the work-

9  product doctrine, joint defense or common interest privilege, or other privilege.

10  Larian also objects to this request to the extent it seeks documents not within

11  Larian's possession, custody or control.

12          Subject to the foregoing, Larian will produce any personal documents

13  that are relevant and responsive to the request, if any, and that have not already

14  been produced, that he discovers in the course of his reasonable search and diligent

15  inquiry, which are within the permissible scope of discovery, and to which no

16  privilege or other protection applies, including without limitation, the attorney-

17  client privilege or attorney's work product doctrine.

18  **REQUEST FOR PRODUCTION NO. 231:**

19          DOCUMENTS sufficient to show the revenue received by YOU from

20  the sale of each BRATZ DOLL sold by MGA or its licensees.

21  **RESPONSE TO REQUEST FOR PRODUCTION NO. 231:**

22          Larian incorporates by reference the above-stated general objections as

23  if fully set forth herein.  Larian also specifically objects to this request on the

24  grounds that it is overbroad and seeks information not relevant to the subject matter

25  of this lawsuit or reasonably calculated to lead to the discovery of admissible

26  evidence.  Larian also objects to this request on the grounds that it is overbroad,

27  unduly burdensome, and oppressive in seeking documents showing all revenue

28  received by Larian for the sale of all Bratz dolls sold by MGA or its licensees.

1   Larian also objects to this request on the grounds that it seeks confidential,

2   proprietary or commercially sensitive information, the disclosure of which would

3   be inimical to the business interests of Larian and one or more third parties.  Larian

4   also objects to this request to the extent it seeks information the disclosure of which

5   would implicate the rights of third parties to protect private, confidential,

6   proprietary or trade secret information.  Larian also objects to this request to the

7   extent it calls for the disclosure of attorney-client privileged information or

8   information protected from disclosure by the work-product doctrine, joint defense

9   or common interest privilege, or other privilege.  Larian also objects to this request

10  to the extent it seeks documents not within Larian's possession, custody or control.

11  **REQUEST FOR PRODUCTION NO. 232:**

12          DOCUMENTS sufficient to show YOUR cost of goods sold, unit cost

13  and other costs for each BRATZ DOLL sold by MGA or its licensees.

14  **RESPONSE TO REQUEST FOR PRODUCTION NO. 232:**

15          Larian incorporates by reference the above-stated general objections as

16  if fully set forth herein.  Larian also specifically objects to this request on the

17  grounds that it is overbroad and seeks information not relevant to the subject matter

18  of this lawsuit or reasonably calculated to lead to the discovery of admissible

19  evidence.  Larian also objects to this request on the grounds that it is overbroad,

20  unduly burdensome, and oppressive in seeking documents showing the cost of

21  goods sold, unit cost, and all other costs for all Bratz dolls sold by MGA or its

22  licensees.  Larian also objects to this request on the grounds that it is vague and

23  ambiguous in that Larian cannot determine what is meant by "other costs."  Larian

24  also objects to this request on the grounds that it seeks confidential, proprietary or

25  commercially sensitive information, the disclosure of which would be inimical to

26  the business interests of Larian and one or more third parties.  Larian also objects to

27  this request to the extent it seeks information the disclosure of which would

28  implicate the rights of third parties to protect private, confidential, proprietary or

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT 3   PAGE 290

1    trade secret information.  Larian also objects to this request to the extent it calls for

2    the disclosure of attorney-client privileged information or information protected

3    from disclosure by the work-product doctrine, joint defense or common interest

4    privilege, or other privilege.  Larian also objects to this request to the extent it seeks

5    documents not within Larian's possession, custody or control.

