1   Larian's possession, custody or control.

2   **REQUEST FOR PRODUCTION NO. 241:**

3   DOCUMENTS sufficient to show, by product number or SKU, YOUR

4   cost of goods sold, unit cost and other costs for each BRATZ DOLL sold by MGA

5   or its licensees.

6   **RESPONSE TO REQUEST FOR PRODUCTION NO. 241:**

7   Larian incorporates by reference the above-stated general objections as

8   if fully set forth herein.  Larian also specifically objects to this request on the

9   grounds that it is overbroad and seeks information not relevant to the subject matter

10   of this lawsuit or reasonably calculated to lead to the discovery of admissible

11   evidence.  Larian also objects to this request on the grounds that it is overbroad,

12   unduly burdensome, and oppressive in seeking documents that show, by product

13   number or SKU, Larian's cost of goods sold, unit cost, and other costs for all Bratz

14   dolls sold by MGA or its licensees.  Larian also objects to this request on the

15   grounds that it seeks confidential, proprietary or commercially sensitive

16   information, the disclosure of which would be inimical to the business interests of

17   Larian and one or more third parties.  Larian also objects to this request to the

18   extent it seeks information the disclosure of which would implicate the rights of

19   third parties to protect private, confidential, proprietary or trade secret information.

20   Larian also objects to this request to the extent it calls for the disclosure of attorney-

21   client privileged information or information protected from disclosure by the work-

22   product doctrine, joint defense or common interest privilege, or other privilege.

23   Larian also objects to this request to the extent it seeks documents not within

24   Larian's possession, custody or control.

25   **REQUEST FOR PRODUCTION NO. 242:**

26   All DOCUMENTS that evidence, reflect or REFER OR RELATE TO

27   YOUR profits, by product number or SKU, from the sale of each BRATZ DOLL

28   sold by MGA or its licensees.

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

- 225 -

EXHIBIT 3   PAGE 298

1 | **RESPONSE TO REQUEST FOR PRODUCTION NO. 242:**

2 |     Larian incorporates by reference the above-stated general objections as

3 | if fully set forth herein. Larian also specifically objects to this request on the

4 | grounds that it is overbroad and seeks information not relevant to the subject matter

5 | of this lawsuit or reasonably calculated to lead to the discovery of admissible

6 | evidence. Larian also objects to this request on the grounds that it is overbroad,

7 | unduly burdensome, and oppressive in seeking documents that evidence, reflect or

8 | refer or relate, by product number or SKU, Larian's profits from the sale of all

9 | Bratz dolls sold by MGA or its licensees. Larian also objects to this request on the

10 | grounds that it seeks confidential, proprietary or commercially sensitive

11 | information, the disclosure of which would be inimical to the business interests of

12 | Larian and one or more third parties. Larian also objects to this request to the

13 | extent it seeks information the disclosure of which would implicate the rights of

14 | third parties to protect private, confidential, proprietary or trade secret information.

15 | Larian also objects to this request to the extent it calls for the disclosure of attorney-

16 | client privileged information or information protected from disclosure by the work-

17 | product doctrine, joint defense or common interest privilege, or other privilege.

18 | Larian also objects to this request to the extent it seeks documents not within

19 | Larian's possession, custody or control.

20 | **REQUEST FOR PRODUCTION NO. 243:**

21 |     For each customer to whom YOU or YOUR licensees have ever sold

22 | any BRATZ DOLL, DOCUMENTS sufficient to show, by product number or

23 | SKU, the number of units of each such BRATZ DOLL sold by MGA or its

24 | licensees to that customer.

25 | **RESPONSE TO REQUEST FOR PRODUCTION NO. 243:**

26 |     Larian incorporates by reference the above-stated general objections as

27 | if fully set forth herein. Larian also specifically objects to this request on the

28 | grounds that it is overbroad and seeks information not relevant to the subject matter

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT 3 PAGE 299

1   of this lawsuit or reasonably calculated to lead to the discovery of admissible

2   evidence. Larian also objects to this request on the grounds that it is overbroad,

3   unduly burdensome, and oppressive in seeking documents that show, by product

4   number or SKU, the number of units of all Bratz dolls sold to all customers by

5   MGA or its licensees. Larian also objects to this request on the grounds that it

6   seeks confidential, proprietary or commercially sensitive information, the

7   disclosure of which would be inimical to the business interests of Larian and one or

8   more third parties. Larian also objects to this request to the extent it seeks

9   information the disclosure of which would implicate the rights of third parties to

10  protect private, confidential, proprietary or trade secret information. Larian also

11  objects to this request to the extent it calls for the disclosure of attorney-client

12  privileged information or information protected from disclosure by the work-

13  product doctrine, joint defense or common interest privilege, or other privilege.

14  Larian also objects to this request to the extent it seeks documents not within

15  Larian's possession, custody or control.

16  **REQUEST FOR PRODUCTION NO. 244:**

17          For each customer to whom YOU or YOUR licensees have ever sold

18  any BRATZ DOLL, DOCUMENTS sufficient to show, by product number or

19  SKU, the revenue received by YOU from each such BRATZ DOLL sold by MGA

20  or its licensees to that customer.

21  **RESPONSE TO REQUEST FOR PRODUCTION NO. 244:**

22          Larian incorporates by reference the above-stated general objections as

23  if fully set forth herein. Larian also specifically objects to this request on the

24  grounds that it is overbroad and seeks information not relevant to the subject matter

25  of this lawsuit or reasonably calculated to lead to the discovery of admissible

26  evidence. Larian also objects to this request on the grounds that it is overbroad,

27  unduly burdensome, and oppressive in seeking documents that show, by product

28  number or SKU, the revenue received by Larian from the sale of all Bratz dolls sold

- 227 -

EXHIBIT 3 PAGE 300

1  to all customers by MGA or its licensees.  Larian also objects to this request on the

2  grounds that it seeks confidential, proprietary or commercially sensitive

3  information, the disclosure of which would be inimical to the business interests of

4  Larian and one or more third parties.  Larian also objects to this request to the

5  extent it seeks information the disclosure of which would implicate the rights of

6  third parties to protect private, confidential, proprietary or trade secret information.

7  Larian also objects to this request to the extent it calls for the disclosure of attorney-

8  client privileged information or information protected from disclosure by the work-

9  product doctrine, joint defense or common interest privilege, or other privilege.

10 Larian also objects to this request to the extent it seeks documents not within

11 Larian's possession, custody or control.

12 **REQUEST FOR PRODUCTION NO. 245:**

13        For each customer to whom YOU or YOUR licensees have ever sold

14 any BRATZ DOLL, DOCUMENTS sufficient to show, by product number or

15 SKU, YOUR profits from each such BRATZ DOLL sold by MGA or its licensees

16 to that customer.

