# EXHIBIT 5

## Scott Kidman

**From:** Scott Kidman
**Sent:** Friday, September 21, 2007 4:35 PM
**To:** Charron, William
**Subject:** RE: Larian RFP responses

Dear Bill,

I called your office and left a message but have not heard back.

As you are aware, this is an insufficient response. Not only does your email give no hint as to which requests Larian belatedly claims he is willing to produce documents in response to, but it gives no commitment to provide supplemental response withdrawing the improper objections and no indication as to when Larian intends to produce documents. Thus, even now, Larian has obviously not moved forward in complying with his discovery obligations in any material way. Indeed, Mattel served its request for production to Larian more than 3 months ago and Mattel has still not received a single document. As I indicated during our meet and confer discussions, we needed a firm commitment that Larian would supplement his written responses by yesterday and needed to begin, as of yesterday, producing responsive documents. When we spoke on Wednesday, I informed you that Mattel was moving forward with a motion to compel. Two days later, after lengthy discussions, you send me a vague, two sentence email that cures none of the deficiencies in Larian's responses or rectifies his months of stonewalling. If Larian has supplemental responses to serve today and documents to produce today, please let me know immediately, but anything less at this point only serves to confirm that a motion is necessary.

---

**From:** Charron, William [mailto:WCharron@OMM.com]
**Sent:** Friday, September 21, 2007 3:42 PM
**To:** Scott Kidman
**Cc:** Charron, William
**Subject:** Larian RFP responses

Dear Scott,

I just called you at your office and left a voice mail. I confirm there are several categories of documents we are willing to produce in response to the RFPs to Isaac Larian. Please call at your convenience to discuss.

Best regards,

Bill



EXHIBIT 5 PAGE 343

9/21/2007