# EXHIBIT 8

## Scott Kidman

**From:** Charron, William [WCharron@OMM.com]
**Sent:** Sunday, September 23, 2007 4:38 PM
**To:** Scott Kidman
**Cc:** Charron, William
**Subject:** Fw: Meet-and-Confer re Larian's Response to Mattel's 1st RFPs

To clarify - Larian will produce all responsive documents and will make all responsive tangible items available for inspection.

----- Original Message -----
From: Charron, William
To: 'scottkidman@quinnemanuel.com' <scottkidman@quinnemanuel.com>
Cc: Charron, William
Sent: Sun Sep 23 16:30:20 2007
Subject: Re: Meet-and-Confer re Larian's Response to Mattel's 1st RFPs

Scott - we will give all responsive documents for 185. Sorry for any confusion. Bill

----- Original Message -----
From: Scott Kidman <scottkidman@quinnemanuel.com>
To: Charron, William
Sent: Sun Sep 23 16:27:40 2007
Subject: RE: Meet-and-Confer re Larian's Response to Mattel's 1st RFPs

All doll heads, sculpts, prototypes, models, samples and tangible items that REFER OR RELATE TO DESIGNS for dolls, doll accessories or toys that BRYANT produced, created, authored, conceived of or reduced to practice, whether alone or jointly with others, prior to January 1, 2001.

---

From: Charron, William [mailto:WCharron@OMM.com]
Sent: Sunday, September 23, 2007 4:22 PM
To: Scott Kidman
Subject: Re: Meet-and-Confer re Larian's Response to Mattel's 1st RFPs


Scott - I'm away from a computer. Can you remind me what the request is?

----- Original Message -----
From: Scott Kidman <scottkidman@quinnemanuel.com>
To: Charron, William
Sent: Sun Sep 23 15:50:40 2007
Subject: RE: Meet-and-Confer re Larian's Response to Mattel's 1st RFPs

Bill,

Request No. 185 as written is limited to January 1, 2001. Are you agreeing to produce all responsive, non-privileged documents, or are you imposing some limitation other than as to the date?

---

From: Charron, William [mailto:WCharron@OMM.com]
Sent: Sunday, September 23, 2007 1:19 AM
To: Scott Kidman



EXHIBIT 8   PAGE 352

12/16/2007

Fw: Meet-and-Confer re Larian's Response to Mattel's 1st RFPs                     Page 2 of 4
Case 2:04-cv-09049-DOC-RNB   Document 1288-15   Filed 12/19/07   Page 3 of 5   Page ID
#:10121

Cc: Charron, William
Subject: Meet-and-Confer re Larian's Response to Mattel's 1st RFPs

Dear Scott,

I write in furtherance of the parties' meet-and-confer efforts pertaining to Isaac Larian's responses to Mattel's First Requests for Production. Per our agreement last evening, this email confirms that Isaac Larian will serve supplemental responses on Tuesday, September 25, 2007. For each of the responses listed, Larian's supplemental responses will state that he will produce all non-privileged or otherwise protected documents as detailed below. For those request numbers not followed by any parenthetical explanation, Larian will produce all non-privileged or protected documents that are responsive to the requests. This also confirms that Larian's supplemental responses will not be limited to "relevant, non-objectionable documents," nor will they state he will only produce his "personal documents" - rather Larian will produce documents within his possession, custody or control. Finally, with regard to the production deadline, as we agreed last evening, Larian will complete his production of documents set out below by October 24, 2007, and Mattel will not move to compel a different production deadline for those requests.

Best regards,

Bill

_____

1-2 (consistent with the May 15, 2007 order, Larian will produce responsive documents prepared, written, transmitted or received before January 1, 2001, as well as responsive documents referring to any time prior to January 1, 2001)

3, 4, 5, 6, 7, 8, 9, 10, 11, 12

13 & 15 (consistent with the May 15, 2007 order, Larian will produce responsive communications from before January 1, 2001)

16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31

32 (consistent with the May 15, 2007 order, Larian will produce responsive communications from before June 1, 2001)

33 (consistent with MGA's responses to Mattel's First Requests for Production, Larian will documents sufficient to identify when Larian or MGA first contacted any manufacturer, or any contemplated, proposed or potential manufacturer, for the manufacture of ANGEL)

