# EXHIBIT 13

**ORIGINAL**

1  DIANA M. TORRES (S.B. #162284)
   JAMES P. JENAL (S.B. #180190)
2  O'MELVENY & MYERS LLP
   400 South Hope Street
3  Los Angeles, CA 90071-2899
   Telephone: (213) 430-6000
4  Facsimile: (213) 430-6407
   Email:     jjenal@omm.com
5
   DALE M. CENDALI (admitted *pro hac vice*)
6  O'MELVENY & MYERS LLP
   Times Square Tower, 7 Times Square
7  New York, New York 10036
   Telephone: (212) 326-2000
8  Facsimile: (212) 326-2061

9  PATRICIA GLASER (S.B. #55668)
   CHRISTENSEN, GLASER, FINK,
10 JACOBS, WEIL & SHAPIRO, LLP
   10250 Constellation Boulevard, 19th Floor
11 Los Angeles, CA 90067
   Telephone: (310) 553-3000
12 Facsimile: (310) 557-9815

   Attorneys for MGA Entertainment, Inc.
13

14              **UNITED STATES DISTRICT COURT**

15              **CENTRAL DISTRICT OF CALIFORNIA**

16

17 CARTER BRYANT, an individual,          Case No. CV 04-09049 SGL (RNBx)
                                          (consolidated with CV 04-9059 & 05-2727)
18              Plaintiff,
                                          **MGA ENTERTAINMENT, INC.'S**
19       v.                               **SUPPLEMENTAL RESPONSES TO**
                                          **MATTEL, INC.'S SECOND SET OF**
20 MATTEL, INC., a Delaware               **REQUESTS FOR PRODUCTION OF**
   corporation,                           **DOCUMENTS AND THINGS**
21
                Defendant
22

23 AND CONSOLIDATED CASES

24

25

26

27

28
                                   MGA'S SUPPLEMENTAL RESPONSE TO
                                   MATTEL'S 2ND SET OF REQUESTS FOR
                                   PRODUCTION OF DOCUMENTS AND

EXHIBIT 13 PAGE 434

## PRELIMINARY STATEMENT

Defendant MGA Entertainment, Inc. ("MGA") has not yet completed its investigation relating to the facts of this action and has not completed preparation for trial. MGA makes its response to these document requests ("requests," or individually, "request") based upon the information presently available to it and without prejudice to its right to amend or supplement its responses and to present evidence which may hereafter be discovered or become available.

MGA will respond to each request as it understands and interprets each request. If Mattel, Inc. ("Mattel") subsequently asserts any interpretation of any request that differs from that of MGA, MGA reserves the right to supplement its objections and responses.

By making these responses, MGA does not concede that any of the information sought by these requests is relevant or discoverable. MGA makes these responses and objections without waiving or intending to waive but rather, on the contrary, preserving and intending to preserve: (a) the right to object on any grounds to the use or introduction into evidence of the documents or information provided in response to these requests; (b) the right to object to the use of the documents or information provided in response to the requests in any subsequent proceeding in, or the arbitration of this or any other action; and (c) the right to object on any ground at any time to other requests or further discovery into any of the subject matters addressed in these requests or the responses thereto.

MGA shall not provide any privileged or protected information, including without limitation, information protected by the attorney-client privilege or the attorney work product doctrine, and nothing herein may be construed as a waiver of any applicable privilege or protection. Any inadvertent production of privileged or protected documents or information shall not be construed as a waiver of any privilege or protection attaching thereto and MGA reserves the right to correct the record with regard

1

MGA'S  SUPPLEMENTAL RESPONSE TO
1ST SET OF REQUEST FOR PRODUCTION
OF DOCUMENTS

EXHIBIT _13_ PAGE _435_

1    to any such information and to supplement or amend these responses, which

2    supplemental or amended response shall become the operative response.

3                             **GENERAL OBJECTIONS**

4          1.       MGA objects to each and every request on the ground that production

5    at the date and time demanded will subject MGA to unwarranted oppression and undue

6    burden and expenses.  The time set for compliance is unduly burdensome, especially in

7    light of the number of document requests, and the scope and volume of the material being

8    sought.  MGA intends to proceed expeditiously to collect the documents for production, if

9    any, and will produce them at a date and time, and in such a manner, as may be mutually

10   agreed by counsel for the parties.

11         2.       MGA objects to each request to the extent that it seeks information

12   protected from discovery by the attorney-client privilege, work-product doctrine, right to

13   privacy, or any other applicable privilege.

14         3.       MGA objects to each request to the extent that it seeks the disclosure

15   of confidential, proprietary or trade-secret information.  Should such documents be

16   otherwise responsive and non-objectionable, MGA will produce such documents subject

17   to the terms and conditions of the protective order governing this case.

18         4.       MGA objects to each request to the extent that it seeks documents in

19   Mattel's own possession, custody or control or that are accessible to Mattel from public

20   sources or from third parties.

21         5.       MGA objects to each request to the extent that it asks for documents

22   that are not relevant to claims or defenses in this case.

23         6.       MGA objects to each and every request to the extent it purports to

24   require MGA to search all documents and things within its possession, custody or control

25   or within the possession, custody or control of any of MGA's current or former

26   employees, officers, directors, agents, representatives, attorneys, parents, subsidiaries,

27   divisions, affiliates, predecessors-in-interest and successors-in-interest, and any other

28   person acting on its behalf, pursuant to its authority or subject to its control, on the

                                        2              MGA'S  SUPPLEMENTAL RESPONSE TO
                                                       1ST SET OF REQUEST FOR PRODUCTION
                                                                  OF DOCUMENTS

EXHIBIT _13_ PAGE _436_

1  grounds that such request is unreasonable, overbroad, unduly burdensome and oppressive,
2  violates the right of privacy, and purports to require MGA to search for documents not
3  within its possession, custody or control.  MGA will make a reasonably diligent search for
4  responsive documents within its possession, custody or control.

5       7.    MGA objects to each and every request to the extent its seeks "all
6  documents" responsive to a certain category on the grounds that such request is overbroad
7  and unduly burdensome and oppressive.  MGA will produce otherwise unobjectionable
8  documents sufficient to provide Mattel with the information sought, following a
9  reasonably diligent search.  On grounds of oppression and undue burden, MGA will not
10  respond to duplicative or cumulative requests and will not re-produce documents it has
11  already produced or produce documents that it has received from Mattel or others in the
12  course of discovery in this matter.

13       8.    MGA objects to each request to the extent it seeks documents not
14  within MGA's possession, custody, or control.

15       9.    MGA objects to each request to the extent it seeks information
16  relating to activities or conduct in foreign countries.  In each instance in which MGA has
17  agreed to produce documents, such production is hereby expressly limited to documents
18  relating to domestic activities or conduct only.

19       10.   MGA objects to the defined terms "You," "Your," and "MGA" on
20  the grounds that these terms, as defined, are overbroad, are vague and ambiguous, and call
21  for legal conclusions.

22       11.   MGA objects to the defined terms "Bratz," "Bratz Doll," "Bratz
23  Product," "Bratz License," "Bratz Movie," and "Bratz Television Show" on the grounds
24  that these terms, as defined, are overbroad, are vague and ambiguous, and call for legal
25  conclusions.

26

27

28

3

MGA'S  SUPPLEMENTAL RESPONSE TO
1ST SET OF REQUEST FOR PRODUCTION
OF DOCUMENTS

EXHIBIT 13 PAGE 437

1            **SPECIFIC OBJECTIONS AND RESPONSES**

2 **REQUEST FOR PRODUCTION NO. 1:**

3      A sample of each BRATZ PRODUCT including, without limitation, each BRATZ

4 DOLL, sold by YOU or YOUR licensees.

5 **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 1:**

6      MGA incorporates by reference the above-stated general objections as if fully set

7 forth herein. MGA also objects to this request to the extent that it seeks information not

8 relevant to the subject matter of this lawsuit or reasonably calculated to lead to the

9 discovery of admissible evidence. MGA also objects to this request on the grounds that it

10 is overbroad, unduly burdensome, and oppressive in seeking samples of all Bratz products

11 and Bratz dolls sold by MGA or its licensees. MGA also objects to this request on the

12 grounds that it seeks confidential, proprietary or commercially sensitive information, the

13 disclosure of which would be inimical to the business interests of MGA. MGA also

14 objects to this request to the extent it calls for the disclosure of attorney-client privileged

15 information or information protected from disclosure by the work-product doctrine, joint

16 defense or common interest privilege, or other privilege. MGA also objects to this request

17 to the extent it seeks information the disclosure of which would implicate the rights of

18 third parties to protect private, confidential, proprietary or trade secret information. MGA

19 also objects to this request to the extent that it seeks samples not in MGA's possession,

20 custody or control.

21      Subject to the foregoing, MGA will make available for inspection samples of

22 products responsive to this request in its possession, custody or control that it is able to

23 locate following a reasonably diligent search.

24 **REQUEST FOR PRODUCTION NO. 2:**

25      DOCUMENTS sufficient to IDENTIFY every PERSON who has entered into a

26 BRATZ LICENSE with YOU or anyone acting on YOUR behalf.

27 **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 2:**

28      MGA incorporates by reference the above-stated general objections as if fully set

          MGA'S SUPPLEMENTAL RESPONSE TO
          1ST SET OF REQUEST FOR PRODUCTION
          OF DOCUMENTS

EXHIBIT 13 PAGE 438

1   forth herein. MGA also specifically objects to this request to the extent that it seeks
2   information not relevant to the subject matter of this lawsuit or reasonably calculated to
3   lead to the discovery of admissible evidence. MGA also objects to this request on the
4   grounds that it is overbroad, unduly burdensome, and oppressive in seeking information
5   identifying all persons who have entered into Bratz licenses with MGA or anyone acting
6   on MGA's behalf. MGA also objects to this request on the grounds that it seeks
7   confidential, proprietary or commercially sensitive information, the disclosure of which
8   would be inimical to the business interests of MGA. MGA also objects to this request to
9   the extent it calls for the disclosure of attorney-client privileged information or
10  information protected from disclosure by the work-product doctrine, joint defense or
11  common interest privilege, or other privilege. MGA also objects to this request to the
12  extent it seeks information the disclosure of which would implicate the rights of third
13  parties to protect private, confidential, proprietary or trade secret information. MGA also
14  objects to this request to the extent that it seeks documents not in MGA's possession,
15  custody or control.

16      Subject to the foregoing, MGA will produce non-privileged documents sufficient
17  to make the requested showing that are in its possession, custody or control, if any, which
18  it is able to locate following a reasonably diligent search.

19  **REQUEST FOR PRODUCTION NO. 3:**

20      DOCUMENTS sufficient to identify by product name, product number and SKU
21  each BRATZ PRODUCT including, without limitation, each BRATZ DOLL, sold by
22  YOU or YOUR licensees.

