1   information protected from disclosure by the work-product doctrine, joint defense

2   or common interest privilege, or other privilege. Larian also objects to this request

3   to the extent it seeks documents not within Larian's possession, custody or control.

4   Subject to the foregoing, Larian will produce documents, consistent

5   with the parties' agreement concerning the same requests to MGA in Mattel's

6   Second Set of Requests for Production to MGA, as reflected in MGA's

7   Supplemental Responses to those Requests, within his possession, custody, or

8   control that are responsive to the request, if any, and that have not already been

9   produced, that he discovers in the course of his reasonable search and diligent

10   inquiry, and to which no privilege or other protection applies, including without

11   limitation, the attorney-client privilege or attorney's work product doctrine.

12   **REQUEST FOR PRODUCTION NO. 232:**

13   DOCUMENTS sufficient to show YOUR cost of goods sold, unit cost

14   and other costs for each BRATZ DOLL sold by MGA or its licensees.

15   **RESPONSE TO REQUEST FOR PRODUCTION NO. 232:**

16   Larian incorporates by reference the above-stated general objections as

17   if fully set forth herein. Larian also specifically objects to this request on the

18   grounds that it is overbroad and seeks information not relevant to the subject matter

19   of this lawsuit or reasonably calculated to lead to the discovery of admissible

20   evidence. Larian also objects to this request on the grounds that it is overbroad,

21   unduly burdensome, and oppressive in seeking documents showing the cost of

22   goods sold, unit cost, and all other costs for all Bratz dolls sold by MGA or its

23   licensees. Larian also objects to this request on the grounds that it is vague and

24   ambiguous in that Larian cannot determine what is meant by "other costs." Larian

25   also objects to this request on the grounds that it seeks confidential, proprietary or

26   commercially sensitive information, the disclosure of which would be inimical to

27   the business interests of Larian and one or more third parties. Larian also objects to

28   this request to the extent it seeks information the disclosure of which would

EXHIBIT **15** PAGE **710** - 220 -

LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1  implicate the rights of third parties to protect private, confidential, proprietary or

2  trade secret information.  Larian also objects to this request to the extent it calls for

3  the disclosure of attorney-client privileged information or information protected

4  from disclosure by the work-product doctrine, joint defense or common interest

5  privilege, or other privilege.  Larian also objects to this request to the extent it seeks

6  documents not within Larian's possession, custody or control.

7          Subject to the foregoing, Larian will produce documents, consistent

8  with the parties' agreement concerning the same requests to MGA in Mattel's

9  Second Set of Requests for Production to MGA, as reflected in MGA's

10  Supplemental Responses to those Requests, within his possession, custody, or

11  control that are responsive to the request, if any, and that have not already been

12  produced, that he discovers in the course of his reasonable search and diligent

13  inquiry, and to which no privilege or other protection applies, including without

14  limitation, the attorney-client privilege or attorney's work product doctrine.

15  **REQUEST FOR PRODUCTION NO. 233:**

16          All DOCUMENTS that evidence, reflect or REFER OR RELATE TO

17  YOUR profits from the sale of each BRATZ DOLL sold by MGA or its licensees.

18  **RESPONSE TO REQUEST FOR PRODUCTION NO. 233:**

19          Larian incorporates by reference the above-stated general objections as

20  if fully set forth herein.  Larian also specifically objects to this request on the

21  grounds that it is overbroad and seeks information not relevant to the subject matter

22  of this lawsuit or reasonably calculated to lead to the discovery of admissible

23  evidence.  Larian also objects to this request on the grounds that it is overbroad,

24  unduly burdensome, and oppressive in seeking all documents that evidence, reflect

25  or refer or relate to Larian's profits from the sale of all Bratz dolls by MGA or its

26  licensees.  Larian also objects to this request on the grounds that it seeks

27  confidential, proprietary or commercially sensitive information, the disclosure of

28  which would be inimical to the business interests of Larian and one or more third

1    parties.  Larian also objects to this request to the extent it seeks information the

2    disclosure of which would implicate the rights of third parties to protect private,

3    confidential, proprietary or trade secret information.   Larian also objects to this

4    request to the extent it calls for the disclosure of attorney-client privileged

5    information or information protected from disclosure by the work-product doctrine,

6    joint defense or common interest privilege, or other privilege.  Larian also objects

7    to this request to the extent it seeks documents not within Larian's possession,

8    custody or control.

9            Subject to the foregoing, Larian will produce documents, consistent

10   with the parties' agreement concerning the same requests to MGA in Mattel's

11   Second Set of Requests for Production to MGA, as reflected in MGA's

12   Supplemental Responses to those Requests, within his possession, custody, or

13   control that are responsive to the request, if any, and that have not already been

14   produced, that he discovers in the course of his reasonable search and diligent

15   inquiry, and to which no privilege or other protection applies, including without

16   limitation, the attorney-client privilege or attorney's work product doctrine.

17   **REQUEST FOR PRODUCTION NO. 234:**

18           For each customer to whom YOU or YOUR licensees have ever sold

19   any BRATZ DOLL, DOCUMENTS sufficient to show the number of units of each

20   such BRATZ DOLL sold by MGA or its licensees to that customer.

21   **RESPONSE TO REQUEST FOR PRODUCTION NO. 234:**

22           Larian incorporates by reference the above-stated general objections as

23   if fully set forth herein. Larian also specifically objects to this request on the

24   grounds that it is overbroad and seeks information not relevant to the subject matter

25   of this lawsuit or reasonably calculated to lead to the discovery of admissible

26   evidence.  Larian also objects to this request on the grounds that it is overbroad,

27   unduly burdensome, and oppressive in seeking documents that show the number of

28   units of all Bratz dolls sold by MGA or its licensees to every customer to whom

EXHIBIT  _15_  PAGE  _7/2_  - 222 -

LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1     Larian, MGA, or its licensees have ever sold any Bratz dolls.  Larian also objects to

2     this request on the grounds that it seeks confidential, proprietary or commercially

3     sensitive information, the disclosure of which would be inimical to the business

4     interests of Larian and one or more third parties.  Larian also objects to this request

5     to the extent it seeks information the disclosure of which would implicate the rights

6     of third parties to protect private, confidential, proprietary or trade secret

7     information.  Larian also objects to this request to the extent it calls for the

8     disclosure of attorney-client privileged information or information protected from

9     disclosure by the work-product doctrine, joint defense or common interest

10     privilege, or other privilege. Larian also objects to this request to the extent it seeks

11     documents not within Larian's possession, custody or control.

12            Subject to the foregoing, Larian will produce documents, consistent

13     with the parties' agreement concerning the same requests to MGA in Mattel's

14     Second Set of Requests for Production to MGA, as reflected in MGA's

15     Supplemental Responses to those Requests, within his possession, custody, or

16     control that are responsive to the request, if any, and that have not already been

17     produced, that he discovers in the course of his reasonable search and diligent

18     inquiry, and to which no privilege or other protection applies, including without

19     limitation, the attorney-client privilege or attorney's work product doctrine.

20     **REQUEST FOR PRODUCTION NO. 235:**

21            For each customer to whom YOU or YOUR licensees have ever sold

22     any BRATZ DOLL, documents sufficient to show the revenue received by YOU

23     from each such BRATZ DOLL sold by MGA or its licensees to that customer.

24     **RESPONSE TO REQUEST FOR PRODUCTION NO. 235:**

25            Larian incorporates by reference the above-stated general objections as

26     if fully set forth herein.  Larian also specifically objects to this request on the

27     grounds that it is overbroad and seeks information not relevant to the subject matter

28     of this lawsuit or reasonably calculated to lead to the discovery of admissible

EXHIBIT _15_ PAGE _713_  - 223 -

LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1   evidence. Larian also objects to this request on the grounds that it is overbroad,

2   unduly burdensome, and oppressive in seeking documents that show the revenue

3   received by Larian from the sale of all Bratz dolls to every customer to whom

4   Larian, MGA, or its licenses have ever sold any Bratz dolls. Larian also objects to

5   this request on the grounds that it seeks confidential, proprietary or commercially

6   sensitive information, the disclosure of which would be inimical to the business

7   interests of Larian and one or more third parties. Larian also objects to this request

8   to the extent it seeks information the disclosure of which would implicate the rights

9   of third parties to protect private, confidential, proprietary or trade secret

10   information. Larian also objects to this request to the extent it calls for the

11   disclosure of attorney-client privileged information or information protected from

12   disclosure by the work-product doctrine, joint defense or common interest

13   privilege, or other privilege. Larian also objects to this request to the extent it seeks

14   documents not within Larian's possession, custody or control.

15         Subject to the foregoing, Larian will produce documents, consistent

16   with the parties' agreement concerning the same requests to MGA in Mattel's

17   Second Set of Requests for Production to MGA, as reflected in MGA's

18   Supplemental Responses to those Requests, within his possession, custody, or

19   control that are responsive to the request, if any, and that have not already been

20   produced, that he discovers in the course of his reasonable search and diligent

21   inquiry, and to which no privilege or other protection applies, including without

22   limitation, the attorney-client privilege or attorney's work product doctrine.

23   **REQUEST FOR PRODUCTION NO. 236:**

24         For each customer to whom YOU or YOUR licensees have ever sold

25   any BRATZ DOLL, documents sufficient to show YOUR profits from each such

26   BRATZ DOLL sold by MGA or its licensees to that customer.

27   **RESPONSE TO REQUEST FOR PRODUCTION NO. 236:**

28         Larian incorporates by reference the above-stated general objections as

EXHIBIT _15_ PAGE _714_   - 224 -   LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1   if fully set forth herein.  Larian also specifically objects to this request on the

2   grounds that it is overbroad and seeks information not relevant to the subject matter

3   of this lawsuit or reasonably calculated to lead to the discovery of admissible

4   evidence.  Larian also objects to this request on the grounds that it is overbroad,

5   unduly burdensome, and oppressive in seeking documents that show Larian's

6   profits from the sale of all Bratz dolls to every customer to whom Larian, MGA, or

7   its licenses have ever sold any Bratz dolls.  Larian also objects to this request on the

8   grounds that it seeks confidential, proprietary or commercially sensitive

9   information, the disclosure of which would be inimical to the business interests of

10   Larian and one or more third parties.  Larian also objects to this request to the

11   extent it seeks information the disclosure of which would implicate the rights of

12   third parties to protect private, confidential, proprietary or trade secret information.

13   Larian also objects to this request to the extent it calls for the disclosure of attorney-

14   client privileged information or information protected from disclosure by the work-

15   product doctrine, joint defense or common interest privilege, or other privilege.

