| | |
|---|---|
| 1 | THOMAS J. NOLAN (Bar No. 066992) |
| 2 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>300 South Grand Avenue |
| 3 | Los Angeles, CA 90071-3144<br>Telephone: (213) 687-5000 |
| 4 | Facsimile: (213) 687-5600<br>E-mail: tnolan@skadden.com |
| 5 | RAOUL D. KENNEDY (Bar No. 40892) |
| 6 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>Four Embarcadero Center, Suite 3800 |
| 7 | San Francisco, CA 94111<br>Telephone: (415) 984-6400 |
| 8 | Facsimile: (415) 984-2698<br>E-mail: rkennedy@skadden.com |
| 9 | Attorneys for Counter-Defendants, |
| 10 | MGA ENTERTAINMENT, INC., ISAAC LARIAN, MGA ENTERTAINMENT (HK) LIMITED, AND MGAE de MEXICO S.R.L. de C.V. |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>   Plaintiff,<br><br>   v.<br><br>MATTEL, INC., a Delaware corporation<br><br>   Defendant.<br><br>_____<br><br>Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>**PROOF OF SERVICE**<br><br>Honorable Stephen G. Larson<br>Courtroom 1<br><br><br><br><br>Discovery Cut-Off: March 3, 2008 |

**ORIGINAL**

PROOF OF SERVICE                                                NO. CV 04-9049 SGL (RNBx)

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 300 South Grand Avenue, 34th Floor, Los Angeles, CA 90071.

On **December 10, 2007**, I served the foregoing documents described as:

**SEE ATTACHED DOCUMENT LIST**

on the interested parties in this action addressed as follows:

**SEE ATTACHED SERVICE LIST**

[X] **(BY PERSONAL SERVICE)** ☐ By personally delivering copies to the person served. (FEDERAL) (As Noted.)

[X] I caused such documents to be hand delivered to the office of the addressee. (FEDERAL) (As Noted.)

[X] **(BY FEDERAL EXPRESS)** I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing with Federal Express and the fact that the correspondence would be deposited with Federal Express that same day in the ordinary course of business; on this date, the above-referenced correspondence was placed for deposit at Los Angeles, California and placed for collection and mailing following ordinary business practices. (As Noted.)

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed on **December 10, 2007** at Los Angeles, California.

Brigitte S. Travaglini
PRINT NAME                    SIGNATURE

---

PROOF OF SERVICE                           NO. CV 04-9049 SGL (RNBx)

## DOCUMENT LIST

(1) MGA'S AND CARTER BRYANT'S JOINT NOTICE OF MOTION AND MOTION TO OVERRULE MATTEL'S RELEVANCE OBJECTION AND COMPEL DISCOVERY RELEVANT TO STATUTE OF LIMITATIONS AND LACHES DEFENSES; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

(2) DECLARATION OF MARCUS R. MUMFORD IN SUPPORT OF MGA'S AND CARTER BRYANT'S JOINT MOTION TO OVERRULE MATTEL'S RELEVANCE OBJECTION AND COMPEL DISCOVERY RELEVANT TO STATUTE OF LIMITATIONS AND LACHES DEFENSES

(3) APPLICATION TO FILE UNDER SEAL MGA'S AND CARTER BRYANT'S JOINT NOTICE OF MOTION AND MOTION TO OVERRULE MATTEL'S RELEVANCE OBJECTION AND COMPEL DISCOVERY RELEVANT TO STATUTE OF LIMITATIONS AND LACHES DEFENSES, MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF, AND DECLARATION OF MARCUS R. MUMFORD IN SUPPORT THEREOF; AND [PROPOSED] ORDER; and

(4) PROOF OF SERVICE

# SERVICE LIST

John B. Quinn, Esq.
Michael T. Zeller, Esq.
Jon D. Corey, Esq.
Timothy L. Alger, Esq.
Quinn Emanuel Urquhart Oliver &
Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017-2543
(213)  443-3000
(213)  443-3100 (Fax)

Attorneys for Mattel, Inc.
[Personal Service]

John W. Keker, Esq.
Michael H. Page, Esq.
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA  94111
(415)  391-5400
(415)  397-7188 (Fax)

Attorneys for Carter Bryant
[Federal Express]

Mark E. Overland, Esq.
Alexander H. Cote, Esq.
David C. Scheper, Esq.
Overland Borenstein Scheper & Kim
300 South Grand Avenue, Suite 2750
Los Angeles, CA  90071
(213)  613-4655
(213)  613-4656 (Fax)

Attorneys for Carlos Gustavo Machado Gomez
[Federal Express]