TRANSCRIPT OF AUDIOTAPED MEETING WITH

ERNEST DUTCHER, APPRAISER

**CERTIFIED**
**COPY**

Reported by:

JOHANNA M. BENNETT

CSR No. 5263

JOB No. 888989

ESQUIRE DEPOSITION SERVICES
(323) 938-2461

**EXHIBIT 21 PAGE 312**

KRANE 0039



1

2

3

4

5

6

7

8

9

10

11      Transcript of Audiotaped Meeting with

12   Ernest Dutcher, transcribed in Temple City,

13   California, on Wednesday, September 10, 2003,

14   by JOHANNA M. BENNETT, Certified Shorthand

15   Reporter No. 5263.

16

17

18

19

20

21

22

23

24

25

2

**EXHIBIT 21 PAGE 313**

KRANE 0040



```
1    KNOWN APPEARANCES:

2

3

4         MORAD ZARABI

5         A MALE VOICE

6         ERNEST DUTCHER

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                                    3
```

ESQUIRE DEPOSITION SERVICES
(323) 938-2461

**EXHIBIT 21 PAGE 314**          KRANE 0041

1                    *         *         *

2

3              MR. ZARABI:  Today is February 7.  I have a

4    meeting with Mr. Ernest.

5              MR. DUTCHER:  Ernest Dutcher.

6              MR. ZARABI:  Ernest, and -- today is February

7    7.  I have a meeting with Mr. Ernest and the gentleman,

8    he appraised ABC or MGA International and he allow me to

9    tape this conversation for the future if use it, if we

10   need it, even in the court.

11             Will you please say your name and everything,

12   please.

13             MR. DUTCHER:  My name is Ernest E. Dutcher.  My

14   designation is master certified business appraiser, and

15   my office is in Encino, California.

16             I received the instruction to provide a limited

17   letter report which means that the -- the valuation was

18   conducted in a manner that would be required for an

19   eventual full narrative report.

20             And at the time -- at the time of the appraisal

21   of December 31, 1999, I relied on information given to

22   me by management, and we provided the report and we've

23   come -- we've used three methodologies in trying to

24   determine or estimate the value of the company.

25             MR. ZARABI:  Mr. Ernest, I have a question for

                                                            4

**EXHIBIT 21 PAGE 315**

KRANE 0042

1    you.

2          MR. DUTCHER:  Uh-huh.

3          MR. ZARABI:  Have you appraised any toys

4    company before?

5          MR. DUTCHER:  I would have to research that

6    because I've been in this business for approximately 25

7    years, and I worked for some major companies and I'm

8    sure that during that time that that type of company

9    probably was one of the thing we did.

10          I can't say for sure, but I will say this, that

11    almost every company that is appraised is done almost

12    the same way.  It typically has many methodologies that

13    are available to the appraisers such as:  The income

14    approach, the market approach and the excess earnings

15    approach is three of them.  And that's the three I used

16    in doing this particular report.

17          And the reason that we can do it that way

18    instead of like one methodology -- one -- almost every

19    company that's appraised is appraised based on its

20    future earning potential.

21          And the fact that it's a toy company or a

22    manufacturer of doors and windows, it doesn't matter

23    because the basic bookkeeping, the basic financial

24    statements and so forth all resemble one another.

25          And based on that fact that we go through the

5

EXHIBIT 21 PAGE 316                    KRANE 0043

1   potential of the company, we review the industry, which

2   in this case was rather, as I remember, rather volitile

3   at the time and probably still is, it's kind of a

4   volitile industry, up and down.

5        And so we felt and I still believe that we are

6   eminently qualified to do the job.

7        MR. ZARABI:  Okay.  My second question is:

8   Are you either, ah, licensee in this company?  Are you

9   base your appraisal is -- my (inaudible) there is the

10  (inaudible), if you see the licensee or you didn't see

11  the licensee affecting the appraisal or not?

