Jon D. Corey
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
865 SOUTH FIGUEROA STREET
10th FLOOR
LOS ANGELES, CA 90017
(213) 443-3000

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT, an individual, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) v. | CV 04-9049 Consolidated with Case Nos. CV 04-09059 & 05-02727 |
| MATTEL, INC., a Delaware corporation, | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
Exhibit 1, 2, 3 to Corey Declaration in Support of Mattel's Opposition to MGA's & Bryant's Motion to Overrule Relevance Objection and Compel Discovery; Exhibit 1 to Moore Declaration; Application to File Under Seal with Proposed Order.

**Document Description:**

[ ] Administrative Record

[x] Exhibits

[ ] Ex Part Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)

[x] Other Application to File Under Seal With Proposed Order

**Reason:**

[x] Under Seal

[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

[ ] Electronic versions are not available to filer

[x] Per Court order dated Jan. 4, 2005

[ ] Manual Filing required (*reason*):

| December 12/19/07 | Jon D. Corey |
|---|---|
| Date | Attorney Name |

MATTEL, INC., a Delaware corporation,
Party Represented

Note: File one Notice in each case, each time you manually file document(s).

---

G-92 (02/07)            NOTICE OF MANUAL FILING                CCD-G92