1   QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
      John B. Quinn (Bar No. 090378)
2     (johnquinn@quinnemanuel.com)
      Michael T. Zeller (Bar No. 196417)
3     (michaelzeller@quinnemanuel.com)
      Jon D. Corey (Bar No. 185066)
4     (joncorey@quinnemanuel.com)
      865 South Figueroa Street, 10th Floor
5   Los Angeles, California 90017-2543
      Telephone:   (213) 443-3000
6   Facsimile:   (213) 443-3100

7   Attorneys for Mattel, Inc.

8                   UNITED STATES DISTRICT COURT

9                  CENTRAL DISTRICT OF CALIFORNIA

10                        EASTERN DIVISION

| 11 | CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
|---|---|---|
| 12 | Plaintiff, | Consolidated with Case No. CV 04-09059 and Case No. CV 05-02727 |
| 13 | vs. | **DISCOVERY MATTER** |
| 14 | MATTEL, INC., a Delaware corporation, | **[To Be Heard By Hon. Edward Infante (Ret.) Pursuant To Order Of December 6, 2006]** |
| 15 | Defendant. | |
| 16 | | [PUBLIC REDACTED] DECLARATION OF MICHAEL MOORE IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA'S AND CARTER BRYANT'S MOTION TO OVERRULE MATTEL'S RELEVANCE OBJECTION AND COMPEL DISCOVERY RELEVANT TO STATUTE OF LIMITATIONS AND LACHES DEFENSES |
| 17 | AND CONSOLIDATED CASES | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | Date:    January 3, 2008 |
| 23 | | Time:    1:30 p.m. Place:   JAMS |
| 24 | | Two Embarcadero Center Suite 1500 |
| 25 | | San Francisco, California |
| 26 | | **Phase 1** |
| 27 | | Discovery Cut-Off:    January 28, 2008 Pre-Trial Conference: May 5, 2008 Trial Date:    May 27, 2008 |
| 28 | | |

07209/2328170.1

1

## DECLARATION OF MICHAEL MOORE

2 I, Michael Moore, declare as follows:

3 1. I make this declaration in support of Mattel's Opposition to

4 MGA's and Carter Bryant's Motion to Overrule Mattel's Relevance Objection and

5 Compel Discovery Relevant to Statute of Limitations and Laches Defenses. I make

6 this declaration of personal, firsthand knowledge, and if called and sworn as a

7 witness, I could and would testify competently thereto.

8 2. I have been a Mattel employee since December 2000. I am

9 currently Expert Counsel in Mattel's Legal Department.

10 3. I have been personally involved with the collection and

11 preservation of evidence in not only <u>Bryant v. Mattel</u> and the consolidated cases, but

12 with other litigation (to which MGA and Bryant were not parties) involving Mattel

13 products and product lines known as MY SCENE and DIVA STARZ.

14 4. On November 24, 2003, I, with outside counsel, received a copy

15 of Carter Bryant's contract with MGA dated "as of September 18, 2000" from a

16 party in litigation with MGA in the Hong Kong courts (in a case to which Mattel

17 was not a party). A true and correct copy of that contract is attached as Exhibit 1.

18 5. I personally participated in and supervised the investigation,

19 collection and preservation of documents that relate to the basis of Mattel's claims in

20 this litigation. I personally have spent hundreds of hours beginning in 2003

21 searching for, collecting and preserving documents, including electronic data, in

22 connection with this litigation.

23 6. During the time that I spent in connection with this case, I

24 participated in meetings in which the merits of potential claims against Carter

25 Bryant were discussed. In addition to meetings that I participated in, I am aware

26 that Mattel's Board of Directors were advised by inside and outside counsel about

27 potential claims against Carter Bryant. To my knowledge, I am aware of no meeting

28 or meetings relating to "any legal action brought or threatened to be brought . . .

1  against Bryant" that did not involve the advice of counsel in anticipation of litigation
2  or the conveyance of information with the intent that the information remain
3  confidential and privileged for purposes of receiving legal advice.  To my
4  knowledge, all "communications, discussions, meetings, analysis and the decision-
5  making process" regarding any legal action against Bryant occurred with the advice
6  of and in consultation with counsel, both inside and outside.

7           I declare under penalty of perjury under the laws of the United States of
8  America that the foregoing is true and correct.

9           Executed on December 18, 2007, at Los Angeles County, California.

10
11                                    Michael Moore
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 1

Exhibit 1
Page 4

**[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER]**