1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     John B. Quinn (Bar No. 90378)
2     (johnquinn@quinnemanuel.com)
     Michael T. Zeller (Bar No. 196417)
3     (michaelzeller@quinnemanuel.com)
     Jon D. Corey (Bar No. 185066)
4     (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
6  Facsimile: (213) 443-3100

7  Attorneys for Mattel, Inc.

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10                        EASTERN DIVISION

11 | CARTER BRYANT, an individual,      | CASE NO. CV 04-9049 SGL (RNBx)
   |                                    |
12 |                   Plaintiff,       | Consolidated with
   |                                    | Case No. CV 04-09059
13 |        vs.                         | Case No. CV 05-2727
   |                                    |
14 | MATTEL, INC., a Delaware           | **DISCOVERY MATTER**
15 | corporation,                       | **[To be Heard by Discovery Master Hon.
   |                                    | Edward Infante (Ret.) Pursuant to Court
16 |                   Defendant.       | Order of December 6, 2006]**
   |                                    |
17 |                                    | **[PUBLIC REDACTED]**
   |                                    |
18 | AND CONSOLIDATED ACTIONS           | DECLARATION OF BRIDGET HAULER
   |                                    | IN SUPPORT OF MATTEL, INC.'S
19 |                                    | OPPOSITION TO JOINT MOTION TO
   |                                    | COMPEL THE DEPOSITION
20 |                                    | TESTIMONY OF ROBERT ECKERT
   |                                    |
21 |                                    | Date:   January 4, 2008
   |                                    | Time:   TBD
22 |                                    |
   |                                    | Discovery Cut-Off:     Jan. 28, 2008
23 |                                    | Pre-Trial Conference:  May 5, 2008
   |                                    | Trial Date:            May 27, 2008
24

25                        **CONFIDENTIAL**

26       **FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

27

28

07209/2328499.1

                                         HAULER DECLARATION ISO OPPOSITION

## DECLARATION OF BRIDGET HAULER

I, Bridget Hauler, declare as follows:

1.    I am a member of the bar of the State of California. I am an associate at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration in support of Mattel's Opposition to Defendants' Joint Motion to Compel the Deposition Testimony of Robert Eckert. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2.    To date, Mattel has produced in excess of 258,000 pages of documents responsive to defendants' requests.

3.    A review of Mattel's production to date shows that approximately 94 documents mention Mr. Eckert's name. Of those, over one-half are magazine and newspaper articles.

4.    Attached as Exhibit 1 is a true and correct copy of Andria Cheng's The Age article, "World Barbie Means Business," published on April 21, 2004 and bates-stamped M 0079004-005.

5.    Attached as Exhibit 2 is a true and correct copy of Greg Levine's Forbes.com article, "Faces in the News: Eckert's Mattel Touts Barbie as Multimedia Star," published on June 20, 2006 and bates-stamped M 0055002-003.

6.    Attached as Exhibit 3 is a true and correct copy of Queena Sook Kim's & Suzanne Vranica's Wall Street Journal article, "'Tween Queen Comes to Fashion Doll's Aid," published on August 23, 2004 and bates-stamped M 0249325-326.

7.    Attached as Exhibit 4 is a true and correct copy of Alex Veiga's Associated Press article, "Rehabbed Barbie Aims to Win," published on November 29, 2004 and bates-stamped M 0079067-068.

07209/2328499.1

- 1 -

1        8.    Attached as Exhibit 5 is a true and correct copy an email from

2 Robert Eckert to various Mattel employees, dated February 16, 2004 and bates-

3 stamped M 0109795-796.

4        9.    Attached as Exhibit 6 is a true and correct copy of a letter from

5 Robert Eckert to Ron Brawer, dated March 28, 2003 and bates-stamped M 0254770.

6        10.    Attached as Exhibit 7 is a true and correct copy of a November

7 29, 2007 letter from Jon Corey, a partner at my firm, to Thomas Nolan, counsel to

8 MGA Entertainment, Inc.

9        11.    Attached as Exhibit 8 is a true and correct copy of this Court's

10 August 27, 2007 Order denying defendants' Motion for Terminating Sanctions.

11

12        I declare under penalty of perjury under the laws of the United States of

13 America that the foregoing is true and correct.

14        Executed on December 18, 2007, at Los Angeles, California.

15

16                         Bridget Hauler

17

18

19

20

21

22

23

24

25

26

27

28

07209/2328499.1

-2-

HAULER DECLARATION ISO OPPOSITION TO JOINT MOTION