QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff and Counter-Defendant Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, on behalf of himself, all present and former employees of Mattel, Inc., and the general public,<br><br>  Counter-Claimant,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation,<br><br>  Counter-Defendant. | Case No. CV 04-09049 SGL (RNBx)<br><br>**PROOF OF SERVICE**<br><br>Hon. Stephen G. Larson<br><br>Date:  January 4, 2008<br>Time:  TBD<br><br>Discovery Cut-Off:  Jan. 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date:  May 27, 2008 |

07209/2327679.1                                PROOF OF SERVICE

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On December 18, 2007, I served true copies of the following document(s) described as

**1) MATTEL, INC.'S OPPOSITION TO JOINT MOTION TO COMPEL THE DEPOSITION TESTIMONY OF ROBERT ECKERT**

**2) DECLARATION OF BRIDGET HAULER IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO JOINT MOTION TO COMPEL THE DEPOSITION TESTIMONY OF ROBERT ECKERT**

on the parties in this action as follows:

Michael Page, Esq.
John E. Trinidad, Esq.
**Keker & Van Nest**
710 Sansome Street
San Francisco, CA 94111

Judge Edward Infante
JAMS
c/o Sandra Chan
Two Embarracdero Center
Suite 1500
San Francisco, CA 94111

[X] **BY FEDEX:** I deposited such document(s) in a box or other facility regularly maintained by FedEx, or delivered such document(s) to a courier or driver authorized by FedEx to receive documents, in sealed envelope(s) or package(s) designated by FedEx with delivery fees paid or provided for, addressed to the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 18, 2007, at Los Angeles, California.

Shawna Allison

07209/2327679.1                              PROOF OF SERVICE

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On December 18, 2007, I served true copies of the following document(s) described as

1) MATTEL, INC.'S OPPOSITION TO JOINT MOTION TO COMPEL THE DEPOSITION TESTIMONY OF ROBERT ECKERT

2) DECLARATION OF BRIDGET HAULER IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO JOINT MOTION TO COMPEL THE DEPOSITION TESTIMONY OF ROBERT ECKERT

on the parties in this action as follows:

Thomas J. Nolan, Esq.
Carl Roth, Esq.
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
300 S. Grand Ave., STE 3400
Los Angeles, CA 90071

Alexander H. Cote, Esq.
**Overland Borenstein, Scheper & Kim, LLP**
300 South Grand Avenue, Suite 2750
Los Angeles, CA 90071

[X] **BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 18, 2007, at Los Angeles, California.

_____
Dave Quintana

07209/2327679.1                                              PROOF OF SERVICE--