KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
jkeker@kvn.com
MICHAEL H. PAGE - #154913
mpage@kvn.com
CHRISTA M. ANDERSON - #184325
canderson@kvn.com
MATTHEW M. WERDEGAR - #200470
mwerdegar@kvn.com
JOHN E. TRINIDAD - #250468
jtrinidad@kvn.com
AUDREY WALTON-HADLOCK- #250574
awaltonhadlock@kvn.com
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Plaintiff
CARTER BRYANT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC. a Delaware Corporation,<br><br>Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC., v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No. CV 04-09049 SGL (RNBx) (consolidated with CV 04-9059 & 05-2727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard by Discovery Master Hon. Edward Infante (Ret.)]**<br><br>**DECLARATION OF JOHN E. TRINIDAD IN SUPPORT OF CARTER BRYANT'S OPPOSITION TO MATTEL'S MOTION TO COMPEL THE DEPOSITION OF LITTLER MENDELSON, P.C.**<br><br>Date:      T.B.D.<br>Time:      T.B.D.<br>Judge:    Hon. Stephen G. Larson<br>Date Comp. Filed:  April 13, 2005<br>Discovery Cut-Off:  Jan. 28, 2008<br>Trial Date:  May 27, 2008 |

408164.01

I, John E. Trinidad, declare and say that:

1.      I am an attorney licensed to practice law in the State of California and am an associate at Keker & Van Nest, LLP, counsel for Carter Bryant in the above-captioned action.

2.      I have knowledge of the facts set forth herein, and if called to testify as a witness thereto, could do so competently under oath.

3.      Attached as Exhibit 1 hereto is a true and correct copy of a page from Evidence Eliminator's website, as of December 13, 2007.

4.      Attached as Exhibit 2 hereto is a true and correct copy of a page from the website Top Ten Reviews, as of December 19, 2007.

5.      Attached as Exhibit 3 hereto is a true and correct copy of the August 30, 2007 Order from Discovery Master's Order Granting Mattel, Inc.'s Motion to Compel Bryant to Make Original Documents Available for Expert Examination and Testing.

I declare the foregoing to be true and correct under penalty of perjury under the laws of the State of California and executed this 19th day of December, 2007, in San Francisco, California.


JOHN E. TRINIDAD

1

408164.01

PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest, LLP, 710 Sansome Street, San Francisco, California 94111.

On December 19, 2007, I served the following document(s):

**DECLARATION OF JOHN E. TRINIDAD IN SUPPORT OF CARTER BRYANT'S OPPOSITION TO MATTEL'S MOTION TO COMPEL THE DEPOSITION OF LITTLER MENDELSON, P.C.**

by **FEDERAL EXPRESS**, by placing a true and correct copy in a sealed envelope addressed as shown below. I am readily familiar with the practice of Keker & Van Nest, LLP for correspondence for delivery by FedEx Corporation. According to that practice, items are retrieved daily by a FedEx Corporation employee for overnight delivery;

by **E-MAIL VIA PDF FILE**, by transmitting on this date via e-mail a true and correct copy scanned into an electronic file in Adobe "pdf" format. The transmission was reported as complete and without error.

| | |
|---|---|
| Hon. Edward A. Infante<br>JAMS<br>Two Embarcadero Center, Suite 1500<br>San Francisco, CA 94111<br>Tel:    415/774-2649<br>Fax:   415/982-5287<br>Email: schan@jamsadr.com | John B. Quinn<br>Michael T. Zeller<br>Quinn Emanuel Urquhart Oliver & Hedges, LLP<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017-2543<br>Tel:    213/443-3000<br>Fax:   213/443-3100<br>Email: johnquinn@quinnemanuel.com<br>Email: michaelzeller@quinnemanuel.com |

Thomas J. Nolan
Skadden Arps Slate Meagher & Flom
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3144
Tel:    213/687-5000
Fax:   213/687-5600
Email: tnolan@skadden.com

Executed on December 19, 2007, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_Bfz uc_

Bryant Cavers

PROOF OF SERVICE<br>CASE NO. CV 04-09049 SGL (RNBx)

**EXHIBIT 1**

**Evidence Eliminator. The *only* privacy software with full Vista support!**

The Official Evidence Eliminator™ at the lowest market price.

