**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

|  | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | |
| v. | |
| DEFENDANT(S). | **NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**

**Document Description:**

☐  Administrative Record

☐  Exhibits

☐  Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)

☐  Other

**Reason:**

☐  Under Seal

☐  Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐  Electronic versions are not available to filer

☐  Per Court order dated _____

☐  Manual Filing required (*reason*):

_____          _____
Date                                                             Attorney Name

                                                                 _____
                                                                 Party Represented

Note:   File one Notice in each case, each time you manually file document(s).

G-92 (02/07)                                    **NOTICE OF MANUAL FILING**

1

## DOCUMENT LIST

2

3  1)  **MGA ENTERTAINMENT, INC.'S APPLICATION TO FILE UNDER
4       SEAL ITS OPPOSITION TO MATTEL, INC.'S MOTION (1) TO
         ENFORCE COURT'S DISCOVERY ORDERS AND TO COMPEL; (2)
         TO OVERRULE IMPROPER INSTRUCTIONS; AND (3) FOR
5        SANCTIONS;**

6  2)  **[PROPOSED] ORDER GRANTING MGA ENTERTAINMENT, INC.'S
         APPLICATION TO FILE UNDER SEAL ITS OPPOSITION TO
7        MATTEL, INC.'S MOTION (1) TO ENFORCE COURT'S DISCOVERY
         ORDERS AND TO COMPEL; (2) TO OVERRULE IMPROPER
8        INSTRUCTIONS; AND (3) FOR SANCTIONS; and**

9  3)  **PROOF OF SERVICE**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

PROOF OF SERVICE                                    NO. CV 04-9049 SGL (RNBx)