# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>PLAINTIFF(S)<br>v.<br>MATTEL, INC., a Delaware Corporation<br>AND CONSOLIDATED ACTIONS<br>DEFENDANT(S). | CASE NUMBER:<br><br>CV 04-9049 SGL (RNBx)<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
MGA'S AND CARTER BRYANT'S JOINT NOTICE OF MOTION AND MOTION TO OVERRULE MATTEL'S RELEVANCE OBJECTIONS; DECLARATION OF MARCUS R. MUMFORD IN SUPPORT; APPLICATION TO FILE UNDER SEAL; [PROPOSED] ORDER

**Document Description:**
- ☐ Administrative Record
- ☐ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)
- ☑ Other

**Reason:**
- ☑ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☐ Per Court order dated _____
- ☐ Manual Filing required (*reason*):

12/19/07
Date

Raoul D. Kennedy, Esq.
Attorney Name

MGA ENTERTAINMENT, INC.
Party Represented

Note: File one Notice in each case, each time you manually file document(s).

G-92 (02/07)   NOTICE OF MANUAL FILING