**EXHIBIT 1**

LAW OFFICES
# KEKER & VAN NEST
LLP

710 SANSOME STREET
SAN FRANCISCO, CA 94111-1704
TELEPHONE (415) 391-5400
FAX (415) 397-7188
WWW.KVN.COM

MATTHEW M. WERDEGAR
MWERDEGAR@KVN.COM

December 14, 2007

**VIA PDF AND U.S. MAIL**

B. Dylan Proctor
Quinn Emanuel Urquhart Oliver & Hedges LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017

Re: *Bryant v. Mattel*
Case No. CV 04-09049 SGL (RNBx) (consolidated with CV 04-9059 & 05-2727)

Dear Dylan:

I write regarding your premature motion to compel Carter Bryant's responses to Mattel's Interrogatories, filed yesterday. As we have discussed at length, and as set forth in my December 11, 2007 letter to you on this topic, Mr. Bryant is currently preparing supplemental responses to Mattel's Interrogatories 27, 28, 29, 30, 31, 32, 33, 36, 37, 38, 40, 42, 45, and 47—all but one of the fifteen interrogatories addressed in your motion. Until you have seen and reviewed Mr. Bryant's supplemental responses, you cannot in good faith evaluate their adequacy.

As you know, Federal Rule of Civil Procedure 37 requires all parties to certify that they have sought in good faith to resolve discovery disputes before engaging in motion practice. Your motion is premature and inappropriate under this standard. Accordingly, I request that you withdraw the motion pending receipt of Mr. Bryant's actual supplemental responses, and advise you that Mr. Bryant may seek sanctions if you do not withdraw the motion. Because Mr. Bryant has not yet been able to gather all the necessary information to complete his supplemental responses, he now intends to serve his supplemental responses on December 17, 2007.

Very truly yours,

Matthew M. Werdegar

MMW/jas

408107.01