**EXHIBIT 4**

**This exhibit filed under seal pursuant to protective order.**

**EXHIBIT 5**

**This exhibit filed under seal pursuant to protective order.**

**EXHIBIT 6**

This exhibit filed under seal pursuant to protective order.

**EXHIBIT 7**

**This exhibit filed under seal pursuant to protective order.**

**EXHIBIT 8**

**This exhibit filed under seal pursuant to protective order.**

**EXHIBIT 9**

**This exhibit filed under seal pursuant to protective order.**