1  KEKER & VAN NEST, LLP
   JOHN W. KEKER - #49092
2  jkeker@kvn.com
   MICHAEL H. PAGE - #154913
3  mpage@kvn.com
   CHRISTA M. ANDERSON - #184325
4  canderson@kvn.com
   MATTHEW M. WERDEGAR - #200470
5  mwerdegar@kvn.com
   JOHN E. TRINIDAD - #250468
6  jtrinidad@kvn.com
   AUDREY WALTON-HADLOCK- #250574
7  awaltonhadlock@kvn.com
   710 Sansome Street
8  San Francisco, CA  94111-1704
   Telephone:  (415) 391-5400
9  Facsimile:  (415) 397-7188

10 Attorneys for Plaintiff
   CARTER BRYANT
11

12             UNITED STATES DISTRICT COURT

13        CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

14

15

16 CARTER BRYANT, an individual,          Case No. CV 04-09049 SGL (RNBx)
                                          (consolidated with CV 04-9059 & 05-
17                        Plaintiff,      2727

18       v.                               **NOTICE OF MANUAL FILING**

19 MATTEL, INC. a Delaware
   Corporation,
20
                          Defendant.
21

22 CONSOLIDATED WITH MATTEL,
   INC., v. BRYANT and MGA
23 ENTERTAINMENT, INC. v.
   MATTEL, INC.
24

25

26

27

28

---

408392.01

NOTICE OF MANUAL FILING
CASE NO. CV 04-09049 SGL (RNBx)

1  The Declaration of Matthew M. Werdegar in Support of Bryant's Opposition
2  to Mattel's Motion to Compel Responses to Interrogatories ("Declaration"), which
3  includes CONFIDENTIAL Exhibits 4 through 9, was filed in hard copy form only
4  and is being maintained in the case file in the Clerk's office.  If you are a
5  participant in this case, this filing will be served in hard copy shortly.  For
6  information on retrieving this filing directly from the court, please see the court's
7  main web site at http://www.cand.uscourts.gov under Frequently Asked Questions
8  (FAQ).
9      This filing was not e-filed for the following reason(s):
10 [_] Voluminous Document (PDF file size larger than the e-filing system allows)
11 [_] Unable to Scan Documents
12 [_] Physical Object (description): _____
13 [_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media
14
15 [X] Item Under Seal
16 [_] Conformance with the Judicial Conference Privacy Policy (General Order 53).
17 [_] Other (description): _____
18
19 Dated:  December 20, 2007                KEKER & VAN NEST, LLP
20
21
22                                          By:   /s/ Michael H. Page
                                                 Michael H. Page
23                                               Attorneys for Plaintiff
                                                 CARTER BRYANT
24
25
26
27
28

1
NOTICE OF MANUAL FILING
Case No. C 07-03363 CRB

408392.01