UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

CARTER BRYANT, an individual,

  Plaintiff,

  vs.

MATTEL, INC., a Delaware corporation,

  Defendants.

No. CV 04-9049 SGL (RNBx)

**CERTIFIED COPY**

---

Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC.

---

HEARING BEFORE THE HONORABLE EDWARD A. INFANTE

San Francisco, California

Friday, December 14, 2007

Reported by:
DANA M. FREED
CSR No. 10602

JOB No. 76864

EXHIBIT A, PAGE 1

```
 1              JUDGE INFANTE:  Sure.
 2              MR. KENNEDY:  The requests were revised into
 3    three paragraphs.
 4              JUDGE INFANTE:  Right.
 5              MR. KENNEDY:  And the motion for
 6    reconsideration is directed, as I understand it, to
 7    the third -- no, to the second (indicating).  And at
 8    the meet and confer told counsel, you know -- and
 9    we're the people looking at the $3.4 million --
10    3.4 million documents with potential redactions and
11    trying to be practical.  And said what concerns me is
12    how are you going to comply with 3, paragraph 3,
13    without going and looking through all files to try to
14    find any possible discussion that bore upon it?  Isn't
15    the burden going to be the same, and why is it you're
16    not moving on both?  And really didn't get an answer
17    on that one.
18              And I would still raise that to the Court if
19    they've got something short of looking through every
20    file to find one of those answers, don't they have
21    something short of looking through every file to look
22    at the other one?  So I guess that's number 1.
23              Number 2, this issue of what's relevant and
24    what isn't I think is going to be coming up again,
25    because there have been other objections.  And we will
```

```
 1  be trying to add to the January 4th calendar a motion
 2  dealing with particularly the concept of the
 3  interpretation, practical construction rule, which
 4  says that how people have actually behaved under
 5  a contract before litigation came along often speaks
 6  volumes more than constructions and interpretations
 7  that have come along after litigation.
 8          So to the extent, if any, that Your Honor is
 9  inclined to grant this motion on the basis of the
10  amended affirmative defenses, I'd request it be taken
11  under submission at least until you've heard the
12  broader question of the extent to which these are
13  still relevant concerns in the case.  Meanwhile,
14  looking for a practical solution that doesn't require
15  somebody to have to look, through whatever it is,
16  4- or 5,000 files.
17          JUDGE INFANTE:  Okay.  Thank you very much.
18          MR. PROCTOR:  In response to Mr. Kennedy's
19  first point.  And I believe, I believe we have
20  explained this before, although I could be mistaken so
21  I apologize if we have not.  The third category, which
22  is documents relating to enforcement of the same terms
23  of these contracts against other people.  Those
24  records, to the extent they exist, are accessible by
25  other means.  They're accessible in the legal
```

```
 1   department.  They're accessible by talking to people.
 2   They don't require going through the personnel files
 3   for every Mattel employee in order to access those
 4   records.  Number 1.
 5           Number 2.  In light of the withdrawal of the
 6   defenses, we would -- and this is set forth concededly
 7   only in our supplemental declaration.  But we would
 8   suggest that that category as well is something that
 9   should be taken off the table, because the information
10   simply isn't, isn't, to the extent it's relevant even,
11   to the extent it's relevant at all, which it's not
12   clear to me how it is, the burden of gathering it
13   would outweigh the benefits.
14           But in terms of the actual notice aspect of
15   the motion, which is Category 2, it simply, it's
16   simply a function of an increased burden in gathering
17   that information.
18           JUDGE INFANTE:  Okay.  Thank you very much.
19           MR. KENNEDY:  Briefly, Your Honor.
20           I gave you what appears to be my only copy.
21   But the third paragraph, it's not just enforcement.
22   It's quite broad language.  And I'm trying to figure
23   out how it is they plan to comply with getting all
24   of that.  I can understand if they have a list of
25   lawsuits or arbitrations or something, but that goes
```

1  broader than that.  And so I'm wondering, is there a
2  de-facto motion here for reconsideration as to that
3  one as well, or are we going to be getting that in its
4  entirety?
5          JUDGE INFANTE:  The revised request, that had
6  been narrowed during the meet and confer sessions that
7  preceded my original consideration of the motion,
8  reads as follows, quote, "All documents relating to
9  any instance in which Mattel has taken any action,
10 whatsoever, to enforce against anyone the same terms
11 of any such agreement that Mattel alleges Bryant
12 violated," unquote.
13         I do not believe they're seeking
14 reconsideration on that particular revised request.
15         MR. PROCTOR:  Except to the extent the Court
16 will permit us to do so by our supplemental
17 declaration.  Based on the change of circumstances
18 which is brought to withdrawal of the defenses.
19         JUDGE INFANTE:  I see.  I see.
20         MR. PROCTOR:  We did not originally seek
21 reconsideration on that.
22         JUDGE INFANTE:  Yeah.
23         I think, under the circumstances, I'm going
24 to take the entire motion under submission.  I will
25 state now on the record that I am in a reconsideration