1  THOMAS J. NOLAN (Bar No. 66992)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2  300 South Grand Avenue
   Los Angeles, California 90071-3144
3  Telephone:   (213) 687-5000
   Facsimile:   (213) 687-5600
4  E-mail:   tnolan@skadden.com

5  RAOUL D. KENNEDY (Bar No. 40892)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
6  4 Embarcadero Center, 38th Floor
   San Francisco, California  94111-5974
7  Telephone:   (415) 984-6400
   Facsimile:   (415) 984-2698
8  Email:   rkennedy@skadden.com

9  Attorneys for MGA Entertainment, Inc.,
   MGA Entertainment (HK) Limited,
10 MGA De Mexico, S.R.L. DE C.V., and
   Isaac Larian

11
                    UNITED STATES DISTRICT COURT
12
                  CENTRAL DISTRICT OF CALIFORNIA
13
                        EASTERN DIVISION
14
15 CARTER BRYANT, an individual          )   CASE NO. CV 04-9049 SGL (RNBx)
                                          )
16            Plaintiff,                  )   Consolidated with Case No. 04-9059 and
                                          )   Case No. 05-2727
17     v.                                 )
                                          )   **DISCOVERY MATTER**
18 MATTEL, INC., a Delaware              )
   corporation                           )   **[To be heard by Discovery Master
19                                        )   Hon. Edward A. Infante (Ret.)]**
              Defendant.                  )
20                                        )   **PROOF OF SERVICE**
                                          )
21 Consolidated with MATTEL, INC. v.      )   Hearing Date: January 3, 2008
   BRYANT and MGA                         )   Time:           1:30 p.m.
22 ENTERTAINMENT, INC. v.                 )   Place:          JAMS
   MATTEL, INC.                           )   **Phase 1:**
23                                        )   Discovery Cut-Off:   January 28, 2008
                                              Pre-Trial Conference:  May 5, 2008
                                              Trial Date:          May 27, 2008
24
25
26
27
28

                          **PROOF OF SERVICE**

1                 **PROOF OF SERVICE**

2   STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

3        I am employed in the County of San Francisco, State of California.  I am over

4   the age of 18 and not a party to the within action.  My business address is 4

5   Embarcadero Center, Suite 3800, San Francisco, California 94111.

6        On **December 21, 2007**, I served the foregoing documents described as:

7   **MGA ENTERTAINMENT, INC.'S OPPOSITION TO MATTEL, INC.'S**
8   **RENEWED MOTION FOR RECONSIDERATION OF THE**
    **SEPTEMBER 12, 2007 ORDER GRANTING IN PART AND DENYING**
9   **IN PART MGA'S MOTION TO COMPEL PRODUCTION OF**
    **DOCUMENTS**
10

11   **DECLARATION OF RAOUL D. KENNEDY IN SUPPORT OF**
    **MGA ENTERTAINMENT, INC.'S OPPOSITION TO MATTEL,**
12   **INC.'S RENEWED MOTION FOR RECONSIDERATION OF**
13   **THE SEPTEMBER 12, 2007 ORDER GRANTING IN PART**
    **AND DENYING IN PART MGA'S MOTION TO COMPEL**
14   **PRODUCTION OF DOCUMENTS**

15

16   on the interested parties in this action addressed as follows:

17               **SEE ATTACHED SERVICE LIST**

18

19   ☒   (BY PERSONAL SERVICE)     ☐   By personally delivering copies to
20                               the person served.  (FEDERAL)
21                               (As Noted.)

22                           ☒   I caused such documents to be
23                               hand delivered to the office of the
24                               addressee.  (FEDERAL) (As
25                               Noted.)

26

27

28

**PROOF OF SERVICE**

☒      (BY FEDERAL EXPRESS)  I am readily familiar with the firm's practice for the daily collection and processing of correspondence for deliveries with the Federal Express delivery service and the fact that the correspondence would be deposited with Federal Express that same day in the ordinary course of business; on this date, the above-referenced document was placed for deposit at San Francisco, California and placed for collection and delivery following ordinary business practices.  (As Noted.)

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed on **December 21, 2007** at San Francisco, California.

| Ken Hartley | /s/ Ken Hartley |
|---|---|
| Print Name | Signature |

-2-
**PROOF OF SERVICE**

1                            **<u>SERVICE LIST</u>**

2

3   John B. Quinn, Esq.                    John W. Keker, Esq.
    Michael T. Zeller, Esq.            Michael H. Page, Esq.

4   Jon D. Corey, Esq.                     Keker & Van Nest, LLP
    Timothy L. Alger, Esq.             710 Sansome Street

5   Quinn Emanuel Urquhart         San Francisco, CA  94111
      Oliver & Hedges, LLP         Telephone:   (415) 391-5400

6   865 South Figueroa Street, 10th Floor  Facsimile:   (415) 397-7188
    Los Angeles, CA  90017-2543

7   Telephone:   (213) 443-3000       Attorneys for Carter Bryant
    Facsimile:   (213) 443-3100       [Federal Express]

8   Attorneys for Mattel, Inc.
    [Personal Service]

9

10

11   Mark E. Overland, Esq.
    Alexander H. Cote, Esq.

12   David C. Scheper, Esq.
    Overland Borenstein Scheper & Kim

13   300 South Grand Avenue, Suite 2750
    Los Angeles, CA  90071

14   Telephone:   (213) 613-4655
    Facsimile:   (213) 613-4656

15   Attorneys for Carlos Gustavo
    Machado Gomez

16   [Federal Express]

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**