Larry McFarland (Bar No. 129668)
Christian C. Dowell (Bar No. 241973)
KEATS, McFARLAND & WILSON LLP
9720 Wilshire Blvd.
Penthouse Suite
Beverly Hills, CA 90212
Telephone: (310) 248-3830
Facsimile:  (310) 860-0363
Email: lmcfarland@kmwlaw.com
       cdowell@kmwlaw.com

Attorneys for non-parties
ANAELISE CLOONAN, MARGARET HATCH-LEAHY,
VERONICA MARLOW, SARAH HALPERN
and LUCY ARANT

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation<br><br>Defendant.<br><br>Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>**DECLARATION OF LARRY MCFARLAND IN SUPPORT OF NON-PARTIES ANAELISE CLOONAN'S, MARGARET HATCH-LEAHY'S, VERONICA MARLOW'S, SARAH HALPERN'S AND LUCY ARANT'S OPPOSITION TO MATTEL, INC.'S MOTION FOR ORDER CONFIRMING THAT DISCOVERY MASTER HEARS AND RESOLVES ALL DISCOVERY DISPUTES, INCLUDING THOSE WITH THIRD PARTIES**<br><br>Hearing Date:  January 7, 2008<br>Time:          10 a.m.<br>Place:         Courtroom 1 |

DECLARATION OF LARRY MCFARLAND

NO. CV 05-2727 SGL (RNBx)

I, Larry McFarland, hereby declare as follows:

I am an attorney licensed to practice law in the State of California and am a partner at the law firm of Keats, McFarland & Wilson LLP, counsel for non-party witnesses in this matter, Anaelise Cloonan, Margaret Hatch-Leahy, Veronica Marlow, Sarah Halpern, and Lucy Arant ("Non-Party Witnesses").

I submit this Declaration in Support of Non-Party Witnesses' Opposition to Mattel, Inc.'s Motion for Order Confirming that the Discovery Master Hears and Resolves all Discovery Disputes, Including those with Third Parties.  Unless otherwise stated, I have personal knowledge of the facts set forth below and, if called as a witness, I could and would competently testify thereto.

1. In March and May of 2005, Mattel served Anaelise Cloonan, Margaret Hatch-Leahy, Veronica Marlow, and Sarah Halpern with document subpoenas in the 04-9059 case requesting a broad range of documents and things. Shortly thereafter, the action was stayed pending Mattel's appeal to the Ninth Circuit.

2. Beginning in June 2007, after the stay was lifted, I met and conferred with Mattel's counsel on a variety of issues raised by the subpoenas issued to Ms. Cloonan, Ms. Hatch-Leahy, Ms. Marlow, and Ms. Halpern.

3. One issue discussed in the meet and confer process was whether Judge Infante had authority to hear disputes between my clients and Mattel. Beginning on approximately September 19, 2007, and at various other times thereafter, I apprised Mattel's counsel of my clients' position that Judge Infante did not have authority to decide disputes between my clients and Mattel.  Attached as Exhibit A are true and correct copies of three of my meet-and-confer letters to Mattel, dated November 14, November 21, and December 3, 2007 respectively.

DECLARATION OF LARRY MCFARLAND

NO. CV 05-2727 SGL (RNBx)

1

4. On November 16, 2007, in my clients' Opposition to Mattel's Ex Parte Application To Compel Depositions (at p. 1, n. 1), filed in this Court, I again confirmed my client's position that Judge Infante cannot properly resolve disputes between my clients and Mattel. Attached as <u>Exhibit B</u> is a true and correct copy of that Opposition.

5. On December 7, 2007, months after this issue was first raised with Mattel, Mattel's counsel stated that it would file an emergency ex parte application with the Court to resolve the issue of whether Judge Infante has authority to hear disputes between various non-parties and Mattel. Attached as <u>Exhibit C</u> is a true and correct copy of Mattel's correspondence to that effect.

6. Attached as <u>Exhibit D</u> are true and correct copies of excerpts from the rough draft transcript of Non-Party Anaelise Cloonan's deposition on December 14, 2007.

7. In October of 2007, Mattel served Lucy Arant with a document subpoena in the 04-9049 case requesting the production of documents.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this ___ day of December, 2007, at Stephenville, Texas.

_____/s/_____
Larry W. McFarland

DECLARATION OF LARRY MCFARLAND

NO. CV 05-2727 SGL (RNBx)

2