*Carter Bryant v. Mattel, Inc.*
*and consolidated cases*
*U.S.D.C., Central Dist. of California – Eastern Div.*
*Case No.: CV-04-9049 SGL (RNBx)*
**[Consolidated with Case No. 04-0959 and Case No. 05-2727]**

# EXHIBIT C

**EXHIBIT C TO**: DECLARATION OF LARRY MCFARLAND IN SUPPORT OF NON-PARTIES ANAELISE CLOONAN'S, MARGARET HATCH-LEAHY'S, VERONICA MARLOW'S, SARAH HALPERN'S AND LUCY ARANT'S OPPOSITION TO MATTEL, INC.'S MOTION FOR ORDER CONFIRMING THAT DISCOVERY MASTER HEARS AND RESOLVES ALL DISCOVERY DISPUTES, INCLUDING THOSE WITH THIRD PARTIES

December 7, 2007

<u>VIA EMAIL & FACSIMILE</u>

Thomas Nolan, Esq.
Skadden Arps, Slate, Meagher and Flom LLP
300 South Grand Avenue, Ste. 3400
Los Angeles, CA 90071

Amy Park, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
525 University Avenue
Suite 1100
Palo Alto, CA 94301

Larry McFarland, Esq.
Keats McFarland & Wilson LLP
9720 Wilshire Boulevard, Penthouse Suite
Beverly Hills, CA 90212

Bryant Delgadillo, Esq.
Kaye Scholer LLP
1999 Avenue of the Stars, Suite 1700
Los Angeles, CA 90067-6048

John Trinidad, Esq.
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111

Alexander Cote, Esq.
Overland Borenstein Scheper & Kim, LLP
300 South Grand Avenue, Suite 2750
Los Angeles, CA 90071

Alan N. Goldberg
Stern & Goldberg
6345 Balboa Boulevard, Suite 200
Encino, California 91316

Alisa Morgenthaler-Lever
Christensen, Glaser, Fink, Jacobs, Weil & Shapiro, LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, CA 90067

Re:   <u>Mattel, Inc. adv. MGA Entertainment</u>

Dear Counsel:

I am writing to notify you that Mattel intends to file an *ex parte* application with Judge Larson to address the various contentions in this action that Judge Infante lacks authority to decide certain discovery disputes.

Exhibit C
Page 75

Judge Larson appointed Judge Infante to act as a discovery master and to hear all discovery disputes related to this action. As paragraph 1 of the "So Ordered" Stipulation For Appointment of a Discovery Master expressly states, "[a]ny and all discovery motions and other discovery disputes in the above captioned action shall be decided by a master ('Discovery Master') pursuant to Federal Rule of Civil Procedure 53." We have provided a copy of this Order to each of you.

We will attempt to speak to each of you to discuss our application further, including to determine whether your respective client(s) will persist in their arguments that Judge Larson's Order does not apply to them and/or will oppose the application. If you do, then we will ask Judge Larson to overrule your various objections and re-affirm his Order with respect to each of you that all discovery motions and disputes involving any and all parties to this action as well as any and all third parties who are subject to personal jurisdiction in this District shall be heard and decided by Judge Infante.

If we are unable to connect with you, and unless you advise us otherwise, we will inform the Court that your client(s) oppose the application.

Very truly yours,

/s/ B. Dylan Proctor

07209/2295312.1

2

Exhibit C
Page 76

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

**NEW YORK**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

**LOS ANGELES**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

**SAN FRANCISCO**
50 California Street, 22nd Fl.
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

**TOKYO**
Akasaka Twin Tower Main Building, 6th Floor
17-22 Akasaka 2-Chome
Minato-ku, Tokyo 107-0052, Japan
+81 3 5561-1711
Facsimile: +81 3 5561-1712

