THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, CA 90071-3144
Tel.: (213) 687-5000/Fax: (213) 687-5600

RAOUL D. KENNEDY (Bar No. 40892)
(rkennedy@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Embarcadero Center, 38th Floor
San Francisco, CA 94111-5974
Tel.: (415) 984-6400 / Fax: (415) 984-2698

Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. de C.V., and Isaac Larian

UNITED STATED DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>**DISCOVERY MATTER**<br><br>DECLARATION OF MARCUS R. MUMFORD IN SUPPORT OF MGA'S MOTION TO COMPEL MATTEL TO PRODUCE WITNESSES PURSUANT TO NOTICE OF DEPOSITION UNDER RULE 30(b)(6), OR, IN THE ALTERNATIVE, FOR LEAVE TO SERVE SUCH NOTICE<br><br>[To be heard by Discovery Master Hon. Edward Infante (Ret.) Pursuant to Court Order of December 6, 2006]<br><br>Hearing Date: TBD<br>Time: TBD |

Declaration of Marcus R. Mumford in Support of MGA's Motion To Compel
Production of 30(b)(6) Witnesses
-1-

I, Marcus R. Mumford, declare and state as follows:

I am an attorney with Skadden, Arps, Slate, Meagher & Flom, LLP, counsel of record for MGA Entertainment, Inc. ("MGA") and Isaac Larian.

1. Attached as **Exhibit 1** hereto is a true and correct copy of MGA's Notice of Deposition of Mattel, Inc. ("Mattel") Pursuant to Fed. R. Civ. P. 30(b)(6), dated September 5, 2007.

2. Attached as **Exhibit 2** hereto is a true and correct copy of Carter Bryant's Notice of Deposition of Plaintiff and Counterdefendant Mattel, dated December 21, 2004.

3. Attached as **Exhibit 3** hereto is a true and correct copy of Mattel's First Notice of Deposition of MGA Pursuant to Rule 30(b)(6), dated February 16, 2005.

4. Attached as **Exhibit 4** hereto is a true and correct copy of MGA's Complaint for False Designation of Origin and other claims, dated April 13, 2005.

5. Attached as **Exhibit 5** hereto is a true and correct copy of Mattel's Notice of Motion and Motion for Leave to File Amended Complaint, dated November 19, 2006.

6. Attached as **Exhibit 6** hereto is a true and correct copy of Mattel's Second Notice of Deposition of MGA Entertainment Inc. Pursuant to Federal Rule of Civil Procedure 30(b)(6), dated February 1, 2007.

7. Attached as **Exhibit 7** hereto is a true and correct copy of Mattel's Third Notice of Deposition of MGA Entertainment Inc. Pursuant to Federal Rule of Civil Procedure 30(b)(6), dated June 5, 2007.

8. Attached as **Exhibit 8** hereto is a true and correct copy of Mattel's Notice of Motion and Motion to Compel MGA to Produce Witnesses Pursuant to Mattel's Third Notice of Deposition Under Rule 30(b)(6) and for Sanctions, dated July 19, 2007.

9. Attached as **Exhibit 9** hereto is a true and correct copy of Mattel's Reply in Support of Motion to Compel MGA to Produce Witnesses Pursuant to Mattel's Third Notice of Deposition Under Rule 30(b)(6) and for Sanctions, dated August 6, 2007.

10. Attached as **Exhibit 10** hereto is a true and correct copy of the Court's Order Granting in Part and Denying in Part Mattel's Motion to Compel MGA to Produce Witnesses Pursuant to Third Notice of Deposition Under Rule 30(b)(6); Denying Request for Sanctions, dated September 25, 2007.

11. Attached as **Exhibit 11** hereto is a true and correct copy of Mattel's Second Amended Answer in Case No. 05-2727 and Counterclaims.

12. Attached as **Exhibit 12** hereto is a true and correct copy of a Letter from Paul M. Eckles to Jon D. Corey, Esq. dated December 12, 2007.

13. Attached as **Exhibit 13** hereto is a true and correct copy of a Letter from Jon D. Corey, Esq. to Paul Eckles, Esq., dated December 20, 2007.

14. Attached as **Exhibit 14** hereto is a true and correct copy of a Letter from Jon D. Corey, Esq. to Amman A. Khan, Esq., dated October 2, 2007.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 21, 2007, at Los Angeles, California.

By: _____
Marcus R. Mumford