# EXHIBIT 12

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

300 SOUTH GRAND AVENUE

LOS ANGELES, CALIFORNIA 90071-3144

TEL: (213) 687-5000
FAX: (213) 687-5600
www.skadden.com

DIRECT DIAL
(212) 735-2578
DIRECT FAX
(917) 777-2578
EMAIL ADDRESS
PMECKLES@SKADDEN.COM

FIRM/AFFILIATE OFFICES
BOSTON
CHICAGO
HOUSTON
NEW YORK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
—
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

December 12, 2007

**VIA MESSENGER**

Jon D. Corey, Esq.
Quinn, Emanuel, Urquhart, Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543

RE:   *Mattel, Inc. v. Bryant*

Dear Jon:

      We are writing in response to your December 11, 2007 letter. We disagree with your factual account and we will prove Mattel's delay to the Court should that become necessary.

      In any event, you still have not provided the requested dates for Ms. Fontanella or Mr. Bousquette. Please provide available dates before the January 28, 2008 discovery cut off immediately.

      Your assertion that Mr. Bousquette only has knowledge on Phase II issues is false. Among other things, (a) Mattel's initial disclosures represent that Mr. Bousquette has "knowledge of facts that Mattel may use to support its material allegations and defenses," including "Mattel's business operations and the development and ownership of intellectual property at issue," and (b) Mattel's supplemental interrogatory response filed December 8, 2007, lists Mr. Bousquette as a person with knowledge of facts supporting its contention that it suffered harm as a result of MGA's conduct. Mr. Bousquette's deposition must take place before January 28, 2008.

      As to Ms. Ross, given your stated intent to designate her as a Rule 30(b)(6) witness, we will take her deposition in that capacity on January 17, 2008. Please let us know which topics she will be acting as Mattel's designee.

Exhibit 12   Page 355

Jon D. Corey, Esq.
December 12, 2007
Page 2

In Mr. Mumford's December 10, 2007 letter, we confirmed the deposition of Tina Patel for January 8, 2008. Your letter does not address this issue, so we assume that Ms. Patel's deposition is confirmed for that date.

We also again ask that Mattel immediately provide us with dates and the names of its designees on the outstanding 30(b)(6) topics. In addition to the outstanding topics in Carter Bryant's Rule 30(b)(6) notice, we ask that Mattel immediately designate a witness on the following topics identified in MGA's Rule 30(b)(6) notice relating to Phase I issues (topics 8, 9, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 26, 27, 28, 29, 30, 31, 32, 39, 42, 47, 48, 58, 60, 65, 69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85).[1]

In addition, we are enclosing deposition notices for the following individuals:

1. Maureen Tafoya;
2. Theresa Newcomb;
3. Tim Kilpin;
4. Sheila Kyaw;
5. Kevin Farr;
6. Jean Gomez;
7. Hoi Hoffman-Briggs;
8. Evelyn Viohl;
9. Roger Simoneau; and
10. Milt Zablow

MGA believes each of these individuals has knowledge regarding Phase I issues, and these depositions need to be scheduled before the January 28, 2008 discovery cutoff. MGA is uncertain whether the above individuals still are affiliated with Mattel, and if not, whether your firm will be representing these individuals and can accept service. Please provide us with answers to these inquiries.

To expedite the scheduling of these outstanding depositions and to resolve any remaining disputes, we propose to have a meet and confer/scheduling meeting as

---

[1] These are the topics in MGA's notice that relate to Phase I issues. We will schedule Mattel's Rule 30(b)(6) deposition on the remaining topics after the January 28, 2008 discovery cutoff. If Mattel intends to stand on its objection to MGA's Rule 30(b)(6) deposition notice based on the ground that Carter Bryant served a previous Rule 30(b)(6) notice, we propose to discuss this objection at the proposed meet and confer session. Please consider this letter as the notice and request for a meet and confer under Section 5 of the Discovery Master stipulation.

Exhibit 12   Page 356

Jon D. Corey, Esq.
December 12, 2007
Page 3

soon as possible. I am available all day this Friday, December 14, as well as all day on Monday of next week, and I am available until noon EST on Tuesday.

Please let us know when you are available on these days. Please also be prepared to discuss all deposition scheduling issues raised in this letter and Mr. Mumford's letter of December 10 at this conference. Time is running short, and if we are not able to reach an agreement at this conference, we will need to seek appropriate relief from the Court and/or the Discovery Master.

We look forward to hearing from you.

Sincerely,

*Paul Eckles*

Paul M. Eckles

cc:   Matthew Werdeger, Esq.

Enclosures

486002-Los Angeles Server 1A - MSW

Exhibit 12   Page 357