# EXHIBIT 14

10-02-2007  12:59pm  From-QUINN EMANUEL           2134433100          T-887  P.002/003  F-699

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

October 2, 2007

<u>VIA FACSIMILE AND U.S. MAIL</u>

Ammam A. Khan, Esq.
Scott Gizer, Esq.
Christensen, Glaser, Fink, Jacobs,
Weil & Shapiro LLP
10250 Constellation Blvd., 19th Floor
Los Angeles, CA 90067

Re:   <u>Mattel, Inc. v. Bryant</u>

Dear Counsel:

I write in response to your respective letters of September 27, 2007 and September 25, 2007 regarding deposition scheduling.

First, with respect to the deposition of Matt Bousquette, we are able to obtain deposition dates for him. Judge Infante ordered, however, that he be deposed only after the completion of MGA's production of documents in connection with the unfair competition complaint. To date, MGA has failed to state when that production will be complete. Once MGA does so, then we can ask Mr. Bousequette to look at his calendar for available dates *after* MGA's production is complete. Until MGA provides a date after which Mr. Bousquette's deposition will occur, setting a date for his deposition would require Mattel to guess when MGA's production will complete. Mattel will not do that.

Second, with respect to Ms. Brisbois, does your firm represent her? I understand, however, that MGA is not willing to produce her. Please identify at our next meeting of counsel who her employer is.

Third, we will take up the issue of Ms. Brooks and Ms. Brode with Judge Infante.

quinn emanuel urquhart oliver & hedges, llp

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100

07209/2240269.1

Exhibit 14   Page 361

10-02-2007  12:59pm  From-QUINN EMANUEL                    2134433100           T-987  P.003/003  F-698

Fourth, you represented at the most recent conference of counsel that your firm represents Shirin Salemnia, Mariana Alameda and Pablo Vargas and that you would provide dates for them at the next meeting of counsel. Mattel expects dates for those three individuals.

Fifth, we will provide MGA with a date for Mr. Moore's deposition when we receive a date for Ms. Gronich's deposition.

Sixth, in light of Judge Infante's ruling regarding Mattel's Third Notice of Deposition of MGA, Mattel is reconsidering its response to MGA's Notice of Deposition of Mattel. In light of that ruling we anticipate, but cannot assure, that we will be able to discuss these issues when we next meet.

Mattel's failure to correct all of them shall not be deemed a waiver or an acknowledgement that the letters are otherwise accurate. If you have any questions regarding the foregoing, please do not hesitate to call.

Best regards,

Jon Corey

cc:   Michael Page
      Christa Anderson
      Diana Torres
      William Charron
      Jim Jenal