# EXHIBIT A

# OVERLAND BORENSTEIN SCHEPER & KIM LLP

Alexander H. Cote
(213) 613-4660
acote@obsklaw.com

November 27, 2007

**VIA FACSIMILE AND U.S. MAIL**

Michael T. Zeller
Jon Corey
James Webster
B. Dylan Proctor
Stephen Hauss
Quinn Emanuel Urguhart Oliver & Hedges LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017

      Re:    *Bryant v. Mattel, Inc.,* and consolidated actions under Case No. CV 04-09049

Gentlemen:

      Today, I received *Mattel, Inc.'s Notice of Motion and Motion to Enforce the Court's Order of August 27, 2007* ("Motion"), via electronic filing. The Motion seeks an order compelling Mr. Machado to draft a declaration "setting forth [his] evidence preservation efforts and policies with respect to the present litigation." As you know, Mr. Machado never refused to provide such a declaration. Nor did I ever state that Mr. Machado was unable or unwilling to provide such a declaration while he was in Mexico. Your statements to the contrary in the Motion are simply false.

      Nor was the Motion at all necessary. Enclosed please find Mr. Machado's declaration. Note that Mr. Machado executed the declaration on November 1, 2007, during the "hard stay" issued by the Court on October 31, 2007. After the stay expired on November 14, 2007, Mattel *never* renewed its request for the enclosed declaration. To the contrary, Mattel's numerous letters and filings are completely silent on that point. Had your office made a brief phone call or dashed off a quick email after the stay expired, I would have been happy to provide the enclosed declaration. As a result, we could have avoided the wasted time and expense your motion has consumed, from the parties and from the Court.

OVERLAND BORENSTEIN SCHEPER & KIM LLP

Quinn Emanuel Urguhart Oliver & Hedges LLP
November 27, 2007
Page 2


      In the future, I hope that your office can take a more professional approach to such minor issues.

Very truly yours,

Alexander H. Cote
OVERLAND BORENSTEIN SCHEPER & KIM LLP

cc:    Thomas J. Nolan, Esq.
       Michael Page, Esq.

1

## DECLARATION OF CARLOS GUSTAVO MACHADO GOMEZ

2     I, CARLOS GUSTAVO MACHADO GOMEZ, hereby declare as follows:

3     1. I am a counter-defendant in an action brought by Mattel, Inc. in the United
4  States District Court for the Central District of California. I present this Declaration
5  regarding document preservation, as ordered by the Court. I have personal
6  knowledge of the facts set forth herein, and if called and sworn as a witness, I could
7  and would testify competently thereto.

8     2. Other parties to this action, including MGA Entertainment, Inc. or its
9  subsidiaries, may have taken steps to preserve their documents. This Declaration is
10 limited to the steps I have personally taken to preserve my own documents.

11    3. I have never received a letter or any other notice from Mattel or its lawyers
12 asking me to preserve any documents or identifying the categories of documents that
13 Mattel believes are related to this matter.

14    4. As an individual I have no policy regarding retention of documents in my
15 possession.

16    5. I have not knowingly discarded or destroyed any documents related to this
17 matter after I was named as a defendant in this case.

18    I declare under penalty of perjury under the laws of the United States that the
19 foregoing is true and correct and that this declaration is executed at Los Angeles,
20 California on November 1, 2007.

21

22

23     Carlos Gustavo Machado Gomez

24

25

26

27

28

```
***************************
*** FAX MULTI TX REPORT ***
***************************


JOB NO.              0239
DEPT. ID
PGS.                 4

TX/RX INCOMPLETE     -----
TRANSACTION OK       4433100
                     6875600
                     14153977188

ERROR                -----
```

# OVERLAND BORENSTEIN SCHEPER & KIM LLP

300 South Grand Avenue • Suite 2750 • Los Angeles, CA 90071-3144
Telephone (213) 613-4655 • Facsimile (213) 613-4656

## FACSIMILE COVER SHEET

November 27, 2007

| TO | FIRM/COMPANY | FACSIMILE |
|---|---|---|
| Michael T. Zeller<br>Jon Corey<br>James Webster<br>B. Dylan Proctor<br>Stephen Hauss | Quinn Emanuel Urquhart Oliver & Hedges LLP | 213-443-3100 |
| cc: Thomas J. Nolan, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | 213-687-5600 |
| cc: Michael Page, Esq. | Keker & Van Nest LLP | 415-397-7188 |

| FROM | Alexander H. Cote | TELEPHONE | (213) 613-4660 |
|---|---|---|---|
| E-MAIL | acote@obsklaw.com | FACSIMILE | (213) 613-4656 |
| CLIENT | 372-2 | # PAGES (inc. cover) | 4 |
| RE | *Bryant v. Mattel, Inc.*, and consolidated actions under Case No. CV 04-09049 | | |

MESSAGE: