# EXHIBIT B

09/26/2007 12:29 FAX 12134433... QEUOH-LAO-2 ☒001/008

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

**NEW YORK**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

**LOS ANGELES**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

**SAN FRANCISCO**
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

**SILICON VALLEY**
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

## LOS ANGELES OFFICE
## FACSIMILE TRANSMISSION

DATE: September 26, 2007

NUMBER OF PAGES, INCLUDING COVER: 8

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| John E. Trinidad, Esq.<br>Keker & Van Nest, LLP | (415) 391-5400 | (415) 397-7188 |
| Diana Torres, Esq.<br>O'Melveny & Myers LLP | (213) 430-6000 | (213) 430-6407 |
| Amman A. Khan, Esq.<br>Christensen, Glaser, Fink, Jacobs, Weil & Shapiro LLP | (310) 553-3000 | (310) 556-2920 |
| James W. Spertus, Esq.<br>Law Offices of James W. Spertus | (310) 826-4700 | (310) 826-4711 |

FROM: B. Dylan Proctor, Esq.

RE: *Bryant v. Mattel, Inc.*

MESSAGE:

---

07209/2233578.1

CLIENT # 7209

ROUTE/RETURN TO: Tiffany Garcia/3rd Floor

☒ CONFIRM FAX
☒ INCLUDE CONF. REPORT

OPERATOR:

CONFIRMED?  ☐ NO  ☐ YES: _____

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE.

**quinn emanuel** trial lawyers | los angeles
865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

WRITER'S DIRECT DIAL NO.
(213) 443-3112

WRITER'S INTERNET ADDRESS
dylanproctor@quinnemanuel.com

September 26, 2007

VIA FACSIMILE AND U.S. MAIL

John B. Trinidad, Esq.
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111

Re:   Mattel, Inc. v. Bryant

Dear John:

I write in response to your letter of yesterday regarding the Court's August 27, 2007 Order, and Mattel's prior request that Mr. Bryant and other defendants fulfill their obligation to provide a declaration of their preservation efforts as ordered by the Court.

You correctly point out in your letter that during the hearing on MGA's and Bryant's joint motion for terminating sanctions, the Court stated it wanted MGA and Mattel to provide preservation declarations. However, the Court also made clear, in its closing comments, that it intended to "issue a minute order directing further proceedings in this matter." The Court issued that Order later that same day and, as discussed in my letter of September 21, 2007, required "all parties" to provide declarations of their preservation efforts. The Order could not be more clear. Mr. Bryant's contention that "there is no Court order requiring Carter Bryant to provide a declaration regarding preservation efforts" simply ignores the Order's unequivocal terms. I have enclosed a copy of the Court's Order with this letter for your convenience.

Mattel invites a discussion of this matter and remains hopeful that it can be resolved without involving the Court. Also, I have not heard back from counsel for the other non-MGA

quinn emanuel urquhart oliver & hedges, llp

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100

07209/2233050.1

Entertainment, Inc. parties. We request a prompt response from Defendants as to their positions and/or availability for a conference of counsel.

Very truly yours,

B. Dylan Proctor

BDP:lak
Enclosure

cc:  Diana Torres, Esq.
     Amman Kahn, Esq.
     James Spertus, Esq.