THOMAS J. NOLAN (Bar No. 66992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, CA 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600
E-mail: tnolan@skadden.com

RAOUL D. KENNEDY (Bar No. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Embarcadero Center, 38th Floor
San Francisco, California 94111-5974
Telephone: (415) 984-6400
Facsimile: (415) 984-2698
Email: rkennedy@skadden.com

Attorneys for Counter-Defendants,
MGA ENTERTAINMENT, INC., ISAAC LARIAN, MGA ENTERTAINMENT (HK) LIMITED, and MGAE de MEXICO S.R.L. de C.V.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation<br><br>Defendant.<br><br>Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br><u>DISCOVERY MATTER</u><br><br>**DECLARATION OF AMY PARK IN SUPPORT OF MGA DEFENDANTS' MOTION TO QUASH SUBPOENAS OR, IN THE ALTERNATIVE, FOR PROTECTIVE ORDER;**<br><br>[To Be Heard By Discovery Master Hon. Edward Infante (Ret.)]<br><br>Hearing Date: TBD<br>Time: TBD<br>Place: TBD |

DECLARATION OF AMY PARK IN SUPPORT OF MGA DEFENDANTS' MOTION TO QUASH SUBPOENAS OR, IN THE ALTERNATIVE, FOR PROTECTIVE ORDER

I, Amy S. Park, hereby declare as follows:

I am an attorney licensed to practice law in the State of California and am a partner at the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, attorneys of record for MGA Entertainment, Inc. ("MGA"), Isaac Larian ("Mr. Larian" or "Larian"), MGA Entertainment (HK) Limited ("MGA HK"), and MGAE de Mexico S.R.L. de C.V. ("MGA Mexico") (collectively, the "MGA Defendants"), in the above-captioned matter. I submit this Declaration in Support of the MGA Defendant's Motion to Quash Subpoenas or, in the Alternative, for a Protective Order. Unless otherwise stated, I have personal knowledge of the facts set forth below and, if called as a witness, I could and would testify competently thereto.

1. Since litigation commenced in this case nearly four years ago, Mattel has served the MGA Defendants with eight sets of document requests to MGA, two sets of document requests to Mr. Larian and MGA HK each, and two sets of document requests to MGA Mexico. In total, Mattel has served more than 2,300 individual requests, including more than 400 requests for documents relating to Bratz and other MGA products at issue in the case, more than 150 requests for documents relating to Carter Bryant, and more than 250 requests relating to financial information.

2. To date, the MGA Defendants have produced more than three million pages of documents responsive to Mattel's document requests.

3. Financial information that MGA has produced to Mattel in response to its document requests include the following:

- Audited and unaudited quarterly and annual profit and loss statements;
- Audited and unaudited quarterly and annual statements;
- Annual reports;
- Various MGA financial reports;
- Various financial documents relating to Veronica Marlow;

1

DECLARATION OF AMY PARK IN SUPPORT OF MGA DEFENDANTS' MOTION TO QUASH SUBPOENAS OR, IN THE ALTERNATIVE, FOR PROTECTIVE ORDER

- Documents showing royalty payments to Carter Bryant;
- Documents showing MGA's sales, returns and costs of good sold for each month, by SKU, since 2001;
- Documents showing MGA's promotional, advertising and media expenditures, including MGA's internal allocation of those expenditures by brand and/or product;
- Documents showing MGA's amortization and depreciation of certain capital assets and expenditures;
- Documents showing MGA's monthly general ledger entries aggregated by account, including income and expense accounts, reserves and liabilities; and
- Documents sufficient to explicate MGA's various accounts as presently and historically maintained in MGA's books and records, as well as various nomenclature assigned to items, products, brands, sub-brands, and profit centers.

4.  We will be producing or otherwise making available to Mattel additional documents responsive to Mattel's Second Set of Requests for Production. In addition, in the upcoming weeks, the MGA Defendants will be responding to six other outstanding sets of document requests for which responses are not yet due, including, by producing responsive documents, identifying responsive documents that have already been produced, and/or by offer to meet and confer regarding the scope of the requests.

5.  On December 21, 2007, I had a telephone conference with attorneys from Quinn Emanuel, counsel of record for Mattel, to meet and confer regarding various objections to subpoenas that Mattel had issued to Wells Fargo, Wachovia, Moss Adams, Deloitte & Touche, Ernst & Young, ConsumerQuest, the Isaac Larian Annuity Trust, and the Isaac and Angela Larian Trust.

6.  Mattel has already received some documents in response to those previously served requests and is currently engaged in motion practice with respect to the production of additional documents by Isaac Larian, Farhad Larian and the law firms.

