# EXHIBIT 28

**Chart Comparing Mattel's Subpoena Requests to Non-Parties with Mattel's Discovery Requests to Carter Bryant and the MGA Defendants[1]**

**WELLS FARGO**

| Requests | Request to Wells Fargo | Document Requests to the Parties | Interrogatories to Parties |
|---|---|---|---|
| 1 | All DOCUMENTS REFERRING OR RELATING TO MGA from January 1, 1999 to the present, inclusive. | *In general, there are approximately 1046 RFPs that refer to MGA.*<br><br>1L:190: All COMMUNICATIONS between YOU and any stock analyst, investment analyst, investment bank, institutional lender, or venture capital fund RELATING TO BRYANT, this ACTION OR MATTEL since January 1, 1999.<br><br>1L:195: All DOCUMENTS RELATING TO any statements made by YOU to any stock analyst, investment analyst, investment bank, institutional lender, or venture capital fund RELATING TO BRYANT since January 1, 1999.<br><br>1L:196: All DOCUMENTS RELATING TO any statements made by YOU to any stock analyst, investment analyst, investment bank, institutional lender, or venture capital fund RELATING TO this ACTION. | |

[1] See the key for the abbreviations of titles of the requests for production and interrogatories at the end of this document.

EXHIBIT 28
PAGE 295

| Requests | Request to Wells Fargo | Document Requests to the Parties | Interrogatories to Parties |
| --- | --- | --- | --- |
| | | 1L:207: DOCUMENTS sufficient to IDENTIFY each account with any bank or financial institution that YOU have or have had, or that YOU have or have had any legal or beneficial interest in, since January 1, 1999.<br><br>5:14: Statements for accounts maintained by YOU at any bank or other financial institution sufficient to show any and all payments to LARIAN or any business affiliated with LARIAN<br><br>5:21: DOCUMENTS sufficient to show any and all obligations of LARIAN or any business affiliated with LARIAN guaranteed or cosigned by MGA, including the IDENTITY of the PERSON whose obligation was guaranteed or cosigned, the identity of the creditor or lender, the nature and amount of the obligation, the date the obligation was guaranteed or cosigned, whether the obligation has been satisfied and, if so, when and by whom<br><br>5:22: DOCUMENTS sufficient to show any and all obligations of MGA guaranteed or cosigned by LARIAN or any business affiliated with LARIAN, including the IDENTITY of the PERSON whose obligation was guaranteed or | |

| Requests | Request to Wells Fargo | Document Requests to the Parties | Interrogatories to Parties |
|---|---|---|---|
| | | cosigned, the identity of the creditor or lender, the nature and amount of the obligation, the date the obligation was guaranteed or cosigned, whether the obligation has been satisfied and, if so, when and by whom<br><br>5:40: Statements for accounts maintained by YOU at any bank or other financial institution sufficient to show any and all payments to any officer, director or shareholder of MGA<br><br>5:41: Statements for accounts maintained by YOU at any bank or other financial institution sufficient to show any an all payments to any FAMILY MEMBER of any officer, director or shareholder of MGA<br><br>5:45: DOCUMENTS sufficient to show any and all obligations of any officer, director or shareholder of MGA, guaranteed or cosigned by MGA, including the IDENTITY of the PERSON whose obligation was guaranteed or cosigned, the identity of the creditor or lender, the nature and amount of the obligation, the date the obligation was guaranteed or cosigned, whether the obligation has been satisfied and, if so, when and by whom | |

| Requests | Request to Wells Fargo | Document Requests to the Parties | Interrogatories to Parties |
| --- | --- | --- | --- |
| | | 5:46: DOCUMENTS sufficient to show any and all obligations of MGA guaranteed or cosigned by any officer, director, shareholder or employee of MGA, including the IDENTITY of the PERSON whose obligation was guaranteed or cosigned, the identity of the creditor or lender, the nature and amount of the obligation, the date the obligation was guaranteed or cosigned, whether the obligation has been satisfied and, if so, when and by whom<br><br>5:47: For each account maintained in the name of MGA at any bank or other financial institution, a copy of each and every monthly statement from the date of YOUR incorporation to the present, and DOCUMENTS sufficient to IDENTIFY each PERSON authorized to sign checks on or access the account<br><br>1UC:41: All COMMUNICATIONS between YOU and any stock analyst, investment analyst, investment bank, institutional lender, or venture capital fund since January 1, 1999. | |
| 2 | All DOCUMENTS REFERRING OR RELATING TO the ACCOUNT maintained by YOU numbered | 1L:190: All COMMUNICATIONS between YOU and any stock analyst, investment analyst, investment bank, | |

EXHIBIT 28
PAGE 298

| Requests | Request to Wells Fargo | Document Requests to the Parties | Interrogatories to Parties |
|---|---|---|---|
| | 9600112551, including but not limited to statements, monthly statements, annual statements, daily transaction history reports, monthly transaction history reports, deposit reports, deposit slips, canceled checks, signature cards, and COMMUNICATIONS REFERRING OR RELATING TO such ACCOUNT, created between January 1, 1999 and the present, inclusive. | institutional lender, or venture capital fund RELATING TO BRYANT, this ACTION OR MATTEL since January 1, 1999.<br><br>1L:195: All DOCUMENTS RELATING TO any statements made by YOU to any stock analyst, investment analyst, investment bank, institutional lender, or venture capital fund RELATING TO BRYANT since January 1, 1999.<br><br>1L:196: All DOCUMENTS RELATING TO any statements made by YOU to any stock analyst, investment analyst, investment bank, institutional lender, or venture capital fund RELATING TO this ACTION.<br><br>1L:207: DOCUMENTS sufficient to IDENTIFY each account with any bank or financial institution that YOU have or have had, or that YOU have or have had any legal or beneficial interest in, since January 1, 1999.<br><br>5:14: Statements for accounts maintained by YOU at any bank or other financial institution sufficient to show any and all payments to LARIAN or any business affiliated with LARIAN | |

6

| Requests | Request to Wells Fargo | Document Requests to the Parties | Interrogatories to Parties |
|---|---|---|---|
| | | 5:21: DOCUMENTS sufficient to show any and all obligations of LARIAN or any business affiliated with LARIAN guaranteed or cosigned by MGA, including the IDENTITY of the PERSON whose obligation was guaranteed or cosigned, the identity of the creditor or lender, the nature and amount of the obligation, the date the obligation was guaranteed or cosigned, whether the obligation has been satisfied and, if so, when and by whom | |
| | | 5:22: DOCUMENTS sufficient to show any and all obligations of MGA guaranteed or cosigned by LARIAN or any business affiliated with LARIAN, including the IDENTITY of the PERSON whose obligation was guaranteed or cosigned, the identity of the creditor or lender, the nature and amount of the obligation, the date the obligation was guaranteed or cosigned, whether the obligation has been satisfied and, if so, when and by whom | |
| | | 5:40: Statements for accounts maintained by YOU at any bank or other financial institution sufficient to show any and all payments to any officer, director or shareholder of MGA | |

