# EXHIBIT 29

Sent by: QUINN EMANUEL                213 6240843;         03/14/05  4:30PM;JetFax #356;Page 2

1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     John B. Quinn (Bar No. 90378)
2    Michael T. Zeller (Bar No. 196417)
     Shane H. McKenzie (Bar No. 228978)
3  865 South Figueroa Street, 10th Floor
   Los Angeles, California 90017-2543
4  Telephone: (213) 443-3000
   Facsimile: (213) 443-3100
5
   Attorneys for Plaintiff and Counter-Defendant
6  Mattel, Inc.

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11

12  MATTEL, INC., a Delaware corporation,       Case No. CV 04-09059 NM (RNBx)

13                    Plaintiff,
                                                 MATTEL, INC.'S FIRST SET OF
14           v.                                  REQUESTS FOR PRODUCTION
                                                 OF DOCUMENTS AND
15  CARTER BRYANT, an individual                 TANGIBLE THINGS TO MGA
                                                 ENTERTAINMENT INC.
16                    Defendant.

17  _____

18  CARTER BRYANT, on behalf of himself,
    all present and former employees of
19  Mattel, Inc., and the general public,

20                    Counterclaimant,

21           v.

22  MATTEL, INC., a Delaware corporation,

23                    Counter-defendant.
    _____
24

25

26

27

28

17209/642197.1

                                         FIRST REQUEST FOR PRODUCTION TO MGA

EXHIBIT 29
PAGE 409

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Plaintiff and Counter-Defendant Mattel, Inc. hereby requests that MGA Entertainment Inc. make available for inspection and copying the following documents and things within thirty days of the service of these Requests, at the offices of Quinn Emanuel Urquhart Oliver & Hedges, LLP, 865 South Figueroa Street, 10th Floor, Los Angeles, California 90036.

These Requests shall be deemed to be continuing, and MGA Entertainment Inc. shall be obligated to supplement its responses to these requests at such times and to the extent required by Rule 26(e) of the Federal Rules of Civil Procedure.

## DEFINITIONS

For purposes of this Request for Production of Documents:

A.     "YOU" or "YOUR" means MGA Entertainment Inc. and any of its current or former employees, officers, directors, agents, representatives, attorneys, parents, subsidiaries, divisions, affiliates, predecessors-in-interest and successors-in-interest, and any other PERSON acting on its behalf, pursuant to its authority or subject to its control.

B.     "MATTEL" means Mattel, Inc. and any of its current or former employees, officers, directors, agents, representatives, attorneys, subsidiaries, divisions, affiliates, predecessors-in-interest and successors-in-interest, and any other PERSON acting on its behalf, pursuant to its authority or subject to its control.

C.     "DOCUMENT" or "DOCUMENTS" means all "writings" and "recordings" as those terms are defined in Rule 34 of the Federal Rules of Civil Procedure and Rule 1001 of the Federal Rules of Evidence, including, but not limited to, all writings and records of every type and description including, but not

07209/642197.1

EXHIBIT 29
PAGE 410

1 limited to, contracts, agreements, correspondence, memoranda, letters, facsimiles,

2 electronic mail ("e-mail"), records of telephone conversations, handwritten and

3 typewritten notes of any kind, statements, reports, minutes, recordings, transcripts

4 and summaries of meetings, voice recordings, pictures, photographs, drawings,

5 computer cards, tapes, discs, printouts and records of all types, studies, instruction

6 manuals, policy manuals and statements, books, pamphlets, invoices, canceled

7 checks and every other device or medium by which or through which information

8 of any type is transmitted, recorded or preserved.  Without any limitation on the

9 foregoing, the term "DOCUMENT" shall include all copies that differ in any

10 respect from the original or other versions of the DOCUMENT, including, but not

11 limited to, all drafts and all copies of such drafts or originals containing initials,

12 comments, notations, insertions, corrections, marginal notes, amendments or any

13 other variation of any kind.

14        D.   "REFER OR RELATE TO" means constituting, embodying,

15 containing, referring to, commenting on, evidencing, regarding, discussing,

16 describing, mentioning, reflecting, expressing, pertaining to, concerning,

17 supporting, contradicting, negating, revoking or otherwise relating to in any

18 manner.

19        E.   "PERSON" or "PERSONS" means all natural persons,

20 partnerships, corporations, joint ventures and any kind of business, legal or public

21 entity or organization, as well as its, its or her agents, representatives, employees,

22 officers and directors and any one else acting on its, its or her behalf, pursuant to

23 its, its or her authority or subject to its, its or her control.

24        F.   "BRYANT" means Carter Bryant, any of his current or former

25 agents, representatives, attorneys, employees, partners, joint venturers,

26 predecessors-in-interest and successors-in-interest, and any other PERSON acting

27 on his behalf, pursuant to his authority or subject to his control.

28

EXHIBIT   29
PAGE   411

Sent by: QUINN EMANUEL              213 6240643;       03/14/05  4:30PM; JetFax #356; Page 5.

1    G.    "BRATZ" means any project ever known by that name

2    (whether in whole or in part and regardless of what such project is or has been

3    also, previously or subsequently called) and any doll or any portion thereof that is

4    now or has ever been known as, or sold or marketed under, the name or term

5    "Bratz" (whether in whole or in part and regardless of what such doll is or has

6    been also, previously or subsequently called) or that is now or has ever been sold

7    or marketed as part of the "Bratz" line, and all prototypes, models, samples and

8    versions of such doll or any portion thereof.

