# EXHIBIT 35

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with |
| | Case No. CV 04-09059 |
| vs. | Case No. CV 05-02727 |
| MATTEL, INC., a Delaware corporation, | MATTEL, INC.'S FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS TO MGAE DE MEXICO, S.R.L. DE C.V. |
| Defendant. | |
| AND CONSOLIDATED CASES | |

Pursuant to <u>Rule</u> 34 of the <u>Federal Rules of Civil Procedure</u>, MGAE de Mexico, S.R.L. de C.V. ("MGA Mexico") is required to make available for inspection and copying, the following documents within 30 days of service, at the offices of Quinn Emanuel Urquhart Oliver & Hedges, LLP, 865 South Figueroa Street, 10th Floor, Los Angeles, CA 90017.  MGA Mexico shall be obligated to supplement responses to these requests at such times and to the extent required by <u>Rule</u> 26(e) of the <u>Federal Rules of Civil Procedure</u>.

07975/2278530.3

MATTEL'S FIRST SET OF DOCUMENT REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

EXHIBIT 35
PAGE 636

I.   **DEFINITIONS**

For purposes of these Requests, the following definitions apply:

A.   "YOU," "YOUR" and "MGA" mean MGAE de Mexico, S.R.L. de C.V., and any PERSON acting directly or indirectly by, through, under or on behalf of MGAE de Mexico, S.R.L. de C.V., including but not limited to current or former directors, officers, employees, agents, contractors, attorneys, accountants, or representatives of MGAE de Mexico, S.R.L. de C.V. and any corporation, partnership, association, trust, parent, subsidiary, division, affiliate, predecessor-in-interest and successor-in-interest, and any other PERSON acting on its behalf.

B.   "MATTEL" means Mattel, Inc. and all current or former directors, officers, employees, agents, contractors, attorneys, accountants, representatives, subsidiaries, divisions, affiliates, predecessors-in-interest and successors-in-interest, and any other PERSON acting on its behalf, pursuant to its authority or subject to its control.

C.   "BRATZ" means any project, product, doll or DESIGN ever known by that name (whether in whole or in part and regardless of what such project, product or doll is or has been also, previously or subsequently called) and any product, doll or DESIGN or any portion thereof that is now or has ever been known as, or sold or marketed under, the name or term "Bratz" (whether in whole or in part and regardless of what such product, doll or DESIGN or portion thereof is or has been also, previously or subsequently called) or that is now or has ever been sold or marketed as part of the "Bratz" line, and each version or iteration of such product, doll or DESIGN or any portion thereof. As used herein, "product, doll or DESIGNS or any portion thereof" also includes without limitation any names, fashions, accessories, artwork, packaging or any other works, materials, matters or items included or associated therewith. Without limiting the generality of the foregoing, the term "BRATZ" does not and shall not require that there be a doll

07975/2278530.3

-2-
MATTEL'S FIRST SET OF DOCUMENT REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

EXHIBIT  3S
PAGE  037

1  existing at the time of the event, incident or occurrence that is the subject of, or
2  otherwise relevant or responsive to, the Requests herein.

3          D.      "DESIGN" or "DESIGNS" means any and all representations,
4  whether two-dimensional or three-dimensional, and whether in tangible, digital,
5  electronic or other form, including but not limited to all works, designs, artwork,
6  sketches, drawings, illustrations, representations, depictions, blueprints, schematics,
7  diagrams, images, sculptures, prototypes, models, samples, rotocasts, reductions to
8  practice, developments, inventions and/or improvements, as well as all other items,
9  things and DOCUMENTS in which any of the foregoing are or have been
10 expressed, embodied, contained, fixed or reflected in any manner, whether in whole
11 or in part.

12         E.      "BRATZ DOLL" means any doll that is or has ever been
13 distributed, marketed, sold or offered for sale under the name "BRATZ" or as part of
14 the "BRATZ" line.

15         F.      "BRATZ PRODUCT" means any product, whether two-
16 dimensional or three-dimensional, and whether in tangible, digital, electronic or
17 other form: (i) that is or has ever been distributed, marketed or sold under the name
18 "Bratz" or as part of the "Bratz" line; (ii) depicts, incorporates, embodies, consists of
19 or REFERS OR RELATES TO BRATZ; and/or (iii) that is or has ever been
20 distributed, marketed or sold in any packaging that includes the name "Bratz" or
21 depicts, incorporates, embodies, consists of or REFERS OR RELATES TO
22 BRATZ.

23         G.      "BRATZ LICENSE" means any license that REFERS OR
24 RELATES TO any BRATZ PRODUCT.

25         H.      "BRATZ MOVIE" means any motion picture or film that
26 depicts, incorporates, embodies, consists of or REFERS OR RELATES TO BRATZ
27 or any BRATZ work.

28

-3-
MATTEL'S FIRST SET OF DOCUMENT REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.
EXHIBIT 35
PAGE 638

1    I.    "BRATZ TELEVISION SHOW" means any production
2    exhibited on television that depicts, incorporates, embodies, consists of or REFERS
3    OR RELATES TO BRATZ or any BRATZ work.

4    J.    "SYSTEM" or "SYSTEMS" means any computer or network of
5    computers or other network devices that allow two or more computers to share
6    information and equipment, including but not limited to local area networks, wide
7    area networks, storage area networks, client-server networks or peer-to-peer
8    networks.  The use of the term "SYSTEM" or "SYSTEMS" also includes the brand,
9    model number, technical specifications, and capacities of the computers who are
10   part of each such SYSTEM.

11   K.    "DIGITAL INFORMATION" means any information created or
12   stored digitally, including but not limited to electronically, magnetically or optically.

13   L.    "MACHADO" means Carlos Gustavo Machado Gomez, and all
14   of his current or former employees, agents, representatives, attorneys, accountants,
15   vendors, consultants, independent contractors, predecessors-in-interest and
16   successors-in-interest, and any other PERSON acting on his behalf, pursuant to his
17   authority or subject to his control.

18   M.    "TRUEBA" means Mariana Trueba Almada, and all of her
19   current or former employees, agents, representatives, attorneys, accountants,
20   vendors, consultants, independent contractors, predecessors-in-interest and
21   successors-in-interest, and any other PERSON acting on her behalf, pursuant to her
22   authority or subject to her control.

23   N.    "VARGAS" means Pablo Vargas San Jose, and all of his current
24   or former employees, agents, representatives, attorneys, accountants, vendors,
25   consultants, independent contractors, predecessors-in-interest and successors-in-
26   interest, and any other PERSON acting on his behalf, pursuant to his authority or
27   subject to his control.

28

07975/2278530.3

-4-
MATTEL'S FIRST SET OF DOCUMENT REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

