1   QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
      John B. Quinn (Bar No. 090378)
2      (johnquinn@quinnemanuel.com)
      Michael T. Zeller (Bar No. 196417)
3      (michaelzeller@quinnemanuel.com)
      Jon D. Corey (Bar No. 185066)
4      (joncorey@quinnemanuel.com)
    865 South Figueroa Street, 10th Floor
5   Los Angeles, California 90017-2543
    Telephone:   (213) 443-3000
6   Facsimile:   (213) 443-3100

7   Attorneys for Mattel, Inc.

8                    UNITED STATES DISTRICT COURT

9                CENTRAL DISTRICT OF CALIFORNIA

10                       EASTERN DIVISION

11  | CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
    |                                | Consolidated with |
12  |            Plaintiff,          | Case Nos. CV 04-09059 & CV 05-2727 |
    |                                |                                |
13  |              vs.              | **DISCOVERY MATTER** |
    |                                |                                |
14  | MATTEL, INC., a Delaware      | **[To Be Heard By Hon. Edward** |
15  | corporation,                   | **Infante (Ret.) Pursuant To Order Of** |
    |                                | **December 6, 2006]** |
16  |           Defendant.           |                                |
    |                                | [PUBLIC REDACTED] |
17  | AND CONSOLIDATED ACTIONS       | DECLARATION OF B. DYLAN |
    |                                | PROCTOR IN SUPPORT OF |
18  |                                | MATTEL, INC.'S MOTION TO |
    |                                | COMPEL RESPONSES TO |
19  |                                | INTERROGATORIES (NOS. 27, 28, |
    |                                | 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, |
20  |                                | 40, 41, 42, 43, 44, 46, 47, 48, 49 AND |
    |                                | 50) BY THE MGA PARTIES |
21  |                                |                                |
    |                                | Date:    TBD |
22  |                                | Time:    TBD |
    |                                | Place:   TBD |
23  |                                |                                |
    |                                | **Phase 1** |
24  |                                | Discovery Cut-Off:    January 28, 2008 |
    |                                | Pre-Trial Conference: May 5, 2008 |
25  |                                | Trial Date:           May 27, 2008 |

26

27

28

07209/2329031.1

## DECLARATION OF B. DYLAN PROCTOR

I, B. Dylan Proctor, declare as follows:

1.      I am a member of the bars of the State of California and a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel").  I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2.      Attached as Exhibit 1 is a true and correct copy of letter I sent to Thomas Nolan, dated November 19, 2007.

3.      Attached as Exhibit 2 is a true and correct copy of a letter my partner, Michael Zeller, sent to Thomas Nolan, dated November 26, 2007.

4.      Attached as Exhibit 3 is a true and correct copy of a letter my partner, Michael Zeller, sent to Timothy Miller, dated November 29, 2007.

5.      Attached as Exhibit 4 is a true and correct copy of a letter my partner, Michael Zeller, received from Timothy Miller, dated December 3, 2007.

6.      Attached as Exhibit 5 is a true and correct copy of a letter I sent to Timothy Miller, dated December 13, 2007.

7.      Attached as Exhibit 6 is a true and correct copy of a an electronic mail message I received from Timothy Miller on December 18, 2007.  This is the only response I have received to my letter of December 13, 2007.

8.      Attached as Exhibit 7 is a true and correct copy of Mattel's Revised Third Set of Interrogatories, dated September 21, 2007.

9.      Attached as Exhibit 8 is a true and correct copy of Mattel's Fourth Set of Interrogatories, dated October 12, 2007

10.     Attached as Exhibit 9 is a true and correct copy of Mattel's Amended Fourth Set of Interrogatories, dated October 23, 2007.

11.     Attached as Exhibit 10 is a true and correct copy of Mattel's Fifth Set of Interrogatories, dated October 19, 2007.

