# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>PLAINTIFF(S)<br>v.<br>MATTEL, INC., a Delaware corporation<br>AND CONSOLIDATED DEFENDANTS<br>DEFENDANT(S). | CASE NUMBER:<br><br>CV 04-9049 SGL (RNBx)<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
APPLICATION TO FILE UNDER SEAL MGA'S AND CARTER BRYANT'S REPLY IN FURTHER SUPPORT OF THEIR MOTION TO COMPEL THE DEPOSITION TESTIMONY OF ROBERT ECKERT; MGA'S AND CARTER BRYANT'S REPLY IN FURTHER SUPPORT OF THEIR MOTION TO COMPEL

**Document Description:**

- ☐ Administrative Record
- ☐ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)
- ☑ Other

**Reason:**

- ☑ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☐ Per Court order dated _____
- ☐ Manual Filing required (*reason*):

| | |
|---|---|
| December 21, 2007<br>Date | Raoul D. Kennedy, Esq.<br>Attorney Name<br>MGA ENTERTAINMENT, INC.<br>Party Represented |

Note:   File one Notice in each case, each time you manually file document(s).