**OVERLAND BORENSTEIN SCHEPER & KIM LLP**
MARK E. OVERLAND (State Bar No. 38375)
moverland@obsklaw.com
DAVID C. SCHEPER (State Bar No. 120174)
dscheper@obsklaw.com
ALEXANDER H. COTE (State Bar No. 211558)
acote@obsklaw.com
300 South Grand Avenue, Suite 2750
Los Angeles, CA  90071-3144
Telephone: (213) 613-4655
Facsimile:  (213) 613-4656

**Attorneys for**
**Carlos Gustavo Machado Gomez**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT,<br><br>            Plaintiff,<br><br>      v.<br><br>MATTEL, INC,<br><br>            Defendant.<br><br>AND CONSOLIDATED CASES | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with CV 04-9059 and CV 05-2727<br><br>**DECLARATION OF ALEXANDER H. COTE IN SUPPORT OF CARLOS GUSTAVO MACHADO GOMEZ'S OPPOSITION TO MATTEL, INC.'S MOTION FOR ORDER RE: APPLICABILITY OF DISCOVERY MASTER STIPULATION**<br><br>Date:            January 7, 2008<br>Time:           10:00 AM<br>Place:           Courtroom 1<br><br>**Phase** 1<br>Discovery Cut Off: January 28, 2008<br>Pre-Trial Conf.:    May 5, 2008<br>Trial Date:         May 27, 2008 |

**DECLARATION OF ALEXANDER H. COTE**

I, ALEXANDER COTE, declare as follows:

1. I am an attorney at Overland Borenstein Scheper & Kim LLP. I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

2. Attached hereto as Exhibit A is a true and correct copy of an excerpt from the Court's electronic docket, located at www.pacer.uscourts.gov. I obtained Exhibit A by pointing my web browser to that address and printing out the attached pages. On November 20, 2006, Mattel moved to amend its Complaint, and also lodged with the Court its First Amended Complaint, as revealed by entry number 89 and 90. On January 12, 2007, Mattel filed its Amended Answer to Complaint, which names Carlos Gustavo Machado Gomez as a defendant for the first time, as revealed by entry number 143.

3. Attached hereto as Exhibit B is what I believe to be a true and correct copy of a document entitled Stipulation to Set Aside Default Entered Against Carlos Gustavo Machado Gomez and Time to Answer or Move and Order Thereon, which I obtained from the court's electronic docket, located at www.pacer.uscourts.gov. This document was entered into the Court's docket on July 30, 2007, as revealed by entry number 692 on Exhibit A.

4. Attached hereto as Exhibit C is a true and correct copy of November 1, 2007 correspondence from me to counsel for Mattel. At page 2, I note Mr. Machado's position that the discovery master lacks jurisdiction over disputes with Mr. Machado.

5. Attached hereto as Exhibit D is a true and correct copy of December 10, 2007 correspondence from counsel for Mattel, confirming the date and time for Mr. Machado's deposition.

1

6. Attached hereto as Exhibit E is a true and correct copy of December 3, 2007 correspondence from me to counsel for Mattel.  In this letter, I noted that I was available to meet and confer with Mattel anytime on Friday, December 7, 2007.  Counsel for Mattel neither responded to my letter nor proposed an alternative date.

7. Attached hereto as Exhibit F is a true and correct copy of November 30, 2007 correspondence from counsel for Mattel.  Therein, counsel indicates that it will move to compel Machado to respond to discovery requests, despite his assertion of his Fifth Amendment privilege to be free from self incrimination.  Counsel states that Mattel would bring the motion before the discovery master.

I declare under penalty of perjury that the foregoing is true.  Executed this 24th day of December, 2007 at Los Angeles, California.

/s/
ALEXANDER H. COTE