# EXHIBIT C

Case 2:04-cv-09049-DOC-RNB   Document 1329-5   Filed 12/24/07   Page 1 of 3   Page ID #:13686

# OVERLAND BORENSTEIN SCHEPER & KIM LLP

Alexander H. Cote
(213) 613-4660
acote@obsklaw.com

November 5, 2007

**VIA FACSIMILE AND U.S. MAIL**

Michael T. Zeller
Quinn Emanuel Urguhart Oliver & Hedges LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017

    Re:    *Bryant v. Mattel, Inc.,* and consolidated actions under Case No. CV 04-09049

Dear Mr. Zeller:

    I write in response to your letter of November 3, 2007, concerning the deposition of our client, Gustavo Machado. Therein, you imbue Mr. Machado's deposition with a false sense of urgency. Mr. Machado has no information relevant to Phase I of this litigation, and in fact, is a named party only to those claims which constitute Phase II. Although I recognize that the Court has not stayed Phase II discovery, you must also recognize that all Phase II pre-trial and trial dates have been vacated by the Court's recent order. Thus, while we do not object to producing Mr. Machado for deposition, your efforts to fabricate an urgent need to depose him are unavailing.

    In addition, you have repeatedly failed to provide any justification for forcing counsel to incur the expense of traveling to Mexico to attend the deposition of this Phase II witness. Surely, in light of your representations to the Court concerning the urgency of Phase I discovery, your efforts and resources are better directed elsewhere.

    This is especially true where the deposition will not be productive. While you are correct that Mr. Machado will not assert a blanket privilege in response to all Mattel questions, it is far from "speculation" for me to point out that most of your questions will not be answered. Your allegations against Mr. Machado are not unknown, and it is no secret that you plan to ask Mr. Machado questions concerning those allegations. Since everyone has a fairly accurate idea of the topics you would explore in Mr. Machado's deposition, I can state quite confidently that the deposition will be fruitless, and the travel to Mexico will be a waste of time, money and resources.

OVERLAND BORENSTEIN SCHEPER & KIM LLP

Michael T. Zeller
November 5, 2007
Page 2

      In any event, if you feel it necessary to move to compel Mr. Machado's deposition, then do so. Please be advised, however, that Judge Infante has no jurisdiction over Mr. Machado. As you know, Mr. Machado was not a party to the stipulation providing for Judge Infante's participation in this case as special discovery master. Indeed, Mattel has already admitted that it did not serve Mr. Machado with process until March 26, 2007, three and a half months after the parties entered into the December 6, 2007 stipulation appointing Judge Infante. Accordingly, you must bring any discovery related motions against Mr. Machado before the Hon. Robert N. Block, the magistrate assigned to this matter. Also, you must comply with the Local Rules governing discovery related motions, including L.R. 37-1 through 37-4.

      Very truly yours,

Alexander H. Cote
OVERLAND BORENSTEIN SCHEPER & KIM LLP

cc:   Thomas Nolan, Esq. & Amy Park, Esq.
       Michael Page, Esq.