# EXHIBIT D

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3112**

WRITER'S INTERNET ADDRESS
**dylanproctor@quinnemanuel.com**

December 10, 2007

**VIA FACSIMILE AND U.S. MAIL**

Alexander H. Cote, Esq.
Overland Borenstein Scheper & Kim, LLP
300 South Grand Avenue, Suite 2750
Los Angeles, CA 90071

Re:   Mattel, Inc. v. Bryant, et al.

Dear Alex:

As stated in my email of Friday, December 7, 2008, this will confirm that Mattel will take Mr. Machado's deposition in Mexico City on January 15, 2008.  Please do not hesitate to contact me if you have questions.

Very truly yours,

B. Dylan Proctor

B. Dylan Proctor

RECEIVED
DEC 1 2 2007

07209/2320435.1

**quinn emanuel urquhart oliver & hedges, llp**

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100