# EXHIBIT E

# OVERLAND BORENSTEIN SCHEPER & KIM LLP

Alexander H. Cote<br>
(213) 613-4660<br>
acote@obsklaw.com

December 3, 2007

**VIA FACSIMILE AND U.S. MAIL**

Michael T. Zeller
Jon Corey
James Webster
B. Dylan Proctor
Stephen Hauss
Quinn Emanuel Urguhart Oliver & Hedges LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017

Re:   *Bryant v. Mattel, Inc.,* and consolidated actions under Case No. CV 04-09049

Gentlemen:

I write in response to your letter of November 30, 2007, wherein you request a meeting of counsel regarding Mr. Machado's objections to Mattel's first set of requests for documents. As you know, the Discovery Master Stipulation cited in your letter has no application to Mr. Machado, who is not a signatory thereto. Nor does the Discovery Master have any jurisdiction over Mr. Machado.

However, I am happy to meet and confer with you pursuant to Local Rule 37-1 regarding the above matters. I am available to meet at your offices anytime on Friday, December 7, 2007. Please let me know if that date is convenient.

Very truly yours,<br><br>
Alexander H. Cote<br>
OVERLAND BORENSTEIN SCHEPER & KIM LLP

cc:   Thomas J. Nolan, Esq.
      Michael Page, Esq.

300 South Grand Avenue • Suite 2750 • Los Angeles, CA 90071-3144
Telephone (213) 613-4655 • Facsimile (213) 613-4656