**OVERLAND BORENSTEIN SCHEPER & KIM LLP**
MARK E. OVERLAND (State Bar No. 38375)
moverland@obsklaw.com
DAVID C. SCHEPER (State Bar No. 120174)
dscheper@obsklaw.com
ALEXANDER H. COTE (State Bar No. 211558)
acote@obsklaw.com
300 South Grand Avenue, Suite 2750
Los Angeles, CA 90071-3144
Telephone: (213) 613-4655
Facsimile:  (213) 613-4656

**Attorneys for
Carlos Gustavo Machado Gomez**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT,<br><br>             Plaintiff,<br><br>     v.<br><br>MATTEL, INC.,<br><br>             Defendant.<br><br>AND CONSOLIDATED CASES | CASE NO. 04-9049 SGL (RNBx)<br><br>Consolidated with CV 04-9059 and CV 05-2727<br><br>**CARLOS GUSTAVO MACHADO GOMEZ'S NOTICE OF JOINDER IN MGA DEFENDANTS' (1) OPPOSITION TO MATTEL, INC.'S MOTION FOR LEAVE TO TAKE ADDITIONAL DISCOVERY AND OBJECTIONS TO DISCOVERY MASTER ORDER OF SEPTEMBER 28, 2007, AND (2) JOINDER IN CARTER BRYANT'S OPPOSITION TO MATTEL'S MOTION**<br><br>Date:   January 7, 2008<br>Time:   10:00 AM<br>Place:  Courtroom 1<br><br>**Phase 1**<br>Discovery Cut Off: January 28, 2008<br>Pre-Trial Conf.:   May 5, 2008<br>Trial Date:        May 27, 2008 |

Carlos Gustavo Machado Gomez hereby joins in *MGA Defendants' (1) Opposition To Mattel, Inc.'s Motion For Leave To Take Additional Discovery And Objections To Discovery Master Order Of September 28, 2007, And (2) Joinder In Carter Bryant's Opposition To Mattel's Motion* filed December 24, 2007, on the ground that the arguments therein are equally applicable to Mr. Machado.

DATED: December 24 2007

OVERLAND BORENSTEIN SCHEPER & KIM LLP
MARK E. OVERLAND
DAVID C. SCHEPER
ALEXANDER H. COTE


By: _____/s/_____
Alexander H. Cote
Attorneys for CARLOS GUSTAVO MACHADO GOMEZ

1