THOMAS J. NOLAN (Bar No. 066992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, CA 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600
E-mail: tnolan@skadden.com

KENNETH A. PLEVAN (Admitted *Pro Hac Vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Times Square
New York, NY 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
E-mail: kplevan@skadden.com

Attorneys for Counter-Defendants,
MGA ENTERTAINMENT, INC.,
ISAAC LARIAN, MGA
ENTERTAINMENT (HK) LIMITED,
and MGAE de MEXICO S.R.L. de C.V.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>    Plaintiff,<br><br>  v.<br><br>MATTEL, INC., a Delaware corporation<br><br>    Defendant.<br><br>Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>**DECLARATION OF AMY S. PARK IN SUPPORT OF MGA DEFENDANTS' RESPONSE TO MATTEL, INC.'S MOTION FOR AN ORDER CONFIRMING THAT THE DISCOVERY MASTER HEARS AND RESOLVES ALL DISCOVERY DISPUTES**<br><br>Date: January 7, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 1<br>Judge: Hon. Stephen G. Larson |

I, Amy S. Park, hereby declare as follows:

I am an attorney licensed to practice law in the State of California and am a partner at the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, attorneys of record for MGA Entertainment, Inc. ("MGA"), Isaac Larian ("Mr. Larian" or "Larian"), MGA Entertainment (HK) Limited ("MGA HK"), and MGAE de Mexico S.R.L. de C.V. ("MGA Mexico") (collectively the "MGA Defendants") in the above-captioned matter.  I submit this Declaration in Support of the MGA Defendant's Response To Mattel, Inc.'s Motion For An Order Confirming That The Discovery Master Hears And Resolves All Discovery Disputes.  Unless otherwise stated, I have personal knowledge of the facts set forth below and, if called as a witness, I could and would testify competently thereto.

1. Attached hereto as Exhibit 1 is a true and correct copy of Mattel, Inc.'s Subpoena *Duces Tecum* to Ernst & Young, dated October 25, 2007.

2. Attached hereto as Exhibit 2 is a true and correct copy of Mattel, Inc.'s Subpoena *Duces Tecum* to Deloitte & Touche, dated October 25, 2007.

3. Attached hereto as Exhibit 3 is a true and correct copy of Mattel, Inc.'s Subpoena *Duces Tecum* to Wachovia, dated October 25, 2007.

4. Attached hereto as Exhibit 4 is a true and correct copy of Mattel, Inc.'s Subpoena *Duces Tecum* to Wells Fargo Bank, N.A., dated November 20, 2007.

5. Attached hereto as Exhibit 5 is a true and correct copy of Mattel, Inc.'s Subpoena *Duces Tecum* to Moss Adams, dated November 26, 2007.

6. Attached hereto as Exhibit 6 is a true and correct copy of Mattel, Inc.'s Subpoena *Duces Tecum* to the Isaac and Angela Larian Trust, dated December 13, 2007.

7. Attached hereto as Exhibit 7 is a true and correct copy of Mattel, Inc.'s Subpoena *Duces Tecum* to the Isaac Larian Annuity Trust, dated December 14, 2007.

8.      Mattel has also served the following subpoenas on current or former attorneys for MGA and Mr. Larian:  On September 6, 2007, Mattel issued a subpoena to Kaye Scholer.  On October 26, 2007, Mattel issued a subpoena to David Rosenbaum.  On October 30, 2007, Mattel issued a subpoena to Lucy Arant.  On October 30, 2007, Mattel issued a subpoena to Russ, August & Kabat.

9.      Attached hereto as Exhibit 8 is a chart identifying each non-party having a financial, legal, or business relationship with the MGA Defendants that has been subpoenaed by Mattel in recent months, as well as the date of each subpoena's issuance.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 21st day of December, 2007, at Palo Alto, California.

_____
Amy S. Park

DECLARATION OF AMY S. PARK IN SUPPORT OF MGA DEFENDANTS' RESPONSE TO MATTEL, INC.'S MOTION RE SCOPE OF DISCOVERY MASTER ORDER