# EXHIBIT 8

# SUBPOENAS ISSUED BY MATTEL IN RECENT MOTHS TO NON-PARTIES HAVING FINANCIAL, LEGAL OR BUSINESS RELATIONSHIPS WITH THE MGA DEFENDANTS
### (as at December 20, 2007)

| Non-Party | Date Issued |
|---|---|
| Kaye Scholer | 9/6/07 |
| File Keepers, LLC | 10/23/07 |
| Wachovia Corp. | 10/25/07 |
| Ernst & Young | 10/25/07 |
| Deloitte & Touche USA LLP | 10/25/07 |
| David Rosenbaum | 10/26/07 |
| Lucy Arant | 10/30/07 |
| Russ August & Kabat | 10/30/07 |
| ConsumerQuest | 11/16/07 |
| Wells Fargo Bank | 11/20/07 |
| Moss Adams LLP | 11/26/07 |
| Isaac and Angela Larian Trust | 12/14/07 |
| Isaac Larian Annuity Trust | 12/14/07 |