1 | THOMAS J. NOLAN (Bar No. 066992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2 | 300 South Grand Avenue
Los Angeles, CA  90071-3144
3 | Telephone:   (213) 687-5000
Facsimile:   (213) 687-5600
4 | E-mail:      tnolan@skadden.com

5 | KENNETH A. PLEVAN (Admitted *Pro Hac Vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
6 | 4 Times Square
New York, NY  10036
7 | Telephone:   (212) 735-3000
Facsimile:   (212) 735-2000
8 | E-mail:      kplevan@skadden.com

9 | Attorneys for Counter-Defendants,
MGA ENTERTAINMENT, INC.,
10 | ISAAC LARIAN, MGA
ENTERTAINMENT (HK) LIMITED,
11 | and MGAE de MEXICO S.R.L. de
C.V.

12

**UNITED STATES DISTRICT COURT**

13

**CENTRAL DISTRICT OF CALIFORNIA**

14

**EASTERN DIVISION**

15

16 | CARTER BRYANT, an individual ) CASE NO. CV 04-9049 SGL (RNBx)
17 | Plaintiff, ) Consolidated with Case No. 04-9059
and Case No. 05-2727
18 | v. )
19 | MATTEL, INC., a Delaware ) **DECLARATION OF AMY S. PARK**
corporation ) **IN SUPPORT OF MGA**
20 | ) **DEFENDANTS' (1) OPPOSITION**
Defendant. ) **TO MATTEL, INC.'S MOTION**
21 | ) **FOR LEAVE TO TAKE**
) **ADDITIONAL DISCOVERY AND**
22 | Consolidated with MATTEL, INC. v. ) **OBJECTIONS TO DISCOVERY**
BRYANT and MGA ) **MASTER ORDER OF**
23 | ENTERTAINMENT, INC. v. ) **SEPTEMBER 28, 2007, AND (2)**
MATTEL, INC. ) **JOINDER IN CARTER BRYANT'S**
24 | ) **OPPOSITION TO MATTEL'S**
) **MOTION**
25 | Honorable Stephen G. Larson
26 | Date:  January 7, 2008
Time:  10:00 a.m.
27 | Place:  Courtroom 1
28

DECLARATION OF AMY S. PARK IN SUPPORT OF MGA DEFENDANTS' OPP. TO MATTEL'S MOTION FOR LEAVE TO
TAKE ADD'L DISCOVERY

1   I, Amy S. Park, hereby declare as follows:

2   I am an attorney licensed to practice law in the State of California and am a
3   partner at the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, attorneys of
4   record for MGA Entertainment, Inc. ("MGA"), Isaac Larian ("Mr. Larian" or
5   "Larian"), MGA Entertainment (HK) Limited ("MGA HK"), and MGAE de Mexico
6   S.R.L. de C.V. ("MGA Mexico") (collectively, the "MGA Defendants") in the
7   above-captioned matter.   I submit this Declaration in Support of the MGA
8   Defendants' Opposition to Mattel, Inc.'s Motion for Leave to Take Additional
9   Discovery and Objections to Discovery Master Order of September 28, 2007.
10  Unless otherwise stated, I have personal knowledge of the facts set forth below and,
11  if called as a witness, I could and would testify competently thereto.

12          1.      To date, Mattel has taken 21 depositions, served more than 50
13  interrogatories, issued more than 50 subpoenas, more than 2,300 document requests,
14  and more than 4,500 requests for admission in this case.   To date, the MGA
15  Defendants have produced more than three million pages of documents responsive to
16  Mattel's document requests.

17          2.      On September 20, 2007, Mattel took the deposition of Samir K.
18  Khare, a designated Rule 30(b)(6) witness for MGA on Topic No. 33 of Mattel's
19  Second Notice of Deposition of MGA pursuant to Rule 30(b)(6).

20          3.      On July 18, 2007, Mattel took the deposition of Bryan Armstrong,
21  a designated Rule 30(b)(6) witness for MGA on Topic No. 33 of Mattel's Second
22  Notice of Deposition of MGA pursuant to Rule 30(b)(6).

23          4.      On September 24, 2007, Mattel took the deposition of Lisa Tonnu,
24  the designated Rule 30(b)(6) witness for MGA on Topic Nos. 25 and 26 of Mattel's
25  Second Notice of Deposition of MGA pursuant to Rule 30(b)(6).

26          5.      Attached hereto as Exhibit 1 is a true and correct copy of excerpts
27  from the transcript of the Scheduling Conference before the Honorable Stephen G.
28  Larson, dated February 12, 2007.

DECLARATION OF AMY S. PARK IN SUPPORT OF MGA DEFENDANTS' OPP. TO MATTEL'S MOTION FOR LEAVE TO TAKE ADD'L DISCOVER

1    6.    Attached hereto as Exhibit 2 is a true and correct copy of a letter

2  from Marcus R. Mumford to Jon Corey, dated December 10, 2007.

