# EXHIBIT 5

```
 1        UNITED STATES DISTRICT COURT
          CENTRAL DISTRICT OF CALIFORNIA
 2             EASTERN DIVISION
 3   CARTER BRYANT, an       )
     individual,             )
 4                           )
                             ) Case No.
 5         Plaintiff,        ) CV 04-9049
                             ) SGL (RNBx)
 6   vs.                     ) Consolidated with
                             ) No. CV 04-09059
 7   MATTEL, INC., a         ) No. CV 05-02727
     Delaware corporation,   )
 8                           )
           Defendant.        )
 9   _____)
     And Consolidated Cases
10
11
12
13       DISCOVERY DEPOSITION OF
14            DENISE O'NEAL
15           CHICAGO, ILLINOIS
16           OCTOBER 3, 2007
17
18   Atkinson-Baker, Inc.
     Court Reporters
19   (800) 288-3376
     www.depo.com
20
21   Reported by: Janice Smith, RPR
             No. 084-001346
22
23
24
25   FILE NO: A107CD0
```

| | | |
|---|---|---|
| 1 | Q. Do you recall interviewing for this | 02:10 |
| 2 | article an individual named Isaac Larian? | |
| 3 | A. Yes. | |
| 4 | Q. You do. Do you remember | 02:10 |
| 5 | approximately when that interview occurred | |
| 6 | compared to the publication of this article? | |
| 7 | A. It would more likely be one to two | |
| 8 | weeks prior to -- | |
| 9 | Q. To the publication date? | 02:10 |
| 10 | A. -- to the publication date. Right. | |
| 11 | Q. So approximately between mid | 02:10 |
| 12 | February? | |
| 13 | A. Somewhere in February, yeah. | |
| 14 | Q. 2004? | 02:10 |
| 15 | A. Yeah. Right. | |
| 16 | Q. Thank you. Now turning back to that | 02:10 |
| 17 | first sentence, do you recall Mr. Larian | |
| 18 | telling you that information during your | |
| 19 | interview with him? | |
| 20 | A. I do. | |
| 21 | Q. And if I could have you focus on the | 02:10 |
| 22 | next sentence, it says, "He decided to again | |
| 23 | change the focus of his company, wanting to | |
| 24 | create a doll product for girls ages 7 to 13. | |
| 25 | The dolls would have to be urban dolls | |

O'Neal, Denise (Non-Confidential)   Unsigned   9

Exhibit 5
Page 39

1   representing America's multi-ethnicity. They
2   also had to reflect the trends and attitudes of
3   the tween generation."
4           Do you recall Mr. Larian
5   telling you that information?
6       A.  To the best of my knowledge, yes.
7       Q.  Turning to the next paragraph, you          02:11
8   will see a quote. It says, "We were looking
9   for a new toy to challenge Barbie. Something
10  that would span girls' interest in dolls for a
11  few more years," says Larian.
12          And you attribute that quote to
13  Mr. Isaac Larian, correct?
14      A.  Yes.
15      Q.  And to the best of your knowledge,          02:11
16  that was an exact quote from him to you,
17  correct?
18      A.  Most quotes are pretty much
19  verbatim, yes.
20      Q.  And to the best of your memory, that       02:11
21  quote was words specifically spoken by Mr.
22  Larian?
23      A.  To the best of my knowledge, yes, it
24  was.
25      Q.  Thank you. Turning to the next             02:11

O'Neal, Denise (Non-Confidential)          Unsigned                                      10

Exhibit 5
Page 40

```
 1   paragraph it says, "Larian began shopping
 2   around for interested vendors. Getting
 3   negative response because of the company name,
 4   Larian once again changed the company's name,
 5   shortening it to MGA Entertainment. That done,
 6   Larry needed a name for his dolls."
 7         Do you recall Mr. Larian telling
 8   you that information?
 9   A.  To the best of my knowledge, yes, I
10   do.
11   Q.  And the next paragraph reads, "His        02:12
12   creative team decided the name should be catchy
13   and not have more than six letters."
14         Do you recall him telling you
15   that?
16   A.  To the best of my knowledge, yes.
17   Q.  It goes on to say, "When looking at       02:12
18   sketches and pitching ideas, someone said the
19   dolls looked like little brats. Keeping with
20   today's trend of making names more cool by
21   changing the spelling, MGA executives decided
22   to replace the S with a Z."
23         And you recall Mr. Larian
24   telling you that information?
25   A.  Yes.
```

