# EXHIBIT 6

```
 1
 2    UNITED STATES DISTRICT COURT
      CENTRAL DISTRICT OF CALIFORNIA
 3    EASTERN DIVISION
      ------------------------------X
 4    CARTER BRYANT, an individual,
 5            Plaintiff,
 6            Case No. CV 04-9049
 7        -against-
 8    MATTEL, INC., a Delaware corporation,
 9            Defendant.
      ------------------------------
10    AND CONSOLIDATED CASES
      ------------------------------X
11            180 Maiden Lane
              New York, New York
12
              DATE: September 28, 2007
13            TIME: 10:32 a.m.
14
15        DEPOSITION of MAUREEN TKACIK, taken
16    pursuant to the Federal Rules of Civil Procedure,
17    and Subpoena, held at the above-mentioned time and
18    place before Karen D. Williams, a Notary Public of
19    the State of New York.
20
21
22
23    ATKINSON-BAKER, INC.
      COURT REPORTERS
24    (800) 288-3376
      www.depo.com
25    FILE NO.: A10825B
```

Tkacik, Maureen (Non-Confidential)          Unsigned                    1

Exhibit 6
Page 45

```
 1                    TKACIK
 2      A    I do.
 3      Q    And what is it?
 4      A    It is a story that I wrote, that I
 5   think is why I am here.
 6      Q    And just for the record, this is a Wall
 7   Street Journal article dated July 18, 2003
 8   entitled, "To Lure Older Girls, Mattel Brings in
 9   Hip-Hop Crowd."
10      A    Correct.
11      Q    And this is an article that you wrote?
12      A    Yes.
13      Q    And if I could have you turn to the
14   second page, you will see a highlighted paragraph.
15           Do you see that?
16      A    Yes.
17      Q    Could I have you read that out loud,
18   please?
19      A    "Isaac Larian, chief executive of MGA,
20   says he had never heard of a project similar to the
21   Bratz at Mattel. He says he chose Mr. Bryant's
22   idea for the Bratz over several others after
23   holding a sort of fashion-doll design contest in
24   late 1999."
25      Q    And did you interview Isaac Larian in
```

Tkacik, Maureen (Non-Confidential)          Unsigned                              8

Exhibit 6
Page 46

```
1         TKACIK

2    preparation for writing this article?

3    A    Yes.

4    Q    And you would agree, wouldn't you, that

5    the article attributes certain statements to

6    Mr. Larian?

7         MS. CENDALI: Objection.

8    A    I am not sure what -- that statement

9    that is highlighted, I would say that that is

10   attributed to Isaac Larian.

11   Q    And again, turning to the highlighted

12   paragraph, the --

13        MR. KARLE: And we are staying on

14        that paragraph?

15        MR. NIBORSKI: Yes.

16   Q    The second sentence reads, "He says he

17   chose Mr. Bryant's idea for the Bratz over several

18   others after holding a sort of fashion-doll contest

19   in late 1999." Did I read that correctly.

20   A    You missed the word design. It's

21   fashion-doll design contest.

22   Q    Fair enough. Let me repeat it. He

23   says he chose Mr. Bryant's idea for the Bratz over

24   several others after holding a sort of fashion-doll

25   design contest in late 1999; is that correct?
```

```
 1               TKACIK
 2       A   Yes.
 3       Q   And did Mr. Larian tell you that
 4   statement during your interview?
 5       A   Yes.
 6       Q   Following the publication of your
 7   article, did anybody from MGA ever contact you and
 8   ask for a correction or retraction or anything from
 9   the article?
10       A   No.
11       Q   Did Mr. Larian ever contact you and
12   asked for a correction or retraction or anything
13   from the article?
14       A   No.
15           MR. KARLE: Just let him finish.
16       Q   Did you ever learn that anyone
17   contacted The Wall Street Journal and asked for a
18   correction or retraction or anything in the
19   article?
20       A   No.
21           MR. NIBORSKI: I have only one
22       more exhibit and this is just for
23       housekeeping purposes. This is just the
24       deposition notice which I would like to
25       make an exhibit to the deposition.
```