# EXHIBIT 10

Attorney Information | Calendars | CM/ECF | Filing Procedures | Forms | General Information | General Orders | Job Announcements |
Judges Procedures & Schedules |
Jury | Local Rules | Media |
Notices from the Clerk |
Recent Opinions |
Rosters & Schedules | Services |

# Motion Calendar

## Closed Dates

<< Previous | >> Next | - Collapse | + Expand |

| Judge | Date | CV Motions | CR Motions | Last Updated |
|---|---|---|---|---|
| ▼Abrams | | | | |
| | 07/17/2007 | Closed | | 07/18/2007 01:45:30 PM |
| | 08/07/2007 | Closed | | 07/18/2007 01:45:29 PM |
| | 08/28/2007 | Closed | | 07/18/2007 01:45:29 PM |
| ▼Anderson | | | | |
| | 09/03/2007 | Closed | Closed | 07/18/2007 10:34:35 AM |
| | 10/08/2007 | Closed | Closed | 07/18/2007 10:34:19 AM |
| | 11/12/2007 | Closed | Closed | 07/18/2007 10:34:29 AM |
| | 12/24/2007 | Closed | Closed | 11/07/2007 02:15:15 PM |
| | 12/31/2007 | Closed | Closed | 11/07/2007 02:15:14 PM |
| | 01/01/2008 | Closed | Closed | 11/26/2007 04:54:53 PM |
| | 01/14/2008 | Closed | Closed | 11/07/2007 02:15:14 PM |
| | 01/21/2008 | Closed | Closed | 11/26/2007 04:54:50 PM |
| | 02/18/2008 | Closed | Closed | 11/26/2007 04:54:46 PM |
| | 05/26/2008 | Closed | Closed | 11/26/2007 04:54:51 PM |
| | 09/01/2008 | Closed | Closed | 11/26/2007 04:54:48 PM |
| | 10/06/2008 | Closed | Closed | 11/07/2007 02:15:15 PM |
| | 10/13/2008 | Closed | Closed | 11/26/2007 04:54:51 PM |
| ▼Block | | | | |
| | 08/07/2007 | Closed | | 07/12/2007 03:38:11 PM |
| | 03/25/2008 | Closed | Closed | 12/19/2007 02:02:02 PM |
| | 11/11/2008 | Closed | Closed | 12/19/2007 01:50:40 PM |
| ▼Carney | | | | |
| | 08/13/2007 | Closed | | 07/18/2007 08:00:28 AM |
| | 09/03/2007 | Closed | Closed | 07/18/2007 10:34:27 AM |
| | 10/08/2007 | Closed | Closed | 07/18/2007 10:34:25 AM |
| | 11/12/2007 | Closed | Closed | 07/18/2007 10:34:28 AM |
| | 12/24/2007 | Closed | | 07/12/2007 10:36:18 AM |
| | 12/31/2007 | Closed | | 07/12/2007 08:34:59 AM |
| | 01/14/2008 | Closed | | 11/15/2007 11:12:38 AM |
| | 01/21/2008 | Closed | Closed | 11/26/2007 04:54:50 PM |

| | Date | Status | Timestamp |
|---|---|---|---|
| | 02/18/2008 Closed | Closed | 11/26/2007 04:54:46 PM |
| | 05/26/2008 Closed | Closed | 11/26/2007 04:54:44 PM |
| | 09/01/2008 Closed | Closed | 11/26/2007 04:54:54 PM |
| | 10/13/2008 Closed | Closed | 11/26/2007 04:54:48 PM |
| ▼Carter | | | |
| | 09/03/2007 Closed | Closed | 07/18/2007 10:34:16 AM |
| | 10/08/2007 Closed | Closed | 07/18/2007 10:34:33 AM |
| | 11/12/2007 Closed | Closed | 07/18/2007 10:34:18 AM |
| | 12/24/2007 Closed | | 07/12/2007 10:41:37 AM |
| | 12/31/2007 Closed | | 07/12/2007 10:41:37 AM |
| | 01/21/2008 Closed | Closed | 12/07/2007 08:56:21 AM |
| | 02/18/2008 Closed | Closed | 12/07/2007 08:56:21 AM |
| | 05/26/2008 Closed | Closed | 12/07/2007 08:56:21 AM |
| | 09/01/2008 Closed | Closed | 12/07/2007 08:56:21 AM |
| | 10/13/2008 Closed | Closed | 12/07/2007 08:56:21 AM |
| ▼Chooljian | | | |
| | 08/14/2007 Closed | | 07/24/2007 01:08:45 PM |
| | 01/01/2008 Closed | Closed | 11/30/2007 03:45:50 PM |
| ▼Collins | | | |
| | 08/27/2007 Closed | | 07/12/2007 10:41:36 AM |
| | 09/03/2007 Closed | Closed | 07/18/2007 10:34:25 AM |
| | 09/10/2007 Closed | | 08/13/2007 04:54:39 PM |
| | 10/08/2007 Closed | Closed | 07/18/2007 10:34:34 AM |
| | 11/12/2007 Closed | Closed | 07/18/2007 10:34:30 AM |
| ▼Cooper | | | |
| | 09/03/2007 Closed | Closed | 08/29/2007 07:15:09 AM |
| | 10/08/2007 Closed | Closed | 08/29/2007 07:15:09 AM |
| | 11/12/2007 Closed | Closed | 08/29/2007 07:15:09 AM |
| | 12/24/2007 Closed | Closed | 11/08/2007 12:12:21 PM |
| | 12/31/2007 Closed | Closed | 11/08/2007 12:12:21 PM |
| | 01/21/2008 Closed | Closed | 11/26/2007 04:54:44 PM |
| | 02/18/2008 Closed | Closed | 11/26/2007 04:54:46 PM |
| | 02/25/2008 Closed | Closed | 11/08/2007 12:17:40 PM |
| | 03/31/2008 Closed | Closed | 11/26/2007 01:30:19 PM |
| | 02/23/2009 Closed | Closed | 11/08/2007 12:17:40 PM |
| ▼Eick | | | |
| | 07/04/2008 Closed | Closed | 12/14/2007 10:45:41 AM |
| | 11/28/2008 Closed | Closed | 12/14/2007 10:45:41 AM |
| ▼Fairbank | | | |
| | 07/30/2007 Closed | | 07/12/2007 10:47:01 AM |
| | 08/06/2007 Closed | | 07/12/2007 10:47:05 AM |
| | 08/13/2007 Closed | | 07/12/2007 10:47:05 AM |
| | 09/03/2007 Closed | Closed | 07/18/2007 10:34:26 AM |
| | 10/08/2007 Closed | Closed | 07/18/2007 10:34:28 AM |
| | 11/12/2007 Closed | Closed | 07/18/2007 10:34:29 AM |

