# EXHIBIT 15

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR EMBARCADERO CENTER

SAN FRANCISCO, CALIFORNIA 94111-5974

———

TEL: (415) 984-6400
FAX: (415) 984-2698
www.skadden.com

DIRECT DIAL
415-984-2647
EMAIL ADDRESS
TMILLER@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEWARK
NEW YORK
PALO ALTO
RESTON
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

December 3, 2007

<u>Via Hand Delivery</u>

Michael Zeller, Esq.
Quinn Emanuel
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017

RE: <u>Mattel v. Bryant, et al.</u>

Dear Mike:

      Further to our exchange of e-mails over the weekend, on Friday, November 30, 2007, we delivered to your offices 14 separate sets of discovery responses (listed below). We intended to designate these responses as Confidential-Attorneys Eyes Only under the operative protective order in this case. As a result of a clerical error, we inadvertently omitted the "Confidential -- Attorneys Eyes Only" designation from the caption page of those documents. Thank you for your e-mail on Saturday, December 1, 2007, confirming that Mattel and its counsel would maintain the confidentiality of the discovery responses delivered to your offices on Friday, as required by paragraph 3(e) of the Protective Order in this action, which provides as follows:

> Except as otherwise provided in Paragraph 3(c) [concerning deposition testimony] of this Protective Order, the receiving party shall not reveal any information produced for a period of seven (7) calendar days following receipt. Failure to designate a document, thing or other information as 'CONFIDENTIAL' or 'CONFIDENTIAL -- ATTORNEYS' EYES ONLY' in accordance with this Protective Order shall not preclude any Party or nonparty desiring to so designate the document, thing or information from so designating thereafter; provided that the Party or nonparty proceeds promptly after discovery of any omission of marking, in good faith marks the document, thing or other information and requests, in writing, that each receiving Party so mark and treat the document,

Exhibit 15
Page 197

Michael Zeller, Esq.
December 3, 2007
Page 2

  thing or other information in accordance with this Protective Order. Thereafter, the document, thing or other information shall be fully subject to this Protective Order.

  As promised over the weekend, I enclose copies of the discovery response that we delivered to your offices on Friday, corrected to include a caption bearing the CONFIDENTIAL-ATTORNEYS EYES ONLY designation, as follows.

  1. MGA Entertainment Inc.'s Fourth Supplemental Responses And Objections To Mattel, Inc.'s Second Set Of Interrogatories

  2. MGA Entertainment, Inc.'s Supplemental Responses To Mattel, Inc.'s Revised Third Set Of Interrogatories

  3. MGA Entertainment (HK) Ltd.'s Supplemental Responses To Mattel, Inc.'s Revised Third Set Of Interrogatories

  4. MGAE de Mexico S.R.L. de C.V.'s Supplemental Responses To Mattel, Inc.'s Revised Third Set Of Interrogatories

  5. Isaac Larian's Supplemental Responses To Mattel, Inc.'s Revised Third Set Of Interrogatories

  6. MGA Entertainment, Inc.'s Supplemental Responses To Mattel, Inc.'s Amended Fourth Set Of Interrogatories

  7. MGA Entertainment (HK) Ltd.'s Supplemental Responses To Mattel, Inc.'s Amended Fourth Set Of Interrogatories

  8. MGAE de Mexico S.R.L. de C.V.'s Supplemental Responses To Mattel, Inc.'s Amended Fourth Set Of Interrogatories

  9. Isaac Larian's Supplemental Responses To Mattel, Inc.'s Amended Fourth Set Of Interrogatories

  10. MGA Entertainment Inc.'s Supplemental Responses To Mattel, Inc.'s Seventh Set Of Interrogatories

Exhibit 15
Page 198

Michael Zeller, Esq.
December 3, 2007
Page 3

      11. MGA Entertainment Inc.'s Fourth Supplemental Responses To Mattel, Inc.'s Third Set Of Requests For Admission

      12. MGA's Second Supplemental Responses To Mattel, Inc.'s Fourth Set Of Requests For Admission

      13. MGA Entertainment Inc.'s Third Supplemental Responses To Mattel, Inc.'s Fifth Set Of Requests For Admission

      14. Isaac Larian's Second Supplemental Responses To Mattel, Inc.'s First Set Of Requests For Admission

      Now that we have delivered replacement copies with the intended CONFIDENTIAL-ATTORNEYS EYES ONLY designation, please return to us the discovery responses that we delivered to your offices on Friday and confirm to us in writing that you have destroyed all copies of those responses that you may have made, including the deletion from your databases of any electronic copies of those responses.

      Please do not hesitate to call if you have any questions.

      Very truly yours,

      *[signature]*

      Timothy A. Miller