# EXHIBIT 16

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

300 SOUTH GRAND AVENUE

LOS ANGELES, CALIFORNIA 90071-3144

———

TEL: (213) 687-5000

FAX: (213) 687-5600

www.skadden.com

DIRECT DIAL
(213) 687-5368
DIRECT FAX
(213) 621-5368
EMAIL ADDRESS
RHERRING@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
NEW YORK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

December 12, 2007

**VIA FACSIMILE & U.S. MAIL**

Mr. Jon D. Corey
Mr. B. Dylan Proctor
Quinn, Emanuel, Urquhart, Oliver & Hedges, LLP
865 South Figueroa St., 10th Floor
Los Angeles, CA 90017

RE: *Mattel v. Bryant*

Gentlemen:

     We are writing in response to your letter dated December 7, 2007, which seeks additional Rule 30(b)(6) depositions. As you acknowledge, conducting these depositions would require relief from the 24-deposition limit imposed by the Court. This issue already is before the Court on Mattel's motion seeking leave to conduct numerous additional depositions and serve additional interrogatories.

     As an initial matter, it is inconsistent for Mattel to make this request while at the same time trying to run out the discovery clock on MGA in its own discovery efforts. As detailed in the letter we sent to you on December 10, 2007, Mattel has systematically delayed the depositions of Robert Eckert, Young & Rubicam, Adrienne Fontanella, Tina Patel, Matt Bousquette, Ivy Ross, Richard De Anda, and in designating Mattel's Rule 30(b)(6) witnesses. Mattel also delayed its supplemental interrogatory responses by over two months.

     Notwithstanding Mattel's delay, you have asked us to consider granting you additional depositions beyond the Court's 24-deposition limit. We would be willing to consider Mattel's request to take a few additional depositions if you would meet the following two conditions.

     First, you withdraw the motion filed before Judge Larson seeking additional depositions and other discovery. Second, in addition to providing firm dates for the depositions identified above (which already have been noticed), you provide firm dates for the following witnesses before the January 28, 2008 Phase I discovery cut-off:

Exhibit 16
Page 200

Quinn, Emanuel, etc.
December 12, 2007
Page 2

    1.    Mattel's designees for the topics identified in MGA's Rule 30(b)(6) notice relating to Phase I issues (topics 8, 9, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 26, 27, 28, 29, 30, 31, 32, 39, 42, 47, 48, 58, 60, 65, 69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85);

    2.    Maureen Tafoya;

    3.    Theresa Newcomb;

    4.    Tim Kilpin;

    5.    Sheila Kyaw;

    6.    Kevin Farr;

    7.    Jean Gomez;

    8.    Hoi Hoffman-Briggs;

    9.    Evelyn Viohl;

    10.    Roger Simoneau; and

    11.    Milt Zablow

The deposition notices for the ten individuals identified above were enclosed with Paul Eckles's letter of December 12, 2007, sent earlier today.

Please let me know if you have any questions. We look forward to hearing from you.

Sincerely,

Robert J. Herrington

Confirmation Report - Memory Send

```
                                    Time    : 12-12-2007  05:21pm
                                    Tel line: +2136877808
                                    Name    :
```

| | |
|---|---|
| Job number | : 687 |
| Date | : 12-12  05:20pm |
| To | : 94433100 |
| Document pages | : 003 |
| Start time | : 12-12  05:20pm |
| End time | : 12-12  05:21pm |
| Pages sent | : 003 |
| Status | : OK |
| Job number : 687 | *** SEND SUCCESSFUL *** |

---

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
300 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-3144

TELEPHONE No.: (213) 687-5000
FACSIMILE No.: (213) 687-5600

EMAIL: RHERRING@skadden.com

**FACSIMILE TRANSMITTAL SHEET**

FROM: Robert J. Herrington                           DATE: December 12, 2007
DIRECT DIAL: (213) 687-5368                          FLOOR/OFFICE No.: 36
DIRECT FACSIMILE: (213) 621-5368

THIS FACSIMILE IS INTENDED ONLY FOR USE OF THE ADDRESSEE(S) NAMED HEREIN AND MAY CONTAIN LEGALLY PRIVILEGED AND/OR CONFIDENTIAL INFORMATION. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS FACSIMILE, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS FACSIMILE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS FACSIMILE IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL FACSIMILE TO US AT THE ADDRESS ABOVE VIA THE LOCAL POSTAL SERVICE. WE WILL REIMBURSE ANY COSTS YOU INCUR IN NOTIFYING US AND RETURNING THE FACSIMILE TO US.

IF THIS TRANSMISSION IS UNCLEAR OR INCOMPLETE, PLEASE CONTACT THE FACSIMILE DEPARTMENT AT (213) 687-5443.
WHEN TRANSMITTING TO OUR MACHINES, PLEASE INCLUDE YOUR COVER SHEET AND NUMBER ALL PAGES CONSECUTIVELY.

TOTAL NUMBER OF PAGES INCLUDING COVER(S): 3

PLEASE DELIVER THE FOLLOWING PAGE(S) TO:

1. NAME: Mr. B. Dylan Proctor, Esq.          FIRM: Quinn Emanuel Urquhart, etc.
   CITY: Los Angeles                         TELEPHONE No.: (213) 443-3000
   FACSIMILE No.: (213) 443-3100

2. NAME: Mr. Jon D. Corey, Esq.              FIRM: Quinn Emanuel Urquhart, etc.
   CITY: Los Angeles                         TELEPHONE No.: (213) 443-3000
   FACSIMILE No.: (213) 443-3100

MESSAGE: Please see attached letter.

485748.01-Los Angeles Server 1A - MSW

Exhibit 16
Page 202