# EXHIBIT 19

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR EMBARCADERO CENTER

SAN FRANCISCO, CALIFORNIA 94111-5974

TEL: (415) 984-6400
FAX: (415) 984-2698
www.skadden.com

DIRECT DIAL
(415) 984-6450
DIRECT FAX
(415) 984-2698

FIRM/AFFILIATE OFFICES
-----
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEWARK
NEW YORK
PALO ALTO
RESTON
WASHINGTON, D.C.
WILMINGTON
-----
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

November 14, 2007

Jon D. Corey, Esq.
Quinn, Emanuel, Urquhart, Oliver &
Hedges LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543

RE:   Mattel v. Bryant

Dear Jon:

    I write in response to your November 13, 2007 letter, where you advise that "Mattel expects MGA to provide dates for depositions for witnesses who Mattel has requested" at our upcoming meet and confer on November 16.

    Mattel has almost reached its limit of 24 depositions set by the Court's February 12, 2007 order. Indeed, MGA's previous counsel made this point in letters to you dated September 27, 2007, and October 5, 2007. By our count, Mattel has currently used up 18 of its 24 allotment. We understand that Mattel has been pressing in the last couple weeks to schedule the depositions of Jeanne Galvano, Margaret Leahy, Elise Cloonan, Sarah Halpern, Veronica Marlow and Ron Brawer. That brings its total to 24. We will consider the remainder of any outstanding notices withdrawn.

    You indicated in your letter of October 26, 2007, that Mattel intends to seek leave for over 33 additional depositions beyond the 24 limit. We're willing to meet and confer on this issue, as you requested. But the fact discovery cut-off in this matter is looming. At the recent status conference, Mattel opposed the extension of that cut-off by any more than two weeks. Mattel cannot insist on the current schedule and simultaneously hope to "run out the clock" on MGA with additional depositions.

    Further, Mattel can hardly claim prejudice to enforcement of the Court's 24 deposition limit. Over two-thirds of the individuals listed in your October 26 letter were named in Mattel's own disclosures filed almost a year ago, and prior to the order setting the limit. And, by Mattel's own admissions, a large number of the

Exhibit 19
Page 211

Jon D. Corey, Esq.
November 14, 2007
Page 2

additional depositions it appears to be seeking will concern only Phase II issues. While the court has not bifurcated discovery regarding those issues, it vacated the trial date for Phase II, making those matter less of a priority for current scheduling.

    MGA has over 18 depositions remaining under the court's present limit that will need to be scheduled in the next several weeks, not counting Rule 30(b)(6) deponents. Given the court's current discovery cut-off, we anticipate the need to devote almost the entirety of the remaining deposition days to those depositions already noticed or to be noticed by MGA and Carter Bryant, including a very large number of outstanding 30(b)(6) deponents that Mattel still has not provided. As I indicated in my letter earlier today, we'd like to add this to the list of subjects to be discussed at Friday's meet and confer.

                         Sincerely,

                         Raoul D. Kennedy

cc:  Michael Zeller, Esq.
      Matthew Werdegar, Esq.
      Alexander Cote, Esq.

Exhibit 19
Page 212