QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
johnquinn@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
Timothy L. Alger (Bar No. 160303)
(timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Hon. Edward Infante (Ret.) Pursuant To The Court's Order Of December 6, 2006]**<br><br>DECLARATION OF HEIDI FRAHM IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL DEPOSITION OF LITTLER MENDELSON, P.C. PURSUANT TO SUBPOENA<br><br>Hearing Date: TBA<br>Time: TBA<br>Place: TBA<br><br>**Phase 1**<br>Discovery Cut-off: January 28, 2008<br>Pre-trial Conference: April 21, 2008<br>Trial Date: May 27, 2008 |

DECLARATION OF HEIDI FRAHM

I, Heidi Frahm, declare as follows:

1. I am a member of the bar of the State of California and an associate with Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Attached as Exhibit 1 is a true and correct copy of the Notice of Deposition of Michael Moore (in-house counsel for Mattel). This Notice was served on October 12, 2007.

3. Attached as Exhibit 2 is a true and correct copy of a webpage titled "Reasons To Buy," available on the "Evidence Eliminator" website at http://www.evidence-eliminator.com/register_reasons.d2w.

4. Attached as Exhibit 3 is a true and correct copy of one Evidence Eliminator help file available publicly from http://www.download.com/Evidence-Eliminator/3000-2092_4-10206329.html, and identical to a copy found on the image of Carter Bryant's Desktop hard drive.

5. Attached as Exhibit 4 is a true and correct copy of excerpts of the deposition of Richard Irmen, dated September 28, 2007.

6. Attached as Exhibit 5 is a true and correct copy of the Minute Order dated July 5, 2007.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 24, 2007, at Los Angeles, California.

Heidi Frahm

# EXHIBIT 1

CALE..JARED RECEIVED OCT 16 2007

Patricia Glaser, State Bar No. 55668
Amman A. Khan, State Bar No. 196217
Scott E. Gizer, State Bar No. 221962
CHRISTENSEN, GLASER, FINK, JACOBS, WEIL & SHAPIRO, LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920

Dale M. Cendali (admitted *pro hac vice*)
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

Attorneys for Plaintiff MGA Entertainment, Inc.

LAW OFFICES CHRISTENSEN, GLASER, FINK, JACOBS, WEIL & SHAPIRO, LLP 10250 CONSTELLATION BOULEVARD NINETEENTH FLOOR LOS ANGELES, CALIFORNIA 90067 (310) 553-3000

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

CARTER BRYANT, an individual

Plaintiff,

v.

MATTEL, INC., a Delaware corporation

Defendant.

AND CONSOLIDATED ACTIONS

Case No. 04. CV 04-09049 SGL (RNBx)
(consolidated with CV 04-9059 & 05-2727)

**NOTICE OF DEPOSITION OF MICHAEL MOORE**

**Date:** **November 9, 2007**
**Time:** **10:00 a.m.**
**Place:** **Skadden, Arps, et. al.
300 South Grand Avenue
Suite 3400
Los Angeles, CA 90071**

10-12

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff MGA Entertainment, Inc. will take the deposition of Michael Moore on November 9, 2007 at 10:00 a.m. and continuing from day to day thereafter, excluding weekends and holidays, or as otherwise agreed to by counsel, until completed. The deposition will be held at the offices of Skadden, Arps, Slate, Meagher, & Flom, LLP, 300 South Grand Avenue, Suite 3400, Los Angeles, California 90071. This deposition will be taken before a court reporter authorized to administer oaths and will be recorded stenographically (including real-time transcription) and by sound-and-visual means.

Dated: October 12, 2007

Patricia Glaser
Amman A. Khan
Scott E. Gizer
CHRISTENSEN, GLASER, FINK, JACOBS, WEIL & SHAPIRO, LLP

By: ______________________
Scott E. Gizer
Attorneys for Plaintiff
MGA Entertainment, Inc.

LAW OFFICES
CHRISTENSEN, GLASER, FINK, JACOBS, WEIL & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 553-3000

**PROOF OF SERVICE**

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California; I am over the age of 18 and not a party to the within action; my business address is 10250 Constellation Boulevard, Nineteenth Floor, Los Angeles, California 90067.

On October 12, 2007, at the direction of a member of the Bar of this Court, I served the within: NOTICE OF DEPOSITION OF MICHAEL MOORE on the interested parties to this action by delivering a copy thereof in a sealed envelope addressed to each of said interested parties at the following address(es):

SEE ATTACHED LIST

[x] (BY MAIL) I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. This correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business at our Firm's office address in Los Angeles, California. Service made pursuant to this paragraph, upon motion of a party served, shall be presumed invalid if the postal cancellation date of postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this affidavit.

