# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV04-9049 SGL (RNBx) |
| v. | |
| MATTEL, INC., | ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENTS |
| DEFENDANT(S). | |

The Court hereby **ORDERS** the documents listed below be **STRICKEN** for failure to comply with the Local Rules, General Order 05-01 and/or the Court's Case Management Order as indicated:

| Date Filed | Doc. No. | Title of Document |
|---|---|---|
| 12/11/07 | / | Mattel Inc.'s Notice of Motion and Motion to Compel Kaye Scholer to Produce Documents; Memorandum of Points & Authorities |
| 12/11/07 | / | Declaration of Juan Pablo Alban in support of Mattel Inc.'s Motion to Compel Kay Scholer to Produce Documents |

- ☐ Local Rule 11-3.1   Document not legible
- ☐ Local Rule 11-3.8   Lacking name, office address, e-mail address, phone and facsimile numbers
- ☐ Local Rule 15.1   Proposed amended pleading not attached
- ☐ Local Rule 11-6   Memorandum/brief exceeds 25 pages
- ☐ Local Rule 11-8   Memorandum/brief exceeding 10 pages shall contain table of contents
- ☐ Local Rule 7.1-1   No Certification of Interested Parties
- ☐ Local Rule 6.1   Written notice of motion lacking or timeliness of notice incorrect
- ☐ Local Rule 56-1   Statement of uncontroverted facts and/or proposed judgment lacking
- ☐ Local Rule 56-2   Statement of genuine issues of material fact lacking
- ☐ Local Rule 7-19.1   Notice to other parties of ex parte application lacking
- ☐ Local Rule 16-6   Pretrial conference order not signed by all counsel
- ☐ FRCvP Rule 5(d)   No proof of service attached to document(s) for non-electronically served parties
- ☐ For non-compliance with the Court's Case Management Order. Any future pleadings or documents must be filed in conformity with the explicit and detailed instructions contained in the Case Management Order.
- ☑ Other   See Attachment re: Electronic Filing Requirements.

Dated: 12-19-07

By: _____
U.S. District Judge / U.S. Magistrate Judge

Note: Please refer to the court's Internet website at www.cacd.uscourts.gov for Local Rules, General Order 05-01 and applicable forms.

Counsel shall e-file all civil and criminal filings for JUDGE LARSON pursuant to General Order 07-08, filed on November, 2007, (Supersedes G. O. Nos. 03-06, 05-01 and 06-07) and as follows:

- **Step 1:** All *non-signature* items shall be e-filed in **pdf format**
  All *proposed signature items* shall be e-filed as **a separate document in pdf format**

- **Step 2:** All proposed *signature* items shall be e-mailed to the chambers mailbox: **sgl(***underscore***)chambers@cacd.uscourts.gov** in **Word or Wordperfect format**

- **Step 3:** A paper copy of all e-filed documents shall be delivered to chambers **within 24 hours** of e-filing **or on the same day, if priority processing is being requested.** All copies delivered to chambers shall have the Notice of E-filing attatched.

## FOR UNDER SEAL FILINGS:

Process documents the traditional way, but attach Notice of Manual Filing to the paper copies delivered to chambers. DO NOT SEND THESE DOCUMENTS TO THE CHAMBERS MAILBOX.

**DO NOT OMIT ANY OF THE ABOVE STEPS.**

For any additional questions, please refer to the General Order or call the helpline @ 213-894-0242 or 714-228-2888.