1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
    John B. Quinn (Bar No. 090378)
2   (johnquinn@quinnemanuel.com)
    Michael T. Zeller (Bar No. 196417)
3   (michaelzeller@quinnemanuel.com)
    Jon D. Corey (Bar No. 185066)
4   (joncorey@quinnemanuel.com)
    Timothy L. Alger (Bar No. 160303)
5   timalger@quinnemanuel.com
   865 South Figueroa Street, 10th Floor
6  Los Angeles, California  90017-2543
   Telephone:  (213) 443-3000
7  Facsimile:   (213) 443-3100

8  Attorneys for Mattel, Inc.

9
                UNITED STATES DISTRICT COURT
10
               CENTRAL DISTRICT OF CALIFORNIA
11
                     EASTERN DIVISION
12

13 CARTER BRYANT, an individual,    | CASE NO. CV 04-9049 SGL (RNBx)
                                    |
14              Plaintiff,           | Consolidated with Case No. CV 04-09059 &
                                    | Case No. CV 05-02727
        vs.                         |
15                                  | **DISCOVERY MATTER**
16 MATTEL, INC., a Delaware         |
   corporation,                     | **[To Be Heard By Discovery Master Hon.
                                    | Edward Infante (Ret.)]**
17              Defendant.           |
                                    | MATTEL, INC.'S APPLICATION TO
18                                  | FILE UNDER SEAL CERTAIN EXHIBITS
   AND CONSOLIDATED                 | TO THE DECLARATION OF TIMOTHY
19 ACTIONS                          | L. ALGER IN SUPPORT OF MATTEL,
                                    | INC.'S RENEWED MOTION FOR
20                                  | RECONSIDERATION OF THE
                                    | SEPTEMBER 12, 2007 ORDER
21                                  | GRANTING IN PART AND DENY IN
                                    | PART MGA'S MOTION TO COMPEL
22                                  | PRODUCTION OF DOCUMENTS; AND
                                    |
23                                  | [PROPOSED] ORDER
                                    |
24                                  | Date:  January 3, 2008
                                    | Time:  1:30 p.m.
25                                  | Place: JAMS
                                    |
26                                  | Discovery Cutoff:      January 28, 2008
                                    | Pre-Trial Conference:  May 5, 2008
27                                  | Trial Date:            May 27, 2008

28

07209/2328133.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, plaintiff and counter-defendant Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal Exhibits 2 and 9 to the concurrently filed Declaration of Timothy L. Alger in Support of Mattel, Inc.'s Renewed Motion for Reconsideration of the September 12, 2007 Order Granting in Part and Denying in Part MGA's Motion to Compel Production of Documents (the "Alger Declaration").

The Alger Declaration attaches as exhibits documents that Mattel or MGA have designated as "Confidential" or "Confidential—Attorneys' Eyes Only" pursuant to the Protective Order. MGA has designated Exhibit 2 to the Alger Declaration as "Confidential." Mattel has designated Exhibit 9 to the Alger Declaration as "Confidential—Attorneys' Eyes Only." Mattel requests that the Court order that these exhibits be filed under seal.

Mattel has filed a public redacted version of the Alger Declaration, from which the aforementioned exhibits have been removed.

DATED: December 18, 2007

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Timothy L. Alger
Timothy L. Alger
Attorneys for Mattel, Inc.

## [~~PROPOSED~~] ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Exhibits 2 and 9 to the concurrently filed Declaration of Timothy L. Alger in Support of Mattel's Renewed Motion for Reconsideration of the September 12, 2007 Order Granting in Part and Denying in Part MGA's Motion to Compel Production of Documents, are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: 12/21, 2007

Hon. Stephen G. Larson
United States District Judge