**QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP**
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  timalger@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> MATTEL, INC., a Delaware corporation, <br><br> Defendant. <br><br> AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx) <br><br> Consolidated with Case No. CV 04-09059 & Case No. CV 05-02727 <br><br> **DISCOVERY MATTER** <br><br> **[To Be Heard By Discovery Master Hon. Edward Infante (Ret.)]** <br><br> MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBIT 14 TO THE DECLARATION OF SCOTT B. KIDMAN IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY ISAAC LARIAN AND FOR AWARD OF MONETARY SANCTIONS <br><br> [~~PROPOSED~~] ORDER <br><br> Hearing Date: TBA <br> Time: TBA <br> Place: TBA <br><br> **Phase 1:** <br><br> Discovery Cut-off: January 28, 2008 <br> Pre-trial Conference: April 21, 2008 <br> Trial Date: May 27, 2008 |

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, plaintiff and counter-defendant Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal Exhibit 14 to the concurrently filed Declaration of Scott B. Kidman in Support of Mattel, Inc.'s Motion to Compel Production of Documents By Isaac Larian and for Award of Monetary Sanctions (the "Declaration").

The Declaration attaches as an exhibit a document MGA Entertainment, Inc. has designated as "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order. MGA has designated Exhibit 14 as "Confidential--Attorneys' Eyes Only." Accordingly, Mattel requests that the Court order that Exhibit 14 to the Declaration be filed under seal.

DATED: December 19, 2007        QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By _Scott Kidman (csw)_
Scott B. Kidman
Attorneys for Mattel, Inc.

1
2                            [~~PROPOSED~~] ORDER
3
4        Based on the above Application, and good cause appearing for the
5 entry thereof, IT IS HEREBY ORDERED:
6        Exhibit 14 to the concurrently filed Declaration of Scott B. Kidman in
7 Support of Mattel, Inc.'s Motion to Compel Production of Documents By Isaac
8 Larian and for Award of Monetary Sanctions, are ORDERED filed under seal
9 pursuant to Local Rule 79-5.1.
10
11 DATED:     12/21   , 2007    _____
                                 Hon. Stephen G. Larson
12                               United States District Judge

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On December 19, 2007, I served true copies of the following document(s) described as **MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBIT 14 TO THE DECLARATION OF SCOTT B. KIDMAN IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY ISAAC LARIAN AND FOR AWARD OF MONETARY SANCTIONS; [PROPOSED] ORDER** on the parties in this action as follows:

Thomas J. Nolan
**Skadden, Arps, Slate, Meagher & Flom LLP**
300 South Grand Ave., Ste. 3400
Los Angeles, California 90071
*Attorneys for MGA ENTERTAINMENT, INC.*

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 19, 2007, at Los Angeles, California.

_____
NOW LEGAL -- Dave Quintana

07209/2169461.1

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On December 19, 2007, I served true copies of the following document(s) described as **MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBIT 14 TO THE DECLARATION OF SCOTT B. KIDMAN IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY ISAAC LARIAN AND FOR AWARD OF MONETARY SANCTIONS; [PROPOSED] ORDER** on the parties in this action as follows:

| | |
|---|---|
| John W. Keker<br>Michael H. Page<br>Christa M. Anderson<br>**Keker & Van Nest, LLP**<br>710 Sansome Street<br>San Francisco, CA 94111<br>*Attorneys for CARTER BRYANT* | Mark E. Overland, Esq.<br>David E. Scheper, Esq.<br>Alexander H. Cote, Esq.<br>**Overland Borenstein Scheper & Kim, LLP**<br>300 South Grand Avenue<br>Suite 2750<br>Los Angeles, CA 90071-3144<br>*Attorneys for Carlos Gustavo Machado* |

**BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 19, 2007, at Los Angeles, California.

Yalonda J. Dekle

07209/2081332.1