QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

FILED
CLERK, U.S. DISTRICT COURT
DEC 20 2007
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

CARTER BRYANT, an individual,

  Plaintiff,

vs.

MATTEL, INC., a Delaware corporation,

  Defendant.

AND CONSOLIDATED ACTIONS

CASE NO. CV 04-9049 SGL (RNBx)
Consolidated with
Case Nos. CV 04-09059 & CV 05-2727

**DISCOVERY MATTER**

[To Be Heard By Discovery Master Hon. Edward Infante (Ret.) Pursuant To The Court's Order Of December 6, 2006]

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS TO THE DECLARATIONS OF JON D. COREY AND MICHAEL MOORE IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA'S AND CARTER BRYANT'S MOTION TO OVERRULE MATTEL'S RELEVANCE OBJECTION AND COMPEL DISCOVERY RELEVANT TO STATUTE OF LIMITATIONS AND LACHES DEFENSES

[PROPOSED] ORDER

Date: January 3, 2008
Time: 1:30 p.m.
Place: JAMS
  Two Embarcadero Center
  Suite 1500
  San Francisco, California

**Phase 1**
Discovery Cut-Off: January 28, 2008
Pre-Trial Conference: May 5, 2008
Trial Date: May 27, 2008

07209/2329785.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal Exhibits 1, 2 and 3 to the Declaration of Jon D. Corey and Exhibit 1 to the Declaration of Michael Moore in support of its concurrently filed Opposition to MGA's and Carter Bryant's Motion to Overrule Mattel's Relevance Objection and Compel Discovery Relevant to Statute of Limitations and Laches Defenses.

Exhibits 1, 2 and 3 to the Declaration of Jon D. Corey and Exhibit 1 to the Declaration of Michael Moore contain documents that MGA and/or Bryant have designated as "Confidential" or "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order. Accordingly, Mattel requests that the Court order that these exhibits be filed under seal.

In the alternative, Mattel requests that the Court declare that these exhibits are outside the definitions of "Confidential" and "Confidential--Attorneys' Eyes Only" as contained in the Stipulated Protective Order and order them to be filed as part of the public record.

DATED: December 19, 2007          QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Jon D. Corey
Jon D. Corey
Attorneys for Mattel, Inc.

## [PROPOSED] ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Exhibits 1, 2 and 3 to the Declaration of Jon D. Corey and Exhibit 1 to the Declaration of Michael Moore in support of Mattel, Inc.'s concurrently filed Opposition to MGA's and Carter Bryant's Motion to Overrule Mattel's Relevance Objection and Compel Discovery Relevant to Statute of Limitations and Laches Defenses are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: 12/20, 2007

_____
Hon. Stephen G. Larson
United States District Judge