QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

FILED
CLERK, U.S. DISTRICT COURT
DEC 20 2007
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION   BY DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To be Heard by Discovery Master Hon. Edward Infante (Ret.) Pursuant to Court Order of December 6, 2006]**<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL CERTAIN EXHIBITS TO THE DECLARATION OF BRIDGET HAULER IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO DEFENDANTS' JOINT MOTION TO COMPEL THE DEPOSITION TESTIMONY OF ROBERT ECKERT<br><br>[~~PROPOSED~~] ORDER<br><br>[Local Rule 79-5.1]<br><br>Hearing Date: January 4, 2008<br>Time: TBD<br><br>Discovery Cut-Off: Jan. 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2329812.1

APPLICATION TO FILE UNDER SEAL

## Application to File Under Seal

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, plaintiff Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal Exhibits 5 and 6 to the concurrently filed Declaration of Bridget Hauler in Support of Mattel's Opposition to defendants' Joint Motion to Compel the Deposition Testimony of Robert Eckert.

The Declaration attaches as exhibits documents that the parties have designated as "Confidential" and/or "Confidential-Attorneys' Eyes Only" pursuant to the Protective Order. As Exhibits 5 and 6 to the Declaration consist of materials designated the parties as "Confidential" and/or "Confidential-Attorneys' Eyes Only," Mattel requests that the Court order that these exhibits be filed under seal.

In the alternative, Mattel requests that the Court declare these exhibits to the Declaration to be outside the definition of "Confidential" and/or "Confidential-Attorneys' Eyes Only" as contained in the Stipulated Protective Order and order them to be lodged as part of the public record.

DATED: December 19, 2007        QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By ____Jon Corey / 20K____
Jon D. Corey
Attorneys for Mattel, Inc.

# [PROPOSED] ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Exhibits 5 and 6 to the Declaration of Bridget Hauler in Support of Mattel's Opposition to defendants' Joint Motion to Compel the Deposition Testimony of Robert Eckert, are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: 12/20, 2007

_____
Hon. Stephen G. Larson
United States District Judge