```
 1  KEKER & VAN NEST, LLP
    JOHN W. KEKER - #49092
 2  jkeker@kvn.com
    MICHAEL H. PAGE - #154913
 3  mpage@kvn.com
    CHRISTA M. ANDERSON - #184325
 4  canderson@kvn.com
    MATTHEW M. WERDEGAR - #200470
 5  mwerdegar@kvn.com
    JOHN E. TRINIDAD - #250468
 6  jtrinidad@kvn.com
    AUDREY WALTON-HADLOCK- #250574
 7  awaltonhadlock@kvn.com
    710 Sansome Street
 8  San Francisco, CA  94111-1704
    Telephone:  (415) 391-5400
 9  Facsimile:  (415) 397-7188

10  Attorneys for Plaintiff
    CARTER BRYANT
11
```

FILED
CLERK, U.S. DISTRICT COURT
DEC 21 2007
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION     BY DEPUTY

BY FAX

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC. a Delaware Corporation,<br><br>Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC., v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No. CV 04-09049 SGL (RNBx)<br>(consolidated with CV 04-9059 & 05-2727<br><br>**DISCOVERY MATTER**<br>**[To Be Heard By Discovery Master Hon. Edward Infante (Ret.) Pursuant To The Court's Order of December 6, 2006]**<br><br>**PLAINTIFF'S APPLICATION TO FILE UNDER SEAL EXHIBITS TO THE DECLARATION OF MATTHEW M. WERDEGAR IN SUPPORT OF BRYANT'S OPPOSITION TO MATTEL'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES; [PROPOSED] ORDER**<br><br>Date:    January 3, 2008<br>Time:    1:30 p.m.<br><br>**Phase I:**<br>Date Comp. Filed: April 13, 2005<br>Discovery Cut-Off: Jan. 28, 2008<br>Trial Date: May 27, 2008 |

1
PLAINTIFF'S APPL. TO FILE UNDER SEAL EXHS. TO THE DECL. OF MATTHEW M. WERDEGAR ISO BRYANT'S OPP. TO MATTEL'S MOTION TO COMPEL RESPS. TO INTERROGATORIES; [PROPOSED] ORDER
CASE NO. CV 04-09049 SGL (RNBx)

408253.01

1     Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order entered by the Court in this action, plaintiff, Carter Bryant ("Bryant") hereby respectfully requests that the Court order Exhibits 4 through 9 to the concurrently filed Declaration of Matthew M. Werdegar in Support of Bryant's Opposition to Mattel's Motion to Compel Responses to Interrogatories ("Declaration") be filed under seal.

    The Declaration attaches as exhibits documents that the parties have designated as "Confidential" or "Attorneys' Eyes Only" pursuant to the operative Protective Order. Exhibits 4 through 9 to the Declaration consist of discovery responses designated by Carter Bryant as "Attorneys' Eyes Only" Accordingly, Bryant requests that the Court order that Exhibits 4 through 9 to the Declaration be filed under seal.

Dated: December 20, 2007          KEKER & VAN NEST, LLP

By: _____
CHRISTA M. ANDERSON
Attorneys for Plaintiff
CARTER BRYANT

## [~~PROPOSED~~] ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Exhibits 4 through 9 to the Declaration of Matthew M. Werdegar in Support of Bryant's Opposition to Mattel's Motion to Compel Responses to Interrogatories is ORDERED filed under seal pursuant to Local Rule 79-5.1.

Dated: 12/27 , 2007

Hon. Stephen G. Larson
United States District Judge