# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA



# THIS DOCUMENT IS CURRENTLY

# UNDER SEAL

# AND

# IS RESTRICTED FROM

# PUBLIC VIEWING

G–98 (01/07) **SEALED DOCUMENT**