Patricia Glaser, State Bar No. 55668
Alisa Morgenthaler Lever, State Bar No. 146940
Amman A. Khan, State Bar No. 196217
CHRISTENSEN, GLASER, FINK, JACOBS,
  WEIL & SHAPIRO, LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone:  (310) 553-3000
Facsimile:  (310) 556-2920

Attorneys for  Non-Party Farhad Larian

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>       Plaintiff,<br><br>     v.<br><br>MATTEL, INC., a Delaware corporation<br><br>       Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-09049 SGL (RNBx)<br><br>Consolidated with Case Nos.<br>CV 04-9059 & CV 05-2727<br><br>**NON-PARTY FARHAD LARIAN'S NOTICE OF JOINDER AND JOINDER TO NON-PARTIES ANAELISE CLOONAN'S, MARGARET HATCH-LEAHY'S, VERONICA MARLOW'S, SARAH HALPERN'S AND LUCY ARANT'S OPPOSITION TO MATTEL, INC.'S MOTION FOR ORDER CONFIRMING THAT THE DISCOVERY MASTER HEARS AND RESOLVES ALL DISCOVERY DISPUTES, INCLUDING THOSE WITH THIRD PARTIES**<br><br>[Filed concurrently with Declaration of Scott E. Gizer]<br><br>Date:     January 7, 2007<br>Time:    10:00 a.m.<br>Place:   Courtroom 1 |

613365.1

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Non-Party Farhad Larian ("Farhad"), by and through his attorneys of record, hereby joins in Non-Parties Anaelise Cloonan's, Margaret Hatch-Leahy's, Veronica Marlow's, Sarah Halpern's and Lucy Arant's Opposition to Mattel, Inc.'s ("Mattel") Motion for Order Confirming that the Discovery Master Hears and Resolves all Discovery Disputes, Including Those With Third Parties ("Opposition").

Mattel's Motion suggests without any authority that Farhad is subject to the discovery stipulation and order in this action because he never sought relief from it. Mattel's argument misses the point. As set forth more fully in the Opposition, Farhad never signed or saw, let alone consented to, the stipulation and order, and thus, cannot be bound by it.

Moreover, at no point did Farhad agree that he was bound by the discovery stipulation and order or that any motion to compel which Mattel would bring against him could be brought before the discovery master, Honorable Edward A. Infante.  To the contrary, Farhad's counsel advised Mattel's counsel during meet and confer discussions both in writing and orally that Farhad believed that he was not bound by the discovery stipulation and order and that if Mattel intended to file a motion to compel against Farhad that such motion could only be brought before Judge Larson or a U.S. Magistrate.  (Declaration of Scott E. Gizer, ¶¶ 2-4).

Accordingly, for the reasons set forth herein and the Opposition, the Court should deny Mattel's Motion.

Dated:  December 21, 2007

Patricia L. Glaser
Alisa Morgenthaler Lever
Amman A. Khan
CHRISTENSEN, GLASER, FINK, JACOBS, WEIL & SHAPIRO, LLP

By: _Alisa Morgenthaler Lever_
Alisa Morgenthaler Lever
Attorneys for Non-Party Farhad Larian

LAW OFFICES

CHRISTENSEN, GLASER, FINK, JACOBS, WEIL & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 553-3000

### DECLARATION OF SCOTT E. GIZER

I, Scott E. Gizer, declare and state as follows:

1.      I am an attorney at law duly licensed to practice before all courts of the State of California and am an Attorney with the law firm of Christensen, Glaser, Fink, Jacobs, Weil & Shapiro, LLP, attorneys of record herein for Non-Party Farhad Larian.  The facts set forth herein are true of my own personal knowledge, and if called upon to testify thereto, I could and would competently do so under oath.

2.      Mattel, Inc. served a subpoena ("Subpoena") on Non-Party Farhad Larian for deposition and document production in connection with claims it filed against Carter Bryant and MGA Entertainment, Inc. in the United States District Court, Central District of California (Case No. CV 04-09049 SGL (RNBx)(and consolidated cases)).  When we first began our meet and confer discussions with Mattel's counsel regarding this Subpoena, we immediately advised them in an October 9, 2007 letter that Farhad Larian was not bound by the Stipulation and Order appointing the Hon. Edward A. Infante as Discovery Master.  Attached hereto as Exhibit "1" is a true and correct copy of this October 9, 2007 letter.

3.      Subsequently, on November 20, 2007, during a meet and confer conference call with Mattel's counsel regarding the Subpoena, we again advised them that Farhad Larian was not bound by the Stipulation and Order, and therefore, if Mattel intended to file a motion to compel, that motion could only be brought before Judge Larsen or a U.S. Magistrate.

4.      At no point, did we agree that Farhad Larian was bound by the Stipulation and Order or that Mattel's Motion to Compel could be brought before Judge Infante.  Any statement by Mattel to the contrary is false.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 11, 2007, at Los Angeles, California.



Scott E. Gizer