B. Dylan Proctor
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
865 SOUTH FIGUEROA STREET
10th FLOOR
LOS ANGELES, CA 90017
(213) 443-3000

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>PLAINTIFF(S)<br><br>DEFENDANT(S). | CASE NUMBER:<br>CV 04-9049<br>Consolidated with Case<br>Nos. CV 04-09059 & 05-02727<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
Reply in Support of Motion To Compel Production of Improperly Withheld MGA Document; Exhibit 1 to the Declaration of Stephen Hauss; and Application to File Under Seal With Proposed Order.

**Document Description:**

- [ ] Administrative Record
- [x] Exhibits
- [ ] Ex Part Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)
- [x] Other  Reply Brief; Application to File Under Seal With Proposed Order

**Reason:**

- [x] Under Seal
- [ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- [ ] Electronic versions are not available to filer
- [x] Per Court order dated  Jan. 4, 2005
- [ ] Manual Filing required (*reason*):

December 12/27/07
Date

B. Dylan Proctor
Attorney Name

MATTEL, INC., a Delaware corporation,
Party Represented

Note: File one Notice in each case, each time you manually file document(s).

G-92 (02/07)                    NOTICE OF MANUAL FILING                    CCD-G92