QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with Case Nos. CV 04-09059 and CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Hon. Edward Infante (Ret.)]**<br><br>[PUBLIC REDACTED] DECLARATION OF STEPHEN HAUSS IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL PRODUCTION OF IMPROPERLY WITHHELD MGA DOCUMENT SHOWING MGA'S AND BRYANT'S MISREPRESENTATIONS TO THE PATENT OFFICE IN CONNECTION WITH BRATZ AND TO COMPEL 30(B)(6) TESTIMONY<br><br>Date: January 3, 2008<br>Time: 1:30 p.m.<br>Place: JAMS<br>      Two Embarcadero Center<br>      Suite 1500<br>      San Francisco, California<br><br>Phase I:<br>Discovery Cut-off: January 28, 2008<br>Pre-trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

## **DECLARATION OF STEPHEN HAUSS**

I, Stephen Hauss, declare as follows:

1. I am a member of the bar of the State of California and an associate of Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). Unless otherwise noted, I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. MGA Entertainment, Inc. ("MGA") produced to Mattel a document bearing Bates numbers MGA 0825680-0825682 consisting of a fax cover sheet and attached drawings. By letter dated August 17, 2007, MGA claimed the document was privileged and inadvertently produced. See Letter from Chris D. Nguyen, former counsel for MGA, to Timothy L. Alger, counsel for Mattel, dated August 17, 2007, attached as Exhibit 2 to the Declaration of Michael T. Zeller in Support of Mattel, Inc's Motion to Compel Production of Improperly Withheld MGA Document Showing MGA's and Bryant's Misrepresentations to the Patent Office in Connection with Bratz and to Compel 30(b)(6) Testimony, dated December 10, 2007 ("Zeller Dec."). Upon receiving Mr. Nguyen's letter, I am informed and believe that Mattel promptly destroyed all of its copies of the document at issue. However, it appears that Mattel did not provide MGA with written certification that it had destroyed its copies of the document, and inadvertently included the wrong written certification with the declaration filed in support of its Motion to Compel Production of Improperly Withheld MGA Document Showing MGA's and Bryant's Misrepresentations to the Patent Office in Connection with Bratz and to Compel 30(b)(6) Testimony.

3. During the meet and confer process, MGA conceded that the fax cover sheet was not privileged and agreed to produce it. See Zeller Dec. at ¶ 11. However, MGA did not produce the fax cover sheet until after Mattel was forced to file the instant motion to obtain it.

4. On December 20, 2007, some five months after the deadline by which MGA was compelled to do so, MGA produced for the first time the front page of the statutorily required affidavit for the patent application at issue in this motion. MGA, however, has yet to produce the affidavit in its entirety.

5. Attached hereto as Exhibit 1 are true and correct copies of relevant excerpts from the Deposition of Samir Khare, dated August 20, 2007.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 26, 2007, at Los Angeles, California.

_____
Stephen Hauss