# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | |
| v. | |
| | **NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to General Order 06-07, Local Rule 5-4 and/or the Federal Rules of Civil Procedure, the following deficiency(ies) has been found with your electronically filed document:

Date Filed          Doc. No.          Title of Doc.

**ERRORS WITH DOCUMENT**
☐ Document submitted in the wrong case.
☐ Incorrect document is attached to the docket entry.
☐ Document linked incorrectly to the wrong document.
☐ Incorrect Document Type selected (i.e., event selected does not match document attached).
☐ Case number is incorrect or missing.
☐ Proof of Service is missing for non-electronically served parties.
☐ Hearing information is missing.
☐ Hearing information incorrect.
☐ Case is closed.
☐ Proposed Document was not submitted as separate attachment.
☐ Title page is missing.
☐ Other

**Note: In response to this notice the court may order: 1) an amended or correct document to be filed, 2) the document stricken, or 3) take other action as the court deems appropriate.**

Clerk, U.S. District Court

Dated: _____          By: _____
                                              Deputy Clerk

cc: Assigned District Judge and/or Magistrate Judge

# Judge Larson's E-Filing Memorandum Attachment

Counsel shall e-file all civil and criminal filings for JUDGE LARSON pursuant to General Order 07-08, filed on November, 2007, (Supersedes G. O. Nos. 03-06, 05-01 and 06-07) and as follows:

Step 1: All *non-signature* items shall be e-filed in **pdf format**
All *proposed signature items* shall be e-filed as **a separate document** in **pdf format**

Step 2: All proposed *signature* items shall be e-mailed to the chambers mailbox: **sgl(***underscore***)chambers@cacd.uscourts.gov** in **Word** or **Wordperfect format**

Step 3: A paper copy of all e-filed documents shall be delivered to chambers **within 24 hours** of e-filing **or on the same day, if priority processing is being requested.** All copies delivered to chambers shall have the Notice of E-filing attached.

## FOR UNDER SEAL FILINGS:

Process documents the traditional way, but attach Notice of Manual Filing to the paper copies delivered to chambers.

**Any signature item submitted in connection to under seal practice (i.e., proposed order granting application) must be e-mailed to the chambers mailbox.**

**DO NOT OMIT ANY OF THE ABOVE STEPS.**

For any additional questions, please refer to the General Order or call the helpline @ 213-894-0242