1  THOMAS J. NOLAN (Bar No. 66992)
   (tnolan@skadden.com)
2  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue
3  Los Angeles, CA  90071-3144
   Tel.: (213) 687-5000/Fax: (213) 687-5600
4
   RAOUL D. KENNEDY (Bar No. 40892)
5  (rkennedy@skadden.com)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
6  4 Embarcadero Center, 38th Floor
   San Francisco, CA  94111-5974
7  Tel.: (415) 984-6400 / Fax: (415) 984-2698

8  Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited,
   MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian
9

10
11                       UNITED STATED DISTRICT COURT
12                      CENTRAL DISTRICT OF CALIFORNIA
13

| 14 | CARTER BRYANT, an individual, | ) | CASE NO. CV 04-09049 SGL (RNBx) |
|----|-------------------------------|---|---------------------------------|
| 15 |                Plaintiff,     | ) | **DISCOVERY MATTER** |
| 16 |          v.                   | ) | ORDER |
| 17 | MATTEL, INC., a Delaware corporation, | ) |  |
| 18 |                Defendant.     | ) |  |
| 19 |                               | ) |  |
| 20 | AND CONSOLIDATED ACTIONS      | ) |  |

21
22
23
24
25
26
27
28

**ORDER**

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the following documents be filed under seal pursuant to Local Rule 79-5.1: (1) Opposition to Mattel's Motion to Compel Non-Party Farhad Larian to Produce Documents; (2) Opposition to Mattel's Motion to Compel Non-Party Stern & Goldberg to Produce Documents; and (3) Declaration of Philip W. Marsh in Support of Motion to Compel Non-Parties Farhad Larian, Stern & Goldberg, And Kaye Scholer to Produce Documents.

DATED: December 27, 2007

_____
Hon. Stephen G. Larson
United States District Court Judge