# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT, | CASE NUMBER |
| --- | --- |
| PLAINTIFF(S) | CV 04-09049 SGL (RNBx) |
| v. | |
| MATTEL, INC., | ORDER STRIKING FILED DOCUMENTS FROM THE RECORD |
| DEFENDANT(S). | |

WHEREAS, the documents listed below were improperly filed for the following reason(s)
Pursuant to General Order 07-08, Copyright, Trademark and Patent Cases require electronic filing

IT IS HEREBY ORDERED that the documents shall be stricken from the record and shall not be considered by the Court:

| **Document Entitled** | **Filed** |
| --- | --- |
| Non-Party kay Scholer, LLP's Declaration of Bryan S. Delgadillo | 12-21-07 |
| Joinder in Non-Parties Anaelisse Cloonan, etc., (Kay Scholer LLP) | 12-21-07 |

IT IS FURTHER ORDERED that the documents shall not be returned to the filing party; however, the Clerk shall note on the case docket that the documents are stricken from the record.

12 - 27 - 2007
Date

United States District Judge/~~Magistrate Judge~~

CV-80 (12/95)     ORDER STRIKING FILED DOCUMENTS FROM THE RECORD

# Judge Larson's E-Filing Memorandum Attachment

Counsel shall e-file all civil and criminal filings for JUDGE LARSON pursuant to General Order 07-08, filed on November, 2007, (Supersedes G. O. Nos. 03-06, 05-01 and 06-07) and as follows:

Step 1: All *non-signature* items shall be e-filed in **pdf format**
All *proposed signature items* shall be e-filed as **a separate document** in **pdf format**

Step 2: All proposed *signature* items shall be e-mailed to the chambers mailbox: **sgl(***underscore***)chambers@cacd.uscourts.gov** in **Word** or **Wordperfect format**

Step 3: A paper copy of all e-filed documents shall be delivered to chambers **within 24 hours** of e-filing **or on the same day, if priority processing is being requested.** All copies delivered to chambers shall have the Notice of E-filing attached.

## FOR UNDER SEAL FILINGS:

Process documents the traditional way, but attach Notice of Manual Filing to the paper copies delivered to chambers.

**Any signature item submitted in connection to under seal practice (i.e., proposed order granting application) must be e-mailed to the chambers mailbox.**

**DO NOT OMIT ANY OF THE ABOVE STEPS.**

For any additional questions, please refer to the General Order or call the helpline @ 213-894-0242