QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Hon. Edward Infante (Ret.) Pursuant To The Court's Order Of December 6, 2006]**<br><br>ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL OBJECTIONS TO THE DECLARATIONS OF SAMIR KHARE AND ROBERT NEWQUIST IN SUPPORT OF MGA'S OPPOSITION TO MATTEL, INC.'S MOTION TO COMPEL PRODUCTION OF PRIVILEGED DRAFT PATENT ILLUSTRATIONS<br><br>Date:  January 3, 2008<br>Time:  1:30 p.m.<br>Place:  JAMS<br>Two Embarcadero Center<br>Suite 1500<br>San Francisco, California<br><br>**Phase 1**<br>Discovery Cut-Off:  January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date:  May 27, 2008 |

07209/2336313.1

[PROPOSED] ORDER

ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Mattel's Evidentiary Objections to the Declaration of Robert Newquist in Support of MGA's Opposition to Mattel's Motion to Compel Production of Privileged Draft Patent Illustrations and Evidentiary Objections to the Declaration of Samir Khare in Support of MGA's Opposition to Mattel's Motion to Compel Production of Privileged Draft Patent Illustrations are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED:  December 28 , 2007

Hon. Stephen G. Larson
United States District Judge