QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Hon. Edward Infante (Ret.) Pursuant To The Court's Order Of December 6, 2006]**<br><br>ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL REPLY IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF IMPROPERLY WITHHELD MGA DOCUMENT SHOWING MGA'S AND BRYANT'S MISREPRESENTATIONS TO THE PATENT OFFICE IN CONNECTION WITH BRATZ AND TO COMPEL 30(B)(6) TESTIMONY, AND EXHIBIT 1 TO THE DECLARATION OF STEPHEN HAUSS<br><br>Date:   January 3, 2008<br>Time:  1:30 p.m.<br>Place: JAMS<br>          Two Embarcadero Center<br>          Suite 1500<br>          San Francisco, California<br><br>**Phase 1**<br>Discovery Cut-Off:   January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date:               May 27, 2008 |

07209/2336774.1

[PROPOSED] ORDER

1 ORDER

3   Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

  The Reply in Support of Mattel's Motion to Compel Production of Improperly Withheld MGA Document Showing MGA's and Bryant's Misrepresentations to the Patent Office in Connection with Bratz and to Compel 30(b)(6) Testimony, and Exhibit 1 to the Declaration of Stephen Hauss are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: December 28 , 2007

*/s/ Stephen G. Larson*

Hon. Stephen G. Larson
United States District Judge