1 THOMAS J. NOLAN (Bar No. 66992)
  (tnolan@skadden.com)
2 SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
  300 South Grand Avenue
3 Los Angeles, CA  90071-3144
  Tel.: (213) 687-5000/Fax: (213) 687-5600
4
  RAOUL D. KENNEDY (Bar No. 40892)
5 (rkennedy@skadden.com)
  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
6 4 Embarcadero Center, 38th Floor
  San Francisco, CA  94111-5974
7 Tel.: (415) 984-6400 / Fax: (415) 984-2698

8 Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited,
  MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian
9

10
                    UNITED STATED DISTRICT COURT
11
                   CENTRAL DISTRICT OF CALIFORNIA
12

13
   CARTER BRYANT, an individual,          )  CASE NO. CV 04-9049 SGL (RNBx)
14                                         )
                    Plaintiff,             )  **DISCOVERY MATTER**
15                                         )
             v.                            )  ORDER
16                                         )
   MATTEL, INC., a Delaware                )
17 corporation,                            )
                                           )
18                  Defendant.             )
                                           )
19 _____        )
                                           )
   AND CONSOLIDATED ACTIONS                )
20 _____        )

21

22 _____

23

24

25

26

27

28

1

2

3

## **ORDER**

4

Based on the above Application, and good cause appearing for the entry

5

thereof, IT IS HEREBY ORDERED that the following documents be filed under seal

6

pursuant to Local Rule 79-5.1: (1) MGA Entertainment, Inc.'s Memorandum of

7

Points and Authorities in Opposition to Mattel, Inc.'s Motion to Compel Production

8

of Documents by Isaac Larian and for Award of Monetary Sanctions; and (2)

9

Declaration of Philip W. Marsh in Support of Isaac Larian's Opposition to Mattel's

10

Motion to Compel Production of Documents by Isaac Larian and for Award of

11

Monetary Sanctions.

12

13   DATED: December 28, 2007

14

15

16

17   _____
Hon. Stephen G. Larson
United States District Court Judge

18

19

20

21

22

23

24

25

26

27

28