MICHAEL T. ZELLER, SBN 196417
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
865 SOUTH FIGUEROA STREET
10th FLOOR
LOS ANGELES, CA 90017
(213) 443-3000

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>PLAINTIFF(S)<br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>DEFENDANT(S). | CASE NUMBER:<br>CV 04-9049 SGL (RNBx)<br><br>NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
EXHIBIT 7 TO THE DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA'S MOTION TO COMPEL REGARDING MATTEL'S PRIVILEGE WAIVER BY CLAIM ASSERTION; APPLICATION TO FILE UNDER SEAL AND PROPOSED ORDER

**Document Description:**

[ ] Administrative Record
[X] Exhibits
[ ] Ex Part Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)
[ ] Other

**Reason:**

[X] Under Seal
[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[ ] Electronic versions are not available to filer
[X] Per Court order dated January 4, 2005
[ ] Manual Filing required (*reason*):

December 28, 2007
Date

*[signature]*
Attorney Name
Bernard Smyth
Defendant Mattel, Inc.
Party Represented

Note: File one Notice in each case, each time you manually file document(s).