Larry R. Feldman, Bar Number 45126
Bryant S. Delgadillo, Bar Number 208361
KAYE SCHOLER LLP
1999 Avenue of the Stars, Suite 1700
Los Angeles, California 90067
Telephone: (310) 788-1000
Facsimile: (310) 788-1200
Email address: bdelgadillo@kayescholer.com

Attorneys for Non-Party
KAYE SCHOLER LLP

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC.,<br><br>Defendant.<br><br>AND CONSOLIDATED CASES | CASE NO. CV 04-09049 SGL (RNBx)<br><br>Consolidated with Case Nos. CV 04-9059 and CV 05-2727<br><br>**DECLARATION OF BRYANT S. DELGADILLO IN SUPPORT OF KAYE SCHOLER LLP'S JOINDER IN NON-PARTIES ANAELISE CLOONAN'S, MARGARET HACTH-LEAHY'S, VERONICA MARLOW'S, SARAH HALPERN'S AND LUCY ARANT'S OPPOSITION TO MATTEL INC.'S MOTION FOR ORDER CONFIRMING THAT DISCOVERY MASTER HEARS AND RESOLVES ALL DISCOVERY DISPUTES, INCLUDING THOSE WITH THIRD PARTIES**<br><br>Date: January 7, 2007<br>Time: 10 a.m.<br>Place: Courtroom 1<br><br>Hon. Stephen G. Larson |

23235143.DOC                    DECLARATION OF BRYANT S. DELGADILLO

1 <u>DECLARATION OF BRYANT S. DELGADILLO</u>

2  I, Bryant S. Delgadillo, declare:

3  1. I am an attorney at law licensed to practice law in the State of California. I am a counsel at the law firm of Kaye Scholer LLP ("Kaye Scholer"). I make this Declaration based on my personal knowledge and, if called upon, could and would testify to the facts stated herein.

7  2. On or about December 11, 2007, I sent a letter to Juan Pablo Alban of Quinn Emanuel stating, among other things, that Kaye Scholer intended to respond to Mattel, Inc's Notice of Motion and Motion to Compel Kaye Scholer to Produce Documents ("Motion to Compel") in accordance with the Federal Rules of Civil Procedure and the C.D. Cal. Local Rules, and file and serve its response on December 27, 2007. A true and correct copy of my December 11, 2007 letter is attached hereto as Exhibit A.

14  3. On or about December 20, 2007, I received a letter from Juan Pablo Alban of Quinn Emanuel, indicating that Mattel intended to file a Notice of Non-Opposition to Mattel's Motion to Compel unless Kaye Scholer filed its opposition by the end day on December 20. A true and correct copy of Mr. Alban's December 20, 2007 letter is attached hereto as Exhibit B.

19  I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on this 21 day of December 2007, at Los Angeles, California.

*/s/ Bryant S. Delgadillo*
Bryant S. Delgadillo

---

23235143.DOC

DECLARATION OF BRYANT S. DELGADILLO

1

## KAYE SCHOLER LLP

1999 Avenue of the Stars, Suite 1700
Los Angeles, California 90067-6048
310 788-1000
Fax 310 788-1200
www.kayescholer.com

Bryant S. Delgadillo
310 788-1341
Fax 310 788-1200
bdelgadillo@kayescholer.com

December 11, 2007

**VIA FACSIMILE AND EMAIL**
Juan Pablo Alban
Quinn Emanuel
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017

Re: <u>Mattel v. Bryant, et al. Case No.: CV 04-9049-SGL(RNBx)</u>

Dear Mr. Alban:

We are in receipt of Mattel, Inc.'s ("Mattel") Notice of Motion and Motion to Compel Kaye Scholer to Produce Documents ("Motion to Compel") which you served upon Kaye Scholer at the close of business yesterday, December 10, 2007. The Motion to Compel is procedurally defective in that you have failed to comply with, among other things, C.D. Cal. Local Rules 37-2.1 and 37-2.2. A court will not consider any discovery motion which fails to comply with these rules. See C.D. Cal. Local Rule 37-2.4.[1] If you insist on proceeding with this defective Motion to Compel, please be advised that Kaye Scholer will seek the appropriate sanctions. See C.D. Cal. Local Rule 37-4.

In addition, if you do proceed with this defective Motion to Compel, we intend to file our opposition in accordance with the Federal Rules of Civil Procedure and the C.D. Cal. Local Rules. Therefore, we will file and serve our opposition on December 27, 2007.

