THOMAS J. NOLAN (Bar No. 66992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, CA 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600
E-mail: tnolan@skadden.com

RAOUL D. KENNEDY (Bar No. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Embarcadero Center, 38th Floor
San Francisco, California 94111-5974
Telephone: (415) 984-6400
Facsimile: (415) 984-2698
Email: rkennedy@skadden.com

Attorneys for Counter-Defendants,
MGA ENTERTAINMENT, INC., ISAAC LARIAN, MGA ENTERTAINMENT (HK) LIMITED, and MGAE de MEXICO S.R.L. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation<br><br>Defendant.<br><br>Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>**DISCOVERY MATTER**<br><br>**[To be heard by Discovery Master Hon. Edward A. Infante (Ret.)]**<br><br>**MGA DEFENDANTS' SUPPLEMENTAL BRIEF IN SUPPORT OF THEIR MOTION TO QUASH SUBPOENAS OR, IN THE ALTERNATIVE, FOR PROTECTIVE ORDER**<br><br>Date: TBD<br>Time: TBD<br>Place: TBD |

MGA DEFENDANTS' SUPP. BRIEF IN SUPPORT OF THEIR MOTION TO QUASH SUBPOENAS OR, IN THE ALTERNATIVE, FOR PROTECTIVE ORDER

Counter-defendants MGA Entertainment, Inc. ("MGA"), Isaac Larian, MGA Entertainment (HK) Limited ("MGA HK"), and MGAE de Mexico S.R.L. de C.V. ("MGA Mexico") (collectively, the "MGA Defendants") submit this supplemental brief in support of their recently filed motion to quash eight subpoenas issued by Mattel, or, alternatively, for a protective order substantially limiting the scope of the subpoenas (the "Motion to Quash"). Specifically, the MGA Defendants hereby add to their Motion to Quash three newly issued subpoenas to the Isaac E. Larian Qualified Annuity Trust 2004, the Isaac and Angela Larian Family Trust, and the Isaac Larian and Angela Larian Trust. (Declaration of Bernard C. Shek, Exs. 46-48.) These subpoenas were issued by Mattel after the Motion to Quash was filed and consist of document requests identical to those found in two of the subpoenas that are already the subject of the Motion to Quash—subpoenas to the Isaac Larian Annuity Trust and the Isaac and Angela Larian Trust. (Park Decl., Exs. 13 & 14.)[1]

To date, Mattel has issued five subpoenas to various trusts, all of which contain identical document requests:

(1) Subpoena to the Isaac and Angela Larian Trust, dated December 14, 2007 (Park Decl., Ex. 13);

(2) Subpoena to the Isaac Larian Annuity Trust, dated December 14, 2007 (Park Decl., Ex. 14);[2]

(3) Subpoena to the Isaac and Angela Larian Family Trust, dated December 24, 2007 (Shek Decl., Ex. 46);

(4) Subpoena to the Isaan E. Larian Qualified Annuity Trust 2004, dated December 24, 2007 (Shek Decl., Ex. 47); and

(5) Subpoena to the Isaac Larian and Angela Larian Trust, dated December 24, 2007 (Shek Decl., Ex. 48).

---

[1] The parties met and conferred on December 21, 2007, regarding the document requests contained in the subpoenas to the Isaac E. Larian Qualified Annuity Trust 2004, the Isaac and Angela Larian Family Trust, and the Isaac Larian and Angela Larian Trust. However, they were not able to reach a resolution.

[2] Mattel re-issued this subpoena on December 24, 2007, because the copy of the prior subpoena in its counsel's files was not executed. (Shek Decl., Ex. 49.)

1
MGA DEFENDANTS' SUPP. BRIEF IN SUPPORT OF THEIR MOTION TO QUASH SUBPOENAS OR, IN THE ALTERNATIVE, FOR PROTECTIVE ORDER

The first two subpoenas listed above are already the subject of the MGA Defendants' Motion to Quash. In their motion, the MGA Defendants informed the Discovery Master that Mattel had misidentified the trusts in these two subpoenas and that the Isaac and Angela Larian Family Trust and the Isaac E. Larian Qualified Annuity Trust 2004 are the correct names. (Mot. at 8 n.3.) The MGA Defendants further stated that assuming Mattel served the same subpoenas with respect to the correctly named trusts, those subpoenas should be quashed or a protective order as to those subpoenas issued for the reasons set forth herein. (Mot. at 8 n.4.) After the Motion to Quash was filed, Mattel issued the last three subpoenas listed above.[3]

Because all five of these subpoenas are the same, the new subpoenas to the Isaac E. Larian Qualified Annuity Trust 2004, the Isaac and Angela Larian Family Trust and the Isaac Larian and Angela Larian Trust should be quashed or, at a minimum, substantially narrowed in scope for the same reasons set forth in the Motion to Quash and supporting Separate Statement with respect to Mattel's previously issued subpoenas to the Isaac and Angela Larian Trust and the Isaac Larian Annuity Trust. Accordingly, the MGA Defendants respectfully request that the Discovery Master grant their Motion as to all five of these trust subpoenas, as well as the other subpoenas addressed in their Motion.

DATED: December 28, 2007

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By: ____/s / Thomas J. Nolan____
         Thomas J. Nolan

Attorneys for Counter-Defendants, MGA ENTERTAINMENT, INC., ISAAC LARIAN, MGA ENTERTAINMENT (HK) LIMITED, and MGAE de MEXICO S.R.L. de C.V.

---

[3] Although the December 24, 2007 subpoena to the Isaac Larian and Angela Larian Trust appears to be a re-issued version of the December 14, 2007 subpoena to the Isaac and Angela Larian Trust, Mattel's counsel has indicated that they are separate subpoenas. (Shek Decl., Ex. 50.)