```
 1  THOMAS J. NOLAN (Bar No. 66992)
    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
 2  300 South Grand Avenue
    Los Angeles, CA 90071-3144
 3  Telephone:  (213) 687-5000
    Facsimile:  (213) 687-5600
 4  E-mail:     tnolan@skadden.com

 5  RAOUL D. KENNEDY (Bar No. 40892)
    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
 6  4 Embarcadero Center, 38th Floor
    San Francisco, California 94111-5974
 7  Telephone:  (415) 984-6400
    Facsimile:  (415) 984-2698
 8  Email:      rkennedy@skadden.com

 9  Attorneys for Counter-Defendants,
    MGA ENTERTAINMENT, INC., ISAAC LARIAN, MGA
10  ENTERTAINMENT (HK) LIMITED, and MGAE de MEXICO S.R.L. de
    C.V.
11
```

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation<br><br>Defendant.<br><br>Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>DISCOVERY MATTER<br><br>[To Be Heard By Discovery Master Hon. Edward Infante (Ret.)]<br><br>**DECLARATION OF BERNARD C. SHEK IN SUPPORT OF MGA DEFENDANTS' SUPPLEMENTAL BRIEF IN SUPPORT OF THEIR MOTION TO QUASH SUBPOENAS OR, IN THE ALTERNATIVE, FOR PROTECTIVE ORDER**<br><br>Hearing Date: TBD<br>Time: TBD<br>Place: TBD |

DECLARATION OF BERNARD C. SHEK IN SUPPORT OF MGA DEFENDANTS' SUPP. BRIEF IN SUPPORT OF THEIR MOT. TO QUASH OR FOR PROTECTIVE ORDER

I, Bernard C. Shek, hereby declare as follows:

1. I am an attorney licensed to practice law in the State of California and am an associate at the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, attorneys of record for MGA Entertainment, Inc., Isaac Larian, MGA Entertainment (HK) Limited, and MGAE de Mexico S.R.L. de C.V. (collectively, the "MGA Defendants"), in the above-captioned matter. I submit this Declaration in Support of the MGA Defendants' Supplemental Brief in Support of Their Motion to Quash Subpoenas or, in the Alternative, for a Protective Order. Unless otherwise stated, I have personal knowledge of the facts set forth below and, if called as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit 46 is a true and complete copy of a subpoena dated December 24, 2007, to the Isaac and Angela Larian Family Trust.

3. Attached hereto as Exhibit 47 is a true and complete copy of a subpoena dated December 24, 2007, to the Isaac E. Larian Qualified Annuity Trust 2004.

4. Attached hereto as Exhibit 48 is a true and complete copy of a subpoena dated December 24, 2007, to the Isaac Larian and Angela Larian Trust.

5. The document requests contained in Exhibits 46, 47 and 48 are identical to each other and to the document requests contained in the previously issued subpoenas to the Isaac and Angela Larian Trust and the Isaac Larian Annuity Trust.

6. Attached hereto as Exhibit 49 is a true and complete copy of a letter dated December 24, 2007, from Jon Corey to Amy Park.

7. Attached hereto as Exhibit 50 is a true and complete copy of an email exchange dated December 28, 2007, between Mr. Corey and me.

1
DECLARATION OF BERNARD C. SHEK IN SUPPORT OF MGA DEFENDANTS' SUPP. BRIEF IN SUPPORT OF THEIR MOT. TO QUASH OR FOR PROTECTIVE ORDER

1     I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

    Executed this 28th day of December, 2007, at Palo Alto, California.

                                      Bernard C. Shek

2

DECLARATION OF BERNARD C. SHEK IN SUPPORT OF MGA DEFENDANTS' SUPP. BRIEF IN SUPPORT OF THEIR MOT. TO QUASH OR FOR PROTECTIVE ORDER