# EXHIBIT 50

### Shek, Bernard (PAL)

**From:** Jon Corey [joncorey@quinnemanuel.com]
**Sent:** Friday, December 28, 2007 2:36 PM
**To:** Shek, Bernard (PAL)
**Cc:** Park, Amy S (PAL); Jon Corey
**Subject:** RE: Bryant v. Mattel - trust subpoenas

Bernard,

Mattel did not intend to withdraw any subpoenas to the trusts. Mattel has issued subpoenas to those trusts whose names have been provided by MGA or that Mattel has been able to identify from other sources. I asked Ms. Park to confirm for me that some of these trusts do not exist or to identify for me those trusts that may hold shares of MGA Entertainment, Inc., directly or indirectly. She refused to answer those questions, thus forcing Mattel to proceed with these subpoenas.

If you have any questions regarding the foregoing, please do not hesitate to call.

Best regards,

---

**From:** Shek, Bernard [mailto:Bernard.Shek@skadden.com]
**Sent:** Friday, December 28, 2007 11:58 AM
**To:** Jon Corey
**Cc:** Park, Amy S (PAL)
**Subject:** Bryant v. Mattel - trust subpoenas

Jon:

The subpoenas you issued on December 24, 2007, include a subpoena to the Isaac Larian and Angela Larian Trust. It is unclear whether you intended this to be a reissued subpoena to the Isaac and Angela Larian Trust, which you previously subpoenaed on December 14, 2007, or whether you are issuing an additional subpoena to a trust entitled the Isaac Larian and Angela Larian Trust. We would appreciate if you could clarify these subpoenas as soon as possible.

Thanks,
Bernard

---

Bernard Shek
Skadden, Arps, Slate, Meagher & Flom LLP
525 University Avenue, Suite 1100
Palo Alto, CA 94301
Tel: 650-470-4513
Fax: 888-329-9592

---

To ensure compliance with Treasury Department regulations, we advise you that, unles

**********************************************************
This email and any attachments thereto, is intended only for use by the addressee(s)

Further information about the firm, a list of the Partners and their professional qu

Page 2 of 2

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

12/28/2007