QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
 (johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
 (michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
 (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
| vs. | |
| MATTEL, INC., a Delaware corporation, | **DISCOVERY MATTER** |
| Defendant. | **[To Be Heard By Discovery Master Hon. Edward Infante (Ret.) Pursuant To The Court's Order Of December 6, 2006]** |
| AND CONSOLIDATED ACTIONS | DECLARATION OF STEPHEN HAUSS IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY ISAAC LARIAN AND FOR AWARD OF MONETARY SANCTIONS |
| | Hearing Date:     TBD<br>Time:     TBD<br>Place:     TBD |
| | **Phase 1**<br>Discovery Cut-off:     January 28, 2008<br>Pre-trial Conference:     May 5, 2008<br>Trial Date:     May 27, 2008 |

07209/2337574.1

HAUSS DECLARATION ISO MATTEL INC.'S MOTION TO COMPEL

1        I, Stephen Hauss, declare as follows:

2        1.    I am a member of the bar of the State of California and an

3    associate at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel,

4    Inc. ("Mattel").  I make this declaration of personal, firsthand knowledge and, if

5    called and sworn as a witness, I could and would testify competently thereto.

6        2.    Mr. Larian asserts that MGA Entertainment, Inc., made a

7    document production on or about October 12, 2007, and included about 40,000

8    pages of documents.

9        3.    Having reviewed Mattel's production log, I can confirm that

10   Mattel has no record of receiving any production from MGA Entertainment, Inc. or

11   Isaac Larian on October 12, 2007 at all.  Nor does Mattel have any record of

12   receiving a production of approximately 40,000 pages on any date near that date.

13

14       I declare under penalty of perjury under the laws of the United States of

15   America that the foregoing is true and correct.

16       Executed this 28th day of December, 2007, at Los Angeles, California.

17

18   _____

    Stephen Hauss

19

20

21

22

23

24

25

26

27

28