QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 90378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>              Plaintiff,<br><br>    vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>              Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Hon. Edward Infante (Ret.) Pursuant To Order Of December 6, 2006]**<br><br>APPLICATION TO FILE UNDER SEAL CERTAIN EXHIBIT TO THE DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA'S MOTION TO COMPEL REGARDING MATTEL'S PRIVILEGE WAIVER BY CLAIM ASSERTION<br><br>[PROPOSED] ORDER<br><br>[Local Rule 79-5.1]<br><br>Date:   January 3, 2008<br>Time:   1:30 p.m.<br>Place:  JAMS<br>        Two Embarcadero Center<br>        Suite 1500<br>        San Francisco, California<br><br>**Phase 1**<br>Discovery Cut-Off:      January 28, 2008<br>Pre-Trial Conference:   May 5, 2008<br>Trial Date:             May 27, 2008 |

*lodged proposed order and document.*

07209/2337034.1

APPLICATION TO FILE UNDER SEAL

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by
2  the Court in this action, plaintiff Mattel, Inc. ("Mattel") hereby respectfully requests
3  that the Court order filed under seal Exhibit 7 to the concurrently filed Declaration
4  of B. Dylan Proctor in Support of Mattel, Inc.'s Opposition to MGA's Motion to
5  Compel Regarding Mattel's Privilege Waiver by Claim Assertion ("Proctor
6  Declaration").

7  The Proctor Declaration attaches as an exhibit documents that Carter Bryant,
8  MGA Entertainment, Inc. ("MGA"), or Mattel, Inc. have designated as
9  "Confidential" and/or "Confidential--Attorneys' Eyes Only" pursuant to the
10 Protective Order.  As Exhibit 7 to the Proctor Declaration consists of materials
11 designated by Carter Bryant, MGA, or Mattel as "Confidential" and/or
12 "Confidential--Attorneys' Eyes Only," Mattel requests that the Court order Exhibit 7
13 be filed under seal.

DATED:  December 28, 2007    QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By _____
Bernard Smyth
Attorneys for Plaintiff
Mattel, Inc.

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On December 28, 2007, I served true copies of the following document(s) described as **APPLICATION TO FILE UNDER SEAL CERTAIN EXHIBIT TO THE DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA'S MOTION TO COMPEL REGARDING MATTEL'S PRIVILEGE WAIVER BY CLAIM ASSERTION** on the parties in this action as follows:

Thomas J. Nolan, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
300 So. Grand Ave.
Suite 3400
Los Angeles CA 90071

Mark E. Overland, Esq.
David C. Scheper, Esq.
Alexander H. Cote, Esq.
Overland, Borenstein, Scheper & & Kim, LLP
300 S. Grand Avenue, Suite 2750
Los Angeles, CA 90071

John W. Keker, Esq.
Michael H. Page, Esq.
Christa M. Anderson, Esq.
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111

**BY MAIL:** I am "readily familiar" with the practices of Quinn Emanuel Urquhart Oliver & Hedges for collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. I enclosed the foregoing in sealed envelope(s) addressed as shown above, and such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary business practices.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 28, 2007, at Los Angeles, California.

Rita Turner