QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>           Plaintiff,<br><br>      vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>           Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Hon. Edward Infante (Ret.) Pursuant To Order Of December 6, 2006]**<br><br>ORDER RE APPLICATION TO FILE UNDER SEAL CERTAIN EXHIBIT TO THE DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA'S MOTION TO COMPEL REGARDING MATTEL'S PRIVILEGE WAIVER BY CLAIM ASSERTION<br><br>[Local Rule 79-5.1]<br><br>Date:   January 3, 2008<br>Time:   1:30 p.m.<br>Place:  JAMS<br>            Two Embarcadero Center<br>            Suite 1500<br>            San Francisco, California<br><br>**Phase 1**<br>Discovery Cut-Off:      January 28, 2008<br>Pre-Trial Conference:  May 5, 2008<br>Trial Date:                    May 27, 2008 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Exhibit 7 to the Proctor Declaration submitted in support of Mattel, Inc.'s Opposition to MGA's Motion to Compel Regarding Mattel's Privilege Waiver by Claim Assertion is ORDERED filed under seal pursuant to <u>Local Rule</u> 79-5.1.

DATED: December 28 , 2007

*/s/ S.G. Larson*

Hon. Stephen G. Larson
United States District Judge