QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED CASES | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case Nos. CV 04-09059 and CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Hon. Edward Infante (Ret.) Pursuant To The Court's Order Of December 6, 2006]**<br><br>[PUBLIC REDACTED] [CORRECTED] SUPPLEMENTAL DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES (NOS. 27, 28, 29, 30, 31, 32, 33, 36, 37, 38, 39, 40, 42, 45 AND 47) BY CARTER BRYANT<br><br>Date: January 3, 2008<br>Time: 1:30 p.m.<br>Place: JAMS<br>      Two Embarcadero Center<br>      Suite 1500<br>      San Francisco, California<br><br>Phase 1:<br>Discovery Cut-off: January 28, 2008<br>Pre-trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2337902.1

SUPPLEMENTAL DECLARATION OF B. DYLAN PROCTOR

# DECLARATION OF B. DYLAN PROCTOR

I, B. Dylan Proctor, declare as follows:

1. I am a member of the bar of the State of California and a partner of Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Attached as Exhibit 1 is a true and correct copy of MGA's and Carter Bryant's Joint Motion to Overrule Mattel's Relevance Objection and Compel Discovery Relevant to Mattel's Employee Agreements, dated December 19, 2007.

3. I participated in the pre-filing conferences of counsel relating to the motion at bar, held on December 4 and 5, 2007, as counsel for Mattel. During these conferences, Mattel made clear that its Interrogatories only seek information within Bryant's possession, custody or control, and that Mattel does not expect Bryant to provide responsive information that is not within his possession, custody or control.

4. In supplemental responses to Bryant's interrogatories, Mattel has provided 463 pages of textual responses (not objections) to 14 interrogatories, notwithstanding Mattel's objections to Bryant's discovery requests. Bryant has done the opposite here, providing only 33 total pages of responses to the 24 interrogatories of Mattel set forth in the sets at issue here.

5. Attached as Exhibit 2 is a true and correct copy of the Agreement between Bryant and MGA dated as of September 18, 2000, as produced by defendants in this action.

6. Attached as Exhibit 3 is a true and correct copy of the Modification and Clarification of the 2000 Agreement between Bryant and MGA, as produced by defendants in this action.

7. Attached as Exhibit 4 is a true and correct copy of a letter I sent to Matthew Werdegar, counsel for Bryant, on December 20, 2007. This letter was faxed at approximately 1:42 p.m. on the 20th, well before Bryant submitted his opposition papers, but it was not included with Bryant's opposition.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 27, 2007, at Los Angeles County, California.

_____
B. Dylan Proctor

07209/2336856.1

-2-

SUPPLEMENTAL DECLARATION OF B. DYLAN PROCTOR

**EXHIBIT 1**

**[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER]**

**EXHIBIT 2**

**[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER]**

**EXHIBIT 3**

**[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER]**

**EXHIBIT 4**

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

WRITER'S DIRECT DIAL NO.
(213) 443-3112

WRITER'S INTERNET ADDRESS
dylanproctor@quinnemanuel.com

December 20, 2007

**VIA FACSIMILE AND U.S. MAIL**

Matthew M. Werdegar, Esq.
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111-1704

Re: Mattel v. Bryant et al.

Dear Matt:

I write in response to your letter of earlier today regarding Mattel's motion to compel Carter Bryant's responses to Mattel's interrogatories.

As we made clear in my letter of last night, the issues in Mattel's motion do not appear to be moot in any way, as Mr. Bryant's supplemental responses appear on their face to be incomplete and limited by what Mattel views as spurious objections. Your assertion that Mattel acknowledged its motion is now moot is misguided. Mattel sees no reason to withdraw its motion to compel, and is not willing to do so based solely on the text of those responses.

What Mattel is willing to do, as we invited last night, is to engage in further discussions regarding these responses in case, contrary to appearances, Mr. Bryant's answers are indeed now full and complete and not limited by objections. Please let us know if they are. I again invite you to meet and confer today to determine if the parties can minimize the number of issues that need to be addressed by the Court. And, as I stated before, we are willing to agree to an extension of the deadline for Mr. Bryant's opposition to tomorrow, December 21, 2007, in order to facilitate such discussion, if you so request.

**EXHIBIT** 4 **PAGE** 32

**quinn emanuel urquhart oliver & hedges, llp**

NEW YORK | 355 Madison Avenue, 17th Floor, New York, New York 10017 | TEL 212-702-8100 FAX 212-702-8200
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94104 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100
PALM SPRINGS | 45-025 Manitou Drive, Suite 10, Indian Wells, California 92210 | TEL 760-345-4757 FAX 760-345-2414
SAN DIEGO | 4445 Eastgate Mall, Suite 200, San Diego, California 92121 | TEL 858-812-3107 FAX 858-812-3336

07209/2331410.1

I look forward to hearing from you.

