B. Dylan Proctor
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
865 SOUTH FIGUEROA STREET
10th FLOOR
LOS ANGELES, CA 90017
(213) 443-3000

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual, <br><br> PLAINTIFF(S) <br> v. <br> MATTEL, INC., a Delaware corporation, <br><br> DEFENDANT(S) | CASE NUMBER: <br> CV 04-9049 <br> Consolidated with Case <br> Nos. CV 04-09059 & 05-02727 <br><br> NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
Consolidated Separate Statement in Support of Mattel's Motion to Compel Interrogatory Responses by Carter Bryant; Exhibits 1, 2 and 3 to the [Corrected] Supplemental Declaration of B. Dylan Proctor; Application to File Under Seal and Proposed Order

**Document Description:**

[ ] Administrative Record

[x] Exhibits

[ ] Ex Part Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)

[x] Other  Separate Statement; Application to File Under And Proposed Order

**Reason:**

[x] Under Seal

[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

[ ] Electronic versions are not available to filer

[x] Per Court order dated  Jan. 4, 2005

[ ] Manual Filing required (reason):

December 12/31/07                                          B. Dylan Proctor
Date                                                      Attorney Name

                                                          MATTEL, INC., a Delaware corporation,
                                                          Party Represented

Note: File one Notice in each case, each time you manually file document(s).

G-92 (02/07)                    NOTICE OF MANUAL FILING                    CCD-G92