QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>       Plaintiff,<br><br>   vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>       Defendant.<br><br>AND CONSOLIDATED ACTIONS. | CASE NO. CV 04-09049 SGL (RNBx)<br><br>Consolidated with Case Nos. CV 04-9059 and CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MATTEL, INC.'S MOTIONS TO BE HEARD ON JANUARY 7, 2008<br><br>Hearing Date:  January 7, 2008<br>Time:           10:00 a.m.<br>Place:          Courtroom 1<br><br>**Phase I**<br>Discovery Cut-Off:   January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date:              May 27, 2008 |

07209/2337858.1

DECLARATION OF MICHAEL T. ZELLER

# DECLARATION OF MICHAEL T. ZELLER

I, Michael T. Zeller, declare as follows:

1.      I am a member of the Bars of the States of California, New York and Illinois, am admitted to practice before this Court and am a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for plaintiff and cross-defendant Mattel, Inc. ("Mattel").  I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2.      Attached as Exhibit 1 is a true and correct copy of the Dallas County Court at Law's Order Denying Bryant's Motion for Protective Order, dated November 16, 2007.

3.      Attached as Exhibit 2 is a true and correct copy of Discovery Master's Order Granting Mattel's motion to Compel Carter Bryant to Answer Requests for Admission, dated August 21, 2007.

4.      Attached as Exhibit 3 is a true and correct copy of Discovery Master's Order Granting Mattel's Motion to Compel MGA to Answer Requests for Admission, dated August 21, 2007.

5.      Attached as Exhibit 4 is a true and correct copy of Discovery Master's Order Granting Mattel's Motion to Compel Bryant to Make Original Documents Available for Expert Examination and Testing, dated August 30, 2007.

6.      Attached as Exhibit 5 is a true and correct copy of Discovery Master's Order Granting In Part Mattel's Motion to Compel MGA To Produce Witnesses Pursuant to Third Notice of Deposition Under Rule 30(b)(6), dated September 26, 2007.

7.      Attached as Exhibit 6 is a true and correct copy of Discovery Master's Order Granting In Part Mattel's Motion for Additional Time To Depose Carter Bryant For All Purposes, dated September 28, 2007.

8. Attached as Exhibit 7 is a true and correct copy of Discovery Master's Order Granting Mattel's Motion to Compel MGA to Produce Documents, dated December 17, 2007.

9. Attached as Exhibit 8 is a true and correct copy of Discovery Master's Order Granting Mattel, Inc.'s Motion to Compel Production of Documents by MGA, dated December 28, 2007.

10. Attached as Exhibit 9 is a true and correct copy of excerpts from Hearing Transcript of Scheduling Conference, dated dated February 12, 2007.

11. Isaac Larian has not produced any documents in this case.

12. Attached as Exhibit 10 is a true and correct copy of MGA Mexico's Objections and Responses to Mattel's First Set of Requests for Production.

13. Defendant Gustavo Machado Gomez refused to sit for deposition until after Mattel moved to compel his deposition.

14. Defendants have served more than 1,200 requests for production, more than 1,200 requests for admissions, in excess of 50 interrogatories, 146 Rule 30(b)(6) topics and at least 64 subpoenas.

15. Attached as Exhibit 11 is a true and correct copy of my colleague Jon Corey's letters to John M. Baran and to letter from Neal Potischman, dated December 24, 2007.

16. Attached as Exhibit 12 is a true and correct copy of Discovery Master's Order Granting in Part Mattel's Motion for Protective Order Regarding "Polly Pocket" Documents, dated April 19, 2007.

17. Attached as Exhibit 13 is a true and correct copy of a page from the website of Keats, McFarland & Wilson LLP, www.kmwlaw.com, printed on December 31, 2007.

18. Attached as Exhibit 14 is a true and correct copy of Discovery Master's Order Granting Mattel's Motion for an Extension of Time to Depose Paula Garcia, dated August 14, 2007.

19. Attached as Exhibit 15 is a true and correct copy of Mattel's Subpoena to Ernst & Young dated October 25, 2007.

20. Attached as Exhibit 16 is a true and correct copy of Mattel's Subpoena to Wachovia dated October 25, 2007.

21. Attached as Exhibit 17 is a true and correct copy of Discovery Master's Order Granting Mattel's Motion to Compel Documents and Interrogatory Answers by MGA, dated May 15, 2007.

22. Attached as Exhibit 18 is a true and correct copy of the Court's Order dated July 2, 2007.

23. Attached as Exhibit 19 is a true and correct copy of the Amended Answer and Affirmative Defenses of MGA Entertainment, Inc., MGA Entertainment (HK) Limited and MGAE de Mexico S.R.L. de C.V. to Mattel, Inc.'s Second Amended Answer and Counterclaims.

24. Attached as Exhibit 20 is a true and correct copy of Carter Bryant's Opposition to Motion to Strike Carter Bryant's Affirmative Defenses.

25. Attached as Exhibit 21 is a true and correct copy of excerpts from Bryant's Opposition to Mattel's Motion to Enforce the Court's Order of August 27, 2007 and Compel Carter Bryant and Carlos Gustavo Machado Gomez to Provide Preservation Affidavits, dated December 24, 2007.

26. Attached as Exhibit 22 is a true and correct copy of excerpts from the hearing transcript of the status conference on October 15, 2007.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 31, 2007, at Los Angeles, California.

By /s/ Michael T. Zeller
Michael T. Zeller