# EXHIBIT 1

Cause No. 04-12295-a

| | | |
|---|---|---|
| In re: | § § § § | COUNTY COURT AT LAW |
| SBC COMMUNICATIONS, INC. | § § § § § | NUMBER 1 |
| | § § § | DALLAS COUNTY, TEXAS |

### ORDER

Following hearing on the Motion for Protective Order filed November 11, 2004 by Carter Bryant, this Court finds the Motion has no merit and therefore DENIES the Motion for Protective Order.

Date: __November 16__, 2004

By: _____
Judge, County Court at Law

ORDER – solo page

EXHIBIT __1__ PAGE 7