# EXHIBIT 9

1

1           UNITED STATES DISTRICT COURT

2           CENTRAL DISTRICT OF CALIFORNIA

3                EASTERN DIVISION

4                   - - -

5       HONORABLE STEPHEN G. LARSON, JUDGE PRESIDING

6                   - - -

7   CARTER BRYANT,               )
                                 )
8                   PLAINTIFF,   )
                                 )
9           VS.                  )   NO. ED CV 04-09049
                                 )   (LEAD LOW NUMBER)
10  MATTEL, INC.,                )
                                 )
11                  DEFENDANTS.  )   STATUS/SCHEDULING
                                 )       CONFERENCE
12  AND RELATED ACTIONS,         )
                                 )
13  _____

14

15         REPORTER'S TRANSCRIPT OF PROCEEDINGS

16              RIVERSIDE, CALIFORNIA

17             MONDAY, FEBRUARY 12, 2007

18                  1:49 P.M.

19

20                **CERTIFIED**

21                **COPY**

22

23              THERESA A. LANZA, RPR, CSR
                FEDERAL OFFICIAL COURT REPORTER
24              3470 12TH STREET, RM. 134
                RIVERSIDE, CALIFORNIA  92501
25                  (951) 274-0844
                CSR11457@SBCGLOBAL.NET

EXHIBIT 7 PAGE 70

1    APPEARANCES:

2

3    ON BEHALF OF PLAINTIFF/COUNTER DEFENDANT MATTEL, INC.:

4
                          QUINN EMANUEL
5                         BY:  JOHN B. QUINN
                          865 S. FIGUEROA STREET,
6                         10TH FLOOR
                          LOS ANGELES, CALIFORNIA  90017
7                         (213) 624-7707

8

9    ON BEHALF OF PLAINTIFF/COUNTER COMPLAINANT/DEFENDANT,
     CARTER BRYANT:
10
                          LITTLER MENDELSON
11                        BY:  KEITH A. JACOBY
                          2049 CENTURY PARK EAST,
12                        FIFTH FLOOR
                          LOS ANGELES, CALIFORNIA  90067
13                        (310) 553-0308

14

15   ON BEHALF OF MGA ENTERTAINMENT:

16                        O'MELVENY & MYERS LLP
                          BY:  DIANA M. TORRES
17                        400 SOUTH HOPE STREET
                          LOS ANGELES, CA  90071-2899
18                        (213) 430-6556

19

20

21

22

23

24

25

                2-12-07                    CV 04-09049

EXHIBIT _9_ PAGE 71

1      BUT THE IMPORTANT POINT IS, THAT I WOULD HOPE THE

2    COURT WOULD APPRECIATE, IS THAT NOTWITHSTANDING THE AMOUNT OF

3    TIME THAT'S GONE BY SINCE THIS CASE WAS FILED, DISCOVERY IS

4    NOWHERE NEAR AS FAR ALONG AS ONE MIGHT EXPECT.  IN PART, IT'S

5    BECAUSE OF THE STAY.  BUT IT'S, IN PART, BECAUSE OF JUST THE          02:03

6    INABILITY TO GET ANYWHERE.  AND I DO THINK THAT'S GOING TO

7    CHANGE NOW.

8      WE HAVE NO INTEREST IN TAKING DISCOVERY GRATUITOUSLY

9    OR JUST TO TAKE DISCOVERY, BUT THERE ARE A LOT OF DIFFERENT

10   SUBJECTS THAT NEED TO BE COVERED AND WE'RE STILL AT A PRETTY         02:04

11   EARLY STAGE IN THAT REGARD.

12      THE COURT:  LET ME HEAR FROM MS. TORRES FROM MGA.

13      MS. TORRES:  THANK YOU, YOUR HONOR.

14      AT A CERTAIN POINT, THE LITIGATION DOES HAVE TO GO

15   FORWARD.  AND I WILL SUBMIT TO YOU THAT MATTEL NEVER REALLY          02:04

16   SOUGHT TO MAKE IT GO FORWARD UNTIL JANUARY WHEN THIS COURT SAID

17   'I WANT A SCHEDULE.'

