# EXHIBIT 10

1  THOMAS J. NOLAN (Bar No. 66992)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2  300 South Grand Avenue
   Los Angeles, California  90071-3144
3  Telephone:  (213) 687-5000
   Facsimile:  (213) 687-5600
4  E-mail:     tnolan@skadden.com

5  RAOUL D. KENNEDY (Bar No. 40892)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
6  Four Embarcadero Center, Suite 3800
   San Francisco, California  94111-5974
7  Telephone:  (415) 984-6400
   Facsimile:  (415) 984-2698
8  Email:      rkennedy@skadden.com

9  Attorneys for MGA
   ENTERTAINMENT, INC., ISAAC
10 LARIAN, MGA ENTERTAINMENT
   (HK) LIMITED, and MGAE de
11 MEXICO S.R.L. de C.V.

12                 **UNITED STATES DISTRICT COURT**

13                **CENTRAL DISTRICT OF CALIFORNIA**

14                        **EASTERN DIVISION**

15  CARTER BRYANT, an individual          )   CASE NO. CV 04-9049 SGL (RNBx)
                                          )
16              Plaintiff,                )   Consolidated with Case No. 04-9059
                                          )   and Case No. 05-2727
17       v.                               )
                                          )   **MGAE de MEXICO S.R.L**
18  MATTEL, INC., a Delaware              )   **de C.V.'S OBJECTIONS**
    corporation                           )   **AND RESPONSES TO**
19                                        )   **MATTEL INC.'S FIRST SET OF**
              Defendant.                  )   **REQUESTS FOR DOCUMENTS**
20                                        )   **AND THINGS**
                                          )
21  Consolidated with MATTEL, INC. v.     )   Honorable Stephen G. Larson
    BRYANT and MGA                        )   Courtroom 1
22  ENTERTAINMENT, INC. v.                )
    MATTEL, INC.                          )
23                                        )
                                          )
24  ─────────────────────────────────────

25  PROPOUNDING PARTY:        MATTEL, INC.

26  RESPONDING PARTY:         MGAE de MEXICO, S.R.L. de C.V.

27  SET NUMBER:               ONE

28

                                        **EXHIBIT _10_ PAGE 76**

RECEIVED
DEC 21 2007

1    Pursuant to Rule 34 of the Federal Rules of Civil Procedure, MGAE de

2    Mexico, S.R.L. de C.V. ("MGA Mexico") hereby submits these responses and

3    objections (the "Response") to Mattel, Inc.'s ("Mattel's") First Set of Requests for

4    Production of Documents to MGA (the "Requests").

5                              **GENERAL RESPONSE**

6           The General Response and General and Specific Objections set forth herein

7    apply to all documents that MGA Mexico may in the future produce in response to

8    the Requests.  The Response is made without waiving, or intending to waive but, on

9    the contrary, expressly reserving:  (a) the right to object, on the grounds of

10   competency, privilege, relevancy or materiality, or any other proper grounds, to the

11   use of the documents, for any purpose in whole or in part, in any subsequent step or

12   proceeding in this action or any other action; (b) the right to object on any and all

13   grounds, at any time, to other requests for production or other discovery procedures

14   involving or relating to the subject matter of the Requests; and (c) the right at any

15   time to revise, correct, add to, or clarify any of the responses propounded herein.

16          The Response reflects only the present state of MGA Mexico's discovery

17   regarding the documents sought by Mattel.  Except as otherwise stated below, an

18   objection to a specific document request does not imply that documents responsive

19   to the request exist or have ever existed.  In addition, an agreement to produce

20   documents responsive to any specific document request does not imply that

21   documents responsive to the request exist or have existed; rather, it is an agreement

22   to produce non-privileged documents responsive to that particular document request

23   as limited by or interpreted in any applicable General or Specific objections, if any

24   exist.  Production of any document is not intended as, and, to the extent permitted by

25   law, shall not be deemed to be, a waiver of any objection set forth herein.  Discovery

26   and other investigation or research concerning this litigation are continuing.  MGA

27   Mexico, therefore, reserves the right to amend or supplement this Response at any

28   time in light of future investigation, research or analysis, and also expressly reserves

-1-

**EXHIBIT** *10* **PAGE 77**

1    the right to rely on, at any time, including trial, subsequently discovered information

2    or information omitted from this Response as a result of mistake, error, oversight or

3    inadvertence.  MGA Mexico does not hereby admit, adopt or acquiesce in any

4    factual or legal contention, assertion or characterization contained in the Requests or

5    any particular request therein, even where MGA Mexico has not otherwise objected

6    to a particular request, or has agreed to produce documents responsive to a particular

7    request.

8         MGA Mexico invites Mattel to meet and confer regarding these Reponses, the

9    scope of the Requests, and arriving at protocol for production of documents in this

10   litigation.

11                        **GENERAL OBJECTIONS**

12        MGA Mexico incorporates the following General Objections, as well as the

13   General Response, into its Specific Responses and Objections to each and every

14   request for documents contained in the Requests:

15        1.    MGA Mexico objects to the date and place of production on the

16   grounds that they impose an undue burden on MGA Mexico.  The time set for

17   compliance is unduly burdensome, especially in light of the number of document

18   requests, and the scope and volume of the material being sought.  To the extent

19   MGA Mexico later agrees to produce responsive documents, MGA Mexico intends

20   to proceed expeditiously to collect the documents for production, if any, and will

21   produce them at a date and time, and in such a manner, as may be mutually agreed

22   by counsel for the parties.

23        2.    MGA Mexico objects to the Requests to the extent that they seek

24   documents not relevant to the claims or defenses in this action and are not reasonably

25   calculated to lead to the discovery of admissible evidence.

26        3.    MGA Mexico objects to the Requests on the grounds that they are

27   overly broad and unduly burdensome.

28

**EXHIBIT _10_ PAGE 78**

1    4.    MGA Mexico objects to the Requests insofar as they seek

2  documents that are protected from disclosure under any applicable privilege, doctrine

3  or immunity, including without limitation the attorney-client privilege, the attorney

4  work product doctrine, the right of privacy, and all other privileges recognized under

5  the constitutional, statutory or decisional law of the United States of America, the

6  State of California or any other applicable jurisdiction, including, but not limited to,

7  such laws existing in the United Mexican States.  MGA Mexico shall not produce

8  such documents in response to Mattel's Request.  Any production of such protected

9  or privileged materials is inadvertent and shall not be construed as a waiver of those

10  privileges or protections.

11    5.    MGA Mexico objects to the Requests insofar as they seek

12  documents that by reason of public filing, public distribution or otherwise are already

13  in Mattel's possession or are readily accessible to Mattel from public sources or third

14  parties.

15    6.    MGA Mexico objects to the Requests insofar as they seek

16  production of documents (1) not within its possession, custody or control; (2) that

17  MGA Mexico cannot locate after a reasonably diligent search; or (3) that refer to

18  persons, entities, or events not known to MGA Mexico.  Such instructions,

19  definitions, or requests are objectionable where they subject MGA Mexico to

20  unreasonable and undue annoyance, oppression, burden, and expense; and/or seek to

21  impose upon MGA Mexico an obligation to produce documents from sources

22  equally accessible to Mattel.  To the extent MGA Mexico agrees to produce

23  documents in response to the Requests, MGA Mexico will make a reasonably

24  diligent search for responsive documents within its possession, custody or control

25  and located at MGA Mexico's offices.

26    7.    In responding to Mattel's Requests, MGA Mexico has not and

27  will not comply with any instructions or definitions that seek to impose requirements

28  in addition to those imposed by Federal law.

-3-

**EXHIBIT 10 PAGE 79**

8. MGA Mexico objects to each and every request to the extent it purports to require MGA Mexico to search all documents and things within its possession, custody or control or within the possession, custody or control of any of MGA Mexico's current or former employees, officers, directors, agents, representatives, attorneys, parents, subsidiaries, divisions, affiliates, predecessors-in-interest and successors-in-interest, and any other person acting on its behalf, pursuant to its authority or subject to its control, on the grounds that such request is unreasonable, overbroad, unduly burdensome and oppressive, violates the right to privacy, and purports to require MGA Mexico to search for documents not within its possession, custody or control. To the extent MGA Mexico agrees to produce documents in response to the Requests, MGA Mexico will make a reasonably diligent search for responsive documents within its possession, custody or control.

9. MGA Mexico objects to each and every request to the extent it seeks "all documents" responsive to a certain category on the grounds that such request is overbroad and unduly burdensome and oppressive. MGA Mexico will not respond to duplicative or cumulative requests and will not re-produce documents it has already produced or produce documents that it has received from Mattel or others in the course of discovery in this matter.

10. MGA Mexico objects to the Requests insofar as they seek production of confidential, proprietary, or trade-secret information, the disclosure of which would be inimical to the business interests of MGA Mexico.

11. MGA Mexico objects to each request to the extent it seeks information relating to the activities or conduct of other entities or non-parties.

12. MGA Mexico objects to each request to the extent it seeks information relating to activities or conduct in foreign countries.

13. MGA Mexico objects to the Definitions and Instructions to the extent such Definitions and Instructions purport to enlarge, expand, or alter in any way the plain meaning and scope of any specific term or specific request on the

-4-

EXHIBIT _10_ PAGE 80

MGAE de MEXICO S.R.L. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A                                    MSW - Draft December 19, 2007 - 1:25 PM

1 | ground that such enlargement, expansion, or alteration renders such a term or request

2 | vague, ambiguous, unintelligible, overbroad, unduly burdensome, and/or uncertain.

3 |      14.   MGA Mexico objects to the Instructions to the extent that they

4 | purport to deprive MGA Mexico of the right to redact information from any

5 | documents "for any reason." MGA Mexico retains and reserves the right to redact

6 | documents on any appropriate grounds, including in particular for privilege.

7 |      15.   MGA Mexico specifically objects to the following definitions in

8 | the Requests:

9 |      (a)   MGA Mexico objects to the terms "YOU," "YOUR" and

10 | "MGA" (Definitions ¶ A) as vague, ambiguous, overbroad, and unduly burdensome.

11 | The definition broadly includes, without limitation, "current or former directors,

12 | officers, employees, agents, contractors, attorneys, accountants, or representatives of

13 | MGAE de Mexico, S.R.L. de C.V. and any corporation, partnership, association,

14 | trust, parent, subsidiary, division, affiliate, predecessor-in- interest and successor-in-

15 | interest, and any other PERSON acting on its behalf." It is impossible for MGA

16 | Mexico to know whether a particular person comes within this definition unless that

17 | person or entity at some point in time held himself or herself out as being directly

18 | affiliated with MGA Mexico. MGA Mexico additionally objects to these terms

19 | because they call for legal conclusions. Thus, "YOU," "YOUR," and "MGA" will

20 | be interpreted to mean all persons or entities who hold themselves out to MGA

21 | Mexico as officers, employees, agents, subsidiaries or divisions of MGA Mexico.

22 |      (b)   MGA Mexico objects to the defined term "MATTEL"

23 | (Definitions ¶ B) on the grounds that the term, as defined, is overbroad, vague and

24 | ambiguous, and calls for legal conclusions.

25 |      (c)   MGA Mexico objects to the definition of the term

26 | "BRATZ" (Definitions ¶ C) as vague, ambiguous, overly broad and unduly

27 | burdensome, and designed to mislead and confuse the trier of fact. The definition

28 | includes "any project, product, doll or DESIGN ever known by [the Bratz] name

**EXHIBIT _10_ PAGE 81**

MGAE de MEXICO S.R.L. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A              MSW - Draft December 19, 2007 - 1:25 PM

1  (whether in whole or in part and regardless of what such project, product or doll is or

2  has been also, previously or subsequently called) and any product, doll or DESIGN

3  or any portion thereof that is now or has ever been known as, or sold or marketed

4  under, the name or term 'Bratz' (whether in whole or in part and regardless of what

5  such product, doll or DESIGN or portion thereof is or has been also, previously or

6  subsequently called) or that is now or has ever been marketed as part of the 'Bratz'

7  line, and each version or iteration of such product, doll or DESIGN or any portion

8  thereof," and it goes on.  By incorporating the definition of "DESIGN," the overly

9  broad definition of "BRATZ" includes two-dimensional and three-dimensional

10  representations, including "works, designs, artwork, sketches, drawings, illustrations,

11  representations, depictions, blueprints, schematics, diagrams, images, sculptures,

12  prototypes, models, samples, rotocasts, reductions to practice, developments,

13  inventions and/or improvements . . . ."  (Definitions ¶ D.)  These convoluted and

14  multi-part definitions combine to render the document requests that refer to the term

15  vague, ambiguous and overly broad, and to include within the term "BRATZ" things

16  that do not fairly represent the Bratz line of dolls, accessories and related products

17  that are the subject of this case.

