1 | the extent it seeks the production of documents that are protected from disclosure
2 | under any applicable privilege, doctrine or immunity, including without limitation
3 | the attorney-client privilege, the work product doctrine, the right of privacy, and all
4 | other privileges recognized under the constitutional, statutory or decisional law of
5 | the United States of America, the State of California or any other applicable
6 | jurisdiction, including, but not limited to, such laws existing in the United Mexican
7 | States. MGA Mexico further objects to this request on the grounds that it is overly
8 | broad and unduly burdensome in that it seeks documents not relevant to the claims or
9 | defenses in this action and not reasonably calculated to lead to the discovery of
10 | admissible evidence. Mattel has not demonstrated how *all* DOCUMENTS that
11 | REFER OR RELATE to meetings between YOU and any of the FORMER
12 | MATTEL EMPLOYEES prior to April 20, 2004, could be relevant to the claims and
13 | defenses in this action. The request is not limited to the subject matter of this action
14 | and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order
15 | at 21:5-7. MGA Mexico further objects to this request as being overly broad and
16 | unduly burdensome on the grounds that it is not sufficiently limited in time or
17 | geographic scope. MGA Mexico further objects to this request on the grounds that
18 | the terms REFER OR RELATE and FORMER MATTEL EMPLOYEES render the
19 | request vague, ambiguous, overly broad and unduly burdensome. MGA Mexico
20 | further objects to the term "meetings" as vague and ambiguous. MGA Mexico
21 | further objects to the request to the extent that it seeks documents that by reason of
22 | public filing, public distribution or otherwise are already in Mattel's possession or
23 | are readily accessible to Mattel. MGA Mexico further objects to the request to the
24 | extent that it seeks documents not in MGA Mexico's possession, custody or control.
25 | MGA Mexico further objects to the request to the extent it seeks confidential,
26 | proprietary or commercially sensitive information, the disclosure of which would be
27 | inimical to the business interests of MGA Mexico. MGA Mexico further objects to
28 |

-49-

**EXHIBIT _10_ PAGE 125**

1   the request to the extent it violates the privacy rights of third parties to their private,

2   confidential, proprietary or trade secret information.

3        MGA Mexico further objects to this request as cumulative, duplicative, and

4   unduly burdensome to the extent that it seeks documents previously requested by

5   Mattel and/or produced in response to Mattel's document requests.

6   <u>REQUEST FOR PRODUCTION NO. 29:</u>

7        All DOCUMENTS that REFER OR RELATE to meetings between Susana

8   Kuemmerle and any of the FORMER MATTEL EMPLOYEES prior to April 20,

9   2004, including without limitation notes or records that REFER OR RELATE to any

10   such meetings.

11   <u>RESPONSE TO REQUEST FOR PRODUCTION NO. 29:</u>

12        MGA Mexico incorporates by reference its General Response and General

13   Objections above, as though fully set forth herein and specifically incorporates

14   General Objection No. 15 (regarding Definitions), including without limitation MGA

15   Mexico's objection to the definition of the terms REFER OR RELATE and

16   FORMER MATTEL EMPLOYEES.  MGA Mexico further objects to the request to

17   the extent it seeks the production of documents that are protected from disclosure

18   under any applicable privilege, doctrine or immunity, including without limitation

19   the attorney-client privilege, the work product doctrine, the right of privacy, and all

20   other privileges recognized under the constitutional, statutory or decisional law of

21   the United States of America, the State of California or any other applicable

22   jurisdiction, including, but not limited to, such laws existing in the United Mexican

23   States.  MGA Mexico further objects to this request on the grounds that it is overly

24   broad and unduly burdensome in that it seeks documents not relevant to the claims or

25   defenses in this action and not reasonably calculated to lead to the discovery of

26   admissible evidence.  Mattel has not demonstrated how *all* DOCUMENTS that

27   REFER OR RELATE to meetings between Susana Kuemmerle and any of the

28   FORMER MATTEL EMPLOYEES prior to April 20, 2004 could be relevant to the

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC. S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A                     MSW - Draft December 19, 2007 - 1:25 PM

EXHIBIT *10* PAGE 126

1 claims and defenses in this action.  The request is not limited to the subject matter of

2 this action and is thus impermissibly overbroad.  <u>See</u> Aug. 13 Order at 9:17-20; May

3 22 Order at 21:5-7.  MGA Mexico further objects to this request as being overly

4 broad and unduly burdensome on the grounds that it is not sufficiently limited in

5 geographic scope.  MGA Mexico further objects to this request on the grounds that

6 the terms REFER OR RELATE and FORMER MATTEL EMPLOYEES render the

7 request vague, ambiguous, overly broad and unduly burdensome.  MGA Mexico

8 further objects to the term "meetings" as vague and ambiguous.  MGA Mexico

9 further objects to the request to the extent that it seeks documents that by reason of

10 public filing, public distribution or otherwise are already in Mattel's possession or

11 are readily accessible to Mattel.  MGA Mexico further objects to the request to the

12 extent that it seeks documents not in MGA Mexico's possession, custody or control.

13 MGA Mexico further objects to the request to the extent it seeks confidential,

14 proprietary or commercially sensitive information, the disclosure of which would be

15 inimical to the business interests of MGA Mexico.  MGA Mexico further objects to

16 the request to the extent it violates the privacy rights of third parties to their private,

17 confidential, proprietary or trade secret information.

18      MGA Mexico further objects to this request as cumulative, duplicative, and

19 unduly burdensome to the extent that it seeks documents previously requested by

20 Mattel and/or produced in response to Mattel's document requests.

21 REQUEST FOR PRODUCTION NO. 30:

22      All DOCUMENTS that REFER OR RELATE to meetings between Isaac

23 Larian and any of the FORMER MATTEL EMPLOYEES prior to April 20, 2004,

24 including without limitation notes or records that REFER OR RELATE to any such

25 meetings.

26 RESPONSE TO REQUEST FOR PRODUCTION NO. 30:

27      MGA Mexico incorporates by reference its General Response and General

28 Objections above, as though fully set forth herein and specifically incorporates

**EXHIBIT 10 PAGE 127**

1  General Objection No. 15 (regarding Definitions), including without limitation MGA

2  Mexico's objection to the definition of the terms REFER OR RELATE and

3  FORMER MATTEL EMPLOYEES. MGA Mexico further objects to the request to

4  the extent it seeks the production of documents that are protected from disclosure

5  under any applicable privilege, doctrine or immunity, including without limitation

6  the attorney-client privilege, the work product doctrine, the right of privacy, and all

7  other privileges recognized under the constitutional, statutory or decisional law of

8  the United States of America, the State of California or any other applicable

9  jurisdiction, including, but not limited to, such laws existing in the United Mexican

10  States. MGA Mexico further objects to this request on the grounds that it is overly

11  broad and unduly burdensome in that it seeks documents not relevant to the claims or

12  defenses in this action and not reasonably calculated to lead to the discovery of

13  admissible evidence. Mattel has not demonstrated how *all* DOCUMENTS that

14  REFER OR RELATE to meetings between Isaac Larian and any of the FORMER

15  MATTEL EMPLOYEES prior to April 20, 2004 could be relevant to the claims and

16  defenses in this action. The request is not limited to the subject matter of this action

17  and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order

18  at 21:5-7. MGA Mexico further objects to this request as being overly broad and

19  unduly burdensome on the grounds that it is not sufficiently limited in geographic

20  scope. MGA Mexico further objects to this request on the grounds that the terms

21  REFER OR RELATE and FORMER MATTEL EMPLOYEES render the request

22  vague, ambiguous, overly broad and unduly burdensome. MGA Mexico further

23  objects to the phrase "meetings" as vague and ambiguous. MGA Mexico further

24  objects to the request to the extent that it seeks documents that by reason of public

25  filing, public distribution or otherwise are already in Mattel's possession or are

26  readily accessible to Mattel. MGA Mexico further objects to the request to the

27  extent that it seeks documents not in MGA Mexico's possession, custody or control.

28  MGA Mexico further objects to the request to the extent it seeks confidential,

-52-

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A                                              MSW - Draft December 19, 2007 - 1:25 PM

**EXHIBIT** *10* **PAGE 128**

1 | proprietary or commercially sensitive information, the disclosure of which would be

2 | inimical to the business interests of MGA Mexico.  MGA Mexico further objects to

3 | the request to the extent it violates the privacy rights of third parties to their private,

4 | confidential, proprietary or trade secret information.

5 |      MGA Mexico further objects to this request as cumulative, duplicative, and

6 | unduly burdensome to the extent that it seeks documents previously requested by

7 | Mattel and/or produced in response to Mattel's document requests.

8 | REQUEST FOR PRODUCTION NO. 31:

9 |      All DOCUMENTS, including but not limited to all COMMUNICATIONS

10 | with any PERSON, that REFER OR RELATE TO any of the FORMER MATTEL

11 | EMPLOYEES' resignations or departures from MATTEL.

12 | RESPONSE TO REQUEST FOR PRODUCTION NO. 31:

13 |      MGA Mexico incorporates by reference its General Response and General

14 | Objections above, as though fully set forth herein and specifically incorporates

15 | General Objection No. 15 (regarding Definitions), including without limitation MGA

16 | Mexico's objection to the definition of the terms REFER OR RELATE, FORMER

17 | MATTEL EMPLOYEES, and MATTEL.  MGA Mexico further objects to the

18 | request to the extent it seeks the production of documents that are protected from

19 | disclosure under any applicable privilege, doctrine or immunity, including without

20 | limitation the attorney-client privilege, the work product doctrine, the right of

21 | privacy, and all other privileges recognized under the constitutional, statutory or

22 | decisional law of the United States of America, the State of California or any other

23 | applicable jurisdiction, including, but not limited to, such laws existing in the United

24 | Mexican States.  MGA Mexico further objects to this request on the grounds that it is

25 | overly broad and unduly burdensome in that it seeks documents not relevant to the

26 | claims or defenses in this action and not reasonably calculated to lead to the

27 | discovery of admissible evidence.  Mattel has not demonstrated how *all*

28 | DOCUMENTS that REFER OR RELATE TO any of the FORMER MATTEL

**EXHIBIT _10_ PAGE 129**

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC. S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A                               MSW - Draft December 19, 2007 - 1:25 PM

1  EMPLOYEES' resignations or departures from MATTEL could be relevant to the
2  claims and defenses in this action. The request is not limited to the subject matter of
3  this action and is thus impermissibly overbroad. <u>See</u> Aug. 13 Order at 9:17-20; May
4  22 Order at 21:5-7.  MGA Mexico further objects to this request as being overly
5  broad and unduly burdensome on the grounds that it is not limited in time or
6  geographic scope.  MGA Mexico further objects to this request on the grounds that
7  the terms REFER OR RELATE, FORMER MATTEL EMPLOYEES, and MATTEL
8  render the request vague, ambiguous, overly broad and unduly burdensome.  MGA
9  Mexico further objects to the term "departures" as vague and ambiguous.  MGA
10 Mexico further objects to the request to the extent that it seeks documents that by
11 reason of public filing, public distribution or otherwise are already in Mattel's
12 possession or are readily accessible to Mattel.  MGA Mexico further objects to the
13 request to the extent that it seeks documents not in MGA Mexico's possession,
14 custody or control.  MGA Mexico further objects to the request to the extent it seeks
15 confidential, proprietary or commercially sensitive information, the disclosure of
16 which would be inimical to the business interests of MGA Mexico.  MGA Mexico
17 further objects to the request to the extent it violates the privacy rights of third parties
18 to their private, confidential, proprietary or trade secret information.

19      MGA Mexico further objects to this request as cumulative, duplicative, and
20 unduly burdensome to the extent that it seeks documents previously requested by
21 Mattel and/or produced in response to Mattel's document requests.

22 <u>REQUEST FOR PRODUCTION NO. 32</u>:

23      All DOCUMENTS, including but not limited to all COMMUNICATIONS
24 with any PERSON, that REFER OR RELATE TO compensation, money or any
25 other item of value paid to any of the FORMER MATTEL EMPLOYEES, promised
26 to any FORMER MATTEL EMPLOYEE on anyone acting on their behalf, whether
27 directly or indirectly, by YOU.

