1 MATTEL DOCUMENTS render the request vague, ambiguous, overly broad and

2 unduly burdensome.  MGA Mexico further objects to the term "secrecy" as vague

3 and ambiguous.  MGA Mexico further objects to the request to the extent that it

4 seeks documents that by reason of public filing, public distribution or otherwise are

5 already in Mattel's possession or are readily accessible to Mattel.  MGA Mexico

6 further objects to the request to the extent that it seeks documents not in MGA

7 Mexico's possession, custody or control.  MGA Mexico further objects to the request

8 to the extent it seeks confidential, proprietary or commercially sensitive information,

9 the disclosure of which would be inimical to the business interests of MGA Mexico.

10 Such information may also be subject to protective orders governing other litigations

11 thereby precluding disclosure in response to this request.  MGA Mexico further

12 objects to the request to the extent it violates the privacy rights of third parties to

13 their private, confidential, proprietary or trade secret information.

14     MGA Mexico further objects to this request as cumulative, duplicative, and

15 unduly burdensome to the extent that it seeks documents previously requested by

16 Mattel and/or produced in response to Mattel's document requests.

17 REQUEST FOR PRODUCTION NO. 62:

18     All DOCUMENTS that REFER OR RELATE TO YOUR access to any

19 information in the MATTEL DOCUMENTS.

20 RESPONSE TO REQUEST FOR PRODUCTION NO. 62:

21     MGA Mexico incorporates by reference its General Response and General

22 Objections above, as though fully set forth herein and specifically incorporates

23 General Objection No. 15 (regarding Definitions), including without limitation MGA

24 Mexico's objection to the definition of the terms REFER OR RELATE TO, YOUR

25 and MATTEL DOCUMENTS.  MGA Mexico further objects to the request to the

26 extent it seeks the production of documents that are protected from disclosure under

27 any applicable privilege, doctrine or immunity, including without limitation the

28 attorney-client privilege, the work product doctrine, the right of privacy, and all other

**EXHIBIT 10 PAGE 175**
MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A     MSW - Draft December 19, 2007 - 1:25 PM

1 privileges recognized under the constitutional, statutory or decisional law of the

2 United States of America, the State of California or any other applicable jurisdiction,

3 including, but not limited to, such laws existing in the United Mexican States. MGA

4 Mexico further objects to this request on the grounds that it is overly broad and

5 unduly burdensome in that it seeks documents not relevant to the claims or defenses

6 in this action and not reasonably calculated to lead to the discovery of admissible

7 evidence. Mattel has not demonstrated how *all* DOCUMENTS that REFER OR

8 RELATE TO YOUR access to any information in the MATTEL DOCUMENTS

9 could be relevant to the claims and defenses in this action. The request is not limited

10 to the subject matter of this action and is thus impermissibly overbroad. See Aug. 13

11 Order at 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this

12 request as being overly broad and unduly burdensome on the grounds that it is not

13 limited in time or geographic scope. MGA Mexico further objects to this request on

14 the grounds that the terms REFER OR RELATE TO, YOUR and MATTEL

15 DOCUMENTS render the request vague, ambiguous, overly broad and unduly

16 burdensome. MGA Mexico further objects to the request to the extent that it seeks

17 documents that by reason of public filing, public distribution or otherwise are already

18 in Mattel's possession or are readily accessible to Mattel. MGA Mexico further

19 objects to the request to the extent that it seeks documents not in MGA Mexico's

20 possession, custody or control. MGA Mexico further objects to the request to the

21 extent it seeks confidential, proprietary or commercially sensitive information, the

22 disclosure of which would be inimical to the business interests of MGA Mexico.

23 Such information may also be subject to protective orders governing other litigations

24 thereby precluding disclosure in response to this request. MGA Mexico further

25 objects to the request to the extent it violates the privacy rights of third parties to

26 their private, confidential, proprietary or trade secret information.

27

28

**EXHIBIT _10_ PAGE 176**

1    MGA Mexico further objects to this request as cumulative, duplicative, and

2    unduly burdensome to the extent that it seeks documents previously requested by

3    Mattel and/or produced in response to Mattel's document requests.

4    REQUEST FOR PRODUCTION NO. 63:

5         All DOCUMENTS that REFER OR RELATE TO YOUR use or disclosure of

6    any information in the MATTEL DOCUMENTS.

7    RESPONSE TO REQUEST FOR PRODUCTION NO. 63:

8         MGA Mexico incorporates by reference its General Response and General

9    Objections above, as though fully set forth herein and specifically incorporates

10   General Objection No. 15 (regarding Definitions), including without limitation MGA

11   Mexico's objection to the definition of the terms REFER OR RELATE TO, YOUR

12   and MATTEL DOCUMENTS.  MGA Mexico further objects to the request to the

13   extent it seeks the production of documents that are protected from disclosure under

14   any applicable privilege, doctrine or immunity, including without limitation the

15   attorney-client privilege, the work product doctrine, the right of privacy, and all other

16   privileges recognized under the constitutional, statutory or decisional law of the

17   United States of America, the State of California or any other applicable jurisdiction,

18   including, but not limited to, such laws existing in the United Mexican States.  MGA

19   Mexico further objects to this request on the grounds that it is overly broad and

20   unduly burdensome in that it seeks documents not relevant to the claims or defenses

21   in this action and not reasonably calculated to lead to the discovery of admissible

22   evidence.  Mattel has not demonstrated how *all* DOCUMENTS that REFER OR

23   RELATE TO YOUR use or disclosure of any information in the MATTEL

24   DOCUMENTS could be relevant to the claims and defenses in this action.  The

25   request is not limited to the subject matter of this action and is thus impermissibly

26   overbroad.  See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.  MGA Mexico

27   further objects to this request as being overly broad and unduly burdensome on the

28   grounds that it is not limited in time or geographic scope.  MGA Mexico further

-101-

EXHIBIT 10 PAGE 177

1 objects to this request on the grounds that the terms REFER OR RELATE TO,

2 YOUR and MATTEL DOCUMENTS render the request vague, ambiguous, overly

3 broad and unduly burdensome.  MGA Mexico further objects to the terms "use" and

4 "disclosure" as vague and ambiguous.  MGA Mexico further objects to the request to

5 the extent that it seeks documents that by reason of public filing, public distribution

6 or otherwise are already in Mattel's possession or are readily accessible to Mattel.

7 MGA Mexico further objects to the request to the extent that it seeks documents not

8 in MGA Mexico's possession, custody or control.  MGA Mexico further objects to

9 the request to the extent it seeks confidential, proprietary or commercially sensitive

10 information, the disclosure of which would be inimical to the business interests of

11 MGA Mexico.  Such information may also be subject to protective orders governing

12 other litigations thereby precluding disclosure in response to this request.  MGA

13 Mexico further objects to the request to the extent it violates the privacy rights of

14 third parties to their private, confidential, proprietary or trade secret information.

15      MGA Mexico further objects to this request as cumulative, duplicative, and

16 unduly burdensome to the extent that it seeks documents previously requested by

17 Mattel and/or produced in response to Mattel's document requests.

18 REQUEST FOR PRODUCTION NO. 64:

19      All DOCUMENTS that REFER OR RELATE TO YOUR non-use or non-

20 disclosure of any information in the MATTEL DOCUMENTS.

21 RESPONSE TO REQUEST FOR PRODUCTION NO. 64:

22      MGA Mexico incorporates by reference its General Response and General

23 Objections above, as though fully set forth herein and specifically incorporates

24 General Objection No. 15 (regarding Definitions), including without limitation MGA

25 Mexico's objection to the definition of the terms REFER OR RELATE TO, YOUR

26 and MATTEL DOCUMENTS.  MGA Mexico further objects to the request to the

27 extent it seeks the production of documents that are protected from disclosure under

28 any applicable privilege, doctrine or immunity, including without limitation the

-102-

**EXHIBIT _10_ PAGE 178**

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A                                    MSW - Draft December 19, 2007 - 1:25 PM

1 | attorney-client privilege, the work product doctrine, the right of privacy, and all other
2 | privileges recognized under the constitutional, statutory or decisional law of the
3 | United States of America, the State of California or any other applicable jurisdiction,
4 | including, but not limited to, such laws existing in the United Mexican States. MGA
5 | Mexico further objects to this request on the grounds that it is overly broad and
6 | unduly burdensome in that it seeks documents not relevant to the claims or defenses
7 | in this action and not reasonably calculated to lead to the discovery of admissible
8 | evidence. Mattel has not demonstrated how *all* DOCUMENTS that REFER OR
9 | RELATE TO YOUR non-use or non-disclosure of any information in the MATTEL
10 | DOCUMENTS could be relevant to the claims and defenses in this action. The
11 | request is not limited to the subject matter of this action and is thus impermissibly
12 | overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7. MGA Mexico
13 | further objects to this request as being overly broad and unduly burdensome on the
14 | grounds that it is not limited in time or geographic scope. MGA Mexico further
15 | objects to this request on the grounds that the terms REFER OR RELATE TO,
16 | YOUR and MATTEL DOCUMENTS render the request vague, ambiguous, overly
17 | broad and unduly burdensome. MGA Mexico further objects to the phrase "non-use
18 | or non-disclosure" as vague and ambiguous. MGA Mexico further objects to the
19 | request to the extent that it seeks documents that by reason of public filing, public
20 | distribution or otherwise are already in Mattel's possession or are readily accessible
21 | to Mattel. MGA Mexico further objects to the request to the extent that it seeks
22 | documents not in MGA Mexico's possession, custody or control. MGA Mexico
23 | further objects to the request to the extent it seeks confidential, proprietary or
24 | commercially sensitive information, the disclosure of which would be inimical to the
25 | business interests of MGA Mexico. Such information may also be subject to
26 | protective orders governing other litigations thereby precluding disclosure in
27 | response to this request. MGA Mexico further objects to the request to the extent it
28 |

-103-

**EXHIBIT _10_ PAGE 179**

1 violates the privacy rights of third parties to their private, confidential, proprietary or
2 trade secret information.
3     MGA Mexico further objects to this request as cumulative, duplicative, and
4 unduly burdensome to the extent that it seeks documents previously requested by
5 Mattel and/or produced in response to Mattel's document requests.
6 REQUEST FOR PRODUCTION NO. 65:
7     All DOCUMENTS created, authored, modified or copied by YOU or for
8 YOUR benefit that contain any portion of information contained in any MATTEL
9 DOCUMENT.
10 RESPONSE TO REQUEST FOR PRODUCTION NO. 65:
11     MGA Mexico incorporates by reference its General Response and General
12 Objections above, as though fully set forth herein and specifically incorporates
13 General Objection No. 15 (regarding Definitions), including without limitation MGA
14 Mexico's objection to the definition of the term MATTEL DOCUMENT. MGA
15 Mexico further objects to the request to the extent it seeks the production of
16 documents that are protected from disclosure under any applicable privilege, doctrine
17 or immunity, including without limitation the attorney-client privilege, the work
18 product doctrine, the right of privacy, and all other privileges recognized under the
19 constitutional, statutory or decisional law of the United States of America, the State
20 of California or any other applicable jurisdiction, including, but not limited to, such
21 laws existing in the United Mexican States. MGA Mexico further objects to this
22 request on the grounds that it is overly broad and unduly burdensome in that it seeks
23 documents not relevant to the claims or defenses in this action and not reasonably
24 calculated to lead to the discovery of admissible evidence. Mattel has not
25 demonstrated how *all* DOCUMENTS created, authored, modified or copied by YOU
26 or for YOUR benefit that contain any portion of information contained in any
27 MATTEL DOCUMENT, could be relevant to the claims and defenses in this action.
28 The request is not limited to the subject matter of this action and is thus

-104-

1 | impermissibly overbroad. <u>See</u> Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.

2 | MGA Mexico further objects to this request as being overly broad and unduly

3 | burdensome on the grounds that it is not limited in time or geographic scope. MGA

4 | Mexico further objects to this request on the grounds that the term MATTEL

5 | DOCUMENT renders the request vague, ambiguous, overly broad and unduly

6 | burdensome. MGA Mexico further objects to the request to the extent that it seeks

7 | documents that by reason of public filing, public distribution or otherwise are already

8 | in Mattel's possession or are readily accessible to Mattel. MGA Mexico further

9 | objects to the request to the extent that it seeks documents not in MGA Mexico's

10 | possession, custody or control. MGA Mexico further objects to the request to the

11 | extent it seeks confidential, proprietary or commercially sensitive information, the

12 | disclosure of which would be inimical to the business interests of MGA Mexico.

