1  information, the disclosure of which would be inimical to the business interests of

2  MGA Mexico.  MGA Mexico further objects to the request to the extent it violates

3  the privacy rights of third parties to their private, confidential, proprietary or trade

4  secret information.

5       MGA Mexico further objects to this request as cumulative, duplicative, and

6  unduly burdensome to the extent that it seeks documents previously requested by

7  Mattel and/or produced in response to Mattel's document requests.

8  REQUEST FOR PRODUCTION NO. 97:

9       DOCUMENTS sufficient to show the revenue and profits derived by YOU

10  from the sale by YOU or YOUR licensees of BRATZ DOLLS including, without

11  limitation, DOCUMENTS sufficient to show sales revenue, costs of goods sold,

12  variable costs, gross margins, royalties paid and received, gross profits and net

13  profits.

14  RESPONSE TO REQUEST FOR PRODUCTION NO. 97:

15       MGA Mexico incorporates by reference its General Response and General

16  Objections above, as though fully set forth herein and specifically incorporates

17  General Objection No. 15 (regarding Definitions), including without limitation MGA

18  Mexico's objection to the definition of the term BRATZ DOLL.  MGA Mexico

19  further objects to the request to the extent it seeks the production of documents that

20  are protected from disclosure under any applicable privilege, doctrine or immunity,

21  including without limitation the attorney-client privilege, the work product doctrine,

22  the right of privacy, and all other privileges recognized under the constitutional,

23  statutory or decisional law of the United States of America, the State of California or

24  any other applicable jurisdiction, including, but not limited to, such laws existing in

25  the United Mexican States.  MGA Mexico further objects to this request on the

26  grounds that it is overly broad and unduly burdensome in that it seeks documents not

27  relevant to the claims or defenses in this action and not reasonably calculated to lead

28  to the discovery of admissible evidence.  The request is not limited to the subject

-149-

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A                            MSW - Draft December 19, 2007 - 1:25 PM

EXHIBIT 10 PAGE 225

1 | matter of this action and is thus impermissibly overbroad. <u>See</u> Aug. 13 Order at
2 | 9:17-20; May 22 Order at 21:5-7.  MGA Mexico further objects to this request as
3 | being overly broad and unduly burdensome on the grounds that it is not limited in
4 | time or geographic scope.  MGA Mexico further objects to this request on the
5 | grounds that the term BRATZ DOLLS renders the request vague, ambiguous, overly
6 | broad and unduly burdensome.  MGA Mexico further objects to the phrase as vague
7 | and ambiguous.  MGA Mexico further objects to the request to the extent that it
8 | seeks documents that by reason of public filing, public distribution or otherwise are
9 | already in Mattel's possession or are readily accessible to Mattel.  MGA Mexico
10 | further objects to the request to the extent that it seeks documents not in MGA
11 | Mexico's possession, custody or control.  MGA Mexico further objects to the request
12 | to the extent it seeks confidential, proprietary or commercially sensitive information,
13 | the disclosure of which would be inimical to the business interests of MGA Mexico.

14 | MGA Mexico further objects to this request as cumulative, duplicative, and
15 | unduly burdensome to the extent that it seeks documents previously requested by
16 | Mattel and/or produced in response to Mattel's document requests.

17 | <u>REQUEST FOR PRODUCTION NO. 98</u>:

18 | DOCUMENTS sufficient to show the number of units of each BRATZ
19 | PRODUCT sold by YOU or YOUR licensees.

20 | <u>RESPONSE TO REQUEST FOR PRODUCTION NO. 98</u>:

21 | MGA Mexico incorporates by reference its General Response and General
22 | Objections above, as though fully set forth herein and specifically incorporates
23 | General Objection No. 15 (regarding Definitions), including without limitation MGA
24 | Mexico's objection to the definition of the term BRATZ PRODUCT.  MGA Mexico
25 | further objects to the request to the extent it seeks the production of documents that
26 | are protected from disclosure under any applicable privilege, doctrine or immunity,
27 | including without limitation the attorney-client privilege, the work product doctrine,
28 | the right of privacy, and all other privileges recognized under the constitutional,

**EXHIBIT** _10_ **PAGE 226**

MGAE de MEXICO S.R.l. de C.V.'S OBJECTIONS AND RESPONSES TO M........, ........
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A                                    MSW - Draft December 19, 2007 - 1:25 PM

1  statutory or decisional law of the United States of America, the State of California or

2  any other applicable jurisdiction, including, but not limited to, such laws existing in

3  the United Mexican States.  MGA Mexico further objects to this request on the

4  grounds that it is overly broad and unduly burdensome in that it seeks documents not

5  relevant to the claims or defenses in this action and not reasonably calculated to lead

6  to the discovery of admissible evidence.  The request is not limited to the subject

7  matter of this action and is thus impermissibly overbroad.  See Aug. 13 Order at

8  9:17-20; May 22 Order at 21:5-7.  MGA Mexico further objects to this request as

9  being overly broad and unduly burdensome on the grounds that it is not limited in

10 time or geographic scope.  MGA Mexico further objects to this request on the

11 grounds that the term BRATZ PRODUCT renders the request vague, ambiguous,

12 overly broad and unduly burdensome.  MGA Mexico further objects to the request to

13 the extent that it seeks documents that by reason of public filing, public distribution

14 or otherwise are already in Mattel's possession or are readily accessible to Mattel.

15 MGA Mexico further objects to the request to the extent that it seeks documents not

16 in MGA Mexico's possession, custody or control.  MGA Mexico further objects to

17 the request to the extent it seeks confidential, proprietary or commercially sensitive

18 information, the disclosure of which would be inimical to the business interests of

19 MGA Mexico.

20        MGA Mexico further objects to this request as cumulative, duplicative, and

21 unduly burdensome to the extent that it seeks documents previously requested by

22 Mattel and/or produced in response to Mattel's document requests.

23 REQUEST FOR PRODUCTION NO. 99:

24        DOCUMENTS sufficient to show the revenue received by YOU from the sale

25 of each BRATZ PRODUCT sold by YOU or YOUR licensees.

26 RESPONSE TO REQUEST FOR PRODUCTION NO. 99:

27        MGA Mexico incorporates by reference its General Response and General

28 Objections above, as though fully set forth herein and specifically incorporates

-151-

**EXHIBIT** _10_ **PAGE 227**

1  General Objection No. 15 (regarding Definitions), including without limitation MGA

2  Mexico's objection to the definition of the term BRATZ PRODUCT.  MGA Mexico

3  further objects to the request to the extent it seeks the production of documents that

4  are protected from disclosure under any applicable privilege, doctrine or immunity,

5  including without limitation the attorney-client privilege, the work product doctrine,

6  the right of privacy, and all other privileges recognized under the constitutional,

7  statutory or decisional law of the United States of America, the State of California or

8  any other applicable jurisdiction, including, but not limited to, such laws existing in

9  the United Mexican States.  MGA Mexico further objects to this request on the

10  grounds that it is overly broad and unduly burdensome in that it seeks documents not

11  relevant to the claims or defenses in this action and not reasonably calculated to lead

12  to the discovery of admissible evidence.  The request is not limited to the subject

13  matter of this action and is thus impermissibly overbroad.  See Aug. 13 Order at

14  9:17-20; May 22 Order at 21:5-7.  MGA Mexico further objects to this request as

15  being overly broad and unduly burdensome on the grounds that it is not limited in

16  time or geographic scope.  MGA Mexico further objects to this request on the

17  grounds that the term BRATZ PRODUCT renders the request vague, ambiguous,

18  overly broad and unduly burdensome.  MGA Mexico further objects to the request to

19  the extent that it seeks documents that by reason of public filing, public distribution

20  or otherwise are already in Mattel's possession or are readily accessible to Mattel.

21  MGA Mexico further objects to the request to the extent that it seeks documents not

22  in MGA Mexico's possession, custody or control.  MGA Mexico further objects to

23  the request to the extent it seeks confidential, proprietary or commercially sensitive

24  information, the disclosure of which would be inimical to the business interests of

25  MGA Mexico.

26        MGA Mexico further objects to this request as cumulative, duplicative, and

27  unduly burdensome to the extent that it seeks documents previously requested by

28  Mattel and/or produced in response to Mattel's document requests.

-152-

**EXHIBIT 10 PAGE 228**

1 REQUEST FOR PRODUCTION NO. 100:

2       DOCUMENTS sufficient to show YOUR cost of goods sold, unit cost and

3 other costs for each BRATZ PRODUCT sold by YOU or YOUR licensees.

4 RESPONSE TO REQUEST FOR PRODUCTION NO. 100:

5       MGA Mexico incorporates by reference its General Response and General

6 Objections above, as though fully set forth herein and specifically incorporates

7 General Objection No. 15 (regarding Definitions), including without limitation MGA

8 Mexico's objection to the definition of the term BRATZ PRODUCT. MGA Mexico

9 further objects to the request to the extent it seeks the production of documents that

10 are protected from disclosure under any applicable privilege, doctrine or immunity,

11 including without limitation the attorney-client privilege, the work product doctrine,

12 the right of privacy, and all other privileges recognized under the constitutional,

13 statutory or decisional law of the United States of America, the State of California or

14 any other applicable jurisdiction, including, but not limited to, such laws existing in

15 the United Mexican States. MGA Mexico further objects to this request on the

16 grounds that it is overly broad and unduly burdensome in that it seeks documents not

17 relevant to the claims or defenses in this action and not reasonably calculated to lead

18 to the discovery of admissible evidence. The request is not limited to the subject

19 matter of this action and is thus impermissibly overbroad. See Aug. 13 Order at

20 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as

21 being overly broad and unduly burdensome on the grounds that it is not limited in

22 time or geographic scope. MGA Mexico further objects to this request on the

23 grounds that the term BRATZ PRODUCT renders the request vague, ambiguous,

24 overly broad and unduly burdensome. MGA Mexico further objects to the terms

25 "unit cost" and "other costs" as vague and ambiguous. MGA Mexico further objects

26 to the request to the extent that it seeks documents that by reason of public filing,

27 public distribution or otherwise are already in Mattel's possession or are readily

28 accessible to Mattel. MGA Mexico further objects to the request to the extent that it

-153-

EXHIBIT 10 PAGE 229

MGAE de MEXICO S.R.L. de C.V.'S OBJECTIONS AND RESPONSES TO M. ___, ___.
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A        MSW - Draft December 19, 2007 - 1:25 PM

1 | seeks documents not in MGA Mexico's possession, custody or control. MGA

2 | Mexico further objects to the request to the extent it seeks confidential, proprietary

3 | or commercially sensitive information, the disclosure of which would be inimical to

4 | the business interests of MGA Mexico.

5 |      MGA Mexico further objects to this request as cumulative, duplicative, and

6 | unduly burdensome to the extent that it seeks documents previously requested by

7 | Mattel and/or produced in response to Mattel's document requests.

8 | REQUEST FOR PRODUCTION NO. 101:

9 |      All DOCUMENTS that evidence, reflect or REFER OR RELATE TO YOUR

10 | profits from the sale of each BRATZ PRODUCT sold by YOU or YOUR licensees.

11 | RESPONSE TO REQUEST FOR PRODUCTION NO. 101:

12 |      MGA Mexico incorporates by reference its General Response and General

13 | Objections above, as though fully set forth herein and specifically incorporates

14 | General Objection No. 15 (regarding Definitions), including without limitation MGA

15 | Mexico's objection to the definition of the terms REFER OR RELATE TO and

16 | BRATZ PRODUCT. MGA Mexico further objects to the request to the extent it

17 | seeks the production of documents that are protected from disclosure under any

18 | applicable privilege, doctrine or immunity, including without limitation the attorney-

19 | client privilege, the work product doctrine, the right of privacy, and all other

20 | privileges recognized under the constitutional, statutory or decisional law of the

21 | United States of America, the State of California or any other applicable jurisdiction,

22 | including, but not limited to, such laws existing in the United Mexican States. MGA

23 | Mexico further objects to this request on the grounds that it is overly broad and

24 | unduly burdensome in that it seeks documents not relevant to the claims or defenses

25 | in this action and not reasonably calculated to lead to the discovery of admissible

26 | evidence. Mattel has not demonstrated how *all* DOCUMENTS that evidence, reflect

27 | or REFER OR RELATE TO YOUR profits from the sale of each BRATZ

28 | PRODUCT sold by YOU or YOUR licensees, could be relevant to the claims and

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO M**EXHIBIT 10 PAGE 230**
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A                MSW - Draft December 19, 2007 - 1:25 PM

1 | defenses in this action. The request is not limited to the subject matter of this action

2 | and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order

3 | at 21:5-7. MGA Mexico further objects to this request as being overly broad and

4 | unduly burdensome on the grounds that it is not limited in time or geographic scope.

