1   request to the extent that it seeks documents not in MGA Mexico's possession,

2   custody or control.  MGA Mexico further objects to the request to the extent it seeks

3   confidential, proprietary or commercially sensitive information, the disclosure of

4   which would be inimical to the business interests of MGA Mexico.  Such

5   information may also be subject to protective orders governing other litigations

6   thereby precluding disclosure in response to this request.  MGA Mexico further

7   objects to the request to the extent it violates the privacy rights of third parties to

8   their private, confidential, proprietary or trade secret information.

9       MGA Mexico further objects to this request as cumulative, duplicative, and

10  unduly burdensome to the extent that it seeks documents previously requested by

11  Mattel and/or produced in response to Mattel's document requests.

12  REQUEST FOR PRODUCTION NO. 132:

13      All COMMUNICATIONS between YOU and any PERSON that REFER OR

14  RELATE TO the retention or destruction of DOCUMENTS or DIGITAL

15  INFORMATION between January 1, 1999 and the present.

16  RESPONSE TO REQUEST FOR PRODUCTION NO. 132:

17      MGA Mexico incorporates by reference its General Response and General

18  Objections above, as though fully set forth herein and specifically incorporates

19  General Objection No. 15 (regarding Definitions), including without limitation MGA

20  Mexico's objection to the definition of the term REFER OR RELATE TO.  MGA

21  Mexico further objects to the request to the extent it seeks the production of

22  documents that are protected from disclosure under any applicable privilege, doctrine

23  or immunity, including without limitation the attorney-client privilege, the work

24  product doctrine, the right of privacy, and all other privileges recognized under the

25  constitutional, statutory or decisional law of the United States of America, the State

26  of California or any other applicable jurisdiction, including, but not limited to, such

27  laws existing in the United Mexican States.  MGA Mexico further objects to this

28  request on the grounds that it is overly broad and unduly burdensome in that it seeks

**EXHIBIT** $\underline{10}$ **PAGE 274**

1 | documents not relevant to the claims or defenses in this action and not reasonably
2 | calculated to lead to the discovery of admissible evidence.  Mattel has not
3 | demonstrated how *all* COMMUNICATIONS between YOU and any PERSON that
4 | REFER OR RELATE TO the retention or destruction of DOCUMENTS or
5 | DIGITAL INFORMATION between January 1, 1999 and the present, could be
6 | relevant to the claims and defenses in this action.  The request is not limited to the
7 | subject matter of this action and is thus impermissibly overbroad.  See Aug. 13 Order
8 | at 9:17-20; May 22 Order at 21:5-7.  MGA Mexico further objects to this request as
9 | being overly broad and unduly burdensome on the grounds that it is not sufficiently
10 | limited in time or geographic scope.  MGA Mexico further objects to this request on
11 | the grounds that the term REFER OR RELATE TO renders the request vague,
12 | ambiguous, overly broad and unduly burdensome.  MGA Mexico further objects to
13 | the request to the extent that it seeks documents that by reason of public filing,
14 | public distribution or otherwise are already in Mattel's possession or are readily
15 | accessible to Mattel.  MGA Mexico further objects to the request to the extent that it
16 | seeks documents not in MGA Mexico's possession, custody or control.  MGA
17 | Mexico further objects to the request to the extent it seeks confidential, proprietary
18 | or commercially sensitive information, the disclosure of which would be inimical to
19 | the business interests of MGA Mexico.

20 | MGA Mexico further objects to this request as cumulative, duplicative, and
21 | unduly burdensome to the extent that it seeks documents previously requested by
22 | Mattel and/or produced in response to Mattel's document requests.

23 | REQUEST FOR PRODUCTION NO. 133:

24 | All DOCUMENTS that REFER OR RELATE TO the retention or destruction
25 | policies, procedures and practices for YOUR DOCUMENTS and DIGITAL
26 | INFORMATION that REFER OR RELATE TO BRATZ since January 1, 2003,
27 | including without limitation the retention or destruction of DOCUMENTS and
28 |

-199-

**EXHIBIT 10 PAGE 275**

1 DIGITAL INFORMATION when (a) hardware is replaced, modified or upgraded

2 and (b) when PERSONS leave YOUR employ.

3 RESPONSE TO REQUEST FOR PRODUCTION NO. 133:

4       MGA Mexico incorporates by reference its General Response and General

5 Objections above, as though fully set forth herein and specifically incorporates

6 General Objection No. 15 (regarding Definitions), including without limitation MGA

7 Mexico's objection to the definition of the terms REFER OR RELATE TO and

8 BRATZ. MGA Mexico further objects to the request to the extent it seeks the

9 production of documents that are protected from disclosure under any applicable

10 privilege, doctrine or immunity, including without limitation the attorney-client

11 privilege, the work product doctrine, the right of privacy, and all other privileges

12 recognized under the constitutional, statutory or decisional law of the United States

13 of America, the State of California or any other applicable jurisdiction, including, but

14 not limited to, such laws existing in the United Mexican States. MGA Mexico

15 further objects to this request on the grounds that it is overly broad and unduly

16 burdensome in that it seeks documents not relevant to the claims or defenses in this

17 action and not reasonably calculated to lead to the discovery of admissible evidence.

18 Mattel has not demonstrated how *all* DOCUMENTS that REFER OR RELATE TO

19 the retention or destruction policies, procedures and practices for YOUR

20 DOCUMENTS and DIGITAL INFORMATION that REFER OR RELATE TO

21 BRATZ since January 1, 2003, could be relevant to the claims and defenses in this

22 action. MGA Mexico further objects to the term "employ" as vague and calling for a

23 legal conclusion. The request is not limited to the subject matter of this action and is

24 thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-

25 7. MGA Mexico further objects to this request as being overly broad and unduly

26 burdensome on the grounds that it is not sufficiently limited in time or geographic

27 scope. MGA Mexico further objects to this request on the grounds that the terms

28 REFER OR RELATE TO and BRATZ render the request vague, ambiguous, overly

-200-

**EXHIBIT** *10* **PAGE 276**

MGAE de MEXICO S.R.L. de C.V.'S OBJECTIONS AND RESPONSES TO M......
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)

256415.05-Palo Alto Server 1A                                             MSW - Draft December 19, 2007 - 1:25 PM

1 | broad and unduly burdensome. MGA Mexico further objects to the request to the

2 | extent that it seeks documents that by reason of public filing, public distribution or

3 | otherwise are already in Mattel's possession or are readily accessible to Mattel.

4 | MGA Mexico further objects to the request to the extent that it seeks documents not

5 | in MGA Mexico's possession, custody or control. MGA Mexico further objects to

6 | the request to the extent it seeks confidential, proprietary or commercially sensitive

7 | information, the disclosure of which would be inimical to the business interests of

8 | MGA Mexico.

