# EXHIBIT 11

## quinn emanuel trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

December 20, 2007

<u>VIA FACSIMILE AND FEDEX</u>

John M. Baran
Ernst & Young LLP
725 South Figueroa St., Suite 300
Los Angeles, CA 90017

Re:   <u>Mattel v. Bryant, Case No. CV 04-9049 SGL (RNBx)</u>

Dear Mr. Baran:

I write to follow-up on our conversation on December 20, 2007 regarding Ernst & Young's production of documents responsive to Mattel's subpoena for documents. We understand that Ernst & Young has gathered (but not copied) approximately 60,000 pages of responsive documents. Ernst & Young is currently awaiting resolution of MGA's objections to Mattel's document subpoena. Mattel is scheduled to confer with MGA on December 21, 2007 at 2:00 p.m. regarding MGA's objections to Mattel's document subpoena to Ernst & Young. We will apprise you of the outcome of that meet and confer. We also offered to send a paralegal to Ernst & Young to review these documents to determine which are responsive and to possibly reduce copy costs. We anticipate further discussions in this regard after our meet and confer with MGA.

If you have any questions, then please do not hesitate to contact me.

Very truly yours,

Jon D. Corey

quinn emanuel urquhart oliver & hedges, llp
NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100

EXHIBIT 11 PAGE 302

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

December 24, 2007

<u>**VIA FACSIMILE AND FEDEX**</u>

Neal A. Potischman
Davis Polk & Wardwell
1600 El Camino Real
Menlo Park, California 94025

Re:    <u>Mattel v. Bryant, Case No. CV 04-9049 SGL (RNBx)</u>

Dear Mr. Potischman:

I write to follow-up on our December 20, 2007 telephonic meeting of counsel regarding Wachovia's objections to Mattel's subpoena for documents.

As we stated during the meet and confer, Mattel does not seeks documents that reflect Wachovia's policies, procedures or methods relating to its underwriting or syndication of loans. Mattel does, however, seek documents that reflect particular areas of interest related to Wachovia's loans to MGA in 1999-2000 and 2006. Based upon our conversation, we understand that these loans are the only two loans that Wachovia made to MGA, but ask that you confirm this is the case.

During our call, you requested that we provide examples of the types of documents sought by Mattel and how those documents relate to the issues in this case. In response, Mattel stated that it seeks documents that relate to any representations made by MGA or Isaac Larian to Wachovia regarding the value of MGA's good will and intellectual property in conjunction with these two loans. As we stated during the call, these documents relate to Mattel's assessment of MGA's net worth and, thus far, MGA has taken the position that it has no such information.

As another example, Mattel seeks any documents that refer or relate to misrepresentations made by either MGA or Isaac Larian to Wachovia, or inaccurate information provided by them to Wachovia, relating to MGA's loan applications, supporting paperwork and/or Wachovia' funding

quinn emanuel urquhart oliver & hedges, llp                                          EXHIBIT 11  PAGE 303

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100

of those two loans. To the extent that Isaac Larian is an individual defendant in the underlying action, Mattel also seeks financial information provided by Mr. Larian to Wachovia and Wachovia's assessment of the quality of that financial information. As we stated during our call, this information is essential so that Mattel may assess Mr. Larian's credibility—an inquiry that is paramount to the underlying action.

Another example of the documents sought by Mattel are MGA's internal financial data, excluding MGA's audited financial statements, for 2006. Mattel also requests that Wachovia produce the 2006 MGA loan agreement. Mattel is willing to wait until its pending motion to compel is decided before insisting that Wachovia produce the 2006 MGA loan agreement.

Finally, Mattel seeks the three boxes of loan documents referenced in the 2005 letter appended to Mattel's subpoena for documents. We understand that Wachovia has gathered those documents.

Based upon our conversation today, I understand that you will address these requests with your client, and we will resume discussions on Thursday, December 27, 2007 at 9:00 a.m.

If you have any questions, then please do not hesitate to contact me.

Very truly yours,

*[signature]*

Jon D. Corey

## Confirmation Report - Memory Send

```
                              Page       : 001
                              Date & Time: 12-24-2007  10:52
                              Line 1     : 2134433100
                              Line 2     :
                              Machine ID : QUINN EMANUEL
```

| | | |
|---|---|---|
| Job number | : | 966 |
| Date | : | 12-24  10:50 |
| To | : | ☎00071#07209#16507523621 |
| Number of pages | : | 003 |
| Start time | : | 12-24  10:50 |
| End time | : | 12-24  10:52 |
| Pages sent | : | 003 |
| Status | : | OK |
| Job number | : 966 | |

FAXED DEC 2 4 2007

*** SEND SUCCESSFUL ***

## QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

**NEW YORK**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

**LOS ANGELES**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

**SAN FRANCISCO**
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

**SILICON VALLEY**
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

### LOS ANGELES OFFICE
### FACSIMILE TRANSMISSION

DATE: December 24, 2007

NUMBER OF PAGES, INCLUDING COVER: 3

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Neal A. Potischman<br>Davis Polk & Wardwell | 650-752-2021 | 650-752-3621 |

FROM: Jon Corey

RE: Mattel, Inc. v. Carter Bryant, et al.

MESSAGE:

Please see attached.

| CLIENT # | 7209 | ROUTE/RETURN TO: | Johanna Lopez | ☐ CONFIRM FAX<br>☐ INCLUDE CONF. REPORT |
|---|---|---|---|---|
| OPERATOR: | | | CONFIRMED? ☐ No ☐ Yes: | |

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE.

EXHIBIT 11  PAGE 305