1 Hon. Edward A. Infante (Ret.)
  JAMS
2 Two Embarcadero Center
  Suite 1500
3 San Francisco, California 94111
  Telephone:   (415) 774-2611
4 Facsimile:   (415) 982-5287

5

6

7

8                  UNITED STATES DISTRICT COURT

9                  CENTRAL DISTRICT OF CALIFORNIA

10                      EASTERN DIVISION

11

| | |
|---|---|
| 12 CARTER BRYANT, an individual, | CASE NO. C 04-09049 SGL (RNBx) JAMS Reference No. 1100049530 |
| 13 Plaintiff, | |
| 14 v. | Consolidated with Case No. CV 04-09059 |
| 15 MATTEL, INC., a Delaware corporation, | Case No. CV 05-2727 |
| 16 Defendant. | **ORDER GRANTING MATTEL'S REQUEST FOR EXTENSION OF** |
| 17 | **TIME TO SERVE ITS OPPOSITION PAPERS IN RESPONSE TO MGA'S** |
| 18 | **MOTION TO COMPEL RULE 30(b)(6) WITNESSES** |
| 19 | |
| 20 CONSOLIDATED WITH MATTEL, INC. v. BRYANT and | |
| 21 MGA ENTERTAINMENT, INC. v. MATTEL, INC. | |
| 22 | |

23

24

25        Having considered Mattel's request for an extension of time to serve its opposition to

26 MGA's Motion to Compel Rule 30(b)(6) Witnesses filed on December 21, 2007, and having

27 considered MGA's opposition to said extension, and good cause appearing,

28

1    IT IS HEREBY ORDERED that Mattel's request is granted and Mattel shall have until

2  and through January 11, 2008 to serve its opposition to MGA's Motion to Compel Rule 30(b)(6)

3  Witnesses.

4

5  Dated: December 28, 2007

6                                      HON. EDWARD A. INFANTE (Ret.)
                                            Discovery Master
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## PROOF OF SERVICE BY E-MAIL

I, Sandra Chan, not a party to the within action, hereby declare that on December 28, 2007, I
served the attached: (1) ORDER GRANTING MATTEL, INC.'S MOTION TO COMPEL
PRODUCTION OF DOCUMENTS BY MGA ENTERTAINMENT, INC., (2) STIPULATION AND
ORDER RE:  CONTINUANCE OF TIME FOR PARTIES TO FILE JOINT STATEMENT
REGARDING MATTEL'S REQUEST FOR DESTRUCTIVE TESTING OF BRYANT ORIGINALS,
and (3) ORDER GRANTING MATTEL'S REQUEST FOR EXTENSION OF TIME TO SERVE ITS
OPPOSITION PAPERS IN RESPONSE TO MGA'S MOTION TO COMPEL RULE 30(b)(6)
WITNESSES in the within action by e-mail addressed as follows:

| | | |
|---|---|---|
| John W. Keker, Esq. | Keker & Van Nest | jkeker@kvn.com |
| Michael H. Page, Esq. | Keker & Van Nest | mhp@kvn.com |
| Christa Anderson, Esq. | Keker & Van Nest | cma@kvn.com |
| Matthew M. Werdegar, Esq. | Keker & Van Nest | mwerdegar@kvn.com |
| John E. Trinidad, Esq. | Keker & Van Nest | jtrinidad@kvn.com |
| John Quinn Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | johnquinn@quinnemanuel.com |
| Michael Zeller Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | michaelzeller@quinnemanuel.com |
| Jon Corey Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | joncorey@quinnemanuel.com |
| Duane Lyons Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | duanelyons@quinnemanuel.com |
| Timothy Alger Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | timalger@quinnemanuel.com |
| Dominic Surprenant Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | DominicSurprenant@QuinnEmanuel.com |
| B. Dylan Proctor Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | dylanproctor@quinnemanuel.com |
| Shane McKenzie Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | shanemckenzie@quinnemanuel.com |
| Bridget Hauler Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | bridgethauler@quinnemanuel.com |
| Tamar Buchakjian Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | tamarbuchakjian@quinnemanuel.com |
| Juan Pablo Alban, Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | juanpabloalban@quinnemanuel.com |
| Thomas J. Nolan, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | tnolan@skadden.com |
| Raoul D. Kennedy, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | rkennedy@skadden.com |
| Amy S. Park, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | apark@skadden.com |
| Harriet S. Posner, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | hposner@skadden.com |
| Carl Alan Roth, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | croth@skadden.com |
| Timothy A. Miller, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | tmiller@skadden.com |

I declare under penalty of perjury under the laws of the Untied States of America that the above
is true and correct.

Executed on December 28, 2007, at San Francisco, California.

Sandra Chan