QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>[To Be Heard By Hon. Edward Infante (Ret.) Pursuant To Order Of December 6, 2006]<br><br>STIPULATION RE: CONTINUANCE OF TIME FOR PARTIES TO FILE JOINT STATEMENT REGARDING MATTEL'S REQUEST FOR DESTRUCTIVE TESTING OF BRYANT ORIGINALS; AND<br><br>[PROPOSED] ORDER<br><br>Phase 1:<br>Discovery Cut-off: January 28, 2008<br>Pre-trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

ORIGINAL

07209/2335868.1
07209/2315718.1

STIPULATION RE CONTINUANCE OF TIME TO FILE JOINT STATEMENT

1      WHEREAS, Mattel, Inc. ("Mattel") has requested certain destructive testing of Carter Bryant's ("Bryant") original documents;

       WHEREAS, the parties have been meeting and conferring and believe that additional time may resolve or narrow any outstanding objections to Mattel's request;

       WHEREAS, in light of these discussions, the parties agree that additional time is appropriate to determine whether they can reach agreement and avoid recourse to the Discovery Master;

       NOW, THEREFORE, Mattel and Bryant hereby stipulate, by and through their counsel of record and subject to the Court's approval, that the time for the parties to file their joint statement pursuant to Paragraph 6 of the Order Granting Mattel, Inc.'s Motion to Compel Bryant To Make Original Documents Available For Expert Examination And Testing, dated August 30, 2007, is continued for two days, to December 28, 2007.

       IT IS SO STIPULATED.

DATED: December 26, 2007          QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

                                  By _____
                                     Diane C. Hutnyan
                                     Attorneys for Mattel, Inc.


DATED: December 26, 2007          KEKER & VAN NEST, LLP

                                  By _____
                                     Matthew M. Werdegar
                                     Attorneys for Carter Bryant

-1-
STIPULATION RE CONTINUANCE OF TIME TO FILE JOINT STATEMENT

# [PROPOSED] ORDER

IT IS HEREBY ORDERED THAT the time for the parties to file their joint statement pursuant to Paragraph 6 of the Order Granting Mattel, Inc.'s Motion to Compel Bryant To Make Original Documents Available For Expert Examination And Testing, dated August 30, 2007 regarding Bryant's objections to Mattel's request for destructive testing is continued to December 28, 2007.

DATED: 12-28 , 2007

Hon. Edward Infante (Ret.)
Discovery Master

## PROOF OF SERVICE BY E-MAIL

I, Sandra Chan, not a party to the within action, hereby declare that on December 28, 2007, I served the attached: (1) ORDER GRANTING MATTEL, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY MGA ENTERTAINMENT, INC., (2) STIPULATION AND ORDER RE: CONTINUANCE OF TIME FOR PARTIES TO FILE JOINT STATEMENT REGARDING MATTEL'S REQUEST FOR DESTRUCTIVE TESTING OF BRYANT ORIGINALS, and (3) ORDER GRANTING MATTEL'S REQUEST FOR EXTENSION OF TIME TO SERVE ITS OPPOSITION PAPERS IN RESPONSE TO MGA'S MOTION TO COMPEL RULE 30(b)(6) WITNESSES in the within action by e-mail addressed as follows:

| Name | Firm | Email |
|---|---|---|
| John W. Keker, Esq. | Keker & Van Nest | jkeker@kvn.com |
| Michael H. Page, Esq. | Keker & Van Nest | mhp@kvn.com |
| Christa Anderson, Esq. | Keker & Van Nest | cma@kvn.com |
| Matthew M. Werdegar, Esq. | Keker & Van Nest | mwerdegar@kvn.com |
| John E. Trinidad, Esq. | Keker & Van Nest | jtrinidad@kvn.com |
| John Quinn Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | johnquinn@quinnemanuel.com |
| Michael Zeller Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | michaelzeller@quinnemanuel.com |
| Jon Corey Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | joncorey@quinnemanuel.com |
| Duane Lyons Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | duanelyons@quinnemanuel.com |
| Timothy Alger Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | timalger@quinnemanuel.com |
| Dominic Surprenant Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | DominicSurprenant@QuinnEmanuel.com |
| B. Dylan Proctor Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | dylanproctor@quinnemanuel.com |
| Shane McKenzie Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | shanemckenzie@quinnemanuel.com |
| Bridget Hauler Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | bridgethauler@quinnemanuel.com |
| Tamar Buchakjian Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | tamarbuchakjian@quinnemanuel.com |
| Juan Pablo Alban, Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | juanpabloalban@quinnemanuel.com |
| Thomas J. Nolan, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | tnolan@skadden.com |
| Raoul D. Kennedy, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | rkennedy@skadden.com |
| Amy S. Park, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | apark@skadden.com |
| Harriet S. Posner, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | hposner@skadden.com |
| Carl Alan Roth, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | croth@skadden.com |
| Timothy A. Miller, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | tmiller@skadden.com |

I declare under penalty of perjury under the laws of the Untied States of America that the above is true and correct.

Executed on December 28, 2007, at San Francisco, California.

*/s/ Sandra Chan*
Sandra Chan