B. Dylan Proctor
QUINN EMANUEL URQUHART OLIVER & HEDGES
865 South Figueroa Street
10th Floor
Los Angeles, California 90017
(213) 443-3000

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT, an individual, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV 04-9049 |
| v. | |
| MATTEL, INC., a Delaware corporation | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
Exhibit 1 to the Declaration of Stan Karas in support of Mattel, Inc.'s Opposition to MGA's and Carter Bryant's Motion to Overrule Mattel's Relevance Objection

**Document Description:**

- ☐ Administrative Record
- ☑ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)
- ☐ Other

**Reason:**

- ☐ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☑ Per Court order dated January 4, 2005
- ☐ Manual Filing required (*reason*):

_12/28/07_
Date

Attorney Name

Party Represented

Note:   File one Notice in each case, each time you manually file document(s).

G-92 (02/07)                     NOTICE OF MANUAL FILING