QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff and Counter-Defendant Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated With Case No. 04-9059 and Case No. 05-2727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Hon. Edward Infante (Ret.)]**<br><br>DECLARATION OF RORY S. MILLER IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA'S AND CARTER BRYANT'S MOTION TO OVERRULE MATTEL'S RELEVANCE OBJECTION<br><br>Date: January 10, 2008<br>Time: 1:30 p.m.<br>Place: JAMS<br><br>**Phase 1:**<br>Discovery Cutoff: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2337042.1

DECLARATION OF RORY S. MILLER ISO MATTEL'S OPPOSITION TO MGA'S MOTION TO OVERRULE

## DECLARATION OF RORY S. MILLER

I, Rory S. Miller, declare as follows:

1. I am a member of the bar of the State of California and an associate of Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Attached as Exhibit 1 is a true and correct copy of Carter Bryant's Notice of Deposition of Plaintiff and Counter-Defendant Mattel, Inc., dated December 21, 2004.

3. Attached as Exhibit 2 is a true and correct copy of Mattel, Inc.'s Objections and Responses to Defendant Carter Bryant's Notices of Deposition of Mattel, Inc., dated December 29, 2004.

4. Attached as Exhibit 3 is a true and correct copy of excerpts of the Transcript of the Meet and Confer Conference held on March 15, 2005.

5. Attached as Exhibit 4 is a true and correct copy of Carter Bryant's Cross-Complaint, dated August 24, 2004.

6. Attached as Exhibit 5 is a true and correct copy of the Court's Order Granting Motions to Dismiss, dated July 18, 2006.

7. Attached as Exhibit 6 is a true and correct copy of the Stipulation and Order Regarding Carter Bryant's Amended Reply to Mattel's Counterclaims, dated October 5, 2007.

8. Attached as Exhibit 7 is a true and correct copy of Carter Bryant's Second Amended Reply to Mattel's Counterclaims, dated October 16, 2007.

9. Attached as Exhibit 8 is a true and correct copy of the Stipulation and Order Re Certain Discovery Issues, dated May 4, 2005.

1  10. Attached as Exhibit 9 is a true and correct copy of excerpts from the
2  Transcript of Proceedings before the Hon. Edward A. Infante, dated December 14,
3  2007.
4  11. Attached as Exhibit 10 is a true and correct copy of MGA
5  Entertainment, Inc.'s Third Set of Requests for Admission to Mattel, Inc., dated
6  November 28, 2007.
7      I declare under penalty of perjury under the laws of the United States of
8  America that the foregoing is true and correct.
9      Executed on December 28, 2007, at Los Angeles, California.

Rory S. Miller