EXHIBIT 10

1 | THOMAS J. NOLAN (Bar No. 066992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2 | 300 South Grand Avenue
Los Angeles, California 90071-3144
3 | Telephone: (213) 687-5000
Facsimile: (213) 687-5600
4 | E-mail: tnolan@skadden.com
          hposner@skadden.com
5 |
6 | RAOUL D. KENNEDY (Bar No. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Embarcadero Center, Suite 3800
7 | San Francisco, CA 94111
Telephone: (415) 984-6400
8 | Facsimile: (415) 984-2698
E-mail: rkennedy@skadden.com
9 |
10 | Attorneys for Counter-Defendants,
MGA ENTERTAINMENT, INC., ISAAC LARIAN, MGA ENTERTAINMENT
(HK) LIMITED, AND MGAE de MEXICO S.R.L. de C.V.
11 |

12 | **UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**
13 |
**EASTERN DIVISION**

14 | CARTER BRYANT, an individual     ) CASE NO. CV 04-9049 SGL (RNBx)

15 |         Plaintiff,     ) Consolidated with Case No. 04-9059
                           ) and Case No. 05-2727
16 | v.                    )
                           )
17 | MATTEL, INC., a Delaware     ) **MGA ENTERTAINMENT,**
corporation                ) **INC.'S THIRD SET OF**
18 |                        ) **REQUESTS FOR ADMISSION**
        Defendant.         ) **TO MATTEL, INC.**
19 |                        )
20 |                        )
21 |                        ) Honorable Stephen G. Larson
                           ) Courtroom 1
22 |                        )
23 | Consolidated with MATTEL, INC. v.  )
BRYANT and MGA             )
24 | ENTERTAINMENT, INC. v.   )
MATTEL, INC.               )
25 |                        )

26 | **PROPOUNDING PARTY:     MGA ENTERTAINMENT, INC.**

27 | **RESPONDING PARTY:     MATTEL, INC.**

28 |

11-28

EXHIBIT 10, PAGE 127

Defendant-In-Intervention, MGA Entertainment Inc. ("MGA"), hereby requests that Plaintiff, Mattel Inc. ("Mattel") respond to the following Third Set of Requests for Admission separately, fully, and under oath, pursuant to Rule 36 of the Federal Rules of Civil Procedure, within (30) days of service, in accordance with the definitions and instructions set forth herein.

## DEFINITIONS

1.     "AFFILIATES" means and refers to any and all corporations, proprietorships, d/b/a's, partnerships, joint ventures and business entities of any kind that, directly or indirectly, in whole or in part, own or control, are under common ownership or control with, or are owned or controlled by a PERSON, party or entity, including without limitation each parent, subsidiary and joint venture of such person, party or entity.

2.     "BRYANT" means and refers to Carter Bryant individually and does not include his agents, representatives, attorneys, experts or any other PERSON acting on his behalf, pursuant to his authority or subject to his control.

3.     "CONFLICT OF INTEREST QUESTIONNAIRE" means and refers to any form of employment agreement concerning, inter alia, relations, if any, between Mattel's employees, suppliers, and/or competition, whether known by the title "Conflict of Interest Questionnaire" or any other title, including without limitation the form of Conflict of Interest Questionnaire entitled "Conflict of Interest Questionnaire" executed by BRYANT on or about January 4, 1999.

4.     "EMPLOYEE INVENTIONS AGREEMENT" shall mean any form of Mattel employment agreement concerning, inter alia, (i) ownership of inventions, and (ii) trade secrets and/or (iii) conflicts, whether known by the title "Employee Confidential Information and Inventions Agreement" or any other title, including without limitation the form of Employee Inventions Agreement entitled "Employee Confidential Information and Inventions Agreement" executed by BRYANT on or about January 4, 1999.

2

EXHIBIT ___10___, PAGE ___128___

5. "MATTEL" means and refers to plaintiff and counter-defendant Mattel, Inc., its current employees, officers, directors, agents, representatives, attorneys, parents, subsidiaries, divisions, AFFILIATES, predecessors-in-interest and successors-in-interest, and any other PERSON acting on its behalf, pursuant to its authority or subject to its control.

6. "MATTEL EMPLOYEES" means and refers to at least one or more than one of MATTEL's current or former employees, except BRYANT.

7. "MATTEL SERVER" means and refers to any MATTEL server or any associated storage array, including, without limitation, the Zeus server.

8. "MATTEL UNRELATED WORK" means and refers to any work by MATTEL EMPLOYEES that has not been undertaken for, on behalf of or for the benefit of MATTEL.

9. "PERSON" or "PERSONS" means and refers to all natural persons, partnerships, joint ventures and any kind of business, legal or public entity or organization, as well as its, its or her agents, representatives, employees, officers and directors and any one else acting on its, its or her behalf, pursuant to its, its or her authority or subject or its, its or her control.

10. "PROPRIETARY INFORMATION CHECK-OUT FORM" means and refers to any agreement concerning, inter alia, the transfer and ownership of inventions upon termination of the employment of MATTEL employees, whether known by the title "Proprietary Information Check-Out Form" or any other title, including without limitation the Proprietary Information Check-Out Form entitled "Proprietary Information Check-Out Form" executed by BRYANT on or about October 19, 2000.

11. "REFERRING OR RELATING TO" should be construed in the broadest possible sense to mean concerning, consisting of, referring to, relating to, describing, discussing, constituting, evidencing, containing, reflecting, mentioning,

3

EXHIBIT __10__, PAGE __129__

1  pertaining to, citing, summarizing, analyzing or bearing any logical or factual

2  connection with the matter discussed.

3       12.    The singular form of a noun or pronoun includes within its meaning the

4  plural form of the noun or pronoun so used, and vice versa; the use of the masculine

5  form of a pronoun also includes within its meaning the feminine form of the pronoun

6  so used, and vice versa; the use of any tense of any verb includes also within its

7  meaning all other tenses of the verb so used, whenever such construction results in a

8  broader request for information; and "and" includes "or" and vice versa, whenever

9  such construction results in a broader disclosure of documents or information.

10  **INSTRUCTIONS**

11       1.    Mattel is instructed to serve written responses to these Requests for

12  Admission upon MGA's counsel at Skadden, Arps, Slate, Meagher & Flom, LLP,

13  300 South Grand Avenue, Los Angeles, California 90071.

14       2.    Pursuant to Federal Rule of Civil Procedure 36(1), Mattel shall answer

15  these Requests for Admission with admissions or denials. If Mattel answers any

16  Request for Admission with a qualified denial, Mattel shall specify so much of the

17  admission as is true and qualify or deny the remainder of the admission. For any

18  response to a Request for Admission that is not an unqualified admission, state the

19  complete basis for Mattel's response.

20       3.    If, in responding to these Requests for Admission, Mattel asserts an

21  ambiguity in either a particular Request for Admission or an Instruction of Definition

22  applicable thereto, identify in the response to such Request for Admission the

23  language considered ambiguous and state the interpretation used in responding.

24  **REQUESTS FOR ADMISSION**

25  <u>REQUEST FOR ADMISSION NO. 283:</u>

26       Admit MATTEL EMPLOYEES used a MATTEL computer in connection

27  with MATTEL UNRELATED WORK during the time that BRYANT was employed

28  by MATTEL.

4

EXHIBIT ___10___, PAGE ___130___

1 | REQUEST FOR ADMISSION NO. 284:

2 |     Admit MATTEL EMPLOYEES did not use a MATTEL computer in

3 | connection with MATTEL UNRELATED WORK during the time that BRYANT

4 | was employed by MATTEL.

5 | REQUEST FOR ADMISSION NO. 285:

6 |     Admit MATTEL EMPLOYEES used a MATTEL computer in connection

7 | with MATTEL UNRELATED WORK from October 20, 2000 to April 27, 2004.

8 | REQUEST FOR ADMISSION NO. 286:

9 |     Admit MATTEL EMPLOYEES did not use a MATTEL computer in

10 | connection with MATTEL UNRELATED WORK from October 20, 2000 to April

11 | 27, 2004.

12 | REQUEST FOR ADMISSION NO. 287:

13 |     Admit MATTEL EMPLOYEES used a MATTEL computer in connection

14 | with MATTEL UNRELATED WORK from April 1, 1998 to January 5, 1999.

15 | REQUEST FOR ADMISSION NO. 288:

16 |     Admit MATTEL EMPLOYEES did not use a MATTEL computer in

17 | connection with MATTEL UNRELATED WORK from April 1, 1998 to January 5,

18 | 1999.

19 | REQUEST FOR ADMISSION NO. 289:

20 |     Admit MATTEL EMPLOYEES used a MATTEL email in connection with

21 | MATTEL UNRELATED WORK during the time that BRYANT was employed by

22 | MATTEL.

23 | REQUEST FOR ADMISSION NO. 290:

24 |     Admit MATTEL EMPLOYEES did not use a MATTEL email in connection

25 | with MATTEL UNRELATED WORK during the time that BRYANT was employed

26 | by MATTEL.

27 |

28 |

5

EXHIBIT __10__, PAGE __131__

1  REQUEST FOR ADMISSION NO. 291:

2       Admit MATTEL EMPLOYEES used a MATTEL email in connection with

3  MATTEL UNRELATED WORK from October 20, 2000 to April 27, 2004.

4  REQUEST FOR ADMISSION NO. 292:

5       Admit MATTEL EMPLOYEES did not use a MATTEL email in connection

6  with MATTEL UNRELATED WORK from October 20, 2000 to April 27, 2004.

7  REQUEST FOR ADMISSION NO. 293:

8       Admit MATTEL EMPLOYEES used a MATTEL email in connection with

9  MATTEL UNRELATED WORK from April 1, 1998 to January 5, 1999.

10  REQUEST FOR ADMISSION NO. 294:

11       Admit MATTEL EMPLOYEES did not use a MATTEL email in connection

12  with MATTEL UNRELATED WORK from April 1, 1998 to January 5, 1999.

13  REQUEST FOR ADMISSION NO. 295:

14       Admit MATTEL EMPLOYEES used a MATTEL fax in connection with

15  MATTEL UNRELATED WORK during the time that BRYANT was employed by

16  MATTEL.

17  REQUEST FOR ADMISSION NO. 296:

18       Admit MATTEL EMPLOYEES did not use a MATTEL fax in connection

19  with MATTEL UNRELATED WORK during the time that BRYANT was employed

20  by MATTEL.

21  REQUEST FOR ADMISSION NO. 297:

22       Admit MATTEL EMPLOYEES used a MATTEL fax in connection with

23  MATTEL UNRELATED WORK from October 20, 2000 to April 27, 2004.

24  REQUEST FOR ADMISSION NO. 298:

25       Admit MATTEL EMPLOYEES did not use a MATTEL fax in connection

26  with MATTEL UNRELATED WORK from October 20, 2000 to April 27, 2004.

27

28

EXHIBIT___10___, PAGE___132

REQUEST FOR ADMISSION NO. 299:

Admit MATTEL EMPLOYEES used a MATTEL fax in connection with MATTEL UNRELATED WORK from April 1, 1998 to January 5, 1999.

REQUEST FOR ADMISSION NO. 300:

Admit MATTEL EMPLOYEES did not use a MATTEL fax in connection with MATTEL UNRELATED WORK from April 1, 1998 to January 5, 1999.

REQUEST FOR ADMISSION NO. 301

Admit MATTEL EMPLOYEES used a MATTEL phone in connection with MATTEL UNRELATED WORK during the time that BRYANT was employed by MATTEL.

REQUEST FOR ADMISSION NO. 302:

Admit MATTEL EMPLOYEES did not use a MATTEL phone in connection with MATTEL UNRELATED WORK during the time that BRYANT was employed by MATTEL.

REQUEST FOR ADMISSION NO. 303:

Admit MATTEL EMPLOYEES used a MATTEL phone in connection with MATTEL UNRELATED WORK from October 20, 2000 to April 27, 2004.

REQUEST FOR ADMISSION NO. 304:

Admit MATTEL EMPLOYEES did not use a MATTEL phone in connection with MATTEL UNRELATED WORK from October 20, 2000 to April 27, 2004.

REQUEST FOR ADMISSION NO. 305:

Admit MATTEL EMPLOYEES used a MATTEL phone in connection with MATTEL UNRELATED WORK from April 1, 1998 to January 5, 1999.

REQUEST FOR ADMISSION NO. 306:

Admit MATTEL EMPLOYEES did not use a MATTEL phone in connection with MATTEL UNRELATED WORK from April 1, 1998 to January 5, 1999.

EXHIBIT __lo__, PAGE __133__

REQUEST FOR ADMISSION NO. 307:

Admit MATTEL EMPLOYEES saved to the storage of a MATTEL computer at least one electronic file that contained a MATTEL UNRELATED WORK during the time that BRYANT was employed by MATTEL.

REQUEST FOR ADMISSION NO. 308:

Admit MATTEL EMPLOYEES did not save to the storage of a MATTEL computer at least one electronic file that contained a MATTEL UNRELATED WORK during the time that BRYANT was employed by MATTEL.

REQUEST FOR ADMISSION NO. 309:

Admit MATTEL EMPLOYEES saved to the storage of a MATTEL computer at least one electronic file that contained a MATTEL UNRELATED WORK from October 20, 2000 to April 27, 2004.

REQUEST FOR ADMISSION NO. 310:

Admit MATTEL EMPLOYEES did not save to the storage of a MATTEL computer at least one electronic file that contained a MATTEL UNRELATED WORK from October 20, 2000 to April 27, 2004.

REQUEST FOR ADMISSION NO. 311:

Admit MATTEL EMPLOYEES saved to the storage of a MATTEL computer at least one electronic file that contained a MATTEL UNRELATED WORK from April 1, 1998 to January 5, 1999.

REQUEST FOR ADMISSION NO. 312:

Admit MATTEL EMPLOYEES did not save to the storage of a MATTEL computer at least one electronic file that contained a MATTEL UNRELATED WORK from April 1, 1998 to January 5, 1999.

REQUEST FOR ADMISSION NO. 313:

Admit MATTEL EMPLOYEES saved to the storage of a MATTEL computer more than one electronic file that contained a MATTEL UNRELATED WORK during the time that BRYANT was employed by MATTEL.

8

EXHIBIT __10__, PAGE __134__

**REQUEST FOR ADMISSION NO. 314:**

Admit MATTEL EMPLOYEES did not save to the storage of a MATTEL computer more than one electronic file that contained a MATTEL UNRELATED WORK during the time that BRYANT was employed by MATTEL.

**REQUEST FOR ADMISSION NO. 315:**

Admit MATTEL EMPLOYEES saved to the storage of a MATTEL computer more than one electronic file that contained a MATTEL UNRELATED WORK from October 20, 2000 to April 27, 2004.

**REQUEST FOR ADMISSION NO. 316:**

Admit MATTEL EMPLOYEES did not save to the storage of a MATTEL computer more than one electronic file that contained a MATTEL UNRELATED WORK from October 20, 2000 to April 27, 2004.

**REQUEST FOR ADMISSION NO. 317:**

Admit MATTEL EMPLOYEES saved to the storage of a MATTEL computer more than one electronic file that contained a MATTEL UNRELATED WORK from April 1, 1998 to January 5, 1999.

**REQUEST FOR ADMISSION NO. 318:**

Admit MATTEL EMPLOYEES did not save to the storage of a MATTEL computer more than one electronic file that contained a MATTEL UNRELATED WORK from April 1, 1998 to January 5, 1999.

**REQUEST FOR ADMISSION NO. 319:**

Admit MATTEL EMPLOYEES used a MATTEL computer to create at least one MATTEL UNRELATED WORK during the time that BRYANT was employed by MATTEL.

**REQUEST FOR ADMISSION NO. 320:**

Admit MATTEL EMPLOYEES did not use a MATTEL computer to create at least one MATTEL UNRELATED WORK during the time that BRYANT was employed by MATTEL.

9

EXHIBIT ___10___, PAGE __135__

1  REQUEST FOR ADMISSION NO. 321:

2      Admit MATTEL EMPLOYEES used a MATTEL computer to create at least

3  one MATTEL UNRELATED WORK from October 20, 2000 to April 27, 2004.

4  REQUEST FOR ADMISSION NO. 322:

5      Admit MATTEL EMPLOYEES did not use a MATTEL computer to create at

6  least one MATTEL UNRELATED WORK from October 20, 2000 to April 27, 2004.

7  REQUEST FOR ADMISSION NO. 323:

8      Admit MATTEL EMPLOYEES used a MATTEL computer to create at least

9  one MATTEL UNRELATED WORK from April 1, 1998 to January 5, 1999.

10 REQUEST FOR ADMISSION NO. 324:

11     Admit MATTEL EMPLOYEES did not use a MATTEL computer to create at

12 least one MATTEL UNRELATED WORK from April 1, 1998 to January 5, 1999.

13 REQUEST FOR ADMISSION NO. 325:

14     Admit MATTEL EMPLOYEES used a MATTEL email to create at least one

15 MATTEL UNRELATED WORK during the time that BRYANT was employed by

16 MATTEL.

17 REQUEST FOR ADMISSION NO. 326:

18     Admit MATTEL EMPLOYEES did not use a MATTEL email to create at

19 least one MATTEL UNRELATED WORK during the time that BRYANT was

20 employed by MATTEL.

21 REQUEST FOR ADMISSION NO. 327:

22     Admit MATTEL EMPLOYEES used a MATTEL email to create at least one

23 MATTEL UNRELATED WORK from October 20, 2000 to April 27, 2004.

24 REQUEST FOR ADMISSION NO. 328:

25     Admit MATTEL EMPLOYEES did not use a MATTEL email to create at

26 least one MATTEL UNRELATED WORK from October 20, 2000 to April 27, 2004.

27

28

MGA ENTERTAINMENT, INC.'S THIRD SET OF REQUESTS FOR ADMISSION TO MATTEL, INC.      NO. CV 04-9049 SGL (RNBx)

EXHIBIT ___10___, PAGE __136__

1   REQUEST FOR ADMISSION NO. 329:

2        Admit MATTEL EMPLOYEES used a MATTEL email to create at least one

3   MATTEL UNRELATED WORK from April 1, 1998 to January 5, 1999.

4   REQUEST FOR ADMISSION NO. 330:

5        Admit MATTEL EMPLOYEES did not use a MATTEL email to create at

6   least one MATTEL UNRELATED WORK from April 1, 1998 to January 5, 1999.

7   REQUEST FOR ADMISSION NO. 331:

8        Admit MATTEL EMPLOYEES used a MATTEL fax to create at least one

9   MATTEL UNRELATED WORK during the time that BRYANT was employed by

10   MATTEL.

11   REQUEST FOR ADMISSION NO. 332:

12        Admit MATTEL EMPLOYEES did not use a MATTEL fax to create at least

13   one MATTEL UNRELATED WORK during the time that BRYANT was employed

14   by MATTEL.

15   REQUEST FOR ADMISSION NO. 333:

16        Admit MATTEL EMPLOYEES used a MATTEL fax to create at least one

17   MATTEL UNRELATED WORK from October 20, 2000 to April 27, 2004.

18   REQUEST FOR ADMISSION NO. 334:

19        Admit MATTEL EMPLOYEES did not use a MATTEL fax to create at least

20   one MATTEL UNRELATED WORK from October 20, 2000 to April 27, 2004.

21   REQUEST FOR ADMISSION NO. 335:

22        Admit MATTEL EMPLOYEES used a MATTEL fax to create at least one

23   MATTEL UNRELATED WORK from April 1, 1998 to January 5, 1999.

24   REQUEST FOR ADMISSION NO. 336:

25        Admit MATTEL EMPLOYEES did not use a MATTEL fax to create at least

26   one MATTEL UNRELATED WORK from April 1, 1998 to January 5, 1999.

27

28

MGA ENTERTAINMENT, INC.'S THIRD SET OF REQUESTS FOR ADMISSION TO MATTEL, INC.     NO. CV 04-9049 SGL (RNBx)

EXHIBIT ___10___, PAGE ___137___

REQUEST FOR ADMISSION NO. 337:

Admit MATTEL EMPLOYEES used a MATTEL phone to create at least one MATTEL UNRELATED WORK during the time that BRYANT was employed by MATTEL.

REQUEST FOR ADMISSION NO. 338:

Admit MATTEL EMPLOYEES did not use a MATTEL phone to create at least one MATTEL UNRELATED WORK during the time that BRYANT was employed by MATTEL.

REQUEST FOR ADMISSION NO. 339:

Admit MATTEL EMPLOYEES used a MATTEL phone to create at least one MATTEL UNRELATED WORK from October 20, 2000 to April 27, 2004.

REQUEST FOR ADMISSION NO. 340:

Admit MATTEL EMPLOYEES did not use a MATTEL phone to create at least one MATTEL UNRELATED WORK from October 20, 2000 to April 27, 2004.

REQUEST FOR ADMISSION NO. 341:

Admit MATTEL EMPLOYEES used a MATTEL phone to create at least one MATTEL UNRELATED WORK from April 1, 1998 to January 5, 1999.

REQUEST FOR ADMISSION NO. 342:

Admit MATTEL EMPLOYEES did not use a MATTEL phone to create at least one MATTEL UNRELATED WORK from April 1, 1998 to January 5, 1999.

REQUEST FOR ADMISSION NO. 343:

Admit MATTEL EMPLOYEES used a MATTEL computer to create more than one MATTEL UNRELATED WORK during the time that BRYANT was employed by MATTEL.

REQUEST FOR ADMISSION NO. 344:

Admit MATTEL EMPLOYEES did not use a MATTEL computer to create more than one MATTEL UNRELATED WORK during the time that BRYANT was employed by MATTEL.

