# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>PLAINTIFF(S)<br>v.<br>MATTEL, INC., a Delaware Corporation<br>AND CONSOLIDATED ACTIONS<br>DEFENDANT(S). | CASE NUMBER:<br><br>CV 04-9049 SGL (RNBx)<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**

(1) MGA'S OPPOSITION TO MOTION TO COMPEL RESPONSES TO INTERROGATORIES
(2) DECLARATION OF TIMOTHY A. MILLER IN SUPPORT OF OPPOSITION;(3) MGA PARTIES' RESPONSE TO MATTEL, INC.'S SEPARATE STATEMENT;(4)APPLICATION, PROPOSED ORDER

**Document Description:**

☐ Administrative Record
☐ Exhibits
☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)
☑ Other

**Reason:**

☑ Under Seal
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☐ Per Court order dated _____
☐ Manual Filing required (*reason*):

1/02/08                                           Raoul D. Kennedy, Esq.
Date                                              Attorney Name

                                                  MGA ENTERTAINMENT, INC.
                                                  Party Represented

Note: File one Notice in each case, each time you manually file document(s).

G-92 (02/07)                     **NOTICE OF MANUAL FILING**