# EXHIBIT C

## quinnemanuel trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

WRITER'S INTERNET ADDRESS
juanpabloalban@quinnemanuel.com

December 7, 2007

**VIA FACSIMILE AND EMAIL**
415-984-2698, TMILLER@SKADDEN.COM
213-687-5600, MMUMFORD@SKADDEN.COM

Timothy A. Miller
Skadden, Arps, Slate, Meagher & Flom LLP
Four Embarcadero Center, Suite 3800
San Francisco, CA 94111

Marcus Mumford
Skadden Arps Slate Meagher & Flom, LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071

Re:   Mattel v. Bryant, Case No. CV 04-9049 SGL (RNBx)

Dear Counsel:

I write pursuant to paragraph 5 of the Discovery Master Stipulation to request a meet and confer regarding MGA's apparent violation of the Court's May 15, 2007 Order.

Mattel's Request for Production No. 41, first served on MGA on March 14, 2005, sought documents related to the *Larian v. Larian* proceedings. By written Order dated May 15, 2007, the Discovery Master granted Mattel's motion and ordered MGA to produce documents responsive to this request, among others. As subsequently extended, the deadline for MGA's compliance was no later than July 31, 2007. Based upon our review of MGA's production to date, however, MGA has produced a mere four documents responsive to this request. That would appear to be a violation of the May 15, 2007 Order.

**quinn emanuel urquhart oliver & hedges, llp**

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100
SAN DIEGO | 4445 Eastgate Mall, Suite 200, San Diego, California 92121 | TEL 858-812-3107 FAX 858-812-3336

EXHIBIT   C
PAGE   116

Please let us know when MGA is available to meet and confer within the next five days as required. Unless this matter can be resolved, Mattel will have no choice but to move to enforce the Order and may seek sanctions.

I look forward to hearing from you.

Very truly yours,

Juan Pablo Albán
07209/2318862.1

cc.   David Jin (djin@skadden.com)

2

**EXHIBIT   C**
**PAGE   117**