# EXHIBIT D

# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR EMBARCADERO CENTER
SAN FRANCISCO, CALIFORNIA 94111-4144
———
TEL: (415) 984-6400
FAX: (415) 984-2698
www.skadden.com

DIRECT DIAL
415.984.6442
DIRECT FAX
888.329.1260
EMAIL ADDRESS
JRALLEN@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

December 11, 2007

**Via Email and U.S. Mail**

B. Dylan Proctor, Esq.
Juan Pablo Albàn, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, CA  90017

RE:   *Carter Bryant v. Mattel, Inc.* Case No. CV 04-9049 SGL (RNBx) (consolidated with Cases Nos. CV 04-09059 and CV 05-02727)

Dear Dylan and Juan:

This letter is in response to your December 7, 2007 letters requesting a meet and confer regarding our supplemental privilege logs and our alleged violation of the Court's May 15, 2007 order. We are available to discuss these issues, as well as the deficiencies noted in our December 7, 2007 letter regarding Mattel's privilege log, in the afternoon of Friday, December 14 or the morning of Monday, December 17. Please confirm your availability.

Sincerely,

Jose R. Allen

cc:   Robert J. Herrington, Esq.
      Phillip W. Marsh, Esq.

EXHIBIT _D_
PAGE _118_