# EXHIBIT E

| | |
|---|---|
| **From:** | Allen, Jose |
| **To:** | 'Juan Pablo Alban' |
| **Subject:** | RE: Carter Bryant v. Mattel, Inc. Letter from J. Allen |
| **Date:** | 12/11/2007 6:38:16 PM |
| **CC:** | Herrington, Robert; Marsh, Philip; Dylan Proctor |
| **BCC:** | |

**Message:**
Friday afternoon at 2 PM should be fine for the meet and confer regarding the May 15, 2007 order concerning the Larian v. Larian documents.

---

**From:** Juan Pablo Alban [mailto:juanpabloalban@quinnemanuel.com]
**Sent:** Tuesday, December 11, 2007 4:43 PM
**To:** Allen, Jose
**Cc:** Herrington, Robert; Marsh, Philip; Dylan Proctor
**Subject:** RE: Carter Bryant v. Mattel, Inc. Letter from J. Allen

Jose,

Please let me know if we can hold a conference of counsel regarding the May 15, 2007 order this Friday afternoon at 2 p.m.. Otherwise, let me know another time that works for you on Friday afternoon. Thanks.


Juan Pablo Alban
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Direct: (213) 443-3624
Main Phone: (213) 443-3000
Main Fax: (213) 443-3100
E-mail: juanpabloalban@quinnemanuel.com
Web: www.quinnemanuel.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Allen, Jose [mailto:JRALLEN@skadden.com]
**Sent:** Tuesday, December 11, 2007 3:40 PM
**To:** Dylan Proctor; Juan Pablo Alban
**Cc:** Herrington, Robert; Marsh, Philip
**Subject:** FW: Carter Bryant v. Mattel, Inc. Letter from J. Allen

1

EXHIBIT E
PAGE 119

Please see the attached letter re the requested meet and confer.
------------------------------------------------------------------------------

To ensure compliance with Treasury Department regulations, we advise
you that, unless otherwise expressly indicated, any federal tax advice
contained in this message was not intended or written to be used, and
cannot be used, for the purpose of (i) avoiding tax-related penalties
under the Internal Revenue Code or applicable state or local tax law
provisions or (ii) promoting, marketing or recommending to another
party any tax-related matters addressed herein.

*******************************************************
This e-mail and any attachments thereto, is intended only for use by
the addressee(s) named herein and may contain legally privileged and/or
confidential information. If you are not the intended recipient of this
e-mail, you are hereby notified any dissemination, distribution or
copying of this email, and any attachments thereto, is strictly
prohibited. If you receive this email in error please immediately
notify me at (212) 735-3000 and permanently delete the original copy
and any copy of any e-mail, and any printout thereof.

Further information about the firm, a list of the Partners and their
professional qualifications will be provided upon request.
*******************************************************
========================================================================

2

EXHIBIT E

PAGE 119A