# EXHIBIT F

| | |
|---|---|
| **From:** | Juan Pablo Alban [juanpabloalban@quinnemanuel.com] |
| **To:** | Allen, Jose |
| **Subject:** | RE: Quick follow up |
| **Date:** | 12/14/2007 2:47:10 PM |
| **CC:** | Marsh, Philip |
| **BCC:** | |

**Message:**
Sure.

---

**From:** Allen, Jose [mailto:JRALLEN@skadden.com]
**Sent:** Friday, December 14, 2007 2:47 PM
**To:** Juan Pablo Alban
**Cc:** Marsh, Philip
**Subject:** RE: Quick follow up

Juan Pablo,

Next Thursday morning works for Phil and me. How about 10:00 AM.

---

**From:** Juan Pablo Alban [mailto:juanpabloalban@quinnemanuel.com]
**Sent:** Friday, December 14, 2007 2:36 PM
**To:** Allen, Jose
**Subject:** Quick follow up

Jose,

My apologies, but I spoke too soon about resuming our talk re withheld documents next Friday. I looked at my calendar and realized I'm scheduled to travel that day to spend the holiday with my family in Houston. Can we move up our follow-up to Wednesday or Thursday morning? I'm in meetings Thursday afternoon.

Thanks.

---

To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.

*******************************************************
This email and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately