# EXHIBIT G

**From:**      amorgenthaler@chrisglase.com [amorgenthaler@chrisglase.com]
**To:**        'Juan Pablo Alban'; Kennedy, Raoul D (SFC); Allen, Jose R (SFC)
**Subject:**   RE: Modification of Larian v. Larian protective orders
**Date:**      12/19/2007 1:24:42 PM
**CC:**        Jon Corey; Scott Gizer; Patricia Glaser
**BCC:**

**Message:**
The parties to the protective order are working on this.  Jose Allen will get back to you on it.

Alisa Morgenthaler Lever
Christensen, Glaser, Fink, Jacobs, Weil & Shapiro, LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, CA 90067
T: (310) 282-6287
F: (310) 556-2920
E-mail: Amorgenthaler@chrisglase.com
This message and any attached documents may contain information from the law firm of
Christensen, Glaser, Fink, Jacobs, Weil & Shapiro, LLP that is confidential and/or privileged. If
you are not the intended recipient, you may not read, copy, distribute or use this information. If
you have received this transmission in error, please notify the sender immediately by reply e-mail
and then delete this message.

---

**From:** Juan Pablo Alban [mailto:juanpabloalban@quinnemanuel.com]
**Sent:** Wednesday, December 19, 2007 11:51 AM
**To:** rkennedy@skadden.com; Allen, Jose; Alisa Morgenthaler Lever
**Cc:** Jon Corey
**Subject:** Modification of Larian v. Larian protective orders

Counsel,

Please let us know the status of formalizing the modifications of the Larian v. Larian protective
orders and when you expect to finalize this. As far as we can tell, the 2005 one simply requires a
signed consent from Isaac Larian, Farhad Larian and MGA. We also proposed a form stipulation
for modifying the 2004 one. Do you need anything further from our end?

Thanks.

Juan Pablo Alban
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Direct: (213) 443-3624
Main Phone: (213) 443-3000
Main Fax: (213) 443-3100
E-mail: juanpabloalban@quinnemanuel.com
Web: www.quinnemanuel.com

The information contained in this e-mail message is intended only for the personal and
confidential use of the recipient(s) named above.  This message may be an attorney-client

1

EXHIBIT _G_
PAGE _121_

