# EXHIBIT J

| | |
|---|---|
| From: | Miller, Timothy A (SFC) |
| To: | Project MGA DL |
| Subject: | Fw: Bryant v. Mattel, Inc. |
| Date: | 12/21/2007 5:25:40 PM |
| CC: | Park, Amy S (PAL) |
| BCC: | |

**Message:**

Fyi


*********************************************
This email and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original copy and any copy of any email, and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.
*********************************************

----- Original Message -----
From: Jon Corey <joncorey@quinnemanuel.com>
To: Chan Sandra <SChan@JAMSADR.com>
Cc: Nolan, Thomas J (LAC); Miller, Timothy A (SFC); Park, Amy S (PAL); cma@kvn.com <cma@kvn.com>; dscheper@obsklaw.com <dscheper@obsklaw.com>; jwk@kvn.com <jwk@kvn.com>; Matthew Werdegar <MWerdegar@kvn.com>; John Quinn <johnquinn@quinnemanuel.com>; Michael T Zeller <michaelzeller@quinnemanuel.com>; Dylan Proctor <dylanproctor@quinnemanuel.com>; Juan Pablo Alban <juanpabloalban@quinnemanuel.com>
Sent: Fri Dec 21 20:20:27 2007
Subject: Bryant v. Mattel, Inc.

Dear Ms. Chan,

Please find enclosed Mattel's Notice of Motion and Motion to Enforce the May 15, 2007 Order of the Discovery Master Regarding the Production of Larian v. Larian Documents and for Sanctions, and Declaration of Juan Pablo Alban.

Best regards,

1

EXHIBIT  J
PAGE  127

Jon Corey
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Main Phone: (213) 443-3000
Main Fax: (213) 443-3100
E-mail: joncorey@quinnemanuel.com <blocked::mailto:username@quinnemanuel.com>
Web: www.quinnemanuel.com <blocked::http://www.quinnemanuel.com/>

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**Attachments:**
2335061_Notice of Motion to Enforce Order (searchable).PDF
2335020_Declaration of Juan Pablo, Part One (searchable).PDF
2335022_Declaration of Juan Pablo, Part Two (searchable).PDF