# EXHIBIT K

**quinnemanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

November 26, 2007

<u>VIA FACSIMILE</u>
213-687-5600, 310-556-2920

Thomas Nolan
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue
Los Angeles, California 90071

Alisa Morgenthaler-Lever
Christensen, Glaser, Fink, Jacobs, Weil & Shapiro, LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067

Re:   <u>Mattel v. Bryant, Case No. CV 04-9049 SGL (RNBx)</u>

Dear Counsel:

We write to request that Farhad Larian, Isaac Larian and MGA Entertainment, Inc. agree to modify the protective orders entered in *Larian v. Larian*, Los Angeles Superior Court Case No. BC 301371, and in *Larian v. Larian*, ADRS Case No. 05-2096-ABH, to allow production of documents responsive to Mattel's subpoenas relating to those disputes. Both protective orders are attached.

The protective order in Case No. BC 301371 allows Farhad Larian and Isaac Larian to request the court therein to modify the protective order. See ¶ 3. A proposed stipulation to this effect is attached. Please note that Judge Nelson, who signed the protective order, has retired and Judge Marjorie Steinberg replaced him in Department 46.

The protective order in ADRS Case No. 05-2096-ABH allows Farhad Larian, Isaac Larian and MGA to agree in writing to forego the obligations imposed by that protective order so as to allow production in this litigation. See ¶ 3.

Farhad Larian, Isaac Larian and MGA have no valid reason to refuse the modifications that Mattel requests. Isaac Larian and MGA are parties to this litigation. Farhad Larian will be a

**quinn emanuel urquhart oliver & hedges, llp**

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100
SAN DIEGO | 4445 Eastgate Mall, Suite 200, San Diego, California 92121 | TEL 858-812-3107 FAX 858-812-3336

November 26, 2007

witness in this litigation. To date, however, Farhad Larian, Isaac Larian and certain third-parties have declined to produce documents, relying on these protective orders. While Mattel does not expect any party to disobey a proper order, it proposes that the confidentiality provided for under those protective orders can be made equally available by allowing the production of responsive documents in this action under the protection of the protective order operative here, which provides more protection than those protective orders. As Judge Infante has ruled on numerous occasions, the Protective Order in this litigation adequately protects private and confidential proprietary information, including by allowing third parties like Farhad Larian to rely on it.

Protection of such information is exactly why the judge and arbitrator in the above-referenced proceedings signed protective orders in the first place: the protective order in Case No. BC 301371 expressly states that its purpose is to protect documents that "contain confidential financial, commercial, personal or proprietary information (see ¶ A); and the protective order in ADRS Case No. 05-2096-ABH was intended to protect MGA's "private and confidential" business information (see ¶ 4.5). Indeed, Mattel has obtained documents indicating that MGA— not the parties to the arbitration—sought a protective order in the arbitration in order to protect its confidential proprietary information.

We trust that the Protective Order in effect here assuages any concerns about confidentiality that MGA may have. Absent agreement to modify the prior protective orders, Mattel will request that Judge Infante compel consent from the parties and/or that the court/arbitrator who signed the prior protective orders modify them accordingly. No court or arbitrator would condone the use a protective order issued under their power for an improper purpose, such as withholding relevant documents in separate litigation that has an arguably stronger Protective Order already in effect.

Please let us know by the close of business on Wednesday, November 28, 2007 whether Farhad Larian, Isaac Larian and MGA agree to these modifications, and provide us with the executed pages on the stipulation.

2

EXHIBIT _K_
PAGE _130_

November 26, 2007

By countersigning below, Farhad Larian, Isaac Larian and MGA Entertainment, reflect their consent that documents responsive to Mattel's requests and subpoenas, which may be subject to the arbitration protective order, may be produced to Mattel under the protections of the protective order operative in this case without violating the arbitration protective order.

Best regards,

*Jon Corey*

Jon Corey
07209/2303754.1

SO AGREED:

November ____, 2007            _____
                               Isaac Larian

November ____, 2007            _____
                               MGA Entertainment, Inc.

November ____, 2007            _____
                               Farhad Larian

3

**EXHIBIT ___K___**
**PAGE ___131___**