# EXHIBIT N

# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

525 UNIVERSITY AVENUE

PALO ALTO, CALIFORNIA 94301

TEL: (650) 470-4500
FAX: (650) 470-4570
www.skadden.com

DIRECT DIAL
650.470.4511
DIRECT FAX
888.329.6334
EMAIL ADDRESS
APARK@SKADDEN.COM

FIRM/AFFILIATE OFFICES
---
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
---
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

November 28, 2007

**By Email and U.S. Mail**

Jon D. Corey, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017

RE: *Carter Bryant v. Mattel, Inc.* (and consolidated cases)
Case No. CV 04-9049 SGL (RNBx) (consolidated with
Cases Nos. CV 04-09059 and CV 05-02727)

Dear Mr. Corey:

I have received a copy of your November 26 letter to Tom Nolan and Alisa Morganthaler-Lever in which you request that MGA agree, by the close of business today, to modify the protective orders in the *Larian v. Larian* superior court case and arbitration. We are reviewing your request and suggest that we add this issue to our agenda for the meet and confer discussion tomorrow morning.

Very truly yours,

Amy S. Park

cc: Matthew Werdegar, Esq. (email only)
Alex Cote, Esq. (email only)
Alissa Morganthaler-Lever, Esq. (email only)

EXHIBIT N
PAGE 146