# EXHIBIT O

```
----- Original Message -----
From: Kennedy, Raoul <RKENNEDY@skadden.com>
To: Jon Corey
Cc: Park, Amy <APARK@skadden.com>; Allen, Jose <JRALLEN@skadden.com>
Sent: Wed Dec 05 10:09:13 2007
Subject: RE: Mattel/MGA
```

As previously mentioned, our clients have no objection in principle to this idea but we have questions concerning the operative details. Jose Allen, who is handling a number of third party subpoena issues, will be back to you no later than Thursday with the specifics.

---

```
From: Jon Corey [mailto:joncorey@quinnemanuel.com]
Sent: Tuesday, December 04, 2007 11:51 AM
To: Kennedy, Raoul
Cc: Park, Amy
Subject: Mattel/MGA
```

Dear Raoul,

I am writing to follow up on Mattel's request that Isaac Larian agree that documents sought from third parties related to the Larian v. Larian disputes may be produced pursuant to the protective order operative in this case. Please let me know what Mr. Larian's position is at your earliest convenience.

Best regards,

Jon Corey
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Main Phone: (213) 443-3000
Main Fax:   (213) 443-3100
E-mail:  joncorey@quinnemanuel.com <blocked::mailto:username@quinnemanuel.com>
Web:  www.quinnemanuel.com <blocked::http://www.quinnemanuel.com/>

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

-----------------------------------------------------------------------------
To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-

related penalties under the internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This e-mail and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original copy and any copy of any e-mail, and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

EXHIBIT O
PAGE 148