# EXHIBIT P

LAW OFFICES
## CHRISTENSEN, GLASER, FINK, JACOBS, WEIL & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 553-3000
FAX (310) 556-2920

DIRECT DIAL NUMBER
(310) 282-6287
EMAIL: AMORGENTHALER@CHRISGLASE.COM

December 6, 2007

MERITAS LAW FIRMS WORLDWIDE

<u>VIA FACSIMILE AND U.S. MAIL</u>

Juan Pablo Alban, Esq.
Quinn Emanuel Urquhart Oliver
 & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017

Re:   <u>Mattel v. Bryant, Case No. CV 04-9049 SGL (RNBx)</u>

Dear Mr. Alban:

This is in response to your letter of November 26, 2007.

Farhad Larian will agree to modify the protective orders entered in <u>Larian v. Larian</u>, Los Angeles Superior Court Case No. BC 301371, and in <u>Larian v. Larian</u>, ADRS Case No. 05-2096-ABH, to allow for the production of documents which Mr. Larian otherwise agrees to produce in response to the subpoena served on him by Mattel provided that (i) the other parties to those actions similarly agree to such modification; and (ii) suitable arrangements are made to have the documents covered by the protective order entered in the Mattel litigation. It is of course understood that Mr. Larian is not agreeing at this time to produce all non-privileged documents responsive to Mattel's subpoena which are covered by the protective orders; he is merely agreeing at this time to modify the protective orders as specified above to allow the production of documents responsive to the subpoena which he has agreed to produce which are being held solely on the basis that they are covered by the protective orders.

Please do not hesitate to contact me if you have questions regarding the foregoing.

Very truly yours,

*Alisa Morgenthaler Lever*
of CHRISTENSEN, GLASER, FINK, JACOBS,
WEIL & SHAPIRO, LLP

AML/eb
cc:   Patricia L. Glaser, Esq.
      Amy Park, Esq. (via facsimile)
      Scott Gizer, Esq.

611927.1

EXHIBIT P
PAGE 149