# EXHIBIT S

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR EMBARCADERO CENTER

SAN FRANCISCO, CALIFORNIA 94111-4144

TEL: (415) 984-6400
FAX: (415) 984-2698
www.skadden.com

DIRECT DIAL
(415) 984-6442
DIRECT FAX
(888) 329-1260
EMAIL ADDRESS
JRALLEN@SKADDEN.COM

FIRM/AFFILIATE OFFICES
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
—
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

December 24, 2007

Via Email and Facsimile

Jon D. Corey, Esq.
Quinn Emanuel Urquhart Oliver & Hedges LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017

RE: *Carter Bryant v. Mattel, Inc.* Case No. CV 04-9049 SGL (RNBx) (consolidated with Cases Nos. CV 04-09059 and CV 05-02727)

Dear Mr. Corey:

      I write to follow up on our ongoing correspondence and my conversations with Juan Pablo Alban on December 14 and 20, 2007 regarding Mattel's request that the parties in the Larian v. Larian action agree to modify the protective order entered by Judge Nelson in that action.

      Enclosed please find a revised Stipulation To Modify Protective Order; And [Proposed] Order, which would be filed in the Larian v. Larian action, and a separate Stipulation Regarding Protective Order, to be simultaneously filed in this action. Because I made extensive changes to the version of the stipulation you sent me under cover of your letter dated December 12, 2007, I did not include a red-lined version to show the changes between the two versions of the documents. However, I would be willing to do so if you would find it helpful.

EXHIBIT  5
PAGE  155

Jon Corey, Esq.
December 6, 2007
Page 2

       Please review and enclosed stipulations and provide me with your comments. Thank you.

       Very truly yours,

       José R. Allen

cc:   Alisa Morgenthaler-Lever, Esq.
      Thomas J. Nolan, Esq.

202553-San Francisco Server 1A - MSW

EXHIBIT 5
PAGE 156