# EXHIBIT T

### DECLARATION OF ERNEST DUTCHER

I, Ernest Dutcher, hereby declare as follows:

1. I am the owner of National Business Appraisers, LLC. I make this declaration from personal knowledge and I could and would competently testify to its contents.

2. In or around October 2000, I was retained to perform an appraisal of the current value of ABC International Traders, Inc. ("ABC") by Ellis Stern for Morad Zarabi for the purpose of a sale of a shareholder's interest. This was the first time I did any work for either Mr. Stern or Mr. Zarabi.

3. After being retained, I spoke with Mr. Zarabi about the appraisal. He advised me that Farhad Larian was selling his interest in ABC. He said that Farhad was not very involved in ABC and was not doing much work for ABC, and that his shares were to be sold to Isaac Larian.

4. During October and early November 2000, I performed the appraisal of ABC utilizing documentation provided to me by Mr. Zarabi and /or Mr. Stern. While performing this appraisal, I was not given any information about the Bratz product line, nor was I told of ABC's plans for the Bratz product line. Thus, I

1

EXHIBIT T
PAGE 157

1  knew nothing about any activity by ABC involving the Bratz
2  product line. For performing this appraisal I was not asked to
3  appraise a Hong Kong company called MGA Entertainment Hong Kong,
4  Limited ("MGAEHK"). Until September 2004, I was unaware shares
5  of this company were part of the sale transaction.
6
7       5.   On or about October 31, 2000 I met with and provided a
8  draft appraisal to Mr. Zarabi which valued ABC as of December
9  31, 1999 at $26,942,000 and valued a 45% shareholder's interest
10 at $12,123,900. A true and correct copy of the draft appraisal
11 from my computer files is attached as Exhibit A. Upon review of
12 the draft appraisal, Mr. Zarabi instructed me to decrease the
13 valuation to get close to $20,000,000. As a result of the
14 meeting and following Mr. Zarabi's instructions, I did the
15 following: lowered the overall growth rates used on Table E;
16 changed the weighing on table C; rounded down the calculated
17 value on Table J; and changed the "Price Trend Factors" on Table
18 H. These changes were made in order to reduce ABC's appraised
19 value from $26,942,000 to $21,600,000 which lowered the value of
20 a 45% shareholder's interest from $12,123,900 to $9,720,000. On
21 or about November 7, 2000 I issued my valuation report for the
22 period ending December 31, 1999 based on the lowered numbers. A
23 true and correct copy of the November 7, 2000 appraisal is
24 attached as Exhibit B.
25

2

2-80

EXHIBIT I
PAGE 158

6. At all times during October and November 2000 Mr. Zarabi was fully aware the valuation was being done as of December 31, 1999. In performing the November 7, 2000 appraisal I followed Mr. Zarabi's instructions. At no time in 2000, after receiving the draft appraisal did Mr. Zarabi tell me I should also value MGAEHK, should value ABC as of a date other than December 31, 1999, or that I had not followed his instructions. At no time after receiving the November 7, 2000 appraisal did Mr. Zarabi tell me that by lowering the appraised value I had not followed his instructions.

7. Shortly after issuing the November 7, 2000 report, Mr. Stern requested that I send him all of my files concerning the appraisal of ABC. I complied with his request. Among the items I sent to Mr. Stern was the draft appraisal dated October 31, 2000 which is attached to this declaration as Exhibit A.

8. On February 5, 2003 I was advised by Mr. Stern that the selling shareholder of ABC was complaining about the appraisal dated November 2000 (December 31, 1999 valuation date) because of an undisclosed contract which I later learned is called Bratz. Mr. Stern requested that I look at the issue. Subsequently I met with Mr. Zarabi and his son Robert Zarabi on February 7, 2003 to discuss the appraisal. Morad Zarabi asked me to perform another appraisal of ABC to value it as of December

3

1  31, 2000. He did not ask me to include the Bratz contract in my
2  valuation approaches and I was not provided with any information
3  or documentation about revenues and profits generated from the
4  Bratz line, ABC's plans for this line, or the growth potential
5  ABC anticipated from Bratz. I performed the appraisal based on
6  information in my computer file and the 2000-2001 financial
7  statement for ABC provided to me by Mr. Zarabi. I determined a
8  value of $33,805,000 for ABC as of December 31, 2000 and the
9  value of a 45% interest in shareholder equity as $15,212,000.


