# EXHIBIT V

BDB

**KAYE SCHOLER LLP**

1999 Avenue of the Stars, Suite 1700
Los Angeles, California 90067-6048
310 788-1000
Fax 310 788-1200
www.kayescholer.com

Larry R. Feldman
310 788-1090
Fax 310 788-1200
larryfeldman@kayescholer.com

July 7, 2004

**VIA FACSIMILE and U.S. MAIL**
Don Howarth
Howarth & Smith
800 Wilshire Blvd., Suite 750
Los Angeles, CA 90017

Re:   Larian v. Larian

Dear Don:

I am writing to you about certain records of MGA Entertainment, Inc. ("MGA") that were produced by Morad Zarabi and National Business Appraisers on May 27, 2004 and June 24, 2004. These records include confidential financial information that is not publicly available. Isaac and Fred made this information available to Morad Zarabi and the appraisers as part of the arbitration proceeding conducted by Mr. Zarabi in or about the last quarter of 2000. I am confident that it was the parties' expectation that all documents provided by both parties to Mr. Zarabi and the appraiser were solely for the purposes of said proceeding and were intended to be kept confidential. It is my sense that such documents would never have been provided without some confidentiality commitment by the receiving parties and an expectation that such commitment would be adhered to, even after the end of the proceedings.

Isaac and MGA desire to keep this private financial information confidential. Since Fred and Isaac are currently involved in litigation regarding their ownership interests in MGA, you previously confirmed that you also believed that it was in Fred's best interests to keep this information confidential. Because of this, I was surprised to hear that Brian Bubb, in a telephone conversation with Bob Turner, would not agree to keep these financial records confidential. In the hope of avoiding bringing a motion for a protective order, our office has prepared a proposed protective order that we believe is fair in scope and breadth. It is our sincere hope that you would reconsider your office's prior position and agree to the enclosed proposal. We are, of course, not wed to any particular form of agreement and would work with you to arrive at an agreement that is mutually acceptable.

23140594.DOC

NEW YORK   CHICAGO   LOS ANGELES   WASHINGTON, D.C.   WEST PALM BEACH   FRANKFURT   HONG KONG   LONDON   SHANGHAI

HS 01444

EXHIBIT  V
PAGE  167

## KAYE SCHOLER LLP

Don Howarth
July 7, 2004
Page 2

Please let me know if your client is willing to enter into such a mutual confidentiality agreement.

Very truly yours,

Larry R. Feldman

cc: Brian Bubb
    Isaac Larian

23140594.DOC

NEW YORK   CHICAGO   LOS ANGELES   WASHINGTON, D.C.   WEST PALM BEACH   FRANKFURT   HONG KONG   LONDON   SHANGHAI

HS 01445

EXHIBIT V
PAGE 168