QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>              Plaintiff,<br><br>    vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>              Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-09049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Hon. Edward Infante (Ret.) Pursuant To The Court's Order Of December 6, 2006]**<br><br>ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL CONSOLIDATED SEPARATE STATEMENT IN SUPPORT OF MOTION TO COMPEL RESPONSES TO INTERROGATORIES (NOS. 27, 28, 29, 30, 31, 32, 33, 36, 37, 38, 39, 40, 42, 45 AND 47) BY CARTER BRYANT; AND EXHIBITS 1, 2 AND 3 TO THE [CORRECTED] SUPPLEMENTAL DECLARATION OF B. DYLAN PROCTOR<br><br>Date:  January 3, 2008<br>Time:  1:30 p.m.<br>Place: JAMS<br>       Two Embarcadero Center<br>       Suite 1500<br>       San Francisco, California<br><br>**Phase 1**<br>Discovery Cut-Off:   January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date:          May 27, 2008 |

07209/2337957.1

[PROPOSED] ORDER

ORDER

Based on the concurrently filed Application to File Under Seal Consolidated Separate Statement in Support of Mattel's Motion to Compel Responses to Interrogatories (Nos. 27, 28, 29, 30, 31, 32, 33, 36, 37, 38, 39, 40, 42, 45 and 47) by Carter Bryant; and Exhibits 1, 2 and 3 to the [Corrected] Supplemental Declaration of B. Dylan Proctor, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

The Consolidated Separate Statement in support of Mattel's Motion to Compel Responses to Interrogatories (Nos. 27, 28, 29, 30, 31, 32, 33, 36, 37, 38, 39, 40, 42, 45 and 47) by Carter Bryant and Exhibits 1, 2 and 3 to the [Corrected] Supplemental Declaration of B. Dylan Proctor in support of Mattel's Motion to Compel Responses to Interrogatories (Nos. 27, 28, 29, 30, 31, 32, 33, 36, 37, 38, 39, 40, 42, 45 and 47) by Carter Bryant are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: January 2, 2008

*[signature]*

Hon. Stephen G. Larson
United States District Judge