| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
| | John B. Quinn (Bar No. 090378) |
| 2 | (johnquinn@quinnemanuel.com) |
| | Michael T. Zeller (Bar No. 196417) |
| 3 | (michaelzeller@quinnemanuel.com) |
| | Jon D. Corey (Bar No. 185066) |
| 4 | (joncorey@quinnemanuel.com) |
| | 865 South Figueroa Street, 10th Floor |
| 5 | Los Angeles, California  90017-2543 |
| | Telephone:   (213) 443-3000 |
| 6 | Facsimile:    (213) 443-3100 |
| 7 | Attorneys for Mattel, Inc. |

8   UNITED STATES DISTRICT COURT

9   CENTRAL DISTRICT OF CALIFORNIA

10  EASTERN DIVISION

| | | |
|---|---|---|
| 11 | CARTER BRYANT, an individual, | CASE NO. CV 04-09049 SGL (RNBx) |
| 12 | Plaintiff, | Consolidated with Case Nos. CV 04-09059 & CV 05-2727 |
| 13 | vs. | **DISCOVERY MATTER** |
| 14 | MATTEL, INC., a Delaware corporation, | **[To Be Heard By Discovery Master Hon. Edward Infante (Ret.) Pursuant To The Court's Order Of December 6, 2006]** |
| 15 | Defendant. | |
| 16 | | ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 1-6 TO THE DECLARATION OF BRIDGET A. HAULER IN SUPPORT OF MOTIONS TO BE HEARD ON JANUARY 7, 2008 |
| 17 | AND CONSOLIDATED ACTIONS | |
| 18 | | |
| 19 | | Date:    January 7, 2008 |
| 20 | | Time:    10:00 A.m. |
| | | Place:   Courtroom 1 |
| 21 | | |
| 22 | | **Phase 1** |
| | | Discovery Cut-Off:    January 28, 2008 |
| 23 | | Pre-Trial Conference: May 5, 2008 |
| | | Trial Date:                  May 27, 2008 |

07209/2338258.1

[PROPOSED] ORDER

## ORDER

Based on the concurrently filed Application to File Under Seal Exhibits 1-6 to the Declaration of Bridget A. Hauler in support of Motions to be Heard on January 7, 2008, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Exhibits 1-6 to the Declaration of Bridget A. Hauler in support of Mattel's Motions to be Heard on January 7, 2008 are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: January 2 , 2008

*/s/ S.G. Larson*

Hon. Stephen G. Larson
United States District Judge