# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>PLAINTIFF(S)<br>v.<br>MATTEL, INC., a Delaware Corporation<br>AND CONSOLIDATED ACTIONS<br>DEFENDANT(S). | CASE NUMBER:<br><br>CV 04-9049 SGL (RNBx)<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**

MGA'S AND CARTER BRYANT'S REPLY IN FURTHER SUPPORT OF ITS MOTION TO OVERRULE MATTEL'S RELEVANCE OBJECTION AND COMPEL DISCOVERY RELEVANT TO MATTEL'S EMPLOYEE AGREEMENTS; DECLARATION OF PAUL M. ECKLES IN SUPPORT OF REPLY

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)

☑ Other

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☐ Manual Filing required (*reason*):

| | |
|---|---|
| 1/03/08<br>Date | Raoul D. Kennedy, Esq.<br>Attorney Name<br>MGA ENTERTAINMENT, INC.<br>Party Represented |

Note: File one Notice in each case, each time you manually file document(s).

G-92 (02/07)   **NOTICE OF MANUAL FILING**