1  THOMAS J. NOLAN (Bar No. 66992)
   (tnolan@skadden.com)
2  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue
3  Los Angeles, CA 90071-3144
   Tel.: (213) 687-5000/Fax: (213) 687-5600
4
   RAOUL D. KENNEDY (Bar No. 40892)
5  (rkennedy@skadden.com)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
6  4 Embarcadero Center, 38th Floor
   San Francisco, CA 94111-5974
7  Tel.: (415) 984-6400 / Fax: (415) 984-2698

8  Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited,
   MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian
9

10
                    UNITED STATED DISTRICT COURT
11
                   CENTRAL DISTRICT OF CALIFORNIA
12

13
   CARTER BRYANT, an individual,      )  CASE NO. CV 04-9049 SGL (RNBx)
14                                    )
                       Plaintiff,     )  **DISCOVERY MATTER**
15                                    )
             v.                       )
16                                    )  ORDER
   MATTEL, INC., a Delaware           )
17 corporation,                       )
                                      )
18                     Defendant.     )
                                      )
19 _____)
                                      )
   AND CONSOLIDATED ACTIONS           )
20                                    )

## ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the following documents be filed under seal pursuant to Local Rule 79-5.1: MGA's Opposition to Mattel, Inc.'s Motion to Compel Responses to Interrogatories (NOS. 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 46, 47, 48, 49 and 50) By the MGA Parties, the Declaration of Timothy A. Miller in Support Thereof and MGA's Response to Mattel, Inc.'s Separate Statement.

DATED: January 3, 2008

*/s/ S.G. Larson*

Hon. Stephen G. Larson
United States District Court Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28