**QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP**
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> MATTEL, INC., a Delaware corporation, <br><br> Defendant. <br><br> AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx) <br> Consolidated with <br> Case Nos. CV 04-09059 & CV 05-2727 <br><br> PROOF OF SERVICE <br><br> Date: January 3, 2008 <br> Time: 1:30 p.m. <br> Place: JAMS <br> Two Embarcadero Center <br> Suite 1500 <br> San Francisco, California <br><br> **Phase 1** <br> Discovery Cut-Off: January 28, 2008 <br> Pre-Trial Conference: May 5, 2008 <br> Trial Date: May 27, 2008 |

FILED 2007 DEC 20 PM 1:22

ORIGINAL

07209/2329785.1

PROOF OF SERVICE

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On December 19, 2007, I served true copies of the following document(s) described as **MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS TO THE DECLARATIONS OF JON D. COREY AND MICHAEL MOORE IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA'S AND CARTER BRYANT'S MOTION TO OVERRULE MATTEL'S RELEVANCE OBJECTION AND COMPEL DISCOVERY RELEVANT TO STATUTE OF LIMITATIONS AND LACHES DEFENSES** on the parties in this action as follows:

Thomas Nolan, Esq.
Carl Roth, Esq.
**SKADDEN ARPS SLATE MEAGHER & FLOM, LLP**
300 S. Grand Ave., Ste. 3400
Los Angeles, CA 90071

John W. Keker, Esq.
Michael H. Page, Esq.
Christina M. Anderson, Esq.
**KEKER & VAN NEST, LLP**
710 Sansome Street
San Francisco, Ca 94111

Mark E. Overland, Esq.
Alexander H. Cote, Esq.
**OVERLAND BORENSTEIN SCHEPER & KIM LLP**
300 S. Grand Ave., Ste. 2750
Los Angeles, Ca 90071-3144

**BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 19, 2007, at Los Angeles, California.

*/s/ Leticia Rodriguez*
LETICIA RODRIGUEZ