QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> MATTEL, INC., a Delaware corporation, <br><br> Defendant. | CASE NO. CV 04-9049 SGL (RNBx) <br><br> Consolidated with Case No. CV 04-09059 & Case No. CV 05-02727 <br><br> **DISCOVERY MATTER** <br><br> **[To Be Heard By Discovery Master Hon. Edward Infante (Ret.)]** <br><br> PROOF OF SERVICE <br><br> Date: TBD <br> Time: TBD <br> Place: TBD <br><br> Discovery Cutoff: January 28, 2008 <br> Pre-Trial Conference: May 5, 2008 <br> Trial Date: May 27, 2008 |

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action. My business address is: 865 South Figueroa Street, 10th Floor, Los Angeles, CA 90017.

On December 21, 2007, I served true copies of the following document(s) described as:

1. **MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 25, 26 AND 41 TO THE DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES (NOS. 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49 AND 50) BY THE MGA PARTIES;**

2. **PROPOSED] ORDER GRANTING MATTEL INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 25, 26 AND 41 TO THE DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES (NOS. 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49 AND 50) BY THE MGA PARTIES**

3. **PROOF OF SERVICE**

on the parties in this action as follows:

| | |
|---|---|
| Thomas J. Nolan, Esq.<br>*Skadden, Arps, Slate, Meagher & Flom LLP*<br>300 South Grand Avenue<br>Suite 3400<br>Los Angeles, CA 90071<br>Tel: 213/687-5000<br>Fax: 213/687-5600 | Mark E. Overland, Esq.<br>David C. Scheper, Esq.<br>Alexander H. Cote, Esq.<br>*Overland, Borenstein, Scheper & Kim, LLP*<br>300 S. Grand Avenue<br>Suite 2750<br>Los Angeles, CA 90071<br>Tel: 213/613-4655<br>Fax: 213/613-4656 |

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 21, 2007, at Los Angeles, California.

*/s/ Dave Quintana*
Dave Quintana

09504/2331475.1

PROOF OF SERVICE

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On December 21, 2007, I served true copies of the following document(s) described as:

1. MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 25, 26 AND 41 TO THE DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES (NOS. 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49 AND 50) BY THE MGA PARTIES;

2. PROPOSED] ORDER GRANTING MATTEL INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 25, 26 AND 41 TO THE DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES (NOS. 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49 AND 50) BY THE MGA PARTIES

3. PROOF OF SERVICE

on the parties in this action as follows:

| |
|---|
| John W. Keker, Esq.<br>Michael H. Page, Esq.<br>Christa M. Anderson, Esq.<br>Keker & Van Next, LLP<br>710 Sansome Street<br>San Francisco, CA 94111<br>Tel: 415/391-5400<br>Fax: 415/397-7188 |

**BY FEDEX**: I deposited such document(s) in a box or other facility regularly maintained by FedEx, or delivered such document(s) to a courier or driver authorized by FedEx to receive documents, in sealed envelope(s) or package(s) designated by FedEx with delivery fees paid or provided for, addressed to the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 21, 2007, at Los Angeles, California.

Sandra Acosta