Jon D. Corey
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
865 SOUTH FIGUEROA STREET
10th FLOOR
LOS ANGELES, CA 90017
(213) 443-3000

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>PLAINTIFF(S)<br>v.<br>MATTEL, INC., a Delaware corporation,<br><br>DEFENDANT(S). | CASE NUMBER:<br>CV 04-9049<br>Consolidated with Case<br>Nos.CV 04-09059 & 05-02727<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
Portions of Reply in Support of Motion (1) to Enforce Court's Discovery Orders and to Compel; (2) to Overrule Improper Instructions; and (3) for Sanctions; Exhibits 1, 2, 3, 5, 7, 12, 13, 14, 15, 16, 20, 21 and 22 to Supplemental Corey Declaration; Application to File Under Seal and Proposed Order

**Document Description:**

[ ] Administrative Record

[X] Exhibits

[ ] Ex Part Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)

[X] Other  Portions of Reply; Application to File Under Seal and Proposed Order

**Reason:**

[X] Under Seal

[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

[ ] Electronic versions are not available to filer

[X] Per Court order dated  Jan. 4, 2005

[ ] Manual Filing required (*reason*):

December 1/4/08
Date

Jon D. Corey
Attorney Name

MATTEL, INC., a Delaware corporation,
Party Represented

Note: File one Notice in each case, each time you manually file document(s).