QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Hon. Edward Infante (Ret.) Pursuant To Order Of December 6, 2006]**<br><br>DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MATTEL, INC.'S MOTIONS TO COMPEL FARHAD LARIAN, STERN & GOLDBERG AND KAYE SCHOLER TO PRODUCE DOCUMENTS<br><br>Hearing Date: January 10, 2008<br>Time: 9:30 a.m.<br>Place: Telephonic<br><br>**Phase 1**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

I, Michael T. Zeller, declare as follows:

1. I am a member of the Bars of the States of California, New York and Illinois, am admitted to practice before this Court and am a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for plaintiff and cross-defendant Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. On November 2 and 3, 2005, my former associate Tania Krebs and I reviewed Farhad Larian documents at the offices of Mr. Larian's attorneys. Included among the documents in Mr. Larian's possession that Ms. Krebs and I reviewed at that time were (1) a May 24, 2000 email from Farhad Larian to Isaac Larian in which Farhad Larian stated that Isaac Larian instructed him to withhold from MGA's counsel the originals of documents that had been located in the Fireman's Fund case and to tell MGA's counsel that the documents could not be found; and (2) an August 14, 2000 email from Isaac Larian to Farhad Larian, Dennis Medici and Warner referencing cost tracking software used by Mattel that Isaac Larian stated he learned about from interviewing Mattel employees.

3. Based on Mattel's review of the documents produced by Farhad Larian in response to the subpoena Mattel served on him on August 31, 2007, it does not appear that either of these emails have been produced.

4. After the review of documents described above, Mattel's counsel sent a letter to Farhad Larian's counsel on November 28, 2005. A true and correct copy of that letter is attached hereto as Exhibit A. In response, on December 22, 2005, Farhad Larian's counsel stated during a telephone conference with Mattel's counsel that he had sent Farhad Larian a copy of Mattel's letter. A true and correct copy of the letter confirming that conversation, dated December 22, 2005, is attached hereto as Exhibit B.

1  I declare under penalty of perjury under the laws of the United States of
2  America that the foregoing is true and correct.
3  Executed this 3rd day of January, 2008, at Los Angeles, California.

*[signature]*
Michael T. Zeller

**EXHIBIT A**

**quinn emanuel** trial lawyers

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | PALM SPRINGS | SAN DIEGO

WRITER'S DIRECT DIAL NO.
(213) 443-3675

WRITER'S INTERNET ADDRESS
taniakrebs@quinnemanuel.com

November 28, 2005

Robert Wilson
Cotkin Collins & Ginsburg
300 South Grand Avenue, 24th Floor
Los Angeles, CA 90071

Dear Bob:

As you know, this firm represents Mattel in ongoing litigation against Carter Bryant and MGA that involves, at least in part, events pertaining to Bratz dolls, including the conception, design, development and marketing of Bratz dolls.

We are aware that your client is in possession of documents that fall into the following general categories, among others: (1) internal MGA emails dating from the mid-1990s through 2005; (2) emails between MGA employees and individuals outside MGA dating from the mid-1990s through 2005; (3) emails between your client and various individuals regarding the timing of Bratz development in 2000; and (4) other emails between your client and Isaac Larian.

Documents that we are aware are in your client's possession, custody and control which are relevant to Mattel's litigation include -- but are in no way limited to -- the following:

- An internal MGA email dated November 16, 2000 that summarizes "last week's meeting" with K-Mart and references Bratz.

- An email from Fred Larian to Isaac Larian dated November 22, 2000 mentioning prices for a "Bratz Fashion Pack."

- A November 22, 2000 chart describing changes to the Bratz Doll Assortment and Bratz Holiday doll.

**quinn emanuel urquhart oliver & hedges, llp**

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-624-7707 FAX 213-624-0643
805 Third Avenue, 11th Floor, New York, New York 10022 | TEL 212-702-8100 FAX 212-702-8200
201 Sansome Street, 6th Floor, San Francisco, California 94104 | TEL 415-986-5700 FAX 415-986-5707
555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-620-4500 FAX 650-620-4555
45-025 Manitou Drive, Suite 8, Indian Wells, California 92210 | TEL 760-345-4757 FAX 760-345-2414
4445 Eastgate Mall, Suite 200, San Diego, California 92121 | TEL 858-812-3107 FAX 858-812-3336

EXHIBIT __A__ PAGE __3__

- An August 19, 2005 Fred Larian email to Scott Bachrach (at scottbac@aol.com) inquiring about the first contact between Mr. Bachrach and MGA concerning Bratz, as well associated communications.

- An August 22, 2005 Fred Larian email to Colleen O'Higgins (colleenohiggins@msn.com) asking about Carter Bryant and Bratz licensees, as well as associated communications.

- Communications with Bin Ton regarding Bratz, including without limitation those relating to actual and/or draft Bin Ton declaration(s) regarding Bratz.

