QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>                    Plaintiff,<br><br>       vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>                    Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case Nos. CV 04-09059 and CV 05-02727<br><br>**DISCOVERY MATTER**<br>**[To Be Heard By Discovery Master Hon. Edward Infante (Ret.)]**<br><br>SUPPLEMENTAL DECLARATION OF JUAN PABLO ALBÁN IN SUPPORT OF MATTEL, INC.'S MOTIONS TO COMPEL FARHAD LARIAN, STERN & GOLDBERG AND KAYE SCHOLER TO PRODUCE DOCUMENTS<br><br>Hearing Date:   January 10, 2008<br>Time:           9:30 a.m.<br>Place:          Telephonic Hearing<br><br>**Phase 1**<br>Discovery Cut-Off:    January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date:           May 27, 2008 |

# SUPPLEMENTAL DECLARATION OF JUAN PABLO ALBÁN

I, Juan Pablo Albán, declare as follows:

1. I am a member of the bar of the State of California and an associate with Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Plaintiff. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. I personally participated in the conference of counsel regarding Mattel's subpoena on Farhad Larian. During that conference, the parties discussed Farhad Larian's objections to Mattel's requests seeking documents related to lawsuits and arbitrations between Isaac and Farhad Larian, and were unable to come to an agreement on the scope of Farhad Larian's production obligations.

3. The only lawsuits and arbitrations between Isaac and Farhad Larian at issue in Mattel's requests, including Request Nos. 1, 2, 4 and 16, are the proceedings arising from Farhad Larian's sale of stock to Isaac Larian in December 2000, and Farhad Larian's subsequent allegations that Isaac Larian concealed the conception and development of Bratz before that sale. To the best of my knowledge, Farhad Larian has not informed Mattel that there are any other specific lawsuits or arbitrations potentially at issue in Mattel's requests.

4. Howarth & Smith, Cotkin & Collins, and Kabatech Brown Kellner, counsel for Farhad Larian during the lawsuits and arbitrations at issue in Mattel's requests; and Krane & Smith, counsel for Morad Zarabi during those proceedings, each agreed to produce documents to Mattel after Mattel offered to pay their copying costs for the production.

//
//
//
//
//

1      I declare under penalty of perjury under the laws of the United States of
2  America that the foregoing is true and correct.
3      Executed on January 3, 2008, at Los Angeles, California.

_____
Juan Pablo Albán