QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED CASES | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>PROOFS OF SERVICE<br><br>Hearing Date: January 10, 2008<br>Time: 9:30 a.m.<br>Place: Telephonic<br><br>**Phase I**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2292402.1

PROOFS OF SERVICE

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On January 3, 2008, I served true copies of the following document(s) described as:

1. **REPLY MEMORANDUM OF MATTEL, INC. IN RESPONSE TO OPPOSITIONS OF FARHAD LARIAN, STERN & GOLDBERG, KAY SCHOLER AND MGA TO MOTIONS TO PRODUCE DOCUMENTS**

2. **MATTEL'S CONSOLIDATED SEPARATE STATEMENT RE MATTEL, INC.'S MOTION TO COMPEL FARHAD LARIAN TO PRODUCE DOCUMENTS**

3. **DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MATTEL, INC.'S MOTIONS TO COMPEL FARHAD LARIAN, STERN & GOLDBERG AND KAYE SCHOLER TO PRODUCE DOCUMENTS**

4. **SUPPLEMENTAL DECLARATION OF JON D. COREY IN SUPPORT OF MATTEL, INC.'S MOTIONS TO COMPEL FARHAD LARIAN, STERN & GOLDBERG AND KAYE SCHOLER TO PRODUCE DOCUMENTS**

5. **SUPPLEMENTAL DECLARATION OF JUAN PABLO ALBÁN IN SUPPORT OF MATTEL, INC.'S MOTIONS TO COMPEL FARHAD LARIAN, STERN & GOLDBERG AND KAYE SCHOLER TO PRODUCE DOCUMENTS**

on the parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY FEDEX:** I deposited such document(s) in a box or other facility regularly maintained by FedEx, or delivered such document(s) to a courier or driver authorized by FedEx to receive documents, in sealed envelope(s) or package(s) designated by FedEx with delivery fees paid or provided for, addressed to the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 3, 2008, at Los Angeles, California.

_____
Rita Turner

07209/2140692.1

PROOFS OF SERVICE

## SERVICE LIST

| | |
|---|---|
| Mark E. Overland, Esq.<br>David C. Scheper, Esq.<br>Alexander H. Cote, Esq.<br>Overland, Borenstein, Scheper &<br>  & Kim, LLP<br>300 S. Grand Avenue, Suite 2750<br>Los Angeles, CA 90071 | John W. Keker, Esq.<br>Michael H. Page, Esq.<br>Christa M. Anderson, Esq.<br>Keker & Van Nest, LLP<br>710 Sansome Street<br>San Francisco, CA 94111 |
| Alisa Morgenthaler Lever<br>Christensen, Glaser, Fink, Jacobs, Weil<br>  & Shapiro LLP<br>10250 Constellation Blvd., 19th Floor<br>Los Angeles, CA 90067 | Bryant S. Delgadillo<br>Kaye Scholer LLP<br>1999 Avenue of the Stars<br>Suite 1700<br>Los Angeles, CA 90067 |
| Alan N. Goldberg, Esq.<br>Stern & Goldberg<br>6345 Balboa Blvd.<br>Suite 200<br>Encino, CA 91316 | |

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action, My business address is Apex Attorney Services, 1055 West Seventh Street, Suite 250, Los Angeles, CA 90017.

On January 3, 2008, I served true copies of the following document(s) described as:

1. **REPLY MEMORANDUM OF MATTEL, INC. IN RESPONSE TO OPPOSITIONS OF FARHAD LARIAN, STERN & GOLDBERG, KAY SCHOLER AND MGA TO MOTIONS TO PRODUCE DOCUMENTS**

2. **MATTEL'S CONSOLIDATED SEPARATE STATEMENT RE MATTEL, INC.'S MOTION TO COMPEL FARHAD LARIAN TO PRODUCE DOCUMENTS**

3. **DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MATTEL, INC.'S MOTIONS TO COMPEL FARHAD LARIAN, STERN & GOLDBERG AND KAYE SCHOLER TO PRODUCE DOCUMENTS**

4. **SUPPLEMENTAL DECLARATION OF JON D. COREY IN SUPPORT OF MATTEL, INC.'S MOTIONS TO COMPEL FARHAD LARIAN, STERN & GOLDBERG AND KAYE SCHOLER TO PRODUCE DOCUMENTS**

5. **SUPPLEMENTAL DECLARATION OF JUAN PABLO ALBÁN IN SUPPORT OF MATTEL, INC.'S MOTIONS TO COMPEL FARHAD LARIAN, STERN & GOLDBERG AND KAYE SCHOLER TO PRODUCE DOCUMENTS**

on the parties in this action as follows:

Thomas J. Nolan, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
300 So. Grand Ave.
Suite 3400
Los Angeles CA  90071

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 3, 2008, at Los Angeles, California.

_____