THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, CA 90071-3144
Tel.: (213) 687-5000/Fax: (213) 687-5600

RAOUL D. KENNEDY (Bar No. 40892)
(rkennedy@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Embarcadero Center, 38th Floor
San Francisco, CA 94111-5974
Tel.: (415) 984-6400 / Fax: (415) 984-2698

Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited,
MGAE de Mexico, S.R.L. de C.V., and Isaac Larian

JOHN W. KEKER (Bar No. 49092)
(jkeker@kvn.com)
CHRISTA M. ANDERSON (Bar No. 184325)
(canderson@kvn.com)
KEKER & VAN NEST LLP
710 Sansome St.
San Francisco, CA 94111-1704
Tel.: (415) 391-5400 / Fax: (415) 397-7188

Attorneys for Carter Bryant

UNITED STATED DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>                              Plaintiff,<br><br>          v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>                              Defendant.<br><br><br><br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>**DECLARATION OF PAUL M. ECKLES IN SUPPORT OF CARTER BRYANT AND MGA DEFENDANTS' *EX PARTE* APPLICATION TO COMPEL PROPERLY NOTICED DEPOSITIONS**<br><br>Honorable Stephen G. Larson<br><br>Hearing Date: January 7, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 1 |

DECLARATION OF PAUL M. ECKLES IN SUPPORT OF *EX PARTE* TO COMPEL PROPERLY NOTICED DEPOSITIONS

I, Paul M. Eckles, hereby declare as follows:

1.     I am an attorney licensed to practice law in the State of California and am a partner at the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, attorneys of record for MGA Entertainment, Inc. ("MGA"), Isaac Larian ("Mr. Larian" or "Larian"), MGA Entertainment (HK) Limited ("MGA HK"), and MGAE de Mexico S.R.L. de C.V. ("MGA Mexico") (collectively, the "MGA Defendants") in the above-captioned matter.  I submit this Declaration in Support of Carter Bryant and MGA Defendants' *Ex Parte* Application to Compel Properly Noticed Depositions ("Application").  Unless otherwise stated, I have personal knowledge of the facts set forth below and, if called as a witness, I could and would testify competently thereto.

2.     I gave notice of this Application to counsel for all other parties via letter on January 2, 2008.  Attached hereto as Exhibit A is a true and correct copy of my letter to Jon. D. Corey of Quinn, Emanuel, Urquhart, Oliver & Hedges, LLP, counsel of record for Mattel, Inc., dated January 2, 2008.  Mr. Corey has not responded to my letter other than to note that earlier that day Mattel had offered a date for Mr. Bousquette's deposition in February.

3.     On December 12, 2007, the MGA Defendants noticed the depositions of the following current/former Mattel employees: Maureen Tofoya, Theresa Newcomb, Tim Kilpin, Sheila Kyaw, Kevin Farr, Jean Gomez, Hoi Hoffman-Briggs, Evelyn Viohl, Roger Simoneau, and Milt Zablow.

4.     Attached hereto as Exhibit B is a true and correct copy of my letter to Mr. Corey, dated December 12, 2007.

5.     Attached hereto as Exhibit C is a true and correct copy of a letter from Robert J. Herrington to Mr. Corey, dated December 12, 2007.

6.     Mattel never responded to my letter or Mr. Herrington's letter to Mr. Corey on December 12, 2007.  I contacted Mr. Corey again the following week and we eventually scheduled a meeting on December 20, 2007.

1    7.    On December 20, 2007, I participated in a telephonic meet-and-confer
2  with Mr. Corey regarding the scheduling of depositions.  At that time, Mr. Corey
3  advised me for the first time that Mattel believed Defendants have only two of its
4  allotted depositions remaining because certain Rule 30(b)(6) depositions also
5  counted as individual depositions.  I asked Mr. Corey how many depositions Mattel
6  had taken under this theory and Mr. Corey advised me that Mattel was "at the limit,"
7  which was why they were moving for more discovery.

8    8.    Attached hereto as Exhibit D is a true and correct copy of a letter I
9  received from Jon D. Corey, dated December 20, 2007.

10    9.    Each of the following eight individuals were designated as Rule 30(b)(6)
11  witnesses by Mattel: Kislap Ongchango, Lissa Freed, Sandy Yonemoto, Joni Pratte,
12  Julian Jensen, Rene Pasko, Robert Hudnut, and Jill Nordquist.  Defendants have not
13  separately noticed the depositions of any of these eight witnesses in their individual
14  capacities.

15    10.    On December 21, 2007, Mattel served written objections to each of the
16  ten deposition notices on the grounds that they were unilaterally noticed and
17  exceeded the total number of depositions allowed in this case.  Attached hereto as
18  Exhibit E is a true and correct copy of these objections.

19    11.    On December 20, 2007, I requested that Mattel provide the authority it
20  was relying upon as the basis for its objection to the ten depositions noticed by the
21  MGA Defendants on December 12, 2007.  I again requested authority during a
22  follow-up conversation with counsel for Mattel on December 21, 2007.  Counsel for
23  Mattel agreed to provide the authority but never did.

24    12.    The Deposition of third-party witness Maureen Tkacik was noticed by
25  Mattel, not Defendants.

