ORIGINAL

1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     John B. Quinn (Bar No. 090378)
2    (johnquinn@quinnemanuel.com)
     Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
     Jon D. Corey (Bar No. 185066)
4    (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
6  Facsimile: (213) 443-3100

7  Attorneys for Mattel, Inc.

8                UNITED STATES DISTRICT COURT

9                CENTRAL DISTRICT OF CALIFORNIA

10                     EASTERN DIVISION

11 | CARTER BRYANT, an individual,  | CASE NO. CV 04-9049 SGL (RNBx)
12 |                                | Consolidated with
   | Plaintiff,                     | Case Nos. CV 04-09059 & CV 05-2727
13 | vs.                            | **DISCOVERY MATTER**
14 | MATTEL, INC., a Delaware       | [To Be Heard By Discovery Master
   | corporation,                   | Hon. Edward Infante (Ret.) Pursuant To
15 |                                | The Court's Order Of December 6, 2006]
16 | Defendant.                     | MATTEL, INC.'S APPLICATION TO FILE
17 | AND CONSOLIDATED ACTIONS       | UNDER SEAL CONSOLIDATED
   |                                | SEPARATE STATEMENT IN SUPPORT
18 |                                | OF MOTION TO COMPEL RESPONSES
   |                                | TO INTERROGATORIES (NOS. 27, 28,
19 |                                | 29, 30, 31, 32, 33, 36, 37, 38, 39, 40, 42, 45
   |                                | AND 47) BY CARTER BRYANT; AND
20 |                                | EXHIBITS 1, 2 AND 3 TO THE
   |                                | [CORRECTED] SUPPLEMENTAL
21 |                                | DECLARATION OF B. DYLAN
   |                                | PROCTOR

22                                   [[Proposed] Order filed concurrently]

23                                   Date:  January 3, 2008
                                     Time:  1:30 p.m.
24                                   Place: JAMS
                                            Two Embarcadero Center
25                                          Suite 1500
                                            San Francisco, California
26
                                     **Phase 1**
27                                   Discovery Cut-Off:   January 28, 2008
                                     Pre-Trial Conference: May 5, 2008
28                                   Trial Date:           May 27, 2008

07209/2337942.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal the Consolidated Separate Statement in support of Mattel's Motion to Compel Responses to Interrogatories (Nos. 27, 28, 29, 30, 31, 32, 33, 36, 37, 38, 39, 40, 42, 45 and 47) by Carter Bryant ("Consolidated Separate Statement") and Exhibits 1, 2 and 3 to the [Corrected] Supplemental Declaration of B. Dylan Proctor in support of Mattel's Motion to Compel Responses to Interrogatories (Nos. 27, 28, 29, 30, 31, 32, 33, 36, 37, 38, 39, 40, 42, 45 and 47) by Carter Bryant ("Exhibits").

The Consolidated Separate Statement and Exhibits include materials that Bryant and/or MGA have designated as "Confidential" or "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order. Accordingly, Mattel requests that the Court order that the Consolidated Separate Statement and Exhibits be filed under seal.

In the alternative, Mattel requests that the Court declare that these materials are outside the definitions of "Confidential" and "Confidential--Attorneys' Eyes Only" as contained in the Stipulated Protective Order and order them to be filed as part of the public record.

DATED: December 31, 2007         QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

                                  By  *B. Dylan Proctor /sv*
                                     B. Dylan Proctor
                                     Attorneys for Mattel, Inc.