QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Hon. Edward Infante (Ret.) Pursuant To Order Of December 6, 2006]**<br><br>[PUBLIC REDACTED] SUPPLEMENTAL DECLARATION OF JON COREY IN SUPPORT OF MATTEL, INC.'S MOTION (1) TO ENFORCE COURT'S DISCOVERY ORDERS AND TO COMPEL; (2) TO OVERRULE IMPROPER INSTRUCTIONS; AND (3) FOR SANCTIONS<br><br>Hearing Date: January 3, 2008<br>Time: 9:00 a.m.<br>Place: TBD<br><br>Discovery Cut-off: January 28, 2008<br>Pre-trial Conference: May 5, 2008<br>Trial Date: May 27, 2008. |

07209/2334979.2

SUPPLEMENTAL DECLARATION OF JON COREY

## DECLARATION OF JON D. COREY

I, Jon D. Corey, declare as follows:

1. I am a member of the bars of the State of California and the District of Columbia. I am a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this supplemental declaration in support of Mattel's Motion to Mattel, Inc.'s Motion (1) to enforce court's discovery orders and to compel; (2) to overrule improper instructions; and (3) for sanctions. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Attached as Exhibit 1 is a true and correct copy of excerpts from the Deposition of Lisa Tonnu, taken on July 19, 2007.

3. Attached as Exhibit 2 is a true and correct copy of excerpts from the Deposition of Lisa Tonnu, taken on September 24, 2007.

4. Attached as Exhibit 3 is a true and correct copy of excerpts from the Deposition of Lisa Tonnu, taken on September 25, 2007.

5. Attached as Exhibit 4 is a true and correct copy of Tonnu Deposition Exhibit No. 521.

6. Attached as Exhibit 5 is a true and correct copy of excerpts from the Deposition of Margaret Leahy, dated December 12, 2007.

7. Attached as Exhibit 6 is a true and correct copy of a letter from me to Jim Jenal, dated July 24, 2007. Neither Mr. Jenal nor any counsel for MGA responded.

8. Attached as Exhibit 7 is a true and correct copy of excerpts from the Deposition of Rebecca Harris, dated July 20, 2007.

9. Attached as Exhibit 8 is a true and correct copy of a letter from Michael T. Zeller to Thomas Nolan, dated November 15, 2007, setting forth the deficiencies in the testimony of Edmond Lee, MGA Hong Kong's Rule 30(b)(6) designee and requesting that Mr. Lee be produced for additional examination.

10. Attached as Exhibit 9 is a true and correct copy of a letter from B. Dylan Proctor to Timothy Miller, dated December 20, 2007, setting forth in further detail the deficiencies in Mr. Lee's testimony and again requesting that Mr. Lee be produced for additional deposition time. To date, MGA Hong Kong has not produced Mr. Lee for further examination.

11. Attached as Exhibit 10 is a true and correct copy of a letter from Marcus Mumford, to me, dated November 28, 2007.

12. On Friday, December 21, 2007, I spoke with Amy Park, counsel for MGA. Ms. Park informed me of two Larian Trusts: Isaac and Angela Larian Family Trust and Isaac E. Larian Qualified Annuity Trust.

13. Attached as Exhibit 11 is a true and correct copy of a letter from Timothy A. Miller to Scott Kidman, my partner, dated December 20, 2007.

14. Attached as Exhibit 12 is a true and correct copy of the Declaration of Isaac Larian, dated February 24, 2003 and Bates-stamped MGA 3765285-286.

15. Attached as Exhibit 13 is a true and correct copy of excerpts from the Deposition of Paula Garcia, dated May 25, 2007

16. Attached as Exhibit 14 is a true and correct copy of excerpts from the Deposition of Paula Garcia, dated October 10, 2007.

17. Attached as Exhibit 15 is a true and correct copy of excerpts from the Deposition of Steven Linker, dated September 13, 2006.

18. Attached as Exhibit 16 is a true and correct copy of excerpts from the Deposition of Kenneth Lockhart, dated June 14, 2007.

19. Attached as Exhibit 17 is a true and correct copy of the Zapf 2006 Annual Report.

20. Attached as Exhibit 18 is a true and correct copy of a letter I sent to Amy Park, dated December 12, 2007.

1  21. Attached as Exhibit 19 is a true and correct copy of a letter from Andrew C. Temkin to me, dated December 20, 2007.

2  22. Attached as Exhibit 20 is a true and correct copy of Harris Deposition Exhibit No. 532.

3  23. Timothy Miller, counsel for MGA, represented during a November 16, 2007 conference of counsel that the testimony of MGA's Rule 30(b)(6) designees was full and complete.

4  24. Attached as Exhibit 21 is a true and correct copy of Harris Deposition Exhibit No. 534.

5  25. Attached as Exhibit 22 is a true and correct copy of Harris Deposition Exhibit No. 535.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 26, 2007, at Park City, Utah.

*Jon D. Corey* (signature)
Jon D. Corey