# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) <br> v. <br> DEFENDANT(S). | **NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**



**Document Description:**

☐　Administrative Record

☐　Exhibits

☐　Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)

☐　Other

**Reason:**

☐　Under Seal

☐　Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐　Electronic versions are not available to filer

☐　Per Court order dated _____

☐　Manual Filing required (*reason*):

_____    _____
Date                                                                      Attorney Name

_____
Party Represented

Note:   File one Notice in each case, each time you manually file document(s).

G-92 (02/07)                                         **NOTICE OF MANUAL FILING**