**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| CARTER BRYANT | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV 04-9049 SGL (RNBx) |
| v. | |
| MATTEL, INC. | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
(1) Declaration of Jon D. Corey in Support of Mattel, Inc.'s Opposition to Carter Bryant and MGA Defendants' Ex Parte Application to Compel Properly Noticed Depositions; (2) Application to File Under Seal; (3) Proposed Order

**Document Description:**
- ☐ Administrative Record
- ☑ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)
- ☑ Other  Declaration; Application to File Under Seal; Proposed Order

**Reason:**
- ☑ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☐ Per Court order dated _____
- ☐ Manual Filing required (*reason*):

January 6, 2008
Date

B. Dylan Proctor
Attorney Name

Mattel, Inc.
Party Represented

Note:   File one Notice in each case, each time you manually file document(s).

G-92 (02/07)                                NOTICE OF MANUAL FILING