**EXHIBIT 1**

 

**SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  - Eastern Division
**CIVIL MINUTES - GENERAL**

Case No.     CV 04-09059 SGL(RNBx)                          Date:  February 12, 2007
Title:       MATTEL, INC. -v- CARTER BRYANT, DOES 1-10, INCLUSIVE
             **Consolidated Action**
             CV 05-02727 SGL(RNBx)    MGA ENTERTAINMENT v. MATTEL, INC.,
==================================================================================

PRESIDING:  HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

Jim Holmes                               Theresa Lanza
Courtroom Deputy Clerk                   Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

John B. Quinn and Michael Zeller for     Diana M. Torres for MGA
Mattel                                   Keith A. Jacoby for Carter Bryant

PROCEEDINGS:     SCHEDULING CONFERENCE PURSUANT TO FRCP 16(b)

        The Court convened a scheduling conference pursuant to FRCP 16(b).  Court and counsel
discussed case management and thereafter the court set the following schedule:  See attachment
"Schedule of Trial and Pretrial Dates."

        Counsel stipulated pursuant to Local Rule 16-14, to settlement procedure #3, to a retired judicial
officer or other private or non-profit dispute resolution body for mediation type settlement proceedings.
The Court approves the request and refers this case to an outside Mediator to act as the Settlement
Officer.  Counsel are directed to contact such outside Mediator to schedule a settlement conference as
soon as the parties believe such a conference would be fruitful. The cut-off to complete the mandatory
settlement procedures under Local Rule 16-14, is December 3, 2007, in Case No. CV 04-09059-SGL
(RNBx) Mattel, Inc. v. Carter Bryant, and the cut-off to complete the mandatory settlement procedures
under Local rule 16-14, is April 21, 2008, in Case No. CV 05-02727 SGL (RNBx) MGA Entertainment v.
Mattel, Inc.

        The Court further ordered that in both Case No. CV 04-09049-SGL (RNBx), Mattel, Inc. v. Carter
Bryant, and Case No. CV 05-02727 SGL (RNBx), MGA Entertainment v. Mattel, Inc.:

        1.      Non-Expert Depositions are limited to a total of 24 for each side for both cases.
        2.      Expert Depositions are limited to a total of 20 for each side for both cases.
        3.      Interrogatories are limited to 50 for each side for both cases.

        IT IS SO ORDERED.

MINUTES FORM 90                                                    Initials of Deputy Clerk: jh
CIVIL – GEN                   Page 1     FEB 2 2 2007             00/30

EXHIBIT __ PAGE 4



## SCHEDULE OF TRIAL AND PRETRIAL DATES

CASE NAME:    MGA ENTERTAINMENT, INC. V. MATTEL, INC., et al.,

CASE NO:    CV 05-2727-SGL (RNBx)

| Matter | Time | Court Order |
|---|---|---|
| Jury Trial Date | 9:30 am | 07/01/08 |
| Estimated Length of Trial | | |
| (Hearing on Motions in Limine; Hearing on Disputed Jury Instructions | 10:00 am | 06/23/08 |
| Final Pretrial Conference, LR 16-7 Motions in Limine to be filed | 11:00 am | 06/02/08 |
| Lodge Pretrial Conference Order, LR 16-6 to 16-6.2; File Contentions of Fact and Law, LR16-2.8; Exhibit & Witness Lists, LR 16-4 to 16-5; File Status Report regarding Settlement; File Rule 26(e)(1) Supplementation File Agreed Upon Set of Jury Instructions and Verdict Forms LR 49-1 to 49-2, 51-1 to 51-5.1; File Joint Statement regarding Disputed Instructions, Verdicts, etc. | | 05/19/08 |
| Last date to conduct Settlement Conference | | 04/21/08 |
| Last date for hearing motions, LR 7.2, et seq. | 10:00 am | 04/07/08 |
| Discovery cut-off | | 03/03/08 |
| Last date to Amend Pleadings or Add Parties | | Closed |

### ADDITIONAL MATTERS TO BE DETERMINED AT SCHEDULING CONFERENCE

LR 16-14.4 Settlement Selection:
to be discussed

[ ] 1. CT/USMJ

[ ] 2. Attorney Settlement Panel

[✓] 3. Outside ADR

[ ]

DOE Dismissal:

Complaint Filed: 04/13/05

Dismissal Date:

