1  THOMAS J. NOLAN (Bar No. 66992)
   (tnolan@skadden.com)
2  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue
3  Los Angeles, CA 90071-3144
   Tel.: (213) 687-5000/Fax: (213) 687-5600
4
5  RAOUL D. KENNEDY (Bar No. 40892)
   (rkennedy@skadden.com)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
6  4 Embarcadero Center, 38th Floor
   San Francisco, CA 94111-5974
7  Tel.: (415) 984-6400 / Fax: (415) 984-2698

8  Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited,
   MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian
9

10               UNITED STATED DISTRICT COURT

11               CENTRAL DISTRICT OF CALIFORNIA

12

13

14  CARTER BRYANT, an individual,        ) CASE NO. CV 04-09049 SGL
                                         ) (RNBx)
                    Plaintiff,           )
15                                       ) **DISCOVERY MATTER**
          v.                             )
16                                       )
    MATTEL, INC., a Delaware             ) ORDER
17  corporation,                         )
                                         )
18                  Defendant.           )
                                         )
19  _____  )
                                         )
    AND CONSOLIDATED ACTIONS             )
20                                       )
    _____  )

21

22

23

24

25

26

27

28

## ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the following documents be filed under seal pursuant to Local Rule 79-5.1: MGA's Opposition to Mattel, Inc.'s Motion to Compel Responses to Interrogatories (NOS. 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 46, 47, 48, 49 and 50) By the MGA Parties, the Declaration of Timothy A. Miller in Support Thereof and MGA's Response to Mattel, Inc.'s Separate Statement.

DATED: January 04, 2008

/S/ *[signature]*

Hon. Stephen G. Larson
United States District Court Judge