QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS. | CASE NO. CV 04-09049 SGL (RNBx)<br><br>Consolidated with Case Nos. CV 04-9059 and CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>[PUBLIC REDACTED] DECLARATION OF BRIDGET A. HAULER IN SUPPORT OF MATTEL, INC.'S MOTIONS TO BE HEARD ON JANUARY 7, 2008<br><br>Hearing Date: January 7, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 1<br><br>**Phase I**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2338250.1

DECLARATION OF BRIDGET A. HAULER

**DECLARATION OF BRIDGET A. HAULER**

I, Bridget A. Hauler, declare as follows:

1. I am a member of the Bar of the State of California, am admitted to practice before this Court and am an associate at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for plaintiff and cross-defendant Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. Attached as Exhibit 1 is a true and correct, black and white copy of an email from Judy Rich to Mercedeh Ward, copy to Cecilia Kwok and Samuel Wong, dated October 16, 2000.

3. Attached as Exhibit 2 is a true and correct copy of excerpts from the Rough Deposition Transcript of Veronica Marlow, dated December 28, 2007.

4. Attached as Exhibit 3 is a true and correct copy of excerpts from the Deposition Transcript of Carter Bryant, Vol. 2, dated November 5, 2007.

5. Attached as Exhibit 4 is a true and correct copy of excerpts from the Deposition Transcript of Lisa Tonnu, Vol. 2, dated September 24, 2007.

6. Attached as Exhibit 5 is a true and correct copy of excerpts from MGA's Supplemental Responses to Mattel's Revised Third Set of Interrogatories, dated November 30, 2007.

7.   Attached as Exhibit 6 is a true and correct copy of excerpts from the Deposition Transcript of Richard Irmen, dated September 28, 2007.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 31, 2007, at Los Angeles, California.

By /s/ Bridget A. Hauler
Bridget A. Hauler