1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
    John B. Quinn (Bar No. 90378)
2    (johnquinn@quinnemanuel.com)
    Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
    Jon D. Corey (Bar No. 185066)
4    (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California  90017-2543
   Telephone:  (213) 443-3000
6  Facsimile:  (213) 443-3100

7  Attorneys for Mattel, Inc.

8                UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                    EASTERN DIVISION

11 CARTER BRYANT, an individual,        CASE NO. CV 04-9049 SGL (RNBx)
                                        Consolidated with
12            Plaintiff,                Case Nos. CV 04-09059 & CV 05-2727

13      vs.                             **DISCOVERY MATTER**

14 MATTEL, INC., a Delaware             **[To Be Heard By Hon. Edward
   corporation,                         Infante (Ret.) Pursuant To Order Of
15                                       December 6, 2006]**

16            Defendant.                APPLICATION TO FILE UNDER
                                        SEAL CERTAIN EXHIBITS TO THE
17                                       SUPPLEMENTAL DECLARATION
   _____      OF JON D. COREY IN SUPPORT OF
18 AND CONSOLIDATED ACTIONS             MATTEL, INC.'S MOTIONS TO
                                        COMPEL FARHAD LARIAN, STERN
19                                       & GOLDBERG AND KAYE
                                        SCHOLER TO PRODUCE
20                                       DOCUMENTS

21                                      [Local Rule 79-5.1]

22                                      Hearing Date:    January 10, 2008
                                        Time:            9:30 a.m.
23                                      Place:           Telephonic

24                                      **Phase 1**
                                        Discovery Cut-Off:     January 28, 2008
25                                      Pre-Trial Conference:  May 5, 2008
                                        Trial Date:            May 27, 2008

26

27

28

07209/2337034.1

                                        APPLICATION TO FILE UNDER SEAL

1       Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order entered by

2  the Court in this action, plaintiff Mattel, Inc. ("Mattel") hereby respectfully requests

3  that the Court order filed under seal Exhibits 10 and 14 to the concurrently filed

4  Supplemental Declaration of Jon D. Corey in Support of Mattel, Inc.'s Motions to

5  Compel Farhad Larian, Stern & Goldberg and Kaye Scholer to Produce Documents

6  ("Supplemental Corey Declaration").

7       The Supplemental Corey Declaration attaches as exhibits documents that

8  Carter Bryant, MGA Entertainment, Inc. ("MGA"), or Mattel, Inc. have designated

9  as "Confidential" and/or "Confidential--Attorneys' Eyes Only" pursuant to the

10  Protective Order.  As Exhibits 10 and 14 to the Supplemental Corey Declaration

11  consist of materials designated by Carter Bryant, MGA, or Mattel as "Confidential"

12  and/or "Confidential--Attorneys' Eyes Only," Mattel requests that the Court order

13  Exhibits 10 and 14 be filed under seal.

14

15  DATED:  January 4, 2008      QUINN EMANUEL URQUHART OLIVER &
                                 HEDGES, LLP

16

17                           By

18                             Bernard Smyth
                             Attorneys for Plaintiff

19                             Mattel, Inc.

20

21

22

23

24

25

26

27

28

APPLICATION TO FILE UNDER SEAL