| | |
|---|---|
| 1 | THOMAS J. NOLAN (Bar No. 66992) |
| | (tnolan@skadden.com) |
| 2 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| | 300 South Grand Avenue |
| 3 | Los Angeles, CA 90071-3144 |
| | Tel.: (213) 687-5000/Fax: (213) 687-5600 |
| 4 | |
| | RAOUL D. KENNEDY (Bar No. 40892) |
| 5 | (rkennedy@skadden.com) |
| | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| 6 | 4 Embarcadero Center, 38th Floor |
| | San Francisco, CA 94111-5974 |
| 7 | Tel.: (415) 984-6400 / Fax: (415) 984-2698 |
| 8 | Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian |

UNITED STATED DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CARTER BRYANT, an individual,

    Plaintiff,

v.

MATTEL, INC., a Delaware corporation,

    Defendant.

AND CONSOLIDATED ACTIONS

CASE NO. CV 04-9049 SGL (RNBx)

**DISCOVERY MATTER**

APPLICATION TO FILE UNDER SEAL MGA'S AND CARTER BRYANT'S REPLY IN FURTHER SUPPORT OF ITS MOTION TO OVERRULE MATTEL'S RELEVANCE OBJECTION AND COMPEL DISCOVERY RELEVANT TO MATTEL'S EMPLOYEE AGREEMENTS; DECLARATION OF PAUL M. ECKLES IN FURTHER SUPPORT OF MGA'S AND CARTER BRYANT'S MOTION TO OVERRULE MATTEL'S RELEVANCE OBJECTION AND COMPEL DISCOVERY RELEVANT TO MATTEL'S EMPLOYEE AGREEMENTS; AND

[PROPOSED] ORDER

1

2  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by
3  the Court in this action, MGA Entertainment, Inc. ("MGA") hereby respectfully
4  requests that the Court order the following documents be filed under seal: MGA's
5  and Carter Bryant's Reply in Further Support of Its Motion to Overrule Mattel's
6  Relevance Objection and Compel Discovery Relevant to Mattel's Employee
7  Agreements, the associated Declaration of Paul M. Eckles and related exhibits.
8  Good cause exists for filing these documents under seal, as they refer to certain
9  documents that have been designated as "Confidential" or "Confidential—Attorneys'
10 Eyes Only" pursuant to the Protective Order.

11

12 DATED: January 3, 2008

13                           SKADDEN, ARPS, SLATE, MEAGHER &
                             FLOM, LLP
14
15 By: _____
                             Raoul D. Kennedy
16                           Attorneys for MGA Entertainment, Inc.

## ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the following documents be filed under seal pursuant to Local Rule 79-5.1: MGA'S and Carter Bryant's Reply In Further Support Of Its Motion To Overrule Mattel's Relevance Objections And Compel Discovery Relevant To Mattel's Employee Agreements and the Declaration of Paul M. Eckles in Support Thereof.

DATED: January ___, 2008

_____
Hon. Stephen G. Larson
United States District Court Judge

Sent to CM
~~Potter~~
A83T - JTW