QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Mattel, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Hon. Edward Infante (Ret.) Pursuant To The Court's Order Of December 6, 2006]**<br><br>ORDER RE<br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL PORTIONS OF ITS REPLY IN SUPPORT OF MOTION (1) TO ENFORCE COURT'S DISCOVERY ORDERS AND TO COMPEL; (2) TO OVERRULE IMPROPER INSTRUCTIONS; AND (3) FOR SANCTIONS; AND CERTAIN EXHIBITS TO THE SUPPLEMENTAL DECLARATION OF JON D. COREY<br><br>Date:     January 3, 2008<br>Time:    1:30 p.m.<br>Place:    JAMS<br>              Two Embarcadero Center<br>              Suite 1500<br>              San Francisco, California<br><br>**Phase 1**<br>Discovery Cut-Off:    January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date:                May 27, 2008 |

1

2                                          ORDER

3

4

5          Based on the concurrently filed Application to File Under Seal Portions

6   of Mattel's Reply in support of its Motion (1) to Enforce Court's Discovery Orders

7   and to Compel; (2) to Overrule Improper Instructions; and (3) for Sanctions; and

8   Certain Exhibits to the Supplemental Declaration of Jon D. Corey, and good cause

9   appearing for the entry thereof, IT IS HEREBY ORDERED:

10         Mattel's Reply in support of its Motion (1) to Enforce Court's

11  Discovery Orders and to Compel; (2) to Overrule Improper Instructions; and (3) for

12  Sanctions at 12:8-15; 12:19-14:2; 15:8-20; 16:4-20; 18:10-19:10; 20:15-21:2;

13  21:11-21; 23:13-25:5; 36:4-37:3; 38:1-41:9, and Exhibits 1, 2, 3, 5, 7, 12, 13, 14, 15,

14  16, 20, 21 and 22 to the Supplemental Declaration of Jon D. Corey in support of

15  Mattel's Motion (1) to Enforce Court's Discovery Orders and to Compel; (2) to

16  Overrule Improper Instructions; and (3) for Sanctions are ORDERED filed under

17  seal pursuant to Local Rule 79-5.1.

18  DATED:    January 07, 2008          _____

19

20

21                                                        S G Larson

22                                       Hon. Stephen G. Larson
                                         United States District Judge
23

24

25

26

27

28