QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>         Plaintiff,<br><br>    vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>         Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Hon. Edward Infante (Ret.) Pursuant To The Court's Order Of December 6, 2006]**<br><br>ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL CONSOLIDATED SEPARATE STATEMENT NO. 1 AND CONSOLIDATED SEPARATE STATEMENT NO. 2 IN SUPPORT OF MOTION (1) TO ENFORCE COURT'S DISCOVERY ORDERS AND TO COMPEL; (2) TO OVERRULE IMPROPER INSTRUCTIONS; AND (3) FOR SANCTIONS<br><br>Date:  January 3, 2008<br>Time:  1:30 p.m.<br>Place:  JAMS<br>    Two Embarcadero Center<br>    Suite 1500<br>    San Francisco, California<br><br>**Phase 1**<br>Discovery Cut-Off:   January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date:              May 27, 2008 |

07209/2338627.1

[PROPOSED] ORDER

## ORDER

Based on the concurrently filed Application to File Under Seal Consolidated Separate Statement No. 1 and Consolidated Separate Statement No. 2 in Support of Motion (1) to Enforce Court's Discovery Orders and to Compel; (2) to Overrule Improper Instructions; and (3) for Sanctions, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Consolidated Separate Statements Nos. 1 and 2 in support of Motion (1) to Enforce Court's Discovery Orders and to Compel; (2) to Overrule Improper Instructions; and (3) for Sanctions are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: January 07, 2008

_____

Hon. Stephen G. Larson
United States District Judge