QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with Case Nos. CV 04-09059 & CV 05-2727 |
| vs. | **DISCOVERY MATTER** |
| MATTEL, INC., a Delaware corporation, | **[To Be Heard By Hon. Edward Infante (Ret.) Pursuant To Order Of December 6, 2006]** |
| Defendant. | SUPPLEMENTAL DECLARATION OF JON D. COREY IN SUPPORT OF MATTEL, INC.'S REPLY |
| AND CONSOLIDATED ACTIONS | MEMORANDUM OF MATTEL INC. IN RESPONSE TO OPPOSITIONS OF FARHAD LARIAN, STERN & GOLDBERG, KAYE SCHOLER AND MGA TO MOTIONS TO PRODUCE DOCUMENTS |
| **CONFIDENTIAL -- ATTORNEY'S EYES ONLY** | Date: January 10, 2008 Time: 10:00 a.m. Place: Telephonic |
| **SUBJECT TO PROTECTIVE ORDER** | **Phase 1** Discovery Cut-Off: January 28, 2008 Pre-Trial Conference: May 5, 2008 Trial Date: May 27, 2008 |

07209/2342485.1

1                SUPPLEMENTAL DECLARATION OF JON D. COREY

2                I, Jon D. Corey, declare as follows:

3             1.      I am a member of the bars of the State of California and the
4 District of Columbia. I am a partner at Quinn Emanuel Urquhart Oliver &
5 Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration in
6 support of Mattel, Inc.'s Reply Memorandum to Oppositions of Farhad Larian, Stern
7 & Goldberg, Kaye Scholer and MGA to Motions to Produce Documents ("Reply").
8 I make this declaration of personal, firsthand knowledge, and if called and sworn as
9 a witness, I could and would testify competently thereto. I make this declaration
10 because at the time Mattel filed its Reply, Mattel anticipated that the Discovery
11 Master would hear other motions and certain of the statements in the Reply would
12 be supported by declarations submitted in connection with other motions. At the
13 hearing on January 3, 2008, however, the Discovery Master said that only motions
14 relating to third party subpoenas would be heard. Mattel, therefore, submits this
15 supplemental declaration in support of its Reply.

16             2.      At issue is the production of documents by third-parties Kaye
17 Scholer, Stern & Goldberg, and Farhad Larian. In the past, MGA has produced
18 requested documents only after a third-party's production exposed MGA's previous
19 failure to produce. For example, in September 2006, a third-party witness, Steven
20 Linker, produced Bratz design drawings and Bratz product development documents.
21 Linker's production included a multitude of Bratz materials he had received from or
22 exchanged with MGA and Bryant before Bryant left Mattel.

23             (a)      Attached as Exhibit A are true and correct copies of excerpts
24 from the deposition transcript of Steven Linker, taken on September 13, 2006.

25             (b)      Attached as Exhibit B are true and correct copies of email
26 messages dated October 12, 14, and 23, 2000 from Liz Hogan, Linker's design
27 partner, to MGA, which were produced by Steven Linker on September 13, 2006
28 pursuant to subpoena.

1              (c)  Attached as Exhibit C is a true and correct copy of Bratz
2 design drawing, Bates No. SL00044, that Linker received from MGA and Bryant on
3 October 19, 2000 as part of a packet of design and marketing materials on Bratz that
4 Linker produced on September 13, 2006 in this action.

5         3.     Neither MGA nor Bryant had produced any of the documents
6 that predated Bryant leaving Mattel until Linker's production proved that existed.
7 Before Linker's testimony, MGA had produced an email relating to Bratz
8 development that Linker's design partner, Liz Hogan, had sent to MGA on October
9 23, 2000 -- a date conveniently after the date that Bryant left Mattel.  MGA,
10 however, had not produced the emails pre-dating Bryant's last day of employment at
11 Mattel that Hogan had exchanged with MGA on that very same subject.  Attached
12 as Exhibit D is a true and correct copy of Liz Hogan e-mail message dated October
13 23, 2000, which had been produced by MGA on May 16, 2005.  E-mail messages on
14 the same topic that pre-dated Bryant leaving Mattel, which were produced by
15 Linker, were not produced by MGA.  Mattel obtained those only after Linker
16 produced them pursuant to subpoena in September 2006.

