QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:    (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
|---|---|
| Plaintiff, | Consolidated with Case Nos. CV 04-09059 and CV 05-02727 |
| vs. | **PROOF OF SERVICE** |
| MATTEL, INC., a Delaware corporation, | |
| Defendant. | Date: January 10, 2008<br>Time: 9:30 p.m.<br>Place: Telephonic |
| AND CONSOLIDATED ACTIONS | Discovery Cut-off:    January 28, 2008<br>Pre-trial Conference:   May 5, 2008<br>Trial Date:            May 27, 2008 |

07209/2343207.1

-1-

Case No. CV 04-9049 SGL (RNBx)
PROOF OF SERVICE

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is NOW Messenger Service, 1301 West Second Street, Suite 206, Los Angeles, California 90026.

On January 7, 2008, I served true copies of the following documents described as:

### SEE DOCUMENT LIST

on the parties in this action as follows:

| | |
|---|---|
| Thomas Nolan, Esq.<br>Carl Roth, Esq.<br>**Skadden Arps Slate Meagher & Flom, LLP**<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071 | |
| | |

[✓]  **[PERSONAL]** by personally delivering the document listed above to the person(s) at the address(es) set forth above.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made

Executed on January 7, 2008, at Los Angeles, California.

_____
Barry Berkowitz

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017.

On January 7, 2008, I served true copies of the following documents described as:

## SEE DOCUMENT LIST

on the parties in this action as follows:

| | |
|---|---|
| Mark E. Overland, Esq.<br>Alexander H. Cote<br>**Overland Borenstein Scheper & Kim LLP**<br>300 South Grand Avenue, Suite 2750<br>Los Angeles, CA 90071-3144 | John W. Keker, Esq.<br>Michael H. Page, Esq.<br>Christina M. Anderson, Esq.<br>**Keker & Van Nest, LLP**<br>710 Sansome Street<br>San Francisco, CA 94111 |
| Alisa Morgenthaler Lever<br>**Chrisensen, Glaser, Fink, Jacobs, Weil & Shapiro LLP**<br>10250 Constellation Blvd., 19th Floor<br>Los Angeles, CA 90067 | Bryant S. Delgadillo<br>**Kaye Scholer LLP**<br>1999 Avenue of the Stars<br>Suite 1700<br>Los Angeles, CA 90067 |
| Alan N. Goldberg, Esq.<br>**Stern & Goldberg**<br>6345 Balboa Blvd.<br>Suite 200<br>Encino, CA 91316 | |

[√] **BY FEDEX:** I deposited such document(s) in a box or other facility regularly maintained by FedEx, or delivered such document(s) to a courier or driver authorized by FedEx to receive documents, in sealed envelope(s) or package(s) designated by FedEx with delivery fees paid or provided for, addressed to the person(s) being served.

Executed on January 7, 2008, at Los Angeles, California.

_____
Johanna Lopez

-3-                                     Case No. CV 04-9049 SGL (RNBx)

PROOF OF SERVICE

| | |
|---|---|
| 1 | **DOCUMENT LIST** |
| 2 | 1. SUPPLEMENTAL DECLARATION OF JON D. COREY IN SUPPORT OF MATTEL, INC.'S REPLY MEMORANDUM OF MATTEL INC. IN RESPONSE TO OPPOSITION OF FARHAD LARIAN, STERN & GOLDBERG, KAYE SCHOLER AND MGA TO MOTIONS TO PRODUCE DOCUMENTS. |

07209/2343207.107209/23
43203.1

-4-   Case No. CV 04-9049 SGL (RNBx)

PROOF OF SERVICE