QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL CERTAIN EXHIBITS TO THE DECLARATION OF JON D. COREY IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO CARTER BRYANT AND MGA DEFENDANTS' *EX PARTE* APPLICATION TO COMPEL PROPERLY NOTICED DEPOSITIONS<br><br>[Local Rule 79-5.1]<br><br>Hearing Date:   January 7, 2008<br>Time:  10:00 a.m.<br>Place:  Courtroom 1<br><br>**Phase 1**<br>Discovery Cut-Off:   January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date:   May 27, 2008 |

07209/2342245.1

[PROPOSED] ORDER

<u>ORDER</u>

Based on the concurrently filed Application to File Under Seal Certain Exhibits to the Declaration of Jon D. Corey in Support of Mattel, Inc.'s Opposition to Carter Bryant and MGA Defendants' *Ex Parte* Application to Compel Properly Noticed Depositions , and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Exhibits 2, 3, 4, 5, and 7 to the Declaration of Jon D. Corey in Support of Mattel, Inc.'s Opposition to Carter Bryant and MGA Defendants' *Ex Parte* Application to Compel Properly Noticed Depositions are ORDERED filed under seal pursuant to <u>Local Rule</u> 79-5.1.

DATED:  January 8 , 2008

*/s/ S.G. Larson*

Hon. Stephen G. Larson
United States District Judge

07209/2342245.1

[PROPOSED] ORDER