QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
Michael T. Zeller (Bar No. 196417)
Jon D. Corey (Bar No. 185066)

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT, an individual | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CASE NO. CV 04-9049 SGL (RNBx) |
| v. | |
| MATTEL, INC., a Delaware corporation | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
(1)REPLY IN SUPPORT OF MOTION TO COMPEL RESPONSES TO INTERROGATORIES BY THE MGA PARTIES;(2)CONSOLIDATED SEPARATE STATEMENT;(3)SUPPLEMENTAL DECLARATION OF B. DYLAN PROCTOR;(4)APPLICATION TO FILE UNDER SEAL;(5)PROPOSED ORDER

**Document Description:**

☐ Administrative Record

☑ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)

☑ Other  Reply; Consolidated Separate Statement; Supplemental Declaration of B. Dylan Proctor; Application to File Under Seal, Proposed Order and Proof of Service

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☑ Per Court order dated January 4, 2005

☐ Manual Filing required (*reason*):

| January 8, 2007 | B. Dylan Proctor |
|---|---|
| Date | Attorney Name |
| | Mattel, Inc. |
| | Party Represented |

Note:  File one Notice in each case, each time you manually file document(s).

G-92 (02/07)         NOTICE OF MANUAL FILING