Jon D. Corey
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
865 SOUTH FIGUEROA STREET
10th FLOOR
LOS ANGELES, CA 90017
(213) 443-3000

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>v.                                                    PLAINTIFF(S)<br><br>MATTEL, INC., a Delaware corporation,<br><br>                                                      DEFENDANT(S). | CASE NUMBER:<br>CV 04-9049<br>Consolidated with Case<br>Nos. CV 04-09059 & 05-02727<br><br>NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
Exhibits A-G to the Supplemental Declaration of Jon D. Corey in support of Mattel, Inc.'s Reply Memorandum in Response to Oppositions of Farhad Larian, Stern & Goldberg, Kaye Scholer and MGA to Motions to Produce Documents; Application to File Under Seal and Proposed Order

**Document Description:**

- [ ]  Administrative Record
- [x]  Exhibits
- [ ]  Ex Part Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)
- [x]  Other  Application to File Under Seal and Proposed Order

**Reason:**

- [x]  Under Seal
- [ ]  Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- [ ]  Electronic versions are not available to filer
- [x]  Per Court order dated  Jan. 4, 2005
- [ ]  Manual Filing required (*reason*):

January 8, 2008                                              Jon D. Corey
Date                                                                  Attorney Name

                                                                      MATTEL, INC., a Delaware corporation,
                                                                      Party Represented

Note: File one Notice in each case, each time you manually file document(s).

---

G-92 (02/07)                                    NOTICE OF MANUAL FILING                                    CCD-G92