# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA



**THIS DOCUMENT IS CURRENTLY**

**UNDER SEAL**

**AND**

**IS RESTRICTED FROM**

**PUBLIC VIEWING**

G–98 (01/07)　　　　　　　　　　　**SEALED DOCUMENT**