UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.    CV 04-09049 SGL(RNBx)                               Date: January 9, 2008
Title:      CARTER BRYANT -v- MATTEL, INC.
            AND CONSOLIDATED ACTIONS
=====================================================================
PRESENT:   HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

           Jim Holmes                                N/A
           Courtroom Deputy Clerk                    Court Reporter


PROCEEDINGS:    **ORDER AMENDING COURT'S MINUTE ORDER OF JANUARY 7, 2008**
                **(In Chambers)**

    The Court's Minute Order dated January 7, 2008, incorrectly noted on page 4 that Mattel's motion seeking clarification regarding the Court's Order appointing the Discovery Master (docket #1244) was **DENIED.**  That motion, as correctly noted in the caption of the January 7, 2008, Order, was **GRANTED.**  Accordingly, the Court **AMENDS** the Court's January 7, 2008, Order as follows:

    Page four:  The sentence "This motion is **DENIED.**" is stricken, and the following sentence is substituted in its place:  "This motion is **GRANTED.**"

    IT IS SO ORDERED.