1  KEKER & VAN NEST, LLP
   JOHN W. KEKER - #49092
2  jkeker@kvn.com
   MICHAEL H. PAGE - #154913
3  mpage@kvn.com
   CHRISTA M. ANDERSON - #184325
4  canderson@kvn.com
   MATTHEW M. WERDEGAR - #200470
5  mwerdegar@kvn.com
   JOHN E. TRINIDAD - #250468
6  jtrinidad@kvn.com
   AUDREY WALTON-HADLOCK- #250574
7  awaltonhadlock@kvn.com
   710 Sansome Street
8  San Francisco, CA  94111-1704
   Telephone:  (415) 391-5400
9  Facsimile:  (415) 397-7188

10 Attorneys for Plaintiff
   CARTER BRYANT
11

                    UNITED STATES DISTRICT COURT

                   CENTRAL DISTRICT OF CALIFORNIA

                          EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC. a Delaware Corporation,<br><br>Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC., v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No. CV 04-09049 SGL (RNBx) (consolidated with CV 04-9059 & 05-2727<br><br>[~~PROPOSED~~] ORDER REGARDING BRYANT'S MOTION TO QUASH MATTEL'S DEPOSITION SUBPOENA TO LITTLER MENDELSON, P.C. AND MATTEL'S CROSS MOTION TO COMPEL DEPOSITION OF LITTLER MENDELSON, P.C. PURSUANT TO SUBPOENA |

408764.02

[PROPOSED] ORDER RE: BRYANT'S MOTION TO QUASH MATTEL'S DEPOSITION SUBPOENA TO LITTLER MENDELSON AND MATTEL'S CROSS MOTION TO COMPEL DEPOSITION
CASE NO. CV 04-09049 SGL (RNBx)

Having considered Carter Bryant's Motion to Quash Mattel's Deposition Subpoena to Littler Mendelson, P.C. ("Bryant's Motion to Quash") and Mattel's Motion to Compel Deposition of Littler Mendelson, P.C. Pursuant to Subpoena ("Mattel's Motion to Compel") and all other papers and arguments submitted in support of and in opposition to these motions, and for the reasons stated on the record at the January 3, 2008 hearing on these motions, IT IS HEREBY ORDERED THAT:

Mr. Bryant's Motion to Quash is GRANTED and Mattel's Motion to Compel is DENIED as to Topics 6, 7, and 8 of Mattel's September 5, 2007 deposition subpoena to Littler Mendelson (the "Littler subpoena").

The remainder of Mr. Bryant's Motion to Quash is DENIED WITHOUT PREJUDICE, and Mattel's Motion to Compel is DEFERRED as to Topics 1, 2, 3, 4, and 5 of the Littler subpoena. Specifically, Mattel's Motion to Compel will be held in abeyance until after Mattel has completed its deposition of Carter Bryant. At that time, the parties shall submit additional evidence, in the form of declarations with attached exhibits, for the Discovery Master's consideration prior to decision on the motion.

Pursuant to Paragraph 6 of the Stipulation and Order for Appointment of a Discovery Master, Carter Bryant shall file this Order with the Clerk of the Court forthwith.

**IT IS SO ORDERED.**

Dated: January 10, 2008

By: /s/ Edward A. Infante
HON. EDWARD A. INFANTE
Discovery Master

1

[PROPOSED] ORDER RE: BRYANT'S MOTION TO QUASH MATTEL'S DEPOSITION SUBPOENA TO LITTLER MENDELSON AND MATTEL'S CROSS MOTION TO COMPEL
CASE NO. CV 04-09049 SGL (RNBx)

408764.02

## PROOF OF SERVICE BY E-MAIL

I, Sandra Chan, not a party to the within action, hereby declare that on January 10, 2008, I served the attached ORDER REGARDING BRYANT'S MOTION TO QUASH MATTEL'S DEPOSITION SUBPOENA TO LITTLER MENDELSON, P.C. AND MATTEL'S CROSS MOTION TO COMPEL DEPOSITION OF LITTLER MENDELSON, P.C. PURSUANT TO SUBPOENA in the within action by email addressed as follows:

| Name | Firm | Email |
|---|---|---|
| John W. Keker, Esq. | Keker & Van Nest | jkeker@kvn.com |
| Michael H. Page, Esq. | Keker & Van Nest | mhp@kvn.com |
| Christa Anderson, Esq. | Keker & Van Nest | cma@kvn.com |
| Matthew M. Werdegar, Esq. | Keker & Van Nest | mwerdegar@kvn.com |
| John E. Trinidad, Esq. | Keker & Van Nest | jtrinidad@kvn.com |
| Audrey Walton-Hadlock, Esq. | Keker & Van Nest | awalton-hadlock@kvn.com |
| John Quinn Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | johnquinn@quinnemanuel.com |
| Michael Zeller Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | michaelzeller@quinnemanuel.com |
| Jon Corey Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | joncorey@quinnemanuel.com |
| Duane Lyons Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | duanelyons@quinnemanuel.com |
| Timothy Alger Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | timalger@quinnemanuel.com |
| Dominic Surprenant Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | DominicSurprenant@QuinnEmanuel.com |
| B. Dylan Proctor Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | dylanproctor@quinnemanuel.com |
| Shane McKenzie Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | shanemckenzie@quinnemanuel.com |
| Bridget Hauler Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | bridgethauler@quinnemanuel.com |
| Tamar Buchakjian Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | tamarbuchakjian@quinnemanuel.com |
| Juan Pablo Alban, Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | juanpabloalban@quinnemanuel.com |
| Thomas J. Nolan, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | tnolan@skadden.com |
| Raoul D. Kennedy, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | rkennedy@skadden.com |
| Amy S. Park, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | apark@skadden.com |
| Harriet S. Posner, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | hposner@skadden.com |
| Carl Alan Roth, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | croth@skadden.com |
| Timothy A. Miller, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | tmiller@skadden.com |

I declare under penalty of perjury under the laws of the Untied States of America that the above is true and correct.

Executed on January 10, 2008, at San Francisco, California.

_____
Sandra Chan