QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>            Plaintiff,<br><br>      vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>            Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>REQUEST TO BE HEARD OF MATTEL, INC., REGARDING MACHADO'S EMAIL TO CHAMBERS OF JANUARY 10, 2008<br><br>**Phase 1:**<br>Discovery Cut-off:  January 28, 2008<br>Pre-trial Conference: May 5, 2008<br>Trial Date:  May 27, 2008 |

Case 2:04-cv-09049-DOC-RNB   Document 1510   Filed 01/10/08   Page 2 of 3   Page ID
#:17055

1    TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2    PLEASE TAKE NOTICE that Mattel, Inc. ("Mattel") hereby requests that it be
3 afforded an opportunity to be heard in connection with any consideration given by the
4 Court to the matters set forth in the email sent by counsel for Defendant Machado,
5 Alexander Cote, Esq., on January 10, 2008.

6    Earlier today, Mattel was copied on an email sent by counsel for Machado to the
7 Court regarding the Court's January 9, 2008 Order. It was apparently sent following a
8 telephone call to Chambers regarding the same matter. The Rules generally prohibit *ex*
9 *parte* communications on substantive issues. See Local Rule 83-2.11. The Rules also
10 generally prohibit substantive communications with the Court except after a pre-filing
11 conference of counsel and upon the submission of a written, properly noticed motion.
12 Id. ("All matters shall be called to a judge's attention by appropriate application or
13 motion filed in compliance with these Local Rules."); Local Rule 7-3 et seq. This
14 Court recently reminded counsel specifically to refrain from putting the Clerk in the
15 middle of any matters in this case.

16    The email from Mr. Machado seeks a ruling that could affect the progress of this
17 action in a significant manner, including by potentially affecting the Phase II discovery
18 cutoff and/or the parties' right to conduct Phase II discovery at this time. As such, any
19 communications on that issue should be considered only in accordance with the
20 procedures set forth by the Rules. Counsel for Machado also made no attempt to
21 discuss this matter with Mattel in advance of the call or email. This was not only
22 contrary to the Local Rules, but contrary to the spirit of the directive in the Court's
23 Order of yesterday that counsel meet and confer on the discovery scheduling issues that
24 were the subject of the ruling.

25    To avoid compounding this situation, Mattel will not address in this filing the
26 substance of any issues raised by the email. In the event that the Court gives the email
27 any consideration or intends to make any substantive ruling on it, Mattel respectfully

28

07209/2348528.1

-1-

REQUEST TO BE HEARD

1  requests that it be afforded an opportunity to be heard in connection with any resolution
2  of this matter.

4  DATED: January 10, 2008        QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ John B. Quinn
   John B. Quinn
   Attorneys for Mattel, Inc.

07209/2348528.1

-2-

REQUEST TO BE HEARD