**ORIGINAL**

LODGED

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

FILED
CLERK, U.S. DISTRICT COURT
JAN 10 2008
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION
BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

CARTER BRYANT, an individual,

Plaintiff,

vs.

MATTEL, INC., a Delaware corporation,

Defendant.

AND CONSOLIDATED ACTIONS

CASE NO. CV 04-9049 SGL (RNBx)
Consolidated with
Case Nos. CV 04-09059 & CV 05-2727

**[To Be Heard By Hon. Edward Infante (Ret.) Pursuant To Order Of December 6, 2006]**

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS A-G TO THE SUPPLEMENTAL DECLARATION OF JON D. COREY IN SUPPORT OF MATTEL, INC.'S REPLY MEMORANDUM IN RESPONSE TO OPPOSITIONS OF FARHAD LARIAN, STERN & GOLDBERG, KAYE SCHOLER AND MGA TO MOTIONS TO PRODUCE DOCUMENTS

[[Proposed] Order filed concurrently]

Date: January 10, 2008
Time: 10:00 a.m.
Place: Telephonic

**Phase 1**
Discovery Cut-Off: January 28, 2008
Pre-Trial Conference: May 5, 2008
Trial Date: May 27, 2008

07209/2344307.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1       Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2 entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3 requests that the Court order filed under seal Exhibits A-G to the Supplemental
4 Declaration of Jon D. Corey in support of Mattel's Reply Memorandum in Response
5 to Oppositions of Farhad Larian, Stern & Goldberg, Kaye Scholer and MGA to
6 Motions to Produce Documents ("Exhibits").
7       The Exhibits include materials that MGA and/or Bryant have
8 designated as "Confidential" or "Confidential--Attorneys' Eyes Only" pursuant to
9 the Protective Order. Accordingly, Mattel requests that the Court order that the
10 Exhibits be filed under seal.
11       In the alternative, Mattel requests that the Court declare that these
12 materials are outside the definitions of "Confidential" and "Confidential--Attorneys'
13 Eyes Only" as contained in the Stipulated Protective Order and order them to be
14 filed as part of the public record.

DATED: January 8, 2008      QUINN EMANUEL URQUHART OLIVER &
      HEDGES, LLP

      By /s/ Jon D. Corey
        Jon D. Corey
        Attorneys for Mattel, Inc.