ORIGINAL

LODGED

1   QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
      John B. Quinn (Bar No. 090378)
2      johnquinn@quinnemanuel.com
      Michael T. Zeller (Bar No. 196417)
3     (michaelzeller@quinnemanuel.com)
      Jon D. Corey (Bar No. 185066)
4     (joncorey@quinnemanuel.com)
    865 South Figueroa Street, 10th Floor
5   Los Angeles, California  90017-2543
    Telephone:    (213) 443-3000
6   Facsimile:    (213) 443-3100

7   Attorneys Mattel, Inc.

8                        UNITED STATES DISTRICT COURT

9                      CENTRAL DISTRICT OF CALIFORNIA

10                            EASTERN DIVISION

11   CARTER BRYANT, an individual,          CASE NO. CV 04-9049 SGL (RNBx)

12              Plaintiff,                   Consolidated with Case Nos. CV 04-09059 and CV
                                             05-02727
13        v.
                                             **PROOF OF SERVICE**
14   MATTEL, INC., a Delaware
     corporation,
15
                Defendant.                   Date:    January 10, 2008
16                                           Time:    9:30 p.m.
                                             Place:   Telephonic
17
     AND CONSOLIDATED ACTIONS               Discovery Cut-off:        January 28, 2008
18                                           Pre-trial Conference:     May 5, 2008
                                             Trial Date:               May 27, 2008
19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**

1

2      I am employed in the County of Los Angeles, State of California.  I am over the age of

3   eighteen years and not a party to the within action; my business address is NOW Messenger

4   Service, 1301 West Second Street, Suite 206, Los Angeles, California 90026.

5      On January 9, 2008, I served true copies of the following documents described as:

6                                  **SEE DOCUMENT LIST**

7   on the parties in this action as follows:

| | |
|---|---|
| 8   Thomas Nolan, Esq.<br>Carl Roth, Esq.<br>9   **Skadden Arps Slate Meagher & Flom, LLP**<br>300 South Grand Avenue, Suite 3400<br>10   Los Angeles, CA 90071 | |
| 11 | |

12

13      [√ ]    **[PERSONAL]** by personally delivering the document listed above to the person(s)

14   at the address(es) set forth above.

15      I declare that I am employed in the office of a member of the bar of this court at whose

16   direction the service was made

17      Executed on January 9, 2008, at Los Angeles, California.

18

19

20                                                     _____
                                                        Erin Gilbride

21

22

23

24

25

26

27

28

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017.

On January 9, 2008, I served true copies of the following documents described as:

## SEE DOCUMENT LIST

on the parties in this action as follows:

| | |
|---|---|
| Mark E. Overland, Esq.<br>Alexander H. Cote<br>**Overland Borenstein Scheper & Kim LLP**<br>300 South Grand Avenue, Suite 2750<br>Los Angeles, CA 90071-3144 | John W. Keker, Esq.<br>Michael H. Page, Esq.<br>Christina M. Anderson, Esq.<br>**Keker & Van Nest, LLP**<br>710 Sansome Street<br>San Francisco, CA 94111 |
| Alisa Morgenthaler Lever<br>**Christensen, Glaser, Fink, Jacobs, Weil & Shapiro LLP**<br>10250 Constellation Blvd., 19th Floor<br>Los Angeles, CA 90067 | Bryant S. Delgadillo<br>**Kaye Scholer LLP**<br>1999 Avenue of the Stars<br>Suite 1700<br>Los Angeles, CA 90067 |
| Alan N. Goldberg, Esq.<br>**Stern & Goldberg**<br>6345 Balboa Blvd.<br>Suite 200<br>Encino, CA 91316 | |

[√]   **BY FEDEX:**  I deposited such document(s) in a box or other facility regularly maintained by FedEx, or delivered such document(s) to a courier or driver authorized by FedEx to receive documents, in sealed envelope(s) or package(s) designated by FedEx with delivery fees paid or provided for, addressed to the person(s) being served.

Executed on January 9, 2008, at Los Angeles, California.

_____
Johanna Lopez

## DOCUMENT LIST

1.  [PROPOSED] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS A-G TO THE SUPPLEMENTAL DECLARATION OF JON D. COREY IN SUPPORT OF MATTEL, INC.'S REPLY MEMORANDUM IN RESPONSE TO OPPOSITIONS OF FARHAD LARIAN, STERN & GOLDBERG, KAYE SCHOLER AND MGA TO MOTIONS TO PRODUCE DOCUMENTS

2.  MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS A-G TO THE SUPPLEMENTAL DECLARATION OF JON D. COREY IN SUPPORT OF MATTEL, INC.'S REPLY MEMORANDUM IN RESPONSE TO OPPOSITIONS OF FARHAD LARIAN, STERN & GOLDBERG, KAYE SCHOLER AND MGA TO MOTIONS TO PRODUCE DOCUMENTS

3.  PROOF OF SERVICE

06302/2342862.1

Case No. CV 04-9049 SGL (RNBx)
PROOF OF SERVICE