QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL CERTAIN EXHIBITS TO THE DECLARATION OF JON D. COREY IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO CARTER BRYANT AND MGA DEFENDANTS' *EX PARTE* APPLICATION TO COMPEL PROPERLY NOTICED DEPOSITIONS<br><br>[Local Rule 79-5.1]<br><br>Hearing Date: January 7, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 1<br><br>**Phase 1**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2342244.1

APPLICATION TO FILE UNDER SEAL

Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order entered by the Court in this action, plaintiff Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal Exhibits 2, 3, 4, 5, and 7 to the concurrently filed Declaration of Jon D. Corey in Support of Mattel, Inc.'s Opposition to Carter Bryant and MGA Defendants' *Ex Parte* Application to Compel Properly Noticed Depositions ("Corey Declaration").

The Corey Declaration attaches as exhibits documents that Carter Bryant, MGA Entertainment, Inc. ("MGA"), or Mattel, Inc. have designated as "Confidential" and/or "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order.  As Exhibits 2, 3, 4, 5, and 7 to the Corey Declaration consist of materials designated by Carter Bryant, MGA, or Mattel as "Confidential" and/or "Confidential--Attorneys' Eyes Only," Mattel requests that the Court order Exhibits 2, 3, 4, 5 and 7 be filed under seal.

DATED:  January 6, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By _____
Tamara Jih
Attorneys for Plaintiff
Mattel, Inc.