ORIGINAL

1   THOMAS J. NOLAN (Bar No. 66992)
    (tnolan@skadden.com)
2   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
    300 South Grand Avenue
3   Los Angeles, CA 90071-3144
    Tel.: (213) 687-5000/Fax: (213) 687-5600
4
    RAOUL D. KENNEDY (Bar No. 40892)
5   (rkennedy@skadden.com)
    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
6   4 Embarcadero Center, 38th Floor
    San Francisco, CA 94111-5974
7   Tel.: (415) 984-6400 / Fax: (415) 984-2698
8   Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited,
    MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian
9

10              UNITED STATED DISTRICT COURT

11             CENTRAL DISTRICT OF CALIFORNIA

12

13
    CARTER BRYANT, an individual,          )  CASE NO. CV 04-9049 SGL (RNBx)
14                                          )
                          Plaintiff,        )  **DISCOVERY MATTER**
15                                          )
                 v.                         )  APPLICATION TO FILE UNDER
16                                          )  SEAL MGA'S AND CARTER
    MATTEL, INC., a Delaware                )  BRYANT'S JOINT MOTION TO
17  corporation,                            )  COMPEL FURTHER DEPOSITION
                                            )  TESTIMONY OF RICHARD DE
18                        Defendant.        )  ANDA AND PRODUCTION OF
                                            )  DOCUMENTS
19  ──────────────────────────────         )
    AND CONSOLIDATED ACTIONS                )  DECLARATION OF MARCUS R.
20                                          )  MUMFORD IN SUPPORT
    ──────────────────────────────         )  THEREOF
21

22

23

24

25

26

27

28

1 | Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, MGA Entertainment, Inc. ("MGA") hereby respectfully requests
2 | that the Court order the following documents be filed under seal:

3 | MGA'S AND CARTER BRYANT'S JOINT MOTION TO COMPEL AN UNREDACTED VERSION OF M0074400, MATTEL'S INVESTIGATIVE FILE
4 | 02-299 AND THE FURTHER DEPOSITION OF RICHARD DE ANDA; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF;
5 | and

6 | DECLARATION OF MARCUS R. MUMFORD IN SUPPORT OF MGA'S AND CARTER BRYANT'S JOINT MOTION TO COMPEL FURTHER DEPOSITION
7 | TESTIMONY OF RICHARD DE ANDA AND PRODUCTION OF DOCUMENTS.

8 | Good cause exists for filing these documents under seal, as certain exhibits attached to the Declaration of Marcus R. Mumford have been designated as "Confidential" or
9 | "Confidential—Attorneys' Eyes Only" pursuant to the Protective Order, and as the memorandum of points and authorities in support of MGA's motion references these
10 | exhibits extensively.  In the alternative, MGA requests that the Court declare the exhibits to the declaration to be outside the definitions of "Confidential" and
11 | "Confidential—Attorneys' Eyes Only" as contained in the Stipulated Protective Order and order them, along with the notice of motion and memorandum of points
12 | and authorities in support thereof, to be filed as part of the public record.

13 |
14 | DATED:  January 8, 2008

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
15 |
16 | By: _____
Marcus R. Mumford
17 | Attorneys for MGA Entertainment, Inc.

18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |