UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.     CV 04-09049 SGL (RNBx)                                          Date:  January 9, 2008

and consolidated actions under CV04-9059 & CV05-2727

Title:          CARTER BRYANT -*v*- MATTEL, INC.
==================================================================
PRESENT:  HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

       Jim Holmes                                         None Present
       Courtroom Deputy Clerk               Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:             ATTORNEYS PRESENT FOR DEFENDANTS:

None present                                                              None present

PROCEEDINGS:     ORDER RE E-FILING PROCEDURES FOR DISCOVERY MASTER AND
                                 UNDER SEAL FILING (IN CHAMBERS)

     In light of the district-wide implementation of mandatory e-filing, the Court clarifies its procedures regarding the submission of paper copies to chambers in these consolidated cases for two types of filings: (1) Matters to be heard by the Discovery Master; and (2) under seal filings.

     Except as set forth below with respect to <u>under seal</u> filings, and <u>only</u> as to matters to be heard by the Discovery Master, counsel need not provide to the Court any paper copies.  Counsel shall continue to follow the Discovery Master's directives as to whether and when paper copies are to be delivered to him.

     For all <u>under seal</u> filings, regardless of whether they are to be heard by the Court or by the Discovery Master, counsel shall (1) manually file an ex parte application to file the documents under seal and concurrently lodge an original and one copy of the documents to be filed under seal; (2) e-file a Notice of Manual Filing; and (3) e-mail a .pdf copy of that ex parte application to the chambers e-mail address together with a WordPerfect or Microsoft Word version of the proposed order for the Court's consideration.

     This order does not alter the e-filing procedures for any other type of documents.  Counsel must continue to provide to the Court a paper courtesy copy of all e-filed documents that are

related to motions and other matters to be resolved by the Court.

    IT IS SO ORDERED.