KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
jkeker@kvn.com
MICHAEL H. PAGE - #154913
mpage@kvn.com
CHRISTA M. ANDERSON - #184325
canderson@kvn.com
MATTHEW M. WERDEGAR - #200470
mwerdegar@kvn.com
JOHN E. TRINIDAD - #250468
jtrinidad@kvn.com
AUDREY WALTON-HADLOCK- #250574
awaltonhadlock@kvn.com
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Plaintiff
CARTER BRYANT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC. a Delaware Corporation,<br><br>Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC., v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No. CV 04-09049 SGL (RNBx) (consolidated with CV 04-9059 & 05-2727<br><br>[~~PROPOSED~~] ORDER GRANTING IN PART MGA ENTERTAINMENT INC.'S AND CARTER BRYANT'S JOINT NOTICE OF MOTION TO COMPEL RE: MATTEL'S BANDYING OF 30(B)(6) WITNESSES |

408784.01

Having considered MGA Entertainment Inc.'s and Carter Bryant's Joint Motion to Compel re: Mattel's Bandying of 30(b)(6) witnesses (the "Motion") and all other papers and arguments submitted in support of or opposition to the Motion, and finding good cause therefore,

**IT IS HEREBY ORDERED THAT:**

1.    The Motion is **GRANTED** as to Topics 2-8, 11-13, and 24 of Carter Bryant's Rule 30(b)(6) Notice of Deposition.  Accordingly, Mattel shall produce, at its own expense, properly educated and adequately prepared Rule 30(b)(6) witnesses to testify competently as to Mattel's knowledge on Topics 2 – 8, 11 – 13, and 24.  Mattel shall produce no more than one competent witness on any one topic.

2.    The Motion is **DENIED** as to topics 41 and "Zeus."

3.    Failure to comply with this order may result in preclusion of evidence offered by Mattel at trial, pursuant to Federal Rules of Civil Procedure 37.

4.    All motions for monetary sanctions are **DENIED**, because the Court would find it is unjust under the circumstances of this case to award such monetary sanctions.   Any reporter or videographer costs incurred in connection with the deposition of a witness on Topics 2-8, 11-13 and 24 shall be borne by Mattel.

5.    Mattel shall comply with this order by January 28, 2008.

1

408784.01

1       Pursuant to Paragraph 6 of the Stipulation and Order for Appointment of a

2  Discovery Master, Carter Bryant shall file this Order with the Clerk of the Court

3  forthwith.

4      **IT IS SO ORDERED.**

5  Dated: January __*11*__, 2008

6

7                   By: _____

8                     HON. EDWARD A. INFANTE
                             Discovery Master

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING MGA ENTERTAINMENT INC.'S AND CARTER BRYANT'S JOINT
NOTICE OF MOTION TO COMPEL RE: MATTEL'S BANDYING OF 30(B)(6) WITNESSES
CASE NO. CV 04-09049 SGL (RNBx)

408784.01

## PROOF OF SERVICE BY E-MAIL

I, Sandra Chan, not a party to the within action, hereby declare that on January 11, 2008, I served the attached ORDER GRANTING IN PART MGA ENTERTAINMENT INC.'S AND CARTER BRYANT'S JOINT NOTICE OF MOTION TO COMPEL RE: MATTEL'S BANDYING OF 30(B)(6) WITNESSES in the within action by email addressed as follows:

| | | |
|---|---|---|
| John W. Keker, Esq. | Keker & Van Nest | jkeker@kvn.com |
| Michael H. Page, Esq. | Keker & Van Nest | mhp@kvn.com |
| Christa Anderson, Esq. | Keker & Van Nest | cma@kvn.com |
| Matthew M. Werdegar, Esq. | Keker & Van Nest | mwerdegar@kvn.com |
| John E. Trinidad, Esq. | Keker & Van Nest | jtrinidad@kvn.com |
| Audrey Walton-Hadlock, Esq. | Keker & Van Nest | awalton-hadlock@kvn.com |
| John Quinn Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | johnquinn@quinnemanuel.com |
| Michael Zeller Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | michaelzeller@quinnemanuel.com |
| Jon Corey Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | joncorey@quinnemanuel.com |
| Duane Lyons Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | duanelyons@quinnemanuel.com |
| Timothy Alger Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | timalger@quinnemanuel.com |
| Dominic Surprenant Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | DominicSurprenant@QuinnEmanuel.com |
| B. Dylan Proctor Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | dylanproctor@quinnemanuel.com |
| Shane McKenzie Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | shanemckenzie@quinnemanuel.com |
| Bridget Hauler Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | bridgethauler@quinnemanuel.com |
| Tamar Buchakjian Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | tamarbuchakjian@quinnemanuel.com |
| Juan Pablo Alban, Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | juanpabloalban@quinnemanuel.com |
| Thomas J. Nolan, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | tnolan@skadden.com |
| Raoul D. Kennedy, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | rkennedy@skadden.com |
| Amy S. Park, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | apark@skadden.com |
| Harriet S. Posner, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | hposner@skadden.com |
| Carl Alan Roth, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | croth@skadden.com |
| Timothy A. Miller, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | tmiller@skadden.com |
| Marcus R. Mumford, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | Mmumford@skadden.com |

I declare under penalty of perjury under the laws of the Untied States of America that the above is true and correct.

Executed on January 11, 2008, at San Francisco, California.

_____
Sandra Chan