1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
    John B. Quinn (Bar No. 90378)
2   (johnquinn@quinnemanuel.com)
    Michael T. Zeller (Bar No. 196417)
3   (michaelzeller@quinnemanuel.com)
    Jon D. Corey (Bar No. 185066)
4   (joncorey@quinnemanuel.com)
    Timothy L. Alger (Bar No. 160303)
5   (timalger@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
6  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
7  Facsimile: (213) 443-3100

8  Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Hon. Edward Infante (Ret.)]**<br><br>MATTEL, INC.'S (1) NOTICE OF WITHDRAWAL OF CONSENT TO CONTINUANCE OF MOTION DUE TO MGA'S AND MACHADO'S UNILATERAL CANCELLATION OF HIS DEPOSITION AND (2) REQUEST THAT MOTION TO COMPEL REMAIN ON CALENDAR FOR JANUARY 16, 2008<br><br>Date: January 16, 2008<br>Time: 9:00 a.m.<br>Place: Telephonic Hearing<br><br>**Phase 1**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |
|---|---|

Mattel moved to compel the deposition of Gustavo Machado, a party-defendant and MGA executive, after defendants had promised, but then flatly refused, to make him available for deposition.[1] After Mattel filed the Motion, Mr. Machado represented that he would appear for deposition on January 15, 2008 in Mexico City, a location Mattel had proposed as an accommodation to him and to avoid further delays.[2] On December 24, 2007, Mattel served an amended notice of deposition for Mr. Machado on all parties.

The Discovery Master subsequently set the hearing on Mattel's Motion for January 16, 2008. Machado's counsel then contacted Mattel this past Friday, January 11, 2008, and requested that Mattel agree to continue the scheduled hearing. In seeking to continue the hearing, Mr. Machado's counsel represented to Mattel -- and then to the Discovery Master in an email -- that he would not be able to participate in the scheduled January 16, 2008 hearing because he would be on a flight returning from Mr. Machado's deposition. As a professional courtesy based on that representation that Machado's deposition was going forward, Mattel agreed to continue the hearing to February 8, 2008, the Discovery Master's next hearing date.

After this, and less than 24 hours after Machado's counsel had obtained Mattel's agreement to continue the hearing to compel Machado's deposition based on the fact that Machado's deposition would be going forward, defendants unilaterally cancelled the deposition. Regrettably, this conduct is only the latest instance in which defendants and key witnesses of defendants first promise to appear for deposition, only to renege and cancel at the last minute and then refuse to appear. Indeed, as the Discovery Master is aware, Carter Bryant, Isaac Larian and Paula Garcia, among many others, promised to show up for deposition, then cancelled their depositions and

---

[1] Mattel's Motion to Compel: (1) Deposition of Carlos Gustavo Machao Gomez; and (2) Consent to Production of Electronic Mail Messages (the "Motion").

ultimately flatly refused to voluntarily appear for deposition. In each instance, it took multiple Orders to get these obviously relevant witnesses to sit for deposition.

Mattel accordingly withdraws its consent to Machado's requested continuance of the hearing on the Motion and respectfully requests that it remain on calendar for January 16, 2008. In light of the improper and unilateral cancellation of Mr. Machado's deposition, Mattel further respectfully requests that its Motion be granted in its entirety and that Machado be compelled to appear for deposition in Los Angeles, California.

Mattel also requests that the Order compelling his deposition require Machado to appear on a date of Mattel's choosing no later than January 28, 2008. In cancelling the deposition this weekend, defendants proclaimed that they would not produce him until some unspecified time *after* Phase 1 trial, currently set for May 2008. Defendants' position is baseless and contrary to prior Court Orders. Last week, in granting Mattel leave to take additional discovery and in rejecting defendants' objections to that discovery, Judge Larson ordered Mr. Machado (along with other defense witnesses) to appear for deposition no later than January 28, 2008.[3] Defendants nevertheless now refuse to do so, in violation of that Order. Defendants' claim that they are entitled to withhold him because he is a Phase 2 witnesses is also contrary the Court's repeated rejection of defendants' requests that Phase 2 discovery be stayed pending Phase 1 discovery or trial. Indeed, in ordering last week that all of the depositions that are the subject of his Order be completed by January 28, 2008, Judge Larson has directed that such discovery not be further delayed but done immediately.

---

[2] The facts concerning the recent events are supported by the Declaration of Jon D. Corey, submitted concurrently herewith.

[3] Judge Larson's Order concludes with the mandate that, absent a stipulation of the parties: "*As to all depositions permitted by this Order*, all counsel are expected to coordinate their schedules with those of the deponents such that the depositions (footnote continued)

Indeed, defendants' latest refusal to provide Phase 2 discovery is not even consistent with defendants' own conduct. As recently as yesterday, while refusing to produce Machado as a supposed Phase 2 witness, defendants themselves continue to insist that depositions of *Mattel's* Phase 2 witnesses go forward in January and February 2008.[4]

In the alternative, Mattel requests that the Discovery Master grant Mattel's Motion without the need for hearing. The only argument that Machado has made in opposition to the Motion is the purported lack of authority by the Discovery Master over him. By Order dated January 7, 2008, Judge Larson rejected that position and affirmed the Discovery Master's authority to hear all discovery disputes. And, as noted, Judge Larson has required that depositions including Machado are required to occur by January 28, 2008.

DATED: January 14, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES. LLP

By_____
Jon Corey
Attorneys for Mattel, Inc.

---

are held prior to the discovery cutoff date of January 28, 2008." Mr. Machado's deposition was among these depositions allowed by the Order.

[4] The other, not entirely consistent, excuse that defendants gave for canceling the deposition was that one of MGA's (not Machado's) lawyers had a scheduling conflict. As the Court docket in the other case defendants cite as creating the conflict, however, MGA's counsel has known about both the Machado deposition and the hearing that it purportedly conflicts with since at least December 20, 2007. Despite thus being aware of it for some 25 full calendar days, defendants waited until the weekend before Machado's deposition to cancel it.