1   QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
      John B. Quinn (Bar No. 90378)
2      (johnquinn@quinnemanuel.com)
      Michael T. Zeller (Bar No. 196417)
3      (michaelzeller@quinnemanuel.com)
      Jon D. Corey (Bar No. 185066)
4      (joncorey@quinnemanuel.com)
      Timothy L. Alger (Bar No. 160303)
5      (timalger@quinnemanuel.com)
    865 South Figueroa Street, 10th Floor
6   Los Angeles, California 90017-2543
    Telephone: (213) 443-3000
7   Facsimile: (213) 443-3100

8   Attorneys for Mattel, Inc.

9

                    UNITED STATES DISTRICT COURT

10                  CENTRAL DISTRICT OF CALIFORNIA

11                         EASTERN DIVISION

12

| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
|---|---|
| Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
| vs. | **DISCOVERY MATTER** |
| MATTEL, INC., a Delaware corporation, | **[To Be Heard By Discovery Master Hon. Edward Infante (Ret.)]** |
| Defendant. | SECOND SUPPLEMENTAL DECLARATION OF JON COREY IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL DEPOSITION OF CARLOS GUSTAVO MACHADO GOMEZ |
| AND CONSOLIDATED ACTIONS | |
| | Date: January 16, 2008<br>Time: 9:00 a.m.<br>Place: Telephonic Hearing |
| | **Phase 1**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2351295.1

SUPPLEMENTAL DECLARATION OF JON COREY

## SECOND SUPPLEMENTAL DECLARATION OF JON COREY

I, Jon Corey, declare as follows:

1.     I am a member of the bar of the State of California and the District of Columbia, am admitted to practice before this Court and am a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2.     On December 6, 2007, counsel for Carlos Gustavo Machado Gomez ("Machado"), Alexander Cote, offered to make Machado available for deposition on January 15, 2008 in Mexico City. Attached as Exhibit 1 is a true and correct copy of an email from Alexander Cote to my colleague, Dylan Proctor, dated December 6, 2007.

3.     On the next day, my partner Dylan Proctor wrote to Mr. Cote and confirmed that Mattel would take Machado's deposition on January 15, 2008 in Mexico City. Attached as Exhibit 2 is a true and correct copy of an email from Dylan Proctor to Alexander Cote dated December 7, 2007.

4.     On December 24, 2007, Mattel served an Amended Notice of Deposition of Carlos Gustavo Machado, setting January 15, 2008 as the deposition date pursuant to the agreement of between Mattel and Machado and as an accommodation to Mr. Machado. Attached as Exhibit 3 is a true and correct copy of the Amended Notice of Deposition of Carlos Gusatavo Machado dated December 24, 2007.

5.     On January 11, 2008, at approximately 3:00 p.m., Mr. Cote called me and asked me to agree to continue the hearing on Mattel's Motion to Compel: (1) Deposition of Carlos Gustavo Machao Gomez; and (2) Consent to Production of Electronic Mail Messages which the Discovery Master had set for hearing on January 16, 2008. He said that he would not be available on the morning of January 16 because he would be out of town due to the deposition of Mr.

1  Machado in Mexico City, Mexico.  Based on his representation that the Machado

2  deposition would go forward, I told him that he could represent to the Discovery

3  Master that Mattel would agree to a continuance of the hearing on the Motion to

4  February 8, 2008, the Discovery Master's next hearing date.

5          6.     At 3:20 p.m. on January 11, 2008, Mr. Cote sent an electronic

6  mail message to Ms. Sandra Chan in which he asked that the hearing on Mattel's

7  Motion be continued to February 8, 2008.  The basis for his request was as follows:

8          The deposition of our client in this case, Gustavo

9          Machado, is set for January 15, 2008. The deposition is set

10          for Mexico City. Our travel arrangements are such that we

11          will be departing Mexico City to return to Los Angeles at

12          11:00 AM on January 16. Because Mexico City is two

13          hours ahead of Los Angeles, the flight departure time is

14          9:00 AM Pacific Time, the exact hour set for the hearing

15          on the Motion.

16  A true and correct copy of Mr. Cote's e-mail message to Ms. Chan is attached as

17  Exhibit 4.

18          7.     The next morning, Amy Park, counsel for MGA, informed my

19  colleague, Michael Zeller, that Machado's deposition would have to be cancelled.

20  Attached as Exhibit 5 is a true and correct copy of an email from Amy Park to

21  Michael Zeller dated January 12, 2008.  Her justification for the purported canceling

22  was that Jack DiCanio, a Skadden Arps attorney, had a scheduling conflict with a

23  sentencing hearing in the "Reyes" case.  Ms. Park further wrote that Mr. Machado's

24  deposition would need to proceed after the Phase 1 trial.

25          8.     Mr. Zeller responded to Ms. Park by saying that she did not

26  represent Mr. Machado and could not therefore unilaterally cancel his deposition.

27  Mr. Zeller further stated that the deposition would go forward as noticed. A true and

28  correct copy of Mr. Zeller's e-mail message to Ms. Park is attached as Exhibit 6.

-3-

SUPPLEMENTAL DECLARATION OF JON COREY

1         9.     Shortly thereafter, Mr. Cote, who the prior afternoon had

2  represented to the Discovery Master's case manager that the deposition would go

3  forward, wrote that "Mr. Machado will not be appearing on the 15th. Accordingly,

4  the deposition will not be going forward." A true and correct copy of Mr. Cote's

5  January 12, 2008 e-mail message is attached as Exhibit 7.

6         10.    The purported justification for the Mr. DiCanio's unavailability is

7  a sentencing in the "Reyes" case. Mattel understands this to be <u>United States v.</u>

8  <u>Reyes</u>, Case No. C 06-00556-1 CRB pending in the Northern District of California.

9  MGA's counsel, and Mr. Di Canio, had notice of the sentencing for weeks. On

10  December 20, 2007, Judge Breyer issued an order setting the sentencing for January

11  16, 2008. A true and correct copy of that order is attached as Exhibit 8. Moreover,

12  while other counsel at the Skadden Arps firm appear as counsel of record in that

13  case, Mr. DiCanio does not appear to be counsel of record. A true and correct copy

14  of the portions of the docket that identify counsel of record in <u>United States v.</u>

15  <u>Reyes</u>, Case No. C 06-00556-1, are attached as Exhibit 9.

16         11.    Notwithstanding Ms. Park's insistence that Mr. Machado's

17  deposition proceed after the Phase 1 trial, Judge Larson recently ordered that Mr.

18  Machado's deposition must be completed by January 28, 2008. On page 3 of a

19  January 7, 2008 order Judge Larson granted "Mattel's request to take the individual

20  depositions . . . relating to the trade secret and RICO claims (set forth in the moving

21  papers at 13)." On page 5 of the order, Judge Larson ruled with respect to "all" of

22  the depositions permitted by the order, "all counsel are expected to coordinate their

23  schedules with those of the deponents such that the depositions are held prior to the

24  discovery cut off date of January 28, 2008." A true and correct copy of the January

25  7, 2008 Minute Order is attached as Exhibit 10. Mr. Machado is one of the persons

26  who was identified on page 13 of Mattel's motion and whose deposition is

27  compelled. A true and correct copy of the caption page and page 13 of the Notice of

28

-4-

SUPPLEMENTAL DECLARATION OF JON COREY

1 | Motion and Motion of Mattel, Inc. for Leave to Take Additional Discovery is
2 | attached as Exhibit 11.

