QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>              Plaintiff,<br><br>    vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>              Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>[To Be Heard By Hon. Edward Infante (Ret.) Pursuant To Order Of December 6, 2006]<br><br>NOTICE OF LODGING IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA'S MOTION TO COMPEL MATTEL TO PRODUCE WITNESSES PURSUANT TO NOTICE OF DEPOSITION UNDER RULE 30(B)(6), OR, IN THE ALTERNATIVE, FOR LEAVE TO SERVE SUCH NOTICE<br><br>Hearing Date:    February 8, 2008<br>Time:            9:30 a.m.<br>Place:           Telephonic<br><br>Discovery Cut-off:    January 28, 2008<br>Pre-trial Conference: May 5, 2008<br>Trial Date:           May 27, 2008 |

07209/2350889.1

NOTICE OF LODGING

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE that plaintiff Mattel, Inc. hereby lodges the following declarations with Discovery Master Infante in support of its Opposition to MGA's Motion to Compel Mattel to Produce Witnesses Pursuant to Notice of Deposition Under Rule 30(b)(6), or, in the Alternative, for Leave to Serve Such Notice:

1. Declarations of Erin Bric and Sergio Hernandez in Support of Opposition of Mattel, Inc. to MGA Entertainment Inc.'s Motion to Compel, dated April 25, 2007, attached hereto as Exhibit 1.

2. Declaration of Timothy L. Alger in Support of Mattel, Inc.'s Motion for Reconsideration of the September 12, 2007 Order Granting in Part and Denying in Part MGA's Motion to Compel Production of Documents, dated September 26, 2007, attached hereto as Exhibit 2.

DATED: January 11, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Jon D. Corey
Jon D. Corey
Attorneys for Mattel, Inc.