QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED CASES | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>PROOF OF SERVICE<br><br>Hearing Date:   February 8, 2008<br>Time:           9:30 a.m.<br>Place:          Telephonic<br><br>**Phase I**<br>Discovery Cut-Off:      January 28, 2008<br>Pre-Trial Conference:   May 5, 2008<br>Trial Date:             May 27, 2008 |

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On January 14, 2008, I served true copies of the following document(s) described as:

1. MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL THE DECLARATION OF MICHAEL MOORE AND CERTAIN EXHIBITS TO THE DECLARATION OF JON D. COREY IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA'S MOTION TO COMPEL MATTEL TO PRODUCE WITNESSES PURSUANT TO NOTICE OF DEPOSITION UNDER RULE 30(B)(6), OR, IN THE ALTERNATIVE, FOR LEAVE TO SERVE SUCH NOTICE

2. [PROPOSED] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL THE DECLARATION OF MICHAEL MOORE AND CERTAIN EXHIBITS TO THE DECLARATION OF JON D. COREY IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA'S MOTION TO COMPEL MATTEL TO PRODUCE WITNESSES PURSUANT TO NOTICE OF DEPOSITION UNDER RULE 30(B)(6), OR, IN THE ALTERNATIVE, FOR LEAVE TO SERVE SUCH NOTICE

3. MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL THE DECLARATIONS OF VICKIE CERRITO AND LISSA FREED IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA'S MOTION TO COMPEL MATTEL TO PRODUCE WITNESSES PURSUANT TO NOTICE OF DEPOSITION UNDER RULE 30(B)(6), OR, IN THE ALTERNATIVE, FOR LEAVE TO SERVE SUCH NOTICE

4. [PROPOSED] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL THE DECLARATIONS OF VICKIE CERRITO AND LISSA FREED IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA'S MOTION TO COMPEL MATTEL TO PRODUCE WITNESSES PURSUANT TO NOTICE OF DEPOSITION UNDER RULE 30(B)(6), OR, IN THE ALTERNATIVE, FOR LEAVE TO SERVE SUCH NOTICE

5. [PUBLIC REDACTED] DECLARATION OF JON D. COREY IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA'S MOTION TO COMPEL MATTEL TO PRODUCE WITNESSES PURSUANT TO NOTICE OF DEPOSITION UNDER RULE 30(B)(6), OR, IN THE ALTERNATIVE, FOR LEAVE TO SERVE SUCH NOTICE

on the parties in this action as follows:

| | |
|---|---|
| Thomas J. Nolan, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>300 So. Grand Ave.<br>Suite 3400<br>Los Angeles CA 90071 | Mark E. Overland, Esq.<br>David C. Scheper, Esq.<br>Alexander H. Cote, Esq.<br>Overland, Borenstein, Scheper & & Kim, LLP<br>300 S. Grand Avenue, Suite 2750<br>Los Angeles, CA 90071 |

1  John W. Keker, Esq.
   Michael H. Page, Esq.
2  Christa M. Anderson, Esq.
   Keker & Van Nest, LLP
3  710 Sansome Street
   San Francisco, CA  94111
4

5

6  **BY MAIL:** I am "readily familiar" with the practices of Quinn Emanuel Urquhart Oliver & Hedges for collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the
7  United States Postal Service that same day in the ordinary course of business. I enclosed the foregoing in sealed envelope(s) addressed as shown above, and such
8  envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary business
9  practices.

10         I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.
11
           Executed on January 14, 2008, at Los Angeles, California.
12

13

14                                                  _____
                                                    Rita Turner
15

16

17

18

19

20

21

22

23

24

25

26

27

28

07209/2127108.1

-2-

PROOF OF SERVICE

| | |
|---|---|
| 1 | **SERVICE LIST** |

Alisa Morgenthaler Lever
Christensen, Glaser, Fink, Jacobs, Weil
  & Shapiro LLP
10250 Constellation Blvd., 19th Floor
Los Angeles, CA  90067

Alan N. Goldberg, Esq.
Stern & Goldberg
6345 Balboa Blvd.
Suite 200
Encino, CA  91316

Bryant S. Delgadillo
Kaye Scholer LLP
1999 Avenue of the Stars
Suite 1700
Los Angeles, CA  90067

07209/2127108.1

-3-

PROOF OF SERVICE