# EXHIBIT A

**Park, Amy S (PAL)**

**From:** Mark Overland [moverland@obsklaw.com]

**Sent:** Saturday, January 12, 2008 11:45 AM

**To:** Park, Amy S (PAL); Michael T Zeller

**Cc:** Nolan, Thomas J (LAC); Adler, Douglas B (LAC); DiCanio, Jack P (LAC); Alexander Cote; Christa Anderson

**Subject:** RE: Machado deposition

Inasmuch as Jack DiCanio, representing MGA, is unable to attend the scheduled Machado deposition on January 15, due to an appearance in federal court in San Francisco, we have informed our client that the deposition will not go forward and will be rescheduled at a later date.

Mark E. Overland
Overland Borenstein Scheper & Kim
300 S. Grand Ave., Ste. 2750
Los Angeles, CA 90071
(213) 613-4680
Fax (213) 613-4656
email: moverland@obsklaw.com

EXHIBIT A, PAGE 1

1/14/2008