```
 1  THOMAS J. NOLAN (Bar No. 066992)
    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
 2  300 South Grand Avenue
    Los Angeles, CA  90071-3144
 3  Telephone:  (213) 687-5000
    Facsimile:  (213) 687-5600
 4  E-mail:     tnolan@skadden.com

 5  RAOUL D. KENNEDY (Bar No. 40892)
    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
 6  Four Embarcadero Center, Suite 3800
    San Francisco, CA  94111
 7  Telephone:  (415) 984-6400
    Facsimile:  (415) 984-2698
 8  E-mail:     rkennedy@skadden.com

 9  Attorneys for Counter-Defendants,
    MGA ENTERTAINMENT, INC., ISAAC LARIAN, MGA ENTERTAINMENT
10  (HK) LIMITED, AND MGAE de MEXICO S.R.L. de C.V.
```

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation<br><br>Defendant.<br><hr>Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>**PROOF OF SERVICE**<br><br>[To be heard by Discovery Master Hon. Edward Infante (Ret.) Pursuant to Court Order of December 6, 2006]<br><br><br>Discovery Cut-Off: January 28, 2008 |

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 300 South Grand Avenue, 34th Floor, Los Angeles, CA 90071.

On January 14, 2008, I served the foregoing documents described as:

(1) MGA ENTERTAINMENT, INC.'S RESPONSE TO MATTEL, INC.'S (1) NOTICE OF WITHDRAWAL OF CONSENT TO CONTINUANCE OF MOTION TO COMPEL DEPOSITION OF MACHADO AND (2) REQUEST THAT MOTION TO COMPEL REMAIN ON CALENDAR FOR JANUARY 16, 2008

(2) DECLARATION OF AMY S. PARK IN SUPPORT OF MGA ENTERTAINMENT, INC.'S RESPONSE TO MATTEL, INC.'S (1) NOTICE OF WITHDRAWAL OF CONSENT TO CONTINUANCE OF MOTION TO COMPEL DEPOSITION OF MACHADO AND (2) REQUEST THAT MOTION TO COMPEL REMAIN ON CALENDAR FOR JANUARY 16, 2008

on the interested parties in this action addressed as follows:

**SEE ATTACHED SERVICE LIST**

☑ (BY PERSONAL SERVICE)   ☐ By personally delivering copies to the person served. (FEDERAL)

☑ I caused such document to be hand delivered to the above addressees. (FEDERAL)

☐ (BY FEDERAL EXPRESS) I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing with Federal Express and the fact that the correspondence would be deposited with Federal Express that same day in the ordinary course of business; on this date, the above-referenced correspondence was placed for deposit at Los Angeles, California and placed for collection and mailing following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed on January 14, 2008 at Los Angeles, California.

___Matthew T. Bowman___
PRINT NAME                SIGNATURE

2
PROOF OF SERVICE                              NO. CV 04-9049 SGL (RNBx)

## SERVICE LIST

John B. Quinn, Esq.
Michael T. Zeller, Esq.
Jon D. Corey, Esq.
Timothy L. Alger, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
(213) 443-3000
(213) 443-3100 (Fax)

Attorneys for Mattel, Inc.
[Personal Service]

John W. Keker, Esq.
Michael H. Page, Esq.
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111
(415) 391-5400
(415) 397-7188 (Fax)

Attorneys for Carter Bryant
[Federal Express]

Mark E. Overland, Esq.
Alexander H. Cote, Esq.
David C. Scheper, Esq.
Overland Borenstein Scheper & Kim
300 South Grand Avenue, Suite 2750
Los Angeles, CA 90071
(213) 613-4655
(213) 613-4656 (Fax)