QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff and Cross-Defendant Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED CASES | Case No. CV 04-09049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>Hon. Edward A. Infante (Ret.)<br>Discovery Master<br><br>STIPULATION RE: MATTEL'S DESTRUCTIVE TESTING OF BRYANT ORIGINAL DOCUMENTS; AND<br><br>[PROPOSED] ORDER |

07209/2348296.2

STIPULATION RE DESTRUCTIVE TESTING OF BRYANT ORIGINALS; PROPOSED ORDER

## STIPULATION

WHEREAS, Mattel has, pursuant to paragraph 6 of the Court's August 30, 2007 Order Granting Mattel, Inc.'s Motion to Compel Bryant to Make Original Documents Available for Expert Examination and Testing, requested limited destructive testing of certain of Carter Bryant's ("Bryant") original documents;

WHEREAS, Bryant originally objected to the request as untimely, but now has agreed to allow the requested destructive testing;

NOW, THEREFORE, the parties will adhere to the following protocol with respect to the destructive testing of the Bryant originals:

1. On January 11, 2008, during normal business hours, Mattel's counsel will pick up, by messenger, from Keker & Van Nest, LLP, 710 Sansome Street, San Francisco, California, the documents that were previously provided by Bryant to Mattel for examination by Mattel's experts on Wednesday, September 12, 2007, in the seven mailing cartons in which they were returned to Keker by Mattel's counsel on October 17, 2007 ("the seven cartons").[1]

2. The seven cartons will be shipped, using Federal Express or UPS, to Mattel's expert's laboratory, Integrated Paper Services, Inc., c/o Walter Rantanen, 3211 E. Capitol Drive, Appleton, WI 54911, for delivery on Monday morning, January 14, 2008. January 14 shall be the first of four business days that Mattel shall have for the sampling of the documents. Subject to Paragraph 7 below, when the sampling is complete or on the fourth business day, whichever comes first, the documents shall be sent from Mattel's expert's laboratory, and will be delivered

---

[1] The documents were provided to Mattel by Bryant on September 12, 2007 in eight boxes. However, to give the documents additional protection, Mattel repackaged the original eight boxes into seven cartons. The original eight boxes, and the documents they originally contained, all are now contained within the seven cartons.

1  to Keker & Van Nest's San Francisco office, to the attention of Matthew Werdegar,
2  during normal business hours the next business day.
3      4.     The documents as to which sampling is permitted are the
4  originals of those documents produced by Bryant in this action that correspond with
5  bates-numbered documents: Bryant 00139-00140, Bryant 00154, Bryant 00157-
6  00162, Bryant 00171-00172, Bryant 00175-00183, Bryant 00186, Bryant 00189-
7  00190, Bryant 00192-00218, Bryant 00220-00246, Bryant 00277-00278, Bryant
8  00291-00297, Bryant 00300-00303, Bryant 00310-00351, Bryant 00358-00361,
9  Bryant 00688, Bryant 00690-00691, Bryant 00699-00701, Bryant 00829-00831,
10 Bryant 00859, Bryant 00911, Bryant 00954, Bryant 00960-00970, Bryant 01003,
11 Bryant 01014, Bryant 01094, Bryant 01111-01118, Bryant 01121-01126, Bryant
12 01243; and the notebooks that are numbered Bryant 01589-01665; and BORIG
13 1632, 1633 and 1729.
14     5.     The sampling of the documents listed in paragraph 4 above shall
15 consist of the following: Samples of the documents listed will be obtained by taking
16 a small punch or punches from the document and/or a snippet from the corner of the
17 document. The samples shall be taken from a portion or portions of the document
18 that do(es) not have any markings or ink and thus shall not be destructive of the
19 drawings or writing on the document. Examples of punches and snippets of the type
20 that will be taken during the sampling have been received by Bryant's counsel and
21 deemed unobjectionable. The expert extracting the samples will be one of the
22 experts approved by Judge Infante during his *in camera* inspection of their
23 credentials. The samples shall be used for fiber composition analysis, chemical spot
24 tests and/or elemental analysis.
25     6.     Except as set forth in paragraph 5, above, all the Bryant
26 documents shall be returned in the same condition, sequence and order in which
27 they were received.
28

