UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
CIVIL MINUTES -- GENERAL

Case No.    CV 04-09049 SGL(RNBx)
                       AND CONSOLIDATED ACTIONS                    Date:  January 10, 2008

Title:      CARTER BRYANT -v- MATTEL, INC.
==================================================================
PRESENT:  HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

            Jim Holmes                              None Present
            Courtroom Deputy Clerk                  Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANTS:

None present                           None present

PROCEEDINGS:    MINUTE ORDER (IN CHAMBERS)

        Counsel for Carlos Gustavo Machado Gomez has sought from the Court Clerk a clarification of the Court's Order of January 7, 2008.  Such requests for clarifications of the Court's Orders must be directed to the Court by means of a properly filed and noticed ex parte application.  With respect to the January 7, 2008, Order, the Court affords leave to Mr. Machado Gomez to e-file such an ex parte application on or before Tuesday, January 15, 2008.  Opposition and/or responses thereto shall be e-filed no later than Thursday, January 17, 2008.  The Court will thereafter take the matter under submission and set a hearing and/or telephonic conference only if deemed appropriate by the Court.

        IT IS SO ORDERED.