QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>    Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>[To Be Heard By Hon. Edward Infante (Ret.) Pursuant To Order Of December 6, 2006]<br><br>SUPPLEMENTAL DECLARATION OF STEPHEN HAUSS IN FURTHER SUPPORT OF (1) MATTEL, INC.'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES (NOS. 27-44, 46-50) BY THE MGA PARTIES AND (2) MATTEL, INC'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES (NOS. 27-33, 36-40, 42, 45 AND 47) BY CARTER BRYANT<br><br>Date: TBD<br>Time: TBD<br>Place: TBD<br><br>**Phase 1**<br>Discovery Cut-Off:  January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date:     May 27, 2008 |

## DECLARATION OF STEPHEN HAUSS

I, Stephen Hauss, declare as follows:

1. I am a member of the bar of the State of California and an associate of Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Attached as Exhibit 1 is a true and correct copy of Judge Larson's Order Granting in Part and Denying in Part Mattel's Motion for Leave to Take Additional Discovery, dated January 7, 2008.

3. In the motion for leave that led to this Order, Mattel sought leave from Judge Larson to serve all interrogatories set forth in Mattel's Revised Third, Amended Fourth, Fifth, Sixth and Seventh Sets of Interrogatories, to the extent required, in light of Defendants' objections that some of Mattel's interrogatories purportedly are compound and hence violate the Court's 50 interrogatory per side limit. In the attached Order, the Court finds that Mattel has "shown good cause to grant additional discovery" and holds, among other things, that "the parties must answer Mattel's previously propounded interrogatories to which the sole objection raised was that those interrogatories exceeded the allowable number of interrogatories." Id. at 2-3.

4. Accordingly, in light of this Order, any contention that the interrogatories in Mattel's Revised Third, Amended Fourth, Fifth, Sixth and Seventh Sets of Interrogatories need not be answered or answered in full because Mattel has purportedly exceeded the 50 interrogatory limit is not a valid basis for objecting to Mattel's interrogatories, and is moot. Judge Larson has now granted leave as to all these interrogatories, regardless of any disputes about whether they are compound or not.

5. Attached as Exhibit 2 is a true and correct copy of the Order Amending Court's Minute Order of January 7, 2008, dated January 9, 2008. This Order corrects a typographical error in the Court's January 7, 2008 Order.

6. Attached as Exhibit 3 is a true and correct copy of Mattel's Motion for Leave to Take Additional Discovery and Objections to Discovery Master Order of September 28, 2007, dated November 19, 2007, which is referenced in the Court's Order.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 10, 2008, at Los Angeles, California.

_____
Stephen Hauss