QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>**[To be Heard by Discovery Master Hon. Edward Infante (Ret.) Pursuant to Court Order of December 6, 2006]**<br><br>DECLARATION OF BRIAN O'CONNOR IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO JOINT MOTION TO COMPEL AN UNREDACTED VERSION OF M0074400, MATTEL'S INVESTIGATIVE FILE 02-299 AND THE FURTHER DEPOSITION TESTIMONY OF RICHARD DE ANDA<br><br>Date: February 8, 2008<br>Time: 9:30 a.m.<br>Place: Telephonic<br><br>**Phase 1**<br>Discovery Cut-Off: Jan. 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

**CONFIDENTIAL**

07209/2351524.2

O'CONNOR DECLARATION

# DECLARATION OF BRIAN O'CONNOR

I, Brian O'Connor, declare as follows:

1. I am, and have been since September 10, 2001, in-house legal counsel for Mattel, Inc. ("Mattel"). My current position is Vice President and Assistant General Counsel, with responsibility for the International & Regulatory Affairs Group within the Mattel Law Department. I make this declaration of my personal and firsthand knowledge and, if called and sworn as a witness, I could and would competently testify as set forth below.

2. I am informed that the defendants in this action seek the production of the Mattel Security Department file on Investigation No. 02-299. I have reviewed that file. Almost all of the pages are attorney-client communications in which I was the attorney involved.

3. In 2002, one of the employees of Mattel's French affiliate circulated an e-mail message that an MGA French licensing agent had provided to her, in France, Bratz-related licensing information as part of an attempt by the agent to interest Mattel's French affiliate in licensing Bratz products. As a person in the Law Department responsible for International Law and Regulatory Affairs, the e-mail message was brought to my attention for purposes of providing legal advice. It was also brought to the attention of Mattel's Worldwide Security Department, which started a file labeled "02-299." The work that was performed by, and the communications undertaken by, Richard de Anda of Global Security in this matter was at my direction. Also, as reflected in the Investigative Log, and after I no longer needed its assistance, I subsequently directed Global Security to close the matter as it related to that department and forwarded it to me for any additional handling. A true and correct copy of the "02-299" folder and the Investigative Log is attached as Exhibit A.

4. I have reviewed the other pages of the 02-299 investigation file. Seven of those pages are a memorandum that I prepared for distribution within Mattel. It was created for the purpose of providing, and did provide, legal advice regarding company communications from a competition law perspective and specifically address communications relating to competition, pricing and markets. Elizabeth Risha, another lawyer working for Mattel at the time, assisted me in the preparation of this memorandum. When it was finished, I distributed the memorandum within the Company. At all times, this memorandum containing my legal advice was, and continues to be, kept confidential, and is labeled as such.

5. Thirteen pages of the investigative file contain e-mail messages, in some instances multiple copies of the same e-mail message thread. These e-mail messages were either prepared by me or were prepared by Mr. De Anda acting on my behalf. Six of those pages are e-mail messages between Mr. De Anda and employees of Mattel foreign affiliates (namely, Frank Tse, Scotte Saacke and Hans van der Knapp) to provide me with information regarding certain foreign privacy matters related to legal advice that I would provide.

6. Seven pages are e-mail messages (again multiple copies of e-mail messages) that I authored or received either collecting information related to the employee of Mattel's French affiliate in preparation to provide legal advice or in providing legal advice relating to the matter. In addition to me, authors and recipients of these e-mail messages include Robert Normile, Mattel's General Counsel, Jivan Tung, in-house counsel with Mattel's United Kingdom affiliate, and Mr. De Anda, who as I mentioned above was working at my direction on this matter. It was Ms. Tung who brought the e-mail message by the employee of Mattel's French affiliate to my attention.

7. These electronic mail communications were confidential and my memorandum, were and are maintained as confidential. I am not aware of them

1 | having been transmitted to anyone who is not a Mattel employee, other than Mattel's
2 | outside counsel.

3 |     8.    Having reviewed the file for Investigation No. 02-299, no
4 | document in the file either names or refers to Carter Bryant.

5 |     9.    I declare under penalty of perjury under the laws of the United
6 | States of America that the foregoing is true and correct.

7 | Executed on January 14, 2008, at New York, New York.

*[signature]*
Brian O'Connor

07209/2351524.2

- 3 -

02-299

## INVESTIGATIVE LOG

| DATE | INFORMATION |
|---|---|
| 7/17/02 | Case forward to Brian O'Connor Mattel Legal. |
| 7/24/02 | Inv / Closed. |

**FOLLOW UP ITEMS:**