QUINN EMANUEL URQUHART OLIVER & HEDGES
Jon B. Quinn (Bar No. 90378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(micaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
865 S. Figueroa St., 10th Floor, Los Angeles, CA 90017
Tel: (213) 443-3000 // Fax: (213) 443-3100

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT, an individual, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) v. | CV 04-9049 SGL (RNBx) |
| MATTEL, INC., a Delaware corporation, | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

Document Description:
- ☐ Administrative Record
- ☑ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)
- ☐ Other _____

Reason:
- ☐ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☐ Per Court order dated _____
- ☑ Manual Filing required (*reason*): Documents to be Lodged for In Camera Review

January 15, 2008
Date

Jon D. Corey
Attorney Name

Mattel, Inc.
Party Represented

NOTE: A conformed copy of this Notice of Manual Filing MUST be presented with each document, exhibit, etc. at time the document is manually filed.