**OVERLAND BORENSTEIN SCHEPER & KIM LLP**
MARK E. OVERLAND (State Bar No. 38375)
moverland@obsklaw.com
DAVID C. SCHEPER (State Bar No. 120174)
dscheper@obsklaw.com
ALEXANDER H. COTE (State Bar No. 211558)
acote@obsklaw.com
300 South Grand Avenue, Suite 2750
Los Angeles, CA  90071-3144
Telephone: (213) 613-4655
Facsimile:  (213) 613-4656

Attorneys for
Carlos Gustavo Machado Gomez

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT<br><br>          Plaintiff,<br><br>     v.<br><br>MATTEL, INC.,<br><br>          Defendant.<br><br>AND CONSOLIDATED CASES | CASE NO. 04-9049 SGL (RNBx)<br><br>Consolidated with CV 04-9059 and CV 05-2727<br><br>**CARLOS GUSTAVO MACHADO GOMEZ'S *EX PARTE* APPLICATION FOR CLARIFICATION OF THE COURT'S JANUARY 7, 2008 ORDER; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>**Phase 1**<br>Discovery Cut Off: January 28, 2008<br>Pre-Trial Conf.:   May 5, 2008<br>Trial Date:         May 27, 2008 |

1

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD

2      PLEASE TAKE NOTICE that, pursuant to Local Rule 7-19 and the Court's
3  order of January 10, 2008, Carlos Gustavo Machado Gomez, hereby submits this *ex*
4  *parte* application for an order clarifying the Court's order of January 7, 2008.

5      This *ex parte* application is made on the ground that the January 7, 2008 order
6  appears to conflict with the Court's prior order of October 31, 2007.

7      This *ex parte* application is based on this notice of application, the
8  accompanying memorandum of points and authorities and all pleadings and papers
9  on file with the Court in this action.

10      <u>Statement of Compliance with Local Rule 7-19</u>

11      The Court's order of January 10, 2008, which was served electronically on
12  counsel on January 15, 2008, provides as follows "the Court affords leave to Mr.
13  Machado Gomez to e-file such an ex parte application on or before Tuesday,
14  January 15, 2008." The Court's order served as notice to all parties of this *ex parte*.
15  Counsel for Mattel, Inc., who may oppose this motion, is Michael Zeller of Quinn,
16  Emanuel, Urquhart, Oliver & Hedges, LLP (telephone: 213.443.3000; address: 865
17  South Figueroa Street, 10th Floor, Los Angeles, California 90017).

18  DATED: January 15, 2008  OVERLAND BORENSTEIN SCHEPER & KIM LLP
                              MARK E. OVERLAND
19                            DAVID C. SCHEPER
20                            ALEXANDER H. COTE

23                  By:         /s/
                        Alexander H. Cote
24                        Attorneys for CARLOS GUSTAVO
                      MACHADO GOMEZ

## MEMORANDUM OF POINTS AND AUTHORITIES

Carlos Gustavo Machado Gomez respectfully requests clarification from the Court regarding its January 7, 2008 order (Docket Number 1504, Amended in Docket Number 1508), and the interplay between that order and language in the Court's October 31, 2007 order (Docket Number 1104). The two orders appear to conflict with regard to scheduling and deadlines for Phase II discovery.

The Court's October 31, 2007 order stated that

> The schedule for Phase 2, previously set by the Court by Order filed February 22, 2007, in the case captioned MGA Entertainment, Inc. v. Mattel, Inc., et al., CV 05-02727, is VACATED. The Court will consider the scheduling of Phase 2 at a later date. However, the Court DENIES MGA's request to delay or otherwise bifurcate discovery regarding Phase 2 issues.

(October 31 2007 Order at 2.) By this order, the Court seemed to reach two conclusions. First, by rejecting the request to bifurcate discovery, the Court effectively gave leave for Phase 2 discovery to take place concurrent with Phase 1 discovery. However, because the Court vacated all Phase 2 deadlines – including the discovery cut off – Phase 2 discovery could continue after the January 28, 2008 cut off for Phase 1.

Counsel for Mr. Machado, who is a party to Phase 2 only, intends to conduct discovery on Mattel's claims and his own defenses. However, in reliance on the language of the October 31, 2007 order, Mr. Machado is holding that discovery in abeyance until Phase 1 discovery concludes. As the Court has analogized, if Phase 1 is the dog, then Phase 2 is the tail, and the tail should not be wagging the dog. Any discovery by Mr. Machado will be limited to Phase 2, *i.e.*, the tail.

1

1    In contrast, the Court's January 10, 2008 order appears to state that Phase 2
2 discovery should be completed by January 28, 2008, and may be extended into
3 February only by stipulation and with Court approval. The order states:

> The Court has heretofore refrained from bifurcating
> discovery relating to Phase 1 and Phase 2, believing that
> such an action is fraught with the potential of
> unnecessarily compounding discovery disputes in a case
> already predisposed to such disputes. Nevertheless, in light
> of the additional discovery permitted by this Order, and to
> the extent that counsel for the parties who are asserting or
> defending against claims to be tried in Phase 2 of the trial
> are in agreement, the Court will consider a stipulation of
> those parties that designates certain depositions as "Phase
> 2" depositions that may be conducted during the month of
> February, if counsel can assure the Court that such
> depositions can be so conducted without altering the
> Court's pretrial schedule regarding Phase 1.

(January 10, 2007 Order at 3.) The foregoing language seems to permit Phase 2 depositions after January, only if the parties agree, and only with Court approval.

Mr. Machado does not take a position with respect to the "correct" or "proper" interpretation of these two orders. If the Court's January 10, 2007 Order was meant to implement a discovery cut off for Phase 2 discovery on January 28, 2008, then Mr. Machado will file a properly noticed motion for reconsideration

//
//
//
//
//

2

1 and/or motion for leave to conduct Phase 2 discovery. The instant *ex parte* application seeks only clarification of the Court's holding.

DATED: January 15, 2008   OVERLAND BORENSTEIN SCHEPER & KIM LLP
MARK E. OVERLAND
ALEXANDER H. COTE

By:  /s/
 Alexander H. Cote
 Attorneys for CARLOS GUSTAVO MACHADO GOMEZ