```
 1  OVERLAND BORENSTEIN SCHEPER & KIM LLP
    MARK E. OVERLAND (State Bar No. 38375)
 2  moverland@obsklaw.com
    DAVID C. SCHEPER (State Bar No. 120174)
 3  dscheper@obsklaw.com
    ALEXANDER H. COTE (State Bar No. 211558)
 4  acote@obsklaw.com
    300 South Grand Avenue, Suite 2750
 5  Los Angeles, CA 90071-3144
    Telephone: (213) 613-4655
 6  Facsimile:  (213) 613-4656

 7  Attorneys for
    Carlos Gustavo Machado Gomez
 8
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| CARTER BRYANT,<br><br>            Plaintiff,<br><br>v.<br><br>MATTEL, INC.,<br><br>            Defendant.<br><br>AND CONSOLIDATED CASES | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with CV 04-9059 and CV 05-2727<br><br>**DECLARATION OF CARLOS GUSTAVO MACHADO GOMEZ IN RESPONSE TO COURT'S REQUEST FOR INFORMATION REGARDING DOCUMENT PRESERVATION**<br><br>**Phase 1**<br>Discovery Cut Off:  January 28, 2008<br>Pre-Trial Conf.:       May 5, 2008<br>Trial Date:              May 27, 2008 |
|---|---|

## DECLARATION OF CARLOS GUSTAVO MACHADO GOMEZ

I, CARLOS GUSTAVO MACHADO GOMEZ, hereby declare as follows:

1. I am a counter-defendant in an action brought by Mattel, Inc. in the United States District Court for the Central District of California. I present this Declaration regarding document preservation, as ordered by the Court. I have personal knowledge of the facts set forth herein, and if called and sworn as a witness, I could and would testify competently thereto.

2. Other parties to this action, including MGA Entertainment, Inc. or its subsidiaries, may have taken steps to preserve their documents. This Declaration is limited to the steps I have personally taken to preserve my own documents.

3. I have never received a letter or any other notice from Mattel or its lawyers asking me to preserve any documents or identifying the categories of documents that Mattel believes are related to this matter. Accordingly, I am not sure what documents may be relevant to this litigation. The following recites my past acts relating to documents that I believe may relate to the present litigation.

4. I have no policy, custom or regular practices with respect to retention of documents.

5. With respect to electronic mail, I sometimes delete individual mail messages immediately after reading them or I may not delete them. From time to time, I may delete emails at a later date. My decision to delete them is not motivated or guided by any particular criteria. I occasionally save attachments to my work emails as separate documents on my computer in my office. I do not save them this way at home.

6. With respect to paper documents related to my employment, I sometimes keep and sometimes discard them. I maintain a folder of paper documents related to my employment at my home. Any documents I have kept are present in that folder. I may keep other such paper documents, or I may throw them away. My decision to retain these documents is not motivated or guided by any particular criteria.

7. Since 2006, I have kept my calendar of appointments in a program on my work computer, Microsoft Outlook. Previously, I kept paper appointment books, and discarded them at the end of each year.

8. I generally delete voicemails and phone messages immediately after listening to them. My decision to retain these voicemail and phone messages is not motivated or guided by any particular criteria.

9. I do not keep my monthly bills for utilities or credit card statements, and I generally do not keep copies of my credit card receipts. I generally do not keep bank statements. My decision to not retain these documents is not motivated or guided by any particular criteria.

10. I began keeping my paystubs when I began working at MGA in the United States, and I continue to keep them since my transfer back to MGA in Mexico.

11. I have occasionally worked remotely on a laptop computer. Any files copied to the laptop may have been deleted after I finished the work, or may not have been deleted. My decision to retain these work-related documents is not motivated or guided by any particular criteria.

12. Apart from the foregoing, I have no preservation efforts, policies, customs, and/or practices with respect to documents related to the present litigation.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration is executed at Mexico City, Mexico on January 15, 2008.

_____
Carlos Gustavo Machado Gomez

-3-