QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**[To Be Heard By Hon. Edward Infante (Ret.) Pursuant To Order Of December 6, 2006]**<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL THE DECLARATION OF MICHAEL MOORE AND CERTAIN EXHIBITS TO THE DECLARATION OF JON D. COREY IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA'S MOTION TO COMPEL MATTEL TO PRODUCE WITNESSES PURSUANT TO NOTICE OF DEPOSITION UNDER RULE 30(B)(6), OR, IN THE ALTERNATIVE, FOR LEAVE TO SERVE SUCH NOTICE<br><br>[[Proposed] Order filed concurrently]<br><br>Date: February 8, 2008<br>Time: 9:30 a.m.<br>Place: Telephonic<br><br>**Phase 1**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2351961.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2  entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3  requests that the Court order filed under seal the Declaration of Michael Moore in
4  support of Mattel's Opposition to MGA's Motion to Compel Mattel to Produce
5  Witnesses Pursuant to Notice of Deposition Under Rule 30(b)(6), or, in the
6  Alternative, for Leave to Serve Such Notice ("Moore Declaration") and Exhibits 1,
7  9-13, 15 and 23-32 of the Declaration of Jon D. Corey in support of Mattel's
8  Opposition to MGA's Motion to Compel Mattel to Produce Witnesses Pursuant to
9  Notice of Deposition Under Rule 30(b)(6), or, in the Alternative, for Leave to Serve
10 Such Notice ("Corey Declaration Exhibits").

11 The Moore Declaration and the Corey Declaration Exhibits include
12 materials that Mattel, MGA or Bryant have designated as "Confidential" or
13 "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order.
14 Accordingly, Mattel requests that the Court order that the Moore Declaration and
15 the Corey Declaration Exhibits be filed under seal.

17 DATED: January 14, 2008        QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

19                                By /s/ Jon D. Corey
20                                   Jon D. Corey
                                     Attorneys for Mattel, Inc.