1  pQUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     John B. Quinn (Bar No. 090378)
2    (johnquinn@quinnemanuel.com)
     Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
     Jon D. Corey (Bar No. 185066)
4    (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California 90017-2543
   Telephone:  (213) 443-3000
6  Facsimile:  (213) 443-3100

7  Attorneys for Mattel, Inc.

8                    UNITED STATES DISTRICT COURT

9                  CENTRAL DISTRICT OF CALIFORNIA

10                       EASTERN DIVISION

11  CARTER BRYANT, an individual,        CASE NO. CV 04-9049 SGL (RNBx)
                                         Consolidated with
12              Plaintiff,               Case Nos. CV 04-09059 & CV 05-2727

13         vs.                           **[To Be Heard By Hon. Edward Infante
                                         (Ret.) Pursuant To Order Of December 6,
14  MATTEL, INC., a Delaware             2006]**
    corporation,
15                                       MATTEL, INC.'S APPLICATION TO FILE
                Defendant.               UNDER SEAL THE DECLARATIONS OF
16                                       VICKIE CERRITO AND LISSA FREED
                                         IN SUPPORT OF MATTEL, INC.'S
17  AND CONSOLIDATED ACTIONS             OPPOSITION TO MGA'S MOTION TO
                                         COMPEL MATTEL TO PRODUCE
18                                       WITNESSES PURSUANT TO NOTICE OF
                                         DEPOSITION UNDER RULE 30(B)(6),
19                                       OR, IN THE ALTERNATIVE, FOR
                                         LEAVE TO SERVE SUCH NOTICE
20
                                         [[Proposed] Order filed concurrently]
21
                                         Date:  February 8, 2008
22                                       Time:  9:30 a.m.
                                         Place: Telephonic
23
                                         **Phase 1**
24                                       Discovery Cut-Off:   January 28, 2008
                                         Pre-Trial Conference: May 5, 2008
25                                       Trial Date:           May 27, 2008

26

27

28

07209/2351951.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1    Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order

2  entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully

3  requests that the Court order filed under seal the Declaration of Vickie Cerrito in

4  support of Mattel's Opposition to MGA's Motion to Compel Mattel to Produce

5  Witnesses Pursuant to Notice of Deposition Under Rule 30(b)(6), or, in the

6  Alternative, for Leave to Serve Such Notice ("Cerrito Declaration") and the

7  Declaration of Lissa Freed in support of Mattel's Opposition to MGA's Motion to

8  Compel Mattel to Produce Witnesses Pursuant to Notice of Deposition Under Rule

9  30(b)(6), or, in the Alternative, for Leave to Serve Such Notice ("Freed

10  Declaration").

11    The Cerrito Declaration and the Freed Declaration include materials

12  that Mattel has designated as "Confidential" or "Confidential--Attorneys' Eyes

13  Only" pursuant to the Protective Order.  Accordingly, Mattel requests that the Court

14  order that the Cerrito Declaration and the Freed Declaration be filed under seal.

15

16  DATED:  January 14, 2008          QUINN EMANUEL URQUHART OLIVER &
                                                             HEDGES, LLP
17

18                                                  By /s/ Jon D. Corey
19                                                       Jon D. Corey
                                                         Attorneys for Mattel, Inc.
20

21

22

23

24

25

26

27

28

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL