1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   John B. Quinn (Bar No. 90378)
2  (johnquinn@quinnemanuel.com)
   Michael T. Zeller (Bar No. 196417)
3  (michaelzeller@quinnemanuel.com)
   Jon D. Corey (Bar No. 185066)
4  (joncorey@quinnemanuel.com)
   Timothy L. Alger (Bar No. 160303)
5  (timalger@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
6  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
7  Facsimile: (213) 443-3100

8  Attorneys for Mattel, Inc.

9              UNITED STATES DISTRICT COURT

10            CENTRAL DISTRICT OF CALIFORNIA

11                   EASTERN DIVISION

12

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
| vs. | **DISCOVERY MATTER** |
| MATTEL, INC., a Delaware corporation, | **[To Be Heard By Discovery Master Hon. Edward Infante (Ret.)]** |
| Defendant. | THIRD SUPPLEMENTAL DECLARATION OF JON COREY IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL DEPOSITION OF CARLOS GUSTAVO MACHADO GOMEZ |
| AND CONSOLIDATED ACTIONS | |
| | Date:   January 16, 2008<br>Time:   9:00 a.m.<br>Place:  Telephonic Hearing |
| | **Phase 1**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference:  May 5, 2008<br>Trial Date:  May 27, 2008 |

## THIRD SUPPLEMENTAL DECLARATION OF JON COREY

I, Jon Corey, declare as follows:

1.     I am a member of the bar of the State of California and the District of Columbia, am admitted to practice before this Court and am a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2.     In paragraph 2 of the Declaration of Carlos Gustavo Machado Gomez submitted with his untimely supplemental Memorandum of Points and Authorities in Opposition to Mattel, Inc.'s Motion to Compel (1) Deposition of Carlos Gustavo Machado Gomez, and (2) Consent to Production of Electronic Mail Messages, he declared: "I am current [sic] restricted from traveling outside Mexico [sic], pursuant to court order." Mr. Machado, however, can obtain and has obtained leave of court to travel to the United States at MGA's request, including as recently as last month, when he was in the Los Angeles area for approximately one week. Mr. Machado was granted leave the same day that he asked for it.

3.     Late yesterday afternoon, January 15, 2008, I received documents which are submissions made by Mr. Machado's counsel in Mexico to the court in Mexico which sought an order allowing Mr. Machado leave to travel to the United States for MGA marketing meetings—technically leave not to comply with the weekly registration and signing requirements. It also includes the order of that court granting Mr. Machado leave. A true and correct copy of those documents is attached as Exhibit A. A true and correct copy of a translation of those documents (except the photocopy of the air travel ticket), and the certification, is attached as Exhibit B.

4.     Mr. Machado made his request for leave to travel to the United States on December 5, 2007, and it was granted on December 5, 2007 (the day before Mr. Machado's counsel offered to produce him for deposition in Mexico

1  City). I am informed and believe, based on the copy of the air travel ticket that Mr.

2  Machado submitted to the court in Mexico and the letter from MGA requesting that

3  he attend MGA marketing meetings, that he traveled to the United States on

4  December 5, 2007 and remained in the United States—specifically to attend

5  meetings at the request of MGA—until December 13, 2007. MGA, a party to these

6  proceedings, can similarly request that Mr. Machado appear for deposition in the

7  United States and apparently can do so on a day or two of notice.

8           I declare under penalty of perjury under the laws of the United States

9  of America that the foregoing is true and correct.

10          Executed on January 14, 2008, at Los Angeles, California.

11

12  By_____
             Jon Corey

13

# EXHIBIT A

FRANCO & FRANCO
BUFETE JURÍDICO, S.C.

PASEO DE LAS PALMAS 755-1201                    TEL. (52-55) 5520-7575
LOMAS DE CHAPULTEPEC, 11000, MÉXICO D.F.        FAX. (52-55) 5202-9395

**CAUSA PENAL: 130/2007-V**

**...EZA DÉCIMA DE DISTRITO DE PROCESOS ...LES FEDERALES EN EL DISTRITO FEDERAL**

CARLOS GUSTAVO MACHADO GÓMEZ, promuevo en la ...citada al rubro y con todo respeto digo:

En auto de 17 de octubre de 2007, su señoría tuvo por exhibi-...as las garantías fijadas para cumplir mis obligaciones por la concesión ...de la libertad provisional que me otorgó.

