QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>[PUBLIC REDACTED] DECLARATION OF SCOTT B. KIDMAN IN SUPPORT OF MATTEL, INC.'S MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER'S DECEMBER 31, 2007 ORDER REGARDING HARD DRIVES<br><br>Hearing Date: February 25, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 1<br><br>**Phase 1:**<br>Discovery Cut-off: January 14, 2008<br>Pre-trial Conference: April 7, 2008<br>Trial Date: April 29, 2008 |

07209/2354272.1

-1-
KIDMAN DECLARATION ISO MATTEL'S MOTION OBJECTING TO DECEMBER 31, 2007 ORDER RE HARD DRIVES

I, Scott B. Kidman, declare as follows:

1. I am a member of the bar of the State of California and a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. Attached as Exhibit 1 is a true and correct copy of a letter dated November 1, 2004 from Keith Jacoby to John Quinn.

3. Attached as Exhibit 2 is a true and correct copy of a letter dated November 17, 2004 from Kirk Garey to Keith A. Jacoby.

4. Attached as Exhibit 3 is a true and correct copy of excerpts of the Joint Stipulation Re: Mattel's Motion to Compel Production of Documents, filed on January 6, 2005.

5. Attached as Exhibit 4 is a true and correct copy of the [Redacted] Declaration of Keith A. Jacoby in Support of Defendant and Cross-Claimant Carter Bryant's Portion of Joint Stipulation (excerpted and without exhibits).

6. Attached as Exhibit 5 is a true and correct copy of excerpts of the Separate Statement of Defendant Carter Bryant in Opposition to Mattel's Motion to Compel, filed on January 11, 2007.

7. Attached as Exhibit 6 is a true and correct copy of the Declaration of Keith A. Jacoby in Support of Carter Bryant's Opposition to Mattel, Inc.'s Motion to Compel Production of Documents (excerpted and without exhibits).

8. Attached as Exhibit 7 is a true and correct copy of the Order of the Discovery Master Hon. Edward Infante (Ret.) dated January 25, 2007.

9. Attached as Exhibit 8 is a true and correct copy of the Stipulation and Order re: Request to Extend Deadline Within Which Carter Bryant Must Comply with the Discovery master's January 25, 2007 Order Granting Mattel's Motion to Compel Production of Documents dated February 23, 2007.

1    10.    Attached as Exhibit 9 is a true and correct copy of an e-mail
2 dated February 27, 2007, from Douglas Wickham to John Quinn and Michael
3 Zeller.
4    11.    Attached as Exhibit 10 is a true and correct copy of a letter dated
5 March 2, 2007 from Douglas Wickham to Michael Zeller.
6    12.    Attached as Exhibit 11 is a true and correct copy of a letter dated
7 March 16, 2007 from Douglas Wickham to Michael Zeller.
8    13.    Attached as Exhibit 12 is a true and correct copy of a letter dated
9 March 26, 2007 from Michael Zeller to Douglas Wickham.
10    14.    Attached as Exhibit 13 is a true and correct copy of a letter dated
11 March 26, 2007 from Douglas Wickham to Michael Zeller.
12    15.    Attached as Exhibit 14 is a true and correct copy of a letter dated
13 March 27, 2007 from Douglas Wickham to Michael Zeller.
14    16.    Attached as Exhibit 15 is a true and correct copy of a letter dated
15 April 6, 2007 from Michael Zeller to Douglas Wickham.
16    17.    Attached as Exhibit 16 is a true and correct copy of the Notice of
17 Motion and Motion of Mattel, Inc. for an Order to Enforce Court's January 25, 2007
18 Order Compelling Bryant to Produce Desktop Computer Hard Drive, dated April
19 10, 2007.
20    18.    Attached as Exhibit 17 is a true and correct copy of a letter dated
21 April 23, 2007, from Keith A. Jacoby to Michael Zeller.
22    19.    Attached as Exhibit 18 is a true and correct copy of Mattel, Inc.'s
23 Notice of Withdrawal Without Prejudice of Motion for an Order to Enforce Court's
24 January 25, 2007 Order Compelling Bryant to Produce Desktop Computer Hard
25 Drive.
26    20.    Examination of the images of Bryant's desktop and laptop hard
27 drives has revealed that it had a software program titled "Evidence Eliminator" had
28 been installed and run in 2002. Attached as Exhibit 19 is a true and correct copy of

1 | the Evidence Eliminator website, available at http://www.evidence-
2 | eliminator.com/product.d2w?p=1#court, reflecting that the creators of the program
3 | have stated that its purpose is to permanently destroy data and render it
4 | unrecoverable.

5 |       21.    Attached as Exhibit 20 is a true and correct copy of excerpts of
6 | the deposition transcript of Victoria O'Connor, dated December 6, 2004.

7 |       22.    Attached as Exhibit 21 is a true and correct copy of excerpts of
8 | the deposition transcript of Ken Lockhart (Vol. 2), dated June 15, 2007.

9 |       23.    Attached as Exhibit 22 is a true and correct copy of the Public
10 | Redacted version of Mattel, Inc.'s Second Amended Answer in Case No. 05-2727
11 | and Counterclaims, with exhibits omitted, dated July 12, 2007.

12 |       24.    On June 13, 2007, Mattel propounded its First Set of Requests
13 | for Production of Documents and Things to Isaac Larian.

14 |       25.    Mattel moved to compel production of documents by Isaac
15 | Larian on October 11, 2007. Attached as Exhibit 23 is a true and correct copy of
16 | excerpts of Mattel, Inc.'s Consolidated Separate Statement in Support of Motion to
17 | Compel Production of Documents by Isaac Larian.

18 |       26.    Attached as Exhibit 24 is a true and correct copy of the
19 | Discovery Master's Order Granting in Part and Denying in Part Mattel's Motion to
20 | Compel Production of Documents by Isaac Larian; Denying Request for Sanctions,
21 | dated December 31, 2007.

22 |       27.    I met and conferred with Philip Marsh, counsel for Isaac Larian,
23 | on January 10, 2008, prior to bringing this motion. Mr. Marsh refused to stipulate to
24 | a modification of the Court's Order regarding Request Nos. 222 and 225.

1  I declare under penalty of perjury under the laws of the United States of
2  America that the foregoing is true and correct.
3  Executed this 16th day of January, 2008, at Los Angeles, California.

_____
Scott B. Kidman

-4-
KIDMAN DECLARATION ISO MATTEL'S MOTION OBJECTING TO DECEMBER 31, 2007 ORDER RE HARD DRIVES