# Exhibit B

1   QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
      John B. Quinn (Bar No. 090378)
2     johnquinn@quinnemanuel.com
      Michael T. Zeller (Bar No. 196417)
3     michaelzeller@quinnemanuel.com
      Jon D. Corey (Bar No. 185066)
4     (joncorey@quinnemanuel.com)
      Timothy L. Alger (Bar No. 160303)
5     timalger@quinnemanuel.com
    865 South Figueroa Street, 10th Floor
6   Los Angeles, California 90017-2543
    Telephone: (213) 443-3000
7   Facsimile: (213) 443-3100

8   Attorneys for Plaintiff and
    Counter-Defendant Mattel

9

10                 UNITED STATES DISTRICT COURT

11                CENTRAL DISTRICT OF CALIFORNIA

12                       EASTERN DIVISION

| | |
|---|---|
| 13  CARTER BRYANT, an individual, | CASE NO. CV 04-09049 SGL (RNBx) |
| 14             Plaintiff, | Consolidated with: Case No. CV 04-09059 |
| 15 | Case No. CV 05-02727 |
| 16      v. | MATTEL'S RESPONSES TO MGA'S FIFTH SET OF REQUESTS FOR PRODUCTION |
| 17  MATTEL, INC., a Delaware Corporation, | |
| 18 | Hon. Stephen G. Larson |
| 19             Defendant. | |
| 20 | |
| 21  AND CONSOLIDATED ACTIONS | |
| 22 | |

23   PROPOUNDING PARTY:    MGA ENTERTAINMENT, INC.

24   RESPONDING PARTY:     MATTEL, INC.

25   SET NO.:              FIVE

26   NOS.                  470 - 531

27   SERVED ON US BY MAIL

28       9|4|07

209/2200584.1

## Preliminary Statement

Mattel, Inc. ("Mattel") has not yet completed its investigation of the facts relating to this action, has not yet reviewed all documents relating to this action, has not yet interviewed all witnesses in this action, and has not yet received all requested discovery from defendants and third parties with regard to this action. Consequently, Mattel reserves the right to amend and/or supplement its responses if and when additional facts or documents are discovered.  Additionally, because Mattel's responses are based on facts and documents that Mattel has identified to date, they do not preclude Mattel from later relying on facts discovered pursuant to further investigation or discovery or on subsequently discovered or generated documents.  Mattel's response to any of MGA Entertainment, Inc.'s ("MGA") Fifth Set of Requests for Production of Documents and Things in Case No. 05-2727 (the "Requests") is not to be construed as a waiver of any of its objections or its right to object to any other request.

## General Objections

Mattel generally objects to each of the Requests on each and every one of the following grounds, which are incorporated into and made a part of the response to each and every individual request:

1.     Mattel objects to the Requests on the grounds and to the extent that they seek to impose discovery obligations beyond those required or permitted by the Federal Rules of Civil Procedure.

2.     Mattel objects to the Requests on the grounds and to the extent they call for the production of documents subject to the attorney-client privilege, the attorney work product doctrine, the right to privacy as set forth in the United States and/or California Constitutions, or any other applicable law, privilege, immunity, doctrine or other ground of privilege.  Mattel will not produce such privileged documents.

1        3.     Mattel objects to the Requests on the grounds and to the extent
2  they are overly broad, unduly burdensome, oppressive or unreasonably cumulative.

3        4.     Mattel objects to the Requests on the grounds and to the extent
4  they seek information which is not relevant to the subject matter of this action nor
5  reasonably calculated to lead to the discovery of admissible evidence.

6        5.     Mattel objects to the Requests on the grounds and to the extent
7  they seek documents equally or more available to, or already in the possession,
8  custody or control of MGA and/or Carter Bryant.

9        6.     Mattel objects to the Requests on the grounds and to the extent
10  they seek documents not in Mattel's possession, custody or control.

11        7.     Mattel objects to the Requests on the grounds that they are
12  unduly burdensome and vague and ambiguous in that they purport to require Mattel
13  to identify and produce documents relating to matters that are currently known to
14  and in the possession, custody and control of defendants and third parties, including
15  third parties associated with defendants, and that are not known to Mattel.

16        8.     Mattel objects to the Requests on the grounds that they seek the
17  production of documents or information that are in the possession, custody and
18  control of independent parties over whom Mattel has no control, including without
19  limitation defendants, and seek the disclosure of information or documents that are
20  in the possession, custody and control of defendants or are publicly available and
21  hence equally available to all parties to this litigation.

22        9.     Mattel objects to the Requests on the ground and to the extent
23  they seek trade secret, proprietary or otherwise confidential information of Mattel or
24  third parties or would violate the terms of any agreement or contracts with third
25  parties.  Any such documents that are produced, if any, will be produced only
26  pursuant to and in reliance upon the Protective Order entered in this case.

27        10.    Mattel objects to the Requests on the grounds that the definitions
28  of the terms "ADVERTISEMENT," "ACCELERACERS," "BRATZ,"

1  "CONTESTED MGA PRODUCTS," "DIVA STARZ," "FISHER-PRICE,"

2  "MATTEL," "MGA," "MY SCENE," and "POLLY POCKET COLOR SURPRISE

3  POLLY" are overbroad, vague and ambiguous, unduly burdensome, and extend

4  beyond those products and matters placed at issue in this litigation.

5          11.    Mattel objects to each and every Request that seeks "all"

6  documents which constitute, mention, refer or relate to a given topic on the grounds

7  of undue burden and oppression.  Mattel will make available for inspection and

8  copying those documents and tangible items, if any, that it is able to locate after a

9  reasonable, good-faith search for and review of non-privileged responsive

10  documents.

11          12.    Mattel objects to the Requests on the grounds that they seek

12  information about matters that are not within the subject matter jurisdiction of the

13  Court.  Production by Mattel, if any, will be limited to those matters within the

14  Court's jurisdiction, and only in the event and to the extent that it is permitted by or

15  otherwise in compliance with foreign laws limiting disclosure and discovery and

16  only in the event and to the extent that the documents are within Mattel's possession,

17  custody or control pursuant to governing law.

18          13.    Mattel objects to each and every Request to the extent that it

19  seeks documents already produced in this action.  Documents which have already

20  been produced will not be produced again in response to these Requests.

21          14.    Objection to the production of any document or category of

22  documents described in the Requests, or agreement to produce any such documents,

23  is not and shall not be construed as an admission by Mattel that any such documents

24  or category of documents exist.  Where the responses indicate that Mattel will

25  produce such responsive documents, such documents, if any, will be produced if and

26  to the extent any such documents are in Mattel's possession, custody or control.

27          15.    Mattel objects to the time, place and manner of production

28  specified in the Requests.  Mattel will produce such responsive, non-privileged

-3-

1  documents and tangible things, if any and to the extent not previously produced, in
2  accordance with its responses at a time and place and in a manner that is reasonable,
3  convenient and mutually agreed upon by the parties.

4

5  **RESPONSES TO REQUESTS FOR PRODUCTION**

6        Each of the following objections and responses to the Requests is
7  expressly made subject to the above Preliminary Statement and General Objections,
8  all of which are incorporated in each of the following objections and responses to
9  specific Requests.  A statement that Mattel will produce documents or tangible
10  things in response to a Request is not intended to suggest, nor should it be construed
11  to mean, that any such documents or tangible things exist, or that they are in Mattel's
12  possession, custody or control.

13

14  **REQUEST FOR PRODUCTION NO. 470:**
15        All DOCUMENTS REFERRING OR RELATING TO any claims
16  and/or litigation that MATTEL or FISHER-PRICE has brought or considered
17  bringing against any PERSON regarding infringement of MY SCENE, DIVA
18  STARZ, or any other intellectual property including, but not limited to, cease and
19  desist letters.

20

21  **RESPONSE TO REQUEST FOR PRODUCTION NO. 470:**
22        In addition to the general objections stated above which are
23  incorporated herein by reference, Mattel objects to this Request on the grounds that
24  it is overbroad and unduly burdensome, including in that it seeks all documents on
25  this subject without limitation as to time, and regardless of whether such documents
26  relate to products or matters at issue in this case.  Mattel further objects to the use of
27  the terms "any claims and/or litigation," "brought or considered bringing," and
28  "regarding infringement" in this context as vague and ambiguous.  Mattel further

1  objects to the Request on the grounds that it seeks documents that are not relevant to
2  this action or likely to lead to the discovery of admissible evidence.  Mattel further
3  objects to this Request on the grounds that it seeks confidential, proprietary and
4  trade secret information, including such information that has no bearing on the
5  claims or defenses in this case.  Mattel further objects to this Request on the grounds
6  that it calls for the disclosure of information subject to the attorney-client privilege,
7  the attorney work-product doctrine and other applicable privileges.

8

9  **REQUEST FOR PRODUCTION NO. 471:**

10          All DOCUMENTS REFERRING OR RELATING TO any claims,
11  threat of litigation and/or litigation that any PERSON has asserted against MATTEL
12  regarding infringement by MY SCENE or DIVA STARZ, including, but not limited
13  to, cease and desist letters.

