# EXHIBIT D

# O

## O'MELVENY & MYERS LLP

BEIJING
BRUSSELS
CENTURY CITY
HONG KONG
LONDON
NEWPORT BEACH

400 South Hope Street
Los Angeles, California 90071-2899
TELEPHONE (213) 430-6000
FACSIMILE (213) 430-6407
www.omm.com

NEW YORK
SAN FRANCISCO
SHANGHAI
SILICON VALLEY
TOKYO
WASHINGTON, D.C.

September 25, 2007

OUR FILE NUMBER
527436-8

## VIA FACSIMILE AND U.S. MAIL

WRITER'S DIRECT DIAL
(213) 430-6284

Timothy L. Alger, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street
Los Angeles, CA 90017

WRITER'S E-MAIL ADDRESS
dhurwitz@omm.com

Re: *Bryant v. Mattel, Inc.* Case No. CV04-09049 SGL (RNBx)
(consolidated with CV 04-9059 & 05-2727)

Dear Tim:

Pursuant to Section 5 of the Discovery Master Stipulation, I write to request that we meet and confer about Mattel's Responses and Objections to Requests 526 and 528 of MGA's Fifth Set of Requests for Production served on Mattel. This request to meet and confer on these two specific requests is without prejudice to MGA's rights to meet and confer and move to compel on the remaining requests in the Fifth Set of RFPs.

RFP 526 requests: "All DOCUMENTS that constitute COMMUNICATIONS between YOU (including YOUR agents and attorneys) and law enforcement authorities in Mexico, Canada or the United States, including but not limited to the United States Attorney's Office, the Department of Justice and any national, regional, state or local authorities, concerning any of the allegations in YOUR COUNTERCLAIMS or any other alleged taking of confidential MATTEL information by MGA or persons currently or formerly employed by MGA."

RFP 528 requests: "All DOCUMENTS that YOU (including YOUR agents and attorneys) provided to law enforcement authorities in Mexico, Canada or the United States, including but not limited to the United States Attorney's Office, the Department of Justice and any national, regional, state or local authorities, concerning any of the allegations in YOUR COUNTERCLAIMS or any other alleged taking of confidential MATTEL information by MGA or persons currently or formerly employed by MGA."

Exhibit _D_, P. 139

O'MELVENY & MYERS LLP
Timothy L. Alger, Esq. - September 25, 2007 - Page 2

Mattel served objections to RFP 526 but agreed, subject to those objections, to produce responsive, non-privileged documents not previously produced. Mattel objected to RFP 528 in its entirety without any statement that it would produce documents responsive to this request.

We believe there is no reasonable basis for Mattel to withhold production of the documents requested by RFPs 526 and 528. If Mattel has presented evidence to law enforcement authorities that it believes supports its claims that MGA or its employees engaged in theft of trade secrets or other unlawful acts, that evidence is directly relevant to Mattel's RICO and trade secret counterclaims in this lawsuit.

MGA therefore requests that Mattel withdraw all of its objections to RFPs 526 and 528 and produce all responsive documents within one week from today. These are very narrow requests, and we believe that responsive documents could easily be collected and produced.

I am available to meet and confer by telephone this Wednesday at any time that would be convenient for you. Absent a resolution, MGA will proceed immediately to file a motion to compel the production of the requested documents.

Sincerely,

David I. Hurwitz
for O'MELVENY & MYERS LLP

cc : Amman Khan, Esq.
Michael Page, Esq.
James Spertus, Esq.

LA2:842693

Exhibit _D_ , P. _146_

# O'MELVENY & MYERS LLP

400 South Hope Street
Los Angeles, California 90071-2899

TELEPHONE (213) 430-6000
FACSIMILE (213) 430-6407

## FAX TRANSMITTAL

| | |
|---|---|
| **DATE & TIME:** | **TOTAL NUMBER OF PAGES:** |
| Tuesday, 09/25/07, 10:37 AM | 3 |

| **TO:** | **FAX NUMBER:** | **TELEPHONE NUMBER:** |
|---|---|---|
| Timothy L. Alger - Quinn Emanuel Urquhart Oliver & Hedges, LLP | (213) 443-3100 | (213) 443-3223 |
| Amman Khan - Christensen, Glaser, Fink, Jacobs, Weil & Shapiro, LLP | (310) 556-2920 | (310) 556-7865 |
| James W. Spertus | (310) 826-4711 | (310) 826-4700 |
| Michael Page - Keker & Van Nest LLP | (415) 397-7188 | (415) 391-5400 |

| **FROM:** | **RETURN FAX NUMBER:** | **TELEPHONE NUMBER:** |
|---|---|---|
| David I. Hurwitz | (213) 430-6407 | (213) 430-6284 |

## MESSAGE

IF YOU DID NOT RECEIVE ALL PAGES, PLEASE CALL Cecelia Rolland AT (213) 430-6558, OR OUR FAX DEPARTMENT AT (213) 430-6357.

| | | | |
|---|---|---|---|
| **FILE NO.:** | 527,436-008 | **RETURN ORIGINAL TO:** | C. Rolland |
| **USER NO.:** | 09364 | **EXTENSION:** | 6558 |
| **RESPONSIBLE ATTY NAME:** | David I. Hurwitz | **LOCATION:** | 14S-25 |
| **SPECIAL INSTRUCTIONS:** | | | |

This document is intended for the exclusive use of the addressee. It may contain privileged, confidential, or non-disclosable information. If you are not the addressee, or someone responsible for delivering this document to the addressee, you may not read, copy, or distribute it. If you have received this document by mistake, please call us promptly and securely dispose of it. Thank you.

Exhibit D, P. 141