# EXHIBIT E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

300 SOUTH GRAND AVENUE

LOS ANGELES, CALIFORNIA 90071-3144

TEL: (213) 687-5000
FAX: (213) 687-5600
www.skadden.com

DIRECT DIAL
(213) 687-5368
DIRECT FAX
(213) 621-5368
EMAIL ADDRESS
RHERRING@SKADDEN.COM

FIRM/AFFILIATE OFFICES
BOSTON
CHICAGO
HOUSTON
NEW YORK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

January 9, 2008

**VIA FACSIMILE & U.S. MAIL**

Mr. Jon D. Corey
Mr. B. Dylan Proctor
Quinn, Emanuel, Urquhart, Oliver & Hedges, LLP
865 South Figueroa St., 10th Floor
Los Angeles, CA 90017

RE:   *Mattel v. Bryant*

Gentlemen:

The parties previously meet and conferred on October 2, 2007 regarding Mattel's refusal to produce documents in response to MGA's Request for Production Nos. 526 and 528, and we understand that Mattel elected to stand on its objections to these requests. Because this meet and confer took place before we became involved in the case, we are writing to confirm that Mattel's position has not changed.

Please confirm by no later than 12:00 pm on Thursday, January 10, 2008 whether Mattel's position has changed. If we do not hear from you by the designated time, we will assume Mattel's position remains the same and we will seek appropriate relief from the Discovery Master.

Sincerely,

Robert J. Herrington

489116-Los Angeles Server 1A - MSW

Exhibit _E_, P. _142_

# Confirmation Report — Memory Send

Time      : 01-09-2008   12:52pm
Tel line  :
Name      :

| | | |
|---|---|---|
| Job number | : | 311 |
| Date | : | 01-09  12:52pm |
| To | : | 94433100 |
| Document pages | : | 002 |
| Start time | : | 01-09  12:52pm |
| End time | : | 01-09  12:52pm |
| Pages sent | : | 002 |
| Status | : | OK |

Job number   : 311          \*\*\* SEND SUCCESSFUL \*\*\*

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-3144
TELEPHONE No.: (213) 687-5000
FACSIMILE No.: (213) 687-5600
EMAIL: rherring@skadden.com

## FACSIMILE TRANSMITTAL SHEET

FROM: Robert J. Herrington          DATE: January 9 2008
DIRECT DIAL: (213) 687-5368         FLOOR/OFFICE No.: 36
DIRECT FACSIMILE: (213) 621-5368

THIS FACSIMILE IS INTENDED ONLY FOR USE OF THE ADDRESSEE(S) NAMED HEREIN AND MAY CONTAIN LEGALLY PRIVILEGED AND/OR CONFIDENTIAL INFORMATION. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS FACSIMILE, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS FACSIMILE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS FACSIMILE IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL FACSIMILE TO US AT THE ADDRESS ABOVE VIA THE LOCAL POSTAL SERVICE. WE WILL REIMBURSE ANY COSTS YOU INCUR IN RETURNING THE FACSIMILE TO US.

IF THIS TRANSMISSION IS UNCLEAR OR INCOMPLETE, PLEASE CONTACT THE FACSIMILE DEPARTMENT AT (213) 687-5443. WHEN TRANSMITTING TO OUR MACHINES, PLEASE INCLUDE YOUR COVER SHEET AND NUMBER ALL PAGES CONSECUTIVELY.

TOTAL NUMBER OF PAGES INCLUDING COVER(S):   2

PLEASE DELIVER THE FOLLOWING PAGE(S) TO:

| | | | |
|---|---|---|---|
| 1. | NAME: | Mr. Jon D. Corey | FIRM: Quinn Emanuel Urquhart, etc. |
| | | Mr. B. Dylan Proctor | TELEPHONE No.: (213) 443-3000 |
| | CITY: | Los Angeles | |
| | FACSIMILE No.: | (213) 443-3100 | |

MESSAGE:  Please see attached.

489746.03-Los Angeles Server 1A - MSW

Exhibit _E_, P. _143_