QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
    John B. Quinn (Bar No. 90378)
    (johnquinn@quinnemanuel.com)
    Michael T. Zeller (Bar No. 196417)
    (michaelzeller@quinnemanuel.com)
    Jon D. Corey (Bar No. 185066)
    (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To be Heard by Discovery Master Hon. Edward Infante (Ret.) Pursuant to Court Order of December 6, 2006]**<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL CERTAIN EXHIBITS TO THE DECLARATION OF JON D. COREY IN SUPPORT OF OPPOSITION TO JOINT MOTION TO COMPEL AN UNREDACTED VERSION OF M0074400, MATTEL'S INVESTIGATIVE FILE 02-299 AND THE FURTHER DEPOSITION TESTIMONY OF RICHARD DE ANDA<br><br>[Local Rule 79-5.1]<br><br>Date:  February 8, 2008<br>Time:  9:30 a.m.<br>Place:  Telephonic<br><br>Discovery Cut-Off:  Jan. 28, 2008<br>Pre-Trial Conference:  May 5, 2008<br>Trial Date:  May 27, 2008 |

07209/2353555.1

APPLICATION TO FILE UNDER SEAL

**Application to File Under Seal**

Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order entered by the Court in this action, plaintiff Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal Exhibits 5, 9 and 11 to the concurrently filed Declaration of Jon D. Corey in Support of Mattel's Opposition to Joint Motion to Compel an Unredacted Version of M0074400, Mattel's Investigative File 02-299 and the Further Deposition Testimony of Richard De Anda.

The Declaration attaches as exhibits documents that the parties have designated as "Confidential" and/or "Confidential-Attorneys' Eyes Only" pursuant to the Protective Order. As Exhibits 5, 9 and 11 to the Declaration consist of materials designated the parties as "Confidential" and/or "Confidential-Attorneys' Eyes Only," Mattel requests that the Court order that these exhibits be filed under seal.

In the alternative, Mattel requests that the Court declare these exhibits to the Declaration to be outside the definition of "Confidential" and/or "Confidential-Attorneys' Eyes Only" as contained in the Stipulated Protective Order and order them to be lodged as part of the public record.

DATED: January 15, 2007

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By  Jon D Corey  / DK
Jon D. Corey
Attorneys for Mattel, Inc.

07209/2353555.1

-2-