QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case Nos. CV 04-09059 and CV 05-02727<br><br>**PROOF OF SERVICE**<br><br>Date:  TBD<br>Time:  TBD<br>Place: TBD<br><br>**Phase 1**<br>Discovery Cut-off:     January 28, 2008<br>Pre-trial Conference:  May 5, 2008<br>Trial Date:            May 27, 2008 |

20374/2352347.1

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On January 14, 2008, I served true copies of the following document(s) described as

**1) MATTEL, INC.'S OPPOSITION TO JOINT MOTION TO COMPEL AN UN-REDACTED VERSION OF M0074400, MATTEL'S INVESTIGATIVE FILE 02-299 AND THE FURTHER DEPOSITION TESTIMONY OF RICHARD DE ANDA**

**2) DECLARATION OF JON COREY IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO JOINT MOTION TO COMPEL AN UN-REDACTED VERSION OF M0074400, MATTEL'S INVESTIGATIVE FILE 02-299 AND THE FURTHER DEPOSITION TESTIMONY OF RICHARD DE ANDA**

**3) DECLARATION OF BRIAN O'CONNOR IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO JOINT MOTION TO COMPEL AN UN-REDACTED VERSION OF M0074400, MATTEL'S INVESTIGATIVE FILE 02-299 AND THE FURTHER DEPOSITION TESTIMONY OF RICHARD DE ANDA**

**4) NOTICE OF LODGING IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO JOINT MOTION TO COMPEL AN UN-REDACTED VERSION OF M0074400, MATTEL'S INVESTIGATIVE FILE 02-299 AND THE FURTHER DEPOSITION TESTIMONY OF RICHARD DE ANDA**

on the parties in this action as follows:

| | |
|---|---|
| John W. Keker, Esq.<br>Michael H. Page, Esq.<br>Christina M. Anderson, Esq.<br>**Keker & Van Nest, LLP**<br>710 Sansome Street<br>San Francisco, CA 94111 | Judge Infante<br>c/o Sandra Chan, Case Mgr. to Judge Infante<br>JAMS<br>2 Embarcadero Center<br>Suite 1400<br>San Francisco, CA 94111 |

[X] **BY FEDEX:** I deposited such document(s) in a box or other facility regularly maintained by FedEx, or delivered such document(s) to a courier or driver authorized by FedEx to receive documents, in sealed envelope(s) or package(s) designated by FedEx with delivery fees paid or provided for, addressed to the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 14, 2008, at Los Angeles, California.

_Suzanne Johnson_
Suzanne Johnson

20374/2352347.1

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On January 14, 2008, I served true copies of the following document(s) described as

1) MATTEL, INC.'S OPPOSITION TO JOINT MOTION TO COMPEL AN UNREDACTED VERSION OF M0074400, MATTEL'S INVESTIGATIVE FILE 02-299 AND THE FURTHER DEPOSITION TESTIMONY OF RICHARD DE ANDA

2) DECLARATION OF JON COREY IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO JOINT MOTION TO COMPEL AN UN-REDACTED VERSION OF M0074400, MATTEL'S INVESTIGATIVE FILE 02-299 AND THE FURTHER DEPOSITION TESTIMONY OF RICHARD DE ANDA

3) DECLARATION OF BRIAN O' CONNOR IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO JOINT MOTION TO COMPEL AN UN-REDACTED VERSION OF M0074400, MATTEL'S INVESTIGATIVE FILE 02-299 AND THE FURTHER DEPOSITION TESTIMONY OF RICHARD DE ANDA

4) NOTICE OF LODGING IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO JOINT MOTION TO COMPEL AN UN-REDACTED VERSION OF M0074400, MATTEL'S INVESTIGATIVE FILE 02-299 AND THE FURTHER DEPOSITION TESTIMONY OF RICHARD DE ANDA

on the parties in this action as follows

| | |
|---|---|
| Mark E. Overland, Esq. | Thomas J. Nolan, Esq. |
| Alexander H. Cote | Carl Roth, Esq. |
| **OVERLAND BORENSTEIN SCHEPER & KIM LLP** | **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP** |
| 300 South Grand Avenue, Suite 2750 | 300 S. Grand Ave., STE 3400 |
| Los Angeles, CA 90071-3144 | Los Angeles, CA 90071 |

[X] **BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 14, 2008, at Los Angeles, California.

*[signature]*

Dave Quintana

20374/2352347.1