THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, CA 90071-3144
Tel.: (213) 687-5000/Fax: (213) 687-5600

RAOUL D. KENNEDY (Bar No. 40892)
(rkennedy@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Embarcadero Center, 38th Floor
San Francisco, CA 94111-5974
Tel.: (415) 984-6400 / Fax: (415) 984-2698

Attorneys for MGA Entertainment, Inc.

UNITED STATED DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>**DISCOVERY MATTER**<br><br>DECLARATION OF THOMAS E. HAROLDSON IN FURTHER SUPPORT OF MGA'S MOTION TO COMPEL MATTEL TO PRODUCE WITNESSES PURSUANT TO NOTICE OF DEPOSITION UNDER RULE 30(b)(6), OR, IN THE ALTERNATIVE, FOR LEAVE TO SERVE SUCH NOTICE<br><br>[To be heard by Discovery Master Hon. Edward Infante (Ret.) Pursuant to Court Order of December 6, 2006]<br><br>Hearing Date: TBD<br>Time: TBD |

I, Thomas E. Haroldson, declare and state as follows:

I am an attorney with Skadden, Arps, Slate, Meagher & Flom, LLP ("Skadden"), counsel of record for MGA Entertainment, Inc. ("MGA").

1. On December 20, 2007, I participated in a meet-and-confer conference call between MGA and Mattel, Inc. ("Mattel") regarding, among other things, Mattel's refusal to produce witnesses pursuant MGA's notice of deposition under Rule 30(b)(6). On the call were Paul Eckles, Esq., a Skadden attorney and counsel for MGA, and Jon Corey, Esq., counsel for Mattel. I listened during the entirety of the discussion that ensued between Mr. Eckles and Mr. Corey.

2. On the issue of MGA's 30(b)(6) notice, Mr. Corey's position was broadly consistent with his December 20, 2007 letter summarizing the call. The letter has been filed with the Court as <u>Exhibit 13</u> to the Declaration of Marcus Mumford submitted with MGA's moving papers on this motion. The relevant portion of Mr. Corey's letter is reproduced below, with the points Mr. Corey or Mr. Eckles made on the call underlined, and all other text left without emphasis:

> <u>I informed you that in light of Judge Infante's ruling that MGA obtained with respect to Mattel's Third Notice of Deposition of MGA, that MGA's Notice of Deposition of MGA [sic, i.e. Mattel] is a nullity</u> given that it seeks to depose a person more than once <u>without leave of court</u> in violation of Rule 30. I understand that MGA disagrees with that position and have repeatedly asked Mr. Mumford of your firm for authority supporting its position, but he has not provided me with any. <u>I responded to your request about producing a witness on Phase 1, as opposed to Phase 2 topics, by saying that a discussion of the specific topics was premature.</u> I further informed you that Mattel was taking the same position that MGA had taken with respect to Mattel's recent notice of deposition of MGA pursuant to Rule 30(b)(6) and that MGA forced Mattel to seek leave of court to serve that notice. <u>You told me that MGA would raise the issue with the Court.</u>

3. Mr. Corey did not invite me or Mr. Eckles to discuss MGA's "good cause" to take a 30(b)(6) deposition of Mattel, to discuss particular topics in MGA's

30(b)(6) deposition notice, or any other aspect of this issue. Nor did he offer to have such a meet-and-confer discussion at another time or place. I did not participate in or hear any other conference in which such a discussion took place.

      4.     I am informed that MGA has produced approximately 3.5 million pages of documents in this litigation, at very considerable effort and expense.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 17, 2008, at Los Angeles, California.

By: _____
Thomas E. Haroldson

Declaration of Thomas Haroldson in Further Support of MGA's Motion To Compel
Mattel to Produce Witnesses Pursuant to Notice of Deposition Under Rule 30(b)(6)
-3-
490271-Los Angeles Server 1A - MSW