THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, CA 90071-3144
Tel.: (213) 687-5000/Fax: (213) 687-5600

RAOUL D. KENNEDY (Bar No. 40892)
(rkennedy@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Embarcadero Center, 38th Floor
San Francisco, CA 94111-5974
Tel.: (415) 984-6400 / Fax: (415) 984-2698

Attorneys for MGA Entertainment, Inc.

UNITED STATED DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>　　　　　　Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>**DISCOVERY MATTER**<br><br>DECLARATION OF MARCUS R. MUMFORD IN FURTHER SUPPORT OF MGA'S MOTION TO COMPEL MATTEL TO PRODUCE WITNESSES PURSUANT TO NOTICE OF DEPOSITION UNDER RULE 30(b)(6), OR, IN THE ALTERNATIVE, FOR LEAVE TO SERVE SUCH NOTICE<br><br>[To be heard by Discovery Master Hon. Edward Infante (Ret.) Pursuant to Court Order of December 6, 2006]<br><br>Hearing Date: TBD<br>Time: TBD |

I, Marcus R. Mumford, declare and state as follows:

I am an attorney with Skadden, Arps, Slate, Meagher & Flom, LLP, counsel of record for MGA Entertainment, Inc. ("MGA") and Isaac Larian.

1. Attached as **Exhibit 15** hereto is a true and correct copy of Judge Larson's January 7, 2008 Order.

2. Attached as **Exhibit 16** hereto is a true and correct copy of Mattel's Fourth Notice of Deposition of MGA Pursuant to Federal Rule of Civil Procedure 30(b)(6).

3. Attached as **Exhibit 17** hereto is a true and correct copy of Mattel's Notice of Deposition of MGAE De Mexico, S.R.L. De C.V. Pursuant to Federal Rule of Civil Procedure 30(b)(6).

4. Attached as **Exhibit 18** hereto is a true and correct copy of Mattel's Notice of Deposition of MGA Entertainment (HK) Limited Pursuant to Federal Rule of Civil Procedure 30(b)(6).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 17, 2008, at Los Angeles, California.

By: /s/ Marcus R. Mumford