QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Hon. Edward Infante (Ret.) Pursuant To The Court's Order Of December 6, 2006]**<br><br>[PUBLIC REDACTED] DECLARATION OF SCOTT B. KIDMAN IN SUPPORT OF MATTEL, INC.'S MOTION FOR RECONSIDERATION OF PORTIONS OF DISCOVERY MASTER'S DECEMBER 31, 2007 ORDER<br><br>Hearing Date:  February 8, 2008<br>Time:  9:30 a.m.<br>Place:  Telephonic<br><br>**Phase 1:**<br>Discovery Cut-off:  January 14, 2008<br>Pre-trial Conference:  April 7, 2008<br>Trial Date:  April 29, 2008 |

I, Scott B. Kidman, declare as follows:

1. I am a member of the bar of the State of California and a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. On June 13, 2007, Mattel propounded its First Set of Requests for Production of Documents and Things to Isaac Larian.

3. Prior to filing a motion to compel, I met and conferred regarding Larian's responses with his counsel, William Charron, on several occasions from September 11, 2007 to September 21, 2007. During those meet and confers, Mr. Charron did not offer any compromise by which Larian would agree to produce documents responsive to Request No. 198 subject to any time period limitations.

4. Mattel moved to compel production of documents by Isaac Larian on October 11, 2007. Attached as Exhibit 1 is a true and correct copy of excerpts of the public redacted version of Mattel, Inc.'s Consolidated Separate Statement in Support of Motion to Compel Production of Documents by Isaac Larian.

5. Attached as Exhibit 2 is a true and correct copy of the Discovery Master's Order Granting in Part and Denying in Part Mattel's Motion to Compel Production of Documents by Isaac Larian; Denying Request for Sanctions, dated December 31, 2007.

6. Attached as Exhibit 3 is a true and correct copy of the Public Redacted version of Mattel, Inc.'s Second Amended Answer in Case No. 05-2727 and Counterclaims, with exhibits omitted, dated July 12, 2007.

7. Attached as Exhibit 4 is a true and correct copy of the Supplemental Responses to MGA's First Set of Interrogatories to Mattel, Inc., dated December 7, 2007.

1  8. I met and conferred with Philip Marsh, counsel for Isaac Larian,
2 on January 10, 2008, prior to bringing this motion. During the meet and confer
3 process, I directed Mr. Marsh to the claims raised in Mattel's supplemental
4 interrogatories relating to theft of trade secrets by Jorge Castilla in 2006, and asked
5 that he stipulate to provide documents responsive to Request No. 198 through the
6 present. Mr. Marsh refused to stipulate to a modification of the Court's Order
7 regarding this request.

9  I declare under penalty of perjury under the laws of the United States of
10 America that the foregoing is true and correct.
11  Executed this 16th day of January, 2008, at Los Angeles, California.

Scott B. Kidman