UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA 92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.   CV 04-09049 SGL(RNBx)                                    Date: January 17, 2008
           and consolidated actions

Title:     CARTER BRYANT -v- MATTEL, INC.
==================================================================
PRESENT:   HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

           Jim Holmes                              None Present
           Courtroom Deputy Clerk                  Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:

None present                              None present

PROCEEDINGS:   MINUTE ORDER (IN CHAMBERS)

The Settlement Officer appointed by the Court in this action has brought to the Court's attention that the parties have contested how the costs of settlement should be allocated among the parties. See October 31, 2007, Order ("The parties will be jointly responsible for paying the Ambassador's reasonable and customary rate for services rendered."). In light of the Court's October 31, 2007, Order, the Settlement Officer has, understandably, split the costs among the parties four ways. Compare December 6, 2006, Order, ¶ 8 (appointing Discovery Master and providing that costs are to be allocated as one-half to Mattel and one-half to the MGA entities and Carter Bryant).

The parties may e-file position briefs on this matter no later than Tuesday, January 22, 2008 (and deliver a courtesy copy thereof to chambers no later than noon the following day). Thereafter, the Court will take the matter under submission and issue an order regarding settlement cost allocation. As always, if the parties are able reach a stipulation to resolve this issue, the Court will consider such a stipulation, to be filed no later than the deadline set forth above for position briefs.

**IT IS SO ORDERED.**

c:   Ambassador Prosper

MINUTES FORM 90                                        Initials of Deputy Clerk __jh_____
CIVIL -- GEN                    1

# NOTICE PARTY SERVICE LIST

Case No. CV 04-09049 SGL(RNBx)    Case Title  Carter Bryant v. Mattel, Inc.

Title of Document  Minute Order Issued January 17, 2008

| | | | |
|---|---|---|---|
| | Atty Sttlmnt Officer Panel Coordinator | | US Attorneys Office - Civil Division -L.A. |
| | BAP (Bankruptcy Appellate Panel) | | US Attorneys Office - Civil Division - S.A. |
| | Beck, Michael J (Clerk, MDL Panel) | | US Attorneys Office - Criminal Division -L.A. |
| | BOP (Bureau of Prisons) | | US Attorneys Office - Criminal Division -S.A. |
| | CA St Pub Defender (Calif. State PD) | | US Bankruptcy Court |
| | CAAG (California Attorney General's Office - Keith H. Borjon, L.A. Death Penalty Coordinator) | | US Marshal Service - Los Angeles (USMLA) |
| | Case Asgmt Admin (Case Assignment Administrator) | | US Marshal Service - Riverside (USMED) |
| | Catterson, Cathy (9th Circuit Court of Appeal) | | US Marshal Service -Santa Ana (USMSA) |
| | Chief Deputy Admin | | US Probation Office (USPO) |
| | Chief Deputy Ops | | US Trustee's Office |
| | Clerk of Court | | Warden, San Quentin State Prison, CA |

| | |
|---|---|
| ✓ | **ADD NEW NOTICE PARTY** (if sending by fax, mailing address must also be provided) |
| Name: | Ambassador Pierre-Richard Prosper |
| Firm: | |
| Address (include suite or floor): | P.O. Box 581103 |
| | Salt Lake City, UT  84158 |
| *E-mail: | Prosper.Pierre@Arentfox.com |
| *Fax No.: | |

* For CIVIL cases only

| | |
|---|---|
| Death Penalty H/C (Law Clerks) | |
| Dep In Chg E Div | |
| Dep In Chg So Div | |
| Federal Public Defender | |
| Fiscal Section | |
| Intake Section, Criminal LA | |
| Intake Section, Criminal SA | |
| Intake Supervisor, Civil | |
| PIA Clerk - Los Angeles (PIALA) | |
| PIA Clerk - Riverside (PIAED) | |
| PIA Clerk - Santa Ana (PIASA) | |
| PSA - Los Angeles (PSALA) | |
| PSA - Riverside (PSAED) | |
| PSA - Santa Ana (PSASA) | |
| Schnack, Randall (CJA Supervising Attorney) | |
| Statistics Clerk | |

| **JUDGE / MAGISTRATE JUDGE** (list below): |
|---|
| |
| |
| |
| |

Initials of Deputy Clerk  jh