KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
jkeker@kvn.com
MICHAEL H. PAGE - #154913
mpage@kvn.com
CHRISTA M. ANDERSON - #184325
canderson@kvn.com
MATTHEW M. WERDEGAR - #200470
mwerdegar@kvn.com
JOHN E. TRINIDAD - #250468
jtrinidad@kvn.com
AUDREY WALTON-HADLOCK- #250574
awaltonhadlock@kvn.com
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Plaintiff
CARTER BRYANT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>MATTEL, INC. a Delaware Corporation,<br><br>　　　　　　　Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC., v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No. CV 04-09049 SGL (RNBx) (consolidated with CV 04-9059 & 05-2727<br><br>**CARTER BRYANT'S POSITION BRIEF REGARDING PAYMENT OF SETTLEMENT OFFICER** |

Carter Bryant submits that payment of the Settlement Officer's fees should be allocated in the same manner as payment for the Discovery Master: 50/50 between the two sides in this litigation, paid by Mattel on one side and MGA on the other. It would be manifestly unjust to require Carter Bryant, an individual, to incur the same costs as two large corporate entities. Neither would it be just to allocate fees based on the number of parties on each side. The mere fact that Mattel has chosen to name individuals and corporate subsidiaries as parties, while MGA and Bryant have not, should not result in Mattel's side of the litigation having to pay only a quarter of the mediation fees.

Regardless of the names on the caption, the upcoming mediation before Ambassador Prosper is a business negotiation between Mattel and MGA, to which Mr. Bryant will have little if anything to contribute. The costs of that negotiation should be split equally between those two corporations.

Dated: January 22, 2008    KEKER & VAN NEST, LLP


By: /s/ Michael H. Page
Michael H. Page
Attorneys for Plaintiff
CARTER BRYANT

1

**CARTER BRYANT'S POSITION BRIEF REGARDING PAYMENT OF SETTLEMENT OFFICER**
CASE NO. CV 04-09049 SGL (RNBx)

409796.01