1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>    Defendant.<br><br>AND CONSOLIDATED CASES | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Hon. Edward Infante (Ret.) Pursuant To Order Of December 6, 2006]**<br><br>[PROPOSED] ORDER GRANTING MATTEL, INC.'S MOTION TO (1) ENFORCE THE COURT'S AUGUST 13, 2007 ORDER AND TO COMPEL; AND (2) FOR AWARD OF MONETARY SANCTIONS |

07209/2362961.1

-1-

[PROPOSED] ORDER

1  Having considered Mattel, Inc.'s Motion To (1) Enforce The Court's August 13, 2007 Order and To Compel; and (2) For Award Of Monetary Sanctions and all other papers filed in opposition to or in connection therewith, and finding good cause therefore,

IT IS HEREBY ORDERED that:

1. MGA produce all Mattel-authored documents in its, or its previous counsel's possession, responsive to Mattel, Inc.'s First Set of Requests for Documents and Things Re Unfair Competition Claims No. 65 and a privilege log identifying all documents withheld based on any claimed privilege; MGA shall permit Mattel to inspect and to copy the CD, or any media, in MGA's or its previous or present counsel's possession, custody or control, on which Mattel-authored documents exist; and MGA shall produce a forensically sound copy of the CD, or any other media, containing Mattel-authored documents; and

2. MGA shall pay to Mattel $1,200 as reimbursement for the fees that Mattel has incurred in bringing this motion.

DATED: _____, 2008

_____
Hon. Edward Infante (Ret.)
Discovery Master