QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>[To Be Heard By Hon. Edward Infante (Ret.) Pursuant To Order Of December 6, 2006]<br><br>**[PUBLIC REDACTED]**<br>**DECLARATION OF MICHAEL T. ZELLER IN SUPPORT MATTEL, INC.'S: (1) OPPOSITION TO MGA'S MOTION TO QUASH OR, IN THE ALTERNATIVE, FOR PROTECTIVE ORDER; AND (2) COUNTERMOTION TO COMPEL PRODUCTION OF DOCUMENTS RESPONSIVE TO THIRD-PARTY SUBPOENAS**<br><br>Date: February 8, 2008<br>Time: 9:30 a.m.<br>Place: Telephonic<br><br>**Phase 1**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

# DECLARATION OF MICHAEL T. ZELLER

I, Michael T. Zeller, declare as follows:

1. I am a member of the bar of the State of California. I am a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration in support Mattel, Inc.'s: (1) Opposition to MGA's Motion to Quash or, in the Alternative, for Protective Order; and (2) Countermotion to Compel Production of Documents Responsive to Third-Party Subpoenas. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. On April 26, 2007, I spoke by telephone with Cory Schwartz, President of ConsumerQuest, regarding MGA's allegations in this case. During this call, Mr. Schwartz informed me that ConsumerQuest had done market testing and research for Bratz prior to its release and at times thereafter. As far as Mattel is aware, MGA has not produced documents reflecting pre-release Bratz testing or market research by ConsumerQuest.

3. Attached as Exhibit 1 is a true and correct copy of MGA Entertainment, Inc.'s Second Supplemental Responses to Mattel, Inc.'s First Set of Interrogatories re: Claims of Unfair Competition.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 18, 2008, at Los Angeles, California.

_____
Michael T. Zeller

07209/2339547.1

DECLARATION OF MICHAEL T. ZELLER

EXHIBIT 1 REMOVED

PURSUANT TO PROTECTIVE ORDER