THOMAS J. NOLAN (Bar No. 66992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, CA 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600
E-mail: tnolan@skadden.com

RAOUL D. KENNEDY (Bar No. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Embarcadero Center, 38th Floor
San Francisco, California 94111-5974
Telephone: (415) 984-6400
Facsimile: (415) 984-2698
Email: rkennedy@skadden.com

Attorneys for Counter-Defendants,
MGA ENTERTAINMENT, INC., ISAAC LARIAN, MGA ENTERTAINMENT (HK) LIMITED, and MGAE de MEXICO S.R.L. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>    Plaintiff,<br><br>  v.<br><br>MATTEL, INC., a Delaware corporation<br><br>    Defendant.<br><br>Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>**MGA DEFENDANTS' STATEMENT OF POSITION REGARDING PAYMENT OF THE SETTLEMENT OFFICER'S FEES** |

Case 2:04-cv-09049-DOC-RNB Document 1567 Filed 01/22/08 Page 2 of 2 Page ID #:19899

Pursuant to the Court's Order entered January 22, 2008, MGA Entertainment, Inc., Isaac Larian, MGA Entertainment (HK) Limited, and MGA de Mexico S.R.L. de C.V. (the "MGA Defendants") submit this position statement regarding payment of the Settlement Officer's fees. The MGA Defendants respectfully submit that the Settlement Officer's fees should be allocated in the same manner as payment of the Discovery Master's fees. Specifically, the fees should be split equally between Mattel, on the one hand, and the MGA Defendants on the other. Mattel's decision to name multiple defendants in this case should not result in Mattel having to pay only a quarter of the Settlement Officer's fees. Mattel should bear half the costs of the fees. Any other result would penalize the MGA Defendants for Mattel's litigation choices and would be manifestly unfair.

DATED: January 22, 2008

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By: /s/ Thomas J. Nolan
Thomas J. Nolan

Attorneys for Counter-Defendants, MGA ENTERTAINMENT, INC., ISAAC LARIAN, MGA ENTERTAINMENT (HK) LIMITED, and MGAE de MEXICO S.R.L. de C.V.

---

1
MGA DEFENDANTS' STATEMENT OF POSITION REGARDING PAYMENT OF THE SETTLEMENT OFFICER'S FEES