**OVERLAND BORENSTEIN SCHEPER & KIM LLP**
MARK E. OVERLAND (State Bar No. 38375)
moverland@obsklaw.com
DAVID C. SCHEPER (State Bar No. 120174)
dscheper@obsklaw.com
ALEXANDER H. COTE (State Bar No. 211558)
acote@obsklaw.com
300 South Grand Avenue, Suite 2750
Los Angeles, CA  90071-3144
Telephone: (213) 613-4655
Facsimile:  (213) 613-4656

**Attorneys for**
**Carlos Gustavo Machado Gomez**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, | CASE NO. 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with CV 04-9059 and CV 05-2727 |
| v. | **CARLOS GUSTAVO MACHADO GOMEZ'S NOTICE OF JOINDER IN (1) MGA DEFENDANTS' STATEMENT OF POSITION REGARDING PAYMENT OF THE SETTLEMENT OFFICER'S FEES AND (2) CARTER BRYANT'S POSITION BRIEF REGARDING PAYMENT OF SETTLEMENT OFFICER** |
| MATTEL, INC., | |
| Defendant. | |
| AND CONSOLIDATED CASES | |

Date:          N/A
Time:          N/A
Place:         N/A

**Phase 1**
Discovery Cut Off: January 28, 2008
Pre-Trial Conf.:    May 5, 2008
Trial Date:          May 27, 2008

1       Carlos Gustavo Machado Gomez hereby joins in (1) MGA DEFENDANTS'

2   STATEMENT OF POSITION REGARDING PAYMENT OF THE SETTLEMENT

3   OFFICER'S FEES and (2) CARTER BRYANT'S POSITION BRIEF

4   REGARDING PAYMENT OF SETTLEMENT OFFICER both filed January 22,

5   2008, on the ground that the arguments therein are equally applicable to Mr.

6   Machado.

7   DATED: January 22, 2008      OVERLAND BORENSTEIN SCHEPER &
          KIM LLP

8             MARK E. OVERLAND

9             DAVID C. SCHEPER

10             ALEXANDER H. COTE

11

12         By: _____/s/_____

13             Alexander H. Cote

14             Attorneys for CARLOS GUSTAVO
          MACHADO GOMEZ

15

16

17

18

19

20

21

22

23

24

25

26

27

28