QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>       Plaintiff,<br><br>   vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>       Defendant. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>MATTEL, INC.'S BRIEF REGARDING PAYMENT OF SETTLEMENT COSTS |
| AND CONSOLIDATED ACTIONS | |

07209/2364058.1

MATTEL, INC.'S BRIEF REGARDING PAYMENT OF SETTLEMENT COSTS

Pursuant to the Court's Order of January 17, 2008, Mattel, Inc. ("Mattel") hereby submits this brief regarding payment of the fees and costs of the Court-appointed Settlement Officer, Ambassador Pierre-Richard Prosper. The Court's Order of October 31, 2007 allocated these costs among the parties four ways. The Court did so with full knowledge of the manner in which the Discovery Master's fees are allocated. Mattel will, however, pay whichever portion of the fees and costs the Court determines is appropriate if it changes the October 31, 2007 Order; and pay any amount billed by Ambassador Prosper for his fees and costs.

DATED:  January 22, 2008         QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

                                 By /s/ Jon Corey
                                    Jon Corey
                                    Attorneys for Mattel, Inc.