# EXHIBIT 1

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-624-7707 FAX 213-624-0643

July 7, 2006

<u>Via Facsimile and U.S. Mail</u>

Diana Torres, Esq.
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, California 90071

Re:   <u>Mattel v. Bryant</u>

Dear Diana:

Enclosed please find a notice of deposition for Isaac Larian.

The noticed date is for July 18, 2006, which is the one that MGA offered and Mattel agreed to in order to accommodate Mr. Larian's schedule. As you and I previously discussed, and as you had stated as an incentive for Mattel's agreement to that accommodation, this deposition of Mr. Larian will relate to *Mattel v. Bryant* issues only and Mr. Larian will be made available on a separate, later day for deposition on issues in the *MGA v. Mattel* suit.

Also, in resolving the scheduling of Mr. Larian's deposition as well as the Union Bank subpoena, Dale Cendali and Paula Ambrosini agreed that we would receive two categories of financial information in advance of Mr. Larian's deposition. One category was MGA's audited financial statements. I had understood from Paula at the meet and confer session on June 20 that she would endeavor to produce copies of those by the end of that week. We have not received those audited financial statements as of yet, however, and so I would appreciate your letting us know when we can expect them. (The other category consists of the agreed-upon Union Bank documents, which are now being sent to MGA's counsel directly for review. From what Pam Lloyd at Union Bank last told me, MGA's counsel should be receiving at least two boxes of documents from Union Bank this week.)

EXHIBIT __1__ PAGE __3__

quinn emanuel urquhart oliver & hedges, llp

NEW YORK | 335 Madison Avenue, 17th Floor, New York, New York 10017 | TEL 212-702-8100 FAX 212-702-8200
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94104 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-620-4500 FAX 650-620-4555
PALM SPRINGS | 45-025 Manitou Drive, Suite 8, Indian Wells, California 92210 | TEL 760-345-4757 FAX 760-345-2414
SAN DIEGO | 4445 Eastgate Mall, Suite 200, San Diego, California 92121 | TEL 858-812-3107 FAX 858-812-3336

I look forward to hearing from you.

Very truly yours,

Michael T. Zeller

07934/1906820.3

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff and Counter-Defendant
Mattel, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation,<br><br>Defendant. | Case No. CV 04-09049 SGL (RNBx)<br><br>NOTICE OF DEPOSITION OF ISAAC LARIAN<br><br>Discovery Cutoff Date: Not Set<br>Trial Date: Not Set |

EXHIBIT  1  PAGE  5

209/1914956.1

NOTICE OF DEPOSITION

1  This document relates to *Mattel v. Carter Bryant, et al.*, formerly Case
2  No. CV 04-09059 SGL (RNBx).
3  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:
4  PLEASE TAKE NOTICE that plaintiff and counter-defendant Mattel,
5  Inc. will take the deposition of Isaac Larian on July 18, 2006 beginning at 9:00 a.m.,
6  at the offices of Quinn Emanuel Urquhart Oliver & Hedges, LLP, 865 South
7  Figueroa Street, 10th Floor, Los Angeles, California, 90017.
8  PLEASE TAKE FURTHER NOTICE that the deposition will take
9  place upon oral examination before a duly authorized notary public or other officer
10 authorized to administer oaths at depositions, and will continue from day to day,
11 Sundays, Saturdays and legal holidays excepted, until completed.
12 PLEASE TAKE FURTHER NOTICE that, pursuant to Fed. R. Civ. P.
13 30(b)(2), the deposition will be videotaped.

DATED: July 7, 2006

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By _____
Michael T. Zeller
Attorneys for Plaintiff and Counter-defendant Mattel, Inc.

EXHIBIT 1 PAGE 6

-2-

NOTICE OF DEPOSITION

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On July 7, 2006, I served true copies of the following document(s) described as **NOTICE OF DEPOSITION OF ISAAC LARIAN** on the parties in this action as follows:

### SEE ATTACHED LIST

**BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

**BY FACSIMILE:** On July 7, 2006, I caused said document(s) to be transmitted by facsimile pursuant to Federal Rule of Civil Procedures 5 (b)(2)(d). The telephone number of the sending facsimile machine was (213) 443-3100. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The document was transmitted by facsimile transmission, and the sending facsimile machine properly issued a transmission report confirming that the transmission was complete and without error.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 7, 2006, at Los Angeles, California.

Mia Albert

EXHIBIT 1 PAGE 7

07209/1886691.1

**SERVICE LIST**

Keith A. Jacoby, Esq.
Littler Mendelson
2049 Century Park East, 5th Floor
Los Angeles, CA 90067-3107
Telephone: (310) 553-0308
Facsimile: (310) 553-5583

Diana M. Torres, Esq.
O'Melveney & Meyers
400 So. Hope Street
Los Angeles, CA 90071
Telephone: (213) 430-6000
**Facsimile: (213) 430-6407**

07209/1856691.1

-2-

EXHIBIT 1 PAGE 8

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

**NEW YORK**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

**LOS ANGELES**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

**SAN FRANCISCO**
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

**SAN DIEGO**
4445 Eastgate Mall, Suite 200
San Diego, CA 92121
(858) 812-3107
Facsimile: (858) 812-3336

**SILICON VALLEY**
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

## LOS ANGELES OFFICE
## FACSIMILE TRANSMISSION

DATE: July 7, 2006

NUMBER OF PAGES, INCLUDING COVER: __

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Diana M. Torres<br>O'Melveny & Myers, LLP | (213) 430-6000 | (213) 430-6407 |

FROM: Michael T. Zeller

RE: Mattel, Inc. v. Bryant

MESSAGE:

Please see attached.

---

07209/1893035.1

| CLIENT # | 07209 | ROUTE/RETURN TO: Mia Albert - 3 | ☒ CONFIRM FAX<br>☒ INCLUDE CONF. REPORT |
|---|---|---|---|
| OPERATOR: | [signature] | CONFIRMED? ☐ No ☐ YES: | |

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE.

EXHIBIT 1 PAGE 9

```
***********************
***   TX REPORT    ***
***********************

TRANSMISSION OK

TX/RX NO              0110
RECIPIENT ADDRESS     9414#07209#12134306407#
DESTINATION ID
ST. TIME              07/07 16:17
TIME USE              01'13
PAGES SENT            7
RESULT                OK
```

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

**NEW YORK**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

**SAN DIEGO**
4445 Eastgate Mall, Suite 200
San Diego, CA 92121
(858) 812-3107
Facsimile: (858) 812-3336

**LOS ANGELES**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

**SAN FRANCISCO**
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

**SILICON VALLEY**
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

## LOS ANGELES OFFICE
## FACSIMILE TRANSMISSION

**DATE:** July 7, 2006

**NUMBER OF PAGES, INCLUDING COVER:** __

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Diana M. Torres<br>O'Melveny & Myers, LLP | (213) 430-6000 | (213) 430-6407 |

**FROM:** Michael T. Zeller

**RE:** Mattel, Inc. v. Bryant

**MESSAGE:**

Please see attached.

EXHIBIT __1__ PAGE __10__