UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED CASES | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Hon. Edward Infante (Ret.)]**<br><br>[PROPOSED] ORDER RE: MOTION OF MATTEL, INC. TO COMPEL THE CONTINUED DEPOSITION OF ISAAC LARIAN AND TO OVERRULE INSTRUCTIONS NOT TO ANSWER |

Having considered Mattel, Inc.'s Motion to Compel the Continued Deposition of Isaac Larian and to Overrule Instructions Not to Answer, and all other papers filed in opposition to or in connection therewith, and finding good cause therefore,

IT IS HEREBY ORDERED that

1. Isaac Larian shall appear for deposition, without preset limitations, in Los Angeles, on or before February 28, 2008; AND

2. Each of the instructions marked as "Overruled" in Attachment "A" hereto is hereby overruled. Isaac Larian is ordered to answer those questions and reasonable follow up questions at a further deposition.

DATED:                        . 2007

_____
Hon. Edward Infante (Ret.)
Discovery Master

# ATTACHMENT "A"

## INSTRUCTIONS NOT TO ANSWER AT ISSUE DURING THE LARIAN DEPOSITION

### Honorable Edward Infante (Ret.)

| PAGE/LINE | ALLEGED BASES FOR INSTRUCTION | OVERRULED |
|---|---|---|
| 67:15-67:23 | Attorney-Client Privilege<br>Attorney Work Product Doctrine | |
| 68:17-68:21 | Attorney/Client Privilege | |
| 69:2-69:10 | Attorney/Client Privilege | |
| 69:23-70:15 | Attorney/Client Privilege<br>Attorney Work Product Doctrine | |
| 93:13-93:18 | Attorney/Client Privilege | |
| 93:20-95:25 | Attorney/Client Privilege | |
| 96:1-96:11 | Attorney/Client Privilege | |
| 165:19-166:13 | Attorney Work Product Doctrine | |
| 167:2-168:7 | Attorney/Client Privilege | |
| 173:14-174:6 | Attorney/Client Privilege | |
| 174:8-174:13 | Attorney/Client Privilege | |
| 174:15-174:19 | Attorney/Client Privilege | |
| 174:21-174:24 | Attorney/Client Privilege | |
| 191:25-192:6 | Attorney/Client Privilege<br>Attorney Work Product Doctrine | |