QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>[To Be Heard By Discovery Master Hon. Edward Infante (Ret.)]<br><br>NOTICE OF LODGING IN SUPPORT OF MOTION OF MATTEL, INC. TO COMPEL THE CONTINUED DEPOSITION OF ISAAC LARIAN AND TO OVERRULE INSTRUCTIONS NOT TO ANSWER<br><br>Date: Feb. 8, 2008<br>Time: 9:30 a.m.<br>Place: Telephonic<br><br>**Phase 1:**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2362689.1

MATTEL'S NOTICE OF LODGING RE: DEPOSITION OF ISAAC LARIAN

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE that Mattel, Inc. hereby lodges the following documents submitted to the Discovery Master in connection with Mattel's Motion to Compel the Continued Deposition of Isaac Larian and to Overrule Instructions Not to Answer:

1. Declaration of Michael T. Zeller in Support of Mattel, Inc.'s Reply in Support of Ex Parte Application to Reschedule the Hearing Date on Defendants' Motions to Dismiss and Objections to Discovery Master's March 7, 2007 Order, dated May 9, 2007 (including Exhs. 1-3);

2. Declaration of Michael T. Zeller in Support of Mattel's Motion to Overrule Instructions Not to Answer During the Deposition of Carter Bryant, dated February 1, 2007 (including Exhs. 5-11); and

3. Declaration of Michael T. Zeller in Support of Mattel's Motion to Compel MGA to Produce Witnesses for Deposition Pursuant to Rule 30(b)(6) and for Sanctions, dated April 13, 2007 (including Exh. 16).

DATED: January 22, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By _____
B. Dylan Proctor
Attorneys for Mattel, Inc.