# EXHIBIT 1

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3112**
WRITER'S INTERNET ADDRESS
dylanproctor@quinnemanuel.com

May 11, 2007

**VIA FACSIMILE AND U.S. MAIL**

Diana M. Torres, Esq.
O'Melveny & Myers LLP
400 S. Hope St.
Los Angeles, CA 90071

Re:    Mattel, Inc. v. Carter Bryant, et al.

Dear Diana:

Pursuant to paragraph 5 of the Order Appointing a Discovery Master, I write to request a meet and confer regarding a motion Mattel contemplates filing to overrule instructions not to answer during Isaac Larian's deposition.

Mattel contemplates moving to overrule at least the following instructions not to answer during the deposition of Isaac Larian: 29:8-18; 67:15-23; 68:17-21; 69:2-10; 93:13-18; 93:20-24; 95:7-25; 96:1-11; 165:19-166:13; 167:2-13; 173:14-174:6; 174:8-13; 174:15-19; 174:21-24; 191:25-192:6. In light of prior rulings in this case, Mattel believes each of these instructions was improper. Accordingly, please advise when you are available to meet and confer. We hope to avoid unnecessary motion practice if possible.

Of course, please do not hesitate to contact me if you have any questions.

Very truly yours,

B. Dylan Proctor

cc:    Douglas Wickham, Esq.
       Michael Page, Esq.

**EXHIBIT __1__ PAGE __7__**

**quinn emanuel urquhart oliver & hedges, llp**

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100

07209/2119325.1

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

**NEW YORK**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

**LOS ANGELES**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

**SAN FRANCISCO**
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

**SILICON VALLEY**
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

## LOS ANGELES OFFICE

## FACSIMILE TRANSMISSION

**DATE:**   May 11, 2007            **NUMBER OF PAGES, INCLUDING COVER: 2**

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Michael H. Page, Esq. **Keker & Van Nest, LLP** | (415) 391-5400 | (415) 397-7188 |
| Diana Torres, Esq. **O'Melveny & Myers, LLP** | (213) 430-6000 | (213) 430-6407 |
| Douglas Wickham, Esq. **Littler Mendelson** | (310) 553-0308 | (310) 553-5583 |

**FROM:**      B. Dylan Proctor, Esq.

**RE:**      *Bryant v. Mattel*

**MESSAGE:**



| 07209/2119865.1 | | | | |
|---|---|---|---|---|
| **CLIENT #** | 7209 | **ROUTE/ RETURN TO:** | Mia Albert/3rd Floor | ☒ CONFIRM FAX ☒ INCLUDE CONF. REPORT |
| **OPERATOR:** | | | **CONFIRMED?** ☐ NO ☐ YES: _____ | |

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

**IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE.**

EXHIBIT \ PAGE B

Job number  : 602

*** SEND SUCCESSFUL ***

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

NEW YORK
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

LOS ANGELES
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

SAN FRANCISCO
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

SILICON VALLEY
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

## LOS ANGELES OFFICE
## FACSIMILE TRANSMISSION

DATE:      May 11, 2007          NUMBER OF PAGES, INCLUDING COVER: 2

| NAME/COMPANY | | PHONE NO. | FAX NO. |
|---|---|---|---|
| Michael H. Page, Esq. Keker & Van Nest, LLP | | (415) 391-5400 | (415) 397-7188 |
| Diana Torres, Esq. O'Melveny & Myers, LLP | | (213) 430-6000 | (213) 430-6407 |
| Douglas Wickham, Esq. Littler Mendelson | | (310) 553-0308 | (310) 553-5583 |

From:      B. Dylan Proctor, Esq.

Re:        Bryant v. Mattel

MESSAGE:

| 072509/2119631 | | | |
|---|---|---|---|
| CLIENT # | 7209 | ROUTE/ RETURN TO: | Mis Albert/2nd Floor |
| OPERATOR: | | CONFIRMED? ☐ NO ☐ YES | ☑ CONFIRM FAX ☑ INCLUDE CONF. REPORT |

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE.

EXHIBIT ___ PAGE 9

# Group Send Report

```
Page       : 001
Date & Time: 05-11-2007   04:32pm
Line 1     : 2134433100
Line 2     :
Machine ID : QUINN EMANUEL
```

Job number          :   602

Date                :   05-11  04:29pm

Number of pages     :   002

Start time          :   05-11  04:29pm

End time            :   05-11  04:32pm

Successful nbrs.

   Fax numbers

      ☎1*14153977188
      ☎1*12134306407
      ☎1*13105535583

Unsuccessful nbrs.                                                        Pages sent

EXHIBIT  1   PAGE 10

# EXHIBIT 2

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3112**

WRITER'S INTERNET ADDRESS
dylanproctor@quinnemanuel.com

July 26, 2007

<u>VIA FACSIMILE AND U.S. MAIL</u>

Michael Keats, Esq.
O' Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

Re:     <u>Mattel, Inc. v. Bryant</u>

Dear Michael:

Many weeks ago you committed to confer with your client regarding the improper instructions not to answer made at the deposition of Isaac Larian, and specifically to determine whether MGA will stipulate to allow those questions to be answered at a renewed deposition of Mr. Larian.  I have not heard back from you since that time.  Accordingly, please let me know as soon as possible if MGA does in fact intend to let Mr. Larian answer the questions on which he was improperly instructed at a continued deposition, as set forth in Mattel's prior correspondence.

Very truly yours,

B. Dylan Proctor

BDP:lak

**quinn emanuel urquhart oliver & hedges, llp**

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores. California 94065 | TEL 650-801-5000 FAX 650-801-5100

07209/2176495.1

EXHIBIT 2  PAGE 11

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

**NEW YORK**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

**LOS ANGELES**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

**SAN FRANCISCO**
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

**SILICON VALLEY**
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

## LOS ANGELES OFFICE

# FACSIMILE TRANSMISSION

**DATE:**   July 26, 2007                  **NUMBER OF PAGES, INCLUDING COVER: 2**

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Michael Keats, Esq.<br>**O'Melveny & Myers** | (212) 326-2000 | (212) 326-2061 |

**FROM:**        B. Dylan Proctor, Esq.

**RE:**        *Mattel, Inc. v. Bryant*

**MESSAGE:**



| 07209/2177259.1 | | | | |
|---|---|---|---|---|
| CLIENT # | 7209 | ROUTE/<br>RETURN TO: | **Tiffany Garcia/3rd Floor** | ☒ CONFIRM FAX<br>☒ INCLUDE CONF. REPORT |
| OPERATOR: | | | CONFIRMED?   ☐ NO   ☐ YES: | |

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

**IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE.**

EXHIBIT _2_ PAGE _12_

## Confirmation Report — Memory Send

```
                                    Page    : 001
                                    Date & Time: 07-26-2007   02:55pm
                                    Line 1   : 2134433100
                                    Line 2   :
                                    Machine ID : QUINN EMANUEL
```

| | | |
|---|---|---|
| Job number | : | 377 |
| Date | : | 07-26  02:53pm |
| To | : | ☎9647#07209#12123262061# |
| Number of pages | : | 002 |
| Start time | : | 07-26  02:53pm |
| End time | : | 07-26  02:55pm |
| Pages sent | : | 002 |
| Status | : | OK |
| Job number | : 377 | *** SEND SUCCESSFUL *** |

## QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

NEW YORK
51 Madison Avenue, 22nd Floor
New York, NY  10010
(212) 545-7000
Facsimile: (212) 849-7100

LOS ANGELES
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017
(213) 443-3000
Facsimile: (213) 443-3100

SAN FRANCISCO
50 California Street, 22nd Floor
San Francisco, CA  94111
(415) 875-6600
Facsimile: (415) 875-6700

SILICON VALLEY
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA  94065
(650) 801-5000
Facsimile: (650) 801-5100

### LOS ANGELES OFFICE
### FACSIMILE TRANSMISSION

**DATE:**   July 26, 2007

**NUMBER OF PAGES, INCLUDING COVER: 2**

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Michael Keats, Esq.<br>O'Melveny & Myers | (212) 326-2000 | (212) 326-2061 |

**FROM:**   B. Dylan Proctor, Esq.

**RE:**   *Mattel, Inc. v. Bryant*

**MESSAGE:**

| | | | | |
|---|---|---|---|---|
| 07209/2177229.1 | | ROUTE/ RETURN TO: | Tiffany Garcia/3rd Floor | ☒ CONFIRM FAX<br>☒ INCLUDE CONF. REPORT |
| CLIENT # | 7209 | | | |
| OPERATOR: | | CONFIRMED? | ☐ No   ☐ YES: | |

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE.

EXHIBIT 2 PAGE 13

## DISTRIBUTION LIST - SHORT LIST

### MATTEL V. CARTER BRYANT
#7209 / #7975

**MIKE ZELLER**

**JON COREY**

**TIM ALGER**

**DYLAN PROCTOR**

**SUSAN WINES**

**DIANE HUTNYAN**

**SCOTT KIDMAN**

**PARALEGAL:  Cheryl Branham**

**CALENDARING:  Sahily Feliciano**

**CALENDARING:  Weston Reid**

**FOR COPIES SENT TO CALENDARING, include all correspondence, incoming and outgoing faxes, motions/briefs.  DO NOT INCLUDE   DECLARATIONS   OR EXHIBITS.**

**ORIGINALS TO:   TIFFANY GARCIA (3RD Floor)**

07209/2174222.1

**COPY**

EXHIBIT 2   PAGE 14

# EXHIBIT 3

```
----- Original Message -------
From: Burr, Kendall <kburr@OMM.com>
To: Dylan Proctor
Cc: Keats, Michael <MKeats@OMM.com>
Sent: Mon Aug 06 15:11:08 2007
Subject: MGA v. Mattel and consolidated cases

Dear Dylan,

We received your letter of July 26, 2007 (a copy of which is attached) regarding the
deposition of Isaac Larian.  We are still conferring with our client, but wish to let you
know that we will respond in writing.

Best regards,
Kendall Burr
O'Melveny & Myers LLP
7 Times Square
New York, NY 10036
```

1

EXHIBIT _3_ PAGE _15_

(212) 408-2422
kburr@omm.com

This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

2

EXHIBIT _3_ PAGE _16_

# EXHIBIT 4

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

September 14, 2007

**VIA FACSIMILE AND U.S. MAIL**

Amman Kahn, Esq.
Christensen, Glaser, Fink, Jacobs, Weil &
Shapiro, LLP
10250 Constellation Blvd., 19th Floor
Los Angeles, CA 90067

Diana Torres, Esq.
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA 90071-2899

Michael Page, Esq.
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111

James W. Spertus, Esq.
Law Offices of James W. Spertus
12100 Wilshire Blvd., Ste. 620
Los Angeles, CA 90025

Larry McFarland, Esq.
Keats McFarland & Wilson LLP
9720 Wilshire Boulevard, Penthouse Suite
Beverly Hills, California  90212

Re:    <u>Mattel v. Bryant</u>

Dear Counsel:

In anticipation of the conference before Judge Infante on Monday, Mattel identifies below those witnesses whose deposition Mattel currently seeks:

**EXHIBIT** __4__ **PAGE** __17__

**quinn emanuel urquhart oliver & hedges, llp**

NEW YORK | 335 Madison Avenue, 17th Floor, New York, New York 10017 | TEL 212-702-8100 FAX 212-702-8200
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94104 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100
PALM SPRINGS | 45-025 Manitou Drive, Suite 10, Indian Wells, California 92210 | TEL 760-345-4757 FAX 760-345-2414
SAN DIEGO | 4445 Eastgate Mall, Suite 200, San Diego, California 92121 | TEL 858-812-3107 FAX 858-812-3336

07209/2221385.1

**Witnesses Whose Depositions Have Been Ordered But For Whom MGA Has Provided No Dates Despite Mattel's Requests**

1.  Paula Garcia -- Topics Nos. 1-10, 12-13, 16-17, 29-30 and 35-36 of Mattel's Second <u>Rule</u> 30(b)(6) Notice to MGA ("Second Notice"); and Topic Nos. 1-3 and 6-8 of Mattel's First <u>Rule</u> 30(b)(6) Notice to MGA ("First Notice") -- 2 days by 9/28.
2.  Lisa Tonnu -- Topic Nos. 21, 24, 25, 26, 31, 37, 39, 40 and 41 of Second Notice -- 2 days by 9/30
3.  Ken Lockhart -- Topics No. 39 of Second Notice -- by 9/30
4.  Topic Nos. 16, 18, 20 and 32 of Mattel's Second Notice of MGA -- by 6/30

**Witnesses Whose Depositions Have Been Ordered And For Whom There Are Agreed Dates**

5.  Spencer Woodman -- Topic No. 34 of Second Notice -- 9/24
6.  Tom Bryant -- 9/25
7.  Janet Bryant -- 9/26
8.  Richard Irmen -- 9/28

**Witnesses Whose Dates Have Been Agreed Upon And Set After Meet and Confers Requested By Mattel**

9.  Schuyler Bacon -- Topic Nos. 4, 5, 10, and 14 of Mattel's Third <u>Rule</u> 30(b)(6) Notice to MGA ("Third Notice") -- 9/27
10. Sarah Chui -- 9/28
11. Edmond Lee -- MGA Hong Kong designee on all <u>Rule</u> 30(b)(6) Topics -- Starting on 10/4
12. Susan Kuemmerele -- 10/24
13. Carlos Gustavo Machado -- 10/26

**Witnesses for Whom Mattel Needs Dates, Including Witnesses MGA Promised Dates For But Have Never Provided**

14. Charlene Brooks -- MGA Designee on Topics 15 and 16 of Mattel's Third Notice
15. Topic Nos. 1-3, 6-8, 9, and 11-13 of Mattel's Third Notice
16. Rachel Harris, for completion of her <u>Rule</u> 30(b)(6) testimony on Second Notice
17. Kerri Brode, for completion of her <u>Rule</u> 30(b)(6) testimony on Second Notice
18. Dave Malacrida
19. Ron Brawer
20. Carter Bryant
21. Dan Cooney
22. Farhad Larian
23. Shirin Salemnia
24. Mariana Trueba
25. Pablo Vargas
26. Elise Cloonan
27. Sarah Halpern

