UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>PLAINTIFF(S)<br>v.<br>MATTEL, INC., a Delaware corporation,<br><br>DEFENDANT(S). | CASE NUMBER:<br>CV 04-9049 SGL (RNBx)<br><br>NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
1. Separate Statement iso Motion to Compel the Continued Deposition of Isaac Larian
2. Application to File Under Seal
3. [Proposed] Order

**Document Description:**
- ☐ Administrative Record
- ☐ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)
- ☑ Other

**Reason:**
- ☑ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☑ Per Court order dated January 4, 2005
- ☐ Manual Filing required (*reason*):

January 23, 2008
Date

Oleg Stolyar /s/
Attorney Name

Mattel, Inc.
Party Represented

Note:   File one Notice in each case, each time you manually file document(s).

G-92 (02/07)                                    NOTICE OF MANUAL FILING