QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>Hon. Stephen G. Larson<br><br>[PUBLIC REDACTED] DECLARATION OF CHRISTOPHER TAYBACK IN SUPPORT OF MATTEL, INC.'S *EX PARTE* APPLICATION TO (1) COMPEL PRODUCTION OF ELECTRONIC MEDIA FROM THIRD-PARTIES ELISE CLOONAN, MARGARET HATCH-LEAHY, AND VERONICA MARLOW OR (2) IN THE ALTERNATIVE, MODIFY THE SCHEDULING ORDER<br><br>Hearing Date:   Not Applicable<br>Time:           Not Applicable<br><br>**Phase 1**<br>Discovery Cut-Off:    January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date:           May 27, 2008 |

20147/2362359.1

DECLARATION OF CHRISTOPHER TAYBACK

## DECLARATION OF CHRISTOPHER TAYBACK

I, Christopher Tayback, declare as follows:

1.  I am a member of the bar of the State of California, admitted to practice in the Central District of California and elsewhere, and a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). Except where otherwise indicated, I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2.  Beginning on December 20, 2007 and continuing through to January 11, 2008, I met and conferred with Larry McFarland, counsel to parties Elise Cloonan, Margaret Hatch-Leahy and Veronica Marlow, in connection with the relief Mattel seeks herein. On January 11, 2008, Mr. McFarland refused to provide Mattel any of the relief it requests herein.

3.  I provided notice to Mr. McFarland of this ex parte application on January 17, 2008. On January 18, 2008, he indicated he would oppose it. On January 23, 2008, I also provided notice to counsel for defendants MGA, Isaac Larian, Carter Bryant and Gustavo Machado Gomez. At the time of filing, I do not know their position regarding it.

4.  Attached hereto as Exhibit 1 are true and correct copies of excerpts of the deposition of Veronica Marlow, taken on December 28, 2007.

5.  Attached hereto as Exhibit 2 are true and correct copies of excerpts of the deposition of Paula Garcia, taken May 24, 2007.

6.  Attached hereto as Exhibit 3 are true and correct copies of excerpts of the deposition of Richard Irmen, taken September 28, 2007.

7.  Exhibit 4 hereto is intentionally left blank.

8.  Attached hereto as Exhibit 5 is a true and correct copy of Margaret Hatch-Leahy's application for employment with Mattel.

20147/2362359.1

DECLARATION OF CHRISTOPHER TAYBACK

9. Attached hereto as Exhibit 6 are true and correct copies of excerpts of the deposition of Carter Bryant taken November 4 and 5, 2004.

10. Attached hereto as Exhibit 7 are true and correct copies of excerpts of the deposition of Margaret Hatch-Leahy, taken December 12, 2007.

11. Attached hereto as Exhibit 8 are true and correct copies of excerpts of the deposition of Anna Rhee, taken February 3, 2005.

12. Attached hereto as Exhibit 9 are true and correct copies of excerpts of the deposition of Elise Cloonan, taken December 14, 2007.

13. Attached hereto as Exhibit 10 is the subpoena for documents served on Veronica Marlow.

14. Attached hereto as Exhibit 11 is the subpoena for documents served on Margaret Hatch-Leahy.

15. Attached hereto as Exhibit 12 is the subpoena for documents served on Elise Cloonan.

16. Attached hereto as Exhibit 13 is a true and correct copy of correspondence between counsel for Ms. Hatch-Leahy and Ms. Cloonan and counsel for Mattel dated December 17, 2007.

17. Attached hereto as Exhibit 14 is a true and correct copy of correspondence between counsel for Mattel and counsel for Ms. Cloonan reflecting the computer document protocol for searching Ms. Cloonan's computer documents initially.

18. Attached hereto as Exhibit 15 is a true and correct copy of correspondence from counsel for Ms. Hatch-Leahy agreeing to apply the protocol her computer documents.

19. Attached hereto as Exhibit 16 is a true and correct copy of Mattel's Special Interrogatory No. 5 to MGA, MGA's responses and MGA's first, second and third supplemental responses.

20. Attached hereto as Exhibit 17 is a true and correct copy of Mattel's Special Interrogatory No. 4 to Carter Bryant and Bryant's responses.

21. Attached hereto as Exhibit 18 is a true and correct copy of a letter from Larry McFarland to Michael Zeller dated October 26, 2007.

22. Attached hereto as Exhibit 19 is a true and correct copy of an email I sent to Larry McFarland on January 9, 2008 regarding our meet and confer on the issues raised by this application. Thereafter, I was notified that Mr. McFarland rejected all of the proposals I made in our meet and confer.

23. Attached hereto as Exhibit 20 is a true and correct copy of MGA's Initial Disclosures, paragraphs 4-6.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 23, 2008 at Boston, Massachusetts.

_____
Christopher Tayback