B. Dylan Proctor
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
865 SOUTH FIGUEROA STREET
10th FLOOR
LOS ANGELES, CA 90017
(213) 443-3000

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual, <br><br><br> v. <br><br> MATTEL, INC., a Delaware corporation, <br><br><br> DEFENDANT(S). | **CASE NUMBER:** <br> CV 04-9049 SGL (RNBx) <br> Consolidated with Case Nos. <br> CV 04-09059 and 05-02727 <br><br> **NOTICE OF MANUAL FILING** |

PLAINTIFF(S)

## PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**

Exhibits 1, 2, 3, 5, 6, 7, 8, 9, 16 and 17 to the Declaration of Christopher Tayback in support of Mattel's Ex Parte Application to (1) Compel Production of Electronic Media From Third-Parties Elise Cloonan, Margaret Hatch-Leahy, and Veronica Marlow or (2) in the Alternative, Modify the Scheduling Order; Application to File Under Seal and Proposed Order

**Document Description:**

[ ] Administrative Record

[X] Exhibits

[ ] Ex Part Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)

[X] Other Application to File Under Seal and Proposed Order

**Reason:**

[X] Under Seal

[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

[ ] Electronic versions are not available to filer

[X] Per Court order dated January 4, 2005

[ ] Manual Filing required (*reason*):

January 23, 2008
Date

B. Dylan Proctor
Attorney Name

Defendant Mattel, Inc.
Party Represented

Note: File one Notice in each case, each time you manually file document(s).

G-92 (02/07)          **NOTICE OF MANUAL FILING**          CCD-G92