QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**[To Be Heard By Hon. Edward Infante (Ret.) Pursuant To Order Of December 6, 2006]**<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 3, 9, 20, 21, 23 DECLARATION OF SCOTT B. KIDMAN IN SUPPORT OF MATTEL, INC.'S MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER'S DECEMBER 31, 2007 ORDER REGARDING HARD DRIVES<br><br>[[Proposed] Order filed concurrently]<br><br>Hearing Date: February 25, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 1<br><br>**Phase 1**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2356153.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2  entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3  requests that the Court order filed under seal Exhibits 3, 9, 20, 21, 23 to the
4  Declaration Of Scott B. Kidman In Support Of Mattel, Inc.'s Motion Objecting To
5  Portions Of Discovery Master's December 31, 2007 Order Regarding Hard Drives
6  (the "Declaration").

7  The Declaration includes materials that Mattel, MGA Entertainment,
8  Inc. ("MGA"), and Carter Bryant have designated as "Confidential--Attorneys' Eyes
9  Only" or "Confidential" pursuant to the Protective Order. Mattel and Carter Bryant
10 have designated Exhibit 3 as "Confidential--Attorneys' Eyes Only." Carter Bryant
11 has designated Exhibit 9 as "Confidential--Attorneys' Eyes Only." MGA has
12 designated Exhibit 20 to the Declaration as "Confidential," and Exhibit 21 as
13 "Confidential--Attorneys' Eyes Only." Mattel has designated Exhibit 23 as
14 "Confidential--Attorneys' Eyes Only." Accordingly, Mattel requests that the Court
15 order that the Declaration and the Motion be filed under seal.

DATED: January 16, 2008          QUINN EMANUEL URQUHART OLIVER &
                                 HEDGES, LLP


                                 By /s/ Scott B. Kidman
                                   Scott B. Kidman
                                   Attorneys for Mattel, Inc.

1 | **PROOF OF SERVICE**

2   I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On January 16, 2008, I served true copies of the following document(s) described as **MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 3, 9, 20, 21, 23 DECLARATION OF SCOTT B. KIDMAN IN SUPPORT OF MATTEL, INC.'S MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER'S DECEMBER 31, 2007 ORDER REGARDING HARD DRIVES** on the parties in this action as follows:

Thomas J. Nolan
**Skadden, Arps, Slate, Meagher & Flom LLP**
300 South Grand Ave., Ste. 3400
Los Angeles, California 90071
*Attorneys for MGA ENTERTAINMENT, INC.*

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 16, 2008, at Los Angeles, California.

_____
NOW LEGAL -- Dave Quintana

07209/2169461.1

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On January 16, 2008, I served true copies of the following document(s) described as **MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 3, 9, 20, 21, 23 DECLARATION OF SCOTT B. KIDMAN IN SUPPORT OF MATTEL, INC.'S MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER'S DECEMBER 31, 2007 ORDER REGARDING HARD DRIVES** on the parties in this action as follows:

| | |
|---|---|
| John W. Keker<br>Michael H. Page<br>Christa M. Anderson<br>**Keker & Van Nest, LLP**<br>710 Sansome Street<br>San Francisco, CA 94111<br>***Attorneys for CARTER BRYANT*** | Mark E. Overland, Esq.<br>David E. Scheper, Esq.<br>Alexander H. Cote, Esq.<br>**Overland Borenstein Scheper & Kim, LLP**<br>300 South Grand Avenue<br>Suite 2750<br>Los Angeles, CA 90071-3144<br>***Attorneys for Carlos Gustavo Machado*** |

**BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 16, 2008, at Los Angeles, California.

_____
Helen Lim

07209/2169461.1