QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

CARTER BRYANT, an individual,

  Plaintiff,

  vs.

MATTEL, INC., a Delaware corporation,

  Defendant.

AND CONSOLIDATED ACTIONS

CASE NO. CV 04-9049 SGL (RNBx)
Consolidated with
Case Nos. CV 04-09059 & CV 05-2727

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBIT 4 TO THE DECLARATION OF SCOTT B. KIDMAN IN SUPPORT OF MATTEL, INC.'S MOTION FOR RECONSIDERATION OF PORTIONS OF DISCOVERY MASTER'S DECEMBER 31, 2007 ORDER

[[Proposed] Order filed concurrently]

Hearing Date:  February 25, 2008
Time:          10:00 a.m.
Place:         Courtroom 1

**Phase 1**
Discovery Cut-Off:    January 28, 2008
Pre-Trial Conference: May 5, 2008
Trial Date:           May 27, 2008

07209/2360065.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1       Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order
2 entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3 requests that the Court order filed under seal Exhibit 4 To The Declaration Of Scott
4 B. Kidman In Support Of Mattel, Inc.'s Motion For Reconsideration Of Portions Of
5 Discovery Master's December 31, 2007 Order (the "Declaration").
6       The Declaration attaches materials that Mattel has designated as
7 "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order. Mattel has
8 designated Exhibit 4 as "Confidential--Attorneys' Eyes Only." Accordingly,
9 Mattel requests that the Court order that the Declaration and the Motion be filed
10 under seal.

12 DATED: January 18, 2008     QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

14                             By <u>/s/ Scott B. Kidman</u>
15                                 Scott B. Kidman
                                Attorneys for Mattel, Inc.

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On January 18, 2008, I served true copies of the following document(s) described as **MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBIT 4 TO THE DECLARATION OF SCOTT B. KIDMAN IN SUPPORT OF MATTEL, INC.'S MOTION FOR RECONSIDERATION OF PORTIONS OF DISCOVERY MASTER'S DECEMBER 31, 2007 ORDER** on the parties in this action as follows:

Thomas J. Nolan
**Skadden, Arps, Slate, Meagher & Flom LLP**
300 South Grand Ave., Ste. 3400
Los Angeles, California 90071
*Attorneys for MGA ENTERTAINMENT, INC.*

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 18, 2008, at Los Angeles, California.

_____
NOW LEGAL -- Dave Quintana

07209/2169461.1

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On January 18, 2008, I served true copies of the following document(s) described as **MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBIT 4 TO THE DECLARATION OF SCOTT B. KIDMAN IN SUPPORT OF MATTEL, INC.'S MOTION FOR RECONSIDERATION OF PORTIONS OF DISCOVERY MASTER'S DECEMBER 31, 2007 ORDER** on the parties in this action as follows:

| | |
|---|---|
| John W. Keker | Mark E. Overland, Esq. |
| Michael H. Page | David E. Scheper, Esq. |
| Christa M. Anderson | Alexander H. Cote, Esq. |
| **Keker & Van Nest, LLP** | **Overland Borenstein Scheper & Kim, LLP** |
| 710 Sansome Street | 300 South Grand Avenue |
| San Francisco, CA 94111 | Suite 2750 |
| ***Attorneys for CARTER BRYANT*** | Los Angeles, CA 90071-3144 |
| | ***Attorneys for Carlos Gustavo Machado*** |

**BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 18, 2008, at Los Angeles, California.

_/s/ Yalonda J. Dekle_
Yalonda J. Dekle

07209/2081332.1