1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     John B. Quinn (Bar No. 090378)
2      (johnquinn@quinnemanuel.com)
     Michael T. Zeller (Bar No. 196417)
3      (michaelzeller@quinnemanuel.com)
     Jon D. Corey (Bar No. 185066)
4      (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
6  Facsimile: (213) 443-3100

7  Attorneys for Mattel, Inc.

8              UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10                  EASTERN DIVISION

| | |
|---|---|
| 11  CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| 12            Plaintiff, | Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727 |
| 13         vs. | **[To Be Heard By Hon. Edward Infante (Ret.) Pursuant To Order Of December 6, 2006]** |
| 14  MATTEL, INC., a Delaware corporation, | |
| 15            Defendant. | MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS F, G, H, I, O, P, S, U, AND W TO THE DECLARATION |
| 16 | OF JON D. COREY IN SUPPORT |
| 17  AND CONSOLIDATED ACTIONS | MATTEL, INC.'S: (1) OPPOSITION TO MGA'S MOTION TO QUASH OR, IN THE |
| 18 | ALTERNATIVE, FOR PROTECTIVE ORDER; AND (2) COUNTERMOTION TO |
| 19 | COMPEL PRODUCTION OF DOCUMENTS RESPONSIVE TO THIRD- |
| 20 | PARTY SUBPOENAS, AND EXHIBIT 1 TO THE DECLARATION OF MICHAEL |
| 21 | T. ZELLER IN SUPPORT MATTEL, INC.'S: (1) OPPOSITION TO MGA'S |
| 22 | MOTION TO QUASH OR, IN THE ALTERNATIVE, FOR PROTECTIVE |
| 23 | ORDER; AND (2) COUNTERMOTION TO COMPEL PRODUCTION OF |
| 24 | DOCUMENTS RESPONSIVE TO THIRD- PARTY SUBPOENAS |
| 25 | [[Proposed] Order filed concurrently] |
| 26 | |
| 27 | Date:  TBA<br>Time:  TBA<br>Place:  TBA |
| 28 | |

07209/2363008.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

**Phase 1**
Discovery Cut-Off:   January 28, 2008
Pre-Trial Conference: May 5, 2008
Trial Date:              May 27, 2008

Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal Exhibits F, G, H, I, O, P, S, U, and W to the Declaration of Jon D. Corey ("Corey Dec.") in Support of Mattel. Inc.'s (1) Opposition to MGA's Motion to Quash or, in the Alternative, for Protective Order; and (2) Countermotion to Compel Production of Documents Responsive to Third-Party Subpoenas, and Exhibit 1 to the Declaration of Michael T. Zeller ("Zeller Dec.") in Support of Mattel Inc.'s (1) Opposition to MGA's Motion to Quash or, in the Alternative, for Protective Order; and (2) Countermotion to Compel Production of Documents Responsive to Third-Party Subpoenas (collectively the "Exhibits").

The Exhibits include materials that MGA and/or Bryant have designated as "Confidential" or "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order.  Accordingly, Mattel requests that the Court order that the Exhibits be filed under seal.

In the alternative, Mattel requests that the Court declare that these materials are outside the definitions of "Confidential" and "Confidential--Attorneys' Eyes Only" as contained in the Stipulated Protective Order and order them to be filed as part of the public record.

DATED: January 22, 2008           QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP


By /s/ Jon D. Corey
      Jon D. Corey
      Attorneys for Mattel, Inc.

-2-
MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017.

On January 23, 2008, I served true copies of the following documents described as: **MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS F, G, H, I, O, P, S, U, AND W TO THE DECLARATION OF JON D. COREY IN SUPPORT MATTEL, INC.'S: (1) OPPOSITION TO MGA'S MOTION TO QUASH OR, IN THE ALTERNATIVE, FOR PROTECTIVE ORDER; AND (2) COUNTERMOTION TO COMPEL PRODUCTION OF DOCUMENTS RESPONSIVE TO THIRD-PARTY SUBPOENAS, AND EXHIBIT 1 TO THE DECLARATION OF MICHAEL T. ZELLER IN SUPPORT MATTEL, INC.'S: (1) OPPOSITION TO MGA'S MOTION TO QUASH OR, IN THE ALTERNATIVE, FOR PROTECTIVE ORDER; AND (2) COUNTERMOTION TO COMPEL PRODUCTION OF DOCUMENTS RESPONSIVE TO THIRD-PARTY SUBPOENAS** on the parties in this action as follows:

