QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) Consolidated with Case Nos. CV 04-09059 & CV 05-2727 |
| Plaintiff, | |
| vs. | Hon. Stephen G. Larson |
| MATTEL, INC., a Delaware corporation, | APPLICATION TO FILE UNDER SEAL CERTAIN PORTIONS OF MATTEL, INC.'S MOTION TO COMPEL THE CONTINUED DEPOSITION OF ISAAC LARIAN AND TO OVERRULE INSTRUCTIONS NOT TO ANSWER |
| Defendant. | |
| | [Local Rule 79-5.1] |
| AND CONSOLIDATED ACTIONS | **Phase 1** |
| | Discovery Cut-Off:    January 28, 2008 Pre-Trial Conference: May 5, 2008 Trial Date:                May 27, 2008 |

ORIGINAL

07209/2240948.1

APPLICATION TO FILE UNDER SEAL

1    Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order
2    entered by the Court in this action, plaintiff Mattel, Inc. ("Mattel") hereby
3    respectfully requests that the Court order filed under seal certain portions of the
4    concurrently filed Motion of Mattel, Inc. to Compel the Continued Deposition of
5    Isaac Larian and to Overrule Instructions Not to Answer ("Motion").
6    Certain portions of the Motion, at 15:21-16:2, 16:4-7, 17:1-7, 17:9-12,
7    17:21-27, and 18:17-27, include excerpts from documents that MGA Entertainment,
8    Inc. ("MGA") and/or Carter Bryant have designated as "Confidential" and/or
9    "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order.  As certain
10   portions of the Motion, at 15:21-16:2, 16:4-7, 17:1-7, 17:9-12, 17:21-27, and 18:17-
11   27, include excerpts from documents that MGA and/or Carter Bryant have
12   designated as "Confidential" and/or "Confidential--Attorneys' Eyes Only," Mattel
13   requests that the Court order that these portions of the Motion be filed under seal.
14   In the alternative, Mattel requests that the Court declare these portions
15   of the Motion to be outside the definition of "Confidential" and/or "Confidential--
16   Attorneys' Eyes Only" as contained in the Stipulated Protective Order and order
17   them to be filed as part of the public record.
18
19   DATED:  January 23, 2008          QUINN EMANUEL URQUHART OLIVER &
20                                     HEDGES, LLP
21                                     By  Dylan Proctor  D.S.
22                                        B. Dylan Proctor
                                          Attorneys for Mattel, Inc.
23
24
25
26
27
28

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On January 23, 2008, I served true copies of the following document(s) described as **Application to File Under Seal Certain Portions of Mattel, Inc.'s Motion to Compel the Continued Deposition of Isaac Larian and to Overrule Instructions Not to Answer** on the parties in this action as follows:

Thomas J. Nolan
**Skadden, Arps, Slate, Meageher & Flom LLP**
300 South Grand Ave., Ste. 3400
Los Angeles, CA 90071

Mark E. Overland
David C. Scheper
Alexander H. Cote
**Overland Borenstein Scheper & Kim LLP**
300 South Grand Avenue, Suite 2750
Los Angeles, CA 90071

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 23, 2008, at Los Angeles, California.

NOW LEGAL -- Dave Quintana

07209/2364584.1

1

## PROOF OF SERVICE

2     I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa
3     Street, 10th Floor, Los Angeles, California 90017-2543.

4     On January 23, 2008, I served true copies of the following document(s) described as **Application to File Under Seal Certain Portions of Mattel, Inc.'s Motion to Compel the**
5     **Continued Deposition of Isaac Larian and to Overrule Instructions Not to Answer** on the parties in this action as follows:

6
        John W. Keker, Esq.
7       Michael H. Page, Esq.
        Christina M. Anderson, Esq.
8       **Keker & Van Nest, LLP**
        710 Sansome Street
9       San Francisco, CA 94111

10    **BY MAIL:**  I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California.  The envelope was mailed with
11    postage thereon fully prepaid.

12    **BY FEDEX:**  I deposited such document(s) in a box or other facility regularly maintained by FedEx, or delivered such document(s) to a courier or driver authorized by FedEx to receive
13    documents, in sealed envelope(s) or package(s) designated by FedEx with delivery fees paid or provided for, addressed to the person(s) being served.
14
        I declare that I am employed in the office of a member of the bar of this Court at whose
15    direction the service was made.

16    Executed on January 23, 2008, at Los Angeles, California.

17

18    _____
      Amanda Navarro
19

20

21

22

23

24

25

26

27

28

07209/2217871.1