**QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP**
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff
Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Hon. Edward Infante (Ret.) Pursuant To The Court's Order Of December 6, 2006]**<br><br>MATTEL INC.'S APPLICATION TO FILE UNDER SEAL MATTEL'S REPLY IN SUPPORT OF MOTION TO COMPEL RESPONSES TO INTERROGATORIES (NOS. 27-44, 46-50) BY THE MGA PARTIES; CONSOLIDATED SEPARATE STATEMENT IN SUPPORT OF MOTION TO COMPEL RESPONSES TO INTERROGATORIES BY THE MGA PARTIES; AND EXHIBITS 1, 5 AND 11 TO THE SUPPLEMENTAL DECLARATION OF B. DYLAN PROCTOR<br><br>Hearing Date: TBD<br>Time: TBD<br>Place: TBD<br><br>Discovery Cut-off: January 28, 2008<br>Pre-trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2334877.1

APPLICATION TO FILE UNDER SEAL

1    Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2 entered by the Court in this action, plaintiff Mattel, Inc. ("Mattel") hereby
3 respectfully requests that the Court order filed under seal Mattel's Reply in Support
4 of Motion to Compel Responses to Interrogatories (Nos. 27-44, 46-50) by the MGA
5 Parties ("Reply"); Mattel's Consolidated Separate Statement in Support of Motion to
6 Compel Responses to Interrogatories (Nos. 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37,
7 38, 39, 40, 41, 42, 43, 44, 46, 47, 48, 49 And 50) by the MGA Parties
8 ("Consolidated Separate Statement"); and Exhibits 1, 5 and 11 to the Supplemental
9 Declaration of B. Dylan Proctor in Support of Motion to Compel Responses to
10 Interrogatories (Nos. 27-44, 46-50) by the MGA Parties ("Supplemental Proctor
11 Declaration").

12    The Reply and Consolidated Separate Statement contain excerpts from
13 documents that MGA Entertainment, Inc. ("MGA") has designated as "Confidential-
14 Attorneys' Eyes Only" pursuant to the Protective Order.  Exhibits 1, 5 and 11 to the
15 Supplemental Proctor Declaration have been designated by MGA as "Confidential-
16 Attorneys' Eyes Only" pursuant to the Protective Order.  Accordingly, Mattel
17 requests that the Court order them filed under seal.

18    In the alternative, Mattel requests that the Court order that these
19 materials are not protected, and order them publicly filed.

22 DATED: January 9, 2008                QUINN EMANUEL URQUHART OLIVER &
                                         HEDGES, LLP

                                         By _/s/ B. Dylan Proctor_
                                            B. Dylan Proctor
                                            Attorneys for Plaintiff
                                            Mattel, Inc.