ORIGINAL

1   QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
      John B. Quinn (Bar No. 90378)
2      (johnquinn@quinnemanuel.com)
      Michael T. Zeller (Bar No. 196417)
3      (michaelzeller@quinnemanuel.com)
      Jon D. Corey (Bar No. 185066)
4      (joncorey@quinnemanuel.com)
    865 South Figueroa Street, 10th Floor
5   Los Angeles, California 90017-2543
    Telephone: (213) 443-3000
6   Facsimile: (213) 443-3100

7   Attorneys for Mattel, Inc.

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10                         EASTERN DIVISION

11  CARTER BRYANT, an individual,        CASE NO. CV 04-9049 SGL (RNBx)
                                         Consolidated with
12                 Plaintiff,            Case Nos. CV 04-09059 & CV 05-2727

13        vs.                            Hon. Stephen G. Larson

14                                       APPLICATION TO FILE UNDER
    MATTEL, INC., a Delaware             SEAL CERTAIN EXHIBITS TO THE
15  corporation,                         DECLARATION OF B. DYLAN
                                         PROCTOR IN SUPPORT OF
16                                       MATTEL, INC.'S MOTION TO
                   Defendant.            COMPEL THE CONTINUED
17                                       DEPOSITION OF ISAAC LARIAN
                                         AND TO OVERRULE
18  _____ INSTRUCTIONS NOT TO ANSWER

19  AND CONSOLIDATED ACTIONS            [Local Rule 79-5.1]

20                                       **Phase 1**
                                         Discovery Cut-Off:    January 28, 2008
21                                       Pre-Trial Conference: May 5, 2008
                                         Trial Date:           May 27, 2008
22

23

24

25

26

27

28

07209/2240948.1

                                                  APPLICATION TO FILE UNDER SEAL

1    Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order

2    entered by the Court in this action, plaintiff Mattel, Inc. ("Mattel") hereby

3    respectfully requests that the Court order filed under seal Exhibits 16, 18, 20 and 23

4    to the concurrently filed Declaration of B. Dylan Proctor in support of Mattel's

5    Motion to Compel the Continued Deposition of Isaac Larian and to Overrule

6    Instructions Not to Answer ("Proctor Declaration").

7    The Proctor Declaration attaches as exhibits documents that MGA

8    Entertainment, Inc. ("MGA") has designated as "Confidential" and/or "Confidential-

9    -Attorneys' Eyes Only" pursuant to the Protective Order.  As Exhibits 16, 18, 20 and

10   23 to the Proctor Declaration consist of materials designated by MGA as

11   "Confidential" and/or "Confidential--Attorneys' Eyes Only," Mattel requests that the

12   Court order that these exhibits be filed under seal.

13   In the alternative, Mattel requests that the Court declare these exhibits

14   to be outside the definition of "Confidential" and/or "Confidential--Attorneys' Eyes

15   Only" as contained in the Stipulated Protective Order and order them to be filed as

16   part of the public record.

17

18   DATED:  January 23, 2008          QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

19

20                                     By____Dylan Proctor O.J._____

21                                     B. Dylan Proctor
                                       Attorneys for Mattel, Inc.

22

23

24

25

26

27

28

APPLICATION TO FILE UNDER SEAL

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On January 23, 2008, I served true copies of the following document(s) described as **Application to File Under Seal Certain Exhibits to the Declaration of B. Dylan Proctor in Support of Mattel, Inc.'s Motion to Compel the Continued Deposition of Isaac Larian and to Overrule Instructions Not to Answer** on the parties in this action as follows:

Thomas J. Nolan
**Skadden, Arps, Slate, Meageher & Flom LLP**
300 South Grand Ave., Ste. 3400
Los Angeles, CA 90071

Mark E. Overland
David C. Scheper
Alexander H. Cote
**Overland Borenstein Scheper & Kim LLP**
300 South Grand Avenue, Suite 2750
Los Angeles, CA 90071

**BY PERSONAL SERVICE:**  I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 23, 2008, at Los Angeles, California.

NOW LEGAL -- Dave Quintana

07209/2364584.1

## PROOF OF SERVICE

1

2      I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa
3      Street, 10th Floor, Los Angeles, California 90017-2543.

4      On January 23, 2008, I served true copies of the following document(s) described as **Application to File Under Seal Certain Exhibits to the Declaration of B. Dylan Proctor in**
5      **Support of Mattel, Inc.'s Motion to Compel the Continued Deposition of Isaac Larian and to Overrule Instructions Not to Answer** on the parties in this action as follows:

6

7      John W. Keker, Esq.
       Michael H. Page, Esq.
       Christina M. Anderson, Esq.
8      **Keker & Van Nest, LLP**
       710 Sansome Street
9      San Francisco, CA 94111

10   **BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California.  The envelope was mailed with
11   postage thereon fully prepaid.

12   **BY FEDEX:** I deposited such document(s) in a box or other facility regularly maintained by FedEx, or delivered such document(s) to a courier or driver authorized by FedEx to receive
13   documents, in sealed envelope(s) or package(s) designated by FedEx with delivery fees paid or provided for, addressed to the person(s) being served.

14
       I declare that I am employed in the office of a member of the bar of this Court at whose
15   direction the service was made.

16     Executed on January 23, 2008, at Los Angeles, California.

17

18                                                    A. Navarro
                                                      _____
19                                                    Amanda Navarro

20

21

22

23

24

25

26

27

28

quinn emanuel

07209/2217871.1