QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Plaintiff and Cross-Defendant Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED CASES | Case No. CV 04-09049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>STIPULATION RE: THE DEPOSITION OF FARHAD LARIAN;<br><br>[[Proposed] Order filed concurrently herewith] |

**Phase 1:**
Discovery Cut-off:     January 28, 2008
Pre-trial Conference:  May 5, 2008
Trial Date:            May 27, 2008

**Phase 2:**
Discovery Cut-off:     N/A
Pre-trial Conference:  N/A
Trial Date:            N/A

# STIPULATION

WHEREAS, Mattel noticed the deposition of Farhad Larian on September 4, 2007 for October 1, 2007;

WHEREAS, Mr. Larian originally represented that he was available in November 2007;

WHEREAS, the Court imposed two discovery stays in October and November 2007 at MGA's request;

WHEREAS, in discussions after the last stay was lifted, the first date when Mr. Larian and the parties are available is February 4, 2008, which is after the Phase 1 discovery cut-off; and

WHEREAS, the parties are willing to accommodate Mr. Larian's and each other's schedule, provided that the parties are not prejudiced by Mr. Larian's appearance after the January 28, 2008 Phase 1 discovery cut-off date and provided that no party objects to the use of Mr. Larian's testimony on the ground that it was taken after the Phase 1 discovery cut-off date.

NOW, THEREFORE, Mr. Larian and the parties agree as follows, subject to the Court's approval:

1. Mattel will take the deposition of Farhad Larian on February 4, 2008, beginning at 9:30 a.m. at the offices of Quinn Emanuel Urquhart Oliver & Hedges, LLP, 865 S. Figueroa St., Los Angeles, California 90017.

2. Mr. Larian's deposition testimony may be used as provided by F.R.C.P. Rule 32 in Phase 1, notwithstanding the Phase 1 discovery cut-off date.

3. A motion to compel pursuant to F.R.C.P. Rule 37(a)(2)(B) or pursuant to F.R.C.P. Rules 30(a)(1) and 45 with respect to Mr. Larian's deposition will be considered timely even if brought after the Phase 1 discovery cut-off date.

1       IT IS SO STIPULATED.

2

3 DATED: January 23 2008     CHRISTENSEN, GLASER, FINK, JACOBS,
WEIL & SHAPIRO, LLP

By _/s/ Alisa Morgenthaler-Lever_
   Alisa Morgenthaler-Lever, Esq.
   Attorneys for Farhad Larian

DATED: January __, 2008     QUINN EMANUEL URQUHART OLIVER &
HEDGES, LLP

By _____
   Jon D. Corey
   Attorneys for Mattel, Inc.

DATED: January __, 2008     KEKER & VAN NEST, LLP

By _____
   Michael Page
   Attorneys for Carter Bryant

DATED: January __, 2008     SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP

By _____
   Thomas Nolan
   Attorneys for MGA Entertainment, Inc.,
   MGAE de Mexico, S.R.L. de C.V., MGA
   Entertainment (HK) Limited, and Isaac
   Larian

IT IS SO STIPULATED.

DATED: January __, 2008     CHRISTENSEN, GLASER, FINK, JACOBS, WEIL & SHAPIRO, LLP

By_____
Alisa Morgenthaler-Lever, Esq.
Attorneys for Farhad Larian

DATED: January 23, 2008     QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By  /s/ Jon Corey/jpc
Jon D. Corey
Attorneys for Mattel, Inc.

DATED: January __, 2008     KEKER & VAN NEST, LLP

By_____
Michael Page
Attorneys for Carter Bryant

DATED: January __, 2008     SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By_____
Thomas Nolan
Attorneys for MGA Entertainment, Inc., MGAE de Mexico, S.R.L. de C.V., MGA Entertainment (HK) Limited, and Isaac Larian

1  IT IS SO STIPULATED.

2

3  DATED: January __, 2008          CHRISTENSEN, GLASER, FINK, JACOBS,
4                                   WEIL & SHAPIRO, LLP

5

6                                   By_____
                                    Alisa Morgenthaler-Lever, Esq.
7                                   Attorneys for Farhad Larian

8

9  DATED: January __, 2008          QUINN EMANUEL URQUHART OLIVER &
                                    HEDGES, LLP
10

11
                                    By_____
12                                  Jon D. Corey
                                    Attorneys for Mattel, Inc.
13

14

15
    DATED: January 23, 2008         KEKER & VAN NEST, LLP
16

17
                                    By_____
18                                  Michael Page
                                    Attorneys for Carter Bryant
19

20
    DATED: January __, 2008         SKADDEN, ARPS, SLATE, MEAGHER &
21                                  FLOM, LLP

22

23
                                    By_____
24                                  Thomas Nolan
                                    Attorneys for MGA Entertainment, Inc.,
25                                  MGAE de Mexico, S.R.L. de C.V., MGA
                                    Entertainment (HK) Limited, and Isaac
26                                  Larian

27

28

07209/2364500.2

IT IS SO STIPULATED.

DATED: January __, 2008      CHRISTENSEN, GLASER, FINK, JACOBS, WEIL & SHAPIRO, LLP


By_____
    Alisa Morgenthaler-Lever, Esq.
    Attorneys for Farhad Larian


DATED: January __, 2008      QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP


By_____
    Jon D. Corey
    Attorneys for Mattel, Inc.


DATED: January __, 2008      KEKER & VAN NEST, LLP


By_____
    Michael Page
    Attorneys for Carter Bryant


DATED: January 23, 2008      SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP


By /s/ Tom Nolan
    Thomas Nolan
    Attorneys for MGA Entertainment, Inc., MGAE de Mexico, S.R.L. de C.V., MGA Entertainment (HK) Limited, and Isaac Larian

-3-
STIPULATION RE: DEPOSITION OF FARHAD LARIAN

07209/2364500.2