QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Plaintiff and Cross-Defendant Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED CASES | Case No. CV 04-09049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>[PROPOSED] ORDER ON STIPULATION RE: THE DEPOSITION OF FARHAD LARIAN;<br><br>**Phase 1:**<br>Discovery Cut-off:   January 28, 2008<br>Pre-trial Conference: May 5, 2008<br>Trial Date:                May 27, 2008<br><br>**Phase 2:**<br>Discovery Cut-off:   N/A<br>Pre-trial Conference: N/A<br>Trial Date:                N/A |

## [PROPOSED] ORDER

The parties and Farhad Larian having so stipulated, and finding good cause hereto, IT IS HEREBY ORDERED THAT:

1. Mattel will take the deposition of Farhad Larian on February 4, 2008, beginning at 9:30 a.m. at the offices of Quinn Emanuel Urquhart Oliver & Hedges, LLP, 865 S. Figueroa St., Los Angeles, California 90017.

2. Mr. Larian's deposition testimony may be used as provided by F.R.C.P. Rule 32 in Phase 1, notwithstanding the Phase 1 discovery cut-off date.

3. Any motion to compel pursuant to F.R.C.P. Rule 37(a)(2)(B) or pursuant to F.R.C.P. Rules 30(a)(1) and 45 with respect to Mr. Larian's deposition will be considered timely even if brought after the Phase 1 discovery cut-off date.

DATED:_____, 2008            _____
                                        HON. STEPHEN G. LARSON
                                        UNITED STATES DISTRICT
                                        COURT JUDGE