## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On January 24, 2008, I served true copies of the following document(s) described as **STIPULATION RE: THE DEPOSITION OF FARHAD LARIAN; [PROPOSED] ORDER ON STIPULATION RE: THE DEPOSITION OF FARHAD LARIAN** on the parties in this action as follows:

Alisa Morgenthaler Lever
Christensen, Glaser, Fink, Jacobs, Weil
 & Shapiro LLP
10250 Constellation Blvd., 19th Floor
Los Angeles, CA  90067

**BY MAIL:** I am "readily familiar" with the practices of Quinn Emanuel Urquhart Oliver & Hedges for collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. I enclosed the foregoing in sealed envelope(s) addressed as shown above, and such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary business practices.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 24, 2008, at Los Angeles, California.

_____
Debbie Yeh