QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. CV 04-09059 & Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Hon. Edward Infante (Ret.)]**<br><br>ORDER GRANTING MATTEL INC.'S APPLICATION TO FILE UNDER SEAL MATTEL'S REPLY IN SUPPORT OF MOTION TO COMPEL RESPONSES TO INTERROGATORIES (NOS. 27-44, 46-50) BY THE MGA PARTIES; CONSOLIDATED SEPARATE STATEMENT IN SUPPORT OF MOTION TO COMPEL RESPONSES TO INTERROGATORIES BY THE MGA PARTIES; AND EXHIBITS 1, 5 AND 11 TO THE SUPPLEMENTAL DECLARATION OF B. DYLAN PROCTOR<br><br>Date: TBD<br>Time: TBD<br>Place: TBD<br><br>Discovery Cutoff: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2345514.1

MATTEL, INC.'S PROPOSED ORDER

ORDER

Based on the Mattel, Inc.'s Application to File Under Seal Mattel's Reply in Support of Motion to Compel Responses to Interrogatories (Nos. 27-44, 46-50) by the MGA Parties; Mattel's Consolidated Separate Statement in Support of Motion to Compel Responses to Interrogatories (Nos. 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 46, 47, 48, 49 And 50) by the MGA Parties; and Exhibits 1, 5 and 11 to the Supplemental Declaration of B. Dylan Proctor in Support of Motion to Compel Responses to Interrogatories (Nos. 27-44, 46-50) by the MGA Parties, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Mattel, Inc.'s Reply in Support of Motion to Compel Responses to Interrogatories (Nos. 27-44, 46-50) by the MGA Parties; Mattel's Consolidated Separate Statement in Support of Motion to Compel Responses to Interrogatories (Nos. 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 46, 47, 48, 49 And 50) by the MGA Parties; and Exhibits 1, 5 and 11 to the Supplemental Declaration of B. Dylan Proctor in Support of Motion to Compel Responses to Interrogatories (Nos. 27-44, 46-50) by the MGA Parties are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: January 18 , 2008

Hon. Stephen G. Larson
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

07209/2345514.1

-3-
MATTEL, INC.'S PROPOSED ORDER