1  THOMAS J. NOLAN (Bar No. 66992)
   (tnolan@skadden.com)
2  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue
3  Los Angeles, CA  90071-3144
   Tel.: (213) 687-5000/Fax: (213) 687-5600
4
   RAOUL D. KENNEDY (Bar No. 40892)
5  (rkennedy@skadden.com)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
6  4 Embarcadero Center, 38th Floor
   San Francisco, CA  94111-5974
7  Tel.: (415) 984-6400 / Fax: (415) 984-2698

8  Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited,
   MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian
9

10
                      UNITED STATED DISTRICT COURT
11
                     CENTRAL DISTRICT OF CALIFORNIA
12

13

14 | CARTER BRYANT, an individual,   ) CASE NO. CV 04-09049 SGL
                                     ) (RNBx)
                   Plaintiff,        )
15                                   ) **DISCOVERY MATTER**
              v.                     )
16                                   )
   MATTEL, INC., a Delaware          ) CASE NO. CV 04-9049 SGL (RNBx)
17 corporation,                      )
                                     ) **DISCOVERY MATTER**
18                 Defendant.        )
                                     )
19 ─────────────────────────────     ) ORDER
   AND CONSOLIDATED ACTIONS          )
20                                   )

## ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the following documents be filed under seal pursuant to Local Rule 79-5.1: MGA'S Notice Of Motion And Motion To Compel Mattel To Produce Email, the associated Declarations of Robert J. Herrington and Thomas E. Haroldson and related exhibits.

DATED: January 18, 2008

*signature*

Hon. Stephen G. Larson
United States District Court Judge