| | |
|---|---|
| 1 | Larry McFarland (Bar No. 129668) |
| 2 | Christian Dowell (Bar No. 241973) |
|   | KEATS, McFARLAND & WILSON LLP |
| 3 | 9720 Wilshire Blvd. |
|   | Penthouse Suite |
| 4 | Beverly Hills, CA 90212 |
|   | Telephone:  (310) 248-3830 |
| 5 | Facsimile:   (310) 860-0363 |
|   | Email:   lmcfarland@kmwlaw.com |
| 6 |          cdowell@kmwlaw.com |
| 7 | Attorneys for Ana Elise Cloonan, |
| 8 | Margaret Hatch-Leahy, and Veronica Marlow |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, <br><br> Plaintiff, <br> v. <br><br> MATTEL, INC., a Delaware corporation; <br><br> Defendant. <br><br> AND RELATED ACTIONS. | Case No.: CV 04 – 09049 SGL (RNBx) <br> Consolidated with Case Nos. <br> CV 04-9059 and CV 05-2727 <br> Hon. Stephen G. Larson <br><br> NOTICE OF MATTEL'S FAILURE TO SERVE THE MANUALLY FILED PORTION OF THE EX PARTE APPLICATION ON COUNSEL FOR MS. CLOONAN, MS. LEAHY AND MS. MARLOW <br><br> Hearing Date:   N/A <br> Time:              N/A <br> Place:             N/A |

1   As of the time of this filing, counsel for Mattel has not served the manually filed portion of Mattel, Inc.'s *Ex Parte* Application to (1) Compel Production of Electronic Media from Third-Parties Elise Cloonan, Margaret Hatch-Leahy, and Veronica Marlow or (2) in the Alternative, Modify the Scheduling Order; and Memorandum of Points and Authorities in Support Thereof (the "Ex Parte Application") on counsel for non-party witnesses Ms. Leahy, Ms. Marlow and Ms. Cloonan.  United States District Court for the Central District of California, General Order No. 07-08, states that "Documents traditionally filed in paper (refer to Section VII), must be served by ECF attorneys using traditional means of service in the manner prescribed for such service in the Federal Rules of Civil Procedure and Federal Rules of Criminal Procedure."  Section III.C.  Pursuant to Section VII of the Order, Mattel electronically filed a Notice of Manual Filing for the sealed portions of the Tayback Declaration in support of the Ex Parte Application, but counsel for the non-party witnesses has not yet been served with the unredacted declaration.  Counsel for the non-party witnesses noted that there were problems with respect to service on counsel for the non-parties at the hearing before the Court held on January 7, 2008.

Counsel for non-parties Cloonan, Leahy and Marlow, intends to oppose the <u>Ex Parte</u> Application, and will draft and file their opposition to the <u>Ex Parte</u> Application within 24 hours of service of the manually filed portion of the Ex Parte Application as set forth in the Court's Standing Order, unless the Court orders otherwise.

Dated:  January 24, 2008         KEATS MCFARLAND & WILSON LLP

/s/
Larry W. McFarland, Esq.
Attorneys for Non-Parties Ana Elise Cloonan,
Margaret Hatch-Leahy, and Veronica Marlow