1 | THOMAS J. NOLAN (Bar No. 66992)
2 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
    300 South Grand Avenue
    Los Angeles, CA 90071-3144
3 | Telephone: (213) 687-5000
    Facsimile: (213) 687-5600
4 | E-mail: tnolan@skadden.com

5 | RAOUL D. KENNEDY (Bar No. 40892)
    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
6 | 4 Embarcadero Center, 38th Floor
    San Francisco, California 94111-5974
7 | Telephone: (415) 984-6400
    Facsimile: (415) 984-2698
8 | Email: rkennedy@skadden.com

9 | Attorneys for Counter-Defendants
    MGA ENTERTAINMENT, INC., ISAAC LARIAN,
10 | MGA ENTERTAINMENT (HK) LIMITED, and
    MGAE de MEXICO S.R.L. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation<br><br>Defendant.<br><br><br>Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>Hon. Stephen G. Larson<br><br>**STIPULATION RE: THE DEPOSITIONS OF WACHOVIA CORPORATION, MOSS ADAMS, AND MATTEL'S DESIGNEE ON TOPIC NOS. 15-21**<br><br>[[Proposed Order] Order filed concurrently herewith]<br><br>**Phase 1**<br>Discovery Cut-Off: Jan. 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008<br><br>**Phase 2**<br>Discovery Cut-Off: N/A<br>Pre-Trial Conference: N/A<br>Trial Date: N/A |

STIPULATION RE: DEPOSITIONS OF WACHOVIA CORPORATION, MOSS ADAMS, MATTEL DESIGNEE TOPIC NOS. 15-21

## Stipulation

This Stipulation is entered into by and between Mattel, on the one hand, and MGA Entertainment, Inc., Isaac Larian, MGA Entertainment (HK) Limited, and MGAE de Mexico S.R.L. de C.V., Carter Bryant, and Carlos Gustavo Machado, on the other hand, with reference to the following:

WHEREAS, on January 7, 2008, the Court granted in part and denied in part Mattel's motion for leave to take additional discovery and granted Mattel's request to take additional individual depositions, including the depositions of Wachovia Corporation and Moss Adams;

WHEREAS, the Court ordered the depositions permitted by the January 7, 2008 order to be held prior to the discovery cutoff date of January 28, 2008;

WHEREAS, Mattel previously had issued document subpoenas to Wachovia Corporation and Moss Adams, which seek documents that Mattel contends are relevant to the claims and defenses in these consolidated actions;

WHEREAS, MGA has pending a motion to quash those subpoenas and Mattel has a cross-motion to compel Moss Adams and Wachovia to produce documents responsive to those subpoenas;

WHEREAS, MGA has filed a motion to quash the deposition subpoenas issued by Mattel to Wachovia Corporation and Moss Adams on the same grounds as set forth in MGA's prior motion to quash, and the next available hearing date in front of Discovery Master Infante is February 8, 2008;

WHEREAS, on January 9, 2008, the Discovery Master granted MGA's motion seeking an order compelling Mattel to produce a witness on Topic Nos. 15-21 by January 28, 2007;

WHEREAS, MGA has pending two motions for an order finding a waiver of the attorney client privilege that may impact the scope of any testimony on Topic Nos. 15-21;

1  WHEREAS, those motions are scheduled for hearing on February 8, 2008 in front of Discovery Master Infante;

WHEREAS, the parties wish to have the rulings of the Discovery Master on these motions before any of these depositions proceed;

THEREFORE, the undersigned parties, through their undersigned counsel, stipulate and agree as follows, subject to the Court's approval:

1. The depositions of Wachovia Corporation, Moss Adams and Mattel's designee on Topic Nos. 15-21 are stayed pending a ruling on the identified motions;

2. The fact that any deposition of Wachovia Corporation, Moss Adams and/or Mattel's designee on Topic Nos. 15-21 will take place after January 28, 2008, shall not bar any such deposition testimony from being introduced during Phase 1 of the trial or the use of any such deposition testimony for any purpose permitted by the Federal Rules of Civil Procedure, the Federal Rules of Evidence or any other applicable law or statute.

IT IS SO STIPULATED

DATED: January 24, 2008        SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By: /s/ Paul Eckles (AOO)
    Paul M. Eckles

Attorney for Counter-Defendants
MGA ENTERTAINMENT, INC.,
ISAAC LARIAN, MGA
ENTERTAINMENT (HK) LIMITED, and
MGAE de MEXICO S.R.L. de C.V.

DATED: January 24, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By: *Jon Corey (ADO)*
Jon D. Corey
Attorneys for Mattel, Inc.

DATED: January 24, 2008

KEKER & VAN NEST, LLP

By: *Michael Page (ADO)*
Michael Page
Attorneys for Carter Bryant

DATED: January 24, 2008

OVERLAND BORENSTEIN SCHEPER & KIM

By: *Alexander Cote (ADO)*
Alexander H. Cote
Attorneys for Carlos Gustavo Machado Gomez

-3-
STIPULATION RE: DEPOSITIONS OF WACHOVIA CORPORATION, MOSS ADAMS, MATTEL DESIGNEE ON TOPIC NOS. 15-21