1 | THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
2 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
3 | Los Angeles, CA 90071-3144
Tel.: (213) 687-5000 / Fax: (213) 687-5600
4 |
RAOUL D. KENNEDY (Bar No. 40892)
5 | (rkennedy@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
6 | 4 Embarcadero Center, 38th Floor
San Francisco, CA 94111-5974
7 | Tel.: (415) 984-6400 / Fax: (415) 984-2698

8 | Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian

## UNITED STATED DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>　　　　Defendant.<br><br>Consolidated with Mattel, Inc. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, Inc. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. CV 04-09059 and Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>[PROPOSED] ORDER RE: DEPOSITIONS OF WACHOVIA CORPORATION, MOSS ADAMS, AND MATTEL'S DESIGNEE ON TOPIC NOS. 15-21<br><br>**Phase 1**<br>Discovery Cut-Off:　January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date:　　　　　May 27, 2008 |

[PROPOSED] ORDER

## ORDER

Based on the Stipulation regarding the depositions of Wachovia Corporation, Moss Adams, and Mattel's Designee on Topic Nos. 15-21, IT IS HEREBY ORDERED that (1) the depositions of Wachovia Corporation, Moss Adams, and Mattel's designee on Topic Nos. 15-21 are stayed pending a ruling on the motions identified in the Stipulation and (2) the fact any deposition of Wachovia Corporation, Moss Adams, and/or Mattel's designee on Topic Nos. 15-21 will take place after January 28, 2008, will not bar any such deposition testimony from being introduced during Phase 1 of the trial or the use of any such deposition testimony for any purpose permitted by the Federal Rules of Civil Procedure, the Federal Rules of Evidence or any other applicable law or statute.

DATED: January ___, 2008

_____
Hon. Stephen G. Larson
United States District Court Judge