QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED CASES | Case No. CV 04-09049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>[PROPOSED] ORDER GRANTING MATTEL, INC.'S *EX PARTE* APPLICATION TO ENFORCE COURT ORDERS COMPELLING PRODUCTION OF TANGIBLE ITEMS; AND FOR MODIFICATION OF SCHEDULING ORDER<br><br>Date: TBA<br>Time: TBA<br>Place: TBA<br><br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

## [PROPOSED] ORDER

Having considered Mattel, Inc.'s *Ex Parte* Application To Enforce Court Orders Compelling Production Of Tangible Items; And For Modification Of Scheduling Order (the "Application"), and all other papers and argument submitted in support of or opposition to the Application, and finding good cause therefore,

IT IS HEREBY ORDERED that:

1. Mattel's Application is GRANTED.

2. MGA shall make available for inspection, imaging, and 3D scanning all tangible items responsive to Request Nos. 7-13, 26-27, 32-36, 46, 51, 53, 55, 96-100 of Mattel, Inc.'s First Set of Requests For Production Of Documents And Tangible Things To MGA Entertainment, Inc. no later than February 7, 2008.

3. MGA shall make available for inspection, imaging, and 3D scanning all tangible items responsive to Request Nos. 5, 6, 9-10, 13, 16-17, 49, 52, and 166 of Mattel, Inc.'s First Set of Requests For Documents And Things Re Claims Of Unfair Competition To MGA Entertainment, Inc. no later than February 7, 2008.

4. MGA shall reimburse Mattel for the costs associated with the inspection, imaging, and scanning of any items located in Hong Kong, Shenzhen, China, and all other non-U.S. locations, beyond the amount that Mattel would have incurred if these items had been produced in Los Angeles.

5. The scheduling order is modified as follows: (1) Mattel shall have two weeks after the completion of its inspection, imaging and scanning for completion of fact discovery relating to or relying on the above items; and (2) Mattel shall have four

1  weeks after the completion of its inspection, imaging, and scanning to prepare its experts'
2  initial reports relating to or relying on the above items.
3
4
5  **IT IS SO ORDERED.**
6
7
8  DATED: _____, 2008  _____
   Hon. Stephen G. Larson
9  United States District Judge