QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED CASES | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>DECLARATION OF JON D. COREY IN SUPPORT OF MATTEL INC.'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION OBJECTING TO THE DISCOVERY MASTER'S JANUARY 11, 2008 ORDER GRANTING MGA'S AND BRYANT'S MOTION TO COMPEL RE: MATTEL'S ALLEGED BANDYING<br><br>Hearing Date:  March 3, 2008<br>Time:  10:00 a.m.<br>Courtroom:  1<br><br>**Phase 1**<br>Discovery Cut-off:  Jan. 28, 2008<br>Pre-trial Conference:  May 5, 2008<br>Trial Date:  May 27, 2008 |

07209/2366835.1

DECLARATION OF JON D. COREY

## DECLARATION OF JON D. COREY

I, Jon D. Corey, declare as follows:

1. I am a member of the bars of the State of California and the District of Columbia, and a partner of Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Attached as Exhibit 1 is a true and correct copy of Bryant's Notice of Deposition of Plaintiff and Counter-Defendant Mattel, Inc., dated December 21, 2004.

3. Attached as Exhibit 2 is a true and correct copy of excerpts from the March 15, 2005 Meet and Confer Transcript (filed with Opposition to MGA and Bryant's Motion to Compel Re: Mattel's Bandying of 30(b)(6) Witnesses ("Opposition") as Ex. 1 to Zeller Declaration).

4. Attached as Exhibit 3 is a true and correct copy of the Stipulation and Order Re: Certain Discovery Issues dated May 4, 2005.

5. Attached as Exhibit 4 is a true and correct copy of the Protective Order signed by Judge Block, dated January 4, 2005.

6. Attached as Exhibit 5 is a true and correct copy of a letter I sent to Diana Torres and Douglas Wickham, dated May 16, 2005 (filed with Opposition as Ex. 2 to Corey Declaration).

7. Attached as Exhibit 6 is a true and correct copy of a letter I sent to Keith Jacoby and James Jenal, dated April 11, 2007 (filed with Opposition as Ex. 3 to Corey Declaration).

8. Attached as Exhibit 7 is a true and correct copy of an e-mail exchange between Christa Anderson and me, dated December 10, 2007.

|   |   |
|---|---|
| 1 | 9. Attached as Exhibit 8 is a true and correct copy of a letter from Dylan Proctor to Timothy Miller, Larry McFarland, Michael Page and Daniel Warren, dated December 20, 2007. |

9.     Attached as Exhibit 8 is a true and correct copy of a letter from Dylan Proctor to Timothy Miller, Larry McFarland, Michael Page and Daniel Warren, dated December 20, 2007.

10.     Attached as Exhibit 9 is a true and correct copy of Mattel Inc.'s Opposition to MGA and Carter Bryant's Joint Motion to Compel Re: Mattel's Alleged Bandying of 30(b)(6) Witnesses.

11.     Attached as Exhibit 10 is a true and correct copy of the Reply in Support of MGA and Bryant's Motion to Compel Re: Mattel's Bandying of 30(b)(6) Witnesses.

12.     Attached as Exhibit 11 is a true and correct copy of Excerpts from the January 3, 2008 Hearing Transcript.

13.     Attached as Exhibit 12 is a true and correct copy of an e-mail from Jon Corey to John Trinidad, dated January 10, 2008.

14.     Attached as Exhibit 13 is a true and correct copy of an e-mail from Jon Corey to John Trinidad, dated January 11, 2008.

15.     Attached as Exhibit 14 is a true and correct copy of the Order Granting in Part MGA Entertainment Inc.'s and Carter Bryant's Joint Notice of Motion Re: Mattel's Bandying of 30(b)(6) Witnesses dated January 11, 2008.

16.     Attached as Exhibit 15 is a true and correct copy of a letter from Alexander Cote to Dylan Proctor and me, dated January 17, 2008.

17.     Attached as Exhibit 16 is a true and correct copy of Excerpts from MGA Entertainment Inc.'s Objections to Fourth Notice of Deposition of MGA

/ / /

/ / /

/

1 | Entertainment, Inc. Pursuant to Federal Rule of Civil Procedure 30 (b)(6) dated
2 | January 17, 2008.
3 |     I declare under penalty of perjury under the laws of the United States of
4 | America that the foregoing is true and correct.
5 |     Executed on January 24, 2008, at New York, New York.

          /s/ Jon D. Corey
          Jon D. Corey