QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>            Plaintiff,<br><br>    v.<br><br>MATTEL, INC., a Delaware Corporation,<br><br>            Defendant. | Case No. CV 04-09049 (RNBx)<br><br>Hon. Stephen G. Larson<br><br>NOTICE OF MATTEL'S OBJECTION TO THE DISCOVERY MASTER'S JANUARY 11, 2008 ORDER GRANTING MGA'S AND BRYANT'S MOTION TO COMPEL RE: MATTEL'S ALLEGED BANDYING OF 30(B)(6) WITNESSES<br><br>Hearing Date:  March 3, 2008<br>Time:              10:00 a.m.<br>Courtroom:    1<br><br>**Phase 1**<br>Discovery Cut-off:   Jan. 28, 2008<br>Pre-trial Conference: May 5, 2008<br>Trial Date:              May 27, 2008 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, on March 3, 2008 at 10:00 a.m., or as soon thereafter as this matter may be heard, in Courtroom 1 of the above entitled Court, located at 3470 Twelfth Street, Riverside CA 92501, Mattel, Inc. will, and hereby does, object to the Discovery Master's January 11, 2008 Order (the "Order") Granting in Part MGA Entertainment, Inc.'s and Carter Bryant's Joint Motion to Compel re: Alleged Bandying of 30(b)(6) Witnesses and requests the Court to modify that order.

Mattel's Objection is made on the grounds that the January 11, 2008 Order contains the following legal errors that preclude Mattel from complying with the Order:  as set forth further in the Memorandum of Points and Authorities submitted herewith, the Order requires clarification as to whether it purports to compel Mattel to violate the Court's Protective Order; to overrule the prior, unappealed Order by Magistrate Judge Block regarding these same Rule 30(b)(6) deposition topics; to compel Mattel to provide testimony unrelated to the claims and defenses in these consolidated actions; and/or to deny Mattel its right under the Federal Rules to designate one or more witnesses per topic to testify on its behalf, as set forth in Rule 30(b)(6).

The Objection is based on this Notice of Objection and Objection, the accompanying Memorandum of Points and Authorities, the Declaration of Jon D. Corey filed concurrently herewith, the records and files of this Court, and all other matters of which the Court may take judicial notice.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**Statement of Rule 37-1 Compliance**

The parties met and conferred on Sunday, January 13, 2008, regarding Mattel's Objection.

DATED:  January 24, 2008         QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By_____
    Jon Corey
    Attorneys for Mattel, Inc.