QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>             Plaintiff,<br><br>     v.<br><br>MATTEL, INC., a Delaware Corporation,<br><br>             Defendant. | Case No. CV 04-09049 (RNBx)<br><br>Hon. Stephen G. Larson<br><br>[PROPOSED] ORDER MODIFYING THE DISCOVERY MASTER'S JANUARY 11, 2008 ORDER GRANTING MGA'S AND BRYANT'S MOTION TO COMPEL RE: MATTEL'S ALLEGED BANDYING OF 30(B)(6) WITNESSES<br><br>Hearing Date:     March 3, 2008<br>Time:             10:00 a.m.<br>Courtroom:        1<br><br>**Phase 1**<br>Discovery Cut-off:    Jan. 28, 2008<br>Pre-trial Conference: May 5, 2008<br>Trial Date:           May 27, 2008 |

07209/2366548.1

PROPOSED ORDER

# [PROPOSED] ORDER

The matter before the Court is Mattel's Objection to the Discovery Master's January 11, 2008 Order Granting MGA's and Bryant's Motion to Compel Re: Mattel's Alleged Bandying of Witnesses. Having considered all papers filed in support of and in opposition to the Objection and hearing oral argument on March 3, 2008, or sometime thereafter, the Court hereby GRANTS Mattel's Objection and modifies the Discovery Master's January 11, 2008 Order as follows:

The Order

(i) does not require testimony as to material produced in discovery by MGA/Bryant or third parties, including material designated "CONFIDENTIAL-ATTORNEYS EYES ONLY" under the Court's Protective Order;

(ii) incorporates Magistrate Judge Block's May 4, 2005 Order, including its limitation that Mattel is required to provide testimony only as to facts, not legal contentions;

(iii) does not require testimony not relevant to any claim or defense; and

(iv) affords Mattel the right to produce one or more witnesses per topic as set forth in Federal Rule 30(b)(6).

IT IS SO ORDERED.

DATED: _____, 2008

By_____
Hon. Stephen G. Larson
U.S. District Court

07209/2366548.1

1

PROPOSED ORDER