QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Hon. Stephen G. Larson<br><br>[PROPOSED] ORDER GRANTING MATTEL, INC.'S *EX PARTE* APPLICATION FOR A STAY OF THE DISCOVERY MASTER'S JANUARY 11, 2008 ORDER GRANTING MGA'S AND BRYANT'S MOTION TO COMPEL RE: MATTEL'S ALLEGED BANDYING OF 30(B)(6) WITNESSES PENDING REVIEW OF MATTEL'S OBJECTIONS<br><br>**Phase 1**<br>Discovery Cut-off:     Jan. 28, 2008<br>Pre-trial Conference:   May 5, 2008<br>Trial Date:                 May 27, 2008 |

1 **PROPOSED ORDER**

2 The Matter before this Court is Mattel's *Ex Parte* Application for a Stay of the
3 Discovery Master's January 11, 2008 Order Granting MGA's and Bryant's Motion to
4 Compel Re: Mattel's Alleged Bandying of Witnesses Pending Review of Mattel's
5 Objections.  Having reviewed the papers in support of and in opposition to, the
6 Court hereby GRANTS the *Ex Parte* Application staying the Order until the
7 Objection is heard on March 3, 2008 or thereafter.

8 IT IS SO ORDERED.

9 DATED: _____, 2008

10

11
12                                     By_____
                                              Stephen G. Larson
                                              U.S. District Court
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

07209/2364025.1

-1-

PROPOSED ORDER