# EXHIBIT A

## Rachel Fiset

**From:** Jon Corey
**Sent:** Wednesday, January 23, 2008 12:34 AM
**To:** Eckles, Paul M; mpage@kvn.com; acote@obsklaw.com
**Cc:** Michael T Zeller; Dylan Proctor
**Subject:** Bryant v. Mattel, Inc.

Counsel:

Mattel's time to object to the order on the bandying motion is fast approaching. Will Bryant, the MGA parties and Mr. Machado agree to stipulate that Mattel is relieved of its obligation to comply with the Discovery Master's order while the objection is pending? If not, then this will serve as notice that Mattel will be forced to seek relief from its compliance obligation from Judge Larson on an ex parte basis. If the counter-defendants are not amenable to such an agreement, then Mattel anticipates filing that application with Judge Larson on Thursday, January 24, 2008. Please let me know at your earliest convenience whether you can agree to a stay of Mattel's obligation or whether you will oppose the application for that relief.

Best regards,


Jon Corey
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Main Phone: (213) 443-3000
Main Fax: (213) 443-3100
E-mail: joncorey@quinnemanuel.com
Web: www.quinnemanuel.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

1/24/2008

# EXHIBIT B

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE

NEW YORK 10036-6522

TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
212-735-2578
DIRECT FAX
917-777-2578
EMAIL ADDRESS
PMECKLES@SKADDEN.COM

FIRM/AFFILIATE OFFICES
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

January 24, 2008

**VIA FACSIMILE & EMAIL**
Jon D. Corey
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017

RE: Bryant v. Mattel, Inc.

Dear Mr. Corey:

I write regarding your request that we stay the depositions of Mattel's designees on the topics in Discovery Master Infante's order granting MGA's and Bryant's Joint Motion re: Bandying. Discovery Master Infante's order addresses several topics that relate to core Phase 1 issues and requires that these depositions take place by January 28, 2008. These topics are set forth in a notice that was propounded in 2004. MGA and Bryant already have been waiting for proper testimony on these issues for too long. Given the Phase 1 schedule that is in place, we cannot wait any longer. Moreover, given the standard that Judge Larson has applied in reviewing discovery orders, we do not see any reasonable basis for your planned appeal of Discovery Master Infante's order.

For all of these reasons, we cannot agree to your request.

Very truly yours,

*/s/ Paul Eckles*

Paul M. Eckles