QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBIT 4 TO THE DECLARATION OF SCOTT B. KIDMAN IN SUPPORT OF MATTEL, INC.'S MOTION FOR RECONSIDERATION OF PORTIONS OF DISCOVERY MASTER'S DECEMBER 31, 2007 ORDER<br><br>Hearing Date:   February 25, 2008<br>Time:           10:00 a.m.<br>Place:          Courtroom 1<br><br>**Phase 1**<br>Discovery Cut-Off:   January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date:          May 27, 2008 |

07209/2360076.1

[PROPOSED] ORDER

## ORDER

Based on the concurrently filed Application to File Under Seal Exhibit 4 To The Declaration Of Scott B. Kidman In Support Of Mattel, Inc.'s Motion For Reconsideration Of Portions Of Discovery Master's December 31, 2007 Order,

IT IS HEREBY ORDERED:

Exhibit 4 To The Declaration Of Scott B. Kidman In Support Of Mattel, Inc.'s Motion For Reconsideration Of Portions Of Discovery Master's December 31, 2007 Order is ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED:  January 18 , 2008

*S.G. Larson*

Hon. Stephen G. Larson
United States District Judge

07209/2360076.1

-2-

[PROPOSED] ORDER