THOMAS J. NOLAN (Bar No. 066992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, CA 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600
E-mail: tnolan@skadden.com

RAOUL D. KENNEDY (Bar No. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Embarcadero Center, Suite 3800
San Francisco, CA 94111
Telephone: (415) 984-6400
Facsimile: (415) 984-2698
E-mail: rkennedy@skadden.com

Attorneys for Counter-Defendants,
MGA ENTERTAINMENT, INC., ISAAC LARIAN, MGA ENTERTAINMENT (HK) LIMITED, AND MGAE de MEXICO S.R.L. de C.V.

**FILED** 2008 JAN 16 PM 3:58
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY _____

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation<br><br>Defendant.<br><br>Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>**PROOF OF SERVICE**<br><br>[To be heard by Discovery Master Hon. Edward Infante (Ret.) Pursuant to Court Order of December 6, 2006]<br><br>Discovery Cut-Off: January 28, 2008 |

PROOF OF SERVICE — NO. CV 04-9049 SGL (RNBx)

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 300 South Grand Avenue, 34th Floor, Los Angeles, CA 90071.

On January 16, 2008, I served the foregoing documents described as:

on the interested parties in this action addressed as follows:

**SEE ATTACHED SERVICE LIST**

☑ (BY PERSONAL SERVICE) ☑ By personally delivering copies to the person served. (FEDERAL)

☑ I caused such document to be hand delivered to the above addressees. (FEDERAL)

☐ (BY FEDERAL EXPRESS) I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing with Federal Express and the fact that the correspondence would be deposited with Federal Express that same day in the ordinary course of business; on this date, the above-referenced correspondence was placed for deposit at Los Angeles, California and placed for collection and mailing following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed on January 16, 2008 at Los Angeles, California.

Matthew T. Bowman
PRINT NAME            SIGNATURE

# DOCUMENT LIST

(1)   NOTICE OF MOTION AND MOTION TO COMPEL MATTEL TO PRODUCE EMAIL

(2)   DECLARATION OF ROBERT J. HERRINGTON IN SUPPORT OF NOTICE OF MOTION AND MOTION TO COMPEL MATTEL TO PRODUCE EMAIL

(3)   DECLARATION OF THOMAS E. HAROLDSON IN SUPPORT OF NOTICE OF MOTION AND MOTION TO COMPEL MATTEL TO PRODUCE EMAIL

1  SERVICE LIST

2

3  John B. Quinn, Esq.
   Michael T. Zeller, Esq.
4  Jon D. Corey, Esq.
   Timothy L. Alger, Esq.
5  Quinn Emanuel Urquhart Oliver &
   Hedges, LLP
6  865 South Figueroa Street, 10th Floor
   Los Angeles, CA  90017-2543
7  (213) 443-3000
   (213) 443-3100 (Fax)
8
   Attorneys for Mattel, Inc.
9  [Personal Service]

10

11

12  Mark E. Overland, Esq.
    Alexander H. Cote, Esq.
13  David C. Scheper, Esq.
    Overland Borenstein Scheper & Kim
14  300 South Grand Avenue, Suite 2750
    Los Angeles, CA  90071
15  (213) 613-4655
    (213) 613-4656 (Fax)

John W. Keker, Esq.
Michael H. Page, Esq.
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA  94111
(415) 391-5400
(415) 397-7188 (Fax)

Attorneys for Carter Bryant
[Federal Express]

16
17
18
19
20
21
22
23
24
25
26
27
28