QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
 John B. Quinn (Bar No. 090378)
 (johnquinn@quinnemanuel.com)
 Michael T. Zeller (Bar No. 196417)
 (michaelzeller@quinnemanuel.com)
 Jon D. Corey (Bar No. 185066)
 (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Hon. Edward Infante (Ret.) Pursuant To The Court's Order of December 6, 2006]**<br><br>PROOF OF SERVICE<br><br>Date: TBD<br>Time: TBD<br>Place: JAMS<br>      Two Embarcadero Center<br>      Suite 1500<br>      San Francisco, California<br><br>Phase 1:<br>Discovery Cut-off: January 28, 2008<br>Pre-trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

03437/2338883.4

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action, My business address is 865 South Figueroa Street, 10th Floor, Los Angeles, CA 90017.

On January 9, 2008, I served true copies of the following document(s) described as:

1. MATTEL INC.'S APPLICATION TO FILE UNDER SEAL MATTEL'S REPLY IN SUPPORT OF MOTION TO COMPEL RESPONSES TO INTERROGATORIES (NOS. 24-44, 46-50) BY THE MGA PARTIES; CONSOLIDATED SEPARATE STATEMENT IN SUPPORT OF MOTION TO COMPEL RESPONSES TO INTERROGATORIES BY THE MGA PARTIES; AND EXHIBITS 1, 5 AND 11 TO THE SUPPLEMENTAL DECLARATION OF B. DYLAN PROCTOR;

2. [PROPOSED] ORDER GRANTING MATTEL INC.'S APPLICATION TO FILE UNDER SEAL MATTEL'S REPLY IN SUPPORT OF MOTION TO COMPEL RESPONSES TO INTERROGATORIES (NO. 27-44, 46-50) BY THE MGA PARTIES; CONSOLIDATED SEPARATE STATEMENT IN SUPPORT OF MOTION TO COMPEL RESPONSES TO INTERROGATORIES BY THE MGA PARTIES; AND EXHIBITS 1, 5 AND 11 TO THE SUPPLEMENTAL DECLARATION OF B. DYLAN PROCTOR

3. PROOF OF SERVICE

on the parties in this action as follows:

| Thomas J. Nolan, Esq. | Mark E. Overland, Esq. |
|---|---|
| *Skadden, Arps, Slate, Meagher & Flom LLP* | David C. Scheper, Esq. |
| 300 South Grand Avenue | Alexander H. Cote, Esq. |
| Suite 3400 | *Overland, Borenstein, Scheper & Kim, LLP* |
| Los Angeles, CA 90071 | 300 S. Grand Avenue |
| Tel: 213/687-5000 | Suite 2750 |
| Fax: 213/687-5600 | Los Angeles, CA 90071 |
| | Tel: 213/613-4655 |
| | Fax: 213/613-4656 |

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 9, 2008, at Los Angeles, California.

Erin Gilbride

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On January 9, 2008, I served true copies of the following document(s) described as:

1. MATTEL INC.'S APPLICATION TO FILE UNDER SEAL MATTEL'S REPLY IN SUPPORT OF MOTION TO COMPEL RESPONSES TO INTERROGATORIES (NOS. 24-44, 46-50) BY THE MGA PARTIES; CONSOLIDATED SEPARATE STATEMENT IN SUPPORT OF MOTION TO COMPEL RESPONSES TO INTERROGATORIES BY THE MGA PARTIES; AND EXHIBITS 1, 5 AND 11 TO THE SUPPLEMENTAL DECLARATION OF B. DYLAN PROCTOR;

2. [PROPOSED] ORDER GRANTING MATTEL INC.'S APPLICATION TO FILE UNDER SEAL MATTEL'S REPLY IN SUPPORT OF MOTION TO COMPEL RESPONSES TO INTERROGATORIES (NO. 27-44, 46-50) BY THE MGA PARTIES; CONSOLIDATED SEPARATE STATEMENT IN SUPPORT OF MOTION TO COMPEL RESPONSES TO INTERROGATORIES BY THE MGA PARTIES; AND EXHIBITS 1, 5 AND 11 TO THE SUPPLEMENTAL DECLARATION OF B. DYLAN PROCTOR

3. PROOF OF SERVICE

on the parties in this action as follows:

| John W. Keker, Esq.<br>Michael H. Page, Esq.<br>Christa M. Anderson, Esq.<br>Keker & Van Next, LLP<br>710 Sansome Street<br>San Francisco, CA 94111<br>Tel: 415/391-5400<br>Fax: 415/397-7188 | |

**BY FEDEX**: I deposited such document(s) in a box or other facility regularly maintained by FedEx, or delivered such document(s) to a courier or driver authorized by FedEx to receive documents, in sealed envelope(s) or package(s) designated by FedEx with delivery fees paid or provided for, addressed to the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 9, 2008, at Los Angeles, California.

*Sandra Acosta*

09504/2301978.1