1  Larry McFarland (Bar No. 129668)
2  Christian Dowell (Bar No. 241973)
   KEATS, McFARLAND & WILSON LLP
3  9720 Wilshire Blvd.
   Penthouse Suite
4  Beverly Hills, CA 90212
   Telephone:  (310) 248-3830
5  Facsimile:   (310) 860-0363
   Email:   lmcfarland@kmwlaw.com
6           cdowell@kmwlaw.com

7  Attorneys for Ana Elise Cloonan,
   Margaret Hatch-Leahy, and Veronica Marlow
8

9                UNITED STATES DISTRICT COURT

10               CENTRAL DISTRICT OF CALIFORNIA

11                      EASTERN DIVISION

12

| CARTER BRYANT, an individual, | Case No.: CV 04 – 09049 SGL (RNBx) |
| Plaintiff, | Consolidated with Case Nos. CV 04-9059 and CV 05-2727 |
| v. | Hon. Stephen G. Larson |
| MATTEL, INC., a Delaware corporation; | NOTICE OF SERVICE OF COMPLETE EX PARTE APPLICATION ON COUNSEL FOR MS. CLOONAN, MS. LEAHY AND MS. MARLOW |
| Defendant. | |
| AND RELATED ACTIONS. | Hearing Date:  N/A<br>Time:         N/A<br>Place:        N/A |

Counsel for non-party witnesses Ms. Leahy, Ms. Marlow and Ms. Cloonan were served with Mattel, Inc.'s *Ex Parte* Application to (1) Compel Production of Electronic Media from Third-Parties Elise Cloonan, Margaret Hatch-Leahy, and Veronica Marlow or (2) in the Alternative, Modify the Scheduling Order; and Memorandum of Points and Authorities in Support Thereof (the "Ex Parte Application") in its complete and unredacted form at approximately 9:30 a.m., today, Friday, January 25, 2008.[1]  United States District Court for the Central District of California, General Order No. 07-08, states that "Documents traditionally filed in paper (refer to Section VII), must be served by ECF attorneys using traditional means of service in the manner prescribed for such service in the Federal Rules of Civil Procedure and Federal Rules of Criminal Procedure."  Section III.C.  Counsel for non-parties Cloonan, Leahy, and Marlow will therefore file their opposition to the Ex Parte Application within 24 hours of service on or before 9:30 a.m., Monday, January 28, 2008, as set forth in the Court's Standing Order, unless the Court orders otherwise.

Dated:  January 25, 2008          KEATS MCFARLAND & WILSON LLP


/s/
Christian C. Dowell, Esq.
Attorneys for Non-Parties Ana Elise Cloonan,
Margaret Hatch-Leahy, and Veronica Marlow

---

[1] Counsel for non-parties Ms. Cloonan, Ms. Leahy, and Ms. Marlow also note that Mattel emailed an electronic version of the document after the close of business on January 24, 2008 at approximately 7:00 p.m.