```
 1 | THOMAS J. NOLAN (Bar No. 066992)
   | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
 2 | 300 South Grand Avenue
   | Los Angeles, CA 90071-3144
 3 | Telephone: (213) 687-5000
   | Facsimile: (213) 687-5600
 4 | E-mail:    tnolan@skadden.com
   |
 5 | RAOUL D. KENNEDY (Bar No. 40892)
   | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
 6 | Four Embarcadero Center, Suite 3800
   | San Francisco, CA 94111
 7 | Telephone: (415) 984-6400
   | Facsimile: (415) 984-2698
 8 | E-mail:    rkennedy@skadden.com
   |
 9 | Attorneys for Counter-Defendants,
   | MGA ENTERTAINMENT, INC., ISAAC LARIAN, MGA ENTERTAINMENT
10 | (HK) LIMITED, AND MGAE de MEXICO S.R.L. de C.V.
```

FILED 2008 JAN 23 AM 11:08 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. RIVERSIDE

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation<br><br>Defendant.<br><br>_____<br><br>Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>**PROOF OF SERVICE**<br><br>[To be heard by Discovery Master Hon. Edward Infante (Ret.) Pursuant to Court Order of December 6, 2006]<br><br><br>Discovery Cut-Off: January 28, 2008 |

PROOF OF SERVICE  NO. CV 04-9049 SGL (RNBx)

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 300 South Grand Avenue, 34th Floor, Los Angeles, CA 90071.

On January 23, 2008, I served the foregoing documents described as:

on the interested parties in this action addressed as follows:

**SEE ATTACHED SERVICE LIST**

☑ (BY PERSONAL SERVICE) ☐ By personally delivering copies to the person served. (FEDERAL)

☑ I caused such document to be hand delivered to the above addressees. (FEDERAL)

☑ (BY FEDERAL EXPRESS) I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing with Federal Express and the fact that the correspondence would be deposited with Federal Express that same day in the ordinary course of business; on this date, the above-referenced correspondence was placed for deposit at Los Angeles, California and placed for collection and mailing following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed on January 23, 2008 at Los Angeles, California.

Matthew T. Bowman
PRINT NAME                SIGNATURE

## DOCUMENT LIST

(1) MGA DEFENDANTS' NOTICE OF MOTION AND MOTION TO QUASH DEPOSITION SUBPOENAS AND MEMORANDUM IN SUPPORT

(2) DECLARATION OF PAUL ECKLES