

1  THOMAS J. NOLAN (Bar No. 066992)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2  300 South Grand Avenue
   Los Angeles, CA 90071-3144
3  Telephone: (213) 687-5000
   Facsimile: (213) 687-5600
4  E-mail: tnolan@skadden.com

5  RAOUL D. KENNEDY (Bar No. 40892)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
6  Four Embarcadero Center, Suite 3800
   San Francisco, CA 94111
7  Telephone: (415) 984-6400
   Facsimile: (415) 984-2698
8  E-mail: rkennedy@skadden.com

9  Attorneys for Counter-Defendants,
   MGA ENTERTAINMENT, INC., ISAAC LARIAN, MGA ENTERTAINMENT
10 (HK) LIMITED, AND MGAE de MEXICO S.R.L. de C.V.

11            **UNITED STATES DISTRICT COURT**
12            **CENTRAL DISTRICT OF CALIFORNIA**
13                  **EASTERN DIVISION**

| | |
|---|---|
| CARTER BRYANT, an individual | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with Case No. 04-9059 and Case No. 05-2727 |
| v. | **PROOF OF SERVICE** |
| MATTEL, INC., a Delaware corporation | [To be heard by Discovery Master Hon. Edward Infante (Ret.) Pursuant to Court Order of December 6, 2006] |
| Defendant. | |
| Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Discovery Cut-Off: January 28, 2008 |

PROOF OF SERVICE                                  NO. CV 04-9049 SGL (RNBx)

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 300 South Grand Avenue, 34th Floor, Los Angeles, CA 90071.

On January 23, 2008, I served the foregoing documents described as:

on the interested parties in this action addressed as follows:

**SEE ATTACHED SERVICE LIST**

☑ (BY PERSONAL SERVICE) ☐ By personally delivering copies to the person served. (FEDERAL)

☑ I caused such document to be hand delivered to the above addressees. (FEDERAL)

☑ (BY FEDERAL EXPRESS) I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing with Federal Express and the fact that the correspondence would be deposited with Federal Express that same day in the ordinary course of business; on this date, the above-referenced correspondence was placed for deposit at Los Angeles, California and placed for collection and mailing following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed on January 23, 2008 at Los Angeles, California.

Matthew T. Bowman
PRINT NAME         SIGNATURE

## DOCUMENT LIST

(1) MGA DEFENDANTS' AMENDED NOTICE OF MOTION AND AMENDED MOTION TO QUASH DEPOSITION SUBPOENAS AND MEMORANDUM IN SUPPORT

1 | SERVICE LIST
2 |
3 | John B. Quinn, Esq.
    Michael T. Zeller, Esq.
4 | Jon D. Corey, Esq.
    Timothy L. Alger, Esq.
5 | Quinn Emanuel Urquhart Oliver &
    Hedges, LLP
6 | 865 South Figueroa Street, 10th Floor
    Los Angeles, CA 90017-2543
7 | (213) 443-3000
    (213) 443-3100 (Fax)
8 |
    Attorneys for Mattel, Inc.
9 | [Personal Service]

John W. Keker, Esq.
Michael H. Page, Esq.
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111
(415) 391-5400
(415) 397-7188 (Fax)

Attorneys for Carter Bryant
[Federal Express]

10 |
11 |
12 | Mark E. Overland, Esq.
     Alexander H. Cote, Esq.
     David C. Scheper, Esq.
13 | Overland Borenstein Scheper & Kim
     300 South Grand Avenue, Suite 2750
14 | Los Angeles, CA 90071
     (213) 613-4655
15 | (213) 613-4656 (Fax)
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

PROOF OF SERVICE | NO. CV 04-9049 SGL (RNBx)