QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>                    Plaintiff,<br><br>          vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>                    Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Hon. Edward Infante (Ret.) Pursuant To The Court's Order Of December 6, 2006]**<br><br>ORDER RE<br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL<br><br>Date:   TBA<br>Time:   TBA<br>Place:   TBA<br><br>**Phase 1**<br>Discovery Cut-Off:   January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date:           May 27, 2008 |

07209/2362964.1

[PROPOSED] ORDER

1                                    <u>ORDER</u>

2

3           Based on the concurrently filed Application to File Under Seal Exhibits

4    F, G, H, I, O, P, S, U, and W to the Declaration of Jon D. Corey ("Corey Dec.") in

5    Support of Mattel. Inc.'s (1) Opposition to MGA's Motion to Quash or, in the

6    Alternative, for Protective Order; and (2) Countermotion to Compel Production of

7    Documents Responsive to Third-Party Subpoenas, and Exhibit 1 to the Declaration

8    of Michael T. Zeller ("Zeller Dec.") in Support of Mattel Inc.'s (1) Opposition to

9    MGA's Motion to Quash or, in the Alternative, for Protective Order; and (2)

10   Countermotion to Compel Production of Documents Responsive to Third-Party

11   Subpoenas, and good cause appearing for the entry thereof, IT IS HEREBY

12   ORDERED:

13           Exhibits F, G, H, I, O, P, S, U, and W to the Corey Dec. and Exhibit 1

14   to the Zeller Dec. are ORDERED filed under seal pursuant to <u>Local Rule</u> 79-5.1.

15

16

17   DATED:   January 24, 2008

18

19

20

21

22

23

24

25

26

27

28

07209/2362964.1

-2-

[PROPOSED] ORDER