QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>NOTICE OF FILING OF PROOF OF SERVICE OF THE DECLARATION OF CHRISTOPHER TAYBACK IN SUPPORT OF MATTEL, INC.'S *EX PARTE* APPLICATION TO (1) COMPEL PRODUCTION OF ELECTRONIC MEDIA FROM THIRD-PARTIES ELISE CLOONAN, MARGARET HATCH-LEAHY, AND VERONICA MARLOW OR (2) IN THE ALTERNATIVE, MODIFY THE SCHEDULING ORDER, APPLICATION TO FILE UNDER SEAL, AND PROPOSED ORDER<br><br>Hearing Date:   Not Applicable<br>Time:           Not Applicable<br><br>Discovery Cut-off:      January 28, 2008<br>Pre-trial Conference:   May 5, 2008<br>Trial Date:             May 27, 2008 |

07209/2367238.1

NOTICE OF PROOF OF SERVICE

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE that on January 25, 2008, plaintiff Mattel, Inc. ("Mattel") personally served the following documents on counsel for third parties Elise Cloonan, Margaret Hatch-Leahy and Veronica Marlow:

1. Declaration of Christopher Tayback in support of Mattel's *Ex Parte* Application to (1) Compel Production of Electronic Media From Third-Parties Elise Cloonan, Margaret Hatch-Leahy, and Veronica Marlow or (2) in the Alternative, Modify the Scheduling Order;

2. Mattel's Application to File Under Seal Exhibits 1, 2, 3, 5, 6, 7, 8, 9, 16 and 17 to the Declaration of Christopher Tayback in support of Mattel's *Ex Parte* Application to (1) Compel Production of Electronic Media From Third-Parties Elise Cloonan, Margaret Hatch-Leahy, and Veronica Marlow or (2) in the Alternative, Modify the Scheduling Order;

3. [Proposed] Order Re Mattel's Application to File Under Seal Exhibits 1, 2, 3, 5, 6, 7, 8, 9, 16 and 17 to the Declaration of Christopher Tayback in support of Mattel's *Ex Parte* Application to (1) Compel Production of Electronic Media From Third-Parties Elise Cloonan, Margaret Hatch-Leahy, and Veronica Marlow or (2) in the Alternative, Modify the Scheduling Order.

Attached as Exhibit 1 is a true and correct copy of the proof of service. Mattel also emailed an electronic copy of the foregoing documents to counsel for Cloonan, Hatch-Leahy and Marlow on January 24, 2008 at 7:05 pm.

DATED: January 25, 2008     QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Jon D. Corey
Jon D. Corey
Attorneys for Mattel, Inc.