**EXHIBIT 1**

1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
2   John B. Quinn (Bar No. 090378)
    johnquinn@quinnemanuel.com
3   Michael T. Zeller (Bar No. 196417)
    (michaelzeller@quinnemanuel.com)
4   Jon D. Corey (Bar No. 185066)
    (joncorey@quinnemanuel.com)
5  865 South Figueroa Street, 10th Floor
   Los Angeles, California  90017-2543
6  Telephone:  (213) 443-3000
   Facsimile:  (213) 443-3100

7  Attorneys Mattel, Inc.

8
9               UNITED STATES DISTRICT COURT
10              CENTRAL DISTRICT OF CALIFORNIA
11                    EASTERN DIVISION

12  CARTER BRYANT, an individual,         CASE NO. CV 04-9049 SGL (RNBx)
13                                        Consolidated with Case Nos. CV 04-09059
              Plaintiff,                  and CV 05-02727
14        vs.
                                          **PROOF OF SERVICE**
15  MATTEL, INC., a Delaware corporation,
16
              Defendant.
17
18  AND CONSOLIDATED ACTIONS
19
20
21
22
23
24
25
26
27
28

07209/2365820.1
                                         -1-            Case No. CV 04-9049 SGL (RNBx)
                                                                       PROOF OF SERVICE

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is NOW Messenger Service, 1301 West Second Street, Suite 206, Los Angeles, California 90026.

On January 25, 2008, I served true copies of the following documents described as:

## SEE DOCUMENT LIST

on the parties in this action as follows:

| | |
|---|---|
| Larry W. Farland<br>**Keats McFarland & Wilson**<br>9720 Wilshire Blvd.<br>Penthouse Suite<br>Beverly Hills, CA 90212 | |
| | |

[√]   **[PERSONAL]** by personally delivering the document listed above to the person(s)

at the address(es) set forth above.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made

Executed on January 25, 2008, at Los Angeles, California.

_____
Zsazsa Singleton

# DOCUMENT LIST

1. **DECLARATION OF CHRISTOPHER TAYBACK IN SUPPORT OF MATTEL, INC.'S *EX PARTE* APPLICATION TO (1) COMPEL PRODUCTION OF ELECTRONIC MEDIA FROM THIRD-PARTIES ELISE CLOONAN, MARGARET HATCH-LEAHY, AND VERONICA MARLOW OR (2) IN THE ALTERNATIVE, MODIFY THE SCHEDULING ORDER**

2. **MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 1, 2, 3, 5, 6, 7, 8, 9, 16 AND 17 TO THE DECLARATION OF CHRISTOPHER TAYBACK IN SUPPORT OF MATTEL, INC.'S *EX PARTE* APPLICATION TO (1) COMPEL PRODUCTION OF ELECTRONIC MEDIA FROM THIRD-PARTIES ELISE CLOONAN, MARGARET HATCH-LEAHY, AND VERONICA MARLOW OR (2) IN THE ALTERNATIVE, MODIFY THE SCHEDULING ORDER**

3. **[PROPOSED] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 1, 2, 3, 5, 6, 7, 8, 9, 16 AND 17 TO THE DECLARATION OF CHRISTOPHER TAYBACK IN SUPPORT OF MATTEL, INC.'S EX PARTE APPLICATION TO (1) COMPEL PRODUCTION OF ELECTRONIC MEDIA FROM THIRD-PARTIES ELISE CLOONAN, MARGARET HATCH-LEAHY, AND VERONICA MARLOW OR (2) IN THE ALTERNATIVE, MODIFY THE SCHEDULING ORDER**

4. **PROOF OF SERVICE**

5. **PROOF OF SERVICE RE KEATS McFARLAND & WILSON**