QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Hon. Edward Infante (Ret.) Pursuant To The Court's Order Of December 6, 2006]**<br><br>ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 3, 9, 20, 21, 23 TO THE DECLARATION OF SCOTT B. KIDMAN IN SUPPORT OF MATTEL, INC.'S MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER'S DECEMBER 31, 2007 ORDER REGARDING HARD DRIVES<br><br>Hearing Date:    February 25, 2008<br>Time:                   10:00 a.m.<br>Place:                  Courtroom 1<br><br>**Phase 1**<br>Discovery Cut-Off:    January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date:                   May 27, 2008 |

07209/2356251.1

[PROPOSED] ORDER

## ORDER

Based on the concurrently filed Application to File Under Seal Exhibits 3, 9, 20, 21, 23 to the Declaration Of Scott B. Kidman In Support Of Mattel, Inc.'s Motion Objecting To Portions Of Discovery Master's December 31, 2007 Order Regarding Hard Drives,

IT IS HEREBY ORDERED:

Exhibits 3, 9, 20, 21, 23 to the Declaration Of Scott B. Kidman In Support Of Mattel, Inc.'s Motion Objecting To Portions Of Discovery Master's December 31, 2007 Order Regarding Hard Drives are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: January 24, 2008

_____
Hon. Stephen G. Larson
United States District Judge

*[signature: S.G. Larson]*

07209/2356251.1

-2-

[PROPOSED] ORDER