| | |
|---|---|
| 1 | THOMAS J. NOLAN (Bar No. 66992) |
| | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| 2 | 300 South Grand Avenue |
| | Los Angeles, California 90071-3144 |
| 3 | Telephone: (213) 687-5000 |
| | Facsimile: (213) 687-5600 |
| 4 | E-mail: tnolan@skadden.com |
| 5 | RAOUL D. KENNEDY (Bar No. 40892) |
| | TIMOTHY A. MILLER (Bar No. 154744) |
| 6 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| | Four Embarcadero Center, 38th Floor |
| 7 | San Francisco, California 94111-5974 |
| | Telephone: (415) 984-6400 |
| 8 | Facsimile: (415) 984-2698 |
| | E-mail: rkennedy@skadden.com |
| 9 | |
| 10 | Attorneys for Cross-Defendants |
| | MGA Entertainment, Inc., MGA Entertainment (HK) Limited, |
| 11 | MGAE De Mexico, S.R.L. De C.V., and ISAAC LARIAN |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| CARTER BRYANT, an individual | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with Case No. 04-9059 and Case No. 05-2727 |
| v. | **STIPULATION REGARDING EXTENSION OF TIME TO RESPOND AND OBJECT TO REQUESTS FOR ADMISSION** |
| MATTEL, INC., a Delaware corporation | |
| Defendant. | [[Proposed] Order filed concurrently herewith] |
| Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | **Phase 1:**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

STIPULATION RE EXTENSION OF TIME TO RESPOND TO REQUESTS FOR ADMISSION

1    WHEREAS, Mattel, Inc. ("Mattel") served the following sets of
2 Requests for Admission ("RFAs"): (i) Mattel's Second Set of Requests for
3 Admission Propounded to All Defendants ("Second Set to All Defendants"); (ii)
4 Mattel's Third Set of Requests for Admission Propounded to All Defendants ("Third
5 Set to All Defendants"); (iii) Mattel's Fourth Set of Requests for Admission
6 Propounded to All Defendants ("Fourth Set to All Defendants"); and (iv) Mattel's
7 First Set of Requests for Admission Propounded to MGA Entertainment, Inc., Carter
8 Bryant, MGA Entertainment (HK) Limited, and Isaac Larian; and
9    WHEREAS, the responses of Isaac Larian, MGA Entertainment, Inc.
10 ("MGA"), MGA Entertainment (HK) Limited ("MGA HK") and MGAE de Mexico
11 S.R.L. de C.V. ("MGA Mexico") to the above-referenced RFAs are currently due as
12 follows:  (i) responses to Second Set to All Defendants are currently due January 25,
13 2008; (ii)  responses to Third Set to All Defendants are currently due January 25,
14 2008; (iii) responses to Fourth Set to All Defendants  are currently due January 28,
15 2008); and (iv) responses to Mattel's First Set of Requests for Admission
16 Propounded to MGA Entertainment, Inc., Carter Bryant, MGA Entertainment (HK)
17 Limited, and Isaac Larian are currently due January 28, 2008; and
18    WHEREAS, the Phase I fact discovery cut-off is January 28, 2008; and
19    WHEREAS, a death in the family of Isaac Larian has prevented Mr.
20 Larian from participating in the preparation of responses to the above-referenced
21 RFAs; and
22    WHEREAS, Mattel has agreed to extend to and including February 4,
23 2008, the time for Isaac Larian, MGA, MGA HK and MGA Mexico to serve their
24 responses and objections to the First Set to All Defendants, the Second Set to All
25 Defendants, the Third Set to All Defendants and Mattel's First Set of Requests for
26 Admission Propounded to MGA Entertainment, Inc., Carter Bryant, MGA
27 Entertainment (HK) Limited, and Isaac Larian, to permit time for Mr. Larian to
28 participate in the preparation of responses to those requests; and

-1-
STIPULATION RE EXTENSION OF TIME TO RESPOND TO REQUESTS FOR ADMISSION

1  WHEREAS, Larian, MGA, MGA HK and MGA Mexico agree that this
2  extension of time should not prejudice Mattel's ability to make a motion directed to
3  the sufficiency of those parties' responses to these discovery requests, should the
4  need arise and, thus, have agreed to extend any deadline for Mattel to make a motion
5  directed to the sufficiency of those responses by 10 days.
6  THEREFORE, the undersigned parties, through their undersigned
7  counsel, stipulate and agree as follows:
8  1.  The time for Larian, MGA, MGA HK and MGA Mexico to serve
9  their responses and objections to the following Requests for Admission is extended
10  to and including February 4, 2008:
11  (a)  Mattel's Second Set of Requests for Admission Propounded
12  to All Defendants;
13  (b)  Mattel's Third Set of Requests for Admission Propounded
14  to All Defendants;
15  (c)  Mattel's Fourth Set of Requests for Admission Propounded
16  to All Defendants; and
17  (d)  Mattel's First Set of Requests for Admission Propounded to
18  MGA Entertainment, Inc., Carter Bryant, MGA Entertainment (HK) Limited, and
19  Isaac Larian.
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28

2. Any limitation on the time for Mattel to file a motion directed to the sufficiency of Larian's, MGA's, MGA HK's or MGA Mexico's responses to the Requests for Admission identified in paragraph 1 will be extended by 10 days.

IT IS SO STIPULATED.

DATED: January 25, 2008

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By: /s/ Raoul D. Kennedy
RAOUL D. KENNEDY

Attorneys for Cross-Defendants MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE De Mexico, S.R.L. De C.V., and ISAAC LARIAN

DATED: January 25, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By: Christopher Tayback /with permission by THM/
CHRISTOPHER TAYBACK

Attorneys for Defendant Mattel, Inc.

-3-
STIPULATION RE EXTENSION OF TIME TO RESPOND TO REQUESTS FOR ADMISSION
203445.01-San Francisco Server 1A                    MSW - Draft January 25, 2008 - 12:09 PM