THOMAS J. NOLAN (Bar No. 66992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600
E-mail: tnolan@skadden.com

RAOUL D. KENNEDY (Bar No. 40892)
TIMOTHY A. MILLER (Bar No. 154744)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Embarcadero Center, 38th Floor
San Francisco, California 94111-5974
Telephone: (415) 984-6400
Facsimile: (415) 984-2698
E-mail: rkennedy@skadden.com

Attorneys for Cross-Defendants
MGA Entertainment, Inc., MGA Entertainment (HK) Limited,
MGAE De Mexico, S.R.L. De C.V., and ISAAC LARIAN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>    Plaintiff,<br><br>    v.<br><br>MATTEL, INC., a Delaware corporation<br><br>    Defendant.<br><br>Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>**[PROPOSED] ORDER REGARDING EXTENSION OF TIME TO RESPOND AND OBJECT TO REQUESTS FOR ADMISSION**<br><br>**Phase 1:**<br>Discovery Cut-Off:      January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date:                  May 27, 2008 |

# ORDER

Based on the stipulation of Mattel, Inc. ("Mattel"), Isaac Larian, MGA Entertainment, Inc. ("MGA"), MGA Entertainment (HK) Limited ("MGA HK") and MGAE de Mexico S.R.L. de C.V. ("MGA Mexico"), Regarding Extension Of Time To Respond And Object To Requests For Admission,

IT IS HEREBY ORDERED THAT:

1. The Court approves the parties stipulation that Larian, MGA, MGA HK and MGA Mexico may respond and object to certain Requests for Admission after the January 28, 2008, Phase 1 discovery cutoff. Accordingly, the time for Larian, MGA, MGA HK and MGA Mexico to serve their responses and objections to the following Requests for Admission is extended to and including February 4, 2008:

   (a) Mattel's Second Set of Requests for Admission Propounded to All Defendants;

   (b) Mattel's Third Set of Requests for Admission Propounded to All Defendants;

   (c) Mattel's Fourth Set of Requests for Admission Propounded to All Defendants; and

   (d) Mattel's First Set of Requests for Admission Propounded to MGA Entertainment, Inc., Carter Bryant, MGA Entertainment (HK) Limited, and Isaac Larian.

2. Any limitation on the time for Mattel to file a motion directed to the sufficiency of Larian's, MGA's, MGA HK's or MGA Mexico's responses to the Requests for Admission identified in paragraph 1 will be extended by 10 days.

IT IS SO ORDERED.

DATED: _____

HON. STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE

-1-

[PROP] ORDER RE EXTENSION OF TIME TO RESPOND TO REQUESTS FOR ADMISSION
203478-San Francisco Server 1A - MSW