KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
jkeker@kvn.com
MICHAEL H. PAGE - #154913
mpage@kvn.com
CHRISTA M. ANDERSON - #184325
canderson@kvn.com
MATTHEW M. WERDEGAR - #200470
mwerdegar@kvn.com
JOHN E. TRINIDAD - #250468
jtrinidad@kvn.com
AUDREY WALTON-HADLOCK- #250574
awaltonhadlock@kvn.com
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff
CARTER BRYANT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>MATTEL, INC. a Delaware Corporation,<br><br>　　　　　　　　　　Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC., v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No. CV 04-09049 SGL (RNBx)<br>(consolidated with CV 04-9059 & 05-2727<br><br>**STIPULATION REGARDING EXTENSION OF TIME TO RESPOND AND OBJECT TO REQUESTS FOR ADMISSION**<br><br>**[Proposed Order filed concurrently]**<br><br>Dept:　　Courtroom 1<br>Judge:　Hon. Stephen G. Larson<br><br>Date Comp. Filed: April 13, 2005<br><br>Discovery Cut-Off: Jan. 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

1  WHEREAS, Mattel, Inc. ("Mattel") served the following sets of Requests
2  for Admission ("RFAs"):  (i) Mattel's Second Set of Requests for Admission
3  Propounded to All Defendants ("Second Set to All Defendants"); (ii) Mattel's
4  Third Set of Requests for Admission Propounded to All Defendants ("Third Set to
5  All Defendants"); (iii) Mattel's Fourth Set of Requests for Admission Propounded
6  to All Defendants ("Fourth Set to All Defendants"); and (iv) Mattel's First Set of
7  Requests for Admission Propounded to MGA Entertainment, Inc., Carter Bryant,
8  MGA Entertainment (HK) Limited, and Isaac Larian; and

9  WHEREAS, Carter Bryant's responses to the above-referenced RFAs are
10 currently due as follows:  (i) responses to Second Set to All Defendants are
11 currently due January 25, 2008; (ii) responses to Third Set to All Defendants are
12 currently due January 25, 2008; (iii) responses to Fourth Set to All Defendants are
13 currently due January 28, 2008; and (iv) responses to Mattel's First Set of Requests
14 for Admission Propounded to MGA Entertainment, Inc., Carter Bryant, MGA
15 Entertainment (HK) Limited, and Isaac Larian are currently due January 28, 2008;
16 and

17 WHEREAS, the Phase I fact discovery cut-off is January 28, 2008; and
18 WHEREAS, the MGA Defendants and Isaac Larian have requested, and
19 Mattel has agreed, to extend such Defendants' time to respond to the above-
20 referenced RFAs, under a separate stipulation; and

21 WHEREAS, Bryant has requested, and Mattel is agreeable to, an extension
22 of time to and including February 4, 2008 for Bryant to serve his responses and
23 objections to the First Set to All Defendants, the Second Set to All Defendants, the
24 Third Set to All Defendants and Mattel's First Set of Requests for Admission
25 Propounded to MGA Entertainment, Inc., and

26 WHEREAS, Bryant agrees that this extension of time should not prejudice
27 Mattel's ability to make a motion directed to the sufficiency of his responses to
28

2

1  these discovery requests, should the need arise, and, thus, has agreed to extend any
2  deadline for Mattel to make a motion directed to the sufficiency of those responses
3  by 10 calendar days.
4      THEREFORE, the undersigned parties, through their undersigned counsel,
5  stipulate and agree as follows:
6      1.     The time for Bryant to serve his responses and objections to the
7  following Requests for Admission is extended to and including February 4, 2008:
8          (a)     Mattel's Second Set of Requests for Admission Propounded to
9  All Defendants;
10         (b)     Mattel's Third Set of Requests for Admission Propounded to
11 All Defendants;
12         (c)     Mattel's Fourth Set of Requests for Admission Propounded to
13 All Defendants; and
14         (d)     Mattel's First Set of Requests for Admission Propounded to
15 MGA Entertainment, Inc., Carter Bryant, MGA Entertainment (HK) Limited, and
16 Isaac Larian.
17     2.     Any limitation on the time for Mattel to file a motion directed to the
18 sufficiency of Bryant's responses to the Requests for Admission identified in
19 paragraph 1 will be extended by 10 calendar days.
20     IT IS SO STIPULATED.
21
22 DATED: January 25, 2008     QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
23
24
25     By */s/ Michael Zeller*
    Concurrence Obtained General Order 45
26     X.B.
    Michael Zeller
27     Attorneys for Mattel, Inc.
28

1 | DATED: January 25, 2008     KEKER & VAN NEST, LLP
2
3
4          By /s/ *Christa M. Anderson*
           Christa M. Anderson
           Attorneys for Carter Bryant
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28