KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
jkeker@kvn.com
MICHAEL H. PAGE - #154913
mpage@kvn.com
CHRISTA M. ANDERSON - #184325
canderson@kvn.com
MATTHEW M. WERDEGAR - #200470
mwerdegar@kvn.com
JOHN E. TRINIDAD - #250468
jtrinidad@kvn.com
AUDREY WALTON-HADLOCK- #250574
awaltonhadlock@kvn.com
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Plaintiff
CARTER BRYANT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC. a Delaware Corporation,<br><br>Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC., v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No. CV 04-09049 SGL (RNBx)<br>(consolidated with CV 04-9059 & 05-2727<br><br>**[PROPOSED] ORDER RE STIPULATION REGARDING EXTENSION OF TIME TO RESPOND AND OBJECT TO REQUESTS FOR ADMISSION**<br><br>Dept:     Courtroom 1<br>Judge:   Hon. Stephen G. Larson<br><br>Date Comp. Filed:  April 13, 2005<br><br>Discovery Cut-Off: Jan. 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

1
[PROPOSED] ORDER REGARDING EXTENSION OF TIME TO RESPOND AND OBJECT TO REQUESTS FOR ADMISSION
CASE NO. CV 04-09049 SGL (RNBx)

410089.01
410121.01

# ORDER

Based on the stipulation of Mattel, Inc. ("Mattel") and Carter Bryant ("Bryant") Regarding Extension of Time to Respond and Object to Requests For Admission,

IT IS HEREBY ORDERED THAT:

1. The Court approves the parties' stipulation that Bryant may respond and object to certain Requests For Admission after the January 28, 2008, Phase 1 discovery cutoff. Accordingly, the time for Bryant to serve his responses and objections to the following Requests for Admission is extended to and including February 4, 2008:

   (a) Mattel's Second Set of Requests for Admission Propounded to All Defendants;

   (b) Mattel's Third Set of Requests for Admission Propounded to All Defendants;

   (c) Mattel's Fourth Set of Requests for Admission Propounded to All Defendants; and

   (d) Mattel's First Set of Requests for Admission Propounded to MGA Entertainment, Inc., Carter Bryant, MGA Entertainment (HK) Limited, and Isaac Larian.

2. Any limitation on the time for Mattel to file a motion directed to the sufficiency of Bryant's responses to the Requests for Admission identified in paragraph 1 will be extended by 10 calendar days.

IT IS SO ORDERED.

DATED: January __, 2008

HON. STEPHEN J. LARSON
UNITED STATES DISTRICT JUDGE