# EXHIBIT 3

# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

525 UNIVERSITY AVENUE

PALO ALTO, CALIFORNIA 94301

TEL: (650) 470-4500
FAX: (650) 470-4570
www.skadden.com

DIRECT DIAL
650.470.4511
DIRECT FAX
888.329.6334
EMAIL ADDRESS
APARK@SKADDEN.COM

FIRM/AFFILIATE OFFICES
---
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
---
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

January 15, 2008

**By Email and U.S. Mail**

Diane Hutnyan, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017

RE: *Carter Bryant v. Mattel, Inc.* (and consolidated cases)
Case No. CV 04-9049 SGL (RNBx) (consolidated with
Cases Nos. CV 04-09059 and CV 05-02727)

Dear Diane:

This responds to your January 14 letter to Andrew Temkin and me.

With respect to the 16 items in the office's of Hong Kong counsel, we have been informed that a hearing was held last week on MGA's summons to vary the undertaking so that the items may be shipped to the United States. We also have been informed by Hong Kong counsel that the Hong Kong court declined to grant the application at that time and proposed to transfer the matter to the High Court Judges. We understand that if the judges require further information, MGA may be required to be heard again before the judges rule. We are told that the summons judges who handle matters of this type sit every Friday. As I am sure you understand, MGA does not control the speed with which the judges will rule. I have assured you in the past and reiterate now that if the Hong Kong court grants MGA's request to vary the undertaking, MGA will promptly ship all permitted items to the United States for your inspection.

In the meantime, as we have previously and repeatedly offered, you are welcome to inspect the items in the offices of MGA's Hong Kong counsel. We will continue to hold open January 17, the afternoon of January 18 and the morning of January 19 for your inspection, should you choose to perform one. In addition, Hong Kong counsel has advised that you are also welcome to inspect the items on the afternoon of January 23, the morning of January 24 and the afternoon of January 25.

Diane Hutnyan
January 15, 2008
Page 2

Please let us know as soon as possible if and when you plan to go to Hong Kong so that we may advise Hong Kong counsel.[1]

With respect to the Bratz molds in Shenzhen, China, further to your request, I am attaching additional images showing the molds from various angles. MGA also has located Prayer Angels molds in Shenzhen. I am attaching images of those items as well so that you can determine whether you would like to inspect them. The images have been Bates labeled as MGA 3787285 through MGA 3787314 and have been stamped "CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Protective Order.

As I explained to you in my January 10 letter, it is neither practical nor reasonable to ship the molds to the United States and doing so would be burdensome. Accordingly, MGA has offered to make the molds available for your inspection in Shenzhen, which is just across the river from Hong Kong. In my email of Sunday, I advised you that MGA would make the Bratz molds available for your inspection on January 15, 16, 17, 21, 23 and 24. You are, of course, welcome to inspect the Prayer Angels molds at the same time. Given the proximity of Shenzhen to Hong Kong, I would suggest that it would be expeditious to conduct your inspections in both places in one trip. Please let us know as soon as possible if and when you plan to go to Shenzhen so that we may advise our colleagues overseas.

Your letter asserts that MGA has not produced a sufficient volume of documents and tangible items or particular items responsive to Mattel's requests that you characterize as calling for documents and tangible items "relating to the origin, creation, design or development of Bratz." In particular, you claim that "MGA has produced nothing from before or after February of 2001." Thus, you suggest that MGA must be knowingly or intentionally withholding those documents and items. That is not the case. I have addressed the completeness of MGA's production in prior correspondence and our position has not changed. MGA has made a diligent, good faith search for documents and tangible items in response to Mattel's various requests. Contrary to your assertion, MGA has produced approximately 3.7 million pages of documents and nearly 800 tangible items, including documents and items dating back to 2000 and 2001. As I have explained to you, some of the material you are seeking is several years old and much of it may have ceased to exist before this action was filed. In light of the foregoing, it is not surprising that the volume of MGA's production of material that you characterize as "relating to the origin, creation, design or development

---

[1] To clarify my January 10 letter, I am informed by Hong Kong counsel that there are 16 items available for your inspection in Hong Kong. All of the items are depicted in the photographs I emailed to you last week (specifically Bratz doll heads, body parts, shoes and deco masks). I am not aware of any other Bratz items subject to an undertaking that are not duplicative of items that have already produced in this case, but will confirm with Hong Kong counsel.

Diane Hutnyan
January 15, 2008
Page 3

of Bratz." is not what you would deem to be sufficient. In any event, MGA continues to conduct a reasonable, good faith search for documents and tangible items, and will continue to produce responsive, non-privileged documents and tangible items as they are located.

As you know, we made print-outs of displays and point-of-sale materials (MGA 3772037 through MGA 3772203) available for your review in Skadden's Los Angeles office last week, and further to your request, we delivered a CD containing those images to your office this afternoon. We have not heard from you as to whether you would like to inspect the three-dimensional displays that we made available for your inspection in Rialto last week. I understand from your silence that you are no longer interested in inspecting those items. Please let me know if I am mistaken.

Lastly, we are continuing to rent the space on the lower plaza of our Los Angeles office building for the remainder of the week for your three-dimensional scanning of items. Please let us know whether you would like us to attempt to hold that space or whether you have completed your scanning.

Sincerely,

Amy S. Park

Attachments (by email only)