# EXHIBIT 5

----- Original Message -----
From: Park, Amy S (PAL)
To: 'dianehutnyan@quinnemanuel.com' <dianehutnyan@quinnemanuel.com>
Cc: 'michaelzeller@quinnemanuel.com' <michaelzeller@quinnemanuel.com>;
'andreahoeven@quinnemanuel.com' <andreahoeven@quinnemanuel.com>;
'chrisgrohman@quinnemanuel.com' <chrisgrohman@quinnemanuel.com>
Sent: Mon Jan 14 00:19:16 2008
Subject: Re: MGA/Mattel -- additional photos

Ok. Thanks.


****************************************************

This email and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original copy and any copy of any email, and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.
****************************************************

----- Original Message -----
From: Diane Hutnyan <dianehutnyan@quinnemanuel.com>
To: Park, Amy S (PAL)
Cc: Michael T Zeller <michaelzeller@quinnemanuel.com>; Andrea Hoeven <andreahoeven@quinnemanuel.com>; Chris Grohman <chrisgrohman@quinnemanuel.com>
Sent: Mon Jan 14 00:16:30 2008
Subject: RE: MGA/Mattel -- additional photos

We will not continue the inspection tomorrow.  We will get back to you with proposed dates.  Thank you.

1

From: Park, Amy S [mailto:Amy.Park@skadden.com]
Sent: Sunday, January 13, 2008 9:13 PM
To: Diane Hutnyan
Subject: Re: MGA/Mattel -- additional photos

No. My understanding is that your team did not complete its inspection of the items that were made available.

***************************************************

This email and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original copy and any copy of any email, and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.
***************************************************

----- Original Message -----
From: Diane Hutnyan <dianehutnyan@quinnemanuel.com>
To: Park, Amy S (PAL)
Sent: Mon Jan 14 00:09:14 2008
Subject: RE: MGA/Mattel -- additional photos

Do you have items we have not yet seen?

From: Park, Amy S [mailto:Amy.Park@skadden.com]
Sent: Sunday, January 13, 2008 9:08 PM
To: Diane Hutnyan
Subject: Re: MGA/Mattel -- additional photos

Thank you. Although you will not be 3D scanning, will you be continuing your inspection tomorrow?

***************************************************

This email and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original copy and any copy of any email, and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.
***************************************************

----- Original Message -----
From: Diane Hutnyan <dianehutnyan@quinnemanuel.com>
To: Park, Amy S (PAL)

2

Cc: Michael T Zeller <michaelzeller@quinnemanuel.com>; Andrea Hoeven <andreahoeven@quinnemanuel.com>; Scott Kidman <scottkidman@quinnemanuel.com>; Chris Grohman <chrisgrohman@quinnemanuel.com>
Sent: Mon Jan 14 00:01:54 2008
Subject: RE: MGA/Mattel -- additional photos

Amy,

We will not be able to resume the 3d scanning at Skadden L.A. tomorrow.

I will be corresponding with you about these and other issues shortly.

Thank you,

Diane

---

From: Park, Amy S [mailto:Amy.Park@skadden.com]
Sent: Sunday, January 13, 2008 8:59 PM
To: Diane Hutnyan
Subject: Re: MGA/Mattel -- additional photos


Diane,

I don't believe I've heard from you as to whether your folks will be coming to our LA office tomorrow to continue with the 3D scanning and inspection of other items. Kindly let me know so that we may prepare accordingly.

Also, further to my email below, I am informed that MGA will make the molds in Shenzhen, China available for your inspection on January 15, 16, 17, 21, 23 and 24. Please let me know which dates, if any, you would like so I may let our folks know to be prepared for your arrival. Please do the same with respect to the dates we have offered for the Hong Kong inspection.

Thank you.
Amy



****************************************************

This email and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original copy and any copy of any email, and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.
****************************************************

----- Original Message -----
From: Park, Amy S (PAL)
To: 'Diane Hutnyan' <dianehutnyan@quinnemanuel.com>
Sent: Fri Jan 11 15:30:31 2008
Subject: MGA/Mattel -- additional photos

Diane,

Further to your request of yesterday, I am attaching photos of the two additional displays that are available for your inspection and for which I did not have photos yesterday to

3

send a long with the others I emailed you. Please note that these are photos of dsplays for Bratz Kidz and Bratz Babyz. My letter of yesterday mistakenly referred to a display for Itsy Bitsy Bratz -- it should have said Bratz Babyz.

 have confirmed that you may inspect these and the other displays in Rialto any day next  ek.  Please let me know how you would like to proceed, and keep in mind that we need 24 hours notice.

Thank you.

Amy S. Park
Skadden, Arps, Slate, Meagher & Flom LLP
525 University Avenue | Suite 1100 | Palo Alto, CA 94301
T: 650.470.4511 | F: 888.329.6334 | E: apark@skadden.com <mailto:apark@skadden.com>


Brenda Fry, Assistant to Amy S. Park
T: 650.470.4567 | E: bfry@skadden.com <mailto:bfry@skadden.com>

------------------------------------------------------------------
***************************************************** To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.
*****************************************************
***************************************************** This email and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified any dissemination, distribution or copying of this email, nd any attachments thereto, is strictly prohibited. If you receive this email in error  ease immediately notify me at (212) 735-3000 and permanently delete the original copy and any copy of any email, and any printout thereof. Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.
*****************************************************
==================================================================


------------------------------------------------------------------
***************************************************** To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.
*****************************************************
***************************************************** This email and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original copy and any copy of any email, and any printout thereof. Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.
*****************************************************
==================================================================


------------------------------------------------------------------
***************************************************** To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and

cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.
**********************************************
********************************************** This email and any attachments hereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original copy and any copy of any email, and any printout thereof. Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.
**********************************************
==============================================