# EXHIBIT 6

| | |
|---|---|
| **From:** | dianehutnyan@quinnemanuel.com |
| **Sent:** | Tuesday, January 22, 2008 3:43 PM |
| **To:** | Park, Amy S (PAL); Temkin, Andrew C (PAL) |
| **Cc:** | Michael T Zeller; Andrea Hoeven |
| **Subject:** | Inspection in Hong Kong and Shenzhen |

Please let me know every date (weekends and weekdays) between 1/25 and 2/15 that is available for the inspection, imaging and scanning of the items you have identified as available in Hong Kong and Shenzhen.

Please also let me know the locations where the inspections may be done, what times of day they may be done, and whether the light can be controlled.

Thank you in advance for your cooperation.


Diane Cafferata Hutnyan, Esq.
**quinn emanuel urquhart oliver & hedges llp**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Direct: (213) 443-3666
Main Phone: (213) 443-3000
Main Fax: (213) 443-3100
E-mail: dianehutnyan@quinnemanuel.com
Web: www.quinnemanuel.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.