# EXHIBIT 7

# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

525 UNIVERSITY AVENUE
PALO ALTO, CALIFORNIA 94301
___
TEL: (650) 470-4500
FAX: (650) 470-4570
www.skadden.com

DIRECT DIAL
650.470.4511
DIRECT FAX
888.329.6334
EMAIL ADDRESS
APARK@SKADDEN.COM

FIRM/AFFILIATE OFFICES
___
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
___
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

January 23, 2008

**By Email and U.S. Mail**

Diane Hutnyan, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017

> RE:  *Carter Bryant v. Mattel, Inc.* (and consolidated cases)
> Case No. CV 04-9049 SGL (RNBx) (consolidated with
> Cases Nos. CV 04-09059 and CV 05-02727)

Dear Diane:

      In addition to the dates we have already offered you, you are welcome to inspect the items in Hong Kong and Shenzhen on the following dates:

> Hong Kong: January 29, February 1, February 2 (morning), February 4, February 5 and February 6 (morning).
>
> Shenzhen: January 31, February 1 and February 4.

The Hong Kong location is Room 1005, 10th Floor, Far East Finance Centre, 16 Harcourt Road, Hong Kong. The Shenzhen location is Building 1-20 Xin Xia Street, Ping Hu Town, Long Gang District, Shenzhen, China.

      Please let us know if and when you plan to inspect in Hong Kong and Shenzhen so that we may provide our colleagues overseas with at least 24 hours advance notice (taking into account also the time difference).

Sincerely,

*Amy Park*

Amy S. Park