THOMAS J. NOLAN (Bar No. 066992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600
E-mail: tnolan@skadden.com

KENNETH A. PLEVAN (Admitted *Pro Hac Vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Times Square
New York, NY 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
E-mail: kplevan@skadden.com

Attorneys for
MGA ENTERTAINMENT, INC.,
MGA ENTERTAINMENT (HK)
LIMITED, MGAE de MEXICO S.R.L.
de C.V. and ISAAC LARIAN

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation<br><br>Defendant.<br><br>Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>**DECLARATION OF SAMIR KHARE IN SUPPORT OF MGA'S OPPOSITION TO MATTEL, INC.'S *EX PARTE* APPLICATION TO ENFORCE COURT ORDERS COMPELLING PRODUCTION OF TANGIBLE ITEMS; AND FOR MODIFICATION OF SCHEDULING ORDER**<br><br>Honorable Stephen G Larson<br><br>Hearing Date: TBA<br>Time: TBA<br>Place: TBA |

I, Samir Khare, hereby declare as follows:

I am an attorney licensed to practice law in the State of California and am currently employed as an in-house intellectual property attorney at MGA Entertainment, Inc. ("MGA"), a party to this litigation. I submit this Declaration in Support of MGA's Opposition to Mattel, Inc.'s *Ex Parte* Application To Enforce Court Orders Compelling Production Of Tangible Items; And For Modification Of Scheduling Order. Unless otherwise stated, I have personal knowledge of the facts set forth below and, if called as a witness, I could and would competently testify thereto.

1. In addition to other in-house attorneys at MGA, I have worked closely with outside counsel during the course of this litigation to collect documents and tangible items that are responsive to Mattel's discovery requests.

2. I, in conjunction with MGA's other in-house attorneys, and outside counsel have searched for and directed other MGA employees to search for documents and tangible items in all those locations where responsive documents and items are likely to be found. MGA's search for documents and tangible items has especially focused on documents and tangible items that relate to the creation and development of the Bratz dolls, among other areas.

3. To the best of my knowledge MGA has not withheld any documents or tangible items, including but not limited to molds, from its search for items in response to Mattel's discovery requests. To the contrary, MGA has searched extensively for documents and tangible items responsive to Mattel's requests during the course of this litigation. Throughout the pendency of this litigation, MGA has continued to search diligently for documents and tangible things that are responsive to Mattel's requests.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 25th day of January, 2007, at Los Angeles, California.

_____
Samir Khare

2
DECLARATION OF SAMIR KHARE IN OPPOSITION TO MATTEL'S *EX PARTE* RE TANGIBLE ITEMS