THOMAS J. NOLAN (Bar No. 066992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, CA 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600
E-mail: tnolan@skadden.com

KENNETH A. PLEVAN (Admitted *Pro Hac Vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Times Square
New York, NY 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
E-mail: kplevan@skadden.com

Attorneys for Counter-Defendants,
MGA ENTERTAINMENT, INC.,
ISAAC LARIAN, MGA
ENTERTAINMENT (HK) LIMITED,
and MGAE de MEXICO S.R.L. de C.V.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation<br><br>Defendant.<br><br>Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>**DECLARATION OF AMY S. PARK IN SUPPORT OF MGA DEFENDANTS' OPPOSITION TO MATTEL, INC.'S *EX PARTE* APPLICATION TO ENFORCE COURT ORDERS COMPELLING PRODUCTION OF TANGIBLE ITEMS; AND FOR MODIFICATION OF SCHEDULING ORDER**<br><br>Honorable Stephen G. Larson<br><br>Date: TBA<br>Time: TBA<br>Place: TBA |

DECL. OF AMY S. PARK I.S.O. OF MGA DEFENDANTS' OPP. TO MATTEL'S *EX PARTE* APP. RE TANGIBLE ITEMS

I, Amy S. Park, hereby declare as follows:

I am an attorney licensed to practice law in the State of California and am a partner at the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, attorneys of record for MGA Entertainment, Inc. ("MGA"), Isaac Larian ("Mr. Larian" or "Larian"), MGA Entertainment (HK) Limited ("MGA HK"), and MGAE de Mexico S.R.L. de C.V. ("MGA Mexico") (collectively, the "MGA Defendants") in the above-captioned matter. I submit this Declaration in Support of the MGA Defendants' Opposition to Mattel, Inc.'s *Ex Parte* Application to Enforce Court Orders Compelling Production of Tangible Items and for Modification of Scheduling Order. Unless otherwise stated, I have personal knowledge of the facts set forth below and, if called as a witness, I could and would testify competently thereto.

1. To date, the MGA Defendants have produced approximately 3.8 million pages of documents. The MGA Defendants had produced more than 3 million pages of documents by November 2007. In addition, to date, MGA has produced for Mattel's inspection approximately 800 tangible items. The majority of the tangible items were inspected by Mattel in October 2007. The items inspected by Mattel in October 2007 included more than a dozen doll heads, several doll bodies, a doll head sculpture, a doll body sculpture, as well as hundreds of Bratz dolls, dolls designs, doll accessories, and other MGA products. Mattel also inspected more than 100 additional items in mid-December 2007.

2. I have been in communication with MGA personnel with responsibility for the collection of tangible items that may be responsive to Mattel's requests for production. When MGA personnel have informed me about items they have found that are responsive to Mattel's requests, I have promptly notified Mattel's counsel of such items and have worked diligently and in good faith with Mattel's counsel to coordinate a prompt inspection of the items.

3. As of September 2007, Mattel had produced approximately a total of 150,000 pages of documents in this case. In October 2007, Mattel produced

an additional approximately 107,000 pages of documents, for a total of approximately 257,000 pages. As of December 2007, Mattel had produced a total of approximately 260,000 pages of documents. Between January 2, 2008 and January 24, 2008, Mattel produced approximately 635,000 pages of documents. Mattel's total production in January represents approximately 71 percent of Mattel's total production to date.

4. Attached hereto as Exhibit 1 is a true and complete copy of a letter dated January 14, 2008, from Timothy Alger to Thomas Nolan, Michael Page and Alexander Cote.

5. Attached hereto as Exhibit 2 is a true and complete copy of a series of email communications, dated between December 4, 2007 and December 6, 2007, between Scott Kidman and me.

6. Attached hereto as Exhibit 3 is a true and complete copy of a letter dated January 15, 2008, from me to Diane Hutnyan.

7. Attached hereto as Exhibit 4 is a true and complete copy of a series of email communications, between January 7, 2008 and January 8, 2008, between Ms. Hutnyan and me.

8. Attached hereto as Exhibit 5 is a true and complete copy of a series of email communications, between January 11, 2008 and January 13, 2008, between Ms. Hutnyan and me.

9. Attached hereto as Exhibit 6 is a true and complete copy of an email dated January 22, 2008, from Ms. Hutnyan to me.

10. Attached hereto as Exhibit 7 is a true and complete copy of a letter dated January 23, 2008, from me to Ms. Hutnyan.

11. To date, Mattel has not conducted any inspection of any of the tangible items that MGA has made available in Hong Kong and Shenzhen, China. Nor has Mattel ever committed to any date to conduct such inspections.

12. Documents and things that have been produced to Mattel by the MGA Defendants and/or non-parties regarding the creation and early development of Bratz, include thousands of pages of documents chronicling the development and manufacturing process, including correspondence and photographic images of the dolls in various stages of development sent between the MGA employees in the United States and Hong Kong; correspondence, invoices and purchase orders with third-party vendors that worked on the development of the Bratz doll, including Margaret Leahy (sculpted the Bratz doll), Jesse Ramirez of South Bay Molds (cast molds for the dolls), and Veronica Marlow (fashion design); and more than a hundred tangible items produced by Ms. Leahy and Ms. Marlow that relate to the development of the Bratz dolls.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 25th day of January, 2008, at Los Angeles, California.

*[signature]*
Amy S. Park