# EXHIBIT 2

## Park, Amy

**From:** Park, Amy
**Sent:** Thursday, December 06, 2007 12:06 PM
**To:** 'Scott Kidman'
**Cc:** Michael T Zeller
**Subject:** RE: Mattel v. MGA

Scott,

There appears to be some confusion. I did not state and certainly did not intend to convey that we would be making available today doll head sculpts and body samples from Hong Kong. Those items are subject to an undertaking given to the Hong Kong court that prevents them from being sent to the United States absent relief from the court. As I explained on Tuesday and yesterday, MGA is in the process of attempting to obtain the Hong Kong court's permission to transport those items to the United States.

The items made available for inspection today include some Bratz products that were in Hong Kong that are responsive to Request No. 1 of Mattel's Second Set of Requests For Production to MGA, which you had inquired about, among others.

I hope this clarifies things. I'm happy to talk further if you'd like.

-Amy

---

**From:** Scott Kidman [mailto:scottkidman@quinnemanuel.com]
**Sent:** Thursday, December 06, 2007 10:26 AM
**To:** Park, Amy
**Cc:** Michael T Zeller
**Subject:** RE: Mattel v. MGA

Amy,

Jennifer Lewis from my office is at your Los Angeles office to supervise the photographing of the tangible items. Jennifer has informed me that there are no doll head sculpts, body samples or other tangible items from Hong Kong and that your paralegal was not aware of any items from Hong Kong.

Can you please look into this and get back to me as soon as possible. Thanks.

---

**From:** Park, Amy [mailto:APARK@skadden.com]
**Sent:** Wednesday, December 05, 2007 8:07 PM
**To:** Scott Kidman
**Cc:** Michael T Zeller
**Subject:** RE: Mattel v. MGA

Scott,

Thanks for your email. We'll have the items ready for inspection tomorrow morning.

I want to clarify a few points in your email. Among the items available for inspection tomorrow are

indeed items from Hong Kong. I did not state, however, that those items were previously located at the offices of MGA's counsel in Hong Kong.. Certain *other* tangible items are located at the offices of MGA's counsel in Hong Kong. Those items are subject to an undertaking given to the Hong Kong court that prevents the items from being sent to the United States absent relief from the court. MGA is in the process of attempting to obtain that relief.

I look forward to speaking with you tomorrow.

Amy

---

**From:** Scott Kidman [mailto:scottkidman@quinnemanuel.com]
**Sent:** Tuesday, December 04, 2007 3:52 PM
**To:** Park, Amy
**Cc:** Michael T Zeller
**Subject:** Mattel v. MGA

Amy,

This will confirm that we will be at Skadden's Los Angeles office on Thursday, December 5, 2007 at 10:00 am to photograph and videotape the additional products and tangible items that MGA is making available for inspection at that time. Jennifer Lewis from my office will be there along with a photographer and videographer from JTV Video.

This will also confirm our telephone conversation earlier today in which you stated that the items to be made available for inspection on Thursday include additional Bratz products responsive to Request No. 1 in Mattel's Second Request for Production to MGA and certain tangible items previously located at the offices of MGA's counsel in Hong Kong. You indicated that certain other tangible items located at the offices of MGA's counsel in Hong Kong are subject to an order from the Hong Kong court that prevents them from being sent to the United States absent relief from the court. You also indicated that MGA is in the process of seeking that relief.

We agreed to speak again on Thursday morning regarding the date by which MGA will complete its production of products responsive to Request No. 1 in Mattel's First Set of Requests for Production, when you expect to be able to make the remaining tangible items still in Hong Kong available for inspection in Los Angeles and whether and when those items can be inspected by Mattel in Hong Kong in the meantime.

I look forward to speaking with you further on Thursday.


Scott B. Kidman
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Direct: (213) 443-3162
Main Phone: (213) 443-3000
Main Fax: (213) 443-3100
E-mail: scottkidman@quinnemanuel.com
Web: www.quinnemanuel.com


-------------------------------------------------------------------------
To ensure compliance with Treasury Department regulations, we advise you that, unles

****************************************************
This e-mail and any attachments thereto, is intended only for use by the addressee(s

12/6/2007