Larry McFarland (Bar No. 129668)
Christian Dowell (Bar No. 241973)
KEATS, McFARLAND & WILSON LLP
9720 Wilshire Blvd.
Penthouse Suite
Beverly Hills, CA 90212
Telephone: (310) 248-3830
Facsimile: (310) 860-0363
Email: lmcfarland@kmwlaw.com
       cdowell@kmwlaw.com

Attorneys for Ana Elise Cloonan,
Margaret Hatch-Leahy, and Veronica Marlow

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MATTEL, INC., a Delaware corporation;<br><br>　　　　　Defendant.<br><br>AND RELATED ACTIONS. | Case No.: CV 04 – 09049 SGL (RNBx)<br>Consolidated with Case Nos.<br>CV 04-9059 and CV 05-2727<br><br><u>Hon. Stephen G. Larson</u><br><br>DECLARATION OF LARRY MCFARLAND IN SUPPORT OF ANA ELISE CLOONAN'S, MARGARET HATCH-LEAHY'S, AND VERONICA MARLOW'S OPPOSITION TO MATTEL'S <u>EX PARTE</u> APPLICATION TO (1) COMPEL PRODUCTION OF ELECTRONIC MEDIA FROM THIRD-PARTIES ELISE CLOONAN, MARGARET HATCH-LEAHY, AND VERONICA MARLOW OR (2) IN THE ALTERNATIVE, MODIFY THE SCHEDULING ORDER |

I, Larry McFarland, hereby declare as follows:

I am an attorney licensed to practice law in the State of California and am a partner at the law firm of Keats, McFarland & Wilson LLP, counsel for non-party witnesses in this matter, Ana Elise Cloonan, Margaret Hatch-Leahy and Veronica Marlow (the "Non-Party Witnesses").

I submit this Declaration in Support of the Non-Party Witnesses' Opposition to Mattel, Inc.'s ("Mattel") Ex Parte Application ("Opposition"). Unless otherwise stated, I have personal knowledge of the facts set forth below and, if called as a witness, I could and would competently testify thereto.

1. A true and correct copy of the Order granting Mattel's Motion for Order Confirming that the Discovery Master Hears and Resolves All Discovery Disputes, Including Those With Respect to Third Parties, entered by Judge Infante on January 7, 2008, is attached hereto as Exhibit 1.

2. A true and correct copy of the Order Granting in Part and Denying in Part Mattel's Motion to Compel Production of Documents By Isaac Larian; Denying Request for Sanctions, entered by Judge Infante on December 31, 2007, is attached hereto as Exhibit 2.

3. A true and correct copy of a letter sent to Mattel's counsel, dated November 12, 2007, is attached hereto as Exhibit 3.

4. A true and correct copy of Mattel's Ex Parte Application to (1) Compel Depositions of Elise Cloonan, Margaret Hatch-Leahy, and Veronica Marlow or (2) in the Alternative, Modify the Scheduling Order, filed November 15, 2007, is attached hereto as Exhibit 4.

5. A true and correct copy of the Court's Minute Order, dated November 20, 2007, is attached hereto as Exhibit 5.

6. A true and correct copy of a letter signed by counsel for Mattel and counsel for the Non-Party Witnesses, dated September 13, 2007, is attached hereto as Exhibit 6.

1    7.  A true and correct copy of the relevant pages of the deposition of Carter
2 Bryant, dated November 4, 2004, is attached hereto as Exhibit 7.
3    8.  True and correct copies of relevant pages of the deposition of Veronica
4 Marlow, dated December 28, 2007, are attached hereto as Exhibit 8.
5    9.  A true and correct copy of a letter hand-delivered to Mattel's counsel,
6 dated December 4, 2007, is attached hereto as Exhibit 9.
7    10. A true and correct copy of a letter sent by Mattel's counsel, dated June 1,
8 2006, is attached hereto as Exhibit 10.
9    11. A true and correct copy of a letter sent to Mattel's counsel, dated January
10 2, 2008, is attached hereto as Exhibit 11.
11    12. A true and correct copy of a letter sent to Mattel's counsel, dated June 28,
12 2007, is attached hereto as Exhibit 12.
13    13. True and correct copies of letters sent to Mattel's counsel are attached
14 hereto as Exhibit 13.
15    14. A true and correct copy of a letter sent to Mattel's counsel, dated
16 September 27, 2007, is attached hereto as Exhibit 14.
17    15. A true and correct copy of a letter sent with documents to Mattel, dated
18 October 26, 2007, is attached hereto as Exhibit 15.
19    16. A true and correct copy of a letter sent to Mattel's counsel, dated
20 November 21, 2007, is attached hereto as Exhibit 16.
21    17. A true and correct copy of a letter sent by Mattel's counsel, dated
22 November 28, is attached hereto as Exhibit 17.
23    18. A true and correct copy of an e-mail sent from DataChasers, dated
24 November 30, 2007, is attached hereto as Exhibit 18.
25    19. True and correct copies of relevant pages of the deposition of Margaret
26 Hatch-Leahy, dated December 12, 2007, are attached hereto as Exhibit 19.
27    20. True and correct copies of relevant pages of the deposition of Elise
28 Cloonan, dated December 14, 2007, are attached hereto as Exhibit 20.

21. A true and correct copy of a letter sent to Mr. Albee, dated December 17, 2007, is attached hereto as Exhibit 21.

22. A true and correct copy of a letter sent to Mr. Albee, dated December 18, 2007, is attached hereto as Exhibit 22.

23. A true and correct copy of a letter sent by Mattel's counsel, dated January 2, 2008, is attached hereto as Exhibit 23.

24. A true and correct copy of a letter sent to Mattel, dated January 16, 2008, is attached hereto as Exhibit 24.

25. A true and correct copy of an e-mail sent by Mattel's counsel, dated January 9, 2008, is attached hereto as Exhibit 25.

26. A true and correct copy of an e-mail sent by Mattel's counsel, dated January 17, 2008, is attached hereto as Exhibit 26.

27. A true and correct copy of a letter sent to Mattel's counsel, dated January 18, 2008, is attached hereto as Exhibit 27.

28. A true and correct copy of a proof of service, dated January 25, 2008, is attached hereto as Exhibit 28.

29. A true and correct copy of a letter sent to Mattel's counsel, dated December 11, 2007, is attached hereto as Exhibit 29.

30. True and correct copies of relevant documents produced by Ms. Marlow are attached hereto as Exhibit 30.

31. A true and correct copy of the Order Re Mattel's Motions to Compel Farhad Larian, Kaye Scholer and Stern & Goldbert to Produce Documents, entered by Judge Infante on January 25, 2008, is attached hereto as Exhibit 31.

32. A true and correct copy of the Declaration of Elise Cloonan in support of the Opposition, dated January 25, 2008, is attached hereto as Exhibit 32.

33. True and correct copies of the subpoena responses of Ms. Leahy, Ms. Cloonan and Ms. Marlow are attached hereto as Exhibit 33.

1  I declare under penalty of perjury under the laws of the United States that the
2  foregoing is true and correct.
3  Executed this 27th day of January 2008, at Beverly Hills, California.

/s/
Larry W. McFarland