# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Carter Bryant | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV 04-09049 SGL (RNBx) |
| v. | |
| Mattel Inc. | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
(1) DECLARATION OF L. MCFARLAND IN SUPPORT OF CLOONAN'S, HATCH-LEAHY'S, AND MARLOW'S OPPOSITION TO MATTEL'S EX PARTE APPLICATION [EXHIBITS UNDER SEAL: 7, 8, 9, 19, 20 AND 30]; (2) APP. TO FILE UNDER SEAL; (3) [PROPOSED] ORDER TO SEAL

**Document Description:**

☐ Administrative Record

☑ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)

☑ Other   Application to File Under Seal with [Proposed] Order to Seal

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☑ Manual Filing required (*reason*):
  Protective Order applies to excerpts from depositions.

| January 27, 2008 | Larry W. McFarland, Esq. |
|---|---|
| Date | Attorney Name |
| | Non-Parties: Cloonan, Hatch-Leahy and Marlow |
| | Party Represented |

Note:  File one Notice in each case, each time you manually file document(s).

G-92 (02/07)  **NOTICE OF MANUAL FILING**