THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, CA 90071-3144
Tel.: (213) 687-5000/Fax: (213) 687-5600

RAOUL D. KENNEDY (Bar No. 40892)
(rkennedy@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Embarcadero Center, 38th Floor
San Francisco, CA 94111-5974
Tel.: (415) 984-6400 / Fax: (415) 984-2698

Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian

# UNITED STATED DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>**DISCOVERY MATTER**<br><br>CASE NO. CV 04-9049 SGL (RNBx)<br><br>**DISCOVERY MATTER**<br><br>APPLICATION TO FILE UNDER SEAL MGA'S AND MGAE MEXICO'S NOTICE OF MOTION AND MOTION FOR PROTECTIVE ORDER, RE: FOURTH NOTICE OF DEPOSITION OF MGA ENTERTAINMENT INC. AND NOTICE OF DEPOSITION OF MGAE DE MEXICO, S.R.L. DE C.V. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6)<br><br>[PROPOSED] ORDER |

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, MGA Entertainment, Inc. ("MGA") hereby respectfully requests that the Court order the following documents be filed under seal: MGA's and MGAE Mexico's Notice Of Motion And Motion for Protective Order, re: Fourth Notice of Deposition of MGA Entertainment Inc. and Notice of Deposition of MGAE de Mexico, S.R.L. de C.V. pursuant to Federal Rule of Civil Procedure 30(b)(6), the associated Declaration of Timothy A. Miller and related exhibits, Separate Statement No. 1 [Fourth MGA Notice], and Separate Statement No. 2 [MGAE Mexico Notice]. Good cause exists for filing these documents under seal, as they refer to certain documents that have been designated as "Confidential" or "Confidential—Attorneys' Eyes Only" pursuant to the Protective Order. In the alternative, MGA requests that the Court declare the exhibits to be outside the definitions of "Confidential" and "Confidential—Attorneys' Eyes Only" as contained in the Stipulated Protective Order and order them to be filed as part of the public record.

DATED: January 18, 2008

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By: _____ (MB)
Raoul D. Kennedy
Attorneys for MGA Entertainment, Inc.

## ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the following documents be filed under seal pursuant to Local Rule 79-5.1: MGA's and MGAE Mexico's Notice Of Motion And Motion for Protective Order, re: Fourth Notice of Deposition of MGA Entertainment Inc. and Notice of Deposition of MGAE de Mexico, S.R.L. de C.V. pursuant to Federal Rule of Civil Procedure 30(b)(6), the associated Declaration of Timothy A. Miller and related exhibits, Separate Statement No. 1 [Fourth MGA Notice], and Separate Statement No. 2 [MGAE Mexico Notice]..

DATED: January __, 2008

_____
Hon. Stephen G. Larson
United States District Court Judge