THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, CA 90071-3144
Tel.: (213) 687-5000/Fax: (213) 687-5600

RAOUL D. KENNEDY (Bar No. 40892)
(rkennedy@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Embarcadero Center, 38th Floor
San Francisco, CA 94111-5974
Tel.: (415) 984-6400 / Fax: (415) 984-2698

Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian

UNITED STATED DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>　　　　　　Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-09049 SGL (RNBx)<br><br>**DISCOVERY MATTER**<br><br><br><br>ORDER |

## ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the following documents be filed under seal pursuant to Local Rule 79-5.1: MGA's and MGAE Mexico's Notice Of Motion And Motion for Protective Order, re: Fourth Notice of Deposition of MGA Entertainment Inc. and Notice of Deposition of MGAE de Mexico, S.R.L. de C.V. pursuant to Federal Rule of Civil Procedure 30(b)(6), the associated Declaration of Timothy A. Miller and related exhibits, Separate Statement No. 1 [Fourth MGA Notice], and Separate Statement No. 2 [MGAE Mexico Notice]..

DATED: January 23, 2008

Hon. Stephen G. Larson
United States District Court Judge