THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, CA 90071-3144
Tel.: (213) 687-5000/Fax: (213) 687-5600

RAOUL D. KENNEDY (Bar No. 40892)
(rkennedy@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Embarcadero Center, 38th Floor
San Francisco, CA 94111-5974
Tel.: (415) 984-6400 / Fax: (415) 984-2698

Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian

UNITED STATED DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>**DISCOVERY MATTER**<br><br>CASE NO. CV 04-9049 SGL (RNBx)<br><br>**DISCOVERY MATTER**<br><br>APPLICATION TO FILE UNDER SEAL MGA'S NOTICE OF MOTION AND MOTION TO COMPEL DISCOVERY AS TO ISSUES AS TO WHICH MATTEL HAS WAIVED THE ATTORNEY-CLIENT AND WORK PRODUCT PRIVILEGES BY CLAIMS ASSERTION<br><br>[PROPOSED] ORDER |

ursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, MGA Entertainment, Inc. ("MGA") hereby respectfully requests that the Court order the following documents be filed under seal: MGA'S Notice Of Motion And Motion To Compel Discovery as to Issues as to Which Mattel Has Waived the Attorney-Client and Work Product Privileges by Claims Assertion, the associated Declaration of Marcus R. Mumford and related exhibits. Good cause exists for filing these documents under seal, as they refer to certain documents that have been designated as "Confidential" or "Confidential—Attorneys' Eyes Only" pursuant to the Protective Order. In the alternative, MGA requests that the Court declare the exhibits to be outside the definitions of "Confidential" and "Confidential—Attorneys' Eyes Only" as contained in the Stipulated Protective Order and order them to be filed as part of the public record.

DATED: January 18, 2008

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By: _____
Raoul D. Kennedy
Attorneys for MGA Entertainment, Inc.

## ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the following documents be filed under seal pursuant to Local Rule 79-5.1: MGA'S Notice Of Motion And Motion To Compel Discovery as to Issues as to Which Mattel Has Waived the Attorney-Client and Work Product Privileges by Claims Assertion, and the associated Declaration of Marcus R. Mumford and related exhibits.

DATED: January __, 2008

_____
Hon. Stephen G. Larson
United States District Court Judge