THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, CA 90071-3144
Tel.: (213) 687-5000/Fax: (213) 687-5600

RAOUL D. KENNEDY (Bar No. 40892)
(rkennedy@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Embarcadero Center, 38th Floor
San Francisco, CA 94111-5974
Tel.: (415) 984-6400 / Fax: (415) 984-2698

Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian

JOHN W. KEKER (Bar No. 49092)
(jkeker@kvn.com)
CHRISTA M. ANDERSON (Bar No. 184325)
(canderson@kvn.com)
KEKER & VAN NEST LLP
710 Sansome St.
San Francisco, CA 94111-1704
Tel.: (415) 391-5400 / Fax: (415) 397-7188

Attorneys for Carter Bryant

UNITED STATED DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>**DISCOVERY MATTER**<br><br>APPLICATION TO FILE UNDER SEAL MGA'S MOTION TO OVERRULE MATTEL'S RELEVANCE OBJECTION AND COMPEL DISCOVERY RELEVANT TO STATUTE OF LIMITATIONS AND LACHES DEFENSES (RFP, RFA & INTERROGTORIES), MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF, AND DECLARATION OF MARCUS R. MUMFORD IN SUPPORT THEREOF; AND<br><br>[PROPOSED] ORDER |

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, MGA Entertainment, Inc. ("MGA") hereby respectfully request that the Court order the following documents be filed under seal: MGA's Notice of Motion and Motion To Overrule Mattel's Relevance Objection and Compel Discovery Relevant to Statute of Limitations and Laches Defenses (RFP, RFA & Interrogatories), the Memorandum of Points and Authorities in Support Thereof, and the Declaration of Marcus R. Mumford in Support Thereof. Good cause exists for filing these documents under seal, as certain exhibits attached to the Declaration of Marcus R. Mumford have been designated as "Confidential" or "Confidential—Attorneys' Eyes Only" pursuant to the Protective Order, and as the memorandum of points and authorities in support of MGA's motion references these exhibits. In the alternative, MGA requests that the Court declare the exhibits to the declaration to be outside the definitions of "Confidential" and "Confidential—Attorneys' Eyes Only" as contained in the Stipulated Protective Order and order them, along with the notice of motion and memorandum of points and authorities in support thereof, to be filed as part of the public record.

DATED:  January 17, 2008

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By: _____
Raoul D. Kennedy
Attorneys for MGA Entertainment, Inc.