1  THOMAS J. NOLAN (Bar No. 66992)
   (tnolan@skadden.com)
2  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue
3  Los Angeles, CA  90071-3144
   Tel.: (213) 687-5000/Fax: (213) 687-5600
4
   RAOUL D. KENNEDY (Bar No. 40892)
5  (rkennedy@skadden.com)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
6  4 Embarcadero Center, 38th Floor
   San Francisco, CA  94111-5974
7  Tel.: (415) 984-6400 / Fax: (415) 984-2698

8  Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited,
   MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian
9
   JOHN W. KEKER (Bar No. 49092)
10 (jkeker@kvn.com)
   CHRISTA M. ANDERSON (Bar No. 184325)
11 (canderson@kvn.com)
   KEKER & VAN NEST LLP
12 710 Sansome St.
   San Francisco, CA  94111-1704
13 Tel.: (415) 391-5400 / Fax: (415) 397-7188

14 Attorneys for Carter Bryant

15                 UNITED STATED DISTRICT COURT

16                 CENTRAL DISTRICT OF CALIFORNIA

17

18 CARTER BRYANT, an individual,          )  CASE NO. CV 04-9049 SGL (RNBx)
19                          Plaintiff,    )  **DISCOVERY MATTER**
                                          )
20            v.                          )
                                          )  ORDER
21 MATTEL, INC., a Delaware               )
22 corporation,                           )
                                          )
23                          Defendant.    )
                                          )
24 ─────────────────────────────         )
   AND CONSOLIDATED ACTIONS               )
25                                        )

26

27

28

## <u>ORDER</u>

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the following documents be filed under seal pursuant to Local Rule 79-5.1: MGA's Notice of Motion and Motion To Overrule Mattel's Relevance Objection and Compel Discovery Relevant to Statute of Limitations and Laches Defenses (RFP, RFA & Interrogatories), the Memorandum of Points and Authorities in Support Thereof, and the Declaration of Marcus R. Mumford in Support Thereof.

DATED:  January  23, 2008

/s/

Hon. Stephen G. Larson
United States District Court Judge