1  THOMAS J. NOLAN (Bar No. 66992)
   (tnolan@skadden.com)
2  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue
3  Los Angeles, CA  90071-3144
   Tel.: (213) 687-5000 / Fax: (213) 687-5600
4
   RAOUL D. KENNEDY (Bar No. 40892)
5  (rkennedy@skadden.com)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
6  4 Embarcadero Center, 38th Floor
   San Francisco, CA  94111-5974
7  Tel.: (415) 984-6400 / Fax: (415) 984-2698

8  Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited,
   MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian

9

10

11

12

            UNITED STATED DISTRICT COURT

            CENTRAL DISTRICT OF CALIFORNIA

14  CARTER BRYANT, an individual,           )  CASE NO. CV 04-9049 SGL (RNBx)
                                            )
15                     Plaintiff,           )  **DISCOVERY MATTER**
                                            )
16           v.                             )  APPLICATION TO FILE UNDER
                                            )  SEAL MGA DEFENDANTS'
17  MATTEL, INC., a Delaware                )  NOTICE OF MOTION AND
    corporation,                            )  MOTION TO QUASH DEPOSITION
18                                          )  SUBPOENAS AND
                       Defendant.           )  MEMORANDUM IN SUPPORT;
19                                          )  AND DECLARATION OF PAUL
   ─────────────────────────────           )  ECKLES FILED UNDER
20  AND CONSOLIDATED ACTIONS                )  SEPARATE COVER
                                            )
21 ─────────────────────────────              [PROPOSED] ORDER

22

23

24

25

26

27

28

LODGED

1    Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by

2  the Court in this action, the MGA Defendants hereby respectfully request that the

3  Court order the following documents be filed under seal: MGA Defendants' Notice

4  of Motion and Motion to Quash Deposition Subpoenas and Memorandum in Support,

5  and the Declaration of Paul Eckles in support thereof.  Good cause exists for filing

6  these documents under seal, as certain exhibits attached to the Declaration of Paul

7  Eckles related to this Motion have been designated as "Confidential" or

8  "Confidential—Attorneys' Eyes Only" pursuant to the Protective Order, and the

9  Motion references these exhibits.  In the alternative, the MGA Defendants request

10  that the Court declare the exhibits to the declaration to be outside the definitions of

11  "Confidential" and "Confidential—Attorneys' Eyes Only" as contained in the

12  Stipulated Protective Order and order them, along with the notice of motion and

13  memorandum of points and authorities in support thereof, to be filed as part of the

14  public record.

15

16  DATED:  January 22, 2008

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By:  _____
      Thomas J. Nolan
      Attorneys for MGA Entertainment, Inc.

1
2

## ORDER

3
4
5
6
7

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the following documents be filed under seal pursuant to Local Rule 79-5.1. MGA Defendants' Notice of Motion and Motion to Quash Deposition Subpoenas and Memorandum in Support, and the Declaration of Paul Eckles in support thereof.

8
9

DATED:  January __, 2008

10
11
12

_____
Hon. Stephen G. Larson
United States District Court Judge

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Application To File Under Seal
Case No. CV 04-9049 SGL (RNBx)