

1 | THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
2 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
3 | Los Angeles, CA 90071-3144
Tel.: (213) 687-5000 / Fax: (213) 687-5600
4 |
RAOUL D. KENNEDY (Bar No. 40892)
5 | (rkennedy@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
6 | 4 Embarcadero Center, 38th Floor
San Francisco, CA 94111-5974
7 | Tel.: (415) 984-6400 / Fax: (415) 984-2698

8 | Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited,
MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian

FILED
CLERK. U.S. DISTRICT COURT

JAN 2 4 2008

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION
BY DEPUTY

9
10
11
12
13

UNITED STATED DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

14 | CARTER BRYANT, an individual,

15 | Plaintiff,

16 | v.

17 | MATTEL, INC., a Delaware corporation,

18 | Defendant.

19
20 | AND CONSOLIDATED ACTIONS

CASE NO. CV 04-9049 SGL (RNBx)

**DISCOVERY MATTER**

APPLICATION TO FILE UNDER SEAL MGA DEFENDANTS' AMENDED NOTICE OF MOTION AND AMENDED MOTION TO QUASH DEPOSITION SUBPOENAS AND MEMORANDUM IN SUPPORT

[PROPOSED ORDER]

21
22
23
24
25
26
27
28

1    Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by

2  the Court in this action, the MGA Defendants hereby respectfully request that the

3  Court order the following documents be filed under seal: MGA Defendants'

4  Amended Notice of Motion and Amended Motion to Quash Deposition Subpoenas

5  and Memorandum in Support. Good cause exists for filing these documents under

6  seal, as certain exhibits attached to the Declaration of Paul Eckles related to this

7  Motion have been designated as "Confidential" or "Confidential—Attorneys' Eyes

8  Only" pursuant to the Protective Order, and the Amended Motion references these

9  exhibits. In the alternative, the MGA Defendants request that the Court declare the

10  exhibits to the declaration to be outside the definitions of "Confidential" and

11  "Confidential—Attorneys' Eyes Only" as contained in the Stipulated Protective

12  Order and order them, along with the notice of motion and memorandum of points

13  and authorities in support thereof, to be filed as part of the public record.

14

15  DATED: January 23, 2008

       SKADDEN, ARPS, SLATE, MEAGHER &
16      FLOM, LLP

17      By: Thomas J. Nolan (by Au)

18      Thomas J. Nolan
        Attorneys for MGA Entertainment, Inc.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the following documents be filed under seal pursuant to Local Rule 79-5.1. MGA Defendants' Amended Notice of Motion and Amended Motion to Quash Deposition Subpoenas and Memorandum in Support.

DATED: January ___, 2008

_____
Hon. Stephen G. Larson
United States District Court Judge