1 | THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
2 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
3 | Los Angeles, CA 90071-3144
Tel.: (213) 687-5000 / Fax: (213) 687-5600

4
5 | RAOUL D. KENNEDY (Bar No. 40892)
(rkennedy@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
6 | 4 Embarcadero Center, 38th Floor
San Francisco, CA 94111-5974
7 | Tel.: (415) 984-6400 / Fax: (415) 984-2698

8 | Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited,
MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian

9
JOHN W. KEKER (Bar No. 49092)
10 | (jkeker@kvn.com)
CHRISTA M. ANDERSON (Bar No. 184325)
11 | (canderson@kvn.com)
KEKER & VAN NEST LLP
12 | 710 Sansome St.
San Francisco, CA 94111-1704
13 | Tel.: (415) 391-5400 / Fax: (415) 397-7188

14 | Attorneys for Carter Bryant

FILED
CLERK, U.S. DISTRICT COURT

JAN 2 3 2008

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION          BY DEPUTY

15 | 

## UNITED STATED DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 18 | CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| 19 | Plaintiff, | **DISCOVERY MATTER** |
| 20 | v. | APPLICATION TO FILE UNDER SEAL MGA'S AND CARTER BRYANT'S REPLY BRIEF IN FURTHER SUPPORT OF JOINT MOTION TO COMPEL AN UNREDACTED VERSION OF M0074400, MATTEL'S INVESTIGATION FILE 02-299 AND THE FURTHER DEPOSITION OF RICHARD DE ANDA |
| 21 22 | MATTEL, INC., a Delaware corporation, | |
| 23 | Defendant. | |
| 24 25 | AND CONSOLIDATED ACTIONS | |

26 | [PROPOSED] ORDER

27

28

LODGED

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, MGA Entertainment, Inc. ("MGA") and Carter Bryant ("Bryant") hereby respectfully request that the Court order the following documents be filed under seal: MGA's and Carter Bryant's Reply Brief in Further Support of Joint Notice of Motion and Motion to Compel an Unredacted Version of M0074400, Mattel's Investigative File 02-299 and the Further Deposition of Richard De Anda. Good cause exists for filing these documents under seal, as certain exhibits attached to the Declaration of Marcus R. Mumford related to this Motion have been designated as "Confidential" or "Confidential—Attorneys' Eyes Only" pursuant to the Protective Order, and as the Reply Brief in support of the Motion references these exhibits. In the alternative, MGA requests that the Court declare the exhibits to the declaration to be outside the definitions of "Confidential" and "Confidential—Attorneys' Eyes Only" as contained in the Stipulated Protective Order and order them, along with the notice of motion and memorandum of points and authorities in support thereof, to be filed as part of the public record.

DATED: January 18, 2008

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By: _____
Raoul D. Kennedy
Attorneys for MGA Entertainment, Inc.

KEKER & VAN NEST LLP

By: _____
Christa M. Anderson
Attorneys for Carter Bryant

1

## ORDER

2   Based on the above Application, and good cause appearing for the entry

3  thereof, IT IS HEREBY ORDERED that the following documents be filed under seal

4  pursuant to Local Rule 79-5.1: MGA's and Carter Bryant's Reply Brief in Further

5  Support of Joint Notice of Motion and Motion to Compel an Unredacted Version of

6  M0074400, Mattel's Investigative File 02-299 and the Further Deposition of Richard

7  De Anda.

8

9  DATED:  January ___, 2008

10

11                                         _____
                                            Hon. Stephen G. Larson
12                                          United States District Court Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28