QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 6, 8, 13, 14, 15, 16, 20, 21, 23 AND 26 TO THE DECLARATION OF DIANE C. HUTNYAN IN SUPPORT OF MATTEL, INC.'S *EX PARTE* APPLICATION TO ENFORCE COURT ORDERS COMPELLING PRODUCTION OF TANGIBLE ITEMS; AND FOR MODIFICATION OF SCHEDULING ORDER<br><br>[[Proposed] Order filed concurrently]<br><br>Date: TBA<br>Time: TBA<br>Place: TBA<br><br>**Phase 1**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

ORIGINAL

07209/2366500.1

| | |
|---|---|
| 1 | Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order |
| 2 | entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully |
| 3 | requests that the Court order filed under seal Exhibits 6, 8, 13, 14, 15, 16, 20, 21, 23 |
| 4 | and 26 to the Declaration of Diane C. Hutnyan in support of Mattel's *Ex Parte* |
| 5 | Application to Enforce Court Orders Compelling Production of Tangible Items; and |
| 6 | for Modification of Scheduling Order ("Exhibits"). |
| 7 | The Exhibits include materials that MGA and/or Bryant have |
| 8 | designated as "Confidential" or "Confidential--Attorneys' Eyes Only" pursuant to |
| 9 | the Protective Order.  Accordingly, Mattel requests that the Court order that the |
| 10 | Exhibits be filed under seal. |
| 11 | In the alternative, Mattel requests that the Court declare that these |
| 12 | materials are outside the definitions of "Confidential" and "Confidential--Attorneys' |
| 13 | Eyes Only" as contained in the Stipulated Protective Order and order them to be |
| 14 | filed as part of the public record. |
| 16 | DATED: January 24, 2008        QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
| 18 | By /s/ Diane C. Hutnyan |
| 19 | Diane C. Hutnyan<br>Attorneys for Mattel, Inc. |

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On January 25, 2008, I served true copies of the following document(s) described as **MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 6, 8, 13, 14, 15, 16, 20, 21, 23 AND 26 TO THE DECLARATION OF DIANE C. HUTNYAN IN SUPPORT OF MATTEL INC.'S *EX PARTE* APPLICATION TO ENFORCE THE COURT ORDERS COMPELLING PRODUCTION OF TANGIBLE ITEMS; AND FOR MODIFICATION OF SCHEDULING ORDER** on the parties in this action as follows:

Thomas J. Nolan
**Skadden, Arps, Slate, Meageher & Flom LLP**
300 South Grand Ave., Ste. 3400
Los Angeles, CA 90071

Mark E. Overland
David C. Scheper
Alexander H. Cote
**Overland Borenstein Scheper & Kim LLP**
300 South Grand Avenue, Suite 2750
Los Angeles, CA 90071

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 25, 2008, at Los Angeles, California.

_____
NOW LEGAL -- Dave Quintana

07209/2217862.1

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On January 25, 2008, I served true copies of the following document(s) described as **MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 6, 8, 13, 14, 15, 16, 20, 21, 23 AND 26 TO THE DECLARATION OF DIANE C. HUTNYAN IN SUPPORT OF MATTEL INC.'S *EX PARTE* APPLICATION TO ENFORCE THE COURT ORDERS COMPELLING PRODUCTION OF TANGIBLE ITEMS; AND FOR MODIFICATION OF SCHEDULING ORDER** on the parties in this action as follows:

John W. Keker, Esq.
Michael H. Page, Esq.
Christina M. Anderson, Esq.
**Keker & Van Nest, LLP**
710 Sansome Street
San Francisco, CA 94111

**BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

**BY FEDEX:** I deposited such document(s) in a box or other facility regularly maintained by FedEx, or delivered such document(s) to a courier or driver authorized by FedEx to receive documents, in sealed envelope(s) or package(s) designated by FedEx with delivery fees paid or provided for, addressed to the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 25, 2008, at Los Angeles, California.

Andrea Hoeven

07209/2217871.1