QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Hon. Edward Infante (Ret.) Pursuant To The Court's Order Of December 6, 2006]**<br><br>ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL CERTAIN EXHIBITS TO THE DECLARATION OF BERNARD B. SMYTH IN SUPPORT OF MATTEL, INC.'S MOTION FOR ORDER FINDING WAIVER AND TO COMPEL PRODUCTION OF DOCUMENTS WITHHELD AS PRIVILEGED<br><br>Date: February 8, 2008<br>Time: 9:30 a.m.<br>Place: TBA<br><br>**Phase 1**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2365443.1

[PROPOSED] ORDER

## ORDER

Based on the concurrently filed Application to File Under Seal Certain Exhibits to the Declaration of Bernard B. Smyth in support of Mattel's Motion for Order Finding Waiver and to Compel Production of Documents Withheld as Privileged, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Exhibits 3, 6-11, and 14-16 of the Declaration of Bernard B. Smyth in support of Mattel's Motion for Order Finding Waiver and to Compel Production of Documents Withheld as Privileged are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED:  January 25, 2008            _____

*[signature: S.G. Larson]*

Hon. Stephen G. Larson
United States District Judge