QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To be Heard by Discovery Master Hon. Edward Infante (Ret.) Pursuant to Court Order of December 6, 2006]**<br><br>ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL: (1) MATTEL'S MOTION COMPELLING PRODUCTION OF THIRD PARTY COMMUNICATIONS IMPROPERLY WITHHELD UNDER A CLAIM OF "COMMON INTEREST" PRIVILEGE; AND (2) CERTAIN EXHIBITS TO THE CONCURRENTLY FILED DECLARATION OF B. DYLAN PROCTOR<br><br>Date:   February 8, 2008<br>Time:  9:30 a.m.<br>Place:  TBA<br><br>**Phase 1**<br>Discovery Cut-Off:        Jan. 28, 2008<br>Pre-Trial Conference:    May 5, 2008<br>Trial Date:                      May 27, 2008 |

07209/2366217.1

[PROPOSED] ORDER

## ORDER

Based on the concurrently filed Application to File Under Seal Mattel's (1) Motion Compelling Production of Third Party Communications Improperly Withheld Under A Claim of "Common Interest" Privilege and (2) Exhibits 6, 7, 8, 9, 10, 11, and 12 to the concurrently filed Declaration of B. Dylan Proctor, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Mattel's (1) Motion Compelling Production of Third Party Communications Improperly Withheld Under A Claim of "Common Interest" Privilege and (2) Exhibits 6, 7, 8, 9, 10, 11, and 12 to the concurrently filed Declaration of B. Dylan Proctor are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: January 25, 2008

_____
Hon. Stephen G. Larson
United States District Judge