QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff and Cross-Defendant Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED CASES | Case No. CV 04-09049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>STIPULATION RE: MGA ENTERTAINMENT, INC.'S FOURTH AND FIFTH SETS OF REQUESTS FOR ADMISSION;<br><br>[[Proposed] Order filed concurrently]<br><br>**Phase 1:**<br>Discovery Cut-off:    January 28, 2008<br>Pre-trial Conference: May 5, 2008<br>Trial Date:           May 27, 2008<br><br>**Phase 2:**<br>Discovery Cut-off:    N/A<br>Pre-trial Conference: N/A<br>Trial Date:           N/A |

07209/2368652.1

STIPULATION RE: MGA'S 4TH AND 5TH SETS OF RFAS

## STIPULATION

WHEREAS, MGA Entertainment, Inc. ("MGA") served the following sets of Requests for Admission on Mattel, Inc. ("Mattel"): (i) MGA's Fourth of Requests for Admission (Nos. 926-1673); and (ii) MGA's Fifth Set of Requests for Admission (Nos. 1-60) (together, the "RFAs"); and

WHEREAS, the responses of Mattel are currently due on January 28, 2008, the same date as the Phase I Discovery Cut-Off; and

WHEREAS, Mattel requested, and MGA agreed, to extend the due date for Mattel's responses to the RFAs until and including February 4, 2008; and

WHEREAS, MGA and Mattel agree that this extension of time should not prejudice MGA's ability to make a motion directed to the sufficiency of Mattel's responses to the RFAs, should the need arise and, thus, have agreed to extend any deadline for MGA to make a motion directed to the sufficiency of those responses by 10 days.

NOW, THEREFORE, MGA and Mattel agree as follows, subject to the Court's approval:

1. The time for Mattel to serve its responses and objections to the RFAs' is extended to and including February 4, 2008;

2. Any limitation on the time for MGA to file a motion directed to the sufficiency of Mattel's responses to the RFAs will be extended by 10 days.

1 | IT IS SO STIPULATED.

3 | DATED: January 28, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ B. Dylan Proctor
B. Dylan Proctor
Attorneys for Mattel, Inc.

9 | DATED: January 28, 2008

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By /s/ Timothy A. Miller
Timothy A. Miller
Attorneys for MGA Entertainment, Inc., MGAE de Mexico, S.R.L. de C.V., MGA Entertainment (HK) Limited, and Isaac Larian