QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff and Cross-Defendant Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> MATTEL, INC., a Delaware corporation, <br><br> Defendant. <br><br> AND CONSOLIDATED CASES | Case No. CV 04-09049 SGL (RNBx) <br><br> Consolidated with <br> Case No. CV 04-09059 <br> Case No. CV 05-02727 <br><br> Hon. Stephen G. Larson <br><br> [PROPOSED] ORDER ON STIPULATION RE: MGA ENTERTAINMENT, INC.'S FOURTH AND FIFTH SETS OF REQUESTS FOR ADMISSION; <br><br> **Phase 1:** <br> Discovery Cut-off: January 28, 2008 <br> Pre-trial Conference: May 5, 2008 <br> Trial Date: May 27, 2008 <br><br> **Phase 2:** <br> Discovery Cut-off: N/A <br> Pre-trial Conference: N/A <br> Trial Date: N/A |

07209/2368657.1

# [PROPOSED] ORDER

MGA Entertainment, Inc. ("MGA") and Mattel, Inc. ("Mattel") having so stipulated, and finding good cause hereto, IT IS HEREBY ORDERED THAT:

1. The time for Mattel to serve its responses and objections to MGA's Fourth and Fifth Sets of Requests for Admission is extended to and including February 4, 2008;

2. Any limitation on the time for MGA to file a motion directed to the sufficiency of Mattel's responses to MGA's Fourth and Fifth Sets of Requests for Admission will be extended by 10 days..

DATED:_____, 2008    _____

HON. STEPHEN G. LARSON
UNITED STATES DISTRICT
COURT JUDGE