THOMAS J. NOLAN (Bar No. 66992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, CA 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600
E-mail: tnolan@skadden.com

RAOUL D. KENNEDY (Bar No. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Embarcadero Center, 38th Floor
San Francisco, California 94111-5974
Telephone: (415) 984-6400
Facsimile: (415) 984-2698
Email: rkennedy@skadden.com

Attorneys for Counter-Defendants
MGA ENTERTAINMENT, INC., ISAAC LARIAN,
MGA ENTERTAINMENT (HK) LIMITED, and
MGAE de MEXICO S.R.L. de C.V.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>MATTEL, INC., a Delaware corporation<br><br>  Defendant.<br><br>Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>Hon. Stephen G. Larson<br><br>**STIPULATION RE: SUBPOENAS ISSUED TO WACHOVIA CORPORATION**<br><br>[[Proposed] Order filed concurrently herewith]<br><br>**Phase 1**<br>Discovery Cut-Off:  Jan. 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date:   May 27, 2008<br><br>**Phase 2**<br>Discovery Cut-Off:  N/A<br>Pre-Trial Conference: N/A<br>Trial Date:   N/A |

## STIPULATION

This Stipulation is entered into by and between Mattel, on the one hand, and MGA Entertainment, Inc., Isaac Larian, MGA Entertainment (HK) Limited, and MGAE de Mexico S.R.L. de C.V., Carter Bryant, and Carlos Gustavo Machado, on the other hand, with reference to the following:

WHEREAS, on January 7, 2008, the Court granted in part and denied in part Mattel's motion for leave to take additional discovery and granted Mattel's request to take additional individual depositions, including the deposition of Wachovia Corporation;

WHEREAS, the Court ordered the depositions permitted by the January 7, 2008 order to be held prior to the Phase 1 discovery cutoff date of January 28, 2008;

WHEREAS, in or about October 2007, Mattel issued a document subpoena to Wachovia Corporation (the "October 2007 document subpoena"), which seeks documents that Mattel contends are relevant to the claims and defenses in these consolidated actions;

WHEREAS, MGA has pending a motion to quash the October 2007 document subpoena and Mattel has a cross-motion to compel Wachovia to produce documents responsive to that subpoena;

WHEREAS, MGA also has pending a motion to quash the deposition subpoena issued by Mattel to Wachovia on the same grounds as set forth in MGA's prior motion to quash;

WHEREAS, since the filing of those motions, Mattel issued a second document subpoena to Wachovia (the "January 2008 document subpoena""), which seeks documents that Mattel contends are relevant to the claims and defenses in these consolidated actions;

WHEREAS, the parties wish to have the rulings of the Discovery Master on the motions regarding the October 2007 document subpoena and the deposition subpoena before Wachovia or MGA respond to the January 2008 document

1  subpoena or Wachovia responds to the deposition subpoena;

2  THEREFORE, the undersigned parties, through their undersigned counsel, stipulate and agree as follows, subject to the Court's approval:

  1.  Wachovia Corporation and MGA's responses to the January 2008 document subpoena shall not be due until seven (7) days after the Discovery Master issues an order with respect to the pending motion to quash the October 2007 document subpoena;

  2.  Wachovia Corporation's responses to the deposition subpoena shall not be due until seven (7) days after the Discovery Master issues an order with respect to the pending motion to quash that deposition subpoena;

  3.  Any motion in respect of Wachovia's or MGA's responses to the January 2008 document subpoena or the deposition subpoena shall be filed no later than ten (10) days after such responses are served;

  4.  The fact that any deposition of, or production of documents by, Wachovia Corporation in response to the deposition subpoena referenced herein or the January 2008 document subpoena will take place after January 28, 2008, pursuant to this stipulation, shall not bar any such deposition testimony or documents from being introduced during Phase 1 of the trial or the use of any such deposition testimony or documents for any purpose permitted by the Federal Rules of Civil Procedure, the Federal Rules of Evidence or any other applicable law or statute.

///
///
///
///
///
///
///
///

1  IT IS SO STIPULATED.

2  DATED: January 28, 2008    SKADDEN, ARPS, SLATE, MEAGHER
3                              & FLOM, LLP

5                              By: /s/ Amy S. Park
                                   Amy S. Park
6                              Attorneys for Counter-Defendants
                               MGA ENTERTAINMENT, INC., ISAAC LARIAN,
7                              MGA ENTERTAINMENT (HK) LIMITED, and
                               MGAE de MEXICO S.R.L. de C.V.

9  DATED: January 28, 2008    QUINN EMANUEL URQUHART OLIVER
                               & HEDGES, LLP

12                             By: Jon D. Corey / with permission by D.J.
                                   Jon D. Corey
13                                 Melissa Grant
                               Attorneys for Mattel, Inc.

15 DATED: January 28, 2008    KEKER & VAN NEST, LLP

17                             By: Michael Page / with permission by D.J.
                                   Michael Page
18                             Attorneys for Carter Bryant

20 DATED: January 28, 2008    OVERLAND BORENSTEIN SCHEPER & KIM

22                             By: Alexander H. Cote / with permission by D.J.
                                   Alexander H. Cote
23                             Attorneys for Carlos Gustavo Machado Gomez

-3-
STIPULATION RE: SUBPOENAS TO WACHOVIA CORPORATION

260196-Palo Alto Server 1A - MSW