THOMAS J. NOLAN (Bar No. 66992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600
E-mail: tnolan@skadden.com

RAOUL D. KENNEDY (Bar No. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Embarcadero Center, 38th Floor
San Francisco, California 94111-5974
Telephone: (415) 984-6400
Facsimile: (415) 984-2698
E-mail: rkennedy@skadden.com

Attorneys for Cross-Defendants
MGA Entertainment, Inc., MGA Entertainment (HK) Limited,
MGAE De Mexico, S.R.L. De C.V., and ISAAC LARIAN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>    Plaintiff,<br><br>    v.<br><br>MATTEL, INC., a Delaware corporation<br><br>    Defendant.<br><br>Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>**[PROPOSED] ORDER REGARDING SUBPOENAS ISSUED TO WACHOVIA CORPORATION**<br><br>**Phase 1:**<br>Discovery Cut-Off:   January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date:   May 27, 2008<br><br>**Phase 2**<br>Discovery Cut-Off:   N/A<br>Pre-Trial Conference: N/A<br>Trial Date:    N/A |

## [PROPOSED] ORDER

Based on the stipulation of Mattel, Inc. ("Mattel"), Isaac Larian, MGA Entertainment, Inc. ("MGA"), MGA Entertainment (HK) Limited ("MGA HK") and MGAE de Mexico S.R.L. de C.V. ("MGA Mexico"), regarding Subpoenas issued to Wachovia Corporation,

IT IS HEREBY ORDERED THAT:

1. The Court approves the parties stipulation that Wachovia Corporation and MGA's responses to the January 2008 document subpoena shall not be due until seven (7) days after the Discovery Master issues an order with respect to the pending motion to quash the October 2007 document subpoena;

2. Wachovia Corporation's responses to the deposition subpoena shall not be due until seven (7) days after the Discovery Master issues an order with respect to the pending motion to quash that deposition subpoena;

3. Any motion in respect of Wachovia's or MGA's responses to the January 2008 document subpoena or the deposition subpoena shall be filed no later than ten (10) days after such responses are served;

4. The fact that any deposition of, or production of documents by, Wachovia Corporation in response to the deposition subpoena referenced herein or the January 2008 document subpoena will take place after January 28, 2008, pursuant to this stipulation, shall not bar any such deposition testimony or documents from being introduced during Phase 1 of the trial or the use of any such deposition testimony or documents for any purpose permitted by the Federal Rules of Civil Procedure, the Federal Rules of Evidence or any other applicable law or statute.

IT IS SO ORDERED.

DATED: _____

HON. STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE