QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
  Juan Pablo Albán (Bar No. 218144)
  juanpabloalban@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff and Cross-Defendant Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>Hon. Stephen G. Larson<br><br>STIPULATION REGARDING EXTENSION OF TIME TO MOVE TO COMPEL RESPONSES TO MATTEL, INC.'S FIFTH SET OF REQUESTS FOR ADMISSION TO CARTER BRYANT<br><br>**Phase 1:**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2369009.11                           STIPULATION

1   WHEREAS, Mattel, Inc. ("Mattel") served its Fifth Set of Requests for
2   Admission to Carter Bryant ("Bryant") on June 8, 2007; and
3   WHEREAS, Mattel contends that Bryant's Second Supplemental and
4   Amended Responses to Request Nos. 42 - 45 are inadequate;
5   WHEREAS, Bryant has stipulated to serve amended and/or
6   supplemental responses to Request Nos. 42 - 45 by February 4, 2008;
7   WHEREAS, the Phase I fact discovery cut-off is January 28, 2008; and
8   WHEREAS, the parties have agreed that Mattel shall have the right to
9   make a motion directed to the sufficiency of Bryant's responses to Request Nos. 42 -
10  45 should the need arise.
11  THEREFORE, Bryant and Mattel, through their undersigned counsel,
12  stipulate and agree as follows:
13      1.  Bryant will serve amended and/or supplemental responses to
14  Request Nos. 42 - 45 by February 4, 2008; and
15      2.  Mattel shall have the right to file a motion directed to the
16  sufficiency of Carter Bryant's responses to Request Nos. 42 - 45 of Mattel's Fifth Set
17  of Requests for Admission within 10 days after service of Bryant's supplemental
18  and/or amended responses.

20  IT IS SO STIPULATED.
21  DATED: January 27, 2008        KEKER AND VAN NEST

23                                  By  *John Trinidad*
                                        John Trinidad
24                                      Attorneys for CARTER BRYANT

07209/2369009.1
-2-
STIPULATION

1  DATED: January 27, 2008          QUINN EMANUEL URQUHART OLIVER &
2                                   HEDGES, LLP
3
                                    By /s/ B. Dylan Proctor
4                                      B. Dylan Proctor
                                       Attorneys for Plaintiff and Cross-Defendant
5                                      Mattel, Inc.
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28