QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED CASES | Case No. CV 04-09049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>STIPULATION EXTENDING MATTEL, INC.'S TIME TO FILE MOTION TO COMPEL REGARDING REQUEST FOR PRODUCTION NO. 48; AND [PROPOSED] ORDER<br><br>**Phase 1:**<br>Discovery Cut-off: Jan. 28, 2008<br>Pre-trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

## STIPULATION

WHEREAS, Mattel, Inc. served on MGA Entertainment, Inc. its First Set of Requests for Production of Documents and Tangible Things (the "Requests");

WHEREAS, Mattel and MGA met and conferred on January 18 and 22, 2008, regarding MGA's objections to Mattel's Request for Production No. 48, included within the Requests, but have not yet resolved their dispute;

WHEREAS, the parties have agreed to meet and confer again on January 29, 2008, in a further attempt to resolve their dispute without the need for motion practice;

WHEREAS, Mattel wishes to preserve its right to file a motion to compel regarding Request for Production No. 48, if the parties are not able to resolve their discovery dispute;

WHEREAS, MGA agrees that, if the parties are not able to resolve their dispute, Mattel should be permitted to file a motion to compel regarding Request for Production No. 48;

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, through their undersigned counsel, as follows:

1. Mattel may file and serve a motion to compel regarding Request for Production No. 48 in its First Set of Requests for Production to MGA, on or before February 4, 2008, and any such motion shall be deemed timely filed.

IT IS SO STIPULATED.

DATED: January 28, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By *B. Dylan Proctor / by HSA w/ permission*
B. Dylan Proctor
Attorneys for Mattel, Inc.

DATED: January 28, 2008

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By *Amy Park / by HSA w/ permission*
Amy Park
Attorney for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE De Mexico, S.R.L. De C.V., and Isaac Larian

[PROPOSED] ORDER

Pursuant to the concurrently-filed Stipulation Extending Mattel, Inc.'s Time to File Motion to Compel Regarding Request for Production No. 48, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED THAT:

1. Mattel may file and serve a motion to compel regarding Request for Production No. 48 in its First Set of Requests for Production to MGA, on or before February 4, 2008, and any such motion shall be deemed timely filed.

DATED: January ___, 2008

_____
Hon. Stephen G. Larson
United States District Judge

07209/2369053.1

-4-
STIPULATION EXTENDING MATTEL'S TIME TO FILE MTC RE RFP NO. 48