1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     John B. Quinn (Bar No. 090378)
2    (johnquinn@quinnemanuel.com)
     Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
     Jon D. Corey (Bar No. 185066)
4    (joncorey@quinnemanuel.com)
     Timothy L. Alger (Bar No. 160303)
5    (timalger@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
6  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
7  Facsimile: (213) 443-3100

8  Attorneys for Mattel, Inc.

9                       UNITED STATES DISTRICT COURT

10                     CENTRAL DISTRICT OF CALIFORNIA

11                              EASTERN DIVISION

12 | CARTER BRYANT, an individual,        | CASE NO. CV 04-9049 SGL (RNBx)
                                          | Consolidated with
13 |           Plaintiff,                 | Case Nos. CV 04-09059 & CV 05-2727
14 |    vs.                               | Hon. Stephen G. Larson
15 | MATTEL, INC., a Delaware             | [PROPOSED] ORDER EXTENDING
   | corporation,                         | MATTEL, INC.'S TIME TO FILE
16 |                                      | MOTION TO COMPEL REGARDING
   |           Defendant.                 | REQUEST FOR PRODUCTION NO. 48
17 |
18 | AND CONSOLIDATED ACTIONS             | **Phase 1**
                                          | Discovery Cut-Off:   January 28, 2008
19                                        | Pre-Trial Conference: May 5, 2008
                                          | Trial Date:          May 27, 2008

07209/2369058.1

[PROPOSED] ORDER EXTENDING MATTEL'S TIME TO FILE MTC RE RFP NO. 48

# [PROPOSED] ORDER

Pursuant to the concurrently-filed Stipulation Extending Mattel, Inc.'s Time to File Motion to Compel Regarding Request for Production No. 48, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED THAT:

1. Mattel may file and serve a motion to compel regarding Request for Production No. 48 in its First Set of Requests for Production to MGA, on or before February 4, 2008, and any such motion shall be deemed timely filed.

DATED: January ___, 2008

_____
Hon. Stephen G. Larson
United States District Judge