Larry McFarland (Bar No. 129668)
Christian Dowell (Bar No. 241973)
KEATS, McFARLAND & WILSON LLP
9720 Wilshire Blvd.
Penthouse Suite
Beverly Hills, CA 90212
Telephone:   (310) 248-3830
Facsimile:    (310) 860-0363
Email:   lmcfarland@kmwlaw.com
             cdowell@kmwlaw.com

Attorneys for Ana Elise Cloonan,
Margaret Hatch-Leahy, and Veronica Marlow

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation;<br><br>Defendant.<br><br>AND RELATED ACTIONS. | Case No.: CV 04 – 09049 SGL (RNBx)<br>Consolidated with Case Nos.<br>CV 04-9059 and CV 05-2727<br><u>Hon. Stephen G. Larson</u><br><br>ANA ELISE CLOONAN'S, MARGARET HATCH-LEAHY'S, AND VERONICA MARLOW'S APPLICATION TO FILE UNDER SEAL EXHIBITS 7, 8, 9, 19, 20 And 30 TO THE DECLARATION OF LARRY W. ,MCFARLAND IN SUPPORT OF OPPOSITION TO MATTEL'S <u>EX</u> <u>PARTE</u> APPLICATION TO (1) COMPEL PRODUCTION OF ELECTRONIC MEDIA FROM THIRD-PARTIES ELISE CLOONAN, MARGARET HATCH-LEAHY, AND VERONICA MARLOW OR (2) IN THE ALTERNATIVE, MODIFY THE SCHEDULING ORDER<br><br>Hearing Date:   TBD<br>Time:              TBD<br>Place:             TBD |

APPLICATION TO FILE UNDER SEAL

1  Pursuant to Local rule 79-5.1 and the Stipulated Protective Order entered by the
2  court in this action, Non-parties Margaret Hatch-Leahy, Elise Cloonan and Veronica
3  Marlow (collectively, the "Non-Party Witnesses") hereby respectfully requests that
4  the Court order filed under seal Exhibits 7, 8, 9, 19, 20 and 30 to the Declaration of
5  Larry W. McFarland in Opposition to Mattel's Ex Parte Application to (1) Compel
6  Production of Electronic Media from Third-Parties Elise Cloonan, Margaret Hatch-
7  Leahy, and Veronica Marlow or (2) in the Alternative, Modify the Scheduling Order
8  ("Exhibits").
9  The Exhibits include materials that MGA and/or Bryant have designated as
10 "Confidential" or "Confidential – Attorneys' Eyes Only" pursuant to the Protective
11 Order.  Accordingly, Non-Party Witnesses requests that the Court order that the
12 Exhibits be filed under seal.

14 Dated:  January 28, 2008          KEATS MCFARLAND & WILSON LLP

16                                   /s/
17                                   Christian C. Dowell, Esq.
                                     Attorneys for Non-Parties Ana Elise Cloonan,
18                                   Margaret Hatch-Leahy, and
                                     Veronica Marlow