Larry McFarland (Bar No. 129668)
Christian Dowell (Bar No. 241973)
KEATS, McFARLAND & WILSON LLP
9720 Wilshire Blvd.
Penthouse Suite
Beverly Hills, CA 90212
Telephone:  (310) 248-3830
Facsimile:  (310) 860-0363
Email:  lmcfarland@kmwlaw.com
        cdowell@kmwlaw.com

Attorneys for Ana Elise Cloonan,
Margaret Hatch-Leahy, and Veronica Marlow

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation;<br><br>Defendant.<br><br>AND RELATED ACTIONS. | Case No.: CV 04 – 09049 SGL (RNBx)<br>Consolidated with Case Nos.<br>CV 04-9059 and CV 05-2727<br><u>Hon. Stephen G. Larson</u><br><br>[PROPOSED] ORDER RE ANA ELISE CLOONAN'S, MARGARET HATCH-LEAHY'S, AND VERONICA MARLOW'S APPLICATION TO FILE UNDER SEAL EXHIBITS 7, 8, 9, 19, 20 AND 30 TO THE DECLARATION OF LARRY W. MCFARLAND IN SUPPORT OF OPPOSITION TO MATTEL'S <u>EX PARTE</u> APPLICATION TO (1) COMPEL PRODUCTION OF ELECTRONIC MEDIA FROM THIRD-PARTIES ELISE CLOONAN, MARGARET HATCH-LEAHY, AND VERONICA MARLOW OR (2) IN THE ALTERNATIVE, MODIFY THE SCHEDULING ORDER<br><br>Hearing Date:   TBD<br>Time:           TBD<br>Place:          TBD |

## [PROPOSED] ORDER

Based on the concurrently filed Application to File Under Seal Exhibits 7, 8, 9, 19, 20 And 30 to the Declaration of Larry W. McFarland in Opposition to Mattel's Ex Parte Application to (1) Compel Production of Electronic Media from Third-Parties Elise Cloonan, Margaret Hatch-Leahy, and Veronica Marlow or (2) in the Alternative, Modify the Scheduling Order, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:.

Exhibits 7, 8, 9, 19, 20 And 30 to the Declaration of Larry W. McFarland in Opposition to Mattel's Ex Parte Application to (1) Compel Production of Electronic Media from Third-Parties Elise Cloonan, Margaret Hatch-Leahy, and Veronica Marlow or (2) in the Alternative, Modify the Scheduling Order are ORDERED filed under seal pursuant to Local Rule 79-5.1.

Dated:_____   _____
Hon. Stephen G. Larson
United Stated District Judge