QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> MATTEL, INC., a Delaware corporation, <br><br> Defendant. <br><br> AND CONSOLIDATED CASES | Case No. CV 04-09049 SGL (RNBx) <br><br> Consolidated with <br> Case No. CV 04-09059 <br> Case No. CV 05-02727 <br><br> Hon. Stephen G. Larson <br><br> STIPULATION RE: THE DEPOSITION OF RON BRAWER; <br><br> [[Proposed] Order filed concurrently herewith] <br><br> **Phase 1:** <br> Discovery Cut-off: January 28, 2008 <br> Pre-trial Conference: May 5, 2008 <br> Trial Date: May 27, 2008 |

## STIPULATION

WHEREAS, by Order dated January 7, 2008, the Court granted Mattel, Inc.'s Motion for Additional Discovery, including with respect to Ron Brawer; and

WHEREAS, Mattel noticed the deposition of Ron Brawer on January 10, 2008 for January 24, 2008.

NOW, THEREFORE, Mr. Brawer and the parties agree as follows, subject to the Court's approval:

1. Ron Brawer shall appear for deposition on February 5, 2008, beginning at 9:30 a.m. at 40 Front Street, Canary Wharf, London, England.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

07209/2368554.2

-2-

STIPULATION RE: DEPOSITION OF RON BRAWER

2. A motion to compel pursuant to F.R.C.P. Rule 37(a)(2)(B) or pursuant to F.R.C.P. Rules 30(a)(1) and 45 with respect to Mr. Brawer's deposition will be considered timely even if brought after the Phase 1 discovery cut-off date and notwithstanding the Court's Order of January 7, 2008.

IT IS SO STIPULATED.

DATED: January __, 2008        SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By *Jack DiCanio /tmb*
Jack P. DiCanio
Attorneys for Ron Brawer

DATED: January 28, 2008        QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By *Dominic Surprenant*
Dominic Surprenant
Attorneys for Mattel, Inc.

DATED: January __, 2008        SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By *Thomas Nolan /ds*
Thomas Nolan
Attorneys for MGA Entertainment, Inc., MGAE de Mexico, S.R.L. de C.V., MGA Entertainment (HK) Limited, and Isaac Larian

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: January _8_, 2008 | KEKER & VAN NEST, LLP |
| 3 | | |
| 4 | | By _/s/ Michael Page/des_ |
| 5 | | Michael Page |
| 6 | | Attorneys for Carter Bryant |
| 7 | DATED: January _28_, 2008 | OVERLAND BORENSTEIN SCHEPER & |
| 8 | | KIM LLP |
| 9 | | |
| 10 | | By _/s/ Mark E. Overland_ |
| 11 | | Mark E. Overland |
| 12 | | Attorneys for Carlos Gustavo Machado Gomez |

07209/2368554.2

-4-

STIPULATION RE: DEPOSITION OF RON BRAWER