UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>　　　　　Defendant.<br><br>AND CONSOLIDATED CASES | Case No. CV 04-09049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>[PROPOSED] ORDER ON STIPULATION RE: THE DEPOSITION OF RON BRAWER |

# [PROPOSED] ORDER

The parties and Ron Brawer having so stipulated, and finding good cause hereto, IT IS HEREBY ORDERED THAT:

1. Ron Brawer shall appear for deposition on February 5, 2008, beginning at 9:30 a.m. at 40 Front Street, Canary Wharf, London, England.

2. A motion to compel pursuant to F.R.C.P. Rule 37(a)(2)(B) or pursuant to F.R.C.P. Rules 30(a)(1) and 45 with respect to Mr. Brawer's deposition will be considered timely even if brought after the Phase 1 discovery cut-off date and notwithstanding the Court's Order of January 7, 2008.

DATED:_____, 2008

_____
HON. STEPHEN G. LARSON
UNITED STATES DISTRICT
COURT JUDGE