QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-2727 |
| vs. | **DISCOVERY MATTER** |
| MATTEL, INC., a Delaware corporation, | **[To be Heard by Discovery Master Hon. Edward Infante (Ret.) Pursuant to Court Order of December 6, 2006]** |
| Defendant. | [PUBLIC REDACTED]<br>DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MOTION OF MATTEL, INC. FOR ORDER COMPELLING PRODUCTION OF WITHHELD MGA: (1) TRADEMARK SEARCH RESULTS, (2) DATE OF FIRST USE INFORMATION, AND (3) FACTUAL DATA COMMUNICATED FOR THE PURPOSE OF FILING TRADEMARK OR OTHER INTELLECTUAL PROPERTY APPLICATIONS |
| AND CONSOLIDATED ACTIONS | Date:    February 8, 2008<br>Time:    9:30 a.m.<br>Place:   TBA |
| | **Phase 1**<br>Discovery Cut-Off:    Jan. 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date:           May 27, 2008 |

7209/2362726.1

PROCTOR DECLARATION

## DECLARATION OF B. DYLAN PROCTOR

I, B. Dylan Proctor, declare as follows:

1.    I am a member of the bar of the State of California and a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel").  I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2.    In August and September of 2007, I had a number of conversations with MGA's prior counsel, William Charron and James Jenal, regarding MGA's 2005 privilege log and subsequent logs.  At that time, MGA agreed with Mattel that trademark search results were not privileged.  However, MGA informed Mattel that it withheld communications which contained trademark search results in their entirety if the communications also contained any privileged material.  Mr. Charron explained that this had been its practice -- to withhold the entirety of documents where only portions of them are privileged -- for all three of the privilege logs MGA had produced at that time, one from 2005, one from August 2007 and one from September 2007.

3.    Beginning on December 7, 2007, Mattel engaged MGA in a lengthy meet and confer process regarding various issues relating to MGA's privilege logs from 2007.  During these conversations, I explained that Mattel did not take issue, as a general matter, with MGA's withholding of advice based on trademark search results and the like, but the search reports themselves cannot be withheld.

4.    The descriptions provided on MGA's privilege logs do not themselves indicate whether any of MGA's withheld or redacted documents contain trademark dates of first use.  However, based on some documents MGA has produced in redacted form, it seems likely they do.

07209/2362726.1

- 1 -

PROCTOR DECLARATION

5.      To my knowledge, Mattel has not received any of MGA's documents from its August, September, or November logs in redacted form.

6.      Attached hereto as Exhibit 1 is a true and correct copy of my letter to James Jenal, MGA's prior counsel, dated August 21, 2007.

7.      Attached hereto as Exhibit 2 is a true and correct copy of my letter to Mr. Jenal, dated August 30, 2007.

8.      Attached hereto as Exhibit 3 is a true and correct copy of my letter to William Charron, dated September 10, 2007.

9.      Attached hereto as Exhibit 4 is a true and correct copy of MGA's Supplemental Revised Privilege and Redaction Log for MGA's 2005 Document Production, dated November 15, 2007.

10.     Attached hereto as Exhibit 5 are true and correct copies of redacted documents that MGA produced to Mattel on November 15, 2007, bearing Bates Numbers MGA 3708206 - MGA 3709207; MGA 3708208; MGA 3708230 - MGA 3708231; MGA3708232 - MGA 3708235; MGA 3708236 - MGA 3708238; MGA 3708239 - MGA 3708240; MGA 3708241; MGA 3708283 - MGA 3708284; and MGA 3708287.  These documents are listed as Entry Nos. 1-2, 28-32, 50 and 53 on MGA's November 15 Supplemental Revised Privilege and Redaction Log for MGA's 2005 Document Production.

11.     Attached hereto as Exhibit 6 is a true and correct copy of a Docket Sheet, as produced by MGA as MGA 0800973-0800974.

12.     Attached hereto as Exhibit 7 is a true and correct copy of a Fax from Lucy Arant to Paula Garcia, as produced by MGA as MGA 0829296 - 0829305.

1    13.    Attached as Exhibit 8 is a true and correct copy of a Sample

2 Copyright Form VA, which is available on the website for the United States

3 Copyright Office at http://www.copyright.gov/forms/.

4

5         I declare under penalty of perjury under the laws of the United States of

6 America that the foregoing is true and correct.

7         Executed on January 22, 2008, at Los Angeles, California.

8

9                                          _____

10                                         B. Dylan Proctor

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

07209/2362726.1

PROCTOR DECLARATION

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3112**

WRITER'S INTERNET ADDRESS
**dylanproctor@quinnemanuel.com**

August 21, 2007

<u>VIA FACSIMILE AND U.S. MAIL</u>

James Jenal, Esq.
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, California 90071-2899

Re:     <u>Mattel, Inc. v. Bryant</u>

Dear Jim:

I write regarding the updated 2005 privilege log that MGA provided on August 14, 2007. Thank you for supplementing that log and producing some of the withheld documents, albeit generally in redacted form. Review of the updated log, however, demonstrates that a number of deficiencies remain, including the following:

First, a number of the documents currently entered on the log (some of which have now been produced in redacted form) appear to be e-mails regarding trademark or other intellectual property search results (e.g., Document Nos. 1, 2, 28, 50, 51 and 53). Such search results are not privileged, even if sent from an attorney to the attorney's client. <u>See, e.g., CytoSport, Inc. v. Nature's Best, Inc.</u>, 2007 WL 1040993 (E.D. Cal. 2007); <u>Fisons, Ltd. v. Capability Brown, Ltd.</u>, 209 U.S.P.Q. 167 (T.T.A.B. 1980); <u>Miles Lab., Inc. v. Instrumentation Lab., Inc.</u>, 185 U.S.P.Q. 432 (T.T.A.B. 1975); <u>Goodyear Tire & Rubber Co. v. Tyrco Indus.</u>, 186 U.S.P.Q. 207 (T.T.A.B. 1975); <u>Amerace Corp. v. USM Corp.</u>, 183 U.S.P.Q. 506 (T.T.A.B. 1974). All trademark or other intellectual property searches currently withheld on the basis of privilege, including but not limited to the documents listed above, should be produced.

