Jon D. Corey
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
865 SOUTH FIGUEROA STREET
10th FLOOR
LOS ANGELES, CA 90017
(213) 443-3000

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>PLAINTIFF(S)<br>v.<br>MATTEL, INC., a Delaware corporation,<br><br>DEFENDANT(S). | CASE NUMBER:<br>CV 04-9049 SGL (RNBx)<br><br>NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
Declaration of Jon D. Corey and Exhibit 11 to the Declaration of Jon D. Corey filed in support of Mattel Inc.'s Motion for Leave to Take Additional Discovery on the MGA Defendants' Unclean Hands Defense

**Document Description:**

[ ] Administrative Record

[X] Exhibits

[ ] Ex Part Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)

[X] Other Application to File Under Seal and [Proposed] Order

**Reason:**

[X] Under Seal

[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

[ ] Electronic versions are not available to filer

[X] Per Court order dated January 4, 2005

[ ] Manual Filing required (*reason*):

January 28, 2008
Date

/s/ Jon D. Corey
Attorney Name
Jon D. Corey

Defendant Mattel, Inc.
Party Represented

Note: File one Notice in each case, each time you manually file document(s).