```
 1  THOMAS J. NOLAN (Bar No. 66992)
    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
 2  300 South Grand Avenue
    Los Angeles, CA 90071-3144
 3  Telephone:  (213) 687-5000
    Facsimile:  (213) 687-5600
 4  E-mail:     tnolan@skadden.com

 5  RAOUL D. KENNEDY (Bar No. 40892)
    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
 6  Four Embarcadero Center, Suite 3800
    San Francisco, CA 94111
 7  Telephone:  (415) 984-6400
    Facsimile:  (415) 984-2698
 8  E-mail:     rkennedy@skadden.com

 9  Attorneys for Counter-Defendants,
    MGA ENTERTAINMENT, INC., ISAAC LARIAN, MGA ENTERTAINMENT
10  (HK) LIMITED, AND MGAE de MEXICO S.R.L. de C.V.
```

**FILED** CLERK, U.S. DISTRICT COURT
JAN 23 2008
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION BY DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation<br><br>Defendant.<br><br>Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>**DISCOVERY MATTER**<br><br>**PROOF OF SERVICE**<br><br>**Phase 1:**<br>Discovery Cut-Off:   January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date:           May 27, 2008 |

PROOF OF SERVICE    NO. CV 04-9049 SGL (RNBx)

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 300 South Grand Avenue, Suite 3400, Los Angeles, California 90071.

On **January 18, 2008**, I served the foregoing documents described as:

**SEE ATTACHED DOCUMENT LIST**

on the interested parties in this action addressed as follows:

**SEE ATTACHED SERVICE LIST**

(X)   (BY PERSONAL SERVICE)   ☒   By personally delivering copies to the person served. (FEDERAL)

☒   I caused such document to be hand delivered to the above addressees. (FEDERAL)

(X)   (BY FEDERAL EXPRESS)

( )   (BY ELECTRONIC MAIL)

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed on **January 18, 2008**, in San Francisco, California.

Matthew Bowman
PRINT NAME                    SIGNATURE

## DOCUMENT LIST

(1) MOTION OF MGA ENTERTAINMENT INC. AND MGAE DE MEXICO, S.R.L. DE C.V. FOR A PROTECTIVE ORDER FROM MATTEL, INC.'S FOURTH NOTICE OF DEPOSITION OF MGA AND NOTICE OF DEPOSITION OF MGA DE MEXICO PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6);

(2) SEPARATE STATEMENT NO. 1 [Re FOURTH MGA NOTICE] IN SUPPORT OF MGA'S MOTION FOR A PROTECTIVE ORDER FROM MATTEL, INC.'S DEPOSITION NOTICES TO MGA ENTERTAINMENT, INC. AND MGAE DE MEXICO, S.R.L. DE C.V.'S PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6);

(3) SEPARATE STATEMENT NO. 2 [Re FOURTH MGAE MEXICO NOTICE] IN SUPPORT OF MGA'S MOTION FOR A PROTECTIVE ORDER FROM MATTEL, INC.'S DEPOSITION NOTICES TO MGA ENTERTAINMENT, INC. AND MGAE DE MEXICO, S.R.L. DE C.V.'S PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6);

(4) DECLARATION OF TIMOTHY A. MILLER IN SUPPORT OF MOTION OF MGA ENTERTAINMENT INC. AND MGAE DE MEXICO, S.R.L. DE C.V. FOR A PROTECTIVE ORDER FROM MATTEL, INC.'S FOURTH NOTICE OF DEPOSITION OF MGA AND NOTICE OF DEPOSITION OF MGA DE MEXICO PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6);

(5) [PROPOSED] PROTECTIVE ORDER RE MATTEL, INC.'S FOURTH NOTICE OF DEPOSITION OF MGA ENTERTAINMENT INC. AND NOTICE OF DEPOSITION OF MGAE DE MEXICO, S.R.L. DE C.V. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6);

(6) PROOF OF SERVICE

## SERVICE LIST

| | |
|---|---|
| Jon D. Corey, Esq.<br>joncorey@quinnemanuel.com | John Trinidad, Esq.<br>JohnTrinidad@kvn.com |
| Michael T. Zeller, Esq.<br>michaelzeller@quinnemanuel.com | John Keker, Esq.<br>jkeker@kvn.com |
| John Quinn, Esq.<br>johnquinn@quinnemanuel.com | Keker & Van Nest, LLP<br>710 Sansome Street<br>San Francisco, CA  94111<br>(415) 391-5400<br>(415) 397-7188 (Fax) |
| Quinn Emanuel Urquhart Oliver &<br>Hedges, LLP<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA  90017-2543<br>(213) 443-3000<br>(213) 443-3100 (Fax) | Attorneys for Carter Bryant<br>[Federal Express] |
| Attorneys for Mattel, Inc<br>[Personal Service] | |

Mark E. Overland, Esq.
Alexander H. Cote, Esq.
David C. Scheper, Esq.
Overland Borenstein Scheper & Kim
300 South Grand Avenue, Suite 2750
Los Angeles, CA 90071
(213) 613-4655
(213) 613-4656 (Fax)
[Federal Express]