QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 90378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff and Counter-Defendant Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, on behalf of himself, all present and former employees of Mattel, Inc., and the general public,<br><br>Counter-Claimant,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation,<br><br>Counter-Defendant. | Case No. CV 04-09049 SGL (RNBx)<br><br>**PROOF OF SERVICE**<br><br>Hon. Stephen G. Larson<br><br>Date: February 8, 2008<br>Time: 9:30 a.m.<br>Place: TBA<br><br>Discovery Cut-Off: Jan. 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2366400.1                                    PROOF OF SERVICE

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On January 24, 2008, I served true copies of the following document(s) described as

1) **MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL (1) MATTEL'S MOTION COMPELLING PRODUCTION OF THIRD PARTY COMMUNICATIONS IMPROPERLY WITHHELD UNDER A CLAIM OF "COMMON INTEREST" PRIVILEGE; AND (2) CERTAIN EXHIBITS TO THE CONCURRENTLY FILED DECLARATION OF B. DYLAN PROCTOR**

2) **[PROPOSED ORDER] MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL (1) MATTEL'S MOTION COMPELLING PRODUCTION OF THIRD PARTY COMMUNICATIONS IMPROPERLY WITHHELD UNDER A CLAIM OF "COMMON INTEREST" PRIVILEGE; AND (2) CERTAIN EXHIBITS TO THE CONCURRENTLY FILED DECLARATION OF B. DYLAN PROCTOR**

on the parties in this action as follows:

| | |
|---|---|
| Thomas J. Nolan, Esq.<br>Carl Roth, Esq.<br>**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**<br>300 S. Grand Ave., STE 3400<br>Los Angeles, CA 90071 | Alexander H. Cote, Esq.<br>**Overland Borenstein, Scheper & Kim, LLP**<br>300 South Grand Avenue, Suite 2750<br>Los Angeles, CA 90071 |

[X] **BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 24, 2008, at Los Angeles, California.

_____
Dave Quintana

07209/2366400.1                    PROOF OF SERVICE--

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On January 24, 2008, I served true copies of the following document(s) described as

**1) MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL (1) MATTEL'S MOTION COMPELLING PRODUCTION OF THIRD PARTY COMMUNICATIONS IMPROPERLY WITHHELD UNDER A CLAIM OF "COMMON INTEREST" PRIVILEGE; AND (2) CERTAIN EXHIBITS TO THE CONCURRENTLY FILED DECLARATION OF B. DYLAN PROCTOR**

**2) [PROPOSED ORDER] MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL (1) MATTEL'S MOTION COMPELLING PRODUCTION OF THIRD PARTY COMMUNICATIONS IMPROPERLY WITHHELD UNDER A CLAIM OF "COMMON INTEREST" PRIVILEGE; AND (2) CERTAIN EXHIBITS TO THE CONCURRENTLY FILED DECLARATION OF B. DYLAN PROCTOR**

Michael Page, Esq.
John E. Trinidad, Esq.
**Keker & Van Nest**
710 Sansome Street
San Francisco, CA 94111

**[X] BY FEDEX:** I deposited such document(s) in a box or other facility regularly maintained by FedEx, or delivered such document(s) to a courier or driver authorized by FedEx to receive documents, in sealed envelope(s) or package(s) designated by FedEx with delivery fees paid or provided for, addressed to the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 24, 2008, at Los Angeles, California.

Shawna Allison

07209/2366400.1                    PROOF OF SERVICE