1   THOMAS J. NOLAN (Bar No. 066992)
    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2   300 South Grand Avenue
    Los Angeles, CA  90071-3144
3   Telephone:  (213) 687-5000
    Facsimile:  (213) 687-5600
4   E-mail:     tnolan@skadden.com

5   RAOUL D. KENNEDY (Bar No. 40892)
    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
6   Four Embarcadero Center, Suite 3800
    San Francisco, CA  94111
7   Telephone: (415) 984-6400
    Facsimile:  (415) 984-2698
8   E-mail:     rkennedy@skadden.com

9   Attorneys for Counter-Defendants,
    MGA ENTERTAINMENT, INC., ISAAC LARIAN, MGA ENTERTAINMENT
10  (HK) LIMITED, AND MGAE de MEXICO S.R.L. de C.V.

11          **UNITED STATES DISTRICT COURT**

12          **CENTRAL DISTRICT OF CALIFORNIA**

13              **EASTERN DIVISION**

14  CARTER BRYANT, an individual          )   CASE NO. CV 04-9049 SGL (RNBx)
                                          )
15                      Plaintiff,        )   Consolidated with Case No. 04-9059
                                          )   and Case No. 05-2727
16          v.                            )
                                          )   **PROOF OF SERVICE**
17  MATTEL, INC., a Delaware              )
    corporation                           )   [To be heard by Discovery Master
18                                        )   Hon. Edward Infante (Ret.) Pursuant
                        Defendant.        )   to Court Order of December 6, 2006]
19                                        )
                                          )
20                                        )
                                          )
21                                        )
                                          )
22                                        )
    _____    )
23  Consolidated with MATTEL, INC. v.     )   Discovery Cut-Off:  January 28, 2008
    BRYANT and MGA                        )
24  ENTERTAINMENT, INC. v.                )
    MATTEL, INC.                          )
25                                        )

26

27

28

PROOF OF SERVICE                                    NO. CV 04-9049 SGL (RNBx)

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 300 South Grand Avenue, 34ᵗʰ Floor, Los Angeles, CA 90071.

On January 18, 2008, I served the foregoing documents described as:

on the interested parties in this action addressed as follows:

### SEE ATTACHED SERVICE LIST

☑  (BY PERSONAL SERVICE)   ☐   By personally delivering copies to the person served. (FEDERAL)

☑   I caused such document to be hand delivered to the above addressees. (FEDERAL)

☑  (BY FEDERAL EXPRESS) I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing with Federal Express and the fact that the correspondence would be deposited with Federal Express that same day in the ordinary course of business; on this date, the above-referenced correspondence was placed for deposit at Los Angeles, California and placed for collection and mailing following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed on January 18, 2008 at Los Angeles, California.

Matthew T. Bowman
PRINT NAME                    SIGNATURE

PROOF OF SERVICE

NO. CV 04-9049 SGL (RNBx)

## DOCUMENT LIST

(1) MGA'S AND CARTER BRYANT'S REPLY BRIEF IN FURTHER SUPPORT OF JOINT MOTION TO COMPEL AN UNREDACTED VERSION OF M0074400, MATTEL'S INVESTIGATION FILE 02-299 AND THE FURTHER DEPOSITION OF RICHARD DE ANDA

PROOF OF SERVICE

NO. CV 04-9049 SGL (RNBx)

1 | SERVICE LIST
2 |
3 | John B. Quinn, Esq.
4 | Michael T. Zeller, Esq.
Jon D. Corey, Esq.
5 | Timothy L. Alger, Esq.
Quinn Emanuel Urquhart Oliver &
6 | Hedges, LLP
865 South Figueroa Street, 10th Floor
7 | Los Angeles, CA  90017-2543
(213)  443-3000
8 | (213)  443-3100 (Fax)
9 | Attorneys for Mattel, Inc.
[Personal Service]
10 |
11 |
12 | Mark E. Overland, Esq.
Alexander H. Cote, Esq.
13 | David C. Scheper, Esq.
Overland Borenstein Scheper & Kim
14 | 300 South Grand Avenue, Suite 2750
Los Angeles, CA  90071
15 | (213)  613-4655
(213)  613-4656 (Fax)

John W. Keker, Esq.
Michael H. Page, Esq.
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA  94111
(415)  391-5400
(415)  397-7188 (Fax)

Attorneys for Carter Bryant
[Federal Express]

PROOF OF SERVICE

NO. CV 04-9049 SGL (RNBx)