1  THOMAS J. NOLAN (Bar No. 66992)
   (tnolan@skadden.com)
2  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue
3  Los Angeles, CA  90071-3144
   Tel.: (213) 687-5000/Fax: (213) 687-5600
4
   RAOUL D. KENNEDY (Bar No. 40892)
5  (rkennedy@skadden.com)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
6  4 Embarcadero Center, 38th Floor
   San Francisco, CA  94111-5974
7  Tel.: (415) 984-6400 / Fax: (415) 984-2698

8  Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited,
   MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian
9

10                    UNITED STATED DISTRICT COURT

11                    CENTRAL DISTRICT OF CALIFORNIA

12

13  CARTER BRYANT, an individual,        ) CASE NO. CV 04-9049 SGL (RNBx)
                                         )
14                  Plaintiff,           ) **DISCOVERY MATTER**
                                         )
15         v.                            ) MGA'S JOINDER IN ANA ELISE
                                         ) CLOONAN'S, MARGARET
16  MATTEL, INC., a Delaware             ) HATCH-LEAHY'S, AND
    corporation,                         ) VERONICA MARLOW'S
17                                       ) OPPOSITION TO MATTEL'S EX
                    Defendant.           ) PARTE APPLICATION TO (1)
18                                       ) COMPEL PRODUCTION OF
                                         ) ELECTRONIC MEDIA FROM
19                                       ) THIRD-PARTIES ELISE
                                         ) CLOONAN, MARGARET HATCH-
20                                       ) LEAHY, AND VERONICA
                                         ) MARLOW OR (2) IN THE
21                                       ) ALTERNATIVE, MODIFY THE
                                         ) SCHEDULING ORDER
22                                       )
                                         )
23  AND CONSOLIDATED ACTIONS             )
                                         )
24  ─────────────────────────────────────  Hearing Date: N/A
                                           Time: N/A
25

26

27

28

MGA Entertainment, Inc., MGA Entertainment (HK) Limited, and MGAE de Mexico, S.R.L. de C.V. (the "MGA Entities") hereby join in the opposition to Mattel's *ex parte* application filed by Ana Elise Cloonan, Margaret Hatch-Leahy and Veronica Marlow (the "Non-Party Witnesses"). As shown by the Non-Party Witnesses, Mattel's application is defective among other reasons because, (1) Mattel has filed its application with this Court rather than Judge Infante (who Mattel insisted just a few weeks ago should hear all third-party discovery issues); and (2) Mattel has failed to show that it requires emergency relief.

In addition, the MGA Entities object to Mattel's attempt to use a concocted discovery dispute to extend the expert deadlines set by the Court in this case. As the Court knows, initial expert reports must be served by February 11, 2008; rebuttal reports are due March 17, 2000; and, the cut-off for expert discovery is March 31, 2008.[1]

It is important that these dates be maintained so that the Court can maintain the May 27, 2008 trial date that the parties and the Court have endeavored so hard to honor. If Mattel is allowed to use the excuse of delayed discovery to push the deadline for initial expert reports by 30 days after an undefined receipt of the contested discovery, those reports will not be served until mid-March — at the same time that rebuttal reports are due and just a few weeks before the expert discovery cut-off.[2] More broadly, if delayed discovery were regarded as a justification for pushing back the expert report date, a substantial number of reports will not be served until that mid-March time frame. For example, MGA experts are awaiting the results of MGA's motion to compel Federal Rule of Civil Procedure 30(b)(6) testimony from Mattel on a broad range of topics including two obviously core topics — Mattel's interpretation and application of its Inventions Agreement (the

---

[1] Order Regarding Status Conference, October 31, 2007, at 2.
[2] Id.

-1-
MGA'S JOINDER IN OPP'N TO MATTEL'S EX PARTE APPLICATION

central contract in this case) and its alleged damages.[3] That motion was pushed beyond the January 28, 2008 discovery cut-off because Mattel insisted that it be granted more time to brief the motion in December, which precluded resolution of the motion at a January 3, 2008 hearing[4]; and because Judge Infante was not available again until February 8. In light of the history of this case, it's likely that an order granting the motion will not be issued until Mid-February, and the discovery, if ordered, will not be produced until March.

Of course, this process could be delayed further if Mattel decided to appeal an order granting the discovery to this Court as Mattel has done as respects Judge Infante's January 11, 2008 order compelling testimony on a variety of topics from Carter Bryant's Notice of Deposition pursuant to Rule 30(b)(6).[5] In short, if past is prologue, Mattel will do all that it can to delay MGA's Rule 30(b)(6) depositions until the expert disclosure time has effectively come and gone.

Pushing back by 30 days all of these expert dates effected by this delayed discovery will likely push the close of expert discovery date to well past the date for filing expert related motions, including *Daubert* motions. Moving that date would, in turn, effect all other pre-trial dates and thus, necessarily, the trial date.

Given the current state of Phase 1 discovery, which is coming to a close, but as to which a substantial number of disputes remain,[6] there is no avoiding the fact that a considerable amount of discovery will be conducted after the February 11,

---

[3] Declaration of Carl A. Roth In Support of MGA's Joinder in ("Roth Decl.") Ex 1, MGA Entertainment's Notice of Deposition of Mattel, Inc., Pursuant to Fed. R. Civ. Proc. 30(b)(6), September 19, 2007, at A-18.

[4] Roth Decl. 2, Letter dated December 26, 2007 from Michael T. Zeller to The Honorable Edward Infante (Ret.) requesting extension of time for Mattel to serve opposition to MGA's motion to compel Rule 30(b)(6) witnesses.

[5] Roth Decl. 3, Mattel Inc.'s Memorandum of Points and Authorities in Support of its Objection to the Discovery Master's January 11, 2008 Order Granting MGA's and Bryant's Motion to Compel re: Mattel's Alleged Bandying of 30(b)(6) Witnesses, filed January 24, 2008.

[6] By way of example, there are 21 separate discovery motions currently pending before Judge Infante.

2008 expert report deadline, and perhaps even the March 17, 2008 deadline. In light of this unavoidable reality, the only way for the parties and the Court to honor the existing trial date is to accept that expert opinions will be updated and revised as the discovery is obtained. In particular, it is likely that the initial expert reports served on February 11, 2008 will be supplemented and revised with reports served on March 17, 2008.

In sum, MGA continues to believe that it is important that the existing trial date be maintained and therefore opposes any attempt by Mattel to extend the initial expert report date. While expert reports will be supplemented during the expert discovery process, there is no need to move any of the existing expert-related dates. Mattel's request is particularly egregious in light of its effort to delay MGA's attempt to obtain meaningful deposition testimony until well past the initial expert report deadline.

DATED: January 28, 2008

                              SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

                              By: /s/ Thomas J. Nolan
                                   Thomas J. Nolan
                                   Attorney for MGA ENTERTAINMENT, INC.