THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, CA 90071-3144
Tel.: (213) 687-5000/Fax: (213) 687-5600

RAOUL D. KENNEDY (Bar No. 40892)
(rkennedy@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Embarcadero Center, 38th Floor
San Francisco, CA 94111-5974
Tel.: (415) 984-6400 / Fax: (415) 984-2698

Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian

UNITED STATED DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>　　　　　Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>**DISCOVERY MATTER**<br><br>DECLARATION OF CARL A. ROTH IN SUPPORT OF MGA'S JOINDER IN ANA ELISE CLOONAN'S, MARGARET HATCH-LEAHY'S, AND VERONICA MARLOW'S OPPOSITION TO MATTEL'S *EX PARTE* APPLICATION TO (1) COMPEL PRODUCTION OF ELECTRONIC MEDIA FROM THIRD-PARTIES ELISE CLOONAN, MARGARET HATCH-LEAHY, AND VERONICA MARLOW OR (2) IN THE ALTERNATIVE, MODIFY THE SCHEDULING ORDER<br><br>Hearing Date: N/A<br>Time: N/A |

I, Carl A. Roth, declare and state as follows:

I am an attorney with Skadden, Arps, Slate, Meagher & Flom, LLP ("Skadden"), counsel of record for MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian

1. Attached hereto as **Exhibit 1** is MGA Entertainment's Notice of Deposition of Mattel, Inc., Pursuant to Fed. R. Civ. Proc. 30(b)(6), dated September 19, 2007,

2. Attached hereto as **Exhibit 2** is a letter dated December 26, 2007 from Michael T. Zeller to The Honorable Edward Infante (Ret.) requesting an extension of time for Mattel to serve its opposition to MGA's motion to compel Rule 30(b)(6) witnesses.

3. Attached hereto as **Exhibit 3** is Mattel Inc.'s Memorandum of Points and Authorities in Support of its Objection to the Discovery Master's January 11, 2008 Order Granting MGA's and Bryant's Motion to Compel re: Mattel's Alleged Bandying of 30(b)(6) Witnesses, filed January 24, 2008.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on January 28, 2008, at Los Angeles, California.

By: /s/ Carl A. Roth

Declaration of Marcus R. Mumford in Support of Motion To Overrule Relevance Objection and To Compel
Case No. CV 04-9049 SGL (RNBx)
- 1 -