# EXHIBIT 2

## quinn emanuel trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

December 26, 2007

**BY EMAIL AND FACSIMILE**

Hon. Edward Infante (Ret.)
Discovery Master
c/o Sandra Chan
JAMS
Two Embarcadero Center, Suite 1500
San Francisco, CA 94111

Re:   Mattel, Inc. adv. MGA Entertainment/Bryant, CV 04-0949 SGL (RNBx)
      JAMS Ref. 1100049530

Dear Judge Infante:

I am writing on Mattel's behalf to respectfully request an extension of time for Mattel to serve its opposition to MGA's motion to compel Rule 30(b)(6) witnesses, filed on December 21, 2007. The extension that Mattel requests for its opposition is until and through January 11, 2008 for the reasons explained below.

MGA's motion seeks to compel on some forty-seven topics set forth in an 86-topic Rule 30(b)(6) notice that MGA had served on Mattel without leave of the Court as required. More specifically, the topics that are the subject of MGA's motion are Topic Nos. 8, 9, 11-24, 26-32, 39, 42, 47-48, 58, 60, 65, 69-85. MGA also served the motion to compel on us late in the day last Friday, which was the last full business day before Christmas. As MGA's counsel is aware, by the time MGA serve the motion late on Friday, Mattel also had already closed its offices for the holiday break. Mattel will be closed until after the New Year, with its business people returning on Monday, January 7, 2008.

**quinn emanuel urquhart oliver & hedges, llp**

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100

Exhibit 2 - 37

As Mattel's counsel, we anticipate that we will oppose the motion on grounds of undue burden, among others. Many of the topics that MGA has moved on are extremely broad. For example, Topic No. 24 seeks witnesses on "[t]he process(es) by which MATTEL evaluates and approves ideas for new fashion dolls, including, but not limited to, any changes to such processe(es) after BRATZ dolls were released in 2001." This Topic alone potentially sweeps in many thousands of products since Mattel has numerous fashion doll lines and contemplated fashion doll lines. As another example, Topic No. 47 asks for all prior testimony and sworn statements, including from litigation, about any aspect of Mattel's "BARBIE" product line -- itself alone consisting of many thousands of products -- and four other product lines over the course of the past ten years. Many of the Topics have multiple subparts as well. I have attached a copy of MGA's Rule 30(b)(6) notice at issue for the Discovery Master's convenience.

Accordingly, to oppose the motion, Mattel's counsel expects to obtain and submit client declarations explaining and detailing the reasons why the requested discovery is unduly burdensome. Because Mattel is closed as explained above, however, it is not feasible for Mattel's counsel to obtain the appropriate client declarations prior to the current due date for the opposition to MGA's motion.[1] Even with an extension through January 11, 2008, Mattel's counsel will have less than five full business days to identify the necessary declarants on the dozens of broad subjects MGA's motion attempts to put at issue, gather necessary supporting facts and obtain declarations from them after Mattel re-opens.

Mattel asked MGA to agree to the requested extension, but to no avail. Accordingly, Mattel respectfully submits that there is good cause for the extension and requests that the Discovery Master grant one until and including January 11, 2008.

Thank you for your continuing attention to this matter.

Very truly yours,

Michael T. Zeller

Encl.

cc: Thomas Nolan, Esq. (by email and facsimile)
Michael Page, Esq. (by email and facsimile)

---

[1] The parties apparently do not agree on the due date for Mattel's opposition. MGA has claimed it is due on New Year's Eve, December 31. Mattel understands that the clerk's office is closed that day and accordingly would not be due until January 3, 2008. Under either scenario, however, Mattel would still need an extension for the reasons discussed.