QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED CASES | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. CV 04-09059 and Case No. CV 05-02727<br><br>[PUBLIC REDACTED]<br>DECLARATION OF JON D. COREY IN SUPPORT OF MATTEL, INC.'S MOTION FOR LEAVE TO TAKE ADDITIONAL DISCOVERY ON THE MGA DEFENDANTS' UNCLEAN HANDS AFFIRMATIVE DEFENSE<br><br>Hearing Date: March 3, 2008<br>Time: 10:00 a.m.<br>Courtroom: 1<br><br>**Phase 1:**<br>Discovery Cut-off: January 28, 2008<br>Pre-trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2369393.1

DECLARATION OF JON D. COREY

## DECLARATION OF JON D. COREY

I, Jon D. Corey, declare as follows:

1. I am a member of the bars of the State of California and the District of Columbia. I am a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration in support of Mattel's Motion For Leave To Take Additional Discovery On The MGA Defendants' Unclean Hands Affirmative Defense. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Attached as Exhibit 1 is a true and correct copy of the Court's Order Regarding Mattel's Motion for Leave to Amend, dated January 11, 2007.

3. Attached as Exhibit 2 is a true and correct copy of the Court's Scheduling Order, dated February 12, 2007.

4. Attached as Exhibit 3 is a true and correct copy of Mattel's Second Amended Answer in Case No. 05-2727 and Counterclaims, dated July 12, 2007, excluding Exhibit C.

5. Attached as Exhibit 4 is a true and correct copy of MGA's Amended Answer and Affirmative Defenses, dated August 13, 2007.

6. Attached as Exhibit 5 is a true and correct copy of an excerpt of the February 12, 2007 hearing transcript.

7. Attached as Exhibit 6 is a true and correct copy of excerpts of the December 3, 2007 hearing transcript.

8. Attached as Exhibit 7 is a true and correct copy of the Court's 9/25/07 Order Re Mattel's Motion to Compel MGA to Produce Witnesses Pursuant to Third Notice of Deposition Under 30(b)(6).

9. Attached as Exhibit 8 is a true and correct copy of Mattel's Motion to Strike Affirmative Defenses (Nos. 2, 8, 9, 10, 11, 13, 14, 16, 18, 19 And 20) of MGA Entertainment, Inc., MGA Entertainment (HK) Limited, And MGAE

1 | De Mexico S.R.L. De C.V. Under Fed. R. Civ. P. 12(F), or In The Alternative, (2)
2 | For Partial Summary Judgment, dated October 9, 2007.
3 |         10.    Attached as Exhibit 9 is a true and correct copy of Mattel's Reply
4 | In Support of Its Motion to Strike Affirmative Defenses (Nos. 2, 8, 9, 10, 11, 13, 14,
5 | 16, 18, 19 And 20) of MGA Entertainment, Inc., MGA Entertainment (HK) Limited,
6 | And MGAE De Mexico S.R.L. De C.V. Under Fed. R. Civ. P. 12(F), or In The
7 | Alternative, (2) For Partial Summary Judgment, dated November 12, 2007.
8 |         11.    Attached as Exhibit 10 is a true and correct copy of the Court's
9 | July 2, 2007 Minute Order.
10 |        12.    On December 3, 2007, Mattel served its Supplemental
11 | Interrogatory Regarding Defendants' Affirmative Defenses.  On Attached as Exhibit
12 | 11 is a true and correct copy of MGA's Response to Mattel, Inc.'s Amended
13 | Supplemental Interrogatory Regarding Defendants' Affirmative Defenses, dated
14 | January 7, 2008.
15 |                /
16 |                /
17 |                /
18 |                /
19 |                /
20 |                /
21 |                /
22 |                /
23 |                /
24 |                /
25 |                /
26 |                /
27 |
28 |

**Local Rule 7-3 Compliance**

13. On December 7, 2007, Mattel requested a meeting of counsel regarding Mattel's anticipated motion for leave to take the deposition of MGA Entertainment, Inc. on additional matters. Mattel explained that it requests these additional depositions (over the 24 agreed between the parties) to discover what facts, if any, support MGA's and Larian's recently-pleaded affirmative defense of "unclean hands." Attached as Exhibit 12 is a true and correct copy of Letter from B. Dylan Proctor to Thomas Nolan, Mark Overland and John Keker, dated December 7, 2007.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 28, 2008 at Los Angeles, California.

_____
Jon D. Corey