UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED CASES | Case No. CV 04-09049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>[PROPOSED] ORDER GRANTING MATTEL INC.'S MOTION FOR LEAVE TO TAKE ADDITIONAL DISCOVERY ON THE MGA DEFENDANTS' UNCLEAN HANDS AFFIRMATIVE DEFENSE |

## [PROPOSED] ORDER

Having considered Mattel, Inc.'s Motion for Leave to For Leave To Take Additional Discovery On The MGA Defendants' Unclean Hands Affirmative Defense (the "Motion"), and all other papers and argument submitted in support of or in opposition to the Motion, and finding good cause therefor, Mattel's Motion is GRANTED.

IT IS HEREBY ORDERED that: In addition to those depositions already permitted, Mattel may take the deposition of MGA Entertainment, Inc. ("MGA"), pursuant to Federal Rule of Civil Procedure 30(b)(6), as set forth in Mattel's Fifth Notice of Deposition of MGA Entertainment, Inc. Pursuant to Federal Rule of Civil Procedure 30(b)(6) (the "Notice"), attached as Exhibit A to the Motion, as well as four (4) additional depositions.

**IT IS SO ORDERED.**

DATED: _____, 2008

_____
Hon. Stephen G. Larson
United States District Court Judge