QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Plaintiff Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>　　　　Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case Nos. CV 04-09059 and CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>[PROPOSED] ORDER GRANTING MATTEL, INC.'S *EX PARTE* APPLICATION TO COMPEL THE APPEARANCE FOR DEPOSITION OF ANA CABRERA, BEATRIZ MORALES, AND MARIA SALAZAR<br><br>**Phase 1**<br>Discovery Cut-Off:    January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date:                   May 27, 2008 |

| | |
|---|---|
| 1 | **[Proposed] Order** |
| 2 | The Court having received the *Ex Parte* Application to Compel the |
| 3 | Appearance for Deposition of Ana Cabrera, Beatriz Morales, and Maria Salazar, of |
| 4 | Mattel, Inc. ("Mattel"), filed and served on January 28, 2008 (the "Application"), |
| 5 | and having considered the Application and all papers in support and opposition |
| 6 | thereto, the Court hereby ORDERS: |
| 7 | 1. Mattel's Application is GRANTED. |
| 8 | 2. Ana Cabrera, Beatriz Morales, and Maria Salazar shall appear forthwith |
| 9 | for deposition upon oral examination by Mattel, but no later than within 10 days of |
| 10 | the date of this ORDER. |
| 11 | IT IS SO ORDERED. |
| 12 | |
| 13 | |
| 14 | |
| 15 | DATED: _____, 2008 |
| 16 | Hon. Stephen G. Larson<br>United States District Judge |

07209/2369289.1

-1-
[PROPOSED] ORDER GRANTING MATTEL'S *EX PARTE* APPLICATION TO COMPEL DEPOSITIONS