QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Hon. Edward Infante (Ret.) Pursuant To The Court's Order Of December 6, 2006]**<br><br>[PUBLIC REDACTED] DECLARATION OF CYRUS S. NAIM IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL THE APPEARANCE FOR DEPOSITION OF ANA CABRERA, BEATRIZ MORALES, AND MARIA SALAZAR<br><br>Date:           TBA<br>Time:           TBA<br>Place:          Telephonic<br><br>**Phase 1:**<br>Discovery Cut-off:      January 28, 2008<br>Pre-trial Conference:   April 21, 2008<br>Trial Date:             May 27, 2008 |

I, Cyrus S. Naim, declare as follows:

1. 1. I am a member of the bar of the State of California and an associate with Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for plaintiff and counter-defendant, Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. Attached as Exhibit 1 is a true and correct copy of excerpts of the Transcript of the Deposition of Veronica Marlow dated December 28, 2007.

3. Attached as Exhibit 2 is a true and correct copy of excerpts of the Transcript of the Deposition of Carter Bryant dated November 4, 2004.

4. Attached as Exhibit 3 is a true and correct copy of excerpts of the transcript of the interview of Ana Cabrera, dated January 2, 2008, and produced by Mattel at Bates number M 0261971.

5. Attached as Exhibit 4 is a true and correct copy of excerpts of the transcript of the interview of Beatriz Morales, dated January 14, 2008, and produced by Mattel at Bates number M 0262230.

6. Mattel has produced signed Confidential Information and Inventions Agreements for each of Cabrera, Morales, and Salazar, at Bates ranges M 0262449-0262450, M 0262518, and M 0262576-0262577, respectively.

7. Attached as Exhibit 5 is a true and correct copy of a subpoena served on Ana Cabrera on January 16, 2008.

8. Attached as Exhibit 6 is a true and correct copy of a subpoena served on Beatriz Morales on January 16, 2008.

9. Attached as Exhibit 7 is a true and correct copy of a subpoena served on Maria Salazar on January 22, 2008.

10. Attached as Exhibit 8 is a true and correct copy of a facsimile from Maria Diaz to James Webster dated January 23, 2008.

11. Attached as Exhibit 9 is a true and correct copy of a letter from Paul M. Eckles to Jon D. Corey dated January 24, 2008.

12. Attached as Exhibit 10 is a true and correct copy of a letter from James Webster to Maria Diaz, dated January 24, 2008.

13. My colleague James J. Webster phoned Ms. Diaz on January 24, 2008, and left a voicemail asking for her to return his call. Neither I, Mr. Webster, nor to my knowledge any other counsel for Mattel, received any response to Mr. Webster's phone call or letter.

14. Attached as Exhibit 11 is a true and correct copy of an email from James Webster to Paul M. Eckles dated January 25, 2008.

15. Attached as Exhibit 12 is a true and correct copy of an email from Paul M. Eckles to James Webster dated January 27, 2008.

16. Other than depositions specifically ordered as additional depositions pursuant to the Court's January 7, 2008 Order, Mattel has taken the depositions of: Carter Bryant, Victoria O'Connor, Jacqueline Prince, Isaac Larian, Steve Linker, Paula Garcia, Brooke Gilbert, Kerri Brode, Dave Malacrida, Janet Bryant, Thomas Bryant, Schuler Bacon, Richard Irmen, Sarah Chui, Maureen Tkacik, Denise O'Neal, MGA 30(b)(6) designees (Kerri Brode, Charmayne Brooks, Kenneth Lockhart, Bryan Armstrong, Lisa Tonnu, Rebecca Harris, Samir Khare, Spencer Woodman, Paula Garcia), and an MGA Hong Kong 30(b)(6) designee (Edmond Lee).

17. Mattel has also taken the depositions of Margaret Leahy, Veronica Marlow, Elise Cloonan, and Jeanne Galvano, but each of those depositions were authorized as additional depositions in the Court's January 7, 2008 Order.

18. Attached as Exhibit 13 is a true and correct copy of the Court's Order dated January 7, 2008.

19. Attached as Exhibit 14 is a true and correct copy of excerpts of the Hearing Transcript dated January 7, 2008.

20. Attached as Exhibit 15 is a true and correct copy of a letter dated January 28, 2008, from James J. Webster to Gloria Diaz, Thomas J. Nolan, Michael H. Page, and Mark E. Overland.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 28th day of January, 2008, at Los Angeles, California.

       /s/ Cyrus S. Naim
      Cyrus S. Naim

-3-
NAIM DEC ISO MATTEL'S MOTION TO COMPEL DEPOSITION OF CABRERA, MORALES, AND SALAZAR