1  Larry McFarland (Bar No. 129668)
   Christian Dowell (Bar No. 241973)
2  KEATS, McFARLAND & WILSON LLP
   9720 Wilshire Blvd.
3  Penthouse Suite
   Beverly Hills, CA 90212
4  Telephone:   (310) 248-3830
   Facsimile:   (310) 860-0363
5  Email:   lmcfarland@kmwlaw.com
            cdowell@kmwlaw.com
6

7  Attorneys for Ana Elise Cloonan,
   Margaret Hatch-Leahy, and Veronica Marlow
8

9               UNITED STATES DISTRICT COURT

10            CENTRAL DISTRICT OF CALIFORNIA

11                   EASTERN DIVISION

12

| | |
|---|---|
| CARTER BRYANT, an individual, | Case No.: CV 04 – 09049 SGL (RNBx) Consolidated with Case Nos. CV 04-9059 and CV 05-2727 Hon. Stephen G. Larson |
| Plaintiff, | |
| v. | |
| MATTEL, INC., a Delaware corporation; | **PROOF OF SERVICE** |
| Defendant. | |
| AND RELATED ACTIONS. | |

# DECLARATION OF SERVICE

## CARTER BRYANT v. MATTEL, INC.

*Case No.: CV 04 – 09049 SGL (RNBx)*
*Consolidated with Case Nos. CV 04-9059 and CV 05-2727*

I, the undersigned say, I am and was at all times herein mentioned a resident of the County of Los Angeles, over the age of eighteen (18) years and not a party to the within action or proceeding. My business address is 9720 Wilshire Boulevard, Penthouse Suite, Beverly Hills, California 90212 and I am employed in the offices of Keats, McFarland & Wilson LLP by a member of the Bar of this Court at whose direction the service mentioned herein below was made.

On January 28, 2008, I served the following document(s):

DECLARATION OF LARRY MCFARLAND IN SUPPORT OF ANA ELISE CLOONAN'S, MARGARET HATCH-LEAHY'S, AND VERONICA MARLOW'S OPPOSITION TO MATTEL'S EX PARTE APPLICATION TO (1) COMPEL PRODUCTION OF ELECTRONIC MEDIA FROM THIRD-PARTIES ELISE CLOONAN, MARGARET HATCH-LEAHY, AND VERONICA MARLOW OR (2) IN THE ALTERNATIVE, MODIFY THE SCHEDULING ORDER

upon counsel and interested parties named below or on an attached service list, by placing a true and correct copy thereof in an envelope addressed as follows:

**See Attached Service List**

[XX] **BY MAIL:**    I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Beverly Hills, California.  I am readily familiar with the practice of Keats McFarland & Wilson LLP for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after deposit for mailing in affidavit.

**AND/OR**

[XX] **BY PERSONAL SERVICE:**    By placing a true and correct copy of the above named document(s) in a sealed envelope addressed as indicated on the attached Service List, and causing such envelope(s) to be delivered to an authorized courier or driver authorized by Corporate Legal Services ("CLS")] to receive documents to be delivered on the same date by hand to the designated addressee(s).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 28, 2008, at Beverly Hills, California.

Janice L. Trayes

1

## SERVICE LIST

2

### CARTER BRYANT v. MATTEL, INC.
*Case No.: CV 04 – 09049 SGL (RNBx)*
*Consolidated with Case Nos. CV 04-9059 and CV 05-2727*

3

4

| **Counsel** | **Tele/Fax/E-Mail** | **SERVICE METHOD** |
|---|---|---|
| **QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP**<br>865 South Figueroa Street, 10th Fl.<br>Los Angeles, CA  90017<br><br>Dylan Proctor, Esq. | Tel:    213.443.3000<br>Fax:   213.443.3100<br><br>Email:dylanproctor@quinnemanuel.com | **PERSONAL SERVICE** |
| **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP & AFFILIATES**<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA  90017<br><br>Thomas J. Nolan, Esq. | Tel:    213.687.5250<br>Fax:   213.621.5250<br>Email:tnolan@skadden.com | **PERSONAL SERVICE** |
| **KEKER & VAN NEST, LLP**<br>710 Sansome Street<br>San Francisco, CA 94111<br><br>Michael H. Page, Esq. | Tel:    415.391.5400<br>Fax:   415.397.7188<br>Email: mpage@kvn.com | **U.S. MAIL** |

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE

**Janice L.Trayes**

| | |
|---|---|
| **From:** | ERIC V. URIE [eric@clslegal.com] |
| **Sent:** | Monday, January 28, 2008 1:43 PM |
| **To:** | Janice L.Trayes |
| **Subject:** | POD for Control Number 88481 |

```
                    CITY EXPRESS

ATTN: JANICE TRAYES

CTRL:    88481    ORDER DATE:  1/28/08     SERVICE TYPE: EXPRESS
CUST:    67 KEATS McFARLAND & WILSON LLP            REF: 10595.1

PU: KEATS McFARLAND & WILSON LLP        DL: QUINN, EMANUEL, URQUHART & OLIVER
    9720 WILSHIRE BLVD.                     865 S. FIGUEROA STREET
    BEVERLY HILLS    CA  90212              DOWNTOWN        CA  90014
    RM:PH              USA                  RM:10thFLOOR        USA
    TO SEE: JANICE TRAYES                   TO SEE: DILLON PROCTOR

DEL DATE:  1/28/08    TIME: 13:25    SIGN: LISA S.
```

1

**Janice L.Trayes**

| | |
|---|---|
| **From:** | ERIC V. URIE [eric@clslegal.com] |
| **Sent:** | Monday, January 28, 2008 1:43 PM |
| **To:** | Janice L.Trayes |
| **Subject:** | POD for Control Number 88482 |

```
                    CITY EXPRESS

ATTN: JANICE TRAYES

CTRL:    88482    ORDER DATE:  1/28/08    SERVICE TYPE: EXPRESS
CUST:    67 KEATS McFARLAND & WILSON LLP          REF: 10595.1

PU: KEATS McFARLAND & WILSON LLP        DL: SKADDEN, ARPS, SLATE, et al.
    9720 WILSHIRE BLVD.                     300 S. GRAND AVENUE
    BEVERLY HILLS    CA  90212              DOWNTOWN        CA   90071
    RM:PH                 USA               RM:#3400             USA
    TO SEE: JANICE TRAYES                   TO SEE: TOM KNOLAND

DEL DATE:  1/28/08    TIME: 13:40    SIGN: WALTER C.
```