1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
    John B. Quinn (Bar No. 090378)
2    johnquinn@quinnemanuel.com
    Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
    Jon D. Corey (Bar No. 185066)
4    (joncorey@quinnemanuel.com)
    Timothy L. Alger (Bar No. 160303)
5    (timalger@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
6  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
7  Facsimile: (213) 443-3100

8  Attorneys for Mattel, Inc.

9

10              UNITED STATES DISTRICT COURT

11              CENTRAL DISTRICT OF CALIFORNIA

12                   EASTERN DIVISION

13  CARTER BRYANT, an individual,        CASE NO. CV 04-9049 SGL (RNBx)

14            Plaintiff,                 Consolidated with
                                         Case No. CV 04-09059
15       vs.                             Case No. CV 05-02727

16  MATTEL, INC., a Delaware             Hon. Stephen G. Larson
    corporation,
17                                       DECLARATION OF TIMOTHY L.
            Defendant.                   ALGER IN SUPPORT OF MATTEL,
18                                       INC.'S *EX PARTE* APPLICATION;
                                         (1) TO COMPEL DEPOSITIONS OF
19  AND CONSOLIDATED ACTIONS             DAPHNE GRONICH, JOE TIONGCO,
                                         MARIANA TRUEBA, PABLO
20                                       VARGAS, MGA ENTERTAINMENT,
                                         INC. (PURSUANT TO RULE
21                                       30(B)(6), AND MGAE DE MEXICO
                                         (PURSUANT TO 30(B)(6) AND
22                                       (2) FOR LEAVE TO TAKE
                                         DEPOSITIONS IN FEBRUARY 2008;
23                                       OR, IN THE ALTERNATIVE, FOR
                                         AN ORDER SHORTENING TIME TO
24                                       HEAR A MOTION SEEKING THE
                                         FOREGOING RELIEF
25
                                         Hearing Date: N/A
26                                       Time: N/A
                                         Courtroom: N/A
27
                                         **Phase 1:**
28                                       Discovery Cut-off:    January 28, 2008
                                         Pre-trial Conference: May 5, 2008
                                         Trial Date:           May 27, 2008.

07209/2368338.1

## DECLARATION OF TIMOTHY L. ALGER

I, Timothy L. Alger, declare as follows:

1.      I am a member of the bar of the State of California and a Partner with Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc.  I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently hereto.

2.      On January 16, 2008, I had a telephone conversation with Henry Gonzales, counsel for Gentle Giant Studios, regarding its deposition in this matter. Mr. Gonzales told me that Gentile Giant Studio's witness for the deposition was out of town and could not appear on January 25, 2008.  He requested that the deposition be rescheduled for a date in February 2008.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 28, 2008, at Los Angeles, California.

_____
Timothy L. Alger

T07209/2368338.1

-1-
DECLARATION OF TIMOTHY L. ALGER ISO MATTEL, INC.'S EX PARTE APPLICATION