1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     John B. Quinn (Bar No. 90378)
2    (johnquinn@quinnemanuel.com)
     Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
     Jon D. Corey (Bar No. 185066)
4    (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
6  Facsimile: (213) 443-3100

7  Attorneys for Mattel, Inc.

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10                        EASTERN DIVISION

11  CARTER BRYANT, an individual,      CASE NO. CV 04-9049 SGL (RNBx)
                                       Consolidated with
12                Plaintiff,           Case Nos. CV 04-09059 & CV 05-2727

13      vs.                            Hon. Stephen G. Larson

14                                     DECLARATIONS OF BRIAN SHORE;
                                       RUDY FLORES; DONALD WALLACE;
15  MATTEL, INC., a Delaware           MIGUEL LEYVA; RAYN JEREZ;
    corporation,                       KENNETH WRIGHT; AND SCOTT
16                                     SNOWDEN IN SUPPORT OF MATTEL,
                                       INC.'S *EX PARTE* APPLICATION; (1) TO
17                Defendant.           COMPEL DEPOSITIONS OF DAPHNE
                                       GRONICH, JOE TIONGCO, MARIANA
18  ─────────────────────────────     TRUEBA, PABLO VARGAS, MGA
                                       ENTERTAINMENT, INC. (PURSUANT
19  AND CONSOLIDATED ACTIONS           TO RULE 30(B)(6), AND MGAE DE
                                       MEXICO (PURSUANT TO 30(B)(6) AND
20                                     (2) FOR LEAVE TO TAKE
                                       DEPOSITIONS IN FEBRUARY 2008; OR,
21                                     IN THE ALTERNATIVE, FOR AN
                                       ORDER SHORTENING TIME TO HEAR
22                                     A MOTION SEEKING THE FOREGOING
                                       RELIEF
23
                                       Hearing Date: N/A
24                                     Time: N/A
                                       Courtroom: N/A
25
                                       **Phase 1**
26                                     Discovery Cut-Off:   January 28, 2008
                                       Pre-Trial Conference: May 5, 2008
27                                     Trial Date:          May 27, 2008

28

07209/2368566.1

DECLARATIONS OF BRIAN SHORE, RUDY FLORES, DONALD WALLACE, MIGUEL LEYVA, RAYN JEREZ,
KENNETH WRIGHT, SCOTT SNOWDEN, AND FRED LOWE

## DECLARATION OF BRIAN SHORE

I, Brian Shore, declare as follows:

1.      I am a process server for Now Legal Service, registered in the State of California by the County Clerk of Los Angeles, our registration number being 5426. I make this declaration of my personal and firsthand knowledge, and if called and sworn as a witness, I could and would testify competently hereto.

2.      On January 22, 2008, I received an assignment from our client, Quinn Emanuel Urquhart Oliver & Hedges, LLP, to serve Sarah Halpern with a federal deposition subpoena. The address provided was a residence located at 1418 Hillcrest Avenue, Glendale, CA 91202.

3.      I conducted a stakeout of the Hillcrest Avenue address on January 24, 2008, to attempt service. I arrived at the Hillcrest Avenue address at 8:30 a.m. and stayed until 12:30 p.m. While there, I saw an SUV in front, but the only activity was a man exiting the home to work in the garage. When he opened the garage, I noticed a silver BMW within. When I asked about Ms. Halpern, the man said she was not home. At 12:00 p.m., the man left the premises in the SUV. I then knocked on the door and rang the doorbell, but there was no reply.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on January 25, 2008, at Los Angeles, California.

Brian Shore

-1-

## DECLARATION OF RUDY FLORES

I, Rudy Flores, declare as follows:

1.    I am a process server for Now Legal Service, registered in the State of California by the County Clerk of Los Angeles, our registration number being 5426. I make this declaration of my personal and firsthand knowledge, and if called and sworn as a witness, I could and would testify competently hereto.

2.    On January 15, 2008, I received an assignment from our client, Quinn Emanuel Urquhart Oliver & Hedges, LLP, to serve Ricardo Abundis with a federal deposition subpoena. The address provided was located at 9618 Shellyfield Road, Downey, CA 90240.

