| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP<br>  John B. Quinn (Bar No. 090378)<br>  johnquinn@quinnemanuel.com<br>  Michael T. Zeller (Bar No. 196417)<br>  (michaelzeller@quinnemanuel.com)<br>  Jon D. Corey (Bar No. 185066)<br>  (joncorey@quinnemanuel.com)<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017-2543<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100 |

7  Attorneys for Plaintiff Mattel, Inc.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>         Plaintiff,<br><br>   vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>         Defendant.<br><br>AND CONSOLIDATED CASES | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>[PROPOSED] ORDER RE: MATTEL, INC.'S *EX PARTE* APPLICATION; (1) TO COMPEL DEPOSITIONS OF DAPHNE GRONICH, JOE TIONGCO, MARIANA TRUEBA, PABLO VARGAS, MGA ENTERTAINMENT, INC. (PURSUANT TO RULE 30(B)(6), AND MGAE DE MEXICO (PURSUANT TO 30(B)(6) AND (2) FOR LEAVE TO TAKE DEPOSITIONS IN FEBRUARY 2008; OR, IN THE ALTERNATIVE, FOR AN ORDER SHORTENING TIME TO HEAR A MOTION SEEKING THE FOREGOING RELIEF<br><br>[Local Rule 7-19]<br><br>**Phase 1**<br>Discovery Cut-Off:    January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date:                   May 27, 2008 |

# [PROPOSED] ORDER

Having considered Mattel, Inc.'s *Ex Parte* Application to (1) Compel the Depositions Daphne Gronich, Joe Tiongco, Marian Trubea, Pablo Vargas, MGA Entertainment, Inc. (pursuant to Rule 30(b)(6), and MGAE de Mexico (pursuant to Rule 30(b)(6), and (2) for Leave to Take Depositions in February 2008, or, in the Alternative, for an Order Shortening Time to Hear a Motion Seeking the Foregoing Relief,

IT IS HEREBY ORDERED that

1. Daphne Gronich, Joe Tiongco, Marian Trubea, Pablo Vargas, MGA Entertainment, Inc. (pursuant to Rule 30(b)(6), and MGAE de Mexico (pursuant to Rule 30(b)(6) shall appear for deposition in Los Angeles on or before February ___, 2008; and

2. Mattel, Inc. will be allowed to take the depositions of witnesses whose testimony is relevant to Phase 2 issues on or before February 29, 2008; OR:

Time shall be shortened to hear Mattel, Inc.'s motion. Any opposition to the requested relief shall be filed no later than February ___, 2008, Mattel, Inc.'s reply thereto shall be filed no later than February ___, 2008, and a hearing shall be held on the motion on February ___, 2008, at _____ in Courtroom 1.

DATED:                              , 2008

_____
Hon. Stephen G. Larson