KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
jkeker@kvn.com
MICHAEL H. PAGE - #154913
mpage@kvn.com
CHRISTA M. ANDERSON - #184325
canderson@kvn.com
MATTHEW M. WERDEGAR - #200470
mwerdegar@kvn.com
JOHN E. TRINIDAD - #250468
jtrinidad@kvn.com
AUDREY WALTON-HADLOCK- #250574
awaltonhadlock@kvn.com
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff
CARTER BRYANT

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC. a Delaware Corporation,<br><br>Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC., v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No. CV 04-09049 SGL (RNBx)<br>(consolidated with CV 04-9059 & 05-2727<br><br>**DECLARATION OF JOHN TRINIDAD IN SUPPORT OF CARTER BRYANT'S MOTION TO QUASH MATTEL INC.'S SUBPOENA ISSUED TO PEOPLE'S BANK OF THE OZARKS OR IN THE ALTERNATIVE FOR PROTECTIVE ORDER**<br><br>Date:<br>Time:<br>Dept:    Courtroom 1<br>Judge:   Hon. Stephen G. Larson<br><br>Date Comp. Filed: April 13, 2005<br><br>Discovery Cut-Off: Jan. 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

DEC'L OF JOHN TRINIDAD IN SUPPORT OF CARTER BRYANT'S MOTION TO QUASH MATTEL INC.'S SUBPOENA ISSUED TO PEOPLE'S BANK OF THE OZARKS OR IN THE ALTERNATIVE FOR PROTECTIVE ORDER
CASE NO. CV 04-09049 SGL (RNBx)

410131.01

I, JOHN TRINIDAD, declare and state that:

1. I am an attorney licensed to practice law in the State of California, the State of New York, and in the District of Columbia. I am an associate at the law firm of Keker & Van Nest LLP, located at 710 Sansome Street, San Francisco, California 94111, counsel for plaintiff Carter Bryant in the above-captioned action. I am duly admitted to practice law before this Court. Except where expressly stated, I have knowledge of the facts set forth herein, and if called to testify as a witness thereto, could do so competently under oath.

2. I am informed and believed that on or around January 15, 2008, Mattel served a subpoena on People's Bank of the Ozarks. Mattel failed to provide Mr. Bryant any notice of the subpoena until January 25, 2008. I am informed and believe that Mattel similarly failed to provide notice of the subpoena to any other party in this litigation before that date.

3. Attached hereto as Exhibit A is a true and correct copy of the purported January 15, 2008 subpoena and attachment issued by Mattel to People's Bank of the Ozarks. To date, we do not know when or if service was procured.

4. Attached hereto as Exhibit B is a true and correct copy of the purported January 22, 2008 Notice of Subpoena served on People's Bank of the Ozarks.

5. Attached hereto as Exhibit C is a true and correct copy of the January 25, 2008 Proof of Service for the Notice of Subpoena Issued to People's Bank of the Ozarks.

6. Attached hereto as Exhibit D is a true and correct copy of the December 11, 2007 subpoena issued to Foothill Business Services. Bryant never received notice of this subpoena from Mattel as provided for under Fed. R. Civ. P. 45. I am informed and believe that Bryant first learned of the subpoena from Foothill.

1

DEC'L OF JOHN TRINIDAD IN SUPPORT OF CARTER BRYANT'S MOTION TO QUASH MATTEL INC.'S SUBPOENA ISSUED TO PEOPLE'S BANK OF THE OZARKS OR IN THE ALTERNATIVE FOR PROTECTIVE ORDER
CASE NO. CV 04-09049 SGL (RNBx)

410131.01

7. Attached hereto as Exhibit E is a true and correct copy of a December 14, 2007 letter from Christa Anderson to Juan Pablo Alban, counsel to Mattel.

8. Attached hereto as Exhibit F is a true and correct copy of a December 18, 2007 Notice of Subpoena issued to Foothill Business Services.

9. Attached hereto as Exhibit G is a true and correct copy of a December 21, 2007 letter from Christa Anderson to Jon Corey, counsel to Mattel.

10. Attached hereto as Exhibit H is a true and correct copy of a January 11, 2008 letter from Matthew Werdegar to Jon Corey, counsel to Mattel. I am informed and believe that counsel for Mattel informed Mr. Werdegar that they had accepted the terms of this letter.

11. In response to the agreement outlined in Exhibit H, Bryant produced documents on January 18, 2008 and January 23, 2008.

12. Attached hereto as Exhibit I is a true and correct copy of a January 28, 2008 letter I sent to Melissa Grant, counsel for Mattel.

13. Attached hereto as Exhibit J is a true and correct copy of this Court's January 25, 2007 Order Granting Mattel's Motion to Compel Production of Documents.

14. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on January 28, 2008, at San Francisco, California.

JOHN TRINIDAD