# EXHIBIT B

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>              Plaintiff,<br><br>    v.<br><br>MATTEL, INC., a Delaware Corporation,<br><br>              Defendant,<br><br>AND CONSOLIDATED CASES | CASE NO. CV 04-09049 SGL (RNBx)<br><br>Consolidated with Case Nos. CV 04-9059 and CV 05-2727<br><br>NOTICE OF SUBPOENA ISSUED TO PEOPLE'S BANK OF THE OZARKS<br><br>**Phase 1:**<br>Discovery Cut-off:     January 28, 2008<br>Pre-trial Conference:  April 21, 2008<br>Trial Date:            May 27, 2008 |

1       PLEASE TAKE NOTICE that, pursuant to Rule 45 of the <u>Federal Rules of
2 Civil Procedure</u>, Mattel, Inc., has issued a subpoena attached as Exhibit 1,
3 requesting the production of specified documents to the following:

    4     1)     People's Bank of the Ozarks, 305 W. Mt. Vernon, Nixa, MO 65714.

6 DATED: January 22, 2008     QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By _____
Melissa Grant
Attorneys for Mattel, Inc.

07209/2352678.1

-2-
<u>NOTICE OF SUBPOENA ISSUED TO PEOPLE'S BANK OF THE OZARKS</u>