# EXHIBIT E

LAW OFFICES
**KEKER & VAN NEST**
LLP
710 SANSOME STREET
SAN FRANCISCO, CA 94111-1704
TELEPHONE (415) 391-5400
FAX (415) 397-7188
WWW.KVN.COM

CHRISTA MARTINE ANDERSON
CANDERSON@KVN.COM

December 14, 2007

**VIA PDF AND U.S. MAIL**

Juan Pablo Alban
Quinn Emanuel Urquhart Oliver & Hedges LLP
865 South Figueroa St.
Los Angeles, CA 90017

Re: *Bryant v. Mattel*
United States District Court, Central District of California
Case No. CV 04-09049 SGL (RNBx) (consolidated with CV 04-9059 & 05-2727)

Dear Mr. Alban:

We have recently learned that Mattel issued a subpoena to Foothill Business Services. The subpoena is invalid for multiple reasons, including failing to comply with the notice requirements of Fed. R. Civ. P. 45(b)(1), failing to comply with the rules regarding (at least) California's consumer provisions, and violating and attempting to circumvent Judge Infante's previous ruling on the subject of Mr. Bryant's tax returns. Moreover, this subpoena is invalid because it is overbroad, seeks documents irrelevant to the lawsuit, and seeks to invade Mr. Bryant's and Mr. Irmen's privacy rights.

We seek to schedule a meet-and-confer on this subject immediately as we presently intend to file a motion for a protective order and to quash should Mattel not withdraw its subpoena. Further, we seek to reach an agreement with your office on a briefing schedule for such a motion and seek agreement that the subpoenaed party is not under an obligation to produce documents responsive to the subpoena unless and until ordered to do so following resolution of said motion. The briefing schedule we propose is as follows: opening brief on December 28, 2007, with the opposition and reply dates following the normal rules governing proceedings before Judge Infante.

Please advise immediately as to dates for meeting and conferring, and also advise us immediately if you will not agree to either the proposed briefing schedule or the proposed holding in abeyance of any production obligation pending resolution of that motion.

Very truly yours,

Christa M. Anderson /lhl

Christa M. Anderson

CMA/lhl