# EXHIBIT G

LAW OFFICES

# KEKER & VAN NEST
### LLP

710 SANSOME STREET
SAN FRANCISCO, CA 94111-1704
TELEPHONE (415) 391-5400
FAX (415) 397-7188
WWW.KVN.COM

CHRISTA MARTINE ANDERSON
CANDERSON@KVN.COM

December 21, 2007

**VIA PDF AND U.S. MAIL**

Jon D. Corey
Quinn Emanuel Urquhart Oliver & Hedges LLP
865 South Figueroa St.
Los Angeles, CA 90017

Re:     *Bryant v. Mattel*
        United States District Court, Central District of California
        Case No. CV 04-09049 SGL (RNBx) (consolidated with CV 04-9059 & 05-2727)

Dear Mr. Corey:

I am writing in regards to the amended subpoena that Mattel issued to Foothill Business Services on December 18, 2007. The amended subpoena fails to remedy many of the problems that existed in the initial subpoena Mattel issued to Foothill Business Services on December 11, 2007, and is therefore invalid. Specifically, the amended subpoena violates and attempts to circumvent Judge Infante's previous ruling on the subject of Mr. Bryant's tax returns, is overbroad, seeks documents irrelevant to the lawsuit, and seeks to invade Mr. Bryant's and Mr. Irmen's privacy rights.

We would like to arrange a time to meet-and-confer on this subject immediately as we presently intend to file a motion for a protective order and to quash the subpoena. Further, we seek to reach an agreement with your office on a briefing schedule for such a motion and seek agreement that the subpoenaed party is not under an obligation to produce documents responsive to the subpoena unless and until ordered to do so following resolution of said motion. The briefing schedule we propose is as follows: opening brief on January 7, 2008, with the opposition and reply dates following the normal rules governing proceedings before Judge Infante.

Please advise immediately as to dates for meeting and conferring, and also advise us immediately if you will not agree to either the proposed briefing schedule or the proposed holding in abeyance of any production obligation pending resolution of that motion.

Very truly yours,

*Christa Anderson/RP*

Christa M. Anderson

CMA/lhl

408404.01