# EXHIBIT I

```
        ******************************
        ***    MULTI TX/RX REPORT   ***
        ******************************

TX/RX NO              1306
PGS.                  3
TX/RX INCOMPLETE      -----
TRANSACTION OK        (1)    9121344331006647#
                      (2)    9121368756000001#
                      (3)    9121361346560001#

ERROR INFORMATION     -----
```

LAW OFFICES

# KEKER & VAN NEST
## LLP

710 SANSOME STREET
SAN FRANCISCO, CA 94111-1704
TELEPHONE (415) 391-5400
FAX (415) 397-7188

## FACSIMILE TRANSMISSION COVER SHEET

January 28, 2008

| To | Telephone | Facsimile |
|---|---|---|
| Melissa Grant<br>Quinn Emanuel Urquhart Oliver & Hedges, LLP | 213/443-3000 | 213/443-3100 |
| Thomas J. Nolan<br>Skadden Arps Slate Meagher & Flom | 213/687-5000 | 213/687-5600 |
| Alexander H. Cote<br>Overland Borenstein Scheper & Kim LLP | (213) 613-4655 | (213) 613-4656 |

| From | Telephone | Code |
|---|---|---|
| John E. Trinidad | 415/ 391-5400 | 6647/jselby |

Re   Bryant v. Mattel: (ED) 2:04-cv-09049-SGL-RNB

Number of Pages (Including Cover): 3

## COMMENTS

Please see attached.

LAW OFFICES
# KEKER & VAN NEST
### LLP

710 SANSOME STREET
SAN FRANCISCO, CA 94111-1704
TELEPHONE (415) 391-5400
FAX (415) 397-7188

## FACSIMILE TRANSMISSION COVER SHEET

January 28, 2008

| To | Telephone | Facsimile |
|---|---|---|
| Melissa Grant<br>Quinn Emanuel Urquhart Oliver & Hedges, LLP | 213/443-3000 | 213/443-3100 |
| Thomas J. Nolan<br>Skadden Arps Slate Meagher & Flom | 213/687-5000 | 213/687-5600 |
| Alexander H. Cote<br>Overland Borenstein Scheper & Kim LLP | (213) 613-4655 | (213) 613-4656 |

| From | Telephone | Code |
|---|---|---|
| John E. Trinidad | 415/ 391-5400 | 6647/jselby |

Re   Bryant v. Mattel:  (ED) 2:04-cv-09049-SGL-RNB

**Number of Pages (Including Cover): 3**

## COMMENTS

Please see attached.

Operator _____                Time Sent _____

### IF YOU ENCOUNTER ANY DIFFICULTIES RECEIVING THIS TRANSMISSION, PLEASE CALL (415) 676-2277 OR (415) 391-5400

The information contained in this facsimile transmission is legally privileged and confidential and intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify us immediately by telephone, and return the original transmission to us at the above address via the U.S. Postal Service. Thank you.

393005.01

LAW OFFICES

# KEKER & VAN NEST
### LLP

710 SANSOME STREET
SAN FRANCISCO, CA 94111-1704
TELEPHONE (415) 391-5400
FAX (415) 397-7188
WWW.KVN.COM

JOHN E. TRINIDAD
JTRINIDAD@KVN.COM

January 28, 2008

**VIA PDF, FACSIMILE & FED EX**

Melissa Grant
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017

Re: Bryant v. Mattel, Inc. and Consolidated Cases

Dear Ms. Grant:

    I am writing in regards to Mattel's Notice of Subpoena Issued to People's Bank of the Ozarks, which was sent by your office to us for the first time on Friday, January 25, 2008. The notice appears to have been erroneously dated January 22, 2008. We also note that the subpoena itself was signed and presumably served on January 15, 2008.

    The subpoena is invalid for failing to comply with Fed. R. Civ. P. 45(b)(1) which requires notice to parties before service of a subpoena calling for the production of documents. That failure is all the more egregious given the discovery cut-off in this case. Moreover, this subpoena is invalid because it is overbroad, seeks documents irrelevant to the lawsuit, and seeks to invade Mr. Bryant's privacy rights.

    We seek to schedule a meet-and-confer on this subject immediately. Given that the subpoena calls for production of such material by 9:00AM on January 28, 2008 and is in flagrant

410129.01

Melissa Grant
January 28, 2008
Page 2

violation of the notice requirements of Fed. R. Civ. P. 45, we currently intend to file a motion for a protective order and to quash should Mattel not withdraw its subpoena.

Sincerely,

*John E. Trinidad /js*

John E. Trinidad

JET

cc: Thomas J. Nolan
 Alexander H. Cote

410129.01