Larry McFarland (Bar No. 129668)
Christian Dowell (Bar No. 241973)
KEATS, McFARLAND & WILSON LLP
9720 Wilshire Blvd.
Penthouse Suite
Beverly Hills, CA 90212
Telephone:   (310) 248-3830
Facsimile:    (310) 860-0363
Email:   lmcfarland@kmwlaw.com
            cdowell@kmwlaw.com

Attorneys for Veronica Marlow

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>                    Plaintiff,<br><br>        v.<br><br>MATTEL, INC., a Delaware corporation;<br><br>                    Defendant.<br>_____<br><br>AND RELATED ACTIONS.<br> | Case No.: CV 04 – 09049 SGL (RNBx)<br>Consolidated with Case Nos.<br>CV 04-9059 and CV 05-2727<br><u>Hon. Edward A. Infante</u><br><br>DECLARATION OF CHRISTIAN C. DOWELL IN SUPPORT OF NON-PARTY VERONICA MARLOW'S MOTION TO COMPEL MATTEL TO PURGE ITSELF OF PRIVATE BANK RECORDS |

1    I, Christian C. Dowell, hereby declare as follows:

2    I am an attorney licensed to practice law in the State of California and am an

3    associate at the law firm of Keats, McFarland & Wilson LLP, counsel for non-party

4    witness in this matter Veronica Marlow.

5    I submit this Declaration in Support of the Non-Party Witnesses' Motion to

6    Compel Mattel to Purge Itself of Private Bank Records.  Unless otherwise stated, I

7    have personal knowledge of the facts set forth below and, if called as a witness, I could

8    and would competently testify thereto.

9    1.    A true and correct copy of a subpoena, dated June 18, 2007, is attached

10   hereto as Exhibit 1.

11   2.    A true and correct copy of a letter sent to Mattel's counsel, dated June 4,

12   2007, is attached hereto as Exhibit 2.

13   3.    A true and correct copy of a letter sent to Mattel's counsel, dated June 5,

14   2007, is attached hereto as Exhibit 3.

15   4.    A true and correct copy of a letter sent by Mattel's counsel, dated June 13,

16   2007, is attached hereto as Exhibit 4.

17   5.    A true and correct copy of a letter sent by Mattel's counsel, dated June 14,

18   2007, is attached hereto as Exhibit 5.

19   6.    True and correct copies of letters sent to Mattel's counsel are attached

20   hereto as Exhibit 6.

21   7.    A true and correct copy of a letter sent by Mattel's counsel, dated

22   November 29, 2007, is attached hereto as Exhibit 7.

23   8.    A true and correct copy of letters sent to Mattel's counsel, dated

24   December 3, 2007, and December 18, 2007 are attached hereto as Exhibit 8.

25   9.    A true and correct copy of a chain of e-mail correspondence is attached

26   hereto as Exhibit 9.

27   10.    A true and correct copy of a letter sent to Mattel's counsel, dated January

28   28, 2008, is attached hereto as Exhibit 10.

1      11.     A true and correct copy of a letter sent to Mattel's counsel, dated

2   December 18, 2007 is attached hereto as Exhibit 11

3          I declare under penalty of perjury under the laws of the United States that the

4   foregoing is true and correct.

5

6          Executed this 28th day of January 2008, at Beverly Hills, California.

7

8                                              /s/_____

9                                              Christian C. Dowell

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF CHRISTIAN C. DOWELL IN SUPPORT OF
NON-PARTY VERONICA MARLOW'S MOTION TO COMPEL
MATTEL TO PURGE ITSELF OF PRIVATE BANK RECORDS