Michael T. Zeller (Bar No. 196417)
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 S. Figueroa Street
10th Floor
Los Angeles, CA 90017

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTEL, INC., a Delaware Corporation | CASE NUMBER: CV 04-9059 NM (RNBx) |
| PLAINTIFF(S) v. | |
| CARTER BRYANT, an Individual; and DOES 1 through 10, inclusive | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
Exhibit 12 to the Declaration of Melissa Grant; Application to Seal and Proposed Order

**Document Description:**

- [ ] Administrative Record
- [x] Exhibits
- [ ] Ex Part Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)
- [ ] Other

**Reason:**

- [x] Under Seal
- [ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- [ ] Electronic versions are not available to filer
- [x] Per Court order dated January 4, 2005
- [ ] Manual Filing required (*reason*):

January 28, 2008
Date

Attorney Name
Melissa Grant, Esq.
Mattel, Inc.
Party Represented

Note: File one Notice in each case, each time you manually file document(s).

G-92 (02/07)  NOTICE OF MANUAL FILING  CCD-G92