QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>**DECLARATIONS OF RUDY FLORES AND KENNETH WRIGHT IN SUPPORT OF MATTEL, INC.'S MOTION FOR LEAVE TO OBTAIN DISCOVERY AFTER THE DISCOVERY CUT-OFF IN RESPONSE TO SUBPOENAS SERVED ON DOLL BAG, INC., VERONICA MARLOW, INC., MARLOW TECHNO-LOGIC, INC., PEOPLE'S BANK OF THE OZARKS AND WASHINGTON MUTUAL BANK**<br><br>Hearing Date: February 25, 2008<br>Time: 10:00 a.m.<br>Courtroom: 1<br><br>**Phase 1:**<br>Discovery Cut-off: January 28, 2008<br>Pre-trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2370817.1

I, Kenneth Wright, declare as follows:

1. I am a process service server for Now Legal Service, registered in the State of California by the County Clerk of Los Angeles, our registration numbering being 5426. My business address is 1301 West 2nd Street, Suite 206, Los Angeles, CA 90067. I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. On or about January 17, 2008, I received an assignment from our client Quinn Emanuel Urquhart Oliver & Hedges LLP to serve Federal Civil Subpoenas on Peter A. Marlow, Veronica Marlow, Inc., Doll Bag, Inc., and Marlow Techno-Logic, Inc. The address provided for Mr. Marlow and the three entities was a residence of 12250 Woodley Avenue, Granada Hills, CA 91344 ("the Residence").

3. When I first attempted service on January 17, 2008 at 3:00 p.m., I saw two vehicles parked in the driveway, a BMW and Mercedes Benz, and a red Honda Pilot parked on the street in front of the Residence. Although there were lights on at the Residence, when I rang the doorbell, no one answered. I then saw a man at the house next door and went to speak with him. The man would not give me his name, but confirmed that he lived in the house next door to the Residence. He told me that he had not seen Mr. Marlow or anyone at the Residence in a few days.

4. I made further attempts on January 17, 2008 at 8:15 p.m., January 18, 2008 at 7:30 a.m., January 19, 2008 at 10:35 a.m., January 20, 2008 at 10:20 p.m., and January 21, 2008 at 8:30 a.m. Each time I returned to the Residence, the same vehicles were parked in the same locations, the same lights were on in the Residence, and no one answered the door when I rang the door bell.

5. On January 22, 2008, I conducted a 7.5 hour stakeout at the Residence from 1:30 p.m. until 9:30 p.m. The same vehicles were in the same place

-1-

1 | and the same lights were on in the Residence, but I saw no other activity at the
2 | Residence at all. And no one answered the door.

3 |       6.    I made my final attempt on January 23, 2008 at 10:30 a.m. The vehicles were still there and lights still on. No one answered the door when I range the bell.

      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

      Executed on January 25, 2008, at Los Angeles, California.

_____
Kenneth Wright

-2-

I, Rudy Flores, declare as follows:

1. I am a process service server for Now Legal Service, registered in the State of California by the County Clerk of Los Angeles, our registration numbering being 5426. My business address is 1301 West 2nd Street, Suite 206, Los Angeles, CA 90067. I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. On January 16, 2008, I received an assignment from our client Quinn Emanuel Urquhart Oliver & Hedges LLP to serve Federal Civil Subpoenas on Peter A. Marlow, Veronica Marlow, Inc., Doll Bag, Inc., and Marlow Techno-Logic, Inc. The address provided for Mr. Marlow and the three entities was a residence of 12250 Woodley Avenue, Granada Hills, CA 91344 ("the Residence").

3. I first attempted service on January 16, 2008 at 4:30 p.m.. I rang the doorbell but no one answered.

4. When I returned to the Residence at 8:15 p.m. on January 16, 2008 for another attempt, I saw two vehicles in the driveway, a BMW and Mercedes Benz. Although there were lights on in the Residence, when I rang the doorbell, no one answered.

5. I made further attempts on January 17, 2008 at 7:00 a.m. and at 9:00 a.m. The same two vehicles were in the driveway and the same lights were on in the Residence. Once again, no one answered the door. I also did not see anyone entering or leaving the home during a 75 minute stake-out until 10:30 a.m.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 25, 2008, at Los Angeles, California.

_____
Rudy Flores

07209/2367225.1

-1-
DECLARATION OF RUDY FLORES REGARDING ATTEMPTED SERVICE