QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBIT 11 TO THE DECLARATION OF JON D. COREY IN SUPPORT OF MATTEL, INC.'S MOTION FOR LEAVE TO TAKE ADDITIONAL DISCOVERY ON THE MGA DEFENDANTS' UNCLEAN HANDS AFFIRMATIVE DEFENSE<br><br>[[Proposed] Order lodged concurrently herewith]<br><br>Date: TBA<br>Time: TBA<br>Place: TBA<br><br>**Phase 1**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

**ORIGINAL**

07209/2369113.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2  entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3  requests that the Court order filed under seal Exhibit 11 to the Declaration of Jon D.
4  Corey in support of Mattel's Motion For Leave To Take Additional Discovery On
5  The MGA Defendants' Unclean Hands Affirmative Defense ("Exhibit").

6  The Exhibit includes materials that MGA Entertainment, Inc. has
7  designated as "Confidential--Attorneys' Eyes Only" pursuant to the Protective
8  Order.  Accordingly, Mattel requests that the Court order that the Exhibit be filed
9  under seal.

10  In the alternative, Mattel requests that the Court declare that this
11  material is outside the definitions of "Confidential--Attorneys' Eyes Only" as
12  contained in the Stipulated Protective Order and order it to be filed as part of the
13  public record.

15  DATED: January 28, 2008         QUINN EMANUEL URQUHART OLIVER &
                                    HEDGES, LLP

17                                  By /s/ Jon D. Corey
18                                     Jon D. Corey
                                       Attorneys for Mattel, Inc.

07209/2369113.1

-2-

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL