1  THOMAS J. NOLAN (Bar No. 66992)
   (tnolan@skadden.com)
2  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue
3  Los Angeles, CA 90071-3144
   Tel.: (213) 687-5000 / Fax: (213) 687-5600
4
5  RAOUL D. KENNEDY (Bar No. 40892)
   (rkennedy@skadden.com)
6  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   4 Embarcadero Center, 38th Floor
   San Francisco, CA 94111-5974
7  Tel.: (415) 984-6400 / Fax: (415) 984-2698

8  Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited,
   MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian
9
   JOHN W. KEKER (Bar No. 49092)
10 (jkeker@kvn.com)
   CHRISTA M. ANDERSON (Bar No. 184325)
11 (canderson@kvn.com)
   KEKER & VAN NEST LLP
12 710 Sansome St.
   San Francisco, CA 94111-1704
13 Tel.: (415) 391-5400 / Fax: (415) 397-7188

14 Attorneys for Carter Bryant

15
                    UNITED STATED DISTRICT COURT
16
                   CENTRAL DISTRICT OF CALIFORNIA
17

18
   | CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
   |---|---|
   | Plaintiff, | **DISCOVERY MATTER** |
   | v. | APPLICATION TO FILE UNDER SEAL MGA'S AND CARTER BRYANT'S JOINT NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF IMPROPERLY WITHHELD MATTEL DOCUMENTS SHOWING MATTEL'S INVESTIGATION OF MGA AND CARTER BRYANT PRIOR TO NOVEMBER 2003 AND TO COMPEL PRODUCTION OF ALL "NHB" DOCUMENTS |
   | MATTEL, INC., a Delaware corporation, | |
   | Defendant. | |
   | AND CONSOLIDATED ACTIONS | |

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, MGA Entertainment, Inc. ("MGA") and Carter Bryant ("Bryant") hereby respectfully request that the Court order the following documents be filed under seal: MGA's and Carter Bryant's Notice of Motion And Motion To Compel Production of Improperly Withheld Mattel Documents Showing Mattel's Investigation of MGA And Carter Bryant Prior To November 2003 And To Compel Production Of All "NHB" Documents, the associated Declaration of Marcus R. Mumford and related exhibits. Good cause exists for filing these documents under seal, as they refer to certain documents that have been designated as "Confidential" or "Confidential—Attorneys' Eyes Only" pursuant to the Protective Order. In the alternative, MGA requests that the Court declare the exhibits to the declaration to be outside the definitions of "Confidential" and "Confidential—Attorneys' Eyes Only" as contained in the Stipulated Protective Order and order them to be filed as part of the public record.

DATED: January 28, 2008

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By: *[signature]*
Raoul D. Kennedy
Attorneys for MGA Entertainment, Inc.

KEKER & VAN NEST LLP

By: *[signature]*
Christa M. Anderson
Attorneys for Carter Bryant