QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 1, 2, 3, 4 TO THE DECLARATION OF CYRUS S. NAIM IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL THE APPEARANCE FOR DEPOSITION OF ANA CABRERA, BEATRIZ MORALES, AND MARIA SALAZAR<br><br>[[Proposed] Order filed concurrently]<br><br>Date: TBA<br>Time: TBA<br>Place: TBA<br><br>**Phase 1**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2  entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3  requests that the Court order filed under seal Exhibits 1, 2, 3, and 4 to the
4  concurrently filed Declaration Of Cyrus S. Naim In Support Of Mattel, Inc.'s
5  Motion To Compel The Appearance For Deposition Of Ana Cabrera, Beatriz
6  Morales, And Maria Salazar (the "Declaration").

7  The Declaration attaches materials that Mattel, MGA, and Carter
8  Bryant have designated as "Confidential" or "Confidential--Attorneys' Eyes Only"
9  pursuant to the Protective Order. MGA has designated Exhibit 1 as "Confidential--
10 Attorneys' Eyes Only." Carter Bryant has designated Exhibit 2 as "Confidential."
11 Mattel has designated Exhibits 3 and 4 as "Confidential--Attorneys' Eyes Only."
12 Accordingly, Mattel requests that the Court order that the Declaration be filed under
13 seal.

15 DATED: January 28, 2008          QUINN EMANUEL URQUHART OLIVER &
                                    HEDGES, LLP

17                                   By /s/ Cyrus S. Naim
18                                      Cyrus S. Naim
                                        Attorneys for Mattel, Inc.

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On January 28, 2008, I served true copies of the following document(s) described as **MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 1, 2, 3, 4 TO THE DECLARATION OF CYRUS S. NAIM IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL THE APPEARANCE FOR DEPOSITION OF ANA CABRERA, BEATRIZ MORALES, AND MARIA SALAZAR** on the parties in this action as follows:

| | |
|---|---|
| Thomas J. Nolan<br>**Skadden, Arps, Slate, Meagher & Flom LLP**<br>300 South Grand Ave., Ste. 3400<br>Los Angeles, California 90071<br>*Attorneys for MGA ENTERTAINMENT, INC.* | Maria Diaz<br>**Allred, Maroko & Goldberg**<br>6300 Wilshire Blvd.<br>Suite 1500<br>Los Angeles, CA 90048 |

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 28, 2008, at Los Angeles, California.

_____
NOW LEGAL -- Dave Quintana

07209/2169461.1

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On January 28, 2008, I served true copies of the following document(s) described as **MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 1, 2, 3, 4 TO THE DECLARATION OF CYRUS S. NAIM IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL THE APPEARANCE FOR DEPOSITION OF ANA CABRERA, BEATRIZ MORALES, AND MARIA SALAZAR** on the parties in this action as follows:

| | |
|---|---|
| John W. Keker<br>Michael H. Page<br>Christa M. Anderson<br>**Keker & Van Nest, LLP**<br>710 Sansome Street<br>San Francisco, CA 94111<br>*Attorneys for CARTER BRYANT*<br>TELEPHONE: 415-391-5400<br>FAX: 415-397-7188 | Mark E. Overland, Esq.<br>David E. Scheper, Esq.<br>Alexander H. Cote, Esq.<br>**Overland Borenstein Scheper & Kim, LLP**<br>300 South Grand Avenue<br>Suite 2750<br>Los Angeles, CA 90071-3144<br>*Attorneys for Carlos Gustavo Machado*<br>TELEPHONE: 213-613-4655<br>FAX: 213-613-4656 |

**BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 28, 2008, at Los Angeles, California.

*Yalonda J. Dekle*

07209/2359511.1