ORIGINAL

**QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP**
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>**MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBIT A TO THE DECLARATION OF MICHAEL L. FAZIO IN SUPPORT OF MATTEL, INC.'S MOTION FOR ISSUANCE OF LETTER OF REQUEST AND REQUEST FOR JUDICIAL ASSISTANCE (LETTER OF REQUEST)**<br><br>[[Proposed] Order filed concurrently]<br><br>Hearing Date: March 3, 2008<br>Time: 10:00 a.m.<br>Courtroom: 1<br><br>**Phase 1**<br>Discovery Cut-off: January 28, 2008<br>Pre-trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2366500.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1        Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order
2  entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3  requests that the Court order filed under seal Exhibit A to the Declaration of
4  Michael L. Fazio in support of Mattel's Motion for Issuance of Letter of Request and
5  Request for Judicial Assistance (Letter of Request).
6        Exhibit A includes materials that MGA and/or Bryant have designated
7  as "Confidential" or "Confidential--Attorneys' Eyes Only" pursuant to the Protective
8  Order. Accordingly, Mattel requests that the Court order that Exhibit A be filed
9  under seal.
10       In the alternative, Mattel requests that the Court declare that these
11 materials are outside the definitions of "Confidential" and "Confidential--Attorneys'
12 Eyes Only" as contained in the Stipulated Protective Order and order them to be
13 filed as part of the public record.

15 DATED: January 28, 2008      QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

17                                     By_____
18                                        Jon D. Corey
                                         Attorneys for Mattel, Inc.