ORIGINAL

FILED

1   QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
      John B. Quinn (Bar No. 090378)
2     johnquinn@quinnemanuel.com
      Michael T. Zeller (Bar No. 196417)
3     (michaelzeller@quinnemanuel.com)
      Jon D. Corey (Bar No. 185066)
4     (joncorey@quinnemanuel.com)
    865 South Figueroa Street, 10th Floor
5   Los Angeles, California  90017-2543
    Telephone:   (213) 443-3000
6   Facsimile:   (213) 443-3100

7   Attorneys Mattel, Inc.

8

9                    UNITED STATES DISTRICT COURT

10                  CENTRAL DISTRICT OF CALIFORNIA

11                          EASTERN DIVISION

12  CARTER BRYANT, an            CASE NO. CV 04-9049 SGL (RNBx)
    individual,
13                               Consolidated with Case Nos. CV 04-09059
             Plaintiff,          and CV 05-02727

14       vs.                     **PROOF OF SERVICE**

15  MATTEL, INC., a Delaware
    corporation,                 Hearing Date:   March 3, 2008
16                               Time:           10:00 a.m.
             Defendant.          Place:          1
17
    _____
18  AND CONSOLIDATED             **Phase 1**
    ACTIONS                      Discovery Cut-off:   January 28, 2008
19                               Pre-trial Conference: May 5, 2008
                                 Trial Date:          May 27, 2008
20

21

22

23

24

25

26

27

28

07209/2363229.1

## DOCUMENT LIST

1. **DECLARATION OF MICHAEL L. FAZIO IN SUPPORT OF MATTEL, INC.'S MOTION FOR ISSUANCE OF LETTER OF REQUEST AND REQUEST FOR JUDICIAL ASSISTANCE (LETTER OF REQUEST)**

2. **MATTEL, INC'S APPLICATION TO FILE UNDER SEAL EXHIBIT A TO THE DECLARATION OF MICHAEL L. FAZIO IN SUPPORT OF MATTEL, INC.'S MOTION FOR ISSUANCE OF LETTER OF REQUEST AND REQUEST FOR JUDICIAL ASSISTANCE (LETTER OF REQUEST)**

3. **[PROPOSED] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBIT A TO THE DECLARATION OF MICHAEL L. FAZIO IN SUPPORT OF MATTEL, INC.'S MOTION FOR ISSUANCE OF LETTER OF REQUEST AND REQUEST FOR JUDICIAL ASSISTANCE (LETTER OF REQUEST)**

4. **PROOF OF SERVICE**

07209/2363229.1

-3-

Case No. CV 04-9049 SGL (RNBx)

PROOF OF SERVICE

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is NOW Messenger Service, 1301 West Second Street, Suite 206, Los Angeles, California 90026.

On January 28, 2008, I served true copies of the following documents described as:

### SEE DOCUMENT LIST

on the parties in this action as follows:

| | |
|---|---|
| Thomas Nolan, Esq.<br>Carl Roth, Esq.<br>**Skadden Arps Slate Meagher & Flom, LLP**<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071 | Mark E. Overland, Esq.<br>Alexander H. Cote<br>**Overland Borenstein Scheper & Kim LLP**<br>300 South Grand Avenue, Suite 2750<br>Los Angeles, CA 90071-3144 |
| John W. Keker, Esq.<br>Michael H. Page, Esq.<br>Christina M. Anderson, Esq.<br>**Keker & Van Nest, LLP**<br>710 Sansome Street<br>San Francisco, CA 94111 | |

[√ ]   **[PERSONAL]** by personally delivering the document listed above to the person(s)

at the address(es) set forth above.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made

Executed on January 28, 2008, at Los Angeles, California.

David Quintana