QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>[To Be Heard By Discovery Master Hon. Edward Infante (Ret.)]<br><br>[**PUBLIC REDACTED**]<br>DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MOTION OF MATTEL, INC. TO ENFORCE THE COURT'S ORDER OF MAY 15, 2007, TO COMPEL MGA TO PRODUCE COMPELLED CALENDARS, AND FOR SANCTIONS<br><br>Date:  TBA<br>Time:  TBA<br>Place: TBA<br><br>**Phase 1**<br>Discovery Cut-Off:  January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date:  May 27, 2008 |

# DECLARATION OF B. DYLAN PROCTOR

I, B. Dylan Proctor, declare as follows:

1.  I am a member of the bar of the State of California and a partner of Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2.  On December 19, 2007, I contacted MGA to request that the parties meet and confer regarding MGA's failure to produce compelled calendars and planners reflecting its work on Bratz prior to 2001, including for the year 2000, among other things. Attached as Exhibit 1 is a true and correct copy of my December 19, 2007 letter to Timothy Miller, MGA's counsel, reflecting same.

3.  On January 4, 2008, during the meet and confer, MGA's counsel represented that MGA had found planners from the year 2000 for Rebecca Harris and Julie Chomo and would produce them. MGA also confirmed that it had located calendars for Isaac Larian which have not been produced, including for the year 2000, and promised to investigate whether its employees used calendars other than the Franklin Planners, such as an electronic Microsoft Outlook calendar. The parties agreed that MGA would report back to Mattel regarding its investigation the following week. Attached as Exhibit 2 is a true and correct copy of my January 4, 2008 letter to Andrew Temkin, MGA's counsel, reflecting same. MGA did not respond.

4.  On January 10, 2008, I contacted MGA again, asking it to produce the additional documents it had located to date and inform Mattel of the results of its investigation. Attached as Exhibit 3 is a true and correct copy of my January 10, 2008 letter to Mr. Temkin.

-1-

DECLARATION OF B. DYLAN PROCTOR

5.     In response, MGA informed me that it could not locate year 2000 Franklin Planners for any of its employees other than Julie Chomo. MGA also refused to produce any of Larian's withheld calendars, and represented that it is still "investigating" whether any of its employees used electronic calendars in the year 2000, such as Microsoft Outlook. Attached as Exhibit 4 is a true and correct copy of Mr. Temkin's January 10, 2008 letter to me, reflecting same.

6.     Nearly two weeks later, MGA informed me that it would not be producing Ms. Chomo's year 2000 planners after all. MGA also confirmed that several electronic Outlook calendars were located which its employees used in the year 2000. Attached as Exhibit 5 is a true and correct copy of Mr. Temkin's January 23, 2008 letter to me, reflecting same.

7.     Attached as Exhibit 6 is a true and correct copy of excerpts from Mattel's First Set of Requests for Documents and Tangible Things to MGA, dated March 14, 2005.

8.     Attached as Exhibit 7 is a true and correct copy of Mattel's Notice of Motion and Motion to Compel Production of Documents and Interrogatory Answers by MGA, dated February 2, 2007.

9.     Attached as Exhibit 8 is a true and correct copy of the Order Granting Mattel's Motion to Compel Production of Documents and Interrogatory Responses by MGA, dated May 15, 2007.

10.    Attached as Exhibit 9 is a true and correct copy of MGA Entertainment's Memorandum of Points and Authorities in Support of Motion Objecting to Portions of the Discovery Master's May 15, 2007 Order, dated May 30, 2007.

11.    Attached as Exhibit 10 is a true and correct copy of the Court's July 2, 2007 Order.

12. Attached as Exhibit 11 is a true and correct copy of excerpts from the Deposition of David Malacrida, dated August 30, 2007.

13. Attached as Exhibit 12 is a true and correct copy of excerpts from the Deposition of Kerri Brode, dated August 15, 2007.

14. Attached as Exhibit 13 is a true and correct copy of excerpts from the Deposition of Rebecca Harris, dated July 20, 2007.

15. Attached as Exhibit 14 is a true and correct copy of excerpts form the Deposition of Paula Garcia, dated May 24, 2007.

16. Attached as Exhibit 15 is a true and correct copy of excerpts from the Deposition of Isaac Larian, dated July 18, 2006.

17. Attached as Exhibit 16 is a true and correct copy of excerpts from the Deposition of Anna Rhee, dated February 3, 2005.

18. Attached as Exhibit 17 is a true and correct copy of documents bates-stamped MGA 878778-80, as produced by MGA on September 21, 2007.

19. Attached as Exhibit 18 is a true and correct copy of documents bates-stamped MGA 0046752-56, as produced by MGA on May 22, 2007.

20. Attached as Exhibit 19 is a true and correct copy of excerpts from Farhad Larian's Complaint in <u>Larian v. Larian</u>, Case No. BC301371, dated August 25, 2003.

21. Attached as Exhibit 20 is a true and correct copy of Mattel's Motion to Enforce the Court's Order of May 15, 2007 to Compel MGA to Produce Compelled Documents in Un-Redacted Form.

22. Attached as Exhibit 21 is a true and correct copy of the Order re: Mattel's Motion to Enforce the Court's Order of May 15, 2007, dated December 19, 2007.

23. Mattel has incurred attorney's fees in excess of $3,500 in bringing this motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 28, 2008, at Los Angeles, California.

_____
B. Dylan Proctor