QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Hon. Edward Infante (Ret.)]**<br><br>DECLARATION OF OLEG STOLYAR IN SUPPORT OF MOTION OF MATTEL, INC. TO ENFORCE THE COURT'S ORDER OF MAY 15, 2007, TO COMPEL MGA TO PRODUCE COMPELLED CALENDARS, AND FOR SANCTIONS<br><br>Date: TBA<br>Time: TBA<br>Place: TBA<br><br>**Phase 1**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

7209/2362657.1

DECLARATION OF OLEG STOLYAR

# DECLARATION OF OLEG STOLYAR

I, Oleg Stolyar, declare as follows:

1. I am a member of the bar of the State of California and an associate of Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. On January 24, 2008, I left a voicemail for Andrew Temkin, MGA's counsel, asking to meet and confer regarding Mr. Temkin's January 23, 2008 letter to Dylan Proctor, Mattel's counsel, which stated that MGA had located year 2000 Outlook calendars for certain of its employees who worked on Bratz during that time period, among other things.

3. The morning of January 25, 2008, I received a voicemail from Mr. Temkin stating that he will be available later that day and that I should call him. I then called him twice, once in the morning and once in the late afternoon, but was unable to reach him. Each time I left a voicemail asking that we meet and confer regarding the calendars' issue. In my voicemails, I explained that, among other things, Mattel seeks clarification of if, and when, MGA intends to produce the compelled calendars reflecting its work on Bratz and/or communications with Bryant prior to 2001.

4. After not hearing back from MGA, I sent an e-mail to Mr. Temkin the afternoon of January 26, 2008, again asking for clarification on MGA's proposal to resolve the "calendars" issue. A true and correct copy of that e-mail is attached hereto as Exhibit 1. Mr. Temkin responded to me *via* e-mail later that evening, and informed me that MGA was "unclear" as to what clarification was required. Attached as Exhibit 2 is a true and correct copy of Mr. Temkin's January 26, 2008 e-mail to me.

| | |
|---|---|
| 1 | 5.   I met and conferred with Mr. Temkin on January 27, 2008 regarding |
| 2 | the calendars' issue.  Mr. Temkin informed me that MGA had located year 2000 |
| 3 | Outlook calendars for Edmond Lee, Paula Garcia, Kerri Brode, Julie Chomo and |
| 4 | Leon Djigurian, but that it is his understanding that no responsive documents in |
| 5 | that time range were found, and so none will be produced.  He also confirmed |
| 6 | that no additional year 2000 Larian calendars will be produced.  We also discussed |
| 7 | a possible stipulation to extend the deadline for Mattel to move to compel on this |
| 8 | issue, but I informed Mr. Temkin that if MGA refused to commit to produce the |
| 9 | compelled calendars in entire and un-redacted form, Mattel would have no choice |
| 10 | but to move to compel on January 28, 2008. |
| 11 | I declare under penalty of perjury under the laws of the United States of |
| 12 | America that the foregoing is true and correct. |
| 13 | Executed on January 28, 2008, at Los Angeles, California. |

_Oleg Stolyar_

-2-

DECLARATION OF OLEG STOLYAR