# EXHIBIT 1

## Alex Stolyar

| | |
|---|---|
| **From:** | Alex Stolyar |
| **Sent:** | Saturday, January 26, 2008 4:40 PM |
| **To:** | atemkin@skadden.com |
| **Cc:** | Dylan Proctor |
| **Subject:** | Re: Calendars issue |

Andrew,

I have left you two messages on Friday regarding your January 23 letter to Dylan Proctor, but have still not heard back from you.  We need clarification on MGA's proposal to resolve the "calendars" issue.  If we do not have it, or a stipulation to continue any arguable deadline for us to move to compel on this issue, we will be filing a motion to compel on Monday.

Respectfully,

Alex Stolyar
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Direct: (213) 443-3684
Main Phone: (213) 443-3000
Main Fax: (213) 443-3100
E-mail: alexstolyar@quinnemanuel.com
Web: www.quinnemanuel.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above.  This message may be an attorney-client communication and/or work product and as such is privileged and confidential.  If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited.  If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

EXHIBIT 1 PAGE 4

1/27/2008

# EXHIBIT 2

## Alex Stolyar

**From:** Temkin, Andrew C [Andrew.Temkin@skadden.com]
**Sent:** Saturday, January 26, 2008 7:14 PM
**To:** Alex Stolyar
**Cc:** Park, Amy S (PAL)
**Subject:** RE: Calendars issue

Alex,

I tried to reach you on Friday and left you a voicemail message.  We are unclear what "clarification" you require.  Please explain.

Andrew.

---

**From:** Alex Stolyar [mailto:alexstolyar@quinnemanuel.com]
**Sent:** Saturday, January 26, 2008 4:40 PM
**To:** Temkin, Andrew C (PAL)
**Cc:** Dylan Proctor
**Subject:** Re: Calendars issue

Andrew,

I have left you two messages on Friday regarding your January 23 letter to Dylan Proctor, but have still not heard back from you.  We need clarification on MGA's proposal to resolve the "calendars" issue.  If we do not have it, or a stipulation to continue any arguable deadline for us to move to compel on this issue, we will be filing a motion to compel on Monday.

Respectfully,

Alex Stolyar
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Direct: (213) 443-3684
Main Phone: (213) 443-3000
Main Fax:  (213) 443-3100
E-mail:  alexstolyar@quinnemanuel.com
Web:  www.quinnemanuel.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above.  This message may be an attorney-client communication and/or work product and as such is privileged and confidential.  If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited.  If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.
-------------------------------------------------------------------------------
******************************************************* To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters

1/27/2008    EXHIBIT 2 PAGE 5

addressed herein. ************************************************** ************************************************** This email and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original copy and any copy of any email, and any printout thereof. Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request. **************************************************

EXHIBIT 2 PAGE 6

1/27/2008