QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  Michael T. Zeller (Bar No. 196417)
  Jon D. Corey (Bar No. 185066)
  Timothy L. Alger (Bar No. 160303)

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>PLAINTIFF(S)<br>v.<br>MATTEL, INC., a Delaware corporation<br><br>DEFENDANT(S). | CASE NUMBER:<br>CASE NO. CV 04-9049 SGL (RNBx)<br><br>NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
(1) Declaration of B. Dylan Proctor iso Mattel's Motion to Enforce the May 15, 2007 Order, to Compel MGA to Produce Compelled Calendars, and for Sanctions; (2) Application to File Under Seal; and (3) [Proposed] Order

**Document Description:**
- ☐ Administrative Record
- ☑ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)
- ☑ Other

**Reason:**
- ☑ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☑ Per Court order dated  January 4, 2005
- ☐ Manual Filing required (*reason*):

January 29, 2008
Date

/s/ Oleg Stolyar
Attorney Name

Mattel, Inc.
Party Represented

Note: File one Notice in each case, each time you manually file document(s).

G-92 (02/07)            NOTICE OF MANUAL FILING