ORIGINAL

Larry McFarland (Bar No. 129668)
Christian Dowell (Bar No. 241973)
KEATS, McFARLAND & WILSON LLP
9720 Wilshire Blvd.
Penthouse Suite
Beverly Hills, CA 90212
Telephone: (310) 248-3830
Facsimile: (310) 860-0363
Email: lmcfarland@kmwlaw.com
       cdowell@kmwlaw.com

Attorneys for Ana Elise Cloonan,
Margaret Hatch-Leahy, and Veronica Marlow

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation;<br><br>Defendant.<br><br>AND RELATED ACTIONS. | Case No.: CV 04 – 09049 SGL (RNBx)<br>Consolidated with Case Nos.<br>CV 04-9059 and CV 05-2727<br>Hon. Stephen G. Larson<br><br>ANA ELISE CLOONAN'S, MARGARET HATCH-LEAHY'S, AND VERONICA MARLOW'S APPLICATION TO FILE UNDER SEAL EXHIBITS 7, 8, 9, 19, 20 And 30 TO THE DECLARATION OF LARRY W. MCFARLAND IN SUPPORT OF OPPOSITION TO MATTEL'S EX PARTE APPLICATION TO (1) COMPEL PRODUCTION OF ELECTRONIC MEDIA FROM THIRD-PARTIES ELISE CLOONAN, MARGARET HATCH-LEAHY, AND VERONICA MARLOW OR (2) IN THE ALTERNATIVE, MODIFY THE SCHEDULING ORDER<br><br>Hearing Date: TBD<br>Time: TBD<br>Place: TBD |

FILED BY FAX

APPLICATION TO FILE UNDER SEAL

1  Pursuant to Local rule 79-5.1 and the Stipulated Protective Order entered by the
2  court in this action, Non-parties Margaret Hatch-Leahy, Elise Cloonan and Veronica
3  Marlow (collectively, the "Non-Party Witnesses") hereby respectfully requests that
4  the Court order filed under seal Exhibits 7, 8, 9, 19, 20 and 30 to the Declaration of
5  Larry W. McFarland in Opposition to Mattel's Ex Parte Application to (1) Compel
6  Production of Electronic Media from Third-Parties Elise Cloonan, Margaret Hatch-
7  Leahy, and Veronica Marlow or (2) in the Alternative, Modify the Scheduling Order
8  ("Exhibits").

9  The Exhibits include materials that MGA and/or Bryant have designated as
10 "Confidential" or "Confidential – Attorneys' Eyes Only" pursuant to the Protective
11 Order. Accordingly, Non-Party Witnesses requests that the Court order that the
12 Exhibits be filed under seal.

14 Dated: January 28, 2008            KEATS MCFARLAND & WILSON LLP

                                      _____
                                      Christian C. Dowell, Esq.
                                      Attorneys for Non-Parties Ana Elise Cloonan,
                                      Margaret Hatch-Leahy, and
                                      Veronica Marlow

# DECLARATION OF SERVICE

*CARTER BRYANT v. MATTEL, INC.*
*Case No.: CV 04 – 09049 SGL (RNBx)*
*Consolidated with Case Nos. CV 04-9059 and CV 05-2727*

I, the undersigned say, I am and was at all times herein mentioned a resident of the County of Los Angeles, over the age of eighteen (18) years and not a party to the within action or proceeding. My business address is 9720 Wilshire Boulevard, Penthouse Suite, Beverly Hills, California 90212 and I am employed in the offices of Keats, McFarland & Wilson LLP by a member of the Bar of this Court at whose direction the service mentioned herein below was made.

On January 28, 2008, I served the following document(s):

1. ANA ELISE CLOONAN'S, MARGARET HATCH-LEAHY'S, AND VERONICA MARLOW'S APPLICATION TO FILE UNDER SEAL EXHIBITS 7, 8, 9, 19, 20 And 30 TO THE DECLARATION OF LARRY W. MCFARLAND IN SUPPORT OF OPPOSITION TO MATTEL'S EX PARTE APPLICATION TO (1) COMPEL PRODUCTION OF ELECTRONIC MEDIA FROM THIRD-PARTIES ELISE CLOONAN, MARGARET HATCH-LEAHY, AND VERONICA MARLOW OR (2) IN THE ALTERNATIVE, MODIFY THE SCHEDULING ORDER

upon counsel and interested parties named below or on an attached service list, by placing a true and correct copy thereof in an envelope addressed as follows:

**See Attached Service List**

[X] **BY MAIL:** I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Beverly Hills, California. I am readily familiar with the practice of Keats McFarland & Wilson LLP for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after deposit for mailing in affidavit.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 28, 2008, at Beverly Hills, California.

Janice L. Trayes

- 2 -

OPPOSITION TO
EX PARTE APPLICATION

# SERVICE LIST

**CARTER BRYANT v. MATTEL, INC.**
*Case No.: CV 04 – 09049 SGL (RNBx)*
*Consolidated with Case Nos. CV 04-9059 and CV 05-2727*

| Counsel | Tele/Fax/E-Mail | Party |
|---|---|---|
| QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP<br>865 South Figueroa Street, 10th Fl.<br>Los Angeles, CA 90017<br><br>Dylan Proctor, Esq. | Tel: 213.443.3000<br>Fax: 213.443.3100<br><br>Email:dylanproctor@quinnemanuel.com | MATTEL, INC. |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP & AFFILIATES<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90017<br><br>Thomas J. Nolan, Esq. | Tel: 213.687.5250<br>Fax: 213.621.5250<br>Email: tnolan@skadden.com | MGA |
| KEKER & VAN NEST, LLP<br>710 Sansome Street<br>San Francisco, CA 94111<br><br>Michael H. Page, Esq. | Tel: 415.391.5400<br>Fax: 415.397.7188<br>Email: mpage@kvn.com | CARTER BRYANT |

OPPOSITION TO
EX PARTE APPLICATION