Melissa Grant
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
865 SOUTH FIGUEROA STREET
10th FLOOR
LOS ANGELES, CA 90017
(213) 443-3000

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>PLAINTIFF(S)<br>v.<br>MATTEL, INC., a Delaware corporation,<br><br>DEFENDANT(S). | CASE NUMBER:<br>CV 04-9049 SGL (RNBx)<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**

Application to File Under Seal Exhibits to Declaration of Melissa Grant in Support of Motion of Mattel, Inc. for an Order Enforcing Court's January 25, 2007 Order Compelling Bryant to Produce Computer Hard Drives and for Sanctions); Proposed Order; Declaration of Melissa Grant in Support of Motion of Mattel, Inc. for an Order Enforcing Court's January 25, 2007 Order Compelling Bryant to Produce Computer Hard Drives and for Sanctions

**Document Description:**

- [ ] Administrative Record
- [X] Exhibits
- [ ] Ex Part Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)
- [X] Other  Application to File Under Seal and Proposed Order

**Reason:**

- [X] Under Seal
- [ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- [ ] Electronic versions are not available to filer
- [X] Per Court order dated  January 4, 2005
- [ ] Manual Filing required (*reason*):

January 29, 2008
Date

Attorney Name
Melissa Grant
Mattel, Inc., a Delaware corporation
Party Represented

Note: File one Notice in each case, each time you manually file document(s).

G-92 (02/07)             NOTICE OF MANUAL FILING             CCD-G92