QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   John B. Quinn (Bar No. 090378)
   johnquinn@quinnemanuel.com
   James J. Webster (Bar No. 196417)
   (michaelzeller@quinnemanuel.com)
   Jon D. Corey (Bar No. 185066)
   (joncorey@quinnemanuel.com)
   Timothy L. Alger (Bar No. 160303)
   (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Hon. Edward Infante (Ret.) Pursuant To The Court's Order Of December 6, 2006]**<br><br>[PUBLIC REDACTED] DECLARATION OF JAMES J. WEBSTER IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL ADDITIONAL DEPOSITION TESTIMONY AND PRODUCTION OF DOCUMENTS BY VERONICA MARLOW<br><br>Date:          TBA<br>Time:          TBA<br>Place:         Telephonic<br><br>**Phase 1:**<br>Discovery Cut-off:       January 28, 2008<br>Pre-trial Conference:    April 21, 2008<br>Trial Date:              May 27, 2008 |

I, James J. Webster, declare as follows:

1. I am a member of the bar of the State of California, and a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for plaintiff and counter-defendant, Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. Attached as Exhibit 1 is a true and correct copy of a facsimile from Susan Wines to Larry McFarland, dated June 7, 2007.

3. Attached as Exhibit 2 is a true and correct copy of a facsimile from Larry McFarland to Susan Wines dated September 21, 2007.

4. Attached as Exhibit 3 is a true and correct copy of a facsimile from Susan Wines to Larry McFarland dated September 21, 2007.

5. Attached as Exhibit 4 is a true and correct copy of the Court's Order dated October 15, 2007.

6. Attached as Exhibit 5 is a true and correct copy of a facsimile from Larry McFarland to Michael Zeller dated October 16, 2007.

7. Attached as Exhibit 6 is a true and correct copy of the Court's Order dated October 31, 2007.

8. Attached as Exhibit 7 is a true and correct copy of excerpts of the transcript of proceedings dated November 20, 2007.

9. Attached as Exhibit 8 is a true and correct copy of excerpts of the Transcript of the Deposition of Carter Bryant dated November 4, 2004.

10. Attached as Exhibit 9 is a true and correct copy of excerpts of the Transcript of the Deposition of Veronica Marlow dated December 28, 2007.

11. Attached as Exhibit 10 is a true and correct copy of documents produced in this action by MGA at Bates range MGA 0072161-0072167.

12. Attached as Exhibit 11 is a true and correct copy of excerpts of the Transcript of the Deposition of Anna Rhee dated February 3, 2005.

-1-

07209/2368826.1

1          13.     Attached as Exhibit 12 is a true and correct copy of Ana
2   Cabrera's Employee Confidential Information and Inventions Agreement, dated
3   November 17, 1995, produced by Mattel at Bates range M 0262449-0262450.

4          14.     Attached as Exhibit 13 is a true and correct copy of Beatriz
5   Morales' Employee Confidential Information and Inventions Agreement, dated June
6   10, 2000, produced by Mattel at Bates range M 0262518.

7          15.     Attached as Exhibit 14 is a true and correct copy of Maria
8   Salazar's Employee Confidential Information and Inventions Agreement, dated
9   August 26, 1996, produced by Mattel at Bates range M 0262576-0262577.

10          16.     In the evening on December 27, 2007, Veronica Marlow
11   produced documents by facsimile. These pages, however, appeared completely
12   black, with no discernable content.

13          17.     At Veronica Marlow's deposition, on December 28, 2007,
14   Marlow produced documents that consisted primarily of very dark and largely
15   illegible photographs of paper documents. These pages could not be copied, and
16   thus could not be used as exhibits at her deposition. Among these documents was a
17   confidentiality agreement between Marlow and MGA, produced at Bates range
18   KMW-M 008034-008035. MGA had never produced this document.

19          18.     Mattel asked for a legible copy of this contract at the deposition,
20   but did not receive one.

21          19.     Attached as Exhibit 15 is a true and correct copy of an email
22   from Michael Zeller to Larry McFarland dated January 4, 2008.

23          20.     Attached as Exhibit 16 is a true and correct copy of a letter from
24   B. Dylan Proctor to Larry McFarland, dated November 15, 2007.

25          21.     Attached as Exhibit 17 is a true and correct copy of a letter from
26   B. Dylan Proctor to Larry McFarland, dated November 28, 2007.

27          22.     Attached as Exhibit 18 is a true and correct copy of a document
28   produced by Veronica Marlow at Bates number KMW-M 07116.

1    23.    Attached as Exhibit 19 is a true and correct copy of a letter from
2    Larry McFarland to B. Dylan Proctor, dated December 3, 2007.

3    24.    Attached as Exhibit 20 is a true and correct copy of a letter from
4    James Webster to Larry McFarland, dated January 25, 2008.

5    25.    Attached as Exhibit 21 is a true and correct copy of a letter from
6    B. Dylan Proctor to Larry McFarland, dated January 2, 2008.

7    26.    Attached as Exhibit 22 is a true and correct copy of a subpoena
8    to Veronica Marlow dated March 16, 2005.

9    27.    Attached as Exhibit 23 is a true and correct copy of a letter from
10   Larry McFarland to B. Dylan Proctor dated January 16, 2008.

11   28.    Attached as Exhibit 24 is a true and correct copy of excerpts of
12   the Deposition Transcript of Margaret Leahy dated December 12, 2007.

13   29.    After Mattel learned of the wrongful conduct by Ana Cabrera
14   and Beatriz Morales, it interviewed each of them, and produced those transcripts at
15   Bates ranges M 0261971-0262394.  A review of those transcripts shows that these
16   employees worked on upwards of 50 Bratz dolls.

17   30.    Attached as Exhibit 25 is a true and correct copy of excerpts of
18   the Transcript of Deposition of Kerri Brode dated August 15, 2007.

19   31.    Attached as Exhibit 26 is a true and correct copy of excerpts of
20   the Transcript of Deposition of Paula Garcia dated May 25, 2007.

21   32.    Attached as Exhibit 27 is a true and correct copy of the
22   Discovery Master's Order Granting Mattel's Motion to Compel Documents, dated
23   January 25, 2007.

24   33.    Attached as Exhibit 28 is a true and correct copy of the
25   Discovery Master's Order Granting Mattel's Motion to Compel Production of
26   Documents and Interrogatory Responses by MGA, dated May 15, 2007.

27   34.    Attached as Exhibit 29 is a true and correct copy of excerpts of
28   the Transcript of Deposition of Lisa Tonnu.

-3-

1            35.    Attached as Exhibit 30 is a true and correct copy of excerpts of

2    MGA's Supplemental Responses to Mattel's Revised Third Set of Interrogatories,

3    dated November 30, 2007.

4

5            I declare under penalty of perjury under the laws of the United States of

6    America that the foregoing is true and correct.

7            Executed this 28th day of January, 2008, at Los Angeles, California.

8

9                                    _____

10                                 James J. Webster

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28