# EXHIBIT 1



# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

**NEW YORK**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

**LOS ANGELES**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017·
(213) 443-3000
Facsimile: (213) 443-3100

**SAN FRANCISCO**
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

**SILICON VALLEY**
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

## LOS ANGELES OFFICE
## FACSIMILE TRANSMISSION

**DATE:**   June 7, 2007            **NUMBER OF PAGES, INCLUDING COVER: 2**

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Larry McFarland, Esq.<br>Keats McFarlan & Wilson LLP | 310-248-3830 | 310-860-0363 |

**FROM:**   Susan Wines

**RE:**   Mattel v. Bryant et al.

**MESSAGE:**

Please see attached



JUN 0 7 2007

| 07209/2135640.1 | | | | | |
|---|---|---|---|---|---|
| CLIENT # | 7209 | ROUTE/<br>RETURN TO: | Yalonda J. Dekie | ☒ CONFIRM FAX<br>☒ INCLUDE CONF. REPORT | |
| OPERATOR: | | | CONFIRMED? | ☐ NO  ☐ YES: | |

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

**IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE.**

**EXHIBIT** _____1_____

**PAGE** _____5_____

Confirmation Report — Memory Send

```
Page        : 001
Date & Time: 06-07-2007   08:32am
Line 1      : 2134433100
Line 2      :
Machine ID  : QUINN EMANUEL
```

| | | |
|---|---|---|
| Job number | : | 214 |
| Date | : | 06-07  08:31am |
| To | : | ☎9647607209413108600363@ |
| Number of pages | : | 002 |
| Start time | : | 06-07  08:31am |
| End time | : | 06-07  08:32am |
| Pages sent | : | 002 |
| Status | : | OK |

Job number    : 214              *** SEND SUCCESSFUL ***

## QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

NEW YORK
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile (212) 849-7100

LOS ANGELES
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

SAN FRANCISCO
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

SILICON VALLEY
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

## LOS ANGELES OFFICE
## FACSIMILE TRANSMISSION

DATE:    June 7, 2007                 NUMBER OF PAGES, INCLUDING COVER: 2

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Larry McFarland, Esq.
Keats McFarlan & Wilson LLP | 310-248-3830 | 310-860-0363 |

FROM:    Susan Wines

RE:      Mattel v. Bryant et al.

MESSAGE:

Please see attached

---

| 07209/2155640.1 | | | | |
|---|---|---|---|---|
| CLIENT # | 7209 | ROUTE/
RETURN TO:  Ytonda J. Dekle | | ☒ CONFIRM FAX
☒ INCLUDE CONF. REPORT |
| OPERATOR: | | CONFIRMED?  ☐ NO  ☐ YES: | | |

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE.

EXHIBIT ____1____

PAGE ____6____

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

June 7, 2007

VIA FACSIMILE AND U.S. MAIL

Larry McFarland, Esq.
Keats McFarland & Wilson LLP
9720 Wilshire Boulevard, Penthouse Suite
Beverly Hills, California 90212

Re:     Mattel, Inc. v. Bryant et al.

Dear Mr. McFarland:

I respond to your letter of last night seeking to extend the period provided for under Judge Infante's order to meet and confer regarding Mattel's document subpoenas to Margaret Hatch-Leahy, Veronica Marlow, Sarah Halpern and Elise Cloonan. You propose extending the date to meet and confer from June 8, 2007 until Friday, June 15, 2007. Such an extension is acceptable to us, so long as we may meet and confer on the morning of June 15, 2007. Please let me know whether 10:00 a.m. on June 15, 2007 is an acceptable time for you.

I also write to follow-up on the request in my June 1, 2007 letter for a deposition date for Ms. Cloonan during the first two weeks in July. In addition, we would also like to schedule depositions for Ms. Marlow and Ms. Hatch-Leahy. Please also let me know what their availability is during the month of July.

Very truly yours,

Susan Wines

SLW
07209/2137328.1

EXHIBIT _____ 1 _____

PAGE _____ 7 _____

**quinn emanuel urquhart oliver & hedges, llp**

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100

SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700

SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100

07209/2137328.1

# EXHIBIT 2

SEP 21 2007 13:12 FR KEATS MCFARLAND WILSO  3108600363 TO 2945#10595#00001 P.01/03

# KEATS McFARLAND & WILSON LLP

### ATTORNEYS AT LAW

9720 WILSHIRE BOULEVARD
PENTHOUSE SUITE
BEVERLY HILLS, CALIFORNIA  90212
TELEPHONE (310) 248-3830
FAX (310) 860-0363

# FACSIMILE TRANSMITTAL SHEET

| To: | Susan Wines, Esq. | From: | Larry W. McFarland, Esq. |
|---|---|---|---|
| Company: | Quinn Emanuel Urquhart Oliver & Hedges, LLP | Date: | 9/21/2007 |
| Fax No.: | 213-443-3100 | Pages: | 3 |
| Phone No.: | 213-443-3000 | Ref No.: | 10595.3 |
| Re: | Mattel v. Bryant | | |

☐ URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

NOTES/COMMENTS:

Please see attachment.

### PRIVACY NOTICE

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW.

If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at the above address via the U.S. Postal Service. Thank you.

EXHIBIT ___2___

PAGE ___8___

# KEATS McFARLAND & WILSON LLP

## ATTORNEYS AT LAW

TEL (310) 248-3830
FAX (310) 860-0363

9720 WILSHIRE BOULEVARD
PENTHOUSE SUITE
BEVERLY HILLS, CALIFORNIA 90212

www.kmwlaw.com

WRITER'S DIRECT DIAL

(310) 777-3750

WRITER'S EMAIL

lmcfarland@kmwlaw.com

September 21, 2007

VIA FACSIMILE

Susan Wines, Esq.
Quinn Emanuel Urquhart Oliver & Hedges LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017

Re:  Mattel v. Bryant

Dear Susan:

I am writing with respect to my continuing efforts regarding the depositions for the four witnesses that I represent. I have been working diligently on this since we spoke last week. Here is the update.

Veronica Marlow

As I mentioned, we have located additional documents responsive to your subpoena. We are producing some of these documents by Monday, and are continuing to review additional documents for production. In addition, Ms. Marlow is continuing to review her documents to insure that all responsive documents have been produced. I anticipate that all documents should be reviewed and produced to you by October 16, 2006. In addition, as set forth in my letter dated September 7, we have not received any documents from Wells Fargo in response to your subpoena. As I have repeatedly stated, I want all of the documents produced prior to the depositions of my witnesses so that Mattel does not have any basis to try to take a second day of deposition. Based on the understanding that theses documents will be produced prior to Ms. Marlow's deposition, I can confirm that Ms. Marlow and I are available for her deposition on Wednesday, October 24, 2007 at 10:00 a.m.

