QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
Michael T. Zeller (Bar No. 196417)
Jon D. Corey (Bar No. 185066)
Timothy L. Alger (Bar No. 160303)
Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual, <br><br> PLAINTIFF(S) <br> v. <br> MATTEL, INC., a Delaware corporation, <br><br> DEFENDANT(S) | CASE NUMBER: <br> CASE NO. CV 04-9049 SGL (RNBx) <br><br> **NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
Declaration of Scott B. Kidman in Support of Mattel, Inc.'s Motion to Compel Production of Documents and Things by MGA Entertainment, Inc. and For Award of Monetary Sanctions; Application to File Under Seal; and [Proposed] Order

**Document Description:**
- ☐ Administrative Record
- ☐ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h))
- ☑ Other  Declaration, Application to File Under Seal, [Proposed] Order

**Reason:**
- ☑ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☑ Per Court order dated  January 4, 2005
- ☐ Manual Filing required (*reason*):

January 29, 2008
Date

Scott B. Kidman
Attorney Name

Mattel, Inc.
Party Represented

Note: File one Notice in each case, each time you manually file document(s).

G-92 (02/07)     NOTICE OF MANUAL FILING