B. Dylan Proctor
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
865 SOUTH FIGUEROA STREET
10th FLOOR
LOS ANGELES, CA 90017
(213) 443-3000

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual, <br><br> PLAINTIFF(S) <br><br> v. <br><br> MATTEL, INC., a Delaware corporation, <br><br> DEFENDANT(S) | CASE NUMBER: <br> CV 04-9049 <br> Consolidated with Case <br> Nos. CV 04-09059 & 05-02727 <br><br> **NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
Exhibits 1, 2, 3, 4, 5, 7, 12, 13, 14, 15, 26, 28, 40, 43, 44, 46, 48 and 50 to the Declaration of Tamar Buchakjian in Support of Mattel's Motion to Compel Further Deposition of Leahy and to Overrule Instructions; Application to File Under Seal and Proposed Order

**Document Description:**

- [ ] Administrative Record
- [x] Exhibits
- [ ] Ex Part Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)
- [x] Other  Application to File Under Seal and Proposed Order

**Reason:**

- [x] Under Seal
- [ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- [ ] Electronic versions are not available to filer
- [x] Per Court order dated  Jan. 4, 2005
- [ ] Manual Filing required (*reason*):

January 29, 2008
Date

B. Dylan Proctor
Attorney Name

MATTEL, INC., a Delaware corporation,
Party Represented

Note: File one Notice in each case, each time you manually file document(s).

---

G-92 (02/07)         NOTICE OF MANUAL FILING         CCD-G92