B. Dylan Proctor
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
865 SOUTH FIGUEROA STREET
10th FLOOR
LOS ANGELES, CA 90017
(213) 443-3000

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>PLAINTIFF(S)<br>DEFENDANT(S). | CASE NUMBER:<br>CV 04-9049<br>Consolidated with Case<br>Nos. CV 04-09059 & 05-02727<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
Exhibits 4 and 6 to the Declaration of Tamar Buchakjian in Support of Mattel's Motion to Compel A Complete Response to Mattel's Supplemental Interrogatory Regarding Test Projects; Application to File Under Seal and Proposed Order

**Document Description:**

- [ ] Administrative Record
- [x] Exhibits
- [ ] Ex Part Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h))
- [x] Other  Application to File Under Seal and Proposed Order

**Reason:**

- [x] Under Seal
- [ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- [ ] Electronic versions are not available to filer
- [x] Per Court order dated  Jan. 4, 2005
- [ ] Manual Filing required (*reason*):

January 29, 2008                                      B. Dylan Proctor
Date                                                  Attorney Name

                                                      MATTEL, INC., a Delaware corporation,
                                                      Party Represented

Note: File one Notice in each case, each time you manually file document(s).

---
G-92 (02/07)                    NOTICE OF MANUAL FILING                    CCD-G92