RESPONSE TO REQUEST FOR PRODUCTION NO. 12:

MGA incorporates by reference its General Response and General Objections above, as though fully set forth herein and specifically incorporates General Objection No. 15 (regarding Definitions), including without limitation MGA's objection to the definition of the term BRATZ LAWSUITS. MGA further objects to the request to the extent it seeks the production of documents that are protected from disclosure under any applicable privilege, doctrine or immunity, including without limitation the attorney-client privilege, the work product doctrine, the right of privacy, and all other privileges recognized under the constitutional, statutory or decisional law of the United States of America, the State of California or any other applicable jurisdiction. MGA further objects to this request on the grounds that it is overly broad and unduly burdensome in that it seeks documents not relevant to the claims or defenses in this action and not reasonably calculated to lead to the discovery of admissible evidence. Mattel has not demonstrated how *all* transcripts of depositions given by or on behalf of MGA in the BRATZ LAWSUITS could be relevant to the claims and defenses in this action. The request is not limited to the subject matter of this action and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7. MGA further objects to this request as being overly broad and unduly burdensome on the grounds that it is not limited in time. MGA further objects to this request on the grounds that the term BRATZ LAWSUITS renders the request vague, ambiguous, overly broad and unduly burdensome. MGA further objects to the request to the extent that it seeks documents that by reason of public filing, public distribution or otherwise are already in Mattel's possession or are readily accessible to Mattel. MGA further objects to the request to the extent that it seeks documents not in MGA's possession, custody or control. MGA further objects to the request to the extent it seeks confidential, proprietary or commercially sensitive information, the disclosure of which would be inimical to the business interests of MGA. Such information may also be subject to

27

1 protective orders governing other litigations thereby precluding disclosure in

2 response to this request.  MGA further objects to the request to the extent it violates

3 the privacy rights of third parties to their private, confidential, proprietary or trade

4 secret information.

5      MGA further objects to this request as cumulative, duplicative, and unduly

6 burdensome to the extent that it seeks documents previously requested by Mattel or

7 produced by MGA in response to Mattel's document requests, including, but not

8 limited to:  Request Nos. 38 and 41 from Mattel's First Set of Requests for

9 Production of Documents and Tangible Things to MGA, and Request Nos. 121, and

10 123-124 from Mattel's First Set of Requests for Documents and Things to Isaac

11 Larian.

12 REQUEST FOR PRODUCTION NO. 13:

13      All pleadings and other DOCUMENTS filed, submitted or served by YOU in

14 the BRATZ LAWSUITS that REFER OR RELATE TO BRATZ.

15 RESPONSE TO REQUEST FOR PRODUCTION NO. 13:

16      MGA incorporates by reference its General Response and General Objections

17 above, as though fully set forth herein and specifically incorporates General

18 Objection No. 15 (regarding Definitions), including without limitation MGA's

19 objection to the definition of the terms BRATZ LAWSUITS, BRATZ and REFER

20 OR RELATE TO.  MGA further objects to the request to the extent it seeks the

21 production of documents that are protected from disclosure under any applicable

22 privilege, doctrine or immunity, including without limitation the attorney-client

23 privilege, the work product doctrine, the right of privacy, and all other privileges

24 recognized under the constitutional, statutory or decisional law of the United States

25 of America, the State of California or any other applicable jurisdiction.  MGA further

26 objects to this request on the grounds that it is overly broad and unduly burdensome

27 in that it seeks documents not relevant to the claims or defenses in this action and not

28 reasonably calculated to lead to the discovery of admissible evidence.  Mattel has not

1  demonstrated how *all* pleading and other DOCUMENTS filed, submitted or served

2  by MGA in the BRATZ LAWSUITS that REFER OR RELATE TO BRATZ could

3  be relevant to the claims and defenses in this action.  The request is not limited to the

4  subject matter of this action and is thus impermissibly overbroad.  See Aug. 13 Order

5  at 9:17-20; May 22 Order at 21:5-7.  MGA further objects to this request as being

6  overly broad and unduly burdensome on the grounds that it is not limited in time.

7  MGA further objects to this request on the grounds that the terms BRATZ

8  LAWSUITS, BRATZ and REFER OR RELATE TO render the request vague,

9  ambiguous, overly broad and unduly burdensome.  MGA further objects to the

10  request to the extent that it seeks documents that by reason of public filing, public

11  distribution or otherwise are already in Mattel's possession or are readily accessible

12  to Mattel.  MGA further objects to the request to the extent that it seeks documents

13  not in MGA's possession, custody or control.  MGA further objects to the request to

14  the extent it seeks confidential, proprietary or commercially sensitive information,

15  the disclosure of which would be inimical to the business interests of MGA.  Such

16  information may also be subject to protective orders governing other litigations

17  thereby precluding disclosure in response to this request.  MGA further objects to the

18  request to the extent it violates the privacy rights of third parties to their private,

19  confidential, proprietary or trade secret information.

20      MGA further objects to this request as cumulative, duplicative, and unduly

21  burdensome to the extent that it seeks documents previously requested by Mattel or

22  produced by MGA in response to Mattel's document requests, including, but not

23  limited to:  Request Nos. 38 and 41 from Mattel's First Set of Requests for

24  Production of Documents and Tangible Things to MGA, and Request Nos. 121, and

25  123-124 from Mattel's First Set of Requests for Documents and Things to Isaac

26  Larian.

27

28

29

MGA'S RESPONSES TO MATTEL'S THIRD
SET OF REQUESTS FOR PRODUCTION

CASE NO. CV 04-9049 SGL (RNBx)

EXHIBIT  2 , PAGE  59

1  REQUEST FOR PRODUCTION NO. 14:

2      All pleadings and other DOCUMENTS filed, submitted or served by YOU in

3  the BRATZ LAWSUITS that compare BRATZ to any other doll or product, whether

4  in whole or in part.

5  RESPONSE TO REQUEST FOR PRODUCTION NO. 14:

6      MGA incorporates by reference its General Response and General Objections

7  above, as though fully set forth herein and specifically incorporates General

8  Objection No. 15 (regarding Definitions), including without limitation MGA's

9  objection to the definition of the terms BRATZ and BRATZ LAWSUITS.  MGA

10  further objects to the request to the extent it seeks the production of documents that

11  are protected from disclosure under any applicable privilege, doctrine or immunity,

12  including without limitation the attorney-client privilege, the work product doctrine,

13  the right of privacy, and all other privileges recognized under the constitutional,

14  statutory or decisional law of the United States of America, the State of California or

15  any other applicable jurisdiction.  MGA further objects to this request on the grounds

16  that it is overly broad and unduly burdensome in that it seeks documents not relevant

17  to the claims or defenses in this action and not reasonably calculated to lead to the

18  discovery of admissible evidence.  Mattel has not demonstrated how *all* pleadings

19  and other DOCUMENTS filed, submitted or served by MGA in the BRATZ

20  LAWSUITS that compare BRATZ to any other doll or product could be relevant to

21  the claims and defenses in this action.  The request is not limited to the subject

22  matter of this action and is thus impermissibly overbroad.  See Aug. 13 Order at

23  9:17-20; May 22 Order at 21:5-7.  MGA further objects to this request as being

24  overly broad and unduly burdensome on the grounds that it is not limited in time.

25  MGA further objects to this request on the grounds that the terms BRATZ

26  LAWSUITS and BRATZ render the request vague, ambiguous, overly broad and

27  unduly burdensome.  MGA further objects to the request to the extent that it seeks

28  documents that by reason of public filing, public distribution or otherwise are already

30

MGA'S RESPONSES TO MATTEL'S THIRD
SET OF REQUESTS FOR PRODUCTION

CASE NO. CV 04-9049 SGL (RNBx)

EXHIBIT 2 , PAGE 60

1  in Mattel's possession or are readily accessible to Mattel. MGA further objects to

2  the request to the extent that it seeks documents not in MGA's possession, custody or

3  control. MGA further objects to the request to the extent it seeks confidential,

4  proprietary or commercially sensitive information, the disclosure of which would be

5  inimical to the business interests of MGA. Such information may also be subject to

6  protective orders governing other litigations thereby precluding disclosure in

7  response to this request. MGA further objects to the request to the extent it violates

8  the privacy rights of third parties to their private, confidential, proprietary or trade

9  secret information.

10      MGA further objects to this request as cumulative, duplicative, and unduly

11  burdensome to the extent that it seeks documents previously requested by Mattel or

12  produced by MGA in response to Mattel's document requests, including, but not

13  limited to: Request Nos. 38 and 41 from Mattel's First Set of Requests for

14  Production of Documents and Tangible Things to MGA, and Request Nos. 121, and

15  123-124 from Mattel's First Set of Requests for Documents and Things to Isaac

16  Larian.

17  REQUEST FOR PRODUCTION NO. 15:

18      All pleadings and other DOCUMENTS filed, submitted or served by YOU in

19  the BRATZ LAWSUITS that claim, allege or assert that the appearance or features

20  of any doll or other product, whether in whole or in part, INFRINGES BRATZ.

21  RESPONSE TO REQUEST FOR PRODUCTION NO. 15:

22      MGA incorporates by reference its General Response and General Objections

23  above, as though fully set forth herein and specifically incorporates General

24  Objection No. 15 (regarding Definitions), including without limitation MGA's

25  objection to the definition of the terms BRATZ, BRATZ LAWSUITS and

26  INFRINGES. MGA further objects to the request to the extent it seeks the

27  production of documents that are protected from disclosure under any applicable

28  privilege, doctrine or immunity, including without limitation the attorney-client

31

privilege, the work product doctrine, the right of privacy, and all other privileges recognized under the constitutional, statutory or decisional law of the United States of America, the State of California or any other applicable jurisdiction.  MGA further objects to this request on the grounds that it is overly broad and unduly burdensome in that it seeks documents not relevant to the claims or defenses in this action and not reasonably calculated to lead to the discovery of admissible evidence.  Mattel has not demonstrated how *all* pleadings and other DOCUMENTS filed, submitted or served by MGA in the BRATZ LAWSUITS that claim, allege or assert that the appearance or features of any doll or other product INFRINGES BRATZ could be relevant to the claims and defenses in this action.  The request is not limited to the subject matter of this action and is thus impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.  MGA further objects to this request as being overly broad and unduly burdensome on the grounds that it is not limited in time.  MGA further objects to this request on the grounds that the terms BRATZ, BRATZ LAWSUITS and INFRINGES render the request vague, ambiguous, overly broad and unduly burdensome.  MGA further objects to the request to the extent that it seeks documents that by reason of public filing, public distribution or otherwise are already in Mattel's possession or are readily accessible to Mattel.  MGA further objects to the request to the extent that it seeks documents not in MGA's possession, custody or control.  MGA further objects to the request to the extent it seeks confidential, proprietary or commercially sensitive information, the disclosure of which would be inimical to the business interests of MGA.  Such information may also be subject to protective orders governing other litigations thereby precluding disclosure in response to this request.  MGA further objects to the request to the extent it violates the privacy rights of third parties to their private, confidential, proprietary or trade secret information.

MGA further objects to this request as cumulative, duplicative, and unduly burdensome to the extent that it seeks documents previously requested by Mattel or

---

32

MGA'S RESPONSES TO MATTEL'S THIRD SET OF REQUESTS FOR PRODUCTION

CASE NO. CV 04-9049 SGL (RNBx)

EXHIBIT 2, PAGE 62

1 produced by MGA in response to Mattel's document requests, including, but not

2 limited to:  Request Nos. 38 and 41 from Mattel's First Set of Requests for

3 Production of Documents and Tangible Things to MGA, and Request Nos. 118, 121,

4 and 123-124 from Mattel's First Set of Requests for Documents and Things to Isaac

5 Larian, and Request Nos. 45 and 123 from Mattel, Inc.'s First Set of Requests for

6 Documents and Things re Claims of Unfair Competition to MGA Entertainment, Inc.

7 REQUEST FOR PRODUCTION NO. 16:

8     All demonstrative exhibits filed, submitted, introduced, displayed or used by

9 YOU in the BRATZ LAWSUITS that REFER OR RELATE TO BRATZ.

10 RESPONSE TO REQUEST FOR PRODUCTION NO. 16:

11     MGA incorporates by reference its General Response and General Objections

12 above, as though fully set forth herein and specifically incorporates General

13 Objection No. 15 (regarding Definitions), including without limitation MGA's

14 objection to the definition of the terms BRATZ, BRATZ LAWSUITS and REFER

15 OR RELATE TO.  MGA further objects to the request to the extent it seeks the

16 production of documents that are protected from disclosure under any applicable

17 privilege, doctrine or immunity, including without limitation the attorney-client

18 privilege, the work product doctrine, the right of privacy, and all other privileges

19 recognized under the constitutional, statutory or decisional law of the United States

20 of America, the State of California or any other applicable jurisdiction.  MGA further

21 objects to this request on the grounds that it is overly broad and unduly burdensome

22 in that it seeks tangible items not relevant to the claims or defenses in this action and

23 not reasonably calculated to lead to the discovery of admissible evidence.  Mattel has

24 not demonstrated how *all* demonstrative exhibits filed, submitted, introduced,

25 displayed or used by MGA in the BRATZ LAWSUITS that REFER OR RELATE

26 TO BRATZ could be relevant to the claims and defenses in this action.  The request

27 is not limited to the subject matter of this action and is thus impermissibly overbroad.

28 See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.  MGA further objects to this

33

MGA'S RESPONSES TO MATTEL'S THIRD
SET OF REQUESTS FOR PRODUCTION

CASE NO. CV 04-9049 SGL (RNBx)

EXHIBIT 2 , PAGE 63

1 request as being overly broad and unduly burdensome on the grounds that it is not

2 limited in time.  MGA further objects to this request on the grounds that the terms

3 BRATZ, BRATZ LAWSUITS and REFER OR RELATE TO render the request

4 vague, ambiguous, overly broad and unduly burdensome.  MGA further objects to

5 the term "demonstrative exhibits" as vague and ambiguous.  MGA further objects to

6 the request to the extent that it seeks documents that by reason of public filing,

7 public distribution or otherwise are already in Mattel's possession or are readily

8 accessible to Mattel.  MGA further objects to the request to the extent that it seeks

9 tangible items not in MGA's possession, custody or control.  MGA further objects to

10 the request to the extent it seeks confidential, proprietary or commercially sensitive

11 information, the disclosure of which would be inimical to the business interests of

12 MGA.  Such information may also be subject to protective orders governing other

13 litigations thereby precluding disclosure in response to this request.  MGA further

14 objects to the request to the extent it violates the privacy rights of third parties to

15 their private, confidential, proprietary or trade secret information.