6    **REQUEST FOR PRODUCTION NO. 233:**

7            All DOCUMENTS that evidence, reflect or REFER OR RELATE TO

8    YOUR profits from the sale of each BRATZ DOLL sold by MGA or its licensees.

9    **RESPONSE TO REQUEST FOR PRODUCTION NO. 233:**

10          Larian incorporates by reference the above-stated general objections as

11    if fully set forth herein.  Larian also specifically objects to this request on the

12    grounds that it is overbroad and seeks information not relevant to the subject matter

13    of this lawsuit or reasonably calculated to lead to the discovery of admissible

14    evidence.  Larian also objects to this request on the grounds that it is overbroad,

15    unduly burdensome, and oppressive in seeking all documents that evidence, reflect

16    or refer or relate to Larian's profits from the sale of all Bratz dolls by MGA or its

17    licensees.  Larian also objects to this request on the grounds that it seeks

18    confidential, proprietary or commercially sensitive information, the disclosure of

19    which would be inimical to the business interests of Larian and one or more third

20    parties.  Larian also objects to this request to the extent it seeks information the

21    disclosure of which would implicate the rights of third parties to protect private,

22    confidential, proprietary or trade secret information.   Larian also objects to this

23    request to the extent it calls for the disclosure of attorney-client privileged

24    information or information protected from disclosure by the work-product doctrine,

25    joint defense or common interest privilege, or other privilege.  Larian also objects

26    to this request to the extent it seeks documents not within Larian's possession,

27    custody or control.

28

EXHIBIT __3__ PAGE __291__

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1  **REQUEST FOR PRODUCTION NO. 234:**

2         For each customer to whom YOU or YOUR licensees have ever sold

3  any BRATZ DOLL, DOCUMENTS sufficient to show the number of units of each

4  such BRATZ DOLL sold by MGA or its licensees to that customer.

5  **RESPONSE TO REQUEST FOR PRODUCTION NO. 234:**

6         Larian incorporates by reference the above-stated general objections as

7  if fully set forth herein. Larian also specifically objects to this request on the

8  grounds that it is overbroad and seeks information not relevant to the subject matter

9  of this lawsuit or reasonably calculated to lead to the discovery of admissible

10 evidence.  Larian also objects to this request on the grounds that it is overbroad,

11 unduly burdensome, and oppressive in seeking documents that show the number of

12 units of all Bratz dolls sold by MGA or its licensees to every customer to whom

13 Larian, MGA, or its licensees have ever sold any Bratz dolls.  Larian also objects to

14 this request on the grounds that it seeks confidential, proprietary or commercially

15 sensitive information, the disclosure of which would be inimical to the business

16 interests of Larian and one or more third parties.  Larian also objects to this request

17 to the extent it seeks information the disclosure of which would implicate the rights

18 of third parties to protect private, confidential, proprietary or trade secret

19 information.  Larian also objects to this request to the extent it calls for the

20 disclosure of attorney-client privileged information or information protected from

21 disclosure by the work-product doctrine, joint defense or common interest

22 privilege, or other privilege. Larian also objects to this request to the extent it seeks

23 documents not within Larian's possession, custody or control.

24 **REQUEST FOR PRODUCTION NO. 235:**

25        For each customer to whom YOU or YOUR licensees have ever sold

26 any BRATZ DOLL, documents sufficient to show the revenue received by YOU

27 from each such BRATZ DOLL sold by MGA or its licensees to that customer.

28

EXHIBIT 3 PAGE 292

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1   **RESPONSE TO REQUEST FOR PRODUCTION NO. 235:**

2       Larian incorporates by reference the above-stated general objections as

3   if fully set forth herein. Larian also specifically objects to this request on the

4   grounds that it is overbroad and seeks information not relevant to the subject matter

5   of this lawsuit or reasonably calculated to lead to the discovery of admissible

6   evidence. Larian also objects to this request on the grounds that it is overbroad,

7   unduly burdensome, and oppressive in seeking documents that show the revenue

8   received by Larian from the sale of all Bratz dolls to every customer to whom

9   Larian, MGA, or its licenses have ever sold any Bratz dolls. Larian also objects to

10  this request on the grounds that it seeks confidential, proprietary or commercially

11  sensitive information, the disclosure of which would be inimical to the business

12  interests of Larian and one or more third parties. Larian also objects to this request

13  to the extent it seeks information the disclosure of which would implicate the rights

14  of third parties to protect private, confidential, proprietary or trade secret

15  information. Larian also objects to this request to the extent it calls for the

16  disclosure of attorney-client privileged information or information protected from

17  disclosure by the work-product doctrine, joint defense or common interest

18  privilege, or other privilege. Larian also objects to this request to the extent it seeks

19  documents not within Larian's possession, custody or control.