17 **RESPONSE TO REQUEST FOR PRODUCTION NO. 245:**

18        Larian incorporates by reference the above-stated general objections as

19 if fully set forth herein.  Larian also specifically objects to this request on the

20 grounds that it is overbroad and seeks information not relevant to the subject matter

21 of this lawsuit or reasonably calculated to lead to the discovery of admissible

22 evidence.  Larian also objects to this request on the grounds that it is overbroad,

23 unduly burdensome, and oppressive in seeking documents that show, by product

24 number or SKU, Larian's profits from the sale of all Bratz dolls sold to all

25 customers by MGA or its licensees.  Larian also objects to this request on the

26 grounds that it seeks confidential, proprietary or commercially sensitive

27 information, the disclosure of which would be inimical to the business interests of

28 Larian and one or more third parties.  Larian also objects to this request to the

- 228 -

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT **3** PAGE **301**

1   extent it seeks information the disclosure of which would implicate the rights of

2   third parties to protect private, confidential, proprietary or trade secret information.

3   Larian also objects to this request to the extent it calls for the disclosure of attorney-

4   client privileged information or information protected from disclosure by the work-

5   product doctrine, joint defense or common interest privilege, or other privilege.

6   Larian also objects to this request to the extent it seeks documents not within

7   Larian's possession, custody or control.

8   **REQUEST FOR PRODUCTION NO. 246:**

9          DOCUMENTS sufficient to show the revenue and profits derived by

10  YOU from the sale by MGA or its licensees of BRATZ DOLLS including, without

11  limitation, DOCUMENTS sufficient to show sales revenue, costs of goods sold,

12  variable costs, gross margins, royalties paid and received, gross profits and nets

13  profits.

14  **RESPONSE TO REQUEST FOR PRODUCTION NO. 246:**

15         Larian incorporates by reference the above-stated general objections as

16  if fully set forth herein.  Larian also specifically objects to this request on the

17  grounds that it is overbroad and seeks information not relevant to the subject matter

18  of this lawsuit or reasonably calculated to lead to the discovery of admissible

19  evidence.  Larian also objects to this request on the grounds that it is overbroad,

20  unduly burdensome, and oppressive in seeking documents that show the revenues

21  and profits derived by Larian from the sale of all Bratz dolls by MGA or its

22  licensees.  Larian also objects to this request on the grounds that it seeks

23  confidential, proprietary or commercially sensitive information, the disclosure of

24  which would be inimical to the business interests of Larian and one or more third

25  parties.  Larian also objects to this request to the extent it seeks information the

26  disclosure of which would implicate the rights of third parties to protect private,

27  confidential, proprietary or trade secret information.  Larian also objects to this

28  request to the extent it calls for the disclosure of attorney-client privileged

1  information or information protected from disclosure by the work-product doctrine,

2  joint defense or common interest privilege, or other privilege. Larian also objects

3  to this request to the extent it seeks documents not within Larian's possession,

4  custody or control.

5  **REQUEST FOR PRODUCTION NO. 247:**

6      DOCUMENTS sufficient to show the number of units of each BRATZ

7  PRODUCT sold by MGA or its licensees.

8  **RESPONSE TO REQUEST FOR PRODUCTION NO. 247:**

9      Larian incorporates by reference the above-stated general objections as

10  if fully set forth herein. Larian also specifically objects to this request on the

11  grounds that it is overbroad and seeks information not relevant to the subject matter

12  of this lawsuit or reasonably calculated to lead to the discovery of admissible

13  evidence. Larian also objects to this request on the grounds that it is overbroad,

14  unduly burdensome, and oppressive in seeking documents that show, by product

15  number or SKU, the revenue received from the sale of all Bratz products sold to all

16  customers by MGA or its licensees. Larian also objects to this request on the

17  grounds that it seeks confidential, proprietary or commercially sensitive

18  information, the disclosure of which would be inimical to the business interests of

19  Larian and one or more third parties. Larian also objects to this request to the

20  extent it seeks information the disclosure of which would implicate the rights of

21  third parties to protect private, confidential, proprietary or trade secret information.

22  Larian also objects to this request to the extent it calls for the disclosure of attorney-

23  client privileged information or information protected from disclosure by the work-

24  product doctrine, joint defense or common interest privilege, or other privilege.

25  Larian also objects to this request to the extent it seeks documents not within

26  Larian's possession, custody or control.

27      Subject to the foregoing, Larian will produce any personal documents

28  that are relevant and responsive to the request, if any, and that have not already

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

3  PAGE 303

1   been produced, that he discovers in the course of his reasonable search and diligent

2   inquiry, which are within the permissible scope of discovery, and to which no

3   privilege or other protection applies, including without limitation, the attorney-

4   client privilege or attorney's work product doctrine.

5   **REQUEST FOR PRODUCTION NO. 248:**

6         DOCUMENTS sufficient to show the revenue received by YOU from

7   the sale of each BRATZ PRODUCT sold by MGA or its licensees.

8   **RESPONSE TO REQUEST FOR PRODUCTION NO. 248:**

9         Larian incorporates by reference the above-stated general objections as

10   if fully set forth herein.  Larian also specifically objects to this request on the

11   grounds that it is overbroad and seeks information not relevant to the subject matter

12   of this lawsuit or reasonably calculated to lead to the discovery of admissible

13   evidence.  Larian also objects to this request on the grounds that it is overbroad,

14   unduly burdensome, and oppressive in seeking documents that show the revenue

15   received by Larian from the sale of all Bratz products by MGA or its licensees.

16   Larian also objects to this request on the grounds that it seeks confidential,

17   proprietary or commercially sensitive information, the disclosure of which would

18   be inimical to the business interests of Larian and one or more third parties.  Larian

19   also objects to this request to the extent it seeks information the disclosure of which

20   would implicate the rights of third parties to protect private, confidential,

21   proprietary or trade secret information.  Larian also objects to this request to the

22   extent it calls for the disclosure of attorney-client privileged information or

23   information protected from disclosure by the work-product doctrine, joint defense

24   or common interest privilege, or other privilege.  Larian also objects to this request

25   to the extent it seeks documents not within Larian's possession, custody or control.

26   **REQUEST FOR PRODUCTION NO. 249:**

27         DOCUMENTS sufficient to show YOUR cost of goods sold, unit cost

28   and other costs for each BRATZ PRODUCT sold by MGA or its licensees.

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT 3 PAGE 304

1  **RESPONSE TO REQUEST FOR PRODUCTION NO. 249:**

2       Larian incorporates by reference the above-stated general objections as

3  if fully set forth herein.  Larian also specifically objects to this request on the

4  grounds that it is overbroad and seeks information not relevant to the subject matter

5  of this lawsuit or reasonably calculated to lead to the discovery of admissible

6  evidence.  Larian also objects to this request on the grounds that it is overbroad,

7  unduly burdensome, and oppressive in seeking documents that show Larian's cost

8  of goods sold, unit cost, and other costs for all Bratz products sold by MGA or its

9  licensees.  Larian also objects to this request on the grounds that it seeks

10  confidential, proprietary or commercially sensitive information, the disclosure of

11  which would be inimical to the business interests of Larian and one or more third

12  parties.  Larian also objects to this request to the extent it seeks information the

13  disclosure of which would implicate the rights of third parties to protect private,

14  confidential, proprietary or trade secret information.  Larian also objects to this

15  request to the extent it calls for the disclosure of attorney-client privileged

16  information or information protected from disclosure by the work-product doctrine,

17  joint defense or common interest privilege, or other privilege.  Larian also objects

18  to this request to the extent it seeks documents not within Larian's possession,

19  custody or control.