34

35 (consistent with MGA's responses to Mattel's First Requests for Production, Larian will produce documents sufficient to show when and where Angel was first marketed for sale by Larian or MGA to any wholesaler, distributor and/or retailer)

36, 37, 38, 39, 40

41 (consistent with the May 15, 2007 order, Larian will produce responsive communications from before June 1, 2001)

42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60

61 (consistent with the May 15, 2007 order, Larian will produce responsive communications from before January 1, 2001)

62 (consistent with the May 15, 2007 order, Larian will produce responsive documents created, received or transmitted prior to January 1, 2001)

63-68 (consistent with the May 15, 2007 order Larian will produce documents pertaining to services performed before January 1, 2001, and will also produce responsive documents pertaining to work done on Bratz or Angel)

69-76 (Larian will produce responsive documents pertaining to work done on Bratz or Angel before December 31, 2001)


EXHIBIT 8 PAGE 353

12/16/2007

77, 78

79 (consistent with the August 13, 2007 order, Larian will produce documents relating to focus groups for MGA CONTESTED PRODUCTS and MATTEL CONTESTED PRODUCTS, as those terms are defined in Mattel's First Requests for Production regarding Claims of Unfair Competition)

80 (Larian will produce responsive documents relating or referring to Bratz or Angel)

81 (Larian will produce responsive documents relating or referring to Bratz, Angel, or Bryant)

82-92 & 94-97 (consistent with the May 15, 2007 order Larian will produce all responsive documents relating to work done prior to January 1, 2001, and will also produce all responsive documents pertaining to work related to Bratz or Angel done up to December 31, 2001)

93 (Larian will produce any responsive agreement or contract that is presently in effect)

98-101 (consistent with the May 15, 2007 order Larian will produce all responsive documents pertaining to work done prior to January 1, 2001, and will also produce responsive documents pertaining to work done relating to Bratz or Angel up to December 31, 2001)

102, 103, 104, 105, 106, 107, 108, 109, 110, 111, 112

113-115 (Larian will produce all responsive documents pertaining to Bratz, Angel or Bryant)

116, 117, 118, 119, 120, 121, 122

123-125 (consistent with the May 15, 2007 order Larian will produce all responsive documents that refer or relate to Bratz)

126, 127, 128, 129, 130, 131, 132, 133, 134, 135, 136, 137, 138

139-146 (consistent with the May 15, 2007 order Larian will produce all responsive documents relating to payments made before January 1, 2001, and also will produce documents pertaining to payments related to Bratz or Angel made up to December 31, 2001)

147, 148, 149, 150, 151, 152, 153, 154, 155, 156, 157, 158, 159, 160, 161, 162, 163, 164, 165, 166, 167, 168, 169, 170, 171, 172, 173, 174, 175, 176, 177, 179

181 (consistent with the May 15, 2007 order Larian will produce all responsive documents pertaining to communications made prior to January 1, 2001)

182, 183, 184

185 (consistent with the May 15, 2007 order, Larian will make available for inspection all responsive tangible items produced, created, authored, conceived of or reduced to practice prior to January 1, 2001)

186, 187, 188, 189, 193, 200, 201, 202, 203, 204, 205, 206

210, 211, 212, 213 (Larian will produce responsive documents pertaining to the retention or destruction of documents or digital information relevant to this action)

214, 215, 216, 217, 218, 219, 220

221 (Larian will produce responsive documents relating to this action)

226

229-268 & 270 (Larian will produce documents consistent with the parties' agreement concerning the same requests to MGA in Mattel's Mattel's Second Set of Requests for Production to MGA, as reflected in MGA's Supplemental Responses to those requests)

271



EXHIBIT 8 PAGE 354

12/16/2007

272-273 (Larian will produce documents sufficient to show the ownership of MGA Entertainment HK Limited and MGAE de Mexico, S.r.l. de C.V.)

274-275 (Larian will produce documents in compliance with the parties' agreements governing the production of electronic documents and metadata)

276 (Larian will produce responsive documents and make responsive tangible things available for inspection)

---

Bill Charron
O'Melveny & Myers LLP
1999 Avenue of the Stars, 7th Floor
Century City, CA 90067-6035
Direct Dial (310) 246-8462
Fax (310) 246-6779
wcharron@omm.com

This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

EXHIBIT 8 PAGE 355

12/16/2007