23  **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 3:**

24      MGA incorporates by reference the above-stated general objections as if fully set
25  forth herein. MGA also specifically objects to this request to the extent that it seeks
26  information not relevant to the subject matter of this lawsuit or reasonably calculated to
27  lead to the discovery of admissible evidence. MGA also objects to this request on the
28  grounds that it is overbroad, unduly burdensome, and oppressive in seeking information

MGA'S SUPPLEMENTAL RESPONSE TO
1ST SET OF REQUEST FOR PRODUCTION
OF DOCUMENTS

EXHIBIT *13* PAGE *434*

1   identifying all product names, numbers, and SKU of Bratz products and Bratz dolls sold
2   by MGA or its licensees. MGA also objects to this request on the grounds that it seeks
3   confidential, proprietary or commercially sensitive information, the disclosure of which
4   would be inimical to the business interests of MGA. MGA also objects to this request to
5   the extent it calls for the disclosure of attorney-client privileged information or
6   information protected from disclosure by the work-product doctrine, joint defense or
7   common interest privilege, or other privilege. MGA also objects to this request to the
8   extent it seeks information the disclosure of which would implicate the rights of third
9   parties to protect private, confidential, proprietary or trade secret information. MGA also
10  objects to this request to the extent that it seeks documents not in MGA's possession,
11  custody or control.

12       Subject to the foregoing, MGA will produce non-privileged documents sufficient
13  to make the requested showing that are in its possession, custody or control, if any, which
14  it is able to locate following a reasonably diligent search.

15  **REQUEST FOR PRODUCTION NO. 4:**

16       DOCUMENTS sufficient to show the number of units of each BRATZ DOLL sold
17  by YOU or YOUR licensees.

18  **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 4:**

19       MGA incorporates by reference the above-stated general objections as if fully set
20  forth herein. MGA also specifically objects to this request to the extent that it seeks
21  information not relevant to the subject matter of this lawsuit or reasonably calculated to
22  lead to the discovery of admissible evidence. MGA also objects to this request on the
23  grounds that it is overbroad, unduly burdensome, and oppressive in seeking the number of
24  units of all Bratz dolls sold by MGA or its licensees. MGA also objects to this request on
25  the grounds that it seeks confidential, proprietary or commercially sensitive information,
26  the disclosure of which would be inimical to the business interests of MGA. MGA also
27  objects to this request to the extent it calls for the disclosure of attorney-client privileged
28  information or information protected from disclosure by the work-product doctrine, joint

6

MGA'S  SUPPLEMENTAL RESPONSE TO
1ST SET OF REQUEST FOR PRODUCTION
OF DOCUMENTS

EXHIBIT *13* PAGE *440*

1  defense or common interest privilege, or other privilege.  MGA also objects to this request

2  to the extent it seeks information the disclosure of which would implicate the rights of

3  third parties to protect private, confidential, proprietary or trade secret information.  MGA

4  also objects to this request to the extent that it seeks documents not in MGA's possession,

5  custody or control.

6      Subject to the foregoing, MGA will produce non-privileged documents sufficient

7  to make the requested showing that are in its possession, custody or control, if any, which

8  it is able to locate following a reasonably diligent search.

9  **REQUEST FOR PRODUCTION NO. 5:**

10     DOCUMENTS sufficient to show the revenue received by YOU from the sale of

11  each BRATZ DOLL sold by YOU or YOUR licensees.

12  **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 5:**

13     MGA incorporates by reference the above-stated general objections as if fully set

14  forth herein.  MGA also specifically objects to this request to the extent that it seeks

15  information not relevant to the subject matter of this lawsuit or reasonably calculated to

16  lead to the discovery of admissible evidence.  MGA also objects to this request on the

17  grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents

18  showing all revenue received by MGA for the sale of all Bratz dolls sold by MGA or its

19  licensees.  MGA also objects to this request on the grounds that it seeks confidential,

20  proprietary or commercially sensitive information, the disclosure of which would be

21  inimical to the business interests of MGA.  MGA also objects to this request to the extent

22  it calls for the disclosure of attorney-client privileged information or information

23  protected from disclosure by the work-product doctrine, joint defense or common interest

24  privilege, or other privilege.  MGA also objects to this request to the extent it seeks

25  information the disclosure of which would implicate the rights of third parties to protect

26  private, confidential, or trade secret information.  MGA also objects to this

27  request to the extent that it seeks documents not in MGA's possession, custody or control.

28     Subject to the foregoing, MGA will produce non-privileged documents sufficient

7

MGA'S  SUPPLEMENTAL RESPONSE TO
1ST SET OF REQUEST FOR PRODUCTION
OF DOCUMENTS

EXHIBIT _13_ PAGE _441_

1   to make the requested showing that are in its possession, custody or control, if any, which

2   it is able to locate following a reasonably diligent search.

3   **REQUEST FOR PRODUCTION NO. 6:**

4       DOCUMENTS sufficient to show YOUR cost of goods sold, unit cost and other

5   costs for each BRATZ DOLL sold by YOU or YOUR licensees.

6   **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 6:**

7       MGA incorporates by reference the above-stated general objections as if fully set

8   forth herein.  MGA also specifically objects to this request to the extent that it seeks

9   information not relevant to the subject matter of this lawsuit or reasonably calculated to

10   lead to the discovery of admissible evidence.  MGA also objects to this request on the

11   grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents

12   showing MGA's cost of goods sold, unit cost, and all other costs for all Bratz dolls sold

13   by MGA or its licensees.  MGA also objects to this request on the grounds that it seeks

14   confidential, proprietary or commercially sensitive information, the disclosure of which

15   would be inimical to the business interests of MGA.  MGA also objects to this request to

16   the extent it calls for the disclosure of attorney-client privileged information or

17   information protected from disclosure by the work-product doctrine, joint defense or

18   common interest privilege, or other privilege.  MGA also objects to this request to the

19   extent it seeks information the disclosure of which would implicate the rights of third

20   parties to protect private, confidential, proprietary or trade secret information.  MGA also

21   objects to this request on the grounds that it is vague and ambiguous in that MGA cannot

22   determine what is meant by "other costs."  MGA also objects to this request to the extent

23   that it seeks documents not in MGA's possession, custody or control.

24       Subject to the foregoing, MGA will produce non-privileged documents sufficient

25   to make the requested showing that are in its possession, custody or control, if any, which

26   it is able to locate following a reasonably diligent search.

27   **REQUEST FOR PRODUCTION NO. 7:**

28       All DOCUMENTS that evidence, reflect, or REFER OR RELATE TO YOUR

8

MGA'S  SUPPLEMENTAL RESPONSE TO
1ST SET OF REQUEST FOR PRODUCTION
OF DOCUMENTS

EXHIBIT _13_ PAGE _442_

1  profits from the sale of each BRATZ DOLL sold by YOU or YOUR licensees.

2  **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 7:**

3        MGA incorporates by reference the above-stated general objections as if fully set

4  forth herein.  MGA also specifically objects to this request to the extent that it seeks

5  information not relevant to the subject matter of this lawsuit or reasonably calculated to

6  lead to the discovery of admissible evidence.  MGA also objects to this request on the

7  grounds that it is overbroad, unduly burdensome, and oppressive in seeking all documents

8  that evidence, reflect or refer or relate to MGA's profits from the sale of all Bratz dolls by

9  MGA or its licensees.  MGA also objects to this request on the grounds that it seeks

10  confidential, proprietary or commercially sensitive information, the disclosure of which

11  would be inimical to the business interests of MGA.  MGA also objects to this request to

12  the extent it calls for the disclosure of attorney-client privileged information or

13  information protected from disclosure by the work-product doctrine, joint defense or

14  common interest privilege, or other privilege.  MGA also objects to this request to the

15  extent it seeks information the disclosure of which would implicate the rights of third

16  parties to protect private, confidential, proprietary or trade secret information.  MGA also

17  objects to this request to the extent that it seeks documents not in MGA's possession,

18  custody or control.

19        Subject to the foregoing, MGA will produce documents that state MGA's profits

20  from the sale of each Bratz doll sold by MGA or its licensees in its possession, custody or

21  control that it discovers in the course of its reasonable search and diligent inquiry and to

22  which no privilege, protection or other objection applies, including without limitation, the

23  attorney-client privilege or attorney work product doctrine.

24  **REQUEST FOR PRODUCTION NO. 8:**

25        For each customer to whom YOU or YOUR licensees have ever sold any BRATZ

26  DOLL, DOCUMENTS sufficient to show the number of units of each such BRATZ

27  DOLL sold by YOU or YOUR licensees to that customer.

28

9

MGA'S  SUPPLEMENTAL RESPONSE TO
1ST SET OF REQUEST FOR PRODUCTION
OF DOCUMENTS

EXHIBIT *13* PAGE *443*

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 8:**

MGA incorporates by reference the above-stated general objections as if fully set forth herein.  MGA also specifically objects to this request to the extent that it seeks information not relevant to the subject matter of this lawsuit or reasonably calculated to lead to the discovery of admissible evidence.  MGA also objects to this request on the grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents that show the number of units of all Bratz dolls sold by MGA or its licensees to every customer to whom MGA or its licensees have ever sold any Bratz dolls.  MGA also objects to this request on the grounds that it seeks confidential, proprietary or commercially sensitive information, the disclosure of which would be inimical to the business interests of MGA.  MGA also objects to this request to the extent it calls for the disclosure of attorney-client privileged information or information protected from disclosure by the work-product doctrine, joint defense or common interest privilege, or other privilege.  MGA also objects to this request to the extent it seeks information the disclosure of which would implicate the rights of third parties to protect private, confidential, proprietary or trade secret information.  MGA also objects to this request to the extent that it seeks documents not in MGA's possession, custody or control.

Subject to the foregoing, MGA will produce non-privileged documents sufficient to make the requested showing that are in its possession, custody or control, if any, which it is able to locate following a reasonably diligent search.