16   Larian also objects to this request to the extent it seeks documents not within

17   Larian's possession, custody or control.

18   **REQUEST FOR PRODUCTION NO. 237:**

19         DOCUMENTS sufficient to show customer returns to YOU of

20   BRATZ DOLLS sold or distributed by MGA or its licensees.

21   **RESPONSE TO REQUEST FOR PRODUCTION NO. 237:**

22         Larian incorporates by reference the above-stated general objections as

23   if fully set forth herein.  Larian also specifically objects to this request on the

24   grounds that it is overbroad and seeks information not relevant to the subject matter

25   of this lawsuit or reasonably calculated to lead to the discovery of admissible

26   evidence.  Larian also objects to this request on the grounds that it is overbroad,

27   unduly burdensome, and oppressive in seeking documents that show customer

28   returns to Larian of Bratz dolls sold or distributed by MGA or its licensees.  Larian

EXHIBIT _15_ PAGE _715_   - 225 -

LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1   also objects to this request on the grounds that it seeks confidential, proprietary or

2   commercially sensitive information, the disclosure of which would be inimical to

3   the business interests of Larian and one or more third parties.  Larian also objects to

4   this request to the extent it seeks information the disclosure of which would

5   implicate the rights of third parties to protect private, confidential, proprietary or

6   trade secret information.  Larian also objects to this request to the extent it calls for

7   the disclosure of attorney-client privileged information or information protected

8   from disclosure by the work-product doctrine, joint defense or common interest

9   privilege, or other privilege.  Larian also objects to this request to the extent it seeks

10  documents not within Larian's possession, custody or control.

11          Subject to the foregoing, Larian will produce documents, consistent

12  with the parties' agreement concerning the same requests to MGA in Mattel's

13  Second Set of Requests for Production to MGA, as reflected in MGA's

14  Supplemental Responses to those Requests, within his possession, custody, or

15  control that are responsive to the request, if any, and that have not already been

16  produced, that he discovers in the course of his reasonable search and diligent

17  inquiry, and to which no privilege or other protection applies, including without

18  limitation, the attorney-client privilege or attorney's work product doctrine.

19  **REQUEST FOR PRODUCTION NO. 238:**

20          DOCUMENTS sufficient to show customer rebates or credits given by

21  MGA or its licensees to customers in connection with BRATZ DOLLS.

22  **RESPONSE TO REQUEST FOR PRODUCTION NO. 238:**

23          Larian incorporates by reference the above-stated general objections as

24  if fully set forth herein.  Larian also specifically objects to this request on the

25  grounds that it is overbroad and seeks information not relevant to the subject matter

26  of this lawsuit or reasonably calculated to lead to the discovery of admissible

27  evidence.  Larian also objects to this request on the grounds that it is overbroad,

28  unduly burdensome, and oppressive in seeking documents that show customer

1   rebates or credits given by MGA or its licensees to customers in connection with

2   Bratz dolls.  Larian also objects to this request on the grounds that it seeks

3   confidential, proprietary or commercially sensitive information, the disclosure of

4   which would be inimical to the business interests of Larian and one or more third

5   parties.  Larian also objects to this request to the extent it seeks information the

6   disclosure of which would implicate the rights of third parties to protect private,

7   confidential, proprietary or trade secret information.  Larian also objects to this

8   request to the extent it calls for the disclosure of attorney-client privileged

9   information or information protected from disclosure by the work-product doctrine,

10  joint defense or common interest privilege, or other privilege.  Larian also objects

11  to this request to the extent it seeks documents not within Larian's possession,

12  custody or control.

13          Subject to the foregoing, Larian will produce documents, consistent

14  with the parties' agreement concerning the same requests to MGA in Mattel's

15  Second Set of Requests for Production to MGA, as reflected in MGA's

16  Supplemental Responses to those Requests, within his possession, custody, or

17  control that are responsive to the request, if any, and that have not already been

18  produced, that he discovers in the course of his reasonable search and diligent

19  inquiry, and to which no privilege or other protection applies, including without

20  limitation, the attorney-client privilege or attorney's work product doctrine.

21  **REQUEST FOR PRODUCTION NO. 239:**

22          DOCUMENTS sufficient to show, by product number or SKU, the

23  number of units of each BRATZ DOLL sold by MGA or its licensees.

24  **RESPONSE TO REQUEST FOR PRODUCTION NO. 239:**

25          Larian incorporates by reference the above-stated general objections as

26  if fully set forth herein.  Larian also specifically objects to this request on the

27  grounds that it is overbroad and seeks information not relevant to the subject matter

28  of this lawsuit or reasonably calculated to lead to the discovery of admissible

EXHIBIT _15_ PAGE _717_   - 227 -

1   evidence. Larian also objects to this request on the grounds that it is overbroad,

2   unduly burdensome, and oppressive in seeking documents that show, by product

3   number or SKU, all units of Bratz dolls sold by MGA or its licensees. Larian also

4   objects to this request on the grounds that it seeks confidential, proprietary or

5   commercially sensitive information, the disclosure of which would be inimical to

6   the business interests of Larian and one or more third parties. Larian also objects to

7   this request to the extent it seeks information the disclosure of which would

8   implicate the rights of third parties to protect private, confidential, proprietary or

9   trade secret information. Larian also objects to this request to the extent it calls for

10  the disclosure of attorney-client privileged information or information protected

11  from disclosure by the work-product doctrine, joint defense or common interest

12  privilege, or other privilege. Larian also objects to this request to the extent it seeks

13  documents not within Larian's possession, custody or control.

14          Subject to the foregoing, Larian will produce documents, consistent

15  with the parties' agreement concerning the same requests to MGA in Mattel's

16  Second Set of Requests for Production to MGA, as reflected in MGA's

17  Supplemental Responses to those Requests, within his possession, custody, or

18  control that are responsive to the request, if any, and that have not already been

19  produced, that he discovers in the course of his reasonable search and diligent

20  inquiry, and to which no privilege or other protection applies, including without

21  limitation, the attorney-client privilege or attorney's work product doctrine.

22  **REQUEST FOR PRODUCTION NO. 240:**

23          DOCUMENTS sufficient to show, by product number or SKU, the

24  revenue received by YOU from the sale of each BRATZ DOLL sold by MGA or its

25  licensees.

26  **RESPONSE TO REQUEST FOR PRODUCTION NO. 240:**

27          Larian incorporates by reference the above-stated general objections as

28  if fully set forth herein. Larian also specifically objects to this request on the

1  grounds that it is overbroad and seeks information not relevant to the subject matter

2  of this lawsuit or reasonably calculated to lead to the discovery of admissible

3  evidence.  Larian also objects to this request on the grounds that it is overbroad,

4  unduly burdensome, and oppressive in seeking documents that show, by product

5  number or SKU, the revenue received by Larian from the sale of all Bratz dolls sold

6  by MGA or its licensees.  Larian also objects to this request on the grounds that it

7  seeks confidential, proprietary or commercially sensitive information, the

8  disclosure of which would be inimical to the business interests of Larian and one or

9  more third parties.  Larian also objects to this request to the extent it seeks

10  information the disclosure of which would implicate the rights of third parties to

11  protect private, confidential, proprietary or trade secret information.  Larian also

12  objects to this request to the extent it calls for the disclosure of attorney-client

13  privileged information or information protected from disclosure by the work-

14  product doctrine, joint defense or common interest privilege, or other privilege.

15  Larian also objects to this request to the extent it seeks documents not within

16  Larian's possession, custody or control.

17          Subject to the foregoing, Larian will produce documents, consistent

18  with the parties' agreement concerning the same requests to MGA in Mattel's

19  Second Set of Requests for Production to MGA, as reflected in MGA's

20  Supplemental Responses to those Requests, within his possession, custody, or

21  control that are responsive to the request, if any, and that have not already been

22  produced, that he discovers in the course of his reasonable search and diligent

23  inquiry, and to which no privilege or other protection applies, including without

24  limitation, the attorney-client privilege or attorney's work product doctrine.

25  **REQUEST FOR PRODUCTION NO. 241:**

26          DOCUMENTS sufficient to show, by product number or SKU, YOUR

27  cost of goods sold, unit cost and other costs for each BRATZ DOLL sold by MGA

28  or its licensees.

EXHIBIT _15_  PAGE _219_ - 229 -

LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

**RESPONSE TO REQUEST FOR PRODUCTION NO. 241:**

Larian incorporates by reference the above-stated general objections as if fully set forth herein. Larian also specifically objects to this request on the grounds that it is overbroad and seeks information not relevant to the subject matter of this lawsuit or reasonably calculated to lead to the discovery of admissible evidence. Larian also objects to this request on the grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents that show, by product number or SKU, Larian's cost of goods sold, unit cost, and other costs for all Bratz dolls sold by MGA or its licensees. Larian also objects to this request on the grounds that it seeks confidential, proprietary or commercially sensitive information, the disclosure of which would be inimical to the business interests of Larian and one or more third parties. Larian also objects to this request to the extent it seeks information the disclosure of which would implicate the rights of third parties to protect private, confidential, proprietary or trade secret information. Larian also objects to this request to the extent it calls for the disclosure of attorney-client privileged information or information protected from disclosure by the work-product doctrine, joint defense or common interest privilege, or other privilege. Larian also objects to this request to the extent it seeks documents not within Larian's possession, custody or control.

Subject to the foregoing, Larian will produce documents, consistent with the parties' agreement concerning the same requests to MGA in Mattel's Second Set of Requests for Production to MGA, as reflected in MGA's Supplemental Responses to those Requests, within his possession, custody, or control that are responsive to the request, if any, and that have not already been produced, that he discovers in the course of his reasonable search and diligent inquiry, and to which no privilege or other protection applies, including without limitation, the attorney-client privilege or attorney's work product doctrine.

1  **REQUEST FOR PRODUCTION NO. 242:**

2       All DOCUMENTS that evidence, reflect or REFER OR RELATE TO

3  YOUR profits, by product number or SKU, from the sale of each BRATZ DOLL

4  sold by MGA or its licensees.

5  **RESPONSE TO REQUEST FOR PRODUCTION NO. 242:**

6       Larian incorporates by reference the above-stated general objections as

7  if fully set forth herein.  Larian also specifically objects to this request on the

8  grounds that it is overbroad and seeks information not relevant to the subject matter

9  of this lawsuit or reasonably calculated to lead to the discovery of admissible

10  evidence.  Larian also objects to this request on the grounds that it is overbroad,

11  unduly burdensome, and oppressive in seeking documents that evidence, reflect or

12  refer or relate, by product number or SKU, Larian's profits from the sale of all

13  Bratz dolls sold by MGA or its licensees.  Larian also objects to this request on the

14  grounds that it seeks confidential, proprietary or commercially sensitive

15  information, the disclosure of which would be inimical to the business interests of

16  Larian and one or more third parties.  Larian also objects to this request to the

17  extent it seeks information the disclosure of which would implicate the rights of

18  third parties to protect private, confidential, proprietary or trade secret information.

19  Larian also objects to this request to the extent it calls for the disclosure of attorney-

20  client privileged information or information protected from disclosure by the work-

21  product doctrine, joint defense or common interest privilege, or other privilege.

22  Larian also objects to this request to the extent it seeks documents not within

23  Larian's possession, custody or control.

24       Subject to the foregoing, Larian will produce documents, consistent

25  with the parties' agreement concerning the same requests to MGA in Mattel's

26  Second Set of Requests for Production to MGA, as reflected in MGA's

27  Supplemental Responses to those Requests, within his possession, custody, or

28  control that are responsive to the request, if any, and that have not already been

EXHIBIT _15_ PAGE _721_ - 231 -

LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1  produced, that he discovers in the course of his reasonable search and diligent

2  inquiry, and to which no privilege or other protection applies, including without

3  limitation, the attorney-client privilege or attorney's work product doctrine.

4  **REQUEST FOR PRODUCTION NO. 243:**

5          For each customer to whom YOU or YOUR licensees have ever sold

6  any BRATZ DOLL, DOCUMENTS sufficient to show, by product number or

7  SKU, the number of units of each such BRATZ DOLL sold by MGA or its

8  licensees to that customer.