12       MR. DUTCHER:  The licensee is a method to keep

13  the revenues rolling into the company.  We assume that

14  the licensee -- the license, which, by the way, can be

15  valued individually, with individual effort.  It would

16  not give the answers that you are looking for in this

17  appraisal.  You needed the overall value of the company

18  to determine what the buyout value of a 40 -- 45-percent

19  interest was.

20       It would serve no purpose to have a value of

21  each of the licenses.  And One other thing, licenses in

22  the toy industry, because of the fact that each toy

23  that's been designed has a quite a short life and there

24  has to be probably a lot of different licenses, so it

25  actually would be beyond the scope of what we were doing

6

ESQUIRE DEPOSITION SERVICES
(323) 938-2461


**EXHIBIT 21 PAGE 317**

KRANE 0044

1    to try to evaluate each individual license.

2         MR. ZARABI:  All right.  I'm sure.

3         A MALE VOICE:  I'm sorry.  (Inaudible) Jerard.

4    I'm going to ask you a few questions myself.

5         MR. DUTCHER:  Sure.

6         A MALE VOICE:  You said that the valuation was

7    done December 31, 1999 or was that --

8         MR. DUTCHER:  Date of value.

9         A MALE VOICE:  In '99 you valued, end of '99

10   you valued or August or September of 2000?

11        MR. DUTCHER:  No.  That wasn't when I

12   valued it.  Somewhere probably in the mid -- I think

13   perhaps in July or August I probably received the

14   order.  I'd have to pull more of the file.  I didn't

15   have time to pull it all.

16        MR. ZARABI:  November -- the very first year

17   appraisal --

18        A MALE VOICE:  The appraisal is dated November

19   7, 2000, so your -- your --

20        MR. DUTCHER:  Let me see that.  I might be

21   looking at a different one.  I was looking at the first

22   one.  November 7, 2000.

23        A MALE VOICE:  So you --

24        MR. DUTCHER:  No, no, no, no.  The date of

25   valuation is December 31, 1999.  I have no right to use

7

EXHIBIT 21 PAGE 318                    KRANE 0045

1    anything that happened after that date.  Unless we move

2    this date up to December 31, 2000, I couldn't consider

3    anything that happened subsequent to this date.

4            A MALE VOICE:  Okay.  So that's when the

5    valuation was done?

6            MR. DUTCHER:  That's the date --

7            A MALE VOICE:  And you met with who for this

8    valuation?

9            MR. DUTCHER:  I met with Morad and I met with

10   the two shareholders.

11           A MALE VOICE:  The two main shareholders?

12           MR. DUTCHER:  Yes.

13           A MALE VOICE:  Isaac and Farhad?

14           MR. DUTCHER:  Right.

15           A MALE VOICE:  You met with both of them?

16           MR. DUTCHER:  With both of them one time, as I

17   recall.

18           A MALE VOICE:  At the same time, meeting in the

19   same meeting?

20           MR. DUTCHER:  Yes.

21           A MALE VOICE:  So you never had a separate

22   meeting with Farhad or Isaac, separately --

23           MR. DUTCHER:  I don't think so.  I do recall

24   it's back a ways, but I don't remember having any

25   separate valuations -- separate meetings.

8

EXHIBIT 21 PAGE 319

KRANE 0046

1          A MALE VOICE:  And you had it sitting with both

2    of them?

3          MR. DUTCHER:  At the same time and I think

4    Morad was present?

5          A MALE VOICE:  Were you present at that

6    meeting?

7          MR. ZARABI:  I don't remember.  I don't recall.

8          A MALE VOICE:  So you --

9          MR. ZARABI:  I don't remember, when you say --

10         A MALE VOICE:  But you didn't have a separate

11   meeting with Isaac?

12         MR. DUTCHER:  I don't -- no, I don't think so.

13         A MALE VOICE:  Okay.  And --

14         MR. ZARABI:  Have you had a meeting with the

15   controller?