**Evidence Eliminator TESTIMONIAL**



"My PC is in a perfect condition and nobody can track down any of my secrets "
**Tina**

**More testimonials...**

Evidence Eliminator Download now!

# DOWNLOAD AND PURCHASE NOW!

# SPECIAL MAXIMUM DISCOUNT



~~149.95~~ /74.95

# LOWEST AVAILABLE PRICE OFFER

(GUARRANTEED TODAY ONLY!)

## *Evidence Eliminator*

# Protect your privacy!



Protecting your privacy on the Internet is a serious matter. Evidence about your actions is recorded every moment on your PC as you browse through various websites, as you send emails, as you chat. Deleting your files, your logs, your evidence is not enough! The data is still on your PC, waiting to be found and incriminate you!

**Evidence Eliminator™ is here to clean up!**

## Half Price!

**CLICK FOR MAXIMUM DISCOUNT!**

**The special offer is available only until midnight of Thursday, December 13, 2007 and is ONLY available on this website.**

Choosing any other non-authentic Evidence Eliminator may put your privacy at risk!

**How it Works**

**Evidence Eliminator Internet Washer**

Evidence Eliminator is a unique security and privacy software that erases and deletes PERMANENTLY information from your PC in order to protect you. In a simple WYSIYWG manner Evidence Eliminator will:

- Clear your cache and cookies
- Eliminate sensitive files and data - even if locked by the Windows operating system
- Erase all Computer and Internet Histories
- Use Secure deletion processes similar to US Government Military standards
- Securely clean space and hidden data areas on your drives:
- Protect your credit card and personal information!
- Clean Email activity
- Erase all files and programs you downloaded or erase the temporary internet file folder.

**Buy Now**

**100% Satisfaction guaranteed!**

We refund your purchase within 30 days if you are not perfectly happy.

**This is the original Evidence Eliminator. No other can guarrantee your privacy!**

**Evidence Eliminator Support**

Evidence Eliminator comes with full Evidence Eliminator customer support!

**Evidence Eliminator Privacy**

Take part in Evidence Eliminator Privacy-Review. Read, syndicate (XML) and submit your opinion!

- Erase the hidden encrypted database in the system registry
- Clean up all your Internet Activity
- Remove permanantly files by blanking the appropriate bytes on the hard disk so that their recovery is impossible.

and basically, work in all possible ways that will protect your privacy!

## Full Features list of Evidence Eliminator

### Automated or Manual operation

Evidence Eliminator can work manually, but you can also set it to do automatic periodic clean-ups of your PC. It uses the US Department of Defense and NSA clearing and sanitizing standard, which gives you confidence that once deleted, your file data is gone forever and can not be recovered.

Evidence Eliminator is compatible with Windows XP/ME/98 and 2000 or NT and its interfaces are easy to use.

# DOWNLOAD AND PURCHASE NOW AT LOWEST POSSIBLE PRICE!

Copyright © 2004-2007 Exelsus – Evidence Eliminator. All rights reserved. Evidence-Eliminator by Robin Hood Software

**EXHIBIT 2**

Privacy Software Review 2008

http://privacy-software-review.toptenreviews.com/

All Categories    Search TopTenREVIEWS



# PRIVACY SOFTWARE REVIEW

## Don't Compromise Your Privacy

Your online activities are not private. Surfing records, downloaded files and some identifying data is stored on your computer. Privacy software will keep your private information just that—private.