**SILICON VALLEY**
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

## LOS ANGELES OFFICE
## FACSIMILE TRANSMISSION

DATE: December 8, 2007

NUMBER OF PAGES, INCLUDING COVER: 3

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Larry McFarland, Esq.<br>Keats McFarland & Wilson LLP | | (310) 860-0363 |

FROM: Juan Pablo Albán

RE: Mattel, Inc. adv. MGA Entertainment

MESSAGE:

Per Juan Pablo Alban - attached letter

| CLIENT # | 7209 | ROUTE/ RETURN TO: | Cecilia Bocanegra | ☐ CONFIRM FAX<br>☐ INCLUDE CONF. REPORT |
|---|---|---|---|---|
| OPERATOR: | | | CONFIRMED? ☐ No ☐ YES: | |

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE

Exhibit C
Page 77

*Carter Bryant v. Mattel, Inc.*
*and consolidated cases*
*U.S.D.C., Central Dist. of California – Eastern Div.*
*Case No.: CV-04-9049 SGL (RNBx)*
**[Consolidated with Case No. 04-0959 and Case No. 05-2727]**

# EXHIBIT D

EXHIBIT D TO: DECLARATION OF LARRY MCFARLAND IN SUPPORT OF NON-PARTIES ANAELISE CLOONAN'S, MARGARET HATCH-LEAHY'S, VERONICA MARLOW'S, SARAH HALPERN'S AND LUCY ARANT'S OPPOSITION TO MATTEL, INC.'S MOTION FOR ORDER CONFIRMING THAT DISCOVERY MASTER HEARS AND RESOLVES ALL DISCOVERY DISPUTES, INCLUDING THOSE WITH THIRD PARTIES

121407

```
 1      THE FOLLOWING IS AN UNEDITED ROUGH DRAFT AND
 2   IS NOT IN FINAL FORM.  VARIOUS CORRECTIONS AND/OR
 3   CHANGES MAY BE MADE BEFORE THE FINAL VERSION IS
 4   COMPLETED.  THIS ASCII IS BEING PROVIDED AS A
 5   SPECIAL SERVICE TO BE USED FOR LIMITED PURPOSES;
 6   HOWEVER, THE REPORTER AND A&E COURT REPORTERS
 7   WILL NOT BE RESPONSIBLE FOR THE CONTENT OF SUCH
 8   ROUGH DRAFT AND/OR ANY VARIANCE THEREOF FROM THE
 9   FINAL DRAFT.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

4

Exhibit D
Page 78

```
                              121407
    1           LOS ANGELES, CALIFORNIA; FRIDAY
    2                 DECEMBER 14, 2007
    3                     10:11 A.M.
    4
    5       THE VIDEOGRAPHER:  GOOD MORNING.  WE ARE ON
    6   THE RECORD AT 10:11 A.M.  TODAY'S DATE IS
    7   DECEMBER 14TH, 2007.  MY NAME IS STEVEN TOGAMI.
    8   I'M THE VIDEO TECHNICIAN EMPLOYED BY J.T.V.
    9   LITIGATION SERVICES.  LOCATED IN LOS ANGELES,
   10   CALIFORNIA.  WE ARE TAPING THESE PROCEEDINGS AT
   11   865 SOUTH FIGUEROA STREET LOS ANGELES, CALIFORNIA
   12   90017.  THIS IS TAPE NO. 1 FOR THE VIDEOTAPE
   13   DEPOSITION OF ELISE CLOONAN.  IN THE ACTION
   14   ENTITLED CARTER BRYANT VERSUS MATTEL INC. AND
   15   CONDITION SOL DATED CASES.  THIS DEPOSITION IS
   16   BEING TAKEN ON BEHALF OF THE DEFENDANT THE CASE
   17   IS YV 04-9049 SGL MAY WE PLEASE HAVE
   18   INTRODUCTIONS BEGINNING WITH THE WITNESS.
   19       THE DEPONENT:  MY NAME IS ELISE CLOONAN.
   20       MR. ZELLER:  MIKE ZELLER FOR FOR MATTEL.
   21       MS. HAULER:  BRIDGETTE HAULER FOR MATTEL.
   22       MR. MOORE:  MICHAEL MOORE FOR MATTEL.
   23       MR. MCFARLAND:  /HRAURPB WITH /TPWAEUTS MC
   24   CAR PHONE FOR MS. CLOONAN.
   25       MR. DOWELL:  CHRIS THAN TOWEL /-R /TKP INS