1         7.    In its subpoenas, Mattel misidentified the Isaac Larian Annuity Trust and the Isaac and Angela Larian Trust. I am informed that the correct names of the trusts are The Isaac and Angela Larian Family Trust and The Isaac E. Larian Qualified Annuity Trust 2004.

       8.    Attached hereto as Exhibit 1 is a true and correct copy of Mattel, Inc.'s Second Set of Requests for Documents and Things to MGA Entertainment, Inc., dated June 6, 2007.

       9.    Attached hereto as Exhibit 2 is a true and correct copy of Mattel, Inc's First Set of Requests for Documents and Things to MGA Entertainment (HK) Limited, dated June 6, 2007.

       10.    Attached hereto as Exhibit 3 is a true and correct copy of Mattel, Inc.'s Fifth Set of Requests for Documents and Things to MGA Entertainment, Inc., dated November 27, 2007.

       11.    Attached hereto as Exhibit 4 is a true and correct copy of Mattel, Inc.'s Subpoena *Duces Tecum* to Kaye Scholer LLP, dated September 6, 2007.

       12.    Attached hereto as Exhibit 5 is a true and correct copy of Mattel, Inc.'s Subpoena *Duces Tecum* to Stern & Goldberg, dated September 6, 2007.

       13.    Attached hereto as Exhibit 6 is a true and correct copy of Mattel, Inc.'s Subpoena *Duces Tecum* to Farhad Larian, dated August 31, 2007.

       14.    Attached hereto as Exhibit 7 is a true and correct copy of Mattel, Inc.'s Subpoena *Duces Tecum* to Ernst & Young, dated October 25, 2007.

       15.    Attached hereto as Exhibit 8 is a true and correct copy of Mattel, Inc.'s Subpoena *Duces Tecum* to Deloitte & Touche, dated October 25, 2007.

       16.    Attached hereto as Exhibit 9 is a true and correct copy of Mattel, Inc.'s Subpoena *Duces Tecum* to Wachovia, dated October 25, 2007.

       17.    Attached hereto as Exhibit 10 is a true and correct copy of Mattel, Inc.'s Subpoena *Duces Tecum* to ConsumerQuest, dated November 16, 2007.

DECLARATION OF AMY PARK IN SUPPORT OF MGA DEFENDANTS' MOTION TO QUASH SUBPOENAS OR, IN THE ALTERNATIVE, FOR PROTECTIVE ORDER

1  18. Attached hereto as Exhibit 11 is a true and correct copy of Mattel, Inc.'s Subpoena *Duces Tecum* to Wells Fargo Bank, N.A., dated November 20, 2007.

19. Attached hereto as Exhibit 12 is a true and correct copy of Mattel, Inc.'s Subpoena *Duces Tecum* to Moss Adams, dated November 26, 2007.

20. Attached hereto as Exhibit 13 is a true and correct copy of Mattel, Inc.'s Subpoena *Duces Tecum* to the Isaac and Angela Larian Trust, dated December 14, 2007.

21. Attached hereto as Exhibit 14 is a true and correct copy of Mattel, Inc.'s Subpoena *Duces Tecum* to the Isaac Larian Annuity Trust, dated December 14, 2007.

22. Attached hereto as Exhibit 15 is a true and correct copy of Ernst & Young's Objections to Mattel, Inc.'s Subpoena *Duces Tecum*, dated November 2, 2007.

23. Attached hereto as Exhibit 16 is a true and correct copy of Deloitte & Touche's Objections to Mattel, Inc.'s Subpoena *Duces Tecum*, dated November 7, 2007.

24. Attached hereto as Exhibit 17 is a true and correct copy of Wachovia's Objections to Mattel, Inc.'s Subpoena *Duces Tecum*, dated November 23, 2007.

25. Attached hereto as Exhibit 18 is a true and correct copy of ConsumerQuest's Objections to Mattel, Inc.'s Subpoena *Duces Tecum*, dated November 29, 2007.

26. Attached hereto as Exhibit 19 is a true and correct copy of Wells Fargo Bank, N.A's Objections to Mattel, Inc.'s Subpoena *Duces Tecum*, dated December 4, 2007.

27. Attached hereto as Exhibit 20 is a true and correct copy of Moss Adams's Objections to Mattel, Inc.'s Subpoena *Duces Tecum*, dated December 12, 2007.

28. Attached hereto as Exhibit 21 is a true and correct copy of MGA Entertainment, Inc's Objections to Mattel, Inc.'s Subpoena *Duces Tecum* to Ernst & Young, dated November 26, 2007.