EXHIBIT 28
PAGE 200

| Requests | Request to Wells Fargo | Document Requests to the Parties | Interrogatories to Parties |
|---|---|---|---|
| | | 5:41: Statements for accounts maintained by YOU at any bank or other financial institution sufficient to show any an all payments to any FAMILY MEMBER of any officer, director or shareholder of MGA<br><br>5:45: DOCUMENTS sufficient to show any and all obligations of any officer, director or shareholder of MGA, guaranteed or cosigned by MGA, including the IDENTITY of the PERSON whose obligation was guaranteed or cosigned, the identity of the creditor or lender, the nature and amount of the obligation, the date the obligation was guaranteed or cosigned, whether the obligation has been satisfied and, if so, when and by whom<br><br>5:46: DOCUMENTS sufficient to show any and all obligations of MGA guaranteed or cosigned by any officer, director, shareholder or employee of MGA, including the IDENTITY of the PERSON whose obligation was guaranteed or cosigned, the identity of the creditor or lender, the nature and amount of the obligation, the date the obligation was guaranteed or cosigned, whether the obligation has been satisfied and, if so, when and by whom | |

| Requests | Request to Wells Fargo | Document Requests to the Parties | Interrogatories to Parties |
|---|---|---|---|
| | | 5:47: For each account maintained in the name of MGA at any bank or other financial institution, a copy of each and every monthly statement from the date of YOUR incorporation to the present, and DOCUMENTS sufficient to IDENTIFY each PERSON authorized to sign checks on or access the account | |
| | | 1UC:41: All COMMUNICATIONS between YOU and any stock analyst, investment analyst, investment bank, institutional lender, or venture capital fund since January 1, 1999. | |
| 3-5 | All DOCUMENTS REFERRING OR RELATING TO any other ACCOUNT maintained by YOU that is in the name of, for the benefit of or concerns MGA, including but not limited to statements, monthly statements, annual statements, daily transaction history reports, monthly transaction history reports, deposit reports, deposit slips, canceled checks, signature cards, and COMMUNICATIONS REFERRING OR RELATING TO such ACCOUNTS, crated between January 1, 1999 and the present, inclusive. (Request 3) | 1L:190: All COMMUNICATIONS between YOU and any stock analyst, investment analyst, investment bank, institutional lender, or venture capital fund RELATING TO BRYANT, this ACTION OR MATTEL since January 1, 1999.<br><br>1L:195: All DOCUMENTS RELATING TO any statements made by YOU to any stock analyst, investment analyst, investment bank, institutional lender, or venture capital fund RELATING TO BRYANT since January 1, 1999.<br><br>1L:196: All DOCUMENTS RELATING | 3IM:39 IDENTIFY each and every bank or financial institution account that REFERS OR RELATES TO YOU, including accounts in YOUR name or for YOUR benefit, since January 1, 1999 |

EXHIBIT 28
PAGE 202

| Requests | Request to Wells Fargo | Document Requests to the Parties | Interrogatories to Parties |
|---|---|---|---|
| | DOCUMENTS sufficient to show the account number of all ACCOUNTS maintained by YOU in the name of, for the benefit of or concerning MGA between January 1, 1999 and the present, inclusive. (Request 4)<br><br>All DOCUMENTS showing or relating to any account(s) held by MGA or any account(s) on which MGA has signatory authority at any other financial institution. (Request 5) | TO any statements made by YOU to any stock analyst, investment analyst, investment bank, institutional lender, or venture capital fund RELATING TO this ACTION.<br><br>1L:207: DOCUMENTS sufficient to IDENTIFY each account with any bank or financial institution that YOU have or have had, or that YOU have or have had any legal or beneficial interest in, since January 1, 1999.<br><br>5:14: Statements for accounts maintained by YOU at any bank or other financial institution sufficient to show any and all payments to LARIAN or any business affiliated with LARIAN<br><br>5:21: DOCUMENTS sufficient to show any and all obligations of LARIAN or any business affiliated with LARIAN guaranteed or cosigned by MGA, including the IDENTITY of the PERSON whose obligation was guaranteed or cosigned, the identity of the creditor or lender, the nature and amount of the obligation, the date the obligation was guaranteed or cosigned, whether the obligation has been satisfied and, if so, when and by whom | |

| Requests | Request to Wells Fargo | Document Requests to the Parties | Interrogatories to Parties |
|---|---|---|---|
| | | 5:22: DOCUMENTS sufficient to show any and all obligations of MGA guaranteed or cosigned by LARIAN or any business affiliated with LARIAN, including the IDENTITY of the PERSON whose obligation was guaranteed or cosigned, the identity of the creditor or lender, the nature and amount of the obligation, the date the obligation was guaranteed or cosigned, whether the obligation has been satisfied and, if so, when and by whom<br><br>5:40: Statements for accounts maintained by YOU at any bank or other financial institution sufficient to show any and all payments to any officer, director or shareholder of MGA<br><br>5:41: Statements for accounts maintained by YOU at any bank or other financial institution sufficient to show any an all payments to any FAMILY MEMBER of any officer, director or shareholder of MGA<br><br>5:45: DOCUMENTS sufficient to show any and all obligations of any officer, director or shareholder of MGA, guaranteed or cosigned by MGA, including the IDENTITY of the PERSON whose obligation was guaranteed or | |

| Requests | Request to Wells Fargo | Document Requests to the Parties | Interrogatories to Parties |
|---|---|---|---|
| | | cosigned, the identity of the creditor or lender, the nature and amount of the obligation, the date the obligation was guaranteed or cosigned, whether the obligation has been satisfied and, if so, when and by whom<br><br>5:46: DOCUMENTS sufficient to show any and all obligations of MGA guaranteed or cosigned by any officer, director, shareholder or employee of MGA, including the IDENTITY of the PERSON whose obligation was guaranteed or cosigned, the identity of the creditor or lender, the nature and amount of the obligation, the date the obligation was guaranteed or cosigned, whether the obligation has been satisfied and, if so, when and by whom<br><br>5:47: For each account maintained in the name of MGA at any bank or other financial institution, a copy of each and every monthly statement from the date of YOUR incorporation to the present, and DOCUMENTS sufficient to IDENTIFY each PERSON authorized to sign checks on or access the account<br><br>1UC:41: All COMMUNICATIONS between YOU and any stock analyst, investment analyst, investment bank, | |

| Requests | Request to Wells Fargo | Document Requests to the Parties | Interrogatories to Parties |
| --- | --- | --- | --- |
| | | institutional lender, or venture capital fund since January 1, 1999. | |

**WACHOVIA**

| Requests | Requests to Wachovia | Document Requests to the Parties | Interrogatories to Parties |
|---|---|---|---|
| 1, 3, 4 | All documents relating to any loan agreement, including without limitation any line of credit or other financing arrangement, that YOU have entered into with MGA since January 1, 1999, including without limitation drafts of any agreements. (Request 1)<br><br>To the extent not included in YOUR production responsive to Request Nos. 1-2, all documents that were in the "three (3) boxes of loan documents" that YOU refer to in YOUR November 15, 2005 letter to Robert G. Wilson, Esq., letter which is included herein as Attachment "B." (Request 3)<br><br>To the extent not included in YOUR production responsive to Request Nos, 1-3, all documents relating to any loan agreement entered into by MGA, or sought or requested by MGA, during the time period January 1, 1999 and December 31, 2000, inclusive. (Request 4) | 1L:190: All COMMUNICATIONS between YOU and any stock analyst, investment analyst, investment bank, institutional lender, or venture capital fund RELATING TO BRYANT, this ACTION OR MATTEL since January 1, 1999.<br><br>1L:195: All DOCUMENTS RELATING TO any statements made by YOU to any stock analyst, investment analyst, investment bank, institutional lender, or venture capital fund RELATING TO BRYANT since January 1, 1999.<br><br>1L:196: All DOCUMENTS RELATING TO any statements made by YOU to any stock analyst, investment analyst, investment bank, institutional lender, or venture capital fund RELATING TO this ACTION.<br><br>1L:207: DOCUMENTS sufficient to IDENTIFY each account with any bank or financial institution that YOU have or have had, or that YOU have or have had any legal or beneficial interest in, since January 1, 1999.<br><br>5:14: Statements for accounts maintained by YOU at any bank or other financial | 3IM:39: IDENTIFY each and every bank or financial institution account that REFERS OR RELATES TO YOU, including accounts in YOUR name or for YOUR benefit, since January 1, 1999 |