9        H.    "ANGEL" means any project that is the subject of

10   MGA000706-08, MGA000710-12, MGA000714-16, MGA000718-20,

11   MGA000724-28 and MGA000734, and any doll (sometimes purportedly called

12   "Angel," "Angel Faces" and/or "Prayer Angels") or any portion thereof that is the

13   subject of MGA000706-08, MGA000710-12, MGA000714-16, MGA000718-20,

14   MGA000724-28 and MGA000734, including all prototypes, models, samples and

15   versions of such doll(s) or any portion thereof.  Without limiting the generality of

16   the foregoing, "ANGEL" means any project or any doll or any portion thereof that

17   is the subject of MGA000706-08, MGA000710-12, MGA000714-16,

18   MGA000718-20, MGA000724-28 and MGA000734, regardless of what any such

19   project or doll has in fact been called, and regardless of what any such project or

20   doll is or has been also, previously or subsequently called.

21       I.    "DESIGNS" means any and all works, designs, artwork,

22   sketches, drawings, illustrations, representations, depictions, blueprints,

23   schematics, diagrams, descriptions, sculptures, prototypes, models, samples,

24   reductions to practice, developments, know-how, ideas, concepts, inventions

25   and/or improvements, as well as all other items, things and DOCUMENTS in

26   which any of the foregoing are or have been expressed, embodied, contained,

27   fixed or reflected in any manner, whether in whole or in part.

28

7209/642197.1

EXHIBIT 29
PAGE 412

1    J.    "COMMUNICATION" or "COMMUNICATIONS" means and
2    includes any disclosure, transfer or exchange of information between two or more
3    PERSONS, whether orally or in writing, including, without limitation, any
4    conversation or discussion by means of meeting, letter, telephone, note,
5    memorandum, telegraph, telex, telecopier, electronic mail, or any other electronic
6    or other medium, including without limitation in written, audio or video form.
7         K.    The singular form of a noun or pronoun includes within its
8    meaning the plural form of the noun or pronoun so used, and *vice versa*; the use of
9    the masculine form of a pronoun also includes within its meaning the feminine
10   form of the pronoun so used, and *vice versa*; the use of any tense of any verb
11   includes also within its meaning all other tenses of the verb so used, whenever
12   such construction results in a broader request for information; and "and" includes
13   "or" and *vice versa*, whenever such construction results in a broader disclosure of
14   documents or information.
15
16                           <u>INSTRUCTIONS</u>
17
18        A.    Unless otherwise specified, these requests call for
19   DOCUMENTS prepared on or after January 1, 1995 through the present.
20   Documents shall be produced in their original file folders, or in lieu thereof, any
21   writing on the file folder from which each such document is taken shall be copied
22   and appended to such document and the person for whom or department, division,
23   or office for which the document or the file folder is maintained shall be
24   identified.
25        B.    YOU are to produce all DOCUMENTS requested hereby that
26   are in YOUR possession, custody and control.
27        C.    In the event that any document called for by these requests is to
28   be withheld on the basis of a claim of privilege or immunity from discovery, that

7209/642197.1                        -5-

FIRST REQUEST FOR PRODUCTION TO MGA

EXHIBIT 29
PAGE 413

1  document is to be identified by stating (i) any addressor and addressee; (ii) any

2  indicated or blind copy; (iii) the document's date, subject matter, number of pages,

3  and attachments or appendices; (iv) all persons to whom the document was

4  distributed, shown, or explained; (v) its present custodian; and (vi) the nature of

5  the privilege or immunity asserted.

6          D.    In the event that any document called for by these requests has

7  been destroyed or discarded, that document is to be identified by stating: (i) any

8  addressor and addressee; (ii) any indicated or blind copies; (iii) the document's

9  date, subject matter, number of pages, and attachments or appendices; (iv) all

10  persons to whom the document was distributed, shown, or explained; (v) the date

11  of destruction or discard, manner of destruction or discard, and reason for

12  destruction or discard; (vi) the persons who were authorized to carry out such

13  destruction or discard; and (vii) whether any copies of the document presently

14  exist and, if so, the name of the custodian of each copy.

15

16                      **REQUESTS FOR PRODUCTION**

17

18  **REQUEST FOR PRODUCTION NO. 1:**

19          All DOCUMENTS that REFER OR RELATE TO any agreement or

20  contract between YOU and BRYANT, including without limitation all drafts

21  thereof and all actual or proposed amendments, modifications and revisions

22  thereto.

23

24  **REQUEST FOR PRODUCTION NO. 2:**

25          All DOCUMENTS that REFER OR RELATE TO the performance of

26  any agreement or contract between YOU and BRYANT.

27

28

FIRST REQUEST FOR PRODUCTION TO MGA

EXHIBIT 29
PAGE 414

**REQUEST FOR PRODUCTION NO. 3:**

ALL DOCUMENTS that REFER OR RELATE TO the agreement dated as of September 18, 2000 between YOU and BRYANT, including without limitation all drafts thereof and any actual or proposed modifications, amendments or revisions thereto.

**REQUEST FOR PRODUCTION NO. 4:**

ALL DOCUMENTS that REFER OR RELATE TO the Modification and Clarification of the Agreement dated as of September 18, 2000 between YOU and BRYANT, including without limitation all drafts thereof and any actual or proposed modifications, amendments or revisions thereto.

**REQUEST FOR PRODUCTION NO. 5:**

ALL DOCUMENTS that REFER OR RELATE TO the agreement dated April 2001 between YOU and BRYANT, including without limitation all drafts thereof and any actual or proposed modifications, amendments or revisions thereto.