EXHIBIT 35
PAGE 639

1    O.    "FORMER MATTEL EMPLOYEES" means any former

2   MATTEL employee who left MATTEL to join YOU, including but not limited to

3   MACHADO, TRUEBA and VARGAS.

4    P.    "MATTEL DOCUMENTS" means all DOCUMENTS authored

5   by MATTEL or taken from MATTEL and in the possession of MGA or any

6   FORMER MATTEL EMPLOYEE, including but not limited to those documents

7   which have been identified as Bates Numbers M 0019162-M 0019365, M 0019375-

8   M 0019491, M 0019492-M 0019586, M 0030576, M 0019587-M 0022008, M

9   0022009-M 0026076, M 0026077-M 0029024, M 0029025-M 0029042, M

10  0029043-M 0029044, M 0029045-M 0029050, M 0029051-M 0029053, M

11  0031471-M 0031473, M 0029054-M 0029255, M 0031474-M 0031485, M

12  0029226-M 0030163, M 0030164-M 0030173, M 0030174-M 0030183, M0030261-

13  M 0030268, M 0030269-M 0030278, M 0030440-M 0030441, M 0030505-M

14  0030575, M 0030577-M 0030608, M 0019366-M 0019374, M 0030184-M

15  0030240, M 0030254-M 0030260, M 0030279-M 0030439, M 0030442-M

16  0030470, M 0030471-M 0030501, M 0030609, M 0030610-M 0030625, M

17  0030626-M 0030674, M 0030241-M 0030253, M 0030502-M 0030504, M

18  0030675-M 0030754, M 0030755-M 0030756, M 0030770-M 0030782, M

19  0030757-M 0030769, M 0030783-M 0030788, M 0030789-M 0030799, M

20  0030800-M 0030834, M 0030835, M 0030836-M 0030838, M 0030839-M

21  0030841, M 0030842-M 0030845, M 0030846-M 0030850, M 0030851- M

22  0030959, M 0030960-M 0030972, M 0030973-M 0031141, M 0031142-M

23  0031153, M 0031154-M 0031162, M 0031163-M 0031172, M 0031173, M

24  0031174-M 0031206, M 0031207-M 0031223, M 0031224-M 0031229, M

25  0031230-M 0031247, M 0031248-M 0031258, M 0031259-M 0031262, M

26  0031263-M 0031264, M 0031265, M 0031266, M 0031267, M 0031268, M

27  0031269, M 0031270-M 0031278, M 0031279-M 0031280, M 0031281-M

28  0031282, M 0031283-M 0031291, M 0031292-M 0031470, M 0032318, M

1  0031486-M 0031503, M 0031504-M 0031612, M 0031613-M 0031860, M
2  0031863-M 0031864, M 0031865-M 0031919, M 0031861-M 0031862, M
3  0031925-M 0032000, M 0031920-M 0031924, M 0032001-M 0032009, M
4  0032010-M 0032057, M 0032058, M 0032059-M 0032070, M 0032071-M
5  0032288, M 0032289, M 0032290-M 0032317, M 0059836-M 0059837, M
6  0075253-M 0075260, M 0075261-M 0075277, M 0075278-M 0075289, M
7  0075290-M 0075307, M 0075308-M 0075309, M 0075310-M 0075315, M
8  0075316-M 0075317, M 0075318-M 0075322, M 0075323-M 0075324, M
9  0075325, M 0075326-M 0075328, M 0075329-M 0075333, M 0075334-M
10  0075375, M 0075376-M 0075378, M 0075379-M 0075380, M 0075381-M
11  0075384, M 0075385, M 0075386-M 0075388, M 0075389, M 0075390, M
12  0075391, M 0075392-M 0075398, M 0075399-M 0075400, M 0075401-M
13  0075407, M 0075408, M 0075409-M 0075416, M 0075417-M 0075420, M
14  0075421, M 0075422-M 0075469, M 0075470-M 0075490, M 0075491-M
15  0075494, M 0075495-M 0075515, M 0075516-M 0075531, M 0075532-M
16  0075552, M 0075553-M 0075572, M 0075573, M 0075574-M 0075594, M
17  0075595-M 0075616, M 0075617, M 0075618-M 0075619, M 0075620-M
18  0075635, M 0075636-M 0075654, M 0075655-M 0075661, M 0075662-M
19  0075699, M 0075700-M 0075709, M 0075710-M 0075713, M 0075714-M
20  0075775, M 0075776-M 0075780, M 0075781-M 0075798, M 0075799-M
21  0075842, M 0075843-M 0075906, M 0075907-M 0075949, M 0075950-M
22  0076018, M 0076019, M 0076020-M 0076132, M 0076133-M 0076143, M
23  0076144-M 0076145, M 0076146-M 0076148, M 0076149-M 0076155, M
24  0076156-M 0076169, M 0076170-M 0076171, M 0076172-M 0076196, M
25  0076197-M 0076215, M 0076216-M 0076250, M 0076251-M 0076264, M
26  0076265-M 0076279, M 0076280, M 0076281-M 0076311, M 0076312-M
27  0076362, M 0076363-M 0076370, M 0076371, M 0076372-M 0076425, M
28  0076426-M 0076427, M 0076428-M 0076431, M 0076432- M 0076442, M

07975/2278530.3

-6-

MATTEL'S FIRST SET OF DOCUMENT REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

EXHIBIT 3 5
PAGE 6 4 1

1   0076443-M 0076446, M 0100646-M 0100653, M 0098687-M 0098688, M
2   0098689-M 0098697, M 0098698-M 0098723, M 0098724-M 0098771, M
3   0098772-M 0098832, M 0098833-M 0098846, M 0098847-M 0098865, M
4   0098866-M 0098879, M 0098880-M 0098883, M 0098884-M 0098933, M
5   0098934-M 0098936, M 0098937-M 0098971, M 0098972-M 0099436, M
6   0099437-M 0099439, M 0099440-M 0099448, M 0099449-M 0099461, M
7   0099462-M 0099471, M 0099472-M 0099476, M 0099477-M 0099493, M
8   0099494-M 0099529, M 0099530-M 0099594, M 0099595-M 0099597, M
9   0099598-M 0099601, M 0099602-M 0099618, M 0099619-M 0099628, M
10  0099629-M 0099656, M 0099657-M 0099665, M 0099666-M 0099725, M
11  0099726-M 0100622, M 0100623-M 0100645, M 0100646-M 0100653, M
12  0100654-M 0100695, M 0100696-M 0100698, M 0100699-M 0100700, M
13  0100701-M 0100735, M 0100736-M 0100741, M 0100742-M 0100774, M
14  0100775-M 0100778, M 0100779-M 0100780, M 0100781, M 0100782, M
15  0100783-M 0100789, M 0100790-M 0100795, M 0100796-M 0100858, M
16  0100859-M 0100868, M 0100869-M 0100878, M 0100879-M 0100891, M
17  0100892-M 0100905, M 0100906-M 0100918, M 0100919-M 0100932, M
18  0100933-M 0100941, M 0100942-M 0100952, M 0100953, M 0100954-M
19  0100955, M 0100956-M 0100983, M 0100984-M 0101013, M 0101014-M
20  0101064, M 0101065 and M 0101069-M 0101128.

21          Q.      "DOCUMENT" or "DOCUMENTS" means all "writings" and
22  "recordings" as those terms are defined in Rule 1001 of the Federal Rules of
23  Evidence and Rule 34 of the Federal Rules of Civil Procedure and shall include all
24  writings, including but not limited to handwriting, typewriting, printing, image,
25  photograph, photocopy, digital file of any kind, transmittal by (or as an attachment
26  to) electronic mail (including instant messages and text messages) or facsimile,
27  video and audio recordings, and every other means of recording upon any tangible
28  thing, any form of communication or representation, and any record thereby created,

1 | regardless of the manner in which the record has been stored, and all non-identical
2 | copies of such DOCUMENTS, in the possession, custody, or control of YOU,
3 | YOUR counsel, or any other PERSON acting on YOUR behalf.

4 |       R.     "COMMUNICATION," in the plural as well as the singular,
5 | means any transmittal and/or receipt of information, whether such was oral or
6 | written, and whether such was by chance, prearranged, formal or informal, and
7 | specifically includes, but is not limited to, conversations in person, telephone
8 | conversations, electronic mail (including instant messages and text messages),
9 | voicemail, letters, memoranda, statements, media releases, magazine and newspaper
10 | articles, and video and audio transmissions.

11 |       S.     "PERSON," in the plural as well as the singular, means any
12 | natural person, association, partnership, corporation, joint venture, government
13 | entity, organization, trust, institution, proprietorship, or any other entity recognized
14 | as having an existence under the laws in United States or any other nation.

15 |       T.     "ACTION" refers to *Mattel, Inc. v. Bryant*, Case No. CV 04-
16 | 9059 SGL (RNBx), filed by Mattel on April 27, 2004, and the cases consolidated
17 | therewith.

18 |       U.     "REFER OR RELATE TO" mean any and all of the following
19 | terms and their synonyms: refer to, discuss, constitute, evidence, pertain to,
20 | mention, support, contradict, negate, bear on, touch on, contain, embody, reflect,
21 | identify, state, deal with, concern, comment on, respond to, relevant to, or describe.

22 |       V.     "IDENTIFY" means the following:

23 |       (a)     with reference to an individual or individuals, means to
24 | state, fully and separately as to each, such individual's full name, any known
25 | business title, current or last known business affiliation, current or last known
26 | residential address, current or last known business address, current or last known
27 | relationship to MGA, and current or last known telephone number.

28 |

-8-

EXHIBIT 35
PAGE 643

1           (b)    with reference to an entity or entities, means to state, fully
2 and separately as to each, such entity's full name, state (or country) of incorporation
3 or organization, present or last known address, and present or last known telephone
4 number.

5           (c)    with reference to any other DOCUMENT or
6 DOCUMENTS, means to describe each DOCUMENT by Bates number. In the
7 event that a DOCUMENT does not have a Bates number, IDENTIFY means, with
8 respect to each such DOCUMENT, to provide a complete description of it such that
9 it may be the subject of a request for the production of documents, including by
10 stating the date, identity of the author, addressee(s), signatories, parties, or other
11 PERSONS identified therein, its present location or custodian and a description of
12 its contents.

13        W.    The singular form of a noun or pronoun includes within its
14 meaning the plural form of the noun or pronoun so used, and vice versa; the use of
15 the masculine form of a pronoun also includes within its meaning the feminine form
16 of the pronoun so used, and vice versa; the use of any tense of any verb includes
17 also within its meaning all other tenses of the verb so used, whenever such
18 construction results in a broader request for information; and "and" includes "or"
19 and vice versa, whenever such construction results in a broader disclosure of
20 documents or information.