1         12.    Attached as Exhibit 11 is a true and correct copy of Mattel's

2 Sixth Set of Interrogatories, dated October 23, 2007

3         13.    Attached as Exhibit 12 is a true and correct copy of Mattel's

4 Seventh Set of Interrogatories, dated October 25, 2007.

5         14.    Attached as Exhibit 13 is a true and correct copy of MGA

6 Entertainment, Inc.'s Responses and Objections to Mattel's Revised Third Set of

7 Interrogatories, dated November 15, 2007.

8         15.    Attached as Exhibit 14 is a true and correct copy of MGA

9 Entertainment, Inc.'s Responses and Objections to Mattel's Amended Fourth Set of

10 Interrogatories, dated November 15, 2007

11         16.    Attached as Exhibit 15 is a true and correct copy of MGA

12 Entertainment, Inc.'s Responses and Objections to Mattel, Inc.'s Fifth Set of

13 Interrogatories, dated November 19, 2007.

14         17.    Attached as Exhibit 16 is a true and correct copy of MGA

15 Entertainment (HK) Ltd.'s Objections and Responses to Mattel, Inc.'s Fifth Set of

16 Interrogatories, dated November 19, 2007.

17         18.    Attached as Exhibit 17 is a true and correct copy of MGAE de

18 Mexico S.R.L. de C.V.'s Objections and Responses to Mattel, Inc.'s Fifth Set of

19 Interrogatories, dated November 19, 2007.

20         19.    Attached as Exhibit 18 is a true and correct copy of Isaac

21 Larian's Objections and Responses to Mattel, Inc.'s Fifth Set of Interrogatories,

22 dated November 19, 2007.

23         20.    Attached as Exhibit 19 is a true and correct copy of MGA

24 Entertainment, Inc.'s Objections and Responses to Mattel's Sixth Set of

25 Interrogatories, dated November 26, 2007.

26         21.    Attached as Exhibit 20 is a true and correct copy of MGA

27 Entertainment, Inc.'s Objections and Responses to Mattel's Seventh Set of

28 Interrogatories, dated November 26, 2007.

07209/2329031.1

22.     Attached as Exhibit 21 is a true and correct copy of MGA Entertainment Inc.'s Supplemental Responses to Mattel, Inc.'s Revised Third Set of Interrogatories, dated November 30, 2007.

23.     Attached as Exhibit 22 is a true and correct copy of MGA Entertainment (HK) Ltd.'s Supplemental Responses to Mattel, Inc.'s Revised Third Set of Interrogatories, dated November 30, 2007.

24.     Attached as Exhibit 23 is a true and correct copy of MGAE de Mexico S.R.L. de C.V.'s Supplemental Responses to Mattel, Inc.'s Revised Third Set of Interrogatories, dated November 30, 2007.

25.     Attached as Exhibit 24 is a true and correct copy of Isaac Larian's Supplemental Responses to Mattel, Inc.'s Revised Third Set of Interrogatories, dated November 30, 2007.

26.     Attached as Exhibit 25 is a true and correct copy of MGA Entertainment Inc.'s Supplemental Responses to Mattel, Inc.'s Amended Fourth Set of Interrogatories, dated November 30, 2007.

27.     Attached as Exhibit 26 is a true and correct copy of MGA Entertainment (HK) Ltd.'s Supplemental Responses to Mattel, Inc.'s Amended Fourth Set of Interrogatories, dated November 30, 2007.

28.     Attached as Exhibit 27 is a true and correct copy of MGAE de Mexico S.R.L. de C.V.'s Supplemental Responses to Mattel, Inc.'s Amended Fourth Set of Interrogatories, dated November 30, 2007.

29.     Attached as Exhibit 28 is a true and correct copy of Isaac Larian's Supplemental Responses to Mattel, Inc.'s Amended Fourth Set of Interrogatories, dated November 30, 2007.

30.     Attached as Exhibit 29 is a true and correct copy of MGA's Supplemental Responses to Mattel, Inc.'s Seventh Set of Interrogatories, dated November 30, 2007.

07209/2329031.1

1    31.    Attached as Exhibit 30 is a true and correct copy of MGA

2  Entertainment (HK) Ltd.'s Objections and Responses to Mattel, Inc.'s Seventh Set of

3  Interrogatories, dated November 30, 2007.

4    32.    Attached as Exhibit 31 is a true and correct copy of MGAE de

5  Mexico S.R.L. de C.V.'s Objections and Responses to Mattel, Inc.'s Seventh Set of

6  Interrogatories, dated November 30, 2007.

7    33.    Attached as Exhibit 32 is a true and correct copy of Isaac

8  Larian's Objections and Responses to Mattel, Inc.'s Seventh Set of Interrogatories,

9  dated November 30, 2007.

10    34.    Attached as Exhibit 33 is a true and correct copy of Order

11  Granting Joint Motion for Protective Order, dated September 5, 2007.

12    35.    Attached as Exhibit 34 is a true and correct copy of Mattel's

13  Third Set of Interrogatories, dated June 7, 2007.

14    36.    Attached as Exhibit 35 is a true and correct copy of MGA's

15  Objections and Responses to Mattel's Third Set of Interrogatories, dated July 9,

16  2007.

17    37.    Attached as Exhibit 36 is a true and correct copy of Defendants'

18  Joint Motion for Protective Order Regarding Mattel's Interrogatories, dated July 10,

19  2007.

20    38.    Attached as Exhibit 37 is a true and correct copy of Mattel's

21  Motion to Compel Responses to Interrogatories (Third Set) By MGA

22  Entertainment, Inc., Isaac Larian, Carter Bryant and MGA Entertainment (HK) Ltd,

23  dated July 17, 2007 .