3    7.    Attached hereto as Exhibit 3 is a true and correct copy of the Joint

4  Report of the Parties Pursuant to Rule 26(f), dated February 5, 2007.

5    8.    Attached hereto as Exhibit 4 is a true and correct copy of the Notice

6  of Motion and Motion of Mattel, Inc. for Leave to Serve a Supplemental

7  Interrogatory Regarding Defendant's Affirmative Defenses, dated September 21,

8  2007.

9    9.    Attached hereto as Exhibit 5 is a true and correct copy of excerpts

10  from the deposition of Denise O'Neal, dated October 3, 2007.

11    10.    Attached hereto as Exhibit 6 is a true and correct copy of excerpts

12  from the deposition of Maureen Tkacik, dated September 28 , 2007.

13    11.    Attached hereto as Exhibit 7 is a true and correct copy of a letter

14  from Keith A. Jacoby to Michael T. Zeller, dated April 23, 2007.

15    12.    Attached hereto as Exhibit 8 is a true and correct copy of a letter

16  from Michael H. Page to Susan Wines, dated June 14, 2007.

17    13.    Attached hereto as Exhibit 9 is a true and correct copy of excerpts

18  from the transcript of the Status Conference before the Honorable Stephen G. Larson,

19  dated October 31, 2007.

20    14.    Attached hereto as Exhibit 10 is a true and correct copy of a screen

21  capture of http://www.cacd.uscourts.gov/cacd/MotnCal.nsf/Closed+Dates?OpenView,

22  which is a website of the United States District Court for the Central District of

23  California that shows the motions calendars of all the judges in the Central District,

24  dated December 20, 2007.

25    15.    Attached hereto as Exhibit 11 is a true and correct copy of Mattel's

26  First Set of Requests for Documents and Things to Isaac Larian, dated June 13, 2007.

27

28

DECLARATION OF AMY S. PARK IN SUPPORT OF MGA DEFENDANTS' OPP. TO MATTEL'S MOTION FOR LEAVE TO TAKE ADD'L DISCOVER

1     16.    Attached hereto as Exhibit 12 is a true and correct copy of Mattel's

2  Second Set of Requests for Documents and Things to MGA Entertainment, Inc., dated

3  June 6, 2007.

4     17.    Attached hereto as Exhibit 13 is a true and correct copy of Mattel's

5  Fourth Set of Requests for Documents and Things to MGA Entertainment, Inc., served

6  October 26, 2007.

7     18.    Attached hereto as Exhibit 14 is a true and correct copy of a letter

8  from Matthew M. Werdegar to B. Dylan Proctor, dated December 11, 2007.

9     19.    Attached hereto as Exhibit 15 is a true and correct copy of a letter

10  from Timothy A. Miller to Michael Zeller, dated December 3, 2007.

11     20.    Attached hereto as Exhibit 16 is a true and correct copy of a letter

12  from Robert Herrington to Messrs. Proctor and Corey, dated December 12, 2007.

13     21.    Attached hereto as Exhibit 17 is a true and correct copy of a letter

14  from Mr. Corey to Paul Eckles, dated December 20, 2007.

15     22.    Attached hereto as Exhibit 18 is a true and correct copy of a letter

16  from Mr. Corey to Mr. Mumford, dated December 11, 2007.

17     23.    Attached hereto as Exhibit 19 is a true and correct copy of a letter

18  from Raoul Kennedy to Mr. Corey, dated November 14, 2007.

19     24.    To date, defendants have taken eight depositions.  On November, 16,

20  2007, I participated in an in-person meet-and-confer with counsel for Mattel regarding

21  various discovery issues, including the scheduling of depositions of various Mattel

22  witnesses.  At that meeting, counsel for Mattel never mentioned that Mattel believed

23  defendants were at or near the deposition limit or that Mattel was counting the

24  deposition of a Rule 30(b)(6) witness as two depositions if the witness testified outside

25  the scope of his designation.  Applying that methodology, Mattel has taken 29

26  depositions to date and took its twenty-fourth deposition on October 4, 2007, when it

27  deposed MGA HK's Rule 30(b)(6) designee Edmund Lee.

28

DECLARATION OF AMY S. PARK IN SUPPORT OF MGA DEFENDANTS' OPP. TO MATTEL'S MOTION FOR LEAVE TO TAKE ADD'L DISCOVER

25.    On December 21, 2007, Mattel served objections to MGA's deposition notices to the following witnesses, claiming MGA has only one deposition left to take and that MGA must identify which one it will take: Milt Zablow, Theresa Newcomb, Roger Simoneau, Evelyn Viohl, Hoi Hoffman-Briggs, Jean Gomez, Kevin Farr, Tim Kilpin, Sheila Kyaw and Maureen Tafoya.

26.    On December 13, 2007, Mattel filed with Discovery Master Infante a Motion to Compel Responses to Interrogatories (Nos. 27-33, 36-40, 42, 45 & 47) by Carter Bryant. On December 20, 2007, Mattel filed with Discovery Master Infante a Motion to Compel Responses to Interrogatories (Nos. 27-44 & 46-50) by the MGA Parties.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 24th day of December, 2007, at *Wilmington, DE*

_Amy S. Park_
Amy S. Park