O'Neal, Denise (Non-Confidential)        Unsigned                                11

Exhibit 5
Page 41

| | | |
|---|---|---|
| 1 | Q. If you could turn a few paragraphs | 02:12 |
| 2 | down below, you will see a highlighted quote | |
| 3 | that reads, "We don't have plans laid out for | |
| 4 | the Bratz. We come up with new ideas as we go | |
| 5 | along and we are having fun doing it." | |
| 6 | Do you see that? | |
| 7 | A. Yes. | |
| 8 | Q. And is it your recollection that | 02:13 |
| 9 | that is a quote from Mr. Isaac Larian? | |
| 10 | A. It is in quotation marks. Yes, it | |
| 11 | would have been a quote from Mr. Larian. | |
| 12 | Q. Thank you. If I could have you turn | 02:13 |
| 13 | back to page one of the exhibit, you will see | |
| 14 | another series of paragraphs that are | |
| 15 | highlighted. | |
| 16 | A. Um-hmm. | |
| 17 | Q. The first one is also a quote which | 02:13 |
| 18 | reads, "We wanted a respectable product that | |
| 19 | reflected the lifestyle of school girls and | |
| 20 | fashionable trends, but also one that | |
| 21 | represented clean fun with learning values," he | |
| 22 | says. | |
| 23 | And is it your recollection | |
| 24 | that that quote came from Mr. Larian as well? | |
| 25 | A. Yes, it did. | |

O'Neal, Denise (Non-Confidential)　　　　Unsigned　　　　12

Exhibit 5
Page 42

| | | |
|---|---|---|
| 1 | Q. Turning to the next paragraph, it | 02:13 |
| 2 | reads, "The Bratz are moving into another | |
| 3 | medium this year, starring in their first | |
| 4 | direct-to-DVD movie titled, "The Bratz Go | |
| 5 | Hollywood." The movie is set for a late summer | |
| 6 | release. The dolls also will star in an | |
| 7 | animated feature film, which is expected to be | |
| 8 | released in late 2005." | |
| 9 | Do you recall Mr. Larian | |
| 10 | telling you that information? | |
| 11 | A. To the best of my knowledge, yes. | |
| 12 | Q. Thank you. And continuing with the | 02:14 |
| 13 | next paragraph, it reads, "Doll products new | |
| 14 | for 2004 include Bratz Petz, cats Brigitte, | |
| 15 | Kendall, Jolie and Daphne; Bratz Wild Life, an | |
| 16 | exclusive set featuring Nevra, Meyghan and | |
| 17 | Fianna; Bratz Girls Nite Out, with Cloe, Sasha, | |
| 18 | Yasmin, Jade and Dana preparing for Saturday | |
| 19 | night fun; Sun-kissed Summer, with Cloe, | |
| 20 | Yasmin, Sasha, Jade and Dana dressed in beach | |
| 21 | attire; Best Friends Beach Party, with friends | |
| 22 | Calista and Noelle spending a day at the beach; | |
| 23 | Best Friends Pajama Party, with Brianne and | |
| 24 | Zana in a themed slumber party setting, and | |
| 25 | Flower Fairies, featuring Rose, Daisy and | |

O'Neal, Denise (Non-Confidential)       Unsigned                                    13

Exhibit 5
Page 43

```
 1    Sunflower, a trio of scented dolls."
 2              Do you recall Mr. Larian
 3    giving you all of that information?
 4        A.  The best of my knowledge, yes, I do.
 5        Q.  A few more quick housekeeping things          02:15
 6    just for the record.  Also did you -- do you
 7    recall interviewing anybody else from MGA in
 8    preparation for this article?
 9        A.  No, I did not.
10        Q.  Just Mr. Larian?                              02:15
11        A.  Isaac Larian, yes.
12        Q.  When we discuss the timing of the             02:15
13    interview, do you recall was it in person or
14    was it on the telephone?
15        A.  It was a telephone interview.
16        Q.  Do you recall approximately how long          02:15
17    it lasted?
18        A.  No, I don't.
19        Q.  Would you say more than a few                 02:15
20    minutes, less than an hour?
21        A.  I would be speculating in saying
22    probably 15 to 20 minutes.
23        Q.  And was that your only conversation           02:15
24    with Mr. Larian in preparation for this
25    article?
```

O'Neal, Denise (Non-Confidential)        Unsigned                        14

Exhibit 5
Page 44