| Date | Status | Status 2 | Timestamp |
|---|---|---|---|
| 12/24/2007 | Closed | Closed | 10/17/2007 02:57:30 PM |
| 12/31/2007 | Closed | Closed | 10/17/2007 02:57:30 PM |
| 01/21/2008 | Closed | Closed | 12/04/2007 01:13:31 PM |
| 02/18/2008 | Closed | Closed | 12/04/2007 01:13:31 PM |
| 02/25/2008 | Closed | Closed | 12/04/2007 12:46:29 PM |
| 03/03/2008 | Closed | Closed | 12/04/2007 12:46:28 PM |
| 05/26/2008 | Closed | Closed | 12/04/2007 01:13:31 PM |
| 07/28/2008 | Closed | Closed | 12/04/2007 12:46:29 PM |

▼ Feess

| Date | Status | Status 2 | Timestamp |
|---|---|---|---|
| 07/30/2007 | Closed | | 07/12/2007 10:52:52 AM |
| 08/20/2007 | Closed | | 07/12/2007 10:52:52 AM |
| 09/03/2007 | Closed | Closed | 07/18/2007 10:34:20 AM |
| 10/08/2007 | Closed | Closed | 07/18/2007 10:34:33 AM |
| 11/12/2007 | Closed | Closed | 07/18/2007 10:34:25 AM |
| 12/24/2007 | Closed | | 07/12/2007 10:52:52 AM |
| 12/31/2007 | Closed | | 07/12/2007 10:52:53 AM |
| 01/21/2008 | Closed | Closed | 11/28/2007 12:57:02 PM |

▼ Fischer

| Date | Status | Status 2 | Timestamp |
|---|---|---|---|
| 09/03/2007 | Closed | Closed | 07/18/2007 10:34:29 AM |
| 10/08/2007 | Closed | Closed | 07/18/2007 10:34:18 AM |
| 11/12/2007 | Closed | Closed | 07/18/2007 10:34:35 AM |
| 12/24/2007 | Closed | | 07/12/2007 10:52:51 AM |
| 12/31/2007 | Closed | | 07/12/2007 10:52:51 AM |
| 01/21/2008 | Closed | Closed | 11/26/2007 04:54:46 PM |
| 02/18/2008 | Closed | Closed | 11/26/2007 04:54:45 PM |
| 05/26/2008 | Closed | Closed | 11/26/2007 04:54:45 PM |
| 09/01/2008 | Closed | Closed | 11/26/2007 04:54:45 PM |
| 10/13/2008 | Closed | Closed | 11/26/2007 04:54:51 PM |

▼ Goldman

| Date | Status | Timestamp |
|---|---|---|
| 08/07/2007 | Closed | 07/12/2007 03:43:27 PM |
| 09/04/2007 | Closed | 07/12/2007 03:43:27 PM |
| 09/11/2007 | Closed | 08/02/2007 12:56:04 PM |
| 09/18/2007 | Closed | 07/17/2007 12:15:16 PM |
| 10/02/2007 | Closed | 09/05/2007 03:14:16 PM |
| 10/09/2007 | Closed | 07/12/2007 03:43:28 PM |
| 10/23/2007 | Closed | 07/17/2007 12:15:16 PM |
| 11/13/2007 | Closed | 10/16/2007 02:07:33 PM |
| 11/20/2007 | Closed | 10/17/2007 12:48:10 PM |
| 12/04/2007 | Closed | 09/11/2007 04:57:08 PM |
| 01/08/2008 | Closed | 12/04/2007 11:53:37 AM |
| 01/15/2008 | Closed | 12/04/2007 11:53:37 AM |
| 02/05/2008 | Closed | 12/04/2007 11:53:37 AM |
| 02/12/2008 | Closed | 12/04/2007 11:58:56 AM |
| 02/19/2008 | Closed | 12/04/2007 11:58:55 AM |
| 03/04/2008 | Closed | 12/04/2007 11:58:56 AM |