[ ] (BY OVERNIGHT DELIVERY SERVICE) I served the foregoing document by Federal Express, an express service carrier which provides overnight delivery, as follows. I placed true copies of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed to each interested party as set forth above, with fees for overnight delivery paid or provided for.

[ ] (BY PERSONAL SERVICE) I caused such envelope to be delivered by hand to the offices of the above named addressee(s).

[ ] (BY FACSIMILE) I caused such documents to be delivered via facsimile to the offices of the addressee(s) at the following facsimile number:

Executed this 12th day of October, 2007, at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Adele T. Johnson

LAW OFFICES
CHRISTENSEN, GLASER, FINK, JACOBS, WEIL & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 553-3000

SERVICE LIST

Richard B. Goetz, Esq.
Dale M. Cendali, Esq.
Diana M. Torres, Esq.
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071-2899

Thomas J. Nolan, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
300 South Grand Avenue
Suite 3400
Los Angeles, California 90071

Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico S.R.L. de C.V. and Isaac Larian

Michael Zeller, Esq.
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543

Attorneys for Mattel, Inc.

Michael Page, Esq.
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, CA 94111

Attorneys for Carter Bryant

LAW OFFICES
CHRISTENSEN, GLASER, FINK, JACOBS, WEIL & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 553-3000

# EXHIBIT 2

WHERE

Adblock

# evidence eliminator - the world's #1 PC security utility

- Product Info
- Buy Now!
- Screenshots
- Company Info
- Dis-info Centre
- What's New
- Downloads
- FAQs
- Jobs
- Forensic Links
- Key Features
- Reasons To Buy
- Support
- Associate Program
- Associate Logon

Just some reasons why you must buy protection for yourself right now.

Pelican Bay State Prison (USA)

> "....putting a prisoner in a cell with a known assaulter and setting up alleged sex offenders for attack are not uncommon...."

Cocoran Prison (California USA)

> "....Dillard, who weighed 120 pounds, fought back but Robertson was too powerful. He said he pounded on the cell door, banged at it in a way that the guards surely must have heard, but nobody ever came as he was raped...."

The View From Behind Prison Bars (USA)

> "....The guard in the tower decided to blow one of the inmates' heads off.... The suicides at San Quentin are amazing. I never knew doing time would subject me to watching guys do swan dives off the fifth tier. One guy ripped his jugular out with a can opener. How about the inmate who was shot to death while dangling from the fence? They left his body there for four hours.... we were forced to sleep in shifts to keep the cockroaches from crawling in our mouths...."

California Prisons (USA)

> "....One man was shot at point blank range with the 37mm. anti-riot gun.... Beating after full restraint was reported. The body slam is used as punishment. A body slam is a procedure in

which a prisoner who is restrained with hands cuffed behind the back is thrown against a wall or thrown down on the ground unable to protect himself from the fall directly on his face. Prisoners report being dragged on the floor after cuffed in chains..... Prolonged housing in strip cells.... prisoner on prisoner rape...."

Prisoner torture (USA)

"....video tape of the abuse, which included guards forcing dozens of prisoners to crawl naked along prison floors while guards kicked and beat them, zapped their backsides and genitals with stun guns, and had guard dogs bite prisoners...."

Stop Prisoner Rape (USA)

"....Stop Prisoner Rape seeks to end sexual violence committed against men, women, and youth in all forms of detention....."

Prison and jail conditions (USA)

".... US prisons and jails are living in appalling conditions and are subjected to physical and sexual abuse by guards.... restraint chairs and electroshock weapons...."

Torture and abuse of prisoners (USA)

"....More than 1.7 million people are in prisons or jails in the USA.... abuse of inmates.... dangerous and inhuman conditions.... physical and sexual violence.... chemical sprays and electro-shock devices...."

Prisons in the United States

"....Guards are armed with 'nut-guns,' wide-bore guns that fire wildly caroming, acorn-sized 'nuts' at prisoners from close range.....'One guy lost his eye, and since I arrived here three years ago, an acorn took off a guy's nose and plastered it to his cheek'.... The prisoner's hands are cuffed behind his back; his ankles are cuffed; and he is forced to lie face-down on an Army-type cot, his head turned to the side. A second cot is then tightly strapped upside-down over the prisoner and the ends are strapped shut, totally enclosing and immobilizing him..... guards brutally beat prisoners, sometimes while they were in shackles...."