Sincerely yours,

Bryant S. Delgadillo

BSD:vjh

---

[1] These Local Rules clearly apply to motions relating to discovery subpoenas served on non-parties. See C.D. Cal. Local Rule 45-1.
23235192.DOC

NEW YORK   CHICAGO   LOS ANGELES   WASHINGTON, D.C.   WEST PALM BEACH   FRANKFURT   LONDON   SHANGHAI

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL: (213) 443-3000 FAX: (213) 443-3100

WRITER'S DIRECT DIAL NO.
(213) 443-3624

WRITER'S INTERNET ADDRESS
juanpabloalban@quinnemanuel.com

December 20, 2007

VIA EMAIL
BDELGADI@KAYESCHOLER.COM

Bryant S. Delgadillo
Kaye Scholer LLP
1999 Avenue of the Stars, Suite 1700
Los Angeles, California 90067

Re: Bryant v. Mattel, Case No. CV 04-9049 SGL (RNBx)

Dear Mr. Delgadillo:

I am writing in connection with your overdue response to Mattel's motion to compel production of documents, served on December 10, 2007.

I told you on the telephone on December 11, 2007 that we would be reasonable if you requested an extension to file the opposition, but you refused our extension offer and instead chose to seek an indefinite postponement of your opposition. As you know, Judge Infante rejected that request yesterday.

Accordingly, your opposition is now two days overdue. Unless we receive it by the end of today, we will file a Notice of Non-Opposition to Mattel's motion. Please let me know if you have any questions or concerns.

Very truly yours,

/s/ Juan Pablo Albán

07209/2297135.2

quinn emanuel urquhart oliver & hedges, llp

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, NY 10010 | TEL (212) 849-7000 FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, CA 94111 | TEL (415) 875-6600 FAX (415) 875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, CA 94065 | TEL (650) 801-5000 FAX (650) 801-5100
TOKYO | Akasaka Twin Tower Main Building, 6th Floor, 17-22 Akasaka 2-Chome, Minato-ku, Tokyo 107-0052, Japan | TEL +81 3 5561-1711 FAX +81 3 5561-1712

## PROOF OF SERVICE

STATE OF CALIFORNIA )
) ss
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is KAYE SCHOLER LLP, 1999 Avenue of the Stars, Suite 1700, Los Angeles, California 90067.

On **December 21, 2007**, I served the foregoing document described as follows: DECLARATION OF BRYANT'S DELGADILLO IN SUPPORT OF KAYE SCHOLER LLP'S JOINDER IN NON-PARTIES ANAELISE CLOONAN'S, MARGARET HACTH-LEAHY'S, VERONICA MARLOW'S, SARAH HALPERN'S AND LUCY ARANT'S OPPOSITION TO MATTEL INC.'S MOTION FOR ORDER CONFIRMING THAT DISCOVERY MASTER HEARS AND RESOLVES ALL DISCOVERY DISPUTES, INCLUDING THOSE WITH THIRD PARTIES by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| John B. Quinn, Esq.<br>Michael T. Zeller, Esq.<br>Jon D. Corey, Esq.*<br>Quinn Emanuel Urquhart Oliver & Hedges, LLP<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017 | Alan N. Goldberg<br>Stern & Goldberg<br>6345 Balboa Blvd., Suite 200<br>Encino, Ca 91316 |
| Larry McFarland, Esq.<br>Keats, McFarland & Wilson, LLP<br>9720 Wilshire Blvd.,<br>Penthouse Suite<br>Beverly Hills, CA 90212 | Alisa Morgenthaler Lever<br>Christensen, Glaser, Fink, Jacobs, Weil & Shapiro LLP<br>10250 Constellation Blvd., 19th Floor<br>Los Angeles, CA 90067 |

[ ] **BY PERSONAL SERVICE** I caused such envelope to be delivered:

___ by hand to the addressee.
___ and left it at the offices of the addressee with a clerk or other person in charge thereof.
___ and left it in a conspicuous place in the offices of the addressee.

[ ] **BY FACSIMILE** The above-referenced documents (without exhibits and attachments thereto) were transmitted via facsimile transmission to the addressee(s) as indicated above on the date thereof. The transmission was reported as completed and without error. Executed on December 21, 2007 at Los Angeles, California.

[XXX] **BY U.S. MAIL** (I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on

1  motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.) Executed on **December 21, 2007** at Los Angeles, California.

2

3  [ ]  **BY FEDERAL EXPRESS** I am readily familiar with KAYE SCHOLER LLP's business practices of collecting and processing items for pick-up and next business day delivery by Federal Express. Under said practices, items to be delivered the next business day are either picked up by Federal Express or deposited in a box or other facility regularly maintained by Federal Express in the ordinary course of business on that same day with the cost thereof billed to KAYE SCHOLER LLP's account. I placed such sealed envelope for delivery by Federal Express to the offices of the addressee(s) as above on the date hereof following ordinary business practices.) Executed on **December 21, 2007** at Los Angeles, California.

8  []  **STATE** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

10  [XXX]  **FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 21, 2007 at Los Angeles, CA

*/s/ Sharon Rawana*
Sharon Rawana

2