Very truly yours,

*B. Dylan Proctor/sa*

B. Dylan Proctor

**EXHIBIT** 4 **PAGE** 33

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

**NEW YORK**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

**LOS ANGELES**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

**SAN FRANCISCO**
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

**TOKYO**
Akasaka Twin Tower Main Building, 6th Floor
17-22 Akasaka 2-Chome
Minato-ku, Tokyo 107-0052, Japan
+81 3 5561-1711
Facsimile: +81 3 5561-1712

**SILICON VALLEY**
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

## LOS ANGELES OFFICE
## FACSIMILE TRANSMISSION

**DATE:** December 20, 2007

**NUMBER OF PAGES, INCLUDING COVER: 3**

| | NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|---|
| | Matthew M. Werdegar, Esq.<br>Keker & Van Nest, LLP | (415) 391-5400 | (415) 397-7188 |

**FROM:** B. Dylan Proctor

**RE:** *Mattel v. Bryant et al.*

**MESSAGE:**



FAXED DEC 2 0 2007

| CLIENT # | 07209 | ROUTE/RETURN TO: | Tiffany Garcia | ☒ CONFIRM FAX<br>☒ INCLUDE CONF. REPORT |
|---|---|---|---|---|
| OPERATOR: | W | | CONFIRMED? ☐ NO ☐ YES: | |

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS POSSIBLE.

EXHIBIT 4
PAGE 34

## Confirmation Report - Memory Send

```
Page        : 001
Date & Time : 12-20-2007  13:44
Line 1      : 2134433100
Line 2      :
Machine ID  : QUINN EMANUEL
```

| | |
|---|---|
| Job number | : 936 |
| Date | : 12-20 13:42 |
| To | : ☎9647#07209#141539771188# |
| Number of pages | : 004 |
| Start time | : 12-20 13:42 |
| End time | : 12-20 13:44 |
| Pages sent | : 004 |
| Status | : OK |
| Job number : 936 | *** SEND SUCCESSFUL *** |

## QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

**NEW YORK**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

**LOS ANGELES**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

**SAN FRANCISCO**
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

**TOKYO**
Akasaka Twin Tower Main Building, 6th Floor
17-22 Akasaka 2-Chome
Minato-ku, Tokyo 107-0052, Japan
+81 3 5561-1711
Facsimile: +81 3 5561-1712

**SILICON VALLEY**
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

### LOS ANGELES OFFICE
### FACSIMILE TRANSMISSION

**DATE:** December 20, 2007                **NUMBER OF PAGES, INCLUDING COVER: 3**

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Matthew M. Werdegar, Esq.<br>Keker & Van Nest, LLP | (415) 391-5400 | (415) 397-7188 |

**FROM:** B. Dylan Proctor

**RE:** Mattel v. Bryant et al.

**MESSAGE:**

| CLIENT # | 07209 | ROUTE/<br>RETURN TO: | Tiffany Garcia | ☒ CONFIRM FAX<br>☒ INCLUDE CONF. REPORT |
|---|---|---|---|---|
| OPERATOR: | *[initials]* | | CONFIRMED? ☐ No ☐ Yes: | |

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE.

EXHIBIT 4 PAGE 35

```
***********************
***   TX REPORT    ***
***********************

TRANSMISSION OK

TX/RX NO                4618
RECIPIENT ADDRESS       9414#07209#14153977188
DESTINATION ID
ST. TIME                12/20 13:23
TIME USE                01'07
PAGES SENT              3
RESULT                  OK
```

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

**NEW YORK**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

**LOS ANGELES**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

**SAN FRANCISCO**
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

**TOKYO**
Akasaka Twin Tower Main Building, 6th Floor
17-22 Akasaka 2-Chome
Minato-ku, Tokyo 107-0052, Japan
+81 3 5561-1711
Facsimile: +81 3 5561-1712

**SILICON VALLEY**
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

## LOS ANGELES OFFICE
## FACSIMILE TRANSMISSION

**DATE:** December 20, 2007

**NUMBER OF PAGES, INCLUDING COVER: 3**

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Matthew M. Werdegar, Esq. Keker & Van Nest, LLP | (415) 391-5400 | (415) 397-7188 |

**FROM:** B. Dylan Proctor

**RE:** *Mattel v. Bryant et al.*

**MESSAGE:**

EXHIBIT 4 PAGE 36