18      MR. QUINN JUST WENT THROUGH A LAUNDRY LIST OF

19   HORRIBLES ABOUT WHAT TYPE OF DISCOVERY-OBSTRUCTIONIST TACTICS

20   WE'VE ENGAGED IN, AND THE FACT OF THE MATTER IS HIS INFORMATION      02:04

21   IS INCOMPLETE, SUFFICE IT TO SAY; THINGS LIKE THE MOTION TO

22   COMPEL CARTER BRYANT FOR DEPOSITION.

23      YES, THEY MOVED TO COMPEL CARTER BRYANT FOR

24   DEPOSITION, AND THEY WERE ABLE TO COMPEL HIM.  BUT NOT UNTIL

25   AFTER WE GOT A PROTECTIVE ORDER REQUIRING THEM TO PRODUCE            02:05

EXHIBIT 9 PAGE 72

13

1   DOCUMENTS.

2           THERE HAS BEEN A DELAY FOR A START-UP TIME IN GETTING

3   DISCOVERY GOING, BUT FRANKLY IT HAS BEEN MORE BECAUSE WHAT THEY

4   WANT IN DISCOVERY IS SCORCHED-EARTH DISCOVERY TO BE ABLE TO

5   FIND THEIR THEORIES.                                                02:05

6           THE COURT:  THE COURT HAS TAKEN A LOOK, A GANDER, A

7   PERUSAL, OF SOME OF THE DOCUMENTS THAT HAVE BEEN GOING UP TO

8   JUDGE INFANTE.  ADMITTEDLY, I HAVE BEEN CONCERNED AT SOME OF

9   THE THINGS THAT I HAVE OBSERVED THE FIGHT GOING ON OVER.  AND

10  JUST SINCE YOU'RE THE ONE THAT HAS THE LECTERN RIGHT NOW, A        02:05

11  RECENT EXAMPLE, THE COURT SAW THAT THERE WERE DRAWINGS THAT

12  MR. BRYANT DID OF BRATZ DOLLS THAT WERE NOT TURNED OVER, AND

13  SOME OF THIS STUFF JUST SEEMS LIKE IT WOULD BE PRETTY OBVIOUS

14  THAT THIS WOULD BE THE TYPE OF THING THAT WOULD BE RELEVANT

15  THAT WOULD HAVE TO BE TURNED OVER UP FRONT.                        02:06

16          MS. TORRES:  THE ISSUE OF THE BRATZ DRAWINGS IS

17  WHETHER OR NOT THEY WERE FIRST-GENERATION BRATZ OR SUBSEQUENT-

18  GENERATION BRATZ.  AND WHEN THE CASE WAS SIMPLY THE MATTEL V.

19  BRYANT CASE, WE -- AND EARLY IN THIS CASE IT WAS MR. BRYANT,

20  BUT ALSO MGA -- AGREED TO PRODUCE FIRST-GENERATION BRATZ           02:06

21  DOCUMENTS, AND WE DID.

22          WHAT THEY MOVED TO COMPEL ON WERE POST-FIRST-

23  GENERATION BRATZ DOCUMENTS, AND THE REASON JUDGE INFANTE

24  GRANTED THAT WAS BECAUSE NOW SUBSEQUENT-GENERATION BRATZ ARE AT

25  ISSUE.  BUT THEY WEREN'T AT ISSUE IN THE ORIGINAL CASE THAT WAS    02:06

EXHIBIT _9_ PAGE 73

14

1    FILED, MATTEL VERSUS CARTER BRYANT.

2            THE COURT:  THE INITIAL CASE.

3            MS. TORRES:  YES.

4            THEREFORE, NOW THAT THERE IS MORE IN THE CASE, THOSE

5    DOCUMENTS ARE RELEVANT AND THEY ARE BEING PRODUCED.            02:07

6            THAT IS A NEW DEVELOPMENT THAT THEY HAD AGREED IN

7    FRONT OF JUDGE BLOCK, AND WE HAVE A TRANSCRIPT OF IT, THAT WE

8    ONLY NEEDED TO PRODUCE FIRST GENERATION.  AND IN DECEMBER THEY

9    RAISED THE ISSUE OF ALL BRATZ DRAWINGS.  SO WHEN THEY SAY THAT

10   CRITICAL BRATZ DRAWINGS HAVE NOT BEEN PRODUCED, IT'S MISLEADING  02:07

11   BECAUSE THEY MAY BE RELEVANT TO THE SECOND ROUND OF CLAIMS BUT

12   THEY WEREN'T RELEVANT TO THE MATTEL V. BRYANT CASE.  AND

13   DISCOVERY IN THE SECOND ROUND OF CASES OR CLAIMS DID NOT START

14   UNTIL DECEMBER.

15           THE COURT:  ALL RIGHT.  THAT WAS JUST ONE THAT KIND    02:07

16   OF STRUCK ME AS -- AND LIKE I SAY, I DIDN'T THOROUGHLY REVIEW

17   THESE PLEADINGS IN DETAIL.  I JUST KIND OF WANTED TO GET A

18   SENSE OF WHAT I WAS SIGNING THE UNDER-SEAL ORDER ON, AND I JUST

19   REVIEWED THEM TO GET A GENERAL SENSE OF THAT.

20           MS. TORRES:  YES.  AND WE HAVE NOT BEEN FILING -- MGA   02:08

21   AND CARTER BRYANT HAVEN'T BEEN FILING THEIR MOTIONS TO COMPEL

22   WITH THIS COURT BECAUSE WE THOUGHT THAT WAS IMPROPER.  AND

23   RECENTLY JUDGE INFANTE AGREED THAT THE MOTIONS TO COMPEL SHOULD

24   NOT BE FILED WITH THIS COURT.

25           THE COURT:  WELL, THE MOTIONS DON'T NEED TO BE FILED   02:08

2-12-07                    CV 04-09049

EXHIBIT 9 PAGE 74

1  AND THE RESOURCES THAT QUINN EMANUEL AND O'MELVENY & MYERS AND

2  LITTLER ARE ALL DEVOTING TO THIS, THESE DATES ARE PRETTY FIRM;

3  SO PLAN ACCORDINGLY.

4          MR. JACOBY:  THANK YOU, YOUR HONOR.

5          MR. QUINN:  THANK YOU, YOUR HONOR.                    02:23

6          THE COURT:  ALL RIGHT.  GOOD LUCK.

7

8

9

10

11

12

13

14

15

16

17                    CERTIFICATE

18

19  I HEREBY CERTIFY THAT PURSUANT TO SECTION 753, TITLE 28, UNITED
    STATES CODE, THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF
20  THE STENOGRAPHICALLY RECORDED PROCEEDINGS HELD IN THE ABOVE-
    ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS IN
21  CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL CONFERENCE OF
    THE UNITED STATES.

22

23  _____        2-22-07
    THERESA A. LANZA, CSR, RPR          DATE
24  FEDERAL OFFICIAL COURT REPORTER

25

                2-12-07              CV 04-09049

EXHIBIT 9 PAGE 75