18      For the same reasons, MGA Mexico objects to the definitions of the phrases

19  "BRATZ DOLL," "BRATZ PRODUCT," "BRATZ LICENSE," "BRATZ MOVIE"

20  and "BRATZ TELEVISION SHOW" (Definitions ¶¶ E-I), all of which incorporate

21  the defined term "BRATZ."

22      Accordingly, in responding to the Requests, MGA Mexico will interpret the

23  term "BRATZ" to mean the line of dolls introduced to the market for sale in May or

24  June of 2001 and subsequent dolls, accessories and other products known as Bratz or

25  associated by MGA Mexico with the Bratz line of dolls.

26          (d)    MGA Mexico objects to the terms "MACHADO,"

27  "TRUEBA" and "VARGAS" (Definitions ¶¶ L-N) on the grounds that they are

28  overbroad, vague and ambiguous and call for legal conclusions.  The definition of

EXHIBIT 10 PAGE 82

1  these terms include "all of [his/her] current and former employees, agents,

2  representatives, attorneys, accountants, vendors, consultants, independent contractors,

3  predecessors-in-interest and successors-in-interest, and any other PERSON acting on

4  his or her behalf, pursuant to his authority or subject to his control."  MGA Mexico

5  will interpret the terms "MACHADO," "TRUEBA" and "VARGAS" to mean

6  respectively, the individuals Carlos Gustavo Machado Gomez, Mariana Trueba

7  Almada, and Pablo Vargas San Jose.

8             (e)      MGA Mexico objects to the definition of the phrase

9  "FORMER MATTEL EMPLOYEE" (Definitions ¶ O) as overbroad, and vague and

10  ambiguous in its use of the terms "join," "YOU," "MACHADO," "TRUEBA" and

11  "VARGAS." MGA Mexico will interpret the term "join" to mean "work as a full

12  time, salaried employee for."  MGA further objects to the definition of the phrase

13  "FORMER MATTEL EMPLOYEE" because of its reliance on the phrase

14  "MATTEL employee" which call for a legal conclusion.

15             (f)      MGA Mexico objects to the term "MATTEL

16  DOCUMENTS" (Definitions ¶ P) on the grounds that it is overbroad, unduly

17  burdensome, vague and ambiguous and designed to mislead and confuse the trier of

18  fact.  The definition includes "all DOCUMENTS authored by MATTEL or taken

19  from MATTEL and in the possession of MGA or any FORMER MATTEL

20  EMPLOYEE . . ." and lists a string of documents by Bates Numbers.  By including

21  "DOCUMENTS taken from MATTEL" without specifying authorship, the definition

22  includes within the term "MATTEL DOCUMENTS" documents in which Mattel has

23  no proprietary interest.  By example, news magazines or other publicly available

24  information taken from out of Mattel offices would thus be included in the definition.

25  In responding to these requests, MGA Mexico will interpret the term "MATTEL

26  DOCUMENTS" to mean the specific documents Mattel has identified by Bates

27  Numbers, while specifically denying that MGA Mexico has improperly "taken," or is

28  in improper possession of, any of those documents.

-7-

**EXHIBIT _10_ PAGE 83**

1     (g) MGA Mexico also objects to the phrase "REFER OR

2 RELATE TO" (Definitions ¶ U) on the grounds and to the extent it is overbroad,

3 unduly burdensome, and/or is vague and ambiguous in the context of the Requests as

4 written and as those requests would be plainly understood absent Mattel's vague and

5 confusing definitions.

6     (h) MGA Mexico also objects to the term "SYSTEM" or

7 "SYSTEMS" (Definitions ¶ J) on the grounds and to the extent it is overbroad,

8 unduly burdensome, and/or is vague and ambiguous in the context of the Requests as

9 written.  Mattel purports to define these terms confusingly as "any computer or

10 network of computers or other network devices that allow two or more computers to

11 share information and equipment, including but not limited to local area networks,

12 wide area networks, storage area networks, client-server networks or peer-to-peer

13 networks," including the "brand, model number, technical specifications, and

14 capacities of the computers who are part of each such SYSTEM."  MGA Mexico

15 interprets "SYSTEM" as local area networks, wide area networks, storage area

16 networks, client-server networks or peer-to-peer networks, including such

17 SYSTEM's brand and model number.

18     16. MGA Mexico objects to the Requests to the extent they seek the

19 production of documents in their native format where the burden of such production

20 outweighs the likelihood of discovering information that is relevant to the subject

21 matter of the claims or defenses in this action or calculated to lead to the discovery

22 of admissible evidence.

23     17. MGA Mexico objects to the Requests on the grounds that they are

24 harassing, oppressive and unduly burdensome.  Mattel has already propounded over

25 700 requests for documents and things to MGA Mexico, MGA Entertainment (HK)

26 Limited and Isaac Larian ("the MGA Parties"), in response to which the MGA

27 Parties have already produced approximately 3.4 million pages of responsive

28

-8-

**EXHIBIT 10 PAGE 84**

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A              MSW - Draft December 19, 2007 - 1:25 PM

1   documents.  MGA Mexico is, however, willing to meet and confer regarding the

2   Requests herein, in light of the responses and objections provided herein.

3   **SPECIFIC RESPONSES AND OBJECTIONS**

4        Without waiving or departing from its General Response and General

5   Objections and specifically incorporating its General Response and General

6   Objections into each of the Specific Responses and Objections below, MGA Mexico

7   makes the following specific responses and objections to the Requests:

8   REQUEST FOR PRODUCTION NO. 1:

9        A sample of each BRATZ PRODUCT including, without limitation, each

10  BRATZ DOLL, sold by YOU or YOUR licensees.

11  RESPONSE TO REQUEST FOR PRODUCTION NO. 1:

12       MGA Mexico incorporates by reference its General Response and General

13  Objections above, as though fully set forth herein and specifically incorporates

14  General Objection No. 15 (regarding Definitions), including without limitation MGA

15  Mexico's objection to the definition of the terms BRATZ, BRATZ PRODUCT, and

16  BRATZ DOLL.  MGA Mexico further objects to the request to the extent it seeks the

17  production of documents that are protected from disclosure under any applicable

18  privilege, doctrine or immunity, including without limitation the attorney-client

19  privilege, the work product doctrine, the right of privacy, and all other privileges

20  recognized under the constitutional, statutory or decisional law of the United States

21  of America, the State of California or any other applicable jurisdiction, including, but

22  not limited to, such laws existing in the United Mexican States.  MGA Mexico

23  further objects to this request on the grounds that it is overly broad and unduly

24  burdensome in that it seeks documents not relevant to the claims or defenses in this

25  action and not reasonably calculated to lead to the discovery of admissible evidence.

26  Mattel has not demonstrated how samples of *each and every* BRATZ PRODUCT

27  sold by YOU and YOUR licensees could be relevant to the claims and defenses in

28  this action.  The request is not limited to the subject matter of this action and is thus

-9-

**EXHIBIT** *10* **PAGE 85**

1 | impermissibly overbroad.  See Magistrate Judge Infante's August 13, 2007 Order

2 | ("Aug. 13 Order") at 9:17-20; see also Magistrate Judge Infante's May 22, 2007

3 | Order ("May 22 Order") at 21:5-7 (requests that require production of documents

4 | "merely mention[ing] MGA and Bratz but that otherwise have no relevance to the

5 | claims and defenses in the suit" are impermissibly overbroad).  MGA Mexico further

6 | objects to this request as being overly broad and unduly burdensome on the grounds

7 | that it is not limited in time or geographic scope.  MGA Mexico further objects to

8 | this request on the grounds that the terms BRATZ, BRATZ PRODUCT, and BRATZ

9 | DOLL render the request vague, ambiguous, overly broad and unduly burdensome.

10 | MGA Mexico further objects to the term "sample" as vague and ambiguous.  MGA

11 | Mexico further objects to the request to the extent that it seeks items that by reason

12 | of public distribution or otherwise are already in Mattel's possession or are readily

13 | accessible to Mattel.  MGA Mexico further objects to the request to the extent that it

14 | seeks items not in MGA Mexico's possession, custody or control.  MGA Mexico

15 | further objects to the request to the extent it seeks confidential, proprietary or

16 | commercially sensitive information, the disclosure of which would be inimical to the

17 | business interests of MGA Mexico.

18 |         MGA Mexico further objects to this request as cumulative, duplicative, and

19 | unduly burdensome to the extent that it seeks items previously requested by Mattel

20 | and/or produced in response to Mattel's document requests.

21 | REQUEST FOR PRODUCTION NO. 2:

22 |         All DOCUMENTS or tangible things that any of the FORMER MATTEL

23 | EMPLOYEES removed, sent or transferred from MATTEL or removed, deleted,

24 | copied, reproduced or transferred from any MATTEL computer or electronic storage

25 | device.

26 | RESPONSE TO REQUEST FOR PRODUCTION NO. 2:

27 |         MGA Mexico incorporates by reference its General Response and General

28 | Objections above, as though fully set forth herein and specifically incorporates

**EXHIBIT _10_ PAGE 86**

1  General Objection No. 15 (regarding Definitions), including without limitation MGA

2  Mexico's objection to the definition of the terms FORMER MATTEL EMPLOYEES

3  and  MATTEL.  MGA Mexico further objects to the request to the extent it seeks the

4  production of documents that are protected from disclosure under any applicable

5  privilege, doctrine or immunity, including without limitation the attorney-client

6  privilege, the work product doctrine, the right of privacy, and all other privileges

7  recognized under the constitutional, statutory or decisional law of the United States

8  of America, the State of California or any other applicable jurisdiction, including, but

9  not limited to, such laws existing in the United Mexican States.  MGA Mexico

10 further objects to this request on the grounds that it is overly broad and unduly

11 burdensome in that it seeks documents not relevant to the claims or defenses in this

12 action and not reasonably calculated to lead to the discovery of admissible evidence.

13 Mattel has not demonstrated how *all* DOCUMENTS or tangible things that any of

14 the FORMER MATTEL EMPLOYEES removed, sent or transferred from MATTEL

15 or removed, deleted, copied, reproduced or transferred from any MATTEL computer

16 or electronic storage device, could be relevant to the claims and defenses in this

17 action.  The request is not limited to the subject matter of this action and is thus

18 impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.

19 MGA Mexico further objects to this request as being overly broad and unduly

20 burdensome on the grounds that it is not limited in time or geographic scope.  MGA

21 Mexico further objects to this request on the grounds that the terms FORMER

22 MATTEL EMPLOYEES and MATTEL render the request vague, ambiguous, overly

23 broad and unduly burdensome.  MGA Mexico further objects to the terms

24 "removed," "transferred" and "reproduced" as vague and ambiguous in the context of

25 this request.  MGA Mexico further objects to the request to the extent that it seeks

26 documents that by reason of public filing, public distribution or otherwise are already

27 in Mattel's possession or are readily accessible to Mattel.  MGA Mexico further

28

-11-

EXHIBIT _10_ PAGE 87

1 | objects to the request to the extent that it seeks documents not in MGA Mexico's

2 | possession, custody or control.

3 |     MGA Mexico further objects to this request as cumulative, duplicative, and

4 | unduly burdensome to the extent that it seeks documents previously requested by

5 | Mattel and/or produced in response to Mattel's document requests.

6 | REQUEST FOR PRODUCTION NO. 3:

7 |     All DOCUMENTS which YOU contend were prepared by any FORMER

8 | MATTEL EMPLOYEE for the benefit of YOU at any time prior to April 20, 2004.