28

-54-

**EXHIBIT _10_ PAGE 130**

**RESPONSE TO REQUEST FOR PRODUCTION NO. 32:**

1

2      MGA Mexico incorporates by reference its General Response and General

3 Objections above, as though fully set forth herein and specifically incorporates

4 General Objection No. 15 (regarding Definitions), including without limitation MGA

5 Mexico's objection to the definition of the terms REFER OR RELATE TO and

6 FORMER MATTEL EMPLOYEES. MGA Mexico further objects to the request to

7 the extent it seeks the production of documents that are protected from disclosure

8 under any applicable privilege, doctrine or immunity, including without limitation

9 the attorney-client privilege, the work product doctrine, the right of privacy, and all

10 other privileges recognized under the constitutional, statutory or decisional law of

11 the United States of America, the State of California or any other applicable

12 jurisdiction, including, but not limited to, such laws existing in the United Mexican

13 States. MGA Mexico further objects to this request on the grounds that it is overly

14 broad and unduly burdensome in that it seeks documents not relevant to the claims or

15 defenses in this action and not reasonably calculated to lead to the discovery of

16 admissible evidence. Mattel has not demonstrated how *all* DOCUMENTS that

17 REFER OR RELATE TO compensation, money or any other item of value paid to

18 any of the FORMER MATTEL EMPLOYEES, promised to any FORMER

19 MATTEL EMPLOYEE on anyone acting on their behalf by YOU, could be relevant

20 to the claims and defenses in this action. The request is not limited to the subject

21 matter of this action and is thus impermissibly overbroad. See Aug. 13 Order at

22 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as

23 being overly broad and unduly burdensome on the grounds that it is not limited in

24 time or geographic scope. MGA Mexico further objects to this request on the

25 grounds that the terms REFER OR RELATE TO and FORMER MATTEL

26 EMPLOYEES render the request vague, ambiguous, overly broad and unduly

27 burdensome. MGA Mexico further objects to the phrases "other item of value paid"

28 and "indirectly" as vague and ambiguous. MGA Mexico further objects to the

**EXHIBIT _10_ PAGE 131**

1   request to the extent that it seeks documents that by reason of public filing, public

2   distribution or otherwise are already in Mattel's possession or are readily accessible

3   to Mattel.  MGA Mexico further objects to the request to the extent that it seeks

4   documents not in MGA Mexico's possession, custody or control.  MGA Mexico

5   further objects to the request to the extent it seeks confidential, proprietary or

6   commercially sensitive information, the disclosure of which would be inimical to the

7   business interests of MGA Mexico.  MGA Mexico further objects to the request to

8   the extent it violates the privacy rights of third parties to their private, confidential,

9   proprietary or trade secret information.

10       MGA Mexico further objects to this request as cumulative, duplicative, and

11   unduly burdensome to the extent that it seeks documents previously requested by

12   Mattel and/or produced in response to Mattel's document requests.

13   REQUEST FOR PRODUCTION NO. 33:

14       All DOCUMENTS, including but not limited to all COMMUNICATIONS

15   with any PERSON, that REFER OR RELATE TO compensation, money or any

16   other item of value paid to any of the FORMER MATTEL EMPLOYEES, promised

17   to any FORMER MATTEL EMPLOYEE on anyone acting on their behalf, whether

18   directly or indirectly, by LARIAN.

19   RESPONSE TO REQUEST FOR PRODUCTION NO. 33:

20       MGA Mexico incorporates by reference its General Response and General

21   Objections above, as though fully set forth herein and specifically incorporates

22   General Objection No. 15 (regarding Definitions), including without limitation MGA

23   Mexico's objection to the definition of the terms REFER OR RELATE TO and

24   FORMER MATTEL EMPLOYEES.  MGA Mexico further objects to the request to

25   the extent it seeks the production of documents that are protected from disclosure

26   under any applicable privilege, doctrine or immunity, including without limitation

27   the attorney-client privilege, the work product doctrine, the right of privacy, and all

28   other privileges recognized under the constitutional, statutory or decisional law of

-56-

**EXHIBIT** 10 **PAGE 132**

MGAE de MEXICO S.R.L. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A                                    MSW - Draft December 19, 2007 - 1:25 PM

1 | the United States of America, the State of California or any other applicable

2 | jurisdiction, including, but not limited to, such laws existing in the United Mexican

3 | States.  MGA Mexico further objects to this request on the grounds that it is overly

4 | broad and unduly burdensome in that it seeks documents not relevant to the claims or

5 | defenses in this action and not reasonably calculated to lead to the discovery of

6 | admissible evidence.  Mattel has not demonstrated how *all* DOCUMENTS that

7 | REFER OR RELATE TO compensation, money or any other item of value paid to

8 | any of the FORMER MATTEL EMPLOYEES, promised to any FORMER

9 | MATTEL EMPLOYEE on anyone acting on their behalf, by LARIAN, could be

10 | relevant to the claims and defenses in this action.  The request is not limited to the

11 | subject matter of this action and is thus impermissibly overbroad.  See Aug. 13 Order

12 | at 9:17-20; May 22 Order at 21:5-7.  MGA Mexico further objects to this request as

13 | being overly broad and unduly burdensome on the grounds that it is not limited in

14 | time or geographic scope.  MGA Mexico further objects to this request on the

15 | grounds that the terms REFER OR RELATE TO and FORMER MATTEL

16 | EMPLOYEES render the request vague, ambiguous, overly broad and unduly

17 | burdensome.  MGA Mexico further objects to the phrases "other item of value paid"

18 | and "indirectly" as vague and ambiguous.  MGA Mexico further objects to the

19 | request to the extent that it seeks documents that by reason of public filing, public

20 | distribution or otherwise are already in Mattel's possession or are readily accessible

21 | to Mattel.  MGA Mexico further objects to the request to the extent that it seeks

22 | documents not in MGA Mexico's possession, custody or control.  MGA Mexico

23 | further objects to the request to the extent it seeks confidential, proprietary or

24 | commercially sensitive information, the disclosure of which would be inimical to the

25 | business interests of MGA Mexico.  MGA Mexico further objects to the request to

26 | the extent it violates the privacy rights of third parties to their private, confidential,

27 | proprietary or trade secret information.

28 |

-57-

**EXHIBIT 10 PAGE 133**

1       MGA Mexico further objects to this request as cumulative, duplicative, and

2 unduly burdensome to the extent that it seeks documents previously requested by

3 Mattel and/or produced in response to Mattel's document requests.

4 REQUEST FOR PRODUCTION NO. 34:

5       All DOCUMENTS, including but not limited to all COMMUNICATIONS

6 with any PERSON, that REFER OR RELATE TO compensation, money or any

7 other item of value paid to any of the FORMER MATTEL EMPLOYEES, promised

8 to any FORMER MATTEL EMPLOYEE on anyone acting on their behalf, whether

9 directly or indirectly, by Thomas Park.

10 RESPONSE TO REQUEST FOR PRODUCTION NO. 34:

11       MGA Mexico incorporates by reference its General Response and General

12 Objections above, as though fully set forth herein and specifically incorporates

13 General Objection No. 15 (regarding Definitions), including without limitation MGA

14 Mexico's objection to the definition of the terms REFER OR RELATE TO and

15 FORMER MATTEL EMPLOYEES. MGA Mexico further objects to the request to

16 the extent it seeks the production of documents that are protected from disclosure

17 under any applicable privilege, doctrine or immunity, including without limitation

18 the attorney-client privilege, the work product doctrine, the right of privacy, and all

19 other privileges recognized under the constitutional, statutory or decisional law of

20 the United States of America, the State of California or any other applicable

21 jurisdiction, including, but not limited to, such laws existing in the United Mexican

22 States. MGA Mexico further objects to this request on the grounds that it is overly

23 broad and unduly burdensome in that it seeks documents not relevant to the claims or

24 defenses in this action and not reasonably calculated to lead to the discovery of

25 admissible evidence. Mattel has not demonstrated how *all* DOCUMENTS that

26 REFER OR RELATE TO compensation, money or any other item of value paid to

27 any of the FORMER MATTEL EMPLOYEES, promised to any FORMER

28 MATTEL EMPLOYEE on anyone acting on their behalf by Thomas Park, could be

-58-

**EXHIBIT 10 PAGE 134**

1   relevant to the claims and defenses in this action. The request is not limited to the

2   subject matter of this action and is thus impermissibly overbroad. <u>See</u> Aug. 13 Order

3   at 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as

4   being overly broad and unduly burdensome on the grounds that it is not limited in

5   time or geographic scope. MGA Mexico further objects to this request on the

6   grounds that the terms REFER OR RELATE TO and FORMER MATTEL

7   EMPLOYEES render the request vague, ambiguous, overly broad and unduly

8   burdensome. MGA Mexico further objects to the phrases "item of value paid" and

9   "indirectly" as vague and ambiguous. MGA Mexico further objects to the request to

10  the extent that it seeks documents that by reason of public filing, public distribution

11  or otherwise are already in Mattel's possession or are readily accessible to Mattel.

12  MGA Mexico further objects to the request to the extent that it seeks documents not

13  in MGA Mexico's possession, custody or control. MGA Mexico further objects to

14  the request to the extent it seeks confidential, proprietary or commercially sensitive

15  information, the disclosure of which would be inimical to the business interests of

16  MGA Mexico. MGA Mexico further objects to the request to the extent it violates

17  the privacy rights of third parties to their private, confidential, proprietary or trade

18  secret information.

19      MGA Mexico further objects to this request as cumulative, duplicative, and

20  unduly burdensome to the extent that it seeks documents previously requested by

21  Mattel and/or produced in response to Mattel's document requests.

22  <u>REQUEST FOR PRODUCTION NO. 35</u>:

23      YOUR phone records from January 1, 2002 through the present.

24  <u>RESPONSE TO REQUEST FOR PRODUCTION NO. 35</u>:

25      MGA Mexico incorporates by reference its General Response and General

26  Objections above, as though fully set forth herein and specifically incorporates

27  General Objection No. 15 (regarding Definitions), including without limitation MGA

28  Mexico's objection to the definition of the term YOUR. MGA Mexico further

-59-

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO M....., ......
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A                                    MSW - Draft December 19, 2007 - 1:25 PM

EXHIBIT 10 PAGE 135

1 | objects to the request to the extent it seeks the production of documents that are
2 | protected from disclosure under any applicable privilege, doctrine or immunity,
3 | including without limitation the attorney-client privilege, the work product doctrine,
4 | the right of privacy, and all other privileges recognized under the constitutional,
5 | statutory or decisional law of the United States of America, the State of California or
6 | any other applicable jurisdiction, including, but not limited to, such laws existing in
7 | the United Mexican States.  MGA Mexico further objects to this request on the
8 | grounds that it is overly broad and unduly burdensome in that it seeks documents not
9 | relevant to the claims or defenses in this action and not reasonably calculated to lead
10 | to the discovery of admissible evidence.  Mattel has not demonstrated how *all*
11 | YOUR phone records from January 1, 2002 through the present could be relevant to
12 | the claims and defenses in this action.  The request is not limited to the subject
13 | matter of this action and is thus impermissibly overbroad.  See Aug. 13 Order at
14 | 9:17-20; May 22 Order at 21:5-7.  MGA Mexico further objects to this request as
15 | being overly broad and unduly burdensome on the grounds that it is not sufficiently
16 | limited in time or geographic scope.  MGA Mexico further objects to this request on
17 | the grounds that the term YOUR renders the request vague, ambiguous, overly broad
18 | and unduly burdensome.  MGA Mexico further objects to the phrase "phone records"
19 | as vague and ambiguous.  MGA Mexico further objects to the request to the extent
20 | that it seeks documents that by reason of public filing, public distribution or
21 | otherwise are already in Mattel's possession or are readily accessible to Mattel.
22 | MGA Mexico further objects to the request to the extent that it seeks documents not
23 | in MGA Mexico's possession, custody or control.  MGA Mexico further objects to
24 | the request to the extent it seeks confidential, proprietary or commercially sensitive
25 | information, the disclosure of which would be inimical to the business interests of
26 | MGA Mexico.  MGA Mexico further objects to the request to the extent it violates
27 | the privacy rights of third parties to their private, confidential, proprietary or trade
28 | secret information.

**EXHIBIT _10_ PAGE 136**

1   MGA Mexico further objects to this request as cumulative, duplicative, and

2   unduly burdensome to the extent that it seeks documents previously requested by

3   Mattel and/or produced in response to Mattel's document requests.

4   REQUEST FOR PRODUCTION NO. 36:

5        All DOCUMENTS received by, shared with or disclosed to YOU, directly or

6   indirectly, from any FORMER MATTEL EMPLOYEE authored by or for the

7   benefit of MATTEL, or that REFER OR RELATE TO MATTEL, or any MATTEL

8   product, plan, client, customer, current or former MATTEL employee, sales,

9   advertising, marketing, analysis, tool or procedure.