13 | Such information may also be subject to protective orders governing other litigations

14 | thereby precluding disclosure in response to this request. MGA Mexico further

15 | objects to the request to the extent it violates the privacy rights of third parties to

16 | their private, confidential, proprietary or trade secret information.

17 |     MGA Mexico further objects to this request as cumulative, duplicative, and

18 | unduly burdensome to the extent that it seeks documents previously requested by

19 | Mattel and/or produced in response to Mattel's document requests.

20 | REQUEST FOR PRODUCTION NO. 66:

21 |     DOCUMENTS sufficient to IDENTIFY the date of creation, modification,

22 | access or transmission of any DOCUMENT created, authored, modified or copied by

23 | YOU or for YOUR benefit that contains any portion of information contained in any

24 | MATTEL DOCUMENT.

25 | RESPONSE TO REQUEST FOR PRODUCTION NO. 66:

26 |     MGA Mexico incorporates by reference its General Response and General

27 | Objections above, as though fully set forth herein and specifically incorporates

28 | General Objection No. 15 (regarding Definitions), including without limitation MGA

-105-

MGAE de MEXICO S.R.L. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A         MSW - Draft December 19, 2007 - 1:25 PM

EXHIBIT 10 PAGE 181

1  Mexico's objection to the definition of the terms MATTEL DOCUMENT, YOU,

2  YOUR, and IDENTIFY.  MGA Mexico further objects to the request to the extent it

3  seeks the production of documents that are protected from disclosure under any

4  applicable privilege, doctrine or immunity, including without limitation the attorney-

5  client privilege, the work product doctrine, the right of privacy, and all other

6  privileges recognized under the constitutional, statutory or decisional law of the

7  United States of America, the State of California or any other applicable jurisdiction,

8  including, but not limited to, such laws existing in the United Mexican States.  MGA

9  Mexico further objects to this request on the grounds that it is overly broad and

10  unduly burdensome in that it seeks documents not relevant to the claims or defenses

11  in this action and not reasonably calculated to lead to the discovery of admissible

12  evidence.  The request is not limited to the subject matter of this action and is thus

13  impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.

14  MGA Mexico further objects to this request as being overly broad and unduly

15  burdensome on the grounds that it is not limited in time or geographic scope.  MGA

16  Mexico further objects to this request on the grounds that the terms MATTEL

17  DOCUMENTS, YOU, YOUR and IDENTIFY render the request vague, ambiguous,

18  overly broad and unduly burdensome.  MGA Mexico further objects to the request to

19  the extent that it seeks documents that by reason of public filing, public distribution

20  or otherwise are already in Mattel's possession or are readily accessible to Mattel.

21  MGA Mexico further objects to the request to the extent that it seeks documents not

22  in MGA Mexico's possession, custody or control.  MGA Mexico further objects to

23  the request to the extent it seeks confidential, proprietary or commercially sensitive

24  information, the disclosure of which would be inimical to the business interests of

25  MGA Mexico.  Such information may also be subject to protective orders governing

26  other litigations thereby precluding disclosure in response to this request.  MGA

27  Mexico further objects to the request to the extent it violates the privacy rights of

28  third parties to their private, confidential, proprietary or trade secret information.

-106-

1    MGA Mexico further objects to this request as cumulative, duplicative, and

2 unduly burdensome to the extent that it seeks documents previously requested by

3 Mattel and/or produced in response to Mattel's document requests.

4 REQUEST FOR PRODUCTION NO. 67:

5    DOCUMENTS sufficient to IDENTIFY each PERSON who created, accessed,

6 modified, used, copied or transmitted any DOCUMENT created, authored, modified

7 or copied by YOU or for YOUR benefit that contains any portion of information

8 contained in any MATTEL DOCUMENT.

9 RESPONSE TO REQUEST FOR PRODUCTION NO. 67:

10    MGA Mexico incorporates by reference its General Response and General

11 Objections above, as though fully set forth herein and specifically incorporates

12 General Objection No. 15 (regarding Definitions), including without limitation MGA

13 Mexico's objection to the definition of the terms MATTEL DOCUMENTS, YOU

14 and YOUR.  MGA Mexico further objects to the request to the extent it seeks the

15 production of documents that are protected from disclosure under any applicable

16 privilege, doctrine or immunity, including without limitation the attorney-client

17 privilege, the work product doctrine, the right of privacy, and all other privileges

18 recognized under the constitutional, statutory or decisional law of the United States

19 of America, the State of California or any other applicable jurisdiction, including, but

20 not limited to, such laws existing in the United Mexican States.  MGA Mexico

21 further objects to this request on the grounds that it is overly broad and unduly

22 burdensome in that it seeks documents not relevant to the claims or defenses in this

23 action and not reasonably calculated to lead to the discovery of admissible evidence.

24 The request is not limited to the subject matter of this action and is thus

25 impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.

26 MGA Mexico further objects to this request as being overly broad and unduly

27 burdensome on the grounds that it is not limited in time or geographic scope.  MGA

28 Mexico further objects to this request on the grounds that the terms MATTEL

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)

256415.05-Palo Alto Server 1A                                              MSW - Draft December 19, 2007 - 1:25 PM

**EXHIBIT** _10_ **PAGE 183**

1  DOCUMENT, YOU and YOUR render the request vague, ambiguous, overly broad

2  and unduly burdensome.  MGA Mexico further objects to the term "use" as vague

3  and ambiguous.   MGA Mexico further objects to the request to the extent that it

4  seeks documents that by reason of public filing, public distribution or otherwise are

5  already in Mattel's possession or are readily accessible to Mattel.  MGA Mexico

6  further objects to the request to the extent that it seeks documents not in MGA

7  Mexico's possession, custody or control.  MGA Mexico further objects to the request

8  to the extent it seeks confidential, proprietary or commercially sensitive information,

9  the disclosure of which would be inimical to the business interests of MGA Mexico.

10 Such information may also be subject to protective orders governing other litigations

11 thereby precluding disclosure in response to this request.  MGA Mexico further

12 objects to the request to the extent it violates the privacy rights of third parties to

13 their private, confidential, proprietary or trade secret information.

14      MGA Mexico further objects to this request as cumulative, duplicative, and

15 unduly burdensome to the extent that it seeks documents previously requested by

16 Mattel and/or produced in response to Mattel's document requests.

17 REQUEST FOR PRODUCTION NO. 68:

18      DOCUMENTS sufficient to IDENTIFY the date of creation, modification,

19 access or transmission of any DOCUMENTS that REFER OR RELATE TO YOUR

20 access to any information in the MATTEL DOCUMENTS.

21 RESPONSE TO REQUEST FOR PRODUCTION NO. 68:

22      MGA Mexico incorporates by reference its General Response and General

23 Objections above, as though fully set forth herein and specifically incorporates

24 General Objection No. 15 (regarding Definitions), including without limitation MGA

25 Mexico's objection to the definition of the terms REFER OR RELATE TO, YOUR

26 and IDENTIFY and MATTEL DOCUMENTS.  MGA Mexico further objects to the

27 request to the extent it seeks the production of documents that are protected from

28 disclosure under any applicable privilege, doctrine or immunity, including without

-108-

1 | limitation the attorney-client privilege, the work product doctrine, the right of
2 | privacy, and all other privileges recognized under the constitutional, statutory or
3 | decisional law of the United States of America, the State of California or any other
4 | applicable jurisdiction, including, but not limited to, such laws existing in the United
5 | Mexican States. MGA Mexico further objects to this request on the grounds that it is
6 | overly broad and unduly burdensome in that it seeks documents not relevant to the
7 | claims or defenses in this action and not reasonably calculated to lead to the
8 | discovery of admissible evidence. The request is not limited to the subject matter of
9 | this action and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May
10 | 22 Order at 21:5-7. MGA Mexico further objects to this request as being overly
11 | broad and unduly burdensome on the grounds that it is not limited in time or
12 | geographic scope. MGA Mexico further objects to this request on the grounds that
13 | the terms REFER OR RELATE TO, YOUR, IDENTIFY and MATTEL
14 | DOCUMENTS render the request vague, ambiguous, overly broad and unduly
15 | burdensome. MGA Mexico further objects to the request to the extent that it seeks
16 | documents that by reason of public filing, public distribution or otherwise are already
17 | in Mattel's possession or are readily accessible to Mattel. MGA Mexico further
18 | objects to the request to the extent that it seeks documents not in MGA Mexico's
19 | possession, custody or control. MGA Mexico further objects to the request to the
20 | extent it seeks confidential, proprietary or commercially sensitive information, the
21 | disclosure of which would be inimical to the business interests of MGA Mexico.
22 | Such information may also be subject to protective orders governing other litigations
23 | thereby precluding disclosure in response to this request. MGA Mexico further
24 | objects to the request to the extent it violates the privacy rights of third parties to
25 | their private, confidential, proprietary or trade secret information.
26 |      MGA Mexico further objects to this request as cumulative, duplicative, and
27 | unduly burdensome to the extent that it seeks documents previously requested by
28 | Mattel and/or produced in response to Mattel's document requ(

-109-

**EXHIBIT 10 PAGE 185**

1 | REQUEST FOR PRODUCTION NO. 69:

2 |      DOCUMENTS sufficient to IDENTIFY each PERSON who created, accessed,

3 | modified, used, copied or transmitted any DOCUMENTS that REFER OR RELATE

4 | TO YOUR access to any information in the MATTEL DOCUMENTS.

5 | RESPONSE TO REQUEST FOR PRODUCTION NO. 69:

6 |      MGA Mexico incorporates by reference its General Response and General

7 | Objections above, as though fully set forth herein and specifically incorporates

8 | General Objection No. 15 (regarding Definitions), including without limitation MGA

9 | Mexico's objection to the definition of the terms REFER OR RELATE TO, YOUR

10 | and MATTEL DOCUMENTS.  MGA Mexico further objects to the request to the

11 | extent it seeks the production of documents that are protected from disclosure under

12 | any applicable privilege, doctrine or immunity, including without limitation the

13 | attorney-client privilege, the work product doctrine, the right of privacy, and all other

14 | privileges recognized under the constitutional, statutory or decisional law of the

15 | United States of America, the State of California or any other applicable jurisdiction,

16 | including, but not limited to, such laws existing in the United Mexican States.  MGA

17 | Mexico further objects to this request on the grounds that it is overly broad and

18 | unduly burdensome in that it seeks documents not relevant to the claims or defenses

19 | in this action and not reasonably calculated to lead to the discovery of admissible

20 | evidence.  The request is not limited to the subject matter of this action and is thus

21 | impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.

22 | MGA Mexico further objects to this request as being overly broad and unduly

23 | burdensome on the grounds that it is not limited in time or geographic scope.  MGA

24 | Mexico further objects to this request on the grounds that the terms REFER OR

25 | RELATE TO, YOUR and MATTEL DOCUMENTS render the request vague,

26 | ambiguous, overly broad and unduly burdensome.  MGA Mexico further objects to

27 | the phrase "used" as vague and ambiguous.  MGA Mexico further objects to the

28 | request to the extent that it seeks documents that by reason of public filing, public

**EXHIBIT _10_ PAGE 186**

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MA___, ___
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A                                    MSW - Draft December 19, 2007 - 1:25 PM

1    distribution or otherwise are already in Mattel's possession or are readily accessible

2    to Mattel.  MGA Mexico further objects to the request to the extent that it seeks

3    documents not in MGA Mexico's possession, custody or control.  MGA Mexico

4    further objects to the request to the extent it seeks confidential, proprietary or

5    commercially sensitive information, the disclosure of which would be inimical to the

6    business interests of MGA Mexico.  Such information may also be subject to

7    protective orders governing other litigations thereby precluding disclosure in

8    response to this request.  MGA Mexico further objects to the request to the extent it

9    violates the privacy rights of third parties to their private, confidential, proprietary or

10   trade secret information.

11         MGA Mexico further objects to this request as cumulative, duplicative, and

12   unduly burdensome to the extent that it seeks documents previously requested by

13   Mattel and/or produced in response to Mattel's document requests.

14   REQUEST FOR PRODUCTION NO. 70:

15         All DOCUMENTS that YOU contend prove or that YOU will rely on in this

16   ACTION to prove that MATTEL suffered no harm caused by YOUR use and/or

17   disclosure of any information in the MATTEL DOCUMENTS.