5 | MGA Mexico further objects to this request on the grounds that the terms REFER

6 | OR RELATE TO and BRATZ PRODUCT render the request vague, ambiguous,

7 | overly broad and unduly burdensome. MGA Mexico further objects to the request to

8 | the extent that it seeks documents that by reason of public filing, public distribution

9 | or otherwise are already in Mattel's possession or are readily accessible to Mattel.

10 | MGA Mexico further objects to the request to the extent that it seeks documents not

11 | in MGA Mexico's possession, custody or control. MGA Mexico further objects to

12 | the request to the extent it seeks confidential, proprietary or commercially sensitive

13 | information, the disclosure of which would be inimical to the business interests of

14 | MGA Mexico. Such information may also be subject to protective orders governing

15 | other litigations thereby precluding disclosure in response to this request. MGA

16 | Mexico further objects to the request to the extent it violates the privacy rights of

17 | third parties to their private, confidential, proprietary or trade secret information.

18 |     MGA Mexico further objects to this request as cumulative, duplicative, and

19 | unduly burdensome to the extent that it seeks documents previously requested by

20 | Mattel and/or produced in response to Mattel's document requests.

21 | REQUEST FOR PRODUCTION NO. 102:

22 |     DOCUMENTS sufficient to IDENTIFY all customers to whom YOU or

23 | YOUR licensees have ever sold any BRATZ PRODUCT.

24 | RESPONSE TO REQUEST FOR PRODUCTION NO. 102:

25 |     MGA Mexico incorporates by reference its General Response and General

26 | Objections above, as though fully set forth herein and specifically incorporates

27 | General Objection No. 15 (regarding Definitions), including without limitation MGA

28 | Mexico's objection to the definition of the term BRATZ PRODUCT. MGA Mexico

-155-

1 | further objects to the request to the extent it seeks the production of documents that
2 | are protected from disclosure under any applicable privilege, doctrine or immunity,
3 | including without limitation the attorney-client privilege, the work product doctrine,
4 | the right of privacy, and all other privileges recognized under the constitutional,
5 | statutory or decisional law of the United States of America, the State of California or
6 | any other applicable jurisdiction, including, but not limited to, such laws existing in
7 | the United Mexican States. MGA Mexico further objects to this request on the
8 | grounds that it is overly broad and unduly burdensome in that it seeks documents not
9 | relevant to the claims or defenses in this action and not reasonably calculated to lead
10 | to the discovery of admissible evidence. The request is not limited to the subject
11 | matter of this action and is thus impermissibly overbroad. See Aug. 13 Order at
12 | 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as
13 | being overly broad and unduly burdensome on the grounds that it is not limited in
14 | time or geographic scope. MGA Mexico further objects to this request on the
15 | grounds that the term BRATZ PRODUCT renders the request vague, ambiguous,
16 | overly broad and unduly burdensome. MGA Mexico further objects to the request to
17 | the extent that it seeks documents that by reason of public filing, public distribution
18 | or otherwise are already in Mattel's possession or are readily accessible to Mattel.
19 | MGA Mexico further objects to the request to the extent that it seeks documents not
20 | in MGA Mexico's possession, custody or control. MGA Mexico further objects to
21 | the request to the extent it seeks confidential, proprietary or commercially sensitive
22 | information, the disclosure of which would be inimical to the business interests of
23 | MGA Mexico. Such information may also be subject to protective orders governing
24 | other litigations thereby precluding disclosure in response to this request. MGA
25 | Mexico further objects to the request to the extent it violates the privacy rights of
26 | third parties to their private, confidential, proprietary or trade secret information.
27 |
28 |

-156-

**EXHIBIT 10 PAGE 232**

1     MGA Mexico further objects to this request as cumulative, duplicative, and

2  unduly burdensome to the extent that it seeks documents previously requested by

3  Mattel and/or produced in response to Mattel's document requests.

4  REQUEST FOR PRODUCTION NO. 103:

5     For each customer to whom YOU or YOUR licensees have ever sold any

6  BRATZ PRODUCT, DOCUMENTS sufficient to show the number of units of each

7  such BRATZ PRODUCT sold by YOU or YOUR licensees to that customer.

8  RESPONSE TO REQUEST FOR PRODUCTION NO. 103:

9     MGA Mexico incorporates by reference its General Response and General

10  Objections above, as though fully set forth herein and specifically incorporates

11  General Objection No. 15 (regarding Definitions), including without limitation MGA

12  Mexico's objection to the definition of the term BRATZ PRODUCT. MGA Mexico

13  further objects to the request to the extent it seeks the production of documents that

14  are protected from disclosure under any applicable privilege, doctrine or immunity,

15  including without limitation the attorney-client privilege, the work product doctrine,

16  the right of privacy, and all other privileges recognized under the constitutional,

17  statutory or decisional law of the United States of America, the State of California or

18  any other applicable jurisdiction, including, but not limited to, such laws existing in

19  the United Mexican States. MGA Mexico further objects to this request on the

20  grounds that it is overly broad and unduly burdensome in that it seeks documents not

21  relevant to the claims or defenses in this action and not reasonably calculated to lead

22  to the discovery of admissible evidence. The request is not limited to the subject

23  matter of this action and is thus impermissibly overbroad. See Aug. 13 Order at

24  9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as

25  being overly broad and unduly burdensome on the grounds that it is not limited in

26  time or geographic scope. MGA Mexico further objects to this request on the

27  grounds that the term BRATZ PRODUCT renders the request vague, ambiguous,

28  overly broad and unduly burdensome. MGA Mexico further objects to the request to

-157-

EXHIBIT 10 PAGE 233

1  the extent that it seeks documents that by reason of public filing, public distribution

2  or otherwise are already in Mattel's possession or are readily accessible to Mattel.

3  MGA Mexico further objects to the request to the extent that it seeks documents not

4  in MGA Mexico's possession, custody or control.  MGA Mexico further objects to

5  the request to the extent it seeks confidential, proprietary or commercially sensitive

6  information, the disclosure of which would be inimical to the business interests of

7  MGA Mexico.  MGA Mexico further objects to the request to the extent it violates

8  the privacy rights of third parties to their private, confidential, proprietary or trade

9  secret information.

10      MGA Mexico further objects to this request as cumulative, duplicative, and

11  unduly burdensome to the extent that it seeks documents previously requested by

12  Mattel and/or produced in response to Mattel's document requests.

13  REQUEST FOR PRODUCTION NO. 104:

14      For each customer to whom YOU or YOUR licensees have ever sold any

15  BRATZ PRODUCT, DOCUMENTS sufficient to show the revenue received by

16  YOU from each such BRATZ PRODUCT sold by YOU or YOUR licensees to that

17  customer.

18  RESPONSE TO REQUEST FOR PRODUCTION NO. 104:

19      MGA Mexico incorporates by reference its General Response and General

20  Objections above, as though fully set forth herein and specifically incorporates

21  General Objection No. 15 (regarding Definitions), including without limitation MGA

22  Mexico's objection to the definition of the term BRATZ PRODUCT.  MGA Mexico

23  further objects to the request to the extent it seeks the production of documents that

24  are protected from disclosure under any applicable privilege, doctrine or immunity,

25  including without limitation the attorney-client privilege, the work product doctrine,

26  the right of privacy, and all other privileges recognized under the constitutional,

27  statutory or decisional law of the United States of America, the State of California or

28  any other applicable jurisdiction, including, but not limited to, such laws existing in

-158-

1  the United Mexican States.  MGA Mexico further objects to this request on the

2  grounds that it is overly broad and unduly burdensome in that it seeks documents not

3  relevant to the claims or defenses in this action and not reasonably calculated to lead

4  to the discovery of admissible evidence.  The request is not limited to the subject

5  matter of this action and is thus impermissibly overbroad.  See Aug. 13 Order at

6  9:17-20; May 22 Order at 21:5-7.  MGA Mexico further objects to this request as

7  being overly broad and unduly burdensome on the grounds that it is not limited in

8  time or geographic scope.  MGA Mexico further objects to this request on the

9  grounds that the term BRATZ PRODUCT renders the request vague, ambiguous,

10  overly broad and unduly burdensome.  MGA Mexico further objects to the request to

11  the extent that it seeks documents that by reason of public filing, public distribution

12  or otherwise are already in Mattel's possession or are readily accessible to Mattel.

13  MGA Mexico further objects to the request to the extent that it seeks documents not

14  in MGA Mexico's possession, custody or control.  MGA Mexico further objects to

15  the request to the extent it seeks confidential, proprietary or commercially sensitive

16  information, the disclosure of which would be inimical to the business interests of

17  MGA Mexico.  MGA Mexico further objects to the request to the extent it violates

18  the privacy rights of third parties to their private, confidential, proprietary or trade

19  secret information.

20  MGA Mexico further objects to this request as cumulative, duplicative, and

21  unduly burdensome to the extent that it seeks documents previously requested by

22  Mattel and/or produced in response to Mattel's document requests.

23  REQUEST FOR PRODUCTION NO. 105:

24  For each customer to whom YOU or YOUR licensees have ever sold any

25  BRATZ PRODUCT, DOCUMENTS sufficient to show YOUR profits from each

26  such BRATZ PRODUCT sold by YOU or YOUR licensees to that customer.

27

28

**EXHIBIT 10 PAGE 235**

-159-

1 | RESPONSE TO REQUEST FOR PRODUCTION NO. 105:

2 |     MGA Mexico incorporates by reference its General Response and General

3 | Objections above, as though fully set forth herein and specifically incorporates

4 | General Objection No. 15 (regarding Definitions), including without limitation MGA

5 | Mexico's objection to the definition of the term BRATZ PRODUCT. MGA Mexico

6 | further objects to the request to the extent it seeks the production of documents that

7 | are protected from disclosure under any applicable privilege, doctrine or immunity,

8 | including without limitation the attorney-client privilege, the work product doctrine,

9 | the right of privacy, and all other privileges recognized under the constitutional,

10 | statutory or decisional law of the United States of America, the State of California or

11 | any other applicable jurisdiction, including, but not limited to, such laws existing in

12 | the United Mexican States. MGA Mexico further objects to this request on the

13 | grounds that it is overly broad and unduly burdensome in that it seeks documents not

14 | relevant to the claims or defenses in this action and not reasonably calculated to lead

15 | to the discovery of admissible evidence. The request is not limited to the subject

16 | matter of this action and is thus impermissibly overbroad. See Aug. 13 Order at

17 | 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as

18 | being overly broad and unduly burdensome on the grounds that it is not limited in

19 | time or geographic scope. MGA Mexico further objects to this request on the

20 | grounds that the term BRATZ PRODUCT renders the request vague, ambiguous,

21 | overly broad and unduly burdensome. MGA Mexico further objects to the request to

22 | the extent that it seeks documents that by reason of public filing, public distribution

23 | or otherwise are already in Mattel's possession or are readily accessible to Mattel.

24 | MGA Mexico further objects to the request to the extent that it seeks documents not

25 | in MGA Mexico's possession, custody or control. MGA Mexico further objects to

26 | the request to the extent it seeks confidential, proprietary or commercially sensitive

27 | information, the disclosure of which would be inimical to the business interests of

28 | MGA Mexico. MGA Mexico further objects to the request to the extent it violates

-160-

**EXHIBIT 10 PAGE 236**

MGAE de MEXICO S.R.l. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)

256415.05-Palo Alto Server 1A                       MSW - Draft December 19, 2007 - 1:25 PM

1   the privacy rights of third parties to their private, confidential, proprietary or trade

2   secret information.