9 |     MGA Mexico further objects to this request as cumulative, duplicative, and

10 | unduly burdensome to the extent that it seeks documents previously requested by

11 | Mattel and/or produced in response to Mattel's document requests.

12 | REQUEST FOR PRODUCTION NO. 134:

13 |     All DOCUMENTS that REFER OR RELATE TO the preservation, collection,

14 | destruction, removal, transfer, loss or impairment of YOUR DOCUMENTS and

15 | DIGITAL INFORMATION in connection with the ACTION and/or any

16 | DOCUMENTS requested by MATTEL in the ACTION.

17 | RESPONSE TO REQUEST FOR PRODUCTION NO. 134:

18 |     MGA Mexico incorporates by reference its General Response and General

19 | Objections above, as though fully set forth herein and specifically incorporates

20 | General Objection No. 15 (regarding Definitions), including without limitation MGA

21 | Mexico's objection to the definition of the terms REFER OR RELATE TO and

22 | MATTEL. MGA Mexico further objects to the request to the extent it seeks the

23 | production of documents that are protected from disclosure under any applicable

24 | privilege, doctrine or immunity, including without limitation the attorney-client

25 | privilege, the work product doctrine, the right of privacy, and all other privileges

26 | recognized under the constitutional, statutory or decisional law of the United States

27 | of America, the State of California or any other applicable jurisdiction, including, but

28 | not limited to, such laws existing in the United Mexican States. MGA Mexico

EXHIBIT _10_ PAGE 277

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A                       MSW - Draft December 19, 2007 - 1:25 PM

1   further objects to this request on the grounds that it is overly broad and unduly

2   burdensome in that it seeks documents not relevant to the claims or defenses in this

3   action and not reasonably calculated to lead to the discovery of admissible evidence.

4   Mattel has not demonstrated how *all* DOCUMENTS that REFER OR RELATE TO

5   the preservation, collection, destruction, removal, transfer, loss or impairment of

6   YOUR DOCUMENTS and DIGITAL INFORMATION in connection with the

7   ACTION and/or any DOCUMENTS requested by MATTEL in the ACTION, could

8   be relevant to the claims and defenses in this action. The request is not limited to the

9   subject matter of this action and is thus impermissibly overbroad. <u>See</u> Aug. 13 Order

10  at 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as

11  being overly broad and unduly burdensome on the grounds that it is not limited in

12  time or geographic scope. MGA Mexico further objects to this request on the

13  grounds that the terms REFER OR RELATE TO and MATTEL render the request

14  vague, ambiguous, overly broad and unduly burdensome. MGA Mexico further

15  objects to the phrases "impairment" and "in connection with" as vague and

16  ambiguous. MGA Mexico further objects to the request to the extent that it seeks

17  documents that by reason of public filing, public distribution or otherwise are already

18  in Mattel's possession or are readily accessible to Mattel. MGA Mexico further

19  objects to the request to the extent that it seeks documents not in MGA Mexico's

20  possession, custody or control. MGA Mexico further objects to the request to the

21  extent it seeks confidential, proprietary or commercially sensitive information, the

22  disclosure of which would be inimical to the business interests of MGA Mexico.

23      MGA Mexico further objects to this request as cumulative, duplicative, and

24  unduly burdensome to the extent that it seeks documents previously requested by

25  Mattel and/or produced in response to Mattel's document requests.

26  <u>REQUEST FOR PRODUCTION NO. 135</u>:

27      All DOCUMENTS that REFER OR RELATE TO the preservation, collection,

28  destruction, removal, transfer, loss or impairment of YOUR DOCUMENTS and

-202-

EXHIBIT *10* PAGE 278

1  DIGITAL INFORMATION since January 1, 2003 that REFER OR RELATE TO

2  MATTEL (including without limitation to any MATTEL product, plan or

3  information) that YOU received in any manner from any PERSON who was at the

4  time an employee of MATTEL or who had previously been an employee of

5  MATTEL.

6  RESPONSE TO REQUEST FOR PRODUCTION NO. 135:

7          MGA Mexico incorporates by reference its General Response and General

8  Objections above, as though fully set forth herein and specifically incorporates

9  General Objection No. 15 (regarding Definitions), including without limitation MGA

10  Mexico's objection to the definition of the terms REFER OR RELATE TO and

11  MATTEL. MGA Mexico further objects to the request to the extent it seeks the

12  production of documents that are protected from disclosure under any applicable

13  privilege, doctrine or immunity, including without limitation the attorney-client

14  privilege, the work product doctrine, the right of privacy, and all other privileges

15  recognized under the constitutional, statutory or decisional law of the United States

16  of America, the State of California or any other applicable jurisdiction, including, but

17  not limited to, such laws existing in the United Mexican States. MGA Mexico

18  further objects to this request on the grounds that it is overly broad and unduly

19  burdensome in that it seeks documents not relevant to the claims or defenses in this

20  action and not reasonably calculated to lead to the discovery of admissible evidence.

21  Mattel has not demonstrated how *all* DOCUMENTS that REFER OR RELATE TO

22  the preservation, collection, destruction, removal, transfer, loss or impairment of

23  YOUR DOCUMENTS and DIGITAL INFORMATION since January 1, 2003 that

24  REFER OR RELATE TO MATTEL that YOU received in any manner from any

25  PERSON who was at the time an employee of MATTEL or who had previously been

26  an employee of MATTEL, could be relevant to the claims and defenses in this action.

27  The request is not limited to the subject matter of this action and is thus

28  impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.

-203-

EXHIBIT _10_ PAGE 279

1    MGA Mexico further objects to this request as being overly broad and unduly

2    burdensome on the grounds that it is not sufficiently limited in time or geographic

3    scope.  MGA Mexico further objects to this request on the grounds that the terms

4    REFER OR RELATE TO and MATTEL render the request vague, ambiguous,

5    overly broad and unduly burdensome.  MGA Mexico further objects to the phrase

6    "impairment" as vague and ambiguous, and to the term "employee" as calling for a

7    legal conclusion.  MGA Mexico further objects to the request to the extent that it

8    seeks documents that by reason of public filing, public distribution or otherwise are

9    already in Mattel's possession or are readily accessible to Mattel.  MGA Mexico

10   further objects to the request to the extent that it seeks documents not in MGA

11   Mexico's possession, custody or control.  MGA Mexico further objects to the request

12   to the extent it seeks confidential, proprietary or commercially sensitive information,

13   the disclosure of which would be inimical to the business interests of MGA Mexico.