12

1   REQUEST FOR ADMISSION NO. 353:

2      Admit MATTEL EMPLOYEES used a MATTEL email to create more than

3 one MATTEL UNRELATED WORK from April 1, 1998 to January 5, 1999.

4   REQUEST FOR ADMISSION NO. 354:

5      Admit MATTEL EMPLOYEES did not use a MATTEL email to create more

6 than one MATTEL UNRELATED WORK from April 1, 1998 to January 5, 1999.

7   REQUEST FOR ADMISSION NO. 355:

8      Admit MATTEL EMPLOYEES used a MATTEL fax to create more than one

9 MATTEL UNRELATED WORK during the time that BRYANT was employed by

10 MATTEL.

11   REQUEST FOR ADMISSION NO. 356:

12      Admit MATTEL EMPLOYEES did not use a MATTEL fax to create more

13 than one MATTEL UNRELATED WORK during the time that BRYANT was

14 employed by MATTEL.

15   REQUEST FOR ADMISSION NO. 357:

16      Admit MATTEL EMPLOYEES used a MATTEL fax to create more than one

17 MATTEL UNRELATED WORK from October 20, 2000 to April 27, 2004.

18   REQUEST FOR ADMISSION NO. 358:

19      Admit MATTEL EMPLOYEES did not use a MATTEL fax to create more

20 than one MATTEL UNRELATED WORK from October 20, 2000 to April 27, 2004.

21   REQUEST FOR ADMISSION NO. 359:

22      Admit MATTEL EMPLOYEES used a MATTEL fax to create more than one

23 MATTEL UNRELATED WORK from April 1, 1998 to January 5, 1999.

24   REQUEST FOR ADMISSION NO. 360:

25      Admit MATTEL EMPLOYEES did not use a MATTEL fax to create more

26 than one MATTEL UNRELATED WORK from April 1, 1998 to January 5, 1999.

27

28

MGA ENTERTAINMENT, INC.'S THIRD SET OF REQUESTS FOR ADMISSION TO MATTEL, INC.    NO. CV 04-9049 SGL (RNBx)

EXHIBIT ___10___, PAGE ___139___

1 | REQUEST FOR ADMISSION NO. 345:

2 |     Admit MATTEL EMPLOYEES used a MATTEL computer to create more

3 | than one MATTEL UNRELATED WORK from October 20, 2000 to April 27, 2004.

4 | REQUEST FOR ADMISSION NO. 346:

5 |     Admit MATTEL EMPLOYEES did not use a MATTEL computer to create

6 | more than one MATTEL UNRELATED WORK from October 20, 2000 to April 27,

7 | 2004.

8 | REQUEST FOR ADMISSION NO. 347:

9 |     Admit MATTEL EMPLOYEES used a MATTEL computer to create more

10 | than one MATTEL UNRELATED WORK from April 1, 1998 to January 5, 1999.

11 | REQUEST FOR ADMISSION NO. 348:

12 |     Admit MATTEL EMPLOYEES did not use a MATTEL computer to create

13 | more than one MATTEL UNRELATED WORK from April 1, 1998 to January 5,

14 | 1999.

15 | REQUEST FOR ADMISSION NO. 349:

16 |     Admit MATTEL EMPLOYEES used a MATTEL email to create more than

17 | one MATTEL UNRELATED WORK during the time that BRYANT was employed

18 | by MATTEL.

19 | REQUEST FOR ADMISSION NO. 350:

20 |     Admit MATTEL EMPLOYEES did not use a MATTEL email to create more

21 | than one MATTEL UNRELATED WORK during the time that BRYANT was

22 | employed by MATTEL.

23 | REQUEST FOR ADMISSION NO. 351:

24 |     Admit MATTEL EMPLOYEES used a MATTEL email to create more than

25 | one MATTEL UNRELATED WORK from October 20, 2000 to April 27, 2004.

26 | REQUEST FOR ADMISSION NO. 352:

27 |     Admit MATTEL EMPLOYEES did not use a MATTEL email to create more

28 | than one MATTEL UNRELATED WORK from October 20, 2000 to April 27, 2004.

13

EXHIBIT ___10___, PAGE ___140___

1  REQUEST FOR ADMISSION NO. 361:

2      Admit MATTEL EMPLOYEES used a MATTEL phone to create more than

3  one MATTEL UNRELATED WORK during the time that BRYANT was employed

4  by MATTEL.

5  REQUEST FOR ADMISSION NO. 362:

6      Admit MATTEL EMPLOYEES did not use a MATTEL phone to create more

7  than one MATTEL UNRELATED WORK during the time that BRYANT was

8  employed by MATTEL.

9  REQUEST FOR ADMISSION NO. 363:

10     Admit MATTEL EMPLOYEES used a MATTEL phone to create more than

11  one MATTEL UNRELATED WORK from October 20, 2000 to April 27, 2004.

12  REQUEST FOR ADMISSION NO. 364:

13     Admit MATTEL EMPLOYEES did not use a MATTEL phone to create more

14  than one MATTEL UNRELATED WORK from October 20, 2000 to April 27, 2004.

15  REQUEST FOR ADMISSION NO. 365:

16     Admit MATTEL EMPLOYEES used a MATTEL phone to create more than

17  one MATTEL UNRELATED WORK from April 1, 1998 to January 5, 1999.

18  REQUEST FOR ADMISSION NO. 366:

19     Admit MATTEL EMPLOYEES did not use a MATTEL phone to create more

20  than one MATTEL UNRELATED WORK from April 1, 1998 to January 5, 1999.

21  REQUEST FOR ADMISSION NO. 367:

22     Admit MATTEL EMPLOYEES used a MATTEL computer to render at least

23  one MATTEL UNRELATED WORK during the time that BRYANT was employed

24  by MATTEL.

25  REQUEST FOR ADMISSION NO. 368:

26     Admit MATTEL EMPLOYEES did not use a MATTEL computer to render at

27  least one MATTEL UNRELATED WORK during the time that BRYANT was

28  employed by MATTEL.

15

EXHIBIT ___10___, PAGE ___141___

1  REQUEST FOR ADMISSION NO. 369:

2      Admit MATTEL EMPLOYEES used a MATTEL computer to render at least

3  one MATTEL UNRELATED WORK from October 20, 2000 to April 27, 2004.

4  REQUEST FOR ADMISSION NO. 370:

5      Admit MATTEL EMPLOYEES did not use a MATTEL computer to render at

6  least one MATTEL UNRELATED WORK from October 20, 2000 to April 27, 2004.

7  REQUEST FOR ADMISSION NO. 371:

8      Admit MATTEL EMPLOYEES used a MATTEL computer to render at least

9  one MATTEL UNRELATED WORK from April 1, 1998 to January 5, 1999.

10  REQUEST FOR ADMISSION NO. 372:

11      Admit MATTEL EMPLOYEES did not use a MATTEL computer to render at

12  least one MATTEL UNRELATED WORK from April 1, 1998 to January 5, 1999.

13  REQUEST FOR ADMISSION NO. 373:

14      Admit MATTEL EMPLOYEES used a MATTEL email to render at least one

15  MATTEL UNRELATED WORK during the time that BRYANT was employed by

16  MATTEL.

17  REQUEST FOR ADMISSION NO. 374:

18      Admit MATTEL EMPLOYEES did not use a MATTEL email to render at

19  least one MATTEL UNRELATED WORK during the time that BRYANT was

20  employed by MATTEL.

21  REQUEST FOR ADMISSION NO. 375:

22      Admit MATTEL EMPLOYEES used a MATTEL email to render at least one

23  MATTEL UNRELATED WORK from October 20, 2000 to April 27, 2004.

24  REQUEST FOR ADMISSION NO. 376:

25      Admit MATTEL EMPLOYEES did not use a MATTEL email to render at

26  least one MATTEL UNRELATED WORK from October 20, 2000 to April 27, 2004.

27

28

MGA ENTERTAINMENT, INC.'S THIRD SET OF REQUESTS FOR ADMISSION TO MATTEL, INC.      NO. CV 04-9049 SGL (RNBx)

EXHIBIT ___10___, PAGE ___142___

REQUEST FOR ADMISSION NO. 377:

Admit MATTEL EMPLOYEES used a MATTEL email to render at least one MATTEL UNRELATED WORK from April 1, 1998 to January 5, 1999.

REQUEST FOR ADMISSION NO. 378:

Admit MATTEL EMPLOYEES did not use a MATTEL email to render at least one MATTEL UNRELATED WORK from April 1, 1998 to January 5, 1999.

REQUEST FOR ADMISSION NO. 379:

Admit MATTEL EMPLOYEES used a MATTEL fax to render at least one MATTEL UNRELATED WORK during the time that BRYANT was employed by MATTEL.

REQUEST FOR ADMISSION NO. 380:

Admit MATTEL EMPLOYEES did not use a MATTEL fax to render at least one MATTEL UNRELATED WORK during the time that BRYANT was employed by MATTEL.

REQUEST FOR ADMISSION NO. 381:

Admit MATTEL EMPLOYEES used a MATTEL fax to render at least one MATTEL UNRELATED WORK from October 20, 2000 to April 27, 2004.

REQUEST FOR ADMISSION NO. 382:

Admit MATTEL EMPLOYEES did not use a MATTEL fax to render at least one MATTEL UNRELATED WORK from October 20, 2000 to April 27, 2004.

REQUEST FOR ADMISSION NO. 383:

Admit MATTEL EMPLOYEES used a MATTEL fax to render at least one MATTEL UNRELATED WORK from April 1, 1998 to January 5, 1999.

REQUEST FOR ADMISSION NO. 384:

Admit MATTEL EMPLOYEES did not use a MATTEL fax to render at least one MATTEL UNRELATED WORK from April 1, 1998 to January 5, 1999.

MGA ENTERTAINMENT, INC.'S THIRD SET OF REQUESTS FOR ADMISSION TO MATTEL, INC.     NO. CV 04-9049 SGL (RNBx)

EXHIBIT ____10____, PAGE ____143____

REQUEST FOR ADMISSION NO. 385:

Admit MATTEL EMPLOYEES used a MATTEL phone to render at least one MATTEL UNRELATED WORK during the time that BRYANT was employed by MATTEL.

REQUEST FOR ADMISSION NO. 386:

Admit MATTEL EMPLOYEES did not use a MATTEL phone to render at least one MATTEL UNRELATED WORK during the time that BRYANT was employed by MATTEL.

REQUEST FOR ADMISSION NO. 387:

Admit MATTEL EMPLOYEES used a phone to render at least one MATTEL UNRELATED WORK from October 20, 2000 to April 27, 2004.

REQUEST FOR ADMISSION NO. 388:

Admit MATTEL EMPLOYEES did not use a MATTEL phone to render at least one MATTEL UNRELATED WORK from October 20, 2000 to April 27, 2004.

REQUEST FOR ADMISSION NO. 389:

Admit MATTEL EMPLOYEES used a MATTEL phone to render at least one MATTEL UNRELATED WORK from April 1, 1998 to January 5, 1999.

REQUEST FOR ADMISSION NO. 390:

Admit MATTEL EMPLOYEES did not use a MATTEL phone to render at least one MATTEL UNRELATED WORK from April 1, 1998 to January 5, 1999.

REQUEST FOR ADMISSION NO. 391:

Admit MATTEL EMPLOYEES used a MATTEL computer to render more than one MATTEL UNRELATED WORK during the time that BRYANT was employed by MATTEL.

REQUEST FOR ADMISSION NO. 392:

Admit MATTEL EMPLOYEES did not use a MATTEL computer to render more than one MATTEL UNRELATED WORK during the time that BRYANT was employed by MATTEL.

18

EXHIBIT ___10___, PAGE ___144___

1  REQUEST FOR ADMISSION NO. 393:

2      Admit MATTEL EMPLOYEES used a MATTEL computer to render more

3  than one MATTEL UNRELATED WORK from October 20, 2000 to April 27, 2004.

4  REQUEST FOR ADMISSION NO. 394:

5      Admit MATTEL EMPLOYEES did not use a MATTEL computer to render

6  more than one MATTEL UNRELATED WORK from October 20, 2000 to April 27,

7  2004.

8  REQUEST FOR ADMISSION NO. 395:

9      Admit MATTEL EMPLOYEES used a MATTEL computer to render more

10  than one MATTEL UNRELATED WORK from April 1, 1998 to January 5, 1999.

11  REQUEST FOR ADMISSION NO. 396:

12      Admit MATTEL EMPLOYEES did not use a MATTEL computer to render

13  more than one MATTEL UNRELATED WORK from April 1, 1998 to January 5,

14  1999.

15  REQUEST FOR ADMISSION NO. 397:

16      Admit MATTEL EMPLOYEES used a MATTEL email to render more than

17  one MATTEL UNRELATED WORK during the time that BRYANT was employed

18  by MATTEL.

19  REQUEST FOR ADMISSION NO. 398:

20      Admit MATTEL EMPLOYEES did not use a MATTEL email to render more

21  than one MATTEL UNRELATED WORK during the time that BRYANT was

22  employed by MATTEL.

23  REQUEST FOR ADMISSION NO. 399:

24      Admit MATTEL EMPLOYEES used a MATTEL email to render more than

25  one MATTEL UNRELATED WORK from October 20, 2000 to April 27, 2004.

26  REQUEST FOR ADMISSION NO. 400:

27      Admit MATTEL EMPLOYEES did not use a MATTEL email to render more

28  than one MATTEL UNRELATED WORK from October 20, 2000 to April 27, 2004.

19

EXHIBIT ___10___, PAGE __145__

**REQUEST FOR ADMISSION NO. 401:**

Admit MATTEL EMPLOYEES used a MATTEL email to render more than one MATTEL UNRELATED WORK from April 1, 1998 to January 5, 1999.

**REQUEST FOR ADMISSION NO. 402:**

Admit MATTEL EMPLOYEES did not use a MATTEL email to render more than one MATTEL UNRELATED WORK from April 1, 1998 to January 5, 1999.

**REQUEST FOR ADMISSION NO. 403:**

Admit MATTEL EMPLOYEES used a MATTEL fax to render more than one MATTEL UNRELATED WORK during the time that BRYANT was employed by MATTEL.

**REQUEST FOR ADMISSION NO. 404:**

Admit MATTEL EMPLOYEES did not use a MATTEL fax to render more than one MATTEL UNRELATED WORK during the time that BRYANT was employed by MATTEL.

**REQUEST FOR ADMISSION NO. 405:**

Admit MATTEL EMPLOYEES used a MATTEL fax to render more than one MATTEL UNRELATED WORK from October 20, 2000 to April 27, 2004.

**REQUEST FOR ADMISSION NO. 406:**

Admit MATTEL EMPLOYEES did not use a MATTEL fax to render more than one MATTEL UNRELATED WORK from October 20, 2000 to April 27, 2004.

**REQUEST FOR ADMISSION NO. 407:**

Admit MATTEL EMPLOYEES used a MATTEL fax to render more than one MATTEL UNRELATED WORK from April 1, 1998 to January 5, 1999.

**REQUEST FOR ADMISSION NO. 408:**

Admit MATTEL EMPLOYEES did not use a MATTEL fax to render more than one MATTEL UNRELATED WORK from April 1, 1998 to January 5, 1999.

MGA ENTERTAINMENT, INC.'S THIRD SET OF REQUESTS FOR ADMISSION TO MATTEL, INC.        NO. CV 04-9049 SGL (RNBx)

EXHIBIT __10__, PAGE __14b__

REQUEST FOR ADMISSION NO. 409:

Admit MATTEL EMPLOYEES used a MATTEL phone to render more than one MATTEL UNRELATED WORK during the time that BRYANT was employed by MATTEL.

REQUEST FOR ADMISSION NO. 410:

Admit MATTEL EMPLOYEES did not use a MATTEL phone to render more than one MATTEL UNRELATED WORK during the time that BRYANT was employed by MATTEL.

REQUEST FOR ADMISSION NO. 411:

Admit MATTEL EMPLOYEES used a MATTEL phone to render more than one MATTEL UNRELATED WORK from October 20, 2000 to April 27, 2004.

REQUEST FOR ADMISSION NO. 412:

Admit MATTEL EMPLOYEES did not use a MATTEL phone to render more than one MATTEL UNRELATED WORK from October 20, 2000 to April 27, 2004.

REQUEST FOR ADMISSION NO. 413:

Admit MATTEL EMPLOYEES used a MATTEL phone to render more than one MATTEL UNRELATED WORK from April 1, 1998 to January 5, 1999.

REQUEST FOR ADMISSION NO. 414:

Admit MATTEL EMPLOYEES did not use a MATTEL phone to render more than one MATTEL UNRELATED WORK from April 1, 1998 to January 5, 1999.

REQUEST FOR ADMISSION NO. 415:

Admit MATTEL EMPLOYEES used an application program installed on a MATTEL computer to create at least one MATTEL UNRELATED WORK during the time that BRYANT was employed by MATTEL.

REQUEST FOR ADMISSION NO. 416:

Admit MATTEL EMPLOYEES did not use an application program installed on a MATTEL computer to create at least one MATTEL UNRELATED WORK during the time that BRYANT was employed by MATTEL.

21

EXHIBIT __lo__, PAGE __147__

1  REQUEST FOR ADMISSION NO. 417:

2      Admit MATTEL EMPLOYEES used an application program installed on a

3  MATTEL computer to create at least one MATTEL UNRELATED WORK from

4  October 20, 2000 to April 27, 2004.

5  REQUEST FOR ADMISSION NO. 418:

6      Admit MATTEL EMPLOYEES did not use an application program installed

7  on a MATTEL computer to create at least one MATTEL UNRELATED WORK

8  from October 20, 2000 to April 27, 2004.

9  REQUEST FOR ADMISSION NO. 419:

10     Admit MATTEL EMPLOYEES used an application program installed on a

11 MATTEL computer to create at least one MATTEL UNRELATED WORK from

12 April 1, 1998 to January 5, 1999.

13 REQUEST FOR ADMISSION NO. 420:

14     Admit MATTEL EMPLOYEES did not use an application program installed

15 on a MATTEL computer to create at least one MATTEL UNRELATED WORK

16 from April 1, 1998 to January 5, 1999.

17 REQUEST FOR ADMISSION NO. 421:

18     Admit MATTEL EMPLOYEES used an application program installed on a

19 MATTEL computer to create more than one MATTEL UNRELATED WORK

20 during the time that BRYANT was employed by MATTEL.

21 REQUEST FOR ADMISSION NO. 422:

22     Admit MATTEL EMPLOYEES did not use an application program installed

23 on a MATTEL computer to create more than one MATTEL UNRELATED WORK

24 during the time that BRYANT was employed by MATTEL.

25 REQUEST FOR ADMISSION NO. 423:

26     Admit MATTEL EMPLOYEES used an application program installed on a

27 MATTEL computer to create more than one MATTEL UNRELATED WORK from

28 October 20, 2000 to April 27, 2004.

EXHIBIT  10 , PAGE  148

**REQUEST FOR ADMISSION NO. 424:**

Admit MATTEL EMPLOYEES did not use an application program installed on a MATTEL computer to create more than one MATTEL UNRELATED WORK from October 20, 2000 to April 27, 2004.

**REQUEST FOR ADMISSION NO. 425:**

Admit MATTEL EMPLOYEES used an application program installed on a MATTEL computer to create more than one MATTEL UNRELATED WORK from April 1, 1998 to January 5, 1999.

**REQUEST FOR ADMISSION NO. 426:**

Admit MATTEL EMPLOYEES did not use an application program installed on a MATTEL computer to create more than one MATTEL UNRELATED WORK from April 1, 1998 to January 5, 1999.

**REQUEST FOR ADMISSION NO. 427:**

Admit MATTEL EMPLOYEES used a MATTEL computer to reproduce at least one MATTEL UNRELATED WORK during the time that BRYANT was employed by MATTEL.

**REQUEST FOR ADMISSION NO. 428:**

Admit MATTEL EMPLOYEES did not use a MATTEL computer to reproduce at least one MATTEL UNRELATED WORK during the time that BRYANT was employed by MATTEL.

**REQUEST FOR ADMISSION NO. 429:**

Admit MATTEL EMPLOYEES used a MATTEL computer to reproduce at least one MATTEL UNRELATED WORK from October 20, 2000 to April 27, 2004.

**REQUEST FOR ADMISSION NO. 430:**

Admit MATTEL EMPLOYEES did not use a MATTEL computer to reproduce at least one MATTEL UNRELATED WORK from October 20, 2000 to April 27, 2004.

23

EXHIBIT ___10___, PAGE ___149___

1  REQUEST FOR ADMISSION NO. 431:

2      Admit MATTEL EMPLOYEES used a MATTEL computer to reproduce at

3  least one MATTEL UNRELATED WORK from April 1, 1998 to January 5, 1999.

4  REQUEST FOR ADMISSION NO. 432:

5      Admit MATTEL EMPLOYEES did not use a MATTEL computer to

6  reproduce at least one MATTEL UNRELATED WORK from April 1, 1998 to

7  January 5, 1999.

8  REQUEST FOR ADMISSION NO. 433:

9      Admit MATTEL EMPLOYEES used a MATTEL email to reproduce at least

10  one MATTEL UNRELATED WORK during the time that BRYANT was employed

11  by MATTEL.

12  REQUEST FOR ADMISSION NO. 434:

13      Admit MATTEL EMPLOYEES did not use a MATTEL email to reproduce at

14  least one MATTEL UNRELATED WORK during the time that BRYANT was

15  employed by MATTEL.

16  REQUEST FOR ADMISSION NO. 435:

17      Admit MATTEL EMPLOYEES used a MATTEL email to reproduce at least

18  one MATTEL UNRELATED WORK from October 20, 2000 to April 27, 2004.