Address

11      9.  Subsequently Mr. Zarabi discussed the 2003 appraisal
12  (December 31, 2000 valuation date) with me. Mr. Zarabi asked me
13  to apply a minority shareholder discount to the valuation
14  determined by the 2003 appraisal to lower the appraised value.
15  As a result I applied a 25% minority shareholder discount which
16  reduced the 45% shareholder interest from $15,212,000 to
17  $11,409,000. However, I advised Mr. Zarabi in my report that the
18  minority discount was not applicable. A true and correct copy of
19  the 2003 appraisal from my computer files is attached as Exhibit
20  C.

22      10.  I now believe that the appraisal report dated November
23  7, 2000 which valued ABC as of December 31, 1999 and which
24  contained the value lowered from the draft appraisal is not a
25  supportable opinion.

4

**EXHIBIT I**
**PAGE 160**

11. Because I did not receive complete information in 2003 which should have been available and should have been provided to me (such as ABC's 2002 sales and profits, ABC's forecasts for 2003 and beyond, and other pertinent and requisite data), I now believe the valuation report dated February 13, 2003 valuing ABC as of December 31, 2000 is also an unsupportable opinion.

12. At no time when performing appraisals of ABC, was I informed of an extraordinary event in 1998 when Toys R Us stopped buying from MGA for that year. Disclosure of such extraordinary event would have materially increased the appraised values as of December 31, 1999 and December 31, 2000.

13. On or about April 12, 2004 Mr. Zarabi retained me to perform another appraisal of ABC (renamed MGA Entertainment, Inc.) based on a December 31, 2001 valuation date. From discussions with Mr. Zarabi I understood that his purpose in commissioning this appraisal was to obtain a valuation lower than the 2003 appraisal (Exhibit C - valuation date December 31, 2000). For performing this appraisal, Mr. Zarabi told me the Hallmark deferrals which I had accounted for in my valuation dated February 13, 2003 were no longer applicable. Mr. Zarabi instructed me to exclude and ignore the Hallmark deferrals. Inclusion of such deferrals would have materially increased the



5

5-80

EXHIBIT T
PAGE 161

1  valuation in the appraisal prepared in 2004. Subsequently I
2  prepared a draft appraisal with a December 31, 2001 valuation
3  date which I submitted to Mr. Zarabi in early May 2004. A true
4  and correct copy of that appraisal dated May 1, 2004 is attached
5  as Exhibit D. As of April 29, 2004 I had discussed this
6  appraisal with Mr. Ellis Stern. As of April 29, 2004 Mr. Ellis
7  Stern was aware that this appraisal (Exhibit D) had been
8  prepared and existed.
9
10      14.  In early 2004 I was subpoenaed by Farhad Larian to
11 produce my records in a lawsuit against Isaac Larian. I had
12 previously turned over my records of the appraisals to Mr. Ellis
13 Stern. On or about May 17, 2004 I met with Mr. Stern who
14 informed me that my records of the 2000 appraisal were being
15 turned over to Farhad Larian, but that data relating to the
16 subsequent appraisals were going to be withheld. He also asked
17 that I provide him with my electronic files relating to all
18 appraisals of ABC. I complied and on May 18, 2004 provided Mr.
19 Stern with a computer disk containing the electronic files. On
20 May 18, 2004 I also met with Mr. Morad Zarabi.
21
22      15.  Subsequently, from discussions with Mr. Ellis Stern, I
23 learned that the initial draft appraisal of ABC prepared in 2000
24 - which Mr. Stern had a copy of (Exhibit A) - had not been
25 produced to Farhad Larian. From discussions with both Mr. Ellis



6

EXHIBIT  T
PAGE  162

1  ABC and MGA, I have performed two appraisals for Mr. Zarabi of
2  his own company - Piege Co., DBA Felina Lingerie. I have also
3  performed two other appraisals for Mr. Stern. For the first
4  appraisal of ABC my base fee was $8,500. For the first appraisal
5  of Piege Co., my base fee was $7,500.

7      I declare under penalty of perjury under the laws of the
8  State of California and the United States of America that the
9  foregoing facts are true and correct, executed this 7th day of
10 January 2005 at Los Angeles County, California.

                                         Ernest Dutcher

EXHIBIT I
PAGE 164