- Communications with Michael Lingg regarding Bratz, including without limitation those relating to actual and/or draft Lingg declaration(s) regarding Bratz.

- Communications with Jennifer Maurus regarding Bratz, including without limitation those relating to actual and/or draft Maurus declarations regarding Bratz.

- A December 21, 2000 email from Isaac Larian to Paul Warner, with copies to Dennis Medici and Fred Larian, that mentions TRU purchases for products including Bratz.

- An August 1, 2005 email from Fred Larian to Victoria O'Connor regarding Bratz licensees, as well as associated communications.

- An August 1, 2005 email chain between Fred Larian and employees at dng.com asking about Bratz, as well as associated communications.

- An August 7, 2005 email from Mark Fragel answering questions regarding Bratz materials shown to Paulette Prim in November 2000.

- A document entitled "Analysis of Design, Packaging & Mock-Up Expense for 6 Months Ending 6/30/99 and 6/30/00" attached to an August 11, 2000 email from Dennis Medici to Isaac Larian and Fred Larian.

- A May 24, 2000 Fred Larian email to Isaac Larian which asserts that Isaac had instructed Fred to withhold the originals of documents that had been located in connection with the Fireman's Fund case and "to tell him [an MGA attorney] we could not find the originals."

- An August 14, 2000 Isaac Larian email to Medici, Warner and Fred Larian that references cost tracking software used by Mattel that Isaac Larian says he learned about from interviewing Mattel employees.

- Emails between Isaac Larian and Jahangir Makabi requesting that Mr. Makabi sign an affidavit that he lost his original stock certificates despite Makabi's protestation that he never had any such certificates, as well as associated communications.

- A January 31, 2001 email from Isaac Larian to All in Marketing and Product Development, Medici and Didi Brown asserting that he (Isaac Larian) had been

EXHIBIT __A__ PAGE __4__

diagnosed with "Alzheimer's" and denying in substance that he ever said anything that cannot be confirmed by a writing.

- A November 15, 2000 Paula Treantafelles email to Fred Larian that says MGA will be selling a Bratz backpack and states that a design for it is attached.

As you also are aware, the MGA/Bryant litigation is currently stayed pending an interlocutory appeal to the Ninth Circuit on jurisdictional issues. When discovery resumes, we plan to serve your client with a subpoena for the production of documents that include without limitation the documents listed above as well as such other documents in his possession, custody or control that refer or relate to the design, development, marketing, sale and/or any other activities regarding Bratz prior to June 30, 2001. You and your client are obligated to ensure that your client preserves all such documents in the interim. Moreover, you and your client have an obligation to retain all electronic copies or versions of such documents that he has in his possession, custody or control and their associated metadata.

If you disagree with our view on the preservation obligations that you and your client have, or if your client has taken or intends to take any steps to dispose of or to otherwise dispossess himself of such documents, please let me know immediately so that we can seek Court intervention on the matter. Thank you in advance for your anticipated cooperation.

Very truly yours,

Tania M. Krebs

3

EXHIBIT A PAGE 5

**EXHIBIT B**

**quinn emanuel** trial lawyers

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | PALM SPRINGS | SAN DIEGO

WRITER'S DIRECT DIAL NO.
(213) 443-3675

WRITER'S INTERNET ADDRESS
taniakrebs@quinnemanuel.com

December 22, 2005

Robert Wilson
Cotkin Collins & Ginsburg
300 South Grand Avenue, 24th Floor
Los Angeles, CA 90071

Dear Bob:

We received today your letter dated December 5, 2005, responding to my letter of November 28, 2005. Per your handwritten note, it appears that your letter was not delivered until today because your letter was misaddressed.

Per our telephone discussion today, thank you for confirming that you previously had forwarded to Farhad Larian our letter regarding his obligations to preserve documents relevant to Mattel's ongoing litigation against MGA and that Mr. Larian has received the letter. Also, we understand from you that Richard Kellner of Kabateck Brown Kellner LLP is currently representing Mr. Larian, and we will direct future correspondence accordingly. We are copying Mr. Kellner on this letter.

If any of this is incorrect, please let us know.

Very truly yours,

Tania M. Krebs

cc:   Richard L. Kellner, Esq.

EXHIBIT B PAGE 6

**quinn emanuel urquhart oliver & hedges, llp**

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-624-7707 FAX 213-624-0643
805 Third Avenue, 11th Floor, New York, New York 10022 | TEL 212-702-8100 FAX 212-702-8200
201 Sansome Street, 6th Floor, San Francisco, California 94104 | TEL 415-986-5700 FAX 415-986-5707
555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-620-4500 FAX 650-620-4555
45-025 Manitou Drive, Suite 8, Indian Wells, California 92210 | TEL 760-345-4757 FAX 760-345-2414
4445 Eastgate Mall, Suite 200, San Diego, California 92121 | TEL 858-812-3107 FAX 858-812-3336