26    13.    To date, Defendants have taken eight of their allotted 24 depositions:
27  Alan Kaye, Ann Driskill, Anna Rhee, Cassidy Park, Lillian Martinez, Mattel,
28  Richard DeAnda and Kumi Croom.

14.   To date, Mattel has taken 22 depositions, served more than 50 interrogatories, issued more than 50 subpoenas, more than 2,300 document requests, and more than 4,500 requests for admission in this case, and is now seeking leave of Court to take additional discovery.

15.   Applying Mattel's methodology of counting Rule 30(b)(6) depositions that allegedly go beyond the scope of the designation as both a Rule 30(b)(6) deposition and a separate deposition as an individual, Mattel has taken 30 depositions to date and took its twenty-fourth deposition on October 4, 2007, when it deposed MGA HK's Rule 30(b)(6) designee Edmund Lee.

16.   The MGA Defendants noticed the deposition of former Mattel executive Matt Bousquette on November 22, 2006.  Mattel refused even to provide a deposition date until MGA confirmed that its unfair competition production was substantially complete.  MGA provided the representation on December 10, 2007, and again requested a date.  Mattel did not respond, and MGA raised the issue at the parties' December 20, 2007 meet-and-confer.  During that meeting, Mattel questioned whether it was necessary to take the deposition during the Phase I portion of the case.  MGA informed Mattel that it intended to depose Mr. Bousquette on Phase I topics and that it wanted a date in January for the deposition.  Mattel did not provide a date until January 2, 2008, and then offered only February 12 or 13, 2008, claiming that Mr. Bousquette would not be available any time before then because he was "traveling out of the country."

1       17.    On January 3, 2008, Mattel unilaterally canceled the scheduled

2  deposition date for Tine Patel Varu.

3       I declare under penalty of perjury under the laws of the United States that the

4  foregoing is true and correct.

5       Executed this 4th day of January, 2008, in New York, New York.

6

7

8                                               Paul M. Eckles

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Exhibit A**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE

NEW YORK 10036-6522
———
TEL: (212) 735-3000

FAX: (212) 735-2000

www.skadden.com

DIRECT DIAL
212-735-2578
DIRECT FAX
917-777-2578
EMAIL ADDRESS
PMECKLES@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

January 2, 2008

**VIA FACSIMILE & EMAIL**
Jon D. Corey
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017

RE:   Bryant v. Mattel, Inc.

Dear Mr. Corey:

I write regarding depositions.  We are still waiting for a deposition date for Matt Bousquette.  Several weeks have passed since we first requested a date for his deposition, and it has now been almost two weeks since you promised to obtain a date.  We also never received the authority you said you would provide supporting Mattel's refusal to provide deposition dates for other witnesses.  We believe that Mattel's refusal to provide deposition dates constitutes bad faith.

We cannot afford to let these issues linger any longer.  Please be advised that if you do not provide deposition dates by 5:00pm PT tomorrow, we will have no choice but to seek ex parte assistance from the court.

Very truly yours,

Paul M. Eckles

cc:   John W. Keker, Esq.

Exhibit A, Page 5

**Exhibit B**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

300 SOUTH GRAND AVENUE

LOS ANGELES, CALIFORNIA 90071-3144

TEL: (213) 687-5000
FAX: (213) 687-5600
www.skadden.com

DIRECT DIAL
(212) 735-2578
DIRECT FAX
(917) 777-2578
EMAIL ADDRESS
PMECKLES@SKADDEN.COM

FIRM/AFFILIATE OFFICES

BOSTON
CHICAGO
HOUSTON
NEW YORK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON

BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

December 12, 2007

**VIA MESSENGER**

Jon D. Corey, Esq.
Quinn, Emanuel, Urquhart, Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543

RE:   *Mattel, Inc. v. Bryant*

Dear Jon:

We are writing in response to your December 11, 2007 letter. We disagree with your factual account and we will prove Mattel's delay to the Court should that become necessary.

In any event, you still have not provided the requested dates for Ms. Fontanella or Mr. Bousquette. Please provide available dates before the January 28, 2008 discovery cut off immediately.

Your assertion that Mr. Bousquette only has knowledge on Phase II issues is false. Among other things, (a) Mattel's initial disclosures represent that Mr. Bousquette has "knowledge of facts that Mattel may use to support its material allegations and defenses," including "Mattel's business operations and the development and ownership of intellectual property at issue," and (b) Mattel's supplemental interrogatory response filed December 8, 2007, lists Mr. Bousquette as a person with knowledge of facts supporting its contention that it suffered harm as a result of MGA's conduct. Mr. Bousquette's deposition must take place before January 28, 2008.

As to Ms. Ross, given your stated intent to designate her as a Rule 30(b)(6) witness, we will take her deposition in that capacity on January 17, 2008. Please let us know which topics she will be acting as Mattel's designee.

Exhibit B, Page 6

Jon D. Corey, Esq.
December 12, 2007
Page 2

In Mr. Mumford's December 10, 2007 letter, we confirmed the deposition of Tina Patel for January 8, 2008. Your letter does not address this issue, so we assume that Ms. Patel's deposition is confirmed for that date.