SET DATE
to be discussed

S:\SGL\CIVIL ORDERS\MGA 05-2727 MO 2-12-07.wpd

EXHIBIT __1__ PAGE 5

**From:**    Name:          United States District Court
                            312 North Spring Street
                            Los Angeles, CA  90012
             Voice Phone:   (213) 894-5474


**To:**     Name:          Michael Zeller
            Company:

                           865 S Figueroa St, 10th Floor,
            City/State:    Los Angeles, CA 90017-2543
            Fax Number:    213-443-3100

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**



## Automated Document Delivery Service
*Notice pursuant to Rule 77(d) FRCiv.P*
*The attached copy is hereby served upon you pursuant to Federal Rule of Civil Procedure 77(d).*

**Fax Notes:**

Case 2:05-CV-02727 : MGA ENTERTAINMENT INC V. MATTEL INC ET AL


*Pursuant to General Order 06-07, Section F, the following documents shall be submitted in the traditional manner: Pen Registers, Search Warrants, Seizure Warrants, Wire Taps, Bond Related Documents, Under Seal and In-Camera Documents, and All Charging Documents (Complaints, Informations, Indictments, and Superseding Charging Documents). All other documents filed in cases unassigned to a judge shall be filed electronically with a copy e-mailed to the criminal intake mailbox for the appropriate division. The proper e-mail address for each division is as follows:*

*Western Division:  CrimIntakeCourtDocs-LA@cacd.uscourts.gov*
*Southern Division:  CrimIntakeCourtDocs-SA@cacd.uscourts.gov*
*Eastern Division:  CrimIntakeCourtDocs-RS@cacd.uscourts.gov*

*For additional information and assistance, please refer to the CM/ECF page on the Court website at www.cacd.uscourts.gov.*

**Switch to e-mail delivery and get these documents sooner!**
**To switch, complete and submit**
**Optical Scanning Enrollment / Update form G-76.**
**Call 213-894-5474 for help and free technical support.**

*If you received this document in error because the attorney with whom this document is directed is no longer the attorney on the case, a Notice of Change of Attorney Information, form G-6, must be filed. If there are other cases which you've received documents for which you are no longer the attorney, separate notices must be filed for each case. Failure to do so will result in the continued sending of documents to you. Form G-6 is available on the court's website at www.cacd.uscourts.gov or at the Clerk's Office.*

Date and time of transmission:        Thursday, February 22, 2007 3:14:36 PM
Number of pages including this cover sheet:  03

**EXHIBIT __ PAGE 6**

**EXHIBIT 2**

# THIS EXHIBIT IS FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

**EXHIBIT 3**

**THIS EXHIBIT IS FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

**EXHIBIT 4**

**THIS EXHIBIT IS FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

**EXHIBIT 5**

**THIS EXHIBIT IS FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

**EXHIBIT 6**

```
1              UNITED STATES DISTRICT COURT

2            CENTRAL DISTRICT OF CALIFORNIA

3                   EASTERN DIVISION

4

5      ----------------------------------

6   CARTER BRYANT, an individual,    )      Certified Copy

7                    Plaintiff,      )

8                vs.                  )  No. CV 04-09049 SGL

9   MATTEL, INC., a Delaware         )  (RNBx)   (c/w CV

10  Corporation,                     )  04-9059 & 05-2727)

11                   Defendant.      )

12  --------------------------------- )

13  CONSOLIDATED WITH MATTEL, INC.,  )

14  v. BRYANT and MGA ENTERTAINMENT, )

15  INC., v. MATTEL, INC.            )

16  ----------------------------------

17

18          Transcript of Proceedings before

19           the Honorable Edward A. Infante,

20          via conference call, commencing at

21           9:29 A.M., Wednesday, April 4, 2007

22          before Cathryn L. Baker, CSR No. 7695.

23

24

25  PAGES 1 - 33
                                                      1
```