17         4.     In February 2005, Carter Bryant took the deposition of a doll
18 face painter, Anna Rhee. Ms. Rhee testified that several months before Mr. Bryant
19 left Mattel, Mr. Bryant told her he had a "secret" project that he wanted her to work
20 on.  According to her testimony, in June 2000, Mr. Bryant introduced Ms. Rhee to
21 MGA and had her paint the faces of three-dimensional "Bratz" doll heads.  She
22 submitted an invoice dated June 12, 2000 for that work for payment by MGA.  Ms.
23 Rhee further testified that when she first began working on this "secret" project, she
24 did not know the project by the name "Bratz," but that Mr. Bryant initially instead
25 had called it "Angel," which is what she wrote on her invoice to MGA as well as on
26 other invoices for her work on Bratz in September 2000.  Attached as Exhibit E is a
27 true and correct copy of relevant excerpts from the Deposition Transcript of Anna
28 Rhee, dated February 3, 2005, as well as exhibits 201 through 204 to that deposition.

1        5.    After Ms. Rhee testified at her February 3, 2005 deposition,

2   MGA produced over 100 pages of documents related to Ms. Rhee's work on Bratz,

3   including documents that predate Mr. Bryant's leaving Mattel by two months.

4   Attached as Exhibit F is a true and correct copy of an August 8, 10, 2000 invoice

5   from Ms. Rhee to MGA that MGA produced on September 11, 2006.

6        6.    At a deposition on December 28, 2007, a third-party witness and

7   former MGA vendor, Veronica Marlow, revealed that no fewer than three Mattel

8   employees worked on Bratz while employed by Mattel. At least two of these

9   individuals worked on Bratz while employed by Mattel for years. Defendants

10  nevertheless failed to disclose two of the employees who worked for Bratz while

11  employed by Mattel in response to an interrogatory seeking identification of Mattel

12  employees who worked for MGA. Attached as Exhibit G is a true and correct copy

13  of relevant excerpts from the Deposition Transcript of Veronica Marlow, dated

14  December 28, 2007. Attached as Exhibit H is a true and correct copy of relevant

15  excerpts from MGA's Supplemental Responses to Mattel's Revised Third Set of

16  Interrogatories.

17

18       I declare under penalty of perjury under the laws of the United States of

19  America that the foregoing is true and correct.

20       Executed on January 7, 2008, at Los Angeles, California.

21

22                                    Jon D. Corey

23

24

25

26

27

28

# EXHIBIT A REMOVED
# PURSUANT TO PROTECTIVE ORDER

# EXHIBIT B REMOVED
# PURSUANT TO PROTECTIVE ORDER

# EXHIBIT C REMOVED
# PURSUANT TO PROTECTIVE ORDER

# EXHIBIT D REMOVED
# PURSUANT TO PROTECTIVE ORDER

EXHIBIT E REMOVED

PURSUANT TO PROTECTIVE ORDER

EXHIBIT F REMOVED

PURSUANT TO PROTECTIVE ORDER

EXHIBIT G REMOVED

PURSUANT TO PROTECTIVE ORDER

EXHIBIT H

1 | THOMAS J. NOLAN (Bar No. 066992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2 | 300 South Grand Avenue
Los Angeles, CA 90071-3144
3 | Telephone: (213) 687-5000
Facsimile: (213) 687-5600
4 | E-mail: tnolan@skadden.com

5 | RAOUL D. KENNEDY (Bar No. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
6 | Four Embarcadero Center, Suite 3800
San Francisco, CA 94111
7 | Telephone: (415) 984-6400
Facsimile: (415) 984-2698
8 | E-mail: rkennedy@skadden.com

9 | Attorneys for Counter-Defendants,
MGA ENTERTAINMENT, INC., ISAAC LARIAN, MGA ENTERTAINMENT
10 | (HK) LIMITED, AND MGAE de MEXICO S.R.L. de C.V.