3 |         12.     Ms. Park's claim that defendants are entitled to unilaterally
4 | extend Mr. Machado's deposition, as a claimed Phase 2 deposition, until after Phase
5 | 1 trial is also inconsistent with the Court's Orders rejecting defendants' requests
6 | seeking the bifurcation of discovery between Phase 1 and Phase 2.  Most recently, in
7 | an October 31, 2007 Minute Order Judge Larson ruled that "the Court DENIES
8 | MGA's request to delay or otherwise bifurcate discovery regarding Phase 2 issues."
9 | A true and correct copy of the October 31, 2007 Minute Order is attached as Exhibit
10 | 12.  It is also inconsistent with defendants' discovery demands. As recently as today,
11 | defendants' counsel insisted during a telephonic conference that Mattel produce
12 | several Phase 2 witnesses for deposition in February 2008 or before.

13 |         13.     Mattel agreed to take the deposition of Mr. Machado in Mexico
14 | City at the request of Mr. Machado's counsel and to accommodate Mr. Machado.
15 | With this agreement, Mattel anticipated incurring the costs of having a court
16 | reporter and a videographer travel to Mexico City and the costs associated with their
17 | lodging while there for the deposition.  Because of the unjustified and last minute
18 | cancellation of the deposition of Mr. Machado, which had been compelled, Mattel
19 | respectfully requests that the Discovery Master compel Mr. Machado to appear for
20 | deposition in Los Angeles, California prior to January 28, 2008 on a date of Mattel's
21 | choosing.

22 |         I declare under penalty of perjury under the laws of the United States of
23 | America that the foregoing is true and correct.

24 |         Executed on January 13, 2008, at Los Angeles, California.

By _____
Jon Corey

SUPPLEMENTAL DECLARATION OF JON COREY

Exhibit 1

**From:** Alexander Cote [mailto:acote@obsklaw.com]
**Sent:** Thursday, December 06, 2007 5:22 PM
**To:** Dylan Proctor
**Subject:** Gustavo Machado

Dylan,

      Mr. Machado will be available in Mexico City for deposition on 15th of January. Please let me know if that day is convenient.

Thanks,

Alexander H. Cote
Overland Borenstein Scheper & Kim LLP
300 South Grand Avenue, Suite 2750
Los Angeles, CA 90071-3101
(t) 213-613-4660
(f) 213-613-4656

12/7/2007

Exhibit 2

**From:** Dylan Proctor
**Sent:** Friday, December 07, 2007 5:47 PM
**To:** 'Alexander Cote'
**Cc:** Michael T Zeller; Jon Corey
**Subject:** RE: Gustavo Machado

Alex, thanks for your note below.  This will confirm that Mattel is willing to take Mr. Machado's deposition in Mexico City on January 15, 2008.  Please do not hesitate to contact me if you have questions.  Regards,


B. Dylan Proctor
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Direct: (213) 443-3112
Main Phone: (213) 443-3000
Main Fax:  (213) 443-3100
E-mail:  dylanproctor@quinnemanuel.com
Web:  www.quinnemanuel.com


The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above.  This message may be an attorney-client communication and/or work product and as such is privileged and confidential.  If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error

Gustavo Machado                                                    Page 2 of 2

and that any review, dissemination, distribution, or copying of this message is strictly prohibited.  If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Alexander Cote [mailto:acote@obsklaw.com]
**Sent:** Thursday, December 06, 2007 5:22 PM
**To:** Dylan Proctor
**Subject:** Gustavo Machado

Dylan,

    Mr. Machado will be available in Mexico City for deposition on 15th of January. Please let me know if that day is convenient.

Thanks,

Alexander H. Cote
Overland Borenstein Scheper & Kim LLP
300 South Grand Avenue, Suite 2750
Los Angeles, CA 90071-3101
(t) 213-613-4660
(f) 213-613-4656

Exhibit 3

1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     John B. Quinn (Bar No. 090378)
2    (johnquinn@quinnemanuel.com
     Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
     Jon D. Corey (Bar No. 185066)
4    (joncorey@quinnemanuel.com)
     Timothy L. Alger (Bar No. 160303)
5    (timalger@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
6  Los Angeles, California 90017-2543
   Telephone:  (213) 443-3000
7  Facsimile:  (213) 443-3100

8  Attorneys for Mattel, Inc.

9

10              UNITED STATES DISTRICT COURT

11             CENTRAL DISTRICT OF CALIFORNIA

12                    EASTERN DIVISION

| | |
|---|---|
| 13  CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| 14       Plaintiff, | Consolidated with |
| 15       vs. | Case No. CV 04-09059<br>Case No. CV 05-02727 |
| 16  MATTEL, INC., a Delaware<br>corporation, | AMENDED NOTICE OF<br>DEPOSITION OF CARLOS<br>GUSTAVO MACHADO |
| 17 | |
| 18       Defendant. | Date:   January 15, 2008<br>Time:   9:30 a.m. |
| 19  AND CONSOLIDATED CASES | Place:  JW Marriott Hotel Mexico City<br>         Andres Bello 29 |
| 20 | Mexico City, 11560 Mexico |
| 21 | Discovery Cut-Off:   January 28, 2008<br>Pre-Trial Conference: May 5, 2008 |
| 22 | Trial Date:          May 27, 2008 |

23

24

25

26

27

28

07209/2211044.1

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2          PLEASE TAKE NOTICE that pursuant to the agreement between

3  Carlos Gustavo Machado and Mattel, Inc. by and through their counsel of record

4  and at the request of and to accommodate Mr. Machado, Mattel, Inc. will take the

5  deposition defendant of Carlos Gustavo Machado on January 15, 2008 beginning at

6  9:30 a.m., at the J.W. Marriott Hotel Mexico City, Andrés Bello 29, Mexico City,

7  11560 Mexico. The location of the deposition was selected and identified by

8  Counsel for Mr. Machado and represented to be convenient to the witness.

9          PLEASE TAKE FURTHER NOTICE that the deposition will take

10  place upon oral examination before a duly authorized notary public or other officer

11  authorized to administer oaths at depositions, and will continue from day to day,

12  Saturdays, Sundays and legal holidays excepted, until completed. In additon, Mr.

13  Machado has requested, and will be provided, the services of a Spanish-English

14  translator, if necessary.

15          PLEASE TAKE FURTHER NOTICE that, pursuant to Fed. R. Civ.

16  P. 30(b)(2), the deposition will be videotaped. Mattel also reserves the right to use

17  Livenote or other technology for real-time transcription of the testimony.

18

19  DATED: December 24, 2007        QUINN EMANUEL URQUHART OLIVER &
                                     HEDGES, LLP
20

21                                  By_____
22                                    Jon Corey
                                      Attorneys for Mattel, Inc.
23

24

25

26

27

28

07209/2211044.1

-2-

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017.

On December 24, 2007, I served true copies of the following documents described as **AMENDED NOTICE OF DEPOSITION OF CARLOS GUSTAVO MACHADO** on the parties in this action as follows:

| | |
|---|---|
| Thomas Nolan, Esq.<br>Carl Roth, Esq.<br>**SKADDEN ARPS SLATE MEAGHER &**<br>**FLOM, LLP**<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071 | |
| John W. Keker, Esq.<br>Michael H. Page, Esq.<br>Christina M. Anderson, Esq.<br>**Keker & Van Nest, LLP**<br>710 Sansome Street<br>San Francisco, CA 94111 | |
| Mark E. Overland, Esq.<br>Alexander H. Cote<br>**OVERLAND BORENSTEIN SCHEPER &**<br>**KIM LLP**<br>300 South Grand Avenue, Suite 2750<br>Los Angeles, CA 90071-3144 | |

[√]    **BY FEDEX:**  I deposited such document(s) in a box or other facility regularly maintained by FedEx, or delivered such document(s) to a courier or driver authorized by FedEx to receive documents, in sealed envelope(s) or package(s) designated by FedEx with delivery fees paid or provided for, addressed to the person(s) being served.