Case 2:04-cv-09049-DOC-RNB   Document 1532   Filed 01/15/08   Page 4 of 6   Page ID #:17764

7. MGA has elected to have Mr. Erich Speckin observe the sampling procedure. Counsel for Mattel hereby represents that Mattel has conferred with MGA and that Mr. Speckin is available to observe the destructive testing procedure during the four business day period described in paragraph 2. If Mr. Speckin, while he is observing the procedure, raises any issues about the sampling or testing being done or any other aspects of the process, the parties will seek immediate resolution from this Court so that the sampling, and any subsequent activities, will not be delayed. In the event that there is a dispute or objection, the four business day period described in paragraph 2 is extended for the length of time that was needed to resolve the dispute or objection.

IT IS SO STIPULATED.

DATED: January 11, 2008     QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By _____
Diane C. Hutnyan
Attorneys for Mattel, Inc.

DATED: January 11, 2008     KEKER & VAN NEST, LLP

By _____
Matthew M. Werdegar
Attorneys for Carter Bryant

4
STIPULATION RE DESTRUCTIVE TESTING OF BRYANT ORIGINALS; PROPOSED ORDER

## [PROPOSED] ORDER

Pursuant to the foregoing stipulation of the parties, IT IS SO ORDERED.

DATED: January 11, 2008

_Edward Infante_
Hon. Edward Infante (Ret.)

## PROOF OF SERVICE BY E-MAIL

I, Sandra Chan, not a party to the within action, hereby declare that on January 11, 2008, I served the attached STIPULATION AND ORDER RE: MATTEL'S DESTRUCTIVE TESTING OF BRYANT ORIGINAL DOCUMENTS in the within action by email addressed as follows:

| Name | Firm | Email |
|---|---|---|
| John W. Keker, Esq. | Keker & Van Nest | jkeker@kvn.com |
| Michael H. Page, Esq. | Keker & Van Nest | mhp@kvn.com |
| Christa Anderson, Esq. | Keker & Van Nest | cma@kvn.com |
| Matthew M. Werdegar, Esq. | Keker & Van Nest | mwerdegar@kvn.com |
| John E. Trinidad, Esq. | Keker & Van Nest | jtrinidad@kvn.com |
| Audrey Walton-Hadlock, Esq. | Keker & Van Nest | awalton-hadlock@kvn.com |
| John Quinn Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | johnquinn@quinnemanuel.com |
| Michael Zeller Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | michaelzeller@quinnemanuel.com |
| Jon Corey Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | joncorey@quinnemanuel.com |
| Duane Lyons Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | duanelyons@quinnemanuel.com |
| Timothy Alger Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | timalger@quinnemanuel.com |
| Dominic Surprenant Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | DominicSurprenant@QuinnEmanuel.com |
| B. Dylan Proctor Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | dylanproctor@quinnemanuel.com |
| Shane McKenzie Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | shanemckenzie@quinnemanuel.com |
| Bridget Hauler Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | bridgethauler@quinnemanuel.com |
| Tamar Buchakjian Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | tamarbuchakjian@quinnemanuel.com |
| Juan Pablo Alban, Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | juanpabloalban@quinnemanuel.com |
| Thomas J. Nolan, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | tnolan@skadden.com |
| Raoul D. Kennedy, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | rkennedy@skadden.com |
| Amy S. Park, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | apark@skadden.com |
| Harriet S. Posner, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | hposner@skadden.com |
| Carl Alan Roth, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | croth@skadden.com |
| Timothy A. Miller, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | tmiller@skadden.com |
| Marcus R. Mumford, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | Mmumford@skadden.com |

I declare under penalty of perjury under the laws of the Untied States of America that the above is true and correct.

Executed on January 11, 2008, at San Francisco, California.

_____
Sandra Chan