En dicho auto me hizo saber diversas prevenciones, entre las ...cuales se encuentran: la de firmar en el libro de control de procesados ...los días lunes de cada semana y la de, **no ausentarme del lugar sin ...permiso de ese juzgado**.

El próximo lunes 3 de diciembre cumpliré con mi obligación de firmar el mencionado libro de control de procesados. Con fundamento ...en el artículo 411 de Código Federal de Procedimientos Penales, solicito atentamente permiso para ausentarme de este lugar, y **no firmar el citado libro de control el lunes 10 de diciembre de 2007**, por lo que el lunes 17 de diciembre de 2007, continuaré cumpliendo con todas las obligaciones impuestas.

Lo anterior significa que el permiso que solicito para ausentarme del lugar, no excede del marcado en el párrafo primero del señalado artículo 411.

Agradezco su comprensión.

México, D.F., a 29 de noviembre de 2007.

CARLOS GUSTAVO MACHADO GÓMEZ

FORMA B-2





**En veintinueve de noviembre de dos mil siete**, la secretaria da cuenta a la jueza, con el oficio 835/**UEIDCSPCAJ/2007**, firmado por el agente del Ministerio Público de la Federación, titular de la Mesa XXX UEIDCSPCAJ, adscrita a la Unidad Especializada en Investigación de Delitos Cometidos por Servidores Públicos y Contra la Administración de Justicia de la Subprocuraduría en Investigación Especializada en Delitos Federales de la Procuraduría General de la República; así como, con el oficio **4832**, firmado por el secretario de acuerdos del Primer Tribunal Unitario en Materia Penal del Primer Circuito y con el escrito firmado por el procesado **CARLOS GUSTAVO MACHADO GÓMEZ**, recibidos en la oficina de correspondencia de este juzgado a las trece horas con cincuenta y dos minutos y catorce horas con diez minutos del día de ayer y a las once horas con cuarenta y ocho minutos del día de la fecha, registrados en el libro respectivo con los folios **12350**, **12351** y **12359**, respectivamente. ***CONSTE.***

SECRETARIA.

**MÉXICO, DISTRITO FEDERAL, VEINTINUEVE DE NOVIEMBRE DE DOS MIL SIETE.**

Vista la razón de cuenta, se tiene por recibido el oficio **835/UEIDCSPCAJ/2007**, por el cual, la agente del Ministerio Público de la Federación, titular de la Mesa XXX UEIDCSPCAJ, adscrita a la Unidad Especializada en Investigación de Delitos Cometidos por Servidores Públicos y Contra la Administración de Justicia de la Subprocuraduría en Investigación Especializada en Delitos Federales de la Procuraduría General de la República, solicita copia certificada de la presente causa penal, no como parte de la misma, sino como autoridad investigadora de hechos posiblemente constitutivos del delito contra la administración de justicia, cometido por el Magistrado del Primer Tribunal Unitario en Materia Penal, licenciado Jorge Fermín Rivera Quintana; asimismo, señala que sus oficinas se encuentran ubicadas en Insurgentes Sur número 235, onceavo piso, Colonia Roma, Delegación Cuauhtémoc, código postal 06700, en esta ciudad; atento lo anterior, con apoyo en el artículo 41 del Código Federal de Procedimientos Penales, no ha lugar a acordar de conformidad su petición, dado que como bien lo sostiene no es parte en la presente causa penal, por lo que tal petición, en todo caso, deberá realizarse a través del representante social Federal adscrito.

Por otra parte, glósese a los autos el oficio **4832**, por el cual, el secretario de acuerdos del Primer Tribunal Unitario en Materia Penal del Primer Circuito, devuelve el testimonio enviado con motivo del recurso de apelación interpuesto contra el auto de nueve de noviembre del año en curso, a efecto de que sea debidamente integrado el respectivo testimonio de la causa penal, toda vez que aún y cuando les fue informado que se remitieron copias certificadas del expediente, con



motivo de diverso recurso de apelación, la substanciación de los
recursos interpuestos se manejarán por cuerda separada para emitir la
resolución correspondiente, sin importar que el mismo tribunal conozca
de diverso recurso de apelación relacionado con la misma causa penal;
asimismo, refiere que una vez que se integre el testimonio, se envíe
nuevamente a esa superioridad, para la debida substanciación de los
recursos hechos valer ante esa alzada; atento lo anterior, a la brevedad
posible, remítase copia certificada de la presente causa penal a la
superioridad, en relación al recurso de apelación de que se trata.