14

15  **RESPONSE TO REQUEST FOR PRODUCTION NO. 471:**

16          In addition to the general objections stated above which are
17  incorporated herein by reference, Mattel objects to this Request on the grounds that
18  it is overbroad and unduly burdensome, including in that it seeks all documents on
19  this subject without limitation as to time, and regardless of whether such documents
20  relate to products or matters at issue in this case.  Mattel further objects to the use of
21  the terms "any claims, threat of litigation and/or litigation" and "regarding
22  infringement" in this context as vague and ambiguous.  Mattel further objects to the
23  Request on the grounds that it seeks documents that are not relevant to this action or
24  likely to lead to the discovery of admissible evidence.  Mattel further objects to this
25  Request on the grounds that it seeks confidential, proprietary and trade secret
26  information, including such information that has no bearing on the claims or
27  defenses in this case.  Mattel further objects to this Request on the grounds that it

28

Exhibit  _8_ , P. _35_

1  calls for the disclosure of information subject to the attorney-client privilege, the
2  attorney work-product doctrine and other applicable privileges.
3
4  **REQUEST FOR PRODUCTION NO. 472:**
5        All DOCUMENTS REFERRING OR RELATING TO any SIMBA
6  LITIGATION, including, but not limited to, all pleadings, declarations, affidavits,
7  briefs, deposition transcripts, orders or other documents, and any English
8  translations thereof, submitted to the court by MATTEL or SIMBA TOYS in
9  support of its claims and defenses or any rulings or decisions issued by the court.
10
11 **RESPONSE TO REQUEST FOR PRODUCTION NO. 472:**
12       In addition to the general objections stated above which are
13 incorporated herein by reference, Mattel objects to this Request on the grounds that
14 it is overbroad and unduly burdensome, including in that it seeks all documents on
15 this subject without limitation as to time, and regardless of whether such documents
16 relate to products or matters at issue in this case. Mattel further objects to the
17 Request on the grounds that it seeks documents that are not relevant to this action or
18 likely to lead to the discovery of admissible evidence. Mattel further objects to this
19 Request on the grounds that it seeks confidential, proprietary and trade secret
20 information, including such information that has no bearing on the claims or
21 defenses in this case. Mattel further objects to this Request on the grounds that it
22 calls for the disclosure of information subject to the attorney-client privilege, the
23 attorney work-product doctrine and other applicable privileges. Mattel further
24 objects to the extent the Request seeks documents already produced by Mattel.
25 Such documents will not be produced again.
26
27
28

**REQUEST FOR PRODUCTION NO. 473:**

All DOCUMENTS REFERRING OR RELATING TO the creation and development of the "We Believe in Girls" website, found at www.webelieveingirls.com, that also mention BRATZ and/or MGA.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 473:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad and unduly burdensome, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products or matters at issue in this case. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information, including such information that has no bearing on the claims or defenses in this case. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges.

**REQUEST FOR PRODUCTION NO. 474:**

All DOCUMENTS REFERRING OR RELATING TO the mention of BRATZ and/or MGA on the "We Believe in Girls" website, including, but not limited to, any community bulletin boards.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 474:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

MATTEL'S RESPONSES TO MGA'S FIFTH SET OF REQUESTS FOR PRODUCTION

Exhibit _β_ , P. _37_

1 documents on this subject without limitation as to time, and regardless of whether

2 such documents relate to products or matters at issue in this case. Mattel further

3 objects to the Request on the grounds that it seeks documents that are not relevant to

4 this action or likely to lead to the discovery of admissible evidence. Mattel further

5 objects to this Request on the grounds that it seeks confidential, proprietary and

6 trade secret information, including such information that has no bearing on the

7 claims or defenses in this case. Mattel further objects to this Request on the grounds

8 that it calls for the disclosure of information subject to the attorney-client privilege,

9 the attorney work-product doctrine and other applicable privileges.

10

11 **REQUEST FOR PRODUCTION NO. 475:**

12    Copies of all photographs taken by MATTEL (including, but not

13 limited to, MATTEL's counsel) during the course of its inspection of any

14 DOCUMENT or item made available to it by MGA or Bryant, including, but not

15 limited to, products, packaging, samples, sculptures, sketches, or drawings.

16

17 **RESPONSE TO REQUEST FOR PRODUCTION NO. 475:**

18    In addition to the general objections stated above which are

19 incorporated herein by reference, Mattel objects to this Request on the grounds that

20 it is overbroad and unduly burdensome, including in that it seeks all documents

21 regardless of whether such documents relate to products or matters at issue in this

22 case. Mattel further objects to this Request on the grounds that it calls for the

23 disclosure of information subject to the attorney-client privilege, the attorney work-

24 product doctrine and other applicable privileges.

25    Subject to and without waiving the foregoing objections, Mattel

26 responds as follows: Mattel will produce such responsive, non-privileged

27 documents that are in Mattel's possession, custody, or control, if any, that Mattel has

28

1  been able to locate after a diligent search and reasonable inquiry, to the extent not

2  previously produced.

3

4  **REQUEST FOR PRODUCTION NO. 476:**

5           All DOCUMENTS RELATING TO YOUR efforts, or knowledge of

6  any efforts by any PERSONS, worldwide to monitor, "spy on" or gain knowledge of

7  MGA's trade secrets, non-public information, non-public activities, unreleased

8  products, and product development, including, but not limited to:

9          a.     DOCUMENTS REFERRING OR RELATING TO YOUR

10  COMMUNICATIONS or contacts with MGA's current or former employees or

11  contractors about MGA or its business, including, but not limited to, any tape

12  recordings of such COMMUNICATIONS;

13          b.     DOCUMENTS REFERRING OR RELATING TO YOUR use

14  or attempts to use confidential informants, spies, or moles within MGA, including,

15  but not limited to, any tape recordings of MGA employees or contractors;

16          c.     DOCUMENTS REFERRING OR RELATING TO YOUR

17  knowledge of any MGA product before its release to the public or of any other

18  non-public information about MGA, its business or its products;

19          d.     DOCUMENTS REFERRING OR RELATING TO YOUR

20  access, or attempts to gain access, to MGA showrooms, Plan-o-Grams,

21  merchandising displays, Toy Fair displays on false pretenses (including, but not

22  limited to, by using fake business cards);

23          f.     DOCUMENTS REFERRING OR RELATING TO YOUR

24  access to MGA's products or showroom at any Toy Fair (including Hong Kong Toy

25  Fair, New York Toy Fair, Dallas Toy Fair, or Nuremberg Toy Fair);

26          h.     YOUR access to MGA's confidential product and pricing

27  information through "competitive management agreements" or "category

28  management agreements" with retailers; and

1         i.     YOUR access to MGA's confidential product and pricing

2  information from non-public sources and/or through non-public means.

3

4  **RESPONSE TO REQUEST FOR PRODUCTION NO. 476:**

5         In addition to the general objections stated above which are

6  incorporated herein by reference, Mattel objects to this Request on the grounds that

7  it is overbroad, unduly burdensome, compound, and unintelligible, especially given

8  its broad definitions of "MATTEL," "MGA," and "PERSONS," and in that it seeks

9  all documents on this subject without limitation as to time, and regardless of

10  whether such documents relate to products or matters at issue in this case. Mattel

11  further objects to the use of the terms "knowledge of any efforts by any PERSONS,"

12  "monitor, 'spy on' or gain knowledge," "MGA's trade secrets," "non-public

13  information," "non-public activities," "unreleased products," "product

14  development," "confidential informants, spies, or moles ," "non public information,"

15  "non-public sources ," "non-public means," "on false pretenses," "confidential

16  product and pricing information," and "'competitive management agreements' or

17  'category management agreements,'"  in this context as vague, ambiguous, and

18  incomprehensible. Mattel further objects to the Request on the grounds that it seeks

19  documents that are not relevant to this action or likely to lead to the discovery of

20  admissible evidence. Mattel further objects to this Request on the grounds that it

21  seeks, in its entirety, confidential, proprietary and trade secret information, including

22  such information that has no bearing on the claims or defenses in this case. Mattel

23  further objects to this Request on the grounds that it calls for the disclosure of

24  information subject to the attorney-client privilege, the attorney work-product

25  doctrine and other applicable privileges.

26

27

28

-10-

Exhibit _B_ , P. 40

**REQUEST FOR PRODUCTION NO. 477:**

All COMMUNICATIONS between YOU and any recruiting agency or service including, but not limited to, Gregory Michaels & Associates, that REFER OR RELATE TO recruiting or contacting any MGA employee to work for YOU.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 477:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad and unduly burdensome, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products or matters at issue in this case. Mattel further objects to the use of the term "recruiting agency or service" in this context as vague and ambiguous. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information, including such information that has no bearing on the claims or defenses in this case. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges.

**REQUEST FOR PRODUCTION NO. 478:**

All DOCUMENTS REFERRING OR RELATING to any use or contemplated use by YOU of any recruiting agency or service including, but not limited to Gregory Michaels & Associates to contact or recruit any MGA employee to work for YOU.

MATTEL'S RESPONSES TO MGA'S FIFTH SET OF REQUESTS FOR PRODUCTION

Exhibit _B_, P. _41_

**RESPONSE TO REQUEST FOR PRODUCTION NO. 478:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad and unduly burdensome, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products or matters at issue in this case. Mattel further objects to the use of the term "recruiting agency or service" in this context as vague and ambiguous. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information, including such information that has no bearing on the claims or defenses in this case. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges.

**REQUEST FOR PRODUCTION NO. 479:**

DOCUMENTS sufficient to show weekly and monthly point of sale data for MY SCENE fashion dolls.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 479:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad and unduly burdensome, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products or matters at issue in this case. Mattel further objects to the use of the term "point of sale data" in this context as vague and ambiguous. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further

MATTEL'S RESPONSES TO MGA'S FIFTH SET OF REQUESTS FOR PRODUCTION

Exhibit _B_, P. _42_

209/2200584.1

1   objects to this Request on the grounds that it seeks confidential, proprietary and

2   trade secret information, including such information that has no bearing on the

3   claims or defenses in this case.

4

5   **REQUEST FOR PRODUCTION NO. 480:**

6              All DOCUMENTS REFERRING OR RELATING TO YOUR receipt,

7   reproduction, copying, storage, transmission, transfer, retention, destruction,

8   deletion, or use of any DOCUMENT identifying MGA products in the course of any

9   planning, design, development or revision of any YOUR products.

10

11  **RESPONSE TO REQUEST FOR PRODUCTION NO. 480:**

12             In addition to the general objections stated above which are

13  incorporated herein by reference, Mattel objects to this Request on the grounds that

14  it is overbroad and unduly burdensome, including in that it seeks all documents on

15  this subject without limitation as to time, and regardless of whether such documents

16  relate to products or matters at issue in this case  The Request is also unintelligible,

17  leaving Mattel to guess what documents are being sought.  Mattel further objects to

18  the Request on the grounds that it seeks documents that are not relevant to this

19  action or likely to lead to the discovery of admissible evidence.  Mattel further

20  objects to this Request on the grounds that it seeks confidential, proprietary and

21  trade secret information, including such information that has no bearing on the

22  claims or defenses in this case.  Mattel further objects to this Request on the grounds

23  that it calls for the disclosure of information subject to the attorney-client privilege,

24  the attorney work-product doctrine and other applicable privileges.