**EXHIBIT 4 PAGE 18**

28.   Margaret Hatch Leahy
29.   Veronica Marlow
30.   Jorge Castilla
31.   Jeanine Brisbois
32.   Isaac Larian
33.   Stephen Lee
34.   Lucy Arant
35.   Joe Tiongco


Best regards,

Jon D. Corey

JDC:jcl
07209/2221385.1

EXHIBIT 4   PAGE 19

## DISTRIBUTION LIST - SHORT LIST

## MATTEL V. CARTER BRYANT
### #7209 / #7975

### MIKE ZELLER

### JON COREY

### TIM ALGER

### DYLAN PROCTOR

### SUSAN WINES

### DIANE HUTNYAN

### SCOTT KIDMAN

### JUAN PABLO ALBAN

### PARALEGAL:  Cheryl Branham

---

**CALENDARING:  Sahily Feliciano**

**CALENDARING:  Weston Reid**

**FOR COPIES SENT TO CALENDARING, include all correspondence, incoming and outgoing faxes, motions/briefs.  DO NOT INCLUDE    DECLARATIONS    OR EXHIBITS.**

---

### ORIGINALS TO:   TIFFANY GARCIA (3RD Floor)

EXHIBIT 4 PAGE 20

```
*******************************
***   MULTI TX/RX REPORT   ***
*******************************

TX/RX NO                3553
PGS.                    4
TX/RX INCOMPLETE        -----

TRANSACTION OK
                (1)   1*13105562920
                (2)   1*12134306407
                (3)   1*14153977188
                (4)   1*13108264711
                (5)   1*13108600363

ERROR INFORMATION       -----
```

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

**NEW YORK**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

**LOS ANGELES**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

**SAN FRANCISCO**
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

**SILICON VALLEY**
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

## LOS ANGELES OFFICE

# FACSIMILE TRANSMISSION

**DATE:**   September 14, 2007

**NUMBER OF PAGES, INCLUDING COVER:** 3 4

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Amman Khan, Esq. CHRISTENSEN, GLASER, FINK, JACOBS, WEIL & SHAPIRO, LLP | (310) 553-3000 | (310) 556-2920 |
| Diana M. Torres, Esq. O'MELVENY & MYERS LLP | (213) 430-6584 | (213) 430-6407 |
| Michael Page, Esq. KEKER & VAN NEST | (415) 391-5400 | (415) 397-7188 |
| James Spertus, Esq. LAW OFFICES OF JAMES W. SPERTUS | (310) 826-4700 | (310) 826-4711 |
| Larry McFarland, Esq. KEATS MCFARLAND & WILSON LLP | (310) 248-3830 | (310) 860-0363 |

**FROM:**   Jon D. Corey

EXHIBIT 4 PAGE 81

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

**NEW YORK**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

**LOS ANGELES**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

**SAN FRANCISCO**
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

**SILICON VALLEY**
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

## LOS ANGELES OFFICE

# FACSIMILE TRANSMISSION

**DATE:**    September 14, 2007                    **NUMBER OF PAGES, INCLUDING COVER:** ~~3~~ 4

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Amman Khan, Esq.<br>CHRISTENSEN, GLASER, FINK, JACOBS, WEIL & SHAPIRO, LLP | (310) 553-3000 | (310) 556-2920 |
| Diana M. Torres, Esq.<br>O'MELVENY & MYERS LLP | (213) 430-6584 | (213) 430-6407 |
| Michael Page, Esq.<br>KEKER & VAN NEST | (415) 391-5400 | (415) 397-7188 |
| James Spertus, Esq.<br>LAW OFFICES OF JAMES W. SPERTUS | (310) 826-4700 | (310) 826-4711 |
| Larry McFarland, Esq.<br>KEATS MCFARLAND & WILSON LLP | (310) 248-3830 | (310) 860-0363 |

**FROM:**    Jon D. Corey

**RE:**    Mattel v. Bryant

FAXED
SEP 1 4 2007

**MESSAGE:**

07209/2213609.1

| CLIENT # | 7209 | ROUTE/<br>RETURN TO: | Johanna Lopez-10 | ☒ CONFIRM FAX<br>☒ INCLUDE CONF. REPORT |
|---|---|---|---|---|
| OPERATOR: | Jeffrey | | CONFIRMED? | ☐ NO  ☐ YES: |

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

EXHIBIT 4 PAGE 22

**IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE.**

# EXHIBIT 5

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

WRITER'S DIRECT DIAL NO.
(213) 443-3112

WRITER'S INTERNET ADDRESS
dylanproctor@quinnemanuel.com

September 18, 2007

VIA FACSIMILE AND U.S. MAIL

William Charron, Esq.                     Amman A. Khan, Esq.
O'Melveny & Myers LLP                     Christensen, Glaser, Fink, Jacobs, Weil &
1999 Avenue of the Stars, 7th Floor       Shapiro LLP
Los Angeles, California  90067-6035       10250 Constellation Boulevard, 19th Floor
                                          Los Angeles, California  90067

Re:    Mattel, Inc. v. Bryant

Dear Counsel:

I write regarding MGA's recent statements that it does not intend to and/or may not produce
Isaac Larian for additional deposition questioning in this case.

Mr. Larian earlier had likewise refused to sit for deposition in this case until he was ordered,
twice, and then sanctioned by the Court to appear.  He eventually appeared for deposition in July
2006.  Contrary to MGA's recent statements to Judge Infante, and as MGA knows, MGA and
Mattel agreed before that deposition -- including in writing -- that it would be limited to the
Mattel v. Bryant case.  As is also reflected in the written correspondence, it was, in fact, *MGA*
that originally had made that request for its benefit, and the parties expressly agreed that Mattel
would be entitled to further deposition questioning of Mr. Larian relating to the MGA v. Mattel
case at a later date.  We expect MGA to honor this agreement without the need for the Court's
involvement.

Even apart from that agreement, additional time with Mr. Larian is unquestionably warranted.  It
is well established that a party can be compelled to testify regarding new evidence that comes to
light following his initial deposition.  When Mr. Larian's deposition was taken, MGA had

**quinn emanuel urquhart oliver & hedges, llp**

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100

07209/2224966.1

EXHIBIT 5 PAGE 23

produced neither its initial disclosures nor any documents relating to its own claims. Indeed, MGA withheld what is now known to be many hundreds of thousands of pages of documents bearing on its purported claims until the Court compelled MGA to produce them -- all after Mr. Larian's July 2006 deposition.

In addition, Mattel is entitled to explore Mr. Larian's knowledge and information regarding the new claims that have been filed since he was deposed. Mattel has filed thirteen counterclaims against Larian, Bryant, MGA and others, including copyright infringement and RICO claims. Mr. Larian is obviously knowledgeable about the counterclaims Mattel has alleged against him. Under the law, witnesses may be deposed further on new claims filed after their initial depositions were taken. See, e.g., Keithley v. Homestore.com, Inc., 2006 WL 1646119, at *1 (N.D. Cal. 2006) (rejecting argument that witness should not have to be deposed again, "in light of the . . . additional claims that have been added since his [] deposition more than two years ago."); Tillery v. Darby-Rogers Co., 2006 WL 2735162, at *5 (M.D. Fla. 2006) ("The Court will allow Defendants to re-depose Plaintiffs regarding the new claims"); Collins v. International Dairy Queen, 189 F.R.D. 496, 498 (M.D. Ga. 1999) (granting defendants' request to reopen depositions of witnesses based on new claims in amended complaint: "Because of the time that has elapsed, the addition of new claims, and the evident knowledge of the witnesses in particular areas, re-examination of the two witnesses is likely to provide additional information not obtainable at the first depositions.").