| | |
|---|---|
| Keker & Van Nest, LLP<br>    John W. Keker, Esq.<br>    Michael H. Page, Esq.<br>    Christa M. Anderson, Esq.<br>710 Sansome Street<br>San Francisco, CA 94111<br>Telephone:  415.391.5400<br>Facsimile:  415.397.7188 | John M. Baran<br>**Ernst & Young LLP**<br>725 South Figueroa Street, Suite 300<br>Los Angeles, CA  90017 |
| Overland Borenstein Scheper &<br>Kim, LLP<br>    Mark E. Overland, Esq.<br>    David C. Scheper, Esq.<br>    Alexander H. Cote, Esq.<br>300 South Grand Avenue, Suite 2750<br>Los Angeles, CA 90071<br>Telephone:  213.613.4655<br>Facsimile:  213.613.4656 | Scott A. Kalander<br>General Counsel<br>**Moss Adams**<br>11766 Wilshire Blvd, Suite 900<br>Los Angeles, CA  90025 |

07209/2364038.1

| | |
|---|---|
| 1  Cory Schwartz<br>2  President<br>**ConsumerQuest**<br>3  12100 Wilshire Blvd, Suite 1135<br>Los Angeles, CA 90025 | Neal A. Potischman<br>**Davis Park and Wardwell**<br>1600 El Camino Real<br>Menlo Park, CA 94025 |
| 4  Alberto J. Boro<br>5  **Pillsbury Winthrop Shaw and Pittman**<br>50 Fremont Street<br>6  San Francisco, CA 94105-2228 | Annica H. Jen-Hendel<br>Assistant General Counsel<br>**Deloitte & Touche USA LLP**<br>1633 Broadway<br>New York, NY 10019-6754 |

7

8          [√]    **BY MAIL:** I am "readily familiar" with the practices of Quinn

9  Emanuel Urquhart Oliver & Hedges for collecting and processing correspondence

10  for mailing with the United States Postal Service.  Under that practice, it would be

11  deposited with the United States Postal Service that same day in the ordinary course

12  of business.  I enclosed the foregoing in sealed envelope(s) addressed as shown

13  above, and such envelope(s) were placed for collection and mailing with postage

14  thereon fully prepaid at Los Angeles, California, on that same day following

15  ordinary business practices.

16          I declare that I am employed in the office of a member of the bar of this court

17  at whose direction the service was made.

18          Executed on January 23, 2008, at Los Angeles, California.

19

20

21                                              Kelly Velazquez

22

23

24

25

26

27

28

07209/2364038.1

## PROOF OF SERVICE

1

2  I am employed in the County of Los Angeles, State of California.  I am over

3  the age of eighteen years and not a party to the within action; my business address is

4  NOW Messenger Service, 1301 West Second Street, Suite 206, Los Angeles,

5  California 90026.

6  On January 23, 2008, I served true copies of the following documents

7  described as:  **MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL**

8  **EXHIBITS F, G, H, I, O, P, S, U, AND W TO THE DECLARATION OF JON**

9  **D. COREY IN SUPPORT MATTEL, INC.'S: (1) OPPOSITION TO MGA'S**

10  **MOTION TO QUASH OR, IN THE ALTERNATIVE, FOR PROTECTIVE**

11  **ORDER; AND (2) COUNTERMOTION TO COMPEL PRODUCTION OF**

12  **DOCUMENTS RESPONSIVE TO THIRD-PARTY SUBPOENAS, AND**

13  **EXHIBIT 1 TO THE DECLARATION OF MICHAEL T. ZELLER IN**

14  **SUPPORT MATTEL, INC.'S: (1) OPPOSITION TO MGA'S MOTION TO**

15  **QUASH OR, IN THE ALTERNATIVE, FOR PROTECTIVE ORDER; AND**

16  **(2) COUNTERMOTION TO COMPEL PRODUCTION OF DOCUMENTS**

17  **RESPONSIVE TO THIRD-PARTY SUBPOENAS** on the parties in this action as

18  follows:

| | |
|---|---|
| Skadden, Arps, Slate, Meagher & Flom LLP<br>   Thomas J. Nolan, Esq.<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA  90071<br>Telephone:  213.687.5000<br>Facsimile:  213.687.5600 | **Attorneys for** *MGA Entertainment, Inc., MGA Entertainment (HK) Ltd., Isaac Larian and MGAE de Mexico, S.R.L. de C.V.* |

23

24  [√]  **[PERSONAL]** by personally delivering the document listed above to

25  the person(s) at the address(es) set forth above.

26

27  I declare that I am employed in the office of a member of the bar of this court

28  at whose direction the service was made

07209/2364038.1

1

Executed on January 23, 2008, at Los Angeles, California.

2

3

_David Quintana_

4

David Quintana

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

07209/2364038.1