Second, a number of documents listed on MGA's log appear to consist of the provision of information by MGA to attorneys for the purpose of submitting applications for intellectual

quinn emanuel urquhart oliver & hedges, llp

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100

**EXHIBIT** _____ (

PAGE _____ 4

property protection (e.g., Document Nos. 31-33, 37, 41-44, 47-48, 52, 57-58). The transmission of such documentary information for use in public filings is not privileged. See, e.g., U.S. v. FrederickU.S. v. Frederick, 182 F.3d 496, 500-02 (7th Cir. 1999) (documents provided for tax filings not privileged); U.S. v. White, 950 F.2d 426, 430 (7th Cir. 1991) (documents provided to attorney to be disclosed in bankruptcy filings not privileged); Jack Winter v. Koratron, 50 F.R.D. 225 (N.D. Cal. 1970) (factual information conveyed for patent applications not privileged). MGA should produce all documents provided to attorneys for the purpose of including the information in intellectual property filings.

Third, MGA has withheld a number of documents involving Rejina Chan, whom MGA has identified as a Hong Kong attorney (e.g., Document Nos. 37-44, 47 and 48). However, MGA has not provided enough information about the documents for Mattel to assess MGA's privilege claim. For example, MGA has produced redacted versions of e-mail strings in which e-mails to or from Ms. Chan were withheld. The subject line of those e-mail strings is titled "Intended applications for IP protection," but MGA has not identified what countries the applications involved. Mattel is entitled to that information to determine what privilege law applies so that Mattel can assess MGA's privilege assertions. Please provide that information.

Fourth, MGA continues to withhold Document No. 20 on the basis of attorney-client privilege, but it has provided no foundation upon which to withhold the document. The privilege log entry for Document No. 20 does not indicate that the notes on the document were transmitted from David Rosenbaum to MGA. There is, therefore, no indication that the document reflects a privileged attorney-client communication. MGA should provide the basis for its assertion of privilege or else document No. 20 should be produced.

Fifth, at the parties' meet and confer on August 3, 2007, you confirmed that none of the documents on MGA's log had attachments that were not listed. However, Document No. 46, which MGA has now produced, is an e-mail that has attachments (see MGA 0868124). Those attachments do not appear to have been produced, even in redacted form, and MGA has not entered the attachments on its privilege log. Mattel expects the attachments to be produced.

Sixth, at the parties' August 3 meet and confer, you indicated that MGA had not been able to locate Document No. 62. Document No. 62 is still listed as withheld on the basis of privilege on MGA's updated log, and your letter does not address it. Please confirm whether MGA has located the document and, if so, explain the basis for MGA's claim of privilege.

Seventh, MGA's log still includes a number of documents that do not appear to be privileged. For example, Document Nos. 45 and 59-61 do not have an attorney listed as part of the communication (indeed, no attorney is even listed as copied on the communication). MGA claims that the documents are privileged because they "discuss [intellectual property or] trademark advice from counsel," but even to the extent legal advice is actually repeated in the e-mails, the documents are not properly withheld in their entirety. Rather, MGA should at the least produce redacted versions of them.

2

EXHIBIT _____ 1

PAGE _____ 5

Finally, with respect to the documents produced with redactions, MGA has not adequately identified what portion of the documents have been redacted. The redaction stamp on each of the documents is at the bottom of the page. It is impossible to tell whether text within e-mails has been redacted or whether only portions of e-mail strings have been redacted. As an example, it appears that portions of the text in Isaac Larian's e-mails, produced in redacted form as MGA 0868094, 0868100 and 0868104, may have been redacted. MGA should identify where any redactions on these documents, and others produced with redactions, have been made.

I look forward to MGA's prompt response regarding these issues. Although we have already met and conferred on these matters, I will be happy to discuss them further if MGA wishes to do so. Please do not hesitate to contact me.

Very truly yours,

B. Dylan Proctor

BDP:BBS

07209/2199142.1

3

EXHIBIT _____ 1

PAGE _____ 6

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

**NEW YORK**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

**LOS ANGELES**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

**SAN FRANCISCO**
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

**SAN DIEGO**
4445 Eastgate Mall, Suite 200
San Diego, CA 92121
(858) 812-3107
Facsimile: (858) 812-3336

**SILICON VALLEY**
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

## LOS ANGELES OFFICE

## FACSIMILE TRANSMISSION

**DATE:**  August 21, 2007                    **NUMBER OF PAGES, INCLUDING COVER: 4**

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| James Jenal, Esq. **O'Melveny & Myers, LLP** | (213) 430-6000 | (213) 430-6407 |

**FROM:**   B. Dylan Proctor

**RE:**   *Mattel, Inc. v. Bryant*

**MESSAGE:**

07209/2056029.1

| CLIENT #: | 07209 | ROUTE/ RETURN TO: | Tiffany Garcia/3rd Floor | ☒ CONFIRM FAX ☒ INCLUDE CONF. REPORT |
|---|---|---|---|---|
| OPERATOR: | | | CONFIRMED?  ☐ NO  ☐ YES: | |