3.    I went to the Shellyfield Road address on January 15, 2008, at 9:00 p.m., but the home was vacant. Another address was then provided, located at 7542 Brunache Street, Downey, CA 90242. I first went there on January 16, 2008, at 9:45 p.m.., and knocked on the door, but there was no answer.

4.    I made additional attempts to serve the subpoena at the Brunache address, but no one answered the door when I knocked on January 19, 2008, at 10:00 a.m., and January 20, 2008 at 8:40 p.m. I tried again at the Brunache address on January 21, 2008, at 7:10 p.m. A woman answered the door and told me that her son, Ricardo Abundis, moved to Arkansas about a year ago. She declined to provide any further information.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on January 25, 2008, at Los Angeles, California.

_____
Rudy Flores

DECLARATION OF RUDY FLORES

117209/2367333.1

I, Rudy Flores, declare as follows:

1.       I am a process service server for Now Legal Service, registered in the State of California by the County Clerk of Los Angeles, our registration numbering being 5426.  My business address is 1301 West 2nd Street, Suite 206, Los Angeles, CA 90067.  I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2.       On January 16, 2008, I received an assignment from our client Quinn Emanuel Urquhart Oliver & Hedges LLP to serve Federal Civil  Subpoenas on Peter A. Marlow, Veronica Marlow, Inc., Doll Bag, Inc., and Marlow Techno-Logic , Inc.  The address provided for Mr. Marlow and the three entities was a residence of 12250 Woodley Avenue, Granada Hills, CA 91344 ("the Residence").

3.       I first attempted service on January 16, 2008 at 4:30 p.m..  I rang the doorbell but no one answered.

4.       When I returned to the Residence at 8:15 p.m. on January 16, 2008 for another attempt, I saw two vehicles in the driveway, a BMW and Mercedes Benz.  Although there were lights on in the Residence, when I rang the doorbell, no one answered.

5.       I made further attempts on January 17, 2008 at 7:00 a.m. and at 9:00 a.m.  The same two vehicles were in the driveway and the same lights were on in the Residence.  Once again, no one answered the door.  I also did not see anyone entering or leaving the home during a 75 minute stake-out until 10:30 a.m.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 25, 2008, at Los Angeles, California.

_____
Rudy Flores

-1-
DECLARATION OF RUDY FLORES REGARDING ATTEMPTED SERVICE

DECLARATION OF DONALD WALLACE

I, Donald Wallace, declare as follows:

1.     I am a process server for Now Legal Service, registered in the State of California by the County Clerk of Los Angeles, our registration number being 5426. I make this declaration of my personal and firsthand knowledge, and if called and sworn as a witness, I could and would testify competently hereto.

2.     On January 15, 2008, I received an assignment from our client, Quinn Emanuel Urquhart Oliver & Hedges, LLP, to serve Daphne Gronich with a federal deposition subpoena. The addresses provided were 15317 Sunset Boulevard, Pacific Palisades, CA 90272, and 611 Las Casas Avenue, also in Pacific Palisades.

3.     I tried the Sunset Boulevard address on January 15, 2008, but the location was a dry cleaners. The employees had never heard of the subject, so I proceeded to the Las Casas location, arriving at 4:45 p.m. A black Honda (California license plate "ONLY BRO") was in the driveway. I knocked on the door and asked for Ms. Daphne Gronich. Someone who identified himself as Ms. Gronich's husband answered, but would not open the door and said his wife was not there. He refused to provide any additional information.

4.     When I returned at 7:30 p.m. to the same address, I saw shadows at the door and knocked, but there was no answer. I attempted service again on January 15, 2008, at 9:15 p.m. but the house was dark and no one answered the door.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on January 25, 2008, at Los Angeles, California.

_____
Donald Wallace

07209/2366182.1

-1-

DECLARATION OF DONALD WALLACE

## DECLARATION OF MIGUEL LEYVA

I, Miguel Leyva, declare as follows:

1.     I am a process server for Now Legal Service, registered in the State of California by the County Clerk of Los Angeles, our registration number being 5426. I make this declaration of my personal and firsthand knowledge and, if called and sworn as a witness, I could and would testify competently hereto.