Elise Cloonan

I have spoken with Ms. Cloonan and she is still recovering from her caesarean, and is adjusting to being a new mother. Ms. Cloonan believes that she will be able to sit for her deposition in mid-November. Based on that, I am willing to set her deposition for Wednesday, November 14, 2007 at 10:00 a.m.

EXHIBIT _____2_____

PAGE _____9_____

Susan Wines, Esq.
September 21, 2007
Page 2

<u>Sarah Halpern</u>

I have left messages, but I have thus far been unable to reach Ms. Halpern. I will let you know as soon as I am able to reach her to obtain deposition dates.

<u>Margaret Leahy</u>

As I mentioned, Ms. Leahy is re-reviewing her documents based upon your position that all versions of Bratz are at issue. I anticipate that Ms. Leahy will be finished with this review in the next two to three weeks. I am continuing to work with Ms. Leahy with respect to an available deposition date.

Also, as set forth in my September 7, 2007 letter, please provide me with the search terms that you propose that the computer expert use to search the computers of Ms. Cloonan and Ms. Halpern. It is imperative that we have the review completed and all responsive, non-privileged documents produced prior to the depositions of Ms. Cloonan and Ms. Halpern.

Finally, I note that many documents that Mattel has produced in this litigation are designated as Attorney Eyes Only ("AEO"). In order to properly prepare my witnesses, I need two things. First, I need to know well prior to the depositions if Mattel plans to show any AEO documents to my witnesses during the depositions. If so, I need for Mattel to identify those documents to me and to provide me with permission to show such documents to my witnesses prior to their depositions so that they can be adequately prepared.

I appreciate your continued cooperation in moving these depositions forward.

Very truly yours,

Larry W. McFarland
Keats McFarland & Wilson LLP

LWM/jlt

EXHIBIT ___2___

PAGE ___10___

# EXHIBIT 3

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

**NEW YORK**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

**LOS ANGELES**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

**SAN FRANCISCO**
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

**SILICON VALLEY**
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

## LOS ANGELES OFFICE
## FACSIMILE TRANSMISSION

**DATE:**    September 21, 2007          **NUMBER OF PAGES, INCLUDING COVER:** 2

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Larry McFarland, Esq.<br>Keats McFarland & Wilson LLP | 310-248-3830 | 310-860-0363 |

**FROM:**    Susan Wines

**RE:**    Mattel v. Bryant, et al.

**MESSAGE:**

Please see attached.

*FAXED*
SEP 2 1 2007

07209/2143584.1

CLIENT #    7209

ROUTE/
RETURN TO:    Yalonda J. Dekle

☒ CONFIRM FAX
☒ INCLUDE CONF. REPORT

OPERATOR:                CONFIRMED?    ☐ No    ☐ YES: _____

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE.

EXHIBIT    3

PAGE    11

09/21/2007 15:50 FAX  12134433100        QEUOH-LAO-2                                    @001

```
                         ************************
                         ***   TX REPORT   ***
                         ************************


     TRANSMISSION OK

     TX/RX NO                  3618
     RECIPIENT ADDRESS         76681#7209#13108800363
     DESTINATION ID
     ST. TIME                  09/21 15:50
     TIME USE                  00'33
     PAGES SENT                2
     RESULT                    OK
```

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

**NEW YORK**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

**LOS ANGELES**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

**SAN FRANCISCO**
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

**SILICON VALLEY**
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

## LOS ANGELES OFFICE

# FACSIMILE TRANSMISSION

**DATE:**   September 21, 2007          **NUMBER OF PAGES, INCLUDING COVER: 2**

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Larry McFarland, Esq. Keats McFarland & Wilson LLP | 310-248-3830 | 310-860-0363 |

**FROM:**   Susan Wines

**RE:**   Mattel v. Bryant, et al.

**MESSAGE:**

Please see attached.

EXHIBIT ___3___

PAGE ___12___

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

September 21, 2007

**VIA FACSIMILE AND U.S. MAIL**

Larry McFarland, Esq.
Keats McFarland & Wilson LLP
9720 Wilshire Boulevard, Penthouse Suite
Beverly Hills, California 90212

Re:     Mattel, Inc. v. Bryant et al.

Dear Larry:

I am in receipt of your letter dated today. We accept the date of Wednesday, October 24, 2007 at 10:00 a.m. for Veronica Marlow. We will depose her at our offices here in Los Angeles. As for Elise Cloonan, November 14 is not acceptable as I requested any date in between now and October 26 and have been asking for deposition dates since June. Nor is it acceptable that we do not yet have dates for Sarah Halpern or Margaret Hatch-Leahy. Please let me know by Wednesday whether you will be providing dates for those witnesses within that time period. Otherwise, Mattel anticipates bringing a motion to compel deposition dates.

Very truly yours,

Susan L. Wines

SLW:wp

EXHIBIT _____3_____

PAGE _____13_____

**quinn emanuel urquhart oliver & hedges, llp**

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100

07209/2225059.1

# EXHIBIT 4

RightFAX          10/15/2007 3:05    PAGE 001/006   Fax Server

**From:**   Name:      United States District Court
                       312 North Spring Street
                       Los Angeles, CA 90012
            Voice Phone:  (213) 894-5474

**To:**     Name:      Michael Zeller
            Company:

                       865 S Figueroa St, 10th Floor,
            City/State:  Los Angeles, CA 90017-2543
            Fax Number:  213-443-3100

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**



## Automated Document Delivery Service
*Notice pursuant to Rule 77(d) FRCiv.P*
*The attached copy is hereby served upon you pursuant to Federal Rule of Civil Procedure 77(d).*

**Fax Notes:**

Case 2:04-CV-09049, Doc 01083 : CARTER BRYANT V. MATTEL INC

*Pursuant to General Order 06-07, Section F, the following documents shall be submitted in the traditional manner: Pen Registers, Search Warrants, Seizure Warrants, Wire Taps, Bond Related Documents, Under Seal and In-Camera Documents, and all Charging Documents (Complaints, Informations, Indictments, and Superseding Charging Documents). All other documents filed in cases unassigned to a judge shall be filed electronically with a copy e-mailed to the criminal intake mailbox for the appropriate division. The proper e-mail address for each division is as follows:*

*Western Division:  CrimIntakeCourtDocs-LA@cacd.uscourts.gov*
*Southern Division:  CrimIntakeCourtDocs-SA@cacd.uscourts.gov*
*Eastern Division:  CrimIntakeCourtDocs-RS@cacd.uscourts.gov*