16      MGA further objects to this request as cumulative, duplicative, and unduly

17 burdensome to the extent that it seeks documents previously requested by Mattel or

18 produced by MGA in response to Mattel's document requests, including, but not

19 limited to:  Request Nos. 38 and 41 from Mattel's First Set of Requests for

20 Production of Documents and Tangible Things to MGA, and Request Nos. 118, 121,

21 and 123-124 from Mattel's First Set of Requests for Documents and Things to Isaac

22 Larian.

23 <u>REQUEST FOR PRODUCTION NO. 17</u>:

24      All expert reports and expert disclosures filed, submitted or served by YOU in

25 the BRATZ LAWSUITS that REFER OR RELATE TO BRATZ.

26 <u>RESPONSE TO REQUEST FOR PRODUCTION NO. 17</u>:

27      MGA incorporates by reference its General Response and General Objections

28 above, as though fully set forth herein and specifically incorporates General

34

| MGA'S RESPONSES TO MATTEL'S THIRD SET OF REQUESTS FOR PRODUCTION | CASE NO. CV 04-9049 SGL (RNBx) |
|---|---|

EXHIBIT 2 , PAGE 64

1  Objection No. 15 (regarding Definitions), including without limitation MGA's

2  objection to the definition of the terms BRATZ, BRATZ LAWSUITS and REFER

3  OR RELATE TO.  MGA further objects to the request to the extent it seeks the

4  production of documents that are protected from disclosure under any applicable

5  privilege, doctrine or immunity, including without limitation the attorney-client

6  privilege, the work product doctrine, the right of privacy, and all other privileges

7  recognized under the constitutional, statutory or decisional law of the United States

8  of America, the State of California or any other applicable jurisdiction.  MGA further

9  objects to this request on the grounds that it is overly broad and unduly burdensome

10  in that it seeks documents not relevant to the claims or defenses in this action and not

11  reasonably calculated to lead to the discovery of admissible evidence.  Mattel has not

12  demonstrated how *all* expert reports and expert disclosures filed, submitted or served

13  by MGA in the BRATZ LAWSUITS that REFER OR RELATE TO BRATZ could

14  be relevant to the claims and defenses in this action.  MGA further objects to this

15  request as being overly broad and unduly burdensome on the grounds that it is not

16  limited in time.  The request is not limited to the subject matter of this action and is

17  thus impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-

18  7.  MGA further objects to this request on the grounds that the terms BRATZ,

19  BRATZ LAWSUITS and REFER OR RELATE TO render the request vague,

20  ambiguous, overly broad and unduly burdensome.  MGA further objects to the

21  request to the extent that it seeks documents that by reason of public filing, public

22  distribution or otherwise are already in Mattel's possession or are readily accessible

23  to Mattel.  MGA further objects to the request to the extent that it seeks documents

24  not in MGA's possession, custody or control.  MGA further objects to the request to

25  the extent it seeks confidential, proprietary or commercially sensitive information,

26  the disclosure of which would be inimical to the business interests of MGA.  Such

27  information may also be subject to protective orders governing other litigations

28  thereby precluding disclosure in response to this request.  MGA further objects to the

MGA'S RESPONSES TO MATTEL'S THIRD
SET OF REQUESTS FOR PRODUCTION

CASE NO. CV 04-9049 SGL (RNBx)

EXHIBIT __2__, PAGE 65

1  request to the extent it violates the privacy rights of third parties to their private,

2  confidential, proprietary or trade secret information.

3      MGA further objects to this request as cumulative, duplicative, and unduly

4  burdensome to the extent that it seeks documents previously requested by Mattel or

5  produced by MGA in response to Mattel's document requests, including, but not

6  limited to:  Request Nos. 38 and 41 from Mattel's First Set of Requests for

7  Production of Documents and Tangible Things to MGA, and Request Nos. 118, 121,

8  and 123-124 from Mattel's First Set of Requests for Documents and Things to Isaac

9  Larian.

10 REQUEST FOR PRODUCTION NO. 18:

11     All subpoenas served in the BRATZ LAWSUITS that REFER OR RELATE

12 TO BRATZ.

13 RESPONSE TO REQUEST FOR PRODUCTION NO. 18:

14     MGA incorporates by reference its General Response and General Objections

15 above, as though fully set forth herein and specifically incorporates General

16 Objection No. 15 (regarding Definitions), including without limitation MGA's

17 objection to the definition of the terms BRATZ, BRATZ LAWSUITS and REFER

18 OR RELATE TO.  MGA further objects to the request to the extent it seeks the

19 production of documents that are protected from disclosure under any applicable

20 privilege, doctrine or immunity, including without limitation the attorney-client

21 privilege, the work product doctrine, the right of privacy, and all other privileges

22 recognized under the constitutional, statutory or decisional law of the United States

23 of America, the State of California or any other applicable jurisdiction.  MGA further

24 objects to this request on the grounds that it is overly broad and unduly burdensome

25 in that it seeks documents not relevant to the claims or defenses in this action and not

26 reasonably calculated to lead to the discovery of admissible evidence.  Mattel has not

27 demonstrated how *all* subpoenas served in the BRATZ LAWSUITS that REFER OR

28 RELATE TO BRATZ could be relevant to the claims and defenses in this action.

MGA'S RESPONSES TO MATTEL'S THIRD          CASE NO. CV 04-9049 SGL (RNBx)
SET OF REQUESTS FOR PRODUCTION

EXHIBIT _2_, PAGE _66_

1  MGA further objects to this request as being overly broad and unduly burdensome

2  on the grounds that it is not limited in time.  MGA further objects to this request on

3  the grounds that the terms BRATZ, BRATZ LAWSUITS and REFER OR RELATE

4  TO render the request vague, ambiguous, overly broad and unduly burdensome.

5  MGA further objects to the request to the extent that it seeks documents that by

6  reason of public filing, public distribution or otherwise are already in Mattel's

7  possession or are readily accessible to Mattel.  MGA further objects to the request to

8  the extent that it seeks documents not in MGA's possession, custody or control.

9  MGA further objects to the request to the extent it seeks confidential, proprietary or

10  commercially sensitive information, the disclosure of which would be inimical to the

11  business interests of MGA.  Such information may also be subject to protective

12  orders governing other litigations thereby precluding disclosure in response to this

13  request.  MGA further objects to the request to the extent it violates the privacy

14  rights of third parties to their private, confidential, proprietary or trade secret

15  information.

16         MGA further objects to this request as cumulative, duplicative, and unduly

17  burdensome to the extent that it seeks documents previously requested by Mattel or

18  produced by MGA in response to Mattel's document requests, including, but not

19  limited to:  Request Nos. 38 and 41 from Mattel's First Set of Requests for

20  Production of Documents and Tangible Things to MGA, and Request Nos. 118, 121,

21  and 123-124 from Mattel's First Set of Requests for Documents and Things to Isaac

22  Larian.

23  REQUEST FOR PRODUCTION NO. 19:

24         All DOCUMENTS produced pursuant to any subpoena in the BRATZ

25  LAWSUITS that REFER OR RELATE TO BRATZ.

26  RESPONSE TO REQUEST FOR PRODUCTION NO. 19:

27         MGA incorporates by reference its General Response and General Objections

28  above, as though fully set forth herein and specifically incorporates General

37

1 | Objection No. 15 (regarding Definitions), including without limitation MGA's

2 | objection to the definition of the terms BRATZ, BRATZ LAWSUITS and REFER

3 | OR RELATE TO. MGA further objects to the request to the extent it seeks the

4 | production of documents that are protected from disclosure under any applicable

5 | privilege, doctrine or immunity, including without limitation the attorney-client

6 | privilege, the work product doctrine, the right of privacy, and all other privileges

7 | recognized under the constitutional, statutory or decisional law of the United States

8 | of America, the State of California or any other applicable jurisdiction. MGA further

9 | objects to this request on the grounds that it is overly broad and unduly burdensome

10 | in that it seeks documents not relevant to the claims or defenses in this action and not

11 | reasonably calculated to lead to the discovery of admissible evidence. Mattel has not

12 | demonstrated how *all* DOCUMENTS produced pursuant to any subpoena in the

13 | BRATZ LAWSUITS that REFER OR RELATE TO BRATZ could be relevant to the

14 | claims and defenses in this action. The request is not limited to the subject matter of

15 | this action and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May

16 | 22 Order at 21:5-7. MGA further objects to this request as being overly broad and

17 | unduly burdensome on the grounds that it is not limited in time. MGA further

18 | objects to this request on the grounds that the terms BRATZ, BRATZ LAWSUITS

19 | and REFER OR RELATE TO render the request vague, ambiguous, overly broad

20 | and unduly burdensome. MGA further objects to the request to the extent that it

21 | seeks documents that by reason of public filing, public distribution or otherwise are

22 | already in Mattel's possession or are readily accessible to Mattel. MGA further

23 | objects to the request to the extent that it seeks documents not in MGA's possession,

24 | custody or control. MGA further objects to the request to the extent it seeks

25 | confidential, proprietary or commercially sensitive information, the disclosure of

26 | which would be inimical to the business interests of MGA. Such information may

27 | also be subject to protective orders governing other litigations thereby precluding

28 | disclosure in response to this request. MGA further objects to the request to the

MGA'S RESPONSES TO MATTEL'S THIRD
SET OF REQUESTS FOR PRODUCTION

CASE NO. CV 04-9049 SGL (RNBx)

EXHIBIT 2 , PAGE 68

1  extent it violates the privacy rights of third parties to their private, confidential,

2  proprietary or trade secret information.

3      MGA further objects to this request as cumulative, duplicative, and unduly

4  burdensome to the extent that it seeks documents previously requested by Mattel or

5  produced by MGA in response to Mattel's document requests, including, but not

6  limited to:  Request Nos. 38 and 41 from Mattel's First Set of Requests for

7  Production of Documents and Tangible Things to MGA, and Request Nos. 118, 121,

8  and 123-124 from Mattel's First Set of Requests for Documents and Things to Isaac

9  Larian.

10  REQUEST FOR PRODUCTION NO. 20:

11      All DOCUMENTS produced or made available for inspection by YOU in the

12  BRATZ LAWSUITS.

13  RESPONSE TO REQUEST FOR PRODUCTION NO. 20:

14      MGA incorporates by reference its General Response and General Objections

15  above, as though fully set forth herein and specifically incorporates General

16  Objection No. 15 (regarding Definitions), including without limitation MGA's

17  objection to the definition of the term BRATZ LAWSUITS.  MGA further objects to

18  the request to the extent it seeks the production of documents that are protected from

19  disclosure under any applicable privilege, doctrine or immunity, including without

20  limitation the attorney-client privilege, the work product doctrine, the right of

21  privacy, and all other privileges recognized under the constitutional, statutory or

22  decisional law of the United States of America, the State of California or any other

23  applicable jurisdiction.  MGA further objects to this request on the grounds that it is

24  overly broad and unduly burdensome in that it seeks documents not relevant to the

25  claims or defenses in this action and not reasonably calculated to lead to the

26  discovery of admissible evidence.  Mattel has not demonstrated how *all*

27  DOCUMENTS produced or made available for inspection by MGA in the BRATZ

28  LAWSUITS could be relevant to the claims and defenses in this action.  The request

MGA'S RESPONSES TO MATTEL'S THIRD         CASE NO. CV 04-9049 SGL (RNBx)
SET OF REQUESTS FOR PRODUCTION

EXHIBIT  2 , PAGE  64

1 | is not limited to the subject matter of this action and is thus impermissibly overbroad.

2 | See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7. MGA further objects to this

3 | request as being overly broad and unduly burdensome on the grounds that it is not

4 | limited in time. MGA further objects to this request on the grounds that the term

5 | BRATZ LAWSUITS renders the request vague, ambiguous, overly broad and

6 | unduly burdensome. MGA further objects to the request to the extent that it seeks

7 | documents that by reason of public filing, public distribution or otherwise are already

8 | in Mattel's possession or are readily accessible to Mattel. MGA further objects to

9 | the request to the extent that it seeks documents not in MGA's possession, custody or

10 | control. MGA further objects to the request to the extent it seeks confidential,

11 | proprietary or commercially sensitive information, the disclosure of which would be

12 | inimical to the business interests of MGA. Such information may also be subject to

13 | protective orders governing other litigations thereby precluding disclosure in

14 | response to this request. MGA further objects to the request to the extent it violates

15 | the privacy rights of third parties to their private, confidential, proprietary or trade

16 | secret information.

17 |     MGA further objects to this request as cumulative, duplicative, and unduly

18 | burdensome to the extent that it seeks documents requested pursuant to Request No

19 | 21 or previously requested by Mattel or produced by MGA in response to Mattel's

20 | document requests, including, but not limited to: Request Nos. 38 and 41 from

21 | Mattel's First Set of Requests for Production of Documents and Tangible Things to

22 | MGA, and Request Nos. 118, 121, and 123-124 from Mattel's First Set of Requests

23 | for Documents and Things to Isaac Larian.

24 | REQUEST FOR PRODUCTION NO. 21:

25 |     All DOCUMENTS produced or made available for inspection by YOU in the

26 | BRATZ LAWSUITS that REFER OR RELATE TO BRATZ.