20  **REQUEST FOR PRODUCTION NO. 236:**

21      For each customer to whom YOU or YOUR licensees have ever sold

22  any BRATZ DOLL, documents sufficient to show YOUR profits from each such

23  BRATZ DOLL sold by MGA or its licensees to that customer.

24  **RESPONSE TO REQUEST FOR PRODUCTION NO. 236:**

25      Larian incorporates by reference the above-stated general objections as

26  if fully set forth herein. Larian also specifically objects to this request on the

27  grounds that it is overbroad and seeks information not relevant to the subject matter

28  of this lawsuit or reasonably calculated to lead to the discovery of admissible

- 220 -

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT 3   PAGE 293

1 │ evidence. Larian also objects to this request on the grounds that it is overbroad,

2 │ unduly burdensome, and oppressive in seeking documents that show Larian's

3 │ profits from the sale of all Bratz dolls to every customer to whom Larian, MGA, or

4 │ its licenses have ever sold any Bratz dolls. Larian also objects to this request on the

5 │ grounds that it seeks confidential, proprietary or commercially sensitive

6 │ information, the disclosure of which would be inimical to the business interests of

7 │ Larian and one or more third parties. Larian also objects to this request to the

8 │ extent it seeks information the disclosure of which would implicate the rights of

9 │ third parties to protect private, confidential, proprietary or trade secret information.

10 │ Larian also objects to this request to the extent it calls for the disclosure of attorney-

11 │ client privileged information or information protected from disclosure by the work-

12 │ product doctrine, joint defense or common interest privilege, or other privilege.

13 │ Larian also objects to this request to the extent it seeks documents not within

14 │ Larian's possession, custody or control.

15 │ **REQUEST FOR PRODUCTION NO. 237:**

16 │          DOCUMENTS sufficient to show customer returns to YOU of

17 │ BRATZ DOLLS sold or distributed by MGA or its licensees.

18 │ **RESPONSE TO REQUEST FOR PRODUCTION NO. 237:**

19 │          Larian incorporates by reference the above-stated general objections as

20 │ if fully set forth herein. Larian also specifically objects to this request on the

21 │ grounds that it is overbroad and seeks information not relevant to the subject matter

22 │ of this lawsuit or reasonably calculated to lead to the discovery of admissible

23 │ evidence. Larian also objects to this request on the grounds that it is overbroad,

24 │ unduly burdensome, and oppressive in seeking documents that show customer

25 │ returns to Larian of Bratz dolls sold or distributed by MGA or its licensees. Larian

26 │ also objects to this request on the grounds that it seeks confidential, proprietary or

27 │ commercially sensitive information, the disclosure of which would be inimical to

28 │ the business interests of Larian and one or more third parties. Larian also objects to

- 221 -

3   PAGE 244

1   this request to the extent it seeks information the disclosure of which would

2   implicate the rights of third parties to protect private, confidential, proprietary or

3   trade secret information. Larian also objects to this request to the extent it calls for

4   the disclosure of attorney-client privileged information or information protected

5   from disclosure by the work-product doctrine, joint defense or common interest

6   privilege, or other privilege. Larian also objects to this request to the extent it seeks

7   documents not within Larian's possession, custody or control.

8   **REQUEST FOR PRODUCTION NO. 238:**

9           DOCUMENTS sufficient to show customer rebates or credits given by

10  MGA or its licensees to customers in connection with BRATZ DOLLS.

11  **RESPONSE TO REQUEST FOR PRODUCTION NO. 238:**

12          Larian incorporates by reference the above-stated general objections as

13  if fully set forth herein. Larian also specifically objects to this request on the

14  grounds that it is overbroad and seeks information not relevant to the subject matter

15  of this lawsuit or reasonably calculated to lead to the discovery of admissible

16  evidence. Larian also objects to this request on the grounds that it is overbroad,

17  unduly burdensome, and oppressive in seeking documents that show customer

18  rebates or credits given by MGA or its licensees to customers in connection with

19  Bratz dolls. Larian also objects to this request on the grounds that it seeks

20  confidential, proprietary or commercially sensitive information, the disclosure of

21  which would be inimical to the business interests of Larian and one or more third

22  parties. Larian also objects to this request to the extent it seeks information the

23  disclosure of which would implicate the rights of third parties to protect private,

24  confidential, proprietary or trade secret information. Larian also objects to this

25  request to the extent it calls for the disclosure of attorney-client privileged

26  information or information protected from disclosure by the work-product doctrine,

27  joint defense or common interest privilege, or other privilege. Larian also objects

28  to this request to the extent it seeks documents not within Larian's possession,

- 222 -

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT 3 PAGE 295

1  custody or control.