20  **REQUEST FOR PRODUCTION NO. 250:**

21       All DOCUMENTS that evidence, reflect or REFER OR RELATE TO

22  YOUR profits from the sale of each BRATZ PRODUCT sold by MGA or its

23  licensees.

24  **RESPONSE TO REQUEST FOR PRODUCTION NO. 250:**

25       Larian incorporates by reference the above-stated general objections as

26  if fully set forth herein.  Larian also specifically objects to this request on the

27  grounds that it is overbroad and seeks information not relevant to the subject matter

28  of this lawsuit or reasonably calculated to lead to the discovery of admissible

- 232 -

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT 3 PAGE 305

1   evidence.  Larian also objects to this request on the grounds that it is overbroad,

2   unduly burdensome, and oppressive in seeking documents that evidence, reflect, or

3   refer or relate to Larian's profits from the sale of all Bratz products sold by MGA or

4   its licensees.  Larian also objects to this request on the grounds that it seeks

5   confidential, proprietary or commercially sensitive information, the disclosure of

6   which would be inimical to the business interests of Larian and one or more third

7   parties.  Larian also objects to this request to the extent it seeks information the

8   disclosure of which would implicate the rights of third parties to protect private,

9   confidential, proprietary or trade secret information.  Larian also objects to this

10  request to the extent it calls for the disclosure of attorney-client privileged

11  information or information protected from disclosure by the work-product doctrine,

12  joint defense or common interest privilege, or other privilege.  Larian also objects

13  to this request to the extent it seeks documents not within Larian's possession,

14  custody or control.

15  **REQUEST FOR PRODUCTION NO. 251:**

16          DOCUMENTS sufficient to IDENTIFY all customers to whom MGA

17  or its licensees have ever sold any BRATZ PRODUCT.

18  **RESPONSE TO REQUEST FOR PRODUCTION NO. 251:**

19          Larian incorporates by reference the above-stated general objections as

20  if fully set forth herein.  Larian also specifically objects to this request on the

21  grounds that it is overbroad and seeks information not relevant to the subject matter

22  of this lawsuit or reasonably calculated to lead to the discovery of admissible

23  evidence.  Larian also objects to this request on the grounds that it is overbroad,

24  unduly burdensome, and oppressive in seeking documents that identify all

25  customers to whom MGA or its licensees has ever sold any Bratz product.  Larian

26  also objects to this request on the grounds that it seeks confidential, proprietary or

27  commercially sensitive information, the disclosure of which would be inimical to

28  the business interests of Larian and one or more third parties.  Larian also objects to

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT **3** PAGE **306**

1  this request to the extent it seeks information the disclosure of which would

2  implicate the rights of third parties to protect private, confidential, proprietary or

3  trade secret information.  Larian also objects to this request to the extent it calls for

4  the disclosure of attorney-client privileged information or information protected

5  from disclosure by the work-product doctrine, joint defense or common interest

6  privilege, or other privilege.  Larian also objects to this request to the extent it seeks

7  documents not within Larian's possession, custody or control.

8         Subject to the foregoing, Larian will produce any personal documents

9  that are relevant and responsive to the request, if any, and that have not already

10  been produced, that he discovers in the course of his reasonable search and diligent

11  inquiry, which are within the permissible scope of discovery, and to which no

12  privilege or other protection applies, including without limitation, the attorney-

13  client privilege or attorney's work product doctrine.

14  **REQUEST FOR PRODUCTION NO. 252:**

15         For each customer to whom MGA or its licensees have ever sold any

16  BRATZ PRODUCT, DOCUMENTS sufficient to show the number of units of each

17  such BRATZ PRODUCT sold by MGA or its licensees to that customer.

18  **RESPONSE TO REQUEST FOR PRODUCTION NO. 252:**

19         Larian incorporates by reference the above-stated general objections as

20  if fully set forth herein.  Larian also specifically objects to this request on the

21  grounds that it is overbroad and seeks information not relevant to the subject matter

22  of this lawsuit or reasonably calculated to lead to the discovery of admissible

23  evidence.  Larian also objects to this request on the grounds that it is overbroad,

24  unduly burdensome, and oppressive in seeking documents that show the number of

25  units of all Bratz products sold to all customers by MGA or its licensees.  Larian

26  also objects to this request on the grounds that it seeks confidential, proprietary or

27  commercially sensitive information, the disclosure of which would be inimical to

28  the business interests of Larian and one or more third parties.  Larian also objects to

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT 3 PAGE 307

1  this request to the extent it seeks information the disclosure of which would

2  implicate the rights of third parties to protect private, confidential, proprietary or

3  trade secret information. Larian also objects to this request to the extent it calls for

4  the disclosure of attorney-client privileged information or information protected

5  from disclosure by the work-product doctrine, joint defense or common interest

6  privilege, or other privilege. Larian also objects to this request to the extent it seeks

7  documents not within Larian's possession, custody or control.

8         Subject to the foregoing, Larian will produce any personal documents

9  that are relevant and responsive to the request, if any, and that have not already

10  been produced, that he discovers in the course of his reasonable search and diligent

11  inquiry, which are within the permissible scope of discovery, and to which no

12  privilege or other protection applies, including without limitation, the attorney-

13  client privilege or attorney's work product doctrine.

14  **REQUEST FOR PRODUCTION NO. 253:**

15         For each customer to whom MGA or its licensees have ever sold any

16  BRATZ PRODUCT, documents sufficient to show the revenue received by YOU

17  from each such BRATZ PRODUCT sold by MGA or its licensees to that customer.

18  **RESPONSE TO REQUEST FOR PRODUCTION NO. 253:**

19         Larian incorporates by reference the above-stated general objections as

20  if fully set forth herein. Larian also specifically objects to this request on the

21  grounds that it is overbroad and seeks information not relevant to the subject matter

22  of this lawsuit or reasonably calculated to lead to the discovery of admissible

23  evidence. Larian also objects to this request on the grounds that it is overbroad,

24  unduly burdensome, and oppressive in seeking documents that show the revenue

25  received by Larian from the sale of all Bratz products to all customers by MGA or

26  its licensees. Larian also objects to this request on the grounds that it seeks

27  confidential, proprietary or commercially sensitive information, the disclosure of

28  which would be inimical to the business interests of Larian and one or more third

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT 3 PAGE 308

1  parties.  Larian also objects to this request to the extent it seeks information the

2  disclosure of which would implicate the rights of third parties to protect private,

3  confidential, proprietary or trade secret information.  Larian also objects to this

4  request to the extent it calls for the disclosure of attorney-client privileged

5  information or information protected from disclosure by the work-product doctrine,

6  joint defense or common interest privilege, or other privilege.  Larian also objects

7  to this request to the extent it seeks documents not within Larian's possession,

8  custody or control.