**REQUEST FOR PRODUCTION NO. 9:**

For each customer to whom YOU or YOUR licensees have ever sold any BRATZ DOLL, documents sufficient to show the revenue received by YOU from each such BRATZ DOLL sold by YOU or YOUR licensees to that customer.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 9:**

MGA incorporates by reference the above-stated general objections as if fully set forth herein.  MGA also specifically objects to this request to the extent that it seeks information not relevant to the subject matter of this lawsuit or reasonably calculated to

10

MGA'S  SUPPLEMENTAL RESPONSE TO
1ST SET OF REQUEST FOR PRODUCTION
OF DOCUMENTS

EXHIBIT 13 PAGE 444

1  lead to the discovery of admissible evidence.  MGA also objects to this request on the
2  grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents
3  that show the revenue received by MGA from the sale of all Bratz dolls to every customer
4  to whom MGA or its licenses have ever sold any Bratz dolls.  MGA also objects to this
5  request on the grounds that it seeks confidential, proprietary or commercially sensitive
6  information, the disclosure of which would be inimical to the business interests of MGA.
7  MGA also objects to this request to the extent it calls for the disclosure of attorney-client
8  privileged information or information protected from disclosure by the work-product
9  doctrine, joint defense or common interest privilege, or other privilege.  MGA also objects
10 to this request to the extent it seeks information the disclosure of which would implicate
11 the rights of third parties to protect private, confidential, proprietary or trade secret
12 information.  MGA also objects to this request to the extent that it seeks documents not in
13 MGA's possession, custody or control.
14       Subject to the foregoing, MGA will produce non-privileged documents sufficient
15 to make the requested showing that are in its possession, custody or control, if any, which
16 it is able to locate following a reasonably diligent search.
17 **REQUEST FOR PRODUCTION NO. 10:**
18       For each customer to whom YOU or YOUR licensees have ever sold any BRATZ
19 DOLL, documents sufficient to show YOUR profits from each such BRATZ DOLL sold
20 by YOU or YOUR licensees to that customer.
21 **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 10:**
22       MGA incorporates by reference the above-stated general objections as if fully set
23 forth herein.  MGA also specifically objects to this request to the extent that it seeks
24 information not relevant to the subject matter of this lawsuit or reasonably calculated to
25 lead to the discovery of admissible evidence.  MGA also objects to this request on the
26 grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents
27 that show MGA's profits from the sale of all Bratz dolls to every customer to whom MGA
28 or its licenses have ever sold any Bratz dolls.  MGA also objects to this request on the

11            MGA'S  SUPPLEMENTAL RESPONSE TO
            1ST SET OF REQUEST FOR PRODUCTION
                        OF DOCUMENTS

EXHIBIT 13 PAGE 445

1   grounds that it seeks confidential, proprietary or commercially sensitive information, the

2   disclosure of which would be inimical to the business interests of MGA.  MGA also

3   objects to this request to the extent it calls for the disclosure of attorney-client privileged

4   information or information protected from disclosure by the work-product doctrine, joint

5   defense or common interest privilege, or other privilege.  MGA also objects to this request

6   to the extent it seeks information the disclosure of which would implicate the rights of

7   third parties to protect private, confidential, proprietary or trade secret information.  MGA

8   also objects to this request to the extent that it seeks documents not in MGA's possession,

9   custody or control.

10         Subject to the foregoing, MGA will produce non-privileged documents sufficient

11   to make the requested showing that are in its possession, custody or control, if any, which

12   it is able to locate following a reasonably diligent search.

13   **REQUEST FOR PRODUCTION NO. 11:**

14         DOCUMENTS sufficient to show customer returns to YOU of BRATZ DOLLS

15   sold or distrubted by YOU or YOUR licensees.

16   **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 11:**

17         MGA incorporates by reference the above-stated general objections as if fully set

18   forth herein.  MGA also specifically objects to this request to the extent that it seeks

19   information not relevant to the subject matter of this lawsuit or reasonably calculated to

20   lead to the discovery of admissible evidence.  MGA also objects to this request on the

21   grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents

22   that show customer returns to MGA of Bratz dolls sold or distributed by MGA or its

23   licensees.  MGA also objects to this request on the grounds that it seeks confidential,

24   proprietary or commercially sensitive information, the disclosure of which would be

25   inimical to the business interests of MGA.  MGA also objects to this request to the extent

26   it calls for the disclosure of attorney-client privileged information or information

27   protected from disclosure by the work-product doctrine, joint defense or common interest

28   privilege, or other privilege.  MGA also objects to this request to the extent it seeks

12         MGA'S  SUPPLEMENTAL RESPONSE TO
           1ST SET OF REQUEST FOR PRODUCTION
           OF DOCUMENTS

EXHIBIT 13 PAGE 446

1   information the disclosure of which would implicate the rights of third parties to protect

2   private, confidential, proprietary or trade secret information. MGA also objects to this

3   request to the extent that it seeks documents not in MGA's possession, custody or control.

4         Subject to the foregoing, MGA will produce non-privileged documents sufficient

5   to make the requested showing that are in its possession, custody or control, if any, which

6   it is able to locate following a reasonably diligent search.

7   **REQUEST FOR PRODUCTION NO. 12:**

8         DOCUMENTS sufficient to show customer rebates or credits given by YOU or

9   YOUR licensees to customers in connection with BRATZ DOLLS.

10  **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 12:**

11        MGA incorporates by reference the above-stated general objections as if fully set

12  forth herein. MGA also specifically objects to this request to the extent that it seeks

13  information not relevant to the subject matter of this lawsuit or reasonably calculated to

14  lead to the discovery of admissible evidence. MGA also objects to this request on the

15  grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents

16  that show customer rebates or credits given by MGA or its licensees to customers in

17  connection with Bratz dolls. MGA also objects to this request on the grounds that it seeks

18  confidential, proprietary or commercially sensitive information, the disclosure of which

19  would be inimical to the business interests of MGA. MGA also objects to this request to

20  the extent it calls for the disclosure of attorney-client privileged information or

21  information protected from disclosure by the work-product doctrine, joint defense or

22  common interest privilege, or other privilege. MGA also objects to this request to the

23  extent it seeks information the disclosure of which would implicate the rights of third

24  parties to protect private, confidential, proprietary or trade secret information. MGA also

25  objects to this request to the extent that it seeks documents not in MGA's possession,

26  custody or control.

27        Subject to the foregoing, MGA will produce non-privileged documents sufficient

28  to make the requested showing that are in its possession, custody or control, if any, which

13   MGA'S SUPPLEMENTAL RESPONSE TO
1ST SET OF REQUEST FOR PRODUCTION
OF DOCUMENTS

EXHIBIT *13* PAGE *447*


1    it is able to locate following a reasonably diligent search.

2    **REQUEST FOR PRODUCTION NO. 13:**

3        DOCUMENTS sufficient to show, by product number or SKU, the number of units

4    of each BRATZ DOLL sold by YOU or YOUR licensees.

5    **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 13:**

6        MGA incorporates by reference the above-stated general objections as if fully set

7    forth herein.  MGA also specifically objects to this request to the extent that it seeks

8    information not relevant to the subject matter of this lawsuit or reasonably calculated to

9    lead to the discovery of admissible evidence.  MGA also objects to this request on the

10   grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents

11   that show, by product number or SKU, all units of Bratz dolls sold by MGA or its

12   licensees.  MGA also objects to this request on the grounds that it seeks confidential,

13   proprietary or commercially sensitive information, the disclosure of which would be

14   inimical to the business interests of MGA.  MGA also objects to this request to the extent

15   it calls for the disclosure of attorney-client privileged information or information

16   protected from disclosure by the work-product doctrine, joint defense or common interest

17   privilege, or other privilege.  MGA also objects to this request to the extent it seeks

18   information the disclosure of which would implicate the rights of third parties to protect

19   private, confidential, proprietary or trade secret information.  MGA also objects to this

20   request to the extent that it seeks documents not in MGA's possession, custody or control.

21       Subject to the foregoing, MGA will produce non-privileged documents sufficient

22   to make the requested showing that are in its possession, custody or control, if any, which

23   it is able to locate following a reasonably diligent search.

24   **REQUEST FOR PRODUCTION NO. 14:**

25       DOCUMENTS sufficient to show, by product number or SKU, the revenue

26   received by YOU from the sale of each BRATZ DOLL sold by YOU or YOUR licensees.

27   **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 14:**

28       MGA incorporates by reference the above-stated general objections as if fully set

14

MGA'S  SUPPLEMENTAL RESPONSE TO
1ST SET OF REQUEST FOR PRODUCTION
OF DOCUMENTS

EXHIBIT 13 PAGE 448

1  forth herein.  MGA also specifically objects to this request to the extent that it seeks

2  information not relevant to the subject matter of this lawsuit or reasonably calculated to

3  lead to the discovery of admissible evidence.  MGA also objects to this request on the

4  grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents

5  that show, by product number or SKU, the revenue received by MGA from the sale of all

6  Bratz dolls sold by MGA or its licensees.  MGA also objects to this request on the

7  grounds that it seeks confidential, proprietary or commercially sensitive information, the

8  disclosure of which would be inimical to the business interests of MGA.  MGA also

9  objects to this request to the extent it calls for the disclosure of attorney-client privileged

10  information or information protected from disclosure by the work-product doctrine, joint

11  defense or common interest privilege, or other privilege.  MGA also objects to this request

12  to the extent it seeks information the disclosure of which would implicate the rights of

13  third parties to protect private, confidential, proprietary or trade secret information.  MGA

14  also objects to this request to the extent that it seeks documents not in MGA's possession,

15  custody or control.

16      Subject to the foregoing, MGA will produce non-privileged documents sufficient

17  to make the requested showing that are in its possession, custody or control, if any, which

18  it is able to locate following a reasonably diligent search.

19  **REQUEST FOR PRODUCTION NO. 15:**

20      DOCUMENTS sufficient to show, by product number or SKU, YOUR cost of

21  goods sold, unit cost and other costs for each BRATZ DOLL sold by YOU or YOUR

22  licensees.

23  **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 15:**

24      MGA incorporates by reference the above-stated general objections as if fully set

25  forth herein.  MGA also specifically objects to this request to the extent that it seeks

26  information not relevant to the subject matter of this lawsuit or reasonably calculated to

27  lead to the discovery of admissible evidence.  MGA also objects to this request on the

28  grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents

15

MGA'S  SUPPLEMENTAL RESPONSE TO
1ST SET OF REQUEST FOR PRODUCTION
OF DOCUMENTS

EXHIBIT 13  PAGE 449

1   that show, by product number or SKU, MGA's cost of goods sold, unit cost, and other

2   costs for all Bratz dolls sold by MGA or its licensees.  MGA also objects to this request

3   on the grounds that it seeks confidential, proprietary or commercially sensitive

4   information, the disclosure of which would be inimical to the business interests of MGA.

5   MGA also objects to this request to the extent it calls for the disclosure of attorney-client

6   privileged information or information protected from disclosure by the work-product

7   doctrine, joint defense or common interest privilege, or other privilege.  MGA also objects

8   to this request to the extent it seeks information the disclosure of which would implicate

9   the rights of third parties to protect private, confidential, proprietary or trade secret

10  information.  MGA also objects to this request on the grounds that it is vague and

11  ambiguous in that MGA cannot determine what is meant by "other costs."  MGA also

12  objects to this request to the extent that it seeks documents not in MGA's possession,

13  custody or control.

14          Subject to the foregoing, MGA will produce non-privileged documents sufficient

15  to make the requested showing that are in its possession, custody or control, if any, which

16  it is able to locate following a reasonably diligent search.

17  **REQUEST FOR PRODUCTION NO. 16:**

18          All DOCUMENTS that evidence, reflect, or REFER OR RELATE TO YOUR

19  profits, by product number or SKU, from the sale of each BRATZ DOLL sold by YOU or

20  YOUR licensees.

21  **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 16:**

22          MGA incorporates by reference the above-stated general objections as if fully set

23  forth herein.  MGA also specifically objects to this request to the extent that it seeks

24  information not relevant to the subject matter of this lawsuit or reasonably calculated to

25  lead to the discovery of admissible evidence.  MGA also objects to this request on the

26  grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents

27  that evidence, reflect or refer or relate, by product number or SKU, MGA's profits from

28  the sale of all Bratz dolls sold by MGA or its licensees.  MGA also objects to this request

16                          MGA'S  SUPPLEMENTAL RESPONSE TO
                            1ST SET OF REQUEST FOR PRODUCTION
                            OF DOCUMENTS

EXHIBIT 13 PAGE 450

1   on the grounds that it seeks confidential, proprietary or commercially sensitive

2   information, the disclosure of which would be inimical to the business interests of MGA.