9  **RESPONSE TO REQUEST FOR PRODUCTION NO. 243:**

10          Larian incorporates by reference the above-stated general objections as

11  if fully set forth herein.  Larian also specifically objects to this request on the

12  grounds that it is overbroad and seeks information not relevant to the subject matter

13  of this lawsuit or reasonably calculated to lead to the discovery of admissible

14  evidence.  Larian also objects to this request on the grounds that it is overbroad,

15  unduly burdensome, and oppressive in seeking documents that show, by product

16  number or SKU, the number of units of all Bratz dolls sold to all customers by

17  MGA or its licensees.  Larian also objects to this request on the grounds that it

18  seeks confidential, proprietary or commercially sensitive information, the

19  disclosure of which would be inimical to the business interests of Larian and one or

20  more third parties.  Larian also objects to this request to the extent it seeks

21  information the disclosure of which would implicate the rights of third parties to

22  protect private, confidential, proprietary or trade secret information.  Larian also

23  objects to this request to the extent it calls for the disclosure of attorney-client

24  privileged information or information protected from disclosure by the work-

25  product doctrine, joint defense or common interest privilege, or other privilege.

26  Larian also objects to this request to the extent it seeks documents not within

27  Larian's possession, custody or control.

28          Subject to the foregoing, Larian will produce documents, consistent

*15* PAGE *722* - 232 -

1    with the parties' agreement concerning the same requests to MGA in Mattel's

2    Second Set of Requests for Production to MGA, as reflected in MGA's

3    Supplemental Responses to those Requests, within his possession, custody, or

4    control that are responsive to the request, if any, and that have not already been

5    produced, that he discovers in the course of his reasonable search and diligent

6    inquiry, and to which no privilege or other protection applies, including without

7    limitation, the attorney-client privilege or attorney's work product doctrine.

8    **REQUEST FOR PRODUCTION NO. 244:**

9         For each customer to whom YOU or YOUR licensees have ever sold

10   any BRATZ DOLL, DOCUMENTS sufficient to show, by product number or

11   SKU, the revenue received by YOU from each such BRATZ DOLL sold by MGA

12   or its licensees to that customer.

13   **RESPONSE TO REQUEST FOR PRODUCTION NO. 244:**

14         Larian incorporates by reference the above-stated general objections as

15   if fully set forth herein. Larian also specifically objects to this request on the

16   grounds that it is overbroad and seeks information not relevant to the subject matter

17   of this lawsuit or reasonably calculated to lead to the discovery of admissible

18   evidence. Larian also objects to this request on the grounds that it is overbroad,

19   unduly burdensome, and oppressive in seeking documents that show, by product

20   number or SKU, the revenue received by Larian from the sale of all Bratz dolls sold

21   to all customers by MGA or its licensees. Larian also objects to this request on the

22   grounds that it seeks confidential, proprietary or commercially sensitive

23   information, the disclosure of which would be inimical to the business interests of

24   Larian and one or more third parties. Larian also objects to this request to the

25   extent it seeks information the disclosure of which would implicate the rights of

26   third parties to protect private, confidential, proprietary or trade secret information.

27   Larian also objects to this request to the extent it calls for the disclosure of attorney-

28   client privileged information or information protected from disclosure by the work-

EXHIBIT _15_ PAGE _723_ - 233 -

LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1   product doctrine, joint defense or common interest privilege, or other privilege.

2   Larian also objects to this request to the extent it seeks documents not within

3   Larian's possession, custody or control.

4          Subject to the foregoing, Larian will produce documents, consistent

5   with the parties' agreement concerning the same requests to MGA in Mattel's

6   Second Set of Requests for Production to MGA, as reflected in MGA's

7   Supplemental Responses to those Requests, within his possession, custody, or

8   control that are responsive to the request, if any, and that have not already been

9   produced, that he discovers in the course of his reasonable search and diligent

10  inquiry, and to which no privilege or other protection applies, including without

11  limitation, the attorney-client privilege or attorney's work product doctrine.

12  **REQUEST FOR PRODUCTION NO. 245:**

13         For each customer to whom YOU or YOUR licensees have ever sold

14  any BRATZ DOLL, DOCUMENTS sufficient to show, by product number or

15  SKU, YOUR profits from each such BRATZ DOLL sold by MGA or its licensees

16  to that customer.

17  **RESPONSE TO REQUEST FOR PRODUCTION NO. 245:**

18         Larian incorporates by reference the above-stated general objections as

19  if fully set forth herein.  Larian also specifically objects to this request on the

20  grounds that it is overbroad and seeks information not relevant to the subject matter

21  of this lawsuit or reasonably calculated to lead to the discovery of admissible

22  evidence.  Larian also objects to this request on the grounds that it is overbroad,

23  unduly burdensome, and oppressive in seeking documents that show, by product

24  number or SKU, Larian's profits from the sale of all Bratz dolls sold to all

25  customers by MGA or its licensees.  Larian also objects to this request on the

26  grounds that it seeks confidential, proprietary or commercially sensitive

27  information, the disclosure of which would be inimical to the business interests of

28  Larian and one or more third parties.  Larian also objects to this request to the

EXHIBIT 15 PAGE 224 -234 -

LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1   extent it seeks information the disclosure of which would implicate the rights of

2   third parties to protect private, confidential, proprietary or trade secret information.

3   Larian also objects to this request to the extent it calls for the disclosure of attorney-

4   client privileged information or information protected from disclosure by the work-

5   product doctrine, joint defense or common interest privilege, or other privilege.

6   Larian also objects to this request to the extent it seeks documents not within

7   Larian's possession, custody or control.

8           Subject to the foregoing, Larian will produce documents, consistent

9   with the parties' agreement concerning the same requests to MGA in Mattel's

10  Second Set of Requests for Production to MGA, as reflected in MGA's

11  Supplemental Responses to those Requests, within his possession, custody, or

12  control that are responsive to the request, if any, and that have not already been

13  produced, that he discovers in the course of his reasonable search and diligent

14  inquiry, and to which no privilege or other protection applies, including without

15  limitation, the attorney-client privilege or attorney's work product doctrine.

16  **REQUEST FOR PRODUCTION NO. 246:**

17          DOCUMENTS sufficient to show the revenue and profits derived by

18  YOU from the sale by MGA or its licensees of BRATZ DOLLS including, without

19  limitation, DOCUMENTS sufficient to show sales revenue, costs of goods sold,

20  variable costs, gross margins, royalties paid and received, gross profits and nets

21  profits.

22  **RESPONSE TO REQUEST FOR PRODUCTION NO. 246:**

23          Larian incorporates by reference the above-stated general objections as

24  if fully set forth herein. Larian also specifically objects to this request on the

25  grounds that it is overbroad and seeks information not relevant to the subject matter

26  of this lawsuit or reasonably calculated to lead to the discovery of admissible

27  evidence. Larian also objects to this request on the grounds that it is overbroad,

28  unduly burdensome, and oppressive in seeking documents that show the revenues

EXHIBIT _15_ PAGE _225_   - 235 -

LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1  and profits derived by Larian from the sale of all Bratz dolls by MGA or its

2  licensees. Larian also objects to this request on the grounds that it seeks

3  confidential, proprietary or commercially sensitive information, the disclosure of

4  which would be inimical to the business interests of Larian and one or more third

5  parties. Larian also objects to this request to the extent it seeks information the

6  disclosure of which would implicate the rights of third parties to protect private,

7  confidential, proprietary or trade secret information. Larian also objects to this

8  request to the extent it calls for the disclosure of attorney-client privileged

9  information or information protected from disclosure by the work-product doctrine,

10  joint defense or common interest privilege, or other privilege. Larian also objects

11  to this request to the extent it seeks documents not within Larian's possession,

12  custody or control.

13        Subject to the foregoing, Larian will produce documents, consistent

14  with the parties' agreement concerning the same requests to MGA in Mattel's

15  Second Set of Requests for Production to MGA, as reflected in MGA's

16  Supplemental Responses to those Requests, within his possession, custody, or

17  control that are responsive to the request, if any, and that have not already been

18  produced, that he discovers in the course of his reasonable search and diligent

19  inquiry, and to which no privilege or other protection applies, including without

20  limitation, the attorney-client privilege or attorney's work product doctrine.

21  **REQUEST FOR PRODUCTION NO. 247:**

22        DOCUMENTS sufficient to show the number of units of each BRATZ

23  PRODUCT sold by MGA or its licensees.

24  **RESPONSE TO REQUEST FOR PRODUCTION NO. 247:**

25        Larian incorporates by reference the above-stated general objections as

26  if fully set forth herein. Larian also specifically objects to this request on the

27  grounds that it is overbroad and seeks information not relevant to the subject matter

28  of this lawsuit or reasonably calculated to lead to the discovery of admissible

EXHIBIT _15_ PAGE _726_   - 236 -

1  evidence. Larian also objects to this request on the grounds that it is overbroad,

2  unduly burdensome, and oppressive in seeking documents that show, by product

3  number or SKU, the revenue received from the sale of all Bratz products sold to all

4  customers by MGA or its licensees. Larian also objects to this request on the

5  grounds that it seeks confidential, proprietary or commercially sensitive

6  information, the disclosure of which would be inimical to the business interests of

7  Larian and one or more third parties. Larian also objects to this request to the

8  extent it seeks information the disclosure of which would implicate the rights of

9  third parties to protect private, confidential, proprietary or trade secret information.

10  Larian also objects to this request to the extent it calls for the disclosure of attorney-

11  client privileged information or information protected from disclosure by the work-

12  product doctrine, joint defense or common interest privilege, or other privilege.

13  Larian also objects to this request to the extent it seeks documents not within

14  Larian's possession, custody or control.

15      Subject to the foregoing, Larian will produce documents, consistent

16  with the parties' agreement concerning the same requests to MGA in Mattel's

17  Second Set of Requests for Production to MGA, as reflected in MGA's

18  Supplemental Responses to those Requests, within his possession, custody, or

19  control that are responsive to the request, if any, and that have not already been

20  produced, that he discovers in the course of his reasonable search and diligent

21  inquiry, and to which no privilege or other protection applies, including without

22  limitation, the attorney-client privilege or attorney's work product doctrine.

23  **REQUEST FOR PRODUCTION NO. 248:**

24      DOCUMENTS sufficient to show the revenue received by YOU from

25  the sale of each BRATZ PRODUCT sold by MGA or its licensees.

26  **RESPONSE TO REQUEST FOR PRODUCTION NO. 248:**

27      Larian incorporates by reference the above-stated general objections as

28  if fully set forth herein. Larian also specifically objects to this request on the

EXHIBIT *15* PAGE *727* - 237 -

1   grounds that it is overbroad and seeks information not relevant to the subject matter

2   of this lawsuit or reasonably calculated to lead to the discovery of admissible

3   evidence. Larian also objects to this request on the grounds that it is overbroad,

4   unduly burdensome, and oppressive in seeking documents that show the revenue

5   received by Larian from the sale of all Bratz products by MGA or its licensees.