16         A MALE VOICE:  Did you have meetings with the

17   accounting people?

18         MR. DUTCHER:  Was it a lady?

19         MR. ZARABI:  A lady or a guy.

20         MR. DUTCHER:  Just to give them the information

21   I needed to provide the report.

22         A MALE VOICE:  Okay.  What information, may I

23   ask, you asked them to give you?

24         MR. DUTCHER:  The financial data is for five

25   years.  I believe --

9

EXHIBIT 21 PAGE 320

KRANE 0047

1      A MALE VOICE:  Last five years?

2      MR. DUTCHER:  The prior five years --

3      A MALE VOICE:  Right.

4      MR. DUTCHER:  -- ending December 31, 1999.

5      A MALE VOICE:  Okay.

6      MR. DUTCHER:  And then kind of a tour of the

7   facilities and general description of what the business

8   was and the fact I was not providing a full narrative

9   report, the actual detailed description of the market

10  and so forth was not included with the report.  We have

11  what we call a phase 1 and a phase 2 in our appraisals.

12      The phase 1 covers a letter report which is not

13  a full narrative report.  The letter report is

14  restricted -- is restricted to providing the financial

15  data only.

16      A MALE VOICE:  Uh-huh.

17      MR. DUTCHER:  -- with this minimal description

18  of the data and that is typically enough for a

19  friendly --

20      A MALE VOICE:  Break up.

21      MR. DUTCHER:  Yeah.  -- for a friendly break

22  up.

23      A MALE VOICE:  So phase 1 would be for a

24  friendly buyout?

25      MR. DUTCHER:  Yes.

10

EXHIBIT 21 PAGE 321

KRANE 0048

1         A MALE VOICE:  And phase 2 would be?

2         MR. DUTCHER:  Phase 2 would be in case any

3    litigation was needed, and so forth, phase 2 had to be

4    created and it can be done at any time.

5         A MALE VOICE:  So for this purpose you only did

6    a phase 1?

7         MR. DUTCHER:  Phase 1, correct.

8         A MALE VOICE:  Okay.  So --

9         MR. ZARABI:  Let me ask a question.  The time

10   for the having meeting with Isaac, Farhad and his

11   controller or anybody in the MGA or ABC Corporation, did

12   they cooperate completely with you or not?

13        MR. DUTCHER:  They seemed to.  They seemed to

14   describe the business and so forth.  I had no reason to

15   believe that there was any problem between them and it's

16   not our --

17        MR. ZARABI:  Did you feel that anything they're

18   hiding for you something?

19        MR. DUTCHER:  I didn't get any -- any such

20   feeling, no.

21        MR. ZARABI:  No?

22        MR. DUTCHER:  I felt that everything was above

23   board.

24        A MALE VOICE:  I have further questions.

25        When you determined your future -- the

                                                        11

**EXHIBIT 21 PAGE 322**                           KRANE 0049

1     future -- I mean, how did you determine the cost -- I

2     mean, did they give you any projections for the future

3     of the sales of this company?

4          MR. DUTCHER:   Typically I ask for their opinion

5     of what the future can be, and I just don't remember.

6     I'd have to go back and research the file completely,

7     and -- and if I didn't ask for them, it would be

8     unusual.

9          MR. ZARABI:   So you must have asked for them

10    and you would have kept --

11         MR. DUTCHER:   My guess, my best guess would be

12    that I would have asked what they thought the future was

13    because my -- again, as I repeat, in appraising is

14    not -- the value of the company doesn't lie on what it

15    has done.   It lies in what the future holds for that

16    company.

17         MR. ZARABI:   As well, yes.

18         MR. DUTCHER:   So very few people would invest

19    in Enron right now because it was a wonderful company in

20    the past.

21         MR. ZARABI:   Right.

22         MR. DUTCHER:   Right now it has zero value.   So

23    we try our best to get a forecast from the responsible

24    people, marketing, so forth, try to get a feel for what

25    they think that the future holds for the business.