Click to read  "Why do I need Privacy Software?"

eMAIL TO A FRIEND

Click on a product name to read our review



### Privacy Software Reviews 2008
*Listed in order of rating*

| GOLD | Evidence Eliminator |
| SILVER | Window Washer |
| BRONZE | CyberScrub |
| #4 | Max PC Privacy |
| #5 | Windows Internet Cleaner |
| #6 | Privacy Guardian |
| #7 | Privacy Eraser |
| #8 | Privacy Protector |
| #9 | Tracks Eraser Pro |
| #10 | Internet Washer |
| #11 | Evidence Nuker |
| #12 | eCleaner |
| #13 | Windows Trace Remover |
| #14 | HistoryKill |
| #15 | Evidence Blaster |
| #16 | ShredXP |
| #17 | Internet Eraser |
| #18 | Ghost Surf |
| #19 | xCleaner |
| #20 | Smart Protector |
| #21 | Cover my Tracks |
| #22 | Quick Wiper |
| #23 | MiniTracks |
| #24 | BCWipe |
| N/A | No Evidence |
| N/A | Web Eraser Pro |

### ARTICLES
Privacy Software Definitions
Trail of Internet Footprints
Plugins, Spyware, Adware, and Browsers
Identity Theft
Online Shopping Tips
Spam Safety Tips
Internet Safety Tips





**Rank**

Poor ☐☐☐☐
Fair ■☐☐☐
Good ■■☐☐
Very Good ■■■☐
Excellent ■■■■

**Reviewer Comments**

**Lowest Price**

**Ratings**
Overall Rating
Ease of Use
Ease of Installation/Setup
Privacy Effectiveness
Feature Set
Help/Documentation

**Internet Browser Cleaning**

| | Evidence Eliminator | Window Washer | Cyber Scrub | Max PC Privacy | Windows Int. Cleaner | Privacy Guardian | Privacy Eraser | Privacy Protector | Tracks Eraser Pro | Internet Washer |
|---|---|---|---|---|---|---|---|---|---|---|
| | GOLD READ REVIEW | SILVER READ REVIEW | BRONZE READ REVIEW | 4 READ REVIEW | 5 READ REVIEW | 6 READ REVIEW | 7 READ REVIEW | 8 READ REVIEW | 9 READ REVIEW | 10 READ REVIEW |
| Price | $99.95 BUY | $29.95 BUY | $49.95 BUY | $29.95 BUY | $39.95 BUY | $29.95 BUY | $39.95 BUY | $39.99 BUY | $29.95 BUY | $79.95 BUY |

Privacy Software Review 2008

http://privacy-software-review.toptenreviews.com/

**SIGN UP** *for* **REVIEW NOTIFICATIONS**
» CLICK HERE «

More News. Read about new site updates via our XML/RSS news feed.

**XML | RSS**

**Privacy NEWS**

**Privacy BOOKS**

Privacy Software Books

**November 1, 2006**
"Technologies used by Microsoft and other online advertising outfits to analyze user behavior threaten privacy and must be curbed, a pair of advocacy groups said Wednesday."

Microsoft among targets in online privacy complaint
cnet News

**November 1, 2006**
"WINNIPEG (CP) - More Canadians are shopping online, but many e-shoppers remain concerned about privacy, says a Statistics Canada report released Wednesday."

StatsCan says online shoppers spending more, but worry about privacy
Canoe Money

Privacy Software News Articles

| | | |
|---|---|---|
| **Windows Cleaning** | | |
| URL Error Logs | | |
| Plugins | | |
| History of Visited URLs | | |
| Favorites List | | |
| Downloaded Files | | |
| Cookies | | |
| Cache (Temporary Files) | | |
| Auto-Complete | | |
| Address Bar | | |
| **Windows Cleaning** | | |
| Application Log | | |
| Clipboard Data | | |
| Common Dialog History | | |
| File Stack Space | | |
| Find/Search History | | |
| Index.dat Files | | |
| Win. Media Player History | | |
| Win. Media Player Playlist | | |
| MS Office History | | |
| Recently Opened Doc. List | | |
| Recycle Bin | | |
| Registry Backups | | |
| Registry Fragment Files | | |
| Registry Streams | | |
| Run History | | |
| Scan Disk Temp. Files(*.dat) | | |
| Start-Menu Click History | | |
| Start-Menu Order History | | |
| Swap Files | | |
| Temporary Files/Dir. | | |
| User Selected Files/Dir. | | |
| **Cleaning Options** | | |
| Startup, Shutdown, Browser Close | | |
| Automatic Task Scheduler | | |
| **Miscellaneous Features** | | |
| Password Protection | | |