                                                       5

    1   KLEIN.
    2       MR. WERDEGAR:  MATH U ON BEHALF OF CARTER
    3   BRYANT.
```

Page 2

Exhibit D
Page 79

```
                        121407
 4      MR. PLEVAN:  KEN PLEVAN FROM SCADDEN /ARPTS
 5 BONN BEHALF OF DEFENDANT MGA.
 6      THE DEPONENT:  I DO.
 7 BY MR. ZELLER:
 8      Q.    GOOD MORNING.
 9      A.    GOOD MORNING.
10      Q.    HAVE YOU EVER HAD YOUR DEPOSITION
11 TAKEN BEFORE?
12      A.    NO.  I DON'T THINK SO, NO I HAVE.
13      Q.    HAVE YOU EVER TESTIFIED IN A LEGAL
14 PROCEEDING PREVIOUSLY?
15      A.    YES, I HAVE.
16      Q.    AND WHEN WAS THAT?
17      A.    A FEW YEARS AGO I DON'T REMEMBER THE
18 EXACT DATE.  IT WAS FOR DEBBIE MEYER.
19      Q.    WAS THAT AT A TRIAL IN FEDERAL COURT?
20      A.    YES.
21      Q.    THAT WAS HER BROUGHT SHE BROUGHT
22 AGAINST MATTEL?
23      A.    YES.
24      Q.    OTHER THAN ON THAT OCCASION HAVE YOU
25 EVER TESTIFIED?
                                                    6



 1      A.    NO.
 2      Q.    UNDER OATH IN A COURT PROCEEDING OF
 3 ANY KIND?
 4      A.    NO.
 5      Q.    HAVE YOU EVER TESTIFIED IN ANY KIND
 6 OF ARBITRATION BEFORE?
```

Exhibit D
Page 80

121407

1 TOWNHOUSE THAT YOU SOLD IN MAY OF 2002?
2    A.    I DO NOT REMEMBER THE HOUSE NUMBER.
3 BUT IT WAS ON THE STREET THAT IT WAS ON WAS PLAZA
4 DEL AMO.
5    Q.    I'M SORRY WHAT CITY WAS THAT YOU
6 SAID?
7    A.    TORRANCE.
8    Q.    IT WAS IN TORRANCE?
9    A.    I'M TRYING TO REMEMBER THE ZIP CODE I
10 BELIEVE IT'S 9030 -- IT'S EITHER 90303 OR 90505 I
11 FORGET SORRY ABOUT THAT.
12    Q.    HOW LONG DID YOU LIVE IN THAT
13 TOWNHOUSE IN TORRANCE?
14    A.    TWO YEARS.
15    Q.    SO?
16    A.    I MOVED THERE IN MARCH OF 2000.
17    Q.    DID THE TOWNHOUSE WAS YOUR HOME FROM
18 APPROXIMATELY MARCH OF 2000 THROUGH MAY OF 2002?
19    A.    YES.
20    Q.    AND THEN YOU SOLD IT?
21    A.    YES.
22    Q.    AND WHAT WAS THE LOCATION YOU LIVED
23 IN FROM THE PRIOR TO THE TIME YOU LIVED IN THE
24 TOWNHOUSE?
25    A.    I WAS IN MY MOTHER'S HOUSE FROM FALL

15

1 OF 99 LATE SUMMER FALL OF 99.
2    Q.    SO YOU LIVED IN YOUR MOTHER'S HOUSE

Exhibit D
Page 81

121407

3   IMMEDIATELY PRIOR TO THE TIME THAT YOU MOVED INTO
4   THE TOWNHOUSE?
5       A.   YES.
6       Q.   THERE WAS NO GAP BETWEEN THOSE TWO?
7       A.   NO.
8       Q.   AND WHERE IS IT THEN YOU LIVED PRIOR
9   TO THAT TIME WHEN YOU LIVED AT YOUR MOTHER'S
10  HOUSE IN THE 1999 TIME PERIOD?
11      A.   I LIVED AT IT WAS 160TH STREET IN
12  GARDENA. THE HOUSE NUMBER WAS 1312.
13      Q.   IS THAT THE HOUSE THAT YOU LIVED IN
14  WITH CARTER BRYANT FOR A PERIOD OF TIME?
15      A.   AND RICHARD IRMEN MORE SO RICHARD
16  IRMEN THAN CARTER.
17      Q.   AND SO IF I UNDERSTAND YOU CORRECTLY
18  THEN YOU WERE LIVING IN THAT HOUSE ON 160TH
19  STREET IN GARDENA AND AFTER THAT YOU WENT TO YOUR
20  MOTHER'S HOUSE?
21      A.   YES.
22      Q.   APPROXIMATELY HOW LONG DID YOU LIVE
23  IN THE HOUSE ON 160TH STREET IN GARDENA?
24      A.   IN 98 -- I THINK IN 1998.
25      Q.   YOU LIVED THERE FROM APPROXIMATELY

16

1   THE 1998 UNTIL THE?
2       A.   TILL 99.
3       Q.   TILL THE FALL OF 1999?
4       A.   YEAH.
5       Q.   AND DID YOU LIVE THERE CONTINUOUSLY

Exhibit D
Page 82