29. Attached hereto as Exhibit 22 is a true and correct copy of MGA Entertainment, Inc's Objections to Mattel, Inc.'s Subpoena *Duces Tecum* to Deloitte & Touche, dated November 26, 2007.

30. Attached hereto as Exhibit 23 is a true and correct copy of MGA Entertainment, Inc's Objections to Mattel, Inc.'s Subpoena *Duces Tecum* to Wachovia, dated November 26, 2007.

31. Attached hereto as Exhibit 24 is a true and correct copy of MGA Entertainment, Inc's Objections to Mattel, Inc.'s Subpoena *Duces Tecum* to ConsumerQuest, dated November 30, 2007.

32. Attached hereto as Exhibit 25 is a true and correct copy of MGA Entertainment, Inc's Objections to Mattel, Inc.'s Subpoena *Duces Tecum* to Wells Fargo, dated December 3, 2007.

33. Attached hereto as Exhibit 26 is a true and correct copy of MGA Entertainment, Inc's Objections to Mattel, Inc.'s Subpoena *Duces Tecum* to Moss Adams, dated December 12, 2007.

34. Attached hereto as Exhibit 27 is a true and correct copy of the Order Granting Mattel's Motion to Compel Documents, signed by the Honorable Edward A. Infante and dated January 25, 2007.

35. Attached hereto as Exhibit 28 is a true and correct copy of a chart that identifies Mattel's subpoena requests to Non-Parties and for each such request, an exemplary list of duplicative document requests and/or interrogatories that Mattel served on Mr. Bryant and/or the MGA Defendants.

1  36. Attached hereto as Exhibit 29 is a true and correct copy of Mattel, Inc.'s First Set of Requests for Documents and Things to MGA Entertainment, Inc., dated March 14, 2005.

37. Attached hereto as Exhibit 30 is a true and correct copy of Mattel, Inc.'s First Set of Requests for Documents and Things Re: Claims of Unfair Competition to MGA Entertainment, Inc., dated December 18, 2006.

38. Attached hereto as Exhibit 31 is a true and correct copy of Mattel, Inc.'s Third Set of Requests for Documents and Things to MGA Entertainment, Inc., dated October 24, 2007.

39. Attached hereto as Exhibit 32 is a true and correct copy of Mattel, Inc.'s Fourth Set of Requests for Documents and Things to MGA Entertainment, Inc., dated October 25, 2007.

40. Attached hereto as Exhibit 33 is a true and correct copy of Mattel, Inc.'s Second Set of Requests to MGA Entertainment, Inc. for Documents and Things re Claims of Unfair Competition, dated May 14, 2007.

41. Attached hereto as Exhibit 34 is a true and correct copy of Mattel, Inc.'s First Set of Requests for Documents and Things to Isaac Larian, dated June 13, 2007.

42. Attached hereto as Exhibit 35 is a true and correct copy of Mattel's First Set of Requests for Documents and Things to MGAE de Mexico, S.R.L. de C.V., dated November 21, 2007.

43. Attached hereto as Exhibit 36 is a true and correct copy of Mattel's First Set of Interrogatories to MGA, dated December 27, 2004.

44. Attached hereto as Exhibit 37 is a true and correct copy of Mattel's Second Set of Interrogatories to MGA, dated April 28, 2005.

45. Attached hereto as Exhibit 38 is a true and correct copy of Mattel's REVISED Third Set of Interrogatories to MGA Parties (including Isaac Larian, Carter Bryant, MGA HK, MGAE MX, Gustavo, & Gomez), dated September 21, 2007.

46. Attached hereto as Exhibit 39 is a true and correct copy of Mattel's AMENDED Fourth Set of Interrogatories to MGA Parties, dated October 23, 2007.

47. Attached hereto as Exhibit 40 is a true and correct copy of Mattel's Fifth Set of Interrogatories to MGA Parties, dated October 19, 2007.

48. Attached hereto as Exhibit 41 is a true and correct copy of Mattel's Sixth Set of Interrogatories to MGA Parties, dated October 23, 2007.

49. Attached hereto as Exhibit 42 is a true and correct copy of Mattel's Seventh Set of Interrogatories to MGA Parties, dated October 25, 2007.

50. Attached hereto as Exhibit 43 is a true and correct copy of Mattel's First Set of Interrogatories re Unfair Competition to MGA, dated December 20, 2006.

51. Attached hereto as Exhibit 44 is a true and correct copy of Mattel's First Set of Interrogatories to Bryant, dated December 27, 2004.

52. Attached hereto as Exhibit 45 is a true and correct copy of Mattel's Second Set of Interrogatories to Bryant, dated April 28, 2005.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 21st day of December, 2007, at Palo Alto, California.

_____
Amy S. Park