EXHIBIT 28
PAGE 307

| Requests | Requests to Wachovia | Document Requests to the Parties | Interrogatories to Parties |
|---|---|---|---|
| | | institution sufficient to show any and all payments to LARIAN or any business affiliated with LARIAN<br><br>5:21: DOCUMENTS sufficient to show any and all obligations of LARIAN or any business affiliated with LARIAN guaranteed or cosigned by MGA, including the IDENTITY of the PERSON whose obligation was guaranteed or cosigned, the identity of the creditor or lender, the nature and amount of the obligation, the date the obligation was guaranteed or cosigned, whether the obligation has been satisfied and, if so, when and by whom<br><br>5:22: DOCUMENTS sufficient to show any and all obligations of MGA guaranteed or cosigned by LARIAN or any business affiliated with LARIAN, including the IDENTITY of the PERSON whose obligation was guaranteed or cosigned, the identity of the creditor or lender, the nature and amount of the obligation, the date the obligation was guaranteed or cosigned, whether the obligation has been satisfied and, if so, when and by whom<br><br>5:40: Statements for accounts maintained by YOU at any bank or other financial | |

| Requests | Requests to Wachovia | Document Requests to the Parties | Interrogatories to Parties |
|---|---|---|---|
| | | institution sufficient to show any and all payments to any officer, director or shareholder of MGA<br><br>5:41: Statements for accounts maintained by YOU at any bank or other financial institution sufficient to show any an all payments to any FAMILY MEMBER of any officer, director or shareholder of MGA<br><br>5:45: DOCUMENTS sufficient to show any and all obligations of any officer, director or shareholder of MGA, guaranteed or cosigned by MGA, including the IDENTITY of the PERSON whose obligation was guaranteed or cosigned, the identity of the creditor or lender, the nature and amount of the obligation, the date the obligation was guaranteed or cosigned, whether the obligation has been satisfied and, if so, when and by whom<br><br>5:46: DOCUMENTS sufficient to show any and all obligations of MGA guaranteed or cosigned by any officer, director, shareholder or employee of MGA, including the IDENTITY of the PERSON whose obligation was guaranteed or cosigned, the identity of the creditor or lender, the nature and amount | |

| Requests | Requests to Wachovia | Document Requests to the Parties | Interrogatories to Parties |
|---|---|---|---|
| | | of the obligation, the date the obligation was guaranteed or cosigned, whether the obligation has been satisfied and, if so, when and by whom<br><br>5:47: For each account maintained in the name of MGA at any bank or other financial institution, a copy of each and every monthly statement from the date of YOUR incorporation to the present, and DOCUMENTS sufficient to IDENTIFY each PERSON authorized to sign checks on or access the account<br><br>1UC:41: All COMMUNICATIONS between YOU and any stock analyst, investment analyst, investment bank, institutional lender, or venture capital fund since January 1, 1999. | |
| 2 | To the extent not included in YOUR production responsive to Request No. 1, all documents that MGA or any other person provided to YOU for purposes of entering into any loan agreement between YOU and MGA, including without limitation any line of credit or other financing arrangement or agreement, at any time since January 1, 1999, including without limitation accounting records, tax returns, pro formas, expense records, financial | 1L:190: All COMMUNICATIONS between YOU and any stock analyst, investment analyst, investment bank, institutional lender, or venture capital fund RELATING TO BRYANT, this ACTION OR MATTEL since January 1, 1999.<br><br>1L:195: All DOCUMENTS RELATING TO any statements made by YOU to any stock analyst, investment analyst, investment bank, institutional lender, or | |

| Requests | Requests to Wachovia | Document Requests to the Parties | Interrogatories to Parties |
|---|---|---|---|
| | projections, budgets or business plans. | venture capital fund RELATING TO BRYANT since January 1, 1999.<br><br>1L:196: All DOCUMENTS RELATING TO any statements made by YOU to any stock analyst, investment analyst, investment bank, institutional lender, or venture capital fund RELATING TO this ACTION.<br><br>1L:207: DOCUMENTS sufficient to IDENTIFY each account with any bank or financial institution that YOU have or have had, or that YOU have or have had any legal or beneficial interest in, since January 1, 1999.<br><br>5:14: Statements for accounts maintained by YOU at any bank or other financial institution sufficient to show any and all payments to LARIAN or any business affiliated with LARIAN<br><br>5:21: DOCUMENTS sufficient to show any and all obligations of LARIAN or any business affiliated with LARIAN guaranteed or cosigned by MGA, including the IDENTITY of the PERSON whose obligation was guaranteed or cosigned, the identity of the creditor or lender, the nature and amount of the obligation, the date the obligation was | |

| Requests | Requests to Wachovia | Document Requests to the Parties | Interrogatories to Parties |
|---|---|---|---|
| | | guaranteed or cosigned, whether the obligation has been satisfied and, if so, when and by whom<br><br>5:22: DOCUMENTS sufficient to show any and all obligations of MGA guaranteed or cosigned by LARIAN or any business affiliated with LARIAN, including the IDENTITY of the PERSON whose obligation was guaranteed or cosigned, the identity of the creditor or lender, the nature and amount of the obligation, the date the obligation was guaranteed or cosigned, whether the obligation has been satisfied and, if so, when and by whom<br><br>5:40: Statements for accounts maintained by YOU at any bank or other financial institution sufficient to show any and all payments to any officer, director or shareholder of MGA<br><br>5:41: Statements for accounts maintained by YOU at any bank or other financial institution sufficient to show any an all payments to any FAMILY MEMBER of any officer, director or shareholder of MGA<br><br>5:45: DOCUMENTS sufficient to show any and all obligations of any officer, | |

| Requests | Requests to Wachovia | Document Requests to the Parties | Interrogatories to Parties |
| --- | --- | --- | --- |
| | | director or shareholder of MGA, guaranteed or cosigned by MGA, including the IDENTITY of the PERSON whose obligation was guaranteed or cosigned, the identity of the creditor or lender, the nature and amount of the obligation, the date the obligation was guaranteed or cosigned, whether the obligation has been satisfied and, if so, when and by whom | |
| | | 5:46: DOCUMENTS sufficient to show any and all obligations of MGA guaranteed or cosigned by any officer, director, shareholder or employee of MGA, including the IDENTITY of the PERSON whose obligation was guaranteed or cosigned, the identity of the creditor or lender, the nature and amount of the obligation, the date the obligation was guaranteed or cosigned, whether the obligation has been satisfied and, if so, when and by whom | |
| | | 5:47: For each account maintained in the name of MGA at any bank or other financial institution, a copy of each and every monthly statement from the date of YOUR incorporation to the present, and DOCUMENTS sufficient to IDENTIFY each PERSON authorized to sign checks on or access the account | |