**REQUEST FOR PRODUCTION NO. 6:**

All DOCUMENTS prepared, created, received or transmitted (whether in whole or in part) prior to January 1, 2001 that REFER OR RELATE TO BRYANT.

**REQUEST FOR PRODUCTION NO. 7:**

All DOCUMENTS that REFER OR RELATE TO any work, activities or services, including without limitation any freelance work or consulting services, that BRYANT performed for or with YOU or on YOUR

EXHIBIT 29
PAGE 415

1 | behalf prior to January 1, 2001 (regardless of when any such DOCUMENT was
2 | prepared, created, received or transmitted, whether in whole or in part).
3 |
4 | <u>REQUEST FOR PRODUCTION NO. 8:</u>
5 |       All DOCUMENTS that REFER OR RELATE TO any work,
6 | activities or services, including without limitation any freelance work or
7 | consulting services, that Anna Rhee performed for or with YOU or on YOUR
8 | behalf prior to January 1, 2001 (regardless of when any such DOCUMENT was
9 | prepared, created, received or transmitted, whether in whole or in part).
10 |
11 | <u>REQUEST FOR PRODUCTION NO. 9:</u>
12 |       All DOCUMENTS that REFER OR RELATE TO any work,
13 | activities or services, including without limitation any freelance work or
14 | consulting services, that Veronica Marlow performed for or with YOU or on
15 | YOUR behalf prior to January 1, 2001 (regardless of when any such DOCUMENT
16 | was prepared, created, received or transmitted, whether in whole or in part).
17 |
18 | <u>REQUEST FOR PRODUCTION NO. 10:</u>
19 |       All DOCUMENTS that REFER OR RELATE TO any work,
20 | activities or services, including without limitation any freelance work or
21 | consulting services, that Sarah Halpern performed for or with YOU or on YOUR
22 | behalf prior to January 1, 2001 (regardless of when any such DOCUMENT was
23 | prepared, created, received or transmitted, whether in whole or in part).
24 |
25 | <u>REQUEST FOR PRODUCTION NO. 11:</u>
26 |       All DOCUMENTS that REFER OR RELATE TO any work,
27 | activities or services, including without limitation any freelance work or
28 | consulting services, that Jesse Ramirez performed for or with YOU or on YOUR

07209/642197.1

-8-

FIRST REQUEST FOR PRODUCTION TO MGA

EXHIBIT 29
PAGE 416

1  behalf prior to January 1, 2001 (regardless of when any such DOCUMENT was
2  prepared, created, received or transmitted, whether in whole or in part).

3

4  <u>REQUEST FOR PRODUCTION NO. 12:</u>

5          All DOCUMENTS that REFER OR RELATE TO any work,
6  activities or services, including without limitation any freelance work or
7  consulting services, that Margaret Hatch (also known as Margaret Leahy and/or
8  Margaret Hatch-Leahy) performed for or with YOU or on YOUR behalf prior to
9  January 1, 2001 (regardless of when any such DOCUMENT was prepared,
10 created, received or transmitted, whether in whole or in part).

11

12 <u>REQUEST FOR PRODUCTION NO. 13:</u>

13         All DOCUMENTS that REFER OR RELATE TO any work,
14 activities or services, including without limitation any freelance work or
15 consulting services, that Elise Cloonan performed for or with YOU or on YOUR
16 behalf prior to January 1, 2001 (regardless of when any such DOCUMENT was
17 prepared, created, received or transmitted, whether in whole or in part).

18

19 <u>REQUEST FOR PRODUCTION NO. 14:</u>

20         All agreements and contracts between YOU and Anna Rhee,
21 including without limitation all drafts thereof and amendments, modifications and
22 revisions thereto.

23

24 <u>REQUEST FOR PRODUCTION NO. 15:</u>

25         All DOCUMENTS that REFER OR RELATE TO any agreement or
26 contract between YOU and Anna Rhee, including without limitation all
27 COMMUNICATIONS that REFER OR RELATE thereto.

28

-9-

EXHIBIT 29
PAGE 417

**REQUEST FOR PRODUCTION NO. 16:**

All agreements and contracts between YOU and Veronica Marlow, including without limitation all drafts thereof and amendments, modifications and revisions thereto.

**REQUEST FOR PRODUCTION NO. 17:**

All DOCUMENTS that REFER OR RELATE TO any agreement or contract between YOU and Veronica Marlow, including without limitation all COMMUNICATIONS that REFER OR RELATE thereto.

**REQUEST FOR PRODUCTION NO. 18:**

All agreements and contracts between YOU and Margaret Hatch (also known as Margaret Leahy and/or Margaret Hatch-Leahy), including without limitation all drafts thereof and amendments, modifications and revisions thereto.

**REQUEST FOR PRODUCTION NO. 19:**

All DOCUMENTS that REFER OR RELATE TO any agreement or contract between YOU and Margaret Hatch (also known as Margaret Leahy and/or Margaret Hatch-Leahy), including without limitation all COMMUNICATIONS that REFER OR RELATE thereto.

**REQUEST FOR PRODUCTION NO. 20:**

All agreements and contracts between YOU and Sarah Halpern, including without limitation all drafts thereof and amendments, modifications and revisions thereto.

FIRST REQUEST FOR PRODUCTION TO MGA

07209/642197.1

EXHIBIT 29
PAGE 418

REQUEST FOR PRODUCTION NO. 21:

1   All DOCUMENTS that REFER OR RELATE TO any agreement or
contract between YOU and Sarah Halpern, including without limitation all
COMMUNICATIONS that REFER OR RELATE thereto.