21

22 **II.   INSTRUCTIONS**

23        A.    YOU are to produce all requested DOCUMENTS in YOUR
24 possession, custody or control.

25        B.    If YOU contend that YOU are not required to produce certain
26 DOCUMENTS called for by these Requests on the grounds of a privilege or
27 protection that YOU are not prepared to waive, identify each such DOCUMENT
28 and provide the following information:

-9-

1        1.     the date and type of the DOCUMENT, the author(s) and all

2              recipients;

3        2.     the privilege or protection that YOU claim permits YOU to

4              withhold the DOCUMENT;

5        3.     the title and subject matter of the DOCUMENT;

6        4.     any additional facts on which YOU base YOUR claim of

7              privilege or protection; and

8        5.     the identity of the current custodian of the original of the

9              DOCUMENT.

10      C.     DOCUMENTS shall be produced in their original file folders, or

11 in lieu thereof, any writing on the file folder from which each such DOCUMENT is

12 taken shall be copied and appended to such DOCUMENT and the PERSON for

13 whom or department, division or office for which the DOCUMENT or the file

14 folder is maintained shall be identified.

15      D.     The DOCUMENTS should be produced in their complete and

16 unaltered form. Attachments to DOCUMENTS should not be removed. The

17 DOCUMENTS should not be cut-up, pasted over, redacted or altered in any way for

18 any reason, including alleged nonrelevance. If emails are produced that had

19 attachments, the attachments shall be attached when produced.

20      E.     DOCUMENTS in electronic form shall be produced in that form.

21      F.     In the event that any DOCUMENT called for by these requests

22 has been destroyed or discarded, that DOCUMENT is to be identified by stating:

23        1.     the date and type of the DOCUMENT, the author(s) and all

24              recipients;

25        2.     the DOCUMENT's date, subject matter, number of pages, and

26              attachments or appendices;

27        3.     the date of destruction or discard, manner of destruction or

28              discard, and reason for destruction or discard;

-10-

MATTEL'S FIRST SET OF DOCUMENT REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

EXHIBIT 3C
PAGE 645

1        4.     the PERSONS who were authorized to carry out such destruction

2              or discard;

3        5.     the PERSONS who have knowledge of the content, origins,

4              distribution and destruction of the DOCUMENT; and

5        6.     whether any copies of the document exist and, if so, the name of

6              the custodian of each copy.

7

8 **III.**     **REQUESTS FOR DOCUMENTS AND THINGS**

9

10 REQUEST FOR PRODUCTION NO. 1:

11        A sample of each BRATZ PRODUCT including, without limitation,

12 each BRATZ DOLL, sold by YOU or YOUR licensees.

13

14 REQUEST FOR PRODUCTION NO. 2:

15        All DOCUMENTS or tangible things that any of the FORMER

16 MATTEL EMPLOYEES removed, sent or transferred from MATTEL or removed,

17 deleted, copied, reproduced or transferred from any MATTEL computer or

18 electronic storage device.

19

20 REQUEST FOR PRODUCTION NO. 3:

21        All DOCUMENTS which YOU contend were prepared by any

22 FORMER MATTEL EMPLOYEE for the benefit of YOU at any time prior to April

23 20, 2004.

24

25 REQUEST FOR PRODUCTION NO. 4:

26        All DOCUMENTS authored by a MATTEL employee or for

27 MATTEL's benefit.

28

07975/2278530.3

-11-

MATTEL'S FIRST SET OF DOCUMENT REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

**EXHIBIT** 3 5
**PAGE** 646

1   REQUEST FOR PRODUCTION NO. 5:

2          ALL DOCUMENTS that REFER or RELATE to ANY MATTEL

3   product, plan or business information.

4

5   REQUEST FOR PRODUCTION NO. 6:

6          Copies of all DOCUMENTS that were seized by Mexican authorities

7   from YOUR office or any facility of YOURS.

8

9   REQUEST FOR PRODUCTION NO. 7:

10          All DOCUMENTS that REFER OR RELATE TO the DOCUMENTS,

11   data and/or information that were seized by Mexican authorities from YOUR office

12   or any facility of YOURS.

13

14   REQUEST FOR PRODUCTION NO. 8:

15          All DOCUMENTS, including all COMMUNICATIONS, that REFER

16   OR RELATE TO the search of YOUR office or any facility of YOURS that was

17   conducted by Mexican authorities.

18

19   REQUEST FOR PRODUCTION NO. 9:

20          All DOCUMENTS that REFER OR RELATE TO the email account

21   <plot04@aol.com>, including but not limited to all emails and attachments sent

22   from, sent to, received by, transmitted by way of or through and/or stored in such

23   account in any manner.

24

25   REQUEST FOR PRODUCTION NO. 10:

26          All DOCUMENTS that REFER OR RELATE TO when the email

27   account <plot04@aol.com> was first registered, set up or established.

28

07975/2278530.3

-12-

MATTEL'S FIRST SET OF DOCUMENT REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

EXHIBIT 35

PAGE 647

1 | REQUEST FOR PRODUCTION NO. 11:

2 |      All DOCUMENTS that IDENTIFY each PERSON who registered, set

3 | up, established or used the email account <plot04@aol.com>.

4

5 | REQUEST FOR PRODUCTION NO. 12:

6 |      All DOCUMENTS that REFER OR RELATE TO the email account

7 | <argentrade@aol.com>, including but not limited to all emails and attachments sent

8 | from, sent to, received by, transmitted by way of or through and/or stored in such

9 | account in any manner.

10

11 | REQUEST FOR PRODUCTION NO. 13:

12 |      All DOCUMENTS given, sent or transmitted from or shared by YOU

13 | to any FORMER MATTEL EMPLOYEE prior to April 20, 2004.

14

15 | REQUEST FOR PRODUCTION NO. 14:

16 |      All DOCUMENTS given, sent or transmitted to or shared with YOU

17 | from or by, whether directly or indirectly, any of the FORMER MATTEL

18 | EMPLOYEES prior to April 20, 2004.

19

20 | REQUEST FOR PRODUCTION NO. 15:

21 |      All COMMUNICATIONS between YOU and any of the FORMER

22 | MATTEL EMPLOYEES prior to April 20, 2004.

23

24 | REQUEST FOR PRODUCTION NO. 16:

25 |      All COMMUNICATIONS between YOU and any of the FORMER

26 | MATTEL EMPLOYEES that REFER OR RELATE TO their employment or

27 | potential employment with YOU.

28

07975/2278530.3

-13-
MATTEL'S FIRST SET OF DOCUMENT REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

EXHIBIT 35
PAGE 648

1 | REQUEST FOR PRODUCTION NO. 17:

2 | All DOCUMENTS, including but not limited to COMMUNICATIONS

3 that REFER OR RELATE TO agreements between YOU and any of the FORMER

4 MATTEL EMPLOYEES that REFER OR RELATE TO their employment or

5 potential employment with YOU, including all drafts of such agreements.

6

7 | REQUEST FOR PRODUCTION NO. 18:

8 | All DOCUMENTS that REFER OR RELATE TO the "analysis"

9 prepared by MACHADO, TRUEBA and/or VARGAS and provided to MGA and or

10 MGAE DE MEXICO, including but not limited to the "analysis" itself.

11

12 | REQUEST FOR PRODUCTION NO. 19:

13 | All DOCUMENTS that REFER OR RELATE TO MACHADO's

14 transfer to the MGA office in Van Nuys, California.

15

16 | REQUEST FOR PRODUCTION NO. 20:

17 | All DOCUMENTS that REFER OR RELATE TO travel to Los

18 Angeles, California by any of the FORMER MATTEL EMPLOYEES between

19 January 1, 2004 and April 20, 2004.

20

21 | REQUEST FOR PRODUCTION NO. 21:

22 | All DOCUMENTS that REFER OR RELATE to any

23 COMMUNICATIONS between YOU and any of the FORMER MATTEL

24 EMPLOYEES prior to April 20, 2004, including without limitation all telephone

25 records, logs, notes, calendars, planners, diaries, letters and other DOCUMENTS

26 relating thereto.

27

28

07975/2278530.3

-14-
MATTEL'S FIRST SET OF DOCUMENT REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

EXHIBIT 3 S
PAGE 649

1 | REQUEST FOR PRODUCTION NO. 22:

2 |     All DOCUMENTS that REFER OR RELATE to any

3 | COMMUNICATIONS between YOU and any of the FORMER MATTEL

4 | EMPLOYEES that REFER OR RELATE TO MATTEL.

5

6 | REQUEST FOR PRODUCTION NO. 23:

7 |     ALL DOCUMENTS that REFER or RELATE to any of the FORMER

8 | MATTEL EMPLOYEES' employment with MATTEL including, without limitation,

9 | any agreement between YOU and MATTEL.