24    39.    Attached as Exhibit 38 is a true and correct copy of Court's

25  Order, dated December 3, 2007.

26    40.    Mattel recently served Supplemental Responses to MGA's

27  interrogatories that were over 110 pages, providing detailed information about

28  Mattel's contentions, at MGA's request.

1        41.    Attached as Exhibit 39 is a true and correct copy of Order

2  Granting Mattel's Motion to Compel Carter Bryant to Answer Requests for

3  Admission or to Order Requests Admitted, dated August 21, 2007.

4        42.    Attached as Exhibit 40 is a true and correct copy of Defendants'

5  Joint Opposition to Mattel's Motion for Leave to Serve a Supplemental Interrogatory

6  Regarding Defendants' Affirmative Defenses, dated November 19, 2007.

7        43.    Attached as Exhibit 41 is a true and correct copy of Mattel, Inc.'s

8  Second Amended Answer In Case No. 05-2727 and Counter-Claims, dated July 12,

9  2007.

10       44.    Attached as Exhibit 42 is a true and correct copy of Mattel's

11  Second Notice of Deposition Under Rule 30(b)(6), dated February 1, 2007.

12       45.    Attached as Exhibit 43 is a true and correct copy of Order

13  Granting Mattel's Motion to Compel MGA to Produce Witnesses for Deposition

14  Pursuant to Rule 30(b)(6), dated May 16, 2007.

15       46.    Attached as Exhibit 44 is a true and correct copy of MGA's

16  Memorandum of Points and Authorities in Support of its Motion Objecting to

17  Portions of the Discovery Master's May 15, 2007 Order, dated May 31, 2007.

18       47.    Attached as Exhibit 45 is a true and correct copy of Court's July

19  2, 2007 Minute Order.

20       48.    Attached as Exhibit 46 is a true and correct copy of Mattel's

21  Third Notice of Deposition Under Rule 30(b)(6), dated June 5, 2007.

22       49.    Attached as Exhibit 47 is a true and correct copy of Court's Order

23  Granting in Part and Denying in Part Mattel's Motion to Compel MGA to Produce

24  Witnesses Pursuant to Third Notice of Deposition Under Rule 30(b)(6), dated

25  September 25, 2007.

26       50.    Attached as Exhibit 48 is a true and correct copy of MGA

27  Entertainment, Inc.'s Complaint for False Designation of Origin, Affiliation,

28

1 | Association or Sponsorship; Unfair Competition; Dilution; and Unjust Enrichment
2 | 13, 2005.

3 | 51. Attached as Exhibit 49 is a true and correct copy of Mattel's First
4 | Set of Interrogatories Re Claims of Unfair Competition, dated March 2, 2007.

5 | 52. Attached as Exhibit 50 is a true and correct copy of the Order
6 | Granting Mattel's Motion for an Extension of Time to Depose Paula Garcia in Her
7 | Individual Capacity and as a 30(b)(6) Designee; Denying Request for Sanctions,
8 | dated August 14, 2007.

9 | 53. Attached as Exhibit 51 is a true and correct copy of the *Ex Parte*
10 | Application of O'Melveny & Myers LLP for Order Shortening Time for Hearing Its
11 | Motion to Withdraw and Requiring *In Camera* Inspection of Supporting
12 | Documents, dated October 8, 2007.

13 | 54. Attached as Exhibit 52 is a true and correct copy of Mattel, Inc.'s
14 | Response to Ex Parte Application of O'Melveny & Myers LLP Regarding Motion to
15 | Withdraw, dated October 10, 2007.

16 | 55. Attached as Exhibit 53 is a true and correct copy of an article
17 | entitled Behind the Scenes, Bratz Doll Case Heats Up that was published on
18 | Law.com on November 2, 2007.

19 | 56. Attached as Exhibit 54 is a true and correct copy of the Order
20 | Granting Mattel's Motion to Compel Production of Documents, dated January 25,
21 | 2007.

22 | 57. Attached as Exhibit 55 is a true and correct copy of Defendant's
23 | First Set of Interrogatories Propounded on Plaintiff Mattel, Inc, dated June 14, 2004.

24 | 58. Attached as Exhibit 56 is a true and correct copy of MGA's
25 | Second Set of Interrogatories to Mattel, Inc., dated December 4, 2007.

26
27
28

1      59.    Attached as Exhibit 57 is a true and correct copy of the Court

2   Order Regarding Mattel's Motion for Leave to Amend dated January 12, 2007.

3

4          I declare under penalty of perjury under the laws of the United States of

5   America that the foregoing is true and correct.

6          Executed on December 20, 2007, at Los Angeles, California.

7

8                                    _____

9                                    B. Dylan Proctor

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28