| Date | Status | Timestamp |
|---|---|---|
| 03/11/2008 Closed | | 12/04/2007 11:58:56 AM |
| 05/27/2008 Closed | | 12/04/2007 11:58:55 AM |
| 06/17/2008 Closed | | 12/04/2007 11:58:56 AM |
| 07/01/2008 Closed | | 12/04/2007 11:58:55 AM |
| 07/08/2008 Closed | | 12/04/2007 11:58:54 AM |
| 07/29/2008 Closed | | 12/04/2007 11:58:56 AM |
| 09/02/2008 Closed | | 12/04/2007 11:58:56 AM |
| 10/14/2008 Closed | | 12/04/2007 11:58:55 AM |
| 11/11/2008 Closed | Closed | 12/04/2007 12:14:46 PM |
| 12/23/2008 Closed | | 12/04/2007 12:04:11 PM |
| 12/30/2008 Closed | | 12/04/2007 12:04:11 PM |

▼ Guilford

| Date | Status | Timestamp |
|---|---|---|
| 09/03/2007 Closed | Closed | 07/18/2007 10:34:26 AM |
| 10/08/2007 Closed | Closed | 07/18/2007 10:34:17 AM |
| 11/12/2007 Closed | Closed | 07/18/2007 10:34:32 AM |
| 12/24/2007 Closed | | 07/12/2007 10:52:52 AM |
| 12/31/2007 Closed | | 07/12/2007 10:52:52 AM |
| 01/21/2008 Closed | Closed | 11/26/2007 04:54:45 PM |
| 02/18/2008 Closed | Closed | 11/26/2007 04:54:45 PM |
| 05/26/2008 Closed | Closed | 11/26/2007 04:54:44 PM |
| 09/01/2008 Closed | Closed | 11/26/2007 04:54:51 PM |
| 10/13/2008 Closed | Closed | 11/26/2007 04:54:53 PM |

▼ Gutierrez

| Date | Status | Timestamp |
|---|---|---|
| 09/03/2007 Closed | Closed | 08/27/2007 07:25:33 AM |
| 09/10/2007 Closed | Closed | 08/27/2007 07:20:21 AM |
| 09/17/2007 Closed | | 08/27/2007 07:20:21 AM |
| 10/08/2007 Closed | Closed | 08/27/2007 07:25:33 AM |
| 10/15/2007 Closed | Closed | 09/18/2007 10:40:02 AM |
| 10/22/2007 Closed | | 09/25/2007 05:29:05 PM |
| 10/29/2007 Closed | | 10/11/2007 10:32:51 AM |
| 11/12/2007 Closed | Closed | 08/27/2007 07:25:33 AM |
| 11/26/2007 Closed | | 11/26/2007 03:49:33 PM |
| 12/03/2007 Closed | | 11/26/2007 03:49:30 PM |
| 12/10/2007 Closed | | 11/26/2007 03:49:29 PM |
| 12/17/2007 Closed | | 11/26/2007 11:49:35 AM |
| 12/24/2007 Closed | Closed | 11/13/2007 02:32:59 PM |
| 12/31/2007 Closed | Closed | 11/13/2007 02:32:59 PM |
| 01/07/2008 Closed | | 12/13/2007 04:43:37 PM |
| 01/14/2008 Closed | | 12/13/2007 03:25:14 PM |
| 01/21/2008 Closed | Closed | 11/26/2007 04:54:44 PM |
| 01/28/2008 Closed | | 12/04/2007 02:42:55 PM |
| 02/18/2008 Closed | Closed | 11/26/2007 04:54:54 PM |
| 05/26/2008 Closed | Closed | 11/26/2007 04:54:45 PM |
| 09/01/2008 Closed | Closed | 11/26/2007 04:54:49 PM |
| 10/13/2008 Closed | Closed | 11/26/2007 04:54:51 PM |