Red Onion State Prison (USA)

"....shot at, shocked with electronic stun devices, beaten.... officer fired shots because inmates didn't go to their rooms fast enough to suit the officer.... handcuff and shackle these inmates.... threw them in the floor face first and beat, kicked and shocked these inmates with stun guns.... inmates had to wear 50,000-volt stun belts... "

Prison Rape (USA)

"....counting gang rapes as a single incident, this give at least 7,150 sexual victimizations a day in jails.... I was knocked unconscious, I came to while being annually penetrated.... In the shower room, they had me on all fours, front and back.... a bunch of guys followed his example. They pissed on me, or pissed into my mouth-had me open up my mouth and then just pissed down my throat.... Over a 1 year period, he was repeatedly gang raped.... he was gang raped by 15 prisoners in the shower.... he was HIV+, infected with the AIDS virus...."

Reasons to Buy - Evidence Eliminator™ http://www.evidence-eliminator.com/register_reasons.d2w

Still not convinced? click here

Get total protection. Buy your license to **Evidence Eliminator™**. $149 is less than 149 years. Permanent protection for only $149.95(US). Click Here To Buy Now.

**Note:** This incredible bargain price cannot continue forever! Current prices should be regarded as temporary — **Buy now and save!**

Adblock

BUY NOW - BEFORE IT'S TOO LAT

Associate Program | Trademarks, Terms and Copyright
Evidence Eliminator recommends alibis.com uncensored newsgroups. Access banned newsgroups now, you'll be amazed what you can find - Click Here

3 of 3

Exhibit 2, Page 8

# EXHIBIT 3

# Welcome!

## Introduction to Evidence Eliminator™ for new users

Welcome to the one and only, original and best **total** hard-drive protection utility - **Evidence Eliminator™**. The program is self-documenting and this Help file has additional instructions to help you understand it completely.

**Evidence Eliminator™** is an easy-to-use powerful and flexible data cleaning system for a single-user Windows PC. Daily use protects you from unwanted data becoming permanently hidden in your PC.

***Speed-Up...*** *your PC and Internet Browser*, reclaim lost Hard Disk space and professionally clean your PC! Make it safer to use the Internet - All in **one click** of your mouse!

**Did you know...** that your computer is spying on you? Did you know for example that every click you make on Windows 98 Start Menu is logged and stored permanently on a hidden encrypted database within your own computer?

**Deleting "internet cache and history", will not protect you...** your PC is keeping records of both your online and off-line activity. Any of the **Web Pages, Pictures, Movies, Videos, Sounds, E-mail and Everything Else** you or anyone else have ever viewed could easily be recovered - even many years later! How would you feel if somebody snooped this information out of your computer and **made it public?** Do your **children or their friends** use your computers? What have they downloaded and tried to delete? Act now! And stop these files coming "back from the dead" to haunt you!

You deserve a far more rewarding and safer Internet experience! Start to enjoy the benefits of a truly clean and faster "Like New" PC!

Just a few
letters of
receive da
satisfied c
around th

Seeing EE
through it
comprehe
up made
so much e
still the m
worthwhil
I have eve
for the co
team is to
commend
for the ex
product, s
upgrading
haven't at
those of u
bought th
its early s
continued
enjoy and
RB, USA

Thank you
a program
person of
computer
can use a
understan
this some
anyone su
should use

Wow!! Th
the best o
support I
had. A rea
answered
quickly. T
making su
product. K

I just dow
installed y
today. I lo
200 Mhz r
noticeably
now has a
100+ meg
space ava
ordered E
Eliminator
evening. T
anything I
date. Plea
the good
USA

...the prog
have desi
simply ex
nothing lil
can compa

Great pro

Exhibit 3, Page 9



**PROTECT YOUR JOB, PROPERTY, FAMILY, CAR, FRIENDS AND YOUR REPUTATION - BEFORE IT'S TOO LATE!**

**You are being watched...** how about your **Boss**? Do you surf the internet and send **E-mail** at work? Your work PC will be **full of evidence.** It is becoming common in the workplace for companies to copy and investigate the contents of workers computers out of hours - without your consent or knowledge. This is perfectly legal and it is happening **now!** Your job could be at risk, what would happen to you if you **lost your job**? People like you are losing their jobs right now because of their Internet activities in **America** and the **UK.**

According to an **APBNews** report, 73.5% of all companies **admit** they "*record and review their employees' communications and activities on the job.*"

There is no need for you to play Russian roulette with your job, family, car, property and everything else that depends on it! Act now! We can help, **Evidence Eliminator™** can protect you from the dangers of the Internet! Use **Evidence Eliminator™** today and transform your computer into a safe, clean and faster machine!

Do you have an ex-spouse or ex-partner with a grudge against you, have you been "Grassed"? Has anyone ever put a floppy disk in your computer? Is someone after your job? Can you honestly say that you **really know for sure** what may have been accidentally downloaded or purposefully hidden on your PC?