9 | RESPONSE TO REQUEST FOR PRODUCTION NO. 3:

10 |     MGA Mexico incorporates by reference its General Response and General

11 | Objections above, as though fully set forth herein and specifically incorporates

12 | General Objection No. 15 (regarding Definitions), including without limitation MGA

13 | Mexico's objection to the definition of the term FORMER MATTEL EMPLOYEE.

14 | MGA Mexico further objects to the request to the extent it seeks the production of

15 | documents that are protected from disclosure under any applicable privilege, doctrine

16 | or immunity, including without limitation the attorney-client privilege, the work

17 | product doctrine, the right of privacy, and all other privileges recognized under the

18 | constitutional, statutory or decisional law of the United States of America, the State

19 | of California or any other applicable jurisdiction, including, but not limited to, such

20 | laws existing in the United Mexican States.  MGA Mexico further objects to this

21 | request on the grounds that it is overly broad and unduly burdensome in that it seeks

22 | documents not relevant to the claims or defenses in this action and not reasonably

23 | calculated to lead to the discovery of admissible evidence.  Mattel has not

24 | demonstrated how *all* DOCUMENTS prepared by any FORMER MATTEL

25 | EMPLOYEE for the benefit of MGA Mexico at any time prior to April 20, 2004

26 | could be relevant to the claims and defenses in this action.  The request is not limited

27 | to the subject matter of this action and is thus impermissibly overbroad.  See Aug. 13

28 | Order at 9:17-20; May 22 Order at 21:5-7.  MGA Mexico further objects to this

-12-

**EXHIBIT _10_ PAGE 88**

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A                                        MSW - Draft December 19, 2007 - 1:25 PM

1  request as being overly broad and unduly burdensome on the grounds that it is not

2  sufficiently limited in geographic scope.  MGA Mexico further objects to this request

3  on the grounds that the term FORMER MATTEL EMPLOYEE renders the request

4  vague, ambiguous, overly broad and unduly burdensome.  MGA Mexico further

5  objects to the phrases "prepared by" and "for the benefit of" as vague and ambiguous.

6  MGA Mexico further objects to the request to the extent that it seeks documents that

7  by reason of public filing, public distribution or otherwise are already in Mattel's

8  possession or are readily accessible to Mattel.  MGA Mexico further objects to the

9  request to the extent that it seeks documents not in MGA Mexico's possession,

10  custody or control.  MGA Mexico further objects to the request to the extent it seeks

11  confidential, proprietary or commercially sensitive information, the disclosure of

12  which would be inimical to the business interests of MGA Mexico.  MGA Mexico

13  further objects to the request to the extent it violates the privacy rights of third parties

14  to their private, confidential, proprietary or trade secret information.

15         MGA Mexico further objects to this request as cumulative, duplicative, and

16  unduly burdensome to the extent that it seeks documents previously requested by

17  Mattel and/or produced in response to Mattel's document requests.

18  REQUEST FOR PRODUCTION NO. 4:

19         All DOCUMENTS authored by a MATTEL employee or for MATTEL'S

20  benefit.

21  RESPONSE TO REQUEST FOR PRODUCTION NO. 4:

22         MGA Mexico incorporates by reference its General Response and General

23  Objections above, as though fully set forth herein and specifically incorporates

24  General Objection No. 15 (regarding Definitions), including without limitation MGA

25  Mexico's objection to the definition of the term MATTEL.  MGA Mexico further

26  objects to the request to the extent it seeks the production of documents that are

27  protected from disclosure under any applicable privilege, doctrine or immunity,

28  including without limitation the attorney-client privilege, the work product doctrine,

-13-

**EXHIBIT 10  PAGE 89**

1 | the right of privacy, and all other privileges recognized under the constitutional,

2 | statutory or decisional law of the United States of America, the State of California or

3 | any other applicable jurisdiction, including, but not limited to, such laws existing in

4 | the United Mexican States. MGA Mexico further objects to this request on the

5 | grounds that it is overly broad and unduly burdensome in that it seeks documents not

6 | relevant to the claims or defenses in this action and not reasonably calculated to lead

7 | to the discovery of admissible evidence. Mattel has not demonstrated how *all*

8 | DOCUMENTS authored by a MATTEL employee or for MATTEL'S benefit could

9 | be relevant to the claims and defenses in this action. The request is not limited to the

10 | subject matter of this action and is thus impermissibly overbroad. See Aug. 13 Order

11 | at 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as

12 | being overly broad and unduly burdensome on the grounds that it is not limited in

13 | time or geographic scope. MGA Mexico further objects to this request on the

14 | grounds that the term MATTEL renders the request vague, ambiguous, overly broad

15 | and unduly burdensome. MGA Mexico further objects to the phrases "authored by"

16 | and "for MATTEL'S benefit" as vague and ambiguous, and to the term "employee"

17 | as calling for a legal conclusion. MGA Mexico further objects to the request to the

18 | extent that it seeks documents that by reason of public filing, public distribution or

19 | otherwise are already in Mattel's possession or are readily accessible to Mattel.

20 | MGA Mexico further objects to the request to the extent that it seeks documents not

21 | in MGA Mexico's possession, custody or control.

22 | MGA Mexico further objects to this request as cumulative, duplicative, and

23 | unduly burdensome to the extent that it seeks documents previously requested by

24 | Mattel and/or produced in response to Mattel's document requests.

25 | REQUEST FOR PRODUCTION NO. 5:

26 | ALL DOCUMENTS that REFER or RELATE to ANY MATTEL product,

27 | plan or business information.

28 |

-14-

**EXHIBIT** *10* **PAGE 90**

RESPONSE TO REQUEST FOR PRODUCTION NO. 5:

      MGA Mexico incorporates by reference its General Response and General Objections above, as though fully set forth herein and specifically incorporates General Objection No. 15 (regarding Definitions), including without limitation MGA Mexico's objection to the definition of the terms REFER OR RELATE TO and MATTEL. MGA Mexico further objects to the request to the extent it seeks the production of documents that are protected from disclosure under any applicable privilege, doctrine or immunity, including without limitation the attorney-client privilege, the work product doctrine, the right of privacy, and all other privileges recognized under the constitutional, statutory or decisional law of the United States of America, the State of California or any other applicable jurisdiction, including, but not limited to, such laws existing in the United Mexican States. MGA Mexico further objects to this request on the grounds that it is overly broad and unduly burdensome in that it seeks documents not relevant to the claims or defenses in this action and not reasonably calculated to lead to the discovery of admissible evidence. Mattel has not demonstrated how *all* DOCUMENTS that REFER or RELATE to ANY MATTEL product, plan or business information could be relevant to the claims and defenses in this action. The request is not limited to the subject matter of this action and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as being overly broad and unduly burdensome on the grounds that it is not limited in time or geographic scope. MGA Mexico further objects to this request on the grounds that the terms REFER OR RELATE TO and MATTEL render the request vague, ambiguous, overly broad and unduly burdensome. MGA Mexico further objects to the phrase "plan or business information" as vague and ambiguous. MGA Mexico further objects to the request to the extent that it seeks documents that by reason of public filing, public distribution or otherwise are already in Mattel's possession or are readily accessible to Mattel. MGA Mexico further objects to the request to the

-15-

**EXHIBIT** *10* **PAGE 91**

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A          MSW - Draft December 19, 2007 - 1:25 PM

1 | extent that it seeks documents not in MGA Mexico's possession, custody or control.

2 | MGA Mexico further objects to the request to the extent it seeks confidential,

3 | proprietary or commercially sensitive information, the disclosure of which would be

4 | inimical to the business interests of MGA Mexico. MGA Mexico further objects to

5 | the request to the extent it violates the privacy rights of third parties to their private,

6 | confidential, proprietary or trade secret information.

7 | MGA Mexico further objects to this request as cumulative, duplicative, and

8 | unduly burdensome to the extent that it seeks documents previously requested by

9 | Mattel and/or produced in response to Mattel's document requests.

10 | REQUEST FOR PRODUCTION NO. 6:

11 | Copies of all DOCUMENTS that were seized by Mexican authorities from

12 | YOUR office or any facility of YOURS.

13 | RESPONSE TO REQUEST FOR PRODUCTION NO. 6:

14 | MGA Mexico incorporates by reference its General Response and General

15 | Objections above, as though fully set forth herein. MGA Mexico further objects to

16 | the request to the extent it seeks the production of documents that are protected from

17 | disclosure under any applicable privilege, doctrine or immunity, including without

18 | limitation the attorney-client privilege, the work product doctrine, the right of

19 | privacy, and all other privileges recognized under the constitutional, statutory or

20 | decisional law of the United States of America, the State of California or any other

21 | applicable jurisdiction, including, but not limited to, such laws existing in the United

22 | Mexican States. MGA Mexico further objects to this request on the grounds that it is

23 | overly broad and unduly burdensome in that it seeks documents not relevant to the

24 | claims or defenses in this action and not reasonably calculated to lead to the

25 | discovery of admissible evidence. Mattel has not demonstrated how *all* purported

26 | DOCUMENTS that were seized by Mexican authorities from YOUR office or

27 | facilities could be relevant to the claims and defenses in this action. The request is

28 | not limited to the subject matter of this action and is thus impermissibly overbroad.

-16-

**EXHIBIT** 10 **PAGE 92**

1 | See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.  MGA Mexico further
2 | objects to this request as being overly broad and unduly burdensome on the grounds
3 | that it is not limited in time or geographic scope. MGA Mexico further objects to the
4 | phrases "seized by," "Mexican authorities" and "YOUR office or any facility of
5 | YOURS" as vague and ambiguous.  MGA Mexico further objects to the request to
6 | the extent that it seeks documents that by reason of public filing, public distribution
7 | or otherwise are already in Mattel's possession or are readily accessible to Mattel.
8 | MGA Mexico further objects to the request to the extent that it seeks documents not
9 | in MGA Mexico's possession, custody or control.  MGA Mexico further objects to
10 | the request to the extent it seeks confidential, proprietary or commercially sensitive
11 | information, the disclosure of which would be inimical to the business interests of
12 | MGA Mexico.  MGA Mexico further objects to the request to the extent it violates
13 | the privacy rights of third parties to their private, confidential, proprietary or trade
14 | secret information.

15 |     MGA Mexico further objects to this request as cumulative, duplicative, and
16 | unduly burdensome to the extent that it seeks documents previously requested by
17 | Mattel and/or produced in response to Mattel's document requests.

18 | REQUEST FOR PRODUCTION NO. 7:

19 |     All DOCUMENTS that REFER OR RELATE TO the DOCUMENTS, data
20 | and/or information that were seized by Mexican authorities from YOUR office or
21 | any facility of YOURS.

22 | RESPONSE TO REQUEST FOR PRODUCTION NO. 7:

23 |     MGA Mexico incorporates by reference its General Response and General
24 | Objections above, as though fully set forth herein and specifically incorporates
25 | General Objection No. 15 (regarding Definitions), including without limitation MGA
26 | Mexico's objection to the definition of the term REFER OR RELATE TO.  MGA
27 | Mexico further objects to the request to the extent it seeks the production of
28 | documents that are protected from disclosure under any applicable privilege, doctrine

-17-

**EXHIBIT 10 PAGE 93**

1 | or immunity, including without limitation the attorney-client privilege, the work

2 | product doctrine, the right of privacy, and all other privileges recognized under the

3 | constitutional, statutory or decisional law of the United States of America, the State

4 | of California or any other applicable jurisdiction, including, but not limited to, such

5 | laws existing in the United Mexican States.  MGA Mexico further objects to this

6 | request on the grounds that it is overly broad and unduly burdensome in that it seeks

7 | documents not relevant to the claims or defenses in this action and not reasonably

8 | calculated to lead to the discovery of admissible evidence.  Mattel has not

9 | demonstrated how *all* DOCUMENTS that REFER OR RELATE TO the

10 | DOCUMENTS, data and/or information that were seized by Mexican authorities

11 | from YOUR offices or facilities could be relevant to the claims and defenses in this

12 | action.  The request is not limited to the subject matter of this action and is thus

13 | impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.