10  RESPONSE TO REQUEST FOR PRODUCTION NO. 36:

11       MGA Mexico incorporates by reference its General Response and General

12  Objections above, as though fully set forth herein and specifically incorporates

13  General Objection No. 15 (regarding Definitions), including without limitation MGA

14  Mexico's objection to the definition of the terms FORMER MATTEL EMPLOYEES,

15  MATTEL and REFER OR RELATE TO.  MGA Mexico further objects to the

16  request to the extent it seeks the production of documents that are protected from

17  disclosure under any applicable privilege, doctrine or immunity, including without

18  limitation the attorney-client privilege, the work product doctrine, the right of

19  privacy, and all other privileges recognized under the constitutional, statutory or

20  decisional law of the United States of America, the State of California or any other

21  applicable jurisdiction, including, but not limited to, such laws existing in the United

22  Mexican States.  MGA Mexico further objects to this request on the grounds that it is

23  overly broad and unduly burdensome in that it seeks documents not relevant to the

24  claims or defenses in this action and not reasonably calculated to lead to the

25  discovery of admissible evidence.  Mattel has not demonstrated how *all*

26  DOCUMENTS received by, shared with or disclosed to YOU from any FORMER

27  MATTEL EMPLOYEE authored by or for the benefit of MATTEL, or that REFER

28  OR RELATE TO MATTEL, or any MATTEL product, plan, client, customer,

-61-

EXHIBIT *10* PAGE 137

1  current or former MATTEL EMPLOYEE, sales, advertising, marketing, analysis,

2  tool or procedure, could be relevant to the claims and defenses in this action.  The

3  request is not limited to the subject matter of this action and is thus impermissibly

4  overbroad.  See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.  MGA Mexico

5  further objects to this request as being overly broad and unduly burdensome on the

6  grounds that it is not limited in time or geographic scope.  MGA Mexico further

7  objects to this request on the grounds that the terms FORMER MATTEL

8  EMPLOYEES, MATTEL, and REFER OR RELATE TO render the request vague,

9  ambiguous, overly broad and unduly burdensome.  MGA Mexico further objects to

10  the phrases "indirectly," "authored by," "analysis," "tool," "procedure" and "for the

11  benefit of" as vague and ambiguous, and to the term "employee" as calling for a legal

12  conclusion.  MGA Mexico further objects to the request to the extent that it seeks

13  documents that by reason of public filing, public distribution or otherwise are already

14  in Mattel's possession or are readily accessible to Mattel.  MGA Mexico further

15  objects to the request to the extent that it seeks documents not in MGA Mexico's

16  possession, custody or control.  MGA Mexico further objects to the request to the

17  extent it seeks confidential, proprietary or commercially sensitive information, the

18  disclosure of which would be inimical to the business interests of MGA Mexico.

19       MGA Mexico further objects to this request as cumulative, duplicative, and

20  unduly burdensome to the extent that it seeks documents previously requested by

21  Mattel and/or produced in response to Mattel's document requests.

22  REQUEST FOR PRODUCTION NO. 37:

23       To the extent not produced in response to any other Request for Production, all

24  DOCUMENTS received by, shared with or disclosed to YOU, directly or indirectly,

25  at any time after January 1, 1998 from any current or former MATTEL employee or

26  MATTEL contractor that was authored by or for the benefit of MATTEL, or that

27  REFER OR RELATE TO MATTEL, or any MATTEL product, plan, client,

28

-62-

**EXHIBIT _10_ PAGE 138**

1  customer, current or former MATTEL employee, sales, advertising, marketing,

2  analysis, tool or procedure.

3  RESPONSE TO REQUEST FOR PRODUCTION NO. 37:

4         MGA Mexico incorporates by reference its General Response and General

5  Objections above, as though fully set forth herein and specifically incorporates

6  General Objection No. 15 (regarding Definitions), including without limitation MGA

7  Mexico's objection to the definition of the terms MATTEL and REFER OR

8  RELATE TO.  MGA Mexico further objects to the request to the extent it seeks the

9  production of documents that are protected from disclosure under any applicable

10  privilege, doctrine or immunity, including without limitation the attorney-client

11  privilege, the work product doctrine, the right of privacy, and all other privileges

12  recognized under the constitutional, statutory or decisional law of the United States

13  of America, the State of California or any other applicable jurisdiction, including, but

14  not limited to, such laws existing in the United Mexican States.  MGA Mexico

15  further objects to this request on the grounds that it is overly broad and unduly

16  burdensome in that it seeks documents not relevant to the claims or defenses in this

17  action and not reasonably calculated to lead to the discovery of admissible evidence.

18  Mattel has not demonstrated how *all* DOCUMENTS received by, shared with or

19  disclosed to YOU, directly or indirectly, at any time after January 1, 1998 from any

20  current or former MATTEL employee or MATTEL contractor that was authored by

21  or for the benefit of MATTEL, or that REFER OR RELATE TO MATTEL, or any

22  MATTEL product, plan, client, customer, current or former MATTEL employee,

23  sales, advertising, marketing, analysis, tool or procedure, could be relevant to the

24  claims and defenses in this action.  The request is not limited to the subject matter of

25  this action and is thus impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May

26  22 Order at 21:5-7.  MGA Mexico further objects to this request as being overly

27  broad and unduly burdensome on the grounds that it is not sufficiently limited in

28  time or geographic scope.  MGA Mexico further objects to this request on the

-63-                                    **EXHIBIT** *10* **PAGE 139**

1  grounds that the terms MATTEL and REFER OR RELATE TO render the request

2  vague, ambiguous, overly broad and unduly burdensome.  MGA Mexico further

3  objects to the phrase "indirectly," "authored by," "for the benefit of," "analysis,"

4  "tool," and "procedure" as vague and ambiguous, and to the term "employee" as

5  calling for a legal conclusion.  MGA Mexico further objects to the request to the

6  extent that it seeks documents that by reason of public filing, public distribution or

7  otherwise are already in Mattel's possession or are readily accessible to Mattel.

8  MGA Mexico further objects to the request to the extent that it seeks documents not

9  in MGA Mexico's possession, custody or control.  MGA Mexico further objects to

10 the request to the extent it seeks confidential, proprietary or commercially sensitive

11 information, the disclosure of which would be inimical to the business interests of

12 MGA Mexico.

13      MGA Mexico further objects to this request as cumulative, duplicative, and

14 unduly burdensome to the extent that it seeks documents previously requested by

15 Mattel and/or produced in response to Mattel's document requests.

16 REQUEST FOR PRODUCTION NO. 38:

17      All DOCUMENTS, including but not limited to all COMMUNICATIONS

18 with any PERSON, that REFER OR RELATE TO YOUR receipt, reproduction,

19 copying, storage, transmission, transfer, retention, destruction, deletion or use of any

20 DOCUMENTS, data and/or information, including but not limited to any

21 compilation of information, that was prepared, made, created, generated, assembled

22 or compiled by or for MATTEL and that YOU received, directly or indirectly, from

23 any FORMER MATTEL EMPLOYEE.

24 RESPONSE TO REQUEST FOR PRODUCTION NO. 38:

25      MGA Mexico incorporates by reference its General Response and General

26 Objections above, as though fully set forth herein and specifically incorporates

27 General Objection No. 15 (regarding Definitions), including without limitation MGA

28 Mexico's objection to the definition of the terms REFER OR RELATE, MATTEL

-64-

**EXHIBIT 10 PAGE 140**

1  and FORMER MATTEL EMPLOYEES. MGA Mexico further objects to the

2  request to the extent it seeks the production of documents that are protected from

3  disclosure under any applicable privilege, doctrine or immunity, including without

4  limitation the attorney-client privilege, the work product doctrine, the right of

5  privacy, and all other privileges recognized under the constitutional, statutory or

6  decisional law of the United States of America, the State of California or any other

7  applicable jurisdiction, including, but not limited to, such laws existing in the United

8  Mexican States. MGA Mexico further objects to this request on the grounds that it is

9  overly broad and unduly burdensome in that it seeks documents not relevant to the

10  claims or defenses in this action and not reasonably calculated to lead to the

11  discovery of admissible evidence. Mattel has not demonstrated how *all*

12  DOCUMENTS that REFER OR RELATE TO YOUR receipt, reproduction, copying,

13  storage, transmission, transfer, retention, destruction, deletion or use of any

14  DOCUMENTS, data and/or information that was prepared, made, created, generated,

15  assembled or compiled by or for MATTEL and that YOU received from any

16  FORMER MATTEL EMPLOYEE, could be relevant to the claims and defenses in

17  this action. The request is not limited to the subject matter of this action and is thus

18  impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.

19  MGA Mexico further objects to this request as being overly broad and unduly

20  burdensome on the grounds that it is not limited in time or geographic scope. MGA

21  Mexico further objects to this request on the grounds that the terms REFER OR

22  RELATE, MATTEL and FORMER MATTEL EMPLOYEES render the request

23  vague, ambiguous, overly broad and unduly burdensome. MGA Mexico further

24  objects to the phrase, "by or for MATTEL" and "indirectly" as vague and ambiguous.

25  MGA Mexico further objects to the request to the extent that it seeks documents that

26  by reason of public filing, public distribution or otherwise are already in Mattel's

27  possession or are readily accessible to Mattel. MGA Mexico further objects to the

28  request to the extent that it seeks documents not in MGA Mexico's possession,

**EXHIBIT** *10* **PAGE 141**

1  custody or control.  MGA Mexico further objects to the request to the extent it seeks

2  confidential, proprietary or commercially sensitive information, the disclosure of

3  which would be inimical to the business interests of MGA Mexico.  MGA Mexico

4  further objects to the request to the extent it violates the privacy rights of third parties

5  to their private, confidential, proprietary or trade secret information.

6         MGA Mexico further objects to this request as cumulative, duplicative, and

7  unduly burdensome to the extent that it seeks documents previously requested by

8  Mattel and/or produced in response to Mattel's document requests.

9  REQUEST FOR PRODUCTION NO. 39:

10        To the extent not produced in response to any other Request for Production, all

11  DOCUMENTS, including but not limited to all COMMUNICATIONS with any

12  PERSON, that REFER OR RELATE TO YOUR receipt, reproduction, copying,

13  storage, transmission, transfer, retention, destruction, deletion or use of any

14  DOCUMENTS, data and/or information, including but not limited to any

15  compilation of information, that was prepared, made, created, generated, assembled

16  or compiled by or for MATTEL and that YOU received, directly or indirectly, at any

17  time after January 1, 1998 from any current or former MATTEL employee or

18  MATTEL contractor.

19  RESPONSE TO REQUEST FOR PRODUCTION NO. 39:

20        MGA Mexico incorporates by reference its General Response and General

21  Objections above, as though fully set forth herein and specifically incorporates

22  General Objection No. 15 (regarding Definitions), including without limitation MGA

23  Mexico's objection to the definition of the terms MATTEL and REFER OR

24  RELATE TO.  MGA Mexico further objects to the request to the extent it seeks the

25  production of documents that are protected from disclosure under any applicable

26  privilege, doctrine or immunity, including without limitation the attorney-client

27  privilege, the work product doctrine, the right of privacy, and all other privileges

28  recognized under the constitutional, statutory or decisional law of the United States

-66-

1 | of America, the State of California or any other applicable jurisdiction, including, but
2 | not limited to, such laws existing in the United Mexican States. MGA Mexico
3 | further objects to this request on the grounds that it is overly broad and unduly
4 | burdensome in that it seeks documents not relevant to the claims or defenses in this
5 | action and not reasonably calculated to lead to the discovery of admissible evidence.
6 | Mattel has not demonstrated how *all* DOCUMENTS that REFER OR RELATE TO
7 | YOUR receipt, reproduction, copying, storage, transmission, transfer, retention,
8 | destruction, deletion or use of any DOCUMENTS, data and/or information that was
9 | prepared, made, created, generated, assembled or compiled by or for MATTEL and
10 | that YOU received, directly or indirectly, at any time after January 1, 1998 from any
11 | current or former MATTEL EMPLOYEE or MATTEL contractor, could be relevant
12 | to the claims and defenses in this action. The request is not limited to the subject
13 | matter of this action and is thus impermissibly overbroad. See Aug. 13 Order at
14 | 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as
15 | being overly broad and unduly burdensome on the grounds that it is not sufficiently
16 | limited in time or geographic scope. MGA Mexico further objects to this request on
17 | the grounds that the term REFER OR RELATE TO render the request vague,
18 | ambiguous, overly broad and unduly burdensome. MGA Mexico further objects to
19 | the phrases "compilation of information" and "indirectly" as vague and ambiguous,
20 | and to the terms "contractor" and "employee" as calling for a legal conclusion.
21 | MGA Mexico further objects to the request to the extent that it seeks documents that
22 | by reason of public filing, public distribution or otherwise are already in Mattel's
23 | possession or are readily accessible to Mattel. MGA Mexico further objects to the
24 | request to the extent that it seeks documents not in MGA Mexico's possession,
25 | custody or control. MGA Mexico further objects to the request to the extent it seeks
26 | confidential, proprietary or commercially sensitive information, the disclosure of
27 | which would be inimical to the business interests of MGA Mexico. MGA Mexico
28 |

-67-

**EXHIBIT _10_ PAGE 143**

1 | further objects to the request to the extent it violates the privacy rights of third parties

2 | to their private, confidential, proprietary or trade secret information.