18   RESPONSE TO REQUEST FOR PRODUCTION NO. 70:

19         MGA Mexico incorporates by reference its General Response and General

20   Objections above, as though fully set forth herein and specifically incorporates

21   General Objection No. 15 (regarding Definitions), including without limitation MGA

22   Mexico's objection to the definition of the terms MATTEL, YOUR and MATTEL

23   DOCUMENTS.  MGA Mexico further objects to the request to the extent it seeks the

24   production of documents that are protected from disclosure under any applicable

25   privilege, doctrine or immunity, including without limitation the attorney-client

26   privilege, the work product doctrine, the right of privacy, and all other privileges

27   recognized under the constitutional, statutory or decisional law of the United States

28   of America, the State of California or any other applicable jurisdiction, including, but

-111-

EXHIBIT 10 PAGE 187

1 | not limited to, such laws existing in the United Mexican States. MGA Mexico
2 | further objects to this request on the grounds that it is overly broad and unduly
3 | burdensome in that it seeks documents not relevant to the claims or defenses in this
4 | action and not reasonably calculated to lead to the discovery of admissible evidence.
5 | The request is not limited to the subject matter of this action and is thus
6 | impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.
7 | MGA Mexico further objects to this request as being overly broad and unduly
8 | burdensome on the grounds that it is not limited in time or geographic scope. MGA
9 | Mexico further objects to this request on the grounds that the terms MATTEL,
10 | YOUR and MATTEL DOCUMENTS render the request vague, ambiguous, overly
11 | broad and unduly burdensome. MGA Mexico further objects to the terms "harm,"
12 | "use" and "disclosure" as vague and ambiguous. MGA Mexico further objects to the
13 | request to the extent that it seeks documents that by reason of public filing, public
14 | distribution or otherwise are already in Mattel's possession or are readily accessible
15 | to Mattel. MGA Mexico further objects to the request to the extent that it seeks
16 | documents not in MGA Mexico's possession, custody or control. MGA Mexico
17 | further objects to the request to the extent it seeks confidential, proprietary or
18 | commercially sensitive information, the disclosure of which would be inimical to the
19 | business interests of MGA Mexico. Such information may also be subject to
20 | protective orders governing other litigations thereby precluding disclosure in
21 | response to this request. MGA Mexico further objects to the request to the extent it
22 | violates the privacy rights of third parties to their private, confidential, proprietary or
23 | trade secret information.
24 |       MGA Mexico further objects to this request as cumulative, duplicative, and
25 | unduly burdensome to the extent that it seeks documents previously requested by
26 | Mattel and/or produced in response to Mattel's document requests.
27 |
28 |

-112-

**EXHIBIT _10_ PAGE 188**

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
2.56415.05-Palo Alto Server 1A                 MSW - Draft December 19, 2007 - 1:25 PM

1 | REQUEST FOR PRODUCTION NO. 71:

2 |      All DOCUMENTS that YOU contend prove or that YOU will rely on in this

3 | ACTION to prove that YOU obtained no benefit from YOUR use and/or disclosure

4 | of any information in the MATTEL DOCUMENTS.

5 | RESPONSE TO REQUEST FOR PRODUCTION NO. 71:

6 |      MGA Mexico incorporates by reference its General Response and General

7 | Objections above, as though fully set forth herein and specifically incorporates

8 | General Objection No. 15 (regarding Definitions), including without limitation MGA

9 | Mexico's objection to the definition of the terms MATTEL DOCUMENTS, and

10 | YOU. MGA Mexico further objects to the request to the extent it seeks the

11 | production of documents that are protected from disclosure under any applicable

12 | privilege, doctrine or immunity, including without limitation the attorney-client

13 | privilege, the work product doctrine, the right of privacy, and all other privileges

14 | recognized under the constitutional, statutory or decisional law of the United States

15 | of America, the State of California or any other applicable jurisdiction, including, but

16 | not limited to, such laws existing in the United Mexican States. MGA Mexico

17 | further objects to this request on the grounds that it is overly broad and unduly

18 | burdensome in that it seeks documents not relevant to the claims or defenses in this

19 | action and not reasonably calculated to lead to the discovery of admissible evidence.

20 | The request is not limited to the subject matter of this action and is thus

21 | impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.

22 | MGA Mexico further objects to this request as being overly broad and unduly

23 | burdensome on the grounds that it is not limited in time or geographic scope. MGA

24 | Mexico further objects to this request on the grounds that the term MATTEL

25 | DOCUMENTS and YOU render the request vague, ambiguous, overly broad and

26 | unduly burdensome. MGA Mexico further objects to the terms "use" and

27 | "disclosure" as vague and ambiguous. MGA Mexico further objects to the request

28 | to the extent that it seeks documents that by reason of public fi<sup></sup>

-113-

EXHIBIT <u>10</u> PAGE 189

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415:05-Palo Alto Server 1A                                      MSW - Draft December 19, 2007 - 1:25 PM

1  distribution or otherwise are already in Mattel's possession or are readily accessible

2  to Mattel. MGA Mexico further objects to the request to the extent that it seeks

3  documents not in MGA Mexico's possession, custody or control. MGA Mexico

4  further objects to the request to the extent it seeks confidential, proprietary or

5  commercially sensitive information, the disclosure of which would be inimical to the

6  business interests of MGA Mexico. Such information may also be subject to

7  protective orders governing other litigations thereby precluding disclosure in

8  response to this request. MGA Mexico further objects to the request to the extent it

9  violates the privacy rights of third parties to their private, confidential, proprietary or

10  trade secret information.

11       MGA Mexico further objects to this request as cumulative, duplicative, and

12  unduly burdensome to the extent that it seeks documents previously requested by

13  Mattel and/or produced in response to Mattel's document requests.

14  REQUEST FOR PRODUCTION NO. 72:

15       All DOCUMENTS that REFER OR RELATE TO YOUR product or product

16  line offerings, or contemplated or proposed product or product line offerings, for

17  calendar year 2004, including without limitation YOUR product line lists for such

18  time period and all DOCUMENTS that REFER OR RELATE TO changes or

19  amendments or contemplated or proposed changes or amendments thereto.

20  RESPONSE TO REQUEST FOR PRODUCTION NO. 72:

21       MGA Mexico incorporates by reference its General Response and General

22  Objections above, as though fully set forth herein and specifically incorporates

23  General Objection No. 15 (regarding Definitions), including without limitation MGA

24  Mexico's objection to the definition of the term REFER OR RELATE TO. MGA

25  Mexico further objects to the request to the extent it seeks the production of

26  documents that are protected from disclosure under any applicable privilege, doctrine

27  or immunity, including without limitation the attorney-client privilege, the work

28  product doctrine, the right of privacy, and all other privileges recognized under the

-114-

**EXHIBIT** _10_ **PAGE 190**

1 | constitutional, statutory or decisional law of the United States of America, the State
2 | of California or any other applicable jurisdiction, including, but not limited to, such
3 | laws existing in the United Mexican States. MGA Mexico further objects to this
4 | request on the grounds that it is overly broad and unduly burdensome in that it seeks
5 | documents not relevant to the claims or defenses in this action and not reasonably
6 | calculated to lead to the discovery of admissible evidence. Mattel has not
7 | demonstrated how *all* DOCUMENTS that REFER OR RELATE TO YOUR product
8 | or product line offerings, or contemplated or proposed product or product line
9 | offerings, for calendar year 2004, could be relevant to the claims and defenses in this
10 | action. The request is not limited to the subject matter of this action and is thus
11 | impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.
12 | MGA Mexico further objects to this request as being overly broad and unduly
13 | burdensome on the grounds that it is not sufficiently limited in time or geographic
14 | scope. MGA Mexico further objects to this request on the grounds that the term
15 | REFER OR RELATE TO renders the request vague, ambiguous, overly broad and
16 | unduly burdensome. MGA Mexico further objects to the request to the extent that it
17 | seeks documents that by reason of public filing, public distribution or otherwise are
18 | already in Mattel's possession or are readily accessible to Mattel. MGA Mexico
19 | further objects to the request to the extent that it seeks documents not in MGA
20 | Mexico's possession, custody or control. MGA Mexico further objects to the request
21 | to the extent it seeks confidential, proprietary or commercially sensitive information,
22 | the disclosure of which would be inimical to the business interests of MGA Mexico.
23 | Such information may also be subject to protective orders governing other litigations
24 | thereby precluding disclosure in response to this request. MGA Mexico further
25 | objects to the request to the extent it violates the privacy rights of third parties to
26 | their private, confidential, proprietary or trade secret information.
27 |
28 |

-115-

**EXHIBIT** *10* **PAGE 191**

1    MGA Mexico further objects to this request as cumulative, duplicative, and

2    unduly burdensome to the extent that it seeks documents previously requested by

3    Mattel and/or produced in response to Mattel's document requests.

4    REQUEST FOR PRODUCTION NO. 73:

5    All DOCUMENTS that REFER OR RELATE TO YOUR product or product

6    line offerings, or contemplated or proposed product or product line offerings, for

7    calendar year 2005, including without limitation YOUR product line lists for such

8    time period and all DOCUMENTS that REFER OR RELATE TO changes or

9    amendments or contemplated or proposed changes or amendments thereto.

10   RESPONSE TO REQUEST FOR PRODUCTION NO. 73:

11   MGA Mexico incorporates by reference its General Response and General

12   Objections above, as though fully set forth herein and specifically incorporates

13   General Objection No. 15 (regarding Definitions), including without limitation MGA

14   Mexico's objection to the definition of the term REFER OR RELATE TO.  MGA

15   Mexico further objects to the request to the extent it seeks the production of

16   documents that are protected from disclosure under any applicable privilege, doctrine

17   or immunity, including without limitation the attorney-client privilege, the work

18   product doctrine, the right of privacy, and all other privileges recognized under the

19   constitutional, statutory or decisional law of the United States of America, the State

20   of California or any other applicable jurisdiction, including, but not limited to, such

21   laws existing in the United Mexican States.  MGA Mexico further objects to this

22   request on the grounds that it is overly broad and unduly burdensome in that it seeks

23   documents not relevant to the claims or defenses in this action and not reasonably

24   calculated to lead to the discovery of admissible evidence.  Mattel has not

25   demonstrated how *all* DOCUMENTS that REFER OR RELATE TO YOUR product

26   or product line offerings, or contemplated or proposed product or product line

27   offerings, for calendar year 2005 could be relevant to the claims and defenses in this

28   action.  The request is not limited to the subject matter of this action and is thus

-116-

1 | impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.

2 | MGA Mexico further objects to this request as being overly broad and unduly

3 | burdensome on the grounds that it is not sufficiently limited in time or geographic

4 | scope.  MGA Mexico further objects to this request on the grounds that the term

5 | REFER OR RELATE TO renders the request vague, ambiguous, overly broad and

6 | unduly burdensome.  MGA Mexico further objects to the request to the extent that it

7 | seeks documents that by reason of public filing, public distribution or otherwise are

8 | already in Mattel's possession or are readily accessible to Mattel.  MGA Mexico

9 | further objects to the request to the extent that it seeks documents not in MGA

10 | Mexico's possession, custody or control.  MGA Mexico further objects to the request

11 | to the extent it seeks confidential, proprietary or commercially sensitive information,

12 | the disclosure of which would be inimical to the business interests of MGA Mexico.

13 | Such information may also be subject to protective orders governing other litigations

14 | thereby precluding disclosure in response to this request.  MGA Mexico further

15 | objects to the request to the extent it violates the privacy rights of third parties to

16 | their private, confidential, proprietary or trade secret information.

17 |      MGA Mexico further objects to this request as cumulative, duplicative, and

18 | unduly burdensome to the extent that it seeks documents previously requested by

19 | Mattel and/or produced in response to Mattel's document requests.

20 | REQUEST FOR PRODUCTION NO. 74:

21 |      All DOCUMENTS that REFER OR RELATE TO YOUR product or product

22 | line offerings, or contemplated or proposed product or product line offerings, for

23 | calendar year 2006, including without limitation YOUR product line lists for such

24 | time period and all DOCUMENTS that REFER OR RELATE TO changes or

25 | amendments or contemplated or proposed changes or amendments thereto.