3       MGA Mexico further objects to this request as cumulative, duplicative, and

4   unduly burdensome to the extent that it seeks documents previously requested by

5   Mattel and/or produced in response to Mattel's document requests.

6   REQUEST FOR PRODUCTION NO. 106:

7       DOCUMENTS sufficient to show customer returns to YOU of BRATZ

8   PRODUCTS sold or distributed by YOU or YOUR licensees.

9   RESPONSE TO REQUEST FOR PRODUCTION NO. 106:

10      MGA Mexico incorporates by reference its General Response and General

11  Objections above, as though fully set forth herein and specifically incorporates

12  General Objection No. 15 (regarding Definitions), including without limitation MGA

13  Mexico's objection to the definition of the term BRATZ PRODUCTS.  MGA

14  Mexico further objects to the request to the extent it seeks the production of

15  documents that are protected from disclosure under any applicable privilege, doctrine

16  or immunity, including without limitation the attorney-client privilege, the work

17  product doctrine, the right of privacy, and all other privileges recognized under the

18  constitutional, statutory or decisional law of the United States of America, the State

19  of California or any other applicable jurisdiction, including, but not limited to, such

20  laws existing in the United Mexican States.  MGA Mexico further objects to this

21  request on the grounds that it is overly broad and unduly burdensome in that it seeks

22  documents not relevant to the claims or defenses in this action and not reasonably

23  calculated to lead to the discovery of admissible evidence.  The request is not limited

24  to the subject matter of this action and is thus impermissibly overbroad.  See Aug. 13

25  Order at 9:17-20; May 22 Order at 21:5-7.  MGA Mexico further objects to this

26  request as being overly broad and unduly burdensome on the grounds that it is not

27  limited in time or geographic scope.  MGA Mexico further objects to this request on

28  the grounds that the term BRATZ PRODUCTS renders the request vague,

-161-

**EXHIBIT 10 PAGE 237**

1    ambiguous, overly broad and unduly burdensome.  MGA Mexico further objects to

2    the request to the extent that it seeks documents that by reason of public filing,

3    public distribution or otherwise are already in Mattel's possession or are readily

4    accessible to Mattel.  MGA Mexico further objects to the request to the extent that it

5    seeks documents not in MGA Mexico's possession, custody or control.  MGA

6    Mexico further objects to the request to the extent it seeks confidential, proprietary

7    or commercially sensitive information, the disclosure of which would be inimical to

8    the business interests of MGA Mexico.

9        MGA Mexico further objects to this request as cumulative, duplicative, and

10   unduly burdensome to the extent that it seeks documents previously requested by

11   Mattel and/or produced in response to Mattel's document requests.

12   REQUEST FOR PRODUCTION NO. 107:

13       DOCUMENTS sufficient to show customer rebates and credits given by YOU

14   or YOUR licensees to customers in connection with BRATZ PRODUCTS.

15   RESPONSE TO REQUEST FOR PRODUCTION NO. 107:

16       MGA Mexico incorporates by reference its General Response and General

17   Objections above, as though fully set forth herein and specifically incorporates

18   General Objection No. 15 (regarding Definitions), including without limitation MGA

19   Mexico's objection to the definition of the term BRATZ PRODUCTS.  MGA

20   Mexico further objects to the request to the extent it seeks the production of

21   documents that are protected from disclosure under any applicable privilege, doctrine

22   or immunity, including without limitation the attorney-client privilege, the work

23   product doctrine, the right of privacy, and all other privileges recognized under the

24   constitutional, statutory or decisional law of the United States of America, the State

25   of California or any other applicable jurisdiction, including, but not limited to, such

26   laws existing in the United Mexican States.  MGA Mexico further objects to this

27   request on the grounds that it is overly broad and unduly burdensome in that it seeks

28   documents not relevant to the claims or defenses in this action and not reasonably

1 | calculated to lead to the discovery of admissible evidence. The request is not limited

2 | to the subject matter of this action and is thus impermissibly overbroad. See Aug. 13

3 | Order at 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this

4 | request as being overly broad and unduly burdensome on the grounds that it is not

5 | limited in time or geographic scope. MGA Mexico further objects to this request on

6 | the grounds that the term BRATZ PRODUCTS renders the request vague,

7 | ambiguous, overly broad and unduly burdensome. MGA Mexico further objects to

8 | the phrase "in connection with" as vague and ambiguous. MGA Mexico further

9 | objects to the request to the extent that it seeks documents that by reason of public

10 | filing, public distribution or otherwise are already in Mattel's possession or are

11 | readily accessible to Mattel. MGA Mexico further objects to the request to the

12 | extent that it seeks documents not in MGA Mexico's possession, custody or control.

13 | MGA Mexico further objects to the request to the extent it seeks confidential,

14 | proprietary or commercially sensitive information, the disclosure of which would be

15 | inimical to the business interests of MGA Mexico.

16 | MGA Mexico further objects to this request as cumulative, duplicative, and

17 | unduly burdensome to the extent that it seeks documents previously requested by

18 | Mattel and/or produced in response to Mattel's document requests.

19 | REQUEST FOR PRODUCTION NO. 108:

20 | DOCUMENTS sufficient to show, by product number or SKU, the number of

21 | units of each BRATZ PRODUCT sold by YOU or YOUR licensees.

22 | RESPONSE TO REQUEST FOR PRODUCTION NO. 108:

23 | MGA Mexico incorporates by reference its General Response and General

24 | Objections above, as though fully set forth herein and specifically incorporates

25 | General Objection No. 15 (regarding Definitions), including without limitation MGA

26 | Mexico's objection to the definition of the term BRATZ PRODUCT. MGA Mexico

27 | further objects to the request to the extent it seeks the production of documents that

28 | are protected from disclosure under any applicable privilege, doctrine or immunity,

-163-

EXHIBIT 10 PAGE 239

1  including without limitation the attorney-client privilege, the work product doctrine,

2  the right of privacy, and all other privileges recognized under the constitutional,

3  statutory or decisional law of the United States of America, the State of California or

4  any other applicable jurisdiction, including, but not limited to, such laws existing in

5  the United Mexican States.  MGA Mexico further objects to this request on the

6  grounds that it is overly broad and unduly burdensome in that it seeks documents not

7  relevant to the claims or defenses in this action and not reasonably calculated to lead

8  to the discovery of admissible evidence.  The request is not limited to the subject

9  matter of this action and is thus impermissibly overbroad.  See Aug. 13 Order at

10  9:17-20; May 22 Order at 21:5-7.  MGA Mexico further objects to this request as

11  being overly broad and unduly burdensome on the grounds that it is not limited in

12  time or geographic scope.  MGA Mexico further objects to this request on the

13  grounds that the term BRATZ PRODUCT renders the request vague, ambiguous,

14  overly broad and unduly burdensome.  MGA Mexico further objects to the request to

15  the extent that it seeks documents that by reason of public filing, public distribution

16  or otherwise are already in Mattel's possession or are readily accessible to Mattel.

17  MGA Mexico further objects to the request to the extent that it seeks documents not

18  in MGA Mexico's possession, custody or control.  MGA Mexico further objects to

19  the request to the extent it seeks confidential, proprietary or commercially sensitive

20  information, the disclosure of which would be inimical to the business interests of

21  MGA Mexico.

22      MGA Mexico further objects to this request as cumulative, duplicative, and

23  unduly burdensome to the extent that it seeks documents previously requested by

24  Mattel and/or produced in response to Mattel's document requests.

25  REQUEST FOR PRODUCTION NO. 109:

26      DOCUMENTS sufficient to show, by product number or SKU, the revenue

27  received by YOU from the sale of each BRATZ PRODUCT sold by YOU or YOUR

28  licensees.

-164-

**EXHIBIT 10 PAGE 240**

RESPONSE TO REQUEST FOR PRODUCTION NO. 109:

MGA Mexico incorporates by reference its General Response and General Objections above, as though fully set forth herein and specifically incorporates General Objection No. 15 (regarding Definitions), including without limitation MGA Mexico's objection to the definition of the term BRATZ PRODUCT. MGA Mexico further objects to the request to the extent it seeks the production of documents that are protected from disclosure under any applicable privilege, doctrine or immunity, including without limitation the attorney-client privilege, the work product doctrine, the right of privacy, and all other privileges recognized under the constitutional, statutory or decisional law of the United States of America, the State of California or any other applicable jurisdiction, including, but not limited to, such laws existing in the United Mexican States. MGA Mexico further objects to this request on the grounds that it is overly broad and unduly burdensome in that it seeks documents not relevant to the claims or defenses in this action and not reasonably calculated to lead to the discovery of admissible evidence. The request is not limited to the subject matter of this action and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as being overly broad and unduly burdensome on the grounds that it is not limited in time or geographic scope. MGA Mexico further objects to this request on the grounds that the term BRATZ PRODUCT renders the request vague, ambiguous, overly broad and unduly burdensome. MGA Mexico further objects to the request to the extent that it seeks documents that by reason of public filing, public distribution or otherwise are already in Mattel's possession or are readily accessible to Mattel. MGA Mexico further objects to the request to the extent that it seeks documents not in MGA Mexico's possession, custody or control. MGA Mexico further objects to the request to the extent it seeks confidential, proprietary or commercially sensitive information, the disclosure of which would be inimical to the business interests of MGA Mexico.

-165-

EXHIBIT _10_ PAGE 241

1  MGA Mexico further objects to this request as cumulative, duplicative, and

2  unduly burdensome to the extent that it seeks documents previously requested by

3  Mattel and/or produced in response to Mattel's document requests.

4  REQUEST FOR PRODUCTION NO. 110:

5  DOCUMENTS sufficient to show, by product number or SKU, YOUR cost of

6  goods sold, unit cost and other costs for each BRATZ PRODUCT sold by YOU or

7  YOUR licensees.

8  RESPONSE TO REQUEST FOR PRODUCTION NO. 110:

9  MGA Mexico incorporates by reference its General Response and General

10  Objections above, as though fully set forth herein and specifically incorporates

11  General Objection No. 15 (regarding Definitions), including without limitation MGA

12  Mexico's objection to the definition of the term BRATZ PRODUCT. MGA Mexico

13  further objects to the request to the extent it seeks the production of documents that

14  are protected from disclosure under any applicable privilege, doctrine or immunity,

15  including without limitation the attorney-client privilege, the work product doctrine,

16  the right of privacy, and all other privileges recognized under the constitutional,

17  statutory or decisional law of the United States of America, the State of California or

18  any other applicable jurisdiction, including, but not limited to, such laws existing in

19  the United Mexican States. MGA Mexico further objects to this request on the

20  grounds that it is overly broad and unduly burdensome in that it seeks documents not

21  relevant to the claims or defenses in this action and not reasonably calculated to lead

22  to the discovery of admissible evidence. The request is not limited to the subject

23  matter of this action and is thus impermissibly overbroad. See Aug. 13 Order at

24  9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as

25  being overly broad and unduly burdensome on the grounds that it is not limited in

26  time or geographic scope. MGA Mexico further objects to this request on the

27  grounds that the term BRATZ PRODUCT renders the request vague, ambiguous,

28  overly broad and unduly burdensome. MGA Mexico further objects to the request to

-166-

EXHIBIT 10 PAGE 242

1  the extent that it seeks documents that by reason of public filing, public distribution

2  or otherwise are already in Mattel's possession or are readily accessible to Mattel.

3  MGA Mexico further objects to the request to the extent that it seeks documents not

4  in MGA Mexico's possession, custody or control.  MGA Mexico further objects to

5  the request to the extent it seeks confidential, proprietary or commercially sensitive

6  information, the disclosure of which would be inimical to the business interests of

7  MGA Mexico.

8       MGA Mexico further objects to this request as cumulative, duplicative, and

9  unduly burdensome to the extent that it seeks documents previously requested by

10  Mattel and/or produced in response to Mattel's document requests.

11  REQUEST FOR PRODUCTION NO. 111:

12       All DOCUMENTS that evidence, reflect or REFER OR RELATE TO YOUR

13  profits, by product number or SKU, from the sale of each BRATZ PRODUCT sold

14  by YOU or YOUR licensees.