14       MGA Mexico further objects to this request as cumulative, duplicative, and

15   unduly burdensome to the extent that it seeks documents previously requested by

16   Mattel and/or produced in response to Mattel's document requests.

17   REQUEST FOR PRODUCTION NO. 136:

18       YOUR DIGITAL INFORMATION data backup policies, practices and

19   procedures from January 1, 2003 to the present, including without limitation the

20   location and specifications of any media used to preserve YOUR DIGITAL

21   INFORMATION and the software, if any, used to preserve YOUR DIGITAL

22   INFORMATION.

23   RESPONSE TO REQUEST FOR PRODUCTION NO. 136:

24       MGA Mexico incorporates by reference its General Response and General

25   Objections above, as though fully set forth herein and specifically incorporates

26   General Objection No. 15 (regarding Definitions).  MGA Mexico further objects to

27   the request to the extent it seeks the production of documents that are protected from

28   disclosure under any applicable privilege, doctrine or immunity, including without

EXHIBIT 10 PAGE 280

1  limitation the attorney-client privilege, the work product doctrine, the right of

2  privacy, and all other privileges recognized under the constitutional, statutory or

3  decisional law of the United States of America, the State of California or any other

4  applicable jurisdiction, including, but not limited to, such laws existing in the United

5  Mexican States. MGA Mexico further objects to this request on the grounds that it is

6  overly broad and unduly burdensome in that it seeks documents not relevant to the

7  claims or defenses in this action and not reasonably calculated to lead to the

8  discovery of admissible evidence. Mattel has not demonstrated how *all* DIGITAL

9  INFORMATION data backup policies, practices and procedures from January 1,

10  2003 to the present, could be relevant to the claims and defenses in this action. The

11  request is not limited to the subject matter of this action and is thus impermissibly

12  overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7. MGA Mexico

13  further objects to this request as being overly broad and unduly burdensome on the

14  grounds that it is not sufficiently limited in time or geographic scope. MGA Mexico

15  further objects to the term "specification" as vague and ambiguous. MGA Mexico

16  further objects to the request to the extent that it seeks documents that by reason of

17  public filing, public distribution or otherwise are already in Mattel's possession or

18  are readily accessible to Mattel. MGA Mexico further objects to the request to the

19  extent that it seeks documents not in MGA Mexico's possession, custody or control.

20  MGA Mexico further objects to the request to the extent it seeks confidential,

21  proprietary or commercially sensitive information, the disclosure of which would be

22  inimical to the business interests of MGA Mexico.

23      MGA Mexico further objects to this request as cumulative, duplicative, and

24  unduly burdensome to the extent that it seeks documents previously requested by

25  Mattel and/or produced in response to Mattel's document requests.

26  REQUEST FOR PRODUCTION NO. 137:

27      The DIGITAL INFORMATION SYSTEMS and the application software that

28  YOU have used since January 1, 2003 that REFER OR RELATE TO design,

-205-

EXHIBIT _10_ PAGE 281

1 development, planning, inventory, manufacturing, sales, shipping and accounting,

2 including without limitation the common or shared storage for such DIGITAL

3 INFORMATION SYSTEMS, remote access of such DIGITAL INFORMATION

4 SYSTEMS, and any changes, modifications or upgrades to such DIGITAL

5 INFORMATION SYSTEMS or application software.

6 RESPONSE TO REQUEST FOR PRODUCTION NO. 137:

7      MGA Mexico incorporates by reference its General Response and General

8 Objections above, as though fully set forth herein and specifically incorporates

9 General Objection No. 15 (regarding Definitions), including without limitation MGA

10 Mexico's objection to the definition of the terms SYSTEMS and REFER OR

11 RELATE TO.  MGA Mexico further objects to the request to the extent it seeks the

12 production of documents that are protected from disclosure under any applicable

13 privilege, doctrine or immunity, including without limitation the attorney-client

14 privilege, the work product doctrine, the right of privacy, and all other privileges

15 recognized under the constitutional, statutory or decisional law of the United States

16 of America, the State of California or any other applicable jurisdiction, including, but

17 not limited to, such laws existing in the United Mexican States.  MGA Mexico

18 further objects to this request on the grounds that it is overly broad and unduly

19 burdensome in that it seeks documents not relevant to the claims or defenses in this

20 action and not reasonably calculated to lead to the discovery of admissible evidence.

21 Mattel has not demonstrated how *all* the documents and things purportedly sought by

22 the request, could be relevant to the claims and defenses in this action.   The request

23 is not limited to the subject matter of this action and is thus impermissibly overbroad.

24 See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.  MGA Mexico further

25 objects to this request as being overly broad and unduly burdensome on the grounds

26 that it is not sufficiently limited in time or geographic scope.  MGA Mexico further

27 objects to this request on the grounds that the terms REFER OR RELATE TO and

28 SYSTEMS render the request vague, ambiguous, overly broad and unduly

**EXHIBIT _16_ PAGE 282**

1  burdensome. MGA Mexico further objects to the phrase "application software" as

2  vague and ambiguous. MGA Mexico further objects to the request to the extent that

3  it seeks documents that by reason of public filing, public distribution or otherwise

4  are already in Mattel's possession or are readily accessible to Mattel. MGA Mexico

5  further objects to the request to the extent that it seeks documents not in MGA

6  Mexico's possession, custody or control. MGA Mexico further objects to the request

7  to the extent it seeks confidential, proprietary or commercially sensitive information,

8  the disclosure of which would be inimical to the business interests of MGA Mexico.

9  MGA Mexico further objects to this request as cumulative, duplicative, and

10  unduly burdensome to the extent that it seeks documents previously requested by

11  Mattel and/or produced in response to Mattel's document requests.

12  REQUEST FOR PRODUCTION NO. 138:

13  All DOCUMENTS that REFER OR RELATE TO the IDENTITY of

14  PERSONS, including without limitation vendors, who since January 1, 1999 have

15  been responsible for or supported YOUR DIGITAL INFORMATION SYSTEMS,

16  including without limitation the IDENTITY of such PERSON who serviced or

17  provided hardware for YOUR DIGITAL INFORMATION SYSTEMS, hosted,

18  stored, archived or maintained YOUR DIGITAL INFORMATION, including but not

19  limited to internet service providers, and provided analytical, training or

20  implementation services with respect to YOUR DIGITAL INFORMATION

21  SYSTEMS.

22  RESPONSE TO REQUEST FOR PRODUCTION NO. 138:

23  MGA Mexico incorporates by reference its General Response and General

24  Objections above, as though fully set forth herein and specifically incorporates

25  General Objection No. 15 (regarding Definitions), including without limitation MGA

26  Mexico's objection to the definition of the terms SYSTEMS and REFER OR

27  RELATE TO. MGA Mexico further objects to the request to the extent it seeks the

28  production of documents that are protected from disclosure under any applicable