19  REQUEST FOR ADMISSION NO. 436:

20      Admit MATTEL EMPLOYEES did not use a MATTEL email to reproduce at

21  least one MATTEL UNRELATED WORK from October 20, 2000 to April 27, 2004.

22  REQUEST FOR ADMISSION NO. 437:

23      Admit MATTEL EMPLOYEES used a MATTEL email to reproduce at least

24  one MATTEL UNRELATED WORK from April 1, 1998 to January 5, 1999.

25  REQUEST FOR ADMISSION NO. 438:

26      Admit MATTEL EMPLOYEES did not use a MATTEL email to reproduce at

27  least one MATTEL UNRELATED WORK from April 1, 1998 to January 5, 1999.

28

MGA ENTERTAINMENT, INC.'S THIRD SET OF REQUESTS FOR ADMISSION TO MATTEL, INC.      NO. CV 04-9049 SGL (RNBx)

EXHIBIT ___10___, PAGE___150___

**REQUEST FOR ADMISSION NO. 439:**

Admit MATTEL EMPLOYEES used a MATTEL fax to reproduce at least one MATTEL UNRELATED WORK during the time that BRYANT was employed by MATTEL.

**REQUEST FOR ADMISSION NO. 440:**

Admit MATTEL EMPLOYEES did not use a MATTEL fax to reproduce at least one MATTEL UNRELATED WORK during the time that BRYANT was employed by MATTEL.

**REQUEST FOR ADMISSION NO. 441:**

Admit MATTEL EMPLOYEES used a MATTEL fax to reproduce at least one MATTEL UNRELATED WORK from October 20, 2000 to April 27, 2004.

**REQUEST FOR ADMISSION NO. 442:**

Admit MATTEL EMPLOYEES did not use a MATTEL fax to reproduce at least one MATTEL UNRELATED WORK from October 20, 2000 to April 27, 2004.

**REQUEST FOR ADMISSION NO. 443:**

Admit MATTEL EMPLOYEES used a MATTEL fax to reproduce at least one MATTEL UNRELATED WORK from April 1, 1998 to January 5, 1999.

**REQUEST FOR ADMISSION NO. 444:**

Admit MATTEL EMPLOYEES did not use a MATTEL fax to reproduce at least one MATTEL UNRELATED WORK from April 1, 1998 to January 5, 1999.

**REQUEST FOR ADMISSION NO. 445:**

Admit MATTEL EMPLOYEES used a MATTEL phone to reproduce at least one MATTEL UNRELATED WORK during the time that BRYANT was employed by MATTEL.

**REQUEST FOR ADMISSION NO. 446:**

Admit MATTEL EMPLOYEES did not use a MATTEL phone to reproduce at least one MATTEL UNRELATED WORK during the time that BRYANT was employed by MATTEL.

EXHIBIT ____10____, PAGE ___151___

REQUEST FOR ADMISSION NO. 447:

Admit MATTEL EMPLOYEES used a MATTEL phone to reproduce at least one MATTEL UNRELATED WORK from October 20, 2000 to April 27, 2004.

REQUEST FOR ADMISSION NO. 448:

Admit MATTEL EMPLOYEES did not use a MATTEL phone to reproduce at least one MATTEL UNRELATED WORK from October 20, 2000 to April 27, 2004.

REQUEST FOR ADMISSION NO. 449:

Admit MATTEL EMPLOYEES used a MATTEL phone to reproduce at least one MATTEL UNRELATED WORK from April 1, 1998 to January 5, 1999.

REQUEST FOR ADMISSION NO. 450:

Admit MATTEL EMPLOYEES did not use a MATTEL phone to reproduce at least one MATTEL UNRELATED WORK from April 1, 1998 to January 5, 1999.

REQUEST FOR ADMISSION NO. 451:

Admit MATTEL EMPLOYEES used a MATTEL computer to reproduce more than one MATTEL UNRELATED WORK during the time that BRYANT was employed by MATTEL.

REQUEST FOR ADMISSION NO. 452:

Admit MATTEL EMPLOYEES did not use a MATTEL computer to reproduce more than one MATTEL UNRELATED WORK during the time that BRYANT was employed by MATTEL.

REQUEST FOR ADMISSION NO. 453:

Admit MATTEL EMPLOYEES used a MATTEL computer to reproduce more than one MATTEL UNRELATED WORK from October 20, 2000 to April 27, 2004.

REQUEST FOR ADMISSION NO. 454:

Admit MATTEL EMPLOYEES did not use a MATTEL computer to reproduce more than one MATTEL UNRELATED WORK from October 20, 2000 to April 27, 2004.

26

EXHIBIT __lo__, PAGE __152__

REQUEST FOR ADMISSION NO. 455:

Admit MATTEL EMPLOYEES used a MATTEL computer to reproduce more than one MATTEL UNRELATED WORK from April 1, 1998 to January 5, 1999.

REQUEST FOR ADMISSION NO. 456:

Admit MATTEL EMPLOYEES did not use a MATTEL computer to reproduce more than one MATTEL UNRELATED WORK from April 1, 1998 to January 5, 1999.

REQUEST FOR ADMISSION NO. 457:

Admit MATTEL EMPLOYEES used a MATTEL email to reproduce more than one MATTEL UNRELATED WORK during the time that BRYANT was employed by MATTEL.

REQUEST FOR ADMISSION NO. 458:

Admit MATTEL EMPLOYEES did not use a MATTEL email to reproduce more than one MATTEL UNRELATED WORK during the time that BRYANT was employed by MATTEL.

REQUEST FOR ADMISSION NO. 459:

Admit MATTEL EMPLOYEES used a MATTEL email to reproduce more than one MATTEL UNRELATED WORK from October 20, 2000 to April 27, 2004.

REQUEST FOR ADMISSION NO. 460:

Admit MATTEL EMPLOYEES did not use a MATTEL email to reproduce more than one MATTEL UNRELATED WORK from October 20, 2000 to April 27, 2004.

REQUEST FOR ADMISSION NO. 461:

Admit MATTEL EMPLOYEES used a MATTEL email to reproduce more than one MATTEL UNRELATED WORK from April 1, 1998 to January 5, 1999.

MGA ENTERTAINMENT, INC.'S THIRD SET OF REQUESTS FOR ADMISSION TO MATTEL, INC.     NO. CV 04-9049 SGL (RNBx)

EXHIBIT ____10____, PAGE ____153____

1  REQUEST FOR ADMISSION NO. 462:

2     Admit MATTEL EMPLOYEES did not use a MATTEL email to reproduce

3  more than one MATTEL UNRELATED WORK from April 1, 1998 to January 5,

4  1999.

5  REQUEST FOR ADMISSION NO. 463:

6     Admit MATTEL EMPLOYEES used a MATTEL fax to reproduce more than

7  one MATTEL UNRELATED WORK during the time that BRYANT was employed

8  by MATTEL.

9  REQUEST FOR ADMISSION NO. 464:

10    Admit MATTEL EMPLOYEES did not use a MATTEL fax to reproduce

11  more than one MATTEL UNRELATED WORK during the time that BRYANT was

12  employed by MATTEL.

13  REQUEST FOR ADMISSION NO. 465:

14    Admit MATTEL EMPLOYEES used a MATTEL fax to reproduce more than

15  one MATTEL UNRELATED WORK from October 20, 2000 to April 27, 2004.

16  REQUEST FOR ADMISSION NO. 466:

17    Admit MATTEL EMPLOYEES did not use a MATTEL fax to reproduce

18  more than one MATTEL UNRELATED WORK from October 20, 2000 to April 27,

19  2004.

20  REQUEST FOR ADMISSION NO. 467:

21    Admit MATTEL EMPLOYEES used a MATTEL fax to reproduce more than

22  one MATTEL UNRELATED WORK from April 1, 1998 to January 5, 1999.

23  REQUEST FOR ADMISSION NO. 468:

24    Admit MATTEL EMPLOYEES did not use a MATTEL fax to reproduce

25  more than one MATTEL UNRELATED WORK from April 1, 1998 to January 5,

26  1999.

27

28

MGA ENTERTAINMENT, INC.'S THIRD SET OF REQUESTS FOR ADMISSION TO MATTEL, INC.     NO. CV 04-9049 SGL (RNBx)

EXHIBIT___10___, PAGE___154

1   REQUEST FOR ADMISSION NO. 469:

2       Admit MATTEL EMPLOYEES used a MATTEL phone to reproduce more

3 than one MATTEL UNRELATED WORK during the time that BRYANT was

4 employed by MATTEL.

5   REQUEST FOR ADMISSION NO. 470:

6       Admit MATTEL EMPLOYEES did not use a MATTEL phone to reproduce

7 more than one MATTEL UNRELATED WORK during the time that BRYANT was

8 employed by MATTEL.

9   REQUEST FOR ADMISSION NO. 471:

10       Admit MATTEL EMPLOYEES used a MATTEL phone to reproduce more

11 than one MATTEL UNRELATED WORK from October 20, 2000 to April 27, 2004.

12   REQUEST FOR ADMISSION NO. 472:

13       Admit MATTEL EMPLOYEES did not use a MATTEL phone to reproduce

14 more than one MATTEL UNRELATED WORK from October 20, 2000 to April 27,

15 2004.

16   REQUEST FOR ADMISSION NO. 473:

17       Admit MATTEL EMPLOYEES used a MATTEL phone to reproduce more

18 than one MATTEL UNRELATED WORK from April 1, 1998 to January 5, 1999.

19   REQUEST FOR ADMISSION NO. 474:

20       Admit MATTEL EMPLOYEES did not use a MATTEL phone to reproduce

21 more than one MATTEL UNRELATED WORK from April 1, 1998 to January 5,

22 1999.

23   REQUEST FOR ADMISSION NO. 475:

24       Admit MATTEL EMPLOYEES used an application program installed on a

25 MATTEL computer to reproduce at least one MATTEL UNRELATED WORK

26 during the time that BRYANT was employed by MATTEL.

27

28

EXHIBIT __10__, PAGE 155

REQUEST FOR ADMISSION NO. 476:

Admit MATTEL EMPLOYEES did not use an application program installed on a MATTEL computer to reproduce at least one MATTEL UNRELATED WORK during the time that BRYANT was employed by MATTEL.

REQUEST FOR ADMISSION NO. 477:

Admit MATTEL EMPLOYEES used an application program installed on a MATTEL computer to reproduce at least one MATTEL UNRELATED WORK from October 20, 2000 to April 27, 2004.

REQUEST FOR ADMISSION NO. 478:

Admit MATTEL EMPLOYEES did not use an application program installed on a MATTEL computer to reproduce at least one MATTEL UNRELATED WORK from October 20, 2000 to April 27, 2004.

REQUEST FOR ADMISSION NO. 479:

Admit MATTEL EMPLOYEES used an application program installed on a MATTEL computer to reproduce at least one MATTEL UNRELATED WORK from April 1, 1998 to January 5, 1999.

REQUEST FOR ADMISSION NO. 480:

Admit MATTEL EMPLOYEES did not use an application program installed on a MATTEL computer to reproduce at least one MATTEL UNRELATED WORK from April 1, 1998 to January 5, 1999.

REQUEST FOR ADMISSION NO. 481:

Admit MATTEL EMPLOYEES used an application program installed on a MATTEL computer to reproduce more than one MATTEL UNRELATED WORK during the time that BRYANT was employed by MATTEL.

REQUEST FOR ADMISSION NO. 482:

Admit MATTEL EMPLOYEES did not use an application program installed on a MATTEL computer to reproduce more than one MATTEL UNRELATED WORK during the time that BRYANT was employed by MATTEL.

30

EXHIBIT ___ ID ___, PAGE ___ 156

1  REQUEST FOR ADMISSION NO. 483:

2      Admit MATTEL EMPLOYEES used an application program installed on a

3  MATTEL computer to reproduce more than one MATTEL UNRELATED WORK

4  from October 20, 2000 to April 27, 2004.

5  REQUEST FOR ADMISSION NO. 484:

6      Admit MATTEL EMPLOYEES did not use an application program installed

7  on a MATTEL computer to reproduce more than one MATTEL UNRELATED

8  WORK from October 20, 2000 to April 27, 2004.

9  REQUEST FOR ADMISSION NO. 485:

10      Admit MATTEL EMPLOYEES used an application program installed on a

11  MATTEL computer to reproduce more than one MATTEL UNRELATED WORK

12  from April 1, 1998 to January 5, 1999.

13  REQUEST FOR ADMISSION NO. 486:

14      Admit MATTEL EMPLOYEES did not use an application program installed

15  on a MATTEL computer to reproduce more than one MATTEL UNRELATED

16  WORK from April 1, 1998 to January 5, 1999.

17  REQUEST FOR ADMISSION NO. 487:

18      Admit at least one MATTEL computer was used to create a MATTEL

19  UNRELATED WORK during the time that BRYANT was employed by MATTEL.

20  REQUEST FOR ADMISSION NO. 488:

21      Admit no MATTEL computer was used to create a MATTEL UNRELATED

22  WORK during the time that BRYANT was employed by MATTEL.

23  REQUEST FOR ADMISSION NO. 489:

24      Admit at least one MATTEL computer was used to create a MATTEL

25  UNRELATED WORK from October 20, 2000 to April 27, 2004.

26  REQUEST FOR ADMISSION NO. 490:

27      Admit no MATTEL computer was used to create a MATTEL UNRELATED

28  WORK from October 20, 2000 to April 27, 2004.

31

EXHIBIT ___10___, PAGE ___152___

1  REQUEST FOR ADMISSION NO. 491:

2      Admit at least one MATTEL computer was used to create a MATTEL

3  UNRELATED WORK from April 1, 1998 to January 5, 1999.

4  REQUEST FOR ADMISSION NO. 492:

5      Admit no MATTEL computer was used to create a MATTEL UNRELATED

6  WORK from April 1, 1998 to January 5, 1999.

7  REQUEST FOR ADMISSION NO. 493:

8      Admit at least one MATTEL email was used to create a MATTEL

9  UNRELATED WORK during the time that BRYANT was employed by MATTEL.

10  REQUEST FOR ADMISSION NO. 494:

11      Admit no MATTEL email was used to create a MATTEL UNRELATED

12  WORK during the time that BRYANT was employed by MATTEL.

13  REQUEST FOR ADMISSION NO. 495:

14      Admit at least one MATTEL email was used to create a MATTEL

15  UNRELATED WORK from October 20, 2000 to April 27, 2004.

16  REQUEST FOR ADMISSION NO. 496:

17      Admit no MATTEL email was used to create a MATTEL UNRELATED

18  WORK from October 20, 2000 to April 27, 2004.

19  REQUEST FOR ADMISSION NO. 497:

20      Admit at least one MATTEL email was used to create a MATTEL

21  UNRELATED WORK from April 1, 1998 to January 5, 1999.

22  REQUEST FOR ADMISSION NO. 498:

23      Admit no MATTEL email was used to create a MATTEL UNRELATED

24  WORK from April 1, 1998 to January 5, 1999.

25  REQUEST FOR ADMISSION NO. 499:

26      Admit at least one MATTEL fax was used to create a MATTEL

27  UNRELATED WORK during the time that BRYANT was employed by MATTEL.

28

MGA ENTERTAINMENT, INC.'S THIRD SET OF REQUESTS FOR ADMISSION TO MATTEL, INC.     NO. CV 04-9049 SGL (RNBx)

EXHIBIT ___10___, PAGE ___158___

1   REQUEST FOR ADMISSION NO. 500:

2       Admit no MATTEL fax was used to create a MATTEL UNRELATED

3   WORK during the time that BRYANT was employed by MATTEL.

4   REQUEST FOR ADMISSION NO. 501:

5       Admit at least one MATTEL fax was used to create a MATTEL

6   UNRELATED WORK from October 20, 2000 to April 27, 2004.

7   REQUEST FOR ADMISSION NO. 502:

8       Admit no MATTEL fax was used to create a MATTEL UNRELATED

9   WORK from October 20, 2000 to April 27, 2004.

10   REQUEST FOR ADMISSION NO. 503:

11       Admit at least one MATTEL fax was used to create a MATTEL

12   UNRELATED WORK from April 1, 1998 to January 5, 1999.

13   REQUEST FOR ADMISSION NO. 504:

14       Admit no MATTEL fax was used to create a MATTEL UNRELATED

15   WORK from April 1, 1998 to January 5, 1999.

16   REQUEST FOR ADMISSION NO. 505:

17       Admit at least one MATTEL phone was used to create a MATTEL

18   UNRELATED WORK during the time that BRYANT was employed by MATTEL.

19   REQUEST FOR ADMISSION NO. 506:

20       Admit no MATTEL phone was used to create a MATTEL UNRELATED

21   WORK during the time that BRYANT was employed by MATTEL.

22   REQUEST FOR ADMISSION NO. 507:

23       Admit at least one MATTEL phone was used to create a MATTEL

24   UNRELATED WORK from October 20, 2000 to April 27, 2004.

25   REQUEST FOR ADMISSION NO. 508:

26       Admit no MATTEL phone was used to create a MATTEL UNRELATED

27   WORK from October 20, 2000 to April 27, 2004.

28

MGA ENTERTAINMENT, INC.'S THIRD SET OF REQUESTS FOR ADMISSION TO MATTEL, INC.    NO. CV 04-9049 SGL (RNBx)

EXHIBIT ___10___, PAGE ___159___

1  REQUEST FOR ADMISSION NO. 509:

2      Admit at least one MATTEL phone was used to create a MATTEL

3  UNRELATED WORK from April 1, 1998 to January 5, 1999.

4  REQUEST FOR ADMISSION NO. 510:

5      Admit no MATTEL phone was used to create a MATTEL UNRELATED

6  WORK from April 1, 1998 to January 5, 1999.

7  REQUEST FOR ADMISSION NO. 511:

8      Admit at least one MATTEL computer was used to render a MATTEL

9  UNRELATED WORK during the time that BRYANT was employed by MATTEL.

10 REQUEST FOR ADMISSION NO. 512:

11     Admit no MATTEL computer was used to render a MATTEL UNRELATED

12 WORK during the time that BRYANT was employed by MATTEL.

13 REQUEST FOR ADMISSION NO. 513:

14     Admit at least one MATTEL computer was used to render a MATTEL

15 UNRELATED WORK from October 20, 2000 to April 27, 2004.

16 REQUEST FOR ADMISSION NO. 514:

17     Admit no MATTEL computer was used to render a MATTEL UNRELATED

18 WORK from October 20, 2000 to April 27, 2004.

19 REQUEST FOR ADMISSION NO. 515:

20     Admit at least one MATTEL computer was used to render a MATTEL

21 UNRELATED WORK from April 1, 1998 to January 5, 1999.

22 REQUEST FOR ADMISSION NO. 516:

23     Admit no MATTEL computer was used to render a MATTEL UNRELATED

24 WORK from April 1, 1998 to January 5, 1999.

25 REQUEST FOR ADMISSION NO. 517:

26     Admit at least one MATTEL email was used to render a MATTEL

27 UNRELATED WORK during the time that BRYANT was employed by MATTEL.

28

MGA ENTERTAINMENT, INC.'S THIRD SET OF REQUESTS FOR ADMISSION TO MATTEL, INC.      NO. CV 04-9049 SGL (RNBx)

EXHIBIT ___10___, PAGE___160___

1  REQUEST FOR ADMISSION NO. 518:

2      Admit no MATTEL email was used to render a MATTEL UNRELATED

3  WORK during the time that BRYANT was employed by MATTEL.

4  REQUEST FOR ADMISSION NO. 519:

5      Admit at least one MATTEL email was used to render a MATTEL

6  UNRELATED WORK from October 20, 2000 to April 27, 2004.

7  REQUEST FOR ADMISSION NO. 520:

8      Admit no MATTEL email was used to render a MATTEL UNRELATED

9  WORK from October 20, 2000 to April 27, 2004.

10  REQUEST FOR ADMISSION NO. 521:

11      Admit at least one MATTEL email was used to create a MATTEL

12  UNRELATED WORK from April 1, 1998 to January 5, 1999.

13  REQUEST FOR ADMISSION NO. 522:

14      Admit no MATTEL email was used to create a MATTEL UNRELATED

15  WORK from April 1, 1998 to January 5, 1999.

16  REQUEST FOR ADMISSION NO. 523:

17      Admit at least one MATTEL fax was used to render a MATTEL

18  UNRELATED WORK during the time that BRYANT was employed by MATTEL.

19  REQUEST FOR ADMISSION NO. 524:

20      Admit no MATTEL fax was used to render a MATTEL UNRELATED

21  WORK during the time that BRYANT was employed by MATTEL.

22  REQUEST FOR ADMISSION NO. 525:

23      Admit at least one MATTEL fax was used to render a MATTEL

24  UNRELATED WORK from October 20, 2000 to April 27, 2004.

25  REQUEST FOR ADMISSION NO. 526:

26      Admit no MATTEL fax was used to render a MATTEL UNRELATED

27  WORK from October 20, 2000 to April 27, 2004.

28

MGA ENTERTAINMENT, INC.'S THIRD SET OF REQUESTS FOR ADMISSION TO MATTEL, INC.      NO. CV 04-9049 SGL (RNBx)

EXHIBIT ___10___, PAGE___161

1  REQUEST FOR ADMISSION NO. 527:

2      Admit at least one MATTEL fax was used to create a MATTEL

3  UNRELATED WORK from April 1, 1998 to January 5, 1999.

4  REQUEST FOR ADMISSION NO. 528

5      Admit no MATTEL fax was used to create a MATTEL UNRELATED

6  WORK from April 1, 1998 to January 5, 1999.

7  REQUEST FOR ADMISSION NO. 529:

8      Admit at least one MATTEL phone was used to render a MATTEL

9  UNRELATED WORK during the time that BRYANT was employed by MATTEL.

10  REQUEST FOR ADMISSION NO. 530:

11      Admit no MATTEL phone was used to render a MATTEL UNRELATED

12  WORK during the time that BRYANT was employed by MATTEL.

13  REQUEST FOR ADMISSION NO. 531:

14      Admit at least one MATTEL phone was used to render a MATTEL

15  UNRELATED WORK from October 20, 2000 to April 27, 2004.

16  REQUEST FOR ADMISSION NO. 532:

17      Admit no MATTEL phone was used to render a MATTEL UNRELATED

18  WORK from October 20, 2000 to April 27, 2004.

19  REQUEST FOR ADMISSION NO. 533:

20      Admit at least one MATTEL phone was used to render a MATTEL

21  UNRELATED WORK from April 1, 1998 to January 5, 1999.

22  REQUEST FOR ADMISSION NO. 534:

23      Admit no MATTEL phone was used to render a MATTEL UNRELATED

24  WORK from April 1, 1998 to January 5, 1999.

25  REQUEST FOR ADMISSION NO. 535:

26      Admit at least one MATTEL computer was used to reproduce a MATTEL

27  UNRELATED WORK during the time that BRYANT was employed by MATTEL.

28

MGA ENTERTAINMENT, INC.'S THIRD SET OF REQUESTS FOR ADMISSION TO MATTEL, INC.      NO. CV 04-9049 SGL (RNBx)

EXHIBIT ___to___, PAGE __l62__

**REQUEST FOR ADMISSION NO. 536:**

Admit no MATTEL computer was used to reproduce a MATTEL UNRELATED WORK during the time that BRYANT was employed by MATTEL.