We also again ask that Mattel immediately provide us with dates and the names of its designees on the outstanding 30(b)(6) topics. In addition to the outstanding topics in Carter Bryant's Rule 30(b)(6) notice, we ask that Mattel immediately designate a witness on the following topics identified in MGA's Rule 30(b)(6) notice relating to Phase I issues (topics 8, 9, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 26, 27, 28, 29, 30, 31, 32, 39, 42, 47, 48, 58, 60, 65, 69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85).[1]

In addition, we are enclosing deposition notices for the following individuals:

1.      Maureen Tafoya;

2.      Theresa Newcomb;

3.      Tim Kilpin;

4.      Sheila Kyaw;

5.      Kevin Farr;

6.      Jean Gomez;

7.      Hoi Hoffman-Briggs;

8.      Evelyn Viohl;

9.      Roger Simoneau; and

10.     Milt Zablow

MGA believes each of these individuals has knowledge regarding Phase I issues, and these depositions need to be scheduled before the January 28, 2008 discovery cutoff. MGA is uncertain whether the above individuals still are affiliated with Mattel, and if not, whether your firm will be representing these individuals and can accept service. Please provide us with answers to these inquiries.

To expedite the scheduling of these outstanding depositions and to resolve any remaining disputes, we propose to have a meet and confer/scheduling meeting as

---

[1] These are the topics in MGA's notice that relate to Phase I issues. We will schedule Mattel's Rule 30(b)(6) deposition on the remaining topics after the January 28, 2008 discovery cutoff. If Mattel intends to stand on its objection to MGA's Rule 30(b)(6) deposition notice based on the ground that Carter Bryant served a previous Rule 30(b)(6) notice, we propose to discuss this objection at the proposed meet and confer session. Please consider this letter as the notice and request for a meet and confer under Section 5 of the Discovery Master stipulation.

Jon D. Corey, Esq.
December 12, 2007
Page 3

soon as possible.  I am available all day this Friday, December 14, as well as all day on Monday of next week, and I am available until noon EST on Tuesday.

Please let us know when you are available on these days.  Please also be prepared to discuss all deposition scheduling issues raised in this letter and Mr. Mumford's letter of December 10 at this conference.  Time is running short, and if we are not able to reach an agreement at this conference, we will need to seek appropriate relief from the Court and/or the Discovery Master.

We look forward to hearing from you.

Sincerely,

*Paul Eckles*

Paul M. Eckles

cc:     Matthew Werdeger, Esq.

Enclosures

# Exhibit C

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

300 SOUTH GRAND AVENUE

LOS ANGELES, CALIFORNIA 90071-3144

———

TEL: (213) 687-5000

FAX: (213) 687-5600

www.skadden.com

DIRECT DIAL
(213) 687-5368
DIRECT FAX
(213) 621-5368
EMAIL ADDRESS
IHERRING@SKADDEN.COM

FIRM/AFFILIATE OFFICES

BOSTON
CHICAGO
HOUSTON
NEW YORK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
—
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

December 12, 2007

**VIA FACSIMILE & U.S. MAIL**

Mr. Jon D. Corey
Mr. B. Dylan Proctor
Quinn, Emanuel, Urquhart, Oliver & Hedges, LLP
865 South Figueroa St., 10th Floor
Los Angeles, CA 90017

RE:     *Mattel v. Bryant*

Gentlemen:

We are writing in response to your letter dated December 7, 2007, which seeks additional Rule 30(b)(6) depositions. As you acknowledge, conducting these depositions would require relief from the 24-deposition limit imposed by the Court. This issue already is before the Court on Mattel's motion seeking leave to conduct numerous additional depositions and serve additional interrogatories.

As an initial matter, it is inconsistent for Mattel to make this request while at the same time trying to run out the discovery clock on MGA in its own discovery efforts. As detailed in the letter we sent to you on December 10, 2007, Mattel has systematically delayed the depositions of Robert Eckert, Young & Rubicam, Adrienne Fontanella, Tina Patel, Matt Bousquette, Ivy Ross, Richard De Anda, and in designating Mattel's Rule 30(b)(6) witnesses. Mattel also delayed its supplemental interrogatory responses by over two months.

Notwithstanding Mattel's delay, you have asked us to consider granting you additional depositions beyond the Court's 24-deposition limit. We would be willing to consider Mattel's request to take a few additional depositions if you would meet the following two conditions.

First, you withdraw the motion filed before Judge Larson seeking additional depositions and other discovery. Second, in addition to providing firm dates for the depositions identified above (which already have been noticed), you provide firm dates for the following witnesses before the January 28, 2008 Phase I discovery cut-off:

Exhibit C, Page 9

Quinn, Emanuel, etc.
December 12, 2007
Page 2

1.    Mattel's designees for the topics identified in MGA's Rule 30(b)(6) notice relating to Phase I issues (topics 8, 9, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 26, 27, 28, 29, 30, 31, 32, 39, 42, 47, 48, 58, 60, 65, 69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85);

2.    Maureen Tafoya;

3.    Theresa Newcomb;

4.    Tim Kilpin;

5.    Sheila Kyaw;

6.    Kevin Farr;

7.    Jean Gomez;

8.    Hoi Hoffman-Briggs;

9.    Evelyn Viohl;

10.    Roger Simoneau; and

11.    Milt Zablow

The deposition notices for the ten individuals identified above were enclosed with Paul Eckles's letter of December 12, 2007, sent earlier today.