EXHIBIT 6 PAGE 347

```
 1              JUDGE INFANTE:  That's right.  Pick a day in
 2    early June.  And if you got a motion to bring, I'll hear
 3    it whenever you want.
 4              MR. COREY:  Pick a date --
 5              MR. JACOBY:  Jim, does that work for you?
 6              MR. JENAL:  Yes, it does.
 7              MR. JACOBY:  Okay.  So if you get us a date in
 8    June.
 9              MR. COREY:  What dates do you guys have
10    available in June?
11              MR. JENAL:  I'm unavailable the 5th through
12    the 10th, but that's probably not crucial because I
13    suspect Diana will cover this anyway.  So either before
14    that or after that would be preferable on my front.
15              MR. JACOBY:  The only dates -- I'll give you
16    my blackout dates in June.  June 6, 7, 8 and 11, the
17    20th.  Those are my only blackout dates right now.
18              MR. COREY:  So if I get a date during the week
19    of June 18th, other than the 20th, that should work?
20              MR. JACOBY:  We'll make it work.
21              MR. JENAL:  Week of June 18th, that's fine.
22              MR. JACOBY:  And you need new dates for Jules.
23    Do you want similar availability dates for Nordquist?
24              MR. COREY:  Mr. Jenal, do you have other
25    blackout dates in June?  And I'll get dates for
                                                          26
```

```
 1    Ms. Nordquist and Mr. Palmer in June.

 2              MR. JACOBY:  I thought he was May 25th.

 3              MR. COREY:  That's right.  You're right.  We

 4    tentatively put him at the 25th.

 5              JUDGE INFANTE:  You just need some dates for

 6    Ms. Nordquist.

 7              MR. JENAL:  And we also -- three other people,

 8    Patty Howard, Sarah Mazes and Dean Stefan, we don't have

 9    dates for either.

10              MR. COREY:  And these are all third parties,

11    and Ms. Morris advised me that they would likely be

12    duplicative of Mr. Hudnut's testimony.  You may want to

13    take them individually anyway but --

14              JUDGE INFANTE:  Well, the question is whether

15    you're designating them.

16              MR. COREY:  At this point with Mr. Hudnut

17    testifying, I don't think it will be necessary to

18    designate them.

19              JUDGE INFANTE:  Okay.

20.             If Mr. Hudnut doesn't have adequate knowledge,

21    then we'll re-examine the issue.

22              MR. COREY:  Exactly.

23              MR. JENAL:  What was Ms. Nordquist on?

24              MR. COREY:  On topics 2 through 7.

25              MR. JACOBY:  Have we now covered all the
```

                                                              27

EXHIBIT 6 PAGE 349

1    topics that are addressed by the order?

2              MR. COREY:  My understanding is that we have.

3              MR. JACOBY:  Okay.  So, your Honor, would you

4    like one of us to draft a proposed schedule that will

5    then be memorialized in an order?  Can we assume these

6    depositions will start at 9:30 unless we've agreed to do

7    it in the afternoon?

8              JUDGE INFANTE:  What's your normal practice?

9              MR. JACOBY:  That's our normal practice, 9:30

10   to 10:00.

11             JUDGE INFANTE:  That's fine.

12             MR. JACOBY:  And I presume, Jon, they'll all

13   be at Quinn Emanuel?  No, I guess they're our depos, so

14   they'll either be at O'Melveny or Century City.  I'm

15   fine if they're all at O'Melveny since you're both

16   downtown.  Are there any that you want in Century City

17   because of witness convenience?

18             MR. COREY:  I can't say that -- I can say

19   that -- give me just a second to look through this.

20   Downtown should be fine, with the potential exception of

21   Ms. Ross.

22             MR. JENAL:  We have a San Francisco office,

23   that's no problem.

24             MR. JACOBY:  As do we.  Okay.  Let me go over

25   the names again, I've created a list, to make sure I

                                                        28

EXHIBIT 6 PAGE 350

```
 1    have it right.  Topic 49 and 50 is Ms. Lissa Freed,

 2    formerly Ms. Enzer, on May 3rd.  Topic 41 is Jules

 3    Andres on May 17.  Topics 2 through 7, 54, 56 and 22 is

 4    Sandy Yonemoto on May 9 and 10.  Topics 2 through 7 is

 5    Joni Pratt on the afternoon of May 2nd in Los Angeles.

 6    Topics 2 through 7 is Congchangco Kislap on April 24th.

 7    2 through 7, Rob Hudnut on May 31st.  2 through -- is it

 8    Renee Pasko?

 9              MR. COREY:  Yes.

10              MR. JACOBY:  On May 18th.  E-mail retention

11    1998 to the present, Fred Kawashima, May 22.  The

12    document management at the design center, Julia Marine,

13    May 23rd.  Phone logs, Rob Palmer, May 25.  Topics 22,

14    23, Ivy Ross, tentatively the week of June 18, other

15    than the 20th.  Topics 2 through 7, Jill Nordquist on a

16    yet-to-be-determined date.

17              MR. COREY:  And I'll try to get Ms. Nordquist

18    during that same week.

19              MR. JACOBY:  So we'll do that the same week.

20    And potential witnesses to supplement topics 2 through 7

21    are Patty Howard, and who are the other two?

22              MR. COREY:  Sarah Maizes, M-a-i-z-e-s.

23              MR. JACOBY:  And?

24              MR. COREY:  Dean Stefan, S-t-e-f-a-n.

25              MR. JACOBY:  Dean, like Dean --
```