11 | **UNITED STATES DISTRICT COURT**

12 | **CENTRAL DISTRICT OF CALIFORNIA**

13 | **EASTERN DIVISION**

| | |
|---|---|
| CARTER BRYANT, an individual | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with Case No. 04-9059 and Case No. 05-2727 |
| v. | |
| MATTEL, INC., a Delaware corporation | **MGA ENTERTAINMENT, INC.'S SUPPLEMENTAL RESPONSES TO MATTEL, INC.'S REVISED THIRD SET OF INTERROGATORIES** |
| Defendant. | |
| | Honorable Stephen G. Larson Courtroom 1 |
| Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Discovery Cut-Off: March 3, 2008 |

**PROPOUNDING PARTY:     MATTEL, INC. ("MATTEL")**

**RESPONDING PARTY:     MGA ENTERTAINMENT, INC. ("MGA")**

**SET NUMBER:     REVISED THIRD**

11-30

# PRELIMINARY STATEMENT

MGA hereby serves its objections to Mattel's Revised Third Set of Interrogatories.  MGA is not yet in a position to serve its substantive responses to Mattel's Revised Third Set of Interrogatories, in part due to Mattel's failure to provide meaningful document, deposition and other discovery and also the transition of MGA's representation from prior counsel of record to Skadden, Arps.  MGA intends to supplement its objections with substantive responses to the unobjectionable portions of the interrogatories contained in Mattel's Revised Third Set of Interrogatories as soon as it is in a position to do so and after it has concluded meet and confer sessions with Mattel, including with respect to Mattel's outstanding discovery obligations.

The General Response set forth herein applies to all responses that MGA is providing in response to these interrogatories (the "Interrogatories") or may in the future provide in response to any discovery request in this action.  The Response is made without waiving, or intending to waive but, on the contrary, expressly reserving:  (a) the right to object, on the grounds of competency, privilege, relevancy or materiality, or any other proper grounds, to the use of the Response, for any purpose in whole or in part, in any subsequent step or proceeding in this action or any other action; (b) the right to object on any and all grounds, at any time, to other interrogatories or other discovery procedures; and (c) the right at any time to revise, correct, add to, or clarify any of the responses propounded herein.

The Response reflects only the present state of MGA's discovery regarding the information that Mattel seeks.  Discovery and other investigation or research concerning this litigation are continuing.  Mattel has produced almost no documents to date and has produced no documents from its Zeus computer system, and has not provided other discovery responses, including without limitation supplemental responses to its March 7, 2005, responses to MGA's First Set of Interrogatories (which responses were comprised almost entirely of objections).  It is

1

1  California facility.  MGA Art Department personnel also used Macintosh desktops
2  and laptops that linked to the snap servers which may have contained files referring
3  to Bratz.  Files created with accounting and other back office software applications
4  were saved on sequel servers located in Los Angeles via an application called "Great
5  Plains."  MGA personnel's emails were located on an exchange server, also housed
6  in Los Angeles.  MGA employees save all company related work files on a file
7  server called the "U Drive," which is also used by MGA Entertainment (HK) Ltd.
8  ("MGA Hong Kong") employees.  This Drive is still in production and has been
9  upgraded to a Netapp Storage System.

10         With respect to MGA's offices in Hong Kong prior to January 1, 2002,
11  MGA Hong Kong Art Department personnel utilized Macintosh desktops that linked
12  to a few file servers housed in Hong Kong to store graphic files.  MGA Hong Kong
13  personnel connected to the "Great Plains" sequel server located in Southern
14  California.  MGA Hong Kong maintained its own exchange server in Hong Kong for
15  emails to and from MGA Hong Kong employees.

16  **INTERROGATORY NO. 41:**

17         IDENTIFY all PERSONS who at any time have been employed by or
18  under contract with MATTEL who are now or have been employed by or under
19  contract with YOU since January 1, 1999, and, for each such PERSON, state his or
20  her name, date of hire or effective date of contract, the date on which YOU first had
21  contact with such PERSON regarding potential employment or contracting, the
22  date(s) on which such PERSON was interviewed for possible employment or
23  contracting, each title (if any) such PERSON has held while employed by or under
24  contract with YOU, and the date of termination (if applicable).

25  **RESPONSE TO INTERROGATORY NO. 41:**

26         MGA incorporates by reference its General Response and General
27  Objections above, as though fully set forth herein and specifically incorporates
28  General Objection No. 7 (regarding Definitions), including but not limited to its

1 | objections to the definitions of the term IDENTIFY and further objects to this

2 | interrogatory on the grounds that it is overbroad, unduly burdensome, vague and

3 | ambiguous both generally and specifically with respect to the terms YOU. MGA

4 | also objects to this interrogatory to the extent it seeks information that is not subject

5 | to disclosure under any applicable privilege, doctrine or immunity, including without

6 | limitation the attorney-client privilege, the work product doctrine, the right of

7 | privacy, and all other privileges recognized under the constitutional, statutory or

8 | decisional law of the United States of America, the State of California or any other

9 | applicable jurisdiction.