Executed on December 24, 2007, at Los Angeles, California.

Johanna Lopez

Exhibit 4

**Jon Corey**

| | |
|---|---|
| **From:** | Alexander Cote [acote@obsklaw.com] |
| **Sent:** | Friday, January 11, 2008 3:19 PM |
| **To:** | Chan Sandra; John Quinn; Michael T Zeller; Jon Corey; Duane Lyons; Timothy Alger; Dominic Surprenant; Dylan Proctor; Shane McKenzie; Bridget Hauler; Tamar Buchakjian; Juan Pablo Alban; jkeker@KVN.com; mhp@kvn.com; cma@kvn.com; jtrinidad@kvn.com; tnolan@skadden.com; rkennedy@skadden.com; apark@skadden.com; hposner@skadden.com; croth@skadden.com; cholden@mgae.com; tmiller@skadden.com; mwerdegar@kvn.com; agoldberg@sgattys.com; Mark Overland; bdelgadi@kayescholer.com; Patricia Glaser; sgizer@chrisglase.com; amorgenthaler@chrisglase.com; awalton-hadlock@kvn.com |
| **Subject:** | RE: Bryant, Carter vs. Mattel, Inc.; Notice of Telephonic Hearing of January 16, 2008 |

Ms. Chan,

     I write to request a continuance of the hearing on item number one (Mattel, Inc.'s Motion to Compel: (1) Deposition of Carlos Gustavo Machado Gomez; (2) Consent to Production of Electronic Mail Messages), currently set for January 16, 2008.
     The deposition of our client in this case, Gustavo Machado, is set for January 15, 2008. The deposition is set for Mexico City. Our travel arrangements are such that we will be departing Mexico City to return to Los Angeles at 11:00 AM on January 16. Because Mexico City is two hours ahead of Los Angeles, the flight departure time is 9:00 AM Pacific Time, the exact hour set for the hearing on the Motion.
     In light of this conflict, I have spoken with Jon Corey of Quinn Emanuel, and Mr. Corey is agreeable to continuing the hearing on Mattel's motion against Machado from January 16, 2008 to February 8, 2008, which he indicated was the next hearing date before Judge Infante.

     I look forward to your response.

Thank you,

Alexander H. Cote
Overland Borenstein Scheper & Kim LLP
300 South Grand Avenue, Suite 2750
Los Angeles, CA 90071-3101
(t) 213-613-4660
(f) 213-613-4656

---

From: Chan Sandra [mailto:SChan@JAMSADR.com]
Sent: Friday, January 11, 2008 10:27 AM
To: johnquinn@quinnemanuel.com; michaelzeller@quinnemanuel.com; joncorey@quinnemanuel.com; duanelyons@quinnemanuel.com; timalger@quinnemanuel.com; DominicSurprenant@QuinnEmanuel.com; dylanproctor@quinnemanuel.com; shanemckenzie@quinnemanuel.com; bridgethauler@quinnemanuel.com; tamarbuchakjian@quinnemanuel.com; juanpabloalban@quinnemanuel.com; jkeker@KVN.com; mhp@kvn.com; cma@kvn.com; jtrinidad@kvn.com; tnolan@skadden.com; rkennedy@skadden.com; apark@skadden.com; hposner@skadden.com; croth@skadden.com; cholden@mgae.com; tmiller@skadden.com; mwerdegar@kvn.com; agoldberg@sgattys.com; Alexander Cote; Mark Overland; bdelgadi@kayescholer.com; Patricia Glaser; sgizer@chrisglase.com; amorgenthaler@chrisglase.com; awalton-hadlock@kvn.com
Subject: RE: Bryant, Carter vs. Mattel, Inc.; Notice of Telephonic Hearing of January 16, 2008

Dear Counsel:

From: Chan Sandra
Sent: Wednesday, January 09, 2008 1:41 PM
To: 'johnquinn@quinnemanuel.com'; 'michaelzeller@quinnemanuel.com';
'joncorey@quinnemanuel.com'; 'duanelyons@quinnemanuel.com';
'timalger@quinnemanuel.com'; 'DominicSurprenant@QuinnEmanuel.com';
'dylanproctor@quinnemanuel.com'; 'shanemckenzie@quinnemanuel.com';
'bridgethauler@quinnemanuel.com'; 'tamarbuchakjian@quinnemanuel.com';
'juanpabloalban@quinnemanuel.com'; 'jkeker@KVN.com'; 'mhp@kvn.com';
'cma@kvn.com'; 'jtrinidad@kvn.com'; 'tnolan@skadden.com';
'rkennedy@skadden.com'; 'apark@skadden.com'; 'hposner@skadden.com';
'croth@skadden.com'; 'cholden@mgae.com'; 'tmiller@skadden.com';
'mwerdegar@kvn.com'; 'awalton-hadlock@kvn.com'; 'agoldberg@sgattys.com';
'acote@obsklaw.com'; 'moverland@obsklaw.com';
'bdelgadi@kayescholer.com'; 'Patricia Glaser'; 'sgizer@chrisglase.com';
'amorgenthaler@chrisglase.com'
Subject: RE: Bryant, Carter vs. Mattel, Inc.; Telephonic Hearing of
January 10, 2008


Dear Counsel:


Please be advised that the tentative hearing date of January 10, 2008
has been continued.  We will reschedule the hearing after Judge Larson
has issued his final ruling regarding the authority of the Discovery
Master.  If you have any questions please feel free to contact me
directly.


Best Regards,

Sandra Chan

JAMS
Two Embarcadero Center, Suite 1500

San Francisco, CA  94111

Tel:  415-982-5267

Direct Dial:  415-774-2611

Fax:  415-982-5287

email:  schan@jamsadr.com


From: Chan Sandra
Sent: Friday, January 04, 2008 3:10 PM
To: 'johnquinn@quinnemanuel.com'; 'michaelzeller@quinnemanuel.com';
'joncorey@quinnemanuel.com'; 'duanelyons@quinnemanuel.com';
'timalger@quinnemanuel.com'; 'DominicSurprenant@QuinnEmanuel.com';
'dylanproctor@quinnemanuel.com'; 'shanemckenzie@quinnemanuel.com';
'bridgethauler@quinnemanuel.com'; 'tamarbuchakjian@quinnemanuel.com';
'juanpabloalban@quinnemanuel.com'; 'jkeker@KVN.com'; 'mhp@kvn.com';
'cma@kvn.com'; 'jtrinidad@kvn.com'; 'tnolan@skadden.com';
'rkennedy@skadden.com'; 'apark@skadden.com'; 'hposner@skadden.com';
'croth@skadden.com'; 'cholden@mgae.com'; 'tmiller@skadden.com';
'mwerdegar@kvn.com'; 'awalton-hadlock@kvn.com'; 'agoldberg@sgattys.com';
'acote@obsklaw.com'; 'moverland@obsklaw.com';

3

'bdelgadi@kayescholer.com'; 'Patricia Glaser'gizer@chrisglase.com;
amorgenthaler@chrisglase.com
Subject: Bryant, Carter vs. Mattel, Inc.; Telephonic Hearing of January
10, 2008

Dear Counsel:

Please note that a hearing on the following motions has been tentatively
scheduled as follows:

DATE:              January 10, 2008 @ 9:00 a.m.