En ese sentido, dado que el veintiséis de noviembre actual fue
admitido diverso recurso de apelación interpuesto contra el auto de
quince del presente mes y año, en el que se ordenó que únicamente se
enviara al Tribunal Unitario en Materia Penal del Primer Circuito en
turno, las constancias inherentes al recurso interpuesto, con apoyo en
el artículo 41 del Código Federal de Procedimientos Penales,
obténganse las copias de la presente causa penal y precédase a su
certificación, para estar en aptitud de remitirlas para la substanciación
del recurso admitido el veintiséis de los actuales.

En tales condiciones, dado el volumen de la presente causa
penal, solicítese al departamento de reproducción del Consejo de la
Judicatura Federal, con sede en este edificio, tenga a bien obtener tres
copias del expediente constante de once tomos y cinco anexos, a fin de
ser remitidos al Primer Tribunal Unitario en Materia Penal del Primer
Circuito, y al de turno, para la substanciación de los recursos
planteados, así como al representante social de la Federación.

Finalmente, glósese a los autos el escrito por el cual, el
procesado **CARLOS GUSTAVO MACHADO GÓMEZ**, solicita permiso
para ausentarse de este lugar (sic) y no firmar el libro de control de
procesados, el lunes diez de diciembre de dos mil siete; atento lo
anterior, con apoyo en el artículo 41 del ordenamiento procesal en cita,
no ha lugar a acordar de conformidad su petición, toda vez que no
expone los motivos por los cuales solicita tal autorización, ni mucho
menos exhibe la documentación que acredite tal circunstancia.

**NOTIFÍQUESE Y PERSONALMENTE A CARLOS GUSTAVO
MACHADO GÓMEZ.**

Así, lo proveyó y firma **VERÓNICA JUDITH SÁNCHEZ VALLE**,
jueza Décimo de Distrito de Procesos Penales Federales en el Distrito
Federal, asistida la secretaria **Lourdes Rosales Cabrera**, quien
autoriza. **DOY FE.**

JUEZA

FRANCO & FRANCO
BUFETE JURÍDICO, S.C.

PASEO DE LAS PALMAS 755-1201                    TEL. (52-55) 5520-7575
LOMAS DE CHAPULTEPEC, 11000, MÉXICO D.F.         FAX. (52-55) 5202-9395

CAUSA PENAL: 130/2007-V

**JUEZA DÉCIMA DE DISTRITO DE PROCESOS
PENALES FEDERALES EN EL DISTRITO FEDERAL**

CARLOS GUSTAVO MACHADO GÓMEZ, promuevo en la causa citada al rubro y con todo respeto digo:

He quedado debidamente notificado del auto de 29 de noviembre de 2007, en el que no acuerda de conformidad mi petición de no firmar el libro de control de procesados, el lunes 10 de diciembre de 2007.

Los motivos por los cuales reitero mi petición y exhibo la documentación correspondiente, son los siguientes:

En carta de 27 de noviembre de 2007, el señor Emilio Menotti, Director de Operaciones de MGAE, Sociedad de Responsabilidad Limitada, me ordenó trasladarme a la ciudad de Los Ángeles, California, Estados Unidos de América, con el fin de asistir a diversas reuniones de la empresa a la que presto mis servicios, del 5 al 13 de diciembre de 2007, que son de gran importancia para la misma, como resulta de la lectura del original de la carta que acompaño como anexo 1.

Así, el 3 del actual adquirí el boleto 5192123600 3 expedido por Aeroméxico, para salir de esta Ciudad de México hacia Los Ángeles el día 5 y regreso el 13, todos del presente diciembre de 2007. Acompaño fotocopia certificada por notario del mencionado boleto como anexo 2.

Expuesto lo anterior, con todo respeto reitero el permiso que solicito para ausentarme de México, por un periodo que no excede del marcado en el párrafo primero del señalado artículo 411 del Código Federal de Procedimientos Penales.