25

26  **REQUEST FOR PRODUCTION NO. 481:**

27             All DOCUMENTS, including, but not limited to, any compilation of

28  information, that were prepared, made, created, generated, assembled or compiled

-13-

Exhibit _B_, P. 42

1  by or for MGA or any MGA subsidiary, including MGAE de Mexico, S.R.L. de

2  C.V.

3

4  **RESPONSE TO REQUEST FOR PRODUCTION NO. 481:**

5          In addition to the general objections stated above which are

6  incorporated herein by reference, Mattel objects to this Request on the grounds that

7  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

8  documents on this subject without limitation as to time, and regardless of whether

9  such documents relate to products or matters at issue in this case. Mattel further

10  objects to the use of the term "any compilation of information, that were prepared

11  made, created, generated, assembled or compiled by or for MGA or any MGA

12  subsidiary, including MGAE de Mexico, S.R.L. de C.V." in this context as vague

13  and ambiguous. Mattel further objects to the Request on the grounds that it seeks

14  documents that are not relevant to this action or likely to lead to the discovery of

15  admissible evidence. Mattel further objects to this Request on the grounds that it

16  seeks confidential, proprietary and trade secret information, including such

17  information that has no bearing on the claims or defenses in this case. Mattel further

18  objects to this Request on the grounds that it calls for the disclosure of information

19  subject to the attorney-client privilege, the attorney work-product doctrine and other

20  applicable privileges. Mattel further objects to this Request to the extent it seeks

21  documents already produced by Mattel, including documents stolen by MGA and

22  other defendants. Such documents will not be produced again.

23          Subject to and without waiving the foregoing objections, Mattel

24  responds as follows: Mattel will produce such responsive, non-privileged

25  documents that are in Mattel's possession, custody, or control, if any, that Mattel has

26  been able to locate after a diligent search and reasonable inquiry, to the extent not

27  previously produced.

28

Exhibit _B_, P. _43_

1  **REQUEST FOR PRODUCTION NO. 482:**

2         All DOCUMENTS, including, but not limited to, any compilation of

3  information, that were prepared, made, created, generated, assembled or compiled

4  by or for MGA or any MGA subsidiary, and that YOU received from any third

5  party, including Rachel Harris or Fred Larian.

6

7  **RESPONSE TO REQUEST FOR PRODUCTION NO. 482:**

8         In addition to the general objections stated above which are

9  incorporated herein by reference, Mattel objects to this Request on the grounds that

10  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

11  documents on this subject without limitation as to time, and regardless of whether

12  such documents relate to products or matters at issue in this case. Mattel further

13  objects to the use of the term "any compilation of information, that were prepared,

14  made, created, generated, assembled or compiled by or for MGA or any MGA

15  subsidiary" in this context as vague and ambiguous. Mattel further objects to the

16  Request on the grounds that it seeks documents that are not relevant to this action or

17  likely to lead to the discovery of admissible evidence. Mattel further objects to this

18  Request on the grounds that it seeks confidential, proprietary and trade secret

19  information, including such information that has no bearing on the claims or

20  defenses in this case. Mattel further objects to this Request on the grounds that it

21  calls for the disclosure of information subject to the attorney-client privilege, the

22  attorney work-product doctrine and other applicable privileges.

23

24  **REQUEST FOR PRODUCTION NO. 483:**

25         All investigative files REFERRING OR RELATING to BRYANT,

26  MGA or any of its employees, including but not limited to file numbers 02-299,

27  02-1680, and 03-034.

28                      Exhibit  *B* , P. *44*

**RESPONSE TO REQUEST FOR PRODUCTION NO. 483:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad, unduly burdensome and unintelligible, including in that it seeks all documents regardless of whether such documents relate to products, matters, or persons at issue in this case. Mattel further objects to the use of the terms "investigative files" in this context as vague and ambiguous. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information, including such information that has no bearing on the claims or defenses in this case. Mattel further objects to this Request to the extent that it seeks documents already produced by Mattel. Such documents will not be produced again.

Subject to and without waiving the foregoing objections, Mattel responds as follows: Mattel will produce such responsive, non-privileged documents relating to Bryant that are in Mattel's possession, custody, or control, if any, that Mattel has been able to locate after a diligent search and reasonable inquiry, to the extent not previously produced.

**REQUEST FOR PRODUCTION NO. 484:**

DOCUMENTS sufficient to show the directory structure of the ZEUS SERVER as it relates to MATTEL's girls toys division.

Exhibit   B  , P. 45

MATTEL'S RESPONSES TO MGA'S FIFTH SET OF REQUESTS FOR PRODUCTION

r209/2200584.1

**RESPONSE TO REQUEST FOR PRODUCTION NO. 484:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad, unduly burdensome and unintelligible, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products or matters at issue in this case. Mattel further objects to the use of the terms "directory structure" and "MATTEL's girls toys division" in this context as vague and ambiguous. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information, including such information that has no bearing on the claims or defenses in this case.

Subject to and without waiving the foregoing objections, Mattel responds as follows: Mattel will make available to defendants for inspection and copying tapes from which this information may be derived.

**REQUEST FOR PRODUCTION NO. 485:**

All DOCUMENTS, since January 1, 1999, REFERRING OR RELATING TO YOUR receipt, reproduction, copying, storage, transmission, transfer, retention, destruction, deletion or use of any DOCUMENTS, including but not limited to any compilation of information, that were prepared, made, created, generated, assembled or compiled by or for MGA or any MGA subsidiary, including MGAE de Mexico, S.R.L. de C.V. in Mexico City.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 485:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that

Exhibit _B_, P. _46_

1  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

2  documents on this subject regardless of whether such documents relate to products

3  or matters at issue in this case.  Mattel further objects to the use of the term "any

4  compilation of information, that were prepared made, created, generated, assembled

5  or compiled by or for MGA or any MGA subsidiary, including MGAE de Mexico,

6  S.R.L. de C.V." in this context as vague and ambiguous.  Mattel further objects to

7  the Request on the grounds that it seeks documents that are not relevant to this

8  action or likely to lead to the discovery of admissible evidence.  Mattel further

9  objects to this Request on the grounds that it seeks confidential, proprietary and

10  trade secret information, including such information that has no bearing on the

11  claims or defenses in this case.  Mattel further objects to this Request on the grounds

12  that it calls for the disclosure of information subject to the attorney-client privilege,

13  the attorney work-product doctrine and other applicable privileges.  Mattel further

14  objects to this Request to the extent it seeks documents already produced by Mattel,

15  including documents stolen by MGA and other defendants.  Such documents will

16  not be produced again.

17        Subject to and without waiving the foregoing objections, Mattel

18  responds as follows:  Mattel will produce such responsive, non-privileged

19  documents that are in Mattel's possession, custody, or control, if any, that Mattel has

20  been able to locate after a diligent search and reasonable inquiry, to the extent not

21  previously produced.

22

23  **REQUEST FOR PRODUCTION NO. 486:**

24        All DOCUMENTS REFERRING OR RELATING TO YOUR or

25  YOUR attorney's or agent's knowledge of or participation in the investigation or

26  search of MGAE de Mexico, S.R.L. de C.V. in Mexico City.

27

28

-18-

MATTEL'S RESPONSES TO MGA'S FIFTH SET OF REQUESTS FOR PRODUCTION

Exhibit __B__, P. __47__

**RESPONSE TO REQUEST FOR PRODUCTION NO. 486:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad, unduly burdensome and unintelligible, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products or matters at issue in this case. Mattel further objects to the use of the term "YOUR or YOUR attorney's or agent's knowledge of or participation in the investigation or search of MGAE de Mexico, S.R.L. de C.V." in this context as vague and ambiguous. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information, including such information that has no bearing on the claims or defenses in this case.

**REQUEST FOR PRODUCTION NO. 487:**

All DOCUMENTS REFERRING OR RELATING TO whether any of the items seized by Mexican authorities from MGAE de Mexico, S.R.L. de C.V. in Mexico City were prepared, made, created, generated, assembled or compiled by or for MGA or any MGA subsidiary.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 487:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad, unduly burdensome and unintelligible, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether

MATTEL'S RESPONSES TO MGA'S FIFTH SET OF REQUESTS FOR PRODUCTION

209/2200584.1

Exhibit _B_, P. 48

1 such documents relate to products or matters at issue in this case.  Mattel further

2 objects to the Request on the grounds that it seeks documents that are not relevant to

3 this action or likely to lead to the discovery of admissible evidence.  Mattel further

4 objects to this Request on the grounds that it seeks confidential, proprietary and

5 trade secret information, including such information that has no bearing on the

6 claims or defenses in this case.  Mattel further objects to this Request on the grounds

7 that it calls for the disclosure of information subject to the attorney-client privilege,

8 the attorney work-product doctrine and other applicable privileges.  Mattel further

9 objects to this Request to the extent it seeks documents already produced by Mattel,

10 including documents stolen by MGA and other defendants.  Such documents will

11 not be produced again.

12        Subject to and without waiving the foregoing objections, Mattel

13 responds as follows:  Mattel will produce such responsive, non-privileged

14 documents that are in Mattel's possession, custody, or control, if any, that Mattel has

15 been able to locate after a diligent search and reasonable inquiry, to the extent not

16 previously produced.

17

18 **REQUEST FOR PRODUCTION NO. 488:**

19        All DOCUMENTS REFERRING OR RELATING TO YOUR

20 knowledge that any of the items seized by Mexican authorities from MGAE de

21 Mexico, S.R.L. de C.V. in Mexico City were prepared, made, created, generated,

22 assembled or compiled by or for MGA or any MGA subsidiary.

23

24 **RESPONSE TO REQUEST FOR PRODUCTION NO. 488:**

25        In addition to the general objections stated above which are

26 incorporated herein by reference, Mattel objects to this Request on the grounds that

27 it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

28 documents on this subject without limitation as to time, and regardless of whether

7209/2200584.1

-20-

1  such documents relate to products or matters at issue in this case.  Mattel further

2  objects to the Request on the grounds that it seeks documents that are not relevant to

3  this action or likely to lead to the discovery of admissible evidence.  Mattel further

4  objects to this Request on the grounds that it seeks confidential, proprietary and

5  trade secret information, including such information that has no bearing on the

6  claims or defenses in this case.  Mattel further objects to this Request on the grounds

7  that it calls for the disclosure of information subject to the attorney-client privilege,

8  the attorney work-product doctrine and other applicable privileges.  Mattel further

9  objects to this Request to the extent it seeks documents already produced by Mattel,

10  including documents stolen by MGA and other defendants.  Such documents will

11  not be produced again.