Your recent assertion that Mr. Larian is immunized from further deposition questioning by his "apex" status is unavailing. MGA knew of his alleged "apex" status at the time it requested, and agreed, that Mr. Larian be deposed in July 2006 on only the Mattel v. Bryant matter and that he be deposed on the other issues in a subsequent session. Furthermore, Mattel's counterclaims and the documents attached as Exhibit C, just standing alone, more than amply demonstrate Mr. Larian's personal, unique knowledge regarding the allegations of Mattel's counterclaims.

Please confirm in writing that MGA will produce Mr. Larian for additional deposition questioning and provide proposed dates on which Mr. Larian will be made available. In the alternative, please consider this letter to be a request to meet and confer pursuant to the Order for the Appointment of a Discovery Master on a contemplated motion to compel Mr. Larian's deposition and for sanctions.

I look forward to hearing from you.

Very truly yours,

*B. Dylan Procter /SB*

B. Dylan Procter

**EXHIBIT 5 PAGE 24**

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

**NEW YORK**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

**LOS ANGELES**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

**SAN FRANCISCO**
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

**SILICON VALLEY**
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

## LOS ANGELES OFFICE

## FACSIMILE TRANSMISSION

**DATE:**     September 18, 2007              **NUMBER OF PAGES, INCLUDING COVER: 3**

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| William J. Charron, Esq. **O'Melveny & Myers LLP** | 310-246-8462 | 310-246-6779 |
| Amman A. Khan, Esq. **Christensen, Glaser, Fink, Jacobs, Weil & Shapiro LLP** | 310-553-3000 | 310-556-2920 |

**FROM:**     B. Dylan Proctor, Esq.

**RE:**     *Mattel, Inc. v. Bryant*



**MESSAGE:**

07209/2224736.1

| CLIENT # | 7209 | ROUTE/ RETURN TO: | Laura Kinsey/3rd Floor | ☒ CONFIRM FAX ☒ INCLUDE CONF. REPORT |
|---|---|---|---|---|
| OPERATOR: | | | CONFIRMED?  ☐ NO  ☒ YES: | |

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

**IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE.**

EXHIBIT _5_ PAGE _25_

TRANSMISSION VERIFICATION REPORT

```
TIME   : 09/18/2007 19:30
NAME   : JOHN B QUINN
FAX    : 2134890088
TEL    : 2134433201
SER.# : BROE5J272067
```

```
DATE,TIME          09/18  19:30
FAX NO./NAME       13105562920
DURATION           00:00:32
PAGE(S)            03
RESULT             OK
MODE               STANDARD
                   ECM
```

EXHIBIT __5__ PAGE __24__

```
┌─────────────────────────────────────┐
│  TRANSMISSION VERIFICATION REPORT    │
└─────────────────────────────────────┘
```

```
TIME   : 09/18/2007 19:29
NAME   : JOHN B GUINN
FAX    : 2134890088
TEL    : 2134433281
SER.#  : BROE5J272067
```

```
DATE,TIME              09/18  19:28
FAX NO./NAME           13102466779
DURATION               00:00:50
PAGE(S)                03
RESULT                 OK
MODE                   STANDARD
                       ECM
```

EXHIBIT __5__ PAGE __27__

# EXHIBIT 6

CALENDARED                 **RECEIVED**

SEP 2 8 2007

LAW OFFICES

CHRISTENSEN, GLASER, FINK, JACOBS, WEIL & SHAPIRO, LLP

10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 553-3000
FAX (310) 556-2920

DIRECT DIAL NUMBER
(310) 556-7865
EMAIL: AKHAN@CHRISGLASE.COM

September 27, 2007

THE MERITAS LAW FIRMS WORLDWIDE

VIA FACSIMILE AND U.S. MAIL

Mr. Dylan Proctor
QUINN, EMANUEL, URQUHART, OLIVER & HEDGES, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543

        Re:    *Carter Bryant v. Mattel, Inc.* (and consolidated cases)
              Case No. CV 04-9049 SGL (RNBx)

Dear Mr. Proctor:

      This responds to your September 18, 2007 letter alleging MGA has changed its position
and now refuses to produce its CEO Isaac Larian for another deposition in these consolidated
actions, specifically the *MGA v. Mattel* action.

      The premise of your letter is incorrect. My prior discussions concerning Mr. Larian's
deposition were in the specific context of scheduling depositions in Mattel v. Bryant, Phase 1,
which has a January 15, 2008 discovery cut-off. Based on the second paragraph in your letter, it
is undisputed that Mr. Larian was produced for deposition in that case. And, Mr. Larian's
deposition transcript for that case shows that Mr. John Quinn of your office completed his
questioning.

      None of this serves to renege on any agreement you may have reached with O'Melveny &
Myers regarding producing Mr. Larian for deposition in the case *MGA v. Mattel*. While you cite
to "written correspondence" which evidences such agreement, I am not privy to it. I have asked
for it in the past but no one has sent it to me. Thus, if you need a statement of position from me
on the topic, you need to send me that correspondence.

605174

EXHIBIT __U__ PAGE __28__

Mr. Dylan Proctor
September 27, 2007
Page No. 2


As for your demand for immediate deposition dates for Mr. Larian's deposition in *MGA v. Mattel*, that is premature because: (1) We have yet to schedule or complete the 27+ Phase 1 depositions in Mattel v. Bryant, which has a January 15, 2007 discovery cut-off and (2) The discovery cut-off for the *MGA v. Mattel* case is not until Spring 2008.   I suggest we concentrate on the more pressing deadlines of Phase 1 in the *Mattel v. Bryant* case.

Very truly yours,

Amman A. Khan
of CHRISTENSEN, GLASER, FINK, JACOBS,
WEIL & SHAPIRO, LLP

AAK/atj

EXHIBIT _4_ PAGE _29_

# EXHIBIT 7

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3112**
WRITER'S INTERNET ADDRESS
**dylanproctor@quinnemanuel.com**

October 1, 2007

<u>VIA FACSIMILE AND U.S. MAIL</u>

Amman A. Khan, Esq.
Christensen, Glaser, Fink, Jacobs, Weil &
Shapiro LLP
10250 Constellation Blvd., 19th Floor
Los Angeles, California  90067

Re:     <u>Mattel, Inc. v. Bryant et al.</u>

Dear Amman:

This responds to your September 27, 2007 letter regarding Isaac Larian's deposition.  We have previously asked, on several occasions, that you confirm with MGA's lawyers from O'Melveny & Myers that Mattel and MGA, acting through the O'Melveny firm, agreed that Mr. Larian's prior deposition would be limited to the <u>Mattel v. Bryant</u> case.  I find it remarkable that MGA denies knowledge even of important agreements reached with its litigation counsel.