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

**IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE.**

EXHIBIT _____1_____

PAGE _____7_____

08/21/2007 17:55 FAX  12134433          QEUOH-LAO-2                          ☑001

```
                        *********************
                        ***  TX REPORT  ***
                        *********************

            TRANSMISSION OK

            TX/RX NO                 3132
            RECIPIENT ADDRESS        9414#007209#12134306407
            DESTINATION ID
            ST. TIME                 08/21 17:54
            TIME USE                 01'48
            PAGES SENT               4
            RESULT                   OK
```

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

**NEW YORK**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

**LOS ANGELES**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

**SAN FRANCISCO**
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

**SAN DIEGO**
4445 Eastgate Mall, Suite 200
San Diego, CA 92121
(858) 812-3107
Facsimile: (858) 812-3336

**SILICON VALLEY**
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

## LOS ANGELES OFFICE

# FACSIMILE TRANSMISSION

**DATE:**     August 21, 2007                    **NUMBER OF PAGES, INCLUDING COVER: 4**

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| James Jenal, Esq.<br>O'Melveny & Myers, LLP | (213) 430-6000 | (213) 430-6407 |

**FROM:**     B. Dylan Proctor

**RE:**      *Mattel, Inc. v. Bryant*

**MESSAGE:**

EXHIBIT _____ 1

PAGE _____ 8

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

WRITER'S DIRECT DIAL NO.
(213) 443-3112

WRITER'S INTERNET ADDRESS
dylanproctor@quinnemanuel.com

August 30, 2007

<u>VIA FACSIMILE AND U.S. MAIL</u>

James Jenal, Esq.
O'Melveny & Myers, LLP
400 South Hope Street
Los Angeles, California  90071

Re:    <u>Mattel, Inc. v. Bryant</u>

Dear Jim:

I write further to our ongoing meet and confer regarding MGA's 2005 privilege log, and our discussions of yesterday, August 29, 2007, in that regard.

The issues we discussed are set forth in Mattel's letter of August 21, 2007.  Regarding the first, MGA agreed during our call that intellectual property search results are not privileged.  Mattel had requested the production of documents on MGA's 2005 privilege log which appear to include such search results.  You stated, however, that these documents also contain legal advice, such as a discussion of the ramifications of search results.  We requested the production of the documents in redacted form, so that only portions that truly are privileged are redacted.  MGA stated that it did not believe it had an obligation to parse out privileged communications from non-privileged communications in a communication between attorney and client.  MGA also stated that, in any case, every single sentence in all of the emails at issue in fact consists of the provision of legal advice to the client.  However, MGA agreed to review these documents again to assess whether it is willing to produce any non-privileged portions thereof, with privileged portions redacted.

The same is true regarding the second issue raised by Mattel in its August 21, 2007 letter.  Mattel has requested that MGA produce communications which appear to consist of the provision of documentary information for use in public filings, which is not a privileged communication even if made from client to attorney.  MGA represented that none of the documents listed in its 2005 log include -- at any point in the document -- the provision of information to MGA's lawyers for use in public filings.  However, here as well MGA agreed to review these documents again to

**quinn emanuel urquhart oliver & hedges, llp**

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100

07209/2207838.1

EXHIBIT _____2_____

PAGE _____9_____

assess whether it is willing to produce any non-privileged portions thereof, with privileged portions redacted.

Next, Mattel asked about the countries whose IP applications are at issue regarding communications involving Rejina Chan. MGA refused to provide that information unless Mattel supplies authority indicating that it is relevant.

Next, MGA stated that Document No. 20 does indeed reflect legal advice provided to the client. This document consists of David Rosenbaum's handwritten notes on a draft of the MGA/Bryant Agreement. You represented that this document, including the handwritten notes, was sent by Mr. Rosenbaum to MGA for the purpose of providing legal advice regarding the transaction. You stated that Mr. Rosenbaum so advised you. You also stated that you did not know by what method this document was sent to MGA.

Next, you confirmed that the attachments to Document No. 46 in fact are listed on the log at entries 47 and 48, and that no other attachments regarding the entries on this log have not been produced or logged.

Next, you confirmed that MGA has not been able to locate Document No. 62, and explained that you did not supplement the privilege log entry regarding this document for the simple reason that you have not been able to locate the document.

Next, regarding Document Nos. 45 and 59-61, Mattel requested that MGA at least produce redacted versions of the documents since they are not even communications between attorney and client. You agreed to consider whether MGA would be willing to produce redacted versions of these documents with only any actually privileged communications redacted, and the balance produced.

Next, you confirmed that there is a redacted sentence in the three documents listed in Mattel's August 21, 2007 letter in the text of Isaac Larian's emails. MGA agreed to produce revised versions of the documents produced in redacted form with its amended 2005 privilege log which will indicate exactly where redactions have been made, rather than just listing "redacted" on the bottom of the page.

Finally, Mattel asked whether MGA would be wiling to submit the documents it claims consist solely of privileged communications (even when that appears unlikely, for example because the communications are solely between non-lawyers) to Judge Infante for in camera review. You said MGA would consider that issue and respond later.

We agreed to reconvene our discussions regarding MGA's 2005 privilege log on Wednesday, September 5, 2007, at 2:00 p.m. I look forward to discussing this matter further with you then. Please be prepared at that time to state MGA's final position on the matters which it agreed to consider further.