### Larry McFarland

2.     On January 14, 2008, I received an assignment from our client, Quinn Emanuel Urquhart Oliver & Hedges, LLP, to serve Larry McFarland with a federal deposition subpoena. The address provided was of a business located at 9920 Wilshire Boulevard, Penthouse, Beverly Hills, CA 90211

3.     The office was closed when I attempted service on January 14, 2008 at 5:15 p.m. When I returned on January 15, 2008, at 12:30 p.m., I was informed by the receptionist that Mr. McFarland would be out of the office for an undetermined period. The receptionist informed me that Mr. McFarland was not present at the office when I made further attempts on January 16, 2008, at 11:30 a.m., and January 22, 2008, at 12:30 p.m.

### Shirin Salemnia

4.     On January 15, 2008, I received an assignment from our client, Quinn Emanuel Urquhart Oliver & Hedges, LLP, to serve Shirin Salemnia with a federal deposition subpoena. The address provided was 575 South Barrington Avenue, #302, Los Angeles, CA 90049.

5.     I first attempted service on January 15, 2008, at 8:00 p.m. The location was a building with a locked entry but no security guard. I was able to gain access and went to the unit. When I knocked and asked for Ms. Salemnia, a man answered and said that she was not there but to try again the following day.

6.     Based on the information, I returned on January 16, 2008, at 10:30 a.m., but I could not gain access to the grounds because there was no answer

07209/2366092.1

-1-

1  to the security intercom.  I also could not gain access for the same reason during my

2  subsequent attempts on January 16, 2008, at 8:45 p.m.; January 17, 2008, at

3  7:00 p.m.; January 18, 2008, at 8:40 p.m.; January 19, 2008, at 9:40 a.m.;

4  January 20, 2008, at 8:00 a.m.; January 21, 2008, at 8:30 p.m.; and January 22,

5  2008, at 8:00 p.m.

6                                 Daphne Gronich

7          7.      On January 16, 2008, I received an assignment from our client,

8  Quinn Emanuel Urquhart Oliver & Hedges, LLP, to serve Daphne Gronich with a

9  federal deposition subpoena.  The provided address was 611 Las Casas Avenue,

10  Pacific Palisades, CA 90272.

11         8.      On January 16, 2008, at 8:20 p.m., I knocked and asked for Ms.

12  Gronich.  A Caucasian male answered the door and said that Ms. Gronich was not

13  in.  I attempted service again on January 17, 2008, at 7:30 p.m., and January 18,

14  2008, at 9:00 p.m., but no one answered the door.  When I again knocked and

15  attempted service on January 19, 2008, at 10:00 a.m., a man who identified himself

16  as Ms. Gronich's husband said his wife was not in.  I attempted service again on

17  January 20, 2008, at 7:30 a.m., but no one answered the door.  Ms. Gronich was not

18  home when I returned on January 21, 2008, at 8:00 p.m. and there was no answer at

19  the door during my attempt on January 22, 2008, at 5:00 p.m.

20                                  Lucy Arant

21         9.      On January 16, 2008, I received an assignment from our client,

22  Quinn Emanuel Urquhart Oliver & Hedges, LLP, to serve Lucy Arant with a

23  Federal Subpoena.  The addresses provided were of a business located at 11377

24  West Olympic Boulevard, Los Angeles, CA 90064, and of a residence of 3119

25  South Durango, #4, Los Angeles, CA 90034.

26         10.     I first went to the Durango address on January 16, 2008, at 9:30

27  p.m.  There was no answer to the security intercom, so I tried the Olympic address

28

07209/2366092.1

-2-

DECLARATION OF MIGUEL LEYVA

1 on January 17, 2008, at 10:00 a.m.  The receptionist said Ms. Arant was not there,

2 however.

3         11.    I attempted service at the Durango address again on January 17,

4 2008, at 7:45 p.m., but the intercom was not working, so I could not gain access to

5 the grounds.  I encountered the same situation on January 18, 2008, at 8:15 p.m.;

6 January 19, 2008, at 9:20 a.m.; January 20, 2008, at 8:30 a.m.; and January 21,

7 2008, at 9:00 p.m.  When the intercom was down again on January 22, 2008, at 6:30

8 p.m., I asked a neighbor to knock on Ms. Arant's door.  The neighbor did so but

9 there was no answer.