*For additional information and assistance, please refer to the CM/ECF page on the Court website at www.cacd.uscourts.gov.*

**Switch to e-mail delivery and get these documents sooner!**
**To switch, complete and submit**
**Optical Scanning Enrollment / Update form G-76.**
**Call 213-894-5474 for help and free technical support.**

*If you received this document in error because the attorney with whom this document is directed is no longer the attorney on the case, a Notice of Change of Attorney Information, form G-6, must be filed. If there are other cases which you've received documents for which you are no longer the attorney, separate notices must be filed for each case. Failure to do so will result in the continued sending of documents to you. Form G-6 is available on the court's website at www.cacd.uscourts.gov or at the Clerk's Office.*

Date and time of transmission:          Monday, October 15, 2007 3:05:12 PM
Number of pages including this cover sheet:  06

EXHIBIT __4__

PAGE __14__

THOMAS J. NOLAN (Bar No. 066992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600
E-mail: tnolan@skadden.com

Attorneys for Counter-Defendants,
MGA ENTERTAINMENT, INC.,
ISAAC LARIAN, MGA
ENTERTAINMENT (HK) LIMITED,
AND MGAE de MEXICO S.R.L. de
C.V.

**Priority** ✓
**Send**
**Enter**
**Closed**
**JS-5/JS-6**
**JS-2/JS-3**
**Scan Only**

FILED
CLERK, U.S. DISTRICT COURT
OCT 12 2007
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION     BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**BY FAX**

CARTER BRYANT, an individual

Plaintiff,

v.

MATTEL, INC., a Delaware
corporation

Defendant.

Consolidated with MATTEL, INC. v.
BRYANT and MGA
ENTERTAINMENT, INC. v.
MATTEL, INC.

CASE NO. CV 04-9049 SGL (RNBx)

Consolidated with Case No. 04-9059
and Case No. 05-2727

REQUEST FOR APPROVAL OF
SUBSTITUTION OF ATTORNEY
AND [PROPOSED] ORDER

Honorable Stephen G. Larson
Courtroom 1

REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER

DOCKETED ON CM
OCT 15 2007
045
BY

EXHIBIT 4
PAGE 15

1    MGA ENTERTAINMENT, INC., ISAAC LARIAN, MGA

2 ENTERTAINMENT (HK) LIMITED, AND MGAE de MEXICO S.R.L. de C.V.,

3 counter-defendants, hereby request the Court approve the substitution of Skadden,

4 Arps, Slate, Meagher & Flom, LLP as attorneys of record in place and stead of

5 O'Melveny & Myers and Christensen Glaser Fink Jacobs Weil & Shapiro.

6 DATED: October 11, 2007

7                    By: _____

8                        MGA ENTERTAINMENT, INC., ISAAC
                            LARIAN, MGA ENTERTAINMENT (HK)

9                        LIMITED, AND MGAE de MEXICO

10                        S.R.L. de C.V.

11      I have given proper notice pursuant to Local Rule 83-2.9 and further consent

12 to the above substitution.

13

14 DATED: October 11, 2007

                  O'MELVENY & MYERS

15

16                   By: _____

17 DATED: October 11, 2007

18                   CHRISTENSEN GLASER FINK JACOBS WEIL
                  & SHAPIRO

19

20                   By: _____

21      I am duly admitted to practice in this District pursuant to Local Rule 83.2.

22

23 DATED: October 11, 2007

24                   SKADDEN, ARPS, SLATE, MEAGHER &
                  FLOM, LLP

25                   By: _____
                     Thomas J. Nolan

26                   Attorneys for Counter-Defendants, MGA

27                   ENTERTAINMENT, INC., ISAAC LARIAN,
                  MGA ENTERTAINMENT (HK) LIMITED,

28                   AND MGAE de MEXICO S.R.L. de C.V.

EXHIBIT ____4____

PAGE ____16____

1          **[PROPOSED] ORDER**

2          The Court hereby orders that the request of MGA ENTERTAINMENT, INC.,

3  ISAAC LARIAN, MGA ENTERTAINMENT (HK) LIMITED, AND MGAE de

4  MEXICO S.R.L. de C.V., counter-defendants, to substitute Skadden, Arps, Slate,

5  Meagher & Flom, LLP, who is Retained Counsel, 300 South Grand Avenue, 34th

6  Floor, Los Angeles, California 90071, email tnolan@skadden.com, telephone

7  number (213) 687-5250, fax number (213) 621-5250, state bar number 066992, as

8  attorney of record in place and stead of O'Melveny & Myers and Christensen Glaser

9  Fink Jacobs Weil & Shapiro is hereby:

10         ☒    **GRANTED**          ☐    **DENIED**

11  DATED: _10-12-_, 2007

12

13                          HONORABLE STEPHEN G. LARSON

14

15  Submitted by:

16  DATED:  October 11, 2007

17                          SKADDEN, ARPS, SLATE, MEAGHER &
                            FLOM, LLP

18

19                          By: _____
                               Thomas J. Nolan
20                             Attorneys for Counter-Defendants, MGA
                               ENTERTAINMENT, INC., ISAAC
21                             LARIAN, MGA ENTERTAINMENT (HK)
                               LIMITED, AND MGAE de MEXICO S.R.L.
22                             de C.V.

23

24

25

26

27

28

                                    2
    REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER

                              EXHIBIT _____4_____

                              PAGE _____17_____

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 300 South Grand Avenue, 34th Floor, Los Angeles, CA 90071.

On October 12, 2007, I served the foregoing documents described as:

### REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER

on the interested parties in this action addressed as follows:

### SEE ATTACHED SERVICE LIST

☒    (BY MAIL) I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service and the fact that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business; on this date, the above-referenced correspondence was placed for deposit at Los Angeles, California and placed for collection and mailing following ordinary business practices.

☒    (VIA FACSIMILE) By transmitting the document listed above to the fax numbers on the attached service list.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed on October 12, 2007 at Los Angeles, California.