27

28

MGA'S RESPONSES TO MATTEL'S THIRD
SET OF REQUESTS FOR PRODUCTION

CASE NO. CV 04-9049 SGL (RNBx)

EXHIBIT 2, PAGE 70

1  RESPONSE TO REQUEST FOR PRODUCTION NO. 21:

2        MGA incorporates by reference its General Response and General Objections

3  above, as though fully set forth herein and specifically incorporates General

4  Objection No. 15 (regarding Definitions), including without limitation MGA's

5  objection to the definition of the terms BRATZ, BRATZ LAWSUITS and REFER

6  OR RELATE TO.  MGA further objects to the request to the extent it seeks the

7  production of documents that are protected from disclosure under any applicable

8  privilege, doctrine or immunity, including without limitation the attorney-client

9  privilege, the work product doctrine, the right of privacy, and all other privileges

10  recognized under the constitutional, statutory or decisional law of the United States

11  of America, the State of California or any other applicable jurisdiction.  MGA further

12  objects to this request on the grounds that it is overly broad and unduly burdensome

13  in that it seeks documents not relevant to the claims or defenses in this action and not

14  reasonably calculated to lead to the discovery of admissible evidence.  Mattel has not

15  demonstrated how *all* DOCUMENTS produced or made available for inspection by

16  MGA in the BRATZ LAWSUITS that REFER OR RELATE TO BRATZ could be

17  relevant to the claims and defenses in this action.  This request "would . . . require

18  production of documents that merely mention  . . . Bratz but that otherwise have no

19  relevance to the claims and defenses in the suit" and is thus impermissibly overbroad.

20  See  May 22, 2007 at 21:5-7.  MGA further objects to this request as being overly

21  broad and unduly burdensome on the grounds that it is not limited in time.  MGA

22  further objects to this request on the grounds that the terms BRATZ, BRATZ

23  LAWSUITS and REFER OR RELATE TO render the request vague, ambiguous,

24  overly broad and unduly burdensome.  MGA further objects to the request to the

25  extent that it seeks documents that by reason of public filing, public distribution or

26  otherwise are already in Mattel's possession or are readily accessible to Mattel.

27  MGA further objects to the request to the extent that it seeks documents not in

28  MGA's possession, custody or control.  MGA further objects to the request to the

MGA'S RESPONSES TO MATTEL'S THIRD
SET OF REQUESTS FOR PRODUCTION

CASE NO. CV 04-9049 SGL (RNBx)

EXHIBIT 2 , PAGE 71

1 | extent it seeks confidential, proprietary or commercially sensitive information, the
2 | disclosure of which would be inimical to the business interests of MGA. Such
3 | information may also be subject to protective orders governing other litigations
4 | thereby precluding disclosure in response to this request. MGA further objects to the
5 | request to the extent it violates the privacy rights of third parties to their private,
6 | confidential, proprietary or trade secret information.

7 |      MGA further objects to this request as cumulative, duplicative, and unduly
8 | burdensome to the extent that it seeks documents requested pursuant to Request No.
9 | 20 or previously requested by Mattel or produced by MGA in response to Mattel's
10 | document requests, including, but not limited to: Request Nos. 38 and 41 from
11 | Mattel's First Set of Requests for Production of Documents and Tangible Things to
12 | MGA, and Request Nos. 118, 121, and 123-124 from Mattel's First Set of Requests
13 | for Documents and Things to Isaac Larian.

14 | REQUEST FOR PRODUCTION NO. 22:

15 |      All DOCUMENTS produced or made available for inspection by YOU in the
16 | BRATZ LAWSUITS that REFER OR RELATE TO MGA, including without
17 | limitation the finances or financial condition of MGA.

18 | RESPONSE TO REQUEST FOR PRODUCTION NO. 22:

19 |      MGA incorporates by reference its General Response and General Objections
20 | above, as though fully set forth herein and specifically incorporates General
21 | Objection No. 15 (regarding Definitions), including without limitation MGA's
22 | objection to the definition of the terms BRATZ LAWSUITS and REFER OR
23 | RELATE TO. MGA further objects to the request to the extent it seeks the
24 | production of documents that are protected from disclosure under any applicable
25 | privilege, doctrine or immunity, including without limitation the attorney-client
26 | privilege, the work product doctrine, the right of privacy, and all other privileges
27 | recognized under the constitutional, statutory or decisional law of the United States
28 | of America, the State of California or any other applicable jurisdiction. MGA further

42

1  objects to this request on the grounds that it is overly broad and unduly burdensome

2  in that it seeks documents not relevant to the claims or defenses in this action and not

3  reasonably calculated to lead to the discovery of admissible evidence. Mattel has not

4  demonstrated how *all* DOCUMENTS produced or made available for inspection by

5  MGA in the BRATZ LAWSUITS that REFER OR RELATE TO MGA could be

6  relevant to the claims and defenses in this action. The request is not limited to the

7  subject matter of this action and is thus impermissibly overbroad. See Aug. 13 Order

8  at 9:17-20; May 22 Order at 21:5-7. MGA further objects to this request as being

9  overly broad and unduly burdensome on the grounds that it is not limited in time.

10  MGA further objects to this request on the grounds that the terms BRATZ, BRATZ

11  LAWSUITS and REFER OR RELATE TO render the request vague, ambiguous,

12  overly broad and unduly burdensome. MGA further objects to the request to the

13  extent that it seeks documents that by reason of public filing, public distribution or

14  otherwise are already in Mattel's possession or are readily accessible to Mattel.

15  MGA further objects to the request to the extent that it seeks documents not in

16  MGA's possession, custody or control. MGA further objects to the request to the

17  extent it seeks confidential, proprietary or commercially sensitive information, the

18  disclosure of which would be inimical to the business interests of MGA. Such

19  information may also be subject to protective orders governing other litigations

20  thereby precluding disclosure in response to this request. MGA further objects to the

21  request to the extent it violates the privacy rights of third parties to their private,

22  confidential, proprietary or trade secret information.

23      MGA further objects to this request as cumulative, duplicative, and unduly

24  burdensome to the extent that it seeks documents requested pursuant to Request No

25  20 or previously requested by Mattel or produced by MGA in response to Mattel's

26  document requests, including, but not limited to: Request Nos. 38 and 41 from

27  Mattel's First Set of Requests for Production of Documents and Tangible Things to

28  MGA, and Request Nos. 118, 121, 123-124, and 125 from Mattel's First Set of

43

1 Requests for Documents and Things to Isaac Larian, and Request Nos. 157 and 158-

2 159 from Mattel, Inc.'s First Set of Requests for Documents and Things re Claims of

3 Unfair Competition to MGA Entertainment, Inc.

4 REQUEST FOR PRODUCTION NO. 23:

5      All Court orders, decisions and judgments in the BRATZ LAWSUITS.

6 RESPONSE TO REQUEST FOR PRODUCTION NO. 23:

7      MGA incorporates by reference its General Response and General Objections

8 above, as though fully set forth herein and specifically incorporates General

9 Objection No. 15 (regarding Definitions), including without limitation MGA's

10 objection to the definition of the term BRATZ LAWSUITS.  MGA further objects to

11 the request to the extent it seeks the production of documents that are protected from

12 disclosure under any applicable privilege, doctrine or immunity, including without

13 limitation the attorney-client privilege, the work product doctrine, the right of

14 privacy, and all other privileges recognized under the constitutional, statutory or

15 decisional law of the United States of America, the State of California or any other

16 applicable jurisdiction.  MGA further objects to this request on the grounds that it is

17 overly broad and unduly burdensome in that it seeks documents not relevant to the

18 claims or defenses in this action and not reasonably calculated to lead to the

19 discovery of admissible evidence.  Mattel has not demonstrated how *all* Court orders,

20 decisions and judgments in the BRATZ LAWSUITS could be relevant to the claims

21 and defenses in this action.  The request is not limited to the subject matter of this

22 action and is thus impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22

23 Order at 21:5-7.  MGA further objects to this request as being overly broad and

24 unduly burdensome on the grounds that it is not limited in time.  MGA further

25 objects to this request on the grounds that the term BRATZ LAWSUITS renders the

26 request vague, ambiguous, overly broad and unduly burdensome.  MGA further

27 objects to the request to the extent that it seeks documents that by reason of public

28 filing, public distribution or otherwise are already in Mattel's possession or are

MGA'S RESPONSES TO MATTEL'S THIRD
SET OF REQUESTS FOR PRODUCTION

CASE NO. CV 04-9049 SGL (RNBx)

EXHIBIT 2, PAGE 74

1  readily accessible to Mattel. MGA further objects to the request to the extent that it

2  seeks documents not in MGA's possession, custody or control. MGA further objects

3  to the request to the extent it seeks confidential, proprietary or commercially

4  sensitive information, the disclosure of which would be inimical to the business

5  interests of MGA. Such information may also be subject to protective orders

6  governing other litigations thereby precluding disclosure in response to this request.

7  MGA further objects to this request as cumulative, duplicative, and unduly

8  burdensome to the extent that it seeks documents previously requested by Mattel or

9  produced by MGA in response to Mattel's document requests, including, but not

10  limited to: Request Nos. 38 and 41 from Mattel's First Set of Requests for

11  Production of Documents and Tangible Things to MGA, and Request Nos. 118, 121,

12  and 123-124 from Mattel's First Set of Requests for Documents and Things to Isaac

13  Larian.

14  REQUEST FOR PRODUCTION NO. 24:

15  All Court orders, decisions and judgments in any THIRD-PARTY LAWSUIT

16  in which YOU have claimed, alleged or stated, in words or substance, that any doll

17  or product sold, offered for sale, manufactured, distributed, promoted or advertised

18  by any PERSON infringes, dilutes or is confusingly similar to BRATZ.

19  RESPONSE TO REQUEST FOR PRODUCTION NO. 24:

20  MGA incorporates by reference its General Response and General Objections

21  above, as though fully set forth herein and specifically incorporates General

22  Objection No. 15 (regarding Definitions), including without limitation MGA's

23  objection to the definition of the terms BRATZ and THIRD-PARTY LAWSUITS.

24  MGA further objects to the request to the extent it seeks the production of documents

25  that are protected from disclosure under any applicable privilege, doctrine or

26  immunity, including without limitation the attorney-client privilege, the work

27  product doctrine, the right of privacy, and all other privileges recognized under the

28  constitutional, statutory or decisional law of the United States of America, the State

45

1  of California or any other applicable jurisdiction. MGA further objects to this

2  request on the grounds that it is overly broad and unduly burdensome in that it seeks

3  documents not relevant to the claims or defenses in this action and not reasonably

4  calculated to lead to the discovery of admissible evidence. Mattel has not

5  demonstrated how *all* Court orders, decisions and judgment in any THIRD-PARTY

6  LAWSUIT in which MGA claimed, alleged or stated that any doll or product

7  "infringes, dilutes or is confusingly similar to BRATZ" could be relevant to the

8  claims and defenses in this action. The request is not limited to the subject matter of

9  this action and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May

10 22 Order at 21:5-7. MGA further objects to this request as being overly broad and

11 unduly burdensome on the grounds that it is not limited in time or geographical

12 scope. MGA further objects to this request on the grounds that the terms BRATZ

13 and THIRD-PARTY LAWSUIT render the request vague, ambiguous, overly broad

14 and unduly burdensome. MGA further objects to the phrase "infringes, dilutes or is

15 confusingly similar" as vague and ambiguous. MGA further objects to the request to

16 the extent that it seeks documents that by reason of public filing, public distribution

17 or otherwise are already in Mattel's possession or are readily accessible to Mattel.

18 MGA further objects to the request to the extent that it seeks documents not in

19 MGA's possession, custody or control. MGA further objects to the request to the

20 extent it seeks confidential, proprietary or commercially sensitive information, the

21 disclosure of which would be inimical to the business interests of MGA. Such

22 information may also be subject to protective orders governing other litigations

23 thereby precluding disclosure in response to this request. MGA further objects to the

24 request to the extent it violates the privacy rights of third parties to their private,

25 confidential, proprietary or trade secret information.

26      MGA further objects to this request as cumulative, duplicative, and unduly

27 burdensome to the extent that it seeks documents previously requested by Mattel or

28 produced by MGA in response to Mattel's document requests, including, but not

MGA'S RESPONSES TO MATTEL'S THIRD
SET OF REQUESTS FOR PRODUCTION

CASE NO. CV 04-9049 SGL (RNBx)

**EXHIBIT** ___7___, **PAGE** 46

1  limited to:  Request Nos. 38 and 41 from Mattel's First Set of Requests for

2  Production of Documents and Tangible Things to MGA, and Request Nos. 118, 121,

3  and 123-124 from Mattel's First Set of Requests for Documents and Things to Isaac

4  Larian, and Request Nos. 45 and 123 from Mattel, Inc.'s First Set of Requests for

5  Documents and Things re Claims of Unfair Competition to MGA Entertainment, Inc.

6  REQUEST FOR PRODUCTION NO. 25:

7          To the extent not produced in response to any other Request for Production, all

8  DOCUMENTS in which YOU have claimed, alleged or stated, in words or substance,

9  that any doll, product or other matter sold, offered for sale, manufactured, distributed,

10 promoted or advertised by any PERSON infringes, dilutes or is confusingly similar

11 to BRATZ.

12 RESPONSE TO REQUEST FOR PRODUCTION NO. 25:

13         MGA incorporates by reference its General Response and General Objections

14 above, as though fully set forth herein and specifically incorporates General

15 Objection No. 15 (regarding Definitions), including without limitation MGA's

16 objection to the definition of the term BRATZ.  MGA further objects to the request

17 to the extent it seeks the production of documents that are protected from disclosure

18 under any applicable privilege, doctrine or immunity, including without limitation

19 the attorney-client privilege, the work product doctrine, the right of privacy, and all

20 other privileges recognized under the constitutional, statutory or decisional law of

21 the United States of America, the State of California or any other applicable

22 jurisdiction.  MGA further objects to this request on the grounds that it is overly

23 broad and unduly burdensome in that it seeks documents not relevant to the claims or

24 defenses in this action and not reasonably calculated to lead to the discovery of

25 admissible evidence.  Mattel has not demonstrated how *all* DOCUMENTS in which

26 MGA claimed that any doll product or other matter "infringes, dilutes or is

27 confusingly similar to BRATZ" could be relevant to the claims and defenses in this

28 action.  The request is not limited to the subject matter of this action and is thus

MGA'S RESPONSES TO MATTEL'S THIRD        CASE NO. CV 04-9049 SGL (RNBx)
SET OF REQUESTS FOR PRODUCTION

EXHIBIT 2 , PAGE 77

1  impermissibly overbroad. <u>See</u> Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.