2       Subject to the foregoing, Larian will produce any personal documents

3  that are relevant and responsive to the request, if any, and that have not already

4  been produced, that he discovers in the course of his reasonable search and diligent

5  inquiry, which are within the permissible scope of discovery, and to which no

6  privilege or other protection applies, including without limitation, the attorney-

7  client privilege or attorney's work product doctrine.

8  **REQUEST FOR PRODUCTION NO. 239:**

9       DOCUMENTS sufficient to show, by product number or SKU, the

10  number of units of each BRATZ DOLL sold by MGA or its licensees.

11  **RESPONSE TO REQUEST FOR PRODUCTION NO. 239:**

12       Larian incorporates by reference the above-stated general objections as

13  if fully set forth herein.  Larian also specifically objects to this request on the

14  grounds that it is overbroad and seeks information not relevant to the subject matter

15  of this lawsuit or reasonably calculated to lead to the discovery of admissible

16  evidence.  Larian also objects to this request on the grounds that it is overbroad,

17  unduly burdensome, and oppressive in seeking documents that show, by product

18  number or SKU, all units of Bratz dolls sold by MGA or its licensees.  Larian also

19  objects to this request on the grounds that it seeks confidential, proprietary or

20  commercially sensitive information, the disclosure of which would be inimical to

21  the business interests of Larian and one or more third parties.  Larian also objects to

22  this request to the extent it seeks information the disclosure of which would

23  implicate the rights of third parties to protect private, confidential, proprietary or

24  trade secret information.  Larian also objects to this request to the extent it calls for

25  the disclosure of attorney-client privileged information or information protected

26  from disclosure by the work-product doctrine, joint defense or common interest

27  privilege, or other privilege.  Larian also objects to this request to the extent it seeks

28  documents not within Larian's possession, custody or control.

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT 3 PAGE 296

1                    Subject to the foregoing, Larian will produce any personal documents

2 that are relevant and responsive to the request, if any, and that have not already

3 been produced, that he discovers in the course of his reasonable search and diligent

4 inquiry, which are within the permissible scope of discovery, and to which no

5 privilege or other protection applies, including without limitation, the attorney-

6 client privilege or attorney's work product doctrine.

7 **REQUEST FOR PRODUCTION NO. 240:**

8                    DOCUMENTS sufficient to show, by product number or SKU, the

9 revenue received by YOU from the sale of each BRATZ DOLL sold by MGA or its

10 licensees.

11 **RESPONSE TO REQUEST FOR PRODUCTION NO. 240:**

12                    Larian incorporates by reference the above-stated general objections as

13 if fully set forth herein.  Larian also specifically objects to this request on the

14 grounds that it is overbroad and seeks information not relevant to the subject matter

15 of this lawsuit or reasonably calculated to lead to the discovery of admissible

16 evidence.  Larian also objects to this request on the grounds that it is overbroad,

17 unduly burdensome, and oppressive in seeking documents that show, by product

18 number or SKU, the revenue received by Larian from the sale of all Bratz dolls sold

19 by MGA or its licensees.  Larian also objects to this request on the grounds that it

20 seeks confidential, proprietary or commercially sensitive information, the

21 disclosure of which would be inimical to the business interests of Larian and one or

22 more third parties.  Larian also objects to this request to the extent it seeks

23 information the disclosure of which would implicate the rights of third parties to

24 protect private, confidential, proprietary or trade secret information.  Larian also

25 objects to this request to the extent it calls for the disclosure of attorney-client

26 privileged information or information protected from disclosure by the work-

27 product doctrine, joint defense or common interest privilege, or other privilege.

28 Larian also objects to this request to the extent it seeks documents not within

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT 3 PAGE 297