9  **REQUEST FOR PRODUCTION NO. 254:**

10          For each customer to whom MGA or its licensees have ever sold any

11  BRATZ PRODUCT, documents sufficient to show YOUR profits from each such

12  BRATZ PRODUCT sold by MGA or its licensees to that customer.

13  **RESPONSE TO REQUEST FOR PRODUCTION NO. 254:**

14          Larian incorporates by reference the above-stated general objections as

15  if fully set forth herein.  Larian also specifically objects to this request on the

16  grounds that it is overbroad and seeks information not relevant to the subject matter

17  of this lawsuit or reasonably calculated to lead to the discovery of admissible

18  evidence.  Larian also objects to this request on the grounds that it is overbroad,

19  unduly burdensome, and oppressive in seeking documents that show Larian's

20  profits from the sale of all Bratz products to all customers by MGA or its licensees.

21  Larian also objects to this request on the grounds that it seeks confidential,

22  proprietary or commercially sensitive information, the disclosure of which would

23  be inimical to the business interests of Larian and one or more third parties.  Larian

24  also objects to this request to the extent it seeks information the disclosure of which

25  would implicate the rights of third parties to protect private, confidential,

26  proprietary or trade secret information.  Larian also objects to this request to the

27  extent it calls for the disclosure of attorney-client privileged information or

28  information protected from disclosure by the work-product doctrine, joint defense

- 236 -

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT 3 PAGE 302

1  or common interest privilege, or other privilege.  Larian also objects to this request

2  to the extent it seeks documents not within Larian's possession, custody or control.

3  **REQUEST FOR PRODUCTION NO. 255:**

4         DOCUMENTS sufficient to show customer returns to MGA of

5  BRATZ PRODUCTS sold or distributed by MGA or its licensees.

6  **RESPONSE TO REQUEST FOR PRODUCTION NO. 255:**

7         Larian incorporates by reference the above-stated general objections as

8  if fully set forth herein.  Larian also specifically objects to this request on the

9  grounds that it is overbroad and seeks information not relevant to the subject matter

10  of this lawsuit or reasonably calculated to lead to the discovery of admissible

11  evidence.  Larian also objects to this request on the grounds that it is overbroad,

12  unduly burdensome, and oppressive in seeking documents that show customer

13  returns to MGA of all Bratz products sold or distributed by MGA or its licensees.

14  Larian also objects to this request on the grounds that it seeks confidential,

15  proprietary or commercially sensitive information, the disclosure of which would

16  be inimical to the business interests of Larian and one or more third parties.  Larian

17  also objects to this request to the extent it seeks information the disclosure of which

18  would implicate the rights of third parties to protect private, confidential,

19  proprietary or trade secret information.  Larian also objects to this request to the

20  extent it calls for the disclosure of attorney-client privileged information or

21  information protected from disclosure by the work-product doctrine, joint defense

22  or common interest privilege, or other privilege.  Larian also objects to this request

23  to the extent it seeks documents not within Larian's possession, custody or control.

24         Subject to the foregoing, Larian will produce any personal documents

25  that are relevant and responsive to the request, if any, and that have not already

26  been produced, that he discovers in the course of his reasonable search and diligent

27  inquiry, which are within the permissible scope of discovery, and to which no

28  privilege or other protection applies, including without limitation, the attorney-

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT **3** PAGE **310**

1   client privilege or attorney's work product doctrine.

2   **REQUEST FOR PRODUCTION NO. 256:**

3           DOCUMENTS sufficient to show customer rebates and credits given

4   by MGA or its licensees to customers in connection with BRATZ PRODUCTS.

5   **RESPONSE TO REQUEST FOR PRODUCTION NO. 256:**

6           Larian incorporates by reference the above-stated general objections as

7   if fully set forth herein.  Larian also specifically objects to this request on the

8   grounds that it is overbroad and seeks information not relevant to the subject matter

9   of this lawsuit or reasonably calculated to lead to the discovery of admissible

10  evidence.  Larian also objects to this request on the grounds that it is overbroad,

11  unduly burdensome, and oppressive in seeking documents that show customer

12  rebates and credits given by MGA or its licensees to all customers in connection

13  with Bratz products.  Larian also objects to this request on the grounds that it seeks

14  confidential, proprietary or commercially sensitive information, the disclosure of

15  which would be inimical to the business interests of Larian and one or more third

16  parties.  Larian also objects to this request to the extent it seeks information the

17  disclosure of which would implicate the rights of third parties to protect private,

18  confidential, proprietary or trade secret information.  Larian also objects to this

19  request to the extent it calls for the disclosure of attorney-client privileged

20  information or information protected from disclosure by the work-product doctrine,

21  joint defense or common interest privilege, or other privilege.  Larian also objects

22  to this request to the extent it seeks documents not within Larian's possession,

23  custody or control.

24          Subject to the foregoing, Larian will produce any personal documents

25  that are relevant and responsive to the request, if any, and that have not already

26  been produced, that he discovers in the course of his reasonable search and diligent

27  inquiry, which are within the permissible scope of discovery, and to which no

28  privilege or other protection applies, including without limitation, the attorney-

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT 3   PAGE 311

1  client privilege or attorney's work product doctrine.

2  **REQUEST FOR PRODUCTION NO. 257:**

3        DOCUMENTS sufficient to show, by product number or SKU, the

4  number of units of each BRATZ PRODUCT sold by MGA or its licensees.

5  **RESPONSE TO REQUEST FOR PRODUCTION NO. 257:**

6        Larian incorporates by reference the above-stated general objections as

7  if fully set forth herein.  Larian also specifically objects to this request on the

8  grounds that it is overbroad and seeks information not relevant to the subject matter

9  of this lawsuit or reasonably calculated to lead to the discovery of admissible

10  evidence.  Larian also objects to this request on the grounds that it is overbroad,

11  unduly burdensome, and oppressive in seeking documents that show, by product

12  number or SKU, the number of units of all Bratz products sold by MGA or its

13  licensees.  Larian also objects to this request on the grounds that it seeks

14  confidential, proprietary or commercially sensitive information, the disclosure of

15  which would be inimical to the business interests of Larian and one or more third

16  parties.  Larian also objects to this request to the extent it seeks information the

17  disclosure of which would implicate the rights of third parties to protect private,

18  confidential, proprietary or trade secret information.  Larian also objects to this

19  request to the extent it calls for the disclosure of attorney-client privileged

20  information or information protected from disclosure by the work-product doctrine,

21  joint defense or common interest privilege, or other privilege.  Larian also objects

22  to this request to the extent it seeks documents not within Larian's possession,

23  custody or control.

24        Subject to the foregoing, Larian will produce any personal documents

25  that are relevant and responsive to the request, if any, and that have not already

26  been produced, that he discovers in the course of his reasonable search and diligent

27  inquiry, which are within the permissible scope of discovery, and to which no

28  privilege or other protection applies, including without limitation, the attorney-

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT 3   PAGE 312

1    client privilege or attorney's work product doctrine.

2    **REQUEST FOR PRODUCTION NO. 258:**

3        DOCUMENTS sufficient to show, by product number or SKU, the

4    revenue received by YOU from the sale of each BRATZ PRODUCT sold by MGA

5    or its licensees.