3   MGA also objects to this request to the extent it calls for the disclosure of attorney-client

4   privileged information or information protected from disclosure by the work-product

5   doctrine, joint defense or common interest privilege, or other privilege. MGA also objects

6   to this request to the extent it seeks information the disclosure of which would implicate

7   the rights of third parties to protect private, confidential, proprietary or trade secret

8   information. MGA also objects to this request to the extent that it seeks documents not in

9   MGA's possession, custody or control.

10       Subject to the foregoing, MGA will produce documents that state MGA's profits

11   by product number or SKU from the sale of each Bratz doll sold by MGA or its licensees

12   in its possession, custody or control that it discovers in the course of its reasonable search

13   and diligent inquiry and to which no privilege, protection or other objection applies,

14   including without limitation, the attorney-client privilege or attorney work product

15   doctrine.

16   **REQUEST FOR PRODUCTION NO. 17:**

17       For each customer to whom YOU or YOUR licensees have ever sold any BRATZ

18   DOLL, DOCUMENTS sufficient to show, by product number or SKU, the number of

19   units of each such BRATZ DOLL sold by YOU or YOUR licensees to that customer.

20   **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 17:**

21       MGA incorporates by reference the above-stated general objections as if fully set

22   forth herein. MGA also specifically objects to this request to the extent that it seeks

23   information not relevant to the subject matter of this lawsuit or reasonably calculated to

24   lead to the discovery of admissible evidence. MGA also objects to this request on the

25   grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents

26   that show, by product number or SKU, the number of units of all Bratz dolls sold to all

27   customers by MGA or its licensees. MGA also objects to this request on the grounds that

28   it seeks confidential, proprietary or commercially sensitive information, the disclosure of

17

MGA'S SUPPLEMENTAL RESPONSE TO
1ST SET OF REQUEST FOR PRODUCTION
OF DOCUMENTS

EXHIBIT 13 PAGE 451

1   which would be inimical to the business interests of MGA. MGA also objects to this

2   request to the extent it calls for the disclosure of attorney-client privileged information or

3   information protected from disclosure by the work-product doctrine, joint defense or

4   common interest privilege, or other privilege. MGA also objects to this request to the

5   extent it seeks information the disclosure of which would implicate the rights of third

6   parties to protect private, confidential, proprietary or trade secret information. MGA also

7   objects to this request to the extent that it seeks documents not in MGA's possession,

8   custody or control.

9         Subject to the foregoing, MGA will produce non-privileged documents sufficient

10   to make the requested showing that are in its possession, custody or control, if any, which

11   it is able to locate following a reasonably diligent search.

12   **REQUEST FOR PRODUCTION NO. 18:**

13         For each customer to whom YOU or YOUR licensees have ever sold any BRATZ

14   DOLL, DOCUMENTS sufficient to show, by product number or SKU, the revenue

15   received by YOU from each such BRATZ DOLL sold by YOU or YOUR licensees to that

16   customer.

17   **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 18:**

18         MGA incorporates by reference the above-stated general objections as if fully set

19   forth herein. MGA also specifically objects to this request to the extent that it seeks

20   information not relevant to the subject matter of this lawsuit or reasonably calculated to

21   lead to the discovery of admissible evidence. MGA also objects to this request on the

22   grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents

23   that show, by product number or SKU, the revenue received by MGA from the sale of all

24   Bratz dolls sold to all customers by MGA or its licensees. MGA also objects to this

25   request on the grounds that it seeks confidential, proprietary or commercially sensitive

26   information, the disclosure of which would be inimical to the business interests of MGA.

27   MGA also objects to this request to the extent it calls for the disclosure of attorney-client

28   privileged information or information protected from disclosure by the work-product

18                    MGA'S SUPPLEMENTAL RESPONSE TO
                      1ST SET OF REQUEST FOR PRODUCTION
                      OF DOCUMENTS

EXHIBIT 13 PAGE 452

1    doctrine, joint defense or common interest privilege, or other privilege.  MGA also objects

2    to this request to the extent it seeks information the disclosure of which would implicate

3    the rights of third parties to protect private, confidential, proprietary or trade secret

4    information.  MGA also objects to this request to the extent that it seeks documents not in

5    MGA's possession, custody or control.

6         Subject to the foregoing, MGA will produce non-privileged documents sufficient

7    to make the requested showing that are in its possession, custody or control, if any, which

8    it is able to locate following a reasonably diligent search.

9    **REQUEST FOR PRODUCTION NO. 19:**

10        For each customer to whom YOU or YOUR licensees have ever sold any BRATZ

11   DOLL, DOCUMENTS sufficient to show, by product number or SKU, YOUR profits

12   from each such BRATZ DOLL sold by YOU or YOUR licensees to that customer.

13   **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 19:**

14        MGA incorporates by reference the above-stated general objections as if fully set

15   forth herein.  MGA also specifically objects to this request to the extent that it seeks

16   information not relevant to the subject matter of this lawsuit or reasonably calculated to

17   lead to the discovery of admissible evidence.  MGA also objects to this request on the

18   grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents

19   that show, by product number or SKU, MGA's profits from the sale of all Bratz dolls sold

20   to all customers by MGA or its licensees.  MGA also objects to this request on the

21   grounds that it seeks confidential, proprietary or commercially sensitive information, the

22   disclosure of which would be inimical to the business interests of MGA.  MGA also

23   objects to this request to the extent it calls for the disclosure of attorney-client privileged

24   information or information protected from disclosure by the work-product doctrine, joint

25   defense or common interest privilege, or other privilege.  MGA also objects to this request

26   to the extent it seeks information the disclosure of which would implicate the rights of

27   third parties to protect private, confidential, proprietary or trade secret information.  MGA

28   also objects to this request to the extent that it seeks documents not in MGA's possession,

MGA'S  SUPPLEMENTAL RESPONSE TO
1ST SET OF REQUEST FOR PRODUCTION
OF DOCUMENTS

EXHIBIT 13 PAGE 453

1   custody or control.

2       Subject to the foregoing, MGA will produce non-privileged documents sufficient

3   to make the requested showing that are in its possession, custody or control, if any, which

4   it is able to locate following a reasonably diligent search.

5   **REQUEST FOR PRODUCTION NO. 20:**

6       DOCUMENTS sufficient to show the revenue and profits derived by YOU from

7   the sale by YOU or YOUR licensees of BRATZ DOLLS including, without limitation,

8   DOCUMENTS sufficient to show sales revenues, costs of goods sold, variable costs,

9   gross margins, royalties paid and received, gross profits and nets profits.

10  **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 20:**

11      MGA incorporates by reference the above-stated general objections as if fully set

12  forth herein.  MGA also specifically objects to this request to the extent that it seeks

13  information not relevant to the subject matter of this lawsuit or reasonably calculated to

14  lead to the discovery of admissible evidence.  MGA also objects to this request on the

15  grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents

16  that show the revenues and profits derived by MGA from the sale of all Bratz dolls by

17  MGA or its licensees.  MGA also objects to this request on the grounds that it seeks

18  confidential, proprietary or commercially sensitive information, the disclosure of which

19  would be inimical to the business interests of MGA.  MGA also objects to this request to

20  the extent it calls for the disclosure of attorney-client privileged information or

21  information protected from disclosure by the work-product doctrine, joint defense or

22  common interest privilege, or other privilege.  MGA also objects to this request to the

23  extent it seeks information the disclosure of which would implicate the rights of third

24  parties to protect private, confidential, proprietary or trade secret information.  MGA also

25  objects to this request to the extent that it seeks documents not in MGA's possession,

26  custody or control.

27      Subject to the foregoing, MGA will produce non-privileged documents sufficient

28  to make the requested showing that are in its possession, custody or control, if any, which

20                    MGA'S SUPPLEMENTAL RESPONSE TO
                      1ST SET OF REQUEST FOR PRODUCTION
                      OF DOCUMENTS

EXHIBIT 13 PAGE 454

1   it is able to locate following a reasonably diligent search.

2   **REQUEST FOR PRODUCTION NO. 21:**

3      DOCUMENTS sufficient to show the number of units of each BRATZ PRODUCT

4   sold by YOU or YOUR licensees.

5   **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 21:**

6      MGA incorporates by reference the above-stated general objections as if fully set

7   forth herein. MGA also specifically objects to this request to the extent that it seeks

8   information not relevant to the subject matter of this lawsuit or reasonably calculated to

9   lead to the discovery of admissible evidence. MGA also objects to this request on the

10   grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents

11   that show, by product number or SKU, the revenue received by MGA from the sale of all

12   Bratz products sold to all customers by MGA or its licensees. MGA also objects to this

13   request on the grounds that it seeks confidential, proprietary or commercially sensitive

14   information, the disclosure of which would be inimical to the business interests of MGA.

15   MGA also objects to this request to the extent it calls for the disclosure of attorney-client

16   privileged information or information protected from disclosure by the work-product

17   doctrine, joint defense or common interest privilege, or other privilege. MGA also objects

18   to this request to the extent it seeks information the disclosure of which would implicate

19   the rights of third parties to protect private, confidential, proprietary or trade secret

20   information. MGA also objects to this request to the extent that it seeks documents not in

21   MGA's possession, custody or control.

22      Subject to the foregoing, MGA will produce non-privileged documents sufficient

23   to make the requested showing that are in its possession, custody or control, if any, which

24   it is able to locate following a reasonably diligent search.

25   **REQUEST FOR PRODUCTION NO. 22:**

26      DOCUMENTS sufficient to show the revenue received by YOU from the sale of

27   each BRATZ PRODUCT sold by YOU or YOUR licensees.

28

21   MGA'S SUPPLEMENTAL RESPONSE TO 1ST SET OF REQUEST FOR PRODUCTION OF DOCUMENTS

EXHIBIT *13* PAGE *455*

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 22:**

MGA incorporates by reference the above-stated general objections as if fully set forth herein. MGA also specifically objects to this request to the extent that it seeks information not relevant to the subject matter of this lawsuit or reasonably calculated to lead to the discovery of admissible evidence. MGA also objects to this request on the grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents that show the revenue received by MGA from the sale of all Bratz products by MGA or its licensees. MGA also objects to this request on the grounds that it seeks confidential, proprietary or commercially sensitive information, the disclosure of which would be inimical to the business interests of MGA. MGA also objects to this request to the extent it calls for the disclosure of attorney-client privileged information or information protected from disclosure by the work-product doctrine, joint defense or common interest privilege, or other privilege. MGA also objects to this request to the extent it seeks information the disclosure of which would implicate the rights of third parties to protect private, confidential, proprietary or trade secret information. MGA also objects to this request to the extent that it seeks documents not in MGA's possession, custody or control.