6   Larian also objects to this request on the grounds that it seeks confidential,

7   proprietary or commercially sensitive information, the disclosure of which would

8   be inimical to the business interests of Larian and one or more third parties. Larian

9   also objects to this request to the extent it seeks information the disclosure of which

10  would implicate the rights of third parties to protect private, confidential,

11  proprietary or trade secret information. Larian also objects to this request to the

12  extent it calls for the disclosure of attorney-client privileged information or

13  information protected from disclosure by the work-product doctrine, joint defense

14  or common interest privilege, or other privilege. Larian also objects to this request

15  to the extent it seeks documents not within Larian's possession, custody or control.

16          Subject to the foregoing, Larian will produce documents, consistent

17  with the parties' agreement concerning the same requests to MGA in Mattel's

18  Second Set of Requests for Production to MGA, as reflected in MGA's

19  Supplemental Responses to those Requests, within his possession, custody, or

20  control that are responsive to the request, if any, and that have not already been

21  produced, that he discovers in the course of his reasonable search and diligent

22  inquiry, and to which no privilege or other protection applies, including without

23  limitation, the attorney-client privilege or attorney's work product doctrine.

24  **REQUEST FOR PRODUCTION NO. 249:**

25          DOCUMENTS sufficient to show YOUR cost of goods sold, unit cost

26  and other costs for each BRATZ PRODUCT sold by MGA or its licensees.

27  **RESPONSE TO REQUEST FOR PRODUCTION NO. 249:**

28          Larian incorporates by reference the above-stated general objections as

EXHIBIT _15_ PAGE _778_   - 238 -

1   if fully set forth herein. Larian also specifically objects to this request on the

2   grounds that it is overbroad and seeks information not relevant to the subject matter

3   of this lawsuit or reasonably calculated to lead to the discovery of admissible

4   evidence. Larian also objects to this request on the grounds that it is overbroad,

5   unduly burdensome, and oppressive in seeking documents that show Larian's cost

6   of goods sold, unit cost, and other costs for all Bratz products sold by MGA or its

7   licensees. Larian also objects to this request on the grounds that it seeks

8   confidential, proprietary or commercially sensitive information, the disclosure of

9   which would be inimical to the business interests of Larian and one or more third

10   parties. Larian also objects to this request to the extent it seeks information the

11   disclosure of which would implicate the rights of third parties to protect private,

12   confidential, proprietary or trade secret information. Larian also objects to this

13   request to the extent it calls for the disclosure of attorney-client privileged

14   information or information protected from disclosure by the work-product doctrine,

15   joint defense or common interest privilege, or other privilege. Larian also objects

16   to this request to the extent it seeks documents not within Larian's possession,

17   custody or control.

18           Subject to the foregoing, Larian will produce documents, consistent

19   with the parties' agreement concerning the same requests to MGA in Mattel's

20   Second Set of Requests for Production to MGA, as reflected in MGA's

21   Supplemental Responses to those Requests, within his possession, custody, or

22   control that are responsive to the request, if any, and that have not already been

23   produced, that he discovers in the course of his reasonable search and diligent

24   inquiry, and to which no privilege or other protection applies, including without

25   limitation, the attorney-client privilege or attorney's work product doctrine..

26   **REQUEST FOR PRODUCTION NO. 250:**

27          All DOCUMENTS that evidence, reflect or REFER OR RELATE TO

28   YOUR profits from the sale of each BRATZ PRODUCT sold by MGA or its

EXHIBIT 15 PAGE 729 - 239 -

LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1  licensees.

2  **RESPONSE TO REQUEST FOR PRODUCTION NO. 250:**

3       Larian incorporates by reference the above-stated general objections as

4  if fully set forth herein. Larian also specifically objects to this request on the

5  grounds that it is overbroad and seeks information not relevant to the subject matter

6  of this lawsuit or reasonably calculated to lead to the discovery of admissible

7  evidence. Larian also objects to this request on the grounds that it is overbroad,

8  unduly burdensome, and oppressive in seeking documents that evidence, reflect, or

9  refer or relate to Larian's profits from the sale of all Bratz products sold by MGA or

10  its licensees. Larian also objects to this request on the grounds that it seeks

11  confidential, proprietary or commercially sensitive information, the disclosure of

12  which would be inimical to the business interests of Larian and one or more third

13  parties. Larian also objects to this request to the extent it seeks information the

14  disclosure of which would implicate the rights of third parties to protect private,

15  confidential, proprietary or trade secret information. Larian also objects to this

16  request to the extent it calls for the disclosure of attorney-client privileged

17  information or information protected from disclosure by the work-product doctrine,

18  joint defense or common interest privilege, or other privilege. Larian also objects

19  to this request to the extent it seeks documents not within Larian's possession,

20  custody or control.

21       Subject to the foregoing, Larian will produce documents, consistent

22  with the parties' agreement concerning the same requests to MGA in Mattel's

23  Second Set of Requests for Production to MGA, as reflected in MGA's

24  Supplemental Responses to those Requests, within his possession, custody, or

25  control that are responsive to the request, if any, and that have not already been

26  produced, that he discovers in the course of his reasonable search and diligent

27  inquiry, and to which no privilege or other protection applies, including without

28  limitation, the attorney-client privilege or attorney's work product doctrine.

LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1  **REQUEST FOR PRODUCTION NO. 251:**

2  DOCUMENTS sufficient to IDENTIFY all customers to whom MGA

3  or its licensees have ever sold any BRATZ PRODUCT.

4  **RESPONSE TO REQUEST FOR PRODUCTION NO. 251:**

5  Larian incorporates by reference the above-stated general objections as

6  if fully set forth herein. Larian also specifically objects to this request on the

7  grounds that it is overbroad and seeks information not relevant to the subject matter

8  of this lawsuit or reasonably calculated to lead to the discovery of admissible

9  evidence. Larian also objects to this request on the grounds that it is overbroad,

10  unduly burdensome, and oppressive in seeking documents that identify all

11  customers to whom MGA or its licensees has ever sold any Bratz product. Larian

12  also objects to this request on the grounds that it seeks confidential, proprietary or

13  commercially sensitive information, the disclosure of which would be inimical to

14  the business interests of Larian and one or more third parties. Larian also objects to

15  this request to the extent it seeks information the disclosure of which would

16  implicate the rights of third parties to protect private, confidential, proprietary or

17  trade secret information. Larian also objects to this request to the extent it calls for

18  the disclosure of attorney-client privileged information or information protected

19  from disclosure by the work-product doctrine, joint defense or common interest

20  privilege, or other privilege. Larian also objects to this request to the extent it seeks

21  documents not within Larian's possession, custody or control.

22  Subject to the foregoing, Larian will produce documents, consistent

23  with the parties' agreement concerning the same requests to MGA in Mattel's

24  Second Set of Requests for Production to MGA, as reflected in MGA's

25  Supplemental Responses to those Requests, within his possession, custody, or

26  control that are responsive to the request, if any, and that have not already been

27  produced, that he discovers in the course of his reasonable search and diligent

28  inquiry, and to which no privilege or other protection applies, including without

EXHIBIT _15_ PAGE _731_ - 241 -

LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1   limitation, the attorney-client privilege or attorney's work product doctrine.

2   **REQUEST FOR PRODUCTION NO. 252:**

3               For each customer to whom MGA or its licensees have ever sold any

4   BRATZ PRODUCT, DOCUMENTS sufficient to show the number of units of each

5   such BRATZ PRODUCT sold by MGA or its licensees to that customer.

6   **RESPONSE TO REQUEST FOR PRODUCTION NO. 252:**

7               Larian incorporates by reference the above-stated general objections as

8   if fully set forth herein.  Larian also specifically objects to this request on the

9   grounds that it is overbroad and seeks information not relevant to the subject matter

10  of this lawsuit or reasonably calculated to lead to the discovery of admissible

11  evidence.  Larian also objects to this request on the grounds that it is overbroad,

12  unduly burdensome, and oppressive in seeking documents that show the number of

13  units of all Bratz products sold to all customers by MGA or its licensees.  Larian

14  also objects to this request on the grounds that it seeks confidential, proprietary or

15  commercially sensitive information, the disclosure of which would be inimical to

16  the business interests of Larian and one or more third parties.  Larian also objects to

17  this request to the extent it seeks information the disclosure of which would

18  implicate the rights of third parties to protect private, confidential, proprietary or

19  trade secret information.  Larian also objects to this request to the extent it calls for

20  the disclosure of attorney-client privileged information or information protected

21  from disclosure by the work-product doctrine, joint defense or common interest

22  privilege, or other privilege.  Larian also objects to this request to the extent it seeks

23  documents not within Larian's possession, custody or control.

24              Subject to the foregoing, Larian will produce documents, consistent

25  with the parties' agreement concerning the same requests to MGA in Mattel's

26  Second Set of Requests for Production to MGA, as reflected in MGA's

27  Supplemental Responses to those Requests, within his possession, custody, or

28  control that are responsive to the request, if any, and that have not already been

EXHIBIT _15_ PAGE _733_   - 242 -

LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1  produced, that he discovers in the course of his reasonable search and diligent

2  inquiry, and to which no privilege or other protection applies, including without

3  limitation, the attorney-client privilege or attorney's work product doctrine.

4  **REQUEST FOR PRODUCTION NO. 253:**

5         For each customer to whom MGA or its licensees have ever sold any

6  BRATZ PRODUCT, documents sufficient to show the revenue received by YOU

7  from each such BRATZ PRODUCT sold by MGA or its licensees to that customer.

8  **RESPONSE TO REQUEST FOR PRODUCTION NO. 253:**

9         Larian incorporates by reference the above-stated general objections as

10  if fully set forth herein.  Larian also specifically objects to this request on the

11  grounds that it is overbroad and seeks information not relevant to the subject matter

12  of this lawsuit or reasonably calculated to lead to the discovery of admissible

13  evidence.  Larian also objects to this request on the grounds that it is overbroad,

14  unduly burdensome, and oppressive in seeking documents that show the revenue

15  received by Larian from the sale of all Bratz products to all customers by MGA or

16  its licensees.  Larian also objects to this request on the grounds that it seeks

17  confidential, proprietary or commercially sensitive information, the disclosure of

18  which would be inimical to the business interests of Larian and one or more third

19  parties.  Larian also objects to this request to the extent it seeks information the

20  disclosure of which would implicate the rights of third parties to protect private,

21  confidential, proprietary or trade secret information.  Larian also objects to this

22  request to the extent it calls for the disclosure of attorney-client privileged

23  information or information protected from disclosure by the work-product doctrine,

24  joint defense or common interest privilege, or other privilege.  Larian also objects

25  to this request to the extent it seeks documents not within Larian's possession,

26  custody or control.

27        Subject to the foregoing, Larian will produce documents, consistent

28  with the parties' agreement concerning the same requests to MGA in Mattel's

1  Second Set of Requests for Production to MGA, as reflected in MGA's

2  Supplemental Responses to those Requests, within his possession, custody, or

3  control that are responsive to the request, if any, and that have not already been

4  produced, that he discovers in the course of his reasonable search and diligent

5  inquiry, and to which no privilege or other protection applies, including without

6  limitation, the attorney-client privilege or attorney's work product doctrine.