12

**EXHIBIT 21 PAGE 323**

KRANE 0050

1    In addition, we check to see what the market

2    is, like our market approach consists of looking into

3    various public companies that are involved in the same

4    business such as Mattel and so forth.  We have a number

5    of them listed in the report.

6    We can get a feel for the -- actually, the toy

7    market or that type of market in general from that --

8    from that.  From -- from these sources, we then come up

9    with a conclusion of value based on our experience and

10   estimating what the likelihood of the continuation of

11   the company and whether it has any value related to the

12   future.  And the income approach and the other

13   approaches provide that for me.

14   A MALE VOICE:  I just have a couple of

15   questions.          Number one, you said that you

16   met with both of them.  Would you have written that in

17   your paperwork if you had met with both of them?

18   MR. DUTCHER:  Probably.  If I -- I could go

19   back and research that because I usually keep track for

20   my time.

21   A MALE VOICE:  I would like you, please, to do

22   that, doublecheck and make sure in that meeting when you

23   sat and gave them -- you wanted to sit down and discuss

24   with them, I want to make sure that both of them were

25   there or not, whether Fahrad's there or not.  I just --

13

**EXHIBIT 21 PAGE 324**

KRANE 0051

1          MR. DUTCHER:  Yes.

2          A MALE VOICE:  Are you sure?

3          MR. DUTCHER:  I'm positive they are both there

4   because Morad took me over to the location, which is

5   over behind the airport somewhere.

6          A MALE VOICE:  Right.

7          MR. DUTCHER:  And I remember going in and

8   meeting both of them at the time.

9          A MALE VOICE:  And sitting in the same meeting

10  with both of them present, when they were giving you

11  projections for the future?

12         MR. DUTCHER:  I think it all happened in the

13  same meeting.  I don't think there was more than one

14  meeting on gathering the information directly from the

15  people.

16         A MALE VOICE:  So, then, basically they both

17  sat there and gave you --

18         MR. ZARABI:  All the information.

19         A MALE VOICE:  -- all the information of what

20  they thought?

21         MR. DUTCHER:  That's my -- that's my

22  recollection of it, yes.

23         A MALE VOICE:  If you could go back and

24  doublecheck, we appreciate --

25         MR. DUTCHER:  I'll check the company notes on

                                                      14

**EXHIBIT 21 PAGE 325**                    KRANE 0052

```
1    it, yes.
2            A MALE VOICE:  -- if you can send a letter on
3    that.
4            And secondly, again, going back to that same
5    meeting, report of the potential future sales, you think
6    both of them gave you that or was one of them more vocal
7    than the other one?
8            MR. DUTCHER:  No, I don't remember any -- I
9    don't remember any outstanding big shining potential
10   that they brought out other than --
11           LEFT2:   (Inaudible.)
12           MR. DUTCHER:  -- doing in a normal course of
13   business.
14           A MALE VOICE:  So you just basically took the
15   normal increases on a yearly basis and that's what you
16   did?
17           MR. DUTCHER:  Yes.  Yes.
18           MR. ZARABI:  Let me ask a question.
19           MR. DUTCHER:  Uh-huh.
20           MR. ZARABI:  Even the time you -- first of all,
21   how long you have experience for the appraising the
22   business, completely?  10 years?  20 years?
23           MR. DUTCHER:  I have 20, 25 years.
24           MR. ZARABI:  20 years.
25           MR. DUTCHER:  I've owned my own businesses and
```

15

KRANE 0053

**EXHIBIT 21 PAGE 326**

1    I've --

2         MR. ZARABI:  And you -- because of your

3    conversation you say every court of law accept your

4    appraisal, right?

5         MR. DUTCHER:  I've never found one that didn't.

6         MR. ZARABI:  Okay.

7         MR. DUTCHER:  I've never been denied a position

8    of expertise.