# Privacy Software Review 2008

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Deletion Overwrite - Number of Times | 1-27 | 1-100 | 1-35 | 1-25 | 1-25 | 1-15 | 1-10 | 1-10 |
| Saves Valuable Cookies | | | | | | | | |
| Homepage Protector | | | | | | | | |
| Preview Mode W/O Deletion | | | | | | | | |
| Stealth Mode | | | | | | | | |
| Safety Check for New Users | | | | | | | | |
| Spyware Detection | | | | | | | | |
| Logging | | | | | | | | |
| **Hotkeys** | | | | | | | | |
| Instant Cleaning of System | | | | | | | | |
| Recycle Bin Deletion | | | | | | | | |
| Hide/Unhide Browsers | | | | | | | | |
| **Browser Plugins supported** | | | | | | | | |
| Internet Explorer/MSN | | | | | | | | |
| Netscape Navigator | | | | | | | | |
| AOL/Compuserve | | | | | | | | |
| Mozilla | | | | | | | | |
| Opera | | | | | | | | |
| **Email Plugins Supported** | | | | | | | | |
| Outlook Express | | | | | | | | |
| Netscape Mail | | | | | | | | |
| Eudora | | | | | | | | |
| **Additional Plugins** (IM, Email, P2P, Chat, etc.) | 83 | 22 | 41 | 153 | 10 | 10 | 27 | 50 |
| **Technical Support** | | | | | | | | |
| Email/Online Forms | | | | | | | | |
| Toll-Free Telephone Number | | | | | | | | |
| Live Chat | | | | | | | | |
| **Updates** | | | | | | | | |
| Online | | | | | | | | |
| **Supported Configurations** | | | | | | | | |
| 95 | | | | | | | | |
| 98 | | | | | | | | |
| 2000 | | | | | | | | |
| XP | | | | | | | | |
| Vista | | | | | | | | |

**TOP TEN PRODUCTS**

| Rank | Evidence Eliminat | Window Washer | CyberScr | Max PC Privacy | Windows Internet Cleaner | Privacy Guardian | Privacy Eraser | Privacy Protecto | Tracks Eraser Pro | Internet Washer |
|---|---|---|---|---|---|---|---|---|---|---|
| | GOLD | SILVER | BRONZE | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| | BUY | BUY | BUY | BUY | BUY | BUY | BUY | BUY | BUY | BUY |
| Product Details | Detail | Detail | Detail | Detail | Detail | Detail | Detail | Detail | Detail | Detail |
| MAC OSX | | | | | | | | | | |
| MAC OS9 | | | | | | | | | | |
| ME | | | | | | | | | | |
| NT4 | | | | | | | | | | |

---

**You may also be interested in these review sites...**

| Anti-Virus Software | Internet Filter Software | Personal Firewall Software |
|---|---|---|
| Anti-Spyware Software | Monitoring Software | |

## Why do I need Privacy Software?

If you don't protect your information, your privacy can be hijacked. Through aggressive cookies and unannounced browser downloads, your surfing habits and private information could be tracked and stolen. You may even become a victim of identity theft.

Using privacy software and following some simple tips can help you maintain your privacy, online and off. Privacy programs will keep your personal information safe through a number of methods, starting with the most vulnerable areas, those that deal with the Internet.

Privacy software will erase information that is collected on your computer as you surf the web. This information may include a history of the websites you have visited, passwords and user IDs you use to access various accounts over the web, cookies that websites deposit on your computer, harmful spyware

http://privacy-software-review.toptenreviews.com/

# What to Look for in Privacy Software

When choosing a program to protect your private information you should look at many different aspects to ensure the software you choose will provide assertive protection. Below are the criteria TopTenREVIEWS used to evaluate Privacy protection software.

- **Ease of Use** – Privacy software should be intuitive and simple to navigate so anyone can successfully use the program regardless of computer knowledge.