```
                              121407
19   CLEAR HAVE YOU EVER HAD ANY CONTACT WITH CARTER
20   WHETHER WRITTEN SUCH AS AN E-MAIL OR OVER THE
21   TELEPHONE OR SPEAKING TO HIM IN PERSON ABOUT THE
22   LAWSUIT THAT MATTEL HAS AGAINST CARTER?
23       A.      NO NO WE NEVER TALKED ABOUT IT.
24       MR. PLEVAN:  JUST READ ME THAT LAST PART I
25   DIDN'T HEAR HER READ READ.
                                                      32


 1       MR. PLEVAN:  OKAY THANK YOU DOWN AT THE END
 2   OF THE TABLE SOMETIMES I MISS THINGS.
 3   BY MR. ZELLER:
 4       Q.      HAVE YOU BEEN WHEN WAS THE LAST TIME
 5   THIS YOU HAD ANY CONTACT WITH RICHARD IRMEN?
 6       A.      WHEN I HAD MY BABY HE CALLED TO
 7   CONGRATULATE ME THAT WAS JULY OF THIS YEAR.
 8       Q.      SO SUMMER OF 2007?
 9       A.      YES.
10       Q.      WHEN WAS THE LAST TIME THAT YOU SAW
11   RICHARD FACE TO FACE?
12       A.      RICHARD.
13       Q.      YEAH.
14       A.      FACE TO FACE PROBABLY IN 2002.
15       Q.      WHAT WAS THAT LAST OCCASION WHICH YOU
16   AND RICHARD SAW EACH OTHER?
17       A.      DURING THAT IN BETWEEN PERIOD WHEN I
18   AFTER I LEFT MATTEL AND SOLD THE TOWNHOUSE I WENT
19   BACK EAST FOR A WHILE MY FATHER AND I BOUGHT A
20   HOUSE TOGETHER BECAUSE I WAS GOING TO MOVE BACK
21   EAST WITH MY FATHER.  AND I HAD THE OPPORTUNITY
```

Page 27

Exhibit D
Page 83