| Requests | Requests to Wachovia | Document Requests to the Parties | Interrogatories to Parties |
|---|---|---|---|
| | | 1UC:41: All COMMUNICATIONS between YOU and any stock analyst, investment analyst, investment bank, institutional lender, or venture capital fund since January 1, 1999. | |
| 5 | To the extent not included in YOUR production responsive to Request Nos. 1-4, all communications between YOU and MGA during the time period January 1, 1999 and December 31, 2000, inclusive. | 1L:190: All COMMUNICATIONS between YOU and any stock analyst, investment analyst, investment bank, institutional lender, or venture capital fund RELATING TO BRYANT, this ACTION OR MATTEL since January 1, 1999.<br><br>1L:195: All DOCUMENTS RELATING TO any statements made by YOU to any stock analyst, investment analyst, investment bank, institutional lender, or venture capital fund RELATING TO BRYANT since January 1, 1999.<br><br>1L:196: All DOCUMENTS RELATING TO any statements made by YOU to any stock analyst, investment analyst, investment bank, institutional lender, or venture capital fund RELATING TO this ACTION.<br><br>1L:207: DOCUMENTS sufficient to IDENTIFY each account with any bank or financial institution that YOU have or have had, or that YOU have or have had | |

EXHIBIT 28
PAGE 314

| Requests | Requests to Wachovia | Document Requests to the Parties | Interrogatories to Parties |
| --- | --- | --- | --- |
| | | any legal or beneficial interest in, since January 1, 1999.<br><br>5:14: Statements for accounts maintained by YOU at any bank or other financial institution sufficient to show any and all payments to LARIAN or any business affiliated with LARIAN<br><br>5:21: DOCUMENTS sufficient to show any and all obligations of LARIAN or any business affiliated with LARIAN guaranteed or cosigned by MGA, including the IDENTITY of the PERSON whose obligation was guaranteed or cosigned, the identity of the creditor or lender, the nature and amount of the obligation, the date the obligation was guaranteed or cosigned, whether the obligation has been satisfied and, if so, when and by whom<br><br>5:22: DOCUMENTS sufficient to show any and all obligations of MGA guaranteed or cosigned by LARIAN or any business affiliated with LARIAN, including the IDENTITY of the PERSON whose obligation was guaranteed or cosigned, the identity of the creditor or lender, the nature and amount of the obligation, the date the obligation was guaranteed or cosigned, whether the | |

| Requests | Requests to Wachovia | Document Requests to the Parties | Interrogatories to Parties |
| --- | --- | --- | --- |
| | | obligation has been satisfied and, if so, when and by whom | |
| | | 5:40: Statements for accounts maintained by YOU at any bank or other financial institution sufficient to show any and all payments to any officer, director or shareholder of MGA | |
| | | 5:41: Statements for accounts maintained by YOU at any bank or other financial institution sufficient to show any an all payments to any FAMILY MEMBER of any officer, director or shareholder of MGA | |
| | | 5:45: DOCUMENTS sufficient to show any and all obligations of any officer, director or shareholder of MGA, guaranteed or cosigned by MGA, including the IDENTITY of the PERSON whose obligation was guaranteed or cosigned, the identity of the creditor or lender, the nature and amount of the obligation, the date the obligation was guaranteed or cosigned, whether the obligation has been satisfied and, if so, when and by whom | |
| | | 5:46: DOCUMENTS sufficient to show any and all obligations of MGA guaranteed or cosigned by any officer, | |

EXHIBIT 28
PAGE 316

| Requests | Requests to Wachovia | Document Requests to the Parties | Interrogatories to Parties |
|---|---|---|---|
| | | director, shareholder or employee of MGA, including the IDENTITY of the PERSON whose obligation was guaranteed or cosigned, the identity of the creditor or lender, the nature and amount of the obligation, the date the obligation was guaranteed or cosigned, whether the obligation has been satisfied and, if so, when and by whom<br><br>5:47: For each account maintained in the name of MGA at any bank or other financial institution, a copy of each and every monthly statement from the date of YOUR incorporation to the present, and DOCUMENTS sufficient to IDENTIFY each PERSON authorized to sign checks on or access the account<br><br>1UC:41: All COMMUNICATIONS between YOU and any stock analyst, investment analyst, investment bank, institutional lender, or venture capital fund since January 1, 1999. | |
| 6-7 | To the extent not included in YOUR production responsive to Request Nos. 1-5, all documents indicating or showing a calculation of MGA's net worth or value. (Request 6)<br><br>To the extent not included in YOUR | 1HK:45: DOCUMENTS sufficient to calculate YOUR net worth on a yearly basis for each year from 1999 to the present.<br><br>2:45: DOCUMENTS sufficient to calculate YOUR net worth on a yearly | 1IM:3: Please IDENTIFY, fully and completely, all REVENUES that YOU have received at any time form any source as a result of work or services which BRYANT performed for provided to YOU during the periods of time that BRYANT was |

| Requests | Requests to Wachovia | Document Requests to the Parties | Interrogatories to Parties |
|---|---|---|---|
| | production responsive to Request Nos. 1-6, all documents indicating or calculating the value of MGA's intellectual property or goodwill. (Request 7) | basis for each year from 1999 to the present.<br><br>1L:269: DOCUMENTS sufficient to show or calculate YOUR net worth on a yearly basis for each year from 1999 to the present.<br><br>1MX:123: DOCUMENTS sufficient to show or calculate YOUR net worth on a yearly basis for each year from 1999 to the present.<br><br>1HK:44: All DOCUMENTS that REFER OR RELATE TO the value of the Bratz brand.<br><br>2:44: All DOCUMENTS that REFER OR RELATE TO the value of the Bratz brand.<br><br>1L:268: All DOCUMENTS that REFER OR RELATE TO the value of the BRATZ brand.<br><br>1MX:122: All DOCUMENTS that REFER OR RELATE TO the value of the BRATZ brand.<br><br>2L:64, 2HK:64, 6:64: All DOCUMENTS that REFER OR RELATE TO the actual sales, gross profits, gross margins and net profits of MGA since January 1, 1998. | employed by Mattel, Inc.<br><br>1IM:4: Please IDENTIFY, fully and completely, all PROFITS that YOU have earned at any time from any source as a result of work or services which BRYANT performed for or provided to YOU during the periods of time that BRYANT was employed by Mattel, Inc.<br><br>1IUC:6: State all facts RELATING TO the allegation in Paragraph 9 of YOUR COMPLAINT that "Mattel has…serially imitated and copy-catted [sic] the look of MGA products, trade dress, trademarks, themes, ideas, advertising and packaging," or any other contention by YOU that MATTEL created, designed, derived, or developed products, packaging, and advertising using concepts, products, or intellectual property owned by YOU. YOUR response should IDENTIFY all DOCUMENTS that support or otherwise bear on YOUR response and all PERSONS who have knowledge of the facts stated in YOUR RESPONSE.<br><br>3IM:27-29: IDENTIFY each and |