REQUEST FOR PRODUCTION NO. 22:

All agreements and contracts between YOU and Jesse Ramirez,
including without limitation all drafts thereof and amendments, modifications and
revisions thereto.

REQUEST FOR PRODUCTION NO. 23:

All DOCUMENTS that REFER OR RELATE TO any agreement or
contract between YOU and Jesse Ramirez, including without limitation all
COMMUNICATIONS that REFER OR RELATE thereto.

REQUEST FOR PRODUCTION NO. 24:

All agreements and contracts between YOU and Elise Cloonan,
including without limitation all drafts thereof and amendments, modifications and
revisions thereto.

REQUEST FOR PRODUCTION NO. 25:

All DOCUMENTS that REFER OR RELATE TO any agreement or
contract between YOU and Elise Cloonan, including without limitation all
COMMUNICATIONS that REFER OR RELATE thereto.

7209/642197.1

-11-

FIRST REQUEST FOR PRODUCTION TO MGA

EXHIBIT 29
PAGE 419

**REQUEST FOR PRODUCTION NO. 26:**

All DOCUMENTS that REFER OR RELATE TO DESIGNS that BRYANT produced, prepared, created, authored, conceived of or reduced to practice, whether alone or jointly with others, prior to January 1, 2001.

**REQUEST FOR PRODUCTION NO. 27:**

All DOCUMENTS that REFER OR RELATE TO DESIGNS produced, prepared, created, authored, conceived of or reduced to practice prior to January 1, 2001 by BRYANT, whether alone or jointly with others, in which YOU have purported at any time to purchase, acquire or own any right, title or interest (whether in whole or in part).

**REQUEST FOR PRODUCTION NO. 28:**

All DOCUMENTS that REFER OR RELATE TO DESIGNS produced, prepared, created, authored, conceived of or reduced to practice prior to January 1, 2001 by Margaret Hatch (also known as Margaret Leahy and/or Margaret Hatch-Leahy), whether alone or jointly with others, in which YOU have purported at any time to purchase, acquire or own any right, title or interest (whether in whole or in part).

**REQUEST FOR PRODUCTION NO. 29:**

All DOCUMENTS, including without limitation all COMMUNICATIONS between YOU and any PERSON, that REFER OR RELATE TO any agreement or contract between BRYANT and Mattel, Inc.

**REQUEST FOR PRODUCTION NO. 30:**

All DOCUMENTS, including without limitation all COMMUNICATIONS between YOU and any PERSON, that REFER OR

07209/642197.1

-12-

FIRST REQUEST FOR PRODUCTION TO MGA

EXHIBIT 29
PAGE 420

1  RELATE TO any agreement or contract between Margaret Hatch (also known as
2  Margaret Leahy and/or Margaret Hatch-Leahy) and Mattel, Inc.
3
4  REQUEST FOR PRODUCTION NO. 31:
5          All COMMUNICATIONS between YOU and BRYANT that REFER
6  OR RELATE TO Mattel, Inc. or any officer, director, employee or representative
7  of Mattel, Inc.
8
9  REQUEST FOR PRODUCTION NO. 32:
10         All DOCUMENTS prepared, written, transmitted or received
11 (whether in whole or in part) prior to January 1, 2001 that REFER OR RELATE
12 TO BRATZ.
13
14 REQUEST FOR PRODUCTION NO. 33:
15         All DOCUMENTS that REFER OR RELATE TO BRATZ that
16 REFER OR RELATE TO any time prior to January 1, 2001 (regardless of when
17 such document was prepared, written, transmitted or received, whether in whole or
18 in part).
19
20 REQUEST FOR PRODUCTION NO. 34:
21         All DOCUMENTS prepared, written, transmitted or received
22 (whether in whole or in part) prior to January 1, 2001 that REFER OR RELATE
23 TO ANGEL.
24
25 REQUEST FOR PRODUCTION NO. 35:
26         All DOCUMENTS that REFER OR RELATE TO ANGEL that
27 REFER OR RELATE TO any time prior to January 1, 2001 (regardless of when
28

7209/642197.1

-13-

FIRST REQUEST FOR PRODUCTION TO MGA

EXHIBIT 29
PAGE 421

1  such document was prepared, written, transmitted or received, whether in whole or

2  in part).

3

4  **REQUEST FOR PRODUCTION NO. 36:**

5       All DOCUMENTS that REFER OR RELATE TO the origin(s),

6  conception or creation of BRATZ, including without limitation all DOCUMENTS

7  that REFER OR RELATE TO the timing of, and the method and manner in which,

8  BRATZ first came to YOUR attention.

9

10 **REQUEST FOR PRODUCTION NO. 37:**

11      All declarations, affidavits and other sworn written statements of any

12 other type or form by YOU that REFER OR RELATE TO BRATZ (other than

13 those previously filed and served in this action).

14

15 **REQUEST FOR PRODUCTION NO. 38:**

16      All transcripts and video and/or audio recordings of statements made

17 by YOU under oath, including without limitation all deposition transcripts, trial

18 transcripts and arbitration transcripts, that REFER OR RELATE TO BRATZ

19 (other than those taken in this action when Mattel, Inc.'s counsel was in

20 attendance).

21

22 **REQUEST FOR PRODUCTION NO. 39:**

23      All declarations, affidavits and other sworn written statements of any

24 other type or form by any PERSON that REFER OR RELATE TO ANGEL (other

25 than those previously filed and served in this action).