10

11 | REQUEST FOR PRODUCTION NO. 24:

12 |     All DOCUMENTS, including but not limited to all

13 | COMMUNICATIONS with any PERSON, that REFER OR RELATE TO any of

14 | the FORMER MATTEL EMPLOYEES prior to April 20, 2004.

15

16 | REQUEST FOR PRODUCTION NO. 25:

17 |     COMMUNICATIONS between YOU and any individual while that

18 | individual was still employed by MATTEL and all DOCUMENTS that REFER OR

19 | RELATE thereto.

20

21 | REQUEST FOR PRODUCTION NO. 26:

22 |     All DOCUMENTS that REFER OR RELATE to any

23 | COMMUNICATIONS between Susana Kuemmerle and any of the FORMER

24 | MATTEL EMPLOYEES prior to April 20, 2004, including without limitation all

25 | telephone records, logs, notes, calendars, planners, diaries, letters and other

26 | DOCUMENTS relating thereto.

27

28

07975/2278530.3

-15-

MATTEL'S F̶I̶R̶S̶T̶ ̶S̶E̶T̶ ̶O̶F̶ ̶D̶O̶C̶U̶M̶E̶N̶T̶ REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

**EXHIBIT** 35

**PAGE** 650

1  REQUEST FOR PRODUCTION NO. 27:

2        All DOCUMENTS that REFER OR RELATE to any

3  COMMUNICATION between any of the FORMER MATTEL EMPLOYEES and

4  any of YOUR representatives or employees including, without limitation, Isaac

5  Larian, prior to April 20, 2004, including without limitation all telephone records,

6  logs, notes, calendars, planners, diaries, letters and other DOCUMENTS relating

7  thereto.

8

9  REQUEST FOR PRODUCTION NO. 28:

10        All DOCUMENTS that REFER OR RELATE to meetings between

11  YOU and any of the FORMER MATTEL EMPLOYEES prior to April 20, 2004,

12  including without limitation notes or records that REFER OR RELATE to any such

13  meetings.

14

15  REQUEST FOR PRODUCTION NO. 29:

16        All DOCUMENTS that REFER OR RELATE to meetings between

17  Susana Kuemmerle and any of the FORMER MATTEL EMPLOYEES prior to

18  April 20, 2004, including without limitation notes or records that REFER OR

19  RELATE to any such meetings.

20

21  REQUEST FOR PRODUCTION NO. 30:

22        All DOCUMENTS that REFER OR RELATE to meetings between

23  Isaac Larian and any of the FORMER MATTEL EMPLOYEES prior to April 20,

24  2004, including without limitation notes or records that REFER OR RELATE to any

25  such meetings.

26

27

28

07975/2278530.3

-16-

MATTEL'S FIRST S⎯⎯ ⎯⎯ ⎯⎯⎯⎯ ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯'S TO MGAE DE MEXICO, S.R.L. DE C.V.

EXHIBIT 3 S

PAGE 6 S 1

1 | REQUEST FOR PRODUCTION NO. 31:

2 |      All DOCUMENTS, including but not limited to all

3 | COMMUNICATIONS with any PERSON, that REFER OR RELATE TO any of

4 | the FORMER MATTEL EMPLOYEES' resignations or departures from MATTEL.

5 |

6 | REQUEST FOR PRODUCTION NO. 32:

7 |      All DOCUMENTS, including but not limited to all

8 | COMMUNICATIONS with any PERSON, that REFER OR RELATE TO

9 | compensation, money or any other item of value paid to any of the FORMER

10 | MATTEL EMPLOYEES, promised to any FORMER MATTEL EMPLOYEE on

11 | anyone acting on their behalf, whether directly or indirectly, by YOU.

12 |

13 | REQUEST FOR PRODUCTION NO. 33:

14 |      All DOCUMENTS, including but not limited to all

15 | COMMUNICATIONS with any PERSON, that REFER OR RELATE TO

16 | compensation, money or any other item of value paid to any of the FORMER

17 | MATTEL EMPLOYEES, promised to any FORMER MATTEL EMPLOYEE on

18 | anyone acting on their behalf, whether directly or indirectly, by LARIAN.

19 |

20 | REQUEST FOR PRODUCTION NO. 34:

21 |      All DOCUMENTS, including but not limited to all

22 | COMMUNICATIONS with any PERSON, that REFER OR RELATE TO

23 | compensation, money or any other item of value paid to any of the FORMER

24 | MATTEL EMPLOYEES, promised to any FORMER MATTEL EMPLOYEE on

25 | anyone acting on their behalf, whether directly or indirectly, by Thomas Park.

26 |

27 | REQUEST FOR PRODUCTION NO. 35: '

28 |      YOUR phone records from January 1, 2002 through the present.

1

2 REQUEST FOR PRODUCTION NO. 36:

3          All DOCUMENTS received by, shared with or disclosed to YOU,

4 directly or indirectly, from any FORMER MATTEL EMPLOYEE authored by or

5 for the benefit of MATTEL, or that REFER OR RELATE TO MATTEL, or any

6 MATTEL product, plan, client, customer, current or former MATTEL employee,

7 sales, advertising, marketing, analysis, tool or procedure.

8

9 REQUEST FOR PRODUCTION NO. 37:

10          To the extent not produced in response to any other Request for

11 Production, all DOCUMENTS received by, shared with or disclosed to YOU,

12 directly or indirectly, at any time after January 1, 1998 from any current or former

13 MATTEL employee or MATTEL contractor that was authored by or for the benefit

14 of MATTEL, or that REFER OR RELATE TO MATTEL, or any MATTEL

15 product, plan, client, customer, current or former MATTEL employee, sales,

16 advertising, marketing, analysis, tool or procedure.

17

18 REQUEST FOR PRODUCTION NO. 38:

19          All DOCUMENTS, including but not limited to all

20 COMMUNICATIONS with any PERSON, that REFER OR RELATE TO YOUR

21 receipt, reproduction, copying, storage, transmission, transfer, retention, destruction,

22 deletion or use of any DOCUMENTS, data and/or information, including but not

23 limited to any compilation of information, that was prepared, made, created,

24 generated, assembled or compiled by or for MATTEL and that YOU received,

25 directly or indirectly, from any FORMER MATTEL EMPLOYEE.

26

27

28

-18-

EXHIBIT 35

PAGE 653

1  REQUEST FOR PRODUCTION NO. 39:

2        To the extent not produced in response to any other Request for

3  Production, all DOCUMENTS, including but not limited to all

4  COMMUNICATIONS with any PERSON, that REFER OR RELATE TO YOUR

5  receipt, reproduction, copying, storage, transmission, transfer, retention, destruction,

6  deletion or use of any DOCUMENTS, data and/or information, including but not

7  limited to any compilation of information, that was prepared, made, created,

8  generated, assembled or compiled by or for MATTEL and that YOU received,

9  directly or indirectly, at any time after January 1, 1998 from any current or former

10  MATTEL employee or MATTEL contractor.

11

12  REQUEST FOR PRODUCTION NO. 40:

13        ALL DOCUMENTS that REFER or RELATE to efforts to destroy,

14  disable or otherwise interfere with the ability to access any MATTEL computer or

15  electronic storage device.

16

17  REQUEST FOR PRODUCTION NO. 41:

18        A copy of each personnel file that REFERS OR RELATES TO any of

19  the FORMER MATTEL EMPLOYEES.

20

21  REQUEST FOR PRODUCTION NO. 42:

22        All DOCUMENTS that REFER OR RELATE TO any of the FORMER

23  MATTEL EMPLOYEES' job titles and job duties in each position the FORMER

24  MATTEL EMPLOYEES held while employed by YOU.

25

26  REQUEST FOR PRODUCTION NO. 43:

27        All DOCUMENTS, including but not limited to all

28  COMMUNICATIONS, that REFER OR RELATE TO YOUR market planning or

07975/2278530.3

-19-

MATTEL'S FIRST SET OF DOCUMENT REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

EXHIBIT 3 S
PAGE 654

1 || product development prepared, created, sent or transmitted, whether in whole or in
2 || part, by MACHADO at any time prior to April 30, 2005.

3

4 || REQUEST FOR PRODUCTION NO. 44:

5 ||       All DOCUMENTS, including but not limited to all
6 || COMMUNICATIONS, that REFER OR RELATE TO YOUR market planning or
7 || product development prepared, created, sent or transmitted, whether in whole or in
8 || part, by TRUEBA at any time prior to April 30, 2005.

9

10 || REQUEST FOR PRODUCTION NO. 45:

11 ||       All DOCUMENTS, including but not limited to all
12 || COMMUNICATIONS, that REFER OR RELATE TO YOUR promotional
13 || spending and activities prepared, created, sent or transmitted, whether in whole or in
14 || part, by VARGAS at any time prior to April 30, 2005.