- Hatter
  - 09/03/2007 Closed    Closed    07/18/2007 10:34:30 AM
  - 10/08/2007 Closed    Closed    07/18/2007 10:34:20 AM
  - 11/12/2007 Closed    Closed    07/18/2007 10:34:31 AM
  - 01/21/2008 Closed    Closed    11/26/2007 04:54:44 PM
  - 02/18/2008 Closed    Closed    11/26/2007 04:54:51 PM
  - 05/26/2008 Closed    Closed    11/27/2007 10:58:08 AM
- Hillman
  - 09/03/2007 Closed    Closed    07/18/2007 10:34:19 AM
  - 10/08/2007 Closed    Closed    07/18/2007 10:34:35 AM
  - 11/12/2007 Closed    Closed    07/18/2007 10:34:31 AM
  - 01/07/2008 Closed              12/12/2007 03:52:13 PM
  - 01/21/2008 Closed    Closed    12/12/2007 03:52:14 PM
  - 02/18/2008 Closed    Closed    12/12/2007 03:52:14 PM
  - 05/26/2008 Closed    Closed    12/12/2007 03:52:14 PM
  - 09/01/2008 Closed    Closed    12/12/2007 03:52:13 PM
  - 10/13/2008 Closed    Closed    12/12/2007 03:52:14 PM
- Johnson
  - 08/09/2007 Closed              07/12/2007 04:20:19 PM
  - 09/06/2007 Closed              07/18/2007 08:17:06 AM
  - 09/20/2007 Closed              07/18/2007 08:17:06 AM
  - 11/22/2007 Closed    Closed    07/18/2007 10:34:35 AM
  - 12/27/2007 Closed              07/12/2007 04:20:16 PM
  - 01/24/2008 Closed              12/17/2007 10:45:08 AM
  - 01/31/2008 Closed              12/17/2007 11:17:59 AM
  - 02/07/2008 Closed              12/17/2007 10:50:59 AM
  - 03/06/2008 Closed              12/17/2007 10:50:59 AM
  - 05/01/2008 Closed              12/17/2007 11:12:37 AM
- Kelleher
  - 09/03/2007 Closed    Closed    08/02/2007 08:50:27 AM
  - 10/08/2007 Closed    Closed    08/02/2007 08:50:27 AM
  - 11/12/2007 Closed    Closed    08/02/2007 08:50:27 AM
  - 12/24/2007 Closed              08/02/2007 08:44:51 AM
  - 12/31/2007 Closed              08/02/2007 08:44:50 AM
  - 01/21/2008 Closed    Closed    12/06/2007 11:44:04 AM
  - 02/18/2008 Closed    Closed    12/06/2007 11:44:04 AM
- Kenton
  - 09/18/2007 Closed              08/15/2007 02:42:18 PM
  - 12/25/2007 Closed    Closed    12/05/2007 01:47:11 PM
  - 01/01/2008 Closed    Closed    12/05/2007 01:47:11 PM
- King
  - 09/03/2007 Closed    Closed    07/18/2007 10:34:32 AM
  - 10/08/2007 Closed    Closed    07/18/2007 10:34:19 AM
  - 11/12/2007 Closed    Closed    07/18/2007 10:34:18 AM
  - 12/24/2007 Closed              12/05/2007 07:14:24 AM

| Date | Status | Timestamp |
|---|---|---|
| 12/31/2007 Closed | | 12/05/2007 07:14:19 AM |
| 01/21/2008 Closed | Closed | 12/05/2007 07:14:29 AM |
| 02/18/2008 Closed | Closed | 12/05/2007 07:14:22 AM |
| 05/26/2008 Closed | Closed | 12/05/2007 07:14:28 AM |

▼ Klausner

| Date | Status | Timestamp |
|---|---|---|
| 08/20/2007 Closed | | 07/25/2007 04:31:21 PM |
| 09/03/2007 Closed | Closed | 07/18/2007 10:34:19 AM |
| 10/08/2007 Closed | Closed | 07/18/2007 10:34:27 AM |
| 10/15/2007 Closed | | 09/25/2007 10:21:02 AM |
| 11/12/2007 Closed | Closed | 07/18/2007 10:34:19 AM |
| 11/19/2007 Closed | | 10/25/2007 11:25:10 AM |
| 12/17/2007 Closed | | 11/20/2007 02:21:11 PM |
| 12/24/2007 Closed | | 07/12/2007 11:03:25 AM |
| 12/31/2007 Closed | | 07/12/2007 11:03:26 AM |
| 01/07/2008 Closed | | 12/12/2007 10:56:28 AM |
| 01/21/2008 Closed | Closed | 11/26/2007 04:54:49 PM |
| 02/18/2008 Closed | Closed | 11/26/2007 04:54:53 PM |
| 05/26/2008 Closed | Closed | 11/26/2007 04:54:52 PM |
| 09/01/2008 Closed | Closed | 11/26/2007 04:54:52 PM |
| 10/13/2008 Closed | Closed | 11/26/2007 04:54:47 PM |

▼ Larson

| Date | Status | Timestamp |
|---|---|---|
| 07/23/2007 Closed | | 07/19/2007 12:52:57 PM |
| 07/30/2007 Closed | | 07/12/2007 11:08:37 AM |
| 08/13/2007 Closed | | 07/24/2007 10:24:24 AM |
| 08/20/2007 Closed | Closed | 07/19/2007 03:53:46 PM |
| 08/27/2007 Closed | | 07/26/2007 11:38:58 AM |
| 09/03/2007 Closed | Closed | 07/19/2007 04:09:35 PM |
| 09/10/2007 Closed | | 07/27/2007 02:26:55 PM |
| 09/17/2007 Closed | | 08/03/2007 11:29:19 AM |
| 09/24/2007 Closed | | 08/14/2007 09:53:40 AM |
| 10/01/2007 Closed | | 08/17/2007 09:26:29 AM |
| 10/08/2007 Closed | Closed | 07/19/2007 04:09:35 PM |
| 10/15/2007 Closed | | 08/28/2007 03:57:27 PM |
| 10/22/2007 Closed | | 09/05/2007 04:54:40 PM |
| 10/29/2007 Closed | | 09/11/2007 05:02:23 PM |
| 11/05/2007 Closed | | 09/21/2007 03:59:30 PM |
| 11/12/2007 Closed | Closed | 07/19/2007 04:09:35 PM |
| 11/19/2007 Closed | | 10/10/2007 10:42:21 AM |
| 11/26/2007 Closed | | 10/15/2007 12:39:27 PM |
| 12/03/2007 Closed | | 10/29/2007 05:09:24 PM |
| 12/10/2007 Closed | | 11/05/2007 09:03:05 AM |
| 12/17/2007 Closed | | 11/15/2007 09:52:26 AM |
| 12/24/2007 Closed | Closed | 07/19/2007 03:43:09 PM |
| 12/31/2007 Closed | Closed | 07/19/2007 03:48:25 PM |
| 01/21/2008 Closed | Closed | 11/26/2007 04:54:53 PM |