If you have a business, protect your workplace and computers with **Evidence Eliminator™**. Don't get investigated **- get protected!**

**It is a proven fact...** routine Forensic Analysis equipment such as **EnCase** and

need to g
message a
widely! Ar
teenage s
how likely
something
is lurking
...Well - n
impressive
the whole
a certain '
quality' at
seemed w
buying... !
right - mo
spent! SC

Just want
"THANK Y
a GREAT
does an a
of finding
removing
don't reall
leave on t
equipmen
want to e
appreciati
rapid resp
registratic
I am looki
to the upc
that is sup
released s
Thank you
excellent
quick regi
ease of m

It appears
useful as
cleaner as
security p
...I appre
response
up. I've n
any comp
up as well
have. Tha
GB, USA

Evidence-
the perfec
casual or
internet u
makes pu
online. Th
secure de
that migh
store fina
informatic
hard drive
wiped clea
fear of it
accessed
Overall, a
OUTSTAN
program a
every pen
spread th
my colleag

Exhibit 3, Page 10

**F.R.E.D.** used by Private and Business Investigators, Law-Enforcement and others, can recover evidence from parts of your hard drive that you thought were empty, **parts that you had cleaned.**

**Your hard drive might appear clean...** but still be full of **'sensitive material'** that you did not want to download in the first place and it might very well be a **Serious Criminal Offence** in your country to have that data stored on your computer even if you didn't know it was still there. **You could go to Jail!** Pressing 'Delete' or emptying your 'Recycle Bin' - or even 'Formatting' your disk - simply **will not work**, the **'sensitive material'** will still remain on your hard drive!

**You will be held responsible** for any data which you allow to remain on your computer, even if it was only by accident. Even files and **Internet Searches** you have made which you thought you had never "saved to disk" can be recorded as **permanent evidence** on your hard drive.

**You now have total protection...** If you do not use **Evidence Eliminator™** your PC is "a ticking **Time Bomb** waiting to go off!" Only with **Evidence Eliminator™** can you get the protection you deserve, only now can you use your PC to explore the Internet with confidence.

The distinctive style and unsurpassed quality of **Evidence Eliminator™** and it's rapid ongoing development and success have firmly established **Evidence Eliminator™** as the **world's premiere** computer hard drive cleansing system!

**Evidence Eliminator™** is a powerful and easy-to-use program, no other commercially available program can do the same job. Every day, **Evidence Eliminator™** quickly and professionally deep cleans your computer of 'sensitive material', leaving you with a clean PC, a clean conscience and instant **peace of mind.**

**We are so confident** that you will want to keep **Evidence Eliminator™** protecting you and your interests we have given you this unbeatable deal, you now have **Evidence Eliminator™** software and we have included **free** lifetime Technical Support **and** because you ordered within the **limited period** you receive **free** lifetime Upgrades! Use **Evidence Eliminator™** today and start to enjoy the benefits of a truly clean and faster "Like New" PC!

this fanta: make sur computer an everyd USA

Even mor a software that has s positive a trouble sh (an all toc occurrenc response of my last you. Cong on your professior Customer is really ir and appre USA

Until I trie unique pr spent sev each weel reducing t my regist to elimina numerous entries th accumulat time I ins software c time on th GC, USA

Your cour kindness a responses emails is v and all toc days. Tha sincerely.

This is a g - it takes essential c important maintenar click. Thai BI, USA

Your Supp problem h second to will recom you and y to other p on the ba: after sales support yo given me 10-14 day

Hi guys.. I love this program.. does it giv

Exhibit 3, Page 11



SPEED-UP YOUR PC AND INTERNET BROWSER - MAKE IT SAFER TO USE THE INTERNET!

of mind b
garbage t
hang arou
months, i
my hard c
of unwant
USA

This is to
software
introduce
public!...
been such
to use. I a
family and
about you
product...
impressec
program I
mine as s
could. Tha
not only y
but also f
actively in
Technical
anywhere
cyberspac
sincere gr
you all. D

I'm truly a
you can p
sort of qu
price you
wishes. J

Thank you
everything
kind of pr
will use fo
USA

**Working deep below your Windows operating system... Evidence Eliminator™** employs the exact same sector analysis technology as available in ultra-high-priced tools available to law-enforcement agencies, for example the **FBI**. After identifying and analyzing the unwanted data hidden in your drives, **Evidence Eliminator™** destroys it with **proven methods of secure disposal** similar to US Department of Defense standards for destruction of classified material.