14 | MGA Mexico further objects to this request as being overly broad and unduly

15 | burdensome on the grounds that it is not limited in time or geographic scope.  MGA

16 | Mexico further objects to this request on the grounds that the term REFER OR

17 | RELATE TO renders the request vague, ambiguous, overly broad and unduly

18 | burdensome.  MGA Mexico further objects to the phrases "data and/or information,"

19 | "seized by," "Mexican authorities" and "YOUR office or any facility of YOURS" as

20 | vague and ambiguous.  MGA Mexico further objects to the request to the extent that

21 | it seeks documents that by reason of public filing, public distribution or otherwise

22 | are already in Mattel's possession or are readily accessible to Mattel.  MGA Mexico

23 | further objects to the request to the extent that it seeks documents not in MGA

24 | Mexico's possession, custody or control.  MGA Mexico further objects to the request

25 | to the extent it seeks confidential, proprietary or commercially sensitive information,

26 | the disclosure of which would be inimical to the business interests of MGA Mexico.

27 | MGA Mexico further objects to the request to the extent it violates the privacy rights

28 | of third parties to their private, confidential, proprietary or trade secret information.

-18-

**EXHIBIT _10_ PAGE 94**

1 |  MGA Mexico further objects to this request as cumulative, duplicative, and

2 | unduly burdensome to the extent that it seeks documents previously requested by

3 | Mattel and/or produced in response to Mattel's document requests.

4 | REQUEST FOR PRODUCTION NO. 8:

5 |  All DOCUMENTS, including all COMMUNICATIONS, that REFER OR

6 | RELATE TO the search of YOUR office or any facility of YOURS that was

7 | conducted by Mexican authorities.

8 | RESPONSE TO REQUEST FOR PRODUCTION NO. 8:

9 |  MGA Mexico incorporates by reference its General Response and General

10 | Objections above, as though fully set forth herein and specifically incorporates

11 | General Objection No. 15 (regarding Definitions), including without limitation MGA

12 | Mexico's objection to the definition of the term REFER OR RELATE TO.  MGA

13 | Mexico further objects to the request to the extent it seeks the production of

14 | documents that are protected from disclosure under any applicable privilege, doctrine

15 | or immunity, including without limitation the attorney-client privilege, the work

16 | product doctrine, the right of privacy, and all other privileges recognized under the

17 | constitutional, statutory or decisional law of the United States of America, the State

18 | of California or any other applicable jurisdiction, including, but not limited to, such

19 | laws existing in the United Mexican States.  MGA Mexico further objects to this

20 | request on the grounds that it is overly broad and unduly burdensome in that it seeks

21 | documents not relevant to the claims or defenses in this action and not reasonably

22 | calculated to lead to the discovery of admissible evidence.  Mattel has not

23 | demonstrated how *all* DOCUMENTS that REFER OR RELATE TO the search of

24 | YOUR offices or facilities that was conducted by Mexican authorities, could be

25 | relevant to the claims and defenses in this action.  The request is not limited to the

26 | subject matter of this action and is thus impermissibly overbroad.  See Aug. 13 Order

27 | at 9:17-20; May 22 Order at 21:5-7.  MGA Mexico further objects to this request as

28 | being overly broad and unduly burdensome on the grounds that it is not limited in

**EXHIBIT** *10* **PAGE 95**

1 | time or geographic scope.  MGA Mexico further objects to this request on the
2 | grounds that the term REFER OR RELATE TO renders the request vague,
3 | ambiguous, overly broad and unduly burdensome.  MGA Mexico further objects to
4 | the phrases "YOUR office or any facility of YOURS" and "Mexican authorities" as
5 | vague and ambiguous.  MGA Mexico further objects to the request to the extent that
6 | it seeks documents that by reason of public filing, public distribution or otherwise
7 | are already in Mattel's possession or are readily accessible to Mattel.  MGA Mexico
8 | further objects to the request to the extent that it seeks documents not in MGA
9 | Mexico's possession, custody or control.  MGA Mexico further objects to the request
10 | to the extent it seeks confidential, proprietary or commercially sensitive information,
11 | the disclosure of which would be inimical to the business interests of MGA Mexico.
12 | MGA Mexico further objects to the request to the extent it violates the privacy rights
13 | of third parties to their private, confidential, proprietary or trade secret information.
14 |      MGA Mexico further objects to this request as cumulative, duplicative, and
15 | unduly burdensome to the extent that it seeks documents previously requested by
16 | Mattel and/or produced in response to Mattel's document requests.

17 | REQUEST FOR PRODUCTION NO. 9:

18 |      All DOCUMENTS that REFER OR RELATE TO the email account
19 | <plot04@aol.com>, including but not limited to all emails and attachments sent from,
20 | sent to, received by, transmitted by way of or through and/or stored in such account
21 | in any manner.

22 | RESPONSE TO REQUEST FOR PRODUCTION NO. 9:

23 |      MGA Mexico incorporates by reference its General Response and General
24 | Objections above, as though fully set forth herein and specifically incorporates
25 | General Objection No. 15 (regarding Definitions), including without limitation MGA
26 | Mexico's objection to the definition of the term REFER OR RELATE TO.  MGA
27 | Mexico further objects to the request to the extent it seeks the production of
28 | documents that are protected from disclosure under any applicable privilege, doctrine

-20-

**EXHIBIT** 10 **PAGE 96**

1  or immunity, including without limitation the attorney-client privilege, the work

2  product doctrine, the right of privacy, and all other privileges recognized under the

3  constitutional, statutory or decisional law of the United States of America, the State

4  of California or any other applicable jurisdiction, including, but not limited to, such

5  laws existing in the United Mexican States.  MGA Mexico further objects to this

6  request on the grounds that it is overly broad and unduly burdensome in that it seeks

7  documents not relevant to the claims or defenses in this action and not reasonably

8  calculated to lead to the discovery of admissible evidence.  Mattel has not

9  demonstrated how *all* DOCUMENTS that REFER OR RELATE TO the email

10  account plot04@aol.com could be relevant to the claims and defenses in this action.

11  The request is not limited to the subject matter of this action and is thus

12  impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.

13  MGA Mexico further objects to this request as being overly broad and unduly

14  burdensome on the grounds that it is not limited in time or geographic scope.  MGA

15  Mexico further objects to this request on the grounds that the term REFER OR

16  RELATE TO renders the request vague, ambiguous, overly broad and unduly

17  burdensome.  MGA Mexico further objects to the phrases "transmitted by way of or

18  through," and "stored in" as vague and ambiguous.  MGA Mexico further objects to

19  the request to the extent that it seeks documents that by reason of public filing,

20  public distribution or otherwise are already in Mattel's possession or are readily

21  accessible to Mattel.  MGA Mexico further objects to the request to the extent that it

22  seeks documents not in MGA Mexico's possession, custody or control.  MGA

23  Mexico further objects to the request to the extent it violates the privacy rights of

24  third parties to their private, confidential, proprietary or trade secret information.

25        MGA Mexico further objects to this request as cumulative, duplicative, and

26  unduly burdensome to the extent that it seeks documents previously requested by

27  Mattel and/or produced in response to Mattel's document requests.

28

-21-

**EXHIBIT 10 PAGE 97**

1  REQUEST FOR PRODUCTION NO. 10:

2      All DOCUMENTS that REFER OR RELATE TO when the email account

3  <plot04@aol.com> was first registered, set up or established.

4  RESPONSE TO REQUEST FOR PRODUCTION NO. 10:

5      MGA Mexico incorporates by reference its General Response and General

6  Objections above, as though fully set forth herein and specifically incorporates

7  General Objection No. 15 (regarding Definitions), including without limitation MGA

8  Mexico's objection to the definition of the term REFER OR RELATE TO.  MGA

9  Mexico further objects to the request to the extent it seeks the production of

10  documents that are protected from disclosure under any applicable privilege, doctrine

11  or immunity, including without limitation the attorney-client privilege, the work

12  product doctrine, the right of privacy, and all other privileges recognized under the

13  constitutional, statutory or decisional law of the United States of America, the State

14  of California or any other applicable jurisdiction, including, but not limited to, such

15  laws existing in the United Mexican States.  MGA Mexico further objects to this

16  request on the grounds that it is overly broad and unduly burdensome in that it seeks

17  documents not relevant to the claims or defenses in this action and not reasonably

18  calculated to lead to the discovery of admissible evidence.  Mattel has not

19  demonstrated how *all* DOCUMENTS that REFER OR RELATE TO when the email

20  account <plot04@aol.com> was first registered, set up or established could be

21  relevant to the claims and defenses in this action.  The request is not limited to the

22  subject matter of this action and is thus impermissibly overbroad.  See Aug. 13 Order

23  at 9:17-20; May 22 Order at 21:5-7.  MGA Mexico further objects to this request as

24  being overly broad and unduly burdensome on the grounds that it is not limited in

25  time or geographic scope.  MGA Mexico further objects to this request on the

26  grounds that the term "REFER OR RELATE TO" renders the request vague,

27  ambiguous, overly broad and unduly burdensome.  MGA Mexico further objects to

28  the term "established" as vague and ambiguous.  MGA Mexico further objects to the

-22-

**EXHIBIT** *10* **PAGE 98**

1 request to the extent that it seeks documents that by reason of public filing, public

2 distribution or otherwise are already in Mattel's possession or are readily accessible

3 to Mattel.  MGA Mexico further objects to the request to the extent that it seeks

4 documents not in MGA Mexico's possession, custody or control.  MGA Mexico

5 further objects to the request to the extent it violates the privacy rights of third parties

6 to their private, confidential, proprietary or trade secret information.

7       MGA Mexico further objects to this request as cumulative, duplicative, and

8 unduly burdensome to the extent that it seeks documents previously requested by

9 Mattel and/or produced in response to Mattel's document requests.

10 REQUEST FOR PRODUCTION NO. 11:

11       All DOCUMENTS that IDENTIFY each PERSON who registered, set up,

12 established or used the email account <plot04@aol.com>.

13 RESPONSE TO REQUEST FOR PRODUCTION NO. 11:

14       MGA Mexico incorporates by reference its General Response and General

15 Objections above, as though fully set forth herein and specifically incorporates

16 General Objection No. 15 (regarding Definitions).  MGA Mexico further objects to

17 the request to the extent it seeks the production of documents that are protected from

18 disclosure under any applicable privilege, doctrine or immunity, including without

19 limitation the attorney-client privilege, the work product doctrine, the right of

20 privacy, and all other privileges recognized under the constitutional, statutory or

21 decisional law of the United States of America, the State of California or any other

22 applicable jurisdiction, including, but not limited to, such laws existing in the United

23 Mexican States.  MGA Mexico further objects to this request on the grounds that it is

24 overly broad and unduly burdensome in that it seeks documents not relevant to the

25 claims or defenses in this action and not reasonably calculated to lead to the

26 discovery of admissible evidence.  Mattel has not demonstrated how *all*

27 DOCUMENTS that IDENTIFY each PERSON who registered, set up, established or

28 used the email account plot04@aol.com could be relevant to the claims and defenses

-23-

**EXHIBIT 10 PAGE 99**

1  in this action.  The request is not limited to the subject matter of this action and is

2  thus impermissibly overbroad.  <u>See</u> Aug. 13 Order at 9:17-20; May 22 Order at 21:5-

3  7.  MGA Mexico further objects to this request as being overly broad and unduly

4  burdensome on the grounds that it is not limited in time or geographic scope.  MGA

5  Mexico further objects to the terms "used" and "established" as vague and

6  ambiguous.  MGA Mexico further objects to the request to the extent that it seeks

7  documents that by reason of public filing, public distribution or otherwise are already

8  in Mattel's possession or are readily accessible to Mattel.  MGA Mexico further

9  objects to the request to the extent that it seeks documents not in MGA Mexico's

10 possession, custody or control.  MGA Mexico further objects to the request to the

11 extent it violates the privacy rights of third parties to their private, confidential,

12 proprietary or trade secret information.