3 |       MGA Mexico further objects to this request as cumulative, duplicative, and

4 | unduly burdensome to the extent that it seeks documents previously requested by

5 | Mattel and/or produced in response to Mattel's document requests.

6 | REQUEST FOR PRODUCTION NO. 40:

7 |       ALL DOCUMENTS that REFER or RELATE to efforts to destroy, disable or

8 | otherwise interfere with the ability to access any MATTEL computer or electronic

9 | storage device.

10 | RESPONSE TO REQUEST FOR PRODUCTION NO. 40:

11 |       MGA Mexico incorporates by reference its General Response and General

12 | Objections above, as though fully set forth herein and specifically incorporates

13 | General Objection No. 15 (regarding Definitions), including without limitation MGA

14 | Mexico's objection to the definition of the terms REFER OR RELATE and

15 | MATTEL. MGA Mexico further objects to the request to the extent it seeks the

16 | production of documents that are protected from disclosure under any applicable

17 | privilege, doctrine or immunity, including without limitation the attorney-client

18 | privilege, the work product doctrine, the right of privacy, and all other privileges

19 | recognized under the constitutional, statutory or decisional law of the United States

20 | of America, the State of California or any other applicable jurisdiction, including, but

21 | not limited to, such laws existing in the United Mexican States. MGA Mexico

22 | further objects to this request on the grounds that it is overly broad and unduly

23 | burdensome in that it seeks documents not relevant to the claims or defenses in this

24 | action and not reasonably calculated to lead to the discovery of admissible evidence.

25 | Mattel has not demonstrated how *all* DOCUMENTS that REFER or RELATE to

26 | efforts to destroy, disable or otherwise interfere with the ability to access any

27 | MATTEL computer or electronic storage device, could be relevant to the claims and

28 | defenses in this action. The request is not limited to the subject matter of this action

-68-

**EXHIBIT** *10* **PAGE 144**

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A                MSW - Draft December 19, 2007 - 1:25 PM

1  and is thus impermissibly overbroad. <u>See</u> Aug. 13 Order at 9:17-20; May 22 Order

2  at 21:5-7. MGA Mexico further objects to this request as being overly broad and

3  unduly burdensome on the grounds that it is not limited in time or geographic scope.

4  MGA Mexico further objects to this request on the grounds that the terms REFER

5  OR RELATE and MATTEL render the request vague, ambiguous, overly broad and

6  unduly burdensome. MGA Mexico further objects to the phrases "interfere with,"

7  "ability to access," and "MATTEL computer or electronic storage device" as vague

8  and ambiguous. MGA Mexico further objects to the request to the extent that it

9  seeks documents that by reason of public filing, public distribution or otherwise are

10  already in Mattel's possession or are readily accessible to Mattel. MGA Mexico

11  further objects to the request to the extent that it seeks documents not in MGA

12  Mexico's possession, custody or control. MGA Mexico further objects to the request

13  to the extent it seeks confidential, proprietary or commercially sensitive information,

14  the disclosure of which would be inimical to the business interests of MGA Mexico.

15  MGA Mexico further objects to the request to the extent it violates the privacy rights

16  of third parties to their private, confidential, proprietary or trade secret information.

17       MGA Mexico further objects to this request as cumulative, duplicative, and

18  unduly burdensome to the extent that it seeks documents previously requested by

19  Mattel and/or produced in response to Mattel's document requests.

20  REQUEST FOR PRODUCTION NO. 41:

21       A copy of each personnel file that REFERS OR RELATES TO any of the

22  FORMER MATTEL EMPLOYEES.

23  RESPONSE TO REQUEST FOR PRODUCTION NO. 41:

24       MGA Mexico incorporates by reference its General Response and General

25  Objections above, as though fully set forth herein and specifically incorporates

26  General Objection No. 15 (regarding Definitions), including without limitation MGA

27  Mexico's objection to the definition of the terms REFERS OR RELATES TO and

28  FORMER MATTEL EMPLOYEES. MGA Mexico further objects to the request to

-69-

EXHIBIT _10_ PAGE 145

1  the extent it seeks the production of documents that are protected from disclosure

2  under any applicable privilege, doctrine or immunity, including without limitation

3  the attorney-client privilege, the work product doctrine, the right of privacy, and all

4  other privileges recognized under the constitutional, statutory or decisional law of

5  the United States of America, the State of California or any other applicable

6  jurisdiction, including, but not limited to, such laws existing in the United Mexican

7  States.  MGA Mexico further objects to this request on the grounds that it is overly

8  broad and unduly burdensome in that it seeks documents not relevant to the claims or

9  defenses in this action and not reasonably calculated to lead to the discovery of

10  admissible evidence.  Mattel has not demonstrated how each and every personnel file

11  that REFERS OR RELATES TO any of the FORMER MATTEL EMPLOYEES

12  could be relevant to the claims and defenses in this action.  The request is not limited

13  to the subject matter of this action and is thus impermissibly overbroad.  See Aug. 13

14  Order at 9:17-20; May 22 Order at 21:5-7.  MGA Mexico further objects to this

15  request on the grounds that the terms REFERS OR RELATES TO and FORMER

16  MATTEL EMPLOYEES render the request vague, ambiguous, overly broad and

17  unduly burdensome.  MGA Mexico further objects to the request to the extent that it

18  seeks documents not in MGA Mexico's possession, custody or control.  MGA

19  Mexico further objects to the request to the extent it seeks confidential, proprietary

20  or commercially sensitive information, the disclosure of which would be inimical to

21  the business interests of MGA Mexico.  MGA Mexico further objects to the request

22  to the extent it violates the privacy rights of third parties to their private, confidential,

23  proprietary or trade secret information.

24       MGA Mexico further objects to this request as cumulative, duplicative, and

25  unduly burdensome to the extent that it seeks documents previously requested by

26  Mattel and/or produced in response to Mattel's document requests.

27

28

**EXHIBIT _10_ PAGE 146**

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A      MSW - Draft December 19, 2007 - 1:25 PM

1 | REQUEST FOR PRODUCTION NO. 42:

2 |     All DOCUMENTS that REFER OR RELATE TO any of the FORMER

3 | MATTEL EMPLOYEES' job titles and job duties in each position the FORMER

4 | MATTEL EMPLOYEES held while employed by YOU.

5 | RESPONSE TO REQUEST FOR PRODUCTION NO. 42:

6 |     MGA Mexico incorporates by reference its General Response and General

7 | Objections above, as though fully set forth herein and specifically incorporates

8 | General Objection No. 15 (regarding Definitions), including without limitation MGA

9 | Mexico's objection to the definition of the terms REFER OR RELATE TO and

10 | FORMER MATTEL EMPLOYEES.  MGA Mexico further objects to the request to

11 | the extent it seeks the production of documents that are protected from disclosure

12 | under any applicable privilege, doctrine or immunity, including without limitation

13 | the attorney-client privilege, the work product doctrine, the right of privacy, and all

14 | other privileges recognized under the constitutional, statutory or decisional law of

15 | the United States of America, the State of California or any other applicable

16 | jurisdiction, including, but not limited to, such laws existing in the United Mexican

17 | States.  MGA Mexico further objects to this request on the grounds that it is overly

18 | broad and unduly burdensome in that it seeks documents not relevant to the claims or

19 | defenses in this action and not reasonably calculated to lead to the discovery of

20 | admissible evidence.  Mattel has not demonstrated how *all* DOCUMENTS that

21 | REFER OR RELATE TO any of the FORMER MATTEL EMPLOYEES' job titles

22 | and job duties in each position the FORMER MATTEL EMPLOYEES held while

23 | employed by YOU, could be relevant to the claims and defenses in this action.  The

24 | request is not limited to the subject matter of this action and is thus impermissibly

25 | overbroad.  See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.  MGA Mexico

26 | further objects to this request as being overly broad and unduly burdensome on the

27 | grounds that it is not limited in time or geographic scope.  MGA Mexico further

28 | objects to this request on the grounds that the terms REFER OR RELATE TO and

-71-

**EXHIBIT 10 PAGE 147**

1  FORMER MATTEL EMPLOYEES render the request vague, ambiguous, overly

2  broad and unduly burdensome.  MGA Mexico further objects to the phrase "job

3  duties" as vague and ambiguous, and to the phrase "employed by" as calling for a

4  legal conclusion.  MGA Mexico further objects to the request to the extent that it

5  seeks documents that by reason of public filing, public distribution or otherwise are

6  already in Mattel's possession or are readily accessible to Mattel.  MGA Mexico

7  further objects to the request to the extent that it seeks documents not in MGA

8  Mexico's possession, custody or control.  MGA Mexico further objects to the request

9  to the extent it seeks confidential, proprietary or commercially sensitive information,

10  the disclosure of which would be inimical to the business interests of MGA Mexico.

11  MGA Mexico further objects to the request to the extent it violates the privacy rights

12  of third parties to their private, confidential, proprietary or trade secret information.

13       MGA Mexico further objects to this request as cumulative, duplicative, and

14  unduly burdensome to the extent that it seeks documents previously requested by

15  Mattel and/or produced in response to Mattel's document requests.

16  REQUEST FOR PRODUCTION NO. 43:

17       All DOCUMENTS, including but not limited to all COMMUNICATIONS,

18  that REFER OR RELATE TO YOUR market planning or product development

19  prepared, created, sent or transmitted, whether in whole or in part, by MACHADO at

20  any time prior to April 30, 2005.

21  RESPONSE TO REQUEST FOR PRODUCTION NO. 43:

22       MGA Mexico incorporates by reference its General Response and General

23  Objections above, as though fully set forth herein and specifically incorporates

24  General Objection No. 15 (regarding Definitions), including without limitation MGA

25  Mexico's objection to the definition of the terms REFER OR RELATE TO and

26  MACHADO.  MGA Mexico further objects to the request to the extent it seeks the

27  production of documents that are protected from disclosure under any applicable

28  privilege, doctrine or immunity, including without limitation the attorney-client

-72-

**EXHIBIT** _10_ **PAGE 148**

MGAE de MEXICO S.R.L. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A                                              MSW - Draft December 19, 2007 - 1:25 PM

1  privilege, the work product doctrine, the right of privacy, and all other privileges

2  recognized under the constitutional, statutory or decisional law of the United States

3  of America, the State of California or any other applicable jurisdiction, including, but

4  not limited to, such laws existing in the United Mexican States. MGA Mexico

5  further objects to this request on the grounds that it is overly broad and unduly

6  burdensome in that it seeks documents not relevant to the claims or defenses in this

7  action and not reasonably calculated to lead to the discovery of admissible evidence.

8  Mattel has not demonstrated how *all* DOCUMENTS prepared, created, sent or

9  transmitted, whether in whole or in part, by MACHADO at any time prior to April

10 30, 2005, could be relevant to the claims and defenses in this action. The request is

11 not limited to the subject matter of this action and is thus impermissibly overbroad.

12 See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7. MGA Mexico further

13 objects to this request as being overly broad and unduly burdensome on the grounds

14 that it is not sufficiently limited in time or geographic scope. MGA Mexico further

15 objects to this request on the grounds that the terms REFER OR RELATE TO and

16 MACHADO render the request vague, ambiguous, overly broad and unduly

17 burdensome. MGA Mexico further objects to the phrases "market planning,"

18 "product development" and "in part" as vague and ambiguous. MGA Mexico further

19 objects to the request to the extent that it seeks documents that by reason of public

20 filing, public distribution or otherwise are already in Mattel's possession or are

21 readily accessible to Mattel. MGA Mexico further objects to the request to the

22 extent that it seeks documents not in MGA Mexico's possession, custody or control.