26 | RESPONSE TO REQUEST FOR PRODUCTION NO. 74:

27 |      MGA Mexico incorporates by reference its General Response and General

28 | Objections above, as though fully set forth herein and specifically incorporates

-117-

1  General Objection No. 15 (regarding Definitions), including without limitation MGA

2  Mexico's objection to the definition of the term REFER OR RELATE TO.  MGA

3  Mexico further objects to the request to the extent it seeks the production of

4  documents that are protected from disclosure under any applicable privilege, doctrine

5  or immunity, including without limitation the attorney-client privilege, the work

6  product doctrine, the right of privacy, and all other privileges recognized under the

7  constitutional, statutory or decisional law of the United States of America, the State

8  of California or any other applicable jurisdiction, including, but not limited to, such

9  laws existing in the United Mexican States.  MGA Mexico further objects to this

10 request on the grounds that it is overly broad and unduly burdensome in that it seeks

11 documents not relevant to the claims or defenses in this action and not reasonably

12 calculated to lead to the discovery of admissible evidence.  Mattel has not

13 demonstrated how *all* DOCUMENTS that REFER OR RELATE TO YOUR product

14 or product line offerings, or contemplated or proposed product or product line

15 offerings, for calendar year 2006, could be relevant to the claims and defenses in this

16 action.  The request is not limited to the subject matter of this action and is thus

17 impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.

18 MGA Mexico further objects to this request as being overly broad and unduly

19 burdensome on the grounds that it is not sufficiently limited in time or geographic

20 scope.  MGA Mexico further objects to this request on the grounds that the term

21 REFER OR RELATE TO renders the request vague, ambiguous, overly broad and

22 unduly burdensome.  MGA Mexico further objects to the request to the extent that it

23 seeks documents that by reason of public filing, public distribution or otherwise are

24 already in Mattel's possession or are readily accessible to Mattel.  MGA Mexico

25 further objects to the request to the extent that it seeks documents not in MGA

26 Mexico's possession, custody or control.  MGA Mexico further objects to the request

27 to the extent it seeks confidential, proprietary or commercially sensitive information,

28 the disclosure of which would be inimical to the business interests of MGA Mexico.

-118-

EXHIBIT *10*  PAGE 194

1  Such information may also be subject to protective orders governing other litigations

2  thereby precluding disclosure in response to this request. MGA Mexico further

3  objects to the request to the extent it violates the privacy rights of third parties to

4  their private, confidential, proprietary or trade secret information.

5      MGA Mexico further objects to this request as cumulative, duplicative, and

6  unduly burdensome to the extent that it seeks documents previously requested by

7  Mattel and/or produced in response to Mattel's document requests.

8  REQUEST FOR PRODUCTION NO. 75:

9      All DOCUMENTS that REFER OR RELATE TO YOUR product or product

10  line offerings, or contemplated or proposed product or product line offerings, for

11  calendar year 2007, including without limitation YOUR product line lists for such

12  time period and all DOCUMENTS that REFER OR RELATE TO changes or

13  amendments or contemplated or proposed changes or amendments thereto.

14  RESPONSE TO REQUEST FOR PRODUCTION NO. 75:

15      MGA Mexico incorporates by reference its General Response and General

16  Objections above, as though fully set forth herein and specifically incorporates

17  General Objection No. 15 (regarding Definitions), including without limitation MGA

18  Mexico's objection to the definition of the term REFER OR RELATE TO. MGA

19  Mexico further objects to the request to the extent it seeks the production of

20  documents that are protected from disclosure under any applicable privilege, doctrine

21  or immunity, including without limitation the attorney-client privilege, the work

22  product doctrine, the right of privacy, and all other privileges recognized under the

23  constitutional, statutory or decisional law of the United States of America, the State

24  of California or any other applicable jurisdiction, including, but not limited to, such

25  laws existing in the United Mexican States. MGA Mexico further objects to this

26  request on the grounds that it is overly broad and unduly burdensome in that it seeks

27  documents not relevant to the claims or defenses in this action and not reasonably

28  calculated to lead to the discovery of admissible evidence. Mattel has not

-119-

MGAE de MEXICO S.R.L. de C.V.'S OBJECTIONS AND RESPONSES TO ... **EXHIBIT _10_ PAGE 195**
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A                      MSW - Draft December 19, 2007 - 1:25 PM

1  demonstrated how *all* DOCUMENTS that REFER OR RELATE TO YOUR product

2  or product line offerings, or contemplated or proposed product or product line

3  offerings, for calendar year 2007 could be relevant to the claims and defenses in this

4  action. The request is not limited to the subject matter of this action and is thus

5  impermissibly overbroad. <u>See</u> Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.

6  MGA Mexico further objects to this request as being overly broad and unduly

7  burdensome on the grounds that it is not sufficiently limited in time or geographic

8  scope. MGA Mexico further objects to this request on the grounds that the term

9  REFER OR RELATE TO renders the request vague, ambiguous, overly broad and

10 unduly burdensome. MGA Mexico further objects to the request to the extent that it

11 seeks documents that by reason of public filing, public distribution or otherwise are

12 already in Mattel's possession or are readily accessible to Mattel. MGA Mexico

13 further objects to the request to the extent that it seeks documents not in MGA

14 Mexico's possession, custody or control. MGA Mexico further objects to the request

15 to the extent it seeks confidential, proprietary or commercially sensitive information,

16 the disclosure of which would be inimical to the business interests of MGA Mexico.

17 Such information may also be subject to protective orders governing other litigations

18 thereby precluding disclosure in response to this request. MGA Mexico further

19 objects to the request to the extent it violates the privacy rights of third parties to

20 their private, confidential, proprietary or trade secret information.

21      MGA Mexico further objects to this request as cumulative, duplicative, and

22 unduly burdensome to the extent that it seeks documents previously requested by

23 Mattel and/or produced in response to Mattel's document requests.

24 <u>REQUEST FOR PRODUCTION NO. 76:</u>

25      All DOCUMENTS that REFER OR RELATE TO YOUR corporate structure

26 since January 1, 1999, including without limitation YOUR relationship with MGA

27 Entertainment, Inc. and the IDENTITY of YOUR officers, directors, shareholders

28 and employees since January 1, 1999.

-120-

**EXHIBIT** *10* **PAGE 196**

1  RESPONSE TO REQUEST FOR PRODUCTION NO. 76:

2       MGA Mexico incorporates by reference its General Response and General

3  Objections above, as though fully set forth herein and specifically incorporates

4  General Objection No. 15 (regarding Definitions), including without limitation MGA

5  Mexico's objection to the definition of the term REFER OR RELATE TO.  MGA

6  Mexico further objects to the request to the extent it seeks the production of

7  documents that are protected from disclosure under any applicable privilege, doctrine

8  or immunity, including without limitation the attorney-client privilege, the work

9  product doctrine, the right of privacy, and all other privileges recognized under the

10  constitutional, statutory or decisional law of the United States of America, the State

11  of California or any other applicable jurisdiction, including, but not limited to, such

12  laws existing in the United Mexican States.  MGA Mexico further objects to this

13  request on the grounds that it is overly broad and unduly burdensome in that it seeks

14  documents not relevant to the claims or defenses in this action and not reasonably

15  calculated to lead to the discovery of admissible evidence.  Mattel has not

16  demonstrated how *all* DOCUMENTS that REFER OR RELATE TO YOUR

17  corporate structure since January 1, 1999, could be relevant to the claims and

18  defenses in this action.  The request is not limited to the subject matter of this action

19  and is thus impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22 Order

20  at 21:5-7.  MGA Mexico further objects to this request as being overly broad and

21  unduly burdensome on the grounds that it is not sufficiently limited in time or

22  geographic scope.  MGA Mexico further objects to this request on the grounds that

23  the term REFER OR RELATE TO renders the request vague, ambiguous, overly

24  broad and unduly burdensome.  MGA Mexico further objects to the undefined term

25  "IDENTITY" as vague and ambiguous.  MGA Mexico further objects to the request

26  to the extent that it seeks documents that by reason of public filing, public

27  distribution or otherwise are already in Mattel's possession or are readily accessible

28  to Mattel.  MGA Mexico further objects to the request to the extent that it seeks

-121-

EXHIBIT _10_ PAGE 197

MGAE de MEXICO S.R.L. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)

2S6415.05-Palo Alto Server 1A                          MSW - Draft December 19, 2007 - 1:25 PM

1  documents not in MGA Mexico's possession, custody or control.  MGA Mexico

2  further objects to the request to the extent it seeks confidential, proprietary or

3  commercially sensitive information, the disclosure of which would be inimical to the

4  business interests of MGA Mexico.

5       MGA Mexico further objects to this request as cumulative, duplicative, and

6  unduly burdensome to the extent that it seeks documents previously requested by

7  Mattel and/or produced in response to Mattel's document requests.

8  REQUEST FOR PRODUCTION NO. 77:

9       To the extent not covered by other Requests, all DOCUMENTS, including

10 without limitation all COMMUNICATIONS between YOU and any PERSON, that

11 REFER OR RELATE TO any agreement or contract between MATTEL, on the one

12 hand, and any former employee of MATTEL who has been hired, considered,

13 solicited or interviewed for any position or potential position or employment by

14 YOU.

15 RESPONSE TO REQUEST FOR PRODUCTION NO. 77:

16      MGA Mexico incorporates by reference its General Response and General

17 Objections above, as though fully set forth herein and specifically incorporates

18 General Objection No. 15 (regarding Definitions), including without limitation MGA

19 Mexico's objection to the definition of the terms REFER OR RELATE TO and

20 MATTEL.  MGA Mexico further objects to the request to the extent it seeks the

21 production of documents that are protected from disclosure under any applicable

22 privilege, doctrine or immunity, including without limitation the attorney-client

23 privilege, the work product doctrine, the right of privacy, and all other privileges

24 recognized under the constitutional, statutory or decisional law of the United States

25 of America, the State of California or any other applicable jurisdiction, including, but

26 not limited to, such laws existing in the United Mexican States.  MGA Mexico

27 further objects to this request on the grounds that it is overly broad and unduly

28 burdensome in that it seeks documents not relevant to the claims or defenses in this

-122-

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A                                          MSW - Draft December 19, 2007 - 1:25 PM

EXHIBIT /0 PAGE 198

1   action and not reasonably calculated to lead to the discovery of admissible evidence.

2   Mattel has not demonstrated how *all* DOCUMENTS, including without limitation all

3   COMMUNICATIONS between YOU and any PERSON, that REFER OR RELATE

4   TO any agreement or contract between MATTEL, on the one hand, and any former

5   employee of MATTEL who has been hired, considered, solicited or interviewed for

6   any position or potential position or employment by YOU could be relevant to the

7   claims and defenses in this action.  The request is not limited to the subject matter of

8   this action and is thus impermissibly overbroad.  <u>See</u> Aug. 13 Order at 9:17-20; May

9   22 Order at 21:5-7.  MGA Mexico further objects to this request as being overly

10  broad and unduly burdensome on the grounds that it is not limited in time or

11  geographic scope.  MGA Mexico further objects to this request on the grounds that

12  the terms REFER OR RELATE TO and MATTEL render the request vague,

13  ambiguous, overly broad and unduly burdensome.  MGA Mexico further objects to

14  the phrase "potential position" as vague and ambiguous and to "employee" as calling

15  for a legal conclusion.  MGA Mexico further objects to the request to the extent that

16  it seeks documents that by reason of public filing, public distribution or otherwise

17  are already in Mattel's possession or are readily accessible to Mattel.  MGA Mexico

18  further objects to the request to the extent that it seeks documents not in MGA

19  Mexico's possession, custody or control.  MGA Mexico further objects to the request

20  to the extent it seeks confidential, proprietary or commercially sensitive information,

21  the disclosure of which would be inimical to the business interests of MGA Mexico.

22  Such information may also be subject to protective orders governing other litigations

23  thereby precluding disclosure in response to this request.  MGA Mexico further

24  objects to the request to the extent it violates the privacy rights of third parties to

25  their private, confidential, proprietary or trade secret information.

26        MGA Mexico further objects to this request as cumulative, duplicative, and

27  unduly burdensome to the extent that it seeks documents previously requested by

28  Mattel and/or produced in response to Mattel's document requests.

-123-

**EXHIBIT** *10* **PAGE 199**

1 | REQUEST FOR PRODUCTION NO. 78:

2 |         All DOCUMENTS that REFER OR RELATE TO any effort by YOU to

3 | recruit employees or contractors who have been or are employed by or who have

4 | worked for MATTEL since January 1, 1999, including but not limited to advertising,

5 | media releases, brochures, articles, catalogs, handbooks, and public relations

6 | material.