15  RESPONSE TO REQUEST FOR PRODUCTION NO. 111:

16       MGA Mexico incorporates by reference its General Response and General

17  Objections above, as though fully set forth herein and specifically incorporates

18  General Objection No. 15 (regarding Definitions), including without limitation MGA

19  Mexico's objection to the definition of the terms REFER OR RELATE TO and

20  BRATZ PRODUCT.  MGA Mexico further objects to the request to the extent it

21  seeks the production of documents that are protected from disclosure under any

22  applicable privilege, doctrine or immunity, including without limitation the attorney-

23  client privilege, the work product doctrine, the right of privacy, and all other

24  privileges recognized under the constitutional, statutory or decisional law of the

25  United States of America, the State of California or any other applicable jurisdiction,

26  including, but not limited to, such laws existing in the United Mexican States.  MGA

27  Mexico further objects to this request on the grounds that it is overly broad and

28  unduly burdensome in that it seeks documents not relevant to the claims or defenses

-167-

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A                         MSW - Draft December 19, 2007 - 1:25 PM

**EXHIBIT _10_ PAGE 243**

1  in this action and not reasonably calculated to lead to the discovery of admissible

2  evidence. Mattel has not demonstrated how *all* DOCUMENTS that evidence, reflect

3  or REFER OR RELATE TO YOUR profits, by product number or SKU, from the

4  sale of each BRATZ PRODUCT sold by YOU or YOUR licensees, could be relevant

5  to the claims and defenses in this action. The request is not limited to the subject

6  matter of this action and is thus impermissibly overbroad. See Aug. 13 Order at

7  9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as

8  being overly broad and unduly burdensome on the grounds that it is not limited in

9  time or geographic scope. MGA Mexico further objects to this request on the

10  grounds that the terms REFER OR RELATE TO and BRATZ PRODUCT render the

11  request vague, ambiguous, overly broad and unduly burdensome. MGA Mexico

12  further objects to the phrase as vague and ambiguous. MGA Mexico further objects

13  to the request to the extent that it seeks documents that by reason of public filing,

14  public distribution or otherwise are already in Mattel's possession or are readily

15  accessible to Mattel. MGA Mexico further objects to the request to the extent that it

16  seeks documents not in MGA Mexico's possession, custody or control. MGA

17  Mexico further objects to the request to the extent it seeks confidential, proprietary

18  or commercially sensitive information, the disclosure of which would be inimical to

19  the business interests of MGA Mexico. Such information may also be subject to

20  protective orders governing other litigations thereby precluding disclosure in

21  response to this request. MGA Mexico further objects to the request to the extent it

22  violates the privacy rights of third parties to their private, confidential, proprietary or

23  trade secret information.

24      MGA Mexico further objects to this request as cumulative, duplicative, and

25  unduly burdensome to the extent that it seeks documents previously requested by

26  Mattel and/or produced in response to Mattel's document requests.

27

28

**EXHIBIT 10 PAGE 244**

1 REQUEST FOR PRODUCTION NO. 112:

2       For each customer to whom YOU or YOUR licensees have ever sold any

3 BRATZ PRODUCT, DOCUMENTS sufficient to show, by product number or SKU,

4 the number of units of each such BRATZ PRODUCT sold by YOU or YOUR

5 licensees to that customer.

6 RESPONSE TO REQUEST FOR PRODUCTION NO. 112:

7       MGA Mexico incorporates by reference its General Response and General

8 Objections above, as though fully set forth herein and specifically incorporates

9 General Objection No. 15 (regarding Definitions), including without limitation MGA

10 Mexico's objection to the definition of the term BRATZ PRODUCT.  MGA Mexico

11 further objects to the request to the extent it seeks the production of documents that

12 are protected from disclosure under any applicable privilege, doctrine or immunity,

13 including without limitation the attorney-client privilege, the work product doctrine,

14 the right of privacy, and all other privileges recognized under the constitutional,

15 statutory or decisional law of the United States of America, the State of California or

16 any other applicable jurisdiction, including, but not limited to, such laws existing in

17 the United Mexican States.  MGA Mexico further objects to this request on the

18 grounds that it is overly broad and unduly burdensome in that it seeks documents not

19 relevant to the claims or defenses in this action and not reasonably calculated to lead

20 to the discovery of admissible evidence.  The request is not limited to the subject

21 matter of this action and is thus impermissibly overbroad.  See Aug. 13 Order at

22 9:17-20; May 22 Order at 21:5-7.  MGA Mexico further objects to this request as

23 being overly broad and unduly burdensome on the grounds that it is not limited in

24 time or geographic scope.  MGA Mexico further objects to this request on the

25 grounds that the term BRATZ PRODUCT renders the request vague, ambiguous,

26 overly broad and unduly burdensome.  MGA Mexico further objects to the request to

27 the extent that it seeks documents that by reason of public filing, public distribution

28 or otherwise are already in Mattel's possession or are readily accessible to Mattel.

-169-

1 MGA Mexico further objects to the request to the extent that it seeks documents not
2 in MGA Mexico's possession, custody or control.  MGA Mexico further objects to
3 the request to the extent it seeks confidential, proprietary or commercially sensitive
4 information, the disclosure of which would be inimical to the business interests of
5 MGA Mexico.  MGA Mexico further objects to the request to the extent it violates
6 the privacy rights of third parties to their private, confidential, proprietary or trade
7 secret information.

8         MGA Mexico further objects to this request as cumulative, duplicative, and
9 unduly burdensome to the extent that it seeks documents previously requested by
10 Mattel and/or produced in response to Mattel's document requests.

11 REQUEST FOR PRODUCTION NO. 113:

12         For each customer to whom YOU or YOUR licensees have ever sold any
13 BRATZ PRODUCT, DOCUMENTS sufficient to show, by product number or SKU,
14 the revenue received by YOU from each such BRATZ PRODUCT sold by YOU or
15 YOUR licensees to that customer.

16 RESPONSE TO REQUEST FOR PRODUCTION NO. 113:

17         MGA Mexico incorporates by reference its General Response and General
18 Objections above, as though fully set forth herein and specifically incorporates
19 General Objection No. 15 (regarding Definitions), including without limitation MGA
20 Mexico's objection to the definition of the term BRATZ PRODUCT.  MGA Mexico
21 further objects to the request to the extent it seeks the production of documents that
22 are protected from disclosure under any applicable privilege, doctrine or immunity,
23 including without limitation the attorney-client privilege, the work product doctrine,
24 the right of privacy, and all other privileges recognized under the constitutional,
25 statutory or decisional law of the United States of America, the State of California or
26 any other applicable jurisdiction, including, but not limited to, such laws existing in
27 the United Mexican States.  MGA Mexico further objects to this request on the
28 grounds that it is overly broad and unduly burdensome in that it seeks documents not

-170-

1  relevant to the claims or defenses in this action and not reasonably calculated to lead

2  to the discovery of admissible evidence.  The request is not limited to the subject

3  matter of this action and is thus impermissibly overbroad.  See Aug. 13 Order at

4  9:17-20; May 22 Order at 21:5-7.  MGA Mexico further objects to this request as

5  being overly broad and unduly burdensome on the grounds that it is not limited in

6  time or geographic scope.  MGA Mexico further objects to this request on the

7  grounds that the term BRATZ PRODUCT renders the request vague, ambiguous,

8  overly broad and unduly burdensome.  MGA Mexico further objects to the request to

9  the extent that it seeks documents that by reason of public filing, public distribution

10  or otherwise are already in Mattel's possession or are readily accessible to Mattel.

11  MGA Mexico further objects to the request to the extent that it seeks documents not

12  in MGA Mexico's possession, custody or control.  MGA Mexico further objects to

13  the request to the extent it seeks confidential, proprietary or commercially sensitive

14  information, the disclosure of which would be inimical to the business interests of

15  MGA Mexico.  MGA Mexico further objects to the request to the extent it violates

16  the privacy rights of third parties to their private, confidential, proprietary or trade

17  secret information.

18      MGA Mexico further objects to this request as cumulative, duplicative, and

19  unduly burdensome to the extent that it seeks documents previously requested by

20  Mattel and/or produced in response to Mattel's document requests.

21  REQUEST FOR PRODUCTION NO. 114:

22      DOCUMENTS sufficient to show the revenue and profits derived by YOU

23  from the sale by YOU or YOUR licensees of BRATZ PRODUCTS including,

24  without limitation, DOCUMENTS sufficient to show sales revenue, costs of goods

25  sold, variable costs, gross margins, royalties paid and received, gross profits and net

26  profits.

27

28

**EXHIBIT _10_ PAGE 247**

1  RESPONSE TO REQUEST FOR PRODUCTION NO. 114:

2           MGA Mexico incorporates by reference its General Response and General
3  Objections above, as though fully set forth herein and specifically incorporates
4  General Objection No. 15 (regarding Definitions), including without limitation MGA
5  Mexico's objection to the definition of the term BRATZ PRODUCTS.  MGA
6  Mexico further objects to the request to the extent it seeks the production of
7  documents that are protected from disclosure under any applicable privilege, doctrine
8  or immunity, including without limitation the attorney-client privilege, the work
9  product doctrine, the right of privacy, and all other privileges recognized under the
10 constitutional, statutory or decisional law of the United States of America, the State
11 of California or any other applicable jurisdiction, including, but not limited to, such
12 laws existing in the United Mexican States.  MGA Mexico further objects to this
13 request on the grounds that it is overly broad and unduly burdensome in that it seeks
14 documents not relevant to the claims or defenses in this action and not reasonably
15 calculated to lead to the discovery of admissible evidence.  The request is not limited
16 to the subject matter of this action and is thus impermissibly overbroad.  See Aug. 13
17 Order at 9:17-20; May 22 Order at 21:5-7.  MGA Mexico further objects to this
18 request as being overly broad and unduly burdensome on the grounds that it is not
19 limited in time or geographic scope.  MGA Mexico further objects to this request on
20 the grounds that the term BRATZ PRODUCTS renders the request vague,
21 ambiguous, overly broad and unduly burdensome.  MGA Mexico further objects to
22 the request to the extent that it seeks documents that by reason of public filing,
23 public distribution or otherwise are already in Mattel's possession or are readily
24 accessible to Mattel.  MGA Mexico further objects to the request to the extent that it
25 seeks documents not in MGA Mexico's possession, custody or control.  MGA
26 Mexico further objects to the request to the extent it seeks confidential, proprietary
27 or commercially sensitive information, the disclosure of which would be inimical to
28 the business interests of MGA Mexico.

EXHIBIT 10 PAGE 248

1   MGA Mexico further objects to this request as cumulative, duplicative, and
2   unduly burdensome to the extent that it seeks documents previously requested by
3   Mattel and/or produced in response to Mattel's document requests.
4   REQUEST FOR PRODUCTION NO. 115:
5      DOCUMENTS sufficient to show the revenue and profits derived by YOU
6   from BRATZ MOVIES including, without limitation, DOCUMENTS sufficient to
7   show sales revenue, costs of goods sold, variable costs, gross margins, royalties paid
8   and received, gross profits and net profits.
9   RESPONSE TO REQUEST FOR PRODUCTION NO. 115:
10     MGA Mexico incorporates by reference its General Response and General
11  Objections above, as though fully set forth herein and specifically incorporates
12  General Objection No. 15 (regarding Definitions), including without limitation MGA
13  Mexico's objection to the definition of the term BRATZ MOVIES.  MGA Mexico
14  further objects to the request to the extent it seeks the production of documents that
15  are protected from disclosure under any applicable privilege, doctrine or immunity,
16  including without limitation the attorney-client privilege, the work product doctrine,
17  the right of privacy, and all other privileges recognized under the constitutional,
18  statutory or decisional law of the United States of America, the State of California or
19  any other applicable jurisdiction, including, but not limited to, such laws existing in
20  the United Mexican States.  MGA Mexico further objects to this request on the
21  grounds that it is overly broad and unduly burdensome in that it seeks documents not
22  relevant to the claims or defenses in this action and not reasonably calculated to lead
23  to the discovery of admissible evidence.  The request is not limited to the subject
24  matter of this action and is thus impermissibly overbroad.  See Aug. 13 Order at
25  9:17-20; May 22 Order at 21:5-7.  MGA Mexico further objects to this request as
26  being overly broad and unduly burdensome on the grounds that it is not limited in
27  time or geographic scope.  MGA Mexico further objects to this request on the
28  grounds that the term BRATZ MOVIES renders the request vague, ambiguous,

-173-

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A                                    MSW - Draft December 19, 2007 - 1:25 PM

EXHIBIT _10_ PAGE 249

1   overly broad and unduly burdensome.  MGA Mexico further objects to the request to

2   the extent that it seeks documents that by reason of public filing, public distribution

3   or otherwise are already in Mattel's possession or are readily accessible to Mattel.