-207-

1 | privilege, doctrine or immunity, including without limitation the attorney-client
2 | privilege, the work product doctrine, the right of privacy, and all other privileges
3 | recognized under the constitutional, statutory or decisional law of the United States
4 | of America, the State of California or any other applicable jurisdiction, including, but
5 | not limited to, such laws existing in the United Mexican States.  MGA Mexico
6 | further objects to this request on the grounds that it is overly broad and unduly
7 | burdensome in that it seeks documents not relevant to the claims or defenses in this
8 | action and not reasonably calculated to lead to the discovery of admissible evidence.
9 | Mattel has not demonstrated how *all* the documents and things purportedly sought by
10 | the request, could be relevant to the claims and defenses in this action.   The request
11 | is not limited to the subject matter of this action and is thus impermissibly overbroad.
12 | See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.  MGA Mexico further
13 | objects to this request as being overly broad and unduly burdensome on the grounds
14 | that it is not sufficiently limited in time or geographic scope.  MGA Mexico further
15 | objects to this request on the grounds that the terms REFER OR RELATE TO and
16 | SYSTEMS render the request vague, ambiguous, overly broad and unduly
17 | burdensome.  MGA Mexico further objects to the phrase "analytical" as vague and
18 | ambiguous.  MGA Mexico further objects to the request to the extent that it seeks
19 | documents that by reason of public filing, public distribution or otherwise are already
20 | in Mattel's possession or are readily accessible to Mattel.  MGA Mexico further
21 | objects to the request to the extent that it seeks documents not in MGA Mexico's
22 | possession, custody or control.  MGA Mexico further objects to the request to the
23 | extent it seeks confidential, proprietary or commercially sensitive information, the
24 | disclosure of which would be inimical to the business interests of MGA Mexico.
25 | Such information may also be subject to protective orders governing other litigations
26 | thereby precluding disclosure in response to this request.  MGA Mexico further
27 | objects to the request to the extent it violates the privacy rights of third parties to
28 | their private, confidential, proprietary or trade secret information.

1    MGA Mexico further objects to this request as cumulative, duplicative, and

2  unduly burdensome to the extent that it seeks documents previously requested by

3  Mattel and/or produced in response to Mattel's document requests.

4  REQUEST FOR PRODUCTION NO. 139:

5    All DOCUMENTS that REFER OR RELATE TO the electronic messaging

6  SYSTEMS used by YOUR employees within the scope of their employment

7  between January 1, 1999 and the present, including but not limited to electronic mail,

8  instant messenger, telephone or voice-mail, and the routing of such electronic

9  messages to, from or within MGA.

10  RESPONSE TO REQUEST FOR PRODUCTION NO. 139:

11    MGA Mexico incorporates by reference its General Response and General

12  Objections above, as though fully set forth herein and specifically incorporates

13  General Objection No. 15 (regarding Definitions), including without limitation MGA

14  Mexico's objection to the definition of the terms REFER OR RELATE TO and

15  SYSTEMS.  MGA Mexico further objects to the request to the extent it seeks the

16  production of documents that are protected from disclosure under any applicable

17  privilege, doctrine or immunity, including without limitation the attorney-client

18  privilege, the work product doctrine, the right of privacy, and all other privileges

19  recognized under the constitutional, statutory or decisional law of the United States

20  of America, the State of California or any other applicable jurisdiction, including, but

21  not limited to, such laws existing in the United Mexican States.  MGA Mexico

22  further objects to this request on the grounds that it is overly broad and unduly

23  burdensome in that it seeks documents not relevant to the claims or defenses in this

24  action and not reasonably calculated to lead to the discovery of admissible evidence.

25  Mattel has not demonstrated how *all* DOCUMENTS that REFER OR RELATE TO

26  the electronic messaging SYSTEMS used by YOUR employees within the scope of

27  their employment between January 1, 1999 and the present, could be relevant to the

28  claims and defenses in this action.  The request is not limited to the subject matter of

-209-

EXHIBIT 10   PAGE 285

1   this action and is thus impermissibly overbroad. <u>See</u> Aug. 13 Order at 9:17-20; May

2   22 Order at 21:5-7. MGA Mexico further objects to this request as being overly

3   broad and unduly burdensome on the grounds that it is not sufficiently limited in

4   time or geographic scope. MGA Mexico further objects to this request on the

5   grounds that the term SYSTEMS renders the request vague, ambiguous, overly broad

6   and unduly burdensome. MGA Mexico further objects to the term "employees" as

7   vague and calling for a legal conclusion. MGA Mexico further objects to the request

8   to the extent that it seeks documents that by reason of public filing, public

9   distribution or otherwise are already in Mattel's possession or are readily accessible

10  to Mattel. MGA Mexico further objects to the request to the extent that it seeks

11  documents not in MGA Mexico's possession, custody or control. MGA Mexico

12  further objects to the request to the extent it seeks confidential, proprietary or

13  commercially sensitive information, the disclosure of which would be inimical to the

14  business interests of MGA Mexico. Such information may also be subject to

15  protective orders governing other litigations thereby precluding disclosure in

16  response to this request. MGA Mexico further objects to the request to the extent it

17  violates the privacy rights of third parties to their private, confidential, proprietary or

18  trade secret information.

19       MGA Mexico further objects to this request as cumulative, duplicative, and

20  unduly burdensome to the extent that it seeks documents previously requested by

21  Mattel and/or produced in response to Mattel's document requests.

22  REQUEST FOR PRODUCTION NO. 140:

23       All DOCUMENTS and tangible things REFERRING OR RELATING TO

24  YOUR defenses in this ACTION.

25  RESPONSE TO REQUEST FOR PRODUCTION NO. 140:

26       MGA Mexico incorporates by reference its General Response and General

27  Objections above, as though fully set forth herein and specifically incorporates

28  General Objection No. 15 (regarding Definitions), including without limitation MGA

-210-

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A                                          MSW - Draft December 19, 2007 - 1:25 PM

EXHIBIT 10 PAGE 286

1   Mexico's objection to the definition of the term REFERING OR RELATING.  MGA

2   Mexico further objects to the request to the extent it seeks the production of

3   documents that are protected from disclosure under any applicable privilege, doctrine

4   or immunity, including without limitation the attorney-client privilege, the work

5   product doctrine, the right of privacy, and all other privileges recognized under the

6   constitutional, statutory or decisional law of the United States of America, the State

7   of California or any other applicable jurisdiction, including, but not limited to, such

8   laws existing in the United Mexican States.  MGA Mexico further objects to this

9   request on the grounds that it is overly broad and unduly burdensome in that it seeks

10  documents not relevant to the claims or defenses in this action and not reasonably

11  calculated to lead to the discovery of admissible evidence.  Mattel has not

12  demonstrated how *all* DOCUMENTS and tangible things REFERRING OR

13  RELATING TO YOUR defenses in this ACTION, could be relevant to the claims

14  and defenses in this action.  The request is not limited to the subject matter of this

15  action and is thus impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22

16  Order at 21:5-7.  MGA Mexico further objects to this request as being overly broad

17  and unduly burdensome on the grounds that it is not limited in time or geographic

18  scope.  MGA Mexico further objects to this request on the grounds that the term

19  REFERRING OR RELATING TO renders the request vague, ambiguous, overly

20  broad and unduly burdensome.  MGA Mexico further objects to the request to the

21  extent that it seeks documents that by reason of public filing, public distribution or

22  otherwise are already in Mattel's possession or are readily accessible to Mattel.