**REQUEST FOR ADMISSION NO. 537:**

Admit at least one MATTEL computer was used to reproduce a MATTEL UNRELATED WORK from October 20, 2000 to April 27, 2004.

**REQUEST FOR ADMISSION NO. 538:**

Admit no MATTEL computer was used to reproduce a MATTEL UNRELATED WORK from October 20, 2000 to April 27, 2004.

**REQUEST FOR ADMISSION NO. 539:**

Admit at least one MATTEL computer was used to reproduce a MATTEL UNRELATED WORK from April 1, 1998 to January 5, 1999.

**REQUEST FOR ADMISSION NO. 540:**

Admit no MATTEL computer was used to reproduce a MATTEL UNRELATED WORK from April 1, 1998 to January 5, 1999.

**REQUEST FOR ADMISSION NO. 541:**

Admit at least one MATTEL email was used to reproduce a MATTEL UNRELATED WORK during the time that BRYANT was employed by MATTEL.

**REQUEST FOR ADMISSION NO. 542:**

Admit no MATTEL email was used to reproduce a MATTEL UNRELATED WORK during the time that BRYANT was employed by MATTEL.

**REQUEST FOR ADMISSION NO. 543:**

Admit at least one MATTEL email was used to reproduce a MATTEL UNRELATED WORK from October 20, 2000 to April 27, 2004.

**REQUEST FOR ADMISSION NO. 544:**

Admit no MATTEL email was used to reproduce a MATTEL UNRELATED WORK from October 20, 2000 to April 27, 2004.

MGA ENTERTAINMENT, INC.'S THIRD SET OF REQUESTS FOR ADMISSION TO MATTEL, INC.      NO. CV 04-9049 SGL (RNBx)

EXHIBIT ___10___, PAGE __163__

1   REQUEST FOR ADMISSION NO. 545:

2       Admit at least one MATTEL email was used to reproduce a MATTEL

3   UNRELATED WORK from April 1, 1998 to January 5, 1999.

4   REQUEST FOR ADMISSION NO. 546:

5       Admit no MATTEL email was used to reproduce a MATTEL UNRELATED

6   WORK from April 1, 1998 to January 5, 1999.

7   REQUEST FOR ADMISSION NO. 547:

8       Admit at least one MATTEL fax was used to reproduce a MATTEL

9   UNRELATED WORK during the time that BRYANT was employed by MATTEL.

10  REQUEST FOR ADMISSION NO. 548:

11      Admit no MATTEL fax was used to reproduce a MATTEL UNRELATED

12  WORK during the time that BRYANT was employed by MATTEL.

13  REQUEST FOR ADMISSION NO. 549:

14      Admit at least one MATTEL fax was used to reproduce a MATTEL

15  UNRELATED WORK from October 20, 2000 to April 27, 2004.

16  REQUEST FOR ADMISSION NO. 550:

17      Admit no MATTEL fax was used to reproduce a MATTEL UNRELATED

18  WORK from October 20, 2000 to April 27, 2004.

19  REQUEST FOR ADMISSION NO. 551:

20      Admit at least one MATTEL fax was used to reproduce a MATTEL

21  UNRELATED WORK from April 1, 1998 to January 5, 1999.

22  REQUEST FOR ADMISSION NO. 552:

23      Admit no MATTEL fax was used to reproduce a MATTEL UNRELATED

24  WORK from April 1, 1998 to January 5, 1999.

25  REQUEST FOR ADMISSION NO. 553:

26      Admit at least one MATTEL phone was used to reproduce a MATTEL

27  UNRELATED WORK during the time that BRYANT was employed by MATTEL.

28

EXHIBIT __10__, PAGE __164__

1 REQUEST FOR ADMISSION NO. 554:

2     Admit no MATTEL phone was used to reproduce a MATTEL UNRELATED

3 WORK during the time that BRYANT was employed by MATTEL.

4 REQUEST FOR ADMISSION NO. 555:

5     Admit at least one MATTEL phone was used to reproduce a MATTEL

6 UNRELATED WORK from October 20, 2000 to April 27, 2004.

7 REQUEST FOR ADMISSION NO. 556:

8     Admit no MATTEL phone was used to reproduce a MATTEL UNRELATED

9 WORK from October 20, 2000 to April 27, 2004.

10 REQUEST FOR ADMISSION NO. 557:

11     Admit at least one MATTEL phone was used to reproduce a MATTEL

12 UNRELATED WORK from April 1, 1998 to January 5, 1999.

13 REQUEST FOR ADMISSION NO. 558:

14     Admit no MATTEL phone was used to reproduce a MATTEL UNRELATED

15 WORK from April 1, 1998 to January 5, 1999.

16 REQUEST FOR ADMISSION NO. 559:

17     Admit at least one electronic file containing a MATTEL UNRELATED

18 WORK was saved to the storage of a MATTEL computer during the time that

19 BRYANT was employed by MATTEL.

20 REQUEST FOR ADMISSION NO. 560:

21     Admit no electronic file containing a MATTEL UNRELATED WORK was

22 saved to the storage of a MATTEL computer during the time that BRYANT was

23 employed by MATTEL.

24 REQUEST FOR ADMISSION NO. 561:

25     Admit at least one electronic file containing a MATTEL UNRELATED

26 WORK was saved to the storage of a MATTEL computer from October 20, 2000 to

27 April 27, 2004.

28

MGA ENTERTAINMENT, INC.'S THIRD SET OF REQUESTS FOR ADMISSION TO MATTEL, INC.    NO. CV 04-9049 SGL (RNBx)

EXHIBIT ____10____, PAGE _165_

REQUEST FOR ADMISSION NO. 562:

Admit no electronic file containing a MATTEL UNRELATED WORK was saved to the storage of a MATTEL computer from October 20, 2000 to April 27, 2004.

REQUEST FOR ADMISSION NO. 563:

Admit at least one electronic file containing a MATTEL UNRELATED WORK was saved to the storage of a MATTEL computer from April 1, 1998 to January 5, 1999.

REQUEST FOR ADMISSION NO. 564:

Admit no electronic file containing a MATTEL UNRELATED WORK was saved to the storage of a MATTEL computer from April 1, 1998 to January 5, 1999.

REQUEST FOR ADMISSION NO. 565:

Admit more than one electronic file containing a MATTEL UNRELATED WORK was saved to the storage of a MATTEL computer during the time that BRYANT was employed by MATTEL.

REQUEST FOR ADMISSION NO. 566:

Admit more than one electronic file containing a MATTEL UNRELATED WORK was saved to the storage of a MATTEL computer from October 20, 2000 to April 27, 2004.

REQUEST FOR ADMISSION NO. 567:

Admit more than one electronic file containing a MATTEL UNRELATED WORK was saved to the storage of a MATTEL computer from April 1, 1998 to January 5, 1999.

REQUEST FOR ADMISSION NO. 568:

Admit that, during the time BRYANT was employed by MATTEL, MATTEL EMPLOYEES caused another person to use a MATTEL computer in connection with MATTEL UNRELATED WORK.

MGA ENTERTAINMENT, INC.'S THIRD SET OF REQUESTS FOR ADMISSION TO MATTEL, INC.          NO. CV 04-9049 SGL (RNBx)

EXHIBIT ____10____, PAGE ___166___

1  REQUEST FOR ADMISSION NO. 569:

2      Admit that, during the time BRYANT was employed by MATTEL, MATTEL

3  EMPLOYEES did not cause another person to use a MATTEL computer in

4  connection with MATTEL UNRELATED WORK.

5  REQUEST FOR ADMISSION NO. 570:

6      Admit that, from October 20, 2000 to April 27, 2004, MATTEL

7  EMPLOYEES caused another person to use a MATTEL computer in connection

8  with MATTEL UNRELATED WORK.

9  REQUEST FOR ADMISSION NO. 571:

10      Admit that, from October 20, 2000 to April 27, 2004, MATTEL

11  EMPLOYEES did not cause another person to use a MATTEL computer in

12  connection with MATTEL UNRELATED WORK.

13  REQUEST FOR ADMISSION NO. 572:

14      Admit that, from April 1, 1998 to January 5, 1999, MATTEL EMPLOYEES

15  caused another person to use a MATTEL computer in connection with MATTEL

16  UNRELATED WORK.

17  REQUEST FOR ADMISSION NO. 573:

18      Admit that, from April 1, 1998 to January 5, 1999, MATTEL EMPLOYEES

19  did not cause another person to use a MATTEL computer in connection with

20  MATTEL UNRELATED WORK.

21  REQUEST FOR ADMISSION NO. 574:

22      Admit that, during the time BRYANT was employed by MATTEL, MATTEL

23  EMPLOYEES caused another person to use a MATTEL email in connection with

24  MATTEL UNRELATED WORK.

25  REQUEST FOR ADMISSION NO. 575:

26      Admit that, during the time BRYANT was employed by MATTEL, MATTEL

27  EMPLOYEES did not cause another person to use a MATTEL email in connection

28  with MATTEL UNRELATED WORK.

41

EXHIBIT ___10___, PAGE ___162___

1  REQUEST FOR ADMISSION NO. 576:

2       Admit that, from October 20, 2000 to April 27, 2004, MATTEL

3  EMPLOYEES caused another person to use a MATTEL email in connection with

4  MATTEL UNRELATED WORK.

5  REQUEST FOR ADMISSION NO. 577:

6       Admit that, from October 20, 2000 to April 27, 2004, MATTEL

7  EMPLOYEES did not cause another person to use a MATTEL email in connection

8  with MATTEL UNRELATED WORK.

9  REQUEST FOR ADMISSION NO. 578:

10      Admit that, from April 1, 1998 to January 5, 1999, MATTEL EMPLOYEES

11 caused another person to use a MATTEL email in connection with MATTEL

12 UNRELATED WORK.

13 REQUEST FOR ADMISSION NO. 579:

14      Admit that, from April 1, 1998 to January 5, 1999, MATTEL EMPLOYEES

15 did not cause another person to use a MATTEL email in connection with MATTEL

16 UNRELATED WORK.

17 REQUEST FOR ADMISSION NO. 580:

18      Admit that, during the time BRYANT was employed by MATTEL, MATTEL

19 EMPLOYEES caused another person to use a MATTEL fax in connection with

20 MATTEL UNRELATED WORK.

21 REQUEST FOR ADMISSION NO. 581:

22      Admit that, during the time BRYANT was employed by MATTEL, MATTEL

23 EMPLOYEES did not cause another person to use a MATTEL fax in connection

24 with MATTEL UNRELATED WORK.

25 REQUEST FOR ADMISSION NO. 582:

26      Admit that, from October 20, 2000 to April 27, 2004, MATTEL

27 EMPLOYEES caused another person to use a MATTEL fax in connection with

28 MATTEL UNRELATED WORK.

EXHIBIT ___10___, PAGE___168___

1  REQUEST FOR ADMISSION NO. 583:

2        Admit that, from October 20, 2000 to April 27, 2004, MATTEL

3  EMPLOYEES did not cause another person to use a MATTEL fax in connection

4  with MATTEL UNRELATED WORK.

5  REQUEST FOR ADMISSION NO. 584:

6        Admit that, from April 1, 1998 to January 5, 1999, MATTEL EMPLOYEES

7  caused another person to use a MATTEL fax in connection with MATTEL

8  UNRELATED WORK.

9  REQUEST FOR ADMISSION NO. 585:

10        Admit that, from April 1, 1998 to January 5, 1999, MATTEL EMPLOYEES

11  did not cause another person to use a MATTEL fax in connection with MATTEL

12  UNRELATED WORK.

13  REQUEST FOR ADMISSION NO. 586:

14        Admit that, during the time BRYANT was employed by MATTEL, MATTEL

15  EMPLOYEES caused another person to use a MATTEL phone in connection with

16  MATTEL UNRELATED WORK.

17  REQUEST FOR ADMISSION NO. 587:

18        Admit that, during the time BRYANT was employed by MATTEL, MATTEL

19  EMPLOYEES did not cause another person to use a MATTEL phone in connection

20  with MATTEL UNRELATED WORK.

21  REQUEST FOR ADMISSION NO. 588:

22        Admit that, from October 20, 2000 to April 27, 2004, MATTEL

23  EMPLOYEES caused another person to use a MATTEL phone in connection with

24  MATTEL UNRELATED WORK.

25  REQUEST FOR ADMISSION NO. 589:

26        Admit that, from October 20, 2000 to April 27, 2004, MATTEL

27  EMPLOYEES did not cause another person to use a MATTEL phone in connection

28  with MATTEL UNRELATED WORK.

43

EXHIBIT __10__, PAGE __169__

1  REQUEST FOR ADMISSION NO. 590:

2      Admit that, from April 1, 1998 to January 5, 1999, MATTEL EMPLOYEES

3  caused another person to use a MATTEL phone in connection with MATTEL

4  UNRELATED WORK.

5  REQUEST FOR ADMISSION NO. 591:

6      Admit that, from April 1, 1998 to January 5, 1999, MATTEL EMPLOYEES

7  did not cause another person to use a MATTEL phone in connection with MATTEL

8  UNRELATED WORK.

9  REQUEST FOR ADMISSION NO. 592:

10      Admit that, during the time BRYANT was employed by MATTEL, MATTEL

11  EMPLOYEES caused another person to use a MATTEL computer to create at least

12  one MATTEL UNRELATED WORK.

13  REQUEST FOR ADMISSION NO. 593:

14      Admit that, during the time BRYANT was employed by MATTEL, MATTEL

15  EMPLOYEES did not cause another person to use a MATTEL computer to create at

16  least one MATTEL UNRELATED WORK.

17  REQUEST FOR ADMISSION NO. 594:

18      Admit that, from October 20, 2000 to April 27, 2004, MATTEL

19  EMPLOYEES caused another person to use a MATTEL computer to create at least

20  one MATTEL UNRELATED WORK.

21  REQUEST FOR ADMISSION NO. 595:

22      Admit that, from October 20, 2000 to April 27, 2004, MATTEL

23  EMPLOYEES did not cause another person to use a MATTEL computer to create at

24  least one MATTEL UNRELATED WORK.

25  REQUEST FOR ADMISSION NO. 596:

26      Admit that, from April 1, 1998 to January 5, 1999, MATTEL EMPLOYEES

27  caused another person to use a MATTEL computer to create at least one MATTEL

28  UNRELATED WORK.

44

EXHIBIT __10__, PAGE __120__

REQUEST FOR ADMISSION NO. 597:

Admit that, from April 1, 1998 to January 5, 1999, MATTEL EMPLOYEES did not cause another person to use a MATTEL computer to create at least one MATTEL UNRELATED WORK.

REQUEST FOR ADMISSION NO. 598:

Admit that, during the time BRYANT was employed by MATTEL, MATTEL EMPLOYEES caused another person to use a MATTEL email to create at least one MATTEL UNRELATED WORK.

REQUEST FOR ADMISSION NO. 599:

Admit that, during the time BRYANT was employed by MATTEL, MATTEL EMPLOYEES did not cause another person to use a MATTEL email to create at least one MATTEL UNRELATED WORK.

REQUEST FOR ADMISSION NO. 600:

Admit that, from October 20, 2000 to April 27, 2004, MATTEL EMPLOYEES caused another person to use a MATTEL email to create at least one MATTEL UNRELATED WORK.

REQUEST FOR ADMISSION NO. 601:

Admit that, from October 20, 2000 to April 27, 2004, MATTEL EMPLOYEES did not cause another person to use a MATTEL email to create at least one MATTEL UNRELATED WORK.

REQUEST FOR ADMISSION NO. 602:

Admit that, from April 1, 1998 to January 5, 1999, MATTEL EMPLOYEES caused another person to use a MATTEL email to create at least one MATTEL UNRELATED WORK.

REQUEST FOR ADMISSION NO. 603:

Admit that, from April 1, 1998 to January 5, 1999, MATTEL EMPLOYEES did not cause another person to use a MATTEL email to create at least one MATTEL UNRELATED WORK.

MGA ENTERTAINMENT, INC.'S THIRD SET OF REQUESTS FOR ADMISSION TO MATTEL, INC.      NO. CV 04-9049 SGL (RNBx)

EXHIBIT __10__, PAGE __171__

1 | REQUEST FOR ADMISSION NO. 604:

2 |     Admit that, during the time BRYANT was employed by MATTEL, MATTEL

3 | EMPLOYEES caused another person to use a MATTEL fax to create at least one

4 | MATTEL UNRELATED WORK.

5 | REQUEST FOR ADMISSION NO. 605:

6 |     Admit that, during the time BRYANT was employed by MATTEL, MATTEL

7 | EMPLOYEES did not cause another person to use a MATTEL fax to create at least

8 | one MATTEL UNRELATED WORK.

9 | REQUEST FOR ADMISSION NO. 606:

10 |     Admit that, from October 20, 2000 to April 27, 2004, MATTEL

11 | EMPLOYEES caused another person to use a MATTEL fax to create at least one

12 | MATTEL UNRELATED WORK.

13 | REQUEST FOR ADMISSION NO. 607:

14 |     Admit that, from October 20, 2000 to April 27, 2004, MATTEL

15 | EMPLOYEES did not cause another person to use a MATTEL fax to create at least

16 | one MATTEL UNRELATED WORK.

17 | REQUEST FOR ADMISSION NO. 608:

18 |     Admit that, from April 1, 1998 to January 5, 1999, MATTEL EMPLOYEES

19 | caused another person to use a MATTEL fax to create at least one MATTEL

20 | UNRELATED WORK.

21 | REQUEST FOR ADMISSION NO. 609:

22 |     Admit that, from April 1, 1998 to January 5, 1999, MATTEL EMPLOYEES

23 | did not cause another person to use a MATTEL fax to create at least one MATTEL

24 | UNRELATED WORK.

25 | REQUEST FOR ADMISSION NO. 610:

26 |     Admit that, during the time BRYANT was employed by MATTEL, MATTEL

27 | EMPLOYEES caused another person to use a MATTEL phone to create at least one

28 | MATTEL UNRELATED WORK.

MGA ENTERTAINMENT, INC.'S THIRD SET OF REQUESTS FOR ADMISSION TO MATTEL, INC.    NO. CV 04-9049 SGL (RNBx)

EXHIBIT __10__, PAGE _172_

1  REQUEST FOR ADMISSION NO. 611:

2      Admit that, during the time BRYANT was employed by MATTEL, MATTEL

3  EMPLOYEES did not cause another person to use a MATTEL phone to create at

4  least one MATTEL UNRELATED WORK.

5  REQUEST FOR ADMISSION NO. 612:

6      Admit that, from October 20, 2000 to April 27, 2004, MATTEL

7  EMPLOYEES caused another person to use a MATTEL phone to create at least one

8  MATTEL UNRELATED WORK.

9  REQUEST FOR ADMISSION NO. 613:

10      Admit that, from October 20, 2000 to April 27, 2004, MATTEL

11  EMPLOYEES did not cause another person to use a MATTEL phone to create at

12  least one MATTEL UNRELATED WORK.

13  REQUEST FOR ADMISSION NO. 614:

14      Admit that, from April 1, 1998 to January 5, 1999, MATTEL EMPLOYEES

15  caused another person to use a MATTEL phone to create at least one MATTEL

16  UNRELATED WORK.

17  REQUEST FOR ADMISSION NO. 615:

18      Admit that, from April 1, 1998 to January 5, 1999, MATTEL EMPLOYEES

19  did not cause another person to use a MATTEL phone to create at least one

20  MATTEL UNRELATED WORK.

21  REQUEST FOR ADMISSION NO. 616:

22      Admit that, during the time BRYANT was employed by MATTEL, MATTEL

23  EMPLOYEES caused another person to use a MATTEL computer to create more

24  than one MATTEL UNRELATED WORK.

25  REQUEST FOR ADMISSION NO. 617:

26      Admit that, during the time BRYANT was employed by MATTEL, MATTEL

27  EMPLOYEES did not cause another person to use a MATTEL computer to create

28  more than one MATTEL UNRELATED WORK.