Please let me know if you have any questions. We look forward to hearing from you.

Sincerely,

Robert J. Herrington

**Exhibit D**

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

December 20, 2007

<u>VIA FACSIMILE AND U.S. MAIL</u>
917.777.2578

Paul Eckles, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, New York 10036

Re:   <u>Bryant v. Mattel, Inc.</u>

Dear Paul:

I write to follow up on our phone conversation of earlier today regarding depositions.

This will confirm that Adrienne Fontanella's deposition will occur on January 16, 2008.

Because your letter did not discuss any reason why Mr. Bousequette would be a Phase 1 witness (save to say that he had information relevant to the consolidated actions), I explained that I did not appreciate what information he may have that relates to the narrow claims in Phase 1. I further explained that MGA has previously taken the position that the parties should focus on Phase 1 discovery. You asked whether Mattel was taking the position that the parties should only be taking exclusively Phase 1 discovery. I told you that was not Mattel's position, but was necessarily part of a discussion of the practicalities of scheduling a busy, third-party witness. You said that he possessed information relevant to Phase 1 because (a) you thought that he was involved in certain employment agreements, and (b) because he has information related to MGA's unclean hands defense that MGA would assert in Phase 1. I reminded you that Judge Larson had asked MGA's counsel at the hearing on Mattel's Motion to Strike MGA's unclean hands defense, among others, what aspects of that defense would be part of Phase 1, and that counsel was not able to provide a strict demarcation. I asked what aspects of the unclean hands

**quinn emanuel urquhart oliver & hedges, llp**

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100

defense MGA would prosecute in Phase 1 to determine whether your suggestion that Mr. Bousquette's possessed information related one or more of the many unclean hands allegations that may be asserted in Phase 1. You did not identify any specific allegation, saying that MGA did not have an obligation to do so. I told you that we would try to get in touch with Mr. Bousequette by Friday, December 21, 2007.

I informed you that in light of Judge Infante's ruling that MGA obtained with respect to Mattel's Third Notice of Deposition of MGA, that MGA's Notice of Deposition of MGA is a nullity given that it seeks to depose a person more than once without leave of court in violation of Rule 30. I understand that MGA disagrees with that position and have repeatedly asked Mr. Mumford of your firm for authority supporting its position, but he has not provided me with any. I responded to your request about producing a witness on Phase 1, as opposed to Phase 2 topics, by saying that a discussion of the specific topics was premature. I further informed you that Mattel was taking the same position that MGA had taken with respect to Mattel's recent notice of deposition of MGA pursuant to Rule 30(b)(6) and that MGA forced Mattel to seek leave of court to serve that notice. You told me that MGA would raise the issue with the Court.

I informed you that no Mattel witness would be produced before January 3, 2007, because Mattel is closed between December 24, 2007 and January 2, 2008.

I informed you that, according to Mattel's calculations, MGA and Bryant have two depositions remaining out of the 24 allotted to them under Judge Larson's Scheduling Order. I explained that between the depositions that have been taken and the additional depositions that MGA and Bryant have sought, two remain. I had forgotten during the call that MGA and Bryant also seek the deposition of Mr. Eckert, however, and now calculate that that MGA and Bryant have one deposition remaining.

According to Mattel, MGA and Bryant have taken the following depositions: Kaye, Driskill, Rhee, Park, Martinez, Mattel (Marine, Artavia, Kawashima, Palmer), Ongchango, Freed, Yonemoto, Pratte, Jensen, Pasko, Tcacik, Croom, de Anda, Hudnut and Nordquist. In addition, prior to your letter of December 12, 2007, MGA/Bryant had asked for the depositions of Fontanella, Bousquette, Patel, Hooks, Eckert and Ross, for a total of 23 depositions. As I explained, to the extent that MGA or Bryant exceeded the scope of a designation under a Rule 30(b)(6) witness, then that deposition constitutes deposition of a "person" under Rule 30. As even a cursory review of the deposition transcripts will show, Bryant's counsel and MGA's prior counsel did just that, repeatedly.

I advised you that if MGA wishes to identify the two additional people of the ten identified in your December 12, 2007 letter—Tafoya, Newcomb, Kilpin, Kyaw, Farr, Gomez, Hoffman-Briggs, Viohl, Simoneau and Zablow—that it wished to depose (now one, in light of the fact that I forgot MGA's request for Mr. Eckert's deposition during the call), then Mattel would try to provide a date for that person by the time that we speak tomorrow at 10:00 a.m.

2

If you have any questions regarding the foregoing, please do not hesitate to call.

Best regards,

Jon D. Corey

JDC:jcl

cc:   Matthew Werdeger, Esq.