29

EXHIBIT 6  PAGE 351

1            MR. COREY:  Yeah, like D-e-a-n.

2            MR. JACOBY:  Okay.  And we're not going to set

3     dates for them yet, we're going to wait until Rob Hudnut

4     testifies and see if we will need them.

5            MR. COREY:  Correct.

6            MR. JENAL:  Can I get one clarification on --

7     is it Ms. Yonemoto, is she covering 54 through 56?

8     Previously you had designated Ivy Ross on 55.

9            MR. COREY:  Ivy Ross and -- let me take a step

10    back.  Some of the witnesses that have been designated

11    will also be addressing topics other than the ones set

12    forth in the order.  For example, Kislap and Pasko will

13    likely be addressing topics 10 through 11 as well, which

14    relates to Diva Starz.  Ivy Ross will also addressing

15    topic 55, as well as Jill Nordquist.  But within the

16    next couple of days I can provide you with the

17    additional designations that people -- the additional

18    topics that these people will address, in addition to

19    those covered by the order.

20           MR. JACOBY:  Can we agree by -- do you need

21    till Friday or Monday to give us those additional

22    topics?  My understanding is you're doing that because

23    you're in the process of meeting and conferring.  I

24    think we had a motion that was on the runway for the

25    remaining topics.  So you're trying to eliminate those

                                                          30

EXHIBIT 6 PAGE 352

1    issues by designating these people on additional topics?

2              MR. COREY:  I have repeatedly invited someone

3    from your office to continue that meeting of counsel

4    with me, and in connection with that meeting of counsel

5    we addressed some topics that we came to an agreement

6    on, and those include topics 10 and 11 related to Diva

7    Starz.

8              MR. JACOBY:  Why don't you do this, do you

9    need till close of business Friday or Monday?

10             MR. COREY:  Actually, I'm going to get on a

11   plane and I'm not going to be back until Friday, so

12   Monday will be preferable.

13             MR. JACOBY:  How about by close of business

14   Monday you'll give us any additional topics these people

15   or additional people are going to testify on.  And then

16   I'll commit to having another meet and confer with you

17   to deal with the remaining topics, and we'll hold off on

18   filing that motion until that happens.  And that meet

19   and confer will be next week.

20             MR. COREY:  That should be fine.

21             MR. JACOBY:  Okay.  Is there anything else?

22             JUDGE INFANTE:  This is Judge Infante.  I must

23   say, the motion for sanctions is denied without

24   prejudice.  The order of January 30th is modified to

25   extend the time within which to complete the depositions

                                                      31

```
 1    regarding that order until, let's say, June 26th, 2007.
 2              MR. COREY:  Thank you, your Honor.
 3              JUDGE INFANTE:  You may prepare a stipulation
 4    and order for me to sign and I'll be glad to sign it.
 5              MR. JACOBY:  Thank you for your time this
 6    morning, your Honor.
 7              MR. COREY:  Thank you.
 8              JUDGE INFANTE:  Thank you.
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                                                           32
```

EXHIBIT  6  PAGE 354

```
1    STATE OF CALIFORNIA      )    ss
2    COUNTY OF LOS ANGELES    )
3
4              I, CATHRYN L. BAKER, CSR No. 7695, do
5    hereby certify
6              That the foregoing transcript of proceedings
7    was taken before me at the time and place therein set
8    forth;
9              That the hearing was recorded stenographically
10   by me, was thereafter transcribed under my direction and
11   supervision and that the foregoing is a true record of
12   same.
13             I further certify that I am neither counsel
14   for nor related to any party to said action, nor in
15   any way interested in the outcome thereof.
16             IN WITNESS WHEREOF, I have subscribed my
17   name this 23rd day of April, 2007.
18
19
20   _____
21            CATHRYN BAKER, CSR No. 7695
22
23
24
25
                                                          33
```

EXHIBIT 6 PAGE 355

**EXHIBIT 7**

**THIS EXHIBIT IS FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**