10 | **SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 41:**

11 |       MGA incorporates by reference its General Response and General

12 | Objections above, as though fully set forth herein and specifically incorporates

13 | General Objection No. 7 (regarding Definitions), including but not limited to its

14 | objections to the definitions of the term IDENTIFY and further objects to this

15 | interrogatory on the grounds that it is overbroad, unduly burdensome, vague and

16 | ambiguous both generally and specifically with respect to the terms YOU. MGA

17 | also objects to this interrogatory to the extent it seeks information that is not subject

18 | to disclosure under any applicable privilege, doctrine or immunity, including without

19 | limitation the attorney-client privilege, the work product doctrine, the right of

20 | privacy, and all other privileges recognized under the constitutional, statutory or

21 | decisional law of the United States of America, the State of California or any other

22 | applicable jurisdiction.

23 |       Subject to and without waiving the foregoing objections, MGA

24 | responds as follows:  the following is a list of all former Mattel employees who have

25 | been employed by MGA, MGA Hong Kong or MGAE de MEXICO S.R.L. de C.V.

26 | since January 1, 1999:

27

28

| ACTIVE EMPLOYEES | MGA POSITION | DATES |
|---|---|---|
| Abundis, Ricardo | Dir. of Inventory/Customer Finance | 12/01/04- Present |
| Bate, Ian | Quality Assurance Mgr. | 7/31/06- Present |
| Black, Nanette | SVP, HR | 2/12/07 - Present |
| Bloodworth III, John E. | Prod. Mgr., Games | 08/21/06- Present |
| Bloomfield, Kevin | Sr. Designer | 11/25/02- Present |
| Brawer, Ron | President, Sales, Marketing & Strategic Planning | 10/05/04- Present |
| Brisbois, Janine (CANADA) | VP Nat'l Accts. | 10/04/05- Present |
| Castilla, Jorge | Mgr. Sales Planning | 04/03/06- Present |
| Chang, Suzy | Sr. Development Designer | 08/28/06- Present |
| Cheng, Steve | Sr. Designer | 04/08/02- Present |
| Cody Jr, Gerry | Sr. Designer – Boys Toys | 11/20/06- Present |
| Contreras, Nick | VP Customer Marketing | 11/29/04- Present |
| Cooney Jr., Daniel | VP National Account Mgr. | 05/15/06- Present |
| De La Cruz, Maria | Fashion Design Mgr., Style Guides | 2/12/07 - Present |
| Dixon, Karen | Sr. Producer | 2/19/07 - Present |
| Domingo, Luisito H | Sr. Prelim Dolls Designer | 07/07/03- Present |
| Dominguez, Greg Paul | Prod. Designer | 04/01/02- Present |
| Feldman, Joe | Design Engineer | 12/08/04- Present |
| Forrest, Craig | Prod. Mgr., Games | 5/15/06- Present |
| Garcia, Mia | Dev. Designer | 2/23/05- Present |
| Garcia, Paula | VP Girls Toy Prod. Dev. | 04/17/00- Present |

| ACTIVE EMPLOYEES | MGA POSITION | DATES |
|---|---|---|
| Gonzalez, Eduardo | Sr. Dir. of Quality Assurance;<br><br>Quality Assurance Mgr. | 10/16/06-Present;<br><br>1/3/05-8/18/05 |
| Hall, Tracy | Sr. Dir. of Prod. Dev., CE/YE | 08/07/06 - Present |
| Hansen, Melody | Face Painter | 03/13/06-Present |
| Hansen, Todd | Packaging Engineer | 5/2/05-Present |
| Hatch, Jill | Sr. Dir., National Sales | 09/18/06 - Present |
| Hinh, Michael | Mgr. Category Adv. | 6/28/05-Present |
| Hsu, Janet | SVP Non Toys Prod. Dev. & Licensing | 3/9/05-Present |
| Kao, Alice | Cust. Marketing Mgr. - Hong Kong Office | 2/21/05-Present |
| Kaufman, Ken | Advertising Exec. | 01/03/05-Present |
| Keller, Pamela E | VP Supply Chain & Operations | 09/25/06 - Present |
| Keossian, Alejandro Gabriel | Gr. Designer | 08/11/03-Present |
| Kim (Lee), Joyce | Sr. Playset Designer | 2/23/05-Present |
| Kim, Young Ran | Sample Maker Specialist | 01/15/04-Present |
| Kirst, Kristen | Hair Designer | 03/31/03-Present |
| Komatsu, Ellen | Sr. Prelim Dolls Designer | 08/25/03-Present |
| Larson, Jill | Sales Associate | 12/20/06-Present |
| Law, Adrian (Chi Shing) | Dev. Design Mgr. | 05/01/06-Present |
| Lumabao, Bo | Prod. Mgr. | 2/14/05-Present |
| Marks, Dorothy | Sample Maker Specialist | 07/26/05-Present |
| Martin, Raymond John | Prod. Mgr. of Consumer Electronics | 02/23/04-Present |
| Min, Aye Aye | Hair Designer | 04/17/06-Present |