MOTIONS:

4.      Mattel, Inc.'s Motion to Compel:  (1) Deposition of Carlos
Gustavo Machado Gomez; (2) Consent to Production of Electronic Mail
Messages

5.      Mattel, Inc.'s Motion to Compel Stern & Goldberg to Produce
Documents; (2) Mattel, Inc.'s Motion to Compel Farhad Larian to Produce
Documents

6.      Mattel, Inc.'s Motion to Compel Kay Scholer to Produce
Documents

CALL-IN NO.:    1-877-696-5267

PASS CODE:    147014#

PANELIST:      Hon. Edward A. Infante (Ret.)

Please dial the above call-in number and enter the pass code to
participate in the telephonic hearing.  If you need further assistance
please feel free to contact me directly.

Best Regards,

Sandra Chan

JAMS
Two Embarcadero Center, Suite 1500

San Francisco, CA  94111

Tel:  415-982-5267

Direct Dial:  415-774-2611

Fax:  415-982-5287

email:  schan@jamsadr.com

Exhibit 5

----- Original Message -----
From: Park, Amy S <Amy.Park@skadden.com>
To: Michael T Zeller
Cc: Nolan, Thomas J (LAC) <Thomas.Nolan@skadden.com>; Adler, Douglas B (LAC)
<Douglas.Adler@skadden.com>; DiCanio, Jack P (LAC) <Jack.DiCanio@skadden.com>; Mark
Overland <moverland@obsklaw.com>; Alexander Cote <acote@obsklaw.com>; Christa Anderson
<CAnderson@KVN.com>
Sent: Sat Jan 12 11:39:38 2008
Subject: Machado deposition

Mike,

We need to reschedule the deposition of Gustavo Machado that was set for January 15
without considering our availability. My partner, Jack DiCanio will be covering the
deposition, but is unable to attend on the 15th due to a sentencing hearing in the Reyes
case. Because Machado's deposition is a Phase 2 deposition, it can proceed after Phase 1.

Thanks.

Amy S. Park
Skadden, Arps, Slate, Meagher & Flom LLP
525 University Avenue | Suite 1100 | Palo Alto, CA 94301
T: 650.470.4511 | F: 888.329.6334 | E: apark@skadden.com <mailto:apark@skadden.com>

Brenda Fry, Assistant to Amy S. Park
T: 650.470.4567 | E: bfry@skadden.com <mailto:bfry@skadden.com>

------------------------------------------------------------------------
******************************************************* To ensure compliance with Treasury
Department regulations, we advise you that, unless otherwise expressly indicated, any
federal tax advice contained in this message was not intended or written to be used, and
cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal
Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing
or recommending to another party any tax-related matters addressed herein.
*******************************************************
******************************************************* This email and any attachments
thereto, is intended only for use by the addressee(s) named herein and may contain legally
privileged and/or confidential information. If you are not the intended recipient of this
email, you are hereby notified any dissemination, distribution or copying of this email,
and any attachments thereto, is strictly prohibited. If you receive this email in error
please immediately notify me at (212) 735-3000 and permanently delete the original copy
and any copy of any email, and any printout thereof. Further information about the firm, a
list of the Partners and their professional qualifications will be provided upon request.
*******************************************************
========================================================================

Exhibit 6

-----Original Message-----

From:  "Michael T Zeller" <michaelzeller@quinnemanuel.com>
Subj:  RE: Machado deposition
Date:  Sat Jan 12, 2008 4:21 pm
Size:  4K
To:   "Park, Amy S" <Amy.Park@skadden.com>
cc:   "Nolan, Thomas J (LAC)" <Thomas.Nolan@skadden.com>; "Adler, Douglas B (LAC)"
<Douglas.Adler@skadden.com>; "DiCanio, Jack P (LAC)" <Jack.DiCanio@skadden.com>; "Mark
Overland" <moverland@obsklaw.com>; "Alexander Cote" <acote@obsklaw.com>; "Christa
Anderson" <CAnderson@KVN.com>; "John Quinn" <johnquinn@quinnemanuel.com>

Amy, as far as I know, MGA's counsel does not represent Mr. Machado.
MGA's counsel accordingly has no right or ability to move or cancel Mr.
Machado's noticed deposition, let alone without even a business day's
notice before counsel, the court reporter and the videographer were
scheduled to travel to Mexico City.

MGA also was fully advised of this particular deposition date -- which has taken months to schedule due to defendants' delays and which moved forward only after we filed a motion to compel -- for at least three weeks and offered no objection.  I am attaching the revised Notice for your information.  MGA undoubtedly has any number of lawyers other than Mr. DiCanio who can attend if MGA wishes to have its counsel there, but, if not, then MGA can decide not to attend the deposition.  As far as we are concerned, however, the deposition will go forward as duly noticed on the 15th.


Michael T. Zeller
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Direct: (213) 443-3180
Main Phone: (213) 443-3000
Main Fax:  (213) 443-3100
E-mail:  michaelzeller@quinnemanuel.com
<mailto:michaelzeller@quinnemanuel.com>


The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above.  This message may be an attorney-client communication and/or work product and as such is privileged and confidential.  If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited.  If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.


---

From: Park, Amy S [mailto:Amy.Park@skadden.com]
Sent: Saturday, January 12, 2008 11:40 AM
To: Michael T Zeller
Cc: Nolan, Thomas J (LAC); Adler, Douglas B (LAC); DiCanio, Jack P (LAC); Mark Overland; Alexander Cote; Christa Anderson
Subject: Machado deposition


Mike,

We need to reschedule the deposition of Gustavo Machado that was set for January 15 without considering our availability. My partner, Jack DiCanio will be covering the deposition, but is unable to attend on the 15th due to a sentencing hearing in the Reyes case. Because Machado's deposition is a Phase 2 deposition, it can proceed after Phase 1.

Thanks.

Amy S. Park
Skadden, Arps, Slate, Meagher & Flom LLP
525 University Avenue | Suite 1100 | Palo Alto, CA 94301
T: 650.470.4511 | F: 888.329.6334 | E: apark@skadden.com
<mailto:apark@skadden.com>


Brenda Fry, Assistant to Amy S. Park
T: 650.470.4567 | E: bfry@skadden.com <mailto:bfry@skadden.com>

2

------ ***************************************************** To ensure
compliance with Treasury Department regulations, we advise you that,
unless otherwise expressly indicated, any federal tax advice contained
in this message was not intended or written to be used, and cannot be
used, for the purpose of (i) avoiding tax-related penalties under the
Internal Revenue Code or applicable state or local tax law provisions or
(ii) promoting, marketing or recommending to another party any
tax-related matters addressed herein.
*****************************************************
***************************************************** This email and any
attachments thereto, is intended only for use by the addressee(s) named
herein and may contain legally privileged and/or confidential
information. If you are not the intended recipient of this email, you
are hereby notified any dissemination, distribution or copying of this
email, and any attachments thereto, is strictly prohibited. If you
receive this email in error please immediately notify me at (212)
735-3000 and permanently delete the original copy and any copy of any
email, and any printout thereof. Further information about the firm, a
list of the Partners and their professional qualifications will be
provided upon request.
*****************************************************
=======================================================================
======

Exhibit 7

-----Original Message-----
From: Alexander Cote [mailto:acote@obsklaw.com]
Sent: Saturday, January 12, 2008 5:47 PM
To: Michael T Zeller; Park, Amy S
Cc: Nolan, Thomas J (LAC); Adler, Douglas B (LAC); DiCanio, Jack P (LAC); Mark Overland; Christa Anderson; John Quinn
Subject: RE: Machado deposition


Mr. Zeller,
Please see Mr. Overland's email of this afternoon. Mr. Machado will not be appearing on the 15th. Accordingly, the deposition will not be going forward.
Thank you,
Alexander Cote


-----Original Message-----

From:   "Michael T Zeller" <michaelzeller@quinnemanuel.com>
Subj:   RE: Machado deposition
Date:   Sat Jan 12, 2008 4:21 pm
Size:   4K
To:     "Park, Amy S" <Amy.Park@skadden.com>
cc:     "Nolan, Thomas J (LAC)" <Thomas.Nolan@skadden.com>; "Adler, Douglas B (LAC)" <Douglas.Adler@skadden.com>; "DiCanio, Jack P (LAC)" <Jack.DiCanio@skadden.com>; "Mark Overland" <moverland@obsklaw.com>; "Alexander Cote" <acote@obsklaw.com>; "Christa Anderson" <CAnderson@KVN.com>; "John Quinn" <johnquinn@quinnemanuel.com>


Amy, as far as I know, MGA's counsel does not represent Mr. Machado. MGA's counsel accordingly has no right or ability to move or cancel Mr. Machado's noticed deposition, let alone without even a business day's notice before counsel, the court reporter and the videographer were scheduled to travel to Mexico City.