Agradezco anticipadamente su acuerdo favorable.

México, D.F., a 4 de diciembre de 2007.

Carlos Gustavo Machado Gómez



**Corporate Office:**

16380 Roscoe Blvd.
Van Nuys, CA 91406 USA
Tel 818.894.2525
Fax 818.892.9060

México, D.F., a 27 de noviembre de 2007

Señor Carlos Gustavo Machado Gómez:
P r e s e n t e

Comunico a usted que del 5 al 13 del próximo diciembre de 2007, se llevarán a cabo en la oficina matriz de MGAE, en la ciudad de Los Ángeles, California, Estados Unidos de América, reuniones internacionales de mercadotecnia, en las que se tratarán los siguientes temas:

Nueva línea de productos para la Temporada de 2008.
Estrategias de posicionamiento de las marcas de mayor importancia.
Diseños de comercialización y planeación para 2008.
Globalización de las estrategias y diseños para 2008.

Por lo anterior, por ser de su exclusiva competencia los temas señalados en los que participará, deberá trasladarse a Los Ángeles, California, Estados Unidos de América, del 5 al 13 de diciembre de 2007.

Atentamente

Emilio Menotti Velázquez
Director de Operaciones de MGAE






MIGUEL ANGEL ZAMORA VALENCIA, NOTARIO NUMERO SETENTA Y OCHO DEL DISTRITO FEDERAL, CERTIFICO: Que la presente copia fotostática en una foja, escrita solo por su frente, que rubrico y sello, concuerda fielmente con su original del que fue sacada, tuve a la vista y con el cual cotejé, y que es un boleto de avión de la línea "Aeromexico", de la Ciudad de México a los Angeles, para el día cinco de diciembre del presente año, a favor del señor CARLOS GUSTAVO MACHADO.- Este cotejo se expide con fundamento y para los efectos exclusivos de lo dispuesto en el artículo ciento sesenta de la Ley del Notariado para el Distrito Federal.- Para constancia levanté hoy el Registro número MIL QUINIENTOS SETENTA Y CINCO del libro de registro número tres de cotejos del protocolo de esta Notaría.- México, Distrito Federal, a cuatro de diciembre del año dos mil siete.- DOY FE.- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -






FORMA B-2





NTA Y
ostática
e con su
oleto de
e el día
STAVO
os de lo
Distrito
ENTOS
de esta
.- DOY

En **cinco de diciembre de dos mil siete, María de Lourdes Campos Campos,** secretaria adscrita al Juzgado Décimo de Distrito de Procesos Penales Federales, **certifica:** que al tener a la vista el libro de control de procesados en libertad,  tomo X, foja 195, se aprecia que el procesado **CARLOS GUSTAVO MACHADO GÓMEZ,** no ha dejado de cumplir con su obligación de presentarse a firmar el libro respectivo, certificación que se hace para los efectos legales a que haya lugar. **DOY FE.**

SECRETARIA

En la misma fecha, la secretaria da cuenta a la jueza, con el escrito firmado por el procesado **CARLOS GUSTAVO MACHADO GÓMEZ** y anexos, recibido en la oficina de correspondencia de este juzgado a las once horas con cincuenta minutos del día de ayer, registrado en el libro respectivo con el folio **12524,** así como con la certificación que antecede. **CONSTE.**

SECRETARIA.

**MÉXICO, DISTRITO FEDERAL,** CINCO DE DICIEMBRE DE DOS MIL SIETE.

Agréguese a los autos el escrito por el cual, el procesado **CARLOS GUSTAVO MACHADO GÓMEZ,** reitera su petición para ausentarse de México del cinco al trece de diciembre del año en curso, por motivos laborales; asimismo, exhibe la documentación que acredita tal circunstancia y copia certificada del boleto 5192123600 3, expedido por Aeroméxico; atento lo solicitado, tomando en consideración la certificación de cuenta, en la que se advierte que hasta la fecha dicho procesado no ha dejado de cumplir con las obligaciones contraídas con este tribunal, al momento de obtener su libertad provisional, y únicamente solicita permiso de ausentarse del país por nueve días, esto es del cinco al trece del mes y año en curso, con fundamento en el artículo 411 del Código Federal de Procedimientos Penales, se concede el permiso solicitado por el procesado, por lo que deberá presentarse a firmar el libro respectivo hasta el diecisiete de los actuales; háganse las anotaciones correspondiente en el libro de firmas de procesados en libertad.