12

13  **REQUEST FOR PRODUCTION NO. 489:**

14          All DOCUMENTS REFERRING OR RELATING TO YOUR or

15  YOUR attorney's or agent's knowledge of or participation in the seizure of Brisbois'

16  thumb drive by Canadian law enforcement.

17

18  **RESPONSE TO REQUEST FOR PRODUCTION NO. 489:**

19          In addition to the general objections stated above which are

20  incorporated herein by reference, Mattel objects to this Request on the grounds that

21  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

22  documents on this subject without limitation as to time, and regardless of whether

23  such documents relate to products or matters at issue in this case.  Mattel further

24  objects to the use of the term "YOUR or YOUR attorney's or agent's knowledge of

25  or participation in the seizure of Brisbois' thumb drive by Canadian law

26  enforcement" in this context as vague and ambiguous.  Mattel further objects to the

27  Request on the grounds that it seeks documents that are not relevant to this action or

28  likely to lead to the discovery of admissible evidence.  Mattel further objects to this

1  Request on the grounds that it seeks confidential, proprietary and trade secret

2  information, including such information that has no bearing on the claims or

3  defenses in this case.  Mattel further objects to this Request on the grounds that it

4  calls for the disclosure of information subject to the attorney-client privilege, the

5  attorney work-product doctrine and other applicable privileges.

6

7  **REQUEST FOR PRODUCTION NO. 490:**

8          All DOCUMENTS REFERRING OR RELATING TO whether any of

9  the items seized by Canadian authorities from Brisbois' thumb drive were prepared,

10  made, created, generated, assembled or compiled by or for MGA or any MGA

11  subsidiary.

12

13  **RESPONSE TO REQUEST FOR PRODUCTION NO. 490:**

14          In addition to the general objections stated above which are

15  incorporated herein by reference, Mattel objects to this Request on the grounds that

16  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

17  documents on this subject without limitation as to time, and regardless of whether

18  such documents relate to products or matters at issue in this case.  Mattel further

19  objects to the Request on the grounds that it seeks documents that are not relevant to

20  this action or likely to lead to the discovery of admissible evidence.  Mattel further

21  objects to this Request on the grounds that it seeks confidential, proprietary and

22  trade secret information, including such information that has no bearing on the

23  claims or defenses in this case.  Mattel further objects to this Request on the grounds

24  that it calls for the disclosure of information subject to the attorney-client privilege,

25  the attorney work-product doctrine and other applicable privileges.  Mattel further

26  objects to this Request to the extent it seeks documents already produced by Mattel,

27  including documents stolen by MGA and other defendants.  Such documents will

28  not be produced again.         Exhibit _B_, P._51_

209/2200584.1

MATTEL'S RESPONSES TO MGA'S FIFTH SET OF REQUESTS FOR PRODUCTION

1   Subject to and without waiving the foregoing objections, Mattel

2   responds as follows:  Mattel will produce such responsive, non-privileged

3   documents that are in Mattel's possession, custody, or control, if any, that Mattel has

4   been able to locate after a diligent search and reasonable inquiry, to the extent not

5   previously produced.

6

7   **REQUEST FOR PRODUCTION NO. 491:**

8   All DOCUMENTS REFERRING OR RELATING TO YOUR

9   knowledge that any of the items seized by Canadian authorities from Brisbois'

10   thumb drive were prepared, made, created, generated, assembled or compiled by or

11   for MGA or any MGA subsidiary.

12

13   **RESPONSE TO REQUEST FOR PRODUCTION NO. 491:**

14   In addition to the general objections stated above which are

15   incorporated herein by reference, Mattel objects to this Request on the grounds that

16   it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

17   documents on this subject without limitation as to time, and regardless of whether

18   such documents relate to products or matters at issue in this case.  Mattel further

19   objects to the Request on the grounds that it seeks documents that are not relevant to

20   this action or likely to lead to the discovery of admissible evidence.  Mattel further

21   objects to this Request on the grounds that it seeks confidential, proprietary and

22   trade secret information, including such information that has no bearing on the

23   claims or defenses in this case.  Mattel further objects to this Request on the grounds

24   that it calls for the disclosure of information subject to the attorney-client privilege,

25   the attorney work-product doctrine and other applicable privileges.  Mattel further

26   objects to this Request to the extent it seeks documents already produced by Mattel,

27   including documents stolen by MGA and other defendants.  Such documents will

28   not be produced again.

209/2200584.1

-23-

1  **REQUEST FOR PRODUCTION NO. 492:**

2          All DOCUMENTS that REFER OR RELATE TO the retention,

3  destruction, transfer, or use of any information or DOCUMENTS known to or

4  possessed by any current or former MGA employee, freelancer or contractor,

5  including but not limited to Tina Patel, Christopher Hardouin, Margo Eldridge,

6  Charlotte Broussard, and Andrew Gallerani.

7

8  **RESPONSE TO REQUEST FOR PRODUCTION NO. 492:**

9          In addition to the general objections stated above which are

10  incorporated herein by reference, Mattel objects to this Request on the grounds that

11  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

12  documents on this subject without limitation as to time, and regardless of whether

13  such documents relate to products, matters, or persons at issue in this case.  Mattel

14  further objects to the Request on the grounds that it seeks documents that are not

15  relevant to this action or likely to lead to the discovery of admissible evidence.

16  Mattel further objects to this Request on the grounds that it seeks confidential,

17  proprietary and trade secret information, including such information that has no

18  bearing on the claims or defenses in this case.  Mattel further objects to this Request

19  on the grounds that it calls for the disclosure of information subject to the attorney-

20  client privilege, the attorney work-product doctrine and other applicable privileges.

21

22  **REQUEST FOR PRODUCTION NO. 493:**

23          All COMMUNICATIONS between YOU and any PERSON

24  REFERRING OR RELATING TO the retention, destruction, transfer, or use of any

25  information or DOCUMENTS known to or possessed by any current or former

26  MGA employee, freelancer or contractor, including but not limited to Tina Patel,

27  Christopher Hardouin, Margo Eldridge, Charlotte Broussard, and Andrew Gallerani.

28

**RESPONSE TO REQUEST FOR PRODUCTION NO. 493:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad, unduly burdensome and unintelligible, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products, matters, or persons at issue in this case. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information, including such information that has no bearing on the claims or defenses in this case. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges.

**REQUEST FOR PRODUCTION NO. 494:**

All COMMUNICATIONS between YOU and Tina Patel prior to her date of hire by MATTEL.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 494:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad and unduly burdensome, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products, matters, or persons at issue in this case. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information, including such information that has no bearing on the

1 claims or defenses in this case.  Mattel further objects to this Request on the grounds

2 that it calls for the disclosure of information subject to the attorney-client privilege,

3 the attorney work-product doctrine and other applicable privileges.

4

5 **REQUEST FOR PRODUCTION NO. 495:**

6       All DOCUMENTS REFERRING OR RELATING TO

7 COMMUNICATIONS between YOU and Tina Patel prior to her date of hire by

8 MATTEL, including but not limited to all calendar entries, phone logs, phone

9 records and notes reflecting such COMMUNICATIONS.

10

11 **RESPONSE TO REQUEST FOR PRODUCTION NO. 495:**

12       In addition to the general objections stated above which are

13 incorporated herein by reference, Mattel objects to this Request on the grounds that

14 it is overbroad and unduly burdensome, including in that it seeks all documents on

15 this subject without limitation as to time, and regardless of whether such documents

16 relate to products, matters, or persons at issue in this case.  Mattel further objects to

17 the Request on the grounds that it seeks documents that are not relevant to this

18 action or likely to lead to the discovery of admissible evidence.  Mattel further

19 objects to this Request on the grounds that it seeks confidential, proprietary and

20 trade secret information, including such information that has no bearing on the

21 claims or defenses in this case.  Mattel further objects to this Request on the grounds

22 that it calls for the disclosure of information subject to the attorney-client privilege,

23 the attorney work-product doctrine and other applicable privileges.

24

25 **REQUEST FOR PRODUCTION NO. 496:**

26       All DOCUMENTS, including but not limited to all

27 COMMUNICATIONS with any PERSON, REFERRING OR RELATING TO Tina

28 Patel prior to her date of hire by MATTEL.

209/2200584.1

**RESPONSE TO REQUEST FOR PRODUCTION NO. 496:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad and unduly burdensome, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products, matters, or persons at issue in this case. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information, including such information that has no bearing on the claims or defenses in this case. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges.

**REQUEST FOR PRODUCTION NO. 497:**

All DOCUMENTS, including but not limited to all COMMUNICATIONS with any PERSON, REFERRING OR RELATING TO Tina Patel's resignation from MGA.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 497:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad and unduly burdensome, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products, matters, or persons at issue in this case. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and

MATTEL'S RESPONSES TO MGA'S FIFTH SET OF REQUESTS FOR PRODUCTION

Exhibit _β_, P. _56_

1 | trade secret information, including such information that has no bearing on the

2 | claims or defenses in this case. Mattel further objects to this Request on the grounds

3 | that it calls for the disclosure of information subject to the attorney-client privilege,

4 | the attorney work-product doctrine and other applicable privileges.

5 |

6 | **REQUEST FOR PRODUCTION NO. 498:**

7 | All DOCUMENTS, including but not limited to all

8 | COMMUNICATIONS with any PERSON, REFERRING OR RELATING TO

9 | compensation, money or any other item of value paid to Tina Patel, whether directly

10 | or indirectly, by YOU.

11 |

12 | **RESPONSE TO REQUEST FOR PRODUCTION NO. 498:**

13 | In addition to the general objections stated above which are

14 | incorporated herein by reference, Mattel objects to this Request on the grounds that

15 | it is overbroad and unduly burdensome, including in that it seeks all documents on

16 | this subject without limitation as to time, and regardless of whether such documents

17 | relate to products, matters, or persons at issue in this case. Mattel further objects to

18 | the Request on the grounds that it seeks documents that are not relevant to this

19 | action or likely to lead to the discovery of admissible evidence. Mattel further

20 | objects to this Request on the grounds that it seeks confidential, proprietary and

21 | trade secret information, including such information that has no bearing on the

22 | claims or defenses in this case. Mattel further objects to this Request on the grounds

23 | that it calls for the disclosure of information subject to the attorney-client privilege,

24 | the attorney work-product doctrine and other applicable privileges.