Nevertheless, to avoid further delays, some of the correspondence between the parties evidencing this agreement is enclosed for your convenience.  As the enclosed July 7, 2006 letter from Michael T. Zeller to Diana Torres reveals, the parties unequivocally agreed, before Mr. Larian was deposed, that Mattel would be entitled to depose him on issues in the <u>MGA v. Mattel</u> case at a later time.  Mattel would like to now schedule that deposition.

This issue has been outstanding for several weeks now.  We are entitled to at least know MGA's position on whether it will produce Mr. Larian for deposition in the <u>MGA v. Mattel</u> case or not.  Please provide a firm answer in this regard no later than Wednesday, October 3, 2007, at noon. If we do not receive a written response confirming Mr. Larian will so appear by that time, we intend to file a motion.

EXHIBIT  7  PAGE  30

**quinn emanuel urquhart oliver & hedges, llp**

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100

Please do not hesitate to contact me if you have any questions.

Very truly yours,

B. Dylan Proctor

07209/2239640.1

2

EXHIBIT 7 PAGE 31

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-624-7707 FAX 213-624-0643

July 7, 2006

**VIA FACSIMILE AND U.S. MAIL**

Diana Torres, Esq.
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, California 90071

Re:     Mattel v. Bryant

Dear Diana:

Enclosed please find a notice of deposition for Isaac Larian.

The noticed date is for July 18, 2006, which is the one that MGA offered and Mattel agreed to in order to accommodate Mr. Larian's schedule. As you and I previously discussed, and as you had stated as an incentive for Mattel's agreement to that accommodation, this deposition of Mr. Larian will relate to *Mattel v. Bryant* issues only and Mr. Larian will be made available on a separate, later day for deposition on issues in the *MGA v. Mattel* suit.

Also, in resolving the scheduling of Mr. Larian's deposition as well as the Union Bank subpoena, Dale Cendali and Paula Ambrosini agreed that we would receive two categories of financial information in advance of Mr. Larian's deposition. One category was MGA's audited financial statements. I had understood from Paula at the meet and confer session on June 20 that she would endeavor to produce copies of those by the end of that week. We have not received those audited financial statements as of yet, however, and so I would appreciate your letting us know when we can expect them. (The other category consists of the agreed-upon Union Bank documents, which are now being sent to MGA's counsel directly for review. From what Pam Lloyd at Union Bank last told me, MGA's counsel should be receiving at least two boxes of documents from Union Bank this week.)

**EXHIBIT** ___7___ **PAGE** _32_

**quinn emanuel urquhart oliver & hedges, llp**

NEW YORK | 335 Madison Avenue, 17th Floor, New York, New York 10017 | TEL 212-702-8100 FAX 212-702-8200
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94104 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-620-4500 FAX 650-620-4555
PALM SPRINGS | 45-025 Manitou Drive, Suite 8, Indian Wells, California 92210 | TEL 760-345-4757 FAX 760-345-2414
SAN DIEGO | 4445 Eastgate Mall, Suite 200, San Diego, California 92121 | TEL 858-812-3107 FAX 858-812-3336

I look forward to hearing from you.


Very truly yours,

Michael T. Zeller

07934/1906820.3

**EXHIBIT 7 PAGE 33**

# EXHIBIT 8

LAW OFFICES

CHRISTENSEN, GLASER, FINK, JACOBS, WEIL & SHAPIRO, LLP

10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 553-3000
FAX (310) 556-2920

DIRECT DIAL NUMBER
(310) 556-7852
EMAIL: SGIZER@CHRISGLASE.COM

· October 3, 2007

Ⅲ MERITAS LAW FIRMS WORLDWIDE

**VIA FACSIMILE AND U.S. MAIL**

B. Dylan Proctor, Esq.
QUINN, EMANUEL, URQUHART,
 OLIVER & HEDGES, LLP
865 South Figueroa Street
10th Floor
Los Angeles, CA 90017-2543

        Re:    Carter Bryant v. Mattel, Inc. (and consolidated cases)
               Case No. CV 04-9049 SGL (RNBx)

Dear Dylan:

       This responds to your October 1, 2007 letter concerning the deposition of MGA's CEO Isaac Larian in connection with the MGA v. Mattel litigation (Case No. CV 05- 2727), which is part of the Phase 2 trial and will not be tried in April of 2008. You asked for confirmation that we will produce Isaac Larian for deposition in that case. This confirms we will do so.

       Our decision is based on your 2006 correspondence concerning the subject, which you forwarded to us late Monday night, although Mr. Khan of this office had asked you for it one week ago. Contrary to your assertions, this matter as not been outstanding for weeks but only for the amount of time it took you to forward correspondence from your own firm that was readily available to you and not to us.

       As for scheduling, Judge Infante ordered your firm to meet and confer with us to set an omnibus deposition schedule. You were present when he did so. As you know, we have been working with your partner Jon Corey to set the remaining depositions for Phase 1 of the Bryant v. Mattel litigation, which has an April 2008 trial date and a January 14, 2008 discovery cut-off. Once those depositions are set, we can discuss setting Mr. Larian's deposition for Phase 2, which has a much later cut-off.

606663

EXHIBIT 8 PAGE 34

B. Dylan Proctor, Esq.
October 3, 2007
Page 2

On a final note, we ask that you stop piecemealing the meet and confer process with demands concerning individual depositions. Per Judge Infante's instructions, all deposition should be discussed within the context of an omnibus deposition plan. Piecemealing out individual depositions subverts that plan and violates Judge Infante's instructions.

Very truly yours,

Scott E. Gizer

for CHRISTENSEN, GLASER, FINK, JACOBS,
WEIL & SHAPIRO, LLP

cc:   Joel N. Klevens, Esq.
      Amman A. Khan, Esq.
      Diana M. Torres, Esq.
      Jim Jenal, Esq.
      William Charron, Esq.
      Michael Page, Esq.
      Christa Anderson, Esq.

606663

EXHIBIT _B_ PAGE _35_

# EXHIBIT 9

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

WRITER'S DIRECT DIAL NO.
(213) 443-3112

WRITER'S INTERNET ADDRESS
dylanproctor@quinnemanuel.com

October 9, 2007

<u>VIA FACSIMILE AND U.S. MAIL</u>

Scott Gizer, Esq.
Christensen, Glaser, Fink, Jacobs,
Weil & Shapiro LLP
10250 Constellation Blvd., 19th Floor
Los Angeles, CA 90067

Re:    <u>Mattel, Inc. v. Bryant</u>

Dear Scott:

I write in response to your October 3, 2007 letter regarding the deposition of Isaac Larian, and also regarding MGA's assertion that Mattel's request for a meet and confer regarding that deposition somehow "violate Judge Infante's instructions."