Very truly yours,

B. Dylan Proctor

BDP:lak

07209/2207838.1

2

EXHIBIT _____ 2
PAGE _____ 10

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

| NEW YORK | LOS ANGELES | SAN FRANCISCO |
|---|---|---|
| 51 Madison Avenue, 22nd Floor | 865 South Figueroa Street, 10th Floor | 50 California Street, 22nd Floor |
| New York, NY 10010 | Los Angeles, CA 90017 | San Francisco, CA 94111 |
| (212) 849-7000 | (213) 443-3000 | (415) 875-6600 |
| Facsimile: (212) 849-7100 | Facsimile: (213) 443-3100 | Facsimile: (415) 875-6700 |

| SAN DIEGO | SILICON VALLEY |
|---|---|
| 4445 Eastgate Mall, Suite 200 | 555 Twin Dolphin Drive, Suite 560 |
| San Diego, CA 92121 | Redwood Shores, CA 94065 |
| (858) 812-3107 | (650) 801-5000 |
| Facsimile: (858) 812-3336 | Facsimile: (650) 801-5100 |

## LOS ANGELES OFFICE
# FACSIMILE TRANSMISSION

**DATE:**  August 30, 2007

**NUMBER OF PAGES, INCLUDING COVER: 3**

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| James Jenal, Esq. **O'Melveny & Myers, LLP** | (213) 430-6000 | (213) 430-6407 |

**FROM:**  B. Dylan Proctor

**RE:**  *Mattel, Inc. v. Bryant*

**MESSAGE:**



*FAXED*
AUG 3 0 2007

07209/2199164.1

| CLIENT # | 07209 | ROUTE/ RETURN TO: | Tiffany Garcia/3rd Floor | ☒ CONFIRM FAX ☒ INCLUDE CONF. REPORT |
|---|---|---|---|---|
| OPERATOR: | | | CONFIRMED?  ☐ No ☐ YES: | |

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE.

EXHIBIT _____ 2

PAGE _____ 11

08/30/2007 17:06 FAX  1213443310            QEUOH-LAO                                    ☑001

```
                    ************************
                    ***   TX REPORT   ***
                    ************************

        TRANSMISSION OK

        TX/RX NO            2017
        RECIPIENT ADDRESS   76039#7209#12134306407
        DESTINATION ID
        ST. TIME            08/30 17:05
        TIME USE            01'16
        PAGES SENT          3
        RESULT              OK
```

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

| NEW YORK | LOS ANGELES | SAN FRANCISCO |
|---|---|---|
| 51 Madison Avenue, 22nd Floor | 865 South Figueroa Street, 10th Floor | 50 California Street, 22nd Floor |
| New York, NY 10010 | Los Angeles, CA 90017 | San Francisco, CA 94111 |
| (212) 849-7000 | (213) 443-3000 | (415) 875-6600 |
| Facsimile: (212) 849-7100 | Facsimile: (213) 443-3100 | Facsimile: (415) 875-6700 |

| SAN DIEGO | SILICON VALLEY |
|---|---|
| 4445 Eastgate Mall, Suite 200 | 555 Twin Dolphin Drive, Suite 560 |
| San Diego, CA 92121 | Redwood Shores, CA 94065 |
| (858) 812-3107 | (650) 801-5000 |
| Facsimile: (858) 812-3336 | Facsimile: (650) 801-5100 |

## LOS ANGELES OFFICE

## FACSIMILE TRANSMISSION

DATE:     August 30, 2007                    NUMBER OF PAGES, INCLUDING COVER: 3

|  | NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|---|
|  | James Jenal, Esq. | (213) 430-6000 | (213) 430-6407 |
|  | O'Melveny & Myers, LLP |  |  |

FROM:     B. Dylan Proctor

RE:       *Mattel, Inc. v. Bryant*

MESSAGE:

EXHIBIT _____2_____

PAGE _____12_____

**From:** Dylan Proctor
**Sent:** Wednesday, September 19, 2007 3:50 PM
**To:** 'WCharron@OMM.com'
**Subject:** MGA's 2005 privilege log

Bill, pursuant to our call of earlier today, this will confirm that MGA has agreed to produce the documents on its privilege log from 2005 in redacted form, such that only privileged communications are redacted and any non-privileged aspects of the documents or communications are produced.  MGA agreed to produce these documents in redacted form by October 5, 2007.  Please make sure that any redactions MGA makes when it produces the documents are clearly marked so Mattel can see what has been redacted.

Best regards —


B. Dylan Proctor
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Direct: (213) 443-3112
Main Phone: (213) 443-3000
Main Fax:  (213) 443-3100
E-mail:  dylanproctor@quinnemanuel.com
Web:  www.quinnemanuel.com

9/19/2007

EXHIBIT _____2_____

PAGE _____13_____

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above.  This message may be an attorney-client communication and/or work product and as such is privileged and confidential.  If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited.  If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

EXHIBIT _____ 2 _____

PAGE _____ 14 _____

9/19/2007

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

WRITER'S DIRECT DIAL NO.
(213) 443-3112

WRITER'S INTERNET ADDRESS
dylanproctor@quinnemanuel.com

September 10, 2007

**VIA FACSIMILE AND U.S. MAIL**

William J. Charron, Esq.
O'Melveny & Myers LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067

Re:    Mattel, Inc. v. Bryant

Dear Bill:

I write further to our ongoing discussions regarding entries on MGA's 2005 privilege log.

During our call on Friday, September 7, 2007, I asked, as I had asked Mr. Jenal previously,
whether MGA would agree to produce the communications listed on its 2005 log with more
tailored redactions, redacting only so much of the communications as are actually privileged.
For example, as we have discussed, a number of entries on the log do not even directly involve
lawyers.  While it is possible that some aspects of such communications in fact are privileged --
because they recite counsel's legal advice -- the communications as a whole are not privileged,
and yet have been withheld in their entirety.  Similarly, MGA has previously agreed with Mattel
that trademark search results are not privileged.  Yet, communications which disclose such
search results have been withheld in their entirety.