10         12.    I attempted service again at the Durango address on January 23,

11 2008, by conducting a stake-out from 7:00 p.m. to 9:00 p.m.  During this time

12 period, I saw no one enter or leave the residence at the Durango address.

13         13.    I attempted service again at the Olympic address on January 24,

14 2008, but the receptionist told me that Ms. Arant would not be in the office all day.

16     I declare under penalty of perjury under the laws of the United States of

17 America and the State of California that the foregoing is true and correct.

18     Executed on January 25 2008, at Los Angeles, California.

20 Miguel Leyva

07209/2366092.1

-3-

DECLARATION OF MIGUEL LEYVA

## DECLARATION OF RAYN JEREZ

I, Rayn Jerez, declare as follows:

1.       I am a process server for Now Legal Service, registered in the State of California by the County Clerk of Los Angeles, our registration number being 5426. I make this declaration of my personal and firsthand knowledge, and if called and sworn as a witness, I could and would testify competently hereto.

2.       On January 15, 2008, I received an assignment from our client, Quinn Emanuel Urquhart Oliver & Hedges, LLP, to serve Lucy Arant with a federal deposition subpoena. The addresses provided were of a business located at 11377 West Olympic Boulevard, Los Angeles, CA 90064, and of residences located 10420 Regent Street, Los Angeles, CA 90034, and 3119 South Durango, #4, Los Angeles, CA 90034.

3.       I first went to the Olympic address on January 15, 2008, at 4:20 p.m. but was told that the subject was not there, so I proceeded to the Regent Street address, arriving at 5:40 p.m. When I knocked, a female answered and said that Ms. Arant had moved a month ago. I then attempted service at South Durango at 6:00 p.m., where the subject's name was on the directory, but there was no answer to the security intercom.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on January 25, 2008, at Los Angeles, California.

_____
Rayn Jerez

1    I, Kenneth Wright, declare as follows:

2       1.      I am a process service server for Now Legal Service, registered

3    in the State of California by the County Clerk of Los Angeles, our registration

4    numbering being 5426.  My business address is 1301 West 2nd Street, Suite 206,

5    Los Angeles, CA 90067.  I make this declaration of personal, firsthand knowledge

6    and, if called and sworn as a witness, I could and would testify competently thereto.

7       2.      On or about January 17, 2008, I received an assignment from our

8    client Quinn Emanuel Urquhart Oliver & Hedges LLP to serve Federal Civil

9    Subpoenas on Peter A. Marlow, Veronica Marlow, Inc., Doll Bag, Inc., and Marlow

10   Techno-Logic , Inc.  The address provided for Mr. Marlow and the three entities

11   was a residence of 12250 Woodley Avenue, Granada Hills, CA 91344 ("the

12   Residence").

13      3.      When I first attempted service on January 17, 2008 at 3:00 p.m.,

14   I saw two vehicles parked in the driveway, a BMW and Mercedes Benz, and a red

15   Honda Pilot parked on the street in front of the Residence.  Although there were

16   lights on at the Residence, when I rang the doorbell, no one answered.  I then saw a

17   man at the house next door and went to speak with him.  The man would not give

18   me his name, but confirmed that he lived in the house next door to the Residence.

19   He told me that he had not seen Mr. Marlow or anyone at the Residence in a few

20   days.

21      4.      I made further attempts on January 17, 2008 at 8:15 p.m.,

22   January 18, 2008 at 7:30 a.m., January 19,2008 at 10:35 a.m., January 20, 2008 at

23   10:20 p.m., and January 21, 2008 at 8:30 a.m.  Each time I returned to the

24   Residence, the same vehicles were parked in the same locations, the same lights

25   were on in the Residence, and no one answered the door when I rang the door bell.

26      5.      On January 22, 2008, I conducted a 7.5 hour stakeout at the

27   Residence from 1:30 p.m. until 9:30 p.m.  The same vehicles were in the same place

28

07209/2367221.107209/23
67221.1

DECLARATION OF KENNETH WRIGHT REGARDING ATTEMPTED SERVICE

1  and the same lights were on in the Residence, but I saw no other activity at the

2  Residence at all.  And no one answered the door.

3          6.      I made my final attempt on January 23, 2008 at 10:30 a.m.  The

4  vehicles were still there and lights still on.  No one answered the door when I range

5  the bell.