Becky Isomoto
PRINT NAME

SIGNATURE

EXHIBIT ____4____

PAGE ____18____

*Carter Bryant vs. Mattel, Inc.*
CV 04-9049 SGL (RNBx)
Consolidated with CV 04-09059 and CV 05-02727

John B. Quinn, Esq.
Michael T. Zeller, Esq.
Jon D. Corey, Esq.
Timothy L. Alger, Esq.
Quinn Emanuel Urquhart Oliver &
Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
(213) 443-3000
(213) 443-3100 (Fax)

*Attorneys for Mattel, Inc.*

Diana M. Torres, Esq.
O'Melveny & Myers, LLP
400 S. Hope Street
Los Angeles, CA 90071
(213) 430-6000
(213) 430-6407 (Fax)

*Attorneys of Record for MGA
Entertainment, Inc.*

John W. Keker, Esq.
Michael H. Page, Esq.
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111
(415)391-5400
(415) 397-7188 (Fax)

*Attorneys for Carter Bryant*

Patricia Glaser, Esq.
Christensen, Glaser, Fink, Jacobs, Weil
& Shapiro, LLP
10250 Constellation Blvd., 19th Floor
Los Angeles, CA 90067
(310) 553-3000
(310) 556-2920 (Fax)

*Attorneys of Record for MGA
Entertainment, Inc.*

2

EXHIBIT ____ 4 ____

PAGE ____ 19 ____

RightFAX          10/15/2007 3:05    PAGE 001/006    Fax Server

**From:**    Name:         United States District Court
                           312 North Spring Street
                           Los Angeles, CA 90012
             Voice Phone:  (213) 894-5474

**To:**      Name:         Michael Zeller
             Company:
                           865 S Figueroa St, 10th Fl,
             City/State:   Los Angeles, CA 90017-2543
             Fax Number:   213-624-0643

                           **UNITED STATES DISTRICT COURT
                           CENTRAL DISTRICT OF CALIFORNIA**



**Automated Document Delivery Service**
*Notice pursuant to Rule 77(d) FRCiv.P*
*The attached copy is hereby served upon you pursuant to Federal Rule of Civil Procedure 77(d).*

**Fax Notes:**

Case 2:04-CV-09049, Doc 01083 : CARTER BRYANT V. MATTEL INC

*Pursuant to General Order 06-07, Section F, the following documents shall be submitted in the traditional manner: Pen Registers, Search Warrants, Seizure Warrants, Wire Taps, Bond Related Documents, Under Seal and In-Camera Documents, and All Charging Documents (Complaints, Informations, Indictments, and Superseding Charging Documents). All other documents filed in cases unassigned to a judge shall be filed electronically with a copy e-mailed to the criminal intake mailbox for the appropriate division. The proper e-mail address for each division is as follows:*

Western Division:  CrimIntakeCourtDocs-LA@cacd.uscourts.gov
Southern Division:  CrimIntakeCourtDocs-SA@cacd.uscourts.gov
Eastern Division:  CrimIntakeCourtDocs-RS@cacd.uscourts.gov

*For additional information and assistance, please refer to the CM/ECF page on the Court website at www.cacd.uscourts.gov.*

Switch to e-mail delivery and get these documents sooner!
To switch, complete and submit
Optical Scanning Enrollment / Update form G-76.
Call 213-894-5474 for help and free technical support.

*If you received this document in error because the attorney with whom this document is directed is no longer the attorney on the case, a Notice of Change of Attorney Information, form G-6, must be filed. If there are other cases which you've received documents for which you are no longer the attorney, separate notices must be filed for each case. Failure to do so will result in the continued sending of documents to you. Form G-6 is available on the court's website at www.cacd.uscourts.gov or at the Clerk's Office.*

Date and time of transmission:      Monday, October 15, 2007 3:05:12 PM
Number of pages including this cover sheet:  06

EXHIBIT ___4___

PAGE ___20___



THOMAS J. NOLAN (Bar No. 066992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600
E-mail: tnolan@skadden.com

Attorneys for Counter-Defendants,
MGA ENTERTAINMENT, INC.,
ISAAC LARIAN, MGA
ENTERTAINMENT (HK) LIMITED,
AND MGAE de MEXICO S.R.L. de
C.V.

Priority         ✓
Send             ✓
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT

OCT 12 2007

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION          BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

BY FAX

CARTER BRYANT, an individual

                    Plaintiff,

        v.

MATTEL, INC., a Delaware
corporation

                    Defendant.

Consolidated with MATTEL, INC. v.
BRYANT and MGA
ENTERTAINMENT, INC. v.
MATTEL, INC.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO. CV 04-9049 SGL (RNBx)

Consolidated with Case No. 04-9059
and Case No. 05-2727

REQUEST FOR APPROVAL OF
SUBSTITUTION OF ATTORNEY
AND [PROPOSED] ORDER

Honorable Stephen G. Larson
Courtroom 1

REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER

DOCKETED ON CM

OCT 15 2007

045

BY

EXHIBIT ____

PAGE ____ 21

1    MGA ENTERTAINMENT, INC., ISAAC LARIAN, MGA

2   ENTERTAINMENT (HK) LIMITED, AND MGAE de MEXICO S.R.L. de C.V.,

3   counter-defendants, hereby request the Court approve the substitution of Skadden,

4   Arps, Slate, Meagher & Flom, LLP as attorneys of record in place and stead of

5   O'Melveny & Myers and Christensen Glaser Fink Jacobs Weil & Shapiro.

6   DATED:  October 11, 2007

7                                          By: _____

8                                              MGA ENTERTAINMENT, INC., ISAAC

9                                              LARIAN, MGA ENTERTAINMENT (HK)
                                               LIMITED, AND MGAE de MEXICO

10                                             S.R.L. de C.V.

11       I have given proper notice pursuant to Local Rule 83-2.9 and further consent

12  to the above substitution.

13

14  DATED:  October 11, 2007
                                           O'MELVENY & MYERS
15

16                                         By: _____

17  DATED:  October 11, 2007
                                           CHRISTENSEN GLASER FINK JACOBS WEIL
18                                         & SHAPIRO

19                                         By: _____

20

21       I am duly admitted to practice in this District pursuant to Local Rule 83.2.

22

23  DATED:  October 11, 2007
                                           SKADDEN, ARPS, SLATE, MEAGHER &
24                                         FLOM, LLP

25                                         By: _____
                                               Thomas J. Nolan
26                                         Attorneys for Counter-Defendants, MGA
                                           ENTERTAINMENT, INC., ISAAC LARIAN,
27                                         MGA ENTERTAINMENT (HK) LIMITED,
                                           AND MGAE de MEXICO S.R.L. de C.V.
28

                                           1
        REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER

                                                    EXHIBIT _____

                                                    PAGE _____  22

1          **[PROPOSED] ORDER**

2          The Court hereby orders that the request of MGA ENTERTAINMENT, INC.,

3    ISAAC LARIAN, MGA ENTERTAINMENT (HK) LIMITED, AND MGAE de

4    MEXICO S.R.L. de C.V., counter-defendants, to substitute Skadden, Arps, Slate,

5    Meagher & Flom, LLP, who is Retained Counsel, 300 South Grand Avenue, 34th

6    Floor, Los Angeles, California 90071, email tnolan@skadden.com, telephone

7    number (213) 687-5250, fax number (213) 621-5250, state bar number 066992, as