2  MGA further objects to this request as being overly broad and unduly burdensome

3  on the grounds that it is not limited in time or geographical scope. MGA further

4  objects to this request on the grounds that the term BRATZ renders the request vague,

5  ambiguous, overly broad and unduly burdensome. MGA further objects to the

6  phrase "infringes, dilutes or is confusingly similar" as vague and ambiguous. MGA

7  further objects to the request to the extent that it seeks documents that by reason of

8  public filing, public distribution or otherwise are already in Mattel's possession or

9  are readily accessible to Mattel. MGA further objects to the request to the extent that

10 it seeks documents not in MGA's possession, custody or control. MGA further

11 objects to the request to the extent it seeks confidential, proprietary or commercially

12 sensitive information, the disclosure of which would be inimical to the business

13 interests of MGA. Such information may also be subject to protective orders

14 governing other litigations thereby precluding disclosure in response to this request.

15 MGA further objects to the request to the extent it violates the privacy rights of third

16 parties to their private, confidential, proprietary or trade secret information.

17      MGA further objects to this request as cumulative, duplicative, and unduly

18 burdensome to the extent that it seeks documents previously requested by Mattel or

19 produced by MGA in response to Mattel's document requests, including, but not

20 limited to: Request Nos. 5-12, 20, 45-47, and 123 from Mattel, Inc.'s First Set of

21 Requests for Documents and Things re Claims of Unfair Competition to MGA

22 Entertainment, Inc., Request Nos. 90 from Mattel's First Set of Requests for

23 Production of Documents and Tangible Things to MGA, and Request Nos. 182 from

24 Mattel's First Set of Requests for Documents and Things to Isaac Larian.

25 REQUEST FOR PRODUCTION NO. 26:

26      To the extent not produced in response to any other Request for Production, all

27 DOCUMENTS, including without limitation pleadings, in which YOU have

28

48

1  referenced or described YOUR alleged trade dress rights or potential trade dress in

2  BRATZ.

3  RESPONSE TO REQUEST FOR PRODUCTION NO. 26:

4  　　　MGA incorporates by reference its General Response and General Objections

5  above, as though fully set forth herein and specifically incorporates General

6  Objection No. 15 (regarding Definitions), including without limitation MGA's

7  objection to the definition of the terms BRATZ.  MGA further objects to the request

8  to the extent it seeks the production of documents that are protected from disclosure

9  under any applicable privilege, doctrine or immunity, including without limitation

10  the attorney-client privilege, the work product doctrine, the right of privacy, and all

11  other privileges recognized under the constitutional, statutory or decisional law of

12  the United States of America, the State of California or any other applicable

13  jurisdiction.  MGA further objects to this request on the grounds that it is overly

14  broad and unduly burdensome in that it seeks documents not relevant to the claims or

15  defenses in this action and not reasonably calculated to lead to the discovery of

16  admissible evidence.  Mattel has not demonstrated how *all* DOCUMENTS

17  referencing MGA's alleged or potential trade dress in BRATZ could be relevant to

18  the claims and defenses in this action.  The request is not limited to the subject

19  matter of this action and is thus impermissibly overbroad.  See Aug. 13 Order at

20  9:17-20; May 22 Order at 21:5-7.  MGA further objects to this request as being

21  overly broad and unduly burdensome on the grounds that it is not limited in time or

22  geographical scope.  MGA further objects to this request on the grounds that the term

23  BRATZ renders the request vague, ambiguous, overly broad and unduly burdensome.

24  MGA further objects to the request to the extent that it seeks documents that by

25  reason of public filing, public distribution or otherwise are already in Mattel's

26  possession or are readily accessible to Mattel.  MGA further objects to the request to

27  the extent that it seeks documents not in MGA's possession, custody or control.

28  MGA further objects to the request to the extent it seeks confidential, proprietary or

1  commercially sensitive information, the disclosure of which would be inimical to the

2  business interests of MGA.

3           MGA further objects to this request as cumulative, duplicative, and unduly

4  burdensome to the extent that it seeks documents previously requested by Mattel or

5  produced by MGA in response to Mattel's document requests, including, but not

6  limited to:  Request Nos. 5-12, 20, and 46-47 from Mattel, Inc.'s First Set of

7  Requests for Documents and Things re Claims of Unfair Competition to MGA

8  Entertainment, Inc., Request Nos. 90 from Mattel's First Set of Requests for

9  Production of Documents and Tangible Things to MGA, and Request No. 182 from

10  Mattel's First Set of Requests for Documents and Things to Isaac Larian.

11  REQUEST FOR PRODUCTION NO. 27:

12           To the extent not produced in response to any other Request for Production, all

13  DOCUMENTS, including without limitation pleadings, in which YOU have

14  referenced or described YOUR alleged copyright rights or potential copyright rights

15  in BRATZ.

16  RESPONSE TO REQUEST FOR PRODUCTION NO. 27:

17           MGA incorporates by reference its General Response and General Objections

18  above, as though fully set forth herein and specifically incorporates General

19  Objection No. 15 (regarding Definitions), including without limitation MGA's

20  objection to the definition of the terms BRATZ.  MGA further objects to the request

21  to the extent it seeks the production of documents that are protected from disclosure

22  under any applicable privilege, doctrine or immunity, including without limitation

23  the attorney-client privilege, the work product doctrine, the right of privacy, and all

24  other privileges recognized under the constitutional, statutory or decisional law of

25  the United States of America, the State of California or any other applicable

26  jurisdiction.  MGA further objects to this request on the grounds that it is overly

27  broad and unduly burdensome in that it seeks documents not relevant to the claims or

28  defenses in this action and not reasonably calculated to lead to the discovery of

50

1  admissible evidence.  Mattel has not demonstrated how *all* DOCUMENTS

2  referencing MGA's alleged or potential copyright rights in BRATZ could be relevant

3  to the claims and defenses in this action.  The request is not limited to the subject

4  matter of this action and is thus impermissibly overbroad.  <u>See</u> Aug. 13 Order at

5  9:17-20; May 22 Order at 21:5-7.  MGA further objects to this request as being

6  overly broad and unduly burdensome on the grounds that it is not limited in time or

7  geographical scope.  MGA further objects to this request on the grounds that the term

8  BRATZ renders the request vague, ambiguous, overly broad and unduly burdensome.

9  MGA further objects to the request to the extent that it seeks documents that by

10  reason of public filing, public distribution or otherwise are already in Mattel's

11  possession or are readily accessible to Mattel.  MGA further objects to the request to

12  the extent that it seeks documents not in MGA's possession, custody or control.

13  MGA further objects to the request to the extent it seeks confidential, proprietary or

14  commercially sensitive information, the disclosure of which would be inimical to the

15  business interests of MGA.  Such information may also be subject to protective

16  orders governing other litigations thereby precluding disclosure in response to this

17  request.

18       MGA further objects to this request as cumulative, duplicative, and unduly

19  burdensome to the extent that it seeks documents previously requested by Mattel or

20  produced by MGA in response to Mattel's document requests, including, but not

21  limited to:  Request Nos. 5-12, 20, and 46-47 from Mattel, Inc.'s First Set of

22  Requests for Documents and Things re Claims of Unfair Competition to MGA

23  Entertainment, Inc., Request No. 90 from Mattel's First Set of Requests for

24  Production of Documents and Tangible Things to MGA, and Request No. 182 from

25  Mattel's First Set of Requests for Documents and Things to Isaac Larian.

26  <u>REQUEST FOR PRODUCTION NO. 28:</u>

27       To the extent not produced in response to any other Request for Production, all

28  DOCUMENTS, including without limitation pleadings, in which YOU have

51

1  referenced or described YOUR alleged patent rights or potential patent rights in

2  BRATZ.

3  RESPONSE TO REQUEST FOR PRODUCTION NO. 28:

4       MGA incorporates by reference its General Response and General Objections

5  above, as though fully set forth herein and specifically incorporates General

6  Objection No. 15 (regarding Definitions), including without limitation MGA's

7  objection to the definition of the terms BRATZ.  MGA further objects to the request

8  to the extent it seeks the production of documents that are protected from disclosure

9  under any applicable privilege, doctrine or immunity, including without limitation

10  the attorney-client privilege, the work product doctrine, the right of privacy, and all

11  other privileges recognized under the constitutional, statutory or decisional law of

12  the United States of America, the State of California or any other applicable

13  jurisdiction.  MGA further objects to this request on the grounds that it is overly

14  broad and unduly burdensome in that it seeks documents not relevant to the claims or

15  defenses in this action and not reasonably calculated to lead to the discovery of

16  admissible evidence.  Mattel has not demonstrated how *all* DOCUMENTS

17  referencing MGA's alleged or potential patent rights in BRATZ could be relevant to

18  the claims and defenses in this action.  The request is not limited to the subject

19  matter of this action and is thus impermissibly overbroad.  See Aug. 13 Order at

20  9:17-20; May 22 Order at 21:5-7.  MGA further objects to this request as being

21  overly broad and unduly burdensome on the grounds that it is not limited in time or

22  geographical scope.  MGA further objects to this request on the grounds that the term

23  BRATZ renders the request vague, ambiguous, overly broad and unduly burdensome.

24  MGA further objects to the request to the extent that it seeks documents that by

25  reason of public filing, public distribution or otherwise are already in Mattel's

26  possession or are readily accessible to Mattel.  MGA further objects to the request to

27  the extent that it seeks documents not in MGA's possession, custody or control.

28  MGA further objects to the request to the extent it seeks confidential, proprietary or

52

1  commercially sensitive information, the disclosure of which would be inimical to the

2  business interests of MGA.

3         MGA further objects to this request as cumulative, duplicative, and unduly

4  burdensome to the extent that it seeks documents previously requested by Mattel or

5  produced by MGA in response to Mattel's document requests, including, but not

6  limited to:  Request Nos. 5-12, 20, and 46-47 from Mattel, Inc.'s First Set of

7  Requests for Documents and Things re Claims of Unfair Competition to MGA

8  Entertainment, Inc., Request No. 90 from Mattel's First Set of Requests for

9  Production of Documents and Tangible Things to MGA, and Request No. 182 from

10  Mattel's First Set of Requests for Documents and Things to Isaac Larian.

11  REQUEST FOR PRODUCTION NO. 29:

12         All DOCUMENTS that REFER OR RELATE TO any agreements settling,

13  resolving, compromising or otherwise disposing of the BRATZ LAWSUITS.

14  RESPONSE TO REQUEST FOR PRODUCTION NO. 29:

15         MGA incorporates by reference its General Response and General Objections

16  above, as though fully set forth herein and specifically incorporates General

17  Objection No. 15 (regarding Definitions), including without limitation MGA's

18  objection to the definition of the terms BRATZ LAWSUITS and REFER OR

19  RELATE TO.  MGA further objects to the request to the extent it seeks the

20  production of documents that are protected from disclosure under any applicable

21  privilege, doctrine or immunity, including without limitation the attorney-client

22  privilege, the work product doctrine, the right of privacy, and all other privileges

23  recognized under the constitutional, statutory or decisional law of the United States

24  of America, the State of California or any other applicable jurisdiction.  MGA further

25  objects to this request on the grounds that it is overly broad and unduly burdensome

26  in that it seeks documents not relevant to the claims or defenses in this action and not

27  reasonably calculated to lead to the discovery of admissible evidence.  Mattel has not

28  demonstrated how *all* DOCUMENTS that REFER OR RELATE TO any agreements

MGA'S RESPONSES TO MATTEL'S THIRD
SET OF REQUESTS FOR PRODUCTION

CASE NO. CV 04-9049 SGL (RNBx)

EXHIBIT 2 , PAGE 53

1  settling, resolving, compromising or otherwise disposing of the BRATZ LAWSUITS

2  could be relevant to the claims and defenses in this action.  The request is not limited

3  to the subject matter of this action and is thus impermissibly overbroad.  See Aug. 13

4  Order at 9:17-20; May 22 Order at 21:5-7.  MGA further objects to this request as

5  being overly broad and unduly burdensome on the grounds that it is not limited in

6  time.  MGA further objects to this request on the grounds that the terms BRATZ and

7  REFER OR RELATE TO render the request vague, ambiguous, overly broad and

8  unduly burdensome.  MGA further objects to the phrase "agreements settling,

9  resolving, compromising or otherwise disposing of" as vague and ambiguous.  MGA

10  further objects to the request to the extent that it seeks documents that by reason of

11  public filing, public distribution or otherwise are already in Mattel's possession or

12  are readily accessible to Mattel.  MGA further objects to the request to the extent that

13  it seeks documents not in MGA's possession, custody or control.  MGA further

14  objects to the request to the extent it seeks confidential, proprietary or commercially

15  sensitive information, the disclosure of which would be inimical to the business

16  interests of MGA.  Such information may also be confidential and subject to

17  protective orders governing other litigations or other non-disclosure or

18  confidentiality agreements thereby precluding disclosure in response to this request.

19  MGA further objects to the request to the extent it violates the privacy rights of third

20  parties to their private, confidential, proprietary or trade secret information.

21       MGA further objects to this request as cumulative, duplicative, and unduly

22  burdensome to the extent that it seeks documents previously requested by Mattel or

23  produced by MGA in response to Mattel's document requests, including, but not

24  limited to:  Request No. 125 from Mattel's First Set of Requests for Production of

25  Documents and Tangible Things to MGA.

26  REQUEST FOR PRODUCTION NO. 30:

27       All DOCUMENTS that REFER OR RELATE TO any agreements settling,

28  resolving, compromising or otherwise disposing of any legal proceedings in which

1 | YOU have claimed that any product sold, offered for sale, manufactured, distributed,

2 | promoted or advertised by such PERSON infringes, dilutes or is confusingly similar

3 | to BRATZ.