6    **RESPONSE TO REQUEST FOR PRODUCTION NO. 258:**

7        Larian incorporates by reference the above-stated general objections as

8    if fully set forth herein.  Larian also specifically objects to this request on the

9    grounds that it is overbroad and seeks information not relevant to the subject matter

10    of this lawsuit or reasonably calculated to lead to the discovery of admissible

11    evidence.  Larian also objects to this request on the grounds that it is overbroad,

12    unduly burdensome, and oppressive in seeking documents that show, by product

13    number or SKU, the revenue received by Larian from the sale of all Bratz products

14    sold by MGA or its licensees.  Larian also objects to this request on the grounds

15    that it seeks confidential, proprietary or commercially sensitive information, the

16    disclosure of which would be inimical to the business interests of Larian and one or

17    more third parties.  Larian also objects to this request to the extent it seeks

18    information the disclosure of which would implicate the rights of third parties to

19    protect private, confidential, proprietary or trade secret information.  Larian also

20    objects to this request to the extent it calls for the disclosure of attorney-client

21    privileged information or information protected from disclosure by the work-

22    product doctrine, joint defense or common interest privilege, or other privilege.

23    Larian also objects to this request to the extent it seeks documents not within

24    Larian's possession, custody or control.

25    **REQUEST FOR PRODUCTION NO. 259:**

26        DOCUMENTS sufficient to show, by product number or SKU, YOUR

27    cost of goods sold, unit cost and other costs for each BRATZ PRODUCT sold by

28    MGA or its licensees.

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT 3 PAGE 3/3

**RESPONSE TO REQUEST FOR PRODUCTION NO. 259:**

Larian incorporates by reference the above-stated general objections as if fully set forth herein. Larian also specifically objects to this request on the grounds that it is overbroad and seeks information not relevant to the subject matter of this lawsuit or reasonably calculated to lead to the discovery of admissible evidence. Larian also objects to this request on the grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents that show, by product number or SKU, Larian's cost of goods sold, unit cost and other costs for all Bratz products sold by MGA or its licensees. Larian also objects to this request on the grounds that it seeks confidential, proprietary or commercially sensitive information, the disclosure of which would be inimical to the business interests of Larian and one or more third parties. Larian also objects to this request to the extent it seeks information the disclosure of which would implicate the rights of third parties to protect private, confidential, proprietary or trade secret information. Larian also objects to this request to the extent it calls for the disclosure of attorney-client privileged information or information protected from disclosure by the work-product doctrine, joint defense or common interest privilege, or other privilege. Larian also objects to this request to the extent it seeks documents not within Larian's possession, custody or control.

**REQUEST FOR PRODUCTION NO. 260:**

All DOCUMENTS that evidence, reflect or REFER OR RELATE TO YOUR or MGA's profits, by product number or SKU, from the sale of each BRATZ PRODUCT sold by MGA or its licensees.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 260:**

Larian incorporates by reference the above-stated general objections as if fully set forth herein. Larian also specifically objects to this request on the grounds that it is overbroad and seeks information not relevant to the subject matter of this lawsuit or reasonably calculated to lead to the discovery of admissible

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT 3 PAGE 3/4

1    evidence. Larian also objects to this request on the grounds that it is overbroad,

2    unduly burdensome, and oppressive in seeking documents that reflect or refer or

3    relate, by product number or SKU, to Larian or MGA's profits from the sale of all

4    Bratz products by MGA or its licensees. Larian also objects to this request on the

5    grounds that it seeks confidential, proprietary or commercially sensitive

6    information, the disclosure of which would be inimical to the business interests of

7    Larian and one or more third parties. Larian also objects to this request to the

8    extent it seeks information the disclosure of which would implicate the rights of

9    third parties to protect private, confidential, proprietary or trade secret information.

10    Larian also objects to this request to the extent it calls for the disclosure of attorney-

11    client privileged information or information protected from disclosure by the work-

12    product doctrine, joint defense or common interest privilege, or other privilege.

13    Larian also objects to this request to the extent it seeks documents not within

14    Larian's possession, custody or control.

15    **REQUEST FOR PRODUCTION NO. 261:**

16        For each customer to whom MGA or its licensees have ever sold any

17    BRATZ PRODUCT, DOCUMENTS sufficient to show, by product number or

18    SKU, the number of units of each such BRATZ PRODUCT sold by MGA or its

19    licensees to that customer.

20    **RESPONSE TO REQUEST FOR PRODUCTION NO. 261:**

21        Larian incorporates by reference the above-stated general objections as

22    if fully set forth herein. Larian also specifically objects to this request on the

23    grounds that it is overbroad and seeks information not relevant to the subject matter

24    of this lawsuit or reasonably calculated to lead to the discovery of admissible

25    evidence. Larian also objects to this request on the grounds that it is overbroad,

26    unduly burdensome, and oppressive in seeking documents that show the number of

27    units of all Bratz products sold by Larian, MGA, or its licensees to every customer

28    to whom MGA or its licensees have ever sold any Bratz products. Larian also

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT 3 PAGE 3/5

1  objects to this request on the grounds that it seeks confidential, proprietary or

2  commercially sensitive information, the disclosure of which would be inimical to

3  the business interests of Larian and one or more third parties. Larian also objects to

4  this request to the extent it seeks information the disclosure of which would

5  implicate the rights of third parties to protect private, confidential, proprietary or

6  trade secret information. Larian also objects to this request to the extent it calls for

7  the disclosure of attorney-client privileged information or information protected

8  from disclosure by the work-product doctrine, joint defense or common interest

9  privilege, or other privilege. Larian also objects to this request to the extent it seeks

10  documents not within Larian's possession, custody or control.

11           Subject to the foregoing, Larian will produce any personal documents

12  that are relevant and responsive to the request, if any, and that have not already

13  been produced, that he discovers in the course of his reasonable search and diligent

14  inquiry, which are within the permissible scope of discovery, and to which no

15  privilege or other protection applies, including without limitation, the attorney-

16  client privilege or attorney's work product doctrine.

17  **REQUEST FOR PRODUCTION NO. 262:**

18           For each customer to whom MGA or its licensees have ever sold any

19  BRATZ PRODUCT, DOCUMENTS sufficient to show, by product number or

20  SKU, the revenue received by YOU from each such BRATZ PRODUCT sold by

21  MGA or its licensees to that customer.

22  **RESPONSE TO REQUEST FOR PRODUCTION NO. 262:**

23           Larian incorporates by reference the above-stated general objections as

24  if fully set forth herein. Larian also specifically objects to this request on the

25  grounds that it is overbroad and seeks information not relevant to the subject matter

26  of this lawsuit or reasonably calculated to lead to the discovery of admissible

27  evidence. Larian also objects to this request on the grounds that it is overbroad,

28  unduly burdensome, and oppressive in seeking documents that show the revenue

- 243 -

EXHIBIT 3 PAGE 316

1   received by Larian from all Bratz products sold by MGA or its licensees to every

2   customer to whom MGA or its licenses have ever sold any Bratz products.  Larian

3   also objects to this request on the grounds that it seeks confidential, proprietary or

4   commercially sensitive information, the disclosure of which would be inimical to

5   the business interests of Larian and one or more third parties.  Larian also objects to

6   this request to the extent it seeks information the disclosure of which would

7   implicate the rights of third parties to protect private, confidential, proprietary or

8   trade secret information.  Larian also objects to this request to the extent it calls for

9   the disclosure of attorney-client privileged information or information protected

10  from disclosure by the work-product doctrine, joint defense or common interest

11  privilege, or other privilege.  Larian also objects to this request to the extent it seeks

12  documents not within Larian's possession, custody or control.