Subject to the foregoing, MGA will produce non-privileged documents sufficient to make the requested showing that are in its possession, custody or control, if any, which it is able to locate following a reasonably diligent search.

**REQUEST FOR PRODUCTION NO. 23:**

DOCUMENTS sufficient to show YOUR cost of goods sold, unit cost and other costs for each BRATZ PRODUCT sold by YOU or YOUR licensees.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 23:**

MGA incorporates by reference the above-stated general objections as if fully set forth herein. MGA also specifically objects to this request to the extent that it seeks information not relevant to the subject matter of this lawsuit or reasonably calculated to lead to the discovery of admissible evidence. MGA also objects to this request on the grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents

MGA'S SUPPLEMENTAL RESPONSE TO
1ST SET OF REQUEST FOR PRODUCTION
OF DOCUMENTS

EXHIBIT _13_ PAGE _454_

1  that show MGA's cost of goods sold, unit cost, and other costs for all Bratz products sold

2  by MGA or its licensees. MGA also objects to this request on the grounds that it seeks

3  confidential, proprietary or commercially sensitive information, the disclosure of which

4  would be inimical to the business interests of MGA. MGA also objects to this request to

5  the extent it calls for the disclosure of attorney-client privileged information or

6  information protected from disclosure by the work-product doctrine, joint defense or

7  common interest privilege, or other privilege. MGA also objects to this request to the

8  extent it seeks information the disclosure of which would implicate the rights of third

9  parties to protect private, confidential, proprietary or trade secret information. MGA also

10  objects to this request on the grounds that it is vague and ambiguous in that MGA cannot

11  determine what is meant by "other costs." MGA also objects to this request to the extent

12  that it seeks documents not in MGA's possession, custody or control.

13       Subject to the foregoing, MGA will produce non-privileged documents sufficient

14  to make the requested showing that are in its possession, custody or control, if any, which

15  it is able to locate following a reasonably diligent search.

16  **REQUEST FOR PRODUCTION NO. 24:**

17       All DOCUMENTS that evidence, reflect or REFER OR RELATE TO YOUR

18  profits from the sale of each BRATZ PRODUCT sold by YOU or YOUR licensees.

19  **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 24:**

20       MGA incorporates by reference the above-stated general objections as if fully set

21  forth herein. MGA also specifically objects to this request to the extent that it seeks

22  information not relevant to the subject matter of this lawsuit or reasonably calculated to

23  lead to the discovery of admissible evidence. MGA also objects to this request on the

24  grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents

25  that evidence, reflect, or refer or relate to MGA's profits from the sale of all Bratz

26  products sold by MGA or its licensees. MGA also objects to this request on the grounds

27  that it seeks confidential, proprietary or commercially sensitive information, the disclosure

28  of which would be inimical to the business interests of MGA. MGA also objects to this

MGA'S SUPPLEMENTAL RESPONSE TO
1ST SET OF REQUEST FOR PRODUCTION
OF DOCUMENTS

EXHIBIT _13_ PAGE _457_

1  request to the extent it calls for the disclosure of attorney-client privileged information or
2  information protected from disclosure by the work-product doctrine, joint defense or
3  common interest privilege, or other privilege.  MGA also objects to this request to the
4  extent it seeks information the disclosure of which would implicate the rights of third
5  parties to protect private, confidential, proprietary or trade secret information.  MGA also
6  objects to this request to the extent that it seeks documents not in MGA's possession,
7  custody or control.

8      Subject to the foregoing, MGA will produce documents that state MGA's profits
9  from the sale of each Bratz product sold by MGA or its licensees in its possession,
10  custody or control that it discovers in the course of its reasonable search and diligent
11  inquiry and to which no privilege, protection or other objection applies, including without
12  limitation, the attorney-client privilege or attorney work product doctrine.

13  **REQUEST FOR PRODUCTION NO. 25:**

14      DOCUMENTS sufficient to IDENTIFY all customers to whom YOU or YOUR
15  licensees have ever sold any BRATZ PRODUCT.

16  **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 25:**

17      MGA incorporates by reference the above-stated general objections as if fully set
18  forth herein.  MGA also specifically objects to this request to the extent that it seeks
19  information not relevant to the subject matter of this lawsuit or reasonably calculated to
20  lead to the discovery of admissible evidence.  MGA also objects to this request on the
21  grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents
22  that identify all customers to whom MGA or its licensees has ever sold any Bratz product.
23  MGA also objects to this request on the grounds that it seeks confidential, proprietary or
24  commercially sensitive information, the disclosure of which would be inimical to the
25  business interests of MGA.  MGA also objects to this request to the extent it calls for the
26  disclosure of attorney-client privileged information or information protected from
27  disclosure by the work-product doctrine, joint defense or common interest privilege, or
28  other privilege.  MGA also objects to this request to the extent it seeks information the

24    MGA'S  SUPPLEMENTAL RESPONSE TO
1ST SET OF REQUEST FOR PRODUCTION
OF DOCUMENTS

EXHIBIT _13_ PAGE_458_

1   disclosure of which would implicate the rights of third parties to protect private,

2   confidential, proprietary or trade secret information.  MGA also objects to this request to

3   the extent that it seeks documents not in MGA's possession, custody or control.

4       Subject to the foregoing, MGA will produce non-privileged documents sufficient

5   to make the requested showing that are in its possession, custody or control, if any, which

6   it is able to locate following a reasonably diligent search.

7   **REQUEST FOR PRODUCTION NO. 26:**

8       For each customer to whom YOU or YOUR licensees have ever sold any BRATZ

9   PRODUCT, DOCUMENTS sufficient to show the number of units of each such BRATZ

10  PRODUCT sold by YOU or YOUR licensees to that customer.

11  **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 26:**

12      MGA incorporates by reference the above-stated general objections as if fully set

13  forth herein.  MGA also specifically objects to this request to the extent that it seeks

14  information not relevant to the subject matter of this lawsuit or reasonably calculated to

15  lead to the discovery of admissible evidence.  MGA also objects to this request on the

16  grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents

17  that show the number of units of all Bratz products sold to all customers by MGA or its

18  licensees.  MGA also objects to this request on the grounds that it seeks confidential,

19  proprietary or commercially sensitive information, the disclosure of which would be

20  inimical to the business interests of MGA.  MGA also objects to this request to the extent

21  it calls for the disclosure of attorney-client privileged information or information

22  protected from disclosure by the work-product doctrine, joint defense or common interest

23  privilege, or other privilege.  MGA also objects to this request to the extent it seeks

24  information the disclosure of which would implicate the rights of third parties to protect

25  private, confidential, proprietary or trade secret information.  MGA also objects to this

26  request to the extent that it seeks documents not in MGA's possession, custody or control.

27      Subject to the foregoing, MGA will produce responsive and non-privileged

28  documents in its possession, custody or control, if any, that it is able to locate following a

25       MGA'S  SUPPLEMENTAL RESPONSE TO
         1ST SET OF REQUEST FOR PRODUCTION
         OF DOCUMENTS

EXHIBIT *13* PAGE*454*

1     reasonably diligent search.

2     **REQUEST FOR PRODUCTION NO. 27:**

3        For each customer to whom YOU or YOUR licensees have ever sold any BRATZ

4     PRODUCT, documents sufficient to show the revenue received by YOU from each such

5     BRATZ PRODUCT sold by YOU or YOUR licensees to that customer.

6     **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 27:**

7        MGA incorporates by reference the above-stated general objections as if fully set

8     forth herein.  MGA also specifically objects to this request to the extent that it seeks

9     information not relevant to the subject matter of this lawsuit or reasonably calculated to

10    lead to the discovery of admissible evidence.  MGA also objects to this request on the

11    grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents

12    that show the revenue received by MGA from the sale of all Bratz products to all

13    customers by MGA or its licensees.  MGA also objects to this request on the grounds that

14    it seeks confidential, proprietary or commercially sensitive information, the disclosure of

15    which would be inimical to the business interests of MGA.  MGA also objects to this

16    request to the extent it calls for the disclosure of attorney-client privileged information or

17    information protected from disclosure by the work-product doctrine, joint defense or

18    common interest privilege, or other privilege.  MGA also objects to this request to the

19    extent it seeks information the disclosure of which would implicate the rights of third

20    parties to protect private, confidential, proprietary or trade secret information.  MGA also

21    objects to this request to the extent that it seeks documents not in MGA's possession,

22    custody or control.

23        Subject to the foregoing, MGA will produce non-privileged documents sufficient

24    to make the requested showing that are in its possession, custody or control, if any, which

25    it is able to locate following a reasonably diligent search.

26    **REQUEST FOR PRODUCTION NO. 28:**

27        For each customer to whom YOU or YOUR licensees have ever sold any BRATZ

28    PRODUCT, documents sufficient to show YOUR profits from each such BRATZ

26

MGA'S SUPPLEMENTAL RESPONSE TO
1ST SET OF REQUEST FOR PRODUCTION
OF DOCUMENTS

EXHIBIT 13 PAGE 460

1    PRODUCT sold by YOU or YOUR licensees to that customer.

2    **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 28:**

3         MGA incorporates by reference the above-stated general objections as if fully set

4    forth herein.  MGA also specifically objects to this request to the extent that it seeks

5    information not relevant to the subject matter of this lawsuit or reasonably calculated to

6    lead to the discovery of admissible evidence.  MGA also objects to this request on the

7    grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents

8    that show MGA's profits from the sale of all Bratz products to all customers by MGA or

9    its licensees.  MGA also objects to this request on the grounds that it seeks confidential,

10   proprietary or commercially sensitive information, the disclosure of which would be

11   inimical to the business interests of MGA.  MGA also objects to this request to the extent

12   it calls for the disclosure of attorney-client privileged information or information

13   protected from disclosure by the work-product doctrine, joint defense or common interest

14   privilege, or other privilege.  MGA also objects to this request to the extent it seeks

15   information the disclosure of which would implicate the rights of third parties to protect

16   private, confidential, proprietary or trade secret information.  MGA also objects to this

17   request to the extent that it seeks documents not in MGA's possession, custody or control.

18        Subject to the foregoing, MGA will produce non-privileged documents sufficient

19   to make the requested showing that are in its possession, custody or control, if any, which

20   it is able to locate following a reasonably diligent search.