7  **REQUEST FOR PRODUCTION NO. 254:**

8      For each customer to whom MGA or its licensees have ever sold any

9  BRATZ PRODUCT, documents sufficient to show YOUR profits from each such

10  BRATZ PRODUCT sold by MGA or its licensees to that customer.

11  **RESPONSE TO REQUEST FOR PRODUCTION NO. 254:**

12      Larian incorporates by reference the above-stated general objections as

13  if fully set forth herein.  Larian also specifically objects to this request on the

14  grounds that it is overbroad and seeks information not relevant to the subject matter

15  of this lawsuit or reasonably calculated to lead to the discovery of admissible

16  evidence.  Larian also objects to this request on the grounds that it is overbroad,

17  unduly burdensome, and oppressive in seeking documents that show Larian's

18  profits from the sale of all Bratz products to all customers by MGA or its licensees.

19  Larian also objects to this request on the grounds that it seeks confidential,

20  proprietary or commercially sensitive information, the disclosure of which would

21  be inimical to the business interests of Larian and one or more third parties.  Larian

22  also objects to this request to the extent it seeks information the disclosure of which

23  would implicate the rights of third parties to protect private, confidential,

24  proprietary or trade secret information.  Larian also objects to this request to the

25  extent it calls for the disclosure of attorney-client privileged information or

26  information protected from disclosure by the work-product doctrine, joint defense

27  or common interest privilege, or other privilege.  Larian also objects to this request

28  to the extent it seeks documents not within Larian's possession, custody or control.

EXHIBIT _15_ PAGE _734_

- 244 -    LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1    Subject to the foregoing, Larian will produce documents, consistent

2    with the parties' agreement concerning the same requests to MGA in Mattel's

3    Second Set of Requests for Production to MGA, as reflected in MGA's

4    Supplemental Responses to those Requests, within his possession, custody, or

5    control that are responsive to the request, if any, and that have not already been

6    produced, that he discovers in the course of his reasonable search and diligent

7    inquiry, and to which no privilege or other protection applies, including without

8    limitation, the attorney-client privilege or attorney's work product doctrine.

9    **REQUEST FOR PRODUCTION NO. 255:**

10    DOCUMENTS sufficient to show customer returns to MGA of

11    BRATZ PRODUCTS sold or distributed by MGA or its licensees.

12    **RESPONSE TO REQUEST FOR PRODUCTION NO. 255:**

13    Larian incorporates by reference the above-stated general objections as

14    if fully set forth herein.  Larian also specifically objects to this request on the

15    grounds that it is overbroad and seeks information not relevant to the subject matter

16    of this lawsuit or reasonably calculated to lead to the discovery of admissible

17    evidence.  Larian also objects to this request on the grounds that it is overbroad,

18    unduly burdensome, and oppressive in seeking documents that show customer

19    returns to MGA of all Bratz products sold or distributed by MGA or its licensees.

20    Larian also objects to this request on the grounds that it seeks confidential,

21    proprietary or commercially sensitive information, the disclosure of which would

22    be inimical to the business interests of Larian and one or more third parties.  Larian

23    also objects to this request to the extent it seeks information the disclosure of which

24    would implicate the rights of third parties to protect private, confidential,

25    proprietary or trade secret information.  Larian also objects to this request to the

26    extent it calls for the disclosure of attorney-client privileged information or

27    information protected from disclosure by the work-product doctrine, joint defense

28    or common interest privilege, or other privilege.  Larian also objects to this request

EXHIBIT _15_ PAGE _735_ - 245 -

LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1    to the extent it seeks documents not within Larian's possession, custody or control.

2            Subject to the foregoing, Larian will produce documents, consistent

3    with the parties' agreement concerning the same requests to MGA in Mattel's

4    Second Set of Requests for Production to MGA, as reflected in MGA's

5    Supplemental Responses to those Requests, within his possession, custody, or

6    control that are responsive to the request, if any, and that have not already been

7    produced, that he discovers in the course of his reasonable search and diligent

8    inquiry, and to which no privilege or other protection applies, including without

9    limitation, the attorney-client privilege or attorney's work product doctrine.

10   **REQUEST FOR PRODUCTION NO. 256:**

11           DOCUMENTS sufficient to show customer rebates and credits given

12   by MGA or its licensees to customers in connection with BRATZ PRODUCTS.

13   **RESPONSE TO REQUEST FOR PRODUCTION NO. 16:**

14           Larian incorporates by reference the above-stated general objections as

15   if fully set forth herein. Larian also specifically objects to this request on the

16   grounds that it is overbroad and seeks information not relevant to the subject matter

17   of this lawsuit or reasonably calculated to lead to the discovery of admissible

18   evidence. Larian also objects to this request on the grounds that it is overbroad,

19   unduly burdensome, and oppressive in seeking documents that show customer

20   rebates and credits given by MGA or its licensees to all customers in connection

21   with Bratz products. Larian also objects to this request on the grounds that it seeks

22   confidential, proprietary or commercially sensitive information, the disclosure of

23   which would be inimical to the business interests of Larian and one or more third

24   parties. Larian also objects to this request to the extent it seeks information the

25   disclosure of which would implicate the rights of third parties to protect private,

26   confidential, proprietary or trade secret information. Larian also objects to this

27   request to the extent it calls for the disclosure of attorney-client privileged

28   information or information protected from disclosure by the work-product doctrine,

EXHIBIT _15_ PAGE _736_   - 246 -

1   joint defense or common interest privilege, or other privilege. Larian also objects

2   to this request to the extent it seeks documents not within Larian's possession,

3   custody or control.

4            Subject to the foregoing, Larian will produce documents, consistent

5   with the parties' agreement concerning the same requests to MGA in Mattel's

6   Second Set of Requests for Production to MGA, as reflected in MGA's

7   Supplemental Responses to those Requests, within his possession, custody, or

8   control that are responsive to the request, if any, and that have not already been

9   produced, that he discovers in the course of his reasonable search and diligent

10  inquiry, and to which no privilege or other protection applies, including without

11  limitation, the attorney-client privilege or attorney's work product doctrine.

12  **REQUEST FOR PRODUCTION NO. 257:**

13            DOCUMENTS sufficient to show, by product number or SKU, the

14  number of units of each BRATZ PRODUCT sold by MGA or its licensees.

15  **RESPONSE TO REQUEST FOR PRODUCTION NO. 257:**

16            Larian incorporates by reference the above-stated general objections as

17  if fully set forth herein. Larian also specifically objects to this request on the

18  grounds that it is overbroad and seeks information not relevant to the subject matter

19  of this lawsuit or reasonably calculated to lead to the discovery of admissible

20  evidence. Larian also objects to this request on the grounds that it is overbroad,

21  unduly burdensome, and oppressive in seeking documents that show, by product

22  number or SKU, the number of units of all Bratz products sold by MGA or its

23  licensees. Larian also objects to this request on the grounds that it seeks

24  confidential, proprietary or commercially sensitive information, the disclosure of

25  which would be inimical to the business interests of Larian and one or more third

26  parties. Larian also objects to this request to the extent it seeks information the

27  disclosure of which would implicate the rights of third parties to protect private,

28  confidential, proprietary or trade secret information. Larian also objects to this

EXHIBIT __15__ ___737__ - 247 -

LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1  request to the extent it calls for the disclosure of attorney-client privileged

2  information or information protected from disclosure by the work-product doctrine,

3  joint defense or common interest privilege, or other privilege. Larian also objects

4  to this request to the extent it seeks documents not within Larian's possession,

5  custody or control.

6         Subject to the foregoing, Larian will produce documents, consistent

7  with the parties' agreement concerning the same requests to MGA in Mattel's

8  Second Set of Requests for Production to MGA, as reflected in MGA's

9  Supplemental Responses to those Requests, within his possession, custody, or

10  control that are responsive to the request, if any, and that have not already been

11  produced, that he discovers in the course of his reasonable search and diligent

12  inquiry, and to which no privilege or other protection applies, including without

13  limitation, the attorney-client privilege or attorney's work product doctrine.

14  **REQUEST FOR PRODUCTION NO. 258:**

15         DOCUMENTS sufficient to show, by product number or SKU, the

16  revenue received by YOU from the sale of each BRATZ PRODUCT sold by MGA

17  or its licensees.

18  **RESPONSE TO REQUEST FOR PRODUCTION NO. 258:**

19         Larian incorporates by reference the above-stated general objections as

20  if fully set forth herein. Larian also specifically objects to this request on the

21  grounds that it is overbroad and seeks information not relevant to the subject matter

22  of this lawsuit or reasonably calculated to lead to the discovery of admissible

23  evidence. Larian also objects to this request on the grounds that it is overbroad,

24  unduly burdensome, and oppressive in seeking documents that show, by product

25  number or SKU, the revenue received by Larian from the sale of all Bratz products

26  sold by MGA or its licensees. Larian also objects to this request on the grounds

27  that it seeks confidential, proprietary or commercially sensitive information, the

28  disclosure of which would be inimical to the business interests of Larian and one or

EXHIBIT **15** PAGE **738**        - 248 -        LARIAN'S SUPP. RESPONSE TO MATTEL'S
                                        1ST SET OF REQUESTS FOR PRODUCTION
                                        CV 04-9049 SGL (RNBX)

1  more third parties. Larian also objects to this request to the extent it seeks

2  information the disclosure of which would implicate the rights of third parties to

3  protect private, confidential, proprietary or trade secret information. Larian also

4  objects to this request to the extent it calls for the disclosure of attorney-client

5  privileged information or information protected from disclosure by the work-

6  product doctrine, joint defense or common interest privilege, or other privilege.

7  Larian also objects to this request to the extent it seeks documents not within

8  Larian's possession, custody or control.

9  　　　　Subject to the foregoing, Larian will produce documents, consistent

10  with the parties' agreement concerning the same requests to MGA in Mattel's

11  Second Set of Requests for Production to MGA, as reflected in MGA's

12  Supplemental Responses to those Requests, within his possession, custody, or

13  control that are responsive to the request, if any, and that have not already been

14  produced, that he discovers in the course of his reasonable search and diligent

15  inquiry, and to which no privilege or other protection applies, including without

16  limitation, the attorney-client privilege or attorney's work product doctrine.

17  **REQUEST FOR PRODUCTION NO. 259:**

18  　　　　DOCUMENTS sufficient to show, by product number or SKU, YOUR

19  cost of goods sold, unit cost and other costs for each BRATZ PRODUCT sold by

20  MGA or its licensees.

21  **RESPONSE TO REQUEST FOR PRODUCTION NO. 259:**

22  　　　　Larian incorporates by reference the above-stated general objections as

23  if fully set forth herein. Larian also specifically objects to this request on the

24  grounds that it is overbroad and seeks information not relevant to the subject matter

25  of this lawsuit or reasonably calculated to lead to the discovery of admissible

26  evidence. Larian also objects to this request on the grounds that it is overbroad,

27  unduly burdensome, and oppressive in seeking documents that show, by product

28  number or SKU, Larian's cost of goods sold, unit cost and other costs for all Bratz

EXHIBIT _15_ PAGE _739_   - 249 -

LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1   products sold by MGA or its licensees.  Larian also objects to this request on the

2   grounds that it seeks confidential, proprietary or commercially sensitive

3   information, the disclosure of which would be inimical to the business interests of

4   Larian and one or more third parties.  Larian also objects to this request to the

5   extent it seeks information the disclosure of which would implicate the rights of

6   third parties to protect private, confidential, proprietary or trade secret information.