9         MR. ZARABI:  My final question is:  If the

10   contract came to the table by September 18, year 2000 --

11        A MALE VOICE:  This was a license of September

12   18, 2000.

13        MR. DUTCHER:  Okay.

14        MR. ZARABI:  If you have on the table --

15        MR. DUTCHER:  Uh-huh.

16        MR. ZARABI:  -- with the other licensees, it

17   was affecting the price or no?

18        MR. DUTCHER:  It could have, but I'd have to

19   have a lot more information.  I can't say it wouldn't.

20        A MALE VOICE:  (Inaudible) check each license.

21        MR. ZARABI:  You never check any license?

22        A MALE VOICE:  He never checked any license.

23        MR. DUTCHER:  However, if there was one that

24   was really, really outstanding.

25        A MALE VOICE:  Did you check each license?

16

KRANE 0054

**EXHIBIT 21 PAGE 327**

```
 1          MR. DUTCHER:  No.
 2          A MALE VOICE:  No, you didn't.
 3          MR. DUTCHER:  No.
 4          A MALE VOICE:  And none of them were furnished
 5 to you?
 6          MR. DUTCHER:  Another thing, to answer that
 7 probably better, we know that through the period of the
 8 company, let's take a look at the --
 9          MR. ZARABI:  The (inaudible) --
10          MR. DUTCHER:  -- history.  Let's go back here
11 five years.  In 1995, we had 64 million in revenues.  In
12 1996 it dropped to 46 million in revenues.
13          In 1997 it recovers somewhat to 55 million in
14 revenues but dropped to 40 million, you know, that's a
15 big drop, by 1998.  Then it jumped in 1999 to 66 million
16 which told me this:  That at times they had a hot
17 product.  A hot product here, and they probably had a
18 hot product here --
19          A MALE VOICE:  In '97.
20          MR. DUTCHER:  -- another hot product here --
21          A MALE VOICE:  In --
22          MR. DUTCHER:  -- which we picked up here, and
23 then for the future it says, "These hot products will
24 come and go because the toy business is that way."
25          I don't say that because I know the toy
```

17

KRANE 0055

**EXHIBIT 21 PAGE 328**

1  business itself.

2       A MALE VOICE:  Uh-huh.

3       MR. DUTCHER:  But I do know when you see an

4  industry, there is such volatility --

5       A MALE VOICE:  Volatility in the sales.

6       MR. DUTCHER:  -- that tells the appraiser, that

7  you better be careful on how much growth you are

8  forecasting into the future because that is the basis of

9  your value.

10       A MALE VOICE:  How much growth did you --

11       MR. DUTCHER:  And I think the growth was

12  probably estimated at 5 percent.  Yes.

13       A MALE VOICE:  Yes.

14       MR. DUTCHER:  We forecast a growth of 5 percent

15  a year because you know with that much -- a big jump and

16  a big drop and a big jump, there is no one on earth that

17  can forecast with any degree of accuracy of what's

18  really going to happen.

19       MR. ZARABI:  With your experience, there is any

20  way you can imagine this sale after two years instead of

21  5 percent jump to 25 percent?

22       MR. DUTCHER:  Well, I would say that --

23       A MALE VOICE:  Possible because --

24       MR. ZARABI:  (Inaudible.)

25       MR. DUTCHER:  -- might do that, but I recognize

18

KRANE 0056

**EXHIBIT 21 PAGE 329**

1    that, that it did do that.  It jumped from 40 to 60.

2    That's a huge jump and then it dropped back to 40.  No,

3    and that --

4            MR. ZARABI:  It was not established company the

5    way you see it?

6            MR. DUTCHER:  Pardon?

7            MR. ZARABI:  It was not established number

8    company.

9            MR. DUTCHER:  Well, the only thing I see is a

10   begun of of hot products that came along, hot products

11   that boosted it temporarily, but it didn't have a long

12   life.