- **Ease of Installation/Setup** – Software ought to be easy to install and setup with straightforward instructions, few steps and without causing computer errors.

- **Privacy Effectiveness** – The privacy program should be a valuable tool in keeping all of your personal information safe and out of reach of others, whether they access your computer directly or through the Internet.

- **Feature Set** – Privacy software should offer all of the features needed to keep your information private. Some of these features include browser cleaning, windows cleaning, deleting unwanted cookies, deletion overwrite and deleting website browsing history.

- **Help/Documentation** – The manufacturer should offer ample help and technical support in the form of email, phone support or live chat so that consumers can easily get answers to questions.

With privacy software on your side, you'll feel secure knowing that your privacy is protected from prying eyes. To read about the #1- rated software package, Evidence Eliminator, click here.

Installing an effective privacy program on your PC to protect your personal information is as important as securing you wallet from a pickpocket.In this site, you'll find articles about privacy software, news stories and comprehensive reviews on privacy software that will help you make an informed decision on which software fits your needs. At TopTenREVIEWS — We do the research so you don't have to.™

and aware and maybe most important, credit card numbers and other financial information.

©2007 TopTenREVIEWS, Inc.

http://privacy-software-review.toptenreviews.com/

http://privacy-software-review.toptenreviews.com/

Home   Resources   About Us   Contact us   Advertising   Sitemap   TopTenREVIEWS.com

Privacy Policy

**TopTenREVIEWS**

Copyright ©2007 TopTenREVIEWS, Inc. All Rights Reserved.

Reproduction in whole or in part in any form or medium without express written permission of TopTenREVIEWS, Inc. is prohibited.

**EXHIBIT  3**

1   QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
      John B. Quinn (Bar No. 090378)
2     johnquinn@quinnemanuel.com
      Michael T. Zeller (Bar No. 196417)
3     (michaelzeller@quinnemanuel.com)
      Jon D. Corey (Bar No. 185066)
4     (joncorey@quinnemanuel.com)
      Timothy L. Alger (Bar No. 160303)
5     (timalger@quinnemanuel.com)
    865 South Figueroa Street, 10th Floor
6   Los Angeles, California  90017-2543
    Telephone:  (213) 443-3000
7   Facsimile:  (213) 443-3100

8   Attorneys for Mattel, Inc.

9

10                   UNITED STATES DISTRICT COURT

11                   CENTRAL DISTRICT OF CALIFORNIA

12                         EASTERN DIVISION

13  CARTER BRYANT, an individual,          Case No. CV 04-09049 SGL (RNBx)

14          Plaintiff,                     Consolidated with
                                           Case No. CV 04-09059
15      vs.                                Case No. CV 05-02727

16  MATTEL, INC., a Delaware corporation,  **DISCOVERY MATTER**

17          Defendant.                     Hon. Edward A. Infante (Ret.)
                                           Discovery Master

18  AND CONSOLIDATED CASES                 [~~PROPOSED~~] ORDER GRANTING
                                           MATTEL, INC.'S MOTION TO
19                                         COMPEL BRYANT TO MAKE
                                           ORIGINAL DOCUMENTS
20                                         AVAILABLE FOR EXPERT
                                           EXAMINATION AND TESTING
21
                                           Date:  August 23, 2007
22                                         Time:  9:00 a.m.
                                           Place:  Telephonic
23
                                           Discovery Cut-Off:  October 22, 2007
24                                         Pre-Trial Conference: January 14, 2008
                                           Trial Date:  February 12, 2008
25

26

27

28

07209/2201994.1

                                                          [PROPOSED] ORDER

1        Having considered Mattel, Inc.'s Motion To Compel Bryant To Make

2  Original Documents Available For Expert Examination and Testing (the "Motion"),

3  and all other papers and argument submitted in support of or opposition to the

4  Motion, and finding good cause therefore,

5        IT IS HEREBY ORDERED that:

6        1.    Mattel's Motion is GRANTED IN PART, as follows:

7        2.    The following materials were provided to the Discovery Master, at

8  his request, for *in camera* review:  the C.V. of the four experts who will be

9  conducting examination, inspection and testing of the documents; and statements

10  from each of them as to the location and nature of their laboratory facilities, as to

11  their individual practices with regard to the preservation of evidence, and as to their

12  understanding that they are fully accountable for Bryant's original documents while

13  those documents are in their custody.  The Discovery Master has found Mattel's

14  showing with respect to the experts satisfactory.