```
                              121407
22   NOVEMBER OF THAT YEAR TO DRIVE MY CAR BACK TO
23   RICHARD CAME OUT HE WAS HAVING THANKSGIVING AT A
24   FRIEND'S HOUSE OUT HERE IN CALIFORNIA AND AFTER
25   WE WERE BOTH DONE WITH THANKSGIVING HE DROVE BACK
```

33

```
1    WITH ME BACK EAST.
2         Q.        WHEN YOU SAY BACK EAST WHERE?
3         A.        TO PITTSBURGH.
4         Q.        WAS THAT DRIVING TRIP IT WAS LAST
5    TIME YOU SAW HIM FACE TO FACE?
6         A.        IT WAS THE LAST TIME I SAW HIM AND
7    CARTER.
8         Q.        CARTER WAS ON THAT TRIP AS WELL?
9         A.        YES NO HE DIDN'T GO WITH WITH US ON
10   THE TRIP YOU HAVE TO GO THROUGH MISSOURI TO GET
11   TO PENNSYLVANIA.
12        Q.        SO YOU STOPPED IN MISSOURI?
13        A.        YES WE GOT SNOWED IN IN MISSOURI IT
14   WASN'T MUCH OF A CHOICE.
15        Q.        SO THEN IF I UNDERSTAND WHAT YOU'RE
16   SAYING CORRECTLY IN 2002 YOU AND RICHARD IRMEN
17   TOOK THAT DRIVE TO PITTSBURGH AND ON THE WAY YOU
18   STOPPED AND SAW CARTER AND THEN ON THAT OCCASION
19   IS THE LAST TIME THAT YOU EVER SAW CARTER FACE TO
20   FACE?
21        A.        YES.
22        Q.        AND THEN WHEN THE TRIP ENDED BACK IN
23   THAT 2002 TIME PERIOD THAT WAS THE LAST TIME YOU
24   EVER SAW RICHARD FACE TO FACE?
```

Exhibit D
Page ___84___

121407

18      MR. MCFARLAND:  AND AGAIN EXCLUDING ANY
19 CONVERSATIONS WITH ME.
20      THE DEPONENT:  OKAY.  SHE HAS NEVER
21 ABSOLUTELY CONFIRMED ANYTHING WITH ME.
22 BY MR. ZELLER:
23      Q.      AND THEN SO CONSISTENT WITH WHAT YOU
24 WERE SAYING EARLIER SO I'M ON THE SAME /PAUPBLG
25 IT WAS AN A/UPL SHUN ON YOUR PART THAT SHE WAS

42

1  DOING WORK FOR MGA BUT YOU DON'T KNOW?
2      A.      YES.
3      Q.      THEN TO GO BACK TO THAT QUESTION HAVE
4  YOU EVER SPOKEN WITH ANNA RHEE ABOUT ANY WORK
5  THAT SHE DID FOR MGA?
6      A.      NO.
7      Q.      ARE YOU CURRENTLY EMPLOYED?
8      A.      NO.
9      Q.      HAD YOU PREVIOUSLY RUN A BUSINESS
10 THAT WAS CALLED OOH CHILD?
11     A.      YES.
12     Q.      THAT'S OOH NEW WORD CHILD?
13     A.      A CHILD YEAH.
14     Q.      I TAKE IT THAT BUSINESS ISN'T
15 OPERATING TODAY?
16     A.      IT'S I JUST HAD MY BABY AND IT'S NOT
17 THAT I STOPPED IT I JUST DON'T HAVE TIME FOR WORK
18 RIGHT NOW.
19     Q.      DID YOU EVER FILL OUT ANY KIND OF
20 CORPORATE PAPERWORK TO HAVE IT FORMALLY

Page 36

Exhibit P
Page 85

121407

21 INCORPORATED?
22     A.     NO.
23     Q.     OR REGISTERED WITH THE STATE OR
24 ANYTHING LIKE THAT?
25     A.     NO.

43

1      Q.     WHEN IS IT THAT YOU FIRST BEGAN DOING
2 ANY KIND OF WORK OR BUSINESS UNDER THE NAME A
3 CHILD?
4      A.     AFTER I LEFT MATTEL ONCE I GOT
5 SETTLED INTO 39TH STREET IS THE FIRST TIME I
6 STARTED DOING IT.
7      Q.     I'M SORRY YOU SAY 39TH STREET WHICH
8 LOCATION IS THIS?
9      A.     THE HOUSE ON 39TH STREET 390, 39TH
10 STREET.
11     Q.     THAT'S THE ONE IN SAN PEDESTRIAN RE?
12     A.     YES THERE'S THREE HOUSES IN
13 SAN PEDRO.
14     Q.     IT WAS ONE OF THE THREE IN SAN PEDRO?
15     A.     THE FIRST ONE THAT I MOVED INTO.
16     Q.     IS OOH CHILD EVER HAD A LOCATION
17 WHERE IT OPERATED IT'S BUSINESS SEPARATE FROM
18 WHERE YOU WERE LIVING AT THE TIME?
19     A.     NO.
20     Q.     IT'S A HOME BUSINESS?
21     A.     YES.
22     Q.     HAVE YOU EVER HIRED ANY EMPLOYEES FOR
23 THAT BUSINESS?

Page 37

Exhibit D
Page 86

121407