EXHIBIT 28
PAGE 318

| Requests | Requests to Wachovia | Document Requests to the Parties | Interrogatories to Parties |
|---|---|---|---|
| | | | every BRATZ INVENTION YOU contend was CREATED, in whole or in part, prior to June 1, 2001, and for each BRATZ INVENTION so identified state all facts that support YOUR contention that such BRATZ INVENTION (or aspects or portions thereof) was CREATED prior to June 1, 2001, and IDENTIFY all PERSONS with knowledge of such facts and all DOCUMENTS which REFER OR RELATE TO such facts.<br><br>7IM:48: Separately IDENTIFY each trade dress that YOU contend MATTEL has copied, infringed or diluted or that is otherwise the subject of YOUR claims, defenses or allegations in THIS ACTION. |
| 8 | All documents relating to BRATZ, including without limitation those YOU obtained from MGA, since January 1, 1999. | 1:32: ALL DOCUMENTS prepared, written, transmitted or received (whether in whole or in part) prior to January 1, 2001 that REFER OR RELATE TO BRATZ<br><br>1:33: ALL DOCUMENTS that REFER OR RELATE TO BRATZ that REFER OR RELATE TO any time prior to January 1, 2001 (regardless of when such document was prepared, written, transmitted or received, whether in whole | 5IM:47: IDENTIFY each and every SOURCE OF INFORMATION from which YOU have COLLECTED DOCUMENTS in THIS ACTION that REFER OR RELATE TO BRATZ and that also REFER OR RELATE TO the time period prior to February 28, 2001 (regardless of when such DOCUMENT was, in whole or part, created, drafted, generated, sent, received or transmitted). |

| Requests | Requests to Wachovia | Document Requests to the Parties | Interrogatories to Parties |
|---|---|---|---|
| | | or in part).<br><br>1L:13: All COMMUNICATIONS RELATING TO BRATZ between YOU or MGA and any PERSON prior to December 31, 2001.<br><br>2:5, 1HK:5, 1L:231, 1MX:82: DOCUMENTS sufficient to show the revenue received by YOU from the sale of each BRATZ DOLL sold by YOU or YOUR licensees.<br><br>2:7, 1HK:7, 1L:233, 1MX:84: All DOCUMENTS that evidence, reflect or REFER OR RELATE TO YOUR profits from the sale of each BRATZ DOLL sold by YOU or YOUR licensees<br><br>2:20, 1HK:20, 1L:246, 1MX:97: DOCUMENTS sufficient to show the revenue and profits derived by YOU from the sale by YOU or YOUR licensees of BRATZ DOLLS including, without limitation, DOCUMENTS sufficient to show sales revenue, costs of goods sold, variable costs, gross margins, royalties, paid and received, gross profits and nets profits.<br><br>2:22, 1HK:22, 1L:248, 1MX:99: DOCUMENTS sufficient to | |

EXHIBIT 28
PAGE 320

| Requests | Requests to Wachovia | Document Requests to the Parties | Interrogatories to Parties |
|---|---|---|---|
| | | show the revenue received by YOU from the sale of each BRATZ PRODUCT sold by YOU or YOUR licensees.<br><br>2:24, 1HK:24, 1L:250, 1MX:101: All DOCUMENTS that evidence, reflect or REFER OR RELATE TO YOUR profits from the sale of each BRATZ PRODUCT sold by YOU or YOUR licensees.<br><br>2:37, 1HK:37, 1L:263, 1MX:114: DOCUMENTS sufficient to show the revenue and profits derived by YOU from the sale by YOU or YOUR licensees of BRATZ PRODUCTS including, without limitation, DOCUMENTS sufficient to show sales revenue, costs of goods sold, variable costs, gross margins, royalties paid and received, gross profits and nets profits.<br><br>2:38, 1HK:38, 1L:264, 1MX:115: DOCUMENTS sufficient to show the revenue and profits derived by YOU from BRATZ MOVIES including, without limitation, DOCUMENTS sufficient to show sales revenue, costs of goods sold, variable costs, gross margins, royalties paid and received, gross profits and net profits.<br><br>2:39, 1HK:39, 1L:265, | |

EXHIBIT 28
PAGE 321

| Requests | Requests to Wachovia | Document Requests to the Parties | Interrogatories to Parties |
| --- | --- | --- | --- |
| | | 1MX:116: DOCUMENTS sufficient to show the revenue and profits derived by YOU from BRATZ TELEVISION SHOWS including, without limitation, DOCUMENTS sufficient to show sales revenue, costs of goods sold, variable costs, gross margins, royalties paid and received, gross profits and net profits.<br><br>2:42, 1HK:42, 1L:266, 1MX:119: All quarterly and annual profit and loss statements for BRATZ.<br><br>2:43, 1HK:43, 1L:267, 1MX:120: All sales, profit and cast flow projections or forecasts for BRATZ DOLLS, BRATZ PRODUCTS, BRATZ MOVIES and BRATZ TELEVISION SHOWS.<br><br>2:44, 1HK:44, 1L:268, 1MX:122: All DOCUMENTS that REFER OR RELATE TO the value of the Bratz | |
| 9-10 | All documents relating to the MATTEL ACTION. (Request 9)<br><br>All documents relating to the FARHAD LARIAN DISPUTES, including without limitation any discovery requests received by YOU in connection therewith and any communications between YOU and counsel for Farhad Larian or counsel | RFPs Related to Larian v. Larian<br>1:37: All declarations, affidavits and other sworn written statement of any other type or form by YOU that REFER OR RELATE TO BRATZ (other than those previously filed and served in this action)<br><br>1:38: All transcripts and video and/or audio recordings of statements made by YOU under oath, including without | |

| Requests | Requests to Wachovia | Document Requests to the Parties | Interrogatories to Parties |
|---|---|---|---|
| | for Isaac Larian. (Request 10) | limitation all deposition transcripts, trial transcripts and arbitration transcripts, that REFER OR RELATE TO BRATZ (other than those taken in this action when Mattel, Inc.'s counsel was in attendance).<br><br>1:41: All DOCUMENTS that REFER OR RELATE TO BRATZ and/or ANGEL filed, submitted or served in the suit and/or arbitration proceedings brought by Farhad Larian against Isaac Larian, including without limitation all declarations, affidavits and sworn testimony given by any PERSON in such suit or arbitration proceedings.<br><br>1L:117: All declarations, affidavits and other sworn written statements of any other type or form by any PERSON RELATING TO BRATZ (other than those previously filed and served in this ACTION), including all such declarations, affidavits and other sworn written statements of any other type or form by or on behalf of YOU.<br><br>1L:118: All transcripts and video and/or audio recordings of statements made by any PERSON under oath, including without limitation all deposition transcripts, trial transcripts and arbitration transcripts, RELATING TO BRATZ | |

| Requests | Requests to Wachovia | Document Requests to the Parties | Interrogatories to Parties |
|---|---|---|---|
| | | (other than those taken in this ACTION when MATTEL's counsel was in attendance), including all such transcripts and video and/or audio recordings of statements by or on behalf of YOU.<br><br>1L:123: All DOCUMENTS RELATING TO any and all arbitrations and suits between YOU and Farhad Larian.<br><br>1L:124: All DOCUMENTS filed, submitted or served in the suit and/or arbitration proceedings brought by Farhad Larian against YOU, including without limitation all declarations, affidavits, transcripts, video and/or audio recordings and sworn testimony given by any PERSON in such suit or arbitration proceedings.<br><br>1L:125: All DOCUMENTS RELATING TO any and all settlements resolutions or compromises of any suit and/or arbitration proceedings between YOU and Farhad Larian.<br><br>3:8: All complaints, statements of claim, counterclaims and answers in the BRATZ LAWSUITS, including without limitation all amendments thereto.<br><br>3:13: All pleadings and other | |