26

27

28

-14-

FIRST REQUEST FOR PRODUCTION TO MGA

EXHIBIT 29
PAGE 422

**REQUEST FOR PRODUCTION NO. 40:**

All transcripts and video and/or audio recordings of statements made by any PERSON under oath, including without limitation all deposition transcripts, trial transcripts and arbitration transcripts, that REFER OR RELATE TO ANGEL (other than those taken in this action when Mattel, Inc.'s counsel was in attendance).

**REQUEST FOR PRODUCTION NO. 41:**

All DOCUMENTS that REFER OR RELATE TO BRATZ and/or ANGEL filed, submitted or served in the suit and/or arbitration proceedings brought by Farhad Larian against Isaac Larian, including without limitation all declarations, affidavits and sworn testimony given by any PERSON in such suit or arbitration proceedings.

**REQUEST FOR PRODUCTION NO. 42:**

All DOCUMENTS that REFER OR RELATE TO any payment made to or on behalf of BRYANT prior to October 21, 2000 or for work or services performed by BRYANT prior to October 21, 2000 regardless of when such payment was actually made.

**REQUEST FOR PRODUCTION NO. 43:**

All DOCUMENTS that REFER OR RELATE TO any payment made to or on behalf of BRYANT for DESIGNS that BRYANT assigned or transferred to YOU prior to October 21, 2000, regardless of when such payment was actually made.

7209/642197.1

-15-

FIRST REQUEST FOR PRODUCTION TO MGA

EXHIBIT 29
PAGE 423

**REQUEST FOR PRODUCTION NO. 44:**

All DOCUMENTS that REFER OR RELATE TO invoices submitted by BRYANT to YOU prior to January 31, 2001.

**REQUEST FOR PRODUCTION NO. 45:**

All of YOUR royalty statements to or for BRYANT.

**REQUEST FOR PRODUCTION NO. 46:**

All DOCUMENTS that REFER OR RELATE TO BRYANT'S participation in the conception, creation, design, development, sculpting, tooling, production or manufacture of BRATZ.

**REQUEST FOR PRODUCTION NO. 47:**

All DOCUMENTS that REFER OR RELATE TO BRYANT'S participation in the conception, creation, design, development, sculpting, tooling, production or manufacture of ANGEL.

**REQUEST FOR PRODUCTION NO. 48:**

All non-privileged COMMUNICATIONS between YOU and any PERSON that REFER OR RELATE TO this action.

**REQUEST FOR PRODUCTION NO. 49:**

All DOCUMENTS that REFER OR RELATE TO any indemnification that BRYANT has sought, proposed, requested or obtained in connection with this action.

07209/642197.1

-16-

EXHIBIT 29
PAGE 424

1

2  **REQUEST FOR PRODUCTION NO. 50:**

3          All DOCUMENTS that REFER OR RELATE TO any

4  indemnification that YOU have sought, proposed, requested or obtained in

5  connection with this action.

6  **REQUEST FOR PRODUCTION NO. 51:**

7          All DOCUMENTS that REFER OR RELATE TO each and every

8  sculpt of BRATZ (including without limitation any model, prototype or sample

9  thereof) prior to June 1, 2001.

10

11  **REQUEST FOR PRODUCTION NO. 52:**

12          All DOCUMENTS that REFER OR RELATE TO each and every

13  sculpt of ANGEL (including without limitation any model, prototype or sample

14  thereof).

15

16  **REQUEST FOR PRODUCTION NO. 53:**

17          All DOCUMENTS that REFER OR RELATE TO the procurement,

18  fabrication, preparation and production of each and every mold for BRATZ

19  (including without limitation for any model, prototype or sample thereof) prior

20  June 1, 2001, including without limitation all orders, purchase orders and invoices

21  relating thereto.

22

23  **REQUEST FOR PRODUCTION NO. 54:**

24          DOCUMENTS sufficient to show when any mold for ANGEL

25  (including without limitation for any model, prototype or sample thereof) was first

26  ordered, procured, fabricated, prepared and produced.

27

28

-17-

FIRST REQUEST FOR PRODUCTION TO MGA

EXHIBIT 29
PAGE 425

**REQUEST FOR PRODUCTION NO. 55:**

All DOCUMENTS that REFER OR RELATE TO the exhibition, or proposed, offered or requested exhibition, of BRATZ (including without limitation any model, prototype or sample thereof) to any third party prior to June 1, 2001.

**REQUEST FOR PRODUCTION NO. 56:**

DOCUMENTS sufficient to show when ANGEL (including without limitation any model, prototype or sample thereof) was first exhibited to any third party.

**REQUEST FOR PRODUCTION NO. 57:**

DOCUMENTS sufficient to show when and where BRATZ (including without limitation any model, prototype or sample thereof) was first marketed to any wholesaler, distributor and/or retailer.

**REQUEST FOR PRODUCTION NO. 58:**

DOCUMENTS sufficient to show when and where ANGEL (including without limitation any model, prototype or sample thereof) was first marketed to any wholesaler, distributor and/or retailer.

**REQUEST FOR PRODUCTION NO. 59:**

DOCUMENTS sufficient to show when and where BRATZ (including without limitation any model, prototype or sample thereof) was first offered for sale to any wholesaler, distributor and/or retailer.

07209/642197.1

-18-

FIRST REQUEST FOR PRODUCTION TO MGA

EXHIBIT 29
PAGE 426

1  **REQUEST FOR PRODUCTION NO. 60:**

2          DOCUMENTS sufficient to show when and where ANGEL

3  (including without limitation any model, prototype or sample thereof) was first

4  offered for sale by YOU to any wholesaler, distributor and/or retailer.

5

6  **REQUEST FOR PRODUCTION NO. 61:**

7          DOCUMENTS sufficient to show when and where BRATZ was first

8  shipped, distributed and sold.