15

16 || REQUEST FOR PRODUCTION NO. 46:

17 ||       All DOCUMENTS that REFER OR RELATE TO any promotions,
18 || bonuses, monetary incentives, payments, increases in benefits or pay, awards,
19 || transfers, warnings, admonishments, discipline, reprimands, demotions or
20 || terminations of or received by any of the FORMER MATTEL EMPLOYEES while
21 || employed by YOU, including without limitation all DOCUMENTS that REFER OR
22 || RELATE TO the reasons therefor.

23

24 || REQUEST FOR PRODUCTION NO. 47:

25 ||       DOCUMENTS sufficient to show all efforts that YOU take to maintain
26 || the secrecy of YOUR trade secrets, and the date YOU started such efforts, including
27 || but not limited to all policies and procedures related thereto.

28

-20-

1  **REQUEST FOR PRODUCTION NO. 48:**

2  All DOCUMENTS that REFER OR RELATE TO any failures to

3  comply with YOUR efforts or violation of YOUR policies or procedure to maintain

4  the secrecy of YOUR trade secrets.

5

6  **REQUEST FOR PRODUCTION NO. 49:**

7  DOCUMENTS sufficient to IDENTIFY who failed to comply with

8  YOUR efforts or violated YOUR policies and procedures to maintain the secrecy of

9  YOUR trade secrets.

10

11  **REQUEST FOR PRODUCTION NO. 50:**

12  All DOCUMENTS that REFER OR RELATE TO any warning,

13  admonition, discipline or any other adverse employment action that YOU have

14  taken toward any of YOUR current or former employees for using a competitor's

15  confidential or proprietary information, trade secrets or intellectual property.

16

17  **REQUEST FOR PRODUCTION NO. 51:**

18  All DOCUMENTS that REFER OR RELATE TO the destruction, loss,

19  failure to preserve, or otherwise render unavailable or inaccessible any MATTEL

20  DOCUMENTS.

21

22  **REQUEST FOR PRODUCTION NO. 52:**

23  All DOCUMENTS that REFER OR RELATE TO the destruction, loss,

24  failure to preserve, or otherwise render unavailable or inaccessible any MATTEL

25  computer or electronic storage device.

26

27

28

07975/2278530.3

-21-

MATTEL'S FIRST ~~~ ~~ ~~~~~~~~ ~~~~~~STS TO MGAE DE MEXICO, S.R.L. DE C.V.

EXHIBIT 3 5

PAGE 656

1  REQUEST FOR PRODUCTION NO. 53:

2          The original of any media or device on which any MATTEL

3  DOCUMENT was provided, delivered, disclosed or shared with YOU.

4

5  REQUEST FOR PRODUCTION NO. 54:

6          The original of any MATTEL DOCUMENT provided, delivered,

7  disclosed or shared with YOU.

8

9  REQUEST FOR PRODUCTION NO. 55:

10          All DOCUMENTS that YOU contend prove or that YOU will rely on

11  in this ACTION to prove that YOU did not use or disclose any MATTEL

12  DOCUMENT or any information contained in any MATTEL DOCUMENT.

13

14  REQUEST FOR PRODUCTION NO. 56:

15          All DOCUMENTS that YOU contend prove or that YOU will rely on

16  in this ACTION to prove that MATTEL agreed or consented to or acquiesced in

17  YOUR taking, use or possession of any MATTEL DOCUMENT.

18

19  REQUEST FOR PRODUCTION NO. 57:

20          All DOCUMENTS that YOU contend prove or that YOU will rely on

21  in this ACTION to prove that YOU did not acquire any MATTEL DOCUMENT

22  through improper means.

23

24  REQUEST FOR PRODUCTION NO. 58:

25          All DOCUMENTS that YOU contend prove or that YOU will rely on

26  in this ACTION to prove that the information in the MATTEL DOCUMENTS does

27  not derive independent economic value from not being generally known to the

28  public or other persons who can obtain economic value from its use.

MATTEL'S FIR~          EXHIBIT  3 5          'ESTS TO MGAE DE MEXICO, S.R.L. DE C.V.
                       PAGE  ͡0 5 7

1 REQUEST FOR PRODUCTION NO. 59:

2 DOCUMENTS sufficient to IDENTIFY any MATTEL DOCUMENT

3 in YOUR possession, custody or control that YOU contend contains information

4 generally known to the public.

5

6 REQUEST FOR PRODUCTION NO. 60:

7 DOCUMENTS sufficient to IDENTIFY any MATTEL DOCUMENT

8 in YOUR possession, custody or control that YOU contend does not contain

9 information from which PERSONS can obtain economic value from its disclosure

10 and use.

11

12 REQUEST FOR PRODUCTION NO. 61:

13 All DOCUMENTS that YOU contend prove or that YOU will rely on

14 in this ACTION to prove that MATTEL did not take reasonable efforts under the

15 circumstances to maintain the secrecy of the information in the MATTEL

16 DOCUMENTS.

17

18 REQUEST FOR PRODUCTION NO. 62:

19 All DOCUMENTS that REFER OR RELATE TO YOUR access to any

20 information in the MATTEL DOCUMENTS.

21

22 REQUEST FOR PRODUCTION NO. 63:

23 All DOCUMENTS that REFER OR RELATE TO YOUR use or

24 disclosure of any information in the MATTEL DOCUMENTS.

25

26 REQUEST FOR PRODUCTION NO. 64:

27 All DOCUMENTS that REFER OR RELATE TO YOUR non-use or

28 non-disclosure of any information in the MATTEL DOCUMENTS.

07975/2278530.3
-23-
MATTEL'S F̶ ̶ ̶ ̶ ̶ ̶ ̶ ̶ ̶ ̶ ̶ ̶ ̶ ̶QUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

EXHIBIT 3 5
PAGE 658

1  REQUEST FOR PRODUCTION NO. 65:

2          All DOCUMENTS created, authored, modified or copied by YOU or

3  for YOUR benefit that contain any portion of information contained in any

4  MATTEL DOCUMENT.

5

6  REQUEST FOR PRODUCTION NO. 66:

7          DOCUMENTS sufficient to IDENTIFY the date of creation,

8  modification, access or transmission of any DOCUMENT created, authored,

9  modified or copied by YOU or for YOUR benefit that contains any portion of

10  information contained in any MATTEL DOCUMENT.

11

12  REQUEST FOR PRODUCTION NO. 67:

13          DOCUMENTS sufficient to IDENTIFY each PERSON who created,

14  accessed, modified, used, copied or transmitted any DOCUMENT created, authored,

15  modified or copied by YOU or for YOUR benefit that contains any portion of

16  information contained in any MATTEL DOCUMENT.

17

18  REQUEST FOR PRODUCTION NO. 68:

19          DOCUMENTS sufficient to IDENTIFY the date of creation,

20  modification, access or transmission of any DOCUMENTS that REFER OR

21  RELATE TO YOUR access to any information in the MATTEL DOCUMENTS.

22

23  REQUEST FOR PRODUCTION NO. 69:

24          DOCUMENTS sufficient to IDENTIFY each PERSON who created,

25  accessed, modified, used, copied or transmitted any DOCUMENTS that REFER OR

26  RELATE TO YOUR access to any information in the MATTEL DOCUMENTS.

27

28

1    REQUEST FOR PRODUCTION NO. 70:

2            All DOCUMENTS that YOU contend prove or that YOU will rely on

3    in this ACTION to prove that MATTEL suffered no harm caused by YOUR use

4    and/or disclosure of any information in the MATTEL DOCUMENTS.

5

6    REQUEST FOR PRODUCTION NO. 71:

7            All DOCUMENTS that YOU contend prove or that YOU will rely on

8    in this ACTION to prove that YOU obtained no benefit from YOUR use and/or

9    disclosure of any information in the MATTEL DOCUMENTS.

10

11   REQUEST FOR PRODUCTION NO. 72:

12           All DOCUMENTS that REFER OR RELATE TO YOUR product or

13   product line offerings, or contemplated or proposed product or product line

14   offerings, for calendar year 2004, including without limitation YOUR product line

15   lists for such time period and all DOCUMENTS that REFER OR RELATE TO

16   changes or amendments or contemplated or proposed changes or amendments

17   thereto.

18

19   REQUEST FOR PRODUCTION NO. 73:

20           All DOCUMENTS that REFER OR RELATE TO YOUR product or

21   product line offerings, or contemplated or proposed product or product line

22   offerings, for calendar year 2005, including without limitation YOUR product line

23   lists for such time period and all DOCUMENTS that REFER OR RELATE TO

24   changes or amendments or contemplated or proposed changes or amendments

25   thereto.

26

27

28

07975/2278530.3

-25-

MATTEL'S FIRST SE~        ~ TO MGAE DE MEXICO, S.R.L. DE C.V.