| | | | |
|---|---|---|---|
| | 01/28/2008 Closed | | 12/14/2007 04:21:13 PM |
| | 02/18/2008 Closed | Closed | 11/26/2007 04:54:50 PM |
| | 05/26/2008 Closed | Closed | 11/26/2007 04:54:46 PM |
| ▼ Letts | | | |
| | 07/23/2007 Closed | | 07/12/2007 11:13:52 AM |
| | 07/30/2007 Closed | | 07/12/2007 11:13:53 AM |
| | 08/06/2007 Closed | | 07/12/2007 11:13:53 AM |
| | 08/13/2007 Closed | | 07/12/2007 11:13:53 AM |
| | 08/20/2007 Closed | | 07/12/2007 11:13:52 AM |
| | 08/27/2007 Closed | | 07/12/2007 11:13:52 AM |
| | 09/03/2007 Closed | Closed | 07/18/2007 10:34:34 AM |
| | 09/17/2007 Closed | | 07/12/2007 11:13:54 AM |
| | 10/01/2007 Closed | | 07/12/2007 11:13:53 AM |
| | 10/08/2007 Closed | Closed | 07/18/2007 10:34:18 AM |
| | 10/15/2007 Closed | | 07/12/2007 11:13:52 AM |
| | 10/29/2007 Closed | | 07/12/2007 11:13:53 AM |
| | 11/12/2007 Closed | Closed | 07/18/2007 10:34:33 AM |
| | 11/26/2007 Closed | | 07/12/2007 11:13:53 AM |
| | 12/17/2007 Closed | | 07/12/2007 11:13:52 AM |
| | 12/24/2007 Closed | | 07/12/2007 11:13:53 AM |
| | 12/31/2007 Closed | | 07/12/2007 11:13:53 AM |
| ▼ Lew | | | |
| | 12/26/2007 Closed | | 07/12/2007 07:13:50 AM |
| | 11/11/2008 Closed | Closed | 12/03/2007 04:24:11 PM |
| | 12/23/2008 Closed | | 12/03/2007 04:07:14 PM |
| | 12/24/2008 Closed | Closed | 12/03/2007 04:07:14 PM |
| | 12/30/2008 Closed | Closed | 12/03/2007 04:07:15 PM |
| | 12/31/2008 Closed | Closed | 12/03/2007 04:07:13 PM |
| ▼ Lum | | | |
| | 07/17/2007 Closed | | 07/11/2007 02:56:29 PM |
| | 07/24/2007 Closed | | 07/11/2007 02:56:29 PM |
| | 07/31/2007 Closed | | 07/11/2007 02:56:29 PM |
| | 08/14/2007 Closed | | 07/11/2007 02:56:29 PM |
| | 08/21/2007 Closed | | 07/11/2007 02:56:30 PM |
| | 08/28/2007 Closed | | 07/11/2007 02:56:30 PM |
| | 09/25/2007 Closed | | 08/29/2007 03:32:31 PM |
| | 11/06/2007 Closed | | 07/11/2007 02:56:29 PM |
| | 11/27/2007 Closed | | 07/11/2007 02:56:30 PM |
| | 12/04/2007 Closed | | 07/11/2007 02:56:28 PM |
| | 12/11/2007 Closed | | 07/11/2007 02:56:30 PM |
| | 01/08/2008 Closed | Closed | 12/07/2007 02:27:30 PM |
| | 01/22/2008 Closed | | 12/07/2007 02:27:30 PM |
| | 03/25/2008 Closed | Closed | 12/07/2007 02:27:29 PM |
| ▼ Marshall | | | |
| | 07/23/2007 Closed | | 07/12/2007 11:19:11 AM |