**Award winning... Evidence Eliminator™** has been featured on TV, Radio shows, many top Magazines and has been decorated with high praise, admiration and awards:

*"performs its stated goal admirably...Short of dousing it with gasoline and setting it ablaze, the only way to keep things spotless and shiny clean is with Evidence Eliminator."* Slaughterhouse.com "Pick Of the Day" **Click here to read review**

*"an ultra-powerful application... Evidence Eliminator keeps your system running fast and on the right side of the law... Evidence Eliminator really is an excellent program for protecting your privacy."* RocketDownload.com "5-Smileys Award" **Click here to read review**

*"it performs secure file wipes, making it all but impossible to recover data within... Evidence Eliminator is thorough yet very easy to set up and use"* ZDNet PC Magazine "5-Star Editors Pick" and "ZDNet 7th Annual Awards Finalist" **Click here to read review**

**The fact is...** your computer is spying on you and is filling up with evidence, only **Evidence Eliminator™** can protect and help you. In tests, **Evidence Eliminator™**

Exhibit 3, Page 12

defeats **EnCase** and other Forensic Analysis equipment as used by investigators, police and government agencies.

**To protect and to serve the public...** that is our mission! Employers, parents, surfers and Internet professionals from all over the world use, trust and depend upon **Evidence Eliminator™**'s state-of-the-art technology. Even the best Forensic Laboratory Analysis with electron microscopes is no match for **Evidence Eliminator™**'s formidable display of new, innovative, World-Leading data destruction technologies.

**Whatever reasons you have...** for needing **Evidence Eliminator™**, one thing is for sure - you are about to transform your computer into a safe, clean and faster machine!

**Easy to use... Evidence Eliminator™** is **the** essential one-click user-friendly technology for the security-conscious surfer. If you use just one program on your PC - make it **Evidence Eliminator™** use it now before it's too late!

---

This help file and associated program are copyright © 1999 - 2001 Robin Hood Software Ltd. **http://www.evidence-eliminator.com** Please read License.txt enclosed with your program for legal disclaimers and terms of use. We do not encourage anybody to download banned material from the Internet and accept no responsibility if anybody does.

# EXHIBIT 4

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

CARTER BRYANT, an individual,

Plaintiff,

vs. No. CV04-9049 SGL (RNBx)

MATTEL, INC., a Delaware corporation,

Defendants.

CERTIFIED COPY

AND CONSOLIDATED ACTIONS.

VIDEOTAPED DEPOSITION OF RICHARD IRMEN

San Francisco, California

Friday, September 28, 2007

REPORTED BY:
MONICA LEPE-GEORG
CSR No. 11976

Job No. 1-74003

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

CARTER BRYANT, an individual,

Plaintiff,

vs. No. CV04-9049 SGL (RNBx)

MATTEL, INC., a Delaware corporation,

Defendants.

AND CONSOLIDATED ACTIONS.

VIDEOTAPED DEPOSITION OF RICHARD IRMEN, taken on behalf of Plaintiff, at Keker & Van Nest, 710 Sansome Street, San Francisco, California beginning at 9:36 a.m. and ending at 7:18 p.m., on Friday, September 28, 2007, before Monica Lepe-Georg, Certified Shorthand Reporter No. 11976

APPEARANCES:

For the Plaintiff:

KEKER & VAN NEST
Attorneys at Law
710 Sansome Street
San Francisco, California 94111-1704
BY: CHRISTA MARTINE ANDERSON, ESQ.
415.391.5400
E-mail: canderson@kvn.com

For the Defendants:

QUINN EMANUEL URQUHART OLIVER & HEDGES
Attorneys at Law
865 S. Figueroa Street
10th Floor
Los Angeles, California 90017
BY: MICHAEL T. ZELLER, ESQ.
BRIDGET A. HAULER, ESQ.
213.624.7707
E-mail: michaelzeller@quinnemanuel.com
bridgethauler@quinnemanuel.com

Also present:

VINCENT SPANIER, Videographer

him about that.

18:17:30 Q. When you say you had seen it running, you saw the Evidence Eliminator program running on the computer?

18:17:37 A. Yeah, the screen thing and whatever, it had lines or --

18:17:43 Q. And did you see this for the first time when you and Carter were in the Gardena house?

18:17:50 A. I believe that was in the Nixa house where I seen it.

18:17:55 Q. And is it fair to say that you hadn't seen it running prior to the time that you were in the Nixa house?

18:18:03 A. I don't recall, but I'm not really sure about that either.

18:18:07 Q. It's fair to say that the first recollection you have of seeing it running was when you were in the Nixa house?

18:18:14 A. Yes.

18:18:14 Q. And tell me if I'm wrong, but it sounded like you had seen this running more than once; is that correct?

18:18:21 A. Probably did.

18:18:23 Q. That's your best recollection?