13      MGA Mexico further objects to this request as cumulative, duplicative, and

14 unduly burdensome to the extent that it seeks documents previously requested by

15 Mattel and/or produced in response to Mattel's document requests.

16 REQUEST FOR PRODUCTION NO. 12:

17      All DOCUMENTS that REFER OR RELATE TO the email account

18 <argentrade@aol.com>, including but not limited to all emails and attachments sent

19 from, sent to, received by, transmitted by way of or through and/or stored in such

20 account in any manner.

21 RESPONSE TO REQUEST FOR PRODUCTION NO. 12:

22      MGA Mexico incorporates by reference its General Response and General

23 Objections above, as though fully set forth herein and specifically incorporates

24 General Objection No. 15 (regarding Definitions), including without limitation MGA

25 Mexico's objection to the definition of the term REFER OR RELATE TO.  MGA

26 Mexico further objects to the request to the extent it seeks the production of

27 documents that are protected from disclosure under any applicable privilege, doctrine

28 or immunity, including without limitation the attorney-client privilege. the work

-24-

EXHIBIT 10 PAGE 100

1 | product doctrine, the right of privacy, and all other privileges recognized under the

2 | constitutional, statutory or decisional law of the United States of America, the State

3 | of California or any other applicable jurisdiction, including, but not limited to, such

4 | laws existing in the United Mexican States. MGA Mexico further objects to this

5 | request on the grounds that it is overly broad and unduly burdensome in that it seeks

6 | documents not relevant to the claims or defenses in this action and not reasonably

7 | calculated to lead to the discovery of admissible evidence. Mattel has not

8 | demonstrated how *all* DOCUMENTS that REFER OR RELATE TO the email

9 | account argentrade@aol.com could be relevant to the claims and defenses in this

10 | action. The request is not limited to the subject matter of this action and is thus

11 | impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.

12 | MGA Mexico further objects to this request as being overly broad and unduly

13 | burdensome on the grounds that it is not limited in time or geographic scope. MGA

14 | Mexico further objects to this request on the grounds that the term REFER OR

15 | RELATE TO renders the request vague, ambiguous, overly broad and unduly

16 | burdensome. MGA Mexico further objects to the phrases "transmitted by way of or

17 | through" and "stored" as vague and ambiguous. MGA Mexico further objects to the

18 | request to the extent that it seeks documents that by reason of public filing, public

19 | distribution or otherwise are already in Mattel's possession or are readily accessible

20 | to Mattel. MGA Mexico further objects to the request to the extent that it seeks

21 | documents not in MGA Mexico's possession, custody or control. MGA Mexico

22 | further objects to the request to the extent it violates the privacy rights of third parties

23 | to their private, confidential, proprietary or trade secret information.

24 |     MGA Mexico further objects to this request as cumulative, duplicative, and

25 | unduly burdensome to the extent that it seeks documents previously requested by

26 | Mattel and/or produced in response to Mattel's document requests.

27 |

28 |

EXHIBIT _10_ PAGE 101

-25-

1  REQUEST FOR PRODUCTION NO. 13:

2      All DOCUMENTS given, sent or transmitted from or shared by YOU to any

3  FORMER MATTEL EMPLOYEE prior to April 20, 2004.

4  RESPONSE TO REQUEST FOR PRODUCTION NO. 13:

5      MGA Mexico incorporates by reference its General Response and General

6  Objections above, as though fully set forth herein and specifically incorporates

7  General Objection No. 15 (regarding Definitions), including without limitation MGA

8  Mexico's objection to the definition of the terms FORMER MATTEL EMPLOYEE.

9  MGA Mexico further objects to the request to the extent it seeks the production of

10 documents that are protected from disclosure under any applicable privilege, doctrine

11 or immunity, including without limitation the attorney-client privilege, the work

12 product doctrine, the right of privacy, and all other privileges recognized under the

13 constitutional, statutory or decisional law of the United States of America, the State

14 of California or any other applicable jurisdiction, including, but not limited to, such

15 laws existing in the United Mexican States. MGA Mexico further objects to this

16 request on the grounds that it is overly broad and unduly burdensome in that it seeks

17 documents not relevant to the claims or defenses in this action and not reasonably

18 calculated to lead to the discovery of admissible evidence. Mattel has not

19 demonstrated how *all* DOCUMENTS given, sent or transmitted from or shared by

20 YOU to any FORMER MATTEL EMPLOYEE prior to April 20, 2004 could be

21 relevant to the claims and defenses in this action. The request is not limited to the

22 subject matter of this action and is thus impermissibly overbroad. See Aug. 13 Order

23 at 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as

24 being overly broad and unduly burdensome on the grounds that it is not sufficiently

25 limited in time or geographic scope. MGA Mexico further objects to this request on

26 the grounds that the term FORMER MATTEL EMPLOYEE renders the request

27 vague, ambiguous, overly broad and unduly burdensome. MGA Mexico further

28 objects to the request to the extent that it seeks documents that by reason of public

-26-

EXHIBIT 10  PAGE 102

1 | filing, public distribution or otherwise are already in Mattel's possession or are

2 | readily accessible to Mattel.  MGA Mexico further objects to the request to the

3 | extent that it seeks documents not in MGA Mexico's possession, custody or control.

4 | MGA Mexico further objects to the request to the extent it seeks confidential,

5 | proprietary or commercially sensitive information, the disclosure of which would be

6 | inimical to the business interests of MGA Mexico.  MGA Mexico further objects to

7 | the request to the extent it violates the privacy rights of third parties to their private,

8 | confidential, proprietary or trade secret information.

9 |      MGA Mexico further objects to this request as cumulative, duplicative, and

10 | unduly burdensome to the extent that it seeks documents previously requested by

11 | Mattel and/or produced in response to Mattel's document requests.

12 | REQUEST FOR PRODUCTION NO. 14:

13 |      All DOCUMENTS given, sent or transmitted to or shared with YOU from or

14 | by, whether directly or indirectly, any of the FORMER MATTEL EMPLOYEES

15 | prior to April 20, 2004.

16 | RESPONSE TO REQUEST FOR PRODUCTION NO. 14:

17 |      MGA Mexico incorporates by reference its General Response and General

18 | Objections above, as though fully set forth herein and specifically incorporates

19 | General Objection No. 15 (regarding Definitions), including without limitation MGA

20 | Mexico's objection to the definition of the term FORMER MATTEL EMPLOYEES.

21 | MGA Mexico further objects to the request to the extent it seeks the production of

22 | documents that are protected from disclosure under any applicable privilege, doctrine

23 | or immunity, including without limitation the attorney-client privilege, the work

24 | product doctrine, the right of privacy, and all other privileges recognized under the

25 | constitutional, statutory or decisional law of the United States of America, the State

26 | of California or any other applicable jurisdiction, including, but not limited to, such

27 | laws existing in the United Mexican States.  MGA Mexico further objects to this

28 | request on the grounds that it is overly broad and unduly burdensome in that it seeks

-27-

**EXHIBIT** $\underline{10}$ **PAGE 103**

MGAE de MEXICO S.R.L. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A                  MSW - Draft December 19, 2007 - 1:25 PM

1   documents not relevant to the claims or defenses in this action and not reasonably

2   calculated to lead to the discovery of admissible evidence. Mattel has not

3   demonstrated how *all* DOCUMENTS given, sent or transmitted to or shared with

4   YOU from or by any of the FORMER MATTEL EMPLOYEES prior to April 20,

5   2004 could be relevant to the claims and defenses in this action. The request is not

6   limited to the subject matter of this action and is thus impermissibly overbroad. <u>See</u>

7   Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to

8   this request as being overly broad and unduly burdensome on the grounds that it is

9   not sufficiently limited in geographic scope. MGA Mexico further objects to this

10   request on the grounds that the term FORMER MATTEL EMPLOYEES renders the

11   request vague, ambiguous, overly broad and unduly burdensome. MGA Mexico

12   further objects to the term "indirectly" as vague and ambiguous. MGA Mexico

13   further objects to the request to the extent that it seeks documents that by reason of

14   public filing, public distribution or otherwise are already in Mattel's possession or

15   are readily accessible to Mattel. MGA Mexico further objects to the request to the

16   extent that it seeks documents not in MGA Mexico's possession, custody or control.

17   MGA Mexico further objects to the request to the extent it seeks confidential,

18   proprietary or commercially sensitive information, the disclosure of which would be

19   inimical to the business interests of MGA Mexico. MGA Mexico further objects to

20   the request to the extent it violates the privacy rights of third parties to their private,

21   confidential, proprietary or trade secret information.

22       MGA Mexico further objects to this request as cumulative, duplicative, and

23   unduly burdensome to the extent that it seeks documents previously requested by

24   Mattel and/or produced in response to Mattel's document requests.

25   REQUEST FOR PRODUCTION NO. 15:

26       All COMMUNICATIONS between YOU and any of the FORMER MATTEL

27   EMPLOYEES prior to April 20, 2004.

28

-28-

**EXHIBIT _10_ PAGE 104**

1  RESPONSE TO REQUEST FOR PRODUCTION NO. 15:

2         MGA Mexico incorporates by reference its General Response and General

3  Objections above, as though fully set forth herein and specifically incorporates

4  General Objection No. 15 (regarding Definitions), including without limitation MGA

5  Mexico's objection to the definition of the term FORMER MATTEL EMPLOYEES.

6  MGA Mexico further objects to the request to the extent it seeks the production of

7  documents that are protected from disclosure under any applicable privilege, doctrine

8  or immunity, including without limitation the attorney-client privilege, the work

9  product doctrine, the right of privacy, and all other privileges recognized under the

10  constitutional, statutory or decisional law of the United States of America, the State

11  of California or any other applicable jurisdiction, including, but not limited to, such

12  laws existing in the United Mexican States.  MGA Mexico further objects to this

13  request on the grounds that it is overly broad and unduly burdensome in that it seeks

14  documents not relevant to the claims or defenses in this action and not reasonably

15  calculated to lead to the discovery of admissible evidence.  Mattel has not

16  demonstrated how *all* COMMUNICATIONS between YOU and any of the

17  FORMER MATTEL EMPLOYEES prior to April 20, 2004 could be relevant to the

18  claims and defenses in this action.  The request is not limited to the subject matter of

19  this action and is thus impermissibly overbroad.  See Aug. 13 Order at 9:17-20;

20  May 22 Order at 21:5-7.  MGA Mexico further objects to this request as being overly

21  broad and unduly burdensome on the grounds that it is not sufficiently limited in

22  geographic scope.  MGA Mexico further objects to this request on the grounds that

23  the term FORMER MATTEL EMPLOYEES renders the request vague, ambiguous,

24  overly broad and unduly burdensome.  MGA Mexico further objects to the request to

25  the extent that it seeks documents that by reason of public filing, public distribution

26  or otherwise are already in Mattel's possession or are readily accessible to Mattel.

27  MGA Mexico further objects to the request to the extent that it seeks documents not

28  in MGA Mexico's possession, custody or control.  MGA Mexico further objects to

-29-                                           **EXHIBIT** *10* **PAGE 105**

1  the request to the extent it seeks confidential, proprietary or commercially sensitive

2  information, the disclosure of which would be inimical to the business interests of

3  MGA Mexico. MGA Mexico further objects to the request to the extent it violates

4  the privacy rights of third parties to their private, confidential, proprietary or trade

5  secret information.

6       MGA Mexico further objects to this request as cumulative, duplicative, and

7  unduly burdensome to the extent that it seeks documents previously requested by

8  Mattel and/or produced in response to Mattel's document requests.

9  REQUEST FOR PRODUCTION NO. 16:

10      All COMMUNICATIONS between YOU and any of the FORMER MATTEL

11 EMPLOYEES that REFER OR RELATE TO their employment or potential

12 employment with YOU.