23 MGA Mexico further objects to the request to the extent it seeks confidential,

24 proprietary or commercially sensitive information, the disclosure of which would be

25 inimical to the business interests of MGA Mexico. MGA Mexico further objects to

26 the request to the extent it violates the privacy rights of third parties to their private,

27 confidential, proprietary or trade secret information.

28

-73-

EXHIBIT *10* PAGE 149

1 | MGA Mexico further objects to this request as cumulative, duplicative, and

2 | unduly burdensome to the extent that it seeks documents previously requested by

3 | Mattel and/or produced in response to Mattel's document requests.

4 | REQUEST FOR PRODUCTION NO. 44:

5 |     All DOCUMENTS, including but not limited to all COMMUNICATIONS,

6 | that REFER OR RELATE TO YOUR market planning or product development

7 | prepared, created, sent or transmitted, whether in whole or in part, by TRUEBA at

8 | any time prior to April 30, 2005.

9 | RESPONSE TO REQUEST FOR PRODUCTION NO. 44:

10 |     MGA Mexico incorporates by reference its General Response and General

11 | Objections above, as though fully set forth herein and specifically incorporates

12 | General Objection No. 15 (regarding Definitions), including without limitation MGA

13 | Mexico's objection to the definition of the terms REFER OR RELATE TO and

14 | TRUEBA.  MGA Mexico further objects to the request to the extent it seeks the

15 | production of documents that are protected from disclosure under any applicable

16 | privilege, doctrine or immunity, including without limitation the attorney-client

17 | privilege, the work product doctrine, the right of privacy, and all other privileges

18 | recognized under the constitutional, statutory or decisional law of the United States

19 | of America, the State of California or any other applicable jurisdiction, including, but

20 | not limited to, such laws existing in the United Mexican States.  MGA Mexico

21 | further objects to this request on the grounds that it is overly broad and unduly

22 | burdensome in that it seeks documents not relevant to the claims or defenses in this

23 | action and not reasonably calculated to lead to the discovery of admissible evidence.

24 | Mattel has not demonstrated how *all* DOCUMENTS that REFER OR RELATE TO

25 | market planning or product development prepared, created, sent or transmitted,

26 | whether in whole or in part, by TRUEBA at any time prior to April 30, 2005, could

27 | be relevant to the claims and defenses in this action.  The request is not limited to the

28 | subject matter of this action and is thus impermissibly overbroad.  See Aug. 13 Order

**EXHIBIT** *10* **PAGE 150**

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A    MSW - Draft December 19, 2007 - 1:25 PM

1 | at 9:17-20; May 22 Order at 21:5-7.  MGA Mexico further objects to this request as

2 | being overly broad and unduly burdensome on the grounds that it is not sufficiently

3 | limited in time or geographic scope.  MGA Mexico further objects to this request on

4 | the grounds that the terms REFER OR RELATE TO and TRUEBA render the

5 | request vague, ambiguous, overly broad and unduly burdensome.  MGA Mexico

6 | further objects to the phrases "market planning," "product development" and "in

7 | part" as vague and ambiguous.  MGA Mexico further objects to the request to the

8 | extent that it seeks documents that by reason of public filing, public distribution or

9 | otherwise are already in Mattel's possession or are readily accessible to Mattel.

10 | MGA Mexico further objects to the request to the extent that it seeks documents not

11 | in MGA Mexico's possession, custody or control.  MGA Mexico further objects to

12 | the request to the extent it seeks confidential, proprietary or commercially sensitive

13 | information, the disclosure of which would be inimical to the business interests of

14 | MGA Mexico.  MGA Mexico further objects to the request to the extent it violates

15 | the privacy rights of third parties to their private, confidential, proprietary or trade

16 | secret information.

17 | MGA Mexico further objects to this request as cumulative, duplicative, and

18 | unduly burdensome to the extent that it seeks documents previously requested by

19 | Mattel and/or produced in response to Mattel's document requests.

20 | REQUEST FOR PRODUCTION NO. 45:

21 | All DOCUMENTS, including but not limited to all COMMUNICATIONS,

22 | that REFER OR RELATE TO YOUR promotional spending and activities prepared,

23 | created, sent or transmitted, whether in whole or in part, by VARGAS at any time

24 | prior to April 30, 2005.

25 | RESPONSE TO REQUEST FOR PRODUCTION NO. 45:

26 | MGA Mexico incorporates by reference its General Response and General

27 | Objections above, as though fully set forth herein and specifically incorporates

28 | General Objection No. 15 (regarding Definitions), including without limitation MGA

-75-

**EXHIBIT** *10* **PAGE 151**

MGAE de MEXICO S.R.L. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A                                    MSW - Draft December 19, 2007 - 1:25 PM

1    Mexico's objection to the definition of the terms REFER OR RELATE TO and
2    VARGAS.  MGA Mexico further objects to the request to the extent it seeks the
3    production of documents that are protected from disclosure under any applicable
4    privilege, doctrine or immunity, including without limitation the attorney-client
5    privilege, the work product doctrine, the right of privacy, and all other privileges
6    recognized under the constitutional, statutory or decisional law of the United States
7    of America, the State of California or any other applicable jurisdiction, including, but
8    not limited to, such laws existing in the United Mexican States.  MGA Mexico
9    further objects to this request on the grounds that it is overly broad and unduly
10   burdensome in that it seeks documents not relevant to the claims or defenses in this
11   action and not reasonably calculated to lead to the discovery of admissible evidence.
12   Mattel has not demonstrated how *all* DOCUMENTS that REFER OR RELATE TO
13   MGA Mexico's promotional spending and activities prepared, created, sent or
14   transmitted, whether in whole or in part, by VARGAS at any time prior to April 30,
15   2005, could be relevant to the claims and defenses in this action.  The request is not
16   limited to the subject matter of this action and is thus impermissibly overbroad.  See
17   Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.  MGA Mexico further objects to
18   this request as being overly broad and unduly burdensome on the grounds that it is
19   not sufficiently limited in time or geographic scope.  MGA Mexico further objects to
20   this request on the grounds that the terms REFER OR RELATE TO and VARGAS
21   render the request vague, ambiguous, overly broad and unduly burdensome.  MGA
22   Mexico further objects to the terms "activities" and "in part" as vague and ambiguous.
23   MGA Mexico further objects to the request to the extent that it seeks documents that
24   by reason of public filing, public distribution or otherwise are already in Mattel's
25   possession or are readily accessible to Mattel.  MGA Mexico further objects to the
26   request to the extent that it seeks documents not in MGA Mexico's possession,
27   custody or control.  MGA Mexico further objects to the request to the extent it seeks
28   confidential, proprietary or commercially sensitive information, the disclosure of

-76-

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A                                              MSW - Draft December 19, 2007 - 1:25 PM

**EXHIBIT** *10* **PAGE 152**

1 which would be inimical to the business interests of MGA Mexico. MGA Mexico

2 further objects to the request to the extent it violates the privacy rights of third parties

3 to their private, confidential, proprietary or trade secret information.

4       MGA Mexico further objects to this request as cumulative, duplicative, and

5 unduly burdensome to the extent that it seeks documents previously requested by

6 Mattel and/or produced in response to Mattel's document requests.

7 REQUEST FOR PRODUCTION NO. 46:

8       All DOCUMENTS that REFER OR RELATE TO any promotions, bonuses,

9 monetary incentives, payments, increases in benefits or pay, awards, transfers,

10 warnings, admonishments, discipline, reprimands, demotions or terminations of or

11 received by any of the FORMER MATTEL EMPLOYEES while employed by YOU,

12 including without limitation all DOCUMENTS that REFER OR RELATE TO the

13 reasons therefor.

14 RESPONSE TO REQUEST FOR PRODUCTION NO. 46:

15       MGA Mexico incorporates by reference its General Response and General

16 Objections above, as though fully set forth herein and specifically incorporates

17 General Objection No. 15 (regarding Definitions), including without limitation MGA

18 Mexico's objection to the definition of the terms REFER OR RELATE TO and

19 FORMER MATTEL EMPLOYEES. MGA Mexico further objects to the request to

20 the extent it seeks the production of documents that are protected from disclosure

21 under any applicable privilege, doctrine or immunity, including without limitation

22 the attorney-client privilege, the work product doctrine, the right of privacy, and all

23 other privileges recognized under the constitutional, statutory or decisional law of

24 the United States of America, the State of California or any other applicable

25 jurisdiction, including, but not limited to, such laws existing in the United Mexican

26 States. MGA Mexico further objects to this request on the grounds that it is overly

27 broad and unduly burdensome in that it seeks documents not relevant to the claims or

28 defenses in this action and not reasonably calculated to lead to the discovery of

EXHIBIT 10 PAGE 153

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MA..., ....
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A                             MSW - Draft December 19, 2007 - 1:25 PM

1   admissible evidence.  Mattel has not demonstrated how *all* DOCUMENTS that

2   REFER OR RELATE TO any promotions, bonuses, monetary incentives, payments,

3   increases in benefits or pay, awards, transfers, warnings, admonishments, discipline,

4   reprimands, demotions or terminations of or received by any of the FORMER

5   MATTEL EMPLOYEES while employed by YOU, could be relevant to the claims

6   and defenses in this action.  The request is not limited to the subject matter of this

7   action and is thus impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22

8   Order at 21:5-7.  MGA Mexico further objects to this request as being overly broad

9   and unduly burdensome on the grounds that it is not limited in time or geographic

10  scope.  MGA Mexico further objects to this request on the grounds that the terms

11  REFER OR RELATE TO and FORMER MATTEL EMPLOYEES render the

12  request vague, ambiguous, overly broad and unduly burdensome.  MGA Mexico

13  further objects to the phrases "monetary incentives," "awards," and "transfers" as

14  vague and ambiguous, and to "employed by" as calling for a legal conclusion.  MGA

15  Mexico further objects to the request to the extent that it seeks documents that by

16  reason of public filing, public distribution or otherwise are already in Mattel's

17  possession or are readily accessible to Mattel.  MGA Mexico further objects to the

18  request to the extent that it seeks documents not in MGA Mexico's possession,

19  custody or control.  MGA Mexico further objects to the request to the extent it seeks

20  confidential, proprietary or commercially sensitive information, the disclosure of

21  which would be inimical to the business interests of MGA Mexico.  MGA Mexico

22  further objects to the request to the extent it violates the privacy rights of third parties

23  to their private, confidential, proprietary or trade secret information.

24        MGA Mexico further objects to this request as cumulative, duplicative, and

25  unduly burdensome to the extent that it seeks documents previously requested by

26  Mattel and/or produced in response to Mattel's document requests.

27

28

**EXHIBIT** _10_ **PAGE 154**

1 REQUEST FOR PRODUCTION NO. 47:

2      DOCUMENTS sufficient to show all efforts that YOU take to maintain the

3 secrecy of YOUR trade secrets, and the date YOU started such efforts, including but

4 not limited to all policies and procedures related thereto.

5 RESPONSE TO REQUEST FOR PRODUCTION NO. 47:

6      MGA Mexico incorporates by reference its General Response and General

7 Objections above, as though fully set forth herein and specifically incorporates

8 General Objection No. 15 (regarding Definitions), including without limitation MGA

9 Mexico's objection to the definition of the terms YOU and YOUR.  MGA Mexico

10 further objects to the request to the extent it seeks the production of documents that

11 are protected from disclosure under any applicable privilege, doctrine or immunity,

12 including without limitation the attorney-client privilege, the work product doctrine,

13 the right of privacy, and all other privileges recognized under the constitutional,

14 statutory or decisional law of the United States of America, the State of California or

15 any other applicable jurisdiction, including, but not limited to, such laws existing in

16 the United Mexican States.  MGA Mexico further objects to this request on the

17 grounds that it is overly broad and unduly burdensome in that it seeks documents not

18 relevant to the claims or defenses in this action and not reasonably calculated to lead

19 to the discovery of admissible evidence.  The request is not limited to the subject

20 matter of this action and is thus impermissibly overbroad.  See Aug. 13 Order at

21 9:17-20; May 22 Order at 21:5-7.  MGA Mexico further objects to this request as

22 being overly broad and unduly burdensome on the grounds that it is not limited in

23 time or geographic scope.  MGA Mexico further objects to this request on the

24 grounds that the terms YOU and YOUR render the request vague, ambiguous, overly

25 broad and unduly burdensome.  MGA Mexico further objects to the phrase "policies

26 and procedures related thereto," and to the term "secrecy," as vague and ambiguous.