7 | RESPONSE TO REQUEST FOR PRODUCTION NO. 78:

8 |         MGA Mexico incorporates by reference its General Response and General

9 | Objections above, as though fully set forth herein and specifically incorporates

10 | General Objection No. 15 (regarding Definitions), including without limitation MGA

11 | Mexico's objection to the definition of the term REFER OR RELATE TO.  MGA

12 | Mexico further objects to the request to the extent it seeks the production of

13 | documents that are protected from disclosure under any applicable privilege, doctrine

14 | or immunity, including without limitation the attorney-client privilege, the work

15 | product doctrine, the right of privacy, and all other privileges recognized under the

16 | constitutional, statutory or decisional law of the United States of America, the State

17 | of California or any other applicable jurisdiction, including, but not limited to, such

18 | laws existing in the United Mexican States.  MGA Mexico further objects to this

19 | request on the grounds that it is overly broad and unduly burdensome in that it seeks

20 | documents not relevant to the claims or defenses in this action and not reasonably

21 | calculated to lead to the discovery of admissible evidence.  Mattel has not

22 | demonstrated how *all* DOCUMENTS that REFER OR RELATE TO any effort by

23 | YOU to recruit employees or contractors who have been or are employed by or who

24 | have worked for MATTEL since January 1, 1999, could be relevant to the claims

25 | and defenses in this action.  The request is not limited to the subject matter of this

26 | action and is thus impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22

27 | Order at 21:5-7.  MGA Mexico further objects to this request as being overly broad

28 | and unduly burdensome on the grounds that it is not sufficiently limited in time or

-124-

EXHIBIT *10* PAGE 200

1   geographic scope.  MGA Mexico further objects to this request on the grounds that

2   the term REFER OR RELATE TO renders the request vague, ambiguous, overly

3   broad and unduly burdensome.  MGA Mexico further objects to the phrase "worked

4   for" as vague and ambiguous, and to the terms "employees" and "employed" as

5   calling for legal conclusions.  MGA Mexico further objects to the request to the

6   extent that it seeks documents that by reason of public filing, public distribution or

7   otherwise are already in Mattel's possession or are readily accessible to Mattel.

8   MGA Mexico further objects to the request to the extent that it seeks documents not

9   in MGA Mexico's possession, custody or control.  MGA Mexico further objects to

10  the request to the extent it seeks confidential, proprietary or commercially sensitive

11  information, the disclosure of which would be inimical to the business interests of

12  MGA Mexico.  Such information may also be subject to protective orders governing

13  other litigations thereby precluding disclosure in response to this request.  MGA

14  Mexico further objects to the request to the extent it violates the privacy rights of

15  third parties to their private, confidential, proprietary or trade secret information.

16      MGA Mexico further objects to this request as cumulative, duplicative, and

17  unduly burdensome to the extent that it seeks documents previously requested by

18  Mattel and/or produced in response to Mattel's document requests.

19  REQUEST FOR PRODUCTION NO. 79:

20      DOCUMENTS sufficient to IDENTIFY every PERSON who has entered into

21  a BRATZ LICENSE with YOU or anyone acting on YOUR behalf.

22  RESPONSE TO REQUEST FOR PRODUCTION NO. 79:

23      MGA Mexico incorporates by reference its General Response and General

24  Objections above, as though fully set forth herein and specifically incorporates

25  General Objection No. 15 (regarding Definitions), including without limitation MGA

26  Mexico's objection to the definition of the term BRATZ LICENSE.  MGA Mexico

27  further objects to the request to the extent it seeks the production of documents that

28  are protected from disclosure under any applicable privilege, doctrine or immunity,

-125-

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A                                    MSW - Draft December 19, 2007 - 1:25 PM

EXHIBIT _10_ PAGE 201

1 | including without limitation the attorney-client privilege, the work product doctrine,
2 | the right of privacy, and all other privileges recognized under the constitutional,
3 | statutory or decisional law of the United States of America, the State of California or
4 | any other applicable jurisdiction, including, but not limited to, such laws existing in
5 | the United Mexican States.  MGA Mexico further objects to this request on the
6 | grounds that it is overly broad and unduly burdensome in that it seeks documents not
7 | relevant to the claims or defenses in this action and not reasonably calculated to lead
8 | to the discovery of admissible evidence.  The request is not limited to the subject
9 | matter of this action and is thus impermissibly overbroad.  <u>See</u> Aug. 13 Order at
10 | 9:17-20; May 22 Order at 21:5-7.  MGA Mexico further objects to this request as
11 | being overly broad and unduly burdensome on the grounds that it is not limited in
12 | time or geographic scope.  MGA Mexico further objects to this request on the
13 | grounds that the term BRATZ LICENSE renders the request vague, ambiguous,
14 | overly broad and unduly burdensome.  MGA Mexico further objects to the request to
15 | the extent that it seeks documents that by reason of public filing, public distribution
16 | or otherwise are already in Mattel's possession or are readily accessible to Mattel.
17 | MGA Mexico further objects to the request to the extent that it seeks documents not
18 | in MGA Mexico's possession, custody or control.  MGA Mexico further objects to
19 | the request to the extent it seeks confidential, proprietary or commercially sensitive
20 | information, the disclosure of which would be inimical to the business interests of
21 | MGA Mexico.

22 |     MGA Mexico further objects to this request as cumulative, duplicative, and
23 | unduly burdensome to the extent that it seeks documents previously requested by
24 | Mattel and/or produced in response to Mattel's document requests.
25 | REQUEST FOR PRODUCTION NO. 80:
26 |     DOCUMENTS sufficient to IDENTIFY by product name, product number
27 | and SKU each BRATZ PRODUCT including, without limitation, each BRATZ
28 | DOLL, sold by YOU or YOUR licensees.

-126-

**EXHIBIT** *10* **PAGE 202**

MGAE de MEXICO S.R.L. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A        MSW - Draft December 19, 2007 - 1:25 PM

1  RESPONSE TO REQUEST FOR PRODUCTION NO. 80:

2         MGA Mexico incorporates by reference its General Response and General

3  Objections above, as though fully set forth herein and specifically incorporates

4  General Objection No. 15 (regarding Definitions), including without limitation MGA

5  Mexico's objection to the definition of the terms BRATZ PRODUCT and BRATZ

6  DOLL. MGA Mexico further objects to the request to the extent it seeks the

7  production of documents that are protected from disclosure under any applicable

8  privilege, doctrine or immunity, including without limitation the attorney-client

9  privilege, the work product doctrine, the right of privacy, and all other privileges

10 recognized under the constitutional, statutory or decisional law of the United States

11 of America, the State of California or any other applicable jurisdiction, including, but

12 not limited to, such laws existing in the United Mexican States. MGA Mexico

13 further objects to this request on the grounds that it is overly broad and unduly

14 burdensome in that it seeks documents not relevant to the claims or defenses in this

15 action and not reasonably calculated to lead to the discovery of admissible evidence.

16 The request is not limited to the subject matter of this action and is thus

17 impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.

18 MGA Mexico further objects to this request as being overly broad and unduly

19 burdensome on the grounds that it is not limited in time or geographic scope. MGA

20 Mexico further objects to this request on the grounds that the terms BRATZ

21 PRODUCT and BRATZ DOLL render the request vague, ambiguous, overly broad

22 and unduly burdensome. MGA Mexico further objects to the request to the extent

23 that it seeks documents that by reason of public filing, public distribution or

24 otherwise are already in Mattel's possession or are readily accessible to Mattel.

25 MGA Mexico further objects to the request to the extent that it seeks documents not

26 in MGA Mexico's possession, custody or control. MGA Mexico further objects to

27 the request to the extent it seeks confidential, proprietary or commercially sensitive

28

**EXHIBIT 10 PAGE 203**

-127-

1 information, the disclosure of which would be inimical to the business interests of

2 MGA Mexico.

3      MGA Mexico further objects to this request as cumulative, duplicative, and

4 unduly burdensome to the extent that it seeks documents previously requested by

5 Mattel and/or produced in response to Mattel's document requests.

6 REQUEST FOR PRODUCTION NO. 81:

7      DOCUMENTS sufficient to show the number of units of each BRATZ DOLL

8 sold by YOU or YOUR licensees.

9 RESPONSE TO REQUEST FOR PRODUCTION NO. 81:

10      MGA Mexico incorporates by reference its General Response and General

11 Objections above, as though fully set forth herein and specifically incorporates

12 General Objection No. 15 (regarding Definitions), including without limitation MGA

13 Mexico's objection to the definition of the term BRATZ DOLL.  MGA Mexico

14 further objects to the request to the extent it seeks the production of documents that

15 are protected from disclosure under any applicable privilege, doctrine or immunity,

16 including without limitation the attorney-client privilege, the work product doctrine,

17 the right of privacy, and all other privileges recognized under the constitutional,

18 statutory or decisional law of the United States of America, the State of California or

19 any other applicable jurisdiction, including, but not limited to, such laws existing in

20 the United Mexican States.  MGA Mexico further objects to this request on the

21 grounds that it is overly broad and unduly burdensome in that it seeks documents not

22 relevant to the claims or defenses in this action and not reasonably calculated to lead

23 to the discovery of admissible evidence.  The request is not limited to the subject

24 matter of this action and is thus impermissibly overbroad.  See Aug. 13 Order at

25 9:17-20; May 22 Order at 21:5-7.  MGA Mexico further objects to this request as

26 being overly broad and unduly burdensome on the grounds that it is not limited in

27 time or geographic scope.  MGA Mexico further objects to this request on the

28 grounds that the term BRATZ DOLL renders the request vague, ambiguous, overly

-128-

EXHIBIT 10 PAGE 204

1  broad and unduly burdensome.  MGA Mexico further objects to the request to the

2  extent that it seeks documents that by reason of public filing, public distribution or

3  otherwise are already in Mattel's possession or are readily accessible to Mattel.

4  MGA Mexico further objects to the request to the extent that it seeks documents not

5  in MGA Mexico's possession, custody or control.  MGA Mexico further objects to

6  the request to the extent it seeks confidential, proprietary or commercially sensitive

7  information, the disclosure of which would be inimical to the business interests of

8  MGA Mexico.

9        MGA Mexico further objects to this request as cumulative, duplicative, and

10  unduly burdensome to the extent that it seeks documents previously requested by

11  Mattel and/or produced in response to Mattel's document requests.

12  REQUEST FOR PRODUCTION NO. 82:

13        DOCUMENTS sufficient to show the revenue received by YOU from the sale

14  of each BRATZ DOLL sold by YOU or YOUR licensees.

15  RESPONSE TO REQUEST FOR PRODUCTION NO. 82:

16        MGA Mexico incorporates by reference its General Response and General

17  Objections above, as though fully set forth herein and specifically incorporates

18  General Objection No. 15 (regarding Definitions), including without limitation MGA

19  Mexico's objection to the definition of the term BRATZ DOLL.  MGA Mexico

20  further objects to the request to the extent it seeks the production of documents that

21  are protected from disclosure under any applicable privilege, doctrine or immunity,

22  including without limitation the attorney-client privilege, the work product doctrine,

23  the right of privacy, and all other privileges recognized under the constitutional,

24  statutory or decisional law of the United States of America, the State of California or

25  any other applicable jurisdiction, including, but not limited to, such laws existing in

26  the United Mexican States.  MGA Mexico further objects to this request on the

27  grounds that it is overly broad and unduly burdensome in that it seeks documents not

28  relevant to the claims or defenses in this action and not reasonably calculated to lead

EXHIBIT _10_ PAGE 205

1  to the discovery of admissible evidence. The request is not limited to the subject

2  matter of this action and is thus impermissibly overbroad. See Aug. 13 Order at

3  9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as

4  being overly broad and unduly burdensome on the grounds that it is not limited in

5  time or geographic scope. MGA Mexico further objects to this request on the

6  grounds that the term BRATZ DOLL renders the request vague, ambiguous, overly

7  broad and unduly burdensome. MGA Mexico further objects to the request to the

8  extent that it seeks documents that by reason of public filing, public distribution or

9  otherwise are already in Mattel's possession or are readily accessible to Mattel.