4   MGA Mexico further objects to the request to the extent that it seeks documents not

5   in MGA Mexico's possession, custody or control.  MGA Mexico further objects to

6   the request to the extent it seeks confidential, proprietary or commercially sensitive

7   information, the disclosure of which would be inimical to the business interests of

8   MGA Mexico.

9        MGA Mexico further objects to this request as cumulative, duplicative, and

10   unduly burdensome to the extent that it seeks documents previously requested by

11   Mattel and/or produced in response to Mattel's document requests.

12   REQUEST FOR PRODUCTION NO. 116:

13        DOCUMENTS sufficient to show the revenue and profits derived by YOU

14   from BRATZ TELEVISION SHOWS including, without limitation, DOCUMENTS

15   sufficient to show sales revenue, costs of goods sold, variable costs, gross margins,

16   royalties paid and received, gross profits and net profits.

17   RESPONSE TO REQUEST FOR PRODUCTION NO. 116:

18        MGA Mexico incorporates by reference its General Response and General

19   Objections above, as though fully set forth herein and specifically incorporates

20   General Objection No. 15 (regarding Definitions), including without limitation MGA

21   Mexico's objection to the definition of the term BRATZ TELEVISION SHOWS.

22   MGA Mexico further objects to the request to the extent it seeks the production of

23   documents that are protected from disclosure under any applicable privilege, doctrine

24   or immunity, including without limitation the attorney-client privilege, the work

25   product doctrine, the right of privacy, and all other privileges recognized under the

26   constitutional, statutory or decisional law of the United States of America, the State

27   of California or any other applicable jurisdiction, including, but not limited to, such

28   laws existing in the United Mexican States.  MGA Mexico further objects to this

-174-

1  request on the grounds that it is overly broad and unduly burdensome in that it seeks

2  documents not relevant to the claims or defenses in this action and not reasonably

3  calculated to lead to the discovery of admissible evidence.  The request is not limited

4  to the subject matter of this action and is thus impermissibly overbroad.  <u>See</u> Aug. 13

5  Order at 9:17-20; May 22 Order at 21:5-7.  MGA Mexico further objects to this

6  request as being overly broad and unduly burdensome on the grounds that it is not

7  limited in time or geographic scope.  MGA Mexico further objects to this request on

8  the grounds that the term BRATZ TELEVISION SHOWS renders the request vague,

9  ambiguous, overly broad and unduly burdensome.  MGA Mexico further objects to

10  the request to the extent that it seeks documents that by reason of public filing,

11  public distribution or otherwise are already in Mattel's possession or are readily

12  accessible to Mattel.  MGA Mexico further objects to the request to the extent that it

13  seeks documents not in MGA Mexico's possession, custody or control.  MGA

14  Mexico further objects to the request to the extent it seeks confidential, proprietary

15  or commercially sensitive information, the disclosure of which would be inimical to

16  the business interests of MGA Mexico.

17       MGA Mexico further objects to this request as cumulative, duplicative, and

18  unduly burdensome to the extent that it seeks documents previously requested by

19  Mattel and/or produced in response to Mattel's document requests.

20  <u>REQUEST FOR PRODUCTION NO. 117:</u>

21       All DOCUMENTS that describe YOUR cost allocation procedures.

22  <u>RESPONSE TO REQUEST FOR PRODUCTION NO. 117:</u>

23       MGA Mexico incorporates by reference its General Response and General

24  Objections above, as though fully set forth herein and specifically incorporates

25  General Objection No. 15 (regarding Definitions).  MGA Mexico further objects to

26  the request to the extent it seeks the production of documents that are protected from

27  disclosure under any applicable privilege, doctrine or immunity, including without

28  limitation the attorney-client privilege, the work product doctrine, the right of

1  privacy, and all other privileges recognized under the constitutional, statutory or

2  decisional law of the United States of America, the State of California or any other

3  applicable jurisdiction, including, but not limited to, such laws existing in the United

4  Mexican States. MGA Mexico further objects to this request on the grounds that it is

5  overly broad and unduly burdensome in that it seeks documents not relevant to the

6  claims or defenses in this action and not reasonably calculated to lead to the

7  discovery of admissible evidence. Mattel has not demonstrated how *all*

8  DOCUMENTS that describe YOUR cost allocation procedures could be relevant to

9  the claims and defenses in this action. The request is not limited to the subject

10  matter of this action and is thus impermissibly overbroad. See Aug. 13 Order at

11  9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as

12  being overly broad and unduly burdensome on the grounds that it is not limited in

13  time or geographic scope. MGA Mexico further objects to the phrases "describe"

14  and "cost allocation procedures" as vague and ambiguous. MGA Mexico further

15  objects to the request to the extent that it seeks documents that by reason of public

16  filing, public distribution or otherwise are already in Mattel's possession or are

17  readily accessible to Mattel. MGA Mexico further objects to the request to the

18  extent that it seeks documents not in MGA Mexico's possession, custody or control.

19  MGA Mexico further objects to the request to the extent it seeks confidential,

20  proprietary or commercially sensitive information, the disclosure of which would be

21  inimical to the business interests of MGA Mexico. Such information may also be

22  subject to protective orders governing other litigations thereby precluding disclosure

23  in response to this request.

24         MGA Mexico further objects to this request as cumulative, duplicative, and

25  unduly burdensome to the extent that it seeks documents previously requested by

26  Mattel and/or produced in response to Mattel's document requests.

27  REQUEST FOR PRODUCTION NO. 118:

28         YOUR general ledgers from January 1, 2002 through the present.

-176-

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO M———, —— —, 
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A                                     MSW - Draft December 19, 2007 - 1:25 PM

**EXHIBIT** *10* **PAGE 252**

1   RESPONSE TO REQUEST FOR PRODUCTION NO. 118:

2        MGA Mexico incorporates by reference its General Response and General

3   Objections above, as though fully set forth herein and specifically incorporates

4   General Objection No. 15 (regarding Definitions).   MGA Mexico further objects to

5   the request to the extent it seeks the production of documents that are protected from

6   disclosure under any applicable privilege, doctrine or immunity, including without

7   limitation the attorney-client privilege, the work product doctrine, the right of

8   privacy, and all other privileges recognized under the constitutional, statutory or

9   decisional law of the United States of America, the State of California or any other

10  applicable jurisdiction, including, but not limited to, such laws existing in the United

11  Mexican States.  MGA Mexico further objects to this request on the grounds that it is

12  overly broad and unduly burdensome in that it seeks documents not relevant to the

13  claims or defenses in this action and not reasonably calculated to lead to the

14  discovery of admissible evidence.  Mattel has not demonstrated how *all* general

15  ledgers from January 1, 2002 through the present, could be relevant to the claims and

16  defenses in this action.  The request is not limited to the subject matter of this action

17  and is thus impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22 Order

18  at 21:5-7.  MGA Mexico further objects to this request as being overly broad and

19  unduly burdensome on the grounds that it is not sufficiently limited in time or

20  geographic scope.  MGA Mexico further objects to the request to the extent that it

21  seeks documents that by reason of public filing, public distribution or otherwise are

22  already in Mattel's possession or are readily accessible to Mattel.  MGA Mexico

23  further objects to the request to the extent that it seeks documents not in MGA

24  Mexico's possession, custody or control.  MGA Mexico further objects to the request

25  to the extent it seeks confidential, proprietary or commercially sensitive information,

26  the disclosure of which would be inimical to the business interests of MGA Mexico.

27  Such information may also be subject to protective orders governing other litigations

28  thereby precluding disclosure in response to this request.

**EXHIBIT 10 PAGE 253**

1    MGA Mexico further objects to this request as cumulative, duplicative, and

2  unduly burdensome to the extent that it seeks documents previously requested by

3  Mattel and/or produced in response to Mattel's document requests.

4  REQUEST FOR PRODUCTION NO. 119:

5    All quarterly and annual profit and loss statements for BRATZ.

6  RESPONSE TO REQUEST FOR PRODUCTION NO. 119:

7    MGA Mexico incorporates by reference its General Response and General

8  Objections above, as though fully set forth herein and specifically incorporates

9  General Objection No. 15 (regarding Definitions), including without limitation MGA

10  Mexico's objection to the definition of the term BRATZ.  MGA Mexico further

11  objects to the request to the extent it seeks the production of documents that are

12  protected from disclosure under any applicable privilege, doctrine or immunity,

13  including without limitation the attorney-client privilege, the work product doctrine,

14  the right of privacy, and all other privileges recognized under the constitutional,

15  statutory or decisional law of the United States of America, the State of California or

16  any other applicable jurisdiction, including, but not limited to, such laws existing in

17  the United Mexican States.  MGA Mexico further objects to this request on the

18  grounds that it is overly broad and unduly burdensome in that it seeks documents not

19  relevant to the claims or defenses in this action and not reasonably calculated to lead

20  to the discovery of admissible evidence.  Mattel has not demonstrated how *all*

21  quarterly and annual profit and loss statements for BRATZ could be relevant to the

22  claims and defenses in this action.  The request is not limited to the subject matter of

23  this action and is thus impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May

24  22 Order at 21:5-7.  MGA Mexico further objects to this request as being overly

25  broad and unduly burdensome on the grounds that it is not sufficiently limited in

26  time or geographic scope.  MGA Mexico further objects to this request on the

27  grounds that the terms BRATZ renders the request vague, ambiguous, overly broad

28  and unduly burdensome.  MGA Mexico further objects to the request to the extent

-178-

EXHIBIT _10_ PAGE 254

1  that it seeks documents that by reason of public filing, public distribution or

2  otherwise are already in Mattel's possession or are readily accessible to Mattel.

3  MGA Mexico further objects to the request to the extent that it seeks documents not

4  in MGA Mexico's possession, custody or control.  MGA Mexico further objects to

5  the request to the extent it seeks confidential, proprietary or commercially sensitive

6  information, the disclosure of which would be inimical to the business interests of

7  MGA Mexico.  Such information may also be subject to protective orders governing

8  other litigations thereby precluding disclosure in response to this request.

9        MGA Mexico further objects to this request as cumulative, duplicative, and

10  unduly burdensome to the extent that it seeks documents previously requested by

11  Mattel and/or produced in response to Mattel's document requests.

12  REQUEST FOR PRODUCTION NO. 120:

13        All sales, profit and cash flow projections or forecasts for BRATZ DOLLS,

14  BRATZ PRODUCTS, BRATZ MOVIES and BRATZ TELEVISION SHOWS.

15  RESPONSE TO REQUEST FOR PRODUCTION NO. 120:

16        MGA Mexico incorporates by reference its General Response and General

17  Objections above, as though fully set forth herein and specifically incorporates

18  General Objection No. 15 (regarding Definitions), including without limitation MGA

19  Mexico's objection to the definition of the terms BRATZ DOLLS, BRATZ

20  PRODUCTS, BRATZ MOVIES and BRATZ TELEVISION SHOWS.  MGA

21  Mexico further objects to the request to the extent it seeks the production of

22  documents that are protected from disclosure under any applicable privilege, doctrine

23  or immunity, including without limitation the attorney-client privilege, the work

24  product doctrine, the right of privacy, and all other privileges recognized under the

25  constitutional, statutory or decisional law of the United States of America, the State

26  of California or any other applicable jurisdiction, including, but not limited to, such

27  laws existing in the United Mexican States.  MGA Mexico further objects to this

28  request on the grounds that it is overly broad and unduly burdensome in that it seeks

**EXHIBIT** 10 **PAGE 255**

1   documents not relevant to the claims or defenses in this action and not reasonably

2   calculated to lead to the discovery of admissible evidence. Mattel has not

3   demonstrated how *all* sales, profit and cash flow projections or forecasts for BRATZ

4   DOLLS, BRATZ PRODUCTS, BRATZ MOVIES and BRATZ TELEVISION

5   SHOWS could be relevant to the claims and defenses in this action. The request is

6   not limited to the subject matter of this action and is thus impermissibly overbroad.