23  MGA Mexico further objects to the request to the extent that it seeks documents not

24  in MGA Mexico's possession, custody or control.  MGA Mexico further objects to

25  the request to the extent it seeks confidential, proprietary or commercially sensitive

26  information, the disclosure of which would be inimical to the business interests of

27  MGA Mexico.  Such information may also be subject to protective orders governing

28  other litigations thereby precluding disclosure in response to this request.  MGA

**EXHIBIT** _10_ **PAGE 287**

MGAE de MEXICO S.R.L. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)

256415.05-Palo Alto Server 1A                                    MSW - Draft December 19, 2007 - 1:25 PM

1   Mexico further objects to the request to the extent it violates the privacy rights of

2   third parties to their private, confidential, proprietary or trade secret information.

3        MGA Mexico further objects to this request as cumulative, duplicative, and

4   unduly burdensome to the extent that it seeks documents previously requested by

5   Mattel and/or produced in response to Mattel's document requests.

6   REQUEST FOR PRODUCTION NO. 141:

7        YOUR policies, practices and procedures regarding the use of transportable

8   media that contain or are capable of containing DIGITAL INFORMATION,

9   including but not limited to floppy discs, compact discs, DVDs, USB drives, portable

10  hard drives, digital cameras and personal digital assistants.

11  RESPONSE TO REQUEST FOR PRODUCTION NO. 141:

12       MGA Mexico incorporates by reference its General Response and General

13  Objections above, as though fully set forth herein and specifically incorporates

14  General Objection No. 15 (regarding Definitions).  MGA Mexico further objects to

15  the request to the extent it seeks the production of documents that are protected from

16  disclosure under any applicable privilege, doctrine or immunity, including without

17  limitation the attorney-client privilege, the work product doctrine, the right of

18  privacy, and all other privileges recognized under the constitutional, statutory or

19  decisional law of the United States of America, the State of California or any other

20  applicable jurisdiction, including, but not limited to, such laws existing in the United

21  Mexican States.  MGA Mexico further objects to this request on the grounds that it is

22  overly broad and unduly burdensome in that it seeks documents not relevant to the

23  claims or defenses in this action and not reasonably calculated to lead to the

24  discovery of admissible evidence.  Mattel has not demonstrated how *all* policies,

25  practices and procedures regarding the use of transportable media that contain or are

26  capable of containing DIGITAL INFORMATION, could be relevant to the claims

27  and defenses in this action.  The request is not limited to the subject matter of this

28  action and is thus impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22

-212-

EXHIBIT _10_ PAGE 288

1 | Order at 21:5-7. MGA Mexico further objects to this request as being overly broad

2 | and unduly burdensome on the grounds that it is not limited in time or geographic

3 | scope. MGA Mexico further objects to the phrase "use of transportable media" as

4 | vague and ambiguous. MGA Mexico further objects to the request to the extent that

5 | it seeks documents that by reason of public filing, public distribution or otherwise

6 | are already in Mattel's possession or are readily accessible to Mattel. MGA Mexico

7 | further objects to the request to the extent that it seeks documents not in MGA

8 | Mexico's possession, custody or control. MGA Mexico further objects to the request

9 | to the extent it seeks confidential, proprietary or commercially sensitive information,

10 | the disclosure of which would be inimical to the business interests of MGA Mexico.

11 |     MGA Mexico further objects to this request as cumulative, duplicative, and

12 | unduly burdensome to the extent that it seeks documents previously requested by

13 | Mattel and/or produced in response to Mattel's document requests.

14 | REQUEST FOR PRODUCTION NO. 142:

15 |     To the extent not produced in response to any other Request for Production, all

16 | DOCUMENTS and tangible things that upon which YOU intend to rely to support

17 | YOUR defenses in this ACTION.

18 | RESPONSE TO REQUEST FOR PRODUCTION NO. 142:

19 |     MGA Mexico incorporates by reference its General Response and General

20 | Objections above, as though fully set forth herein and specifically incorporates

21 | General Objection No. 15 (regarding Definitions). MGA Mexico further objects to

22 | the request to the extent it seeks the production of documents that are protected from

23 | disclosure under any applicable privilege, doctrine or immunity, including without

24 | limitation the attorney-client privilege, the work product doctrine, the right of

25 | privacy, and all other privileges recognized under the constitutional, statutory or

26 | decisional law of the United States of America, the State of California or any other

27 | applicable jurisdiction, including, but not limited to, such laws existing in the United

28 | Mexican States. MGA Mexico further objects to this request on the grounds that it is

EXHIBIT 10 PAGE 289

MGAE de MEXICO S.R.L. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A    MSW - Draft December 19, 2007 - 1:25 PM

1  overly broad and unduly burdensome in that it seeks documents not relevant to the

2  claims or defenses in this action and not reasonably calculated to lead to the

3  discovery of admissible evidence.  The request is not limited to the subject matter of

4  this action and is thus impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May

5  22 Order at 21:5-7.  MGA Mexico further objects to this request as being overly

6  broad and unduly burdensome on the grounds that it is not limited in time or

7  geographic scope.  MGA Mexico further objects to the request to the extent that it

8  seeks documents that by reason of public filing, public distribution or otherwise are

9  already in Mattel's possession or are readily accessible to Mattel.  MGA Mexico

10  further objects to the request to the extent that it seeks documents not in MGA

11  Mexico's possession, custody or control.  MGA Mexico further objects to the request

12  to the extent it seeks confidential, proprietary or commercially sensitive information,

13  the disclosure of which would be inimical to the business interests of MGA Mexico.