47

EXHIBIT ___10___, PAGE ___123___

1 | REQUEST FOR ADMISSION NO. 618:

2 |     Admit that, from October 20, 2000 to April 27, 2004, MATTEL

3 | EMPLOYEES caused another person to use a MATTEL computer to create more

4 | than one MATTEL UNRELATED WORK.

5 | REQUEST FOR ADMISSION NO. 619:

6 |     Admit that, from October 20, 2000 to April 27, 2004, MATTEL

7 | EMPLOYEES did not cause another person to use a MATTEL computer to create

8 | more than one MATTEL UNRELATED WORK.

9 | REQUEST FOR ADMISSION NO. 620:

10 |     Admit that, from April 1, 1998 to January 5, 1999, MATTEL EMPLOYEES

11 | caused another person to use a MATTEL computer to create more than one

12 | MATTEL UNRELATED WORK.

13 | REQUEST FOR ADMISSION NO. 621:

14 |     Admit that, from April 1, 1998 to January 5, 1999, MATTEL EMPLOYEES

15 | did not cause another person to use a MATTEL computer to create more than one

16 | MATTEL UNRELATED WORK.

17 | REQUEST FOR ADMISSION NO. 622:

18 |     Admit that, during the time BRYANT was employed by MATTEL, MATTEL

19 | EMPLOYEES caused another person to use a MATTEL email to create more than

20 | one MATTEL UNRELATED WORK.

21 | REQUEST FOR ADMISSION NO. 623:

22 |     Admit that, during the time BRYANT was employed by MATTEL, MATTEL

23 | EMPLOYEES did not cause another person to use a MATTEL email to create more

24 | than one MATTEL UNRELATED WORK.

25 | REQUEST FOR ADMISSION NO. 624:

26 |     Admit that, from October 20, 2000 to April 27, 2004, MATTEL

27 | EMPLOYEES caused another person to use a MATTEL email to create more than

28 | one MATTEL UNRELATED WORK.

MGA ENTERTAINMENT, INC.'S THIRD SET OF REQUESTS FOR ADMISSION TO MATTEL, INC.     NO. CV 04-9049 SGL (RNBx)

EXHIBIT ___10___, PAGE __174__

1 | REQUEST FOR ADMISSION NO. 625:

2 |     Admit that, from October 20, 2000 to April 27, 2004, MATTEL

3 | EMPLOYEES did not cause another person to use a MATTEL email to create more

4 | than one MATTEL UNRELATED WORK.

5 | REQUEST FOR ADMISSION NO. 626:

6 |     Admit that, from April 1, 1998 to January 5, 1999, MATTEL EMPLOYEES

7 | caused another person to use a MATTEL email to create more than one MATTEL

8 | UNRELATED WORK.

9 | REQUEST FOR ADMISSION NO. 627:

10 |     Admit that, from April 1, 1998 to January 5, 1999, MATTEL EMPLOYEES

11 | did not cause another person to use a MATTEL email to create more than one

12 | MATTEL UNRELATED WORK.

13 | REQUEST FOR ADMISSION NO. 628:

14 |     Admit that, during the time BRYANT was employed by MATTEL, MATTEL

15 | EMPLOYEES caused another person to use a MATTEL fax to create more than one

16 | MATTEL UNRELATED WORK.

17 | REQUEST FOR ADMISSION NO. 629:

18 |     Admit that, during the time BRYANT was employed by MATTEL, MATTEL

19 | EMPLOYEES did not cause another person to use a MATTEL fax to create more

20 | than one MATTEL UNRELATED WORK.

21 | REQUEST FOR ADMISSION NO. 630:

22 |     Admit that, from October 20, 2000 to April 27, 2004, MATTEL

23 | EMPLOYEES caused another person to use a MATTEL fax to create more than one

24 | MATTEL UNRELATED WORK.

25 | REQUEST FOR ADMISSION NO. 631:

26 |     Admit that, from October 20, 2000 to April 27, 2004, MATTEL

27 | EMPLOYEES did not cause another person to use a MATTEL fax to create more

28 | than one MATTEL UNRELATED WORK.

49

EXHIBIT __10__, PAGE __175__

**REQUEST FOR ADMISSION NO. 632:**

Admit that, from April 1, 1998 to January 5, 1999, MATTEL EMPLOYEES caused another person to use a MATTEL fax to create more than one MATTEL UNRELATED WORK.

**REQUEST FOR ADMISSION NO. 633:**

Admit that, from April 1, 1998 to January 5, 1999, MATTEL EMPLOYEES did not cause another person to use a MATTEL fax to create more than one MATTEL UNRELATED WORK.

**REQUEST FOR ADMISSION NO. 634:**

Admit that, during the time BRYANT was employed by MATTEL, MATTEL EMPLOYEES caused another person to use a MATTEL phone to create more than one MATTEL UNRELATED WORK.

**REQUEST FOR ADMISSION NO. 635:**

Admit that, during the time BRYANT was employed by MATTEL, MATTEL EMPLOYEES did not cause another person to use a MATTEL phone to create more than one MATTEL UNRELATED WORK.

**REQUEST FOR ADMISSION NO. 636:**

Admit that, from October 20, 2000 to April 27, 2004, MATTEL EMPLOYEES caused another person to use a MATTEL phone to create more than one MATTEL UNRELATED WORK.

**REQUEST FOR ADMISSION NO. 637:**

Admit that, from October 20, 2000 to April 27, 2004, MATTEL EMPLOYEES did not cause another person to use a MATTEL phone to create more than one MATTEL UNRELATED WORK.

**REQUEST FOR ADMISSION NO. 638:**

Admit that, from April 1, 1998 to January 5, 1999, MATTEL EMPLOYEES caused another person to use a MATTEL phone to create more than one MATTEL UNRELATED WORK.

EXHIBIT __10__, PAGE __176__

1  REQUEST FOR ADMISSION NO. 639:

2      Admit that, from April 1, 1998 to January 5, 1999, MATTEL EMPLOYEES

3  did not cause another person to use a MATTEL phone to create more than one

4  MATTEL UNRELATED WORK.

5  REQUEST FOR ADMISSION NO. 640:

6      Admit that, during the time BRYANT was employed by MATTEL, MATTEL

7  EMPLOYEES caused another person to use an application program installed on a

8  MATTEL computer to create at least one MATTEL UNRELATED WORK.

9  REQUEST FOR ADMISSION NO. 641:

10      Admit that, during the time BRYANT was employed by MATTEL, MATTEL

11  EMPLOYEES did not cause another person to use an application program installed

12  on a MATTEL computer to create at least one MATTEL UNRELATED WORK.

13  REQUEST FOR ADMISSION NO. 642:

14      Admit that, from October 20, 2000 to April 27, 2004, MATTEL

15  EMPLOYEES caused another person to use an application program installed on a

16  MATTEL computer to create at least one MATTEL UNRELATED WORK.

17  REQUEST FOR ADMISSION NO. 643:

18      Admit that, from October 20, 2000 to April 27, 2004, MATTEL

19  EMPLOYEES did not cause another person to use an application program installed

20  on a MATTEL computer to create at least one MATTEL UNRELATED WORK.

21  REQUEST FOR ADMISSION NO. 644:

22      Admit that, from April 1, 1998 to January 5, 1999, MATTEL EMPLOYEES

23  caused another person to use an application program installed on a MATTEL

24  computer to create at least one MATTEL UNRELATED WORK.

25  REQUEST FOR ADMISSION NO. 645:

26      Admit that, from April 1, 1998 to January 5, 1999, MATTEL EMPLOYEES

27  did not cause another person to use an application program installed on a MATTEL

28  computer to create at least one MATTEL UNRELATED WORK.

51

EXHIBIT __10__, PAGE __177__

1  REQUEST FOR ADMISSION NO. 646:

2      Admit that, during the time BRYANT was employed by MATTEL, MATTEL

3  EMPLOYEES caused another person to use an application program installed on a

4  MATTEL computer to create more than one MATTEL UNRELATED WORK.

5  REQUEST FOR ADMISSION NO. 647:

6      Admit that, during the time BRYANT was employed by MATTEL, MATTEL

7  EMPLOYEES did not cause another person to use an application program installed

8  on a MATTEL computer to create more than one MATTEL UNRELATED WORK.

9  REQUEST FOR ADMISSION NO. 648:

10     Admit that, from October 20, 2000 to April 27, 2004, MATTEL

11 EMPLOYEES caused another person to use an application program installed on a

12 MATTEL computer to create more than one MATTEL UNRELATED WORK.

13 REQUEST FOR ADMISSION NO. 649:

14     Admit that, from October 20, 2000 to April 27, 2004, MATTEL

15 EMPLOYEES did not cause another person to use an application program installed

16 on a MATTEL computer to create more than one MATTEL UNRELATED WORK.

17 REQUEST FOR ADMISSION NO. 650:

18     Admit that, from April 1, 1998 to January 5, 1999, MATTEL EMPLOYEES

19 caused another person to use an application program installed on a MATTEL

20 computer to create more than one MATTEL UNRELATED WORK.

21 REQUEST FOR ADMISSION NO. 651:

22     Admit that, from April 1, 1998 to January 5, 1999, MATTEL EMPLOYEES

23 did not cause another person to use an application program installed on a MATTEL

24 computer to create more than one MATTEL UNRELATED WORK.

25 REQUEST FOR ADMISSION NO. 652:

26     Admit that, during the time BRYANT was employed by MATTEL, MATTEL

27 EMPLOYEES caused another person to use a MATTEL computer to render at least

28 one MATTEL UNRELATED WORK.

MGA ENTERTAINMENT, INC.'S THIRD SET OF REQUESTS FOR ADMISSION TO MATTEL, INC.     NO. CV 04-9049 SGL (RNBx)

EXHIBIT __10__, PAGE __178__

REQUEST FOR ADMISSION NO. 653:

Admit that, during the time BRYANT was employed by MATTEL, MATTEL EMPLOYEES did not cause another person to use a MATTEL computer to render at least one MATTEL UNRELATED WORK.

REQUEST FOR ADMISSION NO. 654:

Admit that, from October 20, 2000 to April 27, 2004, MATTEL EMPLOYEES caused another person to use a MATTEL computer to render at least one MATTEL UNRELATED WORK.

REQUEST FOR ADMISSION NO. 655:

Admit that, from October 20, 2000 to April 27, 2004, MATTEL EMPLOYEES did not cause another person to use a MATTEL computer to render at least one MATTEL UNRELATED WORK.

REQUEST FOR ADMISSION NO. 656:

Admit that, from April 1, 1998 to January 5, 1999, MATTEL EMPLOYEES caused another person to use a MATTEL computer to render at least one MATTEL UNRELATED WORK.

REQUEST FOR ADMISSION NO. 657:

Admit that, from April 1, 1998 to January 5, 1999, MATTEL EMPLOYEES did not cause another person to use a MATTEL computer to render at least one MATTEL UNRELATED WORK.

REQUEST FOR ADMISSION NO. 658:

Admit that, during the time BRYANT was employed by MATTEL, MATTEL EMPLOYEES caused another person to use a MATTEL email to render at least one MATTEL UNRELATED WORK.

REQUEST FOR ADMISSION NO. 659:

Admit that, during the time BRYANT was employed by MATTEL, MATTEL EMPLOYEES did not cause another person to use a MATTEL email to render at least one MATTEL UNRELATED WORK.

53

EXHIBIT __10__, PAGE __179__

1 REQUEST FOR ADMISSION NO. 660:

2     Admit that, from October 20, 2000 to April 27, 2004, MATTEL

3 EMPLOYEES caused another person to use a MATTEL email to render at least one

4 MATTEL UNRELATED WORK.

5 REQUEST FOR ADMISSION NO. 661:

6     Admit that, from October 20, 2000 to April 27, 2004, MATTEL

7 EMPLOYEES did not cause another person to use a MATTEL email to render at

8 least one MATTEL UNRELATED WORK.

9 REQUEST FOR ADMISSION NO. 662:

10     Admit that, from April 1, 1998 to January 5, 1999, MATTEL EMPLOYEES

11 caused another person to use a MATTEL email to render at least one MATTEL

12 UNRELATED WORK.

13 REQUEST FOR ADMISSION NO. 663:

14     Admit that, from April 1, 1998 to January 5, 1999, MATTEL EMPLOYEES

15 did not cause another person to use a MATTEL email to render at least one

16 MATTEL UNRELATED WORK.

17 REQUEST FOR ADMISSION NO. 664:

18     Admit that, during the time BRYANT was employed by MATTEL, MATTEL

19 EMPLOYEES caused another person to use a MATTEL fax to render at least one

20 MATTEL UNRELATED WORK.

21 REQUEST FOR ADMISSION NO. 665:

22     Admit that, during the time BRYANT was employed by MATTEL, MATTEL

23 EMPLOYEES did not cause another person to use a MATTEL fax to render at least

24 one MATTEL UNRELATED WORK.

25 REQUEST FOR ADMISSION NO. 666:

26     Admit that, from October 20, 2000 to April 27, 2004, MATTEL

27 EMPLOYEES caused another person to use a MATTEL fax to render at least one

28 MATTEL UNRELATED WORK.

EXHIBIT ___10___, PAGE ___180___

1 REQUEST FOR ADMISSION NO. 667:

2     Admit that, from October 20, 2000 to April 27, 2004, MATTEL

3 EMPLOYEES did not cause another person to use a MATTEL fax to render at least

4 one MATTEL UNRELATED WORK.

5 REQUEST FOR ADMISSION NO. 668:

6     Admit that, from April 1, 1998 to January 5, 1999, MATTEL EMPLOYEES

7 caused another person to use a MATTEL fax to render at least one MATTEL

8 UNRELATED WORK.

9 REQUEST FOR ADMISSION NO. 669:

10     Admit that, from April 1, 1998 to January 5, 1999, MATTEL EMPLOYEES

11 did not cause another person to use a MATTEL fax to render at least one MATTEL

12 UNRELATED WORK.

13 REQUEST FOR ADMISSION NO. 670:

14     Admit that, during the time BRYANT was employed by MATTEL, MATTEL

15 EMPLOYEES caused another person to use a MATTEL phone to render at least one

16 MATTEL UNRELATED WORK.

17 REQUEST FOR ADMISSION NO. 671:

18     Admit that, during the time BRYANT was employed by MATTEL, MATTEL

19 EMPLOYEES did not cause another person to use a MATTEL phone to render at

20 least one MATTEL UNRELATED WORK.

21 REQUEST FOR ADMISSION NO. 672:

22     Admit that, from October 20, 2000 to April 27, 2004, MATTEL

23 EMPLOYEES caused another person to use a MATTEL phone to render at least one

24 MATTEL UNRELATED WORK.

25 REQUEST FOR ADMISSION NO. 673:

26     Admit that, from October 20, 2000 to April 27, 2004, MATTEL

27 EMPLOYEES did not cause another person to use a MATTEL phone to render at

28 least one MATTEL UNRELATED WORK.

MGA ENTERTAINMENT, INC.'S THIRD SET OF REQUESTS FOR ADMISSION TO MATTEL, INC.      NO. CV 04-9049 SGL (RNBx)

EXHIBIT __10__, PAGE __181__

REQUEST FOR ADMISSION NO. 674:

Admit that, from April 1, 1998 to January 5, 1999, MATTEL EMPLOYEES caused another person to use a MATTEL phone to render at least one MATTEL UNRELATED WORK.

REQUEST FOR ADMISSION NO. 675:

Admit that, from April 1, 1998 to January 5, 1999, MATTEL EMPLOYEES did not cause another person to use a MATTEL phone to render at least one MATTEL UNRELATED WORK.

REQUEST FOR ADMISSION NO. 676:

Admit that, during the time BRYANT was employed by MATTEL, MATTEL EMPLOYEES caused another person to use a MATTEL computer to render more than one MATTEL UNRELATED WORK.

REQUEST FOR ADMISSION NO. 677:

Admit that, during the time BRYANT was employed by MATTEL, MATTEL EMPLOYEES did not cause another person to use a MATTEL computer to render more than one MATTEL UNRELATED WORK.

REQUEST FOR ADMISSION NO. 678:

Admit that, from October 20, 2000 to April 27, 2004, MATTEL EMPLOYEES caused another person to use a MATTEL computer to render more than one MATTEL UNRELATED WORK.

REQUEST FOR ADMISSION NO. 679:

Admit that, from October 20, 2000 to April 27, 2004, MATTEL EMPLOYEES did not cause another person to use a MATTEL computer to render more than one MATTEL UNRELATED WORK.

REQUEST FOR ADMISSION NO. 680:

Admit that, from April 1, 1998 to January 5, 1999, MATTEL EMPLOYEES caused another person to use a MATTEL computer to render more than one MATTEL UNRELATED WORK.

EXHIBIT ___10___, PAGE __182__

REQUEST FOR ADMISSION NO. 681:

Admit that, from April 1, 1998 to January 5, 1999, MATTEL EMPLOYEES did not cause another person to use a MATTEL computer to render more than one MATTEL UNRELATED WORK.

REQUEST FOR ADMISSION NO. 682:

Admit that, during the time BRYANT was employed by MATTEL, MATTEL EMPLOYEES caused another person to use a MATTEL email to render more than one MATTEL UNRELATED WORK.

REQUEST FOR ADMISSION NO. 683:

Admit that, during the time BRYANT was employed by MATTEL, MATTEL EMPLOYEES did not cause another person to use a MATTEL email to render more than one MATTEL UNRELATED WORK.

REQUEST FOR ADMISSION NO. 684:

Admit that, from October 20, 2000 to April 27, 2004, MATTEL EMPLOYEES caused another person to use a MATTEL email to render more than one MATTEL UNRELATED WORK.

REQUEST FOR ADMISSION NO. 685:

Admit that, from October 20, 2000 to April 27, 2004, MATTEL EMPLOYEES did not cause another person to use a MATTEL email to render more than one MATTEL UNRELATED WORK.

REQUEST FOR ADMISSION NO. 686:

Admit that, from April 1, 1998 to January 5, 1999, MATTEL EMPLOYEES caused another person to use a MATTEL email to render more than one MATTEL UNRELATED WORK.

REQUEST FOR ADMISSION NO. 687:

Admit that, from April 1, 1998 to January 5, 1999, MATTEL EMPLOYEES did not cause another person to use a MATTEL email to render more than one MATTEL UNRELATED WORK.

MGA ENTERTAINMENT, INC.'S THIRD SET OF REQUESTS FOR ADMISSION TO MATTEL, INC.     NO. CV 04-9049 SGL (RNBx)

EXHIBIT ___10___, PAGE 183

1 | REQUEST FOR ADMISSION NO. 688:

2 |     Admit that, during the time BRYANT was employed by MATTEL, MATTEL

3 | EMPLOYEES caused another person to use a MATTEL fax to render more than one

4 | MATTEL UNRELATED WORK.

5 | REQUEST FOR ADMISSION NO. 689:

6 |     Admit that, during the time BRYANT was employed by MATTEL, MATTEL

7 | EMPLOYEES did not cause another person to use a MATTEL fax to render more

8 | than one MATTEL UNRELATED WORK.

9 | REQUEST FOR ADMISSION NO. 690:

10 |     Admit that, from October 20, 2000 to April 27, 2004, MATTEL

11 | EMPLOYEES caused another person to use a MATTEL fax to render more than one

12 | MATTEL UNRELATED WORK.

13 | REQUEST FOR ADMISSION NO. 691:

14 |     Admit that, from October 20, 2000 to April 27, 2004, MATTEL

15 | EMPLOYEES did not cause another person to use a MATTEL fax to render more

16 | than one MATTEL UNRELATED WORK.

17 | REQUEST FOR ADMISSION NO. 692:

18 |     Admit that, from April 1, 1998 to January 5, 1999, MATTEL EMPLOYEES

19 | caused another person to use a MATTEL fax to render more than one MATTEL

20 | UNRELATED WORK.

21 | REQUEST FOR ADMISSION NO. 693:

22 |     Admit that, from April 1, 1998 to January 5, 1999, MATTEL EMPLOYEES

23 | did not cause another person to use a MATTEL fax to render more than one

24 | MATTEL UNRELATED WORK.

25 | REQUEST FOR ADMISSION NO. 694:

26 |     Admit that, during the time BRYANT was employed by MATTEL, MATTEL

27 | EMPLOYEES caused another person to use a MATTEL phone to render more than

28 | one MATTEL UNRELATED WORK.

58

EXHIBIT ___10___, PAGE ___189___

1  REQUEST FOR ADMISSION NO. 695:

2      Admit that, during the time BRYANT was employed by MATTEL, MATTEL

3  EMPLOYEES did not cause another person to use a MATTEL phone to render more

4  than one MATTEL UNRELATED WORK.

5  REQUEST FOR ADMISSION NO. 696:

6      Admit that, from October 20, 2000 to April 27, 2004, MATTEL

7  EMPLOYEES caused another person to use a MATTEL phone to render more than

8  one MATTEL UNRELATED WORK.

9  REQUEST FOR ADMISSION NO. 697:

10      Admit that, from October 20, 2000 to April 27, 2004, MATTEL

11  EMPLOYEES did not cause another person to use a MATTEL phone to render more

12  than one MATTEL UNRELATED WORK.