3

**Exhibit E**

1   QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
2     John B. Quinn (Bar No. 90378)
      (johnquinn@quinnemanuel.com)
3     Michael T. Zeller (Bar No. 196417)
      (michaelzeller@quinnemanuel.com)
4     Jon D. Corey (Bar No. 185066)
      (joncorey@quinnemanuel.com)
5     Timothy L. Alger (Bar No. 160303)
      (timalger@quinnemanuel.com)
6   865 South Figueroa Street, 10th Floor
    Los Angeles, California 90017-2543
7   Telephone: (213) 443-3000
    Facsimile: (213) 443-3100
8
    Attorneys for Mattel, Inc.
9
                    UNITED STATES DISTRICT COURT
10
                   CENTRAL DISTRICT OF CALIFORNIA
11
    CARTER BRYANT, an individual,        CASE NO. CV 04-9049 SGL (RNBx)
12
                   Plaintiff,            Consolidated with
13                                       Case No. CV 04-09059
                                         Case No. CV 05-02727
14        vs.
                                         MATTEL, INC.'S OBJECTIONS TO
15  MATTEL, INC., a Delaware             NOTICE OF DEPOSITION OF MILT
    corporation,                         ZABLOW
16
                   Defendant.
17

18  _____
    AND CONSOLIDATED ACTIONS
19

20

21

22

23

24

25

26

27
                            Exhibit E, Page 14
28

07209/2334430.1

1         Mattel, Inc. hereby objects to the notice of deposition of Milt Zablow

2   on the grounds that it was unilaterally noticed with no effort to cooperate and reach

3   a mutually agreeable date for deposition.  Mattel further objects on the grounds that

4   the notices of deposition served on December 12, 2007, including this one, exceed

5   the total number of depositions allowed in this case.  See Minute Order dated

6   February 12, 2007.  MGA only has one deposition available, and Mattel has asked

7   MGA to identify which of the ten depositions it wishes to proceed with, but MGA

8   has not done so.

9

10  DATED:  December 20, 2007          QUINN EMANUEL URQUHART OLIVER &
                                       HEDGES, LLP

11

12                                     By_____

13                                         Jon D. Corey
                                           Attorneys for Mattel, Inc.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                     Exhibit E, Page 15

1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
      John B. Quinn (Bar No. 90378)
2     (johnquinn@quinnemanuel.com)
      Michael T. Zeller (Bar No. 196417)
3     (michaelzeller@quinnemanuel.com)
      Jon D. Corey (Bar No. 185066)
4     (joncorey@quinnemanuel.com)
      Timothy L. Alger (Bar No. 160303)
5     (timalger@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
6  Los Angeles, California  90017-2543
   Telephone:  (213) 443-3000
7  Facsimile:   (213) 443-3100

8  Attorneys for Mattel, Inc.

9                    UNITED STATES DISTRICT COURT

10                 CENTRAL DISTRICT OF CALIFORNIA

11

12  CARTER BRYANT, an individual,        CASE NO. CV 04-9049 SGL (RNBx)

                 Plaintiff,              Consolidated with
13                                       Case No. CV 04-09059
                                         Case No. CV 05-02727
14         vs.
                                         MATTEL, INC.'S OBJECTIONS TO
15  MATTEL, INC., a Delaware             NOTICE OF DEPOSITION OF
    corporation,                         THERESA NEWCOMB
16
                 Defendant.
17

18  ─────────────────────────────
    AND CONSOLIDATED ACTIONS
19

20

21

22

23

24

25

26

27

28                        Exhibit E, Page 16

─────────────────────────────────────────────────
                                    -1-

1         Mattel, Inc. hereby objects to the notice of deposition of Theresa

2    Newcomb on the grounds that it was unilaterally noticed with no effort to cooperate

3    and reach a mutually agreeable date for deposition. Mattel further objects on the

4    ground that its offices are closed between December 24, 2007, and January 2, 2008,

5    so the witness is not available during that time. Mattel further objects on the

6    grounds that the notices of deposition served on December 12, 2007, including this

7    one, exceed the total number of depositions allowed in this case. See Minute Order

8    dated February 12, 2007. MGA only has one deposition available, and Mattel has

9    asked MGA to identify which of the ten depositions it wishes to proceed with, but

10   MGA has not done so.

11

12   DATED: December 21, 2007        QUINN EMANUEL URQUHART OLIVER &
                                      HEDGES, LLP
13

14                                   By_____
15                                   Jon D. Corey
                                     Attorneys for Mattel, Inc.
16

17

18

19

20

21

22

23

24

25

26

27                                   Exhibit E, Page 17
28

07209/2334430.1

1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     John B. Quinn (Bar No. 90378)
2    (johnquinn@quinnemanuel.com)
     Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
     Jon D. Corey (Bar No. 185066)
4    (joncorey@quinnemanuel.com)
     Timothy L. Alger (Bar No. 160303)
5    (timalger@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
6  Los Angeles, California  90017-2543
   Telephone:  (213) 443-3000
7  Facsimile:   (213) 443-3100

8  Attorneys for Mattel, Inc.

9                    UNITED STATES DISTRICT COURT

10                  CENTRAL DISTRICT OF CALIFORNIA

11  CARTER BRYANT, an individual,          CASE NO. CV 04-9049 SGL (RNBx)

12                  Plaintiff,             Consolidated with
                                           Case No. CV 04-09059
13                                         Case No. CV 05-02727

14        vs.                             MATTEL, INC.'S OBJECTIONS TO
                                          NOTICE OF DEPOSITION OF
15  MATTEL, INC., a Delaware              ROGER SIMONEAU
    corporation,
16                  Defendant.