| ACTIVE EMPLOYEES | MGA POSITION | DATES |
|---|---|---|
| Nakamura, Yumi | Mgr. of Style Guides | 1/22/07-Present |
| Natareno, Marvin | Jr. Project Analyst | 01/03/07-Present |
| Nigoghossian, Christine | Sr. Doll Designer | 04/25/05-Present |
| Ochoa, Laura | Trade Marketing Mgr. | 09/01/04-Present |
| Palijo, Amelia Ivy Arafiles | Sr. Sculptress | 02/23/04-Present |
| Pestonji, Danny | Dir. Prod. Dev. Preschool | 06/01/04-Present |
| Phelan, Denise | Sample Maker Specialist | 01/18/05-Present |
| Phoosopha, Poottipong | Face Painter | 12/08/03-Present |
| Pickard, Michael | Sr. Project Packaging Engineer | 03/22/04-Present |
| Rae, Ronald | SVP, National Account Sales | 03/12/07-Present |
| Ratleff, Leland | Sr. HR Dir. | 12/04/06-Present |
| Ronquillo, Desiree Elisabeth | Sr. Dev. Designer | 05/03/04-Present |
| Ruiz, Micaela | Sample Maker Specialist | 2/13/06-Present |
| Sasic-Koetsier, Natasha | Illustrator | 06/01/04-Present |
| Salazar, Maria Elena | Sample Maker Supervisor | 03/31/03-Present |
| Salemnia, Shirin | Research Mgr. | 02/17/03-Present |
| Scott, Harvey | Sample Maker Specialist | 08/01/05-Present |
| Smith, Steffen J. | Dir. of Package Dev. | 10/13/03-Present |
| Su, Jier | Dir. of Prod. Planning | 8/16/05-Present |
| Soai, Dennis | Dolls Dev. Design Mgr. | 03/04/02-Present |
| Thompson, Marla | Sample Sourcing & Procurement Mgr. | 04/04/05-Present |
| Tran, Chau Ngoc | Sample Maker Specialist | 05/10/04-Present |
| Trueba, Mariana | Marketing Mgr. | 04/26/04-Present |

| ACTIVE EMPLOYEES | MGA POSITION | DATES |
|---|---|---|
| Umana, Esteban | Quality Engineer | 03/19/07-Present |
| Upshaw, Gail | Sample Maker Specialist | 5/23/05-Present |
| Vargas, Pablo | Dir. Sales | 04/26/04-Present |
| Wang, Chang-Chin | Assoc. Face Designer | 05/03/04-Present |
| Ward, Lance | Structural Engineer | 08/02/04-Present |
| Whittaker, Dawn | Sr. Prod. Designer | 12/06/04-Present |
| Wong, Jenny | Sr. Gr. Designer | 09/09/02-Present |

| CURRENT MGA INDEPENDENT CONTRACTORS/FREELANCERS/TEMPS | MGA POSITION | DATES |
|---|---|---|
| Augborne, Troy | Structural Engineer (Temp) | 2/26/07 – 3/2/07, 4/16/07 – Present |
| Bryant, Carter | Prod. Designer/Independent Contractor | |
| Zetino, Reyna | Samplemaker, Temp Assignment | 04/13/07 – Present |

| FORMER EMPLOYEES/FREELANCERS | MGA POSITION | DATES |
|---|---|---|
| Aryapour, Daryoush | Creative Ser. Dir. | 10/25/99-04/14/00 |
| Aguilar, Lourdes | Brand Mgr. | 9/01/04-6/11/06 |
| Blaser, Janet | Dev. Designer | 06/14/04-09/10/04 |
| Bower Violette, Mari Joanne | Prod. Mgr. | 10/13/03-03/10/06 |
| Brown, Lilia | Gr. Designer | 03/31/03-05/05/05 |
| Burlando, Gabriella | Prod. Mgr. | 03/5/02-06/27/06 |
| Chonavel, Fabienne | Marketing Mgr. | 04/10/02-08/23/02 |
| Dailey, Christine | VP Prod. Dev. | 05/07/01-11/22/02 |
| Feicht, Steve | Artist/Jr. Designer Freelancer | 07/18/02-Unknown |