1

MGA also was fully advised of this particular deposition date -- which has taken months to schedule due to defendants' delays and which moved forward only after we filed a motion to compel -- for at least three weeks and offered no objection.  I am attaching the revised Notice for your information.  MGA undoubtedly has any number of lawyers other than Mr. DiCanio who can attend if MGA wishes to have its counsel there, but, if not, then MGA can decide not to attend the deposition.  As far as we are concerned, however, the deposition will go forward as duly noticed on the 15th.


Michael T. Zeller
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Direct: (213) 443-3180
Main Phone: (213) 443-3000
Main Fax:  (213) 443-3100
E-mail:  michaelzeller@quinnemanuel.com
<mailto:michaelzeller@quinnemanuel.com>


The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above.  This message may be an attorney-client communication and/or work product and as such is privileged and confidential.  If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited.  If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

From: Park, Amy S [mailto:Amy.Park@skadden.com]
Sent: Saturday, January 12, 2008 11:40 AM
To: Michael T Zeller
Cc: Nolan, Thomas J (LAC); Adler, Douglas B (LAC); DiCanio, Jack P (LAC); Mark Overland; Alexander Cote; Christa Anderson
Subject: Machado deposition


Mike,

We need to reschedule the deposition of Gustavo Machado that was set for January 15 without considering our availability. My partner, Jack DiCanio will be covering the deposition, but is unable to attend on the 15th due to a sentencing hearing in the Reyes case. Because Machado's deposition is a Phase 2 deposition, it can proceed after Phase 1.

Thanks.

Amy S. Park
Skadden, Arps, Slate, Meagher & Flom LLP
525 University Avenue | Suite 1100 | Palo Alto, CA 94301
T: 650.470.4511 | F: 888.329.6334 | E: apark@skadden.com
<mailto:apark@skadden.com>


Brenda Fry, Assistant to Amy S. Park
T: 650.470.4567 | E: bfry@skadden.com <mailto:bfry@skadden.com>

2

------------------------------------------------------------------------------
------ ************************************************** To ensure
compliance with Treasury Department regulations, we advise you that,
unless otherwise expressly indicated, any federal tax advice contained
in this message was not intended or written to be used, and cannot be
used, for the purpose of (i) avoiding tax-related penalties under the
Internal Revenue Code or applicable state or local tax law provisions or
(ii) promoting, marketing or recommending to another party any
tax-related matters addressed herein.
*****************************************************
**************************************************** This email and any
attachments thereto, is intended only for use by the addressee(s) named
herein and may contain legally privileged and/or confidential
information. If you are not the intended recipient of this email, you
are hereby notified any dissemination, distribution or copying of this
email, and any attachments thereto, is strictly prohibited. If you
receive this email in error please immediately notify me at (212)
735-3000 and permanently delete the original copy and any copy of any
email, and any printout thereof. Further information about the firm, a
list of the Partners and their professional qualifications will be
provided upon request.
*****************************************************
==============================================================================
======

Exhibit 8

Case 2:04-cv-09049-DOC-RNB   Document 1527   Filed 01/14/08   Page 31 of 49   Page ID
Case 3:06-cr-00556-CRB   Document 772   Filed 12/20/2007   Page 1 of 1
#:17772

United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
11   UNITED STATES OF AMERICA,              No. C 06-00556-1 CRB

12              Plaintiff,                  **ORDER**

13        v.

14   GREGORY L. REYES,

15              Defendant.
                                        /
16

17        Sentencing is scheduled for Wednesday, January 16, 2008 at 9:00a.m.  Any

18   sentencing memoranda must be filed by the parties on or before Wednesday, January 9,

19   2008.

20        **IT IS SO ORDERED.**

21
22
23   Dated: December 20, 2007         _____
                                      CHARLES R. BREYER
24                                    UNITED STATES DISTRICT JUDGE

25
26
27
28

Exhibit 9

E-Filing, RELATE

# U.S. District Court
## California Northern District (San Francisco)
## CRIMINAL DOCKET FOR CASE #: 3:06-cr-00556-CRB-1

Case title: USA v. Reyes et al                          Date Filed: 08/11/2006
Magistrate judge case number: 3:06-mj-70450-CRB

Assigned to: Hon. Charles R. Breyer

**Defendant (1)**

**Gregory L. Reyes**                 represented by **Brad D. Brian**
                                                    Munger Tolles & Olson LLP
                                                    355 South Grand Avenue
                                                    Thirty-Fifth Floor
                                                    Los Angeles, CA 90071
                                                    213-683-9100
                                                    Fax: 213-683-3702
                                                    Email: BrianBD@mto.com
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*
                                                    *Designation: Retained*

                                                    **Jerome Roth**
                                                    Munger Tolles & Olsen
                                                    355 S. Grand Ave. 35th Flr
                                                    Los Angeles, CA 90071
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*
                                                    *Designation: Retained*

                                                    **Monica Diggs Mange**
                                                    Munger, Tolles & Olson LLP
                                                    355 S Grand Ave 35th Fl
                                                    Los Angeles, CA 90071
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*
                                                    *Designation: Retained*

                                                    **Richard Marmaro**
                                                    Skadden Arps Slate Meagher & Flom
                                                    LLP
                                                    300 South Grand Avenue, Suite 3400
                                                    Los Angeles, CA 90071-3144

213-687-5000
Fax: 213-687-5600
Email: rmarmaro@skadden.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Yohance Claude Edwards**
Munger Tolles & Olsen
355 S. Grand Ave. 35th Flr
Los Angeles, CA 90071-1561
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Christopher J. Gunther**
Skadden Arps Slate Meagher & Flom
LLP
4 Times Square
New York, NY 10036
212 735-2000
*ATTORNEY TO BE NOTICED*

**Robert T. Cruzen**
Howard Rice Nemerovski Canady Falk
& Rab
Three Embarcadero
7th Floor
San Francisco, CA 94111
415-434-1600
Fax: 415-217-5910
Email: rcruzen@howardrice.com
*ATTORNEY TO BE NOTICED*

**Yohance Claude Edwards**
Munger, Tolles & Olson LLP
560 Mission Street
27th Floor
San Francisco, CA 94105
415-512-4035
Fax: 415-644-6935
Email: yohance.edwards@mto.com
*ATTORNEY TO BE NOTICED*

**Pending Counts**                                 **Disposition**

18:371 Conspiracy to commit securities
and mail fraud
(1)

15:78j(b) and 78ff, 17 CFR 240.10b-5,
18:2 Fraud in connection with Brocade

stock, aiding, abetting, and willfully
causing
(2)