**NOTIFÍQUESE Y PERSONALMENTE A CARLOS GUSTAVO MACHADO GÓMEZ.**

Así, lo proveyó y firma **VERÓNICA JUDITH SÁNCHEZ VALLE,** jueza Décimo de Distrito de Procesos Penales Federales en el Distrito Federal, asistida de **María de Lourdes Campos Campos,** secretaria quien autoriza. **DOY FE.**

JUEZA

SECRETARIA

Lic. LRC/airm

... ... ... Distrito Federal, a las nueve horas del **Seis** de
... **Diciembre** de **2007** ... se notificó por lista a las partes, el
... ... Doy fe.

**C E R T I F I C A C I O N**

EL SECRETARIO DEL JUZGADO DÉCIMO DE DISTRITO DE PROCESOS PENALES
FEDERALES EN EL DISTRITO FEDERAL, C E R T I F I C A QUE LA (S) PRESENTE
(S) COPIA (S) FOTOSTÁTICA (S) CONSTANTE (S) DE _____ 8 _____, FOJAS ÚTILES
SON FIEL Y EXACTAS DE SUS ORIGINALES QUE OBRAN EN LOS AUTOS DEL EXPEDIENTE
NÚMERO _130/2007.V, Tomo XI_____, INSTRUIDO EN CONTRA DE
_Ramona Trueba Almeida y Otros_, POR LA COMISIÓN DEL
DELITO DE _Previsto en el art. 223 frac V. Ley de P.I._, DEL
ÍNDICE DE ESTE JUZGADO, MISMA ... SE EXPIDEN A PETICIÓN DE
_la coadyuvancia del Ministerio Público_
MÉXICO, B.F. A _20_ DE _Diciembre_ DEL _2007_

EL SECRETARIO

_María de ... Jes Campos Campos_

PODER JUDICIAL DE LA FEDERACIÓN

# EXHIBIT B

[redacted]        *1*

Franco & Franco
Bufete Jurídico, S.C.

Paseo de las Palmas 755-1201                              Tel. (52-55) 5520-7575
Lomas de Chapultepec, 11000, Mexico, F.D._____        Fax (52-55) 5202-9395

**CRIMINAL CASE: 130/2007-V**

**TENTH DISTRICT JUDGE OF FEDERAL
CRIMINAL MATTERS IN THE FEDERAL DISTRICT**

[illegible stamp]

**CARLOS GUSTAVO MACHADO GÓMEZ,** appear in the case mentioned in reference and respectfully state:

In the order of October 17, 2007, Your Honor took note of the posting of the guarantees established in order to comply with my obligations in connection with my release on parole.

[illegible stamp] In said order, your honor informed me of various obligations, including: to sign in the control book of defendants on the Monday of each week and **not to be absent from the place without the permission of this court.**

Next Monday, December 3, I will comply with my obligation of signing said control book of defendants. Pursuant to article 411 of the Federal Code of Criminal Procedure, I respectfully request permission to be absent from this place and **not to sign said control book on Monday, December 10, 2007,** so that I will continue complying with all obligations imposed on Monday, December 17, 2007.

The above means that the permission I request to be absent from the place does not exceed that indicated in paragraph one of said article 411.

I thank you for your understanding.

Mexico, F.D., November 29, 2007.

[signature]
**CARLOS GUSTAVO MACHADO GÓMEZ**

*12359*
[illegible]

[stamp and text cut off]

[redacted] 2
FORM B-2

**On the twenty-ninth day of November two thousand seven**, the court office reports to the judge, by letter **835/UEIDCSPCAJ/2007**, signed by the Federal Prosecutor, head of Desk XXX UEIDCSPCAJ, of the Unit Specialized in Investigation of Crimes Committed by Public Servants and Against the Administration of Justice of the [illegible stamp]Assistant Prosecutor's Office for Investigation Specialized in Criminal Crimes of the Attorney General's Office, as well as letter **4832**, signed by the clerk of the First One-Judge Court in Criminal Matters of the First Circuit and the brief signed by defendant **CARLOS GUSTAVO MACHADO GÓMEZ**, received at the correspondence office of this court at one fifty-two P.M. and two ten P.M. yesterday and at eleven forty-eight A.M. today, recorded in the respective book on folios **12350**, **12351** and **12359** respectively. *FOR THE RECORD*.