25 |

26 | **REQUEST FOR PRODUCTION NO. 499:**

27 | All DOCUMENTS received by YOU, directly or indirectly, from Tina

28 | Patel REFERRING OR RELATING TO any MGA product or plan.

-28-

**RESPONSE TO REQUEST FOR PRODUCTION NO. 499:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad, unduly burdensome and unintelligible, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products or matters at issue in this case. Mattel further objects to the use of the term "any MGA product or plan" in this context as vague and ambiguous. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information, including such information that has no bearing on the claims or defenses in this case. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges.

**REQUEST FOR PRODUCTION NO. 500:**

All DOCUMENTS, including but not limited to all COMMUNICATIONS with any PERSON, REFERRING OR RELATING TO YOUR receipt, reproduction, copying, storage, transmission, transfer, retention, destruction, deletion or use of any DOCUMENTS, data and/or information, including but not limited to any compilation of information, that was prepared, made, created, generated, assembled or compiled by or for MGA and that YOU received, directly or indirectly, from Tina Patel.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 500:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that

-29-

MATTEL'S RESPONSES TO MGA'S FIFTH SET OF REQUESTS FOR PRODUCTION

Exhibit __β__, P. _59_

1   it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

2   documents on this subject without limitation as to time, and regardless of whether

3   such documents relate to products or matters at issue in this case.  Mattel further

4   objects to the use of the term "any compilation of information, that were prepared

5   made, created, generated, assembled or compiled by or for MGA" in this context as

6   vague and ambiguous.  Mattel further objects to the Request on the grounds that it

7   seeks documents that are not relevant to this action or likely to lead to the discovery

8   of admissible evidence.  Mattel further objects to this Request on the grounds that it

9   seeks confidential, proprietary and trade secret information, including such

10  information that has no bearing on the claims or defenses in this case.  Mattel further

11  objects to this Request on the grounds that it calls for the disclosure of information

12  subject to the attorney-client privilege, the attorney work-product doctrine and other

13  applicable privileges.

14

15  **REQUEST FOR PRODUCTION NO. 501:**

16          A copy of each personnel file maintained or created by YOU

17  REFERRING OR RELATING TO Tina Patel.

18

19  **RESPONSE TO REQUEST FOR PRODUCTION NO. 501:**

20          In addition to the general objections stated above which are

21  incorporated herein by reference, Mattel objects to this Request on the grounds that

22  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

23  documents on this subject without limitation as to time, and regardless of whether

24  such documents relate to products, matters, or persons at issue in this case.  Mattel

25  further objects to the Request on the grounds that it seeks documents that are not

26  relevant to this action or likely to lead to the discovery of admissible evidence.

27  Mattel further objects to this Request on the grounds that it seeks confidential,

28  proprietary and trade secret information, including such information that has no

1  bearing on the claims or defenses in this case.  Mattel further objects to this Request

2  on the grounds that it calls for the disclosure of information subject to the attorney-

3  client privilege, the attorney work-product doctrine and other applicable privileges.

4

5  **REQUEST FOR PRODUCTION NO. 502:**

6          All DOCUMENTS, including but not limited to all

7  COMMUNICATIONS, prepared, created, sent or transmitted, whether in whole or

8  in part, by Tina Patel REFERRING OR RELATING TO any of the CONTESTED

9  MGA PRODUCTS.

10

11  **RESPONSE TO REQUEST FOR PRODUCTION NO. 502:**

12          In addition to the general objections stated above which are

13  incorporated herein by reference, Mattel objects to this Request on the grounds that

14  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

15  documents on this subject without limitation as to time, and regardless of whether

16  such documents relate to products or matters at issue in this case.  Mattel further

17  objects to the Request on the grounds that it seeks documents that are not relevant to

18  this action or likely to lead to the discovery of admissible evidence.  Mattel further

19  objects to this Request on the grounds that it seeks confidential, proprietary and

20  trade secret information, including such information that has no bearing on the

21  claims or defenses in this case.  Mattel further objects to this Request on the grounds

22  that it calls for the disclosure of information subject to the attorney-client privilege,

23  the attorney work-product doctrine and other applicable privileges.

24          Subject to and without waiving the foregoing objections, Mattel

25  responds as follows:  Mattel will produce such responsive, non-privileged

26  documents that are in Mattel's possession, custody, or control, if any, that Mattel has

27  been able to locate after a diligent search and reasonable inquiry, to the extent not

28  previously produced.

1   **REQUEST FOR PRODUCTION NO. 503:**

2         All COMMUNICATIONS between YOU and Christopher Hardouin

3   prior to his date of hire by MATTEL.

4

5   **RESPONSE TO REQUEST FOR PRODUCTION NO. 503:**

6         In addition to the general objections stated above which are

7   incorporated herein by reference, Mattel objects to this Request on the grounds that

8   it is overbroad and unduly burdensome, including in that it seeks all documents on

9   this subject without limitation as to time, and regardless of whether such documents

10   relate to products or matters at issue in this case. Mattel further objects to the

11   Request on the grounds that it seeks documents that are not relevant to this action or

12   likely to lead to the discovery of admissible evidence. Mattel further objects to this

13   Request on the grounds that it seeks confidential, proprietary and trade secret

14   information, including such information that has no bearing on the claims or

15   defenses in this case. Mattel further objects to this Request on the grounds that it

16   calls for the disclosure of information subject to the attorney-client privilege, the

17   attorney work-product doctrine and other applicable privileges.

18

19   **REQUEST FOR PRODUCTION NO. 504:**

20         All DOCUMENTS REFERRING OR RELATING TO

21   COMMUNICATIONS between YOU and Christopher Hardouin prior to his date of

22   hire by MATTEL, including but not limited to all calendar entries, phone logs,

23   phone records and notes reflecting such COMMUNICATIONS.

24

25   **RESPONSE TO REQUEST FOR PRODUCTION NO. 504:**

26         In addition to the general objections stated above which are

27   incorporated herein by reference, Mattel objects to this Request on the grounds that

28   it is overbroad and unduly burdensome, including in that it seeks all documents on

Exhibit _B_, P. _61_

1  this subject without limitation as to time, and regardless of whether such documents
2  relate to products, matters, or persons at issue in this case.  Mattel further objects to
3  the Request on the grounds that it seeks documents that are not relevant to this
4  action or likely to lead to the discovery of admissible evidence.  Mattel further
5  objects to this Request on the grounds that it seeks confidential, proprietary and
6  trade secret information, including such information that has no bearing on the
7  claims or defenses in this case.  Mattel further objects to this Request on the grounds
8  that it calls for the disclosure of information subject to the attorney-client privilege,
9  the attorney work-product doctrine and other applicable privileges.
10
11  **REQUEST FOR PRODUCTION NO. 505:**
12          All DOCUMENTS, including but not limited to all
13  COMMUNICATIONS with any PERSON, REFERRING OR RELATING TO
14  Christopher Hardouin prior to his date of hire by MATTEL.
15
16  **RESPONSE TO REQUEST FOR PRODUCTION NO. 505:**
17          In addition to the general objections stated above which are
18  incorporated herein by reference, Mattel objects to this Request on the grounds that
19  it is overbroad and unduly burdensome, including in that it seeks all documents on
20  this subject without limitation as to time, and regardless of whether such documents
21  relate to products, matters, or persons at issue in this case.  Mattel further objects to
22  the Request on the grounds that it seeks documents that are not relevant to this
23  action or likely to lead to the discovery of admissible evidence.  Mattel further
24  objects to this Request on the grounds that it seeks confidential, proprietary and
25  trade secret information, including such information that has no bearing on the
26  claims or defenses in this case.  Mattel further objects to this Request on the grounds
27  that it calls for the disclosure of information subject to the attorney-client privilege,
28  the attorney work-product doctrine and other applicable privileges.

1  **REQUEST FOR PRODUCTION NO. 506:**

2  　　　　All DOCUMENTS, including but not limited to all

3  COMMUNICATIONS with any PERSON, REFERRING OR RELATING TO

4  Christopher Hardouin's resignation from MGA.

5

6  **RESPONSE TO REQUEST FOR PRODUCTION NO. 506:**

7  　　　　In addition to the general objections stated above which are

8  incorporated herein by reference, Mattel objects to this Request on the grounds that

9  it is overbroad and unduly burdensome, including in that it seeks all documents on

10 this subject without limitation as to time, and regardless of whether such documents

11 relate to products, matters, or persons at issue in this case.  Mattel further objects to

12 the Request on the grounds that it seeks documents that are not relevant to this

13 action or likely to lead to the discovery of admissible evidence.  Mattel further

14 objects to this Request on the grounds that it seeks confidential, proprietary and

15 trade secret information, including such information that has no bearing on the

16 claims or defenses in this case.  Mattel further objects to this Request on the grounds

17 that it calls for the disclosure of information subject to the attorney-client privilege,

18 the attorney work-product doctrine and other applicable privileges.

19

20 **REQUEST FOR PRODUCTION NO. 507:**

21 　　　　All DOCUMENTS, including but not limited to all

22 COMMUNICATIONS with any PERSON, REFERRING OR RELATING TO

23 compensation, money or any other item of value paid to Christopher Hardouin,

24 whether directly or indirectly, by YOU.

25

26 **RESPONSE TO REQUEST FOR PRODUCTION NO. 507:**

27 　　　　In addition to the general objections stated above which are

28 incorporated herein by reference, Mattel objects to this Request on the grounds that

MATTEL'S RESPONSES TO MGA'S FIFTH SET OF REQUESTS FOR PRODUCTION

209/2200584.1

Exhibit _B_, P. _63_

1  it is overbroad and unduly burdensome, including in that it seeks all documents on

2  this subject without limitation as to time, and regardless of whether such documents

3  relate to products, matters, or persons at issue in this case.  Mattel further objects to

4  the Request on the grounds that it seeks documents that are not relevant to this

5  action or likely to lead to the discovery of admissible evidence.  Mattel further

6  objects to this Request on the grounds that it seeks confidential, proprietary and

7  trade secret information, including such information that has no bearing on the

8  claims or defenses in this case.  Mattel further objects to this Request on the grounds

9  that it calls for the disclosure of information subject to the attorney-client privilege,

10 the attorney work-product doctrine and other applicable privileges.