First, we are pleased that MGA has now confirmed that it will indeed produce Mr. Larian for deposition in the *MGA v. Mattel* case, as MGA agreed to do more than a year ago. However, you state that MGA will not discuss setting Mr. Larian's deposition until all Phase One depositions have been scheduled. That is improper. The Court has repeatedly held that discovery in this case is not bifurcated, and Mr. Khan, of your office, explicitly acknowledged the same at the last conference of counsel regarding deposition scheduling. Accordingly, MGA's assertion that it can defer discussion of the scheduling of Mr. Larian's deposition indefinitely because it is a Phase Two deposition is erroneous.

Moreover, your assertion that Mattel is improperly "piecemealing the meet and confer process" and has somehow violates the Court's instructions is simply incorrect. Judge Infante stated that he wanted the parties to meet and confer regarding deposition scheduling issues. Mattel has been doing so and will continue to do so. However, where Defendants persist with their consistent refusals to provide appropriate discovery and their obstructionism, Mattel fully intends to

**quinn emanuel urquhart oliver & hedges, llp**

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100

07209/2248691.1

EXHIBIT _9_ PAGE _36_

continue to pursue its right to discovery. Judge Infante never ordered or suggested that there
should be no motion practice on depositions where, as is its habit, MGA stonewalls.

In all events, we are pleased that MGA has agreed to honor its prior commitment to make Mr.
Larian available for deposition on the *MGA v. Mattel* case. We look forward to discussing the
scheduling of that deposition in a mutually convenient fashion. Please do not hesitate to contact
us if you have any questions.

Very truly yours,

B. Dylan Proctor

**EXHIBIT __9__ PAGE __37__**

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

**NEW YORK**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

**LOS ANGELES**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

**SAN FRANCISCO**
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

**SILICON VALLEY**
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

## LOS ANGELES OFFICE

# FACSIMILE TRANSMISSION

**DATE:**   October 9, 2007                    **NUMBER OF PAGES, INCLUDING COVER: 3**

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Scott Gizer, Esq. Christensen, Glaser, Fink, Jacobs, Weil & Shapiro LLP | 310-553-3000 | 310-556-2920 |

**FROM:**   B. Dylan Proctor, Esq.

**RE:**   *Mattel, Inc. v. Bryant*

**MESSAGE:**

FAXED

OCT 0 9 2007

| 07209/2249396.1 | | ROUTE/ RETURN TO: | | ☒ CONFIRM FAX ☒ INCLUDE CONF. REPORT |
|---|---|---|---|---|
| CLIENT # | 7209 | | Tiffany Garcia/3rd Floor | |
| OPERATOR: | | | CONFIRMED?  ☐ NO  ☐ YES: | |

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE.

EXHIBIT __9__ PAGE __38__

Confirmation Report - Memory Send

```
                                   Page    : 001
                                   Date & Time: 10-09-2007   11:09am
                                   Line 1  : 2134433100
                                   Line 2  :
                                   Machine ID : QUINN EMANUEL
```

| | | |
|---|---|---|
| Job number | : | 768 |
| Date | : | 10-09  11:09am |
| To | : | ☎9414#007209#13105562920 |
| Number of pages | : | 003 |
| Start time | : | 10-09  11:08am |
| End time | : | 10-09  11:09am |
| Pages sent | : | 003 |
| Status | : | OK |
| Job number | : 768 | *** SEND SUCCESSFUL *** |

## QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

NEW YORK
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

LOS ANGELES
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

SAN FRANCISCO
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

SILICON VALLEY
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

### LOS ANGELES OFFICE
## FACSIMILE TRANSMISSION

DATE:    October 9, 2007          NUMBER OF PAGES, INCLUDING COVER: 3

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Scott Gizer, Esq. Christensen, Glaser, Fink, Jacobs, Weil & Shapiro LLP | 310-553-3000 | 310-556-2920 |

FROM:    B. Dylan Proctor, Esq.

RE:      *Mattel, Inc. v. Bryant*

MESSAGE:

| 07209/2240396.1 | | | | |
|---|---|---|---|---|
| CLIENT # | 7209 | ROUTE/ RETURN TO: | Tiffany Garcia/3rd Floor | ☒ CONFIRM FAX ☒ INCLUDE CONF. REPORT |
| OPERATOR: | *Wynore* | | CONFIRMED?  ☐ NO  ☐ YES: | |

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE.

EXHIBIT 9 PAGE 39

## DISTRIBUTION LIST - SHORT LIST

### MATTEL V. CARTER BRYANT
### #7209 / #7975

**MIKE ZELLER**

**JON COREY**

**TIM ALGER**

**DYLAN PROCTOR**

**DIANE HUTNYAN**

**SCOTT KIDMAN**

**JUAN PABLO ALBAN**



**PARALEGAL:  Cheryl Branham**

---

**CALENDARING:  Sahily Feliciano**

**CALENDARING:  Weston Reid**

**FOR COPIES SENT TO CALENDARING, include all correspondence, incoming and outgoing faxes, motions/briefs.  DO NOT INCLUDE         DECLARATIONS         OR EXHIBITS.**

---

**ORIGINALS TO:   TIFFANY GARCIA (3RD Floor)**

EXHIBIT __9__ PAGE __40__

# EXHIBIT 10

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3112**

WRITER'S INTERNET ADDRESS
**dylanproctor@quinnemanuel.com**

December 5, 2007

**VIA FACSIMILE AND U.S. MAIL**

Thomas J. Nolan, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071

Re:     Mattel, Inc. v. Bryant, et al.

Dear Tom:

We write to request that MGA provide dates on which Isaac Larian is available to continue his
deposition in January 2008. As you know, Mr. Larian has not been deposed to date on the
matters at issue in the *MGA Entertainment v. Mattel* case, including Mattel's counterclaims
therein. When Mr. Larian was first deposed, the parties agreed that Mr. Larian would be
deposed on a subsequent occasion on MGA's unfair competition claims, and Mattel's
counterclaims were added to the action only after the deposition took place. Based on that,
MGA's prior counsel -- including both the O'Melveny firm and the Christensen firm -- agreed
that Mr. Larian would be produced again for deposition. Please let us know his availability in
January 2008 at your earliest convenience. We are generally available during the weeks of
January 21 and January 28, 2008, and request dates during those weeks.

Very truly yours,

B. Dylan Proctor

**quinn emanuel urquhart oliver & hedges, llp**

07209/2314776.1     NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100

EXHIBIT 10 PAGE 41

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

**NEW YORK**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

**LOS ANGELES**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

**SAN FRANCISCO**
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

**SILICON VALLEY**
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

## LOS ANGELES OFFICE

## FACSIMILE TRANSMISSION

**DATE:**   December 5, 2007     **NUMBER OF PAGES, INCLUDING COVER: 2**

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Thomas J. Nolan, Esq. **Skadden, Arps, Slate, Meagher & Flom LLP** | (213) 687-5000 | (213) 687-5600 |

**FROM:**     B. Dylan Proctor, Esq.

**RE:**      *Mattel, Inc. v. Bryant*

**MESSAGE:**

FAXED

DEC 0 5 2007

| 07209/2259698.1 | | ROUTE/ RETURN TO: | | ☒ CONFIRM FAX |
|---|---|---|---|---|
| CLIENT # | 7209 | | Tiffany Garcia/3rd Floor | ☒ INCLUDE CONF. REPORT |
| OPERATOR: | *Usha* | CONFIRMED?  ☐ NO  ☐ YES: | | |