You questioned during our call whether MGA has any obligation to produce non-privileged
portions of communications which include at least one privileged statement.  You stated MGA's
position that, when one statement is privileged, the entire document is a privileged document and
need not be produced at all.  The law is to the contrary.  See, e.g., United States v. Chevron 1996
WL 264769 (N.D. Cal. 1996) ("If non-privileged material is contained in a document which the
Magistrate finds to be privileged, then that material should be disclosed.  The fact that a clever

**quinn emanuel urquhart oliver & hedges, llp**

07209/2215950.1

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100

**EXHIBIT 3**

opposing attorney may be able to guess as to what advice was given is not sufficient to withhold non-privileged material. Instead, Chevron may only refuse to provide redacted materials where, with respect to each document, the privileged material is 'so inextricably intertwined with the rest of the text that they cannot be separated.'") (citations omitted); Resolution Trust Corp. v. Diamond 773 F.Supp. 597 (S.D.N.Y. 1991) (same).

We agreed to speak again on Wednesday, September 12, 2007, at 1:00 pm. At that time, please be prepared to advise whether MGA is willing to produce non-privileged portions of the documents which are on its 2005 privilege log. Also, as I requested during our call on Friday, if MGA is aware of authorities indicating that it need not do so, please advise as to that as well.

When we spoke on Friday, I questioned again whether MGA would be willing to produce documents on its 2005 privilege log in camera for Judge Infante's review. When we speak on Wednesday, please be prepared to offer MGA's final position in this regard as well.

I look forward to speaking with you soon.

Very truly yours,

B. Dylan Proctor

BDP:lak

2

EXHIBIT _____ 3 _____

PAGE _____ 16 _____

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

**NEW YORK**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

**LOS ANGELES**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

**SAN FRANCISCO**
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

**SILICON VALLEY**
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

## LOS ANGELES OFFICE
# FACSIMILE TRANSMISSION

**DATE:**     September 10, 2007

**NUMBER OF PAGES, INCLUDING COVER: 3**

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| William J. Charron, Esq. O'Melveny & Myers LLP | 310-246-8462 | 310-246-6779 |

**FROM:**     B. Dylan Proctor, Esq.

**RE:**     *Mattel, Inc. v. Bryant*

**MESSAGE:**

*FAXED*
SEP 1 0 2007

07209/2166768.1

| CLIENT # | 7209 | ROUTE/ RETURN TO: | Tiffany Garcia/3rd Floor | ☒ CONFIRM FAX ☒ INCLUDE CONF. REPORT |
|---|---|---|---|---|
| OPERATOR: | *DC* | | CONFIRMED?   ☐ NO  ☐ YES: | |

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone. and return the original message to us at the address above via the U.S. Postal Service. Thank you.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE.

EXHIBIT _____3_____

PAGE _____17_____

09/10/2007 16:43 FAX  12134433100          QEUOH-LAO-2                                    ☑001

```
                    ***********************
                 ***    TX REPORT    ***
                    ***********************

        TRANSMISSION OK

        TX/RX NO                3456
        RECIPIENT ADDRESS       76705#7209#13102466779
        DESTINATION ID
        ST. TIME                09/10 16:42
        TIME USE                01'01
        PAGES SENT              3
        RESULT                  OK
```

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

**NEW YORK**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

**LOS ANGELES**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

**SAN FRANCISCO**
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

**SILICON VALLEY**
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

## LOS ANGELES OFFICE

## FACSIMILE TRANSMISSION

DATE:      September 10, 2007          NUMBER OF PAGES, INCLUDING COVER: 3

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| William J. Charron, Esq.<br>O'Melveny & Myers LLP | 310-246-8462 | 310-246-6779 |

FROM:      B. Dylan Proctor, Esq.

RE:        *Mattel, Inc. v. Bryant*

MESSAGE:

EXHIBIT _____3_____

PAGE _____18_____

# CONFIDENTIAL - FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

# CONFIDENTIAL - FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

# CONFIDENTIAL - FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

# CONFIDENTIAL - FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

VA _____   VAU _____

EFFECTIVE DATE OF REGISTRATION

Month _____ Day _____ Year _____

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** Title of This Work ▼

NATURE OF THIS WORK ▼ See instructions

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2** **a** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
     Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture     ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork       ☐ Photograph       ☐ Text
☐ Reproduction of work of art ☐ Jewelry design   ☐ Architectural work

**b** Name of Author ▼

Dates of Birth and Death
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
     Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture     ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork       ☐ Photograph       ☐ Text
☐ Reproduction of work of art ☐ Jewelry design   ☐ Architectural work

**3** **a** Year in Which Creation of This Work Was Completed
This information must be given
Year in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month _____ Day _____ Year _____
_____ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

See instructions before completing this space.

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of _____ pages

EXHIBIT 8

PAGE 96

| EXAMINED BY | FORM VA |
|---|---|
| CHECKED BY | |
| ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

**a.** ☐ This is the first published edition of a work previously registered in unpublished form.

**b.** ☐ This is the first application submitted by this author as copyright claimant.

**c.** ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

**a. Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**b. Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

a

b

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼          **Account Number** ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

b

Area code and daytime telephone number  (     )          Fax number  (     )

Email

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Date _____

Handwritten signature (X) ▼

X _____

**Certificate will be mailed in window envelope to this address:**

Name ▼

Number/Street/Apt ▼

City/State/ZIP ▼

**YOU MUST:**
· Complete all necessary spaces
· Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**9**

\*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form VA   Rev: 07/2006   Print: 07/2006 — 30,000   Printed on recycled paper          U.S. Government Printing Office: 2004-320-958 / 60,126

EXHIBIT ___6___

PAGE ___97___



# Form VA

*Detach and read these instructions before completing this form.*
*Make sure all applicable spaces have been filled in before you return this form.*

## BASIC INFORMATION

**When to Use This Form:** Use Form VA for copyright registration of published or unpublished works of the visual arts. This category consists of "pictorial, graphic, or sculptural works," including two-dimensional and three-dimensional works of fine, graphic, and applied art, photographs, prints and art reproductions, maps, globes, charts, technical drawings, diagrams, and models.