6          I declare under penalty of perjury under the laws of the United States of

7  America that the foregoing is true and correct.

8          Executed on January 25, 2008, at Los Angeles, California.

9

10 _____

11      Kenneth Wright

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

07209/2367221.107209/3
67221.1

-2-

DECLARATION OF KENNETH WRIGHT REGARDING ATTEMPTED SERVICE

# DECLARATION OF KENNETH WRIGHT

I, Kenneth Wright, declare as follows:

1. I am a process server for Now Legal Service, registered in the State of California by the County Clerk of Los Angeles, our registration number being 5426. My business address is 1301 West 2nd Street, Suite 206, Los Angeles, CA 90026. I make this declaration of my personal and firsthand knowledge, and if called and sworn as a witness, I could and would testify competently hereto.

2. On January 14, 2008, I received an assignment from our client, QUINN EMANUEL URQUHART OLIVER & HEDGES, to serve Sarah Halpern with a federal deposition subpoena. The provided address was 1418 Hillcrest Avenue, Glendale, CA 91202.

3. I saw a Toyota Highlander, during my first attempt on January 14, 2008, at 8:00 p.m., but no one answered the door although dogs were barking inside. There was also no answer on January 14 at 9:35 p.m., January 15 at 7:00 p.m., January 16 at 7:20 a.m., January 17 at 5:30 p.m., January 18 at 8:30 p.m., January 19 at 2:30 p.m., January 20 at 11:00 a.m. and January 21 at 9:00 p.m.

4. On January 16, I obtained a phone number of 818-547-1550 and called Ms. Halpern. Mr. Halpern answered and said his wife is hardly ever home. He repeated the same statement when I called again on January 18.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

_____
Kenneth Wright

07209/2365841.1

DECLARATION OF KENNETH WRIGHT

## DECLARATION OF SCOTT SNOWDEN

I, Scott Snowden, declare as follows:

1.      I am over eighteen-years old and work as an investigator for Wells & Nielsen. I make this declaration of my personal and firsthand knowledge and, if called and sworn as a witness, I could and would testify competently hereto.

2.      On January 10, 2008, I was contacted by Alan Wells, the principle owner of Wells and Nielsen. He discussed an assignment with me to serve deposition subpoenas on a Jeff Weiss, with a home address of 455 S. Peck Drive, Beverly Hills, CA 90212. Mr Wells explained his research department had confirmed this address to be the last known (and actually the only known) home address of Jeff Weiss by checking several of there data bases which are routinely used to locate people. All those searches reflected the 455 S. Peck Drive address to be the last known home address for Jeff Weiss.

3.      On January 11, 2008, I arrived at the 455 S. Peck Drive address at approximately 2:30 p.m., and set up a few houses away on the opposite side of the street with a clear and unobstructed view of the location. At approximately 4:00 p.m., I observed what appeared to be Mr. Weiss's mother leaving the house in a car. I then knocked on the door and a woman who identified herself as Jeff Weiss's sister answered. She said that Mr. Weiss did not live there. I then asked if she could call Mr. Weiss. She went back inside the house. When she returned she said that I should leave what I had brought with her or I should "forget it." I left a phone number and asked that Mr. Weiss call regarding delivery of my package. I said that we were a courier service. I then returned to my car and continued to observe the location until 7:30 p.m. but did not see anyone that appeared to be Mr. Weiss.

4.      I returned to the Peck Drive address on January 13, 2008, at 8:30 p.m. and January 14, 2008, at 7:30 a.m. to attempt service, but was not successful.

5.    On January 15, 2008, I went back to the Peck Drive address to attempt service. At approximately 2:00 p.m., a woman who identified herself as Jeff Weiss's mother answered the door. I asked whether Jeff Weiss was there to which she replied "no." I asked whether she could accept the documents on Mr. Weiss's behalf. She said, "yes I'll take them." I then handed her the subpoena. She started to read them and then asked whether she could make a telephone call.

6.    In my presence, Ms. Weiss placed a telephone call. She then told me that Mr. Weiss had advised her not to take them and she tried to give the documents back. I told her that she had already agreed to accept them and did not take the documents.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on January 28, 2008, at Los Angeles, California.

Scott Snowden