8    attorney of record in place and stead of O'Melveny & Myers and Christensen Glaser

9    Fink Jacobs Weil & Shapiro is hereby:

10         ☒    **GRANTED**         ☐    **DENIED**

11   DATED:  *10-12-0*, 2007

12
                                   _____
13                                 HONORABLE STEPHEN G. LARSON

14
15   Submitted by:

16   DATED: October 11, 2007

17                                 SKADDEN, ARPS, SLATE, MEAGHER &
                                   FLOM, LLP
18
                                   By: _____
19                                      Thomas J. Nolan
20                                      Attorneys for Counter-Defendants, MGA
                                        ENTERTAINMENT, INC., ISAAC
21                                      LARIAN, MGA ENTERTAINMENT (HK)
                                        LIMITED, AND MGAE de MEXICO S.R.L.
22                                      de C.V.

23
24
25
26
27
28
                                        2
              REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER

                                   EXHIBIT _____4_____

                                   PAGE _____23_____

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 300 South Grand Avenue, 34th Floor, Los Angeles, CA 90071.

On **October 12, 2007,** I served the foregoing documents described as:

### REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER

on the interested parties in this action addressed as follows:

### SEE ATTACHED SERVICE LIST

☒ **(BY MAIL)** I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service and the fact that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business; on this date, the above-referenced correspondence was placed for deposit at Los Angeles, California and placed for collection and mailing following ordinary business practices.

☒ **(VIA FACSIMILE)** By transmitting the document listed above to the fax numbers on the attached service list.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed on October 12, 2007 at Los Angeles, California.

Becky Isomoto
PRINT NAME                     SIGNATURE

EXHIBIT ____4____

PAGE ____24____

*Carter Bryant vs. Mattel, Inc.*
CV 04-9049 SGL (RNBx)
Consolidated with CV 04-09059 and CV 05-02727

John B. Quinn, Esq.
Michael T. Zeller, Esq.
Jon D. Corey, Esq.
Timothy L. Alger, Esq.
Quinn Emanuel Urquhart Oliver &
Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
(213) 443-3000
(213) 443-3100 (Fax)

*Attorneys for Mattel, Inc.*

Diana M. Torres, Esq.
O'Melveny & Myers, LLP
400 S. Hope Street
Los Angeles, CA 90071
(213) 430-6000
(213) 430-6407 (Fax)

*Attorneys of Record for MGA
Entertainment, Inc.*

John W. Keker, Esq.
Michael H. Page, Esq.
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111
(415)391-5400
(415) 397-7188 (Fax)

*Attorneys for Carter Bryant*

Patricia Glaser, Esq.
Christensen, Glaser, Fink, Jacobs, Weil
& Shapiro, LLP
10250 Constellation Blvd., 19th Floor
Los Angeles, CA 90067
(310) 553-3000
(310) 556-2920 (Fax)

*Attorneys of Record for MGA
Entertainment, Inc.*

2

EXHIBIT _____ 4/
PAGE _____ 25

# EXHIBIT 5

Received: 18/16/07  2:58PM  ->Quinn,Emanuel,Urquhart,Oliver.&H; #503; Page 1

OCT 16 2007 14:53 FR .  .ATS MCFARLAND WILSO  3108600363 ·  2945#18507#000001 P.01/08.

# KEATS McFARLAND & WILSON LLP

## ATTORNEYS AT LAW

9720 WILSHIRE BOULEVARD
PENTHOUSE SUITE
BEVERLY HILLS, CALIFORNIA  90212
TELEPHONE (310) 248-3830
FAX (310) 860-0363

# FACSIMILE TRANSMITTAL SHEET

| To: | Michael Zeller, Esq.<br>Dylan Proctor | From: | Larry W. McFarland, Esq. |
|---|---|---|---|
| Company: | Quinn Emanuel Urquhart Oliver & Hedges, LLP | Date: | 10/16/2007 |
| Fax No.: | 213-443-3100 | Pages: | 2 |
| Phone No.: | 213-443-3000 | Ref No : | 10595.1 |
| Re: | Mattel v. Bryant | | |

☐ URGENT  ☐ FOR REVIEW  ☐ PLEASE COMMENT  ☐ PLEASE REPLY  ☐ PLEASE RECYCLE

NOTES/COMMENTS:

Please see attached correspondence.

### PRIVACY NOTICE

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW.

If the sender of this message is not the intended recipient or the employee of agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at the above address via the U.S. Postal Service. Thank you.

EXHIBIT _____5_____

PAGE _____26_____

# KEATS McFARLAND & WILSON LLP

## ATTORNEYS AT LAW

TEL (310) 248-3830
FAX (310) 860-0363

9720 WILSHIRE BOULEVARD
PENTHOUSE SUITE
BEVERLY HILLS. CALIFORNIA 90212

www.kmwlaw.com

WRITER'S DIRECT DIAL
(310) 777-3750
WRITER'S EMAIL
lmcfarland@kmwlaw.com

October 16, 2007

## VIA FACSIMILE

Michael Zeller
Dylan Proctor
Quinn Emanuel Urquhart Oliver & Hedges LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017

> Re:    Mattel v. Bryant

Dear Michael:

This letter is to confirm that based on the stay entered with respect to the above action, the depositions of Sarah Halpern and Margaret Leahy, scheduled for October 29th and October 30th respectively, will not go forward on those dates.

Very truly yours,

Larry W. McFarland
Keats McFarland & Wilson LLP

LWM/ccd
cc:    Thomas J. Nolan
Michael H. Page

EXHIBIT ____5____

PAGE ____27____

# EXHIBIT 6

# PRIORITY SEND

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA 92501
CIVIL MINUTES -- GENERAL

Case No.   CV 04-09049 SGL(RNBx)                    Date: October 31, 2007
Title:     CARTER BRYANT -v- MATTEL, INC.
           AND CONSOLIDATED ACTIONS
=================================================================================
PRESENT:   HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

           Jim Holmes                              Theresa Lanza
           Courtroom Deputy Clerk                  Court Reporter

ATTORNEYS PRESENT FOR CARTER            ATTORNEYS PRESENT FOR MATTEL:
BRYANT:

Christa Martine Anderson                John Quinn
Matthew M. Werdegar                     Jon D. Corey
                                        Michael T. Zeller

ATTORNEYS PRESENT FOR MGA:              ATTORNEY PRESENT FOR CARLOS
                                        GUSTAVO MACHADO GOMEZ:

Thomas J. Nolan                         Alexander H. Cote
Carl A. Roth

PROCEEDINGS:   ORDER REGARDING STATUS CONFERENCE

        The Court held a status conference to consider the current schedule set for Phase 1 of the
consolidated cases as well as the issue of the selection of a settlement officer for both Phase 1
and Phase 2 of the consolidated cases.