4 | RESPONSE TO REQUEST FOR PRODUCTION NO. 30:

5 |      MGA incorporates by reference its General Response and General Objections

6 | above, as though fully set forth herein and specifically incorporates General

7 | Objection No. 15 (regarding Definitions), including without limitation MGA's

8 | objection to the definition of the terms BRATZ and REFER OR RELATE TO.

9 | MGA further objects to the request to the extent it seeks the production of documents

10 | that are protected from disclosure under any applicable privilege, doctrine or

11 | immunity, including without limitation the attorney-client privilege, the work

12 | product doctrine, the right of privacy, and all other privileges recognized under the

13 | constitutional, statutory or decisional law of the United States of America, the State

14 | of California or any other applicable jurisdiction.  MGA further objects to this

15 | request on the grounds that it is overly broad and unduly burdensome in that it seeks

16 | documents not relevant to the claims or defenses in this action and not reasonably

17 | calculated to lead to the discovery of admissible evidence.  Mattel has not

18 | demonstrated how *all* DOCUMENTS that REFER OR RELATE TO any agreements

19 | settling, resolving, compromising or otherwise disposing of any legal proceedings in

20 | which MGA claimed any product "infringes, dilutes or is confusingly similar" to

21 | BRATZ could be relevant to the claims and defenses in this action.  The request is

22 | not limited to the subject matter of this action and is thus impermissibly overbroad.

23 | See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.  MGA further objects to this

24 | request as being overly broad and unduly burdensome on the grounds that it is not

25 | limited in time or geographic scope.  MGA further objects to this request on the

26 | grounds that the terms BRATZ and REFER OR RELATE TO render the request

27 | vague, ambiguous, overly broad and unduly burdensome.  MGA further objects to

28 | the phrases "agreements settling, resolving, compromising or otherwise disposing

MGA'S RESPONSES TO MATTEL'S THIRD
SET OF REQUESTS FOR PRODUCTION

CASE NO. CV 04-9049 SGL (RNBx)

EXHIBIT 2 , PAGE 85

1  of" and "infringes, dilutes or is confusingly similar" as vague and ambiguous.  MGA

2  further objects to the request to the extent that it seeks documents that by reason of

3  public filing, public distribution or otherwise are already in Mattel's possession or

4  are readily accessible to Mattel.  MGA further objects to the request to the extent that

5  it seeks documents not in MGA's possession, custody or control.  MGA further

6  objects to the request to the extent it seeks confidential, proprietary or commercially

7  sensitive information, the disclosure of which would be inimical to the business

8  interests of MGA.  Such information may also be subject to protective orders

9  governing other litigations or other non-disclosure or confidentiality agreements

10  thereby precluding disclosure in response to this request.

11      MGA further objects to this request as cumulative, duplicative, and unduly

12  burdensome to the extent that it seeks documents previously requested by Mattel or

13  produced by MGA in response to Mattel's document requests, including, but not

14  limited to:  Request Nos. 45 and 123 from Mattel, Inc.'s First Set of Requests for

15  Documents and Things re Claims of Unfair Competition to MGA Entertainment, Inc.

16  REQUEST FOR PRODUCTION NO. 31:

17      All DOCUMENTS that REFER OR RELATE to any use or considered,

18  proposed or potential use, of the term "Jade" in connection with any MGA doll,

19  product or other matter, including without limitation all trademark search report for

20  "Jade."

21  RESPONSE TO REQUEST FOR PRODUCTION NO. 31:

22      MGA incorporates by reference its General Response and General Objections

23  above, as though fully set forth herein and specifically incorporates General

24  Objection No. 15 (regarding Definitions), including without limitation MGA's

25  objection to the definition of the term REFER OR RELATE TO.  MGA further

26  objects to the request to the extent it seeks the production of documents that are

27  protected from disclosure under any applicable privilege, doctrine or immunity,

28  including without limitation the attorney-client privilege, the work product doctrine,

56

MGA'S RESPONSES TO MATTEL'S THIRD          CASE NO. CV 04-9049 SGL (RNBx)
SET OF REQUESTS FOR PRODUCTION

EXHIBIT __2__, PAGE __56__

1  the right of privacy, and all other privileges recognized under the constitutional,

2  statutory or decisional law of the United States of America, the State of California or

3  any other applicable jurisdiction.  MGA further objects to this request on the grounds

4  that it is overly broad and unduly burdensome in that it seeks documents not relevant

5  to the claims or defenses in this action and not reasonably calculated to lead to the

6  discovery of admissible evidence.  Mattel has not demonstrated how *all*

7  DOCUMENTS that REFER OR RELATE TO any use or considered, proposed or

8  potential use of the term "Jade" in connection with any MGA doll, product or other

9  matter could be relevant to the claims and defenses in this action.  The request is not

10  limited to the subject matter of this action and is thus impermissibly overbroad.  <u>See</u>

11  Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.  MGA further objects to this

12  request as being overly broad and unduly burdensome on the grounds that it is not

13  limited in time or geographic scope.  MGA further objects to this request on the

14  grounds that the term REFER OR RELATE TO renders the request vague,

15  ambiguous, overly broad and unduly burdensome.  MGA further objects to the term

16  "Jade" as vague and ambiguous.  MGA further objects to the request to the extent

17  that it seeks documents that by reason of public filing, public distribution or

18  otherwise are already in Mattel's possession or are readily accessible to Mattel.

19  MGA further objects to the request to the extent that it seeks documents not in

20  MGA's possession, custody or control.  MGA further objects to the request to the

21  extent it seeks confidential, proprietary or commercially sensitive information, the

22  disclosure of which would be inimical to the business interests of MGA.

23       MGA further objects to this request as cumulative, duplicative, and unduly

24  burdensome to the extent that it seeks documents previously requested by Mattel or

25  produced by MGA in response to Mattel's document requests, including, but not

26  limited to:  Request Nos. 5 and 39 from Mattel, Inc.'s First Set of Requests for

27  Documents and Things re Claims of Unfair Competition to MGA Entertainment, Inc.,

28

57

MGA'S RESPONSES TO MATTEL'S THIRD
SET OF REQUESTS FOR PRODUCTION

CASE NO. CV 04-9049 SGL (RNBx)

EXHIBIT 2 , PAGE 57

1  and Request No. 229 from Mattel's First Set of Requests for Documents and Things

2  to Isaac Larian.

3  REQUEST FOR PRODUCTION NO. 32:

4      All DOCUMENTS that REFER OR RELATE to when and the circumstances

5  under which Sandra Bilotto first came to YOUR attention.

6  RESPONSE TO REQUEST FOR PRODUCTION NO. 32:

7      MGA incorporates by reference its General Response and General Objections

8  above, as though fully set forth herein and specifically incorporates General

9  Objection No. 15 (regarding Definitions), including without limitation MGA's

10  objection to the definition of the term REFER OR RELATE TO.  MGA further

11  objects to the request to the extent it seeks the production of documents that are

12  protected from disclosure under any applicable privilege, doctrine or immunity,

13  including without limitation the attorney-client privilege, the work product doctrine,

14  the right of privacy, and all other privileges recognized under the constitutional,

15  statutory or decisional law of the United States of America, the State of California or

16  any other applicable jurisdiction.  MGA further objects to this request on the grounds

17  that it is overly broad and unduly burdensome in that it seeks documents not relevant

18  to the claims or defenses in this action and not reasonably calculated to lead to the

19  discovery of admissible evidence.  Mattel has not demonstrated how *all*

20  DOCUMENTS that REFER OR RELATE TO when and the circumstances under

21  which Sandra Bilotto first came to MGA's attention could be relevant to the claims

22  and defenses in this action.  The request is not limited to the subject matter of this

23  action and is thus impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22

24  Order at 21:5-7.  MGA further objects to this request on the grounds that the term

25  REFER OR RELATE TO renders the request vague, ambiguous, overly broad and

26  unduly burdensome.  MGA further objects to the phrase "came to YOUR attention"

27  as vague and ambiguous.  MGA further objects to the request to the extent it seeks

28  confidential, proprietary or commercially sensitive information, the disclosure of

58

MGA'S RESPONSES TO MATTEL'S THIRD
SET OF REQUESTS FOR PRODUCTION

CASE NO. CV 04-9049 SGL (RNBx)

EXHIBIT 2 , PAGE 88

1 | which would be inimical to the business interests of MGA. MGA further objects to

2 | this request as cumulative, duplicative, and unduly burdensome to the extent that it

3 | seeks documents previously requested by Mattel or produced by MGA in response to

4 | Mattel's document requests.

5 | REQUEST FOR PRODUCTION NO. 33:

6 |      All DOCUMENTS that REFER OR RELATE to when and the circumstances

7 | under which YOU first hired or engaged for any reason Sandra Bilotto.

8 | RESPONSE TO REQUEST FOR PRODUCTION NO. 33:

9 |      MGA incorporates by reference its General Response and General Objections

10 | above, as though fully set forth herein and specifically incorporates General

11 | Objection No. 15 (regarding Definitions), including without limitation MGA's

12 | objection to the definition of the term REFER OR RELATE TO. MGA further

13 | objects to the request to the extent it seeks the production of documents that are

14 | protected from disclosure under any applicable privilege, doctrine or immunity,

15 | including without limitation the attorney-client privilege, the work product doctrine,

16 | the right of privacy, and all other privileges recognized under the constitutional,

17 | statutory or decisional law of the United States of America, the State of California or

18 | any other applicable jurisdiction. MGA further objects to this request on the grounds

19 | that it is overly broad and unduly burdensome in that it seeks documents not relevant

20 | to the claims or defenses in this action and not reasonably calculated to lead to the

21 | discovery of admissible evidence. Mattel has not demonstrated how *all*

22 | DOCUMENTS that REFER OR RELATE TO when and the circumstances under

23 | which MGA first hired or engaged for any reason Sandra Bilotto could be relevant to

24 | the claims and defenses in this action. The request is not limited to the subject

25 | matter of this action and is thus impermissibly overbroad. See Aug. 13 Order at

26 | 9:17-20; May 22 Order at 21:5-7. MGA further objects to this request as being

27 | overly broad and unduly burdensome on the grounds that it is not limited in time or

28 | geographic scope. MGA further objects to this request on the grounds that the term

MGA'S RESPONSES TO MATTEL'S THIRD
SET OF REQUESTS FOR PRODUCTION

CASE NO. CV 04-9049 SGL (RNBx)

EXHIBIT 2 , PAGE 89

1  REFER OR RELATE TO renders the request vague, ambiguous, overly broad and

2  unduly burdensome.  MGA further objects to the phrase "hired or engaged for any

3  reason" as vague and ambiguous.  MGA further objects to the request to the extent it

4  seeks confidential, proprietary or commercially sensitive information, the disclosure

5  of which would be inimical to the business interests of MGA.  MGA further objects

6  to this request as cumulative, duplicative, and unduly burdensome to the extent that it

7  seeks documents previously requested by Mattel or produced by MGA in response to

8  Mattel's document requests.

9  REQUEST FOR PRODUCTION NO. 34:

10       All DOCUMENTS that REFER OR RELATE to the work or services that

11  Sandra Bilotto provided to YOU in connection with her first engagement by YOU,

12  including without limitation all invoices relating thereto.

13  RESPONSE TO REQUEST FOR PRODUCTION NO. 34:

14       MGA incorporates by reference its General Response and General Objections

15  above, as though fully set forth herein and specifically incorporates General

16  Objection No. 15 (regarding Definitions), including without limitation MGA's

17  objection to the definition of the term REFER OR RELATE TO.  MGA further

18  objects to the request to the extent it seeks the production of documents that are

19  protected from disclosure under any applicable privilege, doctrine or immunity,

20  including without limitation the attorney-client privilege, the work product doctrine,

21  the right of privacy, and all other privileges recognized under the constitutional,

22  statutory or decisional law of the United States of America, the State of California or

23  any other applicable jurisdiction.  MGA further objects to this request on the grounds

24  that it is overly broad and unduly burdensome in that it seeks documents not relevant

25  to the claims or defenses in this action and not reasonably calculated to lead to the

26  discovery of admissible evidence.  Mattel has not demonstrated how *all*

27  DOCUMENTS that REFER OR RELATE TO the work or services that Sandra

28  Bilotto provided to MGA in connection with her first engagement by MGA could be

60

MGA'S RESPONSES TO MATTEL'S THIRD
SET OF REQUESTS FOR PRODUCTION

CASE NO. CV 04-9049 SGL (RNBx)
EXHIBIT  2 , PAGE 90

1  relevant to the claims and defenses in this action.  The request is not limited to the

2  subject matter of this action and is thus impermissibly overbroad.  See Aug. 13 Order

3  at 9:17-20; May 22 Order at 21:5-7.  MGA further objects to this request as being

4  overly broad and unduly burdensome on the grounds that it is not limited in time or

5  geographic scope.  MGA further objects to this request on the grounds that the term

6  REFER OR RELATE TO renders the request vague, ambiguous, overly broad and

7  unduly burdensome.  MGA further objects to the phrase "work or services that

8  Sandra Bilotto provided to MGA in connection with her first engagement by MGA"

9  as vague and ambiguous.  MGA further objects to the request to the extent it seeks

10  confidential, proprietary or commercially sensitive information, the disclosure of

11  which would be inimical to the business interests of MGA.