13  **REQUEST FOR PRODUCTION NO. 263:**

14      DOCUMENTS sufficient to show the revenue and profits derived by

15  YOU or MGA from the sale by YOU, MGA or its licensees of BRATZ

16  PRODUCTS including, without limitation, DOCUMENTS sufficient to show sales

17  revenue, costs of goods sold, variable costs, gross margins, royalties paid and

18  received, gross profits and nets profits.

19  **RESPONSE TO REQUEST FOR PRODUCTION NO. 263:**

20      Larian incorporates by reference the above-stated general objections as

21  if fully set forth herein.  Larian also specifically objects to this request on the

22  grounds that it is overbroad and seeks information not relevant to the subject matter

23  of this lawsuit or reasonably calculated to lead to the discovery of admissible

24  evidence.  Larian also objects to this request on the grounds that it is overbroad,

25  unduly burdensome, and oppressive in seeking documents that show the revenues

26  and profits derived by Larian or MGA from the sale of all Bratz products by MGA

27  or its licensees.  Larian also objects to this request on the grounds that it seeks

28  confidential, proprietary or commercially sensitive information, the disclosure of

- 244 -

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

3   PAGE 317

1   which would be inimical to the business interests of Larian and one or more third

2   parties. Larian also objects to this request to the extent it seeks information the

3   disclosure of which would implicate the rights of third parties to protect private,

4   confidential, proprietary or trade secret information. Larian also objects to this

5   request to the extent it calls for the disclosure of attorney-client privileged

6   information or information protected from disclosure by the work-product doctrine,

7   joint defense or common interest privilege, or other privilege. Larian also objects

8   to this request to the extent it seeks documents not within Larian's possession,

9   custody or control.

10   **REQUEST FOR PRODUCTION NO. 264:**

11        DOCUMENTS sufficient to show the revenue and profits derived by

12   YOU or MGA from BRATZ MOVIES including, without limitation,

13   DOCUMENTS sufficient to show sales revenue, costs of goods sold, variable costs,

14   gross margins, royalties paid and received, gross profits and net profits.

15   **RESPONSE TO REQUEST FOR PRODUCTION NO. 264:**

16        Larian incorporates by reference the above-stated general objections as

17   if fully set forth herein. Larian also specifically objects to this request on the

18   grounds that it is overbroad and seeks information not relevant to the subject matter

19   of this lawsuit or reasonably calculated to lead to the discovery of admissible

20   evidence. Larian also objects to this request on the grounds that it is overbroad,

21   unduly burdensome, and oppressive in seeking documents that show the revenues

22   and profits derived by Larian or MGA from Bratz movies. Larian also objects to

23   this request on the grounds that it seeks confidential, proprietary or commercially

24   sensitive information, the disclosure of which would be inimical to the business

25   interests of Larian and one or more third parties. Larian also objects to this request

26   to the extent it seeks information the disclosure of which would implicate the rights

27   of third parties to protect private, confidential, proprietary or trade secret

28   information. Larian also objects to this request to the extent it calls for the

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT __3__ PAGE __3/8__

1 | disclosure of attorney-client privileged information or information protected from

2 | disclosure by the work-product doctrine, joint defense or common interest

3 | privilege, or other privilege.  Larian also objects to this request to the extent it seeks

4 | documents not within Larian's possession, custody or control.

5 | **REQUEST FOR PRODUCTION NO. 265:**

6 | DOCUMENTS sufficient to show the revenue and profits derived by

7 | YOU or MGA from BRATZ TELEVISION SHOWS including, without limitation,

8 | DOCUMENTS sufficient to show sales revenue, costs of goods sold, variable costs,

9 | gross margins, royalties paid and received, gross profits and net profits.

10 | **RESPONSE TO REQUEST FOR PRODUCTION NO. 265:**

11 | Larian incorporates by reference the above-stated general objections as

12 | if fully set forth herein.  Larian also specifically objects to this request on the

13 | grounds that it is overbroad and seeks information not relevant to the subject matter

14 | of this lawsuit or reasonably calculated to lead to the discovery of admissible

15 | evidence.  Larian also objects to this request on the grounds that it is overbroad,

16 | unduly burdensome, and oppressive in seeking documents that show the revenues

17 | and profits derived by Larian or MGA from Bratz television shows.  Larian also

18 | objects to this request on the grounds that it seeks confidential, proprietary or

19 | commercially sensitive information, the disclosure of which would be inimical to

20 | the business interests of Larian and one or more third parties.  Larian also objects to

21 | this request to the extent it seeks information the disclosure of which would

22 | implicate the rights of third parties to protect private, confidential, proprietary or

23 | trade secret information.  Larian also objects to this request to the extent it calls for

24 | the disclosure of attorney-client privileged information or information protected

25 | from disclosure by the work-product doctrine, joint defense or common interest

26 | privilege, or other privilege.  Larian also objects to this request to the extent it seeks

27 | documents not within Larian's possession, custody or control.

28 |

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT __3__ PAGE __319__

1  **REQUEST FOR PRODUCTION NO. 266:**

2        All quarterly and annual profit and loss statements for BRATZ.

3  **RESPONSE TO REQUEST FOR PRODUCTION NO. 266:**

4        Larian incorporates by reference the above-stated general objections as

5  if fully set forth herein.  Larian also specifically objects to this request on the

6  grounds that it is overbroad and seeks information not relevant to the subject matter

7  of this lawsuit or reasonably calculated to lead to the discovery of admissible

8  evidence.  Larian also objects to this request on the grounds that it is overbroad,

9  unduly burdensome, and oppressive in seeking all of MGA's quarterly and annual

10  profit and loss statements for Bratz.  Larian also objects to this request on the

11  grounds that it seeks confidential, proprietary or commercially sensitive

12  information, the disclosure of which would be inimical to the business interests of

13  Larian and one or more third parties.  Larian also objects to this request to the

14  extent it seeks information the disclosure of which would implicate the rights of

15  third parties to protect private, confidential, proprietary or trade secret information.

16  Larian also objects to this request to the extent it calls for the disclosure of attorney-

17  client privileged information or information protected from disclosure by the work-

18  product doctrine, joint defense or common interest privilege, or other privilege.

19  Larian also objects to this request to the extent it seeks documents not within

20  Larian's possession, custody or control.

21  **REQUEST FOR PRODUCTION NO. 267:**

22        All sales, profit and cash flow projections or forecasts for BRATZ

23  DOLLS, BRATZ PRODUCTS, BRATZ MOVIES and BRATZ TELEVISION

24  SHOWS.

25  **RESPONSE TO REQUEST FOR PRODUCTION NO. 267:**

26        Larian incorporates by reference the above-stated general objections as

27  if fully set forth herein.  Larian also specifically objects to this request on the

28  grounds that it is overbroad and seeks information not relevant to the subject matter

- 247 -

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT 3 PAGE 320

1  of this lawsuit or reasonably calculated to lead to the discovery of admissible

2  evidence.  Larian also objects to this request on the grounds that it is overbroad,

3  unduly burdensome, and oppressive in seeking all of MGA's profit and cash flow

4  projections and forecasts for Bratz dolls, Bratz products, Bratz movies, and Bratz

5  television shows.  Larian also objects to this request on the grounds that it seeks

6  confidential, proprietary or commercially sensitive information, the disclosure of

7  which would be inimical to the business interests of Larian and one or more third

8  parties.  Larian also objects to this request to the extent it seeks information the

9  disclosure of which would implicate the rights of third parties to protect private,

10  confidential, proprietary or trade secret information.  Larian also objects to this

11  request to the extent it calls for the disclosure of attorney-client privileged

12  information or information protected from disclosure by the work-product doctrine,

13  joint defense or common interest privilege, or other privilege.  Larian also objects

14  to this request to the extent it seeks documents not within Larian's possession,

15  custody or control.