21   **REQUEST FOR PRODUCTION NO. 29:**

22        DOCUMENTS sufficient to show customer returns to YOU of BRATZ

23   PRODUCTS sold or distributed by YOU or YOUR licensees.

24   **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 29:**

25        MGA incorporates by reference the above-stated general objections as if fully set

26   forth herein.  MGA also specifically objects to this request to the extent that it seeks

27   information not relevant to the subject matter of this lawsuit or reasonably calculated to

28   lead to the discovery of admissible evidence.  MGA also objects to this request on the

                                                      27          MGA'S  SUPPLEMENTAL RESPONSE TO
                                                                1ST SET OF REQUEST FOR PRODUCTION
                                                                            OF DOCUMENTS

EXHIBIT *13* PAGE *461*

1   grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents

2   that show customer returns to MGA of all Bratz products sold or distributed by MGA or

3   its licensees.  MGA also objects to this request on the grounds that it seeks confidential,

4   proprietary or commercially sensitive information, the disclosure of which would be

5   inimical to the business interests of MGA.  MGA also objects to this request to the extent

6   it calls for the disclosure of attorney-client privileged information or information

7   protected from disclosure by the work-product doctrine, joint defense or common interest

8   privilege, or other privilege.  MGA also objects to this request to the extent it seeks

9   information the disclosure of which would implicate the rights of third parties to protect

10  private, confidential, proprietary or trade secret information.  MGA also objects to this

11  request to the extent that it seeks documents not in MGA's possession, custody or control.

12      Subject to the foregoing, MGA will produce non-privileged documents sufficient

13  to make the requested showing that are in its possession, custody or control, if any, which

14  it is able to locate following a reasonably diligent search.

15  **REQUEST FOR PRODUCTION NO. 30:**

16      DOCUMENTS sufficient to show customer rebates and credits given by YOU or

17  YOUR licensees to customers in connection with BRATZ DOLLS.

18  **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 30:**

19      Request 30 appears on its face to request information identical to request 12.  If this

20  is an accurate interpretation of request 30, MGA objects that request 30 is duplicative of

21  request 12 and MGA also incorporates by reference its above-stated objections to request

22  12.  If request 30 inadvertently requests information related to Bratz dolls and was instead

23  intended to request information related to Bratz products, MGA has the following

24  objections:

25      MGA incorporates by reference the above-stated general objections as if fully set

26  forth herein.  MGA also specifically objects to this request to the extent that it seeks

27  information not relevant to the subject matter of this lawsuit or reasonably calculated to

28  lead to the discovery of admissible evidence.  MGA also objects to this request on the

28          MGA'S  SUPPLEMENTAL RESPONSE TO
            1ST SET OF REQUEST FOR PRODUCTION
            OF DOCUMENTS

EXHIBIT _13_ PAGE _462_

1   grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents

2   that show customer rebates and credits given by MGA or its licensees to all customers in

3   connection with Bratz products.  MGA also objects to this request on the grounds that it

4   seeks confidential, proprietary or commercially sensitive information, the disclosure of

5   which would be inimical to the business interests of MGA.  MGA also objects to this

6   request to the extent it calls for the disclosure of attorney-client privileged information or

7   information protected from disclosure by the work-product doctrine, joint defense or

8   common interest privilege, or other privilege.  MGA also objects to this request to the

9   extent it seeks information the disclosure of which would implicate the rights of third

10  parties to protect private, confidential, proprietary or trade secret information.  MGA also

11  objects to this request to the extent that it seeks documents not in MGA's possession,

12  custody or control.

13          Subject to the foregoing, MGA will produce non-privileged documents sufficient

14  to make the requested showing that are in its possession, custody or control, if any, which

15  it is able to locate following a reasonably diligent search.

16  **REQUEST FOR PRODUCTION NO. 31:**

17          DOCUMENTS sufficient to show, by product number of SKU, the number of units

18  of each BRATZ PRODUCT sold by YOU or YOUR licensees.

19  **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 31:**

20          MGA incorporates by reference the above-stated general objections as if fully set

21  forth herein.  MGA also specifically objects to this request to the extent that it seeks

22  information not relevant to the subject matter of this lawsuit or reasonably calculated to

23  lead to the discovery of admissible evidence.  MGA also objects to this request on the

24  grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents

25  that show, by product number or SKU, the number of units of all Bratz products sold by

26  MGA or its licensees.  MGA also objects to this request on the grounds that it seeks

27  confidential, proprietary or commercially sensitive information, the disclosure of which

28  would be inimical to the business interests of MGA.  MGA also objects to this request to

29          MGA'S SUPPLEMENTAL RESPONSE TO
            1ST SET OF REQUEST FOR PRODUCTION
            OF DOCUMENTS

EXHIBIT 13 PAGE 463

1   the extent it calls for the disclosure of attorney-client privileged information or

2   information protected from disclosure by the work-product doctrine, joint defense or

3   common interest privilege, or other privilege. MGA also objects to this request to the

4   extent it seeks information the disclosure of which would implicate the rights of third

5   parties to protect private, confidential, proprietary or trade secret information. MGA also

6   objects to this request to the extent that it seeks documents not in MGA's possession,

7   custody or control.

8       Subject to the foregoing, MGA will produce non-privileged documents sufficient

9   to make the requested showing that are in its possession, custody or control, if any, which

10  it is able to locate following a reasonably diligent search.

11  **REQUEST FOR PRODUCTION NO. 32:**

12      DOCUMENTS sufficient to show, by product or SKU, the revenue received by

13  YOU from the sale of each BRATZ PRODUCT sold by YOU or YOUR licensees.

14  **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 32:**

15      MGA incorporates by reference the above-stated general objections as if fully set

16  forth herein. MGA also specifically objects to this request to the extent that it seeks

17  information not relevant to the subject matter of this lawsuit or reasonably calculated to

18  lead to the discovery of admissible evidence. MGA also objects to this request on the

19  grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents

20  that show, by product number or SKU, the revenue received by MGA from the sale of all

21  Bratz products sold by MGA or its licensees. MGA also objects to this request on the

22  grounds that it seeks confidential, proprietary or commercially sensitive information, the

23  disclosure of which would be inimical to the business interests of MGA. MGA also

24  objects to this request to the extent it calls for the disclosure of attorney-client privileged

25  information or information protected from disclosure by the work-product doctrine, joint

26  defense or common interest privilege, or other privilege. MGA also objects to this request

27  to the extent it seeks information the disclosure of which would implicate the rights of

28  third parties to protect private, confidential, proprietary or trade secret information. MGA

30            MGA'S  SUPPLEMENTAL RESPONSE TO
              1ST SET OF REQUEST FOR PRODUCTION
              OF DOCUMENTS

EXHIBIT _13_ PAGE _464_

1   also objects to this request to the extent that it seeks documents not in MGA's possession,

2   custody or control.

3          Subject to the foregoing, MGA will produce non-privileged documents sufficient

4   to make the requested showing that are in its possession, custody or control, if any, which

5   it is able to locate following a reasonably diligent search.

6   **REQUEST FOR PRODUCTION NO. 33:**

7          DOCUMENTS sufficient to show, by product number or SKU, YOUR cost of

8   goods sold, unit cost and other costs for each BRATZ PRODUCT sold by YOU or YOUR

9   licensees.

10  **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 33:**

11         MGA incorporates by reference the above-stated general objections as if fully set

12  forth herein.  MGA also specifically objects to this request to the extent that it seeks

13  information not relevant to the subject matter of this lawsuit or reasonably calculated to

14  lead to the discovery of admissible evidence.  MGA also objects to this request on the

15  grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents

16  that show, by product number or SKU, MGA's cost of goods sold, unit cost and other

17  costs for all Bratz products sold by MGA or its licensees.  MGA also objects to this

18  request on the grounds that it seeks confidential, proprietary or commercially sensitive

19  information, the disclosure of which would be inimical to the business interests of MGA.

20  MGA also objects to this request to the extent it calls for the disclosure of attorney-client

21  privileged information or information protected from disclosure by the work-product

22  doctrine, joint defense or common interest privilege, or other privilege.  MGA also objects

23  to this request to the extent it seeks information the disclosure of which would implicate

24  the rights of third parties to protect private, confidential, proprietary or trade secret

25  information.  MGA also objects to this request on the grounds that it is vague and

26  ambiguous in that MGA cannot determine what is meant by "other costs."  MGA also

27  objects to this request to the extent that it seeks documents not in MGA's possession,

28  custody or control.

31          MGA'S  SUPPLEMENTAL RESPONSE TO
            1ST SET OF REQUEST FOR PRODUCTION
            OF DOCUMENTS

EXHIBIT 13 PAGE 465

1     Subject to the foregoing, MGA will produce non-privileged documents sufficient

2 to make the requested showing that are in its possession, custody or control, if any, which

3 it is able to locate following a reasonably diligent search.

4 **REQUEST FOR PRODUCTION NO. 34:**

5     All DOCUMENTS that evidence, reflect or REFER OR RELATE TO YOUR

6 profits, by product number or SKU, from the sale of each BRATZ PRODUCT sold by

7 YOU or YOUR licensees.

8 **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 34:**

9     MGA incorporates by reference the above-stated general objections as if fully set

10 forth herein. MGA also specifically objects to this request to the extent that it seeks

11 information not relevant to the subject matter of this lawsuit or reasonably calculated to

12 lead to the discovery of admissible evidence. MGA also objects to this request on the

13 grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents

14 that reflect or refer or relate, by product number or SKU, to MGA's profits from the sale

15 of all Bratz products by MGA or its licensees. MGA also objects to this request on the

16 grounds that it seeks confidential, proprietary or commercially sensitive information, the

17 disclosure of which would be inimical to the business interests of MGA. MGA also

18 objects to this request to the extent it calls for the disclosure of attorney-client privileged

19 information or information protected from disclosure by the work-product doctrine, joint

20 defense or common interest privilege, or other privilege. MGA also objects to this request

21 to the extent it seeks information the disclosure of which would implicate the rights of

22 third parties to protect private, confidential, proprietary or trade secret information. MGA

23 also objects to this request to the extent that it seeks documents not in MGA's possession,

24 custody or control.

25     Subject to the foregoing, MGA will produce documents that state MGA's profits

26 by product number or SKU from the sale of each Bratz product sold by MGA or its

27 licensees in its possession, custody or control that it discovers in the course of its

28 reasonable search and diligent inquiry and to which no privilege, protection or other

MGA'S  SUPPLEMENTAL RESPONSE TO
1ST SET OF REQUEST FOR PRODUCTION
OF DOCUMENTS

1  objection applies, including without limitation, the attorney-client privilege or attorney

2  work product doctrine.

3  **REQUEST FOR PRODUCTION NO. 35:**

4      For each customer to whom YOU or YOUR licensees have ever sold any BRATZ

5  PRODUCT, DOCUMENTS sufficient to show, by product number or SKU, the number

6  of units of each such BRATZ PRODUCT sold by YOU or YOUR licensees to that

7  customer.

8  **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 35:**

9      MGA incorporates by reference the above-stated general objections as if fully set

10  forth herein.  MGA also specifically objects to this request to the extent that it seeks

11  information not relevant to the subject matter of this lawsuit or reasonably calculated to

12  lead to the discovery of admissible evidence.  MGA also objects to this request on the

13  grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents

14  that show the number of units of all Bratz products sold by MGA or its licensees to every

15  customer to whom MGA or its licensees have ever sold any Bratz products.  MGA also

16  objects to this request on the grounds that it seeks confidential, proprietary or

17  commercially sensitive information, the disclosure of which would be inimical to the

18  business interests of MGA.  MGA also objects to this request to the extent it calls for the

19  disclosure of attorney-client privileged information or information protected from

20  disclosure by the work-product doctrine, joint defense or common interest privilege, or

21  other privilege.  MGA also objects to this request to the extent it seeks information the

22  disclosure of which would implicate the rights of third parties to protect private,

23  confidential, proprietary or trade secret information.  MGA also objects to this request to

24  the extent that it seeks documents not in MGA's possession, custody or control.