7   Larian also objects to this request to the extent it calls for the disclosure of attorney-

8   client privileged information or information protected from disclosure by the work-

9   product doctrine, joint defense or common interest privilege, or other privilege.

10  Larian also objects to this request to the extent it seeks documents not within

11  Larian's possession, custody or control.

12           Subject to the foregoing, Larian will produce documents, consistent

13  with the parties' agreement concerning the same requests to MGA in Mattel's

14  Second Set of Requests for Production to MGA, as reflected in MGA's

15  Supplemental Responses to those Requests, within his possession, custody, or

16  control that are responsive to the request, if any, and that have not already been

17  produced, that he discovers in the course of his reasonable search and diligent

18  inquiry, and to which no privilege or other protection applies, including without

19  limitation, the attorney-client privilege or attorney's work product doctrine.

20  **REQUEST FOR PRODUCTION NO. 260:**

21           All DOCUMENTS that evidence, reflect or REFER OR RELATE TO

22  YOUR or MGA's profits, by product number or SKU, from the sale of each

23  BRATZ PRODUCT sold by MGA or its licensees.

24  **RESPONSE TO REQUEST FOR PRODUCTION NO. 17:**

25           Larian incorporates by reference the above-stated general objections as

26  if fully set forth herein.  Larian also specifically objects to this request on the

27  grounds that it is overbroad and seeks information not relevant to the subject matter

28  of this lawsuit or reasonably calculated to lead to the discovery of admissible

EXHIBIT _15_   PAGE _740_ - 250 -

LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1  evidence.  Larian also objects to this request on the grounds that it is overbroad,

2  unduly burdensome, and oppressive in seeking documents that reflect or refer or

3  relate, by product number or SKU, to Larian or MGA's profits from the sale of all

4  Bratz products by MGA or its licensees.  Larian also objects to this request on the

5  grounds that it seeks confidential, proprietary or commercially sensitive

6  information, the disclosure of which would be inimical to the business interests of

7  Larian and one or more third parties.  Larian also objects to this request to the

8  extent it seeks information the disclosure of which would implicate the rights of

9  third parties to protect private, confidential, proprietary or trade secret information.

10  Larian also objects to this request to the extent it calls for the disclosure of attorney-

11  client privileged information or information protected from disclosure by the work-

12  product doctrine, joint defense or common interest privilege, or other privilege.

13  Larian also objects to this request to the extent it seeks documents not within

14  Larian's possession, custody or control.

15          Subject to the foregoing, Larian will produce documents, consistent

16  with the parties' agreement concerning the same requests to MGA in Mattel's

17  Second Set of Requests for Production to MGA, as reflected in MGA's

18  Supplemental Responses to those Requests, within his possession, custody, or

19  control that are responsive to the request, if any, and that have not already been

20  produced, that he discovers in the course of his reasonable search and diligent

21  inquiry, and to which no privilege or other protection applies, including without

22  limitation, the attorney-client privilege or attorney's work product doctrine.

23  **REQUEST FOR PRODUCTION NO. 261:**

24          For each customer to whom MGA or its licensees have ever sold any

25  BRATZ PRODUCT, DOCUMENTS sufficient to show, by product number or

26  SKU, the number of units of each such BRATZ PRODUCT sold by MGA or its

27  licensees to that customer.

28

EXHIBIT _15_ PAGE _741_   - 251 -   LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1    **<u>RESPONSE TO REQUEST FOR PRODUCTION NO. 261:</u>**

2              Larian incorporates by reference the above-stated general objections as

3    if fully set forth herein.  Larian also specifically objects to this request on the

4    grounds that it is overbroad and seeks information not relevant to the subject matter

5    of this lawsuit or reasonably calculated to lead to the discovery of admissible

6    evidence.  Larian also objects to this request on the grounds that it is overbroad,

7    unduly burdensome, and oppressive in seeking documents that show the number of

8    units of all Bratz products sold by Larian, MGA, or its licensees to every customer

9    to whom MGA or its licensees have ever sold any Bratz products.  Larian also

10   objects to this request on the grounds that it seeks confidential, proprietary or

11   commercially sensitive information, the disclosure of which would be inimical to

12   the business interests of Larian and one or more third parties.  Larian also objects to

13   this request to the extent it seeks information the disclosure of which would

14   implicate the rights of third parties to protect private, confidential, proprietary or

15   trade secret information.  Larian also objects to this request to the extent it calls for

16   the disclosure of attorney-client privileged information or information protected

17   from disclosure by the work-product doctrine, joint defense or common interest

18   privilege, or other privilege.  Larian also objects to this request to the extent it seeks

19   documents not within Larian's possession, custody or control.

20             Subject to the foregoing, Larian will produce documents, consistent

21   with the parties' agreement concerning the same requests to MGA in Mattel's

22   Second Set of Requests for Production to MGA, as reflected in MGA's

23   Supplemental Responses to those Requests, within his possession, custody, or

24   control that are responsive to the request, if any, and that have not already been

25   produced, that he discovers in the course of his reasonable search and diligent

26   inquiry, and to which no privilege or other protection applies, including without

27   limitation, the attorney-client privilege or attorney's work product doctrine.

28

EXHIBIT _15_ PAGE _742_    - 252 -

1  **REQUEST FOR PRODUCTION NO. 262:**

2          For each customer to whom MGA or its licensees have ever sold any

3  BRATZ PRODUCT, DOCUMENTS sufficient to show, by product number or

4  SKU, the revenue received by YOU from each such BRATZ PRODUCT sold by

5  MGA or its licensees to that customer.

6  **RESPONSE TO REQUEST FOR PRODUCTION NO. 262:**

7          Larian incorporates by reference the above-stated general objections as

8  if fully set forth herein.  Larian also specifically objects to this request on the

9  grounds that it is overbroad and seeks information not relevant to the subject matter

10  of this lawsuit or reasonably calculated to lead to the discovery of admissible

11  evidence.  Larian also objects to this request on the grounds that it is overbroad,

12  unduly burdensome, and oppressive in seeking documents that show the revenue

13  received by Larian from all Bratz products sold by MGA or its licensees to every

14  customer to whom MGA or its licenses have ever sold any Bratz products.  Larian

15  also objects to this request on the grounds that it seeks confidential, proprietary or

16  commercially sensitive information, the disclosure of which would be inimical to

17  the business interests of Larian and one or more third parties.  Larian also objects to

18  this request to the extent it seeks information the disclosure of which would

19  implicate the rights of third parties to protect private, confidential, proprietary or

20  trade secret information.  Larian also objects to this request to the extent it calls for

21  the disclosure of attorney-client privileged information or information protected

22  from disclosure by the work-product doctrine, joint defense or common interest

23  privilege, or other privilege.  Larian also objects to this request to the extent it seeks

24  documents not within Larian's possession, custody or control.

25          Subject to the foregoing, Larian will produce documents, consistent

26  with the parties' agreement concerning the same requests to MGA in Mattel's

27  Second Set of Requests for Production to MGA, as reflected in MGA's

28  Supplemental Responses to those Requests, within his possession, custody, or

EXHIBIT **15** PAGE **743** - 253 -

LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1  control that are responsive to the request, if any, and that have not already been

2  produced, that he discovers in the course of his reasonable search and diligent

3  inquiry, and to which no privilege or other protection applies, including without

4  limitation, the attorney-client privilege or attorney's work product doctrine.

5  **REQUEST FOR PRODUCTION NO. 263:**

6           DOCUMENTS sufficient to show the revenue and profits derived by

7  YOU or MGA from the sale by YOU, MGA or its licensees of BRATZ

8  PRODUCTS including, without limitation, DOCUMENTS sufficient to show sales

9  revenue, costs of goods sold, variable costs, gross margins, royalties paid and

10  received, gross profits and nets profits.

11  **RESPONSE TO REQUEST FOR PRODUCTION NO. 263:**

12           Larian incorporates by reference the above-stated general objections as

13  if fully set forth herein.  Larian also specifically objects to this request on the

14  grounds that it is overbroad and seeks information not relevant to the subject matter

15  of this lawsuit or reasonably calculated to lead to the discovery of admissible

16  evidence.  Larian also objects to this request on the grounds that it is overbroad,

17  unduly burdensome, and oppressive in seeking documents that show the revenues

18  and profits derived by Larian or MGA from the sale of all Bratz products by MGA

19  or its licensees.  Larian also objects to this request on the grounds that it seeks

20  confidential, proprietary or commercially sensitive information, the disclosure of

21  which would be inimical to the business interests of Larian and one or more third

22  parties.  Larian also objects to this request to the extent it seeks information the

23  disclosure of which would implicate the rights of third parties to protect private,

24  confidential, proprietary or trade secret information.  Larian also objects to this

25  request to the extent it calls for the disclosure of attorney-client privileged

26  information or information protected from disclosure by the work-product doctrine,

27  joint defense or common interest privilege, or other privilege.  Larian also objects

28  to this request to the extent it seeks documents not within Larian's possession,

EXHIBIT _15_ PAGE _744_   - 254 -   LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1   custody or control.

2          Subject to the foregoing, Larian will produce documents, consistent

3   with the parties' agreement concerning the same requests to MGA in Mattel's

4   Second Set of Requests for Production to MGA, as reflected in MGA's

5   Supplemental Responses to those Requests, within his possession, custody, or

6   control that are responsive to the request, if any, and that have not already been

7   produced, that he discovers in the course of his reasonable search and diligent

8   inquiry, and to which no privilege or other protection applies, including without

9   limitation, the attorney-client privilege or attorney's work product doctrine.

10  **REQUEST FOR PRODUCTION NO. 264:**

11          DOCUMENTS sufficient to show the revenue and profits derived by

12  YOU or MGA from BRATZ MOVIES including, without limitation,

13  DOCUMENTS sufficient to show sales revenue, costs of goods sold, variable costs,

14  gross margins, royalties paid and received, gross profits and net profits.

15  **RESPONSE TO REQUEST FOR PRODUCTION NO. 264:**

16          Larian incorporates by reference the above-stated general objections as

17  if fully set forth herein. Larian also specifically objects to this request on the

18  grounds that it is overbroad and seeks information not relevant to the subject matter

19  of this lawsuit or reasonably calculated to lead to the discovery of admissible

20  evidence. Larian also objects to this request on the grounds that it is overbroad,

21  unduly burdensome, and oppressive in seeking documents that show the revenues

22  and profits derived by Larian or MGA from Bratz movies. Larian also objects to

23  this request on the grounds that it seeks confidential, proprietary or commercially

24  sensitive information, the disclosure of which would be inimical to the business

25  interests of Larian and one or more third parties. Larian also objects to this request

26  to the extent it seeks information the disclosure of which would implicate the rights

27  of third parties to protect private, confidential, proprietary or trade secret

28  information. Larian also objects to this request to the extent it calls for the

EXHIBIT *15* PAGE *745* - 255 -

LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1  disclosure of attorney-client privileged information or information protected from

2  disclosure by the work-product doctrine, joint defense or common interest

3  privilege, or other privilege.  Larian also objects to this request to the extent it seeks

4  documents not within Larian's possession, custody or control.

5        Subject to the foregoing, Larian will produce documents, consistent

6  with the parties' agreement concerning the same requests to MGA in Mattel's

7  Second Set of Requests for Production to MGA, as reflected in MGA's

8  Supplemental Responses to those Requests, within his possession, custody, or

9  control that are responsive to the request, if any, and that have not already been

10  produced, that he discovers in the course of his reasonable search and diligent

11  inquiry, and to which no privilege or other protection applies, including without

12  limitation, the attorney-client privilege or attorney's work product doctrine.