13           A MALE VOICE:  I have another question for

14   you.  And this is I think that I would like to ask you

15   somewhat of your experience not relating to this.

16           What happens when you value a company and then

17   the company goes drastically lower in sales?  So let's

18   say they were doing an average of 60 and 70, went down

19   to 20?  What happens to them?

20           MR. DUTCHER:  What happens to them is not

21   important at the time I do the appraisal because we

22   don't know what's going to happen to them.

23           We only can say based on history that the trend

24   has been up, but how can you forecast anything when the

25   trend is up and down and up and down.

                                                          19

KRANE 0057

**EXHIBIT 21 PAGE 330**

1        You could -- I could -- even if I knew the

2   company went bankrupt the next year, I would still have

3   to put the valuation based on what I could see if I was

4   there on December 31, 1999.

5        A MALE VOICE:  Right.

6        MR. DUTCHER:  I could not change my opinion

7   based on a subsequent event.

8        A MALE VOICE:  Who gave you the authorization

9   to go up to December 31, 1999?

10       MR. DUTCHER:  I think it was --

11       A MALE VOICE:  Morad?

12       MR. DUTCHER:  I think you had said --

13       A MALE VOICE:  Morad said to him that the

14   valuation has to be as of December 31 --

15       MR. ZARABI:  December 31, 1999.

16       A MALE VOICE:  I think (inaudible) I have a

17   question, from whatever happens?

18       MR. ZARABI:  I didn't have the experience to

19   say to --

20       A MALE VOICE:  (Inaudible.)

21       MR. ZARABI:  -- 1999, but I don't remember but

22   you said based on your experience, you go to the 1999,

23   correct?

24       MR. DUTCHER:  Well --

25       MR. ZARABI:  Because I don't remember --

                                                    20

KRANE 0058

**EXHIBIT 21 PAGE 331**

```
 1          MR. DUTCHER:  -- because 1999 was a full year.
 2   December 31st was a full year.
 3          A MALE VOICE:  Yes.
 4          MR. DUTCHER:  And had we done a midyear which
 5   we could do --
 6          MR. ZARABI:  Uh-huh.
 7          MR. DUTCHER:  -- I would do one as of the date
 8   of that appraisal.
 9          MR. ZARABI:  Because of the full year you had
10   the financial --
11          MR. DUTCHER:  Of course.
12          MR. ZARABI:  -- for 1999 --
13          MR. DUTCHER:  Of course.
14          MR. ZARABI:  -- you base it as of 1999?
15          MR. DUTCHER:  That is correct.
16          MR. ZARABI:  Even --
17          A MALE VOICE:  That was the record that they
18   could furnish him.  They couldn't furnish him -- if he
19   went there in September or October, he couldn't have
20   gotten information of what has happened in that -- in
21   that year because they wouldn't know because there would
22   be no physical audited information.  The only audited
23   information was end of '99.
24          MR. DUTCHER:  Plus the fact usually toward the
25   end of the year, there's year-end adjustments and things
```

21

KRANE 0059

**EXHIBIT 21 PAGE 332**

1    of that sort that happen.

2              So we have had -- we can do appraisals due at

3    the  midyear, but we put lower weight on that simply

4    because it's speculation.

5              A MALE VOICE:  Not (inaudible).

6              MR. ZARABI:  Robert says after (inaudible) base

7    of the company going down instead of 50 million

8    business, comes to the $20 million which is the

9    (inaudible) assets.  Now I'm --

10             A MALE VOICE:  That's the valuation --

11             MR. DUTCHER:  If it went down the following

12   year, it would not change the valuation because I would

13   have to change the date of value.

14             A MALE VOICE:  Okay.  And then would any court

15   be able to cancel the contract because of that reason?