15        3.    Accordingly, Bryant shall produce to Mattel, within ten (10) Court

16  days of entry of this Order, on the day that Mattel specifies, the original documents

17  listed below for Mattel's experts' examination, testing and/or analysis:

18      &bull;  the originals of boxes 1 through 8 inclusive;

19
20      &bull;  from box 9:  folders "Sugar Planet Spring 2003 Tropical" and "Sugar Planet General 2001-2002?";

21
22      &bull;  from box 10:  folders "Baby Bratz," "F 04 Retro Funk General," "Sugar Planet Butterfly Purse & Character S 04," "Lipstixx 2003," Sugar Planet
23  Candyland Purse:  Character S 04" and "Sugar Planet Tropical 2001"

24      &bull;  from box 11:  folders entitled "Bratz Dollpack Fall 2003," "S04 Girls
25  Night Out," "Bratz New Accessories Etc. 2002," "Bratz Petz S04,"
26  "Winter Wonderland F03 Dolls," "Bratz Spring 2002 7.99 molded pieces," "S04 Sweetheart," "Jade Dollpack Spring 2003," "Jade Fall
27  2002," "Sasha Fall 2002," "Yasmin Fall 2002," "Cloe Fall 2002," "New

28

07209/2201994.1

-1-

PROPOSED ORDER

1   Girl 2002 Fall," "Bratz $7.99 2002 Spring Break," and "Bratz Spring
2   2002 14.99 segment."

3   ~~If Mattel's experts determine that their analysis would potentially benefit~~
4   ~~from access to other original documents not listed above, Bryant will make those~~
5   ~~originals available to Mattel's counsel or Mattel's expert(s) at Mattel's counsel's~~
6   ~~direction upon five (5) Court days' notice.~~

7        4.    On the day specified, Mattel will pick up the documents listed
8   above from Keker & Van Nest's San Francisco office during normal business hours.
9   The next day after the documents are removed from Keker & Van Nest shall be the
10  first of 35 days that Mattel will have for the expert examination and testing of the
11  materials requested for preparation of its initial expert reports, which time period may
12  be extended upon a showing by Mattel of good cause by further Order of the
13  Discovery Master.   The documents shall be returned to Keker & Van Nest's San
14  Francisco office on the 35th day during normal business hours.

15       5.    The experts' examination, testing and analysis may take place at
16  the experts' laboratories.   Any shipping of the originals will be done by overnight
17  mail, for earliest delivery possible to the destination area, using Federal Express or
18  UPS or a similar service that Bryant selects.

19       6.    If any of Mattel's experts recommends that a form of destructive
20  testing (that is, any testing that would alter the documents' inherent physical status) be
21  conducted, the following procedure shall be used.   First, Mattel will send a request in
22  writing to Bryant and MGA explaining what would be tested and what test or tests
23  would be conducted.   Then Bryant and MGA will have five (5) Court days to object,
24  in which case the parties must meet and confer and, within three (3) more Court days,
25  file a joint statement with Judge Infante to seek resolution of the dispute.   Bryant and
26  MGA may also elect to have their own experts attend for any destructive testing
27  being done, so long as they make this election in writing to Mattel within the five-
28  Court-day objection period, and so long as the testing can take place within ten (10)

1   Court days of the original request.  If Bryant's or MGA's expert, while he or she is

2   observing the examination or destructive testing, raises any issues about sampling or

3   testing being done or any other aspects of the expert's or experts' process, the parties

4   will seek immediate resolution from this Court so that the sampling, testing or other

5   activity will not be delayed.  If Bryant's counsel or MGA's counsel does not object or

6   seek attendance by its expert within five days of the request, the proposed destructive

7   testing shall be deemed as unobjectionable and may be carried out without further

8   delay.