```
1      Q.     DO YOU KNOW A JENNY WONG?
2      A.     NO.
3      Q.     DO YOU HAVE ANY KNOWLEDGE ABOUT WORK
4  THAT ANNA RHEE DID AT ANY TIME ON BRATS?
5      A.     NO.
6      Q.     THAT'S NOT ANYTHING THAT YOU
7  DISCUSSED WITH HER SPECIFICALLY; IS THAT CORRECT?
8      A.     NO.  WE DON'T TALK ABOUT WORK.
9      Q.     HAVE YOU EVER RECEIVED ANY PAYMENT OF
10 MONEY FROM MGA?
11     A.     NO.
12     Q.     FROM ISAAC LARIAN?
13     A.     NO.
14     Q.     FROM ANYONE WORKING AT MGA?
15     A.     NO.
16     Q.     HAVE YOU EVER RECEIVED ANY PAYMENT OF
17 MONEY FROM CARTER BRYANT AT ANY TIME SINCE
18 OCTOBER OF 2000?
19     A.     NO.
20     Q.     HAVE YOU EVER RECEIVED ANY PAYMENT OF
21 MONEY FROM RICHARD IRMEN SINCE THAT TIME?
22     A.     NO.
23     Q.     HAVE YOU EVER RECEIVED ANYTHING OF
24 VALUE FROM MGA ISAAC LARIAN ANYONE AT MGA CARTER
25 BRYANT OR RICHARD /EUR MAN?
```

277

Exhibit D
Page 87

```
                           121407
1       A.      THEY SENT A GIFT CARD FOR THE BABY.
2       Q.      WHEN YOU SAY THEY YOU'RE TALKING
3  ABOUT /KAERTER AND RICHARD?
4       A.      YEAH.
5       Q.      OTHER THAN THE GIFT CARD?
6       A.      NO.
7       Q.      HAVE YOU BEEN PROMISED ANYTHING?
8       A.      NO.
9       Q.      OF VALUE OR PAYMENT OF MONEY OF ANY
10 KIND BY ANY OF THOSE INDIVIDUALS OR COMPANIES?
11      A.      NO.
12      Q.      SETTING ASIDE THE AGREEMENT THAT YOU
13 TOLD ME ABOUT PREVIOUSLY OR THAT WRITING THAT YOU
14 SIGNED IN /H CONNECTION WITH MCFARLAND
15 REPRESENTATION HERE HAVE YOU EVER SIGNED ANYTHING
16 THAT RELATED TO MGA?
17      A.      NO.
18      Q.      AND WHETHER IT WAS IN WRITING OR NOT
19 HAVE YOU EVER BEEN PROMISED ANYTHING BY MGA ISAAC
20 LARIAN OR ANYONE AT MGA?
21      A.      NO.
22      Q.      IS THE SAME TRUE OF CARTER BRYANT AND
23 RICHARD IRMEN?
24      A.      YES.
25      MR. PLEVAN:  WE'RE GETTING AN ANSWER ON
                                                            278