| Requests | Requests to Wachovia | Document Requests to the Parties | Interrogatories to Parties |
|---|---|---|---|
| | | DOCUMENTS filed, submitted or served by YOU in the BRATZ LAWSUITS that REFER OR RELATE TO BRATZ.<br><br>3:20: All DOCUMENTS produced or made available for inspection by YOU in the BRATZ LAWSUITS.<br><br>3:23: All Court orders, decisions and judgments in the BRATZ LAWSUITS.<br><br>3:29: All DOCUMENTS that REFER OR RELATE TO any agreements settling, resolving, compromising or otherwise disposing of the BRATZ LAWSUITS.<br><br>2L:199, 2HK:199, 6:199: All DOCUMENTS served, transmitted, received or filed in any lawsuit that MATTEL allegedly assisted any party in against MGA that REFER OR RELATE TO BRATZ or any MGA product referenced in any MGA Interrogatory Response in this action.<br><br><u>RFPs Related to This Action</u><br>1:48: All non-privileged COMMUNICATIONS between YOU and any PERSON that REFER OR RELATE TO this action<br><br>1:49: ALL DOCUMENTS that REFER | |

| Requests | Requests to Wachovia | Document Requests to the Parties | Interrogatories to Parties |
|---|---|---|---|
| | | OR RELATE TO any indemnification that BRYANT has sought, proposed, requested or obtained in connection with this action<br><br>1:50: ALL DOCUMENTS that REFER OR RELATE TO any indemnification that YOU have sought, proposed, requested or obtained in connection with this action<br><br>1:95: All DOCUMENTS that support, refute or otherwise REFER OR RELATE to any facts underlying YOUR Affirmative Defenses in this action<br><br>1UC:166: To the extent not produced in response to any other Request for Production, all DOCUMENTS and tangible things upon which YOU intend to rely upon in this action.<br><br>1L:122: All DOCUMENTS seen, viewed or reviewed by YOU at any time in preparation for the deposition of YOU that was taken in this ACTION on July 18, 2006.<br><br>1L:147-153: To the extent not covered by other Requests, all DOCUMENTS RELATING TO any indemnification that any PERSON has sought, proposed, requested or obtained in connection with | |

| Requests | Requests to Wachovia | Document Requests to the Parties | Interrogatories to Parties |
|---|---|---|---|
| | | this ACTION.<br><br>1L:154: All DOCUMENTS RELATING TO any indemnification that YOU or MGA have sought, proposed, requested or obtained in connection with this ACTION.<br><br>1L:193: All COMMUNICATIONS between YOU and any member of the press RELATING TO this ACTION.<br><br>1L:216: All DOCUMENTS RELATING TO any facts underlying the claims for relief in MATTEL's Complaint (including without limitation its Counterclaims) against YOU or any other PERSON in this ACTION.<br><br>1L:276: To the extent not produced in response to any other Request for Production, all DOCUMENTS and tangible things upon which YOU intend to rely in this ACTION. | |
| 12 | Documents sufficient to identify any other MGA lender or person who extended or was requested to extend a line of credit to MGA since January 1, 1998. | 1L:190: All COMMUNICATIONS between YOU and any stock analyst, investment analyst, investment bank, institutional lender, or venture capital fund RELATING TO BRYANT, this ACTION OR MATTEL since January 1, 1999. | 3IM:39: IDENTIFY each and every bank or financial institution account that REFERS OR RELATES TO YOU, including accounts in YOUR name or for YOUR benefit, since January 1, 1999 |

| Requests | Requests to Wachovia | Document Requests to the Parties | Interrogatories to Parties |
|---|---|---|---|
| | | 1L:195: All DOCUMENTS RELATING TO any statements made by YOU to any stock analyst, investment analyst, investment bank, institutional lender, or venture capital fund RELATING TO BRYANT since January 1, 1999.<br><br>1L:196: All DOCUMENTS RELATING TO any statements made by YOU to any stock analyst, investment analyst, investment bank, institutional lender, or venture capital fund RELATING TO this ACTION.<br><br>1L:207: DOCUMENTS sufficient to IDENTIFY each account with any bank or financial institution that YOU have or have had, or that YOU have or have had any legal or beneficial interest in, since January 1, 1999.<br><br>5:14: Statements for accounts maintained by YOU at any bank or other financial institution sufficient to show any and all payments to LARIAN or any business affiliated with LARIAN<br><br>5:21: DOCUMENTS sufficient to show any and all obligations of LARIAN or any business affiliated with LARIAN guaranteed or cosigned by MGA, including the IDENTITY of the PERSON | |

| Requests | Requests to Wachovia | Document Requests to the Parties | Interrogatories to Parties |
|---|---|---|---|
| | | whose obligation was guaranteed or cosigned, the identity of the creditor or lender, the nature and amount of the obligation, the date the obligation was guaranteed or cosigned, whether the obligation has been satisfied and, if so, when and by whom<br><br>5:22: DOCUMENTS sufficient to show any and all obligations of MGA guaranteed or cosigned by LARIAN or any business affiliated with LARIAN, including the IDENTITY of the PERSON whose obligation was guaranteed or cosigned, the identity of the creditor or lender, the nature and amount of the obligation, the date the obligation was guaranteed or cosigned, whether the obligation has been satisfied and, if so, when and by whom<br><br>5:40: Statements for accounts maintained by YOU at any bank or other financial institution sufficient to show any and all payments to any officer, director or shareholder of MGA<br><br>5:41: Statements for accounts maintained by YOU at any bank or other financial institution sufficient to show any an all payments to any FAMILY MEMBER of any officer, director or shareholder of | |

| Requests | Requests to Wachovia | Document Requests to the Parties | Interrogatories to Parties |
|---|---|---|---|
| | | MGA<br><br>5:45: DOCUMENTS sufficient to show any and all obligations of any officer, director or shareholder of MGA, guaranteed or cosigned by MGA, including the IDENTITY of the PERSON whose obligation was guaranteed or cosigned, the identity of the creditor or lender, the nature and amount of the obligation, the date the obligation was guaranteed or cosigned, whether the obligation has been satisfied and, if so, when and by whom<br><br>5:46: DOCUMENTS sufficient to show any and all obligations of MGA guaranteed or cosigned by any officer, director, shareholder or employee of MGA, including the IDENTITY of the PERSON whose obligation was guaranteed or cosigned, the identity of the creditor or lender, the nature and amount of the obligation, the date the obligation was guaranteed or cosigned, whether the obligation has been satisfied and, if so, when and by whom<br><br>5:47: For each account maintained in the name of MGA at any bank or other financial institution, a copy of each and every monthly statement from the date of | |

EXHIBIT 28
PAGE 330

| Requests | Requests to Wachovia | Document Requests to the Parties | Interrogatories to Parties |
| --- | --- | --- | --- |
| | | YOUR incorporation to the present, and DOCUMENTS sufficient to IDENTIFY each PERSON authorized to sign checks on or access the account<br><br>1UC:41: All COMMUNICATIONS between YOU and any stock analyst, investment analyst, investment bank, institutional lender, or venture capital fund since January 1, 1999. | |