9

10  **REQUEST FOR PRODUCTION NO. 62:**

11          DOCUMENTS sufficient to show when and where ANGEL was first

12  shipped, distributed and sold.

13

14  **REQUEST FOR PRODUCTION NO. 63:**

15          All DOCUMENTS that REFER OR RELATE TO the licensing,

16  including without limitation the proposed or requested licensing, of BRATZ prior

17  to December 31, 2001.

18

19  **REQUEST FOR PRODUCTION NO. 64:**

20          All COMMUNICATIONS between YOU and any manufacturer, or

21  any contemplated, proposed or potential manufacturer, that REFER OR RELATE

22  TO BRATZ prior to June 1, 2001.

23

24  **REQUEST FOR PRODUCTION NO. 65:**

25          DOCUMENTS sufficient to identify when YOU first contacted any

26  manufacturer, or any contemplated, proposed or potential manufacturer, for the

27  manufacture of ANGEL.

28

7209/642197.1                           -19-

FIRST REQUEST FOR PRODUCTION TO MGA

EXHIBIT 29
PAGE 427

**REQUEST FOR PRODUCTION NO. 66:**

All COMMUNICATIONS between YOU and any PERSON that REFER OR RELATE TO the distribution or proposed or potential distribution of BRATZ prior to June 1, 2001.

**REQUEST FOR PRODUCTION NO. 67:**

All COMMUNICATIONS between YOU and Universal Commerce Corp., Ltd. prior to June 1, 2001.

**REQUEST FOR PRODUCTION NO. 68:**

All DOCUMENTS that REFER OR RELATE TO Mattel, Inc., or that were prepared, authored or created by Mattel, Inc. or any officer, director, employee or representative of Mattel, Inc., that BRYANT has ever provided to, shown, described to, communicated to or disclosed in any manner to YOU.

**REQUEST FOR PRODUCTION NO. 69:**

All COMMUNICATIONS between YOU and BRYANT prior to January 1, 2001, including without limitation all diaries, notes, calendars, logs, phone records and letters, that reflect, record or memorialize or otherwise REFER OR RELATE TO any such COMMUNICATIONS.

**REQUEST FOR PRODUCTION NO. 70:**

All COMMUNICATIONS between YOU and Elise Cloonan that REFER OR RELATE TO BRYANT, Mattel, Inc., BRATZ and/or Anna Rhee, including without limitation all diaries, notes, calendars, logs, phone records and letters, that reflect, record or memorialize or otherwise REFER OR RELATE TO any such COMMUNICATIONS.

07209/642197.1

-20-

FIRST REQUEST FOR PRODUCTION TO MGA

EXHIBIT 29
PAGE 428

REQUEST FOR PRODUCTION NO. 71:

All COMMUNICATIONS between YOU and Elise Cloonan prior to June 11, 2002, including without limitation all diaries, notes, calendars, logs, phone records and letters, that reflect, record or memorialize or otherwise REFER OR RELATE TO any such COMMUNICATIONS.

REQUEST FOR PRODUCTION NO. 72:

All COMMUNICATIONS between YOU and Veronica Marlow prior to January 1, 2001, including without limitation all diaries, notes, calendars, logs, phone records and letters, that reflect, record or memorialize or otherwise REFER OR RELATE TO any such COMMUNICATIONS.

REQUEST FOR PRODUCTION NO. 73:

All COMMUNICATIONS between YOU and Mercedeh Ward prior to November 6, 2000, including without limitation all diaries, notes, calendars, logs, phone records and letters, that reflect, record or memorialize or otherwise REFER OR RELATE TO any such COMMUNICATIONS.

REQUEST FOR PRODUCTION NO. 74:

All COMMUNICATIONS between YOU and Margaret Hatch (also known as Margaret Leahy and/or Margaret Hatch-Leahy) prior to January 1, 2001, including without limitation all diaries, notes, calendars, logs, phone records and letters, that reflect, record or memorialize or otherwise REFER OR RELATE TO any such COMMUNICATIONS.

REQUEST FOR PRODUCTION NO. 75:

All COMMUNICATIONS between YOU and Anna Rhee prior to January 1, 2001, including without limitation all diaries, notes, calendars, logs,

-21-

/209/642197.1

EXHIBIT 29
PAGE 429

1 | phone records and letters, that reflect, record or memorialize or otherwise REFER
2 | OR RELATE TO any such COMMUNICATIONS.
3 |
4 | REQUEST FOR PRODUCTION NO. 76:
5 |         All COMMUNICATIONS between Veronica Marlow and Anna Rhee
6 | prior to January 1, 2001, including without limitation all diaries, notes, calendars,
7 | logs, phone records and letters, that reflect, record or memorialize or otherwise
8 | REFER OR RELATE TO any such COMMUNICATIONS.
9 |
10 | REQUEST FOR PRODUCTION NO. 77:
11 |         All COMMUNICATIONS between YOU and Sarah Halpern prior to
12 | January 1, 2001, including without limitation all diaries, notes, calendars, logs,
13 | phone records and letters, that reflect, record or memorialize or otherwise REFER
14 | OR RELATE TO any such COMMUNICATIONS.
15 |
16 | REQUEST FOR PRODUCTION NO. 78:
17 |         All COMMUNICATIONS between YOU and Jesse Ramirez prior to
18 | January 1, 2001, including without limitation all diaries, notes, calendars, logs,
19 | phone records and letters, that reflect, record or memorialize or otherwise REFER
20 | OR RELATE TO any such COMMUNICATIONS.
21 |
22 | REQUEST FOR PRODUCTION NO. 79:
23 |         Any personnel or vendor file that YOU have created or maintained
24 | concerning BRYANT.
25 |
26 | REQUEST FOR PRODUCTION NO. 80:
27 |         Any personnel file that YOU have created or maintained concerning
28 | Paula Treantafellas.