**EXHIBIT** 3 5

**PAGE** 6 6 0

1 | REQUEST FOR PRODUCTION NO. 74:

2            All DOCUMENTS that REFER OR RELATE TO YOUR product or
3 | product line offerings, or contemplated or proposed product or product line
4 | offerings, for calendar year 2006, including without limitation YOUR product line
5 | lists for such time period and all DOCUMENTS that REFER OR RELATE TO
6 | changes or amendments or contemplated or proposed changes or amendments
7 | thereto.

8

9 | REQUEST FOR PRODUCTION NO. 75:

10           All DOCUMENTS that REFER OR RELATE TO YOUR product or
11 | product line offerings, or contemplated or proposed product or product line
12 | offerings, for calendar year 2007, including without limitation YOUR product line
13 | lists for such time period and all DOCUMENTS that REFER OR RELATE TO
14 | changes or amendments or contemplated or proposed changes or amendments
15 | thereto.

16

17 | REQUEST FOR PRODUCTION NO. 76:

18           All DOCUMENTS that REFER OR RELATE TO YOUR corporate
19 | structure since January 1, 1999, including without limitation YOUR relationship
20 | with MGA Entertainment, Inc. and the IDENTITY of YOUR officers, directors,
21 | shareholders and employees since January 1, 1999.

22

23 | REQUEST FOR PRODUCTION NO. 77:

24           To the extent not covered by other Requests, all DOCUMENTS,
25 | including without limitation all COMMUNICATIONS between YOU and any
26 | PERSON, that REFER OR RELATE TO any agreement or contract between
27 | MATTEL, on the one hand, and any former employee of MATTEL who has been

28

EXHIBIT 3 5
PAGE 661

1  hired, considered, solicited or interviewed for any position or potential position or
2  employment by YOU .

3

4  REQUEST FOR PRODUCTION NO. 78:

5  All DOCUMENTS that REFER OR RELATE TO any effort by YOU
6  to recruit employees or contractors who have been or are employed by or who have
7  worked for MATTEL since January 1, 1999, including but not limited to
8  advertising, media releases, brochures, articles, catalogs, handbooks, and public
9  relations material.

10

11  REQUEST FOR PRODUCTION NO. 79:

12  DOCUMENTS sufficient to IDENTIFY every PERSON who has
13  entered into a BRATZ LICENSE with YOU or anyone acting on YOUR behalf.

14

15  REQUEST FOR PRODUCTION NO. 80:

16  DOCUMENTS sufficient to IDENTIFY by product name, product
17  number and SKU each BRATZ PRODUCT including, without limitation, each
18  BRATZ DOLL, sold by YOU or YOUR licensees.

19

20  REQUEST FOR PRODUCTION NO. 81:

21  DOCUMENTS sufficient to show the number of units of each BRATZ
22  DOLL sold by YOU or YOUR licensees.

23

24  REQUEST FOR PRODUCTION NO. 82:

25  DOCUMENTS sufficient to show the revenue received by YOU from
26  the sale of each BRATZ DOLL sold by YOU or YOUR licensees.

27

28

07975/2278530.3

-27-

MATTEL'S F̲~ ~~~ ~~ ~~~~~ ~~ ~QUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

EXHIBIT 35

PAGE 662

1  REQUEST FOR PRODUCTION NO. 83:

2          DOCUMENTS sufficient to show YOUR cost of goods sold, unit cost

3  and other costs for each BRATZ DOLL sold by YOU or YOUR licensees.

4

5  REQUEST FOR PRODUCTION NO. 84:

6          All DOCUMENTS that evidence, reflect or REFER OR RELATE TO

7  YOUR profits from the sale of each BRATZ DOLL sold by YOU or YOUR

8  licensees.

9

10  REQUEST FOR PRODUCTION NO. 85:

11          For each customer to whom YOU or YOUR licensees have ever sold

12  any BRATZ DOLL, DOCUMENTS sufficient to show the number of units of each

13  such BRATZ DOLL sold by YOU or YOUR licensees to that customer.

14

15  REQUEST FOR PRODUCTION NO. 86:

16          For each customer to whom YOU or YOUR licensees have ever sold

17  any BRATZ DOLL, DOCUMENTS sufficient to show the revenue received by

18  YOU from each such BRATZ DOLL sold by YOU or YOUR licensees to that

19  customer.

20

21  REQUEST FOR PRODUCTION NO. 87:

22          For each customer to whom YOU or YOUR licensees have ever sold

23  any BRATZ DOLL, DOCUMENTS sufficient to show YOUR profits from each

24  such BRATZ DOLL sold by YOU or YOUR licensees to that customer.

25

26  REQUEST FOR PRODUCTION NO. 88:

27          DOCUMENTS sufficient to show customer returns to YOU of BRATZ

28  DOLLS sold or distributed by YOU or YOUR licensees.

1 | **REQUEST FOR PRODUCTION NO. 89:**

2 | DOCUMENTS sufficient to show customer rebates or credits given by
3 | YOU or YOUR licensees to customers in connection with BRATZ DOLLS.

4

5 | **REQUEST FOR PRODUCTION NO. 90:**

6 | DOCUMENTS sufficient to show, by product number or SKU, the
7 | number of units of each BRATZ DOLL sold by YOU or YOUR licensees.

8

9 | **REQUEST FOR PRODUCTION NO. 91:**

10 | DOCUMENTS sufficient to show, by product number or SKU, the
11 | revenue received by YOU from the sale of each BRATZ DOLL sold by YOU or
12 | YOUR licensees.

13

14 | **REQUEST FOR PRODUCTION NO. 92:**

15 | DOCUMENTS sufficient to show, by product number or SKU, YOUR
16 | cost of goods sold, unit cost and other costs for each BRATZ DOLL sold by YOU
17 | or YOUR licensees.

18

19 | **REQUEST FOR PRODUCTION NO. 93:**

20 | All DOCUMENTS that evidence, reflect or REFER OR RELATE TO
21 | YOUR profits, by product number or SKU, from the sale of each BRATZ DOLL
22 | sold by YOU or YOUR licensees.

23

24 | **REQUEST FOR PRODUCTION NO. 94:**

25 | For each customer to whom YOU or YOUR licensees have ever sold
26 | any BRATZ DOLL, DOCUMENTS sufficient to show, by product number or SKU,
27 | the number of units of each such BRATZ DOLL sold by YOU or YOUR licensees
28 | to that customer.

-29-

07975/2278530.3

MATTEL'S FIRST SET OF DOCUMENT REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

EXHIBIT 3 5
PAGE 664

1 REQUEST FOR PRODUCTION NO. 95:

2          For each customer to whom YOU or YOUR licensees have ever sold
3 any BRATZ DOLL, DOCUMENTS sufficient to show, by product number or SKU,
4 the revenue received by YOU from each such BRATZ DOLL sold by YOU or
5 YOUR licensees to that customer.

6

7 REQUEST FOR PRODUCTION NO. 96:

8          For each customer to whom YOU or YOUR licensees have ever sold
9 any BRATZ DOLL, DOCUMENTS sufficient to show, by product number or SKU,
10 YOUR profits from each such BRATZ DOLL sold by YOU or YOUR licensees to
11 that customer.

12

13 REQUEST FOR PRODUCTION NO. 97:

14          DOCUMENTS sufficient to show the revenue and profits derived by
15 YOU from the sale by YOU or YOUR licensees of BRATZ DOLLS including,
16 without limitation, DOCUMENTS sufficient to show sales revenue, costs of goods
17 sold, variable costs, gross margins, royalties paid and received, gross profits and net
18 profits.

19

20 REQUEST FOR PRODUCTION NO. 98:

21          DOCUMENTS sufficient to show the number of units of each BRATZ
22 PRODUCT sold by YOU or YOUR licensees.

23

24 REQUEST FOR PRODUCTION NO. 99:

25          DOCUMENTS sufficient to show the revenue received by YOU from
26 the sale of each BRATZ PRODUCT sold by YOU or YOUR licensees.

27

28

1 REQUEST FOR PRODUCTION NO. 100:

2         DOCUMENTS sufficient to show YOUR cost of goods sold, unit cost

3 and other costs for each BRATZ PRODUCT sold by YOU or YOUR licensees.

4

5 REQUEST FOR PRODUCTION NO. 101:

6         All DOCUMENTS that evidence, reflect or REFER OR RELATE TO

7 YOUR profits from the sale of each BRATZ PRODUCT sold by YOU or YOUR

8 licensees.

9

10 REQUEST FOR PRODUCTION NO. 102:

11         DOCUMENTS sufficient to IDENTIFY all customers to whom YOU

12 or YOUR licensees have ever sold any BRATZ PRODUCT.

13

14 REQUEST FOR PRODUCTION NO. 103:

15         For each customer to whom YOU or YOUR licensees have ever sold

16 any BRATZ PRODUCT, DOCUMENTS sufficient to show the number of units of

17 each such BRATZ PRODUCT sold by YOU or YOUR licensees to that customer.