| | | | |
|---|---|---|---|
| | 08/13/2007 Closed | | 07/12/2007 11:19:16 AM |
| | 08/27/2007 Closed | | 07/12/2007 11:19:15 AM |
| | 09/03/2007 Closed | Closed | 07/18/2007 10:34:30 AM |
| | 09/17/2007 Closed | | 07/12/2007 11:19:12 AM |
| | 10/01/2007 Closed | | 07/12/2007 11:19:11 AM |
| | 10/08/2007 Closed | Closed | 07/18/2007 10:34:32 AM |
| | 10/22/2007 Closed | | 07/12/2007 11:19:14 AM |
| | 11/12/2007 Closed | Closed | 07/18/2007 10:34:27 AM |
| | 11/26/2007 Closed | | 07/12/2007 11:19:17 AM |
| | 12/17/2007 Closed | | 07/12/2007 11:19:12 AM |
| | 12/24/2007 Closed | | 07/12/2007 11:19:14 AM |
| | 12/31/2007 Closed | | 07/12/2007 11:19:14 AM |
| | 05/26/2008 Closed | Closed | 12/13/2007 02:06:56 PM |
| | 09/01/2008 Closed | Closed | 12/13/2007 02:06:56 PM |
| | 10/13/2008 Closed | Closed | 12/13/2007 02:06:56 PM |
| ▼ Matz | | | |
| | 09/03/2007 Closed | Closed | 07/18/2007 10:34:19 AM |
| | 10/08/2007 Closed | Closed | 07/18/2007 10:34:32 AM |
| | 11/12/2007 Closed | Closed | 07/18/2007 10:34:16 AM |
| | 01/01/2008 Closed | Closed | 11/26/2007 04:54:52 PM |
| | 01/01/2008 Closed | Closed | 11/26/2007 04:54:53 PM |
| | 01/21/2008 Closed | Closed | 11/26/2007 04:54:44 PM |
| | 02/18/2008 Closed | Closed | 11/26/2007 04:54:45 PM |
| | 05/26/2008 Closed | Closed | 11/26/2007 04:54:44 PM |
| | 09/01/2008 Closed | Closed | 11/26/2007 04:54:44 PM |
| | 10/13/2008 Closed | Closed | 11/26/2007 04:54:46 PM |
| ▼ Morrow | | | |
| | 09/24/2007 Closed | | 08/08/2007 08:08:13 AM |
| | 10/01/2007 Closed | | 08/29/2007 07:57:25 AM |
| | 10/08/2007 Closed | Closed | 07/18/2007 10:34:32 AM |
| | 10/15/2007 Closed | | 09/05/2007 11:48:52 AM |
| | 10/22/2007 Closed | Closed | 09/18/2007 08:02:16 AM |
| | 10/29/2007 Closed | Closed | 09/18/2007 08:02:16 AM |
| | 11/05/2007 Closed | | 10/01/2007 12:34:18 PM |
| | 11/12/2007 Closed | Closed | 09/05/2007 11:59:28 AM |
| | 11/19/2007 Closed | | 10/23/2007 04:36:11 PM |
| | 11/26/2007 Closed | | 10/16/2007 09:35:57 AM |
| | 12/03/2007 Closed | | 10/30/2007 04:42:06 PM |
| | 12/10/2007 Closed | | 10/30/2007 04:58:57 PM |
| | 12/17/2007 Closed | | 11/01/2007 11:55:23 AM |
| | 12/24/2007 Closed | | 10/31/2007 04:09:43 PM |
| | 12/31/2007 Closed | | 10/31/2007 04:09:43 PM |
| | 01/07/2008 Closed | | 11/07/2007 04:24:42 PM |
| | 01/14/2008 Closed | | 11/14/2007 04:49:27 PM |
| | 01/28/2008 Closed | | 11/20/2007 03:03:41 PM |

| | | |
|---|---|---|
| 02/04/2008 Closed | | 12/10/2007 08:56:37 AM |
| 02/11/2008 Closed | | 12/11/2007 09:22:50 AM |
| 02/18/2008 Closed | Closed | 12/11/2007 09:33:26 AM |
| 02/25/2008 Closed | | 12/19/2007 11:32:03 AM |

▼ Mumm

| | | |
|---|---|---|
| 08/14/2007 Closed | | 07/12/2007 04:25:48 PM |
| 08/21/2007 Closed | | 07/12/2007 04:25:48 PM |
| 08/28/2007 Closed | | 07/12/2007 04:25:48 PM |
| 09/04/2007 Closed | | 07/12/2007 04:25:48 PM |
| 09/11/2007 Closed | | 07/12/2007 04:25:48 PM |
| 11/11/2008 Closed | Closed | 12/05/2007 11:34:55 AM |

▼ Nagle

| | | |
|---|---|---|
| 09/18/2007 Closed | | 07/12/2007 04:31:04 PM |

▼ Nakazato

| | | |
|---|---|---|
| 09/27/2007 Closed | | 07/17/2007 12:25:51 PM |
| 11/22/2007 Closed | Closed | 07/18/2007 10:34:30 AM |
| 11/29/2007 Closed | | 11/08/2007 01:59:18 PM |
| 01/03/2008 Closed | | 11/02/2007 01:19:10 PM |

▼ Olguin

| | | |
|---|---|---|
| 08/15/2007 Closed | | 07/12/2007 04:31:05 PM |
| 08/22/2007 Closed | | 07/12/2007 04:31:05 PM |
| 10/10/2007 Closed | | 08/02/2007 12:40:07 PM |
| 10/24/2007 Closed | | 09/10/2007 04:48:26 PM |
| 01/02/2008 Closed | Closed | 12/06/2007 11:09:50 AM |
| 03/12/2008 Closed | Closed | 12/12/2007 11:08:51 AM |
| 03/19/2008 Closed | Closed | 12/05/2007 07:14:20 AM |
| 03/26/2008 Closed | Closed | 12/05/2007 07:14:24 AM |

▼ Otero

| | | |
|---|---|---|
| 09/03/2007 Closed | Closed | 07/18/2007 10:34:22 AM |
| 10/08/2007 Closed | Closed | 07/18/2007 10:34:28 AM |
| 11/12/2007 Closed | Closed | 07/18/2007 10:34:30 AM |
| 12/31/2007 Closed | | 07/12/2007 11:24:29 AM |
| 01/01/2008 Closed | Closed | 12/14/2007 11:47:53 AM |
| 01/01/2008 Closed | Closed | 12/14/2007 11:47:54 AM |