18:18:25 A. Yes.

18:18:31 Q. Were you involved in any way in the purchase of the Evidence Eliminator program that was on the desktop computer?

MS. ANDERSON: Lacks foundation.

THE WITNESS: No, I wasn't.

BY MR. ZELLER:

18:18:45 Q. Do you -- do you know how Carter went about obtaining that program?

MS. ANDERSON: Calls for speculation.

THE WITNESS: I do not.

BY MR. ZELLER:

18:18:52 Q. Do you have any knowledge or information as to why Carter obtained that program?

MS. ANDERSON: Calls for speculation.

THE WITNESS: My understanding is -- is that when you ran that at the end of the day or once a week or whatever, that it kept your files clean from viruses and it kept your computer running tiptop.

BY MR. ZELLER:

18:19:18 Q. And this understanding that you mentioned was based upon what Carter told you?

18:19:23 A. Yes.

18:19:26 Q. Was that understanding based on anything other than what Carter told you?

18:19:30 A. No.

18:19:33 Q. Is it fair to say that the only knowledge that you have about why Evidence Eliminator was installed and run on the desktop computer was what Carter told you?

18:19:48 A. Yes. That's the only information that I have about the program.

18:19:54 Q. Did you, yourself, ever run it?

18:19:57 A. No.

18:20:08 Q. And do you know where that desktop computer is today?

MS. ANDERSON: Calls for speculation. Lacks foundation.

THE WITNESS: No, I do not.

BY MR. ZELLER:

18:20:17 Q. When did you last know where the desktop computer was?

18:20:21 A. I believe it went with our lawyers. The lawyers got it somewhere.

18:20:34 Q. When is it that -- what's the time period in which you last knew where the desktop computer was?

18:21:00 A. '04 -- it was involved with this case.

18:21:10 Q. As of April of 2004 were you living in the Nixa house?

A. No.

Q. Where were you living as of April of 2004?

A. The Farm Road 115 home.

Q. As of that time, did you and Carter still have that desktop computer?

MS. ANDERSON: Vague.

THE WITNESS: No, we did not.

MR. ZELLER: Well, I could rephrase it.

Q. As of April of 2004 where, to your knowledge, was that desktop computer?

A. We had given it to Carter's niece, Brooke.

Q. That's Brooke Gilbert?

A. Yes.

Q. And when is it that Carter had given the desktop computer to Brooke Gilbert?

A. I don't recall -- I don't recall exactly.

Q. Do you recall generally?

A. When we lived in Missouri.

Q. Are you able to tell me whether it was a year before April of 2004, two years before then that Carter had given the computer to Brooke Gilbert?

A. I don't know when he gave it to her.

Q. How do you know that Carter gave it to Brooke?

I, the undersigned, a Certified Shorthand Reporter of the State of California, do hereby certify:

That the foregoing proceedings were taken before me at the time and place herein set forth; that any witnesses in the foregoing proceedings, prior to testifying, were duly sworn; that a record of the proceedings was made by me using machine shorthand which was thereafter transcribed under my direction; that the foregoing transcript is a true record of the testimony given.

Further, that if the foregoing pertains to the original transcript of a deposition in a Federal Case, before completion of the proceedings, review of the transcript [ ] was [X] was not requested.

I further certify I am neither financially interested in the action nor a relative or employee of any attorney or party to this action.

IN WITNESS WHEREOF, I have this date subscribed my name.

Dated: OCT 12 2007

MONICA LEPE-GEORGE
CSR No. 11976

# EXHIBIT 5

THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(D).

**PRIORITY SEND**
& ENTERED

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA 92501
CIVIL MINUTES – GENERAL

Case No. CV 04-09049 SGL(RNBx) Date: July 2, 2007

Title: CARTER BRYANT -v- MATTEL, INC. AND CONSOLIDATED ACTIONS

=====================================================================

PRESENT: HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

Jim Holmes
Courtroom Deputy Clerk

Theresa Lanza
Court Reporter

ATTORNEYS PRESENT FOR CARTER BRYANT:

John W. Keker

ATTORNEYS PRESENT FOR MATTEL:

John B. Quinn
Brett Dylan Proctor
Michael T. Zeller

ATTORNEYS PRESENT FOR MGA:

Dale M. Cendall
Patricia Glaser

ENTERED
CLERK, U.S. DISTRICT COURT
JUL - 5 2007
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION BY DEPUTY

DOCKETED ON CM
JUL - 5 2007
BY
164

PROCEEDINGS: MINUTE ORDER

As set forth more fully herein, the Court hereby makes the following ruling regarding matters heard on July 2, 2007:

(1) The Court **GRANTS** Mattel's Motion *re* Trial Structure (docket #462);

(2) The Court **GRANTS IN PART AND DENIES IN PART** MGA's Motion re Discovery Master's May 15, 2007, Order (docket #505);

(3) The Court **GRANTS IN PART AND DENIES IN PART** MGA's Ex Parte Application

regarding date of production of documents (docket #545); and

(4)   The Court **DENIES** MGA's Motion re Discovery Master's May 16, 2007, Order (docket #508).