13 RESPONSE TO REQUEST FOR PRODUCTION NO. 16:

14      MGA Mexico incorporates by reference its General Response and General

15 Objections above, as though fully set forth herein and specifically incorporates

16 General Objection No. 15 (regarding Definitions), including without limitation MGA

17 Mexico's objection to the definition of the terms REFER OR RELATE TO and

18 FORMER MATTEL EMPLOYEES. MGA Mexico further objects to the request to

19 the extent it seeks the production of documents that are protected from disclosure

20 under any applicable privilege, doctrine or immunity, including without limitation

21 the attorney-client privilege, the work product doctrine, the right of privacy, and all

22 other privileges recognized under the constitutional, statutory or decisional law of

23 the United States of America, the State of California or any other applicable

24 jurisdiction, including, but not limited to, such laws existing in the United Mexican

25 States. MGA Mexico further objects to this request on the grounds that it is overly

26 broad and unduly burdensome in that it seeks documents not relevant to the claims or

27 defenses in this action and not reasonably calculated to lead to the discovery of

28 admissible evidence. Mattel has not demonstrated how *all* COMMUNICATIONS

1  between YOU and any of the FORMER MATTEL EMPLOYEES that REFER OR

2  RELATE TO their employment or potential employment with YOU, could be

3  relevant to the claims and defenses in this action.  The request is not limited to the

4  subject matter of this action and is thus impermissibly overbroad.  See Aug. 13 Order

5  at 9:17-20; May 22 Order at 21:5-7.  MGA Mexico further objects to this request as

6  being overly broad and unduly burdensome on the grounds that it is not limited in

7  time or geographic scope.  MGA Mexico further objects to this request on the

8  grounds that the term FORMER MATTEL EMPLOYEES renders the request vague,

9  ambiguous, overly broad and unduly burdensome.  MGA Mexico further objects to

10  the phrase "potential employment" as vague and ambiguous.  MGA Mexico further

11  objects to the request to the extent that it seeks documents that by reason of public

12  filing, public distribution or otherwise are already in Mattel's possession or are

13  readily accessible to Mattel.  MGA Mexico further objects to the request to the

14  extent that it seeks documents not in MGA Mexico's possession, custody or control.

15  MGA Mexico further objects to the request to the extent it seeks confidential,

16  proprietary or commercially sensitive information, the disclosure of which would be

17  inimical to the business interests of MGA Mexico.  MGA Mexico further objects to

18  the request to the extent it violates the privacy rights of third parties to their private,

19  confidential, proprietary or trade secret information.

20  MGA Mexico further objects to this request as cumulative, duplicative, and

21  unduly burdensome to the extent that it seeks documents previously requested by

22  Mattel and/or produced in response to Mattel's document requests.

23  REQUEST FOR PRODUCTION NO. 17:

24  All DOCUMENTS, including but not limited to COMMUNICATIONS that

25  REFER OR RELATE TO agreements between YOU and any of the FORMER

26  MATTEL EMPLOYEES that REFER OR RELATE TO their employment or

27  potential employment with YOU, including all drafts of such agreements.

28

-31-

**EXHIBIT 10 PAGE 107**

1  RESPONSE TO REQUEST FOR PRODUCTION NO. 17:

2       MGA Mexico incorporates by reference its General Response and General

3  Objections above, as though fully set forth herein and specifically incorporates

4  General Objection No. 15 (regarding Definitions), including without limitation MGA

5  Mexico's objection to the definition of the terms REFER OR RELATE TO and

6  FORMER MATTEL EMPLOYEES. MGA Mexico further objects to the request to

7  the extent it seeks the production of documents that are protected from disclosure

8  under any applicable privilege, doctrine or immunity, including without limitation

9  the attorney-client privilege, the work product doctrine, the right of privacy, and all

10  other privileges recognized under the constitutional, statutory or decisional law of

11  the United States of America, the State of California or any other applicable

12  jurisdiction, including, but not limited to, such laws existing in the United Mexican

13  States. MGA Mexico further objects to this request on the grounds that it is overly

14  broad and unduly burdensome in that it seeks documents not relevant to the claims or

15  defenses in this action and not reasonably calculated to lead to the discovery of

16  admissible evidence. Mattel has not demonstrated how *all* DOCUMENTS that

17  REFER OR RELATE TO agreements between YOU and any of the FORMER

18  MATTEL EMPLOYEES that REFER OR RELATE TO their employment or

19  potential employment with YOU, could be relevant to the claims and defenses in this

20  action. The request is not limited to the subject matter of this action and is thus

21  impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.

22  MGA Mexico further objects to this request as being overly broad and unduly

23  burdensome on the grounds that it is not limited in time or geographic scope. MGA

24  Mexico further objects to this request on the grounds that the terms REFER OR

25  RELATE TO and FORMER MATTEL EMPLOYEES render the request vague,

26  ambiguous, overly broad and unduly burdensome. MGA Mexico further objects to

27  the phrase "potential employment" as vague and ambiguous. MGA Mexico further

28  objects to the request to the extent that it seeks documents that by reason of public

**EXHIBIT *10* PAGE 108**

1 | filing, public distribution or otherwise are already in Mattel's possession or are
2 | readily accessible to Mattel. MGA Mexico further objects to the request to the
3 | extent that it seeks documents not in MGA Mexico's possession, custody or control.
4 | MGA Mexico further objects to the request to the extent it seeks confidential,
5 | proprietary or commercially sensitive information, the disclosure of which would be
6 | inimical to the business interests of MGA Mexico. MGA Mexico further objects to
7 | the request to the extent it violates the privacy rights of third parties to their private,
8 | confidential, proprietary or trade secret information.

9 |       MGA Mexico further objects to this request as cumulative, duplicative, and
10 | unduly burdensome to the extent that it seeks documents previously requested by
11 | Mattel and/or produced by in response to Mattel's document requests.

12 | REQUEST FOR PRODUCTION NO. 18:

13 |       All DOCUMENTS that REFER OR RELATE TO the "analysis" prepared by
14 | MACHADO, TRUEBA and/or VARGAS and provided to MGA and or MGAE DE
15 | MEXICO, including but not limited to the "analysis" itself.

16 | RESPONSE TO REQUEST FOR PRODUCTION NO. 18:

17 |       MGA Mexico incorporates by reference its General Response and General
18 | Objections above, as though fully set forth herein and specifically incorporates
19 | General Objection No. 15 (regarding Definitions), including without limitation MGA
20 | Mexico's objection to the definition of the terms REFER OR RELATE TO,
21 | MACHADO, TRUEBA, VARGAS and MGA. MGA Mexico further objects to the
22 | request to the extent it seeks the production of documents that are protected from
23 | disclosure under any applicable privilege, doctrine or immunity, including without
24 | limitation the attorney-client privilege, the work product doctrine, the right of
25 | privacy, and all other privileges recognized under the constitutional, statutory or
26 | decisional law of the United States of America, the State of California or any other
27 | applicable jurisdiction, including, but not limited to, such laws existing in the United
28 | Mexican States. MGA Mexico further objects to this request on the grounds that it is

**EXHIBIT _10_ PAGE 109**

1  overly broad and unduly burdensome in that it seeks documents not relevant to the

2  claims or defenses in this action and not reasonably calculated to lead to the

3  discovery of admissible evidence.  Mattel has not demonstrated how *all*

4  DOCUMENTS that REFER OR RELATE TO the "analysis" prepared by

5  MACHADO, TRUEBA and/or VARGAS and provided to MGA and or MGAE DE

6  MEXICO, could be relevant to the claims and defenses in this action.  The request is

7  not limited to the subject matter of this action and is thus impermissibly overbroad.

8  See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.  MGA Mexico further

9  objects to this request as being overly broad and unduly burdensome on the grounds

10  that it is not limited in time or geographic scope.  MGA Mexico further objects to

11  this request on the grounds that the terms REFER OR RELATE TO, MACHADO,

12  TRUEBA, VARGAS and MGA render the request vague, ambiguous, overly broad

13  and unduly burdensome.  MGA Mexico further objects to the phrase "analysis,"

14  which is not defined thereby rendering the request hopelessly vague and ambiguous.

15  MGA Mexico further objects to the request to the extent that it seeks documents that

16  by reason of public filing, public distribution or otherwise are already in Mattel's

17  possession or are readily accessible to Mattel.  MGA Mexico further objects to the

18  request to the extent that it seeks documents not in MGA Mexico's possession,

19  custody or control.  MGA Mexico further objects to the request to the extent it seeks

20  confidential, proprietary or commercially sensitive information, the disclosure of

21  which would be inimical to the business interests of MGA Mexico.  MGA Mexico

22  further objects to the request to the extent it violates the privacy rights of third parties

23  to their private, confidential, proprietary or trade secret information.

24       MGA Mexico further objects to this request as cumulative, duplicative, and

25  unduly burdensome to the extent that it seeks documents previously requested by

26  Mattel and/or produced in response to Mattel's document requests.

27

28

-34-

**EXHIBIT** *10* **PAGE 110**

1 REQUEST FOR PRODUCTION NO. 19:

2      All DOCUMENTS that REFER OR RELATE TO MACHADO's transfer to

3 the MGA office in Van Nuys, California.

4 RESPONSE TO REQUEST FOR PRODUCTION NO. 19:

5      MGA Mexico incorporates by reference its General Response and General

6 Objections above, as though fully set forth herein and specifically incorporates

7 General Objection No. 15 (regarding Definitions), including without limitation MGA

8 Mexico's objection to the definition of the terms MGA, REFER OR RELATE TO

9 and MACHADO. MGA Mexico further objects to the request to the extent it seeks

10 the production of documents that are protected from disclosure under any applicable

11 privilege, doctrine or immunity, including without limitation the attorney-client

12 privilege, the work product doctrine, the right of privacy, and all other privileges

13 recognized under the constitutional, statutory or decisional law of the United States

14 of America, the State of California or any other applicable jurisdiction, including, but

15 not limited to, such laws existing in the United Mexican States. MGA Mexico

16 further objects to this request on the grounds that it is overly broad and unduly

17 burdensome in that it seeks documents not relevant to the claims or defenses in this

18 action and not reasonably calculated to lead to the discovery of admissible evidence.

19 Mattel has not demonstrated how *all* DOCUMENTS that REFER OR RELATE TO

20 MACHADO's transfer to the MGA office in Van Nuys, California could be relevant

21 to the claims and defenses in this action. The request is not limited to the subject

22 matter of this action and is thus impermissibly overbroad. See Aug. 13 Order at

23 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as

24 being overly broad and unduly burdensome on the grounds that it is not limited in

25 time or geographic scope. MGA Mexico further objects to this request on the

26 grounds that the terms MGA, REFER OR RELATE TO, and MACHADO render the

27 request vague, ambiguous, overly broad and unduly burdensome. MGA Mexico

28 further objects to the request to the extent that it seeks documents that by reason of

-35-

**EXHIBIT** *10* **PAGE 111**

MGAE de MEXICO S.R.L. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A               MSW - Draft December 19, 2007 - 1:25 PM

1  public filing, public distribution or otherwise are already in Mattel's possession or

2  are readily accessible to Mattel. MGA Mexico further objects to the request to the

3  extent that it seeks documents not in MGA Mexico's possession, custody or control.

4  MGA Mexico further objects to the request to the extent it seeks confidential,

5  proprietary or commercially sensitive information, the disclosure of which would be

6  inimical to the business interests of MGA Mexico. MGA Mexico further objects to

7  the request to the extent it violates the privacy rights of third parties to their private,

8  confidential, proprietary or trade secret information.

9     MGA Mexico further objects to this request as cumulative, duplicative, and

10 unduly burdensome to the extent that it seeks documents previously requested by

11 Mattel and/or produced in response to Mattel's document requests.

12 REQUEST FOR PRODUCTION NO. 20:

13    All DOCUMENTS that REFER OR RELATE TO travel to Los Angeles,

14 California by any of the FORMER MATTEL EMPLOYEES between January 1,

15 2004 and April 20, 2004.