27 MGA Mexico further objects to the request to the extent that it seeks documents not

28 in MGA Mexico's possession, custody or control.  MGA Mexico further objects to

**EXHIBIT _10_ PAGE 155**

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A                  MSW - Draft December 19, 2007 - 1:25 PM

1    the request to the extent it seeks confidential, proprietary or commercially sensitive

2    information, the disclosure of which would be inimical to the business interests of

3    MGA Mexico.

4          MGA Mexico further objects to this request as cumulative, duplicative, and

5    unduly burdensome to the extent that it seeks documents previously requested by

6    Mattel and/or produced in response to Mattel's document requests.

7    REQUEST FOR PRODUCTION NO. 48:

8          All DOCUMENTS that REFER OR RELATE TO any failures to comply with

9    YOUR efforts or violation of YOUR policies or procedure to maintain the secrecy of

10   YOUR trade secrets.

11   RESPONSE TO REQUEST FOR PRODUCTION NO. 48:

12         MGA Mexico incorporates by reference its General Response and General

13   Objections above, as though fully set forth herein and specifically incorporates

14   General Objection No. 15 (regarding Definitions), including without limitation MGA

15   Mexico's objection to the definition of the terms REFER OR RELATE TO, YOU

16   and YOUR.  MGA Mexico further objects to the request to the extent it seeks the

17   production of documents that are protected from disclosure under any applicable

18   privilege, doctrine or immunity, including without limitation the attorney-client

19   privilege, the work product doctrine, the right of privacy, and all other privileges

20   recognized under the constitutional, statutory or decisional law of the United States

21   of America, the State of California or any other applicable jurisdiction, including, but

22   not limited to, such laws existing in the United Mexican States.  MGA Mexico

23   further objects to this request on the grounds that it is overly broad and unduly

24   burdensome in that it seeks documents not relevant to the claims or defenses in this

25   action and not reasonably calculated to lead to the discovery of admissible evidence.

26   Mattel has not demonstrated how *all* DOCUMENTS that REFER OR RELATE TO

27   any failures to comply with YOUR efforts or violation of MGA Mexico's policies or

28   procedure to maintain the secrecy of YOUR trade secrets, could be relevant to the

-80-

EXHIBIT *10* PAGE 156

1 claims and defenses in this action. The request is not limited to the subject matter of

2 this action and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May

3 22 Order at 21:5-7. MGA Mexico further objects to this request as being overly

4 broad and unduly burdensome on the grounds that it is not limited in time or

5 geographic scope. MGA Mexico further objects to this request on the grounds that

6 the terms REFER OR RELATE TO, YOU and YOUR render the request vague,

7 ambiguous, overly broad and unduly burdensome. MGA Mexico further objects to

8 the phrase "failures to comply with YOUR efforts," and the term "secrecy" as vague

9 and ambiguous. MGA Mexico further objects to the request to the extent it seeks

10 confidential, proprietary or commercially sensitive information, the disclosure of

11 which would be inimical to the business interests of MGA Mexico.

12        MGA Mexico further objects to this request as cumulative, duplicative, and

13 unduly burdensome to the extent that it seeks documents previously requested by

14 Mattel and/or produced in response to Mattel's document requests.

15 REQUEST FOR PRODUCTION NO. 49:

16        DOCUMENTS sufficient to IDENTIFY who failed to comply with YOUR

17 efforts or violated YOUR policies and procedures to maintain the secrecy of YOUR

18 trade secrets.

19 RESPONSE TO REQUEST FOR PRODUCTION NO. 49:

20        MGA Mexico incorporates by reference its General Response and General

21 Objections above, as though fully set forth herein and specifically incorporates

22 General Objection No. 15 (regarding Definitions), including without limitation MGA

23 Mexico's objection to the definition of the term YOUR. MGA Mexico further

24 objects to the request to the extent it seeks the production of documents that are

25 protected from disclosure under any applicable privilege, doctrine or immunity,

26 including without limitation the attorney-client privilege, the work product doctrine,

27 the right of privacy, and all other privileges recognized under the constitutional,

28 statutory or decisional law of the United States of America, the State of California or

EXHIBIT 10 PAGE 157

1 any other applicable jurisdiction, including, but not limited to, such laws existing in

2 the United Mexican States. MGA Mexico further objects to this request on the

3 grounds that it is overly broad and unduly burdensome in that it seeks documents not

4 relevant to the claims or defenses in this action and not reasonably calculated to lead

5 to the discovery of admissible evidence. The request is not limited to the subject

6 matter of this action and is thus impermissibly overbroad. See Aug. 13 Order at

7 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as

8 being overly broad and unduly burdensome on the grounds that it is not limited in

9 time or geographic scope. MGA Mexico further objects to this request on the

10 grounds that the term YOUR renders the request vague, ambiguous, overly broad

11 and unduly burdensome. MGA Mexico further objects to the phrase "failed to

12 comply with YOUR efforts," and to the term "secrecy," as vague and ambiguous.

13 MGA Mexico further objects to the request to the extent it seeks confidential,

14 proprietary or commercially sensitive information, the disclosure of which would be

15 inimical to the business interests of MGA Mexico.

16 　　　MGA Mexico further objects to this request as cumulative, duplicative, and

17 unduly burdensome to the extent that it seeks documents previously requested by

18 Mattel and/or produced in response to Mattel's document requests.

19 REQUEST FOR PRODUCTION NO. 50:

20 　　　All DOCUMENTS that REFER OR RELATE TO any warning, admonition,

21 discipline or any other adverse employment action that YOU have taken toward any

22 of YOUR current or former employees for using a competitor's confidential or

23 proprietary information, trade secrets or intellectual property.

24 RESPONSE TO REQUEST FOR PRODUCTION NO. 50:

25 　　　MGA Mexico incorporates by reference its General Response and General

26 Objections above, as though fully set forth herein and specifically incorporates

27 General Objection No. 15 (regarding Definitions), including without limitation MGA

28 Mexico's objection to the definition of the term REFER OR RELATE TO. MGA

-82-

EXHIBIT 10 PAGE 158

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A　　　　　　　　　　MSW - Draft December 19, 2007 - 1:25 PM

1  Mexico further objects to the request to the extent it seeks the production of

2  documents that are protected from disclosure under any applicable privilege, doctrine

3  or immunity, including without limitation the attorney-client privilege, the work

4  product doctrine, the right of privacy, and all other privileges recognized under the

5  constitutional, statutory or decisional law of the United States of America, the State

6  of California or any other applicable jurisdiction, including, but not limited to, such

7  laws existing in the United Mexican States.  MGA Mexico further objects to this

8  request on the grounds that it is overly broad and unduly burdensome in that it seeks

9  documents not relevant to the claims or defenses in this action and not reasonably

10 calculated to lead to the discovery of admissible evidence.  Mattel has not

11 demonstrated how *all* DOCUMENTS that REFER OR RELATE TO any warning,

12 admonition, discipline or any other adverse employment action that YOU have taken

13 toward any of YOUR current or former employees for using a competitor's

14 confidential or proprietary information, trade secrets or intellectual property, could

15 be relevant to the claims and defenses in this action.  The request is not limited to the

16 subject matter of this action and is thus impermissibly overbroad.  See Aug. 13 Order

17 at 9:17-20; May 22 Order at 21:5-7.  MGA Mexico further objects to this request as

18 being overly broad and unduly burdensome on the grounds that it is not limited in

19 time or geographic scope.  MGA Mexico further objects to this request on the

20 grounds that the term REFER OR RELATE TO render the request vague, ambiguous,

21 overly broad and unduly burdensome.  MGA Mexico object to the phrases

22 "confidential or proprietary information," "trade secrets," "intellectual property," and

23 "employees," as vague and ambiguous and calling for legal conclusions, and to the

24 term "using" as vague and ambiguous.  MGA Mexico further objects to the request

25 to the extent it seeks confidential, proprietary or commercially sensitive information,

26 the disclosure of which would be inimical to the business interests of MGA Mexico.

27

28

1  MGA Mexico further objects to this request as cumulative, duplicative, and

2  unduly burdensome to the extent that it seeks documents previously requested by

3  Mattel and/or produced in response to Mattel's document requests.

4  REQUEST FOR PRODUCTION NO. 51:

5  All DOCUMENTS that REFER OR RELATE TO the destruction, loss, failure

6  to preserve, or otherwise render unavailable or inaccessible any MATTEL

7  DOCUMENTS.

8  RESPONSE TO REQUEST FOR PRODUCTION NO. 51:

9  MGA Mexico incorporates by reference its General Response and General

10  Objections above, as though fully set forth herein and specifically incorporates

11  General Objection No. 15 (regarding Definitions), including without limitation MGA

12  Mexico's objection to the definition of the terms REFER OR RELATE TO and

13  MATTEL DOCUMENTS.  MGA Mexico further objects to the request to the extent

14  it seeks the production of documents that are protected from disclosure under any

15  applicable privilege, doctrine or immunity, including without limitation the attorney-

16  client privilege, the work product doctrine, the right of privacy, and all other

17  privileges recognized under the constitutional, statutory or decisional law of the

18  United States of America, the State of California or any other applicable jurisdiction,

19  including, but not limited to, such laws existing in the United Mexican States.  MGA

20  Mexico further objects to this request on the grounds that it is overly broad and

21  unduly burdensome in that it seeks documents not relevant to the claims or defenses

22  in this action and not reasonably calculated to lead to the discovery of admissible

23  evidence.  Mattel has not demonstrated how *all* DOCUMENTS that REFER OR

24  RELATE TO the destruction, loss, failure to preserve, or otherwise render

25  unavailable or inaccessible any MATTEL DOCUMENTS, could be relevant to the

26  claims and defenses in this action.  The request is not limited to the subject matter of

27  this action and is thus impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May

28  22 Order at 21:5-7.  MGA Mexico further objects to this request as being overly

-84-

EXHIBIT *10* PAGE 160

1   broad and unduly burdensome on the grounds that it is not limited in time or

2   geographic scope. MGA Mexico further objects to this request on the grounds that

3   the terms REFER OR RELATE TO and MATTEL DOCUMENTS render the

4   request vague, ambiguous, overly broad and unduly burdensome. MGA Mexico

5   further objects to the phrase "render unavailable or inaccessible" as vague and

6   ambiguous. MGA Mexico further objects to the request to the extent that it seeks

7   documents that by reason of public filing, public distribution or otherwise are already

8   in Mattel's possession or are readily accessible to Mattel. MGA Mexico further

9   objects to the request to the extent that it seeks documents not in MGA Mexico's

10   possession, custody or control. MGA Mexico further objects to the request to the

11   extent it seeks confidential, proprietary or commercially sensitive information, the

12   disclosure of which would be inimical to the business interests of MGA Mexico.

13   MGA Mexico further objects to the request to the extent it violates the privacy rights

14   of third parties to their private, confidential, proprietary or trade secret information.

15        MGA Mexico further objects to this request as cumulative, duplicative, and

16   unduly burdensome to the extent that it seeks documents previously requested by

17   Mattel and/or produced in response to Mattel's document requests.

18   REQUEST FOR PRODUCTION NO. 52:

19        All DOCUMENTS that REFER OR RELATE TO the destruction, loss, failure

20   to preserve, or otherwise render unavailable or inaccessible any MATTEL computer

21   or electronic storage device.

22   RESPONSE TO REQUEST FOR PRODUCTION NO. 52:

23        MGA Mexico incorporates by reference its General Response and General

24   Objections above, as though fully set forth herein and specifically incorporates

25   General Objection No. 15 (regarding Definitions), including without limitation MGA

26   Mexico's objection to the definition of the terms REFER OR RELATE TO and

27   MATTEL. MGA Mexico further objects to the request to the extent it seeks the

28   production of documents that are protected from disclosure under any applicable

-85-

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A                                  MSW - Draft December 19, 2007 - 1:25 PM

EXHIBIT 10 PAGE 161

1  privilege, doctrine or immunity, including without limitation the attorney-client

2  privilege, the work product doctrine, the right of privacy, and all other privileges

3  recognized under the constitutional, statutory or decisional law of the United States

4  of America, the State of California or any other applicable jurisdiction, including, but

5  not limited to, such laws existing in the United Mexican States.  MGA Mexico

6  further objects to this request on the grounds that it is overly broad and unduly

7  burdensome in that it seeks documents not relevant to the claims or defenses in this

8  action and not reasonably calculated to lead to the discovery of admissible evidence.