10  MGA Mexico further objects to the request to the extent that it seeks documents not

11  in MGA Mexico's possession, custody or control. MGA Mexico further objects to

12  the request to the extent it seeks confidential, proprietary or commercially sensitive

13  information, the disclosure of which would be inimical to the business interests of

14  MGA Mexico.

15       MGA Mexico further objects to this request as cumulative, duplicative, and

16  unduly burdensome to the extent that it seeks documents previously requested by

17  Mattel and/or produced in response to Mattel's document requests.

18  REQUEST FOR PRODUCTION NO. 83:

19       DOCUMENTS sufficient to show the revenue received by YOU from the sale

20  of each BRATZ DOLL sold by YOU or YOUR licensees.

21  RESPONSE TO REQUEST FOR PRODUCTION NO. 83:

22       MGA Mexico incorporates by reference its General Response and General

23  Objections above, as though fully set forth herein and specifically incorporates

24  General Objection No. 15 (regarding Definitions), including without limitation MGA

25  Mexico's objection to the definition of the term BRATZ DOLL. MGA Mexico

26  further objects to the request to the extent it seeks the production of documents that

27  are protected from disclosure under any applicable privilege, doctrine or immunity,

28  including without limitation the attorney-client privilege, the work product doctrine,

-130-

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A                                    MSW - Draft December 19, 2007 - 1:25 PM

EXHIBIT 10 PAGE 206

1  the right of privacy, and all other privileges recognized under the constitutional,

2  statutory or decisional law of the United States of America, the State of California or

3  any other applicable jurisdiction, including, but not limited to, such laws existing in

4  the United Mexican States.  MGA Mexico further objects to this request on the

5  grounds that it is overly broad and unduly burdensome in that it seeks documents not

6  relevant to the claims or defenses in this action and not reasonably calculated to lead

7  to the discovery of admissible evidence.  The request is not limited to the subject

8  matter of this action and is thus impermissibly overbroad.  See Aug. 13 Order at

9  9:17-20; May 22 Order at 21:5-7.  MGA Mexico further objects to this request as

10  being overly broad and unduly burdensome on the grounds that it is not limited in

11  time or geographic scope.  MGA Mexico further objects to this request on the

12  grounds that the term BRATZ DOLL renders the request vague, ambiguous, overly

13  broad and unduly burdensome.  MGA Mexico further objects to the request to the

14  extent that it seeks documents that by reason of public filing, public distribution or

15  otherwise are already in Mattel's possession or are readily accessible to Mattel.

16  MGA Mexico further objects to the request to the extent that it seeks documents not

17  in MGA Mexico's possession, custody or control.  MGA Mexico further objects to

18  the request to the extent it seeks confidential, proprietary or commercially sensitive

19  information, the disclosure of which would be inimical to the business interests of

20  MGA Mexico.

21      MGA Mexico further objects to this request as cumulative, duplicative, and

22  unduly burdensome to the extent that it seeks documents previously requested by

23  Mattel and/or produced in response to Mattel's document requests.

24  REQUEST FOR PRODUCTION NO. 84:

25      All DOCUMENTS that evidence, reflect or REFER OR RELATE TO YOUR

26  profits from the sale of each BRATZ DOLL sold by YOU or YOUR licensees.

27

28

**EXHIBIT _10_ PAGE 207**

1  RESPONSE TO REQUEST FOR PRODUCTION NO. 84:

2       MGA Mexico incorporates by reference its General Response and General

3  Objections above, as though fully set forth herein and specifically incorporates

4  General Objection No. 15 (regarding Definitions), including without limitation MGA

5  Mexico's objection to the definition of the terms REFER OR RELATE TO and

6  BRATZ DOLL.  MGA Mexico further objects to the request to the extent it seeks the

7  production of documents that are protected from disclosure under any applicable

8  privilege, doctrine or immunity, including without limitation the attorney-client

9  privilege, the work product doctrine, the right of privacy, and all other privileges

10  recognized under the constitutional, statutory or decisional law of the United States

11  of America, the State of California or any other applicable jurisdiction, including, but

12  not limited to, such laws existing in the United Mexican States.  MGA Mexico

13  further objects to this request on the grounds that it is overly broad and unduly

14  burdensome in that it seeks documents not relevant to the claims or defenses in this

15  action and not reasonably calculated to lead to the discovery of admissible evidence.

16  Mattel has not demonstrated how *all* DOCUMENTS that evidence, reflect or REFER

17  OR RELATE TO YOUR profits from the sale of each BRATZ DOLL sold by YOU

18  or YOUR licensees, could be relevant to the claims and defenses in this action.  The

19  request is not limited to the subject matter of this action and is thus impermissibly

20  overbroad.  See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.  MGA Mexico

21  further objects to this request as being overly broad and unduly burdensome on the

22  grounds that it is not limited in time or geographic scope.  MGA Mexico further

23  objects to this request on the grounds that the terms REFER OR RELATE TO and

24  BRATZ DOLL render the request vague, ambiguous, overly broad and unduly

25  burdensome.  MGA Mexico further objects to the request to the extent that it seeks

26  documents that by reason of public filing, public distribution or otherwise are already

27  in Mattel's possession or are readily accessible to Mattel.  MGA Mexico further

28  objects to the request to the extent that it seeks documents not in MGA Mexico's

-132-

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO M. FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)

**EXHIBIT _10_ PAGE 208**

256415.05-Palo Alto Server 1A      MSW - Draft December 19, 2007 - 1:25 PM

1  possession, custody or control.  MGA Mexico further objects to the request to the

2  extent it seeks confidential, proprietary or commercially sensitive information, the

3  disclosure of which would be inimical to the business interests of MGA Mexico.

4  Such information may also be subject to protective orders governing other litigations

5  thereby precluding disclosure in response to this request.  MGA Mexico further

6  objects to the request to the extent it violates the privacy rights of third parties to

7  their private, confidential, proprietary or trade secret information.

8      MGA Mexico further objects to this request as cumulative, duplicative, and

9  unduly burdensome to the extent that it seeks documents previously requested by

10  Mattel and/or produced in response to Mattel's document requests.

11  REQUEST FOR PRODUCTION NO. 85:

12      For each customer to whom YOU or YOUR licensees have ever sold any

13  BRATZ DOLL, DOCUMENTS sufficient to show the number of units of each such

14  BRATZ DOLL sold by YOU or YOUR licensees to that customer.

15  RESPONSE TO REQUEST FOR PRODUCTION NO. 85:

16      MGA Mexico incorporates by reference its General Response and General

17  Objections above, as though fully set forth herein and specifically incorporates

18  General Objection No. 15 (regarding Definitions), including without limitation MGA

19  Mexico's objection to the definition of the terms BRATZ DOLL.  MGA Mexico

20  further objects to the request to the extent it seeks the production of documents that

21  are protected from disclosure under any applicable privilege, doctrine or immunity,

22  including without limitation the attorney-client privilege, the work product doctrine,

23  the right of privacy, and all other privileges recognized under the constitutional,

24  statutory or decisional law of the United States of America, the State of California or

25  any other applicable jurisdiction, including, but not limited to, such laws existing in

26  the United Mexican States.  MGA Mexico further objects to this request on the

27  grounds that it is overly broad and unduly burdensome in that it seeks documents not

28  relevant to the claims or defenses in this action and not reasonably calculated to lead

-133-

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO [MATTEL, INC.'S]
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A                                    MSW - Draft December 19, 2007 - 1:25 PM

EXHIBIT _10_ PAGE 209

1 to the discovery of admissible evidence. The request is not limited to the subject

2 matter of this action and is thus impermissibly overbroad. See Aug. 13 Order at

3 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as

4 being overly broad and unduly burdensome on the grounds that it is not limited in

5 time or geographic scope. MGA Mexico further objects to this request on the

6 grounds that the terms BRATZ DOLL renders the request vague, ambiguous, overly

7 broad and unduly burdensome. MGA Mexico further objects to the request to the

8 extent that it seeks documents that by reason of public filing, public distribution or

9 otherwise are already in Mattel's possession or are readily accessible to Mattel.

10 MGA Mexico further objects to the request to the extent that it seeks documents not

11 in MGA Mexico's possession, custody or control. MGA Mexico further objects to

12 the request to the extent it seeks confidential, proprietary or commercially sensitive

13 information, the disclosure of which would be inimical to the business interests of

14 MGA Mexico. MGA Mexico further objects to the request to the extent it violates

15 the privacy rights of third parties to their private, confidential, proprietary or trade

16 secret information.

17     MGA Mexico further objects to this request as cumulative, duplicative, and

18 unduly burdensome to the extent that it seeks documents previously requested by

19 Mattel and/or produced in response to Mattel's document requests.

20 REQUEST FOR PRODUCTION NO. 86:

21     For each customer to whom YOU or YOUR licensees have ever sold any

22 BRATZ DOLL, DOCUMENTS sufficient to show the revenue received by YOU

23 from each such BRATZ DOLL sold by YOU or YOUR licensees to that customer.

24 RESPONSE TO REQUEST FOR PRODUCTION NO. 86:

25     MGA Mexico incorporates by reference its General Response and General

26 Objections above, as though fully set forth herein and specifically incorporates

27 General Objection No. 15 (regarding Definitions), including without limitation MGA

28 Mexico's objection to the definition of the terms BRATZ DOLL. MGA Mexico

EXHIBIT 10 PAGE 210

1   further objects to the request to the extent it seeks the production of documents that

2   are protected from disclosure under any applicable privilege, doctrine or immunity,

3   including without limitation the attorney-client privilege, the work product doctrine,

4   the right of privacy, and all other privileges recognized under the constitutional,

5   statutory or decisional law of the United States of America, the State of California or

6   any other applicable jurisdiction, including, but not limited to, such laws existing in

7   the United Mexican States.  MGA Mexico further objects to this request on the

8   grounds that it is overly broad and unduly burdensome in that it seeks documents not

9   relevant to the claims or defenses in this action and not reasonably calculated to lead

10   to the discovery of admissible evidence.  The request is not limited to the subject

11   matter of this action and is thus impermissibly overbroad.  <u>See</u> Aug. 13 Order at

12   9:17-20; May 22 Order at 21:5-7.  MGA Mexico further objects to this request as

13   being overly broad and unduly burdensome on the grounds that it is not limited in

14   time or geographic scope.  MGA Mexico further objects to this request on the

15   grounds that the term BRATZ DOLL renders the request vague, ambiguous, overly

16   broad and unduly burdensome.  MGA Mexico further objects to the request to the

17   extent that it seeks documents that by reason of public filing, public distribution or

18   otherwise are already in Mattel's possession or are readily accessible to Mattel.

19   MGA Mexico further objects to the request to the extent that it seeks documents not

20   in MGA Mexico's possession, custody or control.  MGA Mexico further objects to

21   the request to the extent it seeks confidential, proprietary or commercially sensitive

22   information, the disclosure of which would be inimical to the business interests of

23   MGA Mexico.  MGA Mexico further objects to the request to the extent it violates

24   the privacy rights of third parties to their private, confidential, proprietary or trade

25   secret information.

26        MGA Mexico further objects to this request as cumulative, duplicative, and

27   unduly burdensome to the extent that it seeks documents previously requested by

28   Mattel and/or produced in response to Mattel's document requests.

-135-

**EXHIBIT** *10* **PAGE 211**

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A                           MSW - Draft December 19, 2007 - 1:25 PM

1  REQUEST FOR PRODUCTION NO. 87:

2       For each customer to whom YOU or YOUR licensees have ever sold any

3  BRATZ DOLL, DOCUMENTS sufficient to show YOUR profits from each such

4  BRATZ DOLL sold by YOU or YOUR licensees to that customer.

5  RESPONSE TO REQUEST FOR PRODUCTION NO. 87:

6       MGA Mexico incorporates by reference its General Response and General

7  Objections above, as though fully set forth herein and specifically incorporates

8  General Objection No. 15 (regarding Definitions), including without limitation MGA

9  Mexico's objection to the definition of the term BRATZ DOLL.  MGA Mexico

10  further objects to the request to the extent it seeks the production of documents that

11  are protected from disclosure under any applicable privilege, doctrine or immunity,

12  including without limitation the attorney-client privilege, the work product doctrine,

13  the right of privacy, and all other privileges recognized under the constitutional,

14  statutory or decisional law of the United States of America, the State of California or

15  any other applicable jurisdiction, including, but not limited to, such laws existing in

16  the United Mexican States.  MGA Mexico further objects to this request on the

17  grounds that it is overly broad and unduly burdensome in that it seeks documents not

18  relevant to the claims or defenses in this action and not reasonably calculated to lead

19  to the discovery of admissible evidence.  The request is not limited to the subject

20  matter of this action and is thus impermissibly overbroad.  See Aug. 13 Order at

21  9:17-20; May 22 Order at 21:5-7.  MGA Mexico further objects to this request as

22  being overly broad and unduly burdensome on the grounds that it is not limited in

23  time or geographic scope.  MGA Mexico further objects to this request on the

24  grounds that the term BRATZ DOLL renders the request vague, ambiguous, overly

25  broad and unduly burdensome.  MGA Mexico further objects to the phrase "YOUR

26  profits" as vague and ambiguous.  MGA Mexico further objects to the request to the

27  extent that it seeks documents that by reason of public filing, public distribution or

28  otherwise are already in Mattel's possession or are readily accessible to Mattel.