7   See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7. MGA Mexico further

8   objects to this request as being overly broad and unduly burdensome on the grounds

9   that it is not limited in time or geographic scope. MGA Mexico further objects to

10  this request on the grounds that the terms BRATZ DOLLS, BRATZ PRODUCTS,

11  BRATZ MOVIES and BRATZ TELEVISION SHOWS render the request vague,

12  ambiguous, overly broad and unduly burdensome. MGA Mexico further objects to

13  the request to the extent that it seeks documents that by reason of public filing,

14  public distribution or otherwise are already in Mattel's possession or are readily

15  accessible to Mattel. MGA Mexico further objects to the request to the extent that it

16  seeks documents not in MGA Mexico's possession, custody or control. MGA

17  Mexico further objects to the request to the extent it seeks confidential, proprietary

18  or commercially sensitive information, the disclosure of which would be inimical to

19  the business interests of MGA Mexico. Such information may also be subject to

20  protective orders governing other litigations thereby precluding disclosure in

21  response to this request.

22      MGA Mexico further objects to this request as cumulative, duplicative, and

23  unduly burdensome to the extent that it seeks documents previously requested by

24  Mattel and/or produced in response to Mattel's document requests.

25  REQUEST FOR PRODUCTION NO. 121:

26      All tax returns filed by YOU, including all schedules and work papers that

27  REFER OR RELATE TO the preparation and filing of YOUR tax returns.

28

-180-

**EXHIBIT** _10_ **PAGE 256**

1 | RESPONSE TO REQUEST FOR PRODUCTION NO. 121:

2 |     MGA Mexico incorporates by reference its General Response and General

3 | Objections above, as though fully set forth herein and specifically incorporates

4 | General Objection No. 15 (regarding Definitions), including without limitation MGA

5 | Mexico's objection to the definition of the terms REFER OR RELATE TO, YOU

6 | and YOUR. MGA Mexico further objects to the request to the extent it seeks the

7 | production of documents that are protected from disclosure under any applicable

8 | privilege, doctrine or immunity, including without limitation the attorney-client

9 | privilege, the work product doctrine, the right of privacy, and all other privileges

10 | recognized under the constitutional, statutory or decisional law of the United States

11 | of America, the State of California or any other applicable jurisdiction, including, but

12 | not limited to, such laws existing in the United Mexican States. MGA Mexico

13 | further objects to this request on the grounds that it is overly broad and unduly

14 | burdensome in that it seeks documents not relevant to the claims or defenses in this

15 | action and not reasonably calculated to lead to the discovery of admissible evidence.

16 | Mattel has not demonstrated how *all* tax returns filed by YOU, including all

17 | schedules and work papers that REFER OR RELATE TO the preparation and filing

18 | of YOUR tax returns, could be relevant to the claims and defenses in this action.

19 | The request is not limited to the subject matter of this action and is thus

20 | impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.

21 | MGA Mexico further objects to this request as being overly broad and unduly

22 | burdensome on the grounds that it is not limited in time or geographic scope. MGA

23 | Mexico further objects to this request on the grounds that the terms REFER OR

24 | RELATE TO, YOU and YOUR render the request vague, ambiguous, overly broad

25 | and unduly burdensome. MGA Mexico also objects to the phrase "work papers" as

26 | vague and ambiguous. MGA Mexico further objects to the request to the extent that

27 | it seeks documents that by reason of public filing, public distribution or otherwise

28 | are already in Mattel's possession or are readily accessible to Mattel. MGA Mexico

MGAE de MEXICO S.R.l. de C.V.'S OBJECTIONS AND RESPONSES TO MA**EXHIBIT** *10* **PAGE 257**
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A                                              MSW - Draft December 19, 2007 - 1:25 PM

1   further objects to the request to the extent that it seeks documents not in MGA

2   Mexico's possession, custody or control.  MGA Mexico further objects to the request

3   to the extent it seeks confidential, proprietary or commercially sensitive information,

4   the disclosure of which would be inimical to the business interests of MGA Mexico.

5         MGA further objects to the request on the grounds that it seeks documents

6   protected from disclosure by applicable federal and state tax return privileges.  See

7   Premium Service Corp. v. Sperry & Hutchinson Co., 511 F.2d 225, 229 (9th Cir.

8   1975); Southern California Housing Rights Center. v. Krug, et al., 2006 U.S. Dist.

9   LEXIS 65330 (C.D. Cal. 2006); Aliotti v. Senora, 217 F.R.D. 496 (N.D. Cal. 2003);

10  San Francisco Bay Area Rapid Transit District v. Spencer, 2006 U.S. LEXIS 81681

11  (N.D. Cal. 2006).  See also Webb v. Standard Oil Co., 49 Cal. 2d. 509, 513-514

12  (1957); Sav-On Drugs, Inc. v. Superior Ct., 15 Cal. 3d 1, 6-8 (1975); Sammut v.

13  Sammut, 103 Cal. App. 3d 557, 562 (1982); Magistrate Judge Infante's January 25,

14  2007 Order, at 14:29-15:2.

15        MGA Mexico further objects to this request as cumulative, duplicative, and

16  unduly burdensome to the extent that it seeks documents previously requested by

17  Mattel and/or produced in response to Mattel's document requests.

18  REQUEST FOR PRODUCTION NO. 122:

19        All DOCUMENTS that REFER OR RELATE TO the value of the BRATZ

20  brand.

21  RESPONSE TO REQUEST FOR PRODUCTION NO. 122:

22        MGA Mexico incorporates by reference its General Response and General

23  Objections above, as though fully set forth herein and specifically incorporates

24  General Objection No. 15 (regarding Definitions), including without limitation MGA

25  Mexico's objection to the definition of the terms REFER OR RELATE TO and

26  BRATZ.  MGA Mexico further objects to the request to the extent it seeks the

27  production of documents that are protected from disclosure under any applicable

28  privilege, doctrine or immunity, including without limitation the attorney-client

-182-

EXHIBIT _10_ PAGE 258

MGAE de MEXICO S.R.L. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)

256415.05-Palo Alto Server 1A                                        MSW - Draft December 19, 2007 - 1:25 PM

1 | privilege, the work product doctrine, the right of privacy, and all other privileges
2 | recognized under the constitutional, statutory or decisional law of the United States
3 | of America, the State of California or any other applicable jurisdiction, including, but
4 | not limited to, such laws existing in the United Mexican States.  MGA Mexico
5 | further objects to this request on the grounds that it is overly broad and unduly
6 | burdensome in that it seeks documents not relevant to the claims or defenses in this
7 | action and not reasonably calculated to lead to the discovery of admissible evidence.
8 | Mattel has not demonstrated how *all* All DOCUMENTS that REFER OR RELATE
9 | TO the value of the BRATZ brand could be relevant to the claims and defenses in
10 | this action.  The request is not limited to the subject matter of this action and is thus
11 | impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.
12 | MGA Mexico further objects to this request as being overly broad and unduly
13 | burdensome on the grounds that it is not limited in time or geographic scope.  MGA
14 | Mexico further objects to this request on the grounds that the terms REFER OR
15 | RELATE TO and BRATZ render the request vague, ambiguous, overly broad and
16 | unduly burdensome. MGA Mexico further objects to the phrase "value of the
17 | BRATZ brand" as vague and ambiguous.  MGA Mexico further objects to the
18 | request to the extent that it seeks documents that by reason of public filing, public
19 | distribution or otherwise are already in Mattel's possession or are readily accessible
20 | to Mattel.  MGA Mexico further objects to the request to the extent that it seeks
21 | documents not in MGA Mexico's possession, custody or control.  MGA Mexico
22 | further objects to the request to the extent it seeks confidential, proprietary or
23 | commercially sensitive information, the disclosure of which would be inimical to the
24 | business interests of MGA Mexico.  Such information may also be subject to
25 | protective orders governing other litigations thereby precluding disclosure in
26 | response to this request.  MGA Mexico further objects to the request to the extent it
27 | violates the privacy rights of third parties to their private, confidential, proprietary or
28 | trade secret information.

EXHIBIT _10_ PAGE 259

1    MGA Mexico further objects to this request as cumulative, duplicative, and

2  unduly burdensome to the extent that it seeks documents previously requested by

3  Mattel and/or produced in response to Mattel's document requests.

4  REQUEST FOR PRODUCTION NO. 123:

5    DOCUMENTS sufficient to calculate YOUR net worth on a yearly basis for

6  each year from 2002 to the present.

7  RESPONSE TO REQUEST FOR PRODUCTION NO. 123:

8    MGA Mexico incorporates by reference its General Response and General

9  Objections above, as though fully set forth herein and specifically incorporates

10  General Objection No. 15 (regarding Definitions).  MGA Mexico further objects to

11  the request to the extent it seeks the production of documents that are protected from

12  disclosure under any applicable privilege, doctrine or immunity, including without

13  limitation the attorney-client privilege, the work product doctrine, the right of

14  privacy, and all other privileges recognized under the constitutional, statutory or

15  decisional law of the United States of America, the State of California or any other

16  applicable jurisdiction, including, but not limited to, such laws existing in the United

17  Mexican States.  MGA Mexico further objects to this request on the grounds that it is

18  overly broad and unduly burdensome in that it seeks documents not relevant to the

19  claims or defenses in this action and not reasonably calculated to lead to the

20  discovery of admissible evidence.  The request is not limited to the subject matter of

21  this action and is thus impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May

22  22 Order at 21:5-7.  MGA Mexico further objects to this request as being overly

23  broad and unduly burdensome on the grounds that it is not sufficiently limited in

24  time or geographic scope.  MGA Mexico further objects to the request to the extent

25  that it seeks documents that by reason of public filing, public distribution or

26  otherwise are already in Mattel's possession or are readily accessible to Mattel.

27  MGA Mexico further objects to the request to the extent that it seeks documents not

28  in MGA Mexico's possession, custody or control.  MGA Mexico further objects to

-184-

1 | the request to the extent it seeks confidential, proprietary or commercially sensitive

2 | information, the disclosure of which would be inimical to the business interests of

3 | MGA Mexico.

4 |      MGA Mexico further objects to this request as cumulative, duplicative, and

5 | unduly burdensome to the extent that it seeks documents previously requested by

6 | Mattel and/or produced in response to Mattel's document requests.

7 | REQUEST FOR PRODUCTION NO. 124:

8 |      All monthly, quarterly and annual financial reports, including financial

9 | statements (both audited and unaudited) for the years 2002 to the present.

10 | RESPONSE TO REQUEST FOR PRODUCTION NO. 124:

11 |      MGA Mexico objects that this request does not call for a response by MGA

12 | Mexico because it does not in any way request such a response.  Notwithstanding the

13 | foregoing, even if this request is addressed to MGA Mexico, MGA Mexico

14 | incorporates by reference its General Response and General Objections above, as

15 | though fully set forth herein and specifically incorporates General Objection No. 15

16 | (regarding Definitions).  MGA Mexico further objects to the request to the extent it

17 | seeks the production of documents that are protected from disclosure under any

18 | applicable privilege, doctrine or immunity, including without limitation the attorney-

19 | client privilege, the work product doctrine, the right of privacy, and all other

20 | privileges recognized under the constitutional, statutory or decisional law of the

21 | United States of America, the State of California or any other applicable jurisdiction,

22 | including, but not limited to, such laws existing in the United Mexican States.  MGA

23 | Mexico further objects to this request on the grounds that it is overly broad and

24 | unduly burdensome in that it seeks documents not relevant to the claims or defenses

25 | in this action and not reasonably calculated to lead to the discovery of admissible

26 | evidence.  Mattel has not demonstrated how *all* monthly, quarterly and annual

27 | financial reports, including financial statements (both audited and unaudited) for the

28 | years 2002 to the present, could be relevant to the claims and defenses in this action.

MGAE de MEXICO S.R.L. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL **EXHIBIT 10  PAGE 261**
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A                                  MSW - Draft December 19, 2007 - 1:25 PM

1  The request is not limited to the subject matter of this action and is thus

2  impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.

3  MGA Mexico further objects to this request as being overly broad and unduly

4  burdensome on the grounds that it is not sufficiently limited in time or geographic

5  scope. MGA Mexico further objects to the request to the extent that it seeks

6  documents that by reason of public filing, public distribution or otherwise are already

7  in Mattel's possession or are readily accessible to Mattel. MGA Mexico further

8  objects to the request to the extent that it seeks documents not in MGA Mexico's

9  possession, custody or control. MGA Mexico further objects to the request to the

10  extent it seeks confidential, proprietary or commercially sensitive information, the

11  disclosure of which would be inimical to the business interests of MGA Mexico.