14        MGA Mexico further objects to this request as cumulative, duplicative, and

15  unduly burdensome to the extent that it seeks documents previously requested by

16  Mattel and/or produced in response to Mattel's document requests.

17  REQUEST FOR PRODUCTION NO. 143:

18        To the extent not produced in response to any other Request for Production, all

19  DOCUMENTS and tangible things upon which YOU intend to rely in this ACTION.

20  RESPONSE TO REQUEST FOR PRODUCTION NO. 143:

21        MGA Mexico incorporates by reference its General Response and General

22  Objections above, as though fully set forth herein and specifically incorporates

23  General Objection No. 15 (regarding Definitions).  MGA Mexico further objects to

24  the request to the extent it seeks the production of documents that are protected from

25  disclosure under any applicable privilege, doctrine or immunity, including without

26  limitation the attorney-client privilege, the work product doctrine, the right of

27  privacy, and all other privileges recognized under the constitutional, statutory or

28  decisional law of the United States of America, the State of California or any other

-214-

**EXHIBIT** *10* **PAGE 290**

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A                                    MSW - Draft December 19, 2007 - 1:25 PM

1 | applicable jurisdiction, including, but not limited to, such laws existing in the United

2 | Mexican States. MGA Mexico further objects to this request on the grounds that it is

3 | overly broad and unduly burdensome in that it seeks documents not relevant to the

4 | claims or defenses in this action and not reasonably calculated to lead to the

5 | discovery of admissible evidence. The request is not limited to the subject matter of

6 | this action and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May

7 | 22 Order at 21:5-7. MGA Mexico further objects to this request as being overly

8 | broad and unduly burdensome on the grounds that it is not limited in time or

9 | geographic scope. MGA Mexico further objects to the request to the extent that it

10 | seeks documents that by reason of public filing, public distribution or otherwise are

11 | already in Mattel's possession or are readily accessible to Mattel. MGA Mexico

12 | further objects to the request to the extent that it seeks documents not in MGA

13 | Mexico's possession, custody or control. MGA Mexico further objects to the request

14 | to the extent it seeks confidential, proprietary or commercially sensitive information,

15 | the disclosure of which would be inimical to the business interests of MGA Mexico.

16 | Such information may also be subject to protective orders governing other litigations

17 | thereby precluding disclosure in response to this request.

18 |      MGA Mexico further objects to this request as cumulative, duplicative, and

19 | unduly burdensome to the extent that it seeks documents previously requested by

20 | Mattel and/or produced in response to Mattel's document requests.

21 | REQUEST FOR PRODUCTION NO. 144:

22 |      All DOCUMENTS that REFER OR RELATE TO Machado's citizenship or

23 | residency status in the United States after January 1, 2004.

24 | RESPONSE TO REQUEST FOR PRODUCTION NO. 144:

25 |      MGA Mexico incorporates by reference its General Response and General

26 | Objections above, as though fully set forth herein and specifically incorporates

27 | General Objection No. 15 (regarding Definitions), including without limitation MGA

28 | Mexico's objection to the definition of the term REFER OR RELATE TO. MGA

-215-

MGAE de MEXICO S.R.L. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL **EXHIBIT _10_ PAGE 291**
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A     MSW - Draft December 19, 2007 - 1:25 PM

1 | Mexico further objects to the request to the extent it seeks the production of

2 | documents that are protected from disclosure under any applicable privilege, doctrine

3 | or immunity, including without limitation the attorney-client privilege, the work

4 | product doctrine, the right of privacy, and all other privileges recognized under the

5 | constitutional, statutory or decisional law of the United States of America, the State

6 | of California or any other applicable jurisdiction, including, but not limited to, such

7 | laws existing in the United Mexican States.  MGA Mexico further objects to this

8 | request on the grounds that it is overly broad and unduly burdensome in that it seeks

9 | documents not relevant to the claims or defenses in this action and not reasonably

10 | calculated to lead to the discovery of admissible evidence.  Mattel has not

11 | demonstrated how *all* DOCUMENTS that REFER OR RELATE TO Machado's

12 | citizenship or residency status in the United States after January 1, 2004 could be

13 | relevant to the claims and defenses in this action.  The request is not limited to the

14 | subject matter of this action and is thus impermissibly overbroad.  See Aug. 13 Order

15 | at 9:17-20; May 22 Order at 21:5-7.  MGA Mexico further objects to this request as

16 | being overly broad and unduly burdensome on the grounds that it is not sufficiently

17 | limited in time or geographic scope.  MGA Mexico further objects to this request on

18 | the grounds that the term REFER OR RELATE TO renders the request vague,

19 | ambiguous, overly broad and unduly burdensome.  MGA Mexico further objects to

20 | the request to the extent that it seeks documents that by reason of public filing,

21 | public distribution or otherwise are already in Mattel's possession or are readily

22 | accessible to Mattel.  MGA Mexico further objects to the request to the extent that it

23 | seeks documents not in MGA Mexico's possession, custody or control.  MGA

24 | Mexico further objects to the request to the extent it seeks confidential, proprietary

25 | or commercially sensitive information, the disclosure of which would be inimical to

26 | the business interests of MGA Mexico.  Such information may also be subject to

27 | protective orders governing other litigations thereby precluding disclosure in

28 | response to this request.  MGA Mexico further objects to the request to the extent it

-216-

1  violates the privacy rights of third parties to their private, confidential, proprietary or
2  trade secret information.

3        MGA Mexico further objects to this request as cumulative, duplicative, and
4  unduly burdensome to the extent that it seeks documents previously requested by
5  Mattel and/or produced in response to Mattel's document requests.

6  REQUEST FOR PRODUCTION NO. 145:

7        All DOCUMENTS that REFER OR RELATE TO Machado's citizenship or
8  residency status in Mexico after January 1, 2004.

9  RESPONSE TO REQUEST FOR PRODUCTION NO. 145:

10        MGA Mexico incorporates by reference its General Response and General
11  Objections above, as though fully set forth herein and specifically incorporates
12  General Objection No. 15 (regarding Definitions), including without limitation MGA
13  Mexico's objection to the definition of the term REFER OR RELATE TO.  MGA
14  Mexico further objects to the request to the extent it seeks the production of
15  documents that are protected from disclosure under any applicable privilege, doctrine
16  or immunity, including without limitation the attorney-client privilege, the work
17  product doctrine, the right of privacy, and all other privileges recognized under the
18  constitutional, statutory or decisional law of the United States of America, the State
19  of California or any other applicable jurisdiction, including, but not limited to, such
20  laws existing in the United Mexican States.  MGA Mexico further objects to this
21  request on the grounds that it is overly broad and unduly burdensome in that it seeks
22  documents not relevant to the claims or defenses in this action and not reasonably
23  calculated to lead to the discovery of admissible evidence.  Mattel has not
24  demonstrated how *all* DOCUMENTS that REFER OR RELATE TO Machado's
25  citizenship or residency status hi Mexico after January 1, 2004could be relevant to
26  the claims and defenses in this action.  The request is not limited to the subject
27  matter of this action and is thus impermissibly overbroad.  See Aug. 13 Order at
28  9:17-20; May 22 Order at 21:5-7.  MGA Mexico further objects to this request as

-217-

EXHIBIT 10 PAGE 293

1  being overly broad and unduly burdensome on the grounds that it is not sufficiently

2  limited in time. MGA Mexico further objects to this request on the grounds that the

3  term REFER OR RELATE TO renders the request vague, ambiguous, overly broad

4  and unduly burdensome. MGA Mexico further objects to the request to the extent

5  that it seeks documents that by reason of public filing, public distribution or

6  otherwise are already in Mattel's possession or are readily accessible to Mattel.