13  REQUEST FOR ADMISSION NO. 698:

14      Admit that, from April 1, 1998 to January 5, 1999, MATTEL EMPLOYEES

15  caused another person to use a MATTEL phone to render more than one MATTEL

16  UNRELATED WORK.

17  REQUEST FOR ADMISSION NO. 699:

18      Admit that, from April 1, 1998 to January 5, 1999, MATTEL EMPLOYEES

19  did not cause another person to use a MATTEL phone to render more than one

20  MATTEL UNRELATED WORK.

21  REQUEST FOR ADMISSION NO. 700:

22      Admit that, during the time BRYANT was employed by MATTEL, MATTEL

23  EMPLOYEES caused another person to use an application program installed on a

24  MATTEL computer to render at least one MATTEL UNRELATED WORK.

25  REQUEST FOR ADMISSION NO. 701:

26      Admit that, during the time BRYANT was employed by MATTEL, MATTEL

27  EMPLOYEES did not cause another person to use an application program installed

28  on a MATTEL computer to render at least one MATTEL UNRELATED WORK.

EXHIBIT ___10___, PAGE _185_

1 | REQUEST FOR ADMISSION NO. 702:

2 |     Admit that, from October 20, 2000 to April 27, 2004, MATTEL

3 | EMPLOYEES caused another person to use an application program installed on a

4 | MATTEL computer to render at least one MATTEL UNRELATED WORK.

5 | REQUEST FOR ADMISSION NO. 703:

6 |     Admit that, from October 20, 2000 to April 27, 2004, MATTEL

7 | EMPLOYEES did not cause another person to use an application program installed

8 | on a MATTEL computer to render at least one MATTEL UNRELATED WORK.

9 | REQUEST FOR ADMISSION NO. 704:

10 |     Admit that, from April 1, 1998 to January 5, 1999, MATTEL EMPLOYEES

11 | caused another person to use an application program installed on a MATTEL

12 | computer to render at least one MATTEL UNRELATED WORK.

13 | REQUEST FOR ADMISSION NO. 705:

14 |     Admit that, from April 1, 1998 to January 5, 1999, MATTEL EMPLOYEES

15 | did not cause another person to use an application program installed on a MATTEL

16 | computer to render at least one MATTEL UNRELATED WORK.

17 | REQUEST FOR ADMISSION NO. 706:

18 |     Admit that, during the time BRYANT was employed by MATTEL, MATTEL

19 | EMPLOYEES caused another person to use an application program installed on a

20 | MATTEL computer to render more than one MATTEL UNRELATED WORK.

21 | REQUEST FOR ADMISSION NO. 707:

22 |     Admit that, during the time BRYANT was employed by MATTEL, MATTEL

23 | EMPLOYEES did not cause another person to use an application program installed

24 | on a MATTEL computer to render more than one MATTEL UNRELATED WORK.

25 | REQUEST FOR ADMISSION NO. 708:

26 |     Admit that, from October 20, 2000 to April 27, 2004, MATTEL

27 | EMPLOYEES caused another person to use an application program installed on a

28 | MATTEL computer to render more than one MATTEL UNRELATED WORK.

MGA ENTERTAINMENT, INC.'S THIRD SET OF REQUESTS FOR ADMISSION TO MATTEL, INC.    NO. CV 04-9049 SGL (RNBx)

EXHIBIT ___10___, PAGE ___186___

1  REQUEST FOR ADMISSION NO. 709:

2      Admit that, from October 20, 2000 to April 27, 2004, MATTEL

3  EMPLOYEES did not cause another person to use an application program installed

4  on a MATTEL computer to render more than one MATTEL UNRELATED WORK.

5  REQUEST FOR ADMISSION NO. 710:

6      Admit that, from April 1, 1998 to January 5, 1999, MATTEL EMPLOYEES

7  caused another person to use an application program installed on a MATTEL

8  computer to render more than one MATTEL UNRELATED WORK.

9  REQUEST FOR ADMISSION NO. 711:

10      Admit that, from April 1, 1998 to January 5, 1999, MATTEL EMPLOYEES

11  did not cause another person to use an application program installed on a MATTEL

12  computer to render more than one MATTEL UNRELATED WORK.

13  REQUEST FOR ADMISSION NO. 712:

14      Admit that, during the time BRYANT was employed by MATTEL, MATTEL

15  EMPLOYEES caused another person to save to the storage of a MATTEL computer

16  at least one electronic file that contained a MATTEL UNRELATED WORK.

17  REQUEST FOR ADMISSION NO. 713:

18      Admit that, during the time BRYANT was employed by MATTEL, MATTEL

19  EMPLOYEES did not cause another person to save to the storage of a MATTEL

20  computer at least one electronic file that contained a MATTEL UNRELATED

21  WORK.

22  REQUEST FOR ADMISSION NO. 714:

23      Admit that, from October 20, 2000 to April 27, 2004, MATTEL

24  EMPLOYEES caused another person to save to the storage of a MATTEL computer

25  at least one electronic file that contained a MATTEL UNRELATED WORK.

26  REQUEST FOR ADMISSION NO. 715:

27      Admit that, from October 20, 2000 to April 27, 2004, MATTEL

28  EMPLOYEES did not cause another person to save to the storage of a MATTEL

EXHIBIT ___10___, PAGE __187__

1 computer at least one electronic file that contained a MATTEL UNRELATED
2 WORK.
3 REQUEST FOR ADMISSION NO. 716:
4      Admit that, from April 1, 1998 to January 5, 1999, MATTEL EMPLOYEES
5 caused another person to save to the storage of a MATTEL computer at least one
6 electronic file that contained a MATTEL UNRELATED WORK.
7 REQUEST FOR ADMISSION NO. 717:
8      Admit that, from April 1, 1998 to January 5, 1999, MATTEL EMPLOYEES
9 did not cause another person to save to the storage of a MATTEL computer at least
10 one electronic file that contained a MATTEL UNRELATED WORK.
11 REQUEST FOR ADMISSION NO. 718:
12     Admit that, during the time BRYANT was employed by MATTEL, MATTEL
13 EMPLOYEES caused another person to save to the storage of a MATTEL computer
14 more than one electronic file that contained a MATTEL UNRELATED WORK.
15 REQUEST FOR ADMISSION NO. 719:
16     Admit that, during the time BRYANT was employed by MATTEL, MATTEL
17 EMPLOYEES did not cause another person to save to the storage of a MATTEL
18 computer more than one electronic file that contained a MATTEL UNRELATED
19 WORK.
20 REQUEST FOR ADMISSION NO. 720:
21     Admit that, from October 20, 2000 to April 27, 2004, MATTEL
22 EMPLOYEES caused another person to save to the storage of a MATTEL computer
23 more than one electronic file that contained a MATTEL UNRELATED WORK.
24 REQUEST FOR ADMISSION NO. 721:
25     Admit that, from October 20, 2000 to April 27, 2004, MATTEL
26 EMPLOYEES did not cause another person to save to the storage of a MATTEL
27 computer more than one electronic file that contained a MATTEL UNRELATED
28 WORK.

MGA ENTERTAINMENT, INC.'S THIRD SET OF REQUESTS FOR ADMISSION TO MATTEL, INC.      NO. CV 04-9049 SGL (RNBx)

EXHIBIT ___lO___, PAGE _l88_

1 | REQUEST FOR ADMISSION NO. 722:

2 | Admit that, from April 1, 1998 to January 5, 1999, MATTEL EMPLOYEES

3 | caused another person to save to the storage of a MATTEL computer more than one

4 | electronic file that contained a MATTEL UNRELATED WORK.

5 | REQUEST FOR ADMISSION NO. 723:

6 | Admit that, from April 1, 1998 to January 5, 1999, MATTEL EMPLOYEES

7 | did not cause another person to save to the storage of a MATTEL computer more

8 | than one electronic file that contained a MATTEL UNRELATED WORK.

9 | REQUEST FOR ADMISSION NO. 724:

10 | Admit MATTEL EMPLOYEES used an application installed on the

11 | MATTEL SERVER to create at least one MATTEL UNRELATED WORK during

12 | the time that BRYANT was employed by MATTEL.

13 | REQUEST FOR ADMISSION NO. 725:

14 | Admit MATTEL EMPLOYEES did not use an application installed on the

15 | MATTEL SERVER to create at least one MATTEL UNRELATED WORK during

16 | the time that BRYANT was employed by MATTEL.

17 | REQUEST FOR ADMISSION NO. 726:

18 | Admit MATTEL EMPLOYEES used an application installed on the

19 | MATTEL SERVER to create at least one MATTEL UNRELATED WORK from

20 | October 20, 2000 to April 27, 2004.

21 | REQUEST FOR ADMISSION NO. 727:

22 | Admit MATTEL EMPLOYEES did not use an application installed on the

23 | MATTEL SERVER to create at least one MATTEL UNRELATED WORK from

24 | October 20, 2000 to April 27, 2004.

25 | REQUEST FOR ADMISSION NO. 728:

26 | Admit MATTEL EMPLOYEES used an application installed on the

27 | MATTEL SERVER to create at least one MATTEL UNRELATED WORK from

28 | April 1, 1998 to January 5, 1999.

MGA ENTERTAINMENT, INC.'S THIRD SET OF REQUESTS FOR ADMISSION TO MATTEL, INC.     NO. CV 04-9049 SGL (RNBx)

EXHIBIT __10__, PAGE __189__

REQUEST FOR ADMISSION NO. 729:

Admit MATTEL EMPLOYEES did not use an application installed on the MATTEL SERVER to create at least one MATTEL UNRELATED WORK from April 1, 1998 to January 5, 1999.

REQUEST FOR ADMISSION NO. 730:

Admit MATTEL EMPLOYEES used an application installed on the MATTEL SERVER to create more than one MATTEL UNRELATED WORK during the time that BRYANT was employed by MATTEL.

REQUEST FOR ADMISSION NO. 731:

Admit MATTEL EMPLOYEES did not use an application installed on the MATTEL SERVER to create more than one MATTEL UNRELATED WORK during the time that BRYANT was employed by MATTEL.

REQUEST FOR ADMISSION NO. 732:

Admit MATTEL EMPLOYEES used an application installed on the MATTEL SERVER to create more than one MATTEL UNRELATED WORK from October 20, 2000 to April 27, 2004.

REQUEST FOR ADMISSION NO. 733:

Admit MATTEL EMPLOYEES did not use an application installed on the MATTEL SERVER to create more than one MATTEL UNRELATED WORK from October 20, 2000 to April 27, 2004.

REQUEST FOR ADMISSION NO. 734:

Admit MATTEL EMPLOYEES used an application installed on the MATTEL SERVER to create more than one MATTEL UNRELATED WORK from April 1, 1998 to January 5, 1999.

REQUEST FOR ADMISSION NO. 735:

Admit MATTEL EMPLOYEES did not use an application installed on the MATTEL SERVER to create more than one MATTEL UNRELATED WORK from April 1, 1998 to January 5, 1999.

MGA ENTERTAINMENT, INC.'S THIRD SET OF REQUESTS FOR ADMISSION TO MATTEL, INC.       NO. CV 04-9049 SGL (RNBx)

EXHIBIT __ ᴵᴰ__ , PAGE __190__

1  REQUEST FOR ADMISSION NO. 736:

2      Admit MATTEL EMPLOYEES saved at least one electronic file containing a

3  MATTEL UNRELATED WORK to the MATTEL SERVER during the time that

4  BRYANT was employed by MATTEL.

5  REQUEST FOR ADMISSION NO. 737:

6      Admit MATTEL EMPLOYEES did not save at least one electronic file

7  containing a MATTEL UNRELATED WORK to the MATTEL SERVER during the

8  time that BRYANT was employed by MATTEL.

9  REQUEST FOR ADMISSION NO. 738:

10      Admit MATTEL EMPLOYEES saved at least one electronic file containing a

11  MATTEL UNRELATED WORK to the MATTEL SERVER from October 20, 2000

12  to April 27, 2004.

13  REQUEST FOR ADMISSION NO. 739:

14      Admit MATTEL EMPLOYEES did not save at least one electronic file

15  containing a MATTEL UNRELATED WORK to the MATTEL SERVER from

16  October 20, 2000 to April 27, 2004.

17  REQUEST FOR ADMISSION NO. 740:

18      Admit MATTEL EMPLOYEES saved at least one electronic file containing a

19  MATTEL UNRELATED WORK to the MATTEL SERVER from April 1, 1998 to

20  January 5, 1999.

21  REQUEST FOR ADMISSION NO. 741:

22      Admit MATTEL EMPLOYEES did not save at least one electronic file

23  containing a MATTEL UNRELATED WORK to the MATTEL SERVER from

24  April 1, 1998 to January 5, 1999.

25  REQUEST FOR ADMISSION NO. 742:

26      Admit MATTEL EMPLOYEES saved more than one electronic file

27  containing a MATTEL UNRELATED WORK to the MATTEL SERVER during the

28  time that BRYANT was employed by MATTEL.

MGA ENTERTAINMENT, INC.'S THIRD SET OF REQUESTS FOR ADMISSION TO MATTEL, INC.    NO. CV 04-9049 SGL (RNBx)

EXHIBIT __LD__, PAGE __191__

REQUEST FOR ADMISSION NO. 743:

Admit MATTEL EMPLOYEES did not save more than one electronic file containing a MATTEL UNRELATED WORK to the MATTEL SERVER during the time that BRYANT was employed by MATTEL.

REQUEST FOR ADMISSION NO. 744:

Admit MATTEL EMPLOYEES saved more than one electronic file containing a MATTEL UNRELATED WORK to the MATTEL SERVER from October 20, 2000 to April 27, 2004.

REQUEST FOR ADMISSION NO. 745:

Admit MATTEL EMPLOYEES did not save more than one electronic file containing a MATTEL UNRELATED WORK to the MATTEL SERVER from October 20, 2000 to April 27, 2004.

REQUEST FOR ADMISSION NO. 746:

Admit MATTEL EMPLOYEES saved more than one electronic file containing a MATTEL UNRELATED WORK to the MATTEL SERVER from April 1, 1998 to January 5, 1999.

REQUEST FOR ADMISSION NO. 747:

Admit MATTEL EMPLOYEES did not save more than one electronic file containing a MATTEL UNRELATED WORK to the MATTEL SERVER from April 1, 1998 to January 5, 1999.

REQUEST FOR ADMISSION NO. 748:

Admit that, during the time BRYANT was employed by MATTEL, MATTEL EMPLOYEES caused another person to use an application installed on the MATTEL SERVER to create at least one MATTEL UNRELATED WORK.

REQUEST FOR ADMISSION NO. 749:

Admit that, during the time BRYANT was employed by MATTEL, MATTEL EMPLOYEES did not cause another person to use an application installed on the MATTEL SERVER to create at least one MATTEL UNRELATED WORK.

66

EXHIBIT __10__, PAGE __192__

REQUEST FOR ADMISSION NO. 750:

Admit that, from October 20, 2000 to April 27, 2004, MATTEL EMPLOYEES caused another person to use an application installed on the MATTEL SERVER to create at least one MATTEL UNRELATED WORK.

REQUEST FOR ADMISSION NO. 751:

Admit that, from October 20, 2000 to April 27, 2004, MATTEL EMPLOYEES did not cause another person to use an application installed on the MATTEL SERVER to create at least one MATTEL UNRELATED WORK.

REQUEST FOR ADMISSION NO. 752:

Admit that, from April 1, 1998 to January 5, 1999, MATTEL EMPLOYEES caused another person to use an application installed on the MATTEL SERVER to create at least one MATTEL UNRELATED WORK.

REQUEST FOR ADMISSION NO. 753:

Admit that, from April 1, 1998 to January 5, 1999, MATTEL EMPLOYEES did not cause another person to use an application installed on the MATTEL SERVER to create at least one MATTEL UNRELATED WORK.

REQUEST FOR ADMISSION NO. 754:

Admit that, during the time BRYANT was employed by MATTEL, MATTEL EMPLOYEES caused another person to use an application installed on the MATTEL SERVER to create more than one MATTEL UNRELATED WORK.

REQUEST FOR ADMISSION NO. 755:

Admit that, during the time BRYANT was employed by MATTEL, MATTEL EMPLOYEES did not cause another person to use an application installed on the MATTEL SERVER to create more than one MATTEL UNRELATED WORK.

REQUEST FOR ADMISSION NO. 756:

Admit that, from October 20, 2000 to April 27, 2004, MATTEL EMPLOYEES caused another person to use an application installed on the MATTEL SERVER to create more than one MATTEL UNRELATED WORK.

67

REQUEST FOR ADMISSION NO. 757:

Admit that, from October 20, 2000 to April 27, 2004, MATTEL EMPLOYEES did not cause another person to use an application installed on the MATTEL SERVER to create more than one MATTEL UNRELATED WORK.

REQUEST FOR ADMISSION NO. 758:

Admit that, from April 1, 1998 to January 5, 1999, MATTEL EMPLOYEES caused another person to use an application installed on the MATTEL SERVER to create more than one MATTEL UNRELATED WORK.

REQUEST FOR ADMISSION NO. 759:

Admit that, from April 1, 1998 to January 5, 1999, MATTEL EMPLOYEES did not cause another person to use an application installed on the MATTEL SERVER to create more than one MATTEL UNRELATED WORK.

REQUEST FOR ADMISSION NO. 760:

Admit that, during the time BRYANT was employed by MATTEL, MATTEL EMPLOYEES caused another person to save to the MATTEL SERVER at least one electronic file containing a MATTEL UNRELATED WORK.

REQUEST FOR ADMISSION NO. 761:

Admit that, during the time BRYANT was employed by MATTEL, MATTEL EMPLOYEES did not cause another person to save to the MATTEL SERVER at least one electronic file containing a MATTEL UNRELATED WORK.

REQUEST FOR ADMISSION NO. 762:

Admit that, from October 20, 2000 to April 27, 2004, MATTEL EMPLOYEES caused another person to save to the MATTEL SERVER at least one electronic file containing a MATTEL UNRELATED WORK.

REQUEST FOR ADMISSION NO. 763:

Admit that, from October 20, 2000 to April 27, 2004, MATTEL EMPLOYEES did not cause another person to save to the MATTEL SERVER at least one electronic file containing a MATTEL UNRELATED WORK.

MGA ENTERTAINMENT, INC.'S THIRD SET OF REQUESTS FOR ADMISSION TO MATTEL, INC.      NO. CV 04-9049 SGL (RNBx)

EXHIBIT ___10___, PAGE _194_

1  REQUEST FOR ADMISSION NO. 764:

2      Admit that, from April 1, 1998 to January 5, 1999, MATTEL EMPLOYEES

3  caused another person to save to the MATTEL SERVER at least one electronic file

4  containing a MATTEL UNRELATED WORK.

5  REQUEST FOR ADMISSION NO. 765:

6      Admit that, from April 1, 1998 to January 5, 1999, MATTEL EMPLOYEES

7  did not cause another person to save to the MATTEL SERVER at least one

8  electronic file containing a MATTEL UNRELATED WORK.

9  REQUEST FOR ADMISSION NO. 766:

10      Admit that, during the time BRYANT was employed by MATTEL, MATTEL

11  EMPLOYEES caused another person to save to the MATTEL SERVER more than

12  one electronic file containing a MATTEL UNRELATED WORK.

13  REQUEST FOR ADMISSION NO. 767:

14      Admit that, during the time BRYANT was employed by MATTEL, MATTEL

15  EMPLOYEES did not cause another person to save to the MATTEL SERVER more

16  than one electronic file containing a MATTEL UNRELATED WORK.

17  REQUEST FOR ADMISSION NO. 768:

18      Admit that, from October 20, 2000 to April 27, 2004, MATTEL

19  EMPLOYEES caused another person to save to the MATTEL SERVER more than

20  one electronic file containing a MATTEL UNRELATED WORK.

21  REQUEST FOR ADMISSION NO. 769:

22      Admit that, from October 20, 2000 to April 27, 2004, MATTEL

23  EMPLOYEES did not cause another person to save to the MATTEL SERVER more

24  than one electronic file containing a MATTEL UNRELATED WORK.

25  REQUEST FOR ADMISSION NO. 770:

26      Admit that, from April 1, 1998 to January 5, 1999, MATTEL EMPLOYEES

27  caused another person to save to the MATTEL SERVER more than one electronic

28  file containing a MATTEL UNRELATED WORK.

MGA ENTERTAINMENT, INC.'S THIRD SET OF REQUESTS FOR ADMISSION TO MATTEL, INC.    NO. CV 04-9049 SGL (RNBx)

EXHIBIT __10__, PAGE __195__

REQUEST FOR ADMISSION NO. 771:

Admit that, from April 1, 1998 to January 5, 1999, MATTEL EMPLOYEES did not cause another person to save to the MATTEL SERVER more than one electronic file containing a MATTEL UNRELATED WORK.

REQUEST FOR ADMISSION NO. 772:

Admit MATTEL EMPLOYEES used a MATTEL computer to send at least one email REFERRING OR RELATING TO MATTEL UNRELATED WORK during the time that BRYANT was employed by MATTEL.

REQUEST FOR ADMISSION NO. 773:

Admit MATTEL EMPLOYEES did not use a MATTEL computer to send at least one email REFERRING OR RELATING TO MATTEL UNRELATED WORK during the time that BRYANT was employed by MATTEL.

REQUEST FOR ADMISSION NO. 774:

Admit MATTEL EMPLOYEES used a MATTEL computer to send at least one email REFERRING OR RELATING TO MATTEL UNRELATED WORK from October 20, 2000 to April 27, 2004.

REQUEST FOR ADMISSION NO. 775:

Admit MATTEL EMPLOYEES did not use a MATTEL computer to send at least one email REFERRING OR RELATING TO MATTEL UNRELATED WORK from October 20, 2000 to April 27, 2004.

REQUEST FOR ADMISSION NO. 776:

Admit MATTEL EMPLOYEES used a MATTEL computer to send at least one email REFERRING OR RELATING TO MATTEL UNRELATED WORK from April 1, 1998 to January 5, 1999.