17

18  ─────────────────────────────

19  AND CONSOLIDATED ACTIONS

20

21

22

23

24

25

26

27

28                          Exhibit E, Page 18

1        Mattel, Inc. hereby objects to the notice of deposition of Roger

2    Simoneau on the grounds that it was unilaterally noticed with no effort to cooperate

3    and reach a mutually agreeable date for deposition.  Mattel further objects on the

4    grounds that the notices of deposition served on December 12, 2007, including this

5    one, exceed the total number of depositions allowed in this case.  See Minute Order

6    dated February 12, 2007.  MGA only has one deposition available, and Mattel has

7    asked MGA to identify which of the ten depositions it wishes to proceed with, but

8    MGA has not done so.

9

10   DATED:  December 21, 2007        QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

11

12                                   By_____

13                                   Jon D. Corey
                                     Attorneys for Mattel, Inc.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Exhibit E, Page 19

-2-

OBJECTIONS TO NOTICE OF DEPOSITION OF ROGER SIMONEAU

1   QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
      John B. Quinn (Bar No. 90378)
2     (johnquinn@quinnemanuel.com)
      Michael T. Zeller (Bar No. 196417)
3     (michaelzeller@quinnemanuel.com)
      Jon D. Corey (Bar No. 185066)
4     (joncorey@quinnemanuel.com)
      Timothy L. Alger (Bar No. 160303)
5     (timalger@quinnemanuel.com)
    865 South Figueroa Street, 10th Floor
6   Los Angeles, California 90017-2543
    Telephone:  (213) 443-3000
7   Facsimile:  (213) 443-3100

8   Attorneys for Mattel, Inc.

9                     UNITED STATES DISTRICT COURT

10                  CENTRAL DISTRICT OF CALIFORNIA

11  CARTER BRYANT, an individual,        CASE NO. CV 04-9049 SGL (RNBx)

12                 Plaintiff,            Consolidated with
                                         Case No. CV 04-09059
13        vs.                            Case No. CV 05-02727

14                                       MATTEL, INC.'S OBJECTIONS TO
15  MATTEL, INC., a Delaware             NOTICE OF DEPOSITION OF
    corporation,                         EVELYN VIOHL
16                 Defendant.

17

18  _____
    AND CONSOLIDATED ACTIONS
19

20

21

22

23

24

25

26

27

28                                  Exhibit E, Page 20

1       Mattel, Inc. hereby objects to the notice of deposition of Evelyn Viohl

2 on the grounds that it was unilaterally noticed with no effort to cooperate and reach

3 a mutually agreeable date for deposition.  Mattel further objects on the grounds that

4 the notices of deposition served on December 12, 2007, including this one, exceed

5 the total number of depositions allowed in this case.  See Minute Order dated

6 February 12, 2007.  MGA only has one deposition available, and Mattel has asked

7 MGA to identify which of the ten depositions it wishes to proceed with, but MGA

8 has not done so.

9

10 DATED:  December 20, 2007    QUINN EMANUEL URQUHART OLIVER &
                                 HEDGES, LLP

11

12                        By_____

13                          Jon D. Corey
                          Attorneys for Mattel, Inc.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                           Exhibit E, Page 21

-2-
OBJECTIONS TO NOTICE OF DEPOSITION OF EVELYN VIOHL

1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
    John B. Quinn (Bar No. 90378)
2   (johnquinn@quinnemanuel.com)
    Michael T. Zeller (Bar No. 196417)
3   (michaelzeller@quinnemanuel.com)
    Jon D. Corey (Bar No. 185066)
4   (joncorey@quinnemanuel.com)
    Timothy L. Alger (Bar No. 160303)
5   (timalger@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
6  Los Angeles, California  90017-2543
   Telephone:  (213) 443-3000
7  Facsimile:   (213) 443-3100

8  Attorneys for Mattel, Inc.

9                   UNITED STATES DISTRICT COURT

10                  CENTRAL DISTRICT OF CALIFORNIA

11 CARTER BRYANT, an individual,        CASE NO. CV 04-9049 SGL (RNBx)

12              Plaintiff,               Consolidated with
                                         Case No. CV 04-09059
13                                       Case No. CV 05-02727

14      vs.                             MATTEL, INC.'S OBJECTIONS TO
                                         NOTICE OF DEPOSITION OF HOI
15 MATTEL, INC., a Delaware             HOFFMAN-BRIGGS
   corporation,
16              Defendant.

17

18 AND CONSOLIDAT___ _____TIONS

19

20

21

22

23

24

25

26

27

28
                        Exhibit E, Page 22

1        Mattel, Inc. hereby objects to the notice of deposition of Hoi Hoffman-

2  Briggs on the grounds that it was unilaterally noticed with no effort to cooperate and

3  reach a mutually agreeable date for deposition.  Mattel further objects on the

4  grounds that the notices of deposition served on December 12, 2007, including this

5  one, exceed the total number of depositions allowed in this case.  See Minute Order

6  dated February 12, 2007.  MGA only has one deposition available, and Mattel has

7  asked MGA to identify which of the ten depositions it wishes to proceed with, but

8  MGA has not done so.

9

10  DATED:  December 20, 2007      QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

11

12                    By_____

13                       Jon D. Corey
                            Attorneys for Mattel, Inc.

Exhibit E, Page 23

OBJECTIONS TO NOTICE OF DEPOSITION OF HOI HOFFMAN-BRIGGS

07209/2334430.1

1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     John B. Quinn (Bar No. 90378)
2    (johnquinn@quinnemanuel.com)
     Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
     Jon D. Corey (Bar No. 185066)
4    (joncorey@quinnemanuel.com)
     Timothy L. Alger (Bar No. 160303)
5    (timalger@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
6  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
7  Facsimile: (213) 443-3100