68

| FORMER EMPLOYEES/FREELANCERS | MGA POSITION | DATES |
|---|---|---|
| Gillmour, Kami | VP Marketing | 05/24/99-07/14/00 |
| Hardouin, Christopher | Project Mgr. | 06/04/01-07/23/04 |
| Hitch, Martin | VP Int'l Sales | 01/04/01-06/04/02 |
| Ho, Jeff | Sr. Prod. Artist Freelancer | Unknown-10/04 |
| Huntley, James | Independent Contractor – Miuchiz; VP Marketing | 08/17/06 – Unknown; 5/23/05-08/16/06 |
| Kagan, Randi | Marketing Dir. | 09/23/02-07/22/03 |
| Koch, Andreas | Prod. Mgr. | 10/18/99-01/11/01 |
| Leahy, Margaret | Sr. Sculptor | Temp To Perm. Eff. 4/4/05 - 03/06/07 |
| Mayer, Lyn Carol | Fabric Artist | 07/21/03-05/05/05 |
| McBride, Susan | Prod. Dir., Games | 06/03/02-01/25/07 |
| Mils, Frank | Mgr. of Quality Assurance | 03/20/06-07/07/06 |
| Nguyen, Xuanlan T | Pattern Maker | 05/19/03-01/03/05 |
| O'Brien, Gary Thomas | Field Sales Dir. | 05/10/04-07/22/04 |
| Otero, Jose | Web Designer | 08/11/03-2/1/06 |
| Owen, Dan | Sr. Playset Mgr. | 08/23/04-12/13/05 |
| Parasole, Nicolletta | Gr. Designer | 01/05/04-6/27/05 |
| Parkinson, Ana Mancia | Dev. Designer | 05/10/04-01/03/07 |
| Rambeau, Roger | VP Operations | 05/13/96-04/03/98 |
| Ramirez, Andrea | Key Account Mgr. | 04/05/05-12/12/06 |
| Reed, Wendy | Soft Goods Spec. | 11/06/00-01/12/01 |

| FORMER EMPLOYEES/FREELANCERS | MGA POSITION | DATES |
|---|---|---|
| Reyes, Scot Anthony | Sm. Doll Designer | 05/23/04-3/11/05 |
| Rhee, Anna | Doll Face Design Freelancer | 1/4/07 - 2/13/07 |
| Ross, Lon | Marketing Dir. | 11/13/00-08/03/01 |
| Schwartz, Dena | Sr. Prod. Mgr. | 05/21/01-04/08/02 |
| Shaver, Brandi | Gr. Designer | 05/03/04-06/30/06 |
| Stinnett, Holly | Sr. Brand Mgr. | 07/21/03-1/12/05 |
| Tawil, Lisa | Licensing Coord. | 04/08/02-07/18/03 |
| Terry, Gord | Dir. of Sales | 10/01/01-06/06/02 |
| Ward, Mercedeh | Sr. Prod. Designer | 10/00-1/01; 3/7/05-8/5/05 |
| Whitaker, Joseph | Consultant | 11/05/96-03/97 |
| Williams, Patrick | SVP Sales | 01/07/01-05/29/01 |
| Wong, Tong | Dev. Designer | 03/10/03-05/16/03 |
| Wright, Cherrise | Soft Goods Mgr. | 05/03/04-8/24/05 |
| Zbojniewicz, Dave | Dir. Bus. Planning/Independent Contractor | 04/04-09/04 |

DATED: November 30, 2007

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By: _____
Thomas J. Nolan
Attorneys for Counter-Defendants, MGA ENTERTAINMENT, INC., ISAAC LARIAN, MGA ENTERTAINMENT (HK) LIMITED, AND MGAE de MEXICO S.R.L. de C.V.