15:78j(b) and 78ff, 17 CFR 240.10b-5,
18:2 False SEC filing, aiding, abetting,
willfully causing
(5-7)

15:78m(b)(2)(A) 78m(b)(5) and 78ff,
17 CFR 240.13b2-1, and 18:2
Falsifying books, records, accounts,
aiding and abetting and willfully
causing
(8)

15 USC 78ff, 17 CFR 240.13b2-2, 18:2
False statement to accountant, aiding,
abetting, and willfully causing
(9-12)

**Highest Offense Level (Opening)**
Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| 18:1341, 1346 and 2 Mail fraud, deprivation of right to honest services, aiding, abetting, and willfully causing (3-4) | dismissed |

**Highest Offense Level (Terminated)**
Felony

| **Complaints** | **Disposition** |
| --- | --- |
| 15:78j(b) and 78ff Fraud in connection with Brocade Stock | |

---

**Plaintiff**
**USA**                                         represented by    **Christopher James Steskal**
                                                                  Fenwick & West
                                                                  555 California Street
                                                                  12th Floor
                                                                  San Francisco, CA 94104
                                                                  415.875.2439
                                                                  Fax: 415.281.1350
                                                                  Email: csteskal@fenwick.com
                                                                  *TERMINATED: 02/01/2007*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy Paul Crudo**
Office of the U.S. Attorney
450 Golden Gate Ave.
11th floor
San Francisco, CA 94102
415-436-6824
Fax: 415-436-7234
Email: timothy.crudo@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam A. Reeves**
United States Attorney's Office
450 Golden Gate Avenue
11th Floor
Box 36055
San Francisco, CA 94102
415-436-7200
Fax: 415-436-7234
Email: adam.reeves@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/20/2006 | | Judge update in case as to Gregory L. Reyes, Stephanie Jensen. Judge Magistrate Judge added. Judge Edward M. Chen no longer assigned to case. [3:06-mj-70450-CRB] (Entered: 07/24/2006) |
| 07/20/2006 | 1 | COMPLAINT as to Gregory L. Reyes (1), Stephanie Jensen (2). (vlk, COURT STAFF) (Filed on 7/20/2006) [3:06-mj-70450-CRB] (Entered: 07/24/2006) |
| 07/20/2006 | | Summons Issued as to Gregory L. Reyes Initial Appearance set for 8/2/2006 09:30 AM before Hon. Joseph C. Spero. (vlk, COURT STAFF) (Filed on 7/20/2006) [3:06-mj-70450-CRB] (Entered: 07/24/2006) |
| 07/20/2006 | 3 | Minute Entry for proceedings held before Judge Edward M. Chen :Summons issued as to Gregory L. Reyes held on 7/20/2006 (Tape #not recorded.) (vlk, COURT STAFF) (Filed on 7/20/2006) [3:06-mj-70450-CRB] (Entered: 07/24/2006) |
| 07/25/2006 | 4 | ORDER as to Gregory L. Reyes, Stephanie Jensen Arraignment set for 8/2/2006 09:30 AM before Hon. Joseph C. Spero. Trial Setting Hearing set for 8/2/2006 10:30 AM in Courtroom 8, 19th Floor, San Francisco before Hon. Charles R. Breyer.. Signed by Judge Charles R. Breyer on 7/25/06. (be, COURT STAFF) (Filed on 7/25/2006) [3:06-mj-70450-CRB] (Entered: 07/25/2006) |
| | | |

Exhibit 10

Case 2:04-cv-09049-DOC-RNB   Document 1527   Filed 01/14/08   Page 38 of 49   Page ID
#:17125
Case 2:04-cv-09049-SGL-RNB   Document 1504   Filed 01/07/2008   Page 1 of 5

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
CIVIL MINUTES – GENERAL

Case No.    CV 04-09049 SGL(RNBx)                          Date: January 7, 2008
Title:      CARTER BRYANT -v- MATTEL, INC.
            AND CONSOLIDATED ACTIONS
=============================================================================

PRESENT:   HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

        Jim Holmes                           Theresa Lanza
        Courtroom Deputy Clerk               Court Reporter

ATTORNEYS PRESENT FOR CARTER          ATTORNEYS PRESENT FOR MATTEL:
BRYANT:  **Christa Martine Anderson**     **John B. Quinn and Michael T. Zeller**

ATTORNEYS PRESENT FOR MGA:            ATTORNEY PRESENT FOR CARLOS
**Thomas J.  Nolan**                     GUSTAVO MACHADO GOMEZ:
**Carl A. Roth**                         **Mark E. Overland**
**Anna Park**
                                      ATTORNEY PRESENT FOR NON-PARTY
                                      STERN & GOLDBERG: **Kien C. Tiet**
ATTORNEY PRESENT FOR NON-
PARTIES ANA ELISE CLOONAN,            ATTORNEY PRESENT FOR NON-PARTY
MARGARET HATCH-LEHY, AND              KAYE SCHOLER, LLP: **Bryant S. Delgadillo**
VERONICA MARLOW: **Larry W.
McFarland**


PROCEEDINGS:    **ORDER GRANTING IN PART AND DENYING IN PART
                MATTEL'S MOTION FOR LEAVE TO TAKE ADDITIONAL
                DISCOVERY (DOCKET #1134)**

                **ORDER GRANTING MOTION TO ENFORCE THE COURT'S
                ORDER OF AUGUST 27, 2007, AND DENYING REQUEST FOR
                SANCTIONS  (DOCKET #1143)**

MINUTES FORM 90                                      Initials of Deputy Clerk: jh
CIVIL -- GEN                        1                Time: 1/30

Case 2:04-cv-09049-DOC-RNB   Document 1527   Filed 01/14/08   Page 39 of 49   Page ID
#:17135
Case 2:04-cv-09049-SGL-RNB   Document 1504   Filed 01/07/2008   Page 2 of 5

## ORDER GRANTING MATTEL'S MOTION CLARIFYING COURT'S ORDER APPOINTING DISCOVERY MASTER (DOCKET #1244)

## ORDER GRANTING CARTER BRYANT AND MGA DEFENDANTS' EX PARTE APPLICATION TO COMPEL DEPOSITIONS (DOCKET #1462)

These matters were heard on January 7, 2008.  The Court rules as set forth below.

To the extent that this Order decides issues more properly decided by the Discovery Master and/or preempts issues currently pending before the Discovery Master, it does so only to resolve those issues in the most expeditious manner possible.  As the Court's order appointing the Discovery Master requires, any and all discovery disputes must be presented to the Discovery Master for his resolution.

## MATTEL'S MOTION FOR LEAVE TO TAKE ADDITIONAL DISCOVERY (DOCKET #1134)

This motion is **GRANTED IN PART**.  Leave to take additional depositions and propound additional interrogatories are granted to the extent they are consistent with Fed. R. Civ. P. 26(b)(2).  <u>See</u> Fed. R. Civ. P. 30(a)(2)(A) (depositions), 33(a) (interrogatories).  Rule 26(b)(2) requires a Court to limit discovery where it is unreasonably cumulative or duplicative; where it can be obtained from a more convenient, less burdensome, or less expensive source; where a party has already had ample opportunity to obtain information from discovery; where the burden or the expense of the requested discovery outweighs its likely benefit, taking into account the factors of the parties' resources, the importance of the issues at stake, and the importance of the requested discovery in resolving these issues.  Fed. R. Civ. P. 26(b)(2)(C)(i)–(iii).