[signature]
[illegible stamp]                                                       **CLERK.**

## MEXICO, FEDERAL DISTRICT, THE TWENTY-NINTH DAY OF NOVEMBER TWO THOUSAND SEVEN

In light of the above, we take note of the receipt of letter **835/UEIDCSPCAJ/2007**, by which the Prosecutor Head of Desk XXX UEIDCSPCAJ, of the Unit Specialized in Investigation of Crimes Committed by Public Servants and Against the Administration of Justice of the Assistant Prosecutor's Office for Investigation Specialized in Criminal Crimes of the Attorney General's Office, requests a certified copy of said criminal case, not as a party thereto, but as the investigating authority of facts possibly constituting a crime against the administration of justice committed by the Magistrate of the First One Judge Court in Criminal Matters, attorney Jorge Fermin Rivera Quintana; furthermore, he indicates that his offices are located at Insurgentes Sur number 235, eleventh floor, Colonia Roma, Delegacion Cuauhtemoc, zip code 06700, in this city; in light of the above, pursuant to article 41 of the Federal Code of Criminal Procedure, it is not appropriate to grant his request because, as sustained by him, he is not a party to this criminal case so that such request in any case must be made through the appropriate Federal social representative.

On the other hand, note will be made in the file of letter **4832**, by which the clerk of the First One Judge Court in Criminal Matters of the First Circuit returns the certified copy sent in connection with the appeal filed from the decision of November ninth of this year, to be duly integrated in the criminal case, because, even though he was informed that certified copies of the file were delivered, in

[stamp cut off]

connection with a different appeal, the substantiation of the appeals filed will be handled under separate files, in order to issue the corresponding resolution regardless of the fact that the same court hears another appeal related to the same criminal case; furthermore, he indicates that after the inclusion of the certified copy, it should be sent again to this superior court for due substantiation of the appeals filed with this higher court; in light of the above, as soon as possible, a certified copy of this criminal case must be delivered to the higher court in connection with the appeal in question.                                                                                    [illegible]

In this sense, since on November twenty-sixth of this year, a different appeal was admitted, filed from the decision of the fifteenth of this month and year, ordering that the documents of the appeal be sent only to the Criminal One Judge Court of the First Circuit on [illegible stamp] duty, pursuant to article 41 of the Federal Code of Criminal Procedures, copies of the present criminal case will be obtained and they will be certified in order to be forwarded for substantiation of the file admitted on the twenty-sixth of this month.

Under these conditions, given the volume of this criminal case, we are requesting the reproduction department of the Council of the Federal Judicature headquartered in this building to obtain three copies of the file consisting of eleven volumes and five addenda in order to forward them to the First One Judge Court in Criminal Matters of the First Circuit and to the court on duty for the substantiation of the appeals file, as well as to the Federal social representative.

Finally, a note will be made in the documents concerning the brief by which defendant **CARLOS GUSTAVO MACHADO GÓMEZ** requests permission to be absent from this place (sic) and not to sign the control book of defendants on Monday, December 10, 2007; in light of the above, pursuant to article 41 of the procedural code quoted, it is not appropriate to grant his petition because he does not indicate the reasons for which he requests such authorization, nor does he submit any documentation proving such circumstance.

**TO BE PERSONALLY SERVED ON CARLOS GUSTAVO MACHADO GÓMEZ.**

So ordered and signed by **VERÓNICA JUDITH SÁNCHEZ VALLE**, District Judge number Ten of Federal Criminal Matters in the Federal District assisted by clerk **Lourdes Rosales Cabrera** who authorizes. **I CERTIFY.**

**JUDGE**
[Signature]

**SECRETARY**
[Signature]

[redacted]     *3*

Franco & Franco
Bufete Jurídico, S.C.