11

12 **REQUEST FOR PRODUCTION NO. 508:**

13          All DOCUMENTS received by YOU, directly or indirectly, from

14 Christopher Hardouin REFERRING OR RELATING TO any MGA product or plan.

15

16 **RESPONSE TO REQUEST FOR PRODUCTION NO. 508:**

17          In addition to the general objections stated above which are

18 incorporated herein by reference, Mattel objects to this Request on the grounds that

19 it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

20 documents on this subject without limitation as to time, and regardless of whether

21 such documents relate to products or matters at issue in this case.  Mattel further

22 objects to the use of the term "MGA product or plan" in this context as vague and

23 ambiguous.  Mattel further objects to the Request on the grounds that it seeks

24 documents that are not relevant to this action or likely to lead to the discovery of

25 admissible evidence.  Mattel further objects to this Request on the grounds that it

26 seeks confidential, proprietary and trade secret information, including such

27 information that has no bearing on the claims or defenses in this case.  Mattel further

28 objects to this Request on the grounds that it calls for the disclosure of information

-35-

Exhibit __B__, P. __64__

1    subject to the attorney-client privilege, the attorney work-product doctrine and other

2    applicable privileges.

3

4    **REQUEST FOR PRODUCTION NO. 509:**

5              All DOCUMENTS, including but not limited to all

6    COMMUNICATIONS with any PERSON, REFERRING OR RELATING TO

7    YOUR receipt, reproduction, copying, storage, transmission, transfer, retention,

8    destruction, deletion or use of any DOCUMENTS, data and/or information,

9    including but not limited to any compilation of information, that was prepared,

10   made, created, generated, assembled or compiled by or for MGA and that YOU

11   received, directly or indirectly, from Christopher Hardouin.

12

13   **RESPONSE TO REQUEST FOR PRODUCTION NO. 509:**

14             In addition to the general objections stated above which are

15   incorporated herein by reference, Mattel objects to this Request on the grounds that

16   it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

17   documents on this subject without limitation as to time, and regardless of whether

18   such documents relate to products or matters at issue in this case.  Mattel further

19   objects to the Request on the grounds that it seeks documents that are not relevant to

20   this action or likely to lead to the discovery of admissible evidence.  Mattel further

21   objects to this Request on the grounds that it seeks confidential, proprietary and

22   trade secret information, including such information that has no bearing on the

23   claims or defenses in this case.  Mattel further objects to this Request on the grounds

24   that it calls for the disclosure of information subject to the attorney-client privilege,

25   the attorney work-product doctrine and other applicable privileges.

26

27

28

1    **REQUEST FOR PRODUCTION NO. 510:**

2          A copy of each personnel file maintained or created by YOU

3    REFERRING OR RELATING TO Christopher Hardouin.

4

5    **RESPONSE TO REQUEST FOR PRODUCTION NO. 510:**

6          In addition to the general objections stated above which are

7    incorporated herein by reference, Mattel objects to this Request on the grounds that

8    it is overbroad and unduly burdensome, including in that it seeks all documents on

9    this subject without limitation as to time, and regardless of whether such documents

10   relate to products, matters, or persons at issue in this case.  Mattel further objects to

11   the Request on the grounds that it seeks documents that are not relevant to this

12   action or likely to lead to the discovery of admissible evidence.  Mattel further

13   objects to this Request on the grounds that it seeks confidential, proprietary and

14   trade secret information, including such information that has no bearing on the

15   claims or defenses in this case.  Mattel further objects to this Request on the grounds

16   that it calls for the disclosure of information subject to the attorney-client privilege,

17   the attorney work-product doctrine and other applicable privileges.

18

19   **REQUEST FOR PRODUCTION NO. 511:**

20         All DOCUMENTS, including but not limited to all

21   COMMUNICATIONS, prepared, created, sent or transmitted, whether in whole or

22   in part, by Christopher Hardouin REFERRING OR RELATING TO any of the

23   CONTESTED MGA PRODUCTS.

24

25   **RESPONSE TO REQUEST FOR PRODUCTION NO. 511:**

26         In addition to the general objections stated above which are

27   incorporated herein by reference, Mattel objects to this Request on the grounds that

28   it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

MATTEL'S RESPONSES TO MGA'S FIFTH SET OF REQUESTS FOR PRODUCTION

Exhibit _B_, P. _66_

1  documents on this subject without limitation as to time, and regardless of whether

2  such documents relate to products or matters at issue in this case.  Mattel further

3  objects to the Request on the grounds that it seeks documents that are not relevant to

4  this action or likely to lead to the discovery of admissible evidence.  Mattel further

5  objects to this Request on the grounds that it seeks confidential, proprietary and

6  trade secret information, including such information that has no bearing on the

7  claims or defenses in this case.  Mattel further objects to this Request on the grounds

8  that it calls for the disclosure of information subject to the attorney-client privilege,

9  the attorney work-product doctrine and other applicable privileges.

10

11  **REQUEST FOR PRODUCTION NO. 512:**

12             All DOCUMENTS REFERRING OR RELATING TO the creation,

13  origins or sources of inspiration of "POLLY POCKET COLOR SURPRISE

14  POLLY" including, without limitation, the creation, origins or sources of inspiration

15  of the pose of "POLLY POCKET COLOR SURPRISE POLLY."

16

17  **RESPONSE TO REQUEST FOR PRODUCTION NO. 512:**

18             In addition to the general objections stated above which are

19  incorporated herein by reference, Mattel objects to this Request on the grounds that

20  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

21  documents on this subject without limitation as to time, and regardless of whether

22  such documents relate to products or matters at issue in this case.  Mattel further

23  objects to the Request on the grounds that it seeks documents that are not relevant to

24  this action or likely to lead to the discovery of admissible evidence.  Mattel further

25  objects to this Request on the grounds that it seeks confidential, proprietary and

26  trade secret information, including such information that has no bearing on the

27  claims or defenses in this case.  Mattel further objects to this Request on the grounds

28  that it calls for the disclosure of information subject to the attorney-client privilege,

-38-

Exhibit  B , P.  67

1  the attorney work-product doctrine and other applicable privileges.  Mattel further

2  objects on the ground that this Request seeks to circumvent the Discovery Master's

3  Orders of April 19, 2007, and May 22, 2007.

4

5  **REQUEST FOR PRODUCTION NO. 513:**

6          All DOCUMENTS REFERRING OR RELATING TO any similarity

7  or dissimilarity between "POLLY POCKET COLOR SURPRISE POLLY" and any

8  MGA product (whether released or unreleased) known to YOU, including but not

9  limited to any similarity or dissimilarity between the pose of "POLLY POCKET

10  COLOR SURPRISE POLLY" and the pose of any MGA product known to YOU.

11

12  **RESPONSE TO REQUEST FOR PRODUCTION NO. 513:**

13          In addition to the general objections stated above which are

14  incorporated herein by reference, Mattel objects to this Request on the grounds that

15  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

16  documents on this subject without limitation as to time, and regardless of whether

17  such documents relate to products or matters at issue in this case.  Mattel further

18  objects to the Request on the grounds that it seeks documents that are not relevant to

19  this action or likely to lead to the discovery of admissible evidence.  Mattel further

20  objects to this Request on the grounds that it seeks confidential, proprietary and

21  trade secret information, including such information that has no bearing on the

22  claims or defenses in this case.  Mattel further objects to this Request on the grounds

23  that it calls for the disclosure of information subject to the attorney-client privilege,

24  the attorney work-product doctrine and other applicable privileges.  Mattel further

25  objects on the ground that this Request seeks to circumvent the Discovery Master's

26  Orders of April 19, 2007, and May 22, 2007.

27

28

1  **REQUEST FOR PRODUCTION NO. 514:**

2        All DOCUMENTS REFERRING OR RELATING TO whether the

3  appearance or pose of "POLLY POCKET COLOR SURPRISE POLLY" copies,

4  replicates, or in any way imitates the appearance or pose of any MGA product

5  (whether released or unreleased) known to YOU.

6

7  **RESPONSE TO REQUEST FOR PRODUCTION NO. 514:**

8        In addition to the general objections stated above which are

9  incorporated herein by reference, Mattel objects to this Request on the grounds that

10  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

11  documents on this subject without limitation as to time, and regardless of whether

12  such documents relate to products or matters at issue in this case.  Mattel further

13  objects to the Request on the grounds that it seeks documents that are not relevant to

14  this action or likely to lead to the discovery of admissible evidence.  Mattel further

15  objects to this Request on the grounds that it seeks confidential, proprietary and

16  trade secret information, including such information that has no bearing on the

17  claims or defenses in this case.  Mattel further objects to this Request on the grounds

18  that it calls for the disclosure of information subject to the attorney-client privilege,

19  the attorney work-product doctrine and other applicable privileges.   Mattel further

20  objects on the ground that this Request seeks to circumvent the Discovery Master's

21  Orders of April 19, 2007, and May 22, 2007.

22

23  **REQUEST FOR PRODUCTION NO. 515:**

24        DOCUMENTS, including but not limited to organizational charts,

25  sufficient to identify (by name and job function) all current and former MATTEL

26  personnel and/or freelancers comprising the primary team that worked on the

27  creation, design and development of "POLLY POCKET COLOR SURPRISE

28  POLLY."

209/2200584.1

MATTEL'S RESP~~ONSES TO MGA'S FIFTH SET~~ OF REQUESTS FOR PRODUCTION

Exhibit _β_ , P. _69_

**RESPONSE TO REQUEST FOR PRODUCTION NO. 515:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad, unduly burdensome and unintelligible, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products or matters at issue in this case. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information, including such information that has no bearing on the claims or defenses in this case. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges. Mattel further objects on the ground that this Request seeks to circumvent the Discovery Master's Orders of April 19, 2007, and May 22, 2007.

**REQUEST FOR PRODUCTION NO. 516:**

All DOCUMENTS REFERRING OR RELATING TO YOUR efforts to institute a litigation hold in response to the litigation originally captioned *Mattel, Inc. v. Bryant.*, Case No. CV 04-9059 SGL (RNBx).

**RESPONSE TO REQUEST FOR PRODUCTION NO. 516:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad and unduly burdensome. Mattel further objects on the ground that this Request duplicates prior Requests by MGA, and is clearly designed to burden and harass. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of

MATTE[...] [...]PONSES TO MGA'S FIFTH SET OF REQUESTS FOR PRODUCTION

Exhibit _B_, P. _70_

209/2200584.1

1 | admissible evidence. Mattel further objects to this Request on the grounds that it

2 | calls for the disclosure of information subject to the attorney-client privilege, the

3 | attorney work-product doctrine and other applicable privileges.