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

**IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE.**

EXHIBIT 10 PAGE 42

**Confirmation Report — Memory Send**

```
Page         : 001
Date & Time: 12-05-2007   14:45
Line 1       : 2134433100
Line 2       :
Machine ID : QUINN EMANUEL
```

| | | |
|---|---|---|
| Job number | : | 664 |
| Date | : | 12-05  14:44 |
| To | : | ☎9414#07209#12136875600 |
| Number of pages | : | 002 |
| Start time | : | 12-05  14:44 |
| End time | : | 12-05  14:45 |
| Pages sent | : | 002 |
| Status | : | OK |

Job number    : 664              *** SEND SUCCESSFUL ***

## QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

**NEW YORK**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 445-7000
Facsimile: (212) 846-7100

**LOS ANGELES**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

**SAN FRANCISCO**
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

**SILICON VALLEY**
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

### LOS ANGELES OFFICE
### FACSIMILE TRANSMISSION

**DATE:**   December 5, 2007

**NUMBER OF PAGES, INCLUDING COVER: 2**

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Thomas J. Nolan, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP | (213) 687-5000 | (213) 687-5600 |

**FROM:**   B. Dylan Proctor, Esq.

**RE:**   *Mattel, Inc. v. Bryant*

**MESSAGE:**

| CLIENT # | 7209 | ROUTE/<br>RETURN TO: | Tiffany Garcia/3rd Floor | ☑ CONFIRM FAX<br>☑ INCLUDE CONF. REPORT |
|---|---|---|---|---|
| OPERATOR: | | | CONFIRMED?  ☐ NO  ☐ YES: | |

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE.

EXHIBIT 10 PAGE 43

# EXHIBIT 11

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3112**

WRITER'S INTERNET ADDRESS
**dylanproctor@quinnemanuel.com**

December 19, 2007

**VIA FACSIMILE AND U.S. MAIL**

Thomas J. Nolan, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071

Re:    Mattel, Inc. v. Carter Bryant, et al.

Dear Tom:

I write further to my prior letter dated December 5, 2007 requesting dates on which Isaac Larian is available for deposition.  As discussed in that prior letter and as you know, MGA has repeatedly agreed that it will make Mr. Larian available for deposition again to address the matters at issue in the *MGA v. Mattel* case and the counterclaims therein.  We proposed a two-week period of time for this deposition in our last letter.

Because I received no response to my prior letter, please consider this to be a request to meet and confer pursuant to Section 5 of the Order for the Appointment of Discovery Master.  Please let us know on what days Mr. Larian is available for deposition, either during the requested period of time or otherwise.  In the event this matter cannot be amicably resolved, which I am hopeful it can be, Mattel anticipates filing a motion to compel and will seek sanctions.  I look forward to hearing from you.

Very truly yours,

B. Dylan Proctor

**quinn emanuel urquhart oliver & hedges, llp**

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100

07209/2328879.1

EXHIBIT __11__ PAGE __44__

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

**NEW YORK**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

**LOS ANGELES**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

**SAN FRANCISCO**
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

**SILICON VALLEY**
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

## LOS ANGELES OFFICE
# FACSIMILE TRANSMISSION

**DATE:**   December 19, 2007

**NUMBER OF PAGES, INCLUDING COVER: 2**

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Thomas J. Nolan, Esq.<br>**Skadden, Arps, Slate, Meagher & Flom LLP** | (213) 687-5000 | (213) 687-5600 |

**FROM:**   B. Dylan Proctor, Esq.

**RE:**   *Mattel, Inc. v. Bryant*

**MESSAGE:**

FAXED
DEC 19 2007

07209/2259698.1

| CLIENT # | 7209 | ROUTE/<br>RETURN TO: | Tiffany Garcia/3rd Floor | ☒ CONFIRM FAX<br>☒ INCLUDE CONF. REPORT |
|---|---|---|---|---|
| OPERATOR: | PRISCILLA ROJAS | CONFIRMED? | ☐ No  ☐ YES: _____ | |

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

**IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE.**

EXHIBIT  11   PAGE  45

## Confirmation Report — Memory Send

```
                              Page      : 001
                              Date & Time: 12-19-2007   10:42
                              Line 1    : 2134433100
                              Line 2    :
                              Machine ID : QUINN EMANUEL
```

| | | |
|---|---|---|
| Job number | : | 909 |
| Date | : | 12-19  10:41 |
| To | : | ☎76706#7209#12136875600 |
| Number of pages | : | 002 |
| Start time | : | 12-19  10:41 |
| End time | : | 12-19  10:42 |
| Pages sent | : | 002 |
| Status | : | OK |

Job number     : 909            *** SEND SUCCESSFUL ***

## QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

NEW YORK
51 Madison Avenue, 22nd Floor
New York, NY 10016
(212) 849-7000
Facsimile: (212) 849-7100

LOS ANGELES
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

SAN FRANCISCO
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

SILICON VALLEY
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

### LOS ANGELES OFFICE
### FACSIMILE TRANSMISSION

DATE:     December 19, 2007                    NUMBER OF PAGES, INCLUDING COVER: 2

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Thomas J. Nolan, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP | (213) 687-5000 | (213) 687-5600 |

FROM:      B. Dylan Proctor, Esq.

RE:        *Mattel, Inc. v. Bryant*

MESSAGE:

| | | | | |
|---|---|---|---|---|
| 07209/2319498.J | | ROUTE/<br>RETURN TO: | Tiffany Garcia/3rd Floor | ☒ CONFIRM FAX<br>☒ INCLUDE CONF. REPORT |
| CLIENT # | 7209 | | | |
| OPERATOR: | PRISCILLA ROJAS | | CONFIRMED? ☐ NO ☐ YES | |

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE.

EXHIBIT  11    PAGE  46

# EXHIBIT 12

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

300 SOUTH GRAND AVENUE

LOS ANGELES, CALIFORNIA 90071-1144

TEL: (213) 687-5000
FAX: (213) 687-5600
www.skadden.com

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
NEWARK
NEW YORK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D C
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

DIRECT DIAL
(213) 687-5120
DIRECT FAX
(213) 621-5120
EMAIL ADDRESS
DADLER@SKADDEN.COM

December 24, 2007

**VIA FASCIMILE**

B. Dylan Proctor, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017

RE:   *Mattel, Inc. v. Bryant*

Dear Dylan:

Thank you for your letters seeking a date for the deposition of Isaac Larian. We will, of course, make Mr. Larian available for deposition, but have a few comments.

First, Mattel has already deposed Mr. Larian regarding Phase I issues. We thus assume that there is no need to schedule Mr. Larian's deposition in January.

Second, Mattel has taken the position that under the so-called "Apex doctrine," MGA may take Mr. Eckert's deposition only with respect to areas in which Mr. Eckert has "unique and superior" first-hand knowledge. Given Mattel's position, please let me know the precise area(s) in which you claim Mr. Larian has "unique and superior" first-hand knowledge so we can determine how much time Mattel actually needs with Mr. Larian.

I am available to meet and confer on this either Thursday, between 3 and 4 p.m., or Friday, between 2 and 3 p.m.