**What Does Copyright Protect?** Copyright in a work of the visual arts protects those pictorial, graphic, or sculptural elements that, either alone or in combination, represent an "original work of authorship." The statute declares: "In no case does copyright protection for an original work of authorship extend to any idea, procedure, process, system, method of operation, concept, principle, or discovery, regardless of the form in which it is described, explained, illustrated, or embodied in such work."

**Works of Artistic Craftsmanship and Designs:** "Works of artistic craftsmanship" are registrable on Form VA, but the statute makes clear that protection extends to "their form" and not to "their mechanical or utilitarian aspects." The "design of a useful article" is considered copyrightable "only if, and only to the extent that, such design incorporates pictorial, graphic, or sculptural features that can be identified separately from, and are capable of existing independently of, the utilitarian aspects of the article."

**Labels and Advertisements:** Works prepared for use in connection with the sale or advertisement of goods and services are registrable if they contain "original work of authorship." Use Form VA if the copyrightable material in the work you are registering is mainly pictorial or graphic; use Form TX if it consists mainly of text. **Note:** Words and short phrases such as names, titles, and slogans cannot be protected by copyright, and the same is true of standard symbols, emblems, and other commonly used graphic designs that are in the public domain. When used commercially, material of that sort can sometimes be protected under state laws of unfair competition or under the federal trademark laws. For information about trademark registration, write to the U.S. Patent and Trademark Office, PO Box 1450, Alexandria, VA 22313-1450.

**Architectural Works:** Copyright protection extends to the design of buildings created for the use of human beings. Architectural works created on or after December 1, 1990, or that on December 1, 1990, were unconstructed and embodied only in unpublished plans or drawings are eligible. Request Circular 41, *Copyright Claims in Architectural Works,* for more information. Architectural works and technical drawings cannot be registered on the same application.

**Deposit to Accompany Application:** An application for copyright registration must be accompanied by a deposit consisting of copies representing the entire work for which registration is to be made.

  **Unpublished Work:** Deposit one complete copy.

  **Published Work:** Deposit two complete copies of the best edition.

  **Work First Published Outside the United States:** Deposit one complete copy of the first foreign edition.

  **Contribution to a Collective Work:** Deposit one complete copy of the best edition of the collective work.

**The Copyright Notice:** Before March 1, 1989, the use of copyright notice was mandatory on all published works, and any work first published before that date should have carried a notice. For works first published on and after March 1, 1989, use of the copyright notice is optional. For more information about copyright notice, see Circular 3, *Copyright Notice.*

**For Further Information:** To speak to a Copyright Office staff member, call (202) 707-3000 (TTY: (202) 707-6737). Recorded information is available 24 hours a day. Order forms and other publications from the address in space 9 or call the Forms and Publications Hotline at (202) 707-9100. Access and download circulars, forms, and other information from the Copyright Office website at *www.copyright.gov.*

## LINE-BY-LINE INSTRUCTIONS

**Please type or print using black ink. The form is used to produce the certificate.**

### 1  SPACE 1: Title

**Title of This Work:** Every work submitted for copyright registration must be given a title to identify that particular work. If the copies of the work bear a title (or an identifying phrase that could serve as a title), transcribe that wording *completely* and *exactly* on the application. Indexing of the registration and future identification of the work will depend on the information you give here. For an architectural work that has been constructed, add the date of construction after the title; if unconstructed at this time, add "not yet constructed."

**Publication as a Contribution:** If the work being registered is a contribution to a periodical, serial, or collection, give the title of the contribution in the "Title of This Work" space. Then, in the line headed "Publication as a Contribution," give information about the collective work in which the contribution appeared.

**Nature of This Work:** Briefly describe the general nature or character of the pictorial, graphic, or sculptural work being registered for copyright. Examples: "Oil Painting"; "Charcoal Drawing"; "Etching"; "Sculpture"; "Map"; "Photograph"; "Scale Model"; "Lithographic Print"; "Jewelry Design"; "Fabric Design."

**Previous or Alternative Titles:** Complete this space if there are any additional titles for the work under which someone searching for the registration might be likely to look, or under which a document pertaining to the work might be recorded.

### 2  SPACE 2: Author(s)

**General Instruction:** After reading these instructions, decide who are the "authors" of this work for copyright purposes. Then, unless the work is a "collective work," give the requested information about every "author" who contributed any appreciable amount of copyrightable matter to this version of the work. If you need further space, request Continuation Sheets. In the case of a collective work, such as a catalog of paintings or collection of cartoons by various authors, give information about the author of the collective work as a whole.

**Name of Author:** The fullest form of the author's name should be given. Unless the work was "made for hire," the individual who actually created the work is its "author." In the case of a work made for hire, the statute provides that "the employer or other person for whom the work was prepared is considered the author."

**What Is a "Work Made for Hire"?** A "work made for hire" is defined as: (1) "a work prepared by an employee within the scope of his or her employment"; or (2) "a work specially ordered or commissioned for use as a contribution to a collective work, as a part of a motion picture or other audiovisual work, as a translation, as a supplementary work, as a compilation, as an instructional text, as a test, as answer material for a test, or as an atlas, if the parties expressly agree in a written instrument signed by them that the work shall be considered a work made for hire." If you have checked "Yes" to indicate that the work was "made for hire," you must give the full legal name of the employer (or other person for whom the work was prepared). You may also include the name of the employee along with the name of the employer (for example: "Elster Publishing Co., employer for hire of John Ferguson").