        For reasons discussed on the record, the Court enters a two-week STAY in these actions,
beginning November 1, 2007, and continuing through November 14, 2007. During that time, the
parties shall serve no discovery requests (including subpoenas) on parties or third parties. The
obligation to respond to any outstanding discovery requests is likewise suspended for that time
frame. No depositions shall be conducted during this time. The matters to be heard before Judge
Infante, the discovery master herein, are to be rescheduled to a date determined by Judge Infante,

MINUTES FORM 90                                    Initials of Deputy Clerk __jh_____
CIVIL -- GEN                        1              Time: 00/20

                                                  EXHIBIT ____6_____
                                                  PAGE ____28_____

provided, however, that such date is no earlier than November 26, 2007, and that no opposition or reply papers may be required to be filed during the pendency of the stay.

The Court CONTINUES the November 19, 2007, hearing on the Motion For Leave to Serve A Supplemental Interrogatory to December 3, 2007, at 10:00 a.m.

The current schedule regarding Phase 1 of the trial in these consolidated actions is modified as follows:

| | |
|---|---|
| Fact discovery cutoff: | 01/28/08 |
| Initial Expert Reports: | 02/11/08 |
| Rebuttal Expert Reports: | 03/17/08 |
| Last date for settlement conference: | VACATED (see below for Court's directive regarding mandatory settlement procedures) |
| Expert discovery cutoff: | 03/31/08 |
| Dispositive Motions hearing cutoff: | 03/31/08 @ 10:00 a.m. |
| Pretrial conference order and associated trial documents including proposed jury instructions: | 04/21/08 |
| Filing of Motions in Limine: | 05/05/08 |
| Pretrial conference: | 05/05/08 @ 11:00 a.m. |
| Hearing on Motions in Limine and Jury Instructions: | 05/19/08 @ 11:00 a.m. |
| Trial: | 05/27/08 @ 9:00 a.m. |

The schedule for Phase 2, previously set by the Court by Order filed February 22, 2007, in the case captioned MGA Entertainment, Inc. v. Mattel, Inc., et al., CV 05-02727, is VACATED. The Court will consider the scheduling of Phase 2 at a later date. However, the Court DENIES MGA's request to delay or otherwise bifurcate discovery regarding Phase 2 issues.

At the status conference, the parties acknowledged on the record their mutual agreement to the selection of Ambassador Pierre-Richard Prosper as the settlement officer for these

MINUTES FORM 90
CIVIL -- GEN                                    2

Initials of Deputy Clerk __jh_____
Time: 00/20

EXHIBIT ___6_____
PAGE ___29_____

consolidated cases, and the Court hereby APPOINTS him in that capacity. Counsel are directed to contact Ambassador Prosper to schedule a settlement conference on or before December 1, 2007. The settlement conference is to be directed towards resolution of both phases of this litigation. Counsel are ORDERED to carefully and diligently follow Ambassador Prosper's directions concerning preparation for and conduct at any settlement conferences. The parties will be jointly responsible for paying the Ambassador's reasonable and customary rate for services rendered. A failure to comply with this order, or a failure to provide reasonable compensation to the Settlement Officer upon completion of the mediation, may result in the imposition of appropriate sanctions. Ambassador Prosper is directed to provide a status report to the Court following the conclusion of the settlement efforts.

   IT IS SO ORDERED.

c:     Judge Infante
       Ambassador Prosper

MINUTES FORM 90
CIVIL -- GEN                                3

Initials of Deputy Clerk __jh_____
Time: 00/20

EXHIBIT _____6_____
PAGE _____30_____

## NOTICE PARTY SERVICE LIST

Case No.   CV 04-09049 SGL(RNBx)    Case Title  Carter Bryant v. Mattel, Inc.

Title of Document   Minute Order Issued October 31, 2007

| | |
|---|---|
| | Atty Sttlmnt Officer Panel Coordinator |
| | BAP (Bankruptcy Appellate Panel) |
| | Beck, Michael J (Clerk, MDL Panel) |
| | BOP (Bureau of Prisons) |
| | CA St Pub Defender (Calif. State PD) |
| | CAAG (California Attorney General's Office - Keith H. Borjon, L.A. Death Penalty Coordinator) |
| | Case Asgmt Admin (Case Assignment Administrator) |
| | Catterson, Cathy (9th Circuit Court of Appeal) |
| | Chief Deputy Admin |
| | Chief Deputy Ops |
| | Clerk of Court |
| | Death Penalty H/C (Law Clerks) |
| | Dep In Chg E Div |
| | Dep In Chg So  Div |
| | Federal Public Defender |
| | Fiscal Section |
| | Intake Section, Criminal LA |
| | Intake Section, Criminal SA |
| | Intake Supervisor, Civil |
| | PIA Clerk - Los Angeles (PIALA) |
| | PIA Clerk - Riverside (PIAED) |
| | PIA Clerk - Santa Ana (PIASA) |
| | PSA - Los Angeles (PSALA) |
| | PSA - Riverside (PSAED) |
| | PSA - Santa Ana (PSASA) |
| | Schnack, Randall (CJA Supervising Attorney) |
| | Statistics Clerk |

| | |
|---|---|
| . | US Attorneys Office - Civil Division -L.A. |
| | US Attorneys Office - Civil Division - S.A. |
| | US Attorneys Office - Criminal Division -L.A. |
| | US Attorneys Office - Criminal Division -S.A. |
| | US Bankruptcy Court |
| | US Marshal Service - Los Angeles (USMLA) |
| | US Marshal Service -  Riverside (USMED) |
| | US Marshal Service -Santa Ana (USMSA) |
| | US Probation Office (USPO) |
| | US Trustee's Office |
| | Warden, San Quentin State Prison, CA |

| ✓ | ADD NEW NOTICE PARTY (if sending by fax, mailing address must also be provided) |
|---|---|

Name: Ambassador Pierre-Richard Prosper

Firm:

Address *(include suite or floor)*:  P.O. Box 581103

Salt Lake City, UT  84158

*E-mail: prposper@gmail.com

*Fax No.:

* For CIVIL cases only

| *JUDGE / MAGISTRATE JUDGE (list below):* |
|---|
| |
| |
| |
| |

Initials of Deputy Clerk  jh

EXHIBIT   $\mathscr{S}$  6

PAGE   31

**From:**

Name:          United States District Court
               312 North Spring Street
               Los Angeles, CA  90012
Voice Phone:   (213) 894-5474

**To:**

Name:          Michael Zeller
Company:

               865 S Figueroa St, 10th Fl,
City/State:    Los Angeles, CA 90017-2543
Fax Number:    213-624-0643

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**



## Automated Document Delivery Service
*Notice pursuant to Rule 77(d) FRCiv.P*
*The attached copy is hereby served upon you pursuant to Federal Rule of Civil Procedure 77(d).*

**Fax Notes:**

Case 2:04-cv-9049, Doc 1104 : Carter Bryant v. Mattel Inc

*E-Filing of Civil Cases*
*The court has authorized the mandatory E-Filing of Civil Cases effective January 1, 2008, for all new and pending civil cases. Training is mandatory and begins September 2007. Please log-on to www.cacd.uscourts.gov and click on the CM/ECF button for additional information about training, hardware and software requirements and other information necessary to participate in the mandatory E-filing of civil cases.*
*E-Filing of Patent, Trademark and Copyright Cases*
*The Court has authorized mandatory electronic-filing in patent, trademark and copyright cases, effective November 1, 2007. Attorneys of record will be required to: 1. Attend a training class at the court, 2. Attend a training class through a private vendor sponsored by a Bar Association, 3. Complete the Court's online computer-based training program, or 4. Provide proof of a password and login provided by another federal district court in order to waive the local training requirement. Support staff are also encouraged to attend the training. To schedule training, visit the Court's CM/ECF website for information on all training options. Additional information, including a link to the CM/ECF page and hardware and software requirements, are available at www.cacd.uscourts.gov.*

**Call 213-894-5474 for help and free technical support.**

*If you received this document in error because the attorney with whom this document is directed is no longer the attorney on the case, a Notice of Change of Attorney Information, form G-6, must be filed. If there are other cases which you've received documents for which you are no longer the attorney, separate notices must be filed for each case. Failure to do so will result in the continued sending of documents to you. Form G-6 is available on the court's website at www.cacd.uscourts.gov or at the Clerk's Office.*

Date and time of transmission:       Thursday, November 01, 2007 10:40:50 AM
Number of pages including this cover sheet:  05

EXHIBIT ____6____

PAGE ____32____

# EXHIBIT 7

1

1                UNITED STATES DISTRICT COURT

2              CENTRAL DISTRICT OF CALIFORNIA

3                  EASTERN DIVISION

4                  - - -

5    HONORABLE STEPHEN G. LARSON, JUDGE PRESIDING

6                - - -   **CERTIFIED COPY**

7   CARTER BRYANT, ET. AL.,      )

8               PLAINTIFFS,  )

9          VS.           )  NO. ED CV 04-09049
                         )  (LEAD LOW NUMBER)

10  MATTEL, INC., ET. AL.,      )

11            DEFENDANTS.  )  HEARING ON
                         )  EX PARTE APPLICATION

12  AND CONSOLIDATED ACTIONS,    )

13

14

15       REPORTER'S TRANSCRIPT OF PROCEEDINGS

16           RIVERSIDE, CALIFORNIA

17        TUESDAY, NOVEMBER 20, 2007

18              10:11 A.M.

19

20

21

22

23        THERESA A. LANZA, RPR, CSR
         FEDERAL OFFICIAL COURT REPORTER

24        3470 12TH STREET, RM. 134
         RIVERSIDE, CALIFORNIA  92501

25          951-274-0844
         CSR11457@SBCGLOBAL.NET

6

```
 1          THE COURT:  I'VE BECOME APPRISED OF THE HISTORY.  I
 2   DON'T THINK THERE'S TOO MANY CHAPTERS OR VERSES THAT WERE LEFT
 3   OUT.
 4          MR. QUINN:  I THINK AS TO THOSE TWO, IF WE HAD SOME
 5   ASSURANCES THAT THE DEPOSITIONS WOULD, IN FACT, GO FORWARD ON      10:14
 6   THOSE DAYS, I THINK THAT WOULD END THE DISCUSSION AS TO THOSE
 7   TWO.
 8          THE COURT:  NOW, WHERE ARE YOUR DISCUSSIONS WITH
 9   MR. MCFARLAND CONCERNING THE THIRD WITNESS, MS. MARLOW?
10          MR. QUINN:  WELL, THE DATE THAT HAS BEEN OFFERED IS        10:14
11   JANUARY 7TH.
12          THE COURT:  THAT'S STILL WELL IN ADVANCE OF THE
13   DISCOVERY CUTOFF.
14          MR. QUINN:  WELL, IT'S A COUPLE OF WEEKS IN ADVANCE
15   OF THE DISCOVERY CUTOFF.                                           10:15
16          THE COURT:  RIGHT.
17          MR. QUINN:  THIS IS A WITNESS WHO REALLY IS CENTRAL;
18   SHE'S THE ONE WHO INTRODUCED, BROUGHT BRYANT AND MGA TOGETHER;
19   SHE APPARENTLY HAS RECEIVED MILLIONS OF DOLLARS AS A FINDER'S
20   FEE FOR HER INVOLVEMENT IN THIS; SHE'S A KEY PERSON.  IF WE ARE   10:15
21   NOT ABLE TO GET HER TESTIMONY UNTIL THAT DAY, AS A PRACTICAL
22   MATTER, WITHOUT COMING IN, EMERGENCIES, ORDERS TO SHORTEN TIME,
23   OR GETTING EXTENSIONS OF THE DISCOVER CUTOFF TO FOLLOW UP, WE
24   SIMPLY DON'T HAVE ANY TIME TO FOLLOW UP ON ANY NEW INFORMATION
25   THAT SHE MAY PROVIDE US.                                          10:15
```