12      MGA further objects to this request as cumulative, duplicative, and unduly

13  burdensome to the extent that it seeks documents previously requested by Mattel or

14  produced by MGA in response to Mattel's document requests, including, but not

15  limited to:  Request No. 60 from Mattel, Inc.'s First Set of Requests for Documents

16  and Things re Claims of Unfair Competition to MGA Entertainment, Inc., and

17  Request No. 201 from Mattel's First Set of Requests for Documents and Things to

18  Isaac Larian.

19  REQUEST FOR PRODUCTION NO. 35:

20      All DOCUMENTS that REFER OR RELATE to work or services provided by

21  Sandra Bilotto to YOU prior to January 1, 2001.

22  RESPONSE TO REQUEST FOR PRODUCTION NO. 35:

23      MGA incorporates by reference its General Response and General Objections

24  above, as though fully set forth herein and specifically incorporates General

25  Objection No. 15 (regarding Definitions), including without limitation MGA's

26  objection to the definition of the term REFER OR RELATE TO.  MGA further

27  objects to the request to the extent it seeks the production of documents that are

28  protected from disclosure under any applicable privilege, doctrine or immunity,

61

1 | including without limitation the attorney-client privilege, the work product doctrine,
2 | the right of privacy, and all other privileges recognized under the constitutional,
3 | statutory or decisional law of the United States of America, the State of California or
4 | any other applicable jurisdiction. MGA further objects to this request on the grounds
5 | that it is overly broad and unduly burdensome in that it seeks documents not relevant
6 | to the claims or defenses in this action and not reasonably calculated to lead to the
7 | discovery of admissible evidence. Mattel has not demonstrated how *all*
8 | DOCUMENTS that REFER OR RELATE TO "work or services provided by Sandra
9 | Bilotto" to MGA prior to January 1, 2001 could be relevant to the claims and
10 | defenses in this action. The request is not limited to the subject matter of this action
11 | and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order
12 | at 21:5-7. 5-7. MGA further objects to this request on the grounds that the term
13 | REFER OR RELATE TO renders the request vague, ambiguous, overly broad and
14 | unduly burdensome. MGA further objects to the phrase "work or services provided
15 | by Sandra Bilotto" as vague and ambiguous. MGA further objects to the request to
16 | the extent it seeks confidential, proprietary or commercially sensitive information,
17 | the disclosure of which would be inimical to the business interests of MGA. MGA
18 | further objects to the request to the extent it violates the privacy rights of third parties
19 | to their private, confidential, proprietary or trade secret information.

20 |       MGA further objects to this request as cumulative, duplicative, and unduly
21 | burdensome to the extent that it seeks documents previously requested by Mattel or
22 | produced by MGA in response to Mattel's document requests, including, but not
23 | limited to:  Request No. 60 from Mattel, Inc.'s First Set of Requests for Documents
24 | and Things re Claims of Unfair Competition to MGA Entertainment, Inc., and
25 | Request No. 201 from Mattel's First Set of Requests for Documents and Things to
26 | Isaac Larian.

27 |
28 |

MGA'S RESPONSES TO MATTEL'S THIRD
SET OF REQUESTS FOR PRODUCTION

CASE NO. CV 04-9049 SGL (RNBx)

EXHIBIT  2   PAGE 9 2

REQUEST FOR PRODUCTION NO. 36:

All DOCUMENTS that REFER OR RELATE to work or services provided by Sandra Bilotto to MATTEL prior to January 1, 2001.

RESPONSE TO REQUEST FOR PRODUCTION NO. 36:

MGA incorporates by reference its General Response and General Objections above, as though fully set forth herein and specifically incorporates General Objection No. 15 (regarding Definitions), including without limitation MGA's objection to the definition of the term REFER OR RELATE TO. MGA further objects to the request to the extent it seeks the production of documents that are protected from disclosure under any applicable privilege, doctrine or immunity, including without limitation the attorney-client privilege, the work product doctrine, the right of privacy, and all other privileges recognized under the constitutional, statutory or decisional law of the United States of America, the State of California or any other applicable jurisdiction. MGA further objects to this request on the grounds that it is overly broad and unduly burdensome in that it seeks documents not relevant to the claims or defenses in this action and not reasonably calculated to lead to the discovery of admissible evidence. Mattel has not demonstrated how *all* DOCUMENTS that REFER OR RELATE TO "work or services provided by Sandra Bilotto to MATTEL" could be relevant to the claims and defenses in this action. The request is not limited to the subject matter of this action and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7. MGA further objects to this request on the grounds that the term REFER OR RELATE TO renders the request vague, ambiguous, overly broad and unduly burdensome. MGA further objects to the phrase "work or services provided by Sandra Bilotto to MATTEL" as vague and ambiguous. MGA further objects to the request to the extent that it seeks documents known to and within the possession, custody and control of Mattel. MGA further objects to the request to the extent that it seeks documents not in MGA's possession, custody or control. MGA further objects to this request as

63

MGA'S RESPONSES TO MATTEL'S THIRD
SET OF REQUESTS FOR PRODUCTION

CASE NO. CV 04-9049 SGL (RNBx)

1  cumulative, duplicative, and unduly burdensome to the extent that it seeks

2  documents previously requested by Mattel or produced by MGA in response to

3  Mattel's document requests.

4  REQUEST FOR PRODUCTION NO. 37:

5        All tangible items, including without limitation all head sculpts, prototypes

6  and models, provided by Sandra Bilotto to YOU prior to January 1, 2001.

7  RESPONSE TO REQUEST FOR PRODUCTION NO. 37:

8        MGA incorporates by reference its General Response and General Objections

9  above, as though fully set forth herein and specifically incorporates General

10  Objection No. 15 (regarding Definitions).  MGA further objects to the request to the

11  extent it seeks the production of tangible items that are protected from disclosure

12  under any applicable privilege, doctrine or immunity, including without limitation

13  the attorney-client privilege, the work product doctrine, the right of privacy, and all

14  other privileges recognized under the constitutional, statutory or decisional law of

15  the United States of America, the State of California or any other applicable

16  jurisdiction.  MGA further objects to this request on the grounds that it is overly

17  broad and unduly burdensome in that it seeks tangible items not relevant to the

18  claims or defenses in this action and not reasonably calculated to lead to the

19  discovery of admissible evidence.  Mattel has not demonstrated how *all* tangible

20  items provided by Sandra Bilotto to MGA prior to January 1, 2001 could be relevant

21  to the claims and defenses in this action.  The request is not limited to the subject

22  matter of this action and is thus impermissibly overbroad.  See Aug. 13 Order at

23  9:17-20; May 22 Order at 21:5-7.  MGA further objects to this request on the

24  grounds that the phrase "all head sculpts, prototypes and models provided by Sandra

25  Bilotto to MGA" is  vague and ambiguous.  MGA further objects to the request to

26  the extent it seeks confidential, proprietary or commercially sensitive information,

27  the disclosure of which would be inimical to the business interests of MGA.  MGA

28  further objects to this request as cumulative, duplicative, and unduly burdensome to

64

MGA'S RESPONSES TO MATTEL'S THIRD          CASE NO. CV 04-9049 SGL (RNBx)
SET OF REQUESTS FOR PRODUCTION

EXHIBIT  2 , PAGE 93

1  the extent that it seeks items previously requested by Mattel or produced by MGA in

2  response to Mattel's document requests.

3  <u>REQUEST FOR PRODUCTION NO. 38:</u>

4      All DOCUMENTS that REFER OR RELATE to YOUR knowledge of the

5  work or services provided by Sandra Bilotto to MATTEL prior to January 1, 2001,

6  regardless of when such knowledge was acquired.

7  <u>RESPONSE TO REQUEST FOR PRODUCTION NO. 38:</u>

8      MGA incorporates by reference its General Response and General Objections

9  above, as though fully set forth herein and specifically incorporates General

10  Objection No. 15 (regarding Definitions), including without limitation MGA's

11  objection to the definition of the term REFER OR RELATE TO. MGA further

12  objects to the request to the extent it seeks the production of documents that are

13  protected from disclosure under any applicable privilege, doctrine or immunity,

14  including without limitation the attorney-client privilege, the work product doctrine,

15  the right of privacy, and all other privileges recognized under the constitutional,

16  statutory or decisional law of the United States of America, the State of California or

17  any other applicable jurisdiction. MGA further objects to this request on the grounds

18  that it is overly broad and unduly burdensome in that it seeks documents not relevant

19  to the claims or defenses in this action and not reasonably calculated to lead to the

20  discovery of admissible evidence. Mattel has not demonstrated how *all*

21  DOCUMENTS that REFER OR RELATE TO MGA's "knowledge of the work or

22  services provided by Sandra Bilotto to MATTEL" could be relevant to the claims

23  and defenses in this action. The request is not limited to the subject matter of this

24  action and is thus impermissibly overbroad. <u>See</u> Aug. 13 Order at 9:17-20; May 22

25  Order at 21:5-7. MGA further objects to this request on the grounds that the term

26  REFER OR RELATE TO renders the request vague, ambiguous, overly broad and

27  unduly burdensome. MGA further objects to the phrase "knowledge of the work or

28  services provided by Sandra Bilotto to MATTEL" as vague and ambiguous. MGA

MGA'S RESPONSES TO MATTEL'S THIRD
SET OF REQUESTS FOR PRODUCTION

CASE NO. CV 04-9049 SGL (RNBx)

EXHIBIT __2__, PAGE 44

1 further objects to this request as cumulative, duplicative, and unduly burdensome to

2 the extent that it seeks documents previously requested by Mattel or produced by

3 MGA in response to Mattel's document requests.

4 REQUEST FOR PRODUCTION NO. 39:

5      All DOCUMENTS that REFER OR RELATE to payments made by YOU to

6 Sandra Bilotto prior to January 1, 2001.

7 RESPONSE TO REQUEST FOR PRODUCTION NO. 39:

8      MGA incorporates by reference its General Response and General Objections

9 above, as though fully set forth herein and specifically incorporates General

10 Objection No. 15 (regarding Definitions), including without limitation MGA's

11 objection to the definition of the term REFER OR RELATE TO. MGA further

12 objects to the request to the extent it seeks the production of documents that are

13 protected from disclosure under any applicable privilege, doctrine or immunity,

14 including without limitation the attorney-client privilege, the work product doctrine,

15 the right of privacy, and all other privileges recognized under the constitutional,

16 statutory or decisional law of the United States of America, the State of California or

17 any other applicable jurisdiction. MGA further objects to this request on the grounds

18 that it is overly broad and unduly burdensome in that it seeks documents not relevant

19 to the claims or defenses in this action and not reasonably calculated to lead to the

20 discovery of admissible evidence. Mattel has not demonstrated how *all*

21 DOCUMENTS that REFER OR RELATE TO payments made by MGA to Sandra

22 Bilotto prior to January 1, 2001 could be relevant to the claims and defenses in this

23 action. The request is not limited to the subject matter of this action and is thus

24 impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.

25 MGA further objects to this request on the grounds that the term REFER OR

26 RELATE TO renders the request vague, ambiguous, overly broad and unduly

27 burdensome. MGA further objects to the request to the extent it seeks confidential,

28 proprietary or commercially sensitive information, the disclosure of which would be

66

MGA'S RESPONSES TO MATTEL'S THIRD
SET OF REQUESTS FOR PRODUCTION

CASE NO. CV 04-9049 SGL (RNBx)

EXHIBIT 2, PAGE 95

1  inimical to the business interests of MGA.  Such information may also be subject to

2  protective orders governing other litigations thereby precluding disclosure in

3  response to this request.  MGA further objects to the request to the extent it violates

4  the privacy rights of third parties to their private, confidential, proprietary or trade

5  secret information.

6      MGA further objects to this request as cumulative, duplicative, and unduly

7  burdensome to the extent that it seeks documents previously requested by Mattel or

8  produced by MGA in response to Mattel's document requests, including, but not

9  limited to:  Request No. 60 from Mattel, Inc.'s First Set of Requests for Documents

10 and Things re Claims of Unfair Competition to MGA Entertainment, Inc., and

11 Request No. 201 from Mattel's First Set of Requests for Documents and Things to

12 Isaac Larian.

13 REQUEST FOR PRODUCTION NO. 40:

14     All DOCUMENTS that REFER OR RELATE to payments made by YOU to

15 Sandra Bilotto after January 1, 2001.

16 RESPONSE TO REQUEST FOR PRODUCTION NO. 40:

17     MGA incorporates by reference its General Response and General Objections

18 above, as though fully set forth herein and specifically incorporates General

19 Objection No. 15 (regarding Definitions), including without limitation MGA's

20 objection to the definition of the term REFER OR RELATE TO.  MGA further

21 objects to the request to the extent it seeks the production of documents that are

22 protected from disclosure under any applicable privilege, doctrine or immunity,

23 including without limitation the attorney-client privilege, the work product doctrine,

24 the right of privacy, and all other privileges recognized under the constitutional,

25 statutory or decisional law of the United States of America, the State of California or

26 any other applicable jurisdiction.  MGA further objects to this request on the grounds

27 that it is overly broad and unduly burdensome in that it seeks documents not relevant

28 to the claims or defenses in this action and not reasonably calculated to lead to the

67

1  discovery of admissible evidence.  Mattel has not demonstrated how *all*

2  DOCUMENTS that REFER OR RELATE TO payments made by MGA to Sandra

3  Bilotto after January 1, 2001 could be relevant to the claims and defenses in this

4  action.  The request is not limited to the subject matter of this action and is thus

5  impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.

6  MGA further objects to this request on the grounds that the term REFER OR

7  RELATE TO renders the request vague, ambiguous, overly broad and unduly

8  burdensome.  MGA further objects to the request to the extent it seeks confidential,

9  proprietary or commercially sensitive information, the disclosure of which would be

10  inimical to the business interests of MGA.  MGA further objects to the request to the

11  extent it violates the privacy rights of third parties to their private, confidential,

12  proprietary or trade secret information.

13      MGA further objects to this request as cumulative, duplicative, and unduly

14  burdensome to the extent that it seeks documents previously requested by Mattel or

15  produced by MGA in response to Mattel's document requests, including, but not

16  limited to:  Request No. 60 from Mattel, Inc.'s First Set of Requests for Documents

17  and Things re Claims of Unfair Competition to MGA Entertainment, Inc., and

18  Request No. 201 from Mattel's First Set of Requests for Documents and Things to

19  Isaac Larian.

20  REQUEST FOR PRODUCTION NO. 41:

21      All COMMUNICATIONS between Isaac Larian and Sandra Bilotto, including

22  without limitation all such COMMUNICATIONS that REFER OR RELATE TO

23  MATTEL, any MATTEL doll or product, BRYANT or BRATZ.

24  RESPONSE TO REQUEST FOR PRODUCTION NO. 41:

25      MGA incorporates by reference its General Response and General Objections

26  above, as though fully set forth herein and specifically incorporates General

27  Objection No. 15 (regarding Definitions), including without limitation MGA's

28  objection to the definition of the terms BRATZ and REFER OR RELATE TO.