16  **REQUEST FOR PRODUCTION NO. 268:**

17         All DOCUMENTS that REFER OR RELATE TO the value of the

18  BRATZ brand.

19  **RESPONSE TO REQUEST FOR PRODUCTION NO. 268:**

20         Larian incorporates by reference the above-stated general objections as

21  if fully set forth herein.  Larian also specifically objects to this request on the

22  grounds that it is overbroad and seeks information not relevant to the subject matter

23  of this lawsuit or reasonably calculated to lead to the discovery of admissible

24  evidence.  Larian also objects to this request on the grounds that it is overbroad,

25  unduly burdensome, and oppressive in seeking all documents that refer or relate to

26  the value of the Bratz brand.  Larian also objects to this request on the grounds that

27  it is vague and ambiguous in that Larian cannot determine what is meant by or how

28  to calculate "the value of the Bratz brand."  Larian also objects to this request on

- 248 -

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT **3** PAGE **321**

1    the grounds that it seeks confidential, proprietary or commercially sensitive

2    information, the disclosure of which would be inimical to the business interests of

3    Larian and one or more third parties. Larian also objects to this request to the

4    extent it seeks information the disclosure of which would implicate the rights of

5    third parties to protect private, confidential, proprietary or trade secret information.

6    Larian also objects to this request to the extent it calls for the disclosure of attorney-

7    client privileged information or information protected from disclosure by the work-

8    product doctrine, joint defense or common interest privilege, or other privilege.

9    Larian also objects to this request to the extent it seeks documents not within

10    Larian's possession, custody or control.

11    **REQUEST FOR PRODUCTION NO. 269:**

12           DOCUMENTS sufficient to show or calculate YOUR net worth on a

13    yearly basis for each year from 1999 to the present.

14    **RESPONSE TO REQUEST FOR PRODUCTION NO. 269:**

15           Larian incorporates by reference the above-stated general objections as

16    if fully set forth herein. Larian also specifically objects to this request on the

17    grounds that it is overbroad and seeks information not relevant to the subject matter

18    of this lawsuit or reasonably calculated to lead to the discovery of admissible

19    evidence. Larian also objects to this request on the grounds that it is overbroad,

20    unduly burdensome, and oppressive in seeking all documents sufficient to calculate

21    Larian's net worth on a yearly basis for each year from 1999 to the present. Larian

22    also objects to this request on the grounds that it is vague and ambiguous in that

23    Larian cannot determine what is meant by "YOUR net worth." Larian also objects

24    to this request on the grounds that it seeks confidential, proprietary or commercially

25    sensitive information, the disclosure of which would be inimical to the business

26    interests of Larian and one or more third parties. Larian also objects to this request

27    to the extent it seeks information the disclosure of which would implicate the rights

28    of third parties to protect private, confidential, proprietary or trade secret

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT 3 PAGE 322

1    information.  Larian also objects to this request to the extent it calls for the

2    disclosure of attorney-client privileged information or information protected from

3    disclosure by the work-product doctrine, joint defense or common interest

4    privilege, or other privilege.  Larian also objects to this request to the extent it seeks

5    documents not within Larian's possession, custody or control.

6    **REQUEST FOR PRODUCTION NO. 270:**

7             All DOCUMENTS that evidence, reflect or REFER OR RELATE TO

8    the BRATZ DOLL'S share of the fashion doll market including, without limitation,

9    the extent to which Bratz has been or is gaining or losing market share in the

10    fashion doll market.

11    **RESPONSE TO REQUEST FOR PRODUCTION NO. 270:**

12             Larian incorporates by reference the above-stated general objections as

13    if fully set forth herein.  Larian also specifically objects to this request on the

14    grounds that it is overbroad and seeks information not relevant to the subject matter

15    of this lawsuit or reasonably calculated to lead to the discovery of admissible

16    evidence.  Larian further objects on the ground that the request is vague and

17    ambiguous.  Larian objects to the extent the documents are equally available to

18    Mattel from third parties.  Larian also objects to this request on the grounds that it

19    is overbroad, unduly burdensome, and oppressive in seeking all documents that

20    evidence, reflect or refer or relate to the Bratz doll's share of the fashion doll

21    market, including the extent to which Bratz has been or is gaining or losing market

22    share in the fashion doll market.  Larian also objects to this request on the grounds

23    that it seeks confidential, proprietary or commercially sensitive information, the

24    disclosure of which would be inimical to the business interests of Larian and one or

25    more third parties.  Larian also objects to this request to the extent it seeks

26    information the disclosure of which would implicate the rights of third parties to

27    protect private, confidential, proprietary or trade secret information.  Larian also

28    objects to this request to the extent it calls for the disclosure of attorney-client

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXT 3 PAGE 323

1  privileged information or information protected from disclosure by the work-

2  product doctrine, joint defense or common interest privilege, or other privilege.

3  Larian also objects to this request to the extent it seeks documents not within

4  Larian's possession, custody or control.

5       Subject to the foregoing, Larian will produce any personal documents

6  that are relevant and responsive to the request, if any, and that have not already

7  been produced, that he discovers in the course of his reasonable search and diligent

8  inquiry, which are within the permissible scope of discovery, and to which no

9  privilege or other protection applies, including without limitation, the attorney-

10  client privilege or attorney's work product doctrine.

11  **REQUEST FOR PRODUCTION NO. 271:**

12       DOCUMENTS sufficient to show each of YOUR position(s), titles

13  and functions with and relationship to MGA, including without limitation with or to

14  MGA Entertainment HK Limited and MGAE de Mexico, S.r.l. de C.V.

15  **RESPONSE TO REQUEST FOR PRODUCTION NO. 271:**

16       Larian incorporates by reference the above-stated general objections as

17  if fully set forth herein. Larian also specifically objects to this request on the

18  grounds that it is overbroad and seeks information not relevant to the subject matter

19  of this lawsuit or reasonably calculated to lead to the discovery of admissible

20  evidence. Larian also objects to this request on the grounds that it seeks

21  confidential, proprietary or commercially sensitive information, the disclosure of

22  which would be inimical to the business interests of Larian and one or more third

23  parties. Larian also objects to this request to the extent it seeks information the

24  disclosure of which would implicate the rights of third parties to protect private,

25  confidential, proprietary or trade secret information. Larian also objects to this

26  request to the extent that it seeks information in the public record and, thus, equally

27  available to Mattel. Larian also objects to this request to the extent it calls for the

28  disclosure of attorney-client privileged information or information protected from

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT **3** PAGE **324**

1   disclosure by the work-product doctrine, joint defense or common interest

2   privilege, or other privilege.