25      Subject to the foregoing, MGA will produce non-privileged documents sufficient

26  to make the requested showing that are in its possession, custody or control, if any, which

27  it is able to locate following a reasonably diligent search.

28

MGA'S  SUPPLEMENTAL RESPONSE TO
1ST SET OF REQUEST FOR PRODUCTION
OF DOCUMENTS

EXHIBIT _13_ PAGE _467_

1  **REQUEST FOR PRODUCTION NO. 36:**

2       For each customer to whom YOU or YOUR licensees have ever sold any BRATZ

3  PRODUCT, DOCUMENTS sufficient to show, by product number or SKU, the revenue

4  received by YOU from each such BRATZ PRODUCT sold by YOU or YOUR licensees

5  to that customer.

6  **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 36:**

7       MGA incorporates by reference the above-stated general objections as if fully set

8  forth herein.  MGA also specifically objects to this request to the extent that it seeks

9  information not relevant to the subject matter of this lawsuit or reasonably calculated to

10  lead to the discovery of admissible evidence.  MGA also objects to this request on the

11  grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents

12  that show the revenue received by MGA from all Bratz products sold by MGA or its

13  licensees to every customer to whom MGA or its licenses have ever sold any Bratz

14  products.  MGA also objects to this request on the grounds that it seeks confidential,

15  proprietary or commercially sensitive information, the disclosure of which would be

16  inimical to the business interests of MGA.  MGA also objects to this request to the extent

17  it calls for the disclosure of attorney-client privileged information or information

18  protected from disclosure by the work-product doctrine, joint defense or common interest

19  privilege, or other privilege.  MGA also objects to this request to the extent it seeks

20  information the disclosure of which would implicate the rights of third parties to protect

21  private, confidential, proprietary or trade secret information.  MGA also objects to this

22  request to the extent that it seeks documents not in MGA's possession, custody or control.

23       Subject to the foregoing, MGA will produce non-privileged documents sufficient

24  to make the requested showing that are in its possession, custody or control, if any, which

25  it is able to locate following a reasonably diligent search.

26  **REQUEST FOR PRODUCTION NO. 37:**

27       DOCUMENTS sufficient to show the revenue and profits derived by YOU from

28  the sale by YOU or YOUR licensees of BRATZ PRODUCTS including, without

34          MGA'S  SUPPLEMENTAL RESPONSE TO
             1ST SET OF REQUEST FOR PRODUCTION
                              OF DOCUMENTS

EXHIBIT _13_ PAGE _468_

1  limitation, DOCUMENTS sufficient to show sales revenues, costs of goods sold, variable

2  costs, gross margins, royalties paid and received, gross profits and nets profits.

3  **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 37:**

4      MGA incorporates by reference the above-stated general objections as if fully set

5  forth herein.  MGA also specifically objects to this request to the extent that it seeks

6  information not relevant to the subject matter of this lawsuit or reasonably calculated to

7  lead to the discovery of admissible evidence.  MGA also objects to this request on the

8  grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents

9  that show the revenues and profits derived by MGA from the sale of all Bratz products by

10  MGA or its licensees.  MGA also objects to this request on the grounds that it seeks

11  confidential, proprietary or commercially sensitive information, the disclosure of which

12  would be inimical to the business interests of MGA.  MGA also objects to this request to

13  the extent it calls for the disclosure of attorney-client privileged information or

14  information protected from disclosure by the work-product doctrine, joint defense or

15  common interest privilege, or other privilege.  MGA also objects to this request to the

16  extent it seeks information the disclosure of which would implicate the rights of third

17  parties to protect private, confidential, proprietary or trade secret information.  MGA also

18  objects to this request to the extent that it seeks documents not in MGA's possession,

19  custody or control.

20      Subject to the foregoing, MGA will produce non-privileged documents sufficient

21  to make the requested showing that are in its possession, custody or control, if any, which

22  it is able to locate following a reasonably diligent search.

23  **REQUEST FOR PRODUCTION NO. 38:**

24      DOCUMENTS sufficient to show the revenue and profits derived by YOU from

25  BRATZ MOVIES including, without limitation, DOCUMENTS sufficient to show sales

26  revenue, costs of goods sold, variable costs, gross margins, royalties paid and received,

27  gross profits and nets profits.

28

35          MGA'S  SUPPLEMENTAL RESPONSE TO
            1ST SET OF REQUEST FOR PRODUCTION
                    OF DOCUMENTS

EXHIBIT *13* PAGE *469*

1 **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 38:**

2    MGA incorporates by reference the above-stated general objections as if fully set

3 forth herein. MGA also specifically objects to this request to the extent that it seeks

4 information not relevant to the subject matter of this lawsuit or reasonably calculated to

5 lead to the discovery of admissible evidence. MGA also objects to this request on the

6 grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents

7 that show the revenues and profits derived by MGA from Bratz movies. MGA also

8 objects to this request on the grounds that it seeks confidential, proprietary or

9 commercially sensitive information, the disclosure of which would be inimical to the

10 business interests of MGA. MGA also objects to this request to the extent it calls for the

11 disclosure of attorney-client privileged information or information protected from

12 disclosure by the work-product doctrine, joint defense or common interest privilege, or

13 other privilege. MGA also objects to this request to the extent it seeks information the

14 disclosure of which would implicate the rights of third parties to protect private,

15 confidential, proprietary or trade secret information. MGA also objects to this request to

16 the extent that it seeks documents not in MGA's possession, custody or control.

17    Subject to the foregoing, MGA will produce non-privileged documents sufficient

18 to make the requested showing that are in its possession, custody or control, if any, which

19 it is able to locate following a reasonably diligent search.

20 **REQUEST FOR PRODUCTION NO. 39:**

21    DOCUMENTS sufficient to show the revenue and profits derived by YOU from

22 BRATZ TELEVISION SHOWS including, without limitation, DOCUMENTS sufficient

23 to show sales revenue, costs of goods sold, variable costs, gross margins, royalties paid

24 and received, gross profits and nets profits.

25 **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 39:**

26    MGA incorporates by reference the above-stated general objections as if fully set

27 forth herein. MGA also specifically objects to this request to the extent that it seeks

28 information not relevant to the subject matter of this lawsuit or reasonably calculated to

36    MGA'S  SUPPLEMENTAL RESPONSE TO
1ST SET OF REQUEST FOR PRODUCTION
OF DOCUMENTS

EXHIBIT 13 PAGE 470

1   lead to the discovery of admissible evidence. MGA also objects to this request on the

2   grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents

3   that show the revenues and profits derived by MGA from Bratz television shows. MGA

4   also objects to this request on the grounds that it seeks confidential, proprietary or

5   commercially sensitive information, the disclosure of which would be inimical to the

6   business interests of MGA. MGA also objects to this request to the extent it calls for the

7   disclosure of attorney-client privileged information or information protected from

8   disclosure by the work-product doctrine, joint defense or common interest privilege, or

9   other privilege. MGA also objects to this request to the extent it seeks information the

10  disclosure of which would implicate the rights of third parties to protect private,

11  confidential, proprietary or trade secret information. MGA also objects to this request to

12  the extent that it seeks documents not in MGA's possession, custody or control.

13         Subject to the foregoing, MGA will produce non-privileged documents sufficient

14  to make the requested showing that are in its possession, custody or control, if any, which

15  it is able to locate following a reasonably diligent search.

16  **REQUEST FOR PRODUCTION NO. 40:**

17         All DOCUMENTS that describe YOUR cost allocation procedures.

18  **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 40:**

19         MGA incorporates by reference the above-stated general objections as if fully set

20  forth herein. MGA also specifically objects to this request to the extent that it seeks

21  information not relevant to the subject matter of this lawsuit or reasonably calculated to

22  lead to the discovery of admissible evidence. MGA also objects to this request on the

23  grounds that it is overbroad, unduly burdensome, and oppressive in seeking all documents

24  that describe MGA's cost allocation procedures. MGA also objects to this request on the

25  grounds that it seeks confidential, proprietary or commercially sensitive information, the

26  disclosure of which would be inimical to the business interests of MGA. MGA also

27  objects to this request to the extent it calls for the disclosure of attorney-client privileged

28  information or information protected from disclosure by the work-product doctrine, joint

37          MGA'S  SUPPLEMENTAL RESPONSE TO
                    1ST SET OF REQUEST FOR PRODUCTION
                    OF DOCUMENTS

EXHIBIT __13__ PAGE __471__

1  defense or common interest privilege, or other privilege.  MGA also objects to this request

2  to the extent it seeks information the disclosure of which would implicate the rights of

3  third parties to protect private, confidential, proprietary or trade secret information.  MGA

4  also objects to this request on the grounds that it is vague and ambiguous in that MGA

5  cannot determine what is meant by "cost allocation procedures."  MGA also objects to

6  this request to the extent that it seeks documents not in MGA's possession, custody or

7  control.

8      Subject to the foregoing, MGA will produce all responsive and non-privileged

9  documents in its possession, custody or control, if any, that it is able to locate following a

10  reasonably diligent search.

11  **REQUEST FOR PRODUCTION NO. 41:**

12      YOUR general ledgers from January 1, 1995 through the present.

13  **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 41:**

14      MGA incorporates by reference the above-stated general objections as if fully set

15  forth herein.  MGA also specifically objects to this request to the extent that it seeks

16  information not relevant to the subject matter of this lawsuit or reasonably calculated to

17  lead to the discovery of admissible evidence.  MGA also objects to this request on the

18  grounds that it is overbroad, unduly burdensome, and oppressive in seeking all of MGA's

19  general ledgers from January 1, 1995 through the present.  MGA also objects to this

20  request on the grounds that it seeks confidential, proprietary or commercially sensitive

21  information, the disclosure of which would be inimical to the business interests of MGA.