13  **REQUEST FOR PRODUCTION NO. 265:**

14        DOCUMENTS sufficient to show the revenue and profits derived by

15  YOU or MGA from BRATZ TELEVISION SHOWS including, without limitation,

16  DOCUMENTS sufficient to show sales revenue, costs of goods sold, variable costs,

17  gross margins, royalties paid and received, gross profits and net profits.

18  **RESPONSE TO REQUEST FOR PRODUCTION NO. 265:**

19        Larian incorporates by reference the above-stated general objections as

20  if fully set forth herein.  Larian also specifically objects to this request on the

21  grounds that it is overbroad and seeks information not relevant to the subject matter

22  of this lawsuit or reasonably calculated to lead to the discovery of admissible

23  evidence.  Larian also objects to this request on the grounds that it is overbroad,

24  unduly burdensome, and oppressive in seeking documents that show the revenues

25  and profits derived by Larian or MGA from Bratz television shows.  Larian also

26  objects to this request on the grounds that it seeks confidential, proprietary or

27  commercially sensitive information, the disclosure of which would be inimical to

28  the business interests of Larian and one or more third parties.  Larian also objects to

EXHIBIT 15  PAGE 744   - 256 -

LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1   this request to the extent it seeks information the disclosure of which would

2   implicate the rights of third parties to protect private, confidential, proprietary or

3   trade secret information.  Larian also objects to this request to the extent it calls for

4   the disclosure of attorney-client privileged information or information protected

5   from disclosure by the work-product doctrine, joint defense or common interest

6   privilege, or other privilege.  Larian also objects to this request to the extent it seeks

7   documents not within Larian's possession, custody or control.

8           Subject to the foregoing, Larian will produce documents, consistent

9   with the parties' agreement concerning the same requests to MGA in Mattel's

10  Second Set of Requests for Production to MGA, as reflected in MGA's

11  Supplemental Responses to those Requests, within his possession, custody, or

12  control that are responsive to the request, if any, and that have not already been

13  produced, that he discovers in the course of his reasonable search and diligent

14  inquiry, and to which no privilege or other protection applies, including without

15  limitation, the attorney-client privilege or attorney's work product doctrine.

16  **REQUEST FOR PRODUCTION NO. 266:**

17          All quarterly and annual profit and loss statements for BRATZ.

18  **RESPONSE TO REQUEST FOR PRODUCTION NO. 266:**

19          Larian incorporates by reference the above-stated general objections as

20  if fully set forth herein.  Larian also specifically objects to this request on the

21  grounds that it is overbroad and seeks information not relevant to the subject matter

22  of this lawsuit or reasonably calculated to lead to the discovery of admissible

23  evidence.  Larian also objects to this request on the grounds that it is overbroad,

24  unduly burdensome, and oppressive in seeking all of MGA's quarterly and annual

25  profit and loss statements for Bratz.  Larian also objects to this request on the

26  grounds that it seeks confidential, proprietary or commercially sensitive

27  information, the disclosure of which would be inimical to the business interests of

28  Larian and one or more third parties.  Larian also objects to this request to the

1  extent it seeks information the disclosure of which would implicate the rights of
2  third parties to protect private, confidential, proprietary or trade secret information.
3  Larian also objects to this request to the extent it calls for the disclosure of attorney-
4  client privileged information or information protected from disclosure by the work-
5  product doctrine, joint defense or common interest privilege, or other privilege.
6  Larian also objects to this request to the extent it seeks documents not within
7  Larian's possession, custody or control.
8          Subject to the foregoing, Larian will produce documents, consistent
9  with the parties' agreement concerning the same requests to MGA in Mattel's
10  Second Set of Requests for Production to MGA, as reflected in MGA's
11  Supplemental Responses to those Requests, within his possession, custody, or
12  control that are responsive to the request, if any, and that have not already been
13  produced, that he discovers in the course of his reasonable search and diligent
14  inquiry, and to which no privilege or other protection applies, including without
15  limitation, the attorney-client privilege or attorney's work product doctrine.

16  **REQUEST FOR PRODUCTION NO. 267:**

17          All sales, profit and cash flow projections or forecasts for BRATZ
18  DOLLS, BRATZ PRODUCTS, BRATZ MOVIES and BRATZ TELEVISION
19  SHOWS.

20  **RESPONSE TO REQUEST FOR PRODUCTION NO. 267:**

21          Larian incorporates by reference the above-stated general objections as
22  if fully set forth herein. Larian also specifically objects to this request on the
23  grounds that it is overbroad and seeks information not relevant to the subject matter
24  of this lawsuit or reasonably calculated to lead to the discovery of admissible
25  evidence. Larian also objects to this request on the grounds that it is overbroad,
26  unduly burdensome, and oppressive in seeking all of MGA's profit and cash flow
27  projections and forecasts for Bratz dolls, Bratz products, Bratz movies, and Bratz
28  television shows. Larian also objects to this request on the grounds that it seeks

EXHIBIT _15_ PAGE _748_  - 258 -

LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1  confidential, proprietary or commercially sensitive information, the disclosure of

2  which would be inimical to the business interests of Larian and one or more third

3  parties.  Larian also objects to this request to the extent it seeks information the

4  disclosure of which would implicate the rights of third parties to protect private,

5  confidential, proprietary or trade secret information.  Larian also objects to this

6  request to the extent it calls for the disclosure of attorney-client privileged

7  information or information protected from disclosure by the work-product doctrine,

8  joint defense or common interest privilege, or other privilege.  Larian also objects

9  to this request to the extent it seeks documents not within Larian's possession,

10  custody or control.

11          Subject to the foregoing, Larian will produce documents, consistent

12  with the parties' agreement concerning the same requests to MGA in Mattel's

13  Second Set of Requests for Production to MGA, as reflected in MGA's

14  Supplemental Responses to those Requests, within his possession, custody, or

15  control that are responsive to the request, if any, and that have not already been

16  produced, that he discovers in the course of his reasonable search and diligent

17  inquiry, and to which no privilege or other protection applies, including without

18  limitation, the attorney-client privilege or attorney's work product doctrine.

19  **REQUEST FOR PRODUCTION NO. 268:**

20          All DOCUMENTS that REFER OR RELATE TO the value of the

21  BRATZ brand.

22  **RESPONSE TO REQUEST FOR PRODUCTION NO. 268:**

23          Larian incorporates by reference the above-stated general objections as

24  if fully set forth herein.  Larian also specifically objects to this request on the

25  grounds that it is overbroad and seeks information not relevant to the subject matter

26  of this lawsuit or reasonably calculated to lead to the discovery of admissible

27  evidence.  Larian also objects to this request on the grounds that it is overbroad,

28  unduly burdensome, and oppressive in seeking all documents that refer or relate to

EXHIBIT _15_ PAGE _749_ - 259 -

LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1  the value of the Bratz brand.  Larian also objects to this request on the grounds that

2  it is vague and ambiguous in that Larian cannot determine what is meant by or how

3  to calculate "the value of the Bratz brand." Larian also objects to this request on

4  the grounds that it seeks confidential, proprietary or commercially sensitive

5  information, the disclosure of which would be inimical to the business interests of

6  Larian and one or more third parties.  Larian also objects to this request to the

7  extent it seeks information the disclosure of which would implicate the rights of

8  third parties to protect private, confidential, proprietary or trade secret information.

9  Larian also objects to this request to the extent it calls for the disclosure of attorney-

10  client privileged information or information protected from disclosure by the work-

11  product doctrine, joint defense or common interest privilege, or other privilege.

12  Larian also objects to this request to the extent it seeks documents not within

13  Larian's possession, custody or control.

14         Subject to the foregoing, Larian will produce documents, consistent

15  with the parties' agreement concerning the same requests to MGA in Mattel's

16  Second Set of Requests for Production to MGA, as reflected in MGA's

17  Supplemental Responses to those Requests, within his possession, custody, or

18  control that are responsive to the request, if any, and that have not already been

19  produced, that he discovers in the course of his reasonable search and diligent

20  inquiry, and to which no privilege or other protection applies, including without

21  limitation, the attorney-client privilege or attorney's work product doctrine.

22  **REQUEST FOR PRODUCTION NO. 270:**

23         All DOCUMENTS that evidence, reflect or REFER OR RELATE TO

24  the BRATZ DOLL'S share of the fashion doll market including, without limitation,

25  the extent to which Bratz has been or is gaining or losing market share in the

26  fashion doll market.

27  **RESPONSE TO REQUEST FOR PRODUCTION NO. 270:**

28         Larian incorporates by reference the above-stated general objections as

EXHIBIT *15* PAGE *750*     - 260 -

1  if fully set forth herein.  Larian also specifically objects to this request on the

2  grounds that it is overbroad and seeks information not relevant to the subject matter

3  of this lawsuit or reasonably calculated to lead to the discovery of admissible

4  evidence.  Larian further objects on the ground that the request is vague and

5  ambiguous.  Larian objects to the extent the documents are equally available to

6  Mattel from third parties.  Larian also objects to this request on the grounds that it

7  is overbroad, unduly burdensome, and oppressive in seeking all documents that

8  evidence, reflect or refer or relate to the Bratz doll's share of the fashion doll

9  market, including the extent to which Bratz has been or is gaining or losing market

10  share in the fashion doll market.  Larian also objects to this request on the grounds

11  that it seeks confidential, proprietary or commercially sensitive information, the

12  disclosure of which would be inimical to the business interests of Larian and one or

13  more third parties.  Larian also objects to this request to the extent it seeks

14  information the disclosure of which would implicate the rights of third parties to

15  protect private, confidential, proprietary or trade secret information.  Larian also

16  objects to this request to the extent it calls for the disclosure of attorney-client

17  privileged information or information protected from disclosure by the work-

18  product doctrine, joint defense or common interest privilege, or other privilege.

19  Larian also objects to this request to the extent it seeks documents not within

20  Larian's possession, custody or control.

21         Subject to the foregoing, Larian will produce documents, consistent

22  with the parties' agreement concerning the same requests to MGA in Mattel's

23  Second Set of Requests for Production to MGA, as reflected in MGA's

24  Supplemental Responses to those Requests, within his possession, custody, or

25  control that are responsive to the request, if any, and that have not already been

26  produced, that he discovers in the course of his reasonable search and diligent

27  inquiry, and to which no privilege or other protection applies, including without

28  limitation, the attorney-client privilege or attorney's work product doctrine.

EXHIBIT _15_ PAGE _751_  - 261 -

LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

**REQUEST FOR PRODUCTION NO. 271:**

        DOCUMENTS sufficient to show each of YOUR position(s), titles and functions with and relationship to MGA, including without limitation with or to MGA Entertainment HK Limited and MGAE de Mexico, S.r.l. de C.V.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 271:**

        Larian incorporates by reference the above-stated general objections as if fully set forth herein. Larian also specifically objects to this request on the grounds that it is overbroad and seeks information not relevant to the subject matter of this lawsuit or reasonably calculated to lead to the discovery of admissible evidence. Larian also objects to this request on the grounds that it seeks confidential, proprietary or commercially sensitive information, the disclosure of which would be inimical to the business interests of Larian and one or more third parties. Larian also objects to this request to the extent it seeks information the disclosure of which would implicate the rights of third parties to protect private, confidential, proprietary or trade secret information. Larian also objects to this request to the extent that it seeks information in the public record and, thus, equally available to Mattel. Larian also objects to this request to the extent it calls for the disclosure of attorney-client privileged information or information protected from disclosure by the work-product doctrine, joint defense or common interest privilege, or other privilege.