16             MR. DUTCHER:  If there were -- if the event,

17   the sale took place based on the appraisal and the

18   appraisal date was December 31, 1999, I could see no way

19   that they can rule any other way accept to state that

20   what happened in 1999, December 31, then prior to that

21   was the only thing that we can use.

22             A MALE VOICE:  But don't you think that if --

23   if there was things going on in December or even

24   January, but you had -- but in fact you had your

25   appraisal done six months to eight months later --

                                                            22

KRANE 0060

**EXHIBIT 21 PAGE 333**

```
 1          MR. DUTCHER:  Uh-huh.

 2          A MALE VOICE:  -- the fact still remains that

 3   they would have known the trend for the following year,

 4   and they would have been able to tell you that in their

 5   meeting, wouldn't you -- they?

 6          MR. DUTCHER:  Well, I would think so.  It -- if

 7   there was something on the horizon that was unusual, I

 8   would think they would have brought it out at that

 9   meeting.  I don't remember that.

10          A MALE VOICE:  Let's take it --

11          MR. ZARABI:  Opposite way.

12          A MALE VOICE:  -- the opposite way, okay?

13          MR. ZARABI:  Say, the dates are to which date

14   is this affecting.

15          A MALE VOICE:  The question is this:  In the

16   year 2000, let's take it the other way now, instead of

17   it going to 60 average million in sales it suddenly

18   jumped to 90 or 80 or 90 and probably jumps the year

19   after to a hundred and the following year jumps to

20   200,000 -- $200 million.

21          MR. DUTCHER:  Well, in other words, we can only

22   base our judgment on what has historically happened in

23   the past.  Typically, if we were to give an estimate out

24   in the future that it was going to grow at some

25   astronomical rate, we'd have to put a heavy discount
```

23

KRANE 0061

**EXHIBIT 21 PAGE 334**

1   rate on that, on the probability or possibility it may

2   not happen.

3           So we used a discount rate here of 20.75

4   percent which was probably based on the fact it was --

5   even this number was -- had some risk in reaching it.

6   In other words, that discount rate is a --

7           MR. ZARABI:  But the final question is:  You

8   appraise this company based on fairness, based on your

9   experience.

10          There is any influence from either party, me --

11  I'm Morad, Isaac, Farhad, (inaudible), anything that is

12  affecting your appraisal or no?

13          MR. DUTCHER:  I would say that there was not

14  iota of pressure put on me one way or the other by

15  either yourself or the other two parties to have a

16  higher or lower number.

17          This is precisely my opinion of value at that

18  time and was not influenced by anyone else's input

19  except for the financial part of it.

20          MR. ZARABI:  Okay.  I thank you very much.  I

21  really appreciate it for you coming over here.

22          A MALE VOICE:  We might need you --

23          MR. ZARABI:  We might meet again.  Maybe we ask

24  you for the subpoena in the court of law, and I hope we

25  expecting to your cooperation.

24

EXHIBIT 21 PAGE 335

KRANE 0062

1          MR. DUTCHER:   There's no question.   It's part

2     of my job.

3          MR. ZARABI:   Thank you very much and thanks

4     again.

5          MR. DUTCHER:   Okay.

6                    *          *          *

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                                    25

EXHIBIT 21 PAGE 336          KRANE 0063

1

2

3

4

5        I, the undersigned, a Certified Shorthand

6   Reporter of the State of California, do hereby certify:

7        That the foregoing audiotaped proceedings

8   were listened to and taken down by me using machine

9   shorthand which was thereafter transcribed under my

10  direction; further, that the foregoing is an accurate

11  transcription thereof.

12       I further certify that I am neither

13  financially interested in the action nor a relative or

14  employee of any attorney of any of the parties.

15       IN WITNESS WHEREOF, I have this date

16  subscribed my name.

17

18  Dated:_____ SEP 1 1 2003_____

19

20

21

22  JOHANNA M. BENNETT
    CSR No. 5263

23

24

25

KRANE 0064

**EXHIBIT 21 PAGE 337**