9          7.    With the exception of alterations resulting from any destructive

10  testing, which would be conducted in accordance with the protocol above, all the

11  Bryant documents that are provided for inspection, examination and testing shall be

12  returned in the same condition, sequence and order in which they were received.

13         **IT IS SO ORDERED.**

14

15  DATED: _Aug 30_ , 2007

16

17

18  Hon. Edward Infante (Ret.)
    Discovery Master

19

20

21

22

23

24

25

26

27

28

07209/2201994.1

-3-

1  Prepared and respectfully submitted by:
2  QUINN EMANUEL URQUHART
   OLIVER & HEDGES, LLP
3

4
5  ___Diane C. Holmyan (SBR)___
   Diane C. Hutnyan
6  Attorneys for Mattel, Inc.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-

PROPOSED ORDER

## PROOF OF SERVICE BY E-MAIL

I, Sandra Chan, not a party to the within action, hereby declare that on August 30, 2007, I served the attached ORDER GRANTING MATTEL, INC'S MOTION TO COMPEL BRYANT TO MAKE ORIGINAL DOCUMENTS AVAILABLE FOR EXPERT EXAMINATION AND TESTING in the within action by e-mail addressed as follows:

| | | |
|---|---|---|
| John W. Keker, Esq. | Keker & Van Nest | jkeker@kvn.com |
| Michael H. Page, Esq. | Keker & Van Nest | mhp@kvn.com |
| Christa Anderson, Esq. | Keker & Van Nest | cma@kvn.com |
| John E. Trinidad, Esq. | Keker & Van Nest | jtrinidad@kvn.com |
| John Quinn Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | johnquinn@quinnemanuel.com |
| Michael Zeller Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | michaelzeller@quinnemanuel.com |
| Jon Corey Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | joncorey@quinnemanuel.com |
| Duane Lyons Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | duanelyons@quinnemanuel.com |
| Timothy Alger Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | timalger@quinnemanuel.com |
| Dominic Surprenant Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | DominicSurprenant@QuinnEmanuel.com |
| B. Dylan Proctor Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | dylanproctor@quinnemanuel.com |
| Shane McKenzie Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | shanemckenzie@quinnemanuel.com |
| Bridget Hauler Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | bridgethauler@quinnemanuel.com |
| Tamar Buchakjian Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | tamarbuchakjian@quinnemanuel.com |
| Juan Pablo Alban, Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | juanpabloalban@quinnemanuel.com |
| Dale Cendali Esq. | O'Melveny & Myers LLP | dcendali@omm.com |
| Diana Torres Esq. | O'Melveny & Myers LLP | dtorres@omm.com |
| James Jenal Esq. | O'Melveny & Myers LLP | jjenal@omm.com |
| Alicia Meyer Esq. | O'Melveny & Myers LLP | ameyer@omm.com |
| Jennifer Glad Esq. | O'Melveny & Myers LLP | jglad@omm.com |
| David Hurwitz, Esq. | O'Melveny & Myers LLP | dhurwitz@omm.com |
| Johanna Schmitt Esq. | O'Melveny & Myers LLP | jschmitt@omm.com |
| Michael C. Keats, Esq. | O'Melveny & Myers LLP | mkeats@omm.com |
| Kendall Burr, Esq. | O'Melveny & Myers LLP | kburr@omm.com |
| Melanie Bradley, Esq. | O'Melveny & Myers LLP | mbradley@omm.com |
| Marvin Putnam, Jr., Esq. | O'Melveny & Myers LLP | mputnam@omm.com |
| William Charron, Esq. | O'Melveny & Myers LLP | wcharron@omm.com |
| Marc Feinstein, Esq. | O'Melveny & Myers LLP | mfeinstein@omm.com |
| Patricia Glaser Esq. | Christensen, Glaser, Fink, Jacobs, Weil & Shapiro, LLP | pglaser@chrisglase.com |

I declare under penalty of perjury under the laws of the Untied States of America that the above is true and correct.

Executed on August 30, 2007, at San Francisco, California.

_____
Sandra Chan