1  RECORD PLEASE ALL I HEARD WAS A NOD.
2       THE DEPONENT:  YES.
3       MR. MCFARLAND:  SHE SAID YES VERY QUIETLY.
```

Page 249


Exhibit D
Page 88

# DECLARATION OF SERVICE

CARTER BRYANT v. MATTEL, INC.
Case No.: CV 04 – 09049 SGL (RNBx)
Consolidated with Case Nos. CV 04-9059 and CV 05-2727

I, the undersigned say, I am and was at all times herein mentioned a resident of the County of Los Angeles, over the age of eighteen (18) years and not a party to the within action or proceeding. My business address is 9720 Wilshire Boulevard, Penthouse Suite, Beverly Hills, California 90212 and I am employed in the offices of Keats, McFarland & Wilson LLP by a member of the Bar of this Court at whose direction the service mentioned herein below was made.

On December 21, 2007, I served the following document(s):

1. **NON-PARTIES ANA ELISE CLOONAN'S, MARGARET HATCH-LEAHY'S, VERONICA MARLOW'S, SARAH HALPERN'S AND LUCY ARANT'S OPPOSITION TO MATTEL, INC.S MOTION FOR ORDER CONFIRMING THAT DISCOVERY MASTER HEARS AND RESOLVES ALL DISCOVERY DISPUTES, INCLUDING THOSE WITH THIRD PARTIES**

2. **DECLARATION OF LARRY MCFARLAND IN SUPPORT OF NON-PARTIES ANAELISE CLOONAN'S, MARGARET HATCH-LEAHY'S, VERONICA MARLOW'S, SARAH HALPERN'S AND LUCY ARANT'S OPPOSITION TO MATTEL, INC.'S MOTION FOR ORDER CONFIRMING THAT DISCOVERY MASTER HEARS AND RESOLVES ALL DISCOVERY DISPUTES, INCLUDING THOSE WITH THIRD PARTIES (with attached exhibits A – D)**

upon counsel and interested parties named below or on an attached service list, by placing a true and correct copy thereof in an envelope addressed as follows:

**See Attached Service List**

[XX] **BY MAIL:** I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Beverly Hills, California. I am readily familiar with the practice of Keats McFarland & Wilson LLP for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after deposit for mailing in affidavit.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 21, 2007, at Beverly Hills, California.

_____
Janice L. Trayes

Keats McFarland & Wilson
9720 Wilshire Blvd.
Penthouse
Beverly Hills, CA 90212

# SERVICE LIST

**CARTER BRYANT v. MATTEL, INC.**
*Case No.: CV 04 – 09049 SGL (RNBx)*
*Consolidated with Case Nos. CV 04-9059 and CV 05-2727*

| Counsel | Tele/Fax/E-Mail | Party |
|---|---|---|
| **QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP**<br>865 South Figueroa Street, 10th Fl.<br>Los Angeles, CA 90017<br><br>Dylan Proctor, Esq. | Tel:  213.443.3000<br>Fax:  213.443.3100<br><br>Email: dylanproctor@quinnemanuel.com | MATTEL, INC. |
| **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP & AFFILIATES**<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90017<br><br>Thomas J. Nolan, Esq. | Tel:  213.687.5250<br>Fax:  213.621.5250<br>Email:  tnolan@skadden.com | MGA |
| **KEKER & VAN NEST, LLP**<br>710 Sansome Street<br>San Francisco, CA 94111<br><br>Michael H. Page, Esq. | Tel:  415.391.5400<br>Fax:  415.397.7188<br>Email: mpage@kvn.com | CARTER BRYANT |