**ERNST & YOUNG/DELOITTE & TOUCHE**

| Requests | Requests to Ernst & Young/Deloitte & Touche | Document Requests to the Parties | Interrogatories to Parties |
|---|---|---|---|
| 1 | All documents constituting or relating to MGA's annual audits, including without limitation accounting records, audit programs, audit reports and drafts thereof, tax returns, work papers, worksheets, payroll records, financial projections, pro formas and budgets, from the period beginning January 1, 1999 to the present. | 1UC:157: YOUR quarterly and annual profit and loss statements (both audited and unaudited) for the years 200 through the present, inclusive.<br><br>1UC:158: YOUR quarterly and annual financial statements (both audited and unaudited) for the years 2000 through the present, inclusive.<br><br>1MX:124: All monthly, quarterly and annual financial reports, including financial statements (both audited and unaudited) for the years 2002 to the present<br><br>5:4: YOUR quarterly and annual profits and loss statements (both audited and unaudited) from the date of YOUR incorporation to 1999<br><br>5:5: YOUR quarterly and annual financial statements (both audited and unaudited) from the date of YOUR incorporation to 1999 | |
| 2-3 | To the extent not included in your production responsive to Request No. 1, all documents indicating or calculating MGA's net worth. (Request 2) | 1HK:45: DOCUMENTS sufficient to calculate YOUR net worth on a yearly basis for each year from 1999 to the present. | IIM:3: Please IDENTIFY, fully and completely, all REVENUES that YOU have received at any time form any source as a result of work or services which BRYANT performed |

| Requests | Requests to Ernst & Young/Deloitte & Touche | Document Requests to the Parties | Interrogatories to Parties |
|---|---|---|---|
| | To the extent not included in your production responsive to Request Nos. 1-2, all documents indicating or calculating the value of MGA's intellectual property or goodwill. (Request 3) | 2:45: DOCUMENTS sufficient to calculate YOUR net worth on a yearly basis for each year from 1999 to the present.<br><br>1L:269: DOCUMENTS sufficient to show or calculate YOUR net worth on a yearly basis for each year from 1999 to the present.<br><br>1MX:123: DOCUMENTS sufficient to show or calculate YOUR net worth on a yearly basis for each year from 1999 to the present.<br><br>1HK:44: All DOCUMENTS that REFER OR RELATE TO the value of the Bratz brand.<br><br>2:44: All DOCUMENTS that REFER OR RELATE TO the value of the Bratz brand.<br><br>1L:268: All DOCUMENTS that REFER OR RELATE TO the value of the BRATZ brand.<br><br>1MX:122: All DOCUMENTS that REFER OR RELATE TO the value of the BRATZ brand<br><br>2L:64, 2HK:64, 6:64: All DOCUMENTS | for provided to YOU during the periods of time that BRYANT was employed by Mattel, Inc.<br><br>1IM:4: Please IDENTIFY, fully and completely, all PROFITS that YOU have earned at any time from any source as a result of work or services which BRYANT performed for or provided to YOU during the periods of time that BRYANT was employed by Mattel, Inc.<br><br>1IUC:6: State all facts RELATING TO the allegation in Paragraph 9 of YOUR COMPLAINT that "Mattel has...serially imitated and copy-catted [sic] the look of MGA products, trade dress, trademarks, themes, ideas, advertising and packaging," or any other contention by YOU that MATTEL created, designed, derived, or developed products, packaging, and advertising using concepts, products, or intellectual property owned by YOU. YOUR response should IDENTIFY all DOCUMENTS that support or otherwise bear on YOUR response and all PERSONS who have knowledge of the facts stated in |

EXHIBIT 28
PAGE 333

| Requests | Requests to Ernst & Young/Deloitte & Touche | Document Requests to the Parties | Interrogatories to Parties |
|---|---|---|---|
| | | that REFER OR RELATE TO the actual sales, gross profits, gross margins and net profits of MGA since January 1, 1998. | YOUR RESPONSE.<br><br>3IM:27-29: IDENTIFY each and every BRATZ INVENTION YOU contend was CREATED, in whole or in part, prior to June 1, 2001, and for each BRATZ INVENTION so identified state all facts that support YOUR contention that such BRATZ INVENTION (or aspects or portions thereof) was CREATED prior to June 1, 2001, and IDENTIFY all PERSONS with knowledge of such facts and all DOCUMENTS which REFER OR RELATE TO such facts.<br><br>7IM:48: Separately IDENTIFY each trade dress that YOU contend MATTEL has copied, infringed or diluted or that is otherwise the subject of YOUR claims, defenses or allegations in THIS ACTION. |
| 4 | All documents relating to BRATZ that YOU obtained from MGA or otherwise since January 1, 1999. | 1:32: ALL DOCUMENTS prepared, written, transmitted or received (whether in whole or in part) prior to January 1, 2001 that REFER OR RELATE TO BRATZ<br><br>1:33: ALL DOCUMENTS that REFER OR RELATE TO BRATZ that REFER | 5IM:47: IDENTIFY each and every SOURCE OF INFORMATION from which YOU have COLLECTED DOCUMENTS in THIS ACTION that REFER OR RELATE TO BRATZ and that also REFER OR RELATE TO the time period prior to February 28, 2001 (regardless of |

| Requests | Requests to Ernst & Young/Deloitte & Touche | Document Requests to the Parties | Interrogatories to Parties |
| --- | --- | --- | --- |
| | | OR RELATE TO any time prior to January 1, 2001 (regardless of when such document was prepared, written, transmitted or received, whether in whole or in part).<br><br>1L:13: All COMMUNICATIONS RELATING TO BRATZ between YOU or MGA and any PERSON prior to December 31, 2001.<br><br>2:5, 1HK:5, 1L:231, 1MX:82: DOCUMENTS sufficient to show the revenue received by YOU from the sale of each BRATZ DOLL sold by YOU or YOUR licensees.<br><br>2:7, 1HK:7, 1L:233, 1MX:84: All DOCUMENTS that evidence, reflect or REFER OR RELATE TO YOUR profits from the sale of each BRATZ DOLL sold by YOU or YOUR licensees<br><br>2:20, 1HK:20, 1L:246, 1MX:97: DOCUMENTS sufficient to show the revenue and profits derived by YOU from the sale by YOU or YOUR licensees of BRATZ DOLLS including, without limitation, DOCUMENTS sufficient to show sales revenue, costs of goods sold, variable costs, gross margins, | when such DOCUMENT was, in whole or part, created, drafted, generated, sent, received or transmitted). |

| Requests | Requests to Ernst & Young/Deloitte & Touche | Document Requests to the Parties | Interrogatories to Parties |
|---|---|---|---|
| | | royalties, paid and received, gross profits and nets profits.<br><br>2:22, 1HK:22, 1L:248, 1MX:99: DOCUMENTS sufficient to show the revenue received by YOU from the sale of each BRATZ PRODUCT sold by YOU or YOUR licensees.<br><br>2:24, 1HK:24, 1L:250, 1MX:101: All DOCUMENTS that evidence, reflect or REFER OR RELATE TO YOUR profits from the sale of each BRATZ PRODUCT sold by YOU or YOUR licensees.<br><br>2:37, 1HK:37, 1L:263, 1MX:114: DOCUMENTS sufficient to show the revenue and profits derived by YOU from the sale by YOU or YOUR licensees of BRATZ PRODUCTS including, without limitation, DOCUMENTS sufficient to show sales revenue, costs of goods sold, variable costs, gross margins, royalties paid and received, gross profits and nets profits.<br><br>2:38, 1HK:38, 1L:264, 1MX:115: DOCUMENTS sufficient to show the revenue and profits derived by YOU from BRATZ MOVIES including, without limitation, DOCUMENTS | |