EXHIBIT 29
PAGE 430

**REQUEST FOR PRODUCTION NO. 81:**

Any personnel file that YOU have created or maintained concerning Mercedeh Ward.

**REQUEST FOR PRODUCTION NO. 82:**

Any personnel or vendor file that YOU have created or maintained concerning Margaret Hatch (also known as Margaret Leahy and/or Margaret Hatch-Leahy).

**REQUEST FOR PRODUCTION NO. 83:**

Any personnel or vendor file that YOU have created or maintained concerning Veronica Marlow.

**REQUEST FOR PRODUCTION NO. 84:**

Any personnel or vendor file that YOU have created or maintained concerning Anna Rhee.

**REQUEST FOR PRODUCTION NO. 85:**

Any personnel or vendor file that YOU have created or maintained concerning Jessie Ramirez.

**REQUEST FOR PRODUCTION NO. 86:**

Any personnel file that YOU have created or maintained concerning Shirin Salemnia.

**REQUEST FOR PRODUCTION NO. 87:**

Any personnel file that YOU have created or maintained concerning Victoria O'Connor.

209/642197.1

-23-

EXHIBIT 29
PAGE 431

**REQUEST FOR PRODUCTION NO. 88:**

Any personnel file that YOU have created or maintained concerning Farhad Larian.

**REQUEST FOR PRODUCTION NO. 89:**

All telephone records for MGA Entertainment Inc. for the time period from January 1, 1998 through January 1, 2001.

**REQUEST FOR PRODUCTION NO. 90:**

All DOCUMENTS that REFER OR RELATE TO any copyright, patent or any other application or registration for BRATZ DESIGNS, including without limitation all COMMUNICATIONS pertaining thereto.

**REQUEST FOR PRODUCTION NO. 91:**

All DOCUMENTS that REFER OR RELATE TO any copyright, patent or any other application or registration for ANGEL DESIGNS, including without limitation all COMMUNICATIONS pertaining thereto.

**REQUEST FOR PRODUCTION NO. 92:**

All DOCUMENTS that REFER OR RELATE TO any testing of or sampling from any DOCUMENTS that REFER OR RELATE TO BRATZ or BRYANT, including without limitation any such testing or sampling in connection with any ink, paper or chemical analysis to date any such DOCUMENTS and including without limitation all results and reports relating thereto.

17209/642197.1

-24-

EXHIBIT 29
PAGE 432

Sent by: QUINN EMANUEL          213 6240843;          03/14/05  4:35PM;JetFax_#356;Page 26/29

**REQUEST FOR PRODUCTION NO. 93:**

An electronic copy of each DOCUMENT that YOU have produced in this action, or that is responsive to these Requests, that is or was created, prepared, generated, maintained or transmitted in digital form.

**REQUEST FOR PRODUCTION NO. 94:**

The metadata for each DOCUMENT that YOU have produced in this action, or that is responsive to these Requests, that is or was created, prepared, generated, maintained or transmitted in digital form.

**REQUEST FOR PRODUCTION NO. 95:**

All DOCUMENTS that support, refute or otherwise REFER OR RELATE TO any facts underlying YOUR Affirmative Defenses in this action.

**REQUEST FOR PRODUCTION NO. 96:**

All doll heads, sculpts, prototypes, models, samples and tangible items that were created, prepared or made, whether in whole or in part, prior to January 1, 2001 that REFER OR RELATE TO BRATZ.

**REQUEST FOR PRODUCTION NO. 97:**

All doll heads, sculpts, prototypes, models, samples and tangible items that were created, prepared or made, whether in whole or in part, prior to January 1, 2001 that REFER OR RELATE TO ANGEL.

**REQUEST FOR PRODUCTION NO. 98:**

All doll heads, sculpts, prototypes, models, samples and tangible items that Anna Rhee painted, whether in whole or in part, for or with YOU or on YOUR behalf or for or on behalf of BRYANT prior to January 1, 2001.

'209/642197.1

FIRST REQUEST FOR PRODUCTION TO MGA

EXHIBIT 29
PAGE 433

1  REQUEST FOR PRODUCTION NO. 99:

2       All doll heads, sculpts, prototypes, models, samples and tangible

3  items that REFER OR RELATE TO DESIGNS for dolls, doll accessories or toys

4  that BRYANT produced, created, authored, conceived of or reduced to practice,

5  whether alone or jointly with others, prior to January 1, 2001.

6

7  REQUEST FOR PRODUCTION NO. 100:

8       All doll heads, sculpts, prototypes, models, samples and tangible

9  items that support, refute or otherwise REFER OR RELATE TO any facts

10  underlying YOUR Affirmative Defenses in this action.

11

12

13  DATED: March 14, 2005          QUINN EMANUEL URQUHART
                                   OLIVER & HEDGES, LLP

14

15                                 By
                                      Shane Heather McKenzie
16                                    Attorneys for Plaintiff/Counter-defendant
                                      Mattel, Inc.

17

18

19

20

21

22

23

24

25

26

27

28

7209/642197.1                          -26-

FIRST REQUEST FOR PRODUCTION TO MGA

EXHIBIT 29
PAGE 434

1

### PROOF OF SERVICE
1013A(3) CCP Revised 5/1/88

2

STATE OF CALIFORNIA    )
                       ) SS

3

COUNTY OF LOS ANGELES  )

4

    I am employed in the county of Los Angeles State of California. I am over the age of 18

5

and not a party to the within action; my business address is: 865 South Figueroa Street, 10th Floor,
Los Angeles, California 90017.