18

19 REQUEST FOR PRODUCTION NO. 104:

20         For each customer to whom YOU or YOUR licensees have ever sold

21 any BRATZ PRODUCT, DOCUMENTS sufficient to show the revenue received by

22 YOU from each such BRATZ PRODUCT sold by YOU or YOUR licensees to that

23 customer.

24

25 REQUEST FOR PRODUCTION NO. 105:

26         For each customer to whom YOU or YOUR licensees have ever sold

27 any BRATZ PRODUCT, DOCUMENTS sufficient to show YOUR profits from

28 each such BRATZ PRODUCT sold by YOU or YOUR licensees to that customer.

-31-

1  REQUEST FOR PRODUCTION NO. 106:

2          DOCUMENTS sufficient to show customer returns to YOU of BRATZ

3  PRODUCTS sold or distributed by YOU or YOUR licensees.

4

5  REQUEST FOR PRODUCTION NO. 107:

6          DOCUMENTS sufficient to show customer rebates and credits given

7  by YOU or YOUR licensees to customers in connection with BRATZ PRODUCTS.

8

9  REQUEST FOR PRODUCTION NO. 108:

10          DOCUMENTS sufficient to show, by product number or SKU, the

11  number of units of each BRATZ PRODUCT sold by YOU or YOUR licensees.

12

13  REQUEST FOR PRODUCTION NO. 109:

14          DOCUMENTS sufficient to show, by product number or SKU, the

15  revenue received by YOU from the sale of each BRATZ PRODUCT sold by YOU

16  or YOUR licensees.

17

18  REQUEST FOR PRODUCTION NO. 110:

19          DOCUMENTS sufficient to show, by product number or SKU, YOUR

20  cost of goods sold, unit cost and other costs for each BRATZ PRODUCT sold by

21  YOU or YOUR licensees.

22

23  REQUEST FOR PRODUCTION NO. 111:

24          All DOCUMENTS that evidence, reflect or REFER OR RELATE TO

25  YOUR profits, by product number or SKU, from the sale of each BRATZ

26  PRODUCT sold by YOU or YOUR licensees.

27

28

-32-
MATTEL'S FIRST SET OF DOCUMENT REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

EXHIBIT 35
PAGE 667

1 | REQUEST FOR PRODUCTION NO. 112:

2 |     For each customer to whom YOU or YOUR licensees have ever sold
3 | any BRATZ PRODUCT, DOCUMENTS sufficient to show, by product number or
4 | SKU, the number of units of each such BRATZ PRODUCT sold by YOU or YOUR
5 | licensees to that customer.

6

7 | REQUEST FOR PRODUCTION NO. 113:

8 |     For each customer to whom YOU or YOUR licensees have ever sold
9 | any BRATZ PRODUCT, DOCUMENTS sufficient to show, by product number or
10 | SKU, the revenue received by YOU from each such BRATZ PRODUCT sold by
11 | YOU or YOUR licensees to that customer.

12

13 | REQUEST FOR PRODUCTION NO. 114:

14 |     DOCUMENTS sufficient to show the revenue and profits derived by
15 | YOU from the sale by YOU or YOUR licensees of BRATZ PRODUCTS including,
16 | without limitation, DOCUMENTS sufficient to show sales revenue, costs of goods
17 | sold, variable costs, gross margins, royalties paid and received, gross profits and net
18 | profits.

19

20 | REQUEST FOR PRODUCTION NO. 115:

21 |     DOCUMENTS sufficient to show the revenue and profits derived by
22 | YOU from BRATZ MOVIES including, without limitation, DOCUMENTS
23 | sufficient to show sales revenue, costs of goods sold, variable costs, gross margins,
24 | royalties paid and received, gross profits and net profits.

25

26 | REQUEST FOR PRODUCTION NO. 116:

27 |     DOCUMENTS sufficient to show the revenue and profits derived by
28 | YOU from BRATZ TELEVISION SHOWS including, without limitation,

CUMENT REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

1  DOCUMENTS sufficient to show sales revenue, costs of goods sold, variable costs,

2  gross margins, royalties paid and received, gross profits and net profits.

3

4  REQUEST FOR PRODUCTION NO. 117:

5          All DOCUMENTS that describe YOUR cost allocation procedures.

6

7  REQUEST FOR PRODUCTION NO. 118:

8          YOUR general ledgers from January 1, 2002 through the present.

9

10  REQUEST FOR PRODUCTION NO. 119:

11          All quarterly and annual profit and loss statements for BRATZ.

12

13  REQUEST FOR PRODUCTION NO. 120:

14          All sales, profit and cash flow projections or forecasts for BRATZ

15  DOLLS, BRATZ PRODUCTS, BRATZ MOVIES and BRATZ TELEVISION

16  SHOWS.

17

18  REQUEST FOR PRODUCTION NO. 121:

19          All tax returns filed by YOU, including all schedules and work papers

20  that REFER OR RELATE TO the preparation and filing of YOUR tax returns.

21

22  REQUEST FOR PRODUCTION NO. 122:

23          All DOCUMENTS that REFER OR RELATE TO the value of the

24  BRATZ brand.

25

26  REQUEST FOR PRODUCTION NO. 123:

27          DOCUMENTS sufficient to calculate YOUR net worth on a yearly

28  basis for each year from 2002 to the present.

1 | REQUEST FOR PRODUCTION NO. 124:

2 |      All monthly, quarterly and annual financial reports, including financial

3 | statements (both audited and unaudited) for the years 2002 to the present.

4 |

5 | REQUEST FOR PRODUCTION NO. 125:

6 |      All DOCUMENTS that evidence, reflect or REFER OR RELATE TO

7 | the BRATZ DOLL's share of the fashion doll market in Mexico including, without

8 | limitation, the extent to which BRATZ has been or is gaining or losing market share

9 | in the Mexico fashion doll market.

10 |

11 | REQUEST FOR PRODUCTION NO. 126:

12 |      All DOCUMENTS or tangible things any of the FORMER MATTEL

13 | EMPLOYEES removed, sent or transferred from any office of MATTEL or

14 | removed, deleted, copied, reproduced or transferred from any MATTEL computer

15 | or electronic storage device.

16 |

17 | REQUEST FOR PRODUCTION NO. 127:

18 |      All DOCUMENTS that REFER OR RELATE TO the hiring,

19 | engagement, or retention by YOU of any current or former MATTEL employee or

20 | contractor since January 1, 1999, including but not limited to all employment

21 | agreements and agreements that REFER OR RELATE TO confidentiality or the

22 | invention, authorship, or ownership of any concept or product.

23 |

24 | REQUEST FOR PRODUCTION NO. 128:

25 |      All DOCUMENTS, since January 1, 1999, that REFER OR RELATE

26 | TO YOUR receipt, reproduction, copying, storage, transmission, transfer, retention,

27 | destruction, deletion or use of any DOCUMENTS or DIGITAL INFORMATION,

28 | including but not limited to any compilation of information, that was prepared,

-25-

1 made, created, generated, assembled or compiled by or for MATTEL and that was
2 not publicly available at the time of YOUR receipt of such DOCUMENT or
3 DIGITAL INFORMATION.

4

5 REQUEST FOR PRODUCTION NO. 129:

6       All DOCUMENTS, since January 1, 1999, that REFER OR RELATE
7 TO YOUR knowledge of any DESIGN created by, on behalf of, or at the behest of
8 MATTEL, or created by any PERSON employed by or under contract with
9 MATTEL at the time of the DESIGN's creation, that was not manufactured for sale
10 or placed into the retail market.

11

12 REQUEST FOR PRODUCTION NO. 130:

13       All DOCUMENTS, since January 1, 1999, that REFER OR RELATE
14 TO YOUR receipt, reproduction, copying, storage, transmission, transfer, retention,
15 destruction, deletion or use of any MATTEL line list or other DOCUMENT
16 prepared by MATTEL identifying MATTEL products in the planning, design or
17 development phase.

18

19 REQUEST FOR PRODUCTION NO. 131:

20       All DOCUMENTS that YOU knew or were informed that, or ever had
21 any reason to believe, had been or were created by or originated from MATTEL,
22 other than MATTEL products that YOU purchased at retail.

23

24 REQUEST FOR PRODUCTION NO. 132:

25       All COMMUNICATIONS between YOU and any PERSON that
26 REFER OR RELATE TO the retention or destruction of DOCUMENTS or
27 DIGITAL INFORMATION between January 1, 1999 and the present.