▼ Parada

| | | |
|---|---|---|
| 11/11/2008 Closed | Closed | 11/26/2007 04:54:43 PM |

▼ Pfaelzer

| | | |
|---|---|---|
| 09/03/2007 Closed | Closed | 07/18/2007 10:34:25 AM |
| 10/08/2007 Closed | Closed | 07/18/2007 10:34:24 AM |
| 11/12/2007 Closed | Closed | 07/18/2007 10:34:34 AM |
| 12/24/2007 Closed | | 07/12/2007 11:24:30 AM |
| 12/31/2007 Closed | | 07/12/2007 11:24:30 AM |
| 01/21/2008 Closed | Closed | 12/04/2007 01:13:31 PM |
| 02/18/2008 Closed | Closed | 12/04/2007 01:13:31 PM |
| 05/26/2008 Closed | Closed | 12/04/2007 01:13:32 PM |

| Date | Status | Status | Timestamp |
|---|---|---|---|
| | 09/01/2008 Closed | Closed | 12/04/2007 01:13:32 PM |
| | 10/13/2008 Closed | Closed | 12/04/2007 01:13:32 PM |
| ▼ Phillips | | | |
| | 09/03/2007 Closed | Closed | 07/18/2007 10:34:17 AM |
| | 10/08/2007 Closed | Closed | 07/18/2007 10:34:19 AM |
| | 11/12/2007 Closed | Closed | 07/18/2007 10:34:34 AM |
| | 09/01/2008 Closed | Closed | 11/26/2007 04:54:49 PM |
| ▼ Pregerson | | | |
| | 09/03/2007 Closed | Closed | 07/18/2007 10:34:24 AM |
| | 10/08/2007 Closed | Closed | 07/18/2007 10:34:26 AM |
| | 11/12/2007 Closed | Closed | 07/18/2007 10:34:27 AM |
| | 12/17/2007 Closed | Closed | 07/18/2007 04:29:14 PM |
| | 12/24/2007 Closed | Closed | 09/18/2007 10:13:45 AM |
| | 12/31/2007 Closed | Closed | 09/18/2007 10:13:45 AM |
| | 01/21/2008 Closed | Closed | 11/26/2007 04:54:54 PM |
| | 01/21/2008 Closed | Closed | 11/28/2007 02:33:33 PM |
| | 02/18/2008 Closed | Closed | 11/26/2007 04:54:54 PM |
| | 02/18/2008 Closed | Closed | 11/28/2007 02:33:34 PM |
| | 05/26/2008 Closed | Closed | 11/28/2007 02:33:33 PM |
| | 09/01/2008 Closed | Closed | 11/28/2007 02:33:33 PM |
| | 10/13/2008 Closed | Closed | 11/28/2007 02:33:34 PM |
| | 12/22/2008 Closed | Closed | 11/28/2007 02:33:33 PM |
| | 12/29/2008 Closed | Closed | 11/28/2007 02:33:33 PM |
| | 01/19/2009 Closed | Closed | 11/28/2007 02:38:55 PM |
| | 02/16/2009 Closed | Closed | 11/28/2007 02:38:55 PM |
| | 05/25/2009 Closed | Closed | 11/28/2007 02:38:55 PM |
| | 09/07/2009 Closed | Closed | 11/28/2007 02:38:56 PM |
| | 10/12/2009 Closed | Closed | 11/28/2007 02:38:56 PM |
| | 12/21/2009 Closed | Closed | 11/28/2007 02:44:30 PM |
| | 12/28/2009 Closed | Closed | 11/28/2007 02:44:30 PM |
| | 01/04/2010 Closed | Closed | 11/28/2007 02:49:47 PM |
| | 01/18/2010 Closed | Closed | 11/28/2007 02:49:48 PM |
| | 02/15/2010 Closed | Closed | 11/28/2007 02:49:47 PM |
| | 05/31/2010 Closed | Closed | 11/28/2007 02:49:48 PM |
| | 07/05/2010 Closed | Closed | 11/28/2007 02:49:47 PM |
| | 09/06/2010 Closed | Closed | 11/28/2007 02:49:48 PM |
| | 10/11/2010 Closed | Closed | 11/28/2007 02:55:17 PM |
| | 12/20/2010 Closed | Closed | 11/28/2007 02:55:17 PM |
| | 12/27/2010 Closed | Closed | 11/28/2007 02:55:16 PM |
| ▼ Rafeedie | | | |
| | 09/03/2007 Closed | Closed | 07/18/2007 10:34:34 AM |
| | 10/08/2007 Closed | Closed | 07/18/2007 10:34:25 AM |
| | 11/12/2007 Closed | Closed | 07/18/2007 10:34:16 AM |
| | 12/24/2007 Closed | | 07/12/2007 11:29:47 AM |
| | 12/31/2007 Closed | | 07/12/2007 11:29:46 AM |