(5)   The Court **DENIES** the parties' oral request for modification of pretrial and trial dates.

(1)   Motion re Trial Structure (docket #462)

Previous orders of the Court specified that the claims and counterclaims brought in this action will be tried in two phases. The parties have agreed, in large part, to a refinement of the Court's mandate that all issues regarding the ownership of Bratz shall be tried in Phase 1. Where the parties differ is upon a proposal by Mattel that the Phase 1 be bifurcated into two sub-phases, with Mattel's copyright infringement claim (its first counterclaim in the 05-02727 case) and all Phase 1 damages being tried after all the other issues. Phase 1(a) would be limited to issues surrounding Carter Bryant's employment with Mattel, and how those issues impact the ownership of certain original Bratz drawings, while Phase 1(b) would address approximately two-hundred Bratz products that are potentially derivative of the original drawings. This approach has the appeal of limiting Phase 1(a) to discrete issue of the ownership of the original Bratz drawings. A finding that Bryant owns these original drawings in Phase 1(a) has the potential to eliminate the need for Phase 1(b).

Accordingly, **THE COURT ADOPTS MATTEL'S MODIFICATION OF DEFENDANTS' PROPOSAL**, as set forth at 8-9 of its Memorandum Regarding Trial Structure, filed June 20, 2007. Phase 1(a) and Phase 1(b) (if necessary) will be tried to the same jury.

(2)   MGA's Motion re Discovery Master's May 15, 2007, Order (docket #505), and
(3)   MGA's Ex Parte Application regarding date of production of documents (docket #545).

The Discovery Master's May 15, 2007, Order compels production of documents regarding ink, paper, and chemical analysis and documents relating to unreleased MGA products. The order required that documents be produced no later than the end of May.

The Court reviews the Discovery Master's orders under the "clearly erroneous" or "contrary to law" standard set forth in Fed. R. Civ. P. 72(a).

The Discovery Master's order compels the production of only non-privileged documents. Therefore, MGA's arguments that the Discovery Master's order requires production of documents in violation of the attorney-client privilege are misplaced. If the only responsive documents are privileged, then MGA need not produce them, but must produce a privilege log.

MGA acknowledges that it has raised an argument before the Court that was not raised

before the Discovery Master, namely, that Mattel has failed to establish that there are "exceptional circumstances" that allow Mattel to "discover facts known or opinions held by an expert . . . who is not expected to be called as a witness at trial." Fed. R. Civ. P. 26(b)(4)(B). MGA contends that the Discovery Master's order is contrary to law based on this standard, and that it was incumbent upon Mattel to raise it below. The Court disagrees. Mattel would be required to establish that exceptional circumstances existed if MGA objected to production on that grounds. A party seeking production cannot be expected to rebut all arguments that could possibly be raised by a party resisting production. MGA has not convinced the Court that the Discovery Master's failure to require Mattel to rebut an argument that was not raised by MGA is contrary to law.

MGA contends that the Discovery Master's order compelling production of documents regarding unreleased products is contrary to law. Relevant to that determination is a balancing test required to be applied by the Ninth Circuit when trade secrets are requested by a competitor in discovery. See Brown Bag Software v. Symantec Corp., 960 F.2d 1465, 1470 (9th Cir. 1992) ("Specifically, in this case we must balance the risk to [defendant] of inadvertent disclosure of trade secrets to competitors against the risk to [plaintiff] that protection of [defendant's] trade secrets [will] impair[] prosecution of [plaintiff's] claims.").

Here, the documents sought are of a particularly sensitive nature. They represent some of the most secretive documents maintained by MGA, and they are being ordered to be produced to MGA's fierce competitor. The Discovery Master recognized the sensitive nature of the documents and entered a strict protective order that severely limits access to those documents and that goes well beyond the normal "attorney eyes only" designation.

MGA argues that unreleased products are irrelevant to the issue of who owns the original Bratz drawings. That is clear. However, MGA's argument attempts to limit the discovery to issues involved in Phase 1 of the trial. There has been no bifurcation of discovery.

Mattel correctly points out that these documents are relevant to a number of its other claims. Specifically, if they show unreleased products that are similar to Mattel's unreleased products, the documents would be highly probative of Mattel's misappropriation of trade secrets claim. Moreover, these documents could be relevant to Mattel's RICO claims based on alleged acts of criminal copyright infringement.