16 RESPONSE TO REQUEST FOR PRODUCTION NO. 20:

17    MGA Mexico incorporates by reference its General Response and General

18 Objections above, as though fully set forth herein and specifically incorporates

19 General Objection No. 15 (regarding Definitions), including without limitation MGA

20 Mexico's objection to the definition of the terms REFER OR RELATE TO and

21 FORMER MATTEL EMPLOYEES. MGA Mexico further objects to the request to

22 the extent it seeks the production of documents that are protected from disclosure

23 under any applicable privilege, doctrine or immunity, including without limitation

24 the attorney-client privilege, the work product doctrine, the right of privacy, and all

25 other privileges recognized under the constitutional, statutory or decisional law of

26 the United States of America, the State of California or any other applicable

27 jurisdiction, including, but not limited to, such laws existing in the United Mexican

28 States. MGA Mexico further objects to this request on the grounds that it is overly

-36-

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A                                        MSW - Draft December 19, 2007 - 1:25 PM

EXHIBIT 10 PAGE 112

1  broad and unduly burdensome in that it seeks documents not relevant to the claims or

2  defenses in this action and not reasonably calculated to lead to the discovery of

3  admissible evidence. Mattel has not demonstrated how *all* DOCUMENTS that

4  REFER OR RELATE TO travel to Los Angeles, California by any of the FORMER

5  MATTEL EMPLOYEES between January 1, 2004 and April 20, 2004 could be

6  relevant to the claims and defenses in this action. The request is not limited to the

7  subject matter of this action and is thus impermissibly overbroad. See Aug. 13 Order

8  at 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request on

9  the grounds that the terms REFER OR RELATE TO and FORMER MATTEL

10  EMPLOYEES render the request vague, ambiguous, overly broad and unduly

11  burdensome. MGA Mexico further objects to the request to the extent that it seeks

12  documents that by reason of public filing, public distribution or otherwise are already

13  in Mattel's possession or are readily accessible to Mattel. MGA Mexico further

14  objects to the request to the extent that it seeks documents not in MGA Mexico's

15  possession, custody or control. MGA Mexico further objects to the request to the

16  extent it seeks confidential, proprietary or commercially sensitive information, the

17  disclosure of which would be inimical to the business interests of MGA Mexico.

18  MGA Mexico further objects to the request to the extent it violates the privacy rights

19  of third parties to their private, confidential, proprietary or trade secret information.

20      MGA Mexico further objects to this request as cumulative, duplicative, and

21  unduly burdensome to the extent that it seeks documents previously requested by

22  Mattel and/or produced in response to Mattel's document requests.

23  REQUEST FOR PRODUCTION NO. 21:

24      All DOCUMENTS that REFER OR RELATE to any COMMUNICATIONS

25  between YOU and any of the FORMER MATTEL EMPLOYEES prior to April 20,

26  2004, including without limitation all telephone records, logs, notes, calendars,

27  planners, diaries, letters and other DOCUMENTS relating thereto.

28

EXHIBIT *10* PAGE 113

RESPONSE TO REQUEST FOR PRODUCTION NO. 21:

1.       MGA Mexico incorporates by reference its General Response and General Objections above, as though fully set forth herein and specifically incorporates General Objection No. 15 (regarding Definitions), including without limitation MGA Mexico's objection to the definition of the terms REFER OR RELATE and FORMER MATTEL EMPLOYEES. MGA Mexico further objects to the request to the extent it seeks the production of documents that are protected from disclosure under any applicable privilege, doctrine or immunity, including without limitation the attorney-client privilege, the work product doctrine, the right of privacy, and all other privileges recognized under the constitutional, statutory or decisional law of the United States of America, the State of California or any other applicable jurisdiction, including, but not limited to, such laws existing in the United Mexican States. MGA Mexico further objects to this request on the grounds that it is overly broad and unduly burdensome in that it seeks documents not relevant to the claims or defenses in this action and not reasonably calculated to lead to the discovery of admissible evidence. Mattel has not demonstrated how *all* DOCUMENTS that REFER OR RELATE to any COMMUNICATIONS between YOU and any of the FORMER MATTEL EMPLOYEES prior to April 20, 2004, could be relevant to the claims and defenses in this action. The request is not limited to the subject matter of this action and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as being overly broad and unduly burdensome on the grounds that it is not sufficiently limited in geographic scope. MGA Mexico further objects to this request on the grounds that the terms REFER OR RELATE and FORMER MATTEL EMPLOYEES render the request vague, ambiguous, overly broad and unduly burdensome. MGA Mexico further objects to the phrase "other DOCUMENTS relating thereto" as vague and ambiguous. MGA Mexico further objects to the request to the extent that it seeks documents that by reason of public filing, public distribution or otherwise are already

-38-

**EXHIBIT** *10* **PAGE 114**

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A       MSW - Draft December 19, 2007 - 1:25 PM

1 in Mattel's possession or are readily accessible to Mattel.  MGA Mexico further

2 objects to the request to the extent that it seeks documents not in MGA Mexico's

3 possession, custody or control.  MGA Mexico further objects to the request to the

4 extent it seeks confidential, proprietary or commercially sensitive information, the

5 disclosure of which would be inimical to the business interests of MGA Mexico.

6 MGA Mexico further objects to the request to the extent it violates the privacy rights

7 of third parties to their private, confidential, proprietary or trade secret information.

8 　　　MGA Mexico further objects to this request as cumulative, duplicative, and

9 unduly burdensome to the extent that it seeks documents previously requested by

10 Mattel and/or produced in response to Mattel's document requests.

11 REQUEST FOR PRODUCTION NO. 22:

12 　　　All DOCUMENTS that REFER OR RELATE to any COMMUNICATIONS

13 between YOU and any of the FORMER MATTEL EMPLOYEES that REFER OR

14 RELATE TO MATTEL.

15 RESPONSE TO REQUEST FOR PRODUCTION NO. 22:

16 　　　MGA Mexico incorporates by reference its General Response and General

17 Objections above, as though fully set forth herein and specifically incorporates

18 General Objection No. 15 (regarding Definitions), including without limitation MGA

19 Mexico's objection to the definition of the terms REFER OR RELATE, FORMER

20 MATTEL EMPLOYEES, and MATTEL.  MGA Mexico further objects to the

21 request to the extent it seeks the production of documents that are protected from

22 disclosure under any applicable privilege, doctrine or immunity, including without

23 limitation the attorney-client privilege, the work product doctrine, the right of

24 privacy, and all other privileges recognized under the constitutional, statutory or

25 decisional law of the United States of America, the State of California or any other

26 applicable jurisdiction, including, but not limited to, such laws existing in the United

27 Mexican States.  MGA Mexico further objects to this request on the grounds that it is

28 overly broad and unduly burdensome in that it seeks documents not relevant to the

-39-

EXHIBIT 10 PAGE 115

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A                                                           MSW - Draft December 19, 2007 - 1:25 PM

1   claims or defenses in this action and not reasonably calculated to lead to the

2   discovery of admissible evidence.  Mattel has not demonstrated how *all*

3   DOCUMENTS that REFER OR RELATE to any COMMUNICATIONS between

4   YOU and any of the FORMER MATTEL EMPLOYEES that REFER OR RELATE

5   TO MATTEL, could be relevant to the claims and defenses in this action.  The

6   request is not limited to the subject matter of this action and is thus impermissibly

7   overbroad.  See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.  MGA Mexico

8   further objects to this request as being overly broad and unduly burdensome on the

9   grounds that it is not limited in time or geographic scope.  MGA Mexico further

10  objects to this request on the grounds that the terms REFER OR RELATE,

11  FORMER MATTEL EMPLOYEES, and MATTEL render the request vague,

12  ambiguous, overly broad and unduly burdensome.  MGA Mexico further objects to

13  the request to the extent that it seeks documents that by reason of public filing,

14  public distribution or otherwise are already in Mattel's possession or are readily

15  accessible to Mattel.  MGA Mexico further objects to the request to the extent that it

16  seeks documents not in MGA Mexico's possession, custody or control.  MGA

17  Mexico further objects to the request to the extent it seeks confidential, proprietary

18  or commercially sensitive information, the disclosure of which would be inimical to

19  the business interests of MGA Mexico.  MGA Mexico further objects to the request

20  to the extent it violates the privacy rights of third parties to their private, confidential,

21  proprietary or trade secret information.

22       MGA Mexico further objects to this request as cumulative, duplicative, and

23  unduly burdensome to the extent that it seeks documents previously requested by

24  Mattel and/or produced in response to Mattel's document requests.

25  REQUEST FOR PRODUCTION NO. 23:

26       ALL DOCUMENTS that REFER or RELATE to any of the FORMER

27  MATTEL EMPLOYEES' employment with MATTEL including, without limitation,

28  any agreement between YOU and MATTEL.

-40-

**EXHIBIT 10 PAGE 116**

**RESPONSE TO REQUEST FOR PRODUCTION NO. 23:**

MGA Mexico incorporates by reference its General Response and General Objections above, as though fully set forth herein and specifically incorporates General Objection No. 15 (regarding Definitions), including without limitation MGA Mexico's objection to the definition of the terms REFER OR RELATE, FORMER MATTEL EMPLOYEES, and MATTEL. MGA Mexico further objects to the request to the extent it seeks the production of documents that are protected from disclosure under any applicable privilege, doctrine or immunity, including without limitation the attorney-client privilege, the work product doctrine, the right of privacy, and all other privileges recognized under the constitutional, statutory or decisional law of the United States of America, the State of California or any other applicable jurisdiction, including, but not limited to, such laws existing in the United Mexican States. MGA Mexico further objects to this request on the grounds that it is overly broad and unduly burdensome in that it seeks documents not relevant to the claims or defenses in this action and not reasonably calculated to lead to the discovery of admissible evidence. Mattel has not demonstrated how *all* ALL DOCUMENTS that REFER or RELATE to any of the FORMER MATTEL EMPLOYEES' employment with MATTEL could be relevant to the claims and defenses in this action. The request is not limited to the subject matter of this action and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as being overly broad and unduly burdensome on the grounds that it is not limited in time or geographic scope. MGA Mexico further objects to this request on the grounds that the terms REFER OR RELATE, FORMER MATTEL EMPLOYEES, and MATTEL render the request vague, ambiguous, overly broad and unduly burdensome. MGA Mexico further objects to the request to the extent that it seeks documents that by reason of public filing, public distribution or otherwise are already in Mattel's possession or are readily accessible to Mattel. MGA Mexico further objects to the request to the

-41-

**EXHIBIT** *10* **PAGE 117**

1  extent that it seeks documents not in MGA Mexico's possession, custody or control.

2  MGA Mexico further objects to the request to the extent it seeks confidential,

3  proprietary or commercially sensitive information, the disclosure of which would be

4  inimical to the business interests of MGA Mexico.  MGA Mexico further objects to

5  the request to the extent it violates the privacy rights of third parties to their private,

6  confidential, proprietary or trade secret information.

7      MGA Mexico further objects to this request as cumulative, duplicative, and

8  unduly burdensome to the extent that it seeks documents previously requested by

9  Mattel and/or produced in response to Mattel's document requests.

10  REQUEST FOR PRODUCTION NO. 24:

11      All DOCUMENTS, including but not limited to all COMMUNICATIONS

12  with any PERSON, that REFER OR RELATE TO any of the FORMER MATTEL

13  EMPLOYEES prior to April 20, 2004.

14  RESPONSE TO REQUEST FOR PRODUCTION NO. 24:

15      MGA Mexico incorporates by reference its General Response and General

16  Objections above, as though fully set forth herein and specifically incorporates

17  General Objection No. 15 (regarding Definitions), including without limitation MGA

18  Mexico's objection to the definition of the terms REFER OR RELATE and

19  FORMER MATTEL EMPLOYEES.  MGA Mexico further objects to the request to

20  the extent it seeks the production of documents that are protected from disclosure

21  under any applicable privilege, doctrine or immunity, including without limitation

22  the attorney-client privilege, the work product doctrine, the right of privacy, and all

23  other privileges recognized under the constitutional, statutory or decisional law of

24  the United States of America, the State of California or any other applicable

25  jurisdiction, including, but not limited to, such laws existing in the United Mexican

26  States.  MGA Mexico further objects to this request on the grounds that it is overly

27  broad and unduly burdensome in that it seeks documents not relevant to the claims or

28  defenses in this action and not reasonably calculated to lead to the discovery of

-42-

**EXHIBIT** _10_ **PAGE 118**

1  admissible evidence. Mattel has not demonstrated how *all* DOCUMENTS that

2  REFER OR RELATE TO any of the FORMER MATTEL EMPLOYEES prior to

3  April 20, 2004, could be relevant to the claims and defenses in this action. The

4  request is not limited to the subject matter of this action and is thus impermissibly

5  overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7. MGA Mexico

6  further objects to this request as being overly broad and unduly burdensome on the

7  grounds that it is not sufficiently limited in time or geographic scope. MGA Mexico

8  further objects to this request on the grounds that the terms REFER OR RELATE

9  and FORMER MATTEL EMPLOYEES render the request vague, ambiguous,

10 overly broad and unduly burdensome. MGA Mexico further objects to the request to

11 the extent that it seeks documents that by reason of public filing, public distribution

12 or otherwise are already in Mattel's possession or are readily accessible to Mattel.