9  Mattel has not demonstrated how *all* DOCUMENTS that REFER OR RELATE TO

10  the destruction, loss, failure to preserve, or otherwise render unavailable or

11  inaccessible any MATTEL computer or electronic storage device, could be relevant

12  to the claims and defenses in this action.  The request is not limited to the subject

13  matter of this action and is thus impermissibly overbroad.  See Aug. 13 Order at

14  9:17-20; May 22 Order at 21:5-7.  MGA Mexico further objects to this request as

15  being overly broad and unduly burdensome on the grounds that it is not limited in

16  time or geographic scope.  MGA Mexico further objects to this request on the

17  grounds that the terms REFER OR RELATE TO and MATTEL render the request

18  vague, ambiguous, overly broad and unduly burdensome.  MGA Mexico further

19  objects to the phrases "otherwise render unavailable or inaccessible," and "MATTEL

20  computer or electronic storage device," as vague and ambiguous.  MGA Mexico

21  further objects to the request to the extent that it seeks documents that by reason of

22  public filing, public distribution or otherwise are already in Mattel's possession or

23  are readily accessible to Mattel.  MGA Mexico further objects to the request to the

24  extent that it seeks documents not in MGA Mexico's possession, custody or control.

25      MGA Mexico further objects to this request as cumulative, duplicative, and

26  unduly burdensome to the extent that it seeks documents previously requested by

27  Mattel and/or produced in response to Mattel's document requests.

28

EXHIBIT _10_ PAGE 162

1    REQUEST FOR PRODUCTION NO. 53:

2           The original of any media or device on which any MATTEL DOCUMENT

3    was provided, delivered, disclosed or shared with YOU.

4    RESPONSE TO REQUEST FOR PRODUCTION NO. 53:

5           MGA Mexico incorporates by reference its General Response and General

6    Objections above, as though fully set forth herein and specifically incorporates

7    General Objection No. 15 (regarding Definitions), including without limitation MGA

8    Mexico's objection to the definition of the term MATTEL DOCUMENT.  MGA

9    Mexico further objects to the request to the extent it seeks the production of

10   documents that are protected from disclosure under any applicable privilege, doctrine

11   or immunity, including without limitation the attorney-client privilege, the work

12   product doctrine, the right of privacy, and all other privileges recognized under the

13   constitutional, statutory or decisional law of the United States of America, the State

14   of California or any other applicable jurisdiction, including, but not limited to, such

15   laws existing in the United Mexican States.  MGA Mexico further objects to this

16   request on the grounds that it is overly broad and unduly burdensome in that it seeks

17   documents not relevant to the claims or defenses in this action and not reasonably

18   calculated to lead to the discovery of admissible evidence.  Mattel has not

19   demonstrated how the original of any media or device on which any MATTEL

20   DOCUMENT was provided, delivered, disclosed or shared with YOU could be

21   relevant to the claims and defenses in this action.  The request is not limited to the

22   subject matter of this action and is thus impermissibly overbroad.  See Aug. 13 Order

23   at 9:17-20; May 22 Order at 21:5-7.  MGA Mexico further objects to this request as

24   being overly broad and unduly burdensome on the grounds that it is not limited in

25   time or geographic scope.  MGA Mexico further objects to this request on the

26   grounds that the term MATTEL DOCUMENT renders the request vague, ambiguous,

27   overly broad and unduly burdensome. MGA Mexico further objects to the phrase

28   "media or device" as vague and ambiguous.  MGA Mexico further objects to the

-87-

EXHIBIT 10  PAGE 163

1 | request to the extent that it seeks documents that by reason of public filing, public

2 | distribution or otherwise are already in Mattel's possession or are readily accessible

3 | to Mattel.  MGA Mexico further objects to the request to the extent that it seeks

4 | documents not in MGA Mexico's possession, custody or control.

5 |      MGA Mexico further objects to this request as cumulative, duplicative, and

6 | unduly burdensome to the extent that it seeks documents previously requested by

7 | Mattel and/or produced in response to Mattel's document requests.

8 | REQUEST FOR PRODUCTION NO. 54:

9 |      The original of any MATTEL DOCUMENT provided, delivered, disclosed or

10 | shared with YOU.

11 | RESPONSE TO REQUEST FOR PRODUCTION NO. 54:

12 |      MGA Mexico incorporates by reference its General Response and General

13 | Objections above, as though fully set forth herein and specifically incorporates

14 | General Objection No. 15 (regarding Definitions), including without limitation MGA

15 | Mexico's objection to the definition of the term MATTEL DOCUMENT.  MGA

16 | Mexico further objects to the request to the extent it seeks the production of

17 | documents that are protected from disclosure under any applicable privilege, doctrine

18 | or immunity, including without limitation the attorney-client privilege, the work

19 | product doctrine, the right of privacy, and all other privileges recognized under the

20 | constitutional, statutory or decisional law of the United States of America, the State

21 | of California or any other applicable jurisdiction, including, but not limited to, such

22 | laws existing in the United Mexican States.  MGA Mexico further objects to this

23 | request on the grounds that it is overly broad and unduly burdensome in that it seeks

24 | documents not relevant to the claims or defenses in this action and not reasonably

25 | calculated to lead to the discovery of admissible evidence.  Mattel has not

26 | demonstrated how each and every original of any MATTEL DOCUMENT provided,

27 | delivered, disclosed or shared with YOU, could be relevant to the claims and

28 | defenses in this action.  The request is not limited to the subject matter of this action

-88-

MGAE de MEXICO S.R.L. de C.V.'S OBJECTIONS AND RESPONSES TO M. **EXHIBIT /0 PAGE 164**
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A                               MSW - Draft December 19, 2007 - 1:25 PM

1 | and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order

2 | at 21:5-7. MGA Mexico further objects to this request as being overly broad and

3 | unduly burdensome on the grounds that it is not limited in time or geographic scope.

4 | MGA Mexico further objects to this request on the grounds that the term MATTEL

5 | DOCUMENT renders the request vague, ambiguous, overly broad and unduly

6 | burdensome. MGA Mexico further objects to the request to the extent that it seeks

7 | documents that by reason of public filing, public distribution or otherwise are already

8 | in Mattel's possession or are readily accessible to Mattel. MGA Mexico further

9 | objects to the request to the extent that it seeks documents not in MGA Mexico's

10 | possession, custody or control.

11 | MGA Mexico further objects to this request as cumulative, duplicative, and

12 | unduly burdensome to the extent that it seeks documents previously requested by

13 | Mattel and/or produced in response to Mattel's document requests.

14 | REQUEST FOR PRODUCTION NO. 55:

15 | All DOCUMENTS that YOU contend prove or that YOU will rely on in this

16 | ACTION to prove that YOU did not use or disclose any MATTEL DOCUMENT or

17 | any information contained in any MATTEL DOCUMENT.

18 | RESPONSE TO REQUEST FOR PRODUCTION NO. 55:

19 | MGA Mexico incorporates by reference its General Response and General

20 | Objections above, as though fully set forth herein and specifically incorporates

21 | General Objection No. 15 (regarding Definitions), including without limitation MGA

22 | Mexico's objection to the definition of the term MATTEL DOCUMENT. MGA

23 | Mexico further objects to the request to the extent it seeks the production of

24 | documents that are protected from disclosure under any applicable privilege, doctrine

25 | or immunity, including without limitation the attorney-client privilege, the work

26 | product doctrine, the right of privacy, and all other privileges recognized under the

27 | constitutional, statutory or decisional law of the United States of America, the State

28 | of California or any other applicable jurisdiction, including, but not limited to, such

-89-

1 | laws existing in the United Mexican States. MGA Mexico further objects to this
2 | request on the grounds that it is overly broad and unduly burdensome in that it seeks
3 | documents not relevant to the claims or defenses in this action and not reasonably
4 | calculated to lead to the discovery of admissible evidence. The request is not limited
5 | to the subject matter of this action and is thus impermissibly overbroad. <u>See</u> Aug. 13
6 | Order at 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this
7 | request as being overly broad and unduly burdensome on the grounds that it is not
8 | limited in time or geographic scope. MGA Mexico further objects to this request on
9 | the grounds that the term MATTEL DOCUMENT renders the request vague,
10 | ambiguous, overly broad and unduly burdensome. MGA Mexico further objects to
11 | the term "use" as vague and ambiguous. MGA Mexico further objects to the request
12 | to the extent that it seeks documents that by reason of public filing, public
13 | distribution or otherwise are already in Mattel's possession or are readily accessible
14 | to Mattel. MGA Mexico further objects to the request to the extent that it seeks
15 | documents not in MGA Mexico's possession, custody or control. MGA Mexico
16 | further objects to the request to the extent it seeks confidential, proprietary or
17 | commercially sensitive information, the disclosure of which would be inimical to the
18 | business interests of MGA Mexico. Such information may also be subject to
19 | protective orders governing other litigations thereby precluding disclosure in
20 | response to this request. MGA Mexico further objects to the request to the extent it
21 | violates the privacy rights of third parties to their private, confidential, proprietary or
22 | trade secret information.

23 |      MGA Mexico further objects to this request as cumulative, duplicative, and
24 | unduly burdensome to the extent that it seeks documents previously requested by
25 | Mattel and/or produced in response to Mattel's document requests.

26

27

28

-90-

EXHIBIT _10_ PAGE 166

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A                                        MSW - Draft December 19, 2007 - 1:25 PM

1 | REQUEST FOR PRODUCTION NO. 56:

2 |     All DOCUMENTS that YOU contend prove or that YOU will rely on in this

3 | ACTION to prove that MATTEL agreed or consented to or acquiesced in YOUR

4 | taking, use or possession of any MATTEL DOCUMENT.

5 | RESPONSE TO REQUEST FOR PRODUCTION NO. 56:

6 |     MGA Mexico incorporates by reference its General Response and General

7 | Objections above, as though fully set forth herein and specifically incorporates

8 | General Objection No. 15 (regarding Definitions), including without limitation MGA

9 | Mexico's objection to the definition of the terms YOUR, MATTEL and MATTEL

10 | DOCUMENT.  MGA Mexico further objects to the request to the extent it seeks the

11 | production of documents that are protected from disclosure under any applicable

12 | privilege, doctrine or immunity, including without limitation the attorney-client

13 | privilege, the work product doctrine, the right of privacy, and all other privileges

14 | recognized under the constitutional, statutory or decisional law of the United States

15 | of America, the State of California or any other applicable jurisdiction, including, but

16 | not limited to, such laws existing in the United Mexican States.  MGA Mexico

17 | further objects to this request on the grounds that it is overly broad and unduly

18 | burdensome in that it seeks documents not relevant to the claims or defenses in this

19 | action and not reasonably calculated to lead to the discovery of admissible evidence.

20 | The request is not limited to the subject matter of this action and is thus

21 | impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.

22 | MGA Mexico further objects to this request as being overly broad and unduly

23 | burdensome on the grounds that it is not limited in time or geographic scope.  MGA

24 | Mexico further objects to this request on the grounds that the terms MATTEL,

25 | YOUR and MATTEL DOCUMENT render the request vague, ambiguous, overly

26 | broad and unduly burdensome.  MGA Mexico further objects to the terms "taking"

27 | and "use" as vague and ambiguous.  MGA Mexico further objects to the request to

28 | the extent that it seeks documents that by reason of public filing, public distribution

-91-

**EXHIBIT** _10_ **PAGE 167**

MGAE de MEXICO S.R.L. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A      MSW - Draft December 19, 2007 - 1:25 PM

1 | or otherwise are already in Mattel's possession or are readily accessible to Mattel.

2 | MGA Mexico further objects to the request to the extent that it seeks documents not

3 | in MGA Mexico's possession, custody or control.  MGA Mexico further objects to

4 | the request to the extent it seeks confidential, proprietary or commercially sensitive

5 | information, the disclosure of which would be inimical to the business interests of

6 | MGA Mexico.  Such information may also be subject to protective orders governing

7 | other litigations thereby precluding disclosure in response to this request.  MGA

8 | Mexico further objects to the request to the extent it violates the privacy rights of

9 | third parties to their private, confidential, proprietary or trade secret information.

10 |     MGA Mexico further objects to this request as cumulative, duplicative, and

11 | unduly burdensome to the extent that it seeks documents previously requested by

12 | Mattel and/or produced in response to Mattel's document requests.

13 | REQUEST FOR PRODUCTION NO. 57:

14 |     All DOCUMENTS that YOU contend prove or that YOU will rely on in this

15 | ACTION to prove that YOU did not acquire any MATTEL DOCUMENT through

16 | improper means.