-136-

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MA____ ___ ___,  **EXHIBIT  _10_  PAGE 212**
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A                      MSW - Draft December 19, 2007 - 1:25 PM

1  MGA Mexico further objects to the request to the extent that it seeks documents not

2  in MGA Mexico's possession, custody or control. MGA Mexico further objects to

3  the request to the extent it seeks confidential, proprietary or commercially sensitive

4  information, the disclosure of which would be inimical to the business interests of

5  MGA Mexico. MGA Mexico further objects to the request to the extent it violates

6  the privacy rights of third parties to their private, confidential, proprietary or trade

7  secret information.

8       MGA Mexico further objects to this request as cumulative, duplicative, and

9  unduly burdensome to the extent that it seeks documents previously requested by

10  Mattel and/or produced in response to Mattel's document requests.

11  REQUEST FOR PRODUCTION NO. 88:

12       DOCUMENTS sufficient to show customer returns to YOU of BRATZ

13  DOLLS sold or distributed by YOU or YOUR licensees.

14  RESPONSE TO REQUEST FOR PRODUCTION NO. 88:

15       MGA Mexico incorporates by reference its General Response and General

16  Objections above, as though fully set forth herein and specifically incorporates

17  General Objection No. 15 (regarding Definitions), including without limitation MGA

18  Mexico's objection to the definition of the term BRATZ DOLLS. MGA Mexico

19  further objects to the request to the extent it seeks the production of documents that

20  are protected from disclosure under any applicable privilege, doctrine or immunity,

21  including without limitation the attorney-client privilege, the work product doctrine,

22  the right of privacy, and all other privileges recognized under the constitutional,

23  statutory or decisional law of the United States of America, the State of California or

24  any other applicable jurisdiction, including, but not limited to, such laws existing in

25  the United Mexican States. MGA Mexico further objects to this request on the

26  grounds that it is overly broad and unduly burdensome in that it seeks documents not

27  relevant to the claims or defenses in this action and not reasonably calculated to lead

28  to the discovery of admissible evidence. The request is not limited to the subject

-137-

1   matter of this action and is thus impermissibly overbroad. See Aug. 13 Order at

2   9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as

3   being overly broad and unduly burdensome on the grounds that it is not limited in

4   time or geographic scope. MGA Mexico further objects to this request on the

5   grounds that the term BRATZ DOLLS renders the request vague, ambiguous, overly

6   broad and unduly burdensome. MGA Mexico further objects to the request to the

7   extent that it seeks documents that by reason of public filing, public distribution or

8   otherwise are already in Mattel's possession or are readily accessible to Mattel.

9   MGA Mexico further objects to the request to the extent that it seeks documents not

10  in MGA Mexico's possession, custody or control. MGA Mexico further objects to

11  the request to the extent it seeks confidential, proprietary or commercially sensitive

12  information, the disclosure of which would be inimical to the business interests of

13  MGA Mexico.

14        MGA Mexico further objects to this request as cumulative, duplicative, and

15  unduly burdensome to the extent that it seeks documents previously requested by

16  Mattel and/or produced in response to Mattel's document requests.

17  REQUEST FOR PRODUCTION NO. 89:

18        DOCUMENTS sufficient to show customer rebates or credits given by YOU

19  or YOUR licensees to customers in connection with BRATZ DOLLS.

20  RESPONSE TO REQUEST FOR PRODUCTION NO. 89:

21        MGA Mexico incorporates by reference its General Response and General

22  Objections above, as though fully set forth herein and specifically incorporates

23  General Objection No. 15 (regarding Definitions), including without limitation MGA

24  Mexico's objection to the definition of the term BRATZ DOLL. MGA Mexico

25  further objects to the request to the extent it seeks the production of documents that

26  are protected from disclosure under any applicable privilege, doctrine or immunity,

27  including without limitation the attorney-client privilege, the work product doctrine,

28  the right of privacy, and all other privileges recognized under the constitutional,

-138-

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A                                           MSW - Draft December 19, 2007 - 1:25 PM

EXHIBIT 10 PAGE 214

1    statutory or decisional law of the United States of America, the State of California or

2    any other applicable jurisdiction, including, but not limited to, such laws existing in

3    the United Mexican States.  MGA Mexico further objects to this request on the

4    grounds that it is overly broad and unduly burdensome in that it seeks documents not

5    relevant to the claims or defenses in this action and not reasonably calculated to lead

6    to the discovery of admissible evidence.  The request is not limited to the subject

7    matter of this action and is thus impermissibly overbroad.  See Aug. 13 Order at

8    9:17-20; May 22 Order at 21:5-7.  MGA Mexico further objects to this request as

9    being overly broad and unduly burdensome on the grounds that it is not limited in

10   time or geographic scope.  MGA Mexico further objects to this request on the

11   grounds that the term BRATZ DOLLS renders the request vague, ambiguous, overly

12   broad and unduly burdensome.  MGA Mexico further objects to the phrase "in

13   connection with" as vague and ambiguous.  MGA Mexico further objects to the

14   request to the extent that it seeks documents that by reason of public filing, public

15   distribution or otherwise are already in Mattel's possession or are readily accessible

16   to Mattel.  MGA Mexico further objects to the request to the extent that it seeks

17   documents not in MGA Mexico's possession, custody or control.  MGA Mexico

18   further objects to the request to the extent it seeks confidential, proprietary or

19   commercially sensitive information, the disclosure of which would be inimical to the

20   business interests of MGA Mexico.

21       MGA Mexico further objects to this request as cumulative, duplicative, and

22   unduly burdensome to the extent that it seeks documents previously requested by

23   Mattel and/or produced in response to Mattel's document requests.

24   REQUEST FOR PRODUCTION NO. 90:

25       DOCUMENTS sufficient to show, by product number or SKU, the number of

26   units of each BRATZ DOLL sold by YOU or YOUR licensees.

27

28

-139-

**EXHIBIT** _10_ **PAGE 215**

1  RESPONSE TO REQUEST FOR PRODUCTION NO. 90:

2      MGA Mexico incorporates by reference its General Response and General

3  Objections above, as though fully set forth herein and specifically incorporates

4  General Objection No. 15 (regarding Definitions), including without limitation MGA

5  Mexico's objection to the definition of the term BRATZ DOLL.  MGA Mexico

6  further objects to the request to the extent it seeks the production of documents that

7  are protected from disclosure under any applicable privilege, doctrine or immunity,

8  including without limitation the attorney-client privilege, the work product doctrine,

9  the right of privacy, and all other privileges recognized under the constitutional,

10  statutory or decisional law of the United States of America, the State of California or

11  any other applicable jurisdiction, including, but not limited to, such laws existing in

12  the United Mexican States.  MGA Mexico further objects to this request on the

13  grounds that it is overly broad and unduly burdensome in that it seeks documents not

14  relevant to the claims or defenses in this action and not reasonably calculated to lead

15  to the discovery of admissible evidence.  The request is not limited to the subject

16  matter of this action and is thus impermissibly overbroad.  See Aug. 13 Order at

17  9:17-20; May 22 Order at 21:5-7.  MGA Mexico further objects to this request as

18  being overly broad and unduly burdensome on the grounds that it is not limited in

19  time or geographic scope.  MGA Mexico further objects to this request on the

20  grounds that the term BRATZ DOLL renders the request vague, ambiguous, overly

21  broad and unduly burdensome.  MGA Mexico further objects to the request to the

22  extent that it seeks documents that by reason of public filing, public distribution or

23  otherwise are already in Mattel's possession or are readily accessible to Mattel.

24  MGA Mexico further objects to the request to the extent that it seeks documents not

25  in MGA Mexico's possession, custody or control.  MGA Mexico further objects to

26  the request to the extent it seeks confidential, proprietary or commercially sensitive

27  information, the disclosure of which would be inimical to the business interests of

28  MGA Mexico.

-140-

**EXHIBIT _10_ PAGE 216**

1    MGA Mexico further objects to this request as cumulative, duplicative, and

2  unduly burdensome to the extent that it seeks documents previously requested by

3  Mattel and/or produced in response to Mattel's document requests.

4  REQUEST FOR PRODUCTION NO. 91:

5    DOCUMENTS sufficient to show, by product number or SKU, the revenue

6  received by YOU from the sale of each BRATZ DOLL sold by YOU or YOUR

7  licensees.

8  RESPONSE TO REQUEST FOR PRODUCTION NO. 91:

9    MGA Mexico incorporates by reference its General Response and General

10  Objections above, as though fully set forth herein and specifically incorporates

11  General Objection No. 15 (regarding Definitions), including without limitation MGA

12  Mexico's objection to the definition of the term BRATZ DOLL.  MGA Mexico

13  further objects to the request to the extent it seeks the production of documents that

14  are protected from disclosure under any applicable privilege, doctrine or immunity,

15  including without limitation the attorney-client privilege, the work product doctrine,

16  the right of privacy, and all other privileges recognized under the constitutional,

17  statutory or decisional law of the United States of America, the State of California or

18  any other applicable jurisdiction, including, but not limited to, such laws existing in

19  the United Mexican States.  MGA Mexico further objects to this request on the

20  grounds that it is overly broad and unduly burdensome in that it seeks documents not

21  relevant to the claims or defenses in this action and not reasonably calculated to lead

22  to the discovery of admissible evidence.  The request is not limited to the subject

23  matter of this action and is thus impermissibly overbroad.  See Aug. 13 Order at

24  9:17-20; May 22 Order at 21:5-7.  MGA Mexico further objects to this request as

25  being overly broad and unduly burdensome on the grounds that it is not limited in

26  time or geographic scope.  MGA Mexico further objects to this request on the

27  grounds that the term BRATZ DOLL renders the request vague, ambiguous, overly

28  broad and unduly burdensome.  MGA Mexico further objects to the request to the

EXHIBIT 10 PAGE 217

1   extent that it seeks documents that by reason of public filing, public distribution or

2   otherwise are already in Mattel's possession or are readily accessible to Mattel.

3   MGA Mexico further objects to the request to the extent that it seeks documents not

4   in MGA Mexico's possession, custody or control.  MGA Mexico further objects to

5   the request to the extent it seeks confidential, proprietary or commercially sensitive

6   information, the disclosure of which would be inimical to the business interests of

7   MGA Mexico.

8       MGA Mexico further objects to this request as cumulative, duplicative, and

9   unduly burdensome to the extent that it seeks documents previously requested by

10   Mattel and/or produced in response to Mattel's document requests.

11   <u>REQUEST FOR PRODUCTION NO. 92:</u>

12       DOCUMENTS sufficient to show, by product number or SKU, YOUR cost of

13   goods sold, unit cost and other costs for each BRATZ DOLL sold by YOU or YOUR

14   licensees.