12  Such information may also be subject to protective orders governing other litigations

13  thereby precluding disclosure in response to this request.

14  MGA Mexico further objects to this request as cumulative, duplicative, and

15  unduly burdensome to the extent that it seeks documents previously requested by

16  Mattel and/or produced in response to Mattel's document requests.

17  REQUEST FOR PRODUCTION NO. 125:

18  All DOCUMENTS that evidence, reflect or REFER OR RELATE TO the

19  BRATZ DOLL's share of the fashion doll market in Mexico including, without

20  limitation, the extent to which BRATZ has been or is gaining or losing market share

21  in the Mexico fashion doll market.

22  RESPONSE TO REQUEST FOR PRODUCTION NO. 125:

23  MGA Mexico incorporates by reference its General Response and General

24  Objections above, as though fully set forth herein and specifically incorporates

25  General Objection No. 15 (regarding Definitions), including without limitation MGA

26  Mexico's objection to the definition of the terms REFER OR RELATE TO, BRATZ

27  and BRATZ DOLL. MGA Mexico further objects to the request to the extent it

28  seeks the production of documents that are protected from disclosure under any

-186-

EXHIBIT 10 PAGE 262

1  applicable privilege, doctrine or immunity, including without limitation the attorney-

2  client privilege, the work product doctrine, the right of privacy, and all other

3  privileges recognized under the constitutional, statutory or decisional law of the

4  United States of America, the State of California or any other applicable jurisdiction,

5  including, but not limited to, such laws existing in the United Mexican States.  MGA

6  Mexico further objects to this request on the grounds that it is overly broad and

7  unduly burdensome in that it seeks documents not relevant to the claims or defenses

8  in this action and not reasonably calculated to lead to the discovery of admissible

9  evidence.  Mattel has not demonstrated how *all* DOCUMENTS that evidence, reflect

10  or REFER OR RELATE TO the BRATZ DOLL's share of the fashion doll market in

11  Mexico could be relevant to the claims and defenses in this action.  The request is

12  not limited to the subject matter of this action and is thus impermissibly overbroad.

13  See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.  MGA Mexico further

14  objects to this request as being overly broad and unduly burdensome on the grounds

15  that it is not limited in time or geographic scope.  MGA Mexico further objects to

16  this request on the grounds that the terms REFER OR RELATE TO and BRATZ

17  DOLL render the request vague, ambiguous, overly broad and unduly burdensome.

18  MGA Mexico further objects to the phrases "evidence" and "reflect" as vague and

19  ambiguous.  MGA Mexico further objects to the request to the extent that it seeks

20  documents that by reason of public filing, public distribution or otherwise are already

21  in Mattel's possession or are readily accessible to Mattel.  MGA Mexico further

22  objects to the request to the extent that it seeks documents not in MGA Mexico's

23  possession, custody or control.  MGA Mexico further objects to the request to the

24  extent it seeks confidential, proprietary or commercially sensitive information, the

25  disclosure of which would be inimical to the business interests of MGA Mexico.

26  Such information may also be subject to protective orders governing other litigations

27  thereby precluding disclosure in response to this request.  MGA Mexico further

28

**EXHIBIT 10 PAGE 263**

1 objects to the request to the extent it violates the privacy rights of third parties to

2 their private, confidential, proprietary or trade secret information.

3      MGA Mexico further objects to this request as cumulative, duplicative, and

4 unduly burdensome to the extent that it seeks documents previously requested by

5 Mattel and/or produced in response to Mattel's document requests.

6 REQUEST FOR PRODUCTION NO. 126:

7      All DOCUMENTS or tangible things any of the FORMER MATTEL

8 EMPLOYEES removed, sent or transferred from any office of MATTEL or removed,

9 deleted, copied, reproduced or transferred from any MATTEL computer or

10 electronic storage device.

11 RESPONSE TO REQUEST FOR PRODUCTION NO. 126:

12      MGA Mexico incorporates by reference its General Response and General

13 Objections above, as though fully set forth herein and specifically incorporates

14 General Objection No. 15 (regarding Definitions), including without limitation MGA

15 Mexico's objection to the definition of the terms FORMER MATTEL EMPLOYEES

16 and MATTEL.  MGA Mexico further objects to the request to the extent it seeks the

17 production of documents that are protected from disclosure under any applicable

18 privilege, doctrine or immunity, including without limitation the attorney-client

19 privilege, the work product doctrine, the right of privacy, and all other privileges

20 recognized under the constitutional, statutory or decisional law of the United States

21 of America, the State of California or any other applicable jurisdiction, including, but

22 not limited to, such laws existing in the United Mexican States.  MGA Mexico

23 further objects to this request on the grounds that it is overly broad and unduly

24 burdensome in that it seeks documents not relevant to the claims or defenses in this

25 action and not reasonably calculated to lead to the discovery of admissible evidence.

26 Mattel has not demonstrated how *all* DOCUMENTS or tangible things any of the

27 FORMER MATTEL EMPLOYEES removed, sent or transferred from any office of

28 MATTEL or removed, deleted, copied, reproduced or transferred from any

-188-

MGAE de MEXICO S.R.L. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A                                                                                 MSW - Draft December 19, 2007 - 1:25 PM

**EXHIBIT** 10 **PAGE 264**

1  MATTEL computer or electronic storage device, could be relevant to the claims and

2  defenses in this action.  MGA further objects to the phrase "MATTEL computer or

3  electronic storage device" as vague and ambiguous.  The request is not limited to the

4  subject matter of this action and is thus impermissibly overbroad.  See Aug. 13 Order

5  at 9:17-20; May 22 Order at 21:5-7.  MGA Mexico further objects to this request as

6  being overly broad and unduly burdensome on the grounds that it is not limited in

7  time or geographic scope.  MGA Mexico further objects to this request on the

8  grounds that the terms FORMER MATTEL EMPLOYEES and MATTEL render the

9  request vague, ambiguous, overly broad and unduly burdensome.  MGA Mexico

10  further objects to the request to the extent that it seeks documents that by reason of

11  public filing, public distribution or otherwise are already in Mattel's possession or

12  are readily accessible to Mattel.  MGA Mexico further objects to the request to the

13  extent that it seeks documents not in MGA Mexico's possession, custody or control.

14  MGA Mexico further objects to the request to the extent it seeks confidential,

15  proprietary or commercially sensitive information, the disclosure of which would be

16  inimical to the business interests of MGA Mexico.  Such information may also be

17  subject to protective orders governing other litigations thereby precluding disclosure

18  in response to this request.  MGA Mexico further objects to the request to the extent

19  it violates the privacy rights of third parties to their private, confidential, proprietary

20  or trade secret information.

21      MGA Mexico further objects to this request as cumulative, duplicative, and

22  unduly burdensome to the extent that it seeks documents previously requested by

23  Mattel and/or produced in response to Mattel's document requests.

24  REQUEST FOR PRODUCTION NO. 127:

25      All DOCUMENTS that REFER OR RELATE TO the hiring, engagement, or

26  retention by YOU of any current or former MATTEL employee or contractor since

27  January 1,1999, including but not limited to all employment agreements and

28

-189-                    EXHIBIT _10_ PAGE 265

1   agreements that REFER OR RELATE TO confidentiality or the invention,

2   authorship, or ownership of any concept or product.

3   RESPONSE TO REQUEST FOR PRODUCTION NO. 127:

4          MGA Mexico incorporates by reference its General Response and General

5   Objections above, as though fully set forth herein and specifically incorporates

6   General Objection No. 15 (regarding Definitions), including without limitation MGA

7   Mexico's objection to the definition of the terms REFER OR RELATE TO and

8   MATTEL. MGA Mexico further objects to the request to the extent it seeks the

9   production of documents that are protected from disclosure under any applicable

10  privilege, doctrine or immunity, including without limitation the attorney-client

11  privilege, the work product doctrine, the right of privacy, and all other privileges

12  recognized under the constitutional, statutory or decisional law of the United States

13  of America, the State of California or any other applicable jurisdiction, including, but

14  not limited to, such laws existing in the United Mexican States. MGA Mexico

15  further objects to this request on the grounds that it is overly broad and unduly

16  burdensome in that it seeks documents not relevant to the claims or defenses in this

17  action and not reasonably calculated to lead to the discovery of admissible evidence.

18  Mattel has not demonstrated how *all* DOCUMENTS that REFER OR RELATE TO

19  the hiring, engagement, or retention by YOU of any current or former MATTEL

20  employee or contractor since January 1, 1999, could be relevant to the claims and

21  defenses in this action. The request is not limited to the subject matter of this action

22  and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order

23  at 21:5-7. MGA Mexico further objects to this request as being overly broad and

24  unduly burdensome on the grounds that it is not sufficiently limited in time or

25  geographic scope. MGA Mexico further objects to this request on the grounds that

26  the terms REFER OR RELATE TO and MATTEL render the request vague,

27  ambiguous, overly broad and unduly burdensome. MGA Mexico further objects to

28  the term "confidentiality" as vague and ambiguous, and to the terms "employee" and

**EXHIBIT** 10 **PAGE 266**

1  "contractor" as ambiguous and calling for legal conclusions.  MGA Mexico further

2  objects to the request to the extent that it seeks documents that by reason of public

3  filing, public distribution or otherwise are already in Mattel's possession or are

4  readily accessible to Mattel.  MGA Mexico further objects to the request to the

5  extent that it seeks documents not in MGA Mexico's possession, custody or control.

6  MGA Mexico further objects to the request to the extent it seeks confidential,

7  proprietary or commercially sensitive information, the disclosure of which would be

8  inimical to the business interests of MGA Mexico.  Such information may also be

9  subject to protective orders governing other litigations thereby precluding disclosure

10  in response to this request.  MGA Mexico further objects to the request to the extent

11  it violates the privacy rights of third parties to their private, confidential, proprietary

12  or trade secret information.

13       MGA Mexico further objects to this request as cumulative, duplicative, and

14  unduly burdensome to the extent that it seeks documents previously requested by

15  Mattel and/or produced in response to Mattel's document requests.

16  REQUEST FOR PRODUCTION NO. 128:

17       All DOCUMENTS, since January 1, 1999, that REFER OR RELATE TO

18  YOUR receipt, reproduction, copying, storage, transmission, transfer, retention,

19  destruction, deletion or use of any DOCUMENTS or DIGITAL INFORMATION,

20  including but not limited to any compilation of information, that was prepared, made,

21  created, generated, assembled or compiled by or for MATTEL and that was not

22  publicly available at the time of YOUR receipt of such DOCUMENT or DIGITAL

23  INFORMATION.

24  RESPONSE TO REQUEST FOR PRODUCTION NO. 128:

25       MGA Mexico incorporates by reference its General Response and General

26  Objections above, as though fully set forth herein and specifically incorporates

27  General Objection No. 15 (regarding Definitions), including without limitation MGA

28  Mexico's objection to the definition of the terms REFER OR RELATE TO and

-191-

**EXHIBIT 10 PAGE 267**

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A                                           MSW - Draft December 19, 2007 - 1:25 PM

1  MATTEL. MGA Mexico further objects to the request to the extent it seeks the

2  production of documents that are protected from disclosure under any applicable

3  privilege, doctrine or immunity, including without limitation the attorney-client

4  privilege, the work product doctrine, the right of privacy, and all other privileges

5  recognized under the constitutional, statutory or decisional law of the United States

6  of America, the State of California or any other applicable jurisdiction, including, but

7  not limited to, such laws existing in the United Mexican States. MGA Mexico

8  further objects to this request on the grounds that it is overly broad and unduly

9  burdensome in that it seeks documents not relevant to the claims or defenses in this

10  action and not reasonably calculated to lead to the discovery of admissible evidence.