7  MGA Mexico further objects to the request to the extent that it seeks documents not

8  in MGA Mexico's possession, custody or control. MGA Mexico further objects to

9  the request to the extent it seeks confidential, proprietary or commercially sensitive

10  information, the disclosure of which would be inimical to the business interests of

11  MGA Mexico. Such information may also be subject to protective orders governing

12  other litigations thereby precluding disclosure in response to this request. MGA

13  Mexico further objects to the request to the extent it violates the privacy rights of

14  third parties to their private, confidential, proprietary or trade secret information.

15      MGA Mexico further objects to this request as cumulative, duplicative, and

16  unduly burdensome to the extent that it seeks documents previously requested by

17  Mattel and/or produced in response to Mattel's document requests.

18  REQUEST FOR PRODUCTION NO. 146:

19      All COMMUNICATIONS between any FORMER MATTEL EMPLOYEE

20  and YOUR customers, distributors, advertisers, advertising agencies, marketing

21  consultants, or public relations firms before January 1, 2006.

22  RESPONSE TO REQUEST FOR PRODUCTION NO. 146:

23      MGA Mexico incorporates by reference its General Response and General

24  Objections above, as though fully set forth herein and specifically incorporates

25  General Objection No. 15 (regarding Definitions), including without limitation MGA

26  Mexico's objection to the definition of the term FORMER MATTEL EMPLOYEE.

27  MGA Mexico further objects to the request to the extent it seeks the production of

28  documents that are protected from disclosure under any applicable privilege, doctrine

-218-

1 or immunity, including without limitation the attorney-client privilege, the work

2 product doctrine, the right of privacy, and all other privileges recognized under the

3 constitutional, statutory or decisional law of the United States of America, the State

4 of California or any other applicable jurisdiction, including, but not limited to, such

5 laws existing in the United Mexican States. MGA Mexico further objects to this

6 request on the grounds that it is overly broad and unduly burdensome in that it seeks

7 documents not relevant to the claims or defenses in this action and not reasonably

8 calculated to lead to the discovery of admissible evidence. Mattel has not

9 demonstrated how *all* COMMUNICATIONS between any FORMER MATTEL

10 EMPLOYEE and YOUR customers, distributors, advertisers, advertising agencies,

11 marketing consultants, or public relations firms before January 1, 2006 could be

12 relevant to the claims and defenses in this action. The request is not limited to the

13 subject matter of this action and is thus impermissibly overbroad. See Aug. 13 Order

14 at 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as

15 being overly broad and unduly burdensome on the grounds that it is not sufficiently

16 limited in time or geographic scope. MGA Mexico further objects to this request on

17 the grounds that the term FORMER MATTEL EMPLOYEE renders the request

18 vague, ambiguous, overly broad and unduly burdensome. MGA Mexico further

19 objects to the request to the extent that it seeks documents that by reason of public

20 filing, public distribution or otherwise are already in Mattel's possession or are

21 readily accessible to Mattel. MGA Mexico further objects to the request to the

22 extent that it seeks documents not in MGA Mexico's possession, custody or control.

23 MGA Mexico further objects to the request to the extent it seeks confidential,

24 proprietary or commercially sensitive information, the disclosure of which would be

25 inimical to the business interests of MGA Mexico. Such information may also be

26 subject to protective orders governing other litigations thereby precluding disclosure

27 in response to this request. MGA Mexico further objects to the request to the extent

28

**EXHIBIT 10 PAGE 295**

1  it violates the privacy rights of third parties to their private, confidential, proprietary

2  or trade secret information.

3       MGA Mexico further objects to this request as cumulative, duplicative, and

4  unduly burdensome to the extent that it seeks documents previously requested by

5  Mattel and/or produced in response to Mattel's document requests.

6  REQUEST FOR PRODUCTION NO. 147:

7       All DOCUMENTS that REFER OR RELATE TO COMMUNICATIONS

8  between any FORMER MATTEL EMPLOYEE and YOUR customers, distributors,

9  advertisers, advertising agencies, marketing consultants, or public relations firms

10 before January 1, 2006.

11 RESPONSE TO REQUEST FOR PRODUCTION NO. 147:

12      MGA Mexico incorporates by reference its General Response and General

13 Objections above, as though fully set forth herein and specifically incorporates

14 General Objection No. 15 (regarding Definitions), including without limitation MGA

15 Mexico's objection to the definition of the terms REFER OR RELATE TO and

16 FORMER MATTEL EMPLOYEE. MGA Mexico further objects to the request to

17 the extent it seeks the production of documents that are protected from disclosure

18 under any applicable privilege, doctrine or immunity, including without limitation

19 the attorney-client privilege, the work product doctrine, the right of privacy, and all

20 other privileges recognized under the constitutional, statutory or decisional law of

21 the United States of America, the State of California or any other applicable

22 jurisdiction, including, but not limited to, such laws existing in the United Mexican

23 States. MGA Mexico further objects to this request on the grounds that it is overly

24 broad and unduly burdensome in that it seeks documents not relevant to the claims or

25 defenses in this action and not reasonably calculated to lead to the discovery of

26 admissible evidence. Mattel has not demonstrated how *all* DOCUMENTS that

27 REFER OR RELATE TO COMMUNICATIONS between any FORMER MATTEL

28 EMPLOYEE and YOUR customers, distributors, advertisers, advertising agencies,

-220-

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL'S **EXHIBIT 10 PAGE 296**
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A        MSW - Draft December 19, 2007 - 1:25 PM

1 | marketing consultants, or public relations firms before January 1, 2006 could be
2 | relevant to the claims and defenses in this action. The request is not limited to the
3 | subject matter of this action and is thus impermissibly overbroad. See Aug. 13 Order
4 | at 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as
5 | being overly broad and unduly burdensome on the grounds that it is not sufficiently
6 | limited in time or geographic scope. MGA Mexico further objects to this request on
7 | the grounds that the terms REFER OR RELATE TO and FORMER MATTEL
8 | EMPLOYEE render the request vague, ambiguous, overly broad and unduly
9 | burdensome. MGA Mexico further objects to the request to the extent that it seeks
10 | documents that by reason of public filing, public distribution or otherwise are already
11 | in Mattel's possession or are readily accessible to Mattel. MGA Mexico further
12 | objects to the request to the extent that it seeks documents not in MGA Mexico's
13 | possession, custody or control. MGA Mexico further objects to the request to the
14 | extent it seeks confidential, proprietary or commercially sensitive information, the
15 | disclosure of which would be inimical to the business interests of MGA Mexico.
16 | Such information may also be subject to protective orders governing other litigations
17 | thereby precluding disclosure in response to this request. MGA Mexico further
18 | objects to the request to the extent it violates the privacy rights of third parties to
19 | their private, confidential, proprietary or trade secret information.