REQUEST FOR ADMISSION NO. 777:

Admit MATTEL EMPLOYEES did not use a MATTEL computer to send at least one email REFERRING OR RELATING TO MATTEL UNRELATED WORK from April 1, 1998 to January 5, 1999.

70

EXHIBIT __lo__, PAGE __196__

REQUEST FOR ADMISSION NO. 778:

Admit MATTEL EMPLOYEES used a MATTEL computer to send more than one email REFERRING OR RELATING TO MATTEL UNRELATED WORK during the time that BRYANT was employed by MATTEL.

REQUEST FOR ADMISSION NO. 779:

Admit MATTEL EMPLOYEES did not use a MATTEL computer to send more than one email REFERRING OR RELATING TO MATTEL UNRELATED WORK during the time that BRYANT was employed by MATTEL.

REQUEST FOR ADMISSION NO. 780:

Admit MATTEL EMPLOYEES used a MATTEL computer to send more than one email REFERRING OR RELATING TO MATTEL UNRELATED WORK from October 20, 2000 to April 27, 2004.

REQUEST FOR ADMISSION NO. 781:

Admit MATTEL EMPLOYEES did not use a MATTEL computer to send more than one email REFERRING OR RELATING TO MATTEL UNRELATED WORK from October 20, 2000 to April 27, 2004.

REQUEST FOR ADMISSION NO. 782:

Admit MATTEL EMPLOYEES used a MATTEL computer to send more than one email REFERRING OR RELATING TO MATTEL UNRELATED WORK from April 1, 1998 to January 5, 1999.

REQUEST FOR ADMISSION NO. 783:

Admit MATTEL EMPLOYEES did not use a MATTEL computer to send more than one email REFERRING OR RELATING TO MATTEL UNRELATED WORK from April 1, 1998 to January 5, 1999.

REQUEST FOR ADMISSION NO. 784:

Admit MATTEL EMPLOYEES used a MATTEL computer to receive at least one email REFERRING OR RELATING TO MATTEL UNRELATED WORK during the time that BRYANT was employed by MATTEL.

71

EXHIBIT __LO__, PAGE __197__

**REQUEST FOR ADMISSION NO. 785:**

Admit MATTEL EMPLOYEES did not use a MATTEL computer to receive at least one email REFERRING OR RELATING TO MATTEL UNRELATED WORK during the time that BRYANT was employed by MATTEL.

**REQUEST FOR ADMISSION NO. 786:**

Admit MATTEL EMPLOYEES used a MATTEL computer to receive at least one email REFERRING OR RELATING TO MATTEL UNRELATED WORK from October 20, 2000 to April 27, 2004.

**REQUEST FOR ADMISSION NO. 787:**

Admit MATTEL EMPLOYEES did not use a MATTEL computer to receive at least one email REFERRING OR RELATING TO MATTEL UNRELATED WORK from October 20, 2000 to April 27, 2004.

**REQUEST FOR ADMISSION NO. 788:**

Admit MATTEL EMPLOYEES used a MATTEL computer to receive at least one email REFERRING OR RELATING TO MATTEL UNRELATED WORK from April 1, 1998 to January 5, 1999.

**REQUEST FOR ADMISSION NO. 789:**

Admit MATTEL EMPLOYEES did not use a MATTEL computer to receive at least one email REFERRING OR RELATING TO MATTEL UNRELATED WORK from April 1, 1998 to January 5, 1999.

**REQUEST FOR ADMISSION NO. 790:**

Admit MATTEL EMPLOYEES used a MATTEL computer to receive more than one email REFERRING OR RELATING TO MATTEL UNRELATED WORK during the time that BRYANT was employed by MATTEL.

**REQUEST FOR ADMISSION NO. 791:**

Admit MATTEL EMPLOYEES did not use a MATTEL computer to receive more than one email REFERRING OR RELATING TO MATTEL UNRELATED WORK during the time that BRYANT was employed by MATTEL.

72

EXHIBIT __10__, PAGE __198__

1 | REQUEST FOR ADMISSION NO. 792:

2 |     Admit MATTEL EMPLOYEES used a MATTEL computer to receive more

3 | than one email REFERRING OR RELATING TO MATTEL UNRELATED WORK

4 | from October 20, 2000 to April 27, 2004.

5 | REQUEST FOR ADMISSION NO. 793:

6 |     Admit MATTEL EMPLOYEES did not use a MATTEL computer to receive

7 | more than one email REFERRING OR RELATING TO MATTEL UNRELATED

8 | WORK from October 20, 2000 to April 27, 2004.

9 | REQUEST FOR ADMISSION NO. 794:

10 |     Admit MATTEL EMPLOYEES used a MATTEL computer to receive more

11 | than one email REFERRING OR RELATING TO MATTEL UNRELATED WORK

12 | from April 1, 1998 to January 5, 1999.

13 | REQUEST FOR ADMISSION NO. 795:

14 |     Admit MATTEL EMPLOYEES did not use a MATTEL computer to receive

15 | more than one email REFERRING OR RELATING TO MATTEL UNRELATED

16 | WORK from April 1, 1998 to January 5, 1999.

17 | REQUEST FOR ADMISSION NO. 796:

18 |     Admit MATTEL is currently aware that a MATTEL computer was used in the

19 | creation of at least one MATTEL UNRELATED WORK during the time that

20 | BRYANT was employed by MATTEL.

21 | REQUEST FOR ADMISSION NO. 797:

22 |     Admit MATTEL is currently aware that a MATTEL computer was not used in

23 | the creation of at least one MATTEL UNRELATED WORK during the time that

24 | BRYANT was employed by MATTEL.

25 | REQUEST FOR ADMISSION NO. 798:

26 |     Admit MATTEL is currently aware that a MATTEL computer was used in the

27 | creation of at least one MATTEL UNRELATED WORK from October 20, 2000 to

28 | April 27, 2004.

MGA ENTERTAINMENT, INC.'S THIRD SET OF REQUESTS FOR ADMISSION TO MATTEL, INC.    NO. CV 04-9049 SGL (RNBx)

EXHIBIT __10__, PAGE __199__

REQUEST FOR ADMISSION NO. 799:

Admit MATTEL is currently aware that a MATTEL computer was not used in the creation of at least one MATTEL UNRELATED WORK from October 20, 2000 to April 27, 2004.

REQUEST FOR ADMISSION NO. 800:

Admit MATTEL is currently aware that a MATTEL computer was used in the creation of at least one MATTEL UNRELATED WORK from April 1, 1998 to January 5, 1999.

REQUEST FOR ADMISSION NO. 801:

Admit MATTEL is currently aware that a MATTEL computer was not used in the creation of at least one MATTEL UNRELATED WORK from April 1, 1998 to January 5, 1999.

REQUEST FOR ADMISSION NO. 802:

Admit MATTEL is currently aware that a MATTEL email was used in the creation of at least one MATTEL UNRELATED WORK during the time that BRYANT was employed by MATTEL.

REQUEST FOR ADMISSION NO. 803:

Admit MATTEL is currently aware that a MATTEL email was not used in the creation of at least one MATTEL UNRELATED WORK during the time that BRYANT was employed by MATTEL.

REQUEST FOR ADMISSION NO. 804:

Admit MATTEL is currently aware that a MATTEL email was used in the creation of at least one MATTEL UNRELATED WORK from October 20, 2000 to April 27, 2004.

REQUEST FOR ADMISSION NO. 805:

Admit MATTEL is currently aware that a MATTEL email was not used in the creation of at least one MATTEL UNRELATED WORK from October 20, 2000 to April 27, 2004.

74

EXHIBIT 10, PAGE 200

**REQUEST FOR ADMISSION NO. 806:**

Admit MATTEL is currently aware that a MATTEL email was used in the creation of at least one MATTEL UNRELATED WORK from April 1, 1998 to January 5, 1999.

**REQUEST FOR ADMISSION NO. 807:**

Admit MATTEL is currently aware that a MATTEL email was not used in the creation of at least one MATTEL UNRELATED WORK from April 1, 1998 to January 5, 1999.

**REQUEST FOR ADMISSION NO. 808:**

Admit MATTEL is currently aware that a MATTEL fax was used in the creation of at least one MATTEL UNRELATED WORK during the time that BRYANT was employed by MATTEL.

**REQUEST FOR ADMISSION NO. 809:**

Admit MATTEL is currently aware that a MATTEL fax was not used in the creation of at least one MATTEL UNRELATED WORK during the time that BRYANT was employed by MATTEL.

**REQUEST FOR ADMISSION NO. 810:**

Admit MATTEL is currently aware that a MATTEL fax was used in the creation of at least one MATTEL UNRELATED WORK from October 20, 2000 to April 27, 2004.

**REQUEST FOR ADMISSION NO. 811:**

Admit MATTEL is currently aware that a MATTEL fax was not used in the creation of at least one MATTEL UNRELATED WORK from October 20, 2000 to April 27, 2004.

**REQUEST FOR ADMISSION NO. 812:**

Admit MATTEL is currently aware that a MATTEL fax was used in the creation of at least one MATTEL UNRELATED WORK from April 1, 1998 to January 5, 1999.

MGA ENTERTAINMENT, INC.'S THIRD SET OF REQUESTS FOR ADMISSION TO MATTEL, INC.     NO. CV 04-9049 SGL (RNBx)

EXHIBIT __10__, PAGE __201__

1  REQUEST FOR ADMISSION NO. 813:

2      Admit MATTEL is currently aware that a MATTEL fax was not used in the

3  creation of at least one MATTEL UNRELATED WORK from April 1, 1998 to

4  January 5, 1999.

5  REQUEST FOR ADMISSION NO. 814:

6      Admit MATTEL is currently aware that a MATTEL phone was used in the

7  creation of at least one MATTEL UNRELATED WORK during the time that

8  BRYANT was employed by MATTEL.

9  REQUEST FOR ADMISSION NO. 815:

10      Admit MATTEL is currently aware that a MATTEL phone was not used in

11  the creation of at least one MATTEL UNRELATED WORK during the time that

12  BRYANT was employed by MATTEL.

13  REQUEST FOR ADMISSION NO. 816:

14      Admit MATTEL is currently aware that a MATTEL phone was used in the

15  creation of at least one MATTEL UNRELATED WORK from October 20, 2000 to

16  April 27, 2004.

17  REQUEST FOR ADMISSION NO. 817:

18      Admit MATTEL is currently aware that a MATTEL phone was not used in

19  the creation of at least one MATTEL UNRELATED WORK from October 20, 2000

20  to April 27, 2004.

21  REQUEST FOR ADMISSION NO. 818:

22      Admit MATTEL is currently aware that a MATTEL phone was used in the

23  creation of at least one MATTEL UNRELATED WORK from April 1, 1998 to

24  January 5, 1999.

25  REQUEST FOR ADMISSION NO. 819:

26      Admit MATTEL is currently aware that a MATTEL phone was not used in

27  the creation of at least one MATTEL UNRELATED WORK from April 1, 1998 to

28  January 5, 1999.

MGA ENTERTAINMENT, INC.'S THIRD SET OF REQUESTS FOR ADMISSION TO MATTEL, INC.      NO. CV 04-9049 SGL (RNBx)

EXHIBIT __10__, PAGE __262__

REQUEST FOR ADMISSION NO. 820:

Admit MATTEL is currently aware that a MATTEL computer was used in the creation of more than one MATTEL UNRELATED WORK during the time that BRYANT was employed by MATTEL.

REQUEST FOR ADMISSION NO. 821:

Admit MATTEL is currently aware that a MATTEL computer was not used in the creation of more than one MATTEL UNRELATED WORK during the time that BRYANT was employed by MATTEL.

REQUEST FOR ADMISSION NO. 822:

Admit MATTEL is currently aware that a MATTEL computer was used in the creation of more than one MATTEL UNRELATED WORK from October 20, 2000 to April 27, 2004.

REQUEST FOR ADMISSION NO. 823:

Admit MATTEL is currently aware that a MATTEL computer was not used in the creation of more than one MATTEL UNRELATED WORK from October 20, 2000 to April 27, 2004.

REQUEST FOR ADMISSION NO. 824:

Admit MATTEL is currently aware that a MATTEL computer was used in the creation of more than one MATTEL UNRELATED WORK from April 1, 1998 to January 5, 1999.

REQUEST FOR ADMISSION NO. 825:

Admit MATTEL is currently aware that a MATTEL computer was not used in the creation of more than one MATTEL UNRELATED WORK from April 1, 1998 to January 5, 1999.

REQUEST FOR ADMISSION NO. 826:

Admit MATTEL is currently aware that a MATTEL email was used in the creation of more than one MATTEL UNRELATED WORK during the time that BRYANT was employed by MATTEL.

77

EXHIBIT __10__, PAGE 203

1  REQUEST FOR ADMISSION NO. 827:

2       Admit MATTEL is currently aware that a MATTEL email was not used in the

3  creation of more than one MATTEL UNRELATED WORK during the time that

4  BRYANT was employed by MATTEL.

5  REQUEST FOR ADMISSION NO. 828:

6       Admit MATTEL is currently aware that a MATTEL email was used in the

7  creation of more than one MATTEL UNRELATED WORK from October 20, 2000

8  to April 27, 2004.

9  REQUEST FOR ADMISSION NO. 829:

10      Admit MATTEL is currently aware that a MATTEL email was not used in the

11  creation of more than one MATTEL UNRELATED WORK from October 20, 2000

12  to April 27, 2004.

13  REQUEST FOR ADMISSION NO. 830:

14      Admit MATTEL is currently aware that a MATTEL email was used in the

15  creation of more than one MATTEL UNRELATED WORK from April 1, 1998 to

16  January 5, 1999.

17  REQUEST FOR ADMISSION NO. 831:

18      Admit MATTEL is currently aware that a MATTEL email was not used in the

19  creation of more than one MATTEL UNRELATED WORK from April 1, 1998 to

20  January 5, 1999.

21  REQUEST FOR ADMISSION NO. 832:

22      Admit MATTEL is currently aware that a MATTEL fax was used in the

23  creation of more than one MATTEL UNRELATED WORK during the time that

24  BRYANT was employed by MATTEL.

25  REQUEST FOR ADMISSION NO. 833:

26      Admit MATTEL is currently aware that a MATTEL fax was not used in the

27  creation of more than one MATTEL UNRELATED WORK during the time that

28  BRYANT was employed by MATTEL.

MGA ENTERTAINMENT, INC.'S THIRD SET OF REQUESTS FOR ADMISSION TO MATTEL, INC.      NO. CV 04-9049 SGL (RNBx)

EXHIBIT __10__ PAGE __204__

REQUEST FOR ADMISSION NO. 834:

Admit MATTEL is currently aware that a MATTEL fax was used in the creation of more than one MATTEL UNRELATED WORK from October 20, 2000 to April 27, 2004.

REQUEST FOR ADMISSION NO. 835:

Admit MATTEL is currently aware that a MATTEL fax was not used in the creation of more than one MATTEL UNRELATED WORK from October 20, 2000 to April 27, 2004.

REQUEST FOR ADMISSION NO. 836:

Admit MATTEL is currently aware that a MATTEL fax was used in the creation of more than one MATTEL UNRELATED WORK from April 1, 1998 to January 5, 1999.

REQUEST FOR ADMISSION NO. 837:

Admit MATTEL is currently aware that a MATTEL fax was not used in the creation of more than one MATTEL UNRELATED WORK from April 1, 1998 to January 5, 1999.

REQUEST FOR ADMISSION NO. 838:

Admit MATTEL is currently aware that a MATTEL phone was used in the creation of more than one MATTEL UNRELATED WORK during the time that BRYANT was employed by MATTEL.

REQUEST FOR ADMISSION NO. 839:

Admit MATTEL is currently aware that a MATTEL phone was not used in the creation of more than one MATTEL UNRELATED WORK during the time that BRYANT was employed by MATTEL.

REQUEST FOR ADMISSION NO. 840:

Admit MATTEL is currently aware that a MATTEL phone was used in the creation of more than one MATTEL UNRELATED WORK from October 20, 2000 to April 27, 2004.

EXHIBIT ____10____, PAGE 205

REQUEST FOR ADMISSION NO. 841:

Admit MATTEL is currently aware that a MATTEL phone was not used in the creation of more than one MATTEL UNRELATED WORK from October 20, 2000 to April 27, 2004.

REQUEST FOR ADMISSION NO. 842:

Admit MATTEL is currently aware that a MATTEL phone was used in the creation of more than one MATTEL UNRELATED WORK from April 1, 1998 to January 5, 1999.

REQUEST FOR ADMISSION NO. 843:

Admit MATTEL is currently aware that a MATTEL phone was not used in the creation of more than one MATTEL UNRELATED WORK from April 1, 1998 to January 5, 1999.

REQUEST FOR ADMISSION NO. 844:

Admit MATTEL is currently aware that the MATTEL SERVER was used during the time that BRYANT was employed by MATTEL in connection with MATTEL UNRELATED WORK.

REQUEST FOR ADMISSION NO. 845:

Admit MATTEL is currently aware that the MATTEL SERVER was not used during the time that BRYANT was employed by MATTEL in connection with MATTEL UNRELATED WORK.

REQUEST FOR ADMISSION NO. 846:

Admit MATTEL is currently aware that the MATTEL SERVER was used from October 20, 2000 to April 27, 2004 in connection with MATTEL UNRELATED WORK.

REQUEST FOR ADMISSION NO. 847:

Admit MATTEL is currently aware that the MATTEL SERVER was not used from October 20, 2000 to April 27, 2004 in connection with MATTEL UNRELATED WORK.

EXHIBIT ___10___, PAGE __266__

1  REQUEST FOR ADMISSION NO. 848:

2      Admit MATTEL is currently aware that the MATTEL SERVER was used

3  from April 1, 1998 to January 5, 1999 in connection with MATTEL UNRELATED

4  WORK.

5  REQUEST FOR ADMISSION NO. 849:

6      Admit MATTEL is currently aware that the MATTEL SERVER was not used

7  from April 1, 1998 to January 5, 1999 in connection with MATTEL UNRELATED

8  WORK.

9  REQUEST FOR ADMISSION NO. 850:

10      Admit MATTEL is currently aware that at least one electronic file which

11  contained a MATTEL UNRELATED WORK was saved to the MATTEL SERVER

12  during the time that BRYANT was employed by MATTEL.

13  REQUEST FOR ADMISSION NO. 851:

14      Admit MATTEL is currently aware that no electronic file which contained a

15  MATTEL UNRELATED WORK was saved to the MATTEL SERVER during the

16  time that BRYANT was employed by MATTEL.

17  REQUEST FOR ADMISSION NO. 852:

18      Admit MATTEL is currently aware that at least one electronic file which

19  contained a MATTEL UNRELATED WORK was saved to the MATTEL SERVER

20  from October 20, 2000 to April 27, 2004.

21  REQUEST FOR ADMISSION NO. 853:

22      Admit MATTEL is currently aware that at no electronic file which contained a

23  MATTEL UNRELATED WORK was saved to the MATTEL SERVER from

24  October 20, 2000 to April 27, 2004.

25  REQUEST FOR ADMISSION NO. 854:

26      Admit MATTEL is currently aware that at least one electronic file which

27  contained a MATTEL UNRELATED WORK was saved to the MATTEL SERVER

28  from April 1, 1998 to January 5, 1999.

EXHIBIT __10__, PAGE __207__

1  REQUEST FOR ADMISSION NO. 855:

2       Admit MATTEL is currently aware that no electronic file which contained a

3  MATTEL UNRELATED WORK was saved to the MATTEL SERVER from April 1,

4  1998 to January 5, 1999.

5  REQUEST FOR ADMISSION NO. 856:

6       Admit MATTEL is currently aware that more than one electronic file which

7  contained a MATTEL UNRELATED WORK was saved to the MATTEL SERVER

8  during the time that BRYANT was employed by MATTEL.

9  REQUEST FOR ADMISSION NO. 857:

10       Admit MATTEL is currently aware that more than one electronic file which

11  contained a MATTEL UNRELATED WORK was saved to the MATTEL SERVER

12  from October 20, 2000 to April 27, 2004.

13  REQUEST FOR ADMISSION NO. 858:

14       Admit MATTEL is currently aware that more than one electronic file which

15  contained a MATTEL UNRELATED WORK was saved to the MATTEL SERVER

16  from April 1, 1998 to January 5, 1999.