8  Attorneys for Mattel, Inc.

9

10                    UNITED STATES DISTRICT COURT

11                   CENTRAL DISTRICT OF CALIFORNIA

12  CARTER BRYANT, an individual,        CASE NO. CV 04-9049 SGL (RNBx)

13              Plaintiff,               Consolidated with
                                         Case No. CV 04-09059
14        vs.                            Case No. CV 05-02727

15  MATTEL, INC., a Delaware             MATTEL, INC.'S OBJECTIONS TO
    corporation,                         NOTICE OF DEPOSITION OF JEAN
16                                       GOMEZ
                Defendant.
17

18  _____
    AND CONSOLIDATED ACTIONS
19

20

21

22

23

24

25

26

27

28
                              Exhibit E, Page 24
                                    -1-

                  OBJECTIONS TO NOTICE OF DEPOSITION OF JEAN GOMEZ

1        Mattel, Inc. hereby objects to the notice of deposition of Jean Gomez

2   on the grounds that it was unilaterally noticed with no effort to cooperate and reach

3   a mutually agreeable date for deposition.  Mattel further objects on the grounds that

4   the notices of deposition served on December 12, 2007, including this one, exceed

5   the total number of depositions allowed in this case.  See Minute Order dated

6   February 12, 2007.  MGA only has one deposition available, and Mattel has asked

7   MGA to identify which of the ten depositions it wishes to proceed with, but MGA

8   has not done so.

9

10   DATED:  December 20, 2007        QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

11

12                                    By_____

13                                      Jon D. Corey
                                        Attorneys for Mattel, Inc.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                              Exhibit E, Page 25

7209/2334430.1

-2-

1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     John B. Quinn (Bar No. 90378)
2    (johnquinn@quinnemanuel.com)
     Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
     Jon D. Corey (Bar No. 185066)
4    (joncorey@quinnemanuel.com)
     Timothy L. Alger (Bar No. 160303)
5    (timalger@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
6  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
7  Facsimile: (213) 443-3100

8  Attorneys for Mattel, Inc.

9
                    UNITED STATES DISTRICT COURT
10
               CENTRAL DISTRICT OF CALIFORNIA
11

| 12  CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
|---|---|
| 13  Plaintiff, | Consolidated with |
| | Case No. CV 04-09059 |
| 14  vs. | Case No. CV 05-02727 |
| 15  MATTEL, INC., a Delaware | MATTEL, INC.'S OBJECTIONS TO |
| corporation, | NOTICE OF DEPOSITION OF KEVIN |
| 16 | FARR |
| 17  Defendant. | |
| 18 | |
| 19  AND CONSOLIDATED ACTIONS | |

20
21
22
23
24
25
26
27
28                          Exhibit E, Page 26

09/2334430.1
                                   -1-

1          Mattel, Inc. hereby objects to the notice of deposition of Kevin Farr on

2     the grounds that it was unilaterally noticed with no effort to cooperate and reach a

3     mutually agreeable date for deposition.  Mattel further objects on the grounds that

4     the notices of deposition served on December 12, 2007, including this one, exceed

5     the total number of depositions allowed in this case.  <u>See</u> Minute Order dated

6     February 12, 2007.  MGA only has one deposition available, and Mattel has asked

7     MGA to identify which of the ten depositions it wishes to proceed with, but MGA

8     has not done so.

9

10    DATED:  December 20, 2007       QUINN EMANUEL URQUHART OLIVER &
                                       HEDGES, LLP
11

12                                     By _____
                                            Jon D. Corey
13                                          Attorneys for Mattel, Inc.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Exhibit E, Page 27

-2-

OBJECTIONS TO NOTICE OF DEPOSITION OF KEVIN FARR

1   QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
      John B. Quinn (Bar No. 90378)
2      (johnquinn@quinnemanuel.com)
      Michael T. Zeller (Bar No. 196417)
3      (michaelzeller@quinnemanuel.com)
      Jon D. Corey (Bar No. 185066)
4      (joncorey@quinnemanuel.com)
      Timothy L. Alger (Bar No. 160303)
5      (timalger@quinnemanuel.com)
    865 South Figueroa Street, 10th Floor
6   Los Angeles, California 90017-2543
    Telephone: (213) 443-3000
7   Facsimile: (213) 443-3100

8   Attorneys for Mattel, Inc.

9

10                      UNITED STATES DISTRICT COURT

11                     CENTRAL DISTRICT OF CALIFORNIA

12   CARTER BRYANT, an individual,        CASE NO. CV 04-9049 SGL (RNBx)

13                 Plaintiff,              Consolidated with
                                           Case No. CV 04-09059
14        vs.                              Case No. CV 05-02727

15                                         MATTEL, INC.'S OBJECTIONS TO
     MATTEL, INC., a Delaware              NOTICE OF DEPOSITION OF TIM
16   corporation,                          KILPIN

17                 Defendant.

18   _____

19   AND CONSOLIDATED ACTIONS

20

21

22

23

24

25

26

27

28

r209/2334430.1

-1-
OBJECTIONS TO NOTICE OF DEPOSITION OF TIM KILPIN

1        Mattel, Inc. hereby objects to the notice of deposition of Tim Kilpin on

2 the grounds that it was unilaterally noticed with no effort to cooperate and reach a

3 mutually agreeable date for deposition.  Mattel further objects on the grounds that

4 the notices of deposition served on December 12, 2007, including this one, exceed

5 the total number of depositions allowed in this case.  See Minute Order dated

6 February 12, 2007.  MGA only has one deposition available, and Mattel has asked

7 MGA to identify which of the ten depositions it wishes to proceed with, but MGA

8 has not done so.