Considering this standard, the Court concludes that Mattel has shown good cause to grant additional discovery given the complexity of this case, the number of parties, recent developments related to the substitution of counsel, the concerns regarding retention and spoliation of evidence, and the delay in receiving paper

Case 2:04-cv-09049-DOC-RNB   Document 1527   Filed 01/14/08   Page 40 of 49   Page ID
#:15131
Case 2:04-cv-09049-SGL-RNB   Document 1504   Filed 01/07/2008   Page 3 of 5

discovery caused by numerous discovery disputes and a Court-imposed stay requested by MGA upon substitution of counsel.  Specifically, the Court grants Mattel's request to take the individual depositions relating to the Bratz claims (set forth in the moving papers at 9-11) and relating to the trade secret and RICO claims (set forth in the moving papers at 13).  Mattel may serve the notices of deposition and propound the interrogatories attached to the moving papers as Exs. A - C.  Additionally, the parties must answer Mattel's previously propounded interrogatories to which the sole objection raised was that those interrogatories exceeded the allowable number of interrogatories.

The Court has heretofore refrained from bifurcating discovery relating to Phase 1 and Phase 2, believing that such an action is fraught with the potential of unnecessarily compounding discovery disputes in a case already predisposed to such disputes.  Nevertheless, in light of the additional discovery permitted by this Order, and to the extent that counsel for the parties who are asserting or defending against claims to be tried in Phase 2 of the trial are in agreement, the Court will consider a stipulation of those parties that designates certain depositions as "Phase 2" depositions that may be conducted during the month of February, if counsel can assure the Court that such depositions can be so conducted without altering the Court's pretrial schedule regarding Phase 1.

Conversely, in light of the standard of review employed regarding the Discovery Master's orders, the Court **DENIES** that portion of Mattel's motion that seeks additional time in which to depose Carter Bryant.  The Court cannot say that the Discovery Master's order allowing an additional nine hours to depose Carter Bryant is contrary to law based on the Discovery Master's unchallenged factual findings.

## MATTEL'S MOTION TO ENFORCE THE COURT'S ORDER OF AUGUST 27, 2007 AND REQUEST FOR SANCTIONS (DOCKET #1143)

This motion is **GRANTED**.  The Court's order clearly applied to "all parties."  No party sought relief therefrom or clarification of the Court's order.

As prepared in purported compliance with the Court's order, the affidavit of Carlos Gustavo Machado Gomez is inadequate as it lacks facts and relies instead on conclusory language.  Machado must file an affidavit that complies with the

MINUTES FORM 90
CIVIL -- GEN

3

Initials of Deputy Clerk: jh
Time: 1/30

Case 2:04-cv-09049-DOC-RNB   Document 1527   Filed 01/14/08   Page 41 of 49   Page ID
#:17631
Case 2:04-cv-09049-SGL-RNB   Document 1504   Filed 01/07/2008   Page 4 of 5

Court's order as set forth below.

Carter Bryant has refused to comply with the Court's order and has not filed the required affidavit.

Both these parties must file, on or before January 15, 2008, an affidavit setting forth a factual description of their preservation efforts, policies, customs, and/or practices with respect to potentially discoverable documents related to the present litigation. The failure of these parties to comply with this Order will result in the imposition of contempt sanctions to coerce their compliance.

The Court **DENIES** Mattel's request for costs and sanctions.

### MATTEL'S MOTION CLARIFYING COURT'S ORDER APPOINTING DISCOVERY MASTER (DOCKET #1244)

This motion is **DENIED**. The Court's order referred to the Discovery Master any and all discovery disputes, including those involving third parties.

Although the parties stipulated to the Discovery Master, that stipulation was entered as the Court's order, and as such, all parties are subject to that order unless relieved from it upon proper motion.

The order was entered as a valid Rule 53(a)(1)(C) order, not requiring the consent of any party or nonparty. Machado has not convinced the Court that, as a subsequently added party, he was required to be given the opportunity to object to the order before it could be applied to him. See Fed. R. Civ. P. 53(b)(1) (requiring notice and opportunity to be heard prior to the appointment of a special master). Importantly, Machado could have, but did not, seek relief from this order within a reasonable amount of time after he became a party to this case. Furthermore, the Court does not find any basis to exclude Machado from the reach of the Court's order appointing the Discovery Master pursuant to his present objections.

### DEFENDANTS' EX PARTE APPLICATION TO COMPEL DEPOSITIONS (DOCKET #1462)

Carter Bryant and the MGA defendants may depose the ten individuals set

Case 2:04-cv-09049-DOC-RNB   Document 1527   Filed 01/14/08   Page 42 of 49   Page ID
Case 2:04-cv-09049-SGL-RNB   Document 1504   Filed 01/07/2008   Page 5 of 5
#:17165

forth in their moving papers.  The testimony of all Rule 30(b)(6) witnesses "count" as
only one deposition for purposes of determining the total number of depositions
conducted by each side.

Carter Bryant and the MGA defendants are not relieved of the requirement that
they serve subpoenas on all these deponents other than the current officers of
Mattel (represented to the Court to be Tim Kilpin, Kevin Farr, and Evelyn Viohl).  To
the extent that Mattel has made prior written agreements to produce deponents who
are under its control, it is expected to do so.

As to all the depositions permitted by this Order, all counsel are expected to
coordinate their schedules with those of the deponents such that the depositions are
held prior to the discovery cutoff date of January 28, 2008.  However, as set forth
above in connection with Mattel's motion to take additional discovery, Phase 2
depositions may be taken in February pursuant to a Court-approved stipulation.

IT IS SO ORDERED.

Initials of Deputy Clerk: jh
Time: 1/30

Exhibit 11

**CONFORMED**

1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
2    John B. Quinn (Bar No. 090378)
     johnquinn@quinnemanuel.com
3    Michael T. Zeller (Bar No. 196417)
     (michaelzeller@quinnemanuel.com)
4    Jon D. Corey (Bar No. 185066)
     (joncorey@quinnemanuel.com)
5    Timothy L. Alger (Bar No. 160303)
     (timalger@quinnemanuel.com)
6  865 South Figueroa Street, 10th Floor
   Los Angeles, California  90017-2543
7  Telephone:  (213) 443-3000
   Facsimile:  (213) 443-3100

8  Attorneys for Mattel, Inc.

9              UNITED STATES DISTRICT COURT

10           CENTRAL DISTRICT OF CALIFORNIA

11                  EASTERN DIVISION

| | |
|---|---|
| 12  CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| 13             Plaintiff, | Consolidated with |
| 14     vs. | Case No. CV 04-09059<br>Case No. CV 05-02727 |
| 15  MATTEL, INC., a Delaware<br>corporation, | Hon. Stephen G. Larson |
| 16             Defendant. | NOTICE OF MOTION AND MOTION OF MATTEL, INC. FOR LEAVE TO TAKE ADDITIONAL DISCOVERY AND OBJECTIONS TO DISCOVERY MASTER ORDER OF SEPTEMBER 28, 2007; AND |
| 17 | |
| 18  AND CONSOLIDATED ACTIONS | |
| 19 | MEMORANDUM OF POINTS AND AUTHORITIES |
| 20 | |
| 21 | [Declaration of B. Dylan Proctor filed concurrently] |
| 22 | Hearing Date:  January 7, 2008 |
| 23 | Time:              10:00 a.m.<br>Courtroom:    1 |
| 24 | **Phase 1:** |
| 25 | Discovery Cut-off:      January 28, 2008<br>Pre-trial Conference:  May 5, 2008 |
| 26 | Trial Date:                 May 27, 2008 |
| 27 | |
| 28 | |