Paseo de las Palmas 755-1201                          Tel. (52-55) 5520-7575
Lomas de Chapultepec, 11000, Mexico, F.D.            Fax. (52-55) 5202-9395

**CRIMINAL CASE: 130/2007-V**

**TENTH DISTRICT JUDGE OF FEDERAL CRIMINAL MATTERS IN THE FEDERAL DISTRICT**

*(1/2 attachments) [illegible] 12524*

**CARLOS GUSTAVO MACHADO GÓMEZ,** appearing in the case cited in reference, respectfully states:

I was duly notified of the decision of November 29, 2007, which rejected my request not to sign the control book of defendants on Monday, December 10, 2007.

[illegible stamp]

The reasons for which I repeat my request and produce the corresponding documentation are the following:

In a letter dated November 27, 2007, Mr. Emilio Menotti, Director of Operations of MGAE, Sociedad de Responsabilidad Limitada, ordered me to travel to Los Angeles, California, United States of America, to attend various meetings of the company for which I work, from December 5 to 13, 2007, which are of great importance for the company as arises from reading the original letter, which I enclose as exhibit 1.

Thus, on the 3rd of this month, I purchased ticket 5192123600 3 issued by Aeroméxico, to leave Mexico City going to Los Angeles on the 5th, returning on the 13th, this month of December 2007. I enclose a photocopy certified by notary of said ticket as exhibit 2.

After indicating the above, I respectfully repeat the request for permission to be absent from Mexico for a period not exceeding that indicated in the first paragraph of said article 411 of the Federal Code of Criminal Procedure.

I thank you in advance for your approval.

Mexico, F.D., December 4, 2007

[signature]

Carlos Gustavo Machado Gómez

[redacted]     *4*

[logo:] [text cut off] GA
ENTERTAINMENT®

Entertainment Products Company

**Corporate Office:**
16380 Roscoe Blvd.
Van Nuys, CA 91406 USA
Tel 818.894.2525
Fax 818.892.9060

Mexico, F.D., November 27, 2007

Mr. Carlos Gustavo Machado Gómez:
By Messenger

I am informing you that next December 5 to 13, 2007, at the headquarters of MGAE in the city of Los Angeles, California, United States of America, international marketing meetings will be held and will discuss the following topics:
1. New product line for the 2008 season.
2. Strategies for positioning the major brands.
3. Designs for marketing and planning for 2008.
4. Globalization of the strategies and designs for 2008.
In light of the above, since the above topics are under your exclusive competence, you must participate and therefore travel to Los Angeles, California, United States of America, from December 5 to 13, 2007.

[illegible stamp]

Sincerely,
[signature]
Emilio Menotti Velázquez
Director of Operations of MGAE

[redacted]          *5*

[illegible stamp]

[photocopy of airplane ticket, bilingual Spanish/English]

[stamp:]
ATTY. MIGUEL ANGEL ZAMORA VALENCIA
ATTY. MIGUEL ANGEL ZAMORA Y VEGA
DEC. 4, 2007
ASSOCIATED NOTARY OFFICES 78 AND 10 [illegible]
MEXICO, F.D.

[stamp:]
COMPARED

[illegible stamp]

*6*

**MIGUEL ANGEL ZAMORA VALENCIA, NOTARY NUMBER SEVENTY-EIGHT OF THE FEDERAL DISTRICT, CERTIFY:** That this photocopy on one page, written only on the front which I initial and stamp, is a true copy of its original from which it was made, which I saw and with which I compared it, and that it is an airplane ticket from the "Aeromexico" airline, from Mexico City to Los Angeles for December fifth, this year, issued to mister CARLOS GUSTAVO MACHADO. – This comparison is issued on the grounds and for the exclusive purposes of article one hundred sixty of the Notary Law for the Federal District. – For the record, I made today Registration Number ONE THOUSAND FIVE HUNDRED SEVENTY-FIVE in the registration book number three of comparisons of the protocol of this Notary office. – Mexico, Federal District, December fourth of two thousand seven. – I CERTIFY. - - - - - -

[signature]

[illegible stamp]                                                    [illegible stamp]

[stamp cut off] On **December five, two thousand seven, Maria de Lourdes Campos Campos**, clerk of the Tenth District Court of Federal Criminal Matters, **certifies**: that after seeing the control book of signatures of defendants freed on parole, volume X, page 195, it is found that defendant **CARLOS GUSTAVO MACHADO GÓMEZ**, did not comply with his obligation to come to sign the respective book, which we certify for the applicable legal purposes. **I CERTIFY.**