4 |        Subject to and without waiving the foregoing objections, Mattel

5 | responds as follows: Mattel will produce one or more affidavits setting forth its

6 | preservation efforts and policies with respect to the present litigation, as required by

7 | Judge Larson's Order Denying Motion for Terminating Sanctions dated August 27,

8 | 2007.

9 |

10 | **REQUEST FOR PRODUCTION NO. 517:**

11 |        All DOCUMENTS REFERRING OR RELATING TO YOUR efforts

12 | to institute a litigation hold in response to the litigation originally captioned *MGA*

13 | *Entertainment, Inc. v. Mattel, Inc.*, Case No. CV 05-02727 SGL (RNBx).

14 |

15 | **RESPONSE TO REQUEST FOR PRODUCTION NO. 517:**

16 |        In addition to the general objections stated above which are

17 | incorporated herein by reference, Mattel objects to this Request on the grounds that

18 | it is overbroad and unduly burdensome. Mattel further objects on the ground that

19 | this Request duplicates prior Requests by MGA, and is clearly designed to burden

20 | and harass. Mattel further objects to the Request on the grounds that it seeks

21 | documents that are not relevant to this action or likely to lead to the discovery of

22 | admissible evidence. Mattel further objects to this Request on the grounds that it

23 | calls for the disclosure of information subject to the attorney-client privilege, the

24 | attorney work-product doctrine and other applicable privileges.

25 |        Subject to and without waiving the foregoing objections, Mattel

26 | responds as follows: Mattel will produce one or more affidavits setting forth its

27 | preservation efforts and policies with respect to the present litigation, as required by

28 |

-42-

Exhibit _B_ , P._71_

1  Judge Larson's Order Denying Motion for Terminating Sanctions dated August 27,

2  2007.

3

4  **REQUEST FOR PRODUCTION NO. 518:**

5          All DOCUMENTS REFERRING OR RELATING TO YOUR efforts

6  to institute a litigation hold in response to the litigation originally captioned *Bryant*

7  *v. Mattel, Inc.*, Case No. CV 04-9049 SGL (RNBx).

8

9  **RESPONSE TO REQUEST FOR PRODUCTION NO. 518:**

10          In addition to the general objections stated above which are

11  incorporated herein by reference, Mattel objects to this Request on the grounds that

12  it is overbroad and unduly burdensome.  Mattel further objects on the ground that

13  this Request duplicates prior Requests by MGA, and is clearly designed to burden

14  and harass.  Mattel further objects to the Request on the grounds that it seeks

15  documents that are not relevant to this action or likely to lead to the discovery of

16  admissible evidence.  Mattel further objects to this Request on the grounds that it

17  calls for the disclosure of information subject to the attorney-client privilege, the

18  attorney work-product doctrine and other applicable privileges.

19          Subject to and without waiving the foregoing objections, Mattel

20  responds as follows:  Mattel will produce one or more affidavits setting forth its

21  preservation efforts and policies with respect to the present litigation, as required by

22  Judge Larson's Order Denying Motion for Terminating Sanctions dated August 27,

23  2007.

24

25  **REQUEST FOR PRODUCTION NO. 519:**

26          All COMMUNICATIONS between YOU and the toy manufacturer

27  JETTA REFERRING OR RELATING to MGA, BRATZ or LARIAN.

28

-43-

MATTEL'S RESPONSES TO MGA'S FIFTH SET OF REQUESTS FOR PRODUCTION

Exhibit _B_, P. _72_

1  **RESPONSE TO REQUEST FOR PRODUCTION NO. 519:**

2           In addition to the general objections stated above which are

3  incorporated herein by reference, Mattel objects to this Request on the grounds that

4  it is overbroad and unduly burdensome, including in that it seeks all documents on

5  this subject without limitation as to time, and regardless of whether such documents

6  relate to products or matters at issue in this case.  Mattel further objects to the

7  Request on the grounds that it seeks documents that are not relevant to this action or

8  likely to lead to the discovery of admissible evidence.  Mattel further objects to this

9  Request on the grounds that it seeks confidential, proprietary and trade secret

10  information, including such information that has no bearing on the claims or

11  defenses in this case.  Mattel further objects on the ground that this Request seeks to

12  circumvent the Discovery Master's Order dated May 22, 2007.

13

14  **REQUEST FOR PRODUCTION NO. 520:**

15           All COMMUNICATIONS between YOU and EARLY LIGHT,

16  including but not limited to Francis Choi, Wilson Ng, and Carmen Choi,

17  REFERRING OR RELATING to MGA, BRATZ or LARIAN.

18

19  **RESPONSE TO REQUEST FOR PRODUCTION NO. 520:**

20           In addition to the general objections stated above which are

21  incorporated herein by reference, Mattel objects to this Request on the grounds that

22  it is overbroad and unduly burdensome, including in that it seeks all documents on

23  this subject without limitation as to time, and regardless of whether such documents

24  relate to products or matters at issue in this case.  Mattel further objects to the

25  Request on the grounds that it seeks documents that are not relevant to this action or

26  likely to lead to the discovery of admissible evidence.  Mattel further objects to this

27  Request on the grounds that it seeks confidential, proprietary and trade secret

28  information, including such information that has no bearing on the claims or

1  defenses in this case.  Mattel further objects on the ground that this Request seeks to

2  circumvent the Discovery Master's Order dated May 22, 2007.

3

4  **REQUEST FOR PRODUCTION NO. 521:**

5      All COMMUNICATIONS between YOU and ASAHI REFERRING

6  OR RELATING to MGA, BRATZ or LARIAN.

7

8  **RESPONSE TO REQUEST FOR PRODUCTION NO. 521:**

9      In addition to the general objections stated above which are

10  incorporated herein by reference, Mattel objects to this Request on the grounds that

11  it is overbroad and unduly burdensome, including in that it seeks all documents on

12  this subject without limitation as to time, and regardless of whether such documents

13  relate to products or matters at issue in this case.  Mattel further objects to the

14  Request on the grounds that it seeks documents that are not relevant to this action or

15  likely to lead to the discovery of admissible evidence.  Mattel further objects to this

16  Request on the grounds that it seeks confidential, proprietary and trade secret

17  information, including such information that has no bearing on the claims or

18  defenses in this case.  Mattel further objects on the ground that this Request seeks to

19  circumvent the Discovery Master's Order dated May 22, 2007.

20

21  **REQUEST FOR PRODUCTION NO. 522:**

22      All COMMUNICATIONS between YOU and UNIVERSAL

23  REFERRING OR RELATING to MGA, BRATZ or LARIAN.

24

25  **RESPONSE TO REQUEST FOR PRODUCTION NO. 522:**

26      In addition to the general objections stated above which are

27  incorporated herein by reference, Mattel objects to this Request on the grounds that

28  it is overbroad and unduly burdensome, including in that it seeks all documents on

'209/2200584.1

MATTEL'S RESPONSES TO MGA'S FIFTH SET OF REQUESTS FOR PRODUCTION

Exhibit __B__ , P. __74__

1 | this subject without limitation as to time, and regardless of whether such documents
2 | relate to products or matters at issue in this case.  Mattel further objects to the
3 | Request on the grounds that it seeks documents that are not relevant to this action or
4 | likely to lead to the discovery of admissible evidence.  Mattel further objects to this
5 | Request on the grounds that it seeks confidential, proprietary and trade secret
6 | information, including such information that has no bearing on the claims or
7 | defenses in this case.  Mattel further objects on the ground that this Request seeks to
8 | circumvent the Discovery Master's Order dated May 22, 2007.
9 |
10 | **REQUEST FOR PRODUCTION NO. 523:**
11 | All COMMUNICATIONS between YOU and KANEKA REFERRING
12 | OR RELATING to MGA, BRATZ or LARIAN.
13 |
14 | **RESPONSE TO REQUEST FOR PRODUCTION NO. 523:**
15 | In addition to the general objections stated above which are
16 | incorporated herein by reference, Mattel objects to this Request on the grounds that
17 | it is overbroad and unduly burdensome, including in that it seeks all documents on
18 | this subject without limitation as to time, and regardless of whether such documents
19 | relate to products or matters at issue in this case.  Mattel further objects to the
20 | Request on the grounds that it seeks documents that are not relevant to this action or
21 | likely to lead to the discovery of admissible evidence.  Mattel further objects to this
22 | Request on the grounds that it seeks confidential, proprietary and trade secret
23 | information, including such information that has no bearing on the claims or
24 | defenses in this case.  Mattel further objects on the ground that this Request seeks to
25 | circumvent the Discovery Master's Order dated May 22, 2007.
26 |
27 |
28 |

209/2200584.1

MATTEL'S RESPONSES TO MGA'S FIFTH SET OF REQUESTS FOR PRODUCTION

Exhibit _B_, P. _75_

1 **REQUEST FOR PRODUCTION NO. 524:**

2       All COMMUNICATIONS between YOU and FILO REFERRING OR

3 RELATING to MGA, BRATZ or LARIAN.

4

5 **RESPONSE TO REQUEST FOR PRODUCTION NO. 524:**

6       In addition to the general objections stated above which are

7 incorporated herein by reference, Mattel objects to this Request on the grounds that

8 it is overbroad and unduly burdensome, including in that it seeks all documents on

9 this subject without limitation as to time, and regardless of whether such documents

10 relate to products or matters at issue in this case. Mattel further objects to the

11 Request on the grounds that it seeks documents that are not relevant to this action or

12 likely to lead to the discovery of admissible evidence. Mattel further objects to this

13 Request on the grounds that it seeks confidential, proprietary and trade secret

14 information, including such information that has no bearing on the claims or

15 defenses in this case. Mattel further objects on the ground that this Request seeks to

16 circumvent the Discovery Master's Order dated May 22, 2007.