Very truly yours,

Douglas B. Adler

cc:   Thomas J. Nolan, Esq.

**EXHIBIT 12 PAGE 47**

# EXHIBIT 13

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3112**

WRITER'S INTERNET ADDRESS
**dylanproctor@quinnemanuel.com**

January 4, 2008

**VIA FACSIMILE AND U.S. MAIL**

Douglas B. Adler, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071

Re:   <u>Mattel, Inc. v. Carter Bryant, et al.</u>

Dear Douglas:

I write further to our meet and confer of Wednesday regarding Mattel's requests that Isaac Larian make himself available for the continuance of his deposition.

During our call, you stated that, in MGA's view, Mr. Larian has "completed" his testimony on all issues relating to Phase I of this case. I advised that some of the Phase I claims, which are pleaded in Mattel's Counterclaims, were not even pleaded at the time of Mr. Larian's last deposition. I also explained that a large amount of additional evidence has been produced in discovery since the time of Mr. Larian's deposition. Nevertheless, you confirmed that Mr. Larian will not make himself available to testify on any Phase I issues.

We also discussed the timing of Mr. Larian's deposition on Phase II issues. You agreed that Mr. Larian would be made available to testify on Phase II issues, but demanded that Mattel make a showing as to Mr. Larian's unique knowledge. I explained that Mr. Larian is a witness who MGA apparently intends to rely on affirmatively to support its claims, and you confirmed that is the case. In light of the fact that MGA intends to rely on Mr. Larian in its case in chief to support its claims against Mattel, Mattel is entitled to depose Mr. Larian on all issues relating to MGA's claims against Mattel to avoid unfair surprise at trial. As I explained, Mattel is also entitled to depose Mr. Larian on matters raised in Mattel's Counterclaims such as the alleged trade secret thefts, the alleged RICO enterprises, the alleged predicate acts, and the alleged acts

**EXHIBIT** 13 **PAGE** 48

**quinn emanuel urquhart oliver & hedges, llp**

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100
SAN DIEGO | 4445 Eastgate Mall, Suite 200, San Diego, California 92121 | TEL 858-812-3107 FAX 858-812-3336

of copyright infringement, all of which directly involve Mr. Larian and indeed are claims that were pleaded directly against him.

In the voicemail I received from you after our discussion on Wednesday, you advised that Mr. Larian will be made available to testify about any issues in Mattel's Counterclaims that are Phase II issues.  Thank you for providing that confirmation.

You also advised, in your voicemail, that Mr. Larian is not available in January for deposition. Please let me know when he can be made available no later than Tuesday, January 8, 2008. When we spoke you said Mr. Larian may not be available until March.  As I explained, Mattel does not agree that the deposition can be delayed in this manner.  Please provide dates on which Mr. Larian can be available in February, if he cannot be available in January.  Please also advise as to MGA's position regarding the duration of Mr. Larian's deposition.  When we spoke, you stated he may not be made available even for one full day, which is problematic to Mattel.

I look forward to hearing from you with whatever further information you wish to provide.

Very truly yours,

B. Dylan Proctor/Rd

B. Dylan Proctor
2338927

2

EXHIBIT 13  PAGE 49

TRANSMISSION VERIFICATION REPORT

```
                                    TIME  : 01/04/2008 22:58
                                    NAME  : JOHN B QUINN
                                    FAX   : 2134890088
                                    TEL   : 2134433201
                                    SER.# : BROE5J272067
```

```
        DATE,TIME              01/04  22:57
        FAX NO./NAME           6215120
        DURATION               00:00:59
        PAGE(S)                03
        RESULT                 OK
        MODE                   STANDARD
                               ECM
```

EXHIBIT __13__ PAGE __50__

# EXHIBIT 14

# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

300 SOUTH GRAND AVENUE

LOS ANGELES, CALIFORNIA 90071-3144

TEL: (213) 687-5000
FAX: (213) 687-5600
www.skadden.com

DIRECT DIAL
213 687-5120
EMAIL ADDRESS
DADLER@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
NEW YORK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

January 8, 2008

By Facsimile
B. Dylan Proctor, Esq.
Quinn Emanuel
865 South Figueroa Street
10th Floor
Los Angeles, CA  90017

RE:     Mattel, Inc. v. Carter Bryant, et al.

Dear Dylan:

Thank you for your January 4, 2008 letter regarding Mattel's request to take Isaac Larian's deposition again.

This letter will confirm that, pursuant to Magistrate Judge Block's March 23, 2005 order, the statements made on the record at Mr. Larian's deposition, and the correspondence between the parties, among other things, Mattel has completed its deposition of Mr. Larian with respect to Phase I of the case.

As you have been informed on several occasions, MGA will make Mr. Larian available for deposition with respect to Phase II issues. It is my understanding that, as a result of yesterday's hearing, Judge Larson is currently considering issuing an order staying Phase II discovery. I suggest we defer setting a date for Mr. Larian's deposition with respect to Phase II issues until Judge Larson issues his order.

Very truly yours,

Douglas B. Adler

**EXHIBIT 14   PAGE 51**

The attached fax was received from 2136875600 on 1/8/2008 at 5:56:51 PM

JobID: 074871

EXHIBIT __14__ PAGE __52__

# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

300 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-3144

WORKING COPY

TELEPHONE NO.: (213) 687-5000
FACSIMILE NO.: (213) 687-5600

EMAIL: mmumford @skadden.com

## FACSIMILE TRANSMITTAL SHEET

FROM: Marcus Mumford

DIRECT DIAL: (213) 687-5514

DIRECT FACSIMILE: (213) 621-5514

DATE : January 8, 2008

FLOOR/OFFICE NO.: 36

THIS FACSIMILE IS INTENDED ONLY FOR USE OF THE ADDRESSEE(S) NAMED HEREIN AND MAY CONTAIN LEGALLY PRIVILEGED AND/OR CONFIDENTIAL INFORMATION. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS FACSIMILE, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS FACSIMILE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS FACSIMILE IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL FACSIMILE TO US AT THE ADDRESS ABOVE VIA THE LOCAL POSTAL SERVICE. WE WILL REIMBURSE ANY COSTS YOU INCUR IN NOTIFYING US AND RETURNING THE FACSIMILE TO US.

IF THIS TRANSMISSION IS UNCLEAR OR INCOMPLETE, PLEASE CONTACT THE FACSIMILE DEPARTMENT AT (213) 687-5443.
WHEN TRANSMITTING TO OUR MACHINES, PLEASE INCLUDE YOUR COVER SHEET AND NUMBER ALL PAGES CONSECUTIVELY.

TOTAL NUMBER OF PAGES INCLUDING COVER(S):  2

PLEASE DELIVER THE FOLLOWING PAGE(S) TO:

1.   NAME: Mr. B. Dylan Proctor, Esq.          FIRM:   Quinn Emanuel Urquhart, etc.
     CITY: Los Angeles                         TELEPHONE NO.:   (213) 443-3000
     FACSIMILE NO.:   (213) 443-3100

MESSAGE: Please see attached letter.

EXHIBIT  14  PAGE  53

483437.03-Los Angeles Server 1A - MSW