**"Anonymous" or "Pseudonymous" Work:** An author's contribution to a work is "anonymous" if that author is not identified on the copies or phonorecords of the work. An author's contribution to a work is "pseudonymous" if that author is identified on the copies or phonorecords under a fictitious name. If the work is "anonymous" you may: (1) leave the line blank; or (2) state "anonymous" on the line; or (3) reveal the author's identity. If the work is "pseudonymous" you may: (1) leave the line blank; or (2) give the pseudonym and identify it as such (for example: "Huntley Haverstock, pseudonym"); or (3) reveal the author's name, making clear which is the real name and which is the pseudonym (for example: "Henry Leek, whose pseudonym is Priam Farrel"). However, the citizenship or domicile of the author *must* be given in all cases.

**Dates of Birth and Death:** If the author is dead, the statute requires that the year of death be included in the application unless the work is anonymous or pseudonymous. The author's birth date is optional but is useful as a form of identification. Leave this space blank if the author's contribution was a "work made for hire."



EXHIBIT _____ 8

*ao*

**Author's Nationality or Domicile:** Give the country of which the author is a citizen or the country in which the author is domiciled. Nationality or domicile *must* be given in all cases.

**Nature of Authorship:** Categories of pictorial, graphic, and sculptural authorship are listed below. Check the box(es) that best describe(s) each author's contribution to the work.

**3-Dimensional sculptures:** fine art sculptures, toys, dolls, scale models, and sculptural designs applied to useful articles.

**2-Dimensional artwork:** watercolor and oil paintings; pen and ink drawings; logo illustrations; greeting cards; collages; stencils; patterns; computer graphics; graphics appearing in screen displays; artwork appearing on posters, calendars, games, commercial prints and labels, and packaging, as well as 2-dimensional artwork applied to useful articles, and designs reproduced on textiles, lace, and other fabrics; on wallpaper, carpeting, floor tile, wrapping paper, and clothing.

**Reproductions of works of art:** reproductions of preexisting artwork made by, for example, lithography, photoengraving, or etching.

**Maps:** cartographic representations of an area, such as state and county maps, atlases, marine charts, relief maps, and globes.

**Photographs:** pictorial photographic prints and slides and holograms.

**Jewelry designs:** 3-dimensional designs applied to rings, pendants, earrings, necklaces, and the like.

**Technical drawings:** diagrams illustrating scientific or technical information in linear form, such as architectural blueprints or mechanical drawings.

**Text:** textual material that accompanies pictorial, graphic, or sculptural works, such as comic strips, greeting cards, games rules, commercial prints or labels, and maps.

**Architectural works:** designs of buildings, including the overall form as well as the arrangement and composition of spaces and elements of the design.

**NOTE:** Any registration for the underlying architectural plans must be applied for on a separate Form VA, checking the box "Technical drawing."

## 3  SPACE 3: Creation and Publication

**General Instructions:** Do not confuse "creation" with "publication." Every application for copyright registration must state "the year in which creation of the work was completed." Give the date and nation of first publication only if the work has been published.

**Creation:** Under the statute, a work is "created" when it is fixed in a copy or phonorecord for the first time. Where a work has been prepared over a period of time, the part of the work existing in fixed form on a particular date constitutes the created work on that date. The date you give here should be the year in which the author completed the particular version for which registration is now being sought, even if other versions exist or if further changes or additions are planned.

**Publication:** The statute defines "publication" as "the distribution of copies or phonorecords of a work to the public by sale or other transfer of ownership, or by rental, lease, or lending"; a work is also "published" if there has been an "offering to distribute copies or phonorecords to a group of persons for purposes of further distribution, public performance, or public display." Give the full date (month, day, year) when, and the country where, publication first occurred. If first publication took place simultaneously in the United States and other countries, it is sufficient to state "U.S.A."

## 4  SPACE 4: Claimant(s)

**Name(s) and Address(es) of Copyright Claimant(s):** Give the name(s) and address(es) of the copyright claimant(s) in this work even if the claimant is the same as the author. Copyright in a work belongs initially to the author of the work (including, in the case of a work made for hire, the employer or other person for whom the work was prepared). The copyright claimant is either the author of the work or a person or organization to whom the copyright initially belonging to the author has been transferred.

**Transfer:** The statute provides that, if the copyright claimant is not the author, the application for registration must contain "a brief statement of how the claimant obtained ownership of the copyright." If any copyright claimant named in space 4 is not an author named in space 2, give a brief statement explaining how the claimant(s) obtained ownership of the copyright. Examples: "By written contract"; "Transfer of all rights by author"; "Assignment"; "By will." Do not attach transfer documents or other attachments or riders.

## 5  SPACE 5: Previous Registration

**General Instructions:** The questions in space 5 are intended to find out whether an earlier registration has been made for this work and, if so, whether there is any basis for a new registration. As a rule, only one basic copyright registration can be made for the same version of a particular work.

**Same Version:** If this version is substantially the same as the work covered by a previous registration, a second registration is not generally possible unless: (1) the work has been registered in unpublished form and a second registration is now being sought to cover this first published edition; or (2) someone other than the author is identified as a copyright claimant in the earlier registration, and the author is now seeking registration in his or her own name. If either of these two exceptions applies, check the appropriate box and give the earlier registration number and date. Otherwise, do not submit Form VA; instead, write the Copyright Office for information about supplementary registration or recordation of transfers of copyright ownership.

**Changed Version:** If the work has been changed and you are now seeking registration to cover the additions or revisions, check the last box in space 5, give the earlier registration number and date, and complete both parts of space 6 in accordance with the instruction below.

**Previous Registration Number and Date:** If more than one previous registration has been made for the work, give the number and date of the latest registration.