NOVEMBER 20, 2007

EXHIBIT ___7___

PAGE ___34___

EX PARTE APPLICATION

7

1    IN THE OPPOSITION THEY CHALLENGED US TO IDENTIFY WHAT

2  FOLLOW UP WE MIGHT NEED.  OBVIOUSLY WE DON'T KNOW WHAT THAT IS.

3  WE DO KNOW THAT SHE APPEARS TO HAVE PLAYED A CENTRAL ROLE IN

4  THE EVENTS THAT BROUGHT US ALL TOGETHER IN THIS LAWSUIT; SO

5  THAT DATE IS JUST TOO LATE.  IT'S TOO CLOSE TO THE DISCOVERY          10:16

6  CUTOFF.

7    AND IF SHE'S LEAVING, WE'D BE PREPARED TO TAKE HER

8  DEPOSITION THIS WEEK OR IMMEDIATELY AFTER SHE RETURNS FROM

9  BRAZIL, BUT WE SUBMIT THAT DATE IS TOO LATE, PARTICULARLY GIVEN

10  THE HISTORY.                                                        10:16

11    THE COURT:  ALL RIGHT.  LET ME GO BACK TO

12  MR. MCFARLAND, THEN.

13    GIVEN THIS HISTORY THAT MR. QUINN REFERS TO, I

14  UNDERSTAND HIS CONCERN ABOUT WAITING UNTIL JANUARY 7TH, WITHOUT

15  HAVING SOME ASSURANCE THAT HE'S GOING TO BE ABLE TO GET ANY         10:16

16  FOLLOW-UP DISCOVERY THAT HE THINKS HE MAY NEED.  AND I'M ALSO

17  CONVINCED, FROM READING THE PAPERS -- I UNDERSTAND THE TYPE OF

18  FOLLOW-UP DISCOVERY THAT HE MAY NEED.  WE CAN'T PREDICT THESE

19  THINGS.

20    WHAT WOULD YOUR PREFERENCE BE IN TERMS OF HAVING YOUR        10:16

21  CLIENT BE DEPOSED THIS WEEK, WHICH IS CERTAINLY A POSSIBILITY

22  IF SHE DOES NOT LEAVE UNTIL MONDAY.  WE COULD HAVE HER DEPOSED

23  -- SHE RETURNS ON WHAT DATE?

24    MR. MCFARLAND:  SHE RETURNS ON THE 17TH.

25    THE COURT:  THAT'S GETTING CLOSE TO THE HOLIDAYS, BUT       10:17

1  WE COULD IT THE WEEK OF THE 17TH.  OR, WE COULD DO IT

2  JANUARY 7TH, BUT THEN I'D BE INCLINED TO GIVE MR. QUINN AND

3  MATTEL LEAVE TO EXPAND THE DISCOVERY CUTOFF WITH RESPECT TO

4  THAT WITNESS.

5          I'M RELUCTANT TO DO THAT BECAUSE I THINK THAT GOES         10:17

6  DOWN A ROAD THAT MAY CAUSE -- I DON'T LIKE THAT OPTION, BUT

7  THAT'S WHAT I THINK WOULD BE THE ONLY FAIR THING TO DO, GIVEN

8  THAT -- ONE OF THE THINGS THAT MR. NOLAN REQUESTED, THIS SOFT

9  STAY AND THEN THE HARD STAY; I WANTED TO GIVE MR. NOLAN THE

10 BENEFIT OF THAT, BUT I DIDN'T WANT THAT TO PREJUDICE MATTEL.      10:17

11 AND I THINK THIS MAY BE AN AREA WHERE IT COMES CLOSE TO DOING

12 SO.  NOT INTENTIONALLY.  AND I DON'T BUY INTO ANY CONSPIRACY

13 THEORIES HERE THAT HAVE BEEN SUGGESTED IN THE PAPERS, BUT JUST

14 IN TERMS OF HAVING THAT EFFECT.

15          MR. MCFARLAND:  WELL, I THINK THAT --                     10:18

16          MR. KEKER:  COULD I INTERRUPT TO ADD A FACT THAT I

17 THINK YOU NEED TO KNOW IN THINKING ABOUT THIS, BECAUSE THIS

18 BUSINESS ABOUT --

19          THE COURT:  WELL, IF YOU CAN YIELD TO MR. KEKER, I

20 SUPPOSE WE CAN HEAR FROM MR. KEKER.

21          MR. MCFARLAND:  OF COURSE.

22          MR. KEKER:  IT REALLY IS MORE INFORMATIONAL.

23          I DON'T KNOW THAT MUCH ABOUT IT, BUT -- IT MAY BE A

24 FREUDIAN SLIP -- THEY KEEP MENTIONING JANUARY 7TH; THE

25 DEPOSITION WAS SUPPOSED TO BE JANUARY 9TH.  BUT LAST NIGHT THEY   10:18

30

1           THE COURT:  VERY WELL.

2           MR. MCFARLAND, WHY DON'T YOU GO AHEAD AND MAKE THAT

3    PHONE CALL NOW.

4           THE COURT:  MR. SCHEPER?

5           MR. SCHEPER:  I WAS JUST THINKING WHETHER I'M EQUALLY   10:46

6    UNGIFTED IN ALL MATTERS OF LITIGATION PROCEEDINGS, BUT BEYOND

7    THAT OBSERVATION, I HAVE NOTHING TO ADD.

8           THE COURT:  ANYBODY ELSE?

9           VERY WELL.

10          I'M GOING TO ASK COUNSEL JUST TO WAIT AROUND; LET'S   10:46

11   MAKE SURE WE CAN GET THIS DEPOSITION SCHEDULED, AND THEN WE'LL

12   BE DONE.

13          I WISH EVERYONE A HAPPY THANKSGIVING.

14          THE CLERK:  COURT STANDS IN RECESS.

15          (WHEREUPON A BRIEF RECESS WAS HELD.)

16          (WHEREUPON PROCEEDINGS WERE CONCLUDED.)

17

18                        CERTIFICATE

19

20   I HEREBY CERTIFY THAT PURSUANT TO SECTION 753, TITLE 28, UNITED
     STATES CODE, THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF
21   THE STENOGRAPHICALLY RECORDED PROCEEDINGS HELD IN THE ABOVE-
     ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS IN
22   CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL CONFERENCE OF
     THE UNITED STATES.

23

24   _____          12-3-07
     THERESA A. LANZA, CSR, RPR            DATE
25   FEDERAL OFFICIAL COURT REPORTER


NOVEMBER 20, 2007          EXHIBIT ___7___          EX PARTE APPLICATION

                           PAGE ___37___

# EXHIBIT 8

**THIS EXHIBIT IS FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER**

# EXHIBIT 9

**THIS EXHIBIT IS FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER**

# EXHIBIT 10

**THIS EXHIBIT IS FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

# EXHIBIT 11

**THIS EXHIBIT IS FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER**

# EXHIBIT 12

**THIS EXHIBIT IS FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER**

# EXHIBIT 13

**THIS EXHIBIT IS FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

# EXHIBIT 14

**THIS EXHIBIT IS FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**