MGA'S RESPONSES TO MATTEL'S THIRD                    CASE NO. CV 04-9049 SGL (RNBx)
SET OF REQUESTS FOR PRODUCTION                        EXHIBIT 2, PAGE 97

1    MGA further objects to the request to the extent it seeks the production of documents

2    that are protected from disclosure under any applicable privilege, doctrine or

3    immunity, including without limitation the attorney-client privilege, the work

4    product doctrine, the right of privacy, and all other privileges recognized under the

5    constitutional, statutory or decisional law of the United States of America, the State

6    of California or any other applicable jurisdiction.  MGA further objects to this

7    request on the grounds that it is overly broad and unduly burdensome in that it seeks

8    documents not relevant to the claims or defenses in this action and not reasonably

9    calculated to lead to the discovery of admissible evidence.  Mattel has not

10   demonstrated how *all* COMMUNICATIONS between Isaac Larian and Sandra

11   Bilotto could be relevant to the claims and defenses in this action.  The request is not

12   limited to the subject matter of this action and is thus impermissibly overbroad.  See

13   Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.  MGA further objects to this

14   request as being overly broad and unduly burdensome on the grounds that it is not

15   limited in time.  MGA further objects to this request on the grounds that the terms

16   BRATZ and REFER OR RELATE TO renders the request vague, ambiguous, overly

17   broad and unduly burdensome.  MGA further objects to the request to the extent that

18   it seeks documents not in MGA's possession, custody or control.  MGA further

19   objects to the request to the extent it seeks confidential, proprietary or commercially

20   sensitive information, the disclosure of which would be inimical to the business

21   interests of MGA.  MGA further objects to the request to the extent it violates the

22   privacy rights of third parties to their private, confidential, proprietary or trade secret

23   information.  MGA further objects to this request as cumulative, duplicative, and

24   unduly burdensome to the extent that it seeks documents previously requested by

25   Mattel or produced by MGA in response to Mattel's document requests.

26

27

28

EXHIBIT 2 , PAGE 98

MGA'S RESPONSES TO MATTEL'S THIRD
SET OF REQUESTS FOR PRODUCTION

CASE NO. CV 04-9049 SGL (RNBx)

1   REQUEST FOR PRODUCTION NO. 42:

2      All COMMUNICATIONS between Isaac Larian and Paula Garcia, including

3 without limitation all such COMMUNICATIONS that REFER OR RELATE TO

4 MATTEL, any MATTEL doll or product, BRYANT or BRATZ.

5   RESPONSE TO REQUEST FOR PRODUCTION NO. 42:

6      MGA incorporates by reference its General Response and General Objections

7 above, as though fully set forth herein and specifically incorporates General

8 Objection No. 15 (regarding Definitions), including without limitation MGA's

9 objection to the definition of the terms BRATZ and REFER OR RELATE TO.

10 MGA further objects to the request to the extent it seeks the production of documents

11 that are protected from disclosure under any applicable privilege, doctrine or

12 immunity, including without limitation the attorney-client privilege, the work

13 product doctrine, the right of privacy, and all other privileges recognized under the

14 constitutional, statutory or decisional law of the United States of America, the State

15 of California or any other applicable jurisdiction. MGA further objects to this

16 request on the grounds that it is overly broad and unduly burdensome in that it seeks

17 documents not relevant to the claims or defenses in this action and not reasonably

18 calculated to lead to the discovery of admissible evidence. Mattel has not

19 demonstrated how *all* COMMUNICATIONS between Isaac Larian and Paula Garcia

20 could be relevant to the claims and defenses in this action. The request is not limited

21 to the subject matter of this action and is thus impermissibly overbroad. See Aug. 13

22 Order at 9:17-20; May 22 Order at 21:5-7. MGA further objects to this request as

23 being overly broad and unduly burdensome on the grounds that it is not limited in

24 time. MGA further objects to this request on the grounds that the terms BRATZ and

25 REFER OR RELATE TO renders the request vague, ambiguous, overly broad and

26 unduly burdensome. MGA further objects to the request to the extent that it seeks

27 documents not in MGA's possession, custody or control. MGA further objects to the

28 request to the extent it seeks confidential, proprietary or commercially sensitive

MGA'S RESPONSES TO MATTEL'S THIRD
SET OF REQUESTS FOR PRODUCTION

CASE NO. CV 04-9049 SGL (RNBx)
EXHIBIT 2 PAGE 99

1 | information, the disclosure of which would be inimical to the business interests of

2 | MGA. Such information may also be subject to protective orders governing other

3 | litigations thereby precluding disclosure in response to this request.

4 | MGA further objects to this request as cumulative, duplicative, and unduly

5 | burdensome to the extent that it seeks documents previously requested by Mattel or

6 | produced by MGA in response to Mattel's document requests, including, but not

7 | limited to: Request No. 168 from Mattel's First Set of Requests for Documents and

8 | Things to Isaac Larian.

9 | REQUEST FOR PRODUCTION NO. 43:

10 | All DOCUMENTS that REFER OR RELATE TO when and under what

11 | circumstances SCOOTER SAMANTHA was first conceived of, including without

12 | limitation all such DOCUMENTS that identify the PERSON who conceived of

13 | SCOOTER SAMANTHA.

14 | RESPONSE TO REQUEST FOR PRODUCTION NO. 43:

15 | MGA incorporates by reference its General Response and General Objections

16 | above, as though fully set forth herein and specifically incorporates General

17 | Objection No. 15 (regarding Definitions), including without limitation MGA's

18 | objection to the definition of the terms SCOOTER SAMANTHA and REFER OR

19 | RELATE TO. MGA further objects to the request to the extent it seeks the

20 | production of documents that are protected from disclosure under any applicable

21 | privilege, doctrine or immunity, including without limitation the attorney-client

22 | privilege, the work product doctrine, the right of privacy, and all other privileges

23 | recognized under the constitutional, statutory or decisional law of the United States

24 | of America, the State of California or any other applicable jurisdiction. MGA further

25 | objects to this request on the grounds that it is vague and ambiguous in its use of the

26 | phrase "first conceived of." MGA further objects to this request on the grounds that

27 | it is overly broad and unduly burdensome in that it seeks documents not relevant to

28 | the claims or defenses in this action and not reasonably calculated to lead to the

MGA'S RESPONSES TO MATTEL'S THIRD
SET OF REQUESTS FOR PRODUCTION

CASE NO. CV 04-9049 SGL (RNBx)
EXHIBIT 2  PAGE 90

1  discovery of admissible evidence.  Mattel has not demonstrated how *all*

2  DOCUMENTS that REFER OR RELATE TO when and under what circumstances

3  SCOOTER SAMANTHA was "first conceived of" could be relevant to the claims

4  and defenses in this action.  The request is not limited to the subject matter of this

5  action and is thus impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22

6  Order at 21:5-7; see also Magistrate Judge Infante's April 19, 2007 Order ("April 19

7  Order") at 5:26-7:5 (discovery request overbroad where complaint does not even

8  reference the product).  MGA further objects to this request as being overly broad

9  and unduly burdensome on the grounds that it is not limited in time.  MGA further

10  objects to this request on the grounds that the terms SCOOTER SAMANTHA and

11  REFER OR RELATE TO renders the request vague, ambiguous, overly broad and

12  unduly burdensome.  MGA further objects to the request to the extent that it seeks

13  documents that by reason of public filing, public distribution or otherwise are already

14  in Mattel's possession or are readily accessible to Mattel.  MGA further objects to

15  the request to the extent that it seeks documents not in MGA's possession, custody or

16  control.  MGA further objects to the request to the extent it seeks confidential,

17  proprietary or commercially sensitive information, the disclosure of which would be

18  inimical to the business interests of MGA.

19       MGA further objects to this request as cumulative, duplicative, and unduly

20  burdensome to the extent that it seeks documents previously requested by Mattel or

21  produced by MGA in response to Mattel's document requests, including, but not

22  limited to:  Request Nos. 5 and 39 from Mattel, Inc.'s First Set of Requests for

23  Documents and Things re Claims of Unfair Competition to MGA Entertainment, Inc.,

24  and Request No. 229 from Mattel's First Set of Requests for Documents and Things

25  to Isaac Larian.

26

27

28

EXHIBIT _Z_ , PAGE _101_

MGA'S RESPONSES TO MATTEL'S THIRD
SET OF REQUESTS FOR PRODUCTION

CASE NO. CV 04-9049 SGL (RNBx)

REQUEST FOR PRODUCTION NO. 44:

All DOCUMENTS that REFER OR RELATE TO the conception, creation, design, development, sculpting, tooling, production and manufacture of SCOOTER SAMANTHA.

RESPONSE TO REQUEST FOR PRODUCTION NO. 44:

MGA incorporates by reference its General Response and General Objections above, as though fully set forth herein and specifically incorporates General Objection No. 15 (regarding Definitions), including without limitation MGA's objection to the definition of the terms SCOOTER SAMANTHA and REFER OR RELATE TO. MGA further objects to the request to the extent it seeks the production of documents that are protected from disclosure under any applicable privilege, doctrine or immunity, including without limitation the attorney-client privilege, the work product doctrine, the right of privacy, and all other privileges recognized under the constitutional, statutory or decisional law of the United States of America, the State of California or any other applicable jurisdiction. MGA further objects to the phrase "conception, creation, design, development, sculpting, tooling, production and manufacture" as vague and ambiguous. MGA further objects to this request on the grounds that it is overly broad and unduly burdensome in that it seeks documents not relevant to the claims or defenses in this action and not reasonably calculated to lead to the discovery of admissible evidence. Mattel has not demonstrated how *all* DOCUMENTS that REFER OR RELATE TO "the conception, creation, design, development, sculpting, tooling, production and manufacture of SCOOTER SAMANTHA" could be relevant to the claims and defenses in this action. The request is not limited to the subject matter of this action and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7; see also April 19 Order at 5:26-7:5 (discovery request overbroad where complaint does not even reference the product). MGA further objects to this request as being overly broad and unduly burdensome on the grounds that it is not limited in time.

73

1   MGA further objects to this request on the grounds that the terms SCOOTER

2   SAMANTHA and REFER OR RELATE TO renders the request vague, ambiguous,

3   overly broad and unduly burdensome.  MGA further objects to the request to the

4   extent that it seeks documents that by reason of public filing, public distribution or

5   otherwise are already in Mattel's possession or are readily accessible to Mattel.

6   MGA further objects to the request to the extent that it seeks documents not in

7   MGA's possession, custody or control.  MGA further objects to the request to the

8   extent it seeks confidential, proprietary or commercially sensitive information, the

9   disclosure of which would be inimical to the business interests of MGA.

10      MGA further objects to this request as cumulative, duplicative, and unduly

11   burdensome to the extent that it seeks documents previously requested by Mattel or

12   produced by MGA in response to Mattel's document requests, including, but not

13   limited to:  Request Nos. 5 and 39 from Mattel, Inc.'s First Set of Requests for

14   Documents and Things re Claims of Unfair Competition to MGA Entertainment, Inc.,

15   and Request No. 229 from Mattel's First Set of Requests for Documents and Things

16   to Isaac Larian.

17   REQUEST FOR PRODUCTION NO. 45:

18      A sample of each doll or other product that, whether in whole or in part, has

19   been sold as or under the name SCOOTER SAMANTHA or as part of the

20   SCOOTER SAMANTHA line.

21   RESPONSE TO REQUEST FOR PRODUCTION NO. 45:

22      MGA incorporates by reference its General Response and General Objections

23   above, as though fully set forth herein and specifically incorporates General

24   Objection No. 15 (regarding Definitions), including without limitation MGA's

25   objection to the definition of the term SCOOTER SAMANTHA.  MGA further

26   objects to the request to the extent it seeks the production of tangible items that are

27   protected from disclosure under any applicable privilege, doctrine or immunity,

28   including without limitation the attorney-client privilege, the work product doctrine,

---

74

MGA'S RESPONSES TO MATTEL'S THIRD                CASE NO. CV 04-9049 SGL (RNBx)
SET OF REQUESTS FOR PRODUCTION

EXHIBIT 2 , PAGE 103

1 the right of privacy, and all other privileges recognized under the constitutional,

2 statutory or decisional law of the United States of America, the State of California or

3 any other applicable jurisdiction. MGA further objects to this request on the grounds

4 that it is overly broad and unduly burdensome in that it seeks tangible items not

5 relevant to the claims or defenses in this action and not reasonably calculated to lead

6 to the discovery of admissible evidence. Mattel has not demonstrated how samples

7 of each doll or other product that has been sold under the name SCOOTER

8 SAMANTHA or as part of the SCOOTER SAMANTHA line could be relevant to

9 the claims and defenses in this action. The request is not limited to the subject

10 matter of this action and is thus impermissibly overbroad. See Aug. 13 Order at

11 9:17-20; May 22 Order at 21:5-7; see also April 19 Order at 5:26-7:5 (discovery

12 request overbroad where complaint does not even reference the product). MGA

13 further objects to this request as being overly broad and unduly burdensome on the

14 grounds that it is not limited in time or geographic scope. MGA further objects to

15 this request on the grounds that the terms SCOOTER SAMANTHA and REFER OR

16 RELATE TO renders the request vague, ambiguous, overly broad and unduly

17 burdensome. MGA further objects to the request to the extent that it seeks

18 documents that by reason of public filing, public distribution or otherwise are already

19 in Mattel's possession or are readily accessible to Mattel. MGA further objects to

20 the request to the extent that it seeks documents not in MGA's possession, custody or

21 control. MGA further objects to the request to the extent it seeks confidential,

22 proprietary or commercially sensitive information, the disclosure of which would be

23 inimical to the business interests of MGA.

24      MGA further objects to this request as cumulative, duplicative, and unduly

25 burdensome to the extent that it seeks documents previously requested by Mattel or

26 produced by MGA in response to Mattel's document requests, including, but not

27 limited to: Request Nos. 184, 185, 215, and 217 from Mattel's First Set of Requests

28 for Documents and Things to Isaac Larian.