3           Subject to the foregoing, Larian will produce any personal documents

4   that are relevant and responsive to the request and pertain to MGA Entertainment,

5   Inc., MGA Entertainment HK Limited and MGAE de Mexico, S.r.l. de C.V., if any,

6   and that have not already been produced, that he discovers in the course of his

7   reasonable search and diligent inquiry, which are within the permissible scope of

8   discovery, and to which no privilege or other protection applies, including without

9   limitation, the attorney-client privilege or attorney's work product doctrine.

10   **REQUEST FOR PRODUCTION NO. 272:**

11           All DOCUMENTS RELATING TO the ownership of MGA

12   Entertainment HK Limited.

13   **RESPONSE TO REQUEST FOR PRODUCTION NO. 272:**

14           Larian incorporates by reference the above-stated general objections as

15   if fully set forth herein.  Larian also specifically objects to this request on the

16   grounds that it is overbroad and seeks information not relevant to the subject matter

17   of this lawsuit or reasonably calculated to lead to the discovery of admissible

18   evidence.  Larian also objects to this request on the grounds that it seeks

19   confidential, proprietary or commercially sensitive information, the disclosure of

20   which would be inimical to the business interests of Larian and one or more third

21   parties.  Larian also objects to this request to the extent it seeks information the

22   disclosure of which would implicate the rights of third parties to protect private,

23   confidential, proprietary or trade secret information.  Larian also objects to this

24   request to the extent it calls for the disclosure of attorney-client privileged

25   information or information protected from disclosure by the work-product doctrine,

26   joint defense or common interest privilege, or other privilege.  Larian also objects

27   to this request to the extent it seeks documents not within Larian's possession,

28   custody or control.

- 252 -

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT **3** PAGE **325**

1    **REQUEST FOR PRODUCTION NO. 273:**

2            All DOCUMENTS RELATING TO the ownership of MGAE de

3    Mexico, S.r.l. de C.V.

4    **RESPONSE TO REQUEST FOR PRODUCTION NO. 273:**

5            Larian incorporates by reference the above-stated general objections as

6    if fully set forth herein.  Larian also specifically objects to this request on the

7    grounds that it is overbroad and seeks information not relevant to the subject matter

8    of this lawsuit or reasonably calculated to lead to the discovery of admissible

9    evidence.  Larian also objects to this request on the grounds that it seeks

10   confidential, proprietary or commercially sensitive information, the disclosure of

11   which would be inimical to the business interests of Larian and one or more third

12   parties.  Larian also objects to this request to the extent it seeks information the

13   disclosure of which would implicate the rights of third parties to protect private,

14   confidential, proprietary or trade secret information.  Larian also objects to this

15   request to the extent it calls for the disclosure of attorney-client privileged

16   information or information protected from disclosure by the work-product doctrine,

17   joint defense or common interest privilege, or other privilege.  Larian also objects

18   to this request to the extent it seeks documents not within Larian's possession,

19   custody or control.

20   **REQUEST FOR PRODUCTION NO. 274:**

21           An electronic copy of each DOCUMENT that YOU have produced in

22   this action, or that is responsive to these Requests, that is or was created, prepared,

23   generated, maintained or transmitted in digital form.

24   **RESPONSE TO REQUEST FOR PRODUCTION NO. 274:**

25           Larian incorporates by reference the above-stated general objections as

26   if fully set forth herein.  Larian also specifically objects to this request on the

27   grounds that is overbroad, unduly burdensome and oppressive, particularly as to the

28   expense associated with producing to Mattel in electronic form documents that

                                    - 253 -          LARIAN'S RESPONSE TO MATTEL'S 1ST
                                                     SET OF REQUESTS FOR PRODUCTION
                                                     CV 04-9049 SGL (RNBX)

                           EXHIBIT 3  PAGE 326

1 | Larian has already produced, or will produce in response to these requests, in

2 | another form, and seeks documents that are not relevant nor likely to lead to the

3 | discovery of admissible evidence.

4 | **REQUEST FOR PRODUCTION NO. 275:**

5 | The metadata for each DOCUMENT that YOU have produced in this

6 | action, or that is responsive to these Requests, that is or was created, prepared,

7 | generated, maintained or transmitted in digital form.

8 | **RESPONSE TO REQUEST FOR PRODUCTION NO. 275:**

9 | Larian incorporates by reference the above-stated general objections as

10 | if fully set forth herein. Larian also specifically objects to this request on the

11 | grounds that is it unduly burdensome and oppressive, particularly as to the expense

12 | associated with producing metadata to Mattel for each digital document that Larian

13 | has already produced, or will produce in response to these requests, if any and seeks

14 | documents that are not relevant nor likely to lead to the discovery of admissible

15 | evidence. Larian also objects to this request to the extent it calls for the disclosure

16 | of attorney-client privileged information or information protected from disclosure

17 | by the work-product doctrine, joint defense or common interest privilege, or other

18 | privilege.

19 | **REQUEST FOR PRODUCTION NO. 276:**

20 | To the extent not produced in response to any other Request for

21 | Production, all DOCUMENTS and tangible things upon which YOU intend to rely

22 | in this ACTION.

23 | **RESPONSE TO REQUEST FOR PRODUCTION NO. 276:**

24 | Larian incorporates by reference the above-stated general objections as

25 | if fully set forth herein. Larian also specifically objects to this request on the

26 | grounds that it is overbroad and unduly burdensome in that it calls for all

27 | documents and tangible things upon which Larian intends to rely in this action.

28 | Larian also objects to this request on the grounds that it calls for legal conclusions.

- 254 -

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT 3 PAGE 327

1   Larian also objects to this request on the grounds that it seeks information in

2   Mattel's possession and/or in the public record, and/or equally available to Mattel.

3   Larian also objects to this request to the extent it calls for the disclosure of attorney-

4   client privileged information or information protected from disclosure by the work-

5   product doctrine, joint defense or common interest privilege, or other privilege.

6        Dated:    August  6  , 2007

7                   DIANA M. TORRES
                DALE M. CENDALI

8                   WILLIAM J. CHARRON
                O'MELVENY & MYERS LLP

9

10                  By:

11                      Diana M. Torres
                Attorneys for Plaintiff

12                  MGA Entertainment, Inc.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EX 3 PAGE 328

## PROOF OF SERVICE

I, Mila Sucgang, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 400 South Hope Street, Los Angeles, California 90071-2899.  On August 6, 20047 I served the within document:

### ISAAC LARIAN'S RESPONSES TO MATTEL, INC.'S FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS

☒  by transmitting via electronic mail the document(s) listed above to the address set forth below on this date.  .

☒  by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.  I am readily familiar with the firm's practice of collecting and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Michael T. Zeller
Quinn Emanuel Urquhart Oliver &
   Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
michaelzeller@quinnemanuel.com

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on August 6, 2007, at Los Angeles, California.

_____
Mila Sucgang

LA2:730244.1

EXHIBIT 3 PAGE 329