22  MGA also objects to this request to the extent it calls for the disclosure of attorney-client

23  privileged information or information protected from disclosure by the work-product

24  doctrine, joint defense or common interest privilege, or other privilege.  MGA also objects

25  to this request to the extent it seeks information the disclosure of which would implicate

26  the rights of third parties to protect private, confidential, proprietary or trade secret

27  information.  MGA also objects to this request to the extent that it seeks documents not in

28  MGA's possession, custody or control.

38          MGA'S  SUPPLEMENTAL RESPONSE TO
            1ST SET OF REQUEST FOR PRODUCTION
                    OF DOCUMENTS

EXHIBIT 13 PAGE 472

1   Subject to the foregoing, MGA will produce all non-privileged documents
2   constituting general ledgers from January 1, 1995 to the present in its possession, custody
3   or control that it is able to locate following a reasonably diligent search.
4   **REQUEST FOR PRODUCTION NO. 42:**
5   All sales, profit and cash flow projections or forecasts for BRATZ DOLLS,
6   BRATZ PRODUCTS, BRATZ MOVIES and BRATZ TELEVISION SHOWS.
7   **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 42:**
8   MGA incorporates by reference the above-stated general objections as if fully set
9   forth herein.  MGA also specifically objects to this request to the extent that it seeks
10  information not relevant to the subject matter of this lawsuit or reasonably calculated to
11  lead to the discovery of admissible evidence.  MGA also objects to this request on the
12  grounds that it is overbroad, unduly burdensome, and oppressive in seeking all of MGA's
13  profit and cash flow projections and forecasts for Bratz dolls, Bratz products, Bratz
14  movies, and Bratz television shows.  MGA also objects to this request on the grounds that
15  it seeks confidential, proprietary or commercially sensitive information, the disclosure of
16  which would be inimical to the business interests of MGA.  MGA also objects to this
17  request to the extent it calls for the disclosure of attorney-client privileged information or
18  information protected from disclosure by the work-product doctrine, joint defense or
19  common interest privilege, or other privilege.  MGA also objects to this request to the
20  extent it seeks information the disclosure of which would implicate the rights of third
21  parties to protect private, confidential, proprietary or trade secret information.  MGA also
22  objects to this request to the extent that it seeks documents not in MGA's possession,
23  custody or control.
24  Subject to the foregoing, MGA will produce all responsive and non-privileged
25  documents in its possession, custody or control, if any, that it is able to locate following a
26  reasonably diligent search.
27  **REQUEST FOR PRODUCTION NO. 43:**
28  All DOCUMENTS that REFER OR RELATE TO the value of the Bratz brand.

39   MGA'S SUPPLEMENTAL RESPONSE TO
1ST SET OF REQUEST FOR PRODUCTION
OF DOCUMENTS

EXHIBIT *13* PAGE *473*

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 43:**

MGA incorporates by reference the above-stated general objections as if fully set forth herein. MGA also specifically objects to this request to the extent that it seeks information not relevant to the subject matter of this lawsuit or reasonably calculated to lead to the discovery of admissible evidence. MGA also objects to this request on the grounds that it is overbroad, unduly burdensome, and oppressive in seeking all documents that refer or relate to the value of the Bratz brand. MGA also objects to this request on the grounds that it seeks confidential, proprietary or commercially sensitive information, the disclosure of which would be inimical to the business interests of MGA. MGA also objects to this request to the extent it calls for the disclosure of attorney-client privileged information or information protected from disclosure by the work-product doctrine, joint defense or common interest privilege, or other privilege. MGA also objects to this request to the extent it seeks information the disclosure of which would implicate the rights of third parties to protect private, confidential, proprietary or trade secret information. MGA also objects to this request on the grounds that it is vague and ambiguous in that MGA cannot determine what is meant by or how to calculate "the value of the Bratz brand." MGA also objects to this request to the extent that it seeks documents not in MGA's possession, custody or control.

Subject to the foregoing, MGA will produce: all non-privileged documents that set forth the value of the Bratz brand in its possession, custody or control, that it is able to locate following a reasonably diligent search; in addition to the documents that MGA represents it will produce in response to each of these other requests.

**REQUEST FOR PRODUCTION NO. 44:**

DOCUMENTS sufficient to calculate YOUR net worth on a yearly basis for each year from 1999 to the present.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 44:**

MGA incorporates by reference the above-stated general objections as if fully set forth herein. MGA also specifically objects to this request to the extent that it seeks

40

MGA'S SUPPLEMENTAL RESPONSE TO
1ST SET OF REQUEST FOR PRODUCTION
OF DOCUMENTS

EXHIBIT *13* PAGE *474*

1  information not relevant to the subject matter of this lawsuit or reasonably calculated to
2  lead to the discovery of admissible evidence. MGA also objects to this request on the
3  grounds that it is overbroad, unduly burdensome, and oppressive in seeking all documents
4  sufficient to calculate MGA's net worth on a yearly basis for each year from 1999 to the
5  present. MGA also objects to this request on the grounds that it seeks confidential,
6  proprietary or commercially sensitive information, the disclosure of which would be
7  inimical to the business interests of MGA. MGA also objects to this request to the extent
8  it calls for the disclosure of attorney-client privileged information or information
9  protected from disclosure by the work-product doctrine, joint defense or common interest
10  privilege, or other privilege. MGA also objects to this request to the extent it seeks
11  information the disclosure of which would implicate the rights of third parties to protect
12  private, confidential, proprietary or trade secret information. MGA also objects to this
13  request on the grounds that it is vague and ambiguous in that MGA cannot determine what
14  is meant by "YOUR net worth." MGA also objects to this request to the extent that it
15  seeks documents not in MGA's possession, custody or control.
16       Subject to the foregoing, MGA will produce: all non-privileged documents that set
17  forth, discuss or talk about the value of the Bratz brand in its possession, custody or
18  control, that it is able to locate following a reasonably diligent search; in addition to all
19  documents that MGA represents it will produce in response to each of these other
20  requests.
21  **REQUEST FOR PRODUCTION NO. 45:**
22       All DOCUMENTS that evidence, reflect or REFER OR RELATE TO the BRATZ
23  DOLL's share of the fashion doll market including, without limitation, the extent to which
24  Bratz has been or is gaining or losing market share in the fashion doll market.
25  **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 45:**
26       MGA incorporates by reference the above-stated general objections as if fully set
27  forth herein. MGA also specifically objects to this request to the extent that it seeks
28  information not relevant to the subject matter of this lawsuit or reasonably calculated to

41          MGA'S SUPPLEMENTAL RESPONSE TO
            1ST SET OF REQUEST FOR PRODUCTION
            OF DOCUMENTS

EXHIBIT 13 PAGE 475

1   lead to the discovery of admissible evidence.  MGA also objects to this request on the
2   grounds that it is overbroad, unduly burdensome, and oppressive in seeking all documents
3   that evidence, reflect or refer or relate to the Bratz doll's share of the fashion doll market,
4   including the extent to which Bratz has been or is gaining or losing market share in the
5   fashion doll market.  MGA also objects to this request on the grounds that it seeks
6   confidential, proprietary or commercially sensitive information, the disclosure of which
7   would be inimical to the business interests of MGA.  MGA also objects to this request to
8   the extent it calls for the disclosure of attorney-client privileged information or
9   information protected from disclosure by the work-product doctrine, joint defense or
10  common interest privilege, or other privilege.  MGA also objects to this request to the
11  extent it seeks information the disclosure of which would implicate the rights of third
12  parties to protect private, confidential, proprietary or trade secret information.  MGA also
13  objects to this request to the extent that it seeks documents not in MGA's possession,
14  custody or control.

15      Subject to the foregoing, MGA will produce all non-privileged documents that set
16  forth or reflect the Bratz dolls' share of the fashion doll market in its possession, custody
17  or control, if any, that it is able to locate following a reasonably diligent search, except for
18  NPD reports.

19
20
21
22
23
24
25
26
27
28

42      MGA'S  SUPPLEMENTAL RESPONSE TO
1ST SET OF REQUEST FOR PRODUCTION
OF DOCUMENTS

EXHIBIT 13 PAGE 476

1

2        AS TO OBJECTIONS ONLY:

3

4        Dated: September 17, 2007

5                                        DIANA M. TORRES
                                         WILLIAM J. CHARRON
6
                                         O'MELVENY & MYERS LLP
7

8                                        By: _____

9                                             William J. Charron

10                                       Attorneys for MGA Entertainment, Inc.

11

12   CC1:770696.2

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                     43        MGA'S  SUPPLEMENTAL RESPONSE TO
                                               1ST SET OF REQUEST FOR PRODUCTION
                                                              OF DOCUMENTS

EXHIBIT 13 PAGE 477

## PROOF OF SERVICE

I, Deborah L. Hodge, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 1999 Avenue of the Stars, 7th Floor, Los Angeles, California 90067-6035.  On September 17, 2007, I served the within documents:

**MGA ENTERTAINMENT, INC.'S SUPPLEMENTAL
RESPONSES TO MATTEL, INC.'S SECOND SET OF
REQUESTS FOR PRODUCTION OF DOCUMENTS AND
THINGS**

☒   by putting a true and correct copy thereof, together with an unsigned copy of this declaration, in a sealed envelope designated by the carrier, with delivery fees paid or provided for, for delivery the next business day to the person(s) listed below, and placing the envelope for collection today by the overnight courier in accordance with the firm's ordinary business practices.  I am readily familiar with this firm's practice for collection and processing of overnight courier correspondence.  In the ordinary course of business, such correspondence collected from me would be processed on the same day, with fees thereon fully prepaid, and deposited that day in a box or other facility regularly maintained by Federal Express, which is an express carrier.

Michael T. Zeller, Esq.
Timothy Alger, Esq.
Quinn Emanuel Urquhart Oliver &
Hedges, LLP
865 South Figueroa Street, 19th Floor
Los Angeles, CA 90017
michaelzeller@quinnemanuel.com
talger@quinnemanuel.com
Attorneys for Mattel

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on September 17, 2007, at Los Angeles, California.

_____
Deborah L. Hodge

PROOF OF SERVICE

EXHIBIT 13 PAGE 478

## PROOF OF SERVICE

I, Deborah L. Hodge, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 1999 Avenue of the Stars, 7th Floor, Los Angeles, California 90067-6035. On September 17, 2007, I served the within documents:

**MGA ENTERTAINMENT, INC.'S SUPPLEMENTAL RESPONSES TO MATTEL, INC.'S SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS**

by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

| | |
|---|---|
| Michael H. Page, Esq. | Patricia Glaser, Esq. |
| Keker & Van Nest LLP | Christensen, Glaser, Fink, Jacobs, Weil & |
| 710 Sansome Street | Shapiro, LLP |
| San Francisco, CA 94111 | 10250 Constellation Blvd., 19th Floor |
| mpage@kvn.com | Los Angeles, CA 90067 |
| Attorneys for Carter Bryant | pglaser@chrisglase.com |
| | Attorneys for MGA |

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on September 17, 2007, at Los Angeles, California.

_____
Deborah L. Hodge

PROOF OF SERVICE

13 PAGE 479

## PROOF OF ELECTRONIC SERVICE

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 1999 Avenue of the Stars, 7th Floor, Los Angeles, California 90067-6035.  On September 17, 2007, I served the within documents:

**MGA ENTERTAINMENT, INC.'S SUPPLEMENTAL
RESPONSES TO MATTEL, INC.'S SECOND SET OF
REQUESTS FOR PRODUCTION OF DOCUMENTS
AND THINGS**

by sending via electronic mail the document(s) listed above to the person(s) listed below.

James W. Spertus, Esq.
Law Offices of James W. Spertus
12100 Wilshire Boulevard
Suite 620
Los Angeles, CA 90025
Jim@SpertusLaw.com
        Attorneys for Carlos Gustovo
        Machado Gomez

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on September 17, 2007, at Los Angeles, California.

_____
Deborah L. Hodge