        Subject to the foregoing, Larian will produce documents sufficient to make the requested showing pertaining to MGA Entertainment, Inc., MGA Entertainment HK Limited and MGAE de Mexico, S.r.l. de C.V., within his possession, custody, or control that are responsive to the request, if any, and that have not already been produced, that he discovers in the course of his reasonable search and diligent inquiry, and to which no privilege or other protection applies, including without limitation, the attorney-client privilege or attorney's work product doctrine.

EXHIBIT _15_ PAGE _752_ - 262 -

**REQUEST FOR PRODUCTION NO. 272:**

All DOCUMENTS RELATING TO the ownership of MGA Entertainment HK Limited.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 272:**

Larian incorporates by reference the above-stated general objections as if fully set forth herein. Larian also specifically objects to this request on the grounds that it is overbroad and seeks information not relevant to the subject matter of this lawsuit or reasonably calculated to lead to the discovery of admissible evidence. Larian also objects to this request on the grounds that it seeks confidential, proprietary or commercially sensitive information, the disclosure of which would be inimical to the business interests of Larian and one or more third parties. Larian also objects to this request to the extent it seeks information the disclosure of which would implicate the rights of third parties to protect private, confidential, proprietary or trade secret information. Larian also objects to this request to the extent it calls for the disclosure of attorney-client privileged information or information protected from disclosure by the work-product doctrine, joint defense or common interest privilege, or other privilege. Larian also objects to this request to the extent it seeks documents not within Larian's possession, custody or control.

Subject to the foregoing, Larian will produce documents sufficient to show the ownership of MGA Entertainment HK Limited and MGAE de Mexico, S.r.l. de C.V. within his possession, custody, or control that are responsive to the request, if any, and that have not already been produced, that he discovers in the course of his reasonable search and diligent inquiry, and to which no privilege or other protection applies, including without limitation, the attorney-client privilege or attorney's work product doctrine.

**REQUEST FOR PRODUCTION NO. 273:**

All DOCUMENTS RELATING TO the ownership of MGAE de

EXHIBIT _15_ PAGE _753_ - 263 -

1  Mexico, S.r.l. de C.V.

2  **RESPONSE TO REQUEST FOR PRODUCTION NO. 273:**

3  Larian incorporates by reference the above-stated general objections as

4  if fully set forth herein. Larian also specifically objects to this request on the

5  grounds that it is overbroad and seeks information not relevant to the subject matter

6  of this lawsuit or reasonably calculated to lead to the discovery of admissible

7  evidence. Larian also objects to this request on the grounds that it seeks

8  confidential, proprietary or commercially sensitive information, the disclosure of

9  which would be inimical to the business interests of Larian and one or more third

10  parties. Larian also objects to this request to the extent it seeks information the

11  disclosure of which would implicate the rights of third parties to protect private,

12  confidential, proprietary or trade secret information. Larian also objects to this

13  request to the extent it calls for the disclosure of attorney-client privileged

14  information or information protected from disclosure by the work-product doctrine,

15  joint defense or common interest privilege, or other privilege. Larian also objects

16  to this request to the extent it seeks documents not within Larian's possession,

17  custody or control.

18  Subject to the foregoing, Larian will produce documents sufficient to

19  show the ownership of MGA Entertainment HK Limited and MGAE de Mexico,

20  S.r.l. de C.V. within his possession, custody, or control that are responsive to the

21  request, if any, and that have not already been produced, that he discovers in the

22  course of his reasonable search and diligent inquiry, and to which no privilege or

23  other protection applies, including without limitation, the attorney-client privilege

24  or attorney's work product doctrine.

25  **REQUEST FOR PRODUCTION NO. 274:**

26  An electronic copy of each DOCUMENT that YOU have produced in

27  this action, or that is responsive to these Requests, that is or was created, prepared,

28  generated, maintained or transmitted in digital form.

EXHIBIT _15_ PAGE _754_ - 264 -

**RESPONSE TO REQUEST FOR PRODUCTION NO. 274:**

Larian incorporates by reference the above-stated general objections as if fully set forth herein.  Larian also specifically objects to this request on the grounds that is overbroad, unduly burdensome and oppressive, particularly as to the expense associated with producing to Mattel in electronic form documents that Larian has already produced, or will produce in response to these requests, in another form, and seeks documents that are not relevant nor likely to lead to the discovery of admissible evidence.

Subject to the foregoing, Larian will produce all documents within his possession, custody, or control that are responsive to the request, if any, in compliance with the parties' agreements governing the production of electronic documents and metadata, and that have not already been produced, that he discovers in the course of his reasonable search and diligent inquiry, and to which no privilege or other protection applies, including without limitation, the attorney-client privilege or attorney's work product doctrine.

**REQUEST FOR PRODUCTION NO. 275:**

The metadata for each DOCUMENT that YOU have produced in this action, or that is responsive to these Requests, that is or was created, prepared, generated, maintained or transmitted in digital form.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 275:**

Larian incorporates by reference the above-stated general objections as if fully set forth herein.  Larian also specifically objects to this request on the grounds that is it unduly burdensome and oppressive, particularly as to the expense associated with producing metadata to Mattel for each digital document that Larian has already produced, or will produce in response to these requests, if any and seeks documents that are not relevant nor likely to lead to the discovery of admissible evidence.  Larian also objects to this request to the extent it calls for the disclosure of attorney-client privileged information or information protected from disclosure

EXHIBIT *15* PAGE *755* - 265 -

1  by the work-product doctrine, joint defense or common interest privilege, or other

2  privilege.

3          Subject to the foregoing, Larian will produce all documents within his

4  possession, custody, or control that are responsive to the request, if any, in

5  compliance with the parties' agreements governing the production of electronic

6  documents and metadata, and that have not already been produced, that he

7  discovers in the course of his reasonable search and diligent inquiry, and to which

8  no privilege or other protection applies, including without limitation, the attorney-

9  client privilege or attorney's work product doctrine.

10  **REQUEST FOR PRODUCTION NO. 276:**

11          To the extent not produced in response to any other Request for

12  Production, all DOCUMENTS and tangible things upon which YOU intend to rely

13  in this ACTION.

14  **RESPONSE TO REQUEST FOR PRODUCTION NO. 276:**

15          Larian incorporates by reference the above-stated general objections as

16  if fully set forth herein.  Larian also specifically objects to this request on the

17  grounds that it is overbroad and unduly burdensome in that it calls for all

18  documents and tangible things upon which Larian intends to rely in this action.

19  Larian also objects to this request on the grounds that it calls for legal conclusions.

20  Larian also objects to this request on the grounds that it seeks information in

21  Mattel's possession and/or in the public record, and/or equally available to Mattel.

22  Larian also objects to this request to the extent it calls for the disclosure of attorney-

23  client privileged information or information protected from disclosure by the work-

24  product doctrine, joint defense or common interest privilege, or other privilege.

25          Subject to the foregoing, Larian will produce all documents, and make

26  available for inspection all tangible things, within his possession, custody, or

27  control that are responsive to the request, if any, and that have not already been

28  produced, that he discovers in the course of his reasonable search and diligent

EXHIBIT _15_ PAGE _750_  - 266 -   LARIAN'S SUPP. RESPONSE TO MATTEL'S
                                    1ST SET OF REQUESTS FOR PRODUCTION
                                    CV 04-9049 SGL (RNBX)

inquiry, and to which no privilege or other protection applies, including without limitation, the attorney-client privilege or attorney's work product doctrine.

Dated:      September 25, 2007

DIANA M. TORRES
DALE M. CENDALI
WILLIAM J. CHARRON
O'MELVENY & MYERS LLP

By: _William Charron / BJS_
         William J. Charron
Attorneys for Plaintiff
MGA Entertainment, Inc.

CCI:771428.2

LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1   DALE M. CENDALI (admitted pro hac vice)
    dcendali@omm.com
2   MARC FEINSTEIN (S.B. #158901)
    mfeinstein@omm.com
3   O'MELVENY & MYERS LLP
    400 S. Hope Street, 18th Floor
4   Los Angeles, CA 90071-2899
    Telephone: (213) 430-6000
5   Facsimile: (213) 430-6407

6   PATRICIA GLASER (S.B. #55668)
    pglaser@chrisglase.com
7   Christensen, Glaser, Fink, Jacobs, Weil &
    Shapiro, LLP
8   10250 Constellation Boulevard, 19th Floor
    Los Angeles, CA 90067
9   Telephone: (310) 553-3000
    Facsimile: (310) 557-9815
10   Attorneys for MGA Entertainment, Inc.

11           **UNITED STATES DISTRICT COURT**

12           **CENTRAL DISTRICT OF CALIFORNIA**

13               **EASTERN DIVISION**

14

15   CARTER BRYANT, an individual,      Case No. CV 04-9049 SGL (RNBx)
                                       (consolidated with CV 04-9059 & 05-
16            Plaintiff,              2727)

17       v.                             **PROOF OF SERVICE**

18   MATTEL, INC., a Delaware        Hearing Date: T.B.D.
    corporation,                     Time: T.B.D.
19                                   Discovery Cutoff: January 1, 2008
           Defendant.          Trial Date: April 29, 2008
20

21
   AND CONSOLIDATED ACTIONS
22

23

24

25

26

27

28

PROOF OF SERVICE

1

## PROOF OF SERVICE

2

I, Gwen Chavez, declare:

3

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 400 South Hope Street, Los Angeles, California 90071-2899. On September 28, 2007, I served the within documents:

4

5

6

**ISAAC LARIAN'S SUPPLEMENTAL RESPONSES TO MATTEL, INC.'S FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS**

7

☒   by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

8

9

10

11

12

Michael H. Page
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111
mpage@kvn.com
(Attorneys for Carter Bryant)

13

14

15

16

Patricia Glaser
Christensen, Glaser, Fink, Jacobs, Weil & Shapiro, LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, CA 90067
pglaser@chrisglase.com
(Attorneys for MGA Entertainment, Inc.)

17

18

19

20

James W. Spertus
Law Office of James W. Spertus
12100 Wilshire Blvd., Suite 620
Los Angeles, CA 90025
Jim@Spertuslaw.com

21

22

23

24

25

26

27

28

EXHIBIT _15_ PAGE _759_          1                    PROOF OF SERVICE

1

☒     by causing to be personally served the document(s) listed above on the person(s) listed below.

2

3          Michael T. Zeller
         Timothy Alger

4          Quinn Emanuel Urquhart Oliver & Hedges, LLP
         865 South Figueroa Street, 10th Floor

5          Los Angeles, CA 90017
         timalger@quinnemanuel.com

6          (Attorneys for Mattel, Inc.)

7

8

9          I declare under penalty of perjury under the laws of the United States that the above is true and correct.

10

11          Executed on September 28, 2007, at Los Angeles, California.

12

13

14

15                                        Gwen Chavez

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT *15* PAGE 760$_2$