| Requests | Requests to Ernst & Young/Deloitte & Touche | Document Requests to the Parties | Interrogatories to Parties |
|---|---|---|---|
| | | sufficient to show sales revenue, costs of goods sold, variable costs, gross margins, royalties paid and received, gross profits and net profits.<br><br>2:39, 1HK:39, 1L:265, 1MX:116: DOCUMENTS sufficient to show the revenue and profits derived by YOU from BRATZ TELEVISION SHOWS including, without limitation, DOCUMENTS sufficient to show sales revenue, costs of goods sold, variable costs, gross margins, royalties paid and received, gross profits and net profits.<br><br>2:42, 1HK:42, 1L:266, 1MX:119: All quarterly and annual profit and loss statements for BRATZ.<br><br>2:43, 1HK:43, 1L:267, 1MX:120: All sales, profit and cast flow projections or forecasts for BRATZ DOLLS, BRATZ PRODUCTS, BRATZ MOVIES and BRATZ TELEVISION SHOWS.<br><br>2:44, 1HK:44, 1L:268, 1MX:122: All DOCUMENTS that REFER OR RELATE TO the value of the Bratz | |
| 5-6 | Any documents relating to the MATTEL ACTION. (Request 5) | RFPs Related to Larian v. Larian<br>1:37: All declarations, affidavits and other sworn written statement of any other | |

EXHIBIT 28
PAGE 337

| Requests | Requests to Ernst & Young/Deloitte & Touche | Document Requests to the Parties | Interrogatories to Parties |
|---|---|---|---|
| | All documents relating to the FARHAD LARIAN DISPUTES, including without limitation any discovery requests received by YOU in connection therewith and any communications between YOU and counsel for Farhad Larian or counsel for Isaac Larian. (Request 6) | type or form by YOU that REFER OR RELATE TO BRATZ (other than those previously filed and served in this action)<br><br>1:38: All transcripts and video and/or audio recordings of statements made by YOU under oath, including without limitation all deposition transcripts, trial transcripts and arbitration transcripts, that REFER OR RELATE TO BRATZ (other than those taken in this action when Mattel, Inc.'s counsel was in attendance).<br><br>1:41: All DOCUMENTS that REFER OR RELATE TO BRATZ and/or ANGEL filed, submitted or served in the suit and/or arbitration proceedings brought by Farhad Larian against Isaac Larian, including without limitation all declarations, affidavits and sworn testimony given by any PERSON in such suit or arbitration proceedings.<br><br>1L:117: All declarations, affidavits and other sworn written statements of any other type or form by any PERSON RELATING TO BRATZ (other than those previously filed and served in this ACTION), including all such declarations, affidavits and other sworn written statements of any other type or form by or | |

EXHIBIT 28
PAGE 338

| Requests | Requests to Ernst & Young/Deloitte & Touche | Document Requests to the Parties | Interrogatories to Parties |
| --- | --- | --- | --- |
| | | on behalf of YOU.<br><br>1L:118: All transcripts and video and/or audio recordings of statements made by any PERSON under oath, including without limitation all deposition transcripts, trial transcripts and arbitration transcripts, RELATING TO BRATZ (other than those taken in this ACTION when MATTEL's counsel was in attendance), including all such transcripts and video and/or audio recordings of statements by or on behalf of YOU.<br><br>1L:123: All DOCUMENTS RELATING TO any and all arbitrations and suits between YOU and Farhad Larian.<br><br>1L:124: All DOCUMENTS filed, submitted or served in the suit and/or arbitration proceedings brought by Farhad Larian against YOU, including without limitation all declarations, affidavits, transcripts, video and/or audio recordings and sworn testimony given by any PERSON in such suit or arbitration proceedings.<br><br>1L:125: All DOCUMENTS RELATING TO any and all settlements resolutions or compromises of any suit and/or arbitration | |

| Requests | Requests to Ernst & Young/Deloitte & Touche | Document Requests to the Parties | Interrogatories to Parties |
|---|---|---|---|
| | | proceedings between YOU and Farhad Larian.<br><br>3:8: All complaints, statements of claim, counterclaims and answers in the BRATZ LAWSUITS, including without limitation all amendments thereto.<br><br>3:13: All pleadings and other DOCUMENTS filed, submitted or served by YOU in the BRATZ LAWSUITS that REFER OR RELATE TO BRATZ.<br><br>3:20: All DOCUMENTS produced or made available for inspection by YOU in the BRATZ LAWSUITS.<br><br>3:23: All Court orders, decisions and judgments in the BRATZ LAWSUITS.<br><br>3:29: All DOCUMENTS that REFER OR RELATE TO any agreements settling, resolving, compromising or otherwise disposing of the BRATZ LAWSUITS.<br><br>2L:199, 2HK:199, 6:199: All DOCUMENTS served, transmitted, received or filed in any lawsuit that MATTEL allegedly assisted any party in against MGA that REFER OR RELATE TO BRATZ or any MGA product | |

EXHIBIT 28
PAGE 340

| Requests | Requests to Ernst & Young/Deloitte & Touche | Document Requests to the Parties | Interrogatories to Parties |
|---|---|---|---|
| | | referenced in any MGA Interrogatory Response in this action.<br><br><u>RFPs Related to This Action</u><br>1:48: All non-privileged COMMUNICATIONS between YOU and any PERSON that REFER OR RELATE TO this action<br><br>1:49: ALL DOCUMENTS that REFER OR RELATE TO any indemnification that BRYANT has sought, proposed, requested or obtained in connection with this action<br><br>1:50: ALL DOCUMENTS that REFER OR RELATE TO any indemnification that YOU have sought, proposed, requested or obtained in connection with this action<br><br>1:95: All DOCUMENTS that support, refute or otherwise REFER OR RELATE to any facts underlying YOUR Affirmative Defenses in this action<br><br>1UC:166: To the extent not produced in response to any other Request for Production, all DOCUMENTS and tangible things upon which YOU intend to rely upon in this action. | |

| Requests | Requests to Ernst & Young/Deloitte & Touche | Document Requests to the Parties | Interrogatories to Parties |
|---|---|---|---|
| | | 1L:122: All DOCUMENTS seen, viewed or reviewed by YOU at any time in preparation for the deposition of YOU that was taken in this ACTION on July 18, 2006.<br><br>1L:147-153: To the extent not covered by other Requests, all DOCUMENTS RELATING TO any indemnification that any PERSON has sought, proposed, requested or obtained in connection with this ACTION.<br><br>1L:154: All DOCUMENTS RELATING TO any indemnification that YOU or MGA have sought, proposed, requested or obtained in connection with this ACTION.<br><br>1L:193: All COMMUNICATIONS between YOU and any member of the press RELATING TO this ACTION.<br><br>1L:216: All DOCUMENTS RELATING TO any facts underlying the claims for relief in MATTEL's Complaint (including without limitation its Counterclaims) against YOU or any other PERSON in this ACTION.<br><br>1L:276: To the extent not produced in | |

EXHIBIT 28
PAGE 342