6

    On March 14, 2005, I served the foregoing document described as **Mattel, Inc.'s First Set**

7

**of Requests For Production of Documents And Tangible Things to MGA Entertainment Inc.**
on all interested parties in this action.

8

Robert F. Millman, Esq.
Douglas A. Wickham, Esq.

9

Littler Mendelson
A Professional Corporation

10

2049 Century Park East, 5th Floor
Los Angeles, California 90067-3107
FAX: 310-553-5583

11

12

[  ]   By placing [ ] the original [ ] true copies thereof enclosed in sealed envelopes addressed as
       follows:

13

[ X ]  **BY MAIL:**   I deposited such envelope in the mail at Los Angeles, California. The

14

envelope was mailed with postage thereon fully prepaid. As follows: I am "readily familiar"
with the firm's practice of collection and processing correspondence for mailing. Under that

15

practice it would be deposited with U.S. postal service on that same day with postage thereon
fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that

16

on motion of the party served, service is presumed invalid if postal cancellation date or
postage meter date is more than one day after date of deposit for mailing in affidavit.

17

18

[ X ]  **BY TELECOPIER** By transmitting the above listed document(s) to the fax number(s)
       set forth above on this date.

19

Executed on March 14, 2005, at Los Angeles, California.

20

[  ]   (State) I declare under penalty of perjury under the laws of the State of California that the
       above is true and correct.

21

[ X ]  (Federal) I declare that I am employed in the office of a member of the bar of this court at

22

whose direction the service was made.

23

24

Rebecca A. Ramos
Print Name                                          Signature

25

26

27

28

EXHIBIT  29
PAGE  435

1

## PROOF OF SERVICE
1013A(3) CCP Revised 5/1/88

2    STATE OF CALIFORNIA          )
                                  ) SS
3    COUNTY OF LOS ANGELES        )

4        I am employed in the county of Los Angeles State of California. I am over the age of 18 and not a party to the within action; my business address is: 865 South Figueroa Street, 10th Floor,
5    Los Angeles, California 90017.

6        On March 14, 2005, I served the foregoing document described as Mattel, Inc.'s First Set of Requests For Production of Documents And Tangible Things to MGA Entertainment Inc.
7    on all interested parties in this action.

8                          Paula E. Ambrosial, Esq.
                            O'Melveny & Meyers
9                            400 So. Hope Street
                            Los Angeles, CA  90071
10                              (213) 430-6407

11   [  ]  By placing [ ] the original [ ] true copies thereof enclosed in sealed envelopes addressed as follows:

12   [  ]   **BY MAIL:**  I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid. As follows: I am "readily familiar"
13   with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon
14   fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or
15   postage meter date is more than one day after date of deposit for mailing in affidavit.

16   [ X ]   **BY TELECOPIER** By transmitting the above listed document(s) to the fax number(s)
17   set forth above on this date.

18   [ X ]   **BY PERSONAL SERVICE** I caused to be delivered such envelope by hand to the addressee.

19   Executed on March 14, 2005, at Los Angeles, California.

20   [  ]   (State) I declare under penalty of perjury under the laws of the State of California that the
21   above is true and correct.

22   [ X ]   (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

23

24   _____
     Rebecca A. Ramos
25   Print Name                         Signature

26

27

28

EXHIBIT 29
PAGE 436



Sent by: QUINN EMANUEL          213 6240643;          03/14/05  4:29PM;JetFax #356;Page 1

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

**SAN DIEGO**
4445 Eastgate Mall, Suite 200
San Diego, CA 92121
(858) 812-3107
Facsimile: (858) 812-3336

**PALM SPRINGS**
45-025 Manitou Drive, Suite 5
Indian Wells, CA 92210
(760) 345-4787
Facsimile: (760) 345-2414

**LOS ANGELES**
865 So. Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

**NEW YORK**
335 Madison Avenue, 17th Floor
New York, NY 10017-4611
(212) 702-8100
Facsimile: (212) 702-8200

**SAN FRANCISCO**
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

**SILICON VALLEY**
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

## LOS ANGELES OFFICE

## FACSIMILE TRANSMISSION

**DATE:** March 14, 2005

**NUMBER OF PAGES, INCLUDING COVER:** 29

**TO/COMPANY:**

| NAME | PHONE NO. | FAX NO. |
|---|---|---|
| Robert F. Millman, Esq.<br>Douglas A. Wickham, Esq.<br>Littler Mendelson<br>A Professional Corporation<br>2049 Century Park East, 5th Floor<br>Los Angeles, California 90067-3107 | (310) 553-0308 | (310) 553-5583 |

**FROM:** Shane McKenzie, Esq.

**RE:** Mattel, Inc. v. Carter Bryant

E 4 28

**MESSAGE:**

Please find attached, Mattel, Inc.'s First Set of Requests For Production of Documents And Tangible Things to MGA Entertainment Inc.

| CLIENT #: 7209 | ROUTE/<br>RETURN TO: **Rebecca Ramos/2nd<br>Floor/Ext. 3050** | ☒ CONFIRM FAX<br>☐ INCLUDE CONF. REPORT |
|---|---|---|
| OPERATOR: | CONFIRMED? ☐ No ☐ Yes: | |

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

**IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3863 AS SOON AS POSSIBLE.**

EXHIBIT 29
PAGE 437