28

1 | REQUEST FOR PRODUCTION NO. 133:

2 | All DOCUMENTS that REFER OR RELATE TO the retention or

3 | destruction policies, procedures and practices for YOUR DOCUMENTS and

4 | DIGITAL INFORMATION that REFER OR RELATE TO BRATZ since January 1,

5 | 2003, including without limitation the retention or destruction of DOCUMENTS

6 | and DIGITAL INFORMATION when (a) hardware is replaced, modified or

7 | upgraded and (b) when PERSONS leave YOUR employ.

8 |

9 | REQUEST FOR PRODUCTION NO. 134:

10 | All DOCUMENTS that REFER OR RELATE TO the preservation,

11 | collection, destruction, removal, transfer, loss or impairment of YOUR

12 | DOCUMENTS and DIGITAL INFORMATION in connection with the ACTION

13 | and/or any DOCUMENTS requested by MATTEL in the ACTION.

14 |

15 | REQUEST FOR PRODUCTION NO. 135:

16 | All DOCUMENTS that REFER OR RELATE TO the preservation,

17 | collection, destruction, removal, transfer, loss or impairment of YOUR

18 | DOCUMENTS and DIGITAL INFORMATION since January 1, 2003 that REFER

19 | OR RELATE TO MATTEL (including without limitation to any MATTEL product,

20 | plan or information) that YOU received in any manner from any PERSON who was

21 | at the time an employee of MATTEL or who had previously been an employee of

22 | MATTEL.

23 |

24 | REQUEST FOR PRODUCTION NO. 136:

25 | YOUR DIGITAL INFORMATION data backup policies, practices and

26 | procedures from January 1, 2003 to the present, including without limitation the

27 | location and specifications of any media used to preserve YOUR DIGITAL

28 |

07975/2278530.3

-37-

MATTEL'S FIRST SET ~~~~~~~~~~~~~~~~~~~ TO MGAE DE MEXICO, S.R.L. DE C.V.

EXHIBIT 35

PAGE 672

1 | INFORMATION and the software, if any, used to preserve YOUR DIGITAL
2 | INFORMATION.

3

4 | REQUEST FOR PRODUCTION NO. 137:

5 |    The DIGITAL INFORMATION SYSTEMS and the application
6 | software that YOU have used since January 1, 2003 that REFER OR RELATE TO
7 | design, development, planning, inventory, manufacturing, sales, shipping and
8 | accounting, including without limitation the common or shared storage for such
9 | DIGITAL INFORMATION SYSTEMS, remote access of such DIGITAL
10 | INFORMATION SYSTEMS, and any changes, modifications or upgrades to such
11 | DIGITAL INFORMATION SYSTEMS or application software.

12

13 | REQUEST FOR PRODUCTION NO. 138:

14 |    All DOCUMENTS that REFER OR RELATE TO the IDENTITY of
15 | PERSONS, including without limitation vendors, who since January 1, 1999 have
16 | been responsible for or supported YOUR DIGITAL INFORMATION SYSTEMS,
17 | including without limitation the IDENTITY of such PERSON who serviced or
18 | provided hardware for YOUR DIGITAL INFORMATION SYSTEMS, hosted,
19 | stored, archived or maintained YOUR DIGITAL INFORMATION, including but
20 | not limited to internet service providers, and provided analytical, training or
21 | implementation services with respect to YOUR DIGITAL INFORMATION
22 | SYSTEMS.

23

24 | REQUEST FOR PRODUCTION NO. 139:

25 |    All DOCUMENTS that REFER OR RELATE TO the electronic
26 | messaging SYSTEMS used by YOUR employees within the scope of their
27 | employment between January 1, 1999 and the present, including but not limited to

28

07975/2278530.3

-38-

1 | electronic mail, instant messenger, telephone or voice-mail, and the routing of such
2 | electronic messages to, from or within MGA.

3

4 | REQUEST FOR PRODUCTION NO. 140:

5 |         All DOCUMENTS and tangible things REFERRING OR RELATING
6 | TO YOUR defenses in this ACTION.

7

8 | REQUEST FOR PRODUCTION NO. 141:

9 |         YOUR policies, practices and procedures regarding the use of
10 | transportable media that contain or are capable of containing DIGITAL
11 | INFORMATION, including but not limited to floppy discs, compact discs, DVDs,
12 | USB drives, portable hard drives, digital cameras and personal digital assistants.

13

14 | REQUEST FOR PRODUCTION NO. 142:

15 |         To the extent not produced in response to any other Request for
16 | Production, all DOCUMENTS and tangible things that upon which YOU intend to
17 | rely to support YOUR defenses in this ACTION.

18

19 | REQUEST FOR PRODUCTION NO. 143:

20 |         To the extent not produced in response to any other Request for
21 | Production, all DOCUMENTS and tangible things upon which YOU intend to rely
22 | in this ACTION.

23

24 | REQUEST FOR PRODUCTION NO. 144:

25 |         All DOCUMENTS that REFER OR RELATE TO Machado's
26 | citizenship or residency status in the United States after January 1, 2004.

27

28

-39-

MATTEL'S FIRST SE'

TO MGAE DE MEXICO, S.R.L. DE C.V.

EXHIBIT _35_
PAGE _674_

1   REQUEST FOR PRODUCTION NO. 145:

2          All DOCUMENTS that REFER OR RELATE TO Machado's

3   citizenship or residency status in Mexico after January 1, 2004.

4

5   REQUEST FOR PRODUCTION NO. 146:

6          All COMMUNICATIONS between any FORMER MATTEL

7   EMPLOYEE and YOUR customers, distributors, advertisers, advertising agencies,

8   marketing consultants, or public relations firms before January 1, 2006.

9

10  REQUEST FOR PRODUCTION NO. 147:

11         All DOCUMENTS that REFER OR RELATE TO

12  COMMUNICATIONS between any FORMER MATTEL EMPLOYEE and YOUR

13  customers, distributors, advertisers, advertising agencies, marketing consultants, or

14  public relations firms before January 1, 2006.

15

16  REQUEST FOR PRODUCTION NO. 148:

17         All COMMUNICATIONS between YOU and YOUR customers,

18  distributors, advertisers, advertising agencies, marketing consultants, or public

19  relations firms that REFER OR RELATE TO MATTEL.

20

21  DATED:  November 21, 2007          QUINN EMANUEL URQUHART OLIVER &
                                       HEDGES, LLP
22

23                                     By_____

24                                        Jon Corey
                                          Attorneys for Mattel, Inc.
25

26

27

28

-40-

MATTEL'S FIRST SE.                          TO MGAE DE MEXICO, S.R.L. DE C.V.

EXHIBIT  35
PAGE  675

1

## PROOF OF SERVICE

2   I am employed in the County of Los Angeles, State of California. I am over the age of
eighteen years and not a party to the within action; my business address is Now Legal Service,
3   1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

4   On November 21, 2007, I served true copies of the following document(s) described as
**MATTEL, INC.'S FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS TO**
5   **MGAE DE MEXICO, S.R.L. DE C.V.** on the parties in this action as follows:

6

7   Thomas Nolan, Esq.                                Mark E. Overland, Esq.
Carl Roth, Esq.                                   Alexander H. Cote
**SKADDEN ARPS SLATE MEAGHER**                     **OVERLAND BORENSTEIN**
8   **& FLOM, LLP**                                   **SCHEPER & KIM LLP**
300 South Grand Avenue, Suite 3400                300 South Grand Avenue, Suite 2750
9   Los Angeles, CA 90071                             Los Angeles, CA 90071-3144

10

11

12   **BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s)
being served.
13

14   I declare that I am employed in the office of a member of the bar of this Court at whose
direction the service was made.

15   Executed on November 21, 2007, at Los Angeles, California.

16

17                                                NOW LEGAL -- Dave Quintana

18

19

20

21

22

23

24

25

26

27

28
**EXHIBIT** _35_
**PAGE** _676_

07209/2282816.1                                  -1-

1    **PROOF OF SERVICE**

2    I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa
3    Street, 10th Floor, Los Angeles, California 90017-2543.

4    On November 21, 2007, I served true copies of the following document(s) described as **MATTEL, INC.'S FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS TO**
5    **MGAE DE MEXICO, S.R.L. DE C.V.**on the parties in this action as follows:

6    John W. Keker
     Michael H. Page, Esq.
7    **KEKER & VAN NEST, LLP**
     710 Sansome Street
8    San Francisco, CA 94111

9

10
     **BY FEDEX:** I deposited such document(s) in a box or other facility regularly maintained by
11   FedEx, or delivered such document(s) to a courier or driver authorized by FedEx to receive
     documents, in sealed envelope(s) or package(s) designated by FedEx with delivery fees paid or
12   provided for, addressed to the person(s) being served..

13   I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.
14
     Executed on November 21, 2007, at Los Angeles, California.
15

16

17                                          Johanna Lopez

18

19

20

21

22

23

24

25

26

27

28

07209/2261482.1                    EXHIBIT  35
                                   PAGE  677