| Date | Status | Status | Timestamp |
|---|---|---|---|
| | 01/01/2008 Closed | Closed | 11/30/2007 10:35:48 AM |
| | 01/21/2008 Closed | Closed | 11/30/2007 10:35:47 AM |
| | 02/18/2008 Closed | Closed | 11/30/2007 10:35:48 AM |
| | 05/26/2008 Closed | Closed | 11/30/2007 10:35:48 AM |
| | 09/01/2008 Closed | Closed | 11/30/2007 10:35:47 AM |
| | 10/13/2008 Closed | Closed | 11/30/2007 10:35:47 AM |
| ▼Rayburn | | | |
| | 11/11/2008 Closed | Closed | 11/26/2007 04:54:43 PM |
| ▼Real | | | |
| | 05/26/2008 Closed | Closed | 11/26/2007 04:54:51 PM |
| | 10/13/2008 Closed | Closed | 11/26/2007 04:54:51 PM |
| ▼Rosenberg | | | |
| | 01/22/2008 Closed | | 12/12/2007 12:13:49 PM |
| | 04/08/2008 Closed | | 12/12/2007 12:13:47 PM |
| | 06/24/2008 Closed | | 12/12/2007 12:13:49 PM |
| | 07/01/2008 Closed | | 12/12/2007 12:13:48 PM |
| | 09/30/2008 Closed | | 12/12/2007 12:13:50 PM |
| | 11/11/2008 Closed | Closed | 12/10/2007 11:13:19 AM |
| ▼Schiavelli | | | |
| | 08/06/2007 Closed | | 07/12/2007 11:56:19 AM |
| | 08/13/2007 Closed | | 07/12/2007 11:56:19 AM |
| | 08/20/2007 Closed | | 07/25/2007 09:52:50 AM |
| | 09/03/2007 Closed | Closed | 07/18/2007 10:34:17 AM |
| | 10/08/2007 Closed | Closed | 07/18/2007 10:34:26 AM |
| | 11/05/2007 Closed | | 10/12/2007 10:54:42 AM |
| | 11/12/2007 Closed | Closed | 07/18/2007 10:34:34 AM |
| | 11/26/2007 Closed | | 07/12/2007 11:56:19 AM |
| | 01/21/2008 Closed | Closed | 12/13/2007 02:06:57 PM |
| | 01/28/2008 Closed | Closed | 12/13/2007 01:38:32 PM |
| | 02/04/2008 Closed | Closed | 12/13/2007 01:45:04 PM |
| | 02/18/2008 Closed | Closed | 12/13/2007 02:06:57 PM |
| | 03/03/2008 Closed | Closed | 12/17/2007 05:14:36 PM |
| | 05/26/2008 Closed | Closed | 12/13/2007 02:06:57 PM |
| | 09/01/2008 Closed | Closed | 12/13/2007 02:06:57 PM |
| | 10/13/2008 Closed | Closed | 12/13/2007 02:06:56 PM |
| ▼Selna | | | |
| | 09/03/2007 Closed | Closed | 07/18/2007 10:34:30 AM |
| | 10/08/2007 Closed | Closed | 07/18/2007 10:34:33 AM |
| | 11/12/2007 Closed | Closed | 07/18/2007 10:34:26 AM |
| | 12/24/2007 Closed | Closed | 08/30/2007 11:39:01 AM |
| | 12/31/2007 Closed | Closed | 08/30/2007 11:54:56 AM |
| | 01/07/2008 Closed | Closed | 12/12/2007 03:13:22 PM |
| | 01/21/2008 Closed | Closed | 11/26/2007 04:54:48 PM |
| | 02/18/2008 Closed | Closed | 11/26/2007 04:54:48 PM |
| | 05/26/2008 Closed | Closed | 11/26/2007 04:54:43 PM |

| | | |
|---|---|---|
| 09/01/2008 Closed | Closed | 11/26/2007 04:54:43 PM |
| 10/13/2008 Closed | Closed | 11/26/2007 04:54:52 PM |
| 12/29/2008 Closed | Closed | 08/30/2007 11:54:55 AM |

▼Snyder

| | | |
|---|---|---|
| 09/03/2007 Closed | Closed | 07/18/2007 10:34:24 AM |
| 10/08/2007 Closed | Closed | 07/18/2007 10:34:16 AM |
| 11/12/2007 Closed | Closed | 07/18/2007 10:34:27 AM |
| 12/24/2007 Closed | Closed | 11/09/2007 04:15:06 PM |
| 12/31/2007 Closed | Closed | 11/09/2007 04:15:06 PM |
| 01/21/2008 Closed | Closed | 11/27/2007 02:56:06 PM |
| 02/18/2008 Closed | Closed | 11/27/2007 02:56:07 PM |
| 05/26/2008 Closed | Closed | 11/27/2007 02:56:06 PM |
| 09/01/2008 Closed | Closed | 11/27/2007 02:56:06 PM |
| 10/13/2008 Closed | Closed | 11/27/2007 03:28:32 PM |

▼Stotler

| | | |
|---|---|---|
| 07/30/2007 Closed | | 07/12/2007 03:27:48 PM |
| 09/03/2007 Closed | Closed | 07/18/2007 10:34:35 AM |
| 10/08/2007 Closed | Closed | 07/18/2007 10:34:25 AM |
| 11/12/2007 Closed | Closed | 07/18/2007 10:34:17 AM |

<< Previous | >> Next | - Collapse | + Expand