Balancing tests are inherently subjective and particularly susceptible to varying interpretation by individual judicial officers. This Court, upon considering this issue from the outset, may very well have weighed the evidence differently and reached a contrary result. However, this Court is bound by the standard of review, and MGA's motion falls far short of convincing the Court that the Discovery Master's order is contrary to law.

The parties have a long history regarding the production of documents ordered in the May 15, 2007, Order, which is set forth in their papers and which need not be repeated here. Counsel for MGA represented that the remaining documents could be produced no later than July 31, 2007, with the exception of the documents from MGA Hong Kong, which could be produced no

later than two weeks after that date. Accordingly, the Court **ORDERS** that MGA complete the document production set forth in the Discovery Master's May 15, 2007, order no later than July 31, 2007, with the exception of the documents from MGA Hong Kong, which shall be produced no later than August 14, 2007.

Accordingly, the Court **GRANTS** in part MGA's motion re the Discovery Master's May 15, 2007, Order, extending the document production date as set forth above. The Motion is **DENIED** in all other respects.

Likewise, the Court **GRANTS** in part MGA's ex parte application re date of production of documents, extending the document production date as set forth above. The application is **DENIED** in all other respects.

(4) MGA's Motion re Discovery Master's May 16, 2007, Order (docket #508)

The Discovery Master's May 16, 2007, Order compelled the Rule 30(b)(6) depositions of witnesses on the topics of MGA's net worth, prior sworn statements, and ink, paper, and chemical analysis performed by MGA.

> A party may in the party's notice and in a subpoena name as the deponent a public or private corporation or a partnership or association or governmental agency and describe with reasonable particularity the matters on which examination is requested. In that event, the organization so named shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. . . . The persons so designated shall testify as to matters ***known or reasonably available*** to the organization.

Fed. R. Civ. P. 30(b)(6) (emphasis added). "The purpose behind Rule 30(b)(6) is to create testimony that will bind the corporation." Sanders v. Circle K Corp., 137 F.R.D. 292, 294 (D. Ariz. 1991) (internal citation omitted). Another purpose of Rule 30(b)(6) is aptly described by the District Court for the District of Columbia:

> [The purpose of Rule 30(b)(6) is to] prevent[] serial depositions of various witnesses without knowledge within an organization and eliminating 'bandying', which is the name given to the practice in which people are deposed in turn but each disclaims knowledge of facts that are clearly known to persons in the organization and thereby to the organization itself.

Alexander v. F.B.I., 186 F.R.D. 148, 152 (D.D.C. 1999) (citing the 1970 Advisory Committee Notes to Rule 30(b)(6)).

The Discovery Master's order compelling Rule 30(b)(6) depositions in the specified

categories serve both these purposes and is not contrary to law.

Although MGA's net worth may not be known to it, MGA does not contend that the information is not readily available. That net worth is generally the subject of expert testimony at trial -- a proposition disputed by neither Mattel nor the Court -- does not render it an improper subject for a Rule 30(b)(6). Therefore, the Discovery Master's ruling on this issue is not contrary to law.

MGA likewise does not contend that information regarding prior sworn statements are not readily available to it. Although contending that this is not an appropriate subject for a Rule 30(b)(6) deposition, MGA fails to cite authority in support of that contention. Therefore, the Discovery Master's ruling on this issue is not contrary to law.

The ink, paper, and chemical analysis topic is likewise a proper subject of a Rule 30(b)(6) deposition. To the extent that such a deposition has the potential to encroach upon information protected by the work-product privilege, then that objection must be made on a question-by-question basis. MGA may not make a blanket objection and justify its refusal to produce a Rule 30(b)(6) designee on this topic based on that blanket objection. Therefore, the Discovery Master's ruling on this issue is not contrary to law.

Accordingly, the Court **DENIES** MGA's motion re the Discovery Master's May 16, 2007, Order.

(5) Oral Request for Modification of pretrial and trial dates.

Although no motion or ex parte application on the subject was pending before the Court, the parties made an oral request at the hearing to continue certain pretrial and trial dates. A discussion ensued and it became apparent that no final agreement was reached by the parties regarding extending these dates. Accordingly, the Court **DENIES** the parties' oral request for modification of pretrial and trial dates. The Court will consider counsels' stipulation regarding extensions of those dates only where all counsel unqualifiedly stipulate to those dates. Until the scheduling order is modified by the Court, the dates previously set by the Court remain in effect. In addition, the Court is unlikely to entertain a continuance of the Phase 1 trial past April, 2008.

IT IS SO ORDERED.