13 MGA Mexico further objects to the request to the extent that it seeks documents not

14 in MGA Mexico's possession, custody or control. MGA Mexico further objects to

15 the request to the extent it seeks confidential, proprietary or commercially sensitive

16 information, the disclosure of which would be inimical to the business interests of

17 MGA Mexico. Such information may also be subject to protective orders governing

18 other litigations thereby precluding disclosure in response to this request. MGA

19 Mexico further objects to the request to the extent it violates the privacy rights of

20 third parties to their private, confidential, proprietary or trade secret information.

21       MGA Mexico further objects to this request as cumulative, duplicative, and

22 unduly burdensome to the extent that it seeks documents previously requested by

23 Mattel and/or produced in response to Mattel's document requests.

24 REQUEST FOR PRODUCTION NO. 25:

25       COMMUNICATIONS between YOU and any individual while that individual

26 was still employed by MATTEL and all DOCUMENTS that REFER OR RELATE

27 thereto.

28

-43-

**EXHIBIT 10 PAGE 119**

1   RESPONSE TO REQUEST FOR PRODUCTION NO. 25:

2         MGA Mexico incorporates by reference its General Response and General

3 Objections above, as though fully set forth herein and specifically incorporates

4 General Objection No. 15 (regarding Definitions), including without limitation MGA

5 Mexico's objection to the definition of the terms MATTEL and REFER OR

6 RELATE. MGA Mexico further objects to the request to the extent it seeks the

7 production of documents that are protected from disclosure under any applicable

8 privilege, doctrine or immunity, including without limitation the attorney-client

9 privilege, the work product doctrine, the right of privacy, and all other privileges

10 recognized under the constitutional, statutory or decisional law of the United States

11 of America, the State of California or any other applicable jurisdiction, including, but

12 not limited to, such laws existing in the United Mexican States. MGA Mexico

13 further objects to this request on the grounds that it is overly broad and unduly

14 burdensome in that it seeks documents not relevant to the claims or defenses in this

15 action and not reasonably calculated to lead to the discovery of admissible evidence.

16 Mattel has not demonstrated how *all* COMMUNICATIONS between YOU and any

17 individual while that individual was still employed by MATTEL and all

18 DOCUMENTS that REFER OR RELATE thereto, could be relevant to the claims

19 and defenses in this action. The request is not limited to the subject matter of this

20 action and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22

21 Order at 21:5-7. MGA Mexico further objects to this request as being overly broad

22 and unduly burdensome on the grounds that it is not limited in time or geographic

23 scope. MGA Mexico further objects to this request on the grounds that the terms

24 MATTEL and REFER OR RELATE render the request vague, ambiguous, overly

25 broad and unduly burdensome. MGA Mexico further objects to the phrase

26 "employed by" as calling for a legal conclusion. MGA Mexico further objects to the

27 request to the extent that it seeks documents that by reason of public filing, public

28 distribution or otherwise are already in Mattel's possession or are readily accessible

-44-

**EXHIBIT** *10* **PAGE 120**

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A                            MSW - Draft December 19, 2007 - 1:25 PM

1 | to Mattel.  MGA Mexico further objects to the request to the extent that it seeks

2 | documents not in MGA Mexico's possession, custody or control.  MGA Mexico

3 | further objects to the request to the extent it seeks confidential, proprietary or

4 | commercially sensitive information, the disclosure of which would be inimical to the

5 | business interests of MGA Mexico.  MGA Mexico further objects to the request to

6 | the extent it violates the privacy rights of third parties to their private, confidential,

7 | proprietary or trade secret information.

8 |      MGA Mexico further objects to this request as cumulative, duplicative, and

9 | unduly burdensome to the extent that it seeks documents previously requested by

10 | Mattel and/or produced in response to Mattel's document requests.

11 | REQUEST FOR PRODUCTION NO. 26:

12 |      All DOCUMENTS that REFER OR RELATE to any COMMUNICATIONS

13 | between Susana Kuemmerle and any of the FORMER MATTEL EMPLOYEES

14 | prior to April 20, 2004, including without limitation all telephone records, logs, notes,

15 | calendars, planners, diaries, letters and other DOCUMENTS relating thereto.

16 | RESPONSE TO REQUEST FOR PRODUCTION NO. 26:

17 |      MGA Mexico incorporates by reference its General Response and General

18 | Objections above, as though fully set forth herein and specifically incorporates

19 | General Objection No. 15 (regarding Definitions), including without limitation MGA

20 | Mexico's objection to the definition of the terms REFER OR RELATE and

21 | FORMER MATTEL EMPLOYEES.  MGA Mexico further objects to the request to

22 | the extent it seeks the production of documents that are protected from disclosure

23 | under any applicable privilege, doctrine or immunity, including without limitation

24 | the attorney-client privilege, the work product doctrine, the right of privacy, and all

25 | other privileges recognized under the constitutional, statutory or decisional law of

26 | the United States of America, the State of California or any other applicable

27 | jurisdiction, including, but not limited to, such laws existing in the United Mexican

28 | States.  MGA Mexico further objects to this request on the grounds that it is overly

-45-

EXHIBIT *10* PAGE 121

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A                                              MSW - Draft December 19, 2007 - 1:25 PM

1   broad and unduly burdensome in that it seeks documents not relevant to the claims or

2   defenses in this action and not reasonably calculated to lead to the discovery of

3   admissible evidence.  Mattel has not demonstrated how *all* DOCUMENTS that

4   REFER OR RELATE to any COMMUNICATIONS between Susana Kuemmerle

5   and any of the FORMER MATTEL EMPLOYEES prior to April 20, 2004 could be

6   relevant to the claims and defenses in this action.  The request is not limited to the

7   subject matter of this action and is thus impermissibly overbroad.  See Aug. 13 Order

8   at 9:17-20; May 22 Order at 21:5-7.  MGA Mexico further objects to this request as

9   being overly broad and unduly burdensome on the grounds that it is not sufficiently

10  limited in geographic scope.  MGA Mexico further objects to this request on the

11  grounds that the terms REFER OR RELATE and FORMER MATTEL

12  EMPLOYEES render the request vague, ambiguous, overly broad and unduly

13  burdensome.  MGA Mexico further objects to the phrase "other DOCUMENTS

14  relating thereto" as vague and ambiguous.  MGA Mexico further objects to the

15  request to the extent that it seeks documents that by reason of public filing, public

16  distribution or otherwise are already in Mattel's possession or are readily accessible

17  to Mattel.  MGA Mexico further objects to the request to the extent that it seeks

18  documents not in MGA Mexico's possession, custody or control.  MGA Mexico

19  further objects to the request to the extent it seeks confidential, proprietary or

20  commercially sensitive information, the disclosure of which would be inimical to the

21  business interests of MGA Mexico.  MGA Mexico further objects to the request to

22  the extent it violates the privacy rights of third parties to their private, confidential,

23  proprietary or trade secret information.

24       MGA Mexico further objects to this request as cumulative, duplicative, and

25  unduly burdensome to the extent that it seeks documents previously requested by

26  Mattel and/or produced in response to Mattel's document requests.

27

28

-46-

EXHIBIT 10 PAGE 122

1  REQUEST FOR PRODUCTION NO. 27:

2       All DOCUMENTS that REFER OR RELATE to any COMMUNICATION

3  between any of the FORMER MATTEL EMPLOYEES and any of YOUR

4  representatives or employees including, without limitation, Isaac Larian, prior to

5  April 20, 2004, including without limitation all telephone records, logs, notes,

6  calendars, planners, diaries, letters and other DOCUMENTS relating thereto.

7  RESPONSE TO REQUEST FOR PRODUCTION NO. 27:

8       MGA Mexico incorporates by reference its General Response and General

9  Objections above, as though fully set forth herein and specifically incorporates

10  General Objection No. 15 (regarding Definitions), including without limitation MGA

11  Mexico's objection to the definition of the terms REFER OR RELATE and

12  FORMER MATTEL EMPLOYEES.  MGA Mexico further objects to the request to

13  the extent it seeks the production of documents that are protected from disclosure

14  under any applicable privilege, doctrine or immunity, including without limitation

15  the attorney-client privilege, the work product doctrine, the right of privacy, and all

16  other privileges recognized under the constitutional, statutory or decisional law of

17  the United States of America, the State of California or any other applicable

18  jurisdiction, including, but not limited to, such laws existing in the United Mexican

19  States.  MGA Mexico further objects to this request on the grounds that it is overly

20  broad and unduly burdensome in that it seeks documents not relevant to the claims or

21  defenses in this action and not reasonably calculated to lead to the discovery of

22  admissible evidence.  Mattel has not demonstrated how *all* DOCUMENTS that

23  REFER OR RELATE to any COMMUNICATION between any of the FORMER

24  MATTEL EMPLOYEES and any of YOUR representatives or employees, could be

25  relevant to the claims and defenses in this action.  The request is not limited to the

26  subject matter of this action and is thus impermissibly overbroad.  See Aug. 13 Order

27  at 9:17-20; May 22 Order at 21:5-7.  MGA Mexico further objects to this request as

28  being overly broad and unduly burdensome on the grounds that it is not sufficiently

-47-

**EXHIBIT** *10* **PAGE 123**

MGAE de MEXICO S.R.L. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A     MSW - Draft December 19, 2007 - 1:25 PM

1    limited in time or geographic scope. MGA Mexico further objects to this request on

2    the grounds that the terms REFER OR RELATE and FORMER MATTEL

3    EMPLOYEES render the request vague, ambiguous, overly broad and unduly

4    burdensome. MGA Mexico further objects to the phrases "other DOCUMENTS

5    relating thereto" and "representatives" as vague and ambiguous, and to the term

6    "employees" as calling for a legal conclusion. MGA Mexico further objects to the

7    request to the extent that it seeks documents that by reason of public filing, public

8    distribution or otherwise are already in Mattel's possession or are readily accessible

9    to Mattel. MGA Mexico further objects to the request to the extent that it seeks

10    documents not in MGA Mexico's possession, custody or control. MGA Mexico

11    further objects to the request to the extent it seeks confidential, proprietary or

12    commercially sensitive information, the disclosure of which would be inimical to the

13    business interests of MGA Mexico. MGA Mexico further objects to the request to

14    the extent it violates the privacy rights of third parties to their private, confidential,

15    proprietary or trade secret information.

16         MGA Mexico further objects to this request as cumulative, duplicative, and

17    unduly burdensome to the extent that it seeks documents previously requested by

18    Mattel and/or produced in response to Mattel's document requests.

19    REQUEST FOR PRODUCTION NO. 28:

20         All DOCUMENTS that REFER OR RELATE to meetings between YOU and

21    any of the FORMER MATTEL EMPLOYEES prior to April 20, 2004, including

22    without limitation notes or records that REFER OR RELATE to any such meetings.

23    RESPONSE TO REQUEST FOR PRODUCTION NO. 28:

24         MGA Mexico incorporates by reference its General Response and General

25    Objections above, as though fully set forth herein and specifically incorporates

26    General Objection No. 15 (regarding Definitions), including without limitation MGA

27    Mexico's objection to the definition of the terms REFER OR RELATE and

28    FORMER MATTEL EMPLOYEES. MGA Mexico further objects to the request to

-48-

**EXHIBIT _10_ PAGE 124**