17 | RESPONSE TO REQUEST FOR PRODUCTION NO. 57:

18 |     MGA Mexico incorporates by reference its General Response and General

19 | Objections above, as though fully set forth herein and specifically incorporates

20 | General Objection No. 15 (regarding Definitions), including without limitation MGA

21 | Mexico's objection to the definition of the terms MATTEL DOCUMENT and YOU.

22 | MGA Mexico further objects to the request to the extent it seeks the production of

23 | documents that are protected from disclosure under any applicable privilege, doctrine

24 | or immunity, including without limitation the attorney-client privilege, the work

25 | product doctrine, the right of privacy, and all other privileges recognized under the

26 | constitutional, statutory or decisional law of the United States of America, the State

27 | of California or any other applicable jurisdiction, including, but not limited to, such

28 | laws existing in the United Mexican States.  MGA Mexico further objects to this

-92-

1  request on the grounds that it is overly broad and unduly burdensome in that it seeks

2  documents not relevant to the claims or defenses in this action and not reasonably

3  calculated to lead to the discovery of admissible evidence.  The request is not limited

4  to the subject matter of this action and is thus impermissibly overbroad.  <u>See</u> Aug. 13

5  Order at 9:17-20; May 22 Order at 21:5-7.  MGA Mexico further objects to this

6  request as being overly broad and unduly burdensome on the grounds that it is not

7  limited in time or geographic scope.  MGA Mexico further objects to this request on

8  the grounds that the terms MATTEL DOCUMENT and YOU render the request

9  vague, ambiguous, overly broad and unduly burdensome.  MGA Mexico further

10 objects to the phrase "improper means" as vague and ambiguous, and calling for a

11 legal conclusion.  MGA Mexico further objects to the request to the extent that it

12 seeks documents that by reason of public filing, public distribution or otherwise are

13 already in Mattel's possession or are readily accessible to Mattel.  MGA Mexico

14 further objects to the request to the extent that it seeks documents not in MGA

15 Mexico's possession, custody or control.  MGA Mexico further objects to the request

16 to the extent it seeks confidential, proprietary or commercially sensitive information,

17 the disclosure of which would be inimical to the business interests of MGA Mexico.

18 Such information may also be subject to protective orders governing other litigations

19 thereby precluding disclosure in response to this request.  MGA Mexico further

20 objects to the request to the extent it violates the privacy rights of third parties to

21 their private, confidential, proprietary or trade secret information.

22      MGA Mexico further objects to this request as cumulative, duplicative, and

23 unduly burdensome to the extent that it seeks documents previously requested by

24 Mattel and/or produced in response to Mattel's document requests.

25 <u>REQUEST FOR PRODUCTION NO. 58:</u>

26      All DOCUMENTS that YOU contend prove or that YOU will rely on in this

27 ACTION to prove that the information in the MATTEL DOCUMENTS does not

28

-93-

**EXHIBIT _10_ PAGE 169**

1  derive independent economic value from not being generally known to the public or

2  other persons who can obtain economic value from its use.

3  RESPONSE TO REQUEST FOR PRODUCTION NO. 58:

4      MGA Mexico incorporates by reference its General Response and General

5  Objections above, as though fully set forth herein and specifically incorporates

6  General Objection No. 15 (regarding Definitions), including without limitation MGA

7  Mexico's objection to the definition of the term MATTEL DOCUMENT.  MGA

8  Mexico further objects to the request to the extent it seeks the production of

9  documents that are protected from disclosure under any applicable privilege, doctrine

10  or immunity, including without limitation the attorney-client privilege, the work

11  product doctrine, the right of privacy, and all other privileges recognized under the

12  constitutional, statutory or decisional law of the United States of America, the State

13  of California or any other applicable jurisdiction, including, but not limited to, such

14  laws existing in the United Mexican States.  MGA Mexico further objects to this

15  request on the grounds that it is overly broad and unduly burdensome in that it seeks

16  documents not relevant to the claims or defenses in this action and not reasonably

17  calculated to lead to the discovery of admissible evidence.  The request is not limited

18  to the subject matter of this action and is thus impermissibly overbroad.  See Aug. 13

19  Order at 9:17-20; May 22 Order at 21:5-7.  MGA Mexico further objects to this

20  request as being overly broad and unduly burdensome on the grounds that it is not

21  limited in time or geographic scope.  MGA Mexico further objects to this request on

22  the grounds that the term MATTEL DOCUMENT renders the request vague,

23  ambiguous, overly broad and unduly burdensome.  MGA Mexico further objects to

24  the phrase "independent economic value," "generally known to the public," "use" and

25  "other persons" as vague and ambiguous.  MGA Mexico further objects to the

26  request to the extent that it seeks documents that by reason of public filing, public

27  distribution or otherwise are already in Mattel's possession or are readily accessible

28  to Mattel.  MGA Mexico further objects to the request to the extent that it seeks

-94-

**EXHIBIT _10_ PAGE 170**

1 | documents not in MGA Mexico's possession, custody or control.  MGA Mexico

2 | further objects to the request to the extent it seeks confidential, proprietary or

3 | commercially sensitive information, the disclosure of which would be inimical to the

4 | business interests of MGA Mexico.  Such information may also be subject to

5 | protective orders governing other litigations thereby precluding disclosure in

6 | response to this request.  MGA Mexico further objects to the request to the extent it

7 | violates the privacy rights of third parties to their private, confidential, proprietary or

8 | trade secret information.

9 |      MGA Mexico further objects to this request as cumulative, duplicative, and

10 | unduly burdensome to the extent that it seeks documents previously requested by

11 | Mattel and/or produced in response to Mattel's document requests.

12 | REQUEST FOR PRODUCTION NO. 59:

13 |      DOCUMENTS sufficient to IDENTIFY any MATTEL DOCUMENT in

14 | YOUR possession, custody or control that YOU contend contains information

15 | generally known to the public.

16 | RESPONSE TO REQUEST FOR PRODUCTION NO. 59:

17 |      MGA Mexico incorporates by reference its General Response and General

18 | Objections above, as though fully set forth herein and specifically incorporates

19 | General Objection No. 15 (regarding Definitions), including without limitation MGA

20 | Mexico's objection to the definition of the terms MATTEL DOCUMENT and

21 | YOUR.  MGA Mexico further objects to the request to the extent it seeks the

22 | production of documents that are protected from disclosure under any applicable

23 | privilege, doctrine or immunity, including without limitation the attorney-client

24 | privilege, the work product doctrine, the right of privacy, and all other privileges

25 | recognized under the constitutional, statutory or decisional law of the United States

26 | of America, the State of California or any other applicable jurisdiction, including, but

27 | not limited to, such laws existing in the United Mexican States.  MGA Mexico

28 | further objects to this request on the grounds that it is overly broad and unduly

-95-

MGAE de MEXICO S.R.L de C.V.'S OBJECTIONS AND RESPONSES TO M...... ......
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A                      MSW - Draft December 19, 2007 - 1:25 PM

EXHIBIT 10 PAGE 171

1 | burdensome in that it seeks documents not relevant to the claims or defenses in this
2 | action and not reasonably calculated to lead to the discovery of admissible evidence.
3 | The request is not limited to the subject matter of this action and is thus
4 | impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.
5 | MGA Mexico further objects to this request as being overly broad and unduly
6 | burdensome on the grounds that it is not limited in time or geographic scope. MGA
7 | Mexico further objects to this request on the grounds that the term MATTEL
8 | DOCUMENT renders the request vague, ambiguous, overly broad and unduly
9 | burdensome. MGA Mexico further objects to the phrase "generally known to the
10 | public" as vague and ambiguous. MGA Mexico further objects to the request to the
11 | extent that it seeks documents that by reason of public filing, public distribution or
12 | otherwise are already in Mattel's possession or are readily accessible to Mattel.
13 | MGA Mexico further objects to the request to the extent that it seeks documents not
14 | in MGA Mexico's possession, custody or control. MGA Mexico further objects to
15 | the request to the extent it seeks confidential, proprietary or commercially sensitive
16 | information, the disclosure of which would be inimical to the business interests of
17 | MGA Mexico.
18 |     MGA Mexico further objects to this request as cumulative, duplicative, and
19 | unduly burdensome to the extent that it seeks documents previously requested by
20 | Mattel and/or produced in response to Mattel's document requests.
21 | REQUEST FOR PRODUCTION NO. 60:
22 |     DOCUMENTS sufficient to IDENTIFY any MATTEL DOCUMENT in
23 | YOUR possession, custody or control that YOU contend does not contain
24 | information from which PERSONS can obtain economic value from its disclosure
25 | and use.
26 | RESPONSE TO REQUEST FOR PRODUCTION NO. 60:
27 |     MGA Mexico incorporates by reference its General Response and General
28 | Objections above, as though fully set forth herein and specifically incorporates

1  General Objection No. 15 (regarding Definitions), including without limitation MGA
2  Mexico's objection to the definition of the term MATTEL DOCUMENT and YOUR.
3  MGA Mexico further objects to the request to the extent it seeks the production of
4  documents that are protected from disclosure under any applicable privilege, doctrine
5  or immunity, including without limitation the attorney-client privilege, the work
6  product doctrine, the right of privacy, and all other privileges recognized under the
7  constitutional, statutory or decisional law of the United States of America, the State
8  of California or any other applicable jurisdiction, including, but not limited to, such
9  laws existing in the United Mexican States. MGA Mexico further objects to this
10  request on the grounds that it is overly broad and unduly burdensome in that it seeks
11  documents not relevant to the claims or defenses in this action and not reasonably
12  calculated to lead to the discovery of admissible evidence. The request is not limited
13  to the subject matter of this action and is thus impermissibly overbroad. See Aug. 13
14  Order at 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this
15  request as being overly broad and unduly burdensome on the grounds that it is not
16  limited in time or geographic scope. MGA Mexico further objects to this request on
17  the grounds that the term MATTEL DOCUMENT renders the request vague,
18  ambiguous, overly broad and unduly burdensome. MGA Mexico further objects to
19  the phrases "can obtain economic value" and "use," as vague and ambiguous. MGA
20  Mexico further objects to the request to the extent that it seeks documents that by
21  reason of public filing, public distribution or otherwise are already in Mattel's
22  possession or are readily accessible to Mattel. MGA Mexico further objects to the
23  request to the extent that it seeks documents not in MGA Mexico's possession,
24  custody or control. MGA Mexico further objects to the request to the extent it seeks
25  confidential, proprietary or commercially sensitive information, the disclosure of
26  which would be inimical to the business interests of MGA Mexico.
27
28

-97-

EXHIBIT _10_ PAGE 173

1       MGA Mexico further objects to this request as cumulative, duplicative, and

2 unduly burdensome to the extent that it seeks documents previously requested by

3 Mattel and/or produced in response to Mattel's document requests.

4 REQUEST FOR PRODUCTION NO. 61:

5       All DOCUMENTS that YOU contend prove or that YOU will rely on in this

6 ACTION to prove that MATTEL did not take reasonable efforts under the

7 circumstances to maintain the secrecy of the information in the MATTEL

8 DOCUMENTS.

9 RESPONSE TO REQUEST FOR PRODUCTION NO. 61:

10       MGA Mexico incorporates by reference its General Response and General

11 Objections above, as though fully set forth herein and specifically incorporates

12 General Objection No. 15 (regarding Definitions), including without limitation MGA

13 Mexico's objection to the definition of the terms MATTEL and MATTEL

14 DOCUMENTS. MGA Mexico further objects to the request to the extent it seeks the

15 production of documents that are protected from disclosure under any applicable

16 privilege, doctrine or immunity, including without limitation the attorney-client

17 privilege, the work product doctrine, the right of privacy, and all other privileges

18 recognized under the constitutional, statutory or decisional law of the United States

19 of America, the State of California or any other applicable jurisdiction, including, but

20 not limited to, such laws existing in the United Mexican States. MGA Mexico

21 further objects to this request on the grounds that it is overly broad and unduly

22 burdensome in that it seeks documents not relevant to the claims or defenses in this

23 action and not reasonably calculated to lead to the discovery of admissible evidence.

24 The request is not limited to the subject matter of this action and is thus

25 impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.

26 MGA Mexico further objects to this request as being overly broad and unduly

27 burdensome on the grounds that it is not limited in time or geographic scope. MGA

28 Mexico further objects to this request on the grounds that the terms MATTEL and

-98-

**EXHIBIT** *10* **PAGE 174**

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A            MSW - Draft December 19, 2007 - 1:25 PM