15   <u>RESPONSE TO REQUEST FOR PRODUCTION NO. 92:</u>

16       MGA Mexico incorporates by reference its General Response and General

17   Objections above, as though fully set forth herein and specifically incorporates

18   General Objection No. 15 (regarding Definitions), including without limitation MGA

19   Mexico's objection to the definition of the term BRATZ DOLL.  MGA Mexico

20   further objects to the request to the extent it seeks the production of documents that

21   are protected from disclosure under any applicable privilege, doctrine or immunity,

22   including without limitation the attorney-client privilege, the work product doctrine,

23   the right of privacy, and all other privileges recognized under the constitutional,

24   statutory or decisional law of the United States of America, the State of California or

25   any other applicable jurisdiction, including, but not limited to, such laws existing in

26   the United Mexican States.  MGA Mexico further objects to this request on the

27   grounds that it is overly broad and unduly burdensome in that it seeks documents not

28   relevant to the claims or defenses in this action and not reasonably calculated to lead

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A           MSW - Draft December 19, 2007 - 1:25 PM

EXHIBIT 10 PAGE 218

1 | to the discovery of admissible evidence. The request is not limited to the subject

2 | matter of this action and is thus impermissibly overbroad. <u>See</u> Aug. 13 Order at

3 | 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as

4 | being overly broad and unduly burdensome on the grounds that it is not limited in

5 | time or geographic scope. MGA Mexico further objects to this request on the

6 | grounds that the term BRATZ DOLL renders the request vague, ambiguous, overly

7 | broad and unduly burdensome. MGA Mexico further objects to the phrase "unit cost

8 | and other costs" as vague and ambiguous. MGA Mexico further objects to the

9 | request to the extent that it seeks documents that by reason of public filing, public

10 | distribution or otherwise are already in Mattel's possession or are readily accessible

11 | to Mattel. MGA Mexico further objects to the request to the extent that it seeks

12 | documents not in MGA Mexico's possession, custody or control. MGA Mexico

13 | further objects to the request to the extent it seeks confidential, proprietary or

14 | commercially sensitive information, the disclosure of which would be inimical to the

15 | business interests of MGA Mexico.

16 |     MGA Mexico further objects to this request as cumulative, duplicative, and

17 | unduly burdensome to the extent that it seeks documents previously requested by

18 | Mattel and/or produced in response to Mattel's document requests.

19 | REQUEST FOR PRODUCTION NO. 93:

20 |     All DOCUMENTS that evidence, reflect or REFER OR RELATE TO YOUR

21 | profits, by product number or SKU, from the sale of each BRATZ DOLL sold by

22 | YOU or YOUR licensees.

23 | RESPONSE TO REQUEST FOR PRODUCTION NO. 93:

24 |     MGA Mexico incorporates by reference its General Response and General

25 | Objections above, as though fully set forth herein and specifically incorporates

26 | General Objection No. 15 (regarding Definitions), including without limitation MGA

27 | Mexico's objection to the definition of the terms BRATZ DOLL and REFER OR

28 | RELATE TO. MGA Mexico further objects to the request to the extent it seeks the

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO M. **EXHIBIT 10 PAGE 219**
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A         MSW - Draft December 19, 2007 - 1:25 PM

1  production of documents that are protected from disclosure under any applicable

2  privilege, doctrine or immunity, including without limitation the attorney-client

3  privilege, the work product doctrine, the right of privacy, and all other privileges

4  recognized under the constitutional, statutory or decisional law of the United States

5  of America, the State of California or any other applicable jurisdiction, including, but

6  not limited to, such laws existing in the United Mexican States.  MGA Mexico

7  further objects to this request on the grounds that it is overly broad and unduly

8  burdensome in that it seeks documents not relevant to the claims or defenses in this

9  action and not reasonably calculated to lead to the discovery of admissible evidence.

10  Mattel has not demonstrated how *all* DOCUMENTS that evidence, reflect or REFER

11  OR RELATE TO YOUR profits, by product number or SKU, from the sale of each

12  BRATZ DOLL sold by YOU or YOUR licensees, could be relevant to the claims

13  and defenses in this action.  The request is not limited to the subject matter of this

14  action and is thus impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22

15  Order at 21:5-7.  MGA Mexico further objects to this request as being overly broad

16  and unduly burdensome on the grounds that it is not limited in time or geographic

17  scope.  MGA Mexico further objects to this request on the grounds that the terms

18  REFER OR RELATE TO and BRATZ DOLL render the request vague, ambiguous,

19  overly broad and unduly burdensome.  MGA Mexico further objects to the term

20  "reflect" as vague and ambiguous.  MGA Mexico further objects to the request to the

21  extent that it seeks documents that by reason of public filing, public distribution or

22  otherwise are already in Mattel's possession or are readily accessible to Mattel.

23  MGA Mexico further objects to the request to the extent that it seeks documents not

24  in MGA Mexico's possession, custody or control.  MGA Mexico further objects to

25  the request to the extent it seeks confidential, proprietary or commercially sensitive

26  information, the disclosure of which would be inimical to the business interests of

27  MGA Mexico.  Such information may also be subject to protective orders governing

28  other litigations thereby precluding disclosure in response to this request.  MGA

-144-

EXHIBIT 10 PAGE 220

1 | Mexico further objects to the request to the extent it violates the privacy rights of

2 | third parties to their private, confidential, proprietary or trade secret information.

3 |     MGA Mexico further objects to this request as cumulative, duplicative, and

4 | unduly burdensome to the extent that it seeks documents previously requested by

5 | Mattel and/or produced in response to Mattel's document requests.

6 | REQUEST FOR PRODUCTION NO. 94:

7 |     For each customer to whom YOU or YOUR licensees have ever sold any

8 | BRATZ DOLL, DOCUMENTS sufficient to show, by product number or SKU, the

9 | number of units of each such BRATZ DOLL sold by YOU or YOUR licensees to

10 | that customer.

11 | RESPONSE TO REQUEST FOR PRODUCTION NO. 94:

12 |     MGA Mexico incorporates by reference its General Response and General

13 | Objections above, as though fully set forth herein and specifically incorporates

14 | General Objection No. 15 (regarding Definitions), including without limitation MGA

15 | Mexico's objection to the definition of the term BRATZ DOLL.  MGA Mexico

16 | further objects to the request to the extent it seeks the production of documents that

17 | are protected from disclosure under any applicable privilege, doctrine or immunity,

18 | including without limitation the attorney-client privilege, the work product doctrine,

19 | the right of privacy, and all other privileges recognized under the constitutional,

20 | statutory or decisional law of the United States of America, the State of California or

21 | any other applicable jurisdiction, including, but not limited to, such laws existing in

22 | the United Mexican States.  MGA Mexico further objects to this request on the

23 | grounds that it is overly broad and unduly burdensome in that it seeks documents not

24 | relevant to the claims or defenses in this action and not reasonably calculated to lead

25 | to the discovery of admissible evidence.  The request is not limited to the subject

26 | matter of this action and is thus impermissibly overbroad.  See Aug. 13 Order at

27 | 9:17-20; May 22 Order at 21:5-7.  MGA Mexico further objects to this request as

28 | being overly broad and unduly burdensome on the grounds that it is not limited in

**EXHIBIT _10_ PAGE 221**

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A            MSW - Draft December 19, 2007 - 1:25 PM

1 | time or geographic scope.  MGA Mexico further objects to this request on the
2 | grounds that the term BRATZ DOLL renders the request vague, ambiguous, overly
3 | broad and unduly burdensome.  MGA Mexico further objects to the request to the
4 | extent that it seeks documents that by reason of public filing, public distribution or
5 | otherwise are already in Mattel's possession or are readily accessible to Mattel.
6 | MGA Mexico further objects to the request to the extent that it seeks documents not
7 | in MGA Mexico's possession, custody or control.  MGA Mexico further objects to
8 | the request to the extent it seeks confidential, proprietary or commercially sensitive
9 | information, the disclosure of which would be inimical to the business interests of
10 | MGA Mexico.  MGA Mexico further objects to the request to the extent it violates
11 | the privacy rights of third parties to their private, confidential, proprietary or trade
12 | secret information.

13 | MGA Mexico further objects to this request as cumulative, duplicative, and
14 | unduly burdensome to the extent that it seeks documents previously requested by
15 | Mattel and/or produced in response to Mattel's document requests.

16 | REQUEST FOR PRODUCTION NO. 95:

17 | For each customer to whom YOU or YOUR licensees have ever sold any
18 | BRATZ DOLL, DOCUMENTS sufficient to show, by product number or SKU, the
19 | revenue received by YOU from each such BRATZ DOLL sold by YOU or YOUR
20 | licensees to that customer.

21 | RESPONSE TO REQUEST FOR PRODUCTION NO. 95:

22 | MGA Mexico incorporates by reference its General Response and General
23 | Objections above, as though fully set forth herein and specifically incorporates
24 | General Objection No. 15 (regarding Definitions), including without limitation MGA
25 | Mexico's objection to the definition of the term BRATZ DOLL.  MGA Mexico
26 | further objects to the request to the extent it seeks the production of documents that
27 | are protected from disclosure under any applicable privilege, doctrine or immunity,
28 | including without limitation the attorney-client privilege, the work product doctrine,

-146-

**EXHIBIT /0   PAGE 222**

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A                                    MSW - Draft December 19, 2007 - 1:25 PM

1  the right of privacy, and all other privileges recognized under the constitutional,

2  statutory or decisional law of the United States of America, the State of California or

3  any other applicable jurisdiction, including, but not limited to, such laws existing in

4  the United Mexican States.  MGA Mexico further objects to this request on the

5  grounds that it is overly broad and unduly burdensome in that it seeks documents not

6  relevant to the claims or defenses in this action and not reasonably calculated to lead

7  to the discovery of admissible evidence.  The request is not limited to the subject

8  matter of this action and is thus impermissibly overbroad.  See Aug. 13 Order at

9  9:17-20; May 22 Order at 21:5-7.  MGA Mexico further objects to this request as

10  being overly broad and unduly burdensome on the grounds that it is not limited in

11  time or geographic scope.  MGA Mexico further objects to this request on the

12  grounds that the term BRATZ DOLL renders the request vague, ambiguous, overly

13  broad and unduly burdensome.  MGA Mexico further objects to the request to the

14  extent that it seeks documents that by reason of public filing, public distribution or

15  otherwise are already in Mattel's possession or are readily accessible to Mattel.

16  MGA Mexico further objects to the request to the extent that it seeks documents not

17  in MGA Mexico's possession, custody or control.  MGA Mexico further objects to

18  the request to the extent it seeks confidential, proprietary or commercially sensitive

19  information, the disclosure of which would be inimical to the business interests of

20  MGA Mexico.  MGA Mexico further objects to the request to the extent it violates

21  the privacy rights of third parties to their private, confidential, proprietary or trade

22  secret information.

23       MGA Mexico further objects to this request as cumulative, duplicative, and

24  unduly burdensome to the extent that it seeks documents previously requested by

25  Mattel and/or produced in response to Mattel's document requests.

26  REQUEST FOR PRODUCTION NO. 96:

27       For each customer to whom YOU or YOUR licensees have ever sold any

28  BRATZ DOLL, DOCUMENTS sufficient to show, by product number or SKU,

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A                                    MSW - Draft December 19, 2007 - 1:25 PM

1 YOUR profits from each such BRATZ DOLL sold by YOU or YOUR licensees to

2 that customer.

3 RESPONSE TO REQUEST FOR PRODUCTION NO. 96:

4          MGA Mexico incorporates by reference its General Response and General

5 Objections above, as though fully set forth herein and specifically incorporates

6 General Objection No. 15 (regarding Definitions), including without limitation MGA

7 Mexico's objection to the definition of the term BRATZ DOLL. MGA Mexico

8 further objects to the request to the extent it seeks the production of documents that

9 are protected from disclosure under any applicable privilege, doctrine or immunity,

10 including without limitation the attorney-client privilege, the work product doctrine,

11 the right of privacy, and all other privileges recognized under the constitutional,

12 statutory or decisional law of the United States of America, the State of California or

13 any other applicable jurisdiction, including, but not limited to, such laws existing in

14 the United Mexican States. MGA Mexico further objects to this request on the

15 grounds that it is overly broad and unduly burdensome in that it seeks documents not

16 relevant to the claims or defenses in this action and not reasonably calculated to lead

17 to the discovery of admissible evidence. The request is not limited to the subject

18 matter of this action and is thus impermissibly overbroad. See Aug. 13 Order at

19 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as

20 being overly broad and unduly burdensome on the grounds that it is not limited in

21 time or geographic scope. MGA Mexico further objects to this request on the

22 grounds that the term BRATZ DOLL renders the request vague, ambiguous, overly

23 broad and unduly burdensome. MGA Mexico further objects to the request to the

24 extent that it seeks documents that by reason of public filing, public distribution or

25 otherwise are already in Mattel's possession or are readily accessible to Mattel.

26 MGA Mexico further objects to the request to the extent that it seeks documents not

27 in MGA Mexico's possession, custody or control. MGA Mexico further objects to

28 the request to the extent it seeks confidential, proprietary or commercially sensitive

-148-

EXHIBIT 10 PAGE 224