11  Mattel has not demonstrated how *all* DOCUMENTS, since January 1, 1999, that

12  REFER OR RELATE TO YOUR receipt, reproduction, copying, storage,

13  transmission, transfer, retention, destruction, deletion or use of any DOCUMENTS

14  or DIGITAL INFORMATION, that was prepared, made, created, generated,

15  assembled or compiled by or for MATTEL and that was not publicly available at the

16  time of YOUR receipt of such DOCUMENT or DIGITAL INFORMATION, could

17  be relevant to the claims and defenses in this action. The request is not limited to the

18  subject matter of this action and is thus impermissibly overbroad. See Aug. 13 Order

19  at 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as

20  being overly broad and unduly burdensome on the grounds that it is not sufficiently

21  limited in time or geographic scope. MGA Mexico further objects to this request on

22  the grounds that the terms REFER OR RELATE TO and MATTEL render the

23  request vague, ambiguous, overly broad and unduly burdensome. MGA Mexico

24  further objects to the term "use" and the phrase "publicly available" as vague and

25  ambiguous. MGA Mexico further objects to the request to the extent that it seeks

26  documents that by reason of public filing, public distribution or otherwise are already

27  in Mattel's possession or are readily accessible to Mattel. MGA Mexico further

28  objects to the request to the extent that it seeks documents not in MGA Mexico's

-192-

1  possession, custody or control.  MGA Mexico further objects to the request to the

2  extent it seeks confidential, proprietary or commercially sensitive information, the

3  disclosure of which would be inimical to the business interests of MGA Mexico.

4  Such information may also be subject to protective orders governing other litigations

5  thereby precluding disclosure in response to this request.  MGA Mexico further

6  objects to the request to the extent it violates the privacy rights of third parties to

7  their private, confidential, proprietary or trade secret information.

8         MGA Mexico further objects to this request as cumulative, duplicative, and

9  unduly burdensome to the extent that it seeks documents previously requested by

10  Mattel and/or produced in response to Mattel's document requests.

11  REQUEST FOR PRODUCTION NO. 129:

12         All DOCUMENTS, since January 1, 1999, that REFER OR RELATE TO

13  YOUR knowledge of any DESIGN created by, on behalf of, or at the behest of

14  MATTEL, or created by any PERSON employed by or under contract with

15  MATTEL at the time of the DESIGN'S creation, that was not manufactured for sale

16  or placed into the retail market.

17  RESPONSE TO REQUEST FOR PRODUCTION NO. 129:

18         MGA Mexico incorporates by reference its General Response and General

19  Objections above, as though fully set forth herein and specifically incorporates

20  General Objection No. 15 (regarding Definitions), including without limitation MGA

21  Mexico's objection to the definition of the term REFER OR RELATE TO.  MGA

22  Mexico further objects to the request to the extent it seeks the production of

23  documents that are protected from disclosure under any applicable privilege, doctrine

24  or immunity, including without limitation the attorney-client privilege, the work

25  product doctrine, the right of privacy, and all other privileges recognized under the

26  constitutional, statutory or decisional law of the United States of America, the State

27  of California or any other applicable jurisdiction, including, but not limited to, such

28  laws existing in the United Mexican States.  MGA Mexico further objects to this

-193-

1    request on the grounds that it is overly broad and unduly burdensome in that it seeks

2    documents not relevant to the claims or defenses in this action and not reasonably

3    calculated to lead to the discovery of admissible evidence. Mattel has not

4    demonstrated how *all* DOCUMENTS, since January 1, 1999, that REFER OR

5    RELATE TO YOUR knowledge of any DESIGN created by, on behalf of, or at the

6    behest of MATTEL, or created by any PERSON employed by or under contract with

7    MATTEL at the time of the DESIGN'S creation, that was not manufactured for sale

8    or placed into the retail market, could be relevant to the claims and defenses in this

9    action. The request is not limited to the subject matter of this action and is thus

10   impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.

11   MGA Mexico further objects to this request as being overly broad and unduly

12   burdensome on the grounds that it is not sufficiently limited in time or geographic

13   scope. MGA Mexico further objects to this request on the grounds that the term

14   REFER OR RELATE TO renders the request vague, ambiguous, overly broad and

15   unduly burdensome. MGA Mexico further objects to the phrase "on behalf of, or at

16   the behest of" as vague and ambiguous, and to the phrases "employed by" and "under

17   contract" a calling for legal conclusions. MGA Mexico further objects to the request

18   to the extent that it seeks documents that by reason of public filing, public

19   distribution or otherwise are already in Mattel's possession or are readily accessible

20   to Mattel. MGA Mexico further objects to the request to the extent that it seeks

21   documents not in MGA Mexico's possession, custody or control. MGA Mexico

22   further objects to the request to the extent it seeks confidential, proprietary or

23   commercially sensitive information, the disclosure of which would be inimical to the

24   business interests of MGA Mexico. Such information may also be subject to

25   protective orders governing other litigations thereby precluding disclosure in

26   response to this request. MGA Mexico further objects to the request to the extent it

27   violates the privacy rights of third parties to their private, confidential, proprietary or

28   trade secret information.

-194-

**EXHIBIT** *10* **PAGE 270**

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A              MSW - Draft December 19, 2007 - 1:25 PM

1    MGA Mexico further objects to this request as cumulative, duplicative, and

2  unduly burdensome to the extent that it seeks documents previously requested by

3  Mattel and/or produced in response to Mattel's document requests.

4  REQUEST FOR PRODUCTION NO. 130:

5    All DOCUMENTS, since January 1,1999, that REFER OR RELATE TO

6  YOUR receipt, reproduction, copying, storage, transmission, transfer, retention,

7  destruction, deletion or use of any MATTEL line list or other DOCUMENT prepared

8  by MATTEL identifying MATTEL products in the planning, design or development

9  phase.

10  RESPONSE TO REQUEST FOR PRODUCTION NO. 130:

11    MGA Mexico incorporates by reference its General Response and General

12  Objections above, as though fully set forth herein and specifically incorporates

13  General Objection No. 15 (regarding Definitions), including without limitation MGA

14  Mexico's objection to the definition of the terms REFER OR RELATE TO and

15  MATTEL.  MGA Mexico further objects to the request to the extent it seeks the

16  production of documents that are protected from disclosure under any applicable

17  privilege, doctrine or immunity, including without limitation the attorney-client

18  privilege, the work product doctrine, the right of privacy, and all other privileges

19  recognized under the constitutional, statutory or decisional law of the United States

20  of America, the State of California or any other applicable jurisdiction, including, but

21  not limited to, such laws existing in the United Mexican States.  MGA Mexico

22  further objects to this request on the grounds that it is overly broad and unduly

23  burdensome in that it seeks documents not relevant to the claims or defenses in this

24  action and not reasonably calculated to lead to the discovery of admissible evidence.

25  Mattel has not demonstrated how *all* DOCUMENTS, since January 1,1999, that

26  REFER OR RELATE TO YOUR receipt, reproduction, copying, storage,

27  transmission, transfer, retention, destruction, deletion or use of any MATTEL line

28  list or other DOCUMENT prepared by MATTEL identifying MATTEL products in

-195-

1  the planning, design or development phase, could be relevant to the claims and

2  defenses in this action. The request is not limited to the subject matter of this action

3  and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order

4  at 21:5-7. MGA Mexico further objects to this request as being overly broad and

5  unduly burdensome on the grounds that it is not sufficiently limited in time or

6  geographic scope. MGA Mexico further objects to this request on the grounds that

7  the terms REFER OR RELATE TO and MATTEL render the request vague,

8  ambiguous, overly broad and unduly burdensome. MGA Mexico further objects to

9  the terms "identifying" and "use," and to the phrase "planning, design, or

10  development phase," as vague and ambiguous. MGA Mexico further objects to the

11  request to the extent that it seeks documents that by reason of public filing, public

12  distribution or otherwise are already in Mattel's possession or are readily accessible

13  to Mattel. MGA Mexico further objects to the request to the extent that it seeks

14  documents not in MGA Mexico's possession, custody or control. MGA Mexico

15  further objects to the request to the extent it seeks confidential, proprietary or

16  commercially sensitive information, the disclosure of which would be inimical to the

17  business interests of MGA Mexico. Such information may also be subject to

18  protective orders governing other litigations thereby precluding disclosure in

19  response to this request.

20       MGA Mexico further objects to this request as cumulative, duplicative, and

21  unduly burdensome to the extent that it seeks documents previously requested by

22  Mattel and/or produced in response to Mattel's document requests.

23  REQUEST FOR PRODUCTION NO. 131:

24       All DOCUMENTS that YOU knew or were informed that, or ever had any

25  reason to believe, had been or were created by or originated from MATTEL, other

26  than MATTEL products that YOU purchased at retail.

27

28

-196-

**EXHIBIT 10 PAGE 272**

MGAE de MEXICO S.R.L. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A                                   MSW - Draft December 19, 2007 - 1:25 PM

1 RESPONSE TO REQUEST FOR PRODUCTION NO. 131:

2       MGA Mexico incorporates by reference its General Response and General

3 Objections above, as though fully set forth herein and specifically incorporates

4 General Objection No. 15 (regarding Definitions), including without limitation MGA

5 Mexico's objection to the definition of the term MATTEL. MGA Mexico further

6 objects to the request to the extent it seeks the production of documents that are

7 protected from disclosure under any applicable privilege, doctrine or immunity,

8 including without limitation the attorney-client privilege, the work product doctrine,

9 the right of privacy, and all other privileges recognized under the constitutional,

10 statutory or decisional law of the United States of America, the State of California or

11 any other applicable jurisdiction, including, but not limited to, such laws existing in

12 the United Mexican States. MGA Mexico further objects to this request on the

13 grounds that it is overly broad and unduly burdensome in that it seeks documents not

14 relevant to the claims or defenses in this action and not reasonably calculated to lead

15 to the discovery of admissible evidence. Mattel has not demonstrated how *all*

16 DOCUMENTS that YOU knew or were informed that, or ever had any reason to

17 believe, had been or were created by or originated from MATTEL, other than

18 MATTEL products that YOU purchased at retail, could be relevant to the claims and

19 defenses in this action. The request is not limited to the subject matter of this action

20 and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order

21 at 21:5-7. MGA Mexico further objects to this request as being overly broad and

22 unduly burdensome on the grounds that it is not limited in time or geographic scope.

23 MGA Mexico further objects to this request on the grounds that the term MATTEL

24 renders the request vague, ambiguous, overly broad and unduly burdensome. MGA

25 Mexico further objects to the phrase "originated from" as vague and ambiguous.

26 MGA Mexico further objects to the request to the extent that it seeks documents that

27 by reason of public filing, public distribution or otherwise are already in Mattel's

28 possession or are readily accessible to Mattel. MGA Mexico further objects to the

-197-

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO M... ..., ....

FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)

256415.05-Palo Alto Server 1A                                         MSW - Draft December 19, 2007 - 1:25 PM

EXHIBIT *10* PAGE 273

1 request to the extent that it seeks documents not in MGA Mexico's possession,

2 custody or control.  MGA Mexico further objects to the request to the extent it seeks

3 confidential, proprietary or commercially sensitive information, the disclosure of

4 which would be inimical to the business interests of MGA Mexico.  Such

5 information may also be subject to protective orders governing other litigations

6 thereby precluding disclosure in response to this request.  MGA Mexico further

7 objects to the request to the extent it violates the privacy rights of third parties to

8 their private, confidential, proprietary or trade secret information.

9       MGA Mexico further objects to this request as cumulative, duplicative, and

10 unduly burdensome to the extent that it seeks documents previously requested by

11 Mattel and/or produced in response to Mattel's document requests.

12 REQUEST FOR PRODUCTION NO. 132:

13       All COMMUNICATIONS between YOU and any PERSON that REFER OR

14 RELATE TO the retention or destruction of DOCUMENTS or DIGITAL

15 INFORMATION between January 1, 1999 and the present.

16 RESPONSE TO REQUEST FOR PRODUCTION NO. 132:

17       MGA Mexico incorporates by reference its General Response and General

18 Objections above, as though fully set forth herein and specifically incorporates

19 General Objection No. 15 (regarding Definitions), including without limitation MGA

20 Mexico's objection to the definition of the term REFER OR RELATE TO.  MGA

21 Mexico further objects to the request to the extent it seeks the production of

22 documents that are protected from disclosure under any applicable privilege, doctrine

23 or immunity, including without limitation the attorney-client privilege, the work

24 product doctrine, the right of privacy, and all other privileges recognized under the

25 constitutional, statutory or decisional law of the United States of America, the State

26 of California or any other applicable jurisdiction, including, but not limited to, such

27 laws existing in the United Mexican States.  MGA Mexico further objects to this

28 request on the grounds that it is overly broad and unduly burdensome in that it seeks

**EXHIBIT** *lO* **PAGE 274**

256415.05-Palo Alto Server 1A                                    MSW - Draft December 19, 2007 - 1:25 PM