20 | MGA Mexico further objects to this request as cumulative, duplicative, and
21 | unduly burdensome to the extent that it seeks documents previously requested by
22 | Mattel and/or produced in response to Mattel's document requests.

23 | REQUEST FOR PRODUCTION NO. 148:

24 | All COMMUNICATIONS between YOU and YOUR customers, distributors,
25 | advertisers, advertising agencies, marketing consultants, or public relations firms that
26 | REFER OR RELATE TO MATTEL.

27

28

EXHIBIT 10 PAGE 297

-221-

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A                                            MSW - Draft December 19, 2007 - 1:25 PM

1 | RESPONSE TO REQUEST FOR PRODUCTION NO. 148:

2 |    MGA Mexico incorporates by reference its General Response and General

3 | Objections above, as though fully set forth herein and specifically incorporates

4 | General Objection No. 15 (regarding Definitions), including without limitation MGA

5 | Mexico's objection to the definition of the term REFER OR RELATE TO and

6 | MATTEL. MGA Mexico further objects to the request to the extent it seeks the

7 | production of documents that are protected from disclosure under any applicable

8 | privilege, doctrine or immunity, including without limitation the attorney-client

9 | privilege, the work product doctrine, the right of privacy, and all other privileges

10 | recognized under the constitutional, statutory or decisional law of the United States

11 | of America, the State of California or any other applicable jurisdiction, including, but

12 | not limited to, such laws existing in the United Mexican States. MGA Mexico

13 | further objects to this request on the grounds that it is overly broad and unduly

14 | burdensome in that it seeks documents not relevant to the claims or defenses in this

15 | action and not reasonably calculated to lead to the discovery of admissible evidence.

16 | Mattel has not demonstrated how *all* COMMUNICATIONS between YOU and

17 | YOUR customers, distributors, advertisers, advertising agencies, marketing

18 | consultants, or public relations firms that REFER OR RELATE TO MATTEL could

19 | be relevant to the claims and defenses in this action. The request is not limited to the

20 | subject matter of this action and is thus impermissibly overbroad. See Aug. 13 Order

21 | at 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as

22 | being overly broad and unduly burdensome on the grounds that it is not limited in

23 | time or geographic scope. MGA Mexico further objects to this request on the

24 | grounds that the term REFER OR RELATE TO MATTEL renders the request vague,

25 | ambiguous, overly broad and unduly burdensome. MGA Mexico further objects to

26 | the request to the extent that it seeks documents that by reason of public filing,

27 | public distribution or otherwise are already in Mattel's possession or are readily

28 | accessible to Mattel. MGA Mexico further objects to the request to the extent that it

1  seeks documents not in MGA Mexico's possession, custody or control.  MGA

2  Mexico further objects to the request to the extent it seeks confidential, proprietary

3  or commercially sensitive information, the disclosure of which would be inimical to

4  the business interests of MGA Mexico.  Such information may also be subject to

5  protective orders governing other litigations thereby precluding disclosure in

6  response to this request.  MGA Mexico further objects to the request to the extent it

7  violates the privacy rights of third parties to their private, confidential, proprietary or

8  trade secret information.

9       MGA Mexico further objects to this request as cumulative, duplicative, and

10  unduly burdensome to the extent that it seeks documents previously requested by

11  Mattel and/or produced in response to Mattel's document requests.

12

13  DATED:  December 21, 2007           SKADDEN, ARPS, SLATE, MEAGHER &
                                        FLOM, LLP
14

15

16                                      By: _____
                                             THOMAS J. NOLAN
17
                                        Attorneys for Counter-Defendants,
18                                      MGA ENTERTAINMENT, INC.,
                                        ISAAC LARIAN, MGA ENTERTAINMENT
19                                      (HK) LIMITED, AND MGAE de MEXICO
                                        S.R.L. de C.V.
20

21

22

23

24

25

26

27

28
                                                       EXHIBIT 10 PAGE 299
                                       -223-

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 300 South Grand Avenue, 34th Floor, Los Angeles, CA 90071.

On **December 21, 2007**, I served the foregoing document described as:

**MGAE DE Mexico S.R.L DE C.V.'s OBJECTIONS AND RESPONSES TO MATTEL INC.'S FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS**

on the interested parties in this action addressed as follows:

## SEE ATTACHED SERVICE LIST

[X]   **(BY PERSONAL SERVICE)** ☐      By personally delivering copies to the person served. (FEDERAL) (As Noted.)

[X]      I caused such documents to be hand delivered to the office of the addressee. (FEDERAL) (As Noted.)

[X]   **(BY FEDERAL EXPRESS)** I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing with Federal Express and the fact that the correspondence would be deposited with Federal Express that same day in the ordinary course of business; on this date, the above-referenced correspondence was placed for deposit at Los Angeles, California and placed for collection and mailing following ordinary business practices. (As Noted.)

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed on **December 21, 2007** at Los Angeles, California.

_____Cecilia Reyes_____            _____
PRINT NAME                                        SIGNATURE

**EXHIBIT** _10_ **PAGE 300**

PROOF OF SERVICE                                    NO. CV 04-9049 SGL (RNBx)

## SERVICE LIST

| | |
|---|---|
| John B. Quinn, Esq.<br>Michael T. Zeller, Esq.<br>Jon D. Corey, Esq.<br>Timothy L. Alger, Esq.<br>Quinn Emanuel Urquhart Oliver &<br>Hedges, LLP<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA  90017-2543<br>(213)  443-3000<br>(213)  443-3100 (Fax)<br><br>Attorneys for Mattel, Inc.<br>[Personal Service] | John W. Keker, Esq.<br>Michael H. Page, Esq.<br>Keker & Van Nest, LLP<br>710 Sansome Street<br>San Francisco, CA  94111<br>(415)  391-5400<br>(415)  397-7188 (Fax)<br><br>Attorneys for Carter Bryant<br>[Federal Express] |

Mark E. Overland, Esq.
Alexander H. Cote, Esq.
David C. Scheper, Esq.
Overland Borenstein Scheper & Kim
300 South Grand Avenue, Suite 2750
Los Angeles, CA  90071
(213)  613-4655
(213)  613-4656 (Fax)

Attorneys for Carlos Gustavo Machado
Gomez
[Federal Express]

EXHIBIT _10_ PAGE 301

2