17  REQUEST FOR ADMISSION NO. 859:

18       Admit that, during the time that BRYANT was employed by MATTEL,

19  MATTEL EMPLOYEES failed to disclose on the CONFLICT OF INTEREST

20  QUESTIONNAIRE inventions made prior to their employment with MATTEL.

21  REQUEST FOR ADMISSION NO. 860:

22       Admit that, during the time that BRYANT was employed by MATTEL,

23  MATTEL EMPLOYEES failed to disclose on the CONFLICT OF INTEREST

24  QUESTIONNAIRE inventions conceived prior to their employment with MATTEL.

25  REQUEST FOR ADMISSION NO. 861:

26       Admit that, during the time that BRYANT was employed by MATTEL,

27  MATTEL EMPLOYEES failed to disclose on the CONFLICT OF INTEREST

28

MGA ENTERTAINMENT, INC.'S THIRD SET OF REQUESTS FOR ADMISSION TO MATTEL, INC.    NO. CV 04-9049 SGL (RNBx)

EXHIBIT __10__, PAGE __208__

1 | QUESTIONNAIRE inventions reduced to practice prior to their employment with
2 | MATTEL.
3 | REQUEST FOR ADMISSION NO. 862:
4 |      Admit that, during the time that BRYANT was employed by MATTEL,
5 | MATTEL EMPLOYEES did not fail to disclose on the CONFLICT OF INTEREST
6 | QUESTIONNAIRE inventions made prior to their employment with MATTEL.
7 | REQUEST FOR ADMISSION NO. 863:
8 |      Admit that, during the time that BRYANT was employed by MATTEL,
9 | MATTEL EMPLOYEES did not fail to disclose on the CONFLICT OF INTEREST
10 | QUESTIONNAIRE inventions conceived prior to their employment with MATTEL.
11 | REQUEST FOR ADMISSION NO. 864:
12 |      Admit that, during the time that BRYANT was employed by MATTEL,
13 | MATTEL EMPLOYEES did not fail to disclose on the CONFLICT OF INTEREST
14 | QUESTIONNAIRE inventions reduced to practice prior to their employment with
15 | MATTEL.
16 | REQUEST FOR ADMISSION NO. 865:
17 |      Admit that, from October 20, 2000 to April 27, 2004, MATTEL
18 | EMPLOYEES failed to disclose on the CONFLICT OF INTEREST
19 | QUESTIONNAIRE inventions made prior to their employment with MATTEL.
20 | REQUEST FOR ADMISSION NO. 866:
21 |      Admit that, from October 20, 2000 to April 27, 2004, MATTEL
22 | EMPLOYEES failed to disclose on the CONFLICT OF INTEREST
23 | QUESTIONNAIRE inventions conceived prior to their employment with MATTEL.
24 | REQUEST FOR ADMISSION NO. 867:
25 |      Admit that, from October 20, 2000 to April 27, 2004, MATTEL
26 | EMPLOYEES failed to disclose on the CONFLICT OF INTEREST
27 | QUESTIONNAIRE inventions reduced to practice prior to their employment with
28 | MATTEL.

83

EXHIBIT __10__, PAGE __209__

REQUEST FOR ADMISSION NO. 868:

Admit that, from October 20, 2000 to April 27, 2004, MATTEL EMPLOYEES did not fail to disclose on the CONFLICT OF INTEREST QUESTIONNAIRE inventions made prior to their employment with MATTEL.

REQUEST FOR ADMISSION NO. 869:

Admit that, from October 20, 2000 to April 27, 2004, MATTEL EMPLOYEES did not fail to disclose on the CONFLICT OF INTEREST QUESTIONNAIRE inventions conceived prior to their employment with MATTEL.

REQUEST FOR ADMISSION NO. 870:

Admit that, from October 20, 2000 to April 27, 2004, MATTEL EMPLOYEES did not fail to disclose on the CONFLICT OF INTEREST QUESTIONNAIRE inventions reduced to practice prior to their employment with MATTEL.

REQUEST FOR ADMISSION NO. 871:

Admit that, from April 1, 1998 to January 5, 1999, MATTEL EMPLOYEES failed to disclose on the CONFLICT OF INTEREST QUESTIONNAIRE inventions made prior to their employment with MATTEL.

REQUEST FOR ADMISSION NO. 872:

Admit that, from April 1, 1998 to January 5, 1999, MATTEL EMPLOYEES failed to disclose on the CONFLICT OF INTEREST QUESTIONNAIRE inventions conceived prior to their employment with MATTEL.

REQUEST FOR ADMISSION NO. 873:

Admit that, from April 1, 1998 to January 5, 1999, MATTEL EMPLOYEES failed to disclose on the CONFLICT OF INTEREST QUESTIONNAIRE inventions reduced to practice prior to their employment with MATTEL.

EXHIBIT ___10___, PAGE ___210___

**REQUEST FOR ADMISSION NO. 874:**

Admit that, from April 1, 1998 to January 5, 1999, MATTEL EMPLOYEES did not fail to disclose on the CONFLICT OF INTEREST QUESTIONNAIRE inventions made prior to their employment with MATTEL.

**REQUEST FOR ADMISSION NO. 875:**

Admit that, from April 1, 1998 to January 5, 1999, MATTEL EMPLOYEES did not fail to disclose on the CONFLICT OF INTEREST QUESTIONNAIRE inventions conceived prior to their employment with MATTEL.

**REQUEST FOR ADMISSION NO. 876:**

Admit that, from April 1, 1998 to January 5, 1999, MATTEL EMPLOYEES did not fail to disclose on the CONFLICT OF INTEREST QUESTIONNAIRE inventions reduced to practice prior to their employment with MATTEL.

**REQUEST FOR ADMISSION NO. 877:**

Admit that, during the time that BRYANT was employed by MATTEL, MATTEL EMPLOYEES failed to disclose on the CONFLICT OF INTEREST QUESTIONNAIRE interests, fees, loans, trips, gifts, benefits or anything else of value received from or relating to a MATTEL supplier or a MATTEL competitor prior to their employment with MATTEL.

**REQUEST FOR ADMISSION NO. 878:**

Admit that, during the time that BRYANT was employed by MATTEL, MATTEL EMPLOYEES did not fail to disclose on the CONFLICT OF INTEREST QUESTIONNAIRE interests, fees, loans, trips, gifts, benefits or anything else of value received from or relating to a MATTEL supplier or a MATTEL competitor prior to their employment with MATTEL.

**REQUEST FOR ADMISSION NO. 879:**

Admit that, from October 20, 2000 to April 27, 2004, MATTEL EMPLOYEES failed to disclose on the CONFLICT OF INTEREST QUESTIONNAIRE interests, fees, loans, trips, gifts, benefits or anything else of

85

EXHIBIT __10__, PAGE __21__

1 value received from or relating to a MATTEL supplier or a MATTEL competitor
2 prior to their employment with MATTEL.
3 REQUEST FOR ADMISSION NO. 880:
4       Admit that, from October 20, 2000 to April 27, 2004, MATTEL
5 EMPLOYEES did not fail to disclose on the CONFLICT OF INTEREST
6 QUESTIONNAIRE interests, fees, loans, trips, gifts, benefits or anything else of
7 value received from or relating to a MATTEL supplier or a MATTEL competitor
8 prior to their employment with MATTEL.
9 REQUEST FOR ADMISSION NO. 881:
10       Admit that, from April 1, 1998 to January 5, 1999, MATTEL EMPLOYEES
11 failed to disclose on the CONFLICT OF INTEREST QUESTIONNAIRE interests,
12 fees, loans, trips, gifts, benefits or anything else of value received from or relating to
13 a MATTEL supplier or a MATTEL competitor prior to their employment with
14 MATTEL.
15 REQUEST FOR ADMISSION NO. 882:
16       Admit that, from April 1, 1998 to January 5, 1999, MATTEL EMPLOYEES
17 did not fail to disclose on the CONFLICT OF INTEREST QUESTIONNAIRE
18 interests, fees, loans, trips, gifts, benefits or anything else of value received from or
19 relating to a MATTEL supplier or a MATTEL competitor prior to their employment
20 with MATTEL.
21 REQUEST FOR ADMISSION NO. 883:
22       Admit that, during the time that BRYANT was employed by MATTEL,
23 MATTEL EMPLOYEES failed to disclose inventions made during their
24 employment with MATTEL, as required by the EMPLOYEE INVENTIONS
25 AGREEMENT.
26 REQUEST FOR ADMISSION NO. 884:
27       Admit that, during the time that BRYANT was employed by MATTEL,
28 MATTEL EMPLOYEES failed to disclose inventions conceived during their

MGA ENTERTAINMENT, INC.'S THIRD SET OF REQUESTS FOR ADMISSION TO MATTEL, INC.      NO. CV 04-9049 SGL (RNBx)

EXHIBIT ___10___, PAGE _212_

1  employment with MATTEL, as required by the EMPLOYEE INVENTIONS
2  AGREEMENT.
3  REQUEST FOR ADMISSION NO. 885:
4      Admit that, during the time that BRYANT was employed by MATTEL,
5  MATTEL EMPLOYEES failed to disclose inventions reduced to practice during
6  their employment with MATTEL, as required by the EMPLOYEE INVENTIONS
7  AGREEMENT.
8  REQUEST FOR ADMISSION NO. 886:
9      Admit that, during the time that BRYANT was employed by MATTEL,
10 MATTEL EMPLOYEES did not fail to disclose inventions made during their
11 employment with MATTEL, as required by the EMPLOYEE INVENTIONS
12 AGREEMENT.
13 REQUEST FOR ADMISSION NO. 887:
14     Admit that, during the time that BRYANT was employed by MATTEL,
15 MATTEL EMPLOYEES did not fail to disclose inventions conceived during their
16 employment with MATTEL, as required by the EMPLOYEE INVENTIONS
17 AGREEMENT.
18 REQUEST FOR ADMISSION NO. 888:
19     Admit that, during the time that BRYANT was employed by MATTEL,
20 MATTEL EMPLOYEES did not fail to disclose inventions reduced to practice
21 during their employment with MATTEL, as required by the EMPLOYEE
22 INVENTIONS AGREEMENT.
23 REQUEST FOR ADMISSION NO. 889:
24     Admit that, from October 20, 2000 to April 27, 2004, MATTEL
25 EMPLOYEES failed to disclose inventions made during their employment with
26 MATTEL, as required by the EMPLOYEE INVENTIONS AGREEMENT.
27
28

MGA ENTERTAINMENT, INC.'S THIRD SET OF REQUESTS FOR ADMISSION TO MATTEL, INC.     NO. CV 04-9049 SGL (RNBx)

EXHIBIT __10__, PAGE _2\3_

1  REQUEST FOR ADMISSION NO. 890:

2     Admit that, from October 20, 2000 to April 27, 2004, MATTEL

3  EMPLOYEES failed to disclose inventions conceived during their employment with

4  MATTEL, as required by the EMPLOYEE INVENTIONS AGREEMENT.

5  REQUEST FOR ADMISSION NO. 891:

6     Admit that, from October 20, 2000 to April 27, 2004, MATTEL

7  EMPLOYEES failed to disclose inventions reduced to practice during their

8  employment with MATTEL, as required by the EMPLOYEE INVENTIONS

9  AGREEMENT.

10  REQUEST FOR ADMISSION NO. 892:

11     Admit that, from October 20, 2000 to April 27, 2004, MATTEL

12  EMPLOYEES did not fail to disclose inventions made during their employment with

13  MATTEL, as required by the EMPLOYEE INVENTIONS AGREEMENT.

14  REQUEST FOR ADMISSION NO. 893:

15     Admit that, from October 20, 2000 to April 27, 2004, MATTEL

16  EMPLOYEES did not fail to disclose inventions conceived during their employment

17  with MATTEL, as required by the EMPLOYEE INVENTIONS AGREEMENT.

18  REQUEST FOR ADMISSION NO. 894:

19     Admit that, from October 20, 2000 to April 27, 2004, MATTEL

20  EMPLOYEES did not fail to disclose inventions reduced to practice during their

21  employment with MATTEL, as required by the EMPLOYEE INVENTIONS

22  AGREEMENT.

23  REQUEST FOR ADMISSION NO. 895:

24     Admit that, from April 1, 1998 to January 5, 1999, MATTEL EMPLOYEES

25  failed to disclose inventions made during their employment with MATTEL, as

26  required by the EMPLOYEE INVENTIONS AGREEMENT.

27

28

MGA ENTERTAINMENT, INC.'S THIRD SET OF REQUESTS FOR ADMISSION TO MATTEL, INC.   NO. CV 04-9049 SGL (RNBx)

EXHIBIT ___10___ PAGE __214__

1  REQUEST FOR ADMISSION NO. 896:

2      Admit that, from April 1, 1998 to January 5, 1999, MATTEL EMPLOYEES

3  failed to disclose inventions conceived during their employment with MATTEL, as

4  required by the EMPLOYEE INVENTIONS AGREEMENT.

5  REQUEST FOR ADMISSION NO. 897:

6      Admit that, from April 1, 1998 to January 5, 1999, MATTEL EMPLOYEES

7  failed to disclose inventions reduced to practice during their employment with

8  MATTEL, as required by the EMPLOYEE INVENTIONS AGREEMENT.

9  REQUEST FOR ADMISSION NO. 898:

10     Admit that, from April 1, 1998 to January 5, 1999, MATTEL EMPLOYEES

11 did not fail to disclose inventions made during their employment with MATTEL, as

12 required by the EMPLOYEE INVENTIONS AGREEMENT.

13 REQUEST FOR ADMISSION NO. 899:

14     Admit that, from April 1, 1998 to January 5, 1999, MATTEL EMPLOYEES

15 did not fail to disclose inventions conceived during their employment with MATTEL,

16 as required by the EMPLOYEE INVENTIONS AGREEMENT.

17 REQUEST FOR ADMISSION NO. 900:

18     Admit that, from April 1, 1998 to January 5, 1999, MATTEL EMPLOYEES

19 did not fail to disclose inventions reduced to practice during their employment with

20 MATTEL, as required by the EMPLOYEE INVENTIONS AGREEMENT.

21 REQUEST FOR ADMISSION NO. 901:

22     Admit that, during the time that BRYANT was employed by MATTEL,

23 MATTEL EMPLOYEES failed to disclose on the PROPRIETARY

24 INFORMATION CHECK-OUT FORM inventions made during their employment

25 with MATTEL.

26 REQUEST FOR ADMISSION NO. 902:

27     Admit that, during the time that BRYANT was employed by MATTEL,

28 MATTEL EMPLOYEES failed to disclose on the PROPRIETARY

89

EXHIBIT __10__, PAGE __215__

1  INFORMATION CHECK-OUT FORM inventions conceived during their

2  employment with MATTEL.

3  REQUEST FOR ADMISSION NO. 903:

4       Admit that, during the time that BRYANT was employed by MATTEL,

5  MATTEL EMPLOYEES failed to disclose on the PROPRIETARY

6  INFORMATION CHECK-OUT FORM inventions reduced to practice during their

7  employment with MATTEL.

8  REQUEST FOR ADMISSION NO. 904:

9       Admit that, during the time that BRYANT was employed by MATTEL,

10  MATTEL EMPLOYEES did not fail to disclose on the PROPRIETARY

11  INFORMATION CHECK-OUT FORM inventions made during their employment

12  with MATTEL.

13  REQUEST FOR ADMISSION NO. 905:

14       Admit that, during the time that BRYANT was employed by MATTEL,

15  MATTEL EMPLOYEES did not fail to disclose on the PROPRIETARY

16  INFORMATION CHECK-OUT FORM inventions conceived during their

17  employment with MATTEL.

18  REQUEST FOR ADMISSION NO. 906:

19       Admit that, during the time that BRYANT was employed by MATTEL,

20  MATTEL EMPLOYEES did not fail to disclose on the PROPRIETARY

21  INFORMATION CHECK-OUT FORM inventions reduced to practice during their

22  employment with MATTEL.

23  REQUEST FOR ADMISSION NO. 907:

24       Admit that, from October 20, 2000 to April 27, 2004, MATTEL

25  EMPLOYEES failed to disclose on the PROPRIETARY INFORMATION CHECK-

26  OUT FORM inventions made during their employment with MATTEL.

27

28

EXHIBIT ___10___, PAGE _216_

1 | REQUEST FOR ADMISSION NO. 908:

2 |     Admit that, during the time that BRYANT was employed by MATTEL,

3 | MATTEL EMPLOYEES did not fail to disclose on the PROPRIETARY

4 | INFORMATION CHECK-OUT FORM inventions conceived during their

5 | employment with MATTEL.

6 | REQUEST FOR ADMISSION NO. 909:

7 |     Admit that, during the time that BRYANT was employed by MATTEL,

8 | MATTEL EMPLOYEES did not fail to disclose on the PROPRIETARY

9 | INFORMATION CHECK-OUT FORM inventions reduced to practice during their

10 | employment with MATTEL.

11 | REQUEST FOR ADMISSION NO. 910:

12 |     Admit that, from October 20, 2000 to April 27, 2004, MATTEL

13 | EMPLOYEES did not fail to disclose on the PROPRIETARY INFORMATION

14 | CHECK-OUT FORM inventions made during their employment with MATTEL.

15 | REQUEST FOR ADMISSION NO. 911:

16 |     Admit that, from October 20, 2000 to April 27, 2004, MATTEL

17 | EMPLOYEES did not fail to disclose on the PROPRIETARY INFORMATION

18 | CHECK-OUT FORM inventions conceived during their employment with MATTEL.

19 | REQUEST FOR ADMISSION NO. 912:

20 |     Admit that, from October 20, 2000 to April 27, 2004, MATTEL

21 | EMPLOYEES did not fail to disclose on the PROPRIETARY INFORMATION

22 | CHECK-OUT FORM inventions reduced to practice during their employment with

23 | MATTEL.

24 | REQUEST FOR ADMISSION NO. 913:

25 |     Admit that, from April 1, 1998 to January 5, 1999, MATTEL EMPLOYEES

26 | failed to disclose on the PROPRIETARY INFORMATION CHECK-OUT FORM

27 | inventions made during their employment with MATTEL.

28 |

MGA ENTERTAINMENT, INC.'S THIRD SET OF REQUESTS FOR ADMISSION TO MATTEL, INC.       NO. CV 04-9049 SGL (RNBx)

EXHIBIT 10, PAGE 217

REQUEST FOR ADMISSION NO. 914:

Admit that, from April 1, 1998 to January 5, 1999, MATTEL EMPLOYEES failed to disclose on the PROPRIETARY INFORMATION CHECK-OUT FORM inventions conceived during their employment with MATTEL.

REQUEST FOR ADMISSION NO. 915:

Admit that, from April 1, 1998 to January 5, 1999, MATTEL EMPLOYEES failed to disclose on the PROPRIETARY INFORMATION CHECK-OUT FORM inventions reduced to practice during their employment with MATTEL.

REQUEST FOR ADMISSION NO. 916:

Admit that, from April 1, 1998 to January 5, 1999, MATTEL EMPLOYEES did not fail to disclose on the PROPRIETARY INFORMATION CHECK-OUT FORM inventions made during their employment with MATTEL.

REQUEST FOR ADMISSION NO. 917:

Admit that, from April 1, 1998 to January 5, 1999, MATTEL EMPLOYEES did not fail to disclose on the PROPRIETARY INFORMATION CHECK-OUT FORM inventions conceived during their employment with MATTEL.

REQUEST FOR ADMISSION NO. 918:

Admit that, from April 1, 1998 to January 5, 1999, MATTEL EMPLOYEES did not fail to disclose on the PROPRIETARY INFORMATION CHECK-OUT FORM inventions reduced to practice during their employment with MATTEL.

REQUEST FOR ADMISSION NO. 919:

Admit that the terms "conceived" and "reduced to practice" set forth in paragraph 2(a) of the EMPLOYEE INVENTIONS AGREEMENT executed by BRYANT on January 4, 1999 are terms of art under U.S. patent law.

REQUEST FOR ADMISSION NO. 920:

Admit that the terms "conceived" and "reduced to practice" set forth in paragraph 2(a) of the EMPLOYEE INVENTIONS AGREEMENT executed by BRYANT on January 4, 1999 are to be interpreted as they are under U.S. patent law.

92

EXHIBIT ____10____, PAGE __218__

**REQUEST FOR ADMISSION NO. 921:**

Admit that the rights and/or obligations set forth in those paragraphs of the PROPRIETARY INFORMATION CHECK-OUT FORM executed by BRYANT on October 19, 2000 that are demarcated by quotation marks (i.e., the third through seventh paragraphs) are not the same rights and/or obligations set forth in the EMPLOYEE INVENTIONS AGREEMENT executed by BRYANT on January 4, 1999.

**REQUEST FOR ADMISSION NO. 922:**

Admit that the PROPRIETARY INFORMATION CHECK-OUT FORM executed by BRYANT on October 19, 2000 did not impose upon BRYANT any contractual obligations to Mattel that had not been previously imposed.

**REQUEST FOR ADMISSION NO. 923:**

Admit that MATTEL gave BRYANT no consideration for the PROPRIETARY INFORMATION CHECK-OUT FORM executed by BRYANT on October 19, 2000.

**REQUEST FOR ADMISSION NO. 924:**

Admit that, after January 4, 1999, MATTEL modified its EMPLOYEE INVENTIONS AGREEMENT to change the obligations imposed upon new employees from those set forth in the EMPLOYEE INVENTIONS AGREEMENT executed by BRYANT on January 4, 1999.

MGA ENTERTAINMENT, INC.'S THIRD SET OF REQUESTS FOR ADMISSION TO MATTEL, INC.      NO. CV 04-9049 SGL (RNBx)

EXHIBIT __10__ PAGE _219_

1

2   <u>REQUEST FOR ADMISSION NO. 925:</u>

3       Admit that, after January 4, 1999, MATTEL modified its EMPLOYEE

4   INVENTIONS AGREEMENT to change the rights and obligations that were set

5   forth in the EMPLOYEE INVENTIONS AGREEMENT executed by BRYANT on

6   January 4, 1999 because MATTEL was dissatisfied with the degree of protection

7   afforded to MATTEL by the terms of the EMPLOYEE INVENTIONS

8   AGREEMENT executed by BRYANT on January 4, 1999.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MGA ENTERTAINMENT, INC.'S THIRD SET OF REQUESTS FOR ADMISSION TO MATTEL, INC.    NO. CV 04-9049 SGL (RNBx)

EXHIBIT _____ 10 ____, PAGE 220

1 | DATED:  November 28, 2007
2 |
3 |
4 |
5 |
6 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By:  Robert J Herrington

Robert J. Herrington
Attorneys for Counter-Defendants, MGA
ENTERTAINMENT, INC., ISAAC LARIAN,
MGA ENTERTAINMENT (HK) LIMITED,
AND MGAE de MEXICO S.R.L. de C.V.

MGA ENTERTAINMENT, INC.'S THIRD SET OF REQUESTS FOR ADMISSION TO MATTEL, INC.    NO. CV 04-9049 SGL (RNBx)

EXHIBIT ___10___, PAGE __221__