9

10 DATED:  December 20, 2007     QUINN EMANUEL URQUHART OLIVER &
                                 HEDGES, LLP

11

12                     By_____

13                      Jon D. Corey
                     Attorneys for Mattel, Inc.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                       Exhibit E, Page 29

1   QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
      John B. Quinn (Bar No. 90378)
2      (johnquinn@quinnemanuel.com)
      Michael T. Zeller (Bar No. 196417)
3      (michaelzeller@quinnemanuel.com)
      Jon D. Corey (Bar No. 185066)
4      (joncorey@quinnemanuel.com)
      Timothy L. Alger (Bar No. 160303)
5      (timalger@quinnemanuel.com)
    865 South Figueroa Street, 10th Floor
6   Los Angeles, California 90017-2543
    Telephone: (213) 443-3000
7   Facsimile: (213) 443-3100

8   Attorneys for Mattel, Inc.

9

10                    UNITED STATES DISTRICT COURT

11                   CENTRAL DISTRICT OF CALIFORNIA

12  CARTER BRYANT, an individual,          CASE NO. CV 04-9049 SGL (RNBx)

            Plaintiff,                     Consolidated with
13                                         Case No. CV 04-09059
                                           Case No. CV 05-02727
14          vs.
                                           MATTEL, INC.'S OBJECTIONS TO
15  MATTEL, INC., a Delaware               NOTICE OF DEPOSITION OF
    corporation,                           SHEILA KYAW
16
            Defendant.
17

18  ─────────────────────────────
    AND CONSOLIDATED ACTIONS
19  ─────────────────────────────

20

21

22

23

24

25

26

27

28                        Exhibit E, Page 30

                                  -1-
    OBJECTIONS TO NOTICE OF DEPOSITION OF SHEILA KYAW

1        Mattel, Inc. hereby objects to the notice of deposition of Sheila Kyaw

2  on the grounds that it was unilaterally noticed with no effort to cooperate and reach

3  a mutually agreeable date for deposition.  Mattel further objects on the grounds that

4  the notices of deposition served on December 12, 2007, including this one, exceed

5  the total number of depositions allowed in this case.  See Minute Order dated

6  February 12, 2007.  MGA only has one deposition available, and Mattel has asked

7  MGA to identify which of the ten depositions it wishes to proceed with, but MGA

8  has not done so.

9

10  DATED:  December 20, 2007    QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

11

12                   By_____

13                      Jon D. Corey
                         Attorneys for Mattel, Inc.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                  Exhibit E, Page 31

1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     John B. Quinn (Bar No. 90378)
2    (johnquinn@quinnemanuel.com)
     Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
     Jon D. Corey (Bar No. 185066)
4    (joncorey@quinnemanuel.com)
     Timothy L. Alger (Bar No. 160303)
5    (timalger@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
6  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
7  Facsimile: (213) 443-3100

8  Attorneys for Mattel, Inc.

9                    UNITED STATES DISTRICT COURT

10                   CENTRAL DISTRICT OF CALIFORNIA

11 CARTER BRYANT, an individual,      CASE NO. CV 04-9049 SGL (RNBx)

12              Plaintiff,            Consolidated with
                                      Case No. CV 04-09059
13      vs.                           Case No. CV 05-02727

14                                    MATTEL, INC.'S OBJECTIONS TO
15 MATTEL, INC., a Delaware           NOTICE OF DEPOSITION OF
   corporation,                       MAUREEN TAFOYA
16
              Defendant.
17

18 AND CONSOLIDATED ACTIONS
19

20

21

22

23

24

25

26

27                        Exhibit E, Page 32
28

)7209/2334430.1

1        Mattel, Inc. hereby objects to the notice of deposition of Maureen

2  Tafoya on the grounds that it was unilaterally noticed with no effort to cooperate

3  and reach a mutually agreeable date for deposition.  Mattel further objects on the

4  ground that its offices are closed between December 24, 2007, and January 2, 2008,

5  so the witness is not available during that time.  Mattel further objects on the

6  grounds that the notices of deposition served on December 12, 2007, including this

7  one, exceed the total number of depositions allowed in this case.  <u>See</u> Minute Order

8  dated February 12, 2007.  MGA only has one deposition available, and Mattel has

9  asked MGA to identify which of the ten depositions it wishes to proceed with, but

10  MGA has not done so.

11

12  DATED:  December 20, 2007     QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

13

14                     By_____

15                      Jon D. Corey
                        Attorneys for Mattel, Inc.

16

17

18

19

20

21

22

23

24

25

26

27

28                  Exhibit E, Page 33