07209/2299353.1

-i-                11-19

1   Mattel employees.[43]  Accordingly, Mattel seeks leave to take the depositions of the

2   following witnesses on such claims:[44]

- Ron Brawer – has knowledge of stolen Mattel trade secrets in the U.S.
- Janine Brisbois – former Mattel employee who stole Mattel trade secrets
- Gustavo Machado – former Mattel employee who stole Mattel trade secrets
- Mariana Trueba – former Mattel employee who stole Mattel trade secrets
- Pablo Vargas – former Mattel employee who stole Mattel trade secrets
- Ricardo Abundis – has knowledge of stolen Mattel trade secrets in Mexico
- Jorge Castilla – believed to have stolen Mattel trade secrets in the U.S.
- Nic Contreras – believed to have knowledge of stolen Mattel trade secrets
- Dan Cooney – believed to have knowledge of stolen Mattel trade secrets
- Susan Kuemmerle – believed to have knowledge regarding stolen Mattel trade secrets in Mexico
- Shirin Salemnia – believed to have knowledge of stolen Mattel trade secrets
- MGAE de Mexico – defendant to trade secret theft and RICO claims
- MGA Entertainment, Inc. – defendant

17   Further, MGA has accused Mattel of trade dress infringement and dilution and

18   unfair competition in connection with more than 440 products.[45]  MGA has identified

---

20   [43]  Bacon Dep. Tr. at 12:12-13, 51:22-52:17, 86:8-12, and 114:19-116:9, Proctor Dec.,
21   Ex. 28.  And even with respect to Ms. Bacon's deposition, MGA attempted to prevent her
      from testifying on the grounds that Mattel had not noticed her deposition individually, but
22   only as a Rule 30(b)(6) designee.  See Proctor Dec., Ex. 29.
      [44]  These are those who Mattel has identified to date.  Mattel anticipates that there may
23   be more who will need to be deposed in connection with MGA's unfair competition claims
      and Mattel's counterclaims because (a) it continues to review the over one-and-a-half
24   million pages of documents that MGA produced in the past month and (b) MGA, to date,
      has failed to identify how it anticipates defending Mattel's counterclaims or which
25   documents or witnesses it will rely upon to do so, including by its ongoing failures to
      answer Mattel contention interrogatories related to its defenses to Mattel's counterclaims.
26   [45]  MGA's Supp. Response to Interrogatory No. 2 Of Mattel, Inc.'s First Set of
27   Interrogatories Re Claims of Unfair Competition, at 5-19, Proctor Dec., Ex. 26.

28

-13-

Exhibit 12

Case 2:04-cv-09049-DOC-RNB   Document 1527   Filed 01/14/08   Page 47 of 49   Page ID
Case 2:04-cv-09049-SGL-RNB   Document 3104   Filed 10/31/2007   Page 1 of 4
#:13881

# PRIORITY SEND

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA 92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.   CV 04-09049 SGL(RNBx)                      Date: October 31, 2007
Title:     CARTER BRYANT -v- MATTEL, INC.
           AND CONSOLIDATED ACTIONS

===================================================================

PRESENT:  HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

Jim Holmes                              Theresa Lanza
Courtroom Deputy Clerk                  Court Reporter

ATTORNEYS PRESENT FOR CARTER            ATTORNEYS PRESENT FOR MATTEL:
BRYANT:

Christa Martine Anderson                John Quinn
Matthew M. Werdegar                     Jon D. Corey
                                        Michael T. Zeller

ATTORNEYS PRESENT FOR MGA:              ATTORNEY PRESENT FOR CARLOS
                                        GUSTAVO MACHADO GOMEZ:

Thomas J. Nolan                         Alexander H. Cote
Carl A. Roth

PROCEEDINGS:   **ORDER REGARDING STATUS CONFERENCE**

The Court held a status conference to consider the current schedule set for Phase 1 of the consolidated cases as well as the issue of the selection of a settlement officer for both Phase 1 and Phase 2 of the consolidated cases.

For reasons discussed on the record, the Court enters a two-week STAY in these actions, beginning November 1, 2007, and continuing through November 14, 2007. During that time, the parties shall serve no discovery requests (including subpoenas) on parties or third parties. The obligation to respond to any outstanding discovery requests is likewise suspended for that time frame. No depositions shall be conducted during this time. The matters to be heard before Judge Infante, the discovery master herein, are to be rescheduled to a date determined by Judge Infante,

MINUTES FORM 90                                    Initials of Deputy Clerk ___jh_____
CIVIL -- GEN                    1                  Time: 00/20

Case 2:04-cv-09049-DOC-RNB   Document 1527   Filed 01/14/08   Page 48 of 49   Page ID
Case 2:04-cv-09049-SGL-RNB   Document 104   Filed 10/31/2007   Page 2 of 4
#:11159

provided, however, that such date is no earlier than November 26, 2007, and that no opposition or reply papers may be required to be filed during the pendency of the stay.

The Court CONTINUES the November 19, 2007, hearing on the Motion For Leave to Serve A Supplemental Interrogatory to December 3, 2007, at 10:00 a.m.

The current schedule regarding Phase 1 of the trial in these consolidated actions is modified as follows:

| | |
|---|---|
| Fact discovery cutoff: | 01/28/08 |
| Initial Expert Reports: | 02/11/08 |
| Rebuttal Expert Reports: | 03/17/08 |
| Last date for settlement conference: | VACATED (see below for Court's directive regarding mandatory settlement procedures) |
| Expert discovery cutoff: | 03/31/08 |
| Dispositive Motions hearing cutoff: | 03/31/08 @ 10:00 a.m. |
| Pretrial conference order and associated trial documents including proposed jury instructions: | 04/21/08 |
| Filing of Motions in Limine: | 05/05/08 |
| Pretrial conference: | 05/05/08 @ 11:00 a.m. |
| Hearing on Motions in Limine and Jury Instructions: | 05/19/08 @ 11:00 a.m. |
| Trial: | 05/27/08 @ 9:00 a.m. |

The schedule for Phase 2, previously set by the Court by Order filed February 22, 2007, in the case captioned MGA Entertainment, Inc. v. Mattel, Inc., et al., CV 05-02727, is VACATED. The Court will consider the scheduling of Phase 2 at a later date. However, the Court DENIES MGA's request to delay or otherwise bifurcate discovery regarding Phase 2 issues.

At the status conference, the parties acknowledged on the record their mutual agreement to the selection of Ambassador Pierre-Richard Prosper as the settlement officer for these

MINUTES FORM 90
CIVIL -- GEN                                    2                 Initials of Deputy Clerk ___jh_____
                                                                 Time: 00/20

Case 2:04-cv-09049-DOC-RNB   Document 1527   Filed 01/14/08   Page 49 of 49   Page ID
#:11790
Case 2:04-cv-09049-SGL-RNB   Document 104   Filed 10/31/2007   Page 3 of 4

consolidated cases, and the Court hereby APPOINTS him in that capacity.  Counsel are directed to
contact Ambassador Prosper to schedule a settlement conference on or before December 1, 2007.
The settlement conference is to be directed towards resolution of both phases of this litigation.
Counsel are ORDERED to carefully and diligently follow Ambassador Prosper's directions
concerning preparation for and conduct at any settlement conferences.  The parties will be jointly
responsible for paying the Ambassador's reasonable and customary rate for services rendered.  A
failure to comply with this order, or a failure to provide reasonable compensation to the Settlement
Officer upon completion of the mediation, may result in the imposition of appropriate sanctions.
Ambassador Prosper is directed to provide a status report to the Court following the conclusion of
the settlement efforts.

     IT IS SO ORDERED.

c:     Judge Infante
      Ambassador Prosper