[illegible stamp]

[signature]
**CLERK**

On the same date, the clerk reports to the judge the brief signed by defendant **CARLOS GUSTAVO MACHADO GÓMEZ** and exhibits received at the correspondence office of this court at eleven fifty A.M. yesterday, recorded in the respective book folio **12524**, as well as the prior certification. ***FOR THE RECORD.***

[illegible stamp]

[signature]
**CLERK**

**MEXICO, FEDERAL DISTRICT, DECEMBER FIVE, TWO THOUSAND SEVEN.**

Add to the file the brief by which defendant **CARLOS GUSTAVO MACHADO GÓMEZ** repeats his request to be absent from Mexico from December fifth to December thirteenth of this year for work reasons; furthermore, he exhibits the documentation proving such circumstance and certified copy of ticket 5192123600 3, issued by Aeromexico; in light of the request, taking into consideration the certification which shows that to date said defendant has constantly complied with his obligations towards this court, when he obtained at his release on parole, and he only requests permission to be absent from the country for nine days, namely from the fifth to the thirteenth of this month and year, pursuant to article 411 of the Federal Code of Criminal Procedure, we grant the request of the defendant, so that he must appear to sign the respective book by the seventeenth of this month; the corresponding notes will be made in the book of signatures of defendants freed on parole.

**TO BE PERSONALLY SERVED ON CARLOS GUSTAVO MACHADO GÓMEZ.**

So ordered and signed by **VERÓNICA JUDITH SÁNCHEZ VALLE**, District Judge number Ten of Federal Criminal Matters in the Federal District assisted by **Maria de Lourdes Campos Campos**, clerk, who authorizes. **I CERTIFY.**

**JUDGE**
[signature]

**SECRETARY**
[signature] Atty. LRC/airm

*8*
[stamp cut]

[illegible]

## CERTIFICATION

[illegible stamp]

THE CLERK OF THE TENTH DISTRICT COURT OF FEDERAL CRIMINAL MATTERS IN THE FEDERAL DISTRICT CERTIFIES THAT THIS PHOTOCOPY (THESE PHOTOCOPIES) CONSISTING OF *8* FULL PAGES ARE A TRUE AND EXACT COPY OF THEIR ORIGINALS FOUND IN THE DOCUMENTS OF FILE illegible stamp NUMBER *130/2007 / V, Volume XI*, FILED AGAINST *Mariana Trueba Almada, et al.*, FOR COMMITTING THE OFFENSE OF *As described in article 223 section V of the Intellectual Property Law*, ON THE DOCKET OF THIS COURT, ISSUED AT THE REQUEST OF *the Assistant Prosecutor* MEXICO, F.D. *December 20, 2007.*

COURT CLERK

[signature]

[stamp:]
JUDICIAL BRANCH OF THE FEDERATION
UNITED MEXICAN STATES                          [illegible]

Case 2:04-cv-09049-DOC-RNB  Document 1542  Filed 01/16/08  Page 24 of 24  Page ID
#:18085



**TRANSPERFECT**

ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BARCELONA
BOSTON
BRUSSELS
CHARLOTTE
CHICAGO
DALLAS
DENVER
DUBLIN
FRANKFURT
GENEVA
HONG KONG
HOUSTON
IRVINE
LONDON
LOS ANGELES
MIAMI
MINNEAPOLIS
MONTREAL
MUNICH
NEW YORK
PARIS
PHILADELPHIA
PORTLAND
RESEARCH
TRIANGLE PARK
SAN DIEGO
SAN FRANCISCO
SAN JOSE
SEATTLE
SINGAPORE
STOCKHOLM
SYDNEY
TOKYO
TORONTO
WASHINGTON, DC

City of New York, State of New York, County of New York

I, Marina Yoffe, hereby certify that the attached translation of "DOC150108" is to the
best of my knowledge and belief, a true and accurate translation from Spanish into
English.

Marina Yoffe

Sworn to before me this

16th day of January, 2008

Signature, Notary Public

PAUL D. RALSTON
Notary Public, State of New York
No. 01RA6023867
Qualified in Queens County
Commission Expires May 3, 2011

Stamp, Notary Public

THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016  T 212.689.5555  F 212.689.1059  WWW.TRANSPERFECT.COM