17

18 **REQUEST FOR PRODUCTION NO. 525:**

19       Copies of all producers' affidavits for any ADVERTISEMENT for MY

20 SCENE or ACCELERACERS.

21

22 **RESPONSE TO REQUEST FOR PRODUCTION NO. 525:**

23       In addition to the general objections stated above which are

24 incorporated herein by reference, Mattel objects to this Request on the grounds that

25 it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

26 documents on this subject without limitation as to time, and regardless of whether

27 such documents relate to products or matters at issue in this case. Mattel further

28 objects to the use of the terms "producers' affidavits" in this context as vague and

-47-

Exhibit  B , P. 76

1 | ambiguous.  Mattel further objects to the Request on the grounds that it seeks
2 | documents that are not relevant to this action or likely to lead to the discovery of
3 | admissible evidence.  Mattel further objects to this Request on the grounds that it
4 | seeks confidential, proprietary and trade secret information, including such
5 | information that has no bearing on the claims or defenses in this case.
6 |         Subject to and without waiving the foregoing objections, Mattel
7 | responds as follows:  Mattel will produce such responsive, non-privileged
8 | documents relating to those advertisements placed at issue in this litigation that are
9 | in Mattel's possession, custody, or control, if any, that Mattel has been able to locate
10 | after a diligent search and reasonable inquiry, to the extent not previously produced.
11 |
12 | **REQUEST FOR PRODUCTION NO. 526:**
13 |         All DOCUMENTS that constitute COMMUNICATIONS between
14 | YOU (including YOUR agents and attorneys) and law enforcement authorities in
15 | Mexico, Canada or the United States, including but not limited to the United States
16 | Attorney's Office, the Department of Justice and any national, regional, state or local
17 | authorities, concerning any of the allegations in YOUR COUNTERCLAIMS or any
18 | other alleged taking of confidential MATTEL information by MGA or persons
19 | currently or formerly employed by MGA.
20 |
21 | **RESPONSE TO REQUEST FOR PRODUCTION NO. 526:**
22 |         In addition to the general objections stated above which are
23 | incorporated herein by reference, Mattel objects to this Request on the grounds that
24 | it is overbroad, unduly burdensome and unintelligible, including in that it seeks all
25 | documents on this subject without limitation as to time, and regardless of whether
26 | such documents relate to products or matters at issue in this case.  Mattel further
27 | objects on the ground that this Request duplicates prior Requests by MGA, and is
28 | clearly designed to burden and harass.  Mattel further objects to the Request on the

209/2200584.1

-48-

Exhibit   B  , P.   77

1 | grounds that it seeks documents that are not relevant to this action or likely to lead

2 | to the discovery of admissible evidence.  Mattel further objects to this Request on

3 | the grounds that it seeks confidential, proprietary and trade secret information,

4 | including such information that has no bearing on the claims or defenses in this

5 | case.

6 |     Subject to and without waiving the foregoing objections, Mattel

7 | responds as follows:  Mattel will produce such responsive, non-privileged

8 | documents that are in Mattel's possession, custody, or control, if any, that Mattel has

9 | been able to locate after a diligent search and reasonable inquiry, to the extent not

10 | previously produced.

11 |

12 | **REQUEST FOR PRODUCTION NO. 527:**

13 |     All DOCUMENTS REFERRING OR RELATING TO Board of

14 | Directors meetings in which MGA, BRATZ, LARIAN, Mel Woods, Ron Brawer,

15 | Janine Brisbois, Carlos Custavo Machado Gomez, Mariana Trueba Almada, or

16 | Pablo Vargas San Jose were discussed, including, but not limited to, meeting

17 | minutes, notes and memoranda.

18 |

19 | **RESPONSE TO REQUEST FOR PRODUCTION NO. 527:**

20 |     In addition to the general objections stated above which are

21 | incorporated herein by reference, Mattel objects to this Request on the grounds that

22 | it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

23 | documents on this subject without limitation as to time, and regardless of whether

24 | such documents relate to products or matters at issue in this case.  Mattel further

25 | objects to the Request on the grounds that it seeks documents that are not relevant to

26 | this action or likely to lead to the discovery of admissible evidence.  Mattel further

27 | objects to this Request on the grounds that it seeks confidential, proprietary and

28 | trade secret information, including such information that has no bearing on the

-49-

Exhibit __B__, P. __78__

1  claims or defenses in this case.  Mattel further objects to this Request on the grounds

2  that it calls for the disclosure of information subject to the attorney-client privilege,

3  the attorney work-product doctrine and other applicable privileges.

4

5  **REQUEST FOR PRODUCTION NO. 528:**

6          All DOCUMENTS that YOU (including YOUR agents and attorneys)

7  provided to law enforcement authorities in Mexico, Canada or the United States,

8  including but not limited to the United States Attorney's Office, the Department of

9  Justice and any national, regional, state or local authorities, concerning any of the

10  allegations in YOUR COUNTERCLAIMS or any other alleged taking of

11  confidential MATTEL information by MGA or persons currently or formerly

12  employed by MGA.

13

14  **RESPONSE TO REQUEST FOR PRODUCTION NO. 528:**

15          In addition to the general objections stated above which are

16  incorporated herein by reference, Mattel objects to this Request on the grounds that

17  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

18  documents on this subject without limitation as to time, and regardless of whether

19  such documents relate to products or matters at issue in this case.  Mattel further

20  objects to the Request on the grounds that it seeks documents that are not relevant to

21  this action or likely to lead to the discovery of admissible evidence.  Mattel further

22  objects to this Request on the grounds that it seeks confidential, proprietary and

23  trade secret information, including such information that has no bearing on the

24  claims or defenses in this case.

25

26  **REQUEST FOR PRODUCTION NO. 529:**

27          All DOCUMENTS that support the information and belief alleged in

28  paragraphs 42, 43, 47, 49, 51, 52, 68, 74 and 77 of YOUR COUNTERCLAIMS.

1 | **RESPONSE TO REQUEST FOR PRODUCTION NO. 529:**

2 | In addition to the general objections stated above which are

3 | incorporated herein by reference, Mattel objects to this Request on the grounds that

4 | it is overbroad and unduly burdensome.  Mattel further objects to this Request on

5 | the grounds that it calls for the disclosure of information subject to the attorney-

6 | client privilege, the attorney work-product doctrine and other applicable privileges.

7 | Subject to and without waiving the foregoing objections, Mattel

8 | responds as follows:  Mattel will produce such responsive, non-privileged

9 | documents that are in Mattel's possession, custody, or control, if any, that Mattel has

10 | been able to locate after a diligent search and reasonable inquiry, to the extent not

11 | previously produced.

12 |

13 | **REQUEST FOR PRODUCTION NO. 530:**

14 | All DOCUMENTS, including but not limited to agreements, draft

15 | agreements and correspondence, REFERRING OR RELATING TO the payment or

16 | offer of payment of attorneys fees by MATTEL to any PERSON in connection this

17 | ACTION.

18 |

19 | **RESPONSE TO REQUEST FOR PRODUCTION NO. 530:**

20 | In addition to the general objections stated above which are

21 | incorporated herein by reference, Mattel objects to this Request on the grounds that

22 | it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

23 | documents on this subject without limitation as to time, and regardless of whether

24 | such documents relate to products or matters at issue in this case.  Mattel further

25 | objects to the Request on the grounds that it seeks documents that are not relevant to

26 | this action or likely to lead to the discovery of admissible evidence.  Mattel further

27 | objects to this Request on the grounds that it calls for the disclosure of information

28 |

MATTEL'S RESPONSES TO MGA'S FIFTH SET OF REQUESTS FOR PRODUCTION

Exhibit  B , P. 86

1 │ subject to the attorney-client privilege, joint defense privilege, the attorney work-

2 │ product doctrine and other applicable privileges.

3 │          Subject to and without waiving the foregoing objections, Mattel

4 │ responds as follows:  Mattel will produce such responsive, non-privileged

5 │ documents that are in Mattel's possession, custody, or control, if any, that Mattel has

6 │ been able to locate after a diligent search and reasonable inquiry, to the extent not

7 │ previously produced.

8 │

9 │ **REQUEST FOR PRODUCTION NO. 531:**

10 │          DOCUMENTS sufficient to show YOUR fee arrangement with YOUR

11 │ counsel Quinn Emanuel Urquhart Oliver & Hedges LLP for services in connection

12 │ with this ACTION, including, but not limited to, a copy of the fee agreement or

13 │ retainer agreement between YOU and Quinn Emanuel Urquhart Oliver & Hedges

14 │ LLP.

15 │ /

16 │ /

17 │ /

18 │ /

19 │ /

20 │ /

21 │ /

22 │ /

23 │ /

24 │ /

25 │ /

26 │ /

27 │ /

28 │ /

09/2200584.1

Exhibit ___B___, P. _81_

1  **RESPONSE TO REQUEST FOR PRODUCTION NO. 531:**

2          In addition to the general objections stated above which are

3  incorporated herein by reference, Mattel objects to this Request on the grounds that

4  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

5  documents on this subject without limitation as to time, and regardless of whether

6  such documents relate to products or matters at issue in this case.  Mattel further

7  objects to the Request on the grounds that it seeks documents that are not relevant to

8  this action or likely to lead to the discovery of admissible evidence.  Mattel further

9  objects to this Request on the grounds that it calls for the disclosure of information

10 subject to the attorney-client privilege, the attorney work-product doctrine and other

11 applicable privileges.

12

13 DATED:  September 4, 2007          QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

14

15                                    By _____

16                                    Timothy L. Alger
                                      Attorneys for Plaintiff and
17                                    Counter-Defendant Mattel

18

19

20

21

22

23

24

25

26

27

28

209/2200584.1

-53-

MATTEL'S RESPONSES TO MGA'S FIFTH SET OF REQUESTS FOR PRODUCTION

Exhibit __B__ , P. __92__

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On September 4, 2007, I served true copies of the following document(s) described as **MATTEL'S RESPONSES TO MGA'S FIFTH SET OF REQUESTS FOR PRODUCTION** on the parties in this action as follows:

John W. Keker, Esq.
Michael H. Page, Esq.
Christina M. Anderson, Esq.
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111
*Attorneys for Carter Bryant*

Diana M. Torres, Esq.
**O'MELVENY & MYERS, LLP**
400 S. Hope Street
Los Angeles, CA 90071
*Attorneys for MGA Entertainment, Inc.*

Patricia Glaser, Esq.
**Christensen, Glaser, Fink, Jacobs, Weil & Shapiro, LLP**
10250 Constellation Blvd., 19th Floor
Los Angeles, CA 90067
*Attorney for MGA Entertainment*

James Spertus
**Law Offices of James W. Spertus**
12100 Wilshire Blvd., Suite 620
Los Angeles, CA 90025

**BY U.S. MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 4, 2007, at Los Angeles, California.

Cyrus Naim

07209/2207468.1

Exhibit __B__, P. __83__