## 6  SPACE 6: Derivative Work or Compilation

**General Instructions:** Complete space 6 if this work is a "changed version," "compilation," or "derivative work," and if it incorporates one or more earlier works that have already been published or registered for copyright, or that have fallen into the public domain. A "compilation" is defined as "a work formed by the collection and assembling of preexisting materials or of data that are selected, coordinated, or arranged in such a way that the resulting work as a whole constitutes an original work of authorship." A "derivative work" is "a work based on one or more preexisting works." Examples of derivative works include reproductions of works of art, sculptures based on drawings, lithographs based on paintings, maps based on previously published sources, or "any other form in which a work may be recast, transformed, or adapted." Derivative works also include works "consisting of editorial revisions, annotations, or other modifications" if these changes, as a whole, represent an original work of authorship.

**Preexisting Material (space 6a):** Complete this space *and* space 6b for derivative works. In this space identify the preexisting work that has been recast, transformed, or adapted. Examples of preexisting material might be "Grunewald Altarpiece" or "19th century quilt design." Do not complete this space for compilations.

**Material Added to This Work (space 6b):** Give a brief, general statement of the *additional* new material covered by the copyright claim for which registration is sought. In the case of a derivative work, identify this new material. Examples: "Adaptation of design and additional artistic work"; "Reproduction of painting by photolithography"; "Additional cartographic material"; "Compilation of photographs." If the work is a compilation, give a brief, general statement describing both the material that has been compiled *and* the compilation itself. Example: "Compilation of 19th century political cartoons."

## 7,8,9  SPACE 7, 8, 9: Fee, Correspondence, Certification, Return Address

**Deposit Account:** If you maintain a Deposit Account in the Copyright Office, identify it in space 7a. Otherwise, leave the space blank and send the fee with your application and deposit.

**Correspondence (space 7b):** Give the name, address, area code, telephone number, email address, and fax number (if available) of the person to be consulted if correspondence about this application becomes necessary.

**Certification (space 8):** The application cannot be accepted unless it bears the date and the *handwritten signature* of the author or other copyright claimant, or of the owner of exclusive right(s), or of the duly authorized agent of the author, claimant, or owner of exclusive right(s).

**Address for Return of Certificate (space 9):** The address box must be completed legibly since the certificate will be returned in a window envelope.

**PRIVACY ACT ADVISORY STATEMENT Required by the Privacy Act of 1974 (P.L. 93 - 579)**
The authority for requesting this information is title 17, U.S.C., secs. 409 and 410. Furnishing the requested information is voluntary. But if the information is not furnished, it may be necessary to delay or refuse registration and you may not be entitled to certain relief, remedies, and benefits provided in chapters 4 and 5 of title 17, U.S.C.
The principal uses of the requested information are the establishment and maintenance of a public record and the examination of the application for compliance with the registration requirements of the copyright code.
Other routine uses include public inspection and copying, preparation of public indexes, preparation of public catalogs of copyright registrations, and preparation of search reports upon request.
NOTE: No other advisory statement will be given in connection with this application. Please keep this statement and refer to it if we communicate with you regarding this application.

EXHIBIT _____8_____

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**REGISTRATION NUMBER**

_____

VA          VAU

**EFFECTIVE DATE OF REGISTRATION**

Month          Day          Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

# 1

**Title of This Work ▼**

**NATURE OF THIS WORK ▼** See instructions

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼          Number ▼          Issue Date ▼          On Pages ▼

# 2

**a**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
     { Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture     ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork       ☐ Photograph       ☐ Text
☐ Reproduction of work of art ☐ Jewelry design   ☐ Architectural work

**b**

**Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
     { Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture     ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork       ☐ Photograph       ☐ Text
☐ Reproduction of work of art ☐ Jewelry design   ☐ Architectural work

# 3

**a** **Year in Which Creation of This Work Was Completed**
This information must be given
Year in all cases.

**b** **Date and Nation of First Publication of This Particular Work**
Complete this information Month _____ Day _____ Year _____
ONLY if this work
has been published.                                          Nation

# 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

See instructions before completing this space.

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of _____ pages

EXHIBIT _____ 8

| EXAMINED BY | FORM VA |
|---|---|
| CHECKED BY | |
| ☐ CORRESPONDENCE<br>Yes | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ **Yes** ☐ **No**  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

**a.** ☐ This is the first published edition of a work previously registered in unpublished form.

**b.** ☐ This is the first application submitted by this author as copyright claimant.

**c.** ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼            **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

**a. Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates. ▼

**b. Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

**a**

See instructions before completing this space.

**b**

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼                                      **Account Number** ▼

**7**

**a**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

**b**

Area code and daytime telephone number    (        )                    Fax number        (        )

Email

**CERTIFICATION\***  I, the undersigned, hereby certify that I am the

check only one ▶ { ☐ author<br>☐ other copyright claimant<br>☐ owner of exclusive right(s)<br>☐ authorized agent of _____

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

**Typed or printed name and date** ▼  If this application gives a date of publication in space 3, do not sign and submit it before that date.

                                                Date

**Handwritten signature (X)** ▼

X

| Certificate will be mailed in window envelope to this address: | **Name** ▼<br><br>**Number/Street/Apt** ▼<br><br>**City/State/ZIP** ▼ | **YOU MUST:**<br>• Complete all necessary spaces<br>• Sign your application in space 8<br>**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**<br>1. Application form<br>2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*<br>3. Deposit material<br>**MAIL TO:**<br>Library of Congress<br>Copyright Office<br>101 Independence Avenue SE<br>Washington, DC 20559-6000 |

**9**

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form VA - Full  Rev: 07/2006  Print: 07/2006—30,000  Printed on recycled paper

EXHIBIT _____