MGA'S RESPONSES TO MATTEL'S THIRD
SET OF REQUESTS FOR PRODUCTION

CASE NO. CV 04-9049 SGL (RNBx)

EXHIBIT 2, PAGE 104

REQUEST FOR PRODUCTION NO. 46:

All prototypes, models, samples and tangible items that REFER OR RELATE TO SCOOTER SAMANTHA.

RESPONSE TO REQUEST FOR PRODUCTION NO. 46:

MGA incorporates by reference its General Response and General Objections above, as though fully set forth herein and specifically incorporates General Objection No. 15 (regarding Definitions), including without limitation MGA's objection to the definition of the terms REFER OR RELATE TO SCOOTER SAMANTHA.  MGA further objects to the request to the extent it seeks the production of tangible items that are protected from disclosure under any applicable privilege, doctrine or immunity, including without limitation the attorney-client privilege, the work product doctrine, the right of privacy, and all other privileges recognized under the constitutional, statutory or decisional law of the United States of America, the State of California or any other applicable jurisdiction.  MGA further objects to this request on the grounds that it is overly broad and unduly burdensome in that it seeks tangible items not relevant to the claims or defenses in this action and not reasonably calculated to lead to the discovery of admissible evidence.  Mattel has not demonstrated how *all* prototypes, models, samples and tangible items that REFER OR RELATE TO SCOOTER SAMANTHA  line could be relevant to the claims and defenses in this action.  The request is not limited to the subject matter of this action and is thus impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7; see also April 19 Order at 5:26-7:5 (discovery request overbroad where complaint does not even reference the product).  MGA further objects to this request as being overly broad and unduly burdensome on the grounds that it is not limited in time or geographic scope.  MGA further objects to this request on the grounds that the terms SCOOTER SAMANTHA and REFER OR RELATE TO renders the request vague, ambiguous, overly broad and unduly burdensome.  MGA further objects to the phrase "prototypes, models, samples and tangible items" as

1  vague and ambiguous.  MGA further objects to the request to the extent that it seeks

2  documents not in MGA's possession, custody or control.  MGA further objects to the

3  request to the extent it seeks confidential, proprietary or commercially sensitive

4  information, the disclosure of which would be inimical to the business interests of

5  MGA.

6      MGA further objects to this request as cumulative, duplicative, and unduly

7  burdensome to the extent that it seeks documents previously requested by Mattel or

8  produced by MGA in response to Mattel's document requests, including, but not

9  limited to:  Request Nos. 184, 185, 215, and 217 from Mattel's First Set of Requests

10  for Documents and Things to Isaac Larian.

11  REQUEST FOR PRODUCTION NO. 47:

12      All prototypes, models, samples and tangible items that REFER OR RELATE

13  TO SCOOTER SHANNEN.

14  RESPONSE TO REQUEST FOR PRODUCTION NO. 47:

15      MGA incorporates by reference its General Response and General Objections

16  above, as though fully set forth herein and specifically incorporates General

17  Objection No. 15 (regarding Definitions), including without limitation MGA's

18  objection to the definition of the terms REFER OR RELATE TO SCOOTER

19  SHANNEN.  MGA further objects to the request to the extent it seeks the production

20  of tangible items that are protected from disclosure under any applicable privilege,

21  doctrine or immunity, including without limitation the attorney-client privilege, the

22  work product doctrine, the right of privacy, and all other privileges recognized under

23  the constitutional, statutory or decisional law of the United States of America, the

24  State of California or any other applicable jurisdiction.  MGA further objects to this

25  request on the grounds that it is overly broad and unduly burdensome in that it seeks

26  tangible items not relevant to the claims or defenses in this action and not reasonably

27  calculated to lead to the discovery of admissible evidence.  Mattel has not

28  demonstrated how *all* prototypes, models, samples and tangible items that REFER

77

MGA'S RESPONSES TO MATTEL'S THIRD
SET OF REQUESTS FOR PRODUCTION

CASE NO. CV 04-9049 SGL (RNBx)

EXHIBIT 2, PAGE 106

1  OR RELATE TO SAMANTHA SHANNEN line could be relevant to the claims and

2  defenses in this action.  The request is not limited to the subject matter of this action

3  and is thus impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22 Order

4  at 21:5-7; see also April 19 Order at 5:26-7:5 (discovery request overbroad where

5  complaint does not even reference the product).  MGA further objects to this request

6  as being overly broad and unduly burdensome on the grounds that it is not limited in

7  time or geographic scope.  MGA further objects to this request on the grounds that

8  the terms SCOOTER SHANNEN and REFER OR RELATE TO renders the request

9  vague, ambiguous, overly broad and unduly burdensome.  MGA further objects to

10  the phrase "prototypes, models, samples and tangible items" as vague and ambiguous.

11  MGA further objects to the request to the extent that it seeks documents not in

12  MGA's possession, custody or control.  MGA further objects to the request to the

13  extent it seeks confidential, proprietary or commercially sensitive information, the

14  disclosure of which would be inimical to the business interests of MGA.

15      MGA further objects to this request as cumulative, duplicative, and unduly

16  burdensome to the extent that it seeks documents previously requested by Mattel or

17  produced by MGA in response to Mattel's document requests, including, but not

18  limited to:  Request Nos. 184-185, 215, and 217 from Mattel's First Set of Requests

19  for Documents and Things to Isaac Larian.

20  REQUEST FOR PRODUCTION NO. 48:

21      All DOCUMENTS that REFER OR RELATE TO SCOOTER SAMANTHA

22  as it was first presented to YOU.

23  RESPONSE TO REQUEST FOR PRODUCTION NO. 48:

24      MGA incorporates by reference its General Response and General Objections

25  above, as though fully set forth herein and specifically incorporates General

26  Objection No. 15 (regarding Definitions), including without limitation MGA's

27  objection to the definition of the terms SCOOTER SAMANTHA and REFER OR

28  RELATE TO.  MGA further objects to the request to the extent it seeks the

78

1  production of documents that are protected from disclosure under any applicable

2  privilege, doctrine or immunity, including without limitation the attorney-client

3  privilege, the work product doctrine, the right of privacy, and all other privileges

4  recognized under the constitutional, statutory or decisional law of the United States

5  of America, the State of California or any other applicable jurisdiction. MGA further

6  objects to this request on the grounds that it is overly broad and unduly burdensome

7  in that it seeks documents not relevant to the claims or defenses in this action and not

8  reasonably calculated to lead to the discovery of admissible evidence. Mattel has not

9  demonstrated how *all* DOCUMENTS that REFER OR RELATE TO SCOOTER

10 SAMANTHA "as it was first presented to" MGA could be relevant to the claims and

11 defenses in this action. The request is not limited to the subject matter of this action

12 and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order

13 at 21:5-7; see also April 19 Order at 5:26-7:5 (discovery request overbroad where

14 complaint does not even reference the product). MGA further objects to this request

15 as being overly broad and unduly burdensome on the grounds that it is not limited in

16 time. MGA further objects to this request on the grounds that the terms SCOOTER

17 SAMANTHA and REFER OR RELATE TO renders the request vague, ambiguous,

18 overly broad and unduly burdensome. MGA further objects to the phrase "as it was

19 first presented" as vague and ambiguous. MGA further objects to the request to the

20 extent that it seeks documents that by reason of public filing, public distribution or

21 otherwise are already in Mattel's possession or are readily accessible to Mattel.

22 MGA further objects to the request to the extent that it seeks documents not in

23 MGA's possession, custody or control. MGA further objects to the request to the

24 extent it seeks confidential, proprietary or commercially sensitive information, the

25 disclosure of which would be inimical to the business interests of MGA.

26      MGA further objects to this request as cumulative, duplicative, and unduly

27 burdensome to the extent that it seeks documents previously requested by Mattel or

28 produced by MGA in response to Mattel's document requests, including, but not

MGA'S RESPONSES TO MATTEL'S THIRD
SET OF REQUESTS FOR PRODUCTION

CASE NO. CV 04-9049 SGL (RNBx)

EXHIBIT 2 , PAGE 108

1  limited to: Request Nos. 5 and 39 from Mattel, Inc.'s First Set of Requests for

2  Documents and Things re Claims of Unfair Competition to MGA Entertainment, Inc.,

3  and Request No. 229 from Mattel's First Set of Requests for Documents and Things

4  to Isaac Larian.

5  REQUEST FOR PRODUCTION NO. 49:

6      All DOCUMENTS that REFER OR RELATE TO SCOOTER SAMANTHA

7  prior to January 1, 2002.

8  RESPONSE TO REQUEST FOR PRODUCTION NO. 49:

9      MGA incorporates by reference its General Response and General Objections

10  above, as though fully set forth herein and specifically incorporates General

11  Objection No. 15 (regarding Definitions), including without limitation MGA's

12  objection to the definition of the terms SCOOTER SAMANTHA and REFER OR

13  RELATE TO. MGA further objects to the request to the extent it seeks the

14  production of documents that are protected from disclosure under any applicable

15  privilege, doctrine or immunity, including without limitation the attorney-client

16  privilege, the work product doctrine, the right of privacy, and all other privileges

17  recognized under the constitutional, statutory or decisional law of the United States

18  of America, the State of California or any other applicable jurisdiction. MGA further

19  objects to this request on the grounds that it is overly broad and unduly burdensome

20  in that it seeks documents not relevant to the claims or defenses in this action and not

21  reasonably calculated to lead to the discovery of admissible evidence. Mattel has not

22  demonstrated how *all* DOCUMENTS that REFER OR RELATE TO SCOOTER

23  SAMANTHA could be relevant to the claims and defenses in this action. The

24  request is not limited to the subject matter of this action and is thus impermissibly

25  overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7; see also April 19

26  Order at 5:26-7:5 (discovery request overbroad where complaint does not even

27  reference the product). MGA further objects to this request on the grounds that the

28  terms SCOOTER SAMANTHA and REFER OR RELATE TO renders the request

MGA'S RESPONSES TO MATTEL'S THIRD
SET OF REQUESTS FOR PRODUCTION

CASE NO. CV 04-9049 SGL (RNBx)
EXHIBIT 2 . PAGE 109

1  vague, ambiguous, overly broad and unduly burdensome. MGA further objects to

2  the request to the extent that it seeks documents that by reason of public filing,

3  public distribution or otherwise are already in Mattel's possession or are readily

4  accessible to Mattel. MGA further objects to the request to the extent that it seeks

5  documents not in MGA's possession, custody or control. MGA further objects to the

6  request to the extent it seeks confidential, proprietary or commercially sensitive

7  information, the disclosure of which would be inimical to the business interests of

8  MGA.

9      MGA further objects to this request as cumulative, duplicative, and unduly

10 burdensome to the extent that it seeks documents previously requested by Mattel or

11 produced by MGA in response to Mattel's document requests, including, but not

12 limited to: Request Nos. 5 and 39 from Mattel, Inc.'s First Set of Requests for

13 Documents and Things re Claims of Unfair Competition to MGA Entertainment, Inc.,

14 and Request No. 229 from Mattel's First Set of Requests for Documents and Things

15 to Isaac Larian.

16 REQUEST FOR PRODUCTION NO. 50:

17     All DOCUMENTS that REFER OR RELATE TO SCOOTER SHANNEN

18 and REFER OR RELATE TO the time period prior to January 1, 2002 (regardless of

19 when such DOCUMENT was created, drafted, generated, sent, received or

20 transmitted).

21 RESPONSE TO REQUEST FOR PRODUCTION NO. 50:

22     MGA incorporates by reference its General Response and General Objections

23 above, as though fully set forth herein and specifically incorporates General

24 Objection No. 15 (regarding Definitions), including without limitation MGA's

25 objection to the definition of the terms SCOOTER SAMANTHA and REFER OR

26 RELATE TO. MGA further objects to the request to the extent it seeks the

27 production of documents that are protected from disclosure under any applicable

28 privilege, doctrine or immunity, including without limitation the attorney-client

1    privilege, the work product doctrine, the right of privacy, and all other privileges

2    recognized under the constitutional, statutory or decisional law of the United States

3    of America, the State of California or any other applicable jurisdiction.  MGA further

4    objects to this request on the grounds that it is overly broad and unduly burdensome

5    in that it seeks documents not relevant to the claims or defenses in this action and not

6    reasonably calculated to lead to the discovery of admissible evidence.  Mattel has not

7    demonstrated how *all* DOCUMENTS that REFER OR RELATE TO SCOOTER

8    SAMANTHA and REFER OR RELATE to the time period prior to January 1, 2002

9    could be relevant to the claims and defenses in this action.  The request is not limited

10   to the subject matter of this action and is thus impermissibly overbroad.  See Aug. 13

11   Order at 9:17-20; May 22 Order at 21:5-7; see also April 19 Order at 5:26-7:5

12   (discovery request overbroad where complaint does not even reference the product).

13   MGA further objects to this request on the grounds that the terms SCOOTER

14   SAMANTHA and REFER OR RELATE TO renders the request vague, ambiguous,

15   overly broad and unduly burdensome.  MGA further objects to the request to the

16   extent that it seeks documents that by reason of public filing, public distribution or

17   otherwise are already in Mattel's possession or are readily accessible to Mattel.

18   MGA further objects to the request to the extent that it seeks documents not in

19   MGA's possession, custody or control.  MGA further objects to the request to the

20   extent it seeks confidential, proprietary or commercially sensitive information, the

21   disclosure of which would be inimical to the business interests of MGA.

22          MGA further objects to this request as cumulative, duplicative, and unduly

23   burdensome to the extent that it seeks documents responsive to Request No. 49, and

24   previously requested by Mattel or produced by MGA in response to Mattel's

25   document requests, including, but not limited to:  Request Nos. 5 and 39 from Mattel,

26   Inc.'s First Set of Requests for Documents and Things re Claims of Unfair

27   Competition to MGA Entertainment, Inc., and Request No. 229 from Mattel's First

28   Set of Requests for Documents and Things to Isaac Larian.

MGA'S RESPONSES TO MATTEL'S THIRD                    CASE NO. CV 04-9049 SGL (RNBx)
SET OF REQUESTS FOR PRODUCTION
                                                     EXHIBIT  2  PAGE  11