1  REQUEST FOR PRODUCTION NO. 51:

2      All DOCUMENTS that REFER OR RELATE TO Paula Garcia's work in

3  connection with or role in SCOOTER SAMANTHA.

4  RESPONSE TO REQUEST FOR PRODUCTION NO. 51:

5      MGA incorporates by reference its General Response and General Objections

6  above, as though fully set forth herein and specifically incorporates General

7  Objection No. 15 (regarding Definitions), including without limitation MGA's

8  objection to the definition of the terms SCOOTER SAMANTHA and REFER OR

9  RELATE TO.  MGA further objects to the request to the extent it seeks the

10 production of documents that are protected from disclosure under any applicable

11 privilege, doctrine or immunity, including without limitation the attorney-client

12 privilege, the work product doctrine, the right of privacy, and all other privileges

13 recognized under the constitutional, statutory or decisional law of the United States

14 of America, the State of California or any other applicable jurisdiction.  MGA further

15 objects to this request on the grounds that it is overly broad and unduly burdensome

16 in that it seeks documents not relevant to the claims or defenses in this action and not

17 reasonably calculated to lead to the discovery of admissible evidence.  Mattel has not

18 demonstrated how *all* DOCUMENTS that REFER OR RELATE TO Paula Garcia's

19 work in connection with or role in SCOOTER SAMANTHA could be relevant to the

20 claims and defenses in this action.  The request is not limited to the subject matter of

21 this action and is thus impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May

22 22 Order at 21:5-7; see also April 19 Order at 5:26-7:5 (discovery request overbroad

23 where complaint does not even reference the product).  MGA further objects to this

24 request as being overly broad and unduly burdensome on the grounds that it is not

25 limited in time.  MGA further objects to this request on the grounds that the terms

26 SCOOTER SAMANTHA and REFER OR RELATE TO renders the request vague,

27 ambiguous, overly broad and unduly burdensome.  MGA further objects to the

28 phrase "work in connection with or role in" as vague and ambiguous.  MGA further

1  objects to the request to the extent that it seeks documents not in MGA's possession,

2  custody or control.  MGA further objects to the request to the extent it seeks

3  confidential, proprietary or commercially sensitive information, the disclosure of

4  which would be inimical to the business interests of MGA.

5      MGA further objects to this request as cumulative, duplicative, and unduly

6  burdensome to the extent that it seeks documents previously requested by Mattel or

7  produced by MGA in response to Mattel's document requests, including, but not

8  limited to:  Request No. 168 from Mattel's First Set of Requests for Documents and

9  Things to Isaac Larian.

10  REQUEST FOR PRODUCTION NO. 52:

11      All DOCUMENTS that REFER OR RELATE TO Isaac Larian's work in

12  connection with or role in SCOOTER SAMANTHA.

13  RESPONSE TO REQUEST FOR PRODUCTION NO. 52:

14      MGA incorporates by reference its General Response and General Objections

15  above, as though fully set forth herein and specifically incorporates General

16  Objection No. 15 (regarding Definitions), including without limitation MGA's

17  objection to the definition of the terms SCOOTER SAMANTHA and REFER OR

18  RELATE TO.  MGA further objects to the request to the extent it seeks the

19  production of documents that are protected from disclosure under any applicable

20  privilege, doctrine or immunity, including without limitation the attorney-client

21  privilege, the work product doctrine, the right of privacy, and all other privileges

22  recognized under the constitutional, statutory or decisional law of the United States

23  of America, the State of California or any other applicable jurisdiction.  MGA further

24  objects to this request on the grounds that it is overly broad and unduly burdensome

25  in that it seeks documents not relevant to the claims or defenses in this action and not

26  reasonably calculated to lead to the discovery of admissible evidence.  Mattel has not

27  demonstrated how *all* DOCUMENTS that REFER OR RELATE TO Isaac Larian's

28  work in connection with or role in SCOOTER SAMANTHA could be relevant to the

MGA'S RESPONSES TO MATTEL'S THIRD          CASE NO. CV 04-9049 SGL (RNBx)
SET OF REQUESTS FOR PRODUCTION          EXHIBIT _2_ . PAGE _113_

1 | claims and defenses in this action. The request is not limited to the subject matter of
2 | this action and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May
3 | 22 Order at 21:5-7; see also April 19 Order at 5:26-7:5 (discovery request overbroad
4 | where complaint does not even reference the product). MGA further objects to this
5 | request as being overly broad and unduly burdensome on the grounds that it is not
6 | limited in time. MGA further objects to this request on the grounds that the terms
7 | SCOOTER SAMANTHA and REFER OR RELATE TO renders the request vague,
8 | ambiguous, overly broad and unduly burdensome. MGA further objects to the
9 | phrase "work in connection with or role in" as vague and ambiguous. MGA further
10 | objects to the request to the extent that it seeks documents not in MGA's possession,
11 | custody or control. MGA further objects to the request to the extent it seeks
12 | confidential, proprietary or commercially sensitive information, the disclosure of
13 | which would be inimical to the business interests of MGA. MGA further objects to
14 | this request as cumulative, duplicative, and unduly burdensome to the extent that it
15 | seeks documents previously requested by Mattel or produced by MGA in response to
16 | Mattel's document requests.

17 | REQUEST FOR PRODUCTION NO. 53:
18 |    DOCUMENTS sufficient to show the first manufacture date of each and every
19 | SCOOTER SAMANTHA product.

20 | RESPONSE TO REQUEST FOR PRODUCTION NO. 53:
21 |    MGA incorporates by reference its General Response and General Objections
22 | above, as though fully set forth herein and specifically incorporates General
23 | Objection No. 15 (regarding Definitions), including without limitation MGA's
24 | objection to the definition of the term SCOOTER SAMANTHA. MGA further
25 | objects to the request to the extent it seeks the production of documents that are
26 | protected from disclosure under any applicable privilege, doctrine or immunity,
27 | including without limitation the attorney-client privilege, the work product doctrine,
28 | the right of privacy, and all other privileges recognized under the constitutional,

85

MGA'S RESPONSES TO MATTEL'S THIRD
SET OF REQUESTS FOR PRODUCTION

CASE NO. CV 04-9049 SGL (RNBx)
**EXHIBIT 2, PAGE 114**

1  statutory or decisional law of the United States of America, the State of California or

2  any other applicable jurisdiction.  MGA further objects to the phrase "sufficient to

3  show" as vague and ambiguous.  MGA further objects to this request on the grounds

4  that it is overly broad and unduly burdensome in that it seeks documents not relevant

5  to the claims or defenses in this action and not reasonably calculated to lead to the

6  discovery of admissible evidence.  Mattel has not demonstrated how DOCUMENTS

7  "sufficient to show" the first manufacture date of *each and every* SCOOTER

8  SAMANTHA product could be relevant to the claims and defenses in this action.

9  The request is not limited to the subject matter of this action and is thus

10  impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7; see

11  also April 19 Order at 5:26-7:5 (discovery request overbroad where complaint does

12  not even reference the product).  MGA further objects to this request on the grounds

13  that the term SCOOTER SAMANTHA renders the request vague, ambiguous, overly

14  broad and unduly burdensome.  MGA further objects to this request as being overly

15  broad and unduly burdensome on the grounds that it is not limited in geographic

16  scope.  MGA further objects to the request to the extent that it seeks documents that

17  by reason of public filing, public distribution or otherwise are already in Mattel's

18  possession or are readily accessible to Mattel.  MGA further objects to the request to

19  the extent that it seeks documents not in MGA's possession, custody or control.

20  MGA further objects to the request to the extent it seeks confidential, proprietary or

21  commercially sensitive information, the disclosure of which would be inimical to the

22  business interests of MGA.

23      MGA further objects to this request as cumulative, duplicative, and unduly

24  burdensome to the extent that it seeks documents previously requested by Mattel or

25  produced by MGA in response to Mattel's document requests, including, but not

26  limited to:  Request Nos. 5 and 39 from Mattel, Inc.'s First Set of Requests for

27  Documents and Things re Claims of Unfair Competition to MGA Entertainment, Inc.,

28

MGA'S RESPONSES TO MATTEL'S THIRD          CASE NO. CV 04-9049 SGL (RNBx)
SET OF REQUESTS FOR PRODUCTION

EXHIBIT 2, PAGE 115

1  and Request No. 229 from Mattel's First Set of Requests for Documents and Things

2  to Isaac Larian.

3  REQUEST FOR PRODUCTION NO. 54:

4      DOCUMENTS sufficient to show the first ship date of each and every

5  SCOOTER SAMANTHA product.

6  RESPONSE TO REQUEST FOR PRODUCTION NO. 54:

7      MGA incorporates by reference its General Response and General Objections

8  above, as though fully set forth herein and specifically incorporates General

9  Objection No. 15 (regarding Definitions), including without limitation MGA's

10  objection to the definition of the term SCOOTER SAMANTHA. MGA further

11  objects to the request to the extent it seeks the production of documents that are

12  protected from disclosure under any applicable privilege, doctrine or immunity,

13  including without limitation the attorney-client privilege, the work product doctrine,

14  the right of privacy, and all other privileges recognized under the constitutional,

15  statutory or decisional law of the United States of America, the State of California or

16  any other applicable jurisdiction. MGA further objects to the phrase "sufficient to

17  show" as vague and ambiguous. MGA further objects to this request on the grounds

18  that it is overly broad and unduly burdensome in that it seeks documents not relevant

19  to the claims or defenses in this action and not reasonably calculated to lead to the

20  discovery of admissible evidence. Mattel has not demonstrated how DOCUMENTS

21  "sufficient to show" the first ship date of *each and every* SCOOTER SAMANTHA

22  product could be relevant to the claims and defenses in this action. The request is

23  not limited to the subject matter of this action and is thus impermissibly overbroad.

24  See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7; see also April 19 Order at

25  5:26-7:5 (discovery request overbroad where complaint does not even reference the

26  product). MGA further objects to this request as being overly broad and unduly

27  burdensome on the grounds that it is not limited in geographic scope. MGA further

28  objects to this request on the grounds that the term SCOOTER SAMANTHA renders

MGA'S RESPONSES TO MATTEL'S THIRD
SET OF REQUESTS FOR PRODUCTION

CASE NO. CV 04-9049 SGL (RNBx)

EXHIBIT 2 . PAGE 116

1  the request vague, ambiguous, overly broad and unduly burdensome. MGA further

2  objects to the request to the extent that it seeks documents that by reason of public

3  filing, public distribution or otherwise are already in Mattel's possession or are

4  readily accessible to Mattel. MGA further objects to the request to the extent that it

5  seeks documents not in MGA's possession, custody or control. MGA further objects

6  to the request to the extent it seeks confidential, proprietary or commercially

7  sensitive information, the disclosure of which would be inimical to the business

8  interests of MGA. Such information may also be subject to protective orders

9  governing other litigations thereby precluding disclosure in response to this request.

10  MGA further objects to the request to the extent it violates the privacy rights of third

11  parties to their private, confidential, proprietary or trade secret information.

12        MGA further objects to this request as cumulative, duplicative, and unduly

13  burdensome to the extent that it seeks documents previously requested by Mattel or

14  produced by MGA in response to Mattel's document requests, including, but not

15  limited to:  Request Nos. 5 and 39 from Mattel, Inc.'s First Set of Requests for

16  Documents and Things re Claims of Unfair Competition to MGA Entertainment, Inc.,

17  and Request No. 229 from Mattel's First Set of Requests for Documents and Things

18  to Isaac Larian.

19  REQUEST FOR PRODUCTION NO. 55:

20        DOCUMENTS sufficient to show YOUR revenues from SCOOTER

21  SAMANTHA.

22  RESPONSE TO REQUEST FOR PRODUCTION NO. 55:

23        MGA incorporates by reference its General Response and General Objections

24  above, as though fully set forth herein and specifically incorporates General

25  Objection No. 15 (regarding Definitions), including without limitation MGA's

26  objection to the definition of the term SCOOTER SAMANTHA. MGA further

27  objects to the request to the extent it seeks the production of documents that are

28  protected from disclosure under any applicable privilege, doctrine or immunity,

MGA'S RESPONSES TO MATTEL'S THIRD
SET OF REQUESTS FOR PRODUCTION

CASE NO. CV 04-9049 SGL (RNBx)

EXHIBIT  2  . PAGE 117

1  including without limitation the attorney-client privilege, the work product doctrine,

2  the right of privacy, and all other privileges recognized under the constitutional,

3  statutory or decisional law of the United States of America, the State of California or

4  any other applicable jurisdiction.  MGA further objects to the phrase "sufficient to

5  show" as vague and ambiguous.  MGA further objects to this request on the grounds

6  that it is overly broad and unduly burdensome in that it seeks documents not relevant

7  to the claims or defenses in this action and not reasonably calculated to lead to the

8  discovery of admissible evidence.  Mattel has not demonstrated how DOCUMENTS

9  "sufficient to show" MGA's revenues from SCOOTER SAMANTHA could be

10  relevant to the claims and defenses in this action.  The request is not limited to the

11  subject matter of this action and is thus impermissibly overbroad.  See Aug. 13 Order

12  at 9:17-20; May 22 Order at 21:5-7; see also April 19 Order at 5:26-7:5 (discovery

13  request overbroad where complaint does not even reference the product).  MGA

14  further objects to this request as being overly broad and unduly burdensome on the

15  grounds that it is not limited in time or geographic scope.  MGA further objects to

16  this request on the grounds that the term SCOOTER SAMANTHA renders the

17  request vague, ambiguous, overly broad and unduly burdensome.  MGA further

18  objects to the request to the extent it seeks confidential, proprietary or commercially

19  sensitive information, the disclosure of which would be inimical to the business

20  interests of MGA.

21         MGA further objects to this request as cumulative, duplicative, and unduly

22  burdensome to the extent that it seeks documents previously requested by Mattel or

23  produced by MGA in response to Mattel's document requests, including, but not

24  limited to:  Request Nos. 5 and 39 from Mattel, Inc.'s First Set of Requests for

25  Documents and Things re Claims of Unfair Competition to MGA Entertainment, Inc.,

26  and Request No. 229 from Mattel's First Set of Requests for Documents and Things

27  to Isaac Larian.

28

MGA'S RESPONSES TO MATTEL'S THIRD
SET OF REQUESTS FOR PRODUCTION

CASE NO. CV 04-9049 SGL (RNBx)

EXHIBIT 2 . PAGE 118

REQUEST FOR PRODUCTION NO. 56:

All DOCUMENTS that REFER OR RELATE TO when and under what circumstances SPACE BABES was first conceived of, including without limitation all such DOCUMENTS that identify the PERSON who conceived of SPACE BABES.

RESPONSE TO REQUEST FOR PRODUCTION NO. 56:

MGA incorporates by reference its General Response and General Objections above, as though fully set forth herein and specifically incorporates General Objection No. 15 (regarding Definitions), including without limitation MGA's objection to the definition of the terms SPACE BABES and REFER OR RELATE TO. MGA further objects to the request to the extent it seeks the production of documents that are protected from disclosure under any applicable privilege, doctrine or immunity, including without limitation the attorney-client privilege, the work product doctrine, the right of privacy, and all other privileges recognized under the constitutional, statutory or decisional law of the United States of America, the State of California or any other applicable jurisdiction. MGA further objects to the phrase "first conceived of" as vague and ambiguous. MGA further objects to this request on the grounds that it is overly broad and unduly burdensome in that it seeks documents not relevant to the claims or defenses in this action and not reasonably calculated to lead to the discovery of admissible evidence. Mattel has not demonstrated how *all* DOCUMENTS that REFER OR RELATE TO when and under what circumstances SPACE BABES was first conceived of could be relevant to the claims and defenses in this action. The request is not limited to the subject matter of this action and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7; see also April 19 Order at 5:26-7:5 (discovery request overbroad where complaint does not even reference the product). MGA further objects to this request as being overly broad and unduly burdensome on the grounds that it is not limited in time. MGA further objects to this request on the grounds that the terms SPACE BABES

MGA'S RESPONSES TO MATTEL'S THIRD
SET OF REQUESTS FOR PRODUCTION

CASE NO. CV 04-9049 SGL (RNBx)

EXHIBIT 2, PAGE 119

1  and REFER OR RELATE TO renders the request vague, ambiguous, overly broad

2  and unduly burdensome.  MGA further objects to the request to the extent that it

3  seeks documents that by reason of public filing, public distribution or otherwise are

4  already in Mattel's possession or are readily accessible to Mattel.  MGA further

5  objects to the request to the extent that it seeks documents not in MGA's possession,

6  custody or control.  MGA further objects to the request to the extent it seeks

7  confidential, proprietary or commercially sensitive information, the disclosure of

8  which would be inimical to the business interests of MGA.

9       MGA further objects to this request as cumulative, duplicative, and unduly

10  burdensome to the extent that it seeks documents previously requested by Mattel or

11  produced by MGA in response to Mattel's document requests, including, but not

12  limited to: Request Nos. 5 and 39 from Mattel, Inc.'s First Set of Requests for

13  Documents and Things re Claims of Unfair Competition to MGA Entertainment, Inc.,

14  and Request No. 229 from Mattel's First Set of Requests for Documents and Things

15  to Isaac Larian.

16  REQUEST FOR PRODUCTION NO. 57:

17       All DOCUMENTS that REFER OR RELATE TO the conception, creation,

18  design, development, sculpting, tooling, production and manufacture of SPACE

19  BABES.

20  RESPONSE TO REQUEST FOR PRODUCTION NO. 57:

21       MGA incorporates by reference its General Response and General Objections

22  above, as though fully set forth herein and specifically incorporates General

23  Objection No. 15 (regarding Definitions), including without limitation MGA's

24  objection to the definition of the terms SPACE BABES and REFER OR RELATE

25  TO.  MGA further objects to the request to the extent it seeks the production of

26  documents that are protected from disclosure under any applicable privilege, doctrine

27  or immunity, including without limitation the attorney-client privilege, the work

28  product doctrine, the right of privacy, and all other privileges recognized under the

MGA'S RESPONSES TO MATTEL'S THIRD
SET OF REQUESTS FOR PRODUCTION

CASE NO. CV 04-9049 SGL (RNBx)

EXHIBIT  2 , PAGE 20

1  constitutional, statutory or decisional law of the United States of America, the State

2  of California or any other applicable jurisdiction.  MGA further objects to this

3  request on the grounds that it is overly broad and unduly burdensome in that it seeks

4  documents not relevant to the claims or defenses in this action and not reasonably

5  calculated to lead to the discovery of admissible evidence.  Mattel has not

6  demonstrated how *all* DOCUMENTS that REFER OR RELATE TO "the conception,

7  creation, design, development, sculpting, tooling, production and manufacture of

8  SPACE BABES" could be relevant to the claims and defenses in this action.  The

9  request is not limited to the subject matter of this action and is thus impermissibly

10  overbroad.  See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7; see also April 19

11  Order at 5:26-7:5 (discovery request overbroad where complaint does not even

12  reference the product).  MGA further objects to this request as being overly broad

13  and unduly burdensome on the grounds that it is not limited in time.  MGA further

14  objects to this request on the grounds that the terms SPACE BABES and REFER OR

15  RELATE TO renders the request vague, ambiguous, overly broad and unduly

16  burdensome.  MGA further objects to the phrase "conception, creation, design,

17  development, sculpting, tooling, production and manufacture" as vague and

18  ambiguous.  MGA further objects to the request to the extent that it seeks documents

19  that by reason of public filing, public distribution or otherwise are already in

20  Mattel's possession or are readily accessible to Mattel.  MGA further objects to the

21  request to the extent that it seeks documents not in MGA's possession, custody or

22  control.  MGA further objects to the request to the extent it seeks confidential,

23  proprietary or commercially sensitive information, the disclosure of which would be

24  inimical to the business interests of MGA.

25      MGA further objects to this request as cumulative, duplicative, and unduly

26  burdensome to the extent that it seeks documents previously requested by Mattel or

27  produced by MGA in response to Mattel's document requests, including, but not

28  limited to:  Request Nos. 5 and 39 from Mattel, Inc.'s First Set of Requests for

MGA'S RESPONSES TO MATTEL'S THIRD
SET OF REQUESTS FOR PRODUCTION

CASE NO. CV 04-9049 SGL (RNBx)

EXHIBIT  2 . PAGE 121

1  Documents and Things re Claims of Unfair Competition to MGA Entertainment, Inc.,

2  and Request No. 229 from Mattel's First Set of Requests for Documents and Things

3  to Isaac Larian.

4  REQUEST FOR PRODUCTION NO. 58:

5       A sample of each doll or other product that, whether in whole or in part, has

6  been sold as or under the name SPACE BABES or as part of the SPACE BABES

7  line.

8  RESPONSE TO REQUEST FOR PRODUCTION NO. 58:

9       MGA incorporates by reference its General Response and General Objections

10  above, as though fully set forth herein and specifically incorporates General

11  Objection No. 15 (regarding Definitions), including without limitation MGA's

12  objection to the definition of the term SPACE BABES.  MGA further objects to the

13  request to the extent it seeks the production of tangible items that are protected from

14  disclosure under any applicable privilege, doctrine or immunity, including without

15  limitation the attorney-client privilege, the work product doctrine, the right of

16  privacy, and all other privileges recognized under the constitutional, statutory or

17  decisional law of the United States of America, the State of California or any other

18  applicable jurisdiction.  MGA further objects to this request on the grounds that it is

19  overly broad and unduly burdensome in that it seeks tangible items not relevant to

20  the claims or defenses in this action and not reasonably calculated to lead to the

21  discovery of admissible evidence.  Mattel has not demonstrated how samples of each

22  doll or other product that has been sold under the name SPACE BABES  or as part of

23  the SPACE BABES line could be relevant to the claims and defenses in this action.

24  The request is not limited to the subject matter of this action and is thus

25  impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7;

26  see also April 19 Order at 5:26-7:5 (discovery request overbroad where complaint

27  does not even reference the product).  MGA further objects to this request as being

28  overly broad and unduly burdensome on the grounds that it is not limited in time or

93

MGA'S RESPONSES TO MATTEL'S THIRD
SET OF REQUESTS FOR PRODUCTION

CASE NO. CV 04-9049 SGL (RNBx)
EXHIBIT 2 , PAGE 122

1  geographic scope.  MGA further objects to this request on the grounds that the terms

2  SPACE BABES and REFER OR RELATE TO renders the request vague,

3  ambiguous, overly broad and unduly burdensome.  MGA further objects to the

4  request to the extent that it seeks documents that by reason of public filing, public

5  distribution or otherwise are already in Mattel's possession or are readily accessible

6  to Mattel.  MGA further objects to the request to the extent that it seeks documents

7  not in MGA's possession, custody or control.  MGA further objects to the request to

8  the extent it seeks confidential, proprietary or commercially sensitive information,

9  the disclosure of which would be inimical to the business interests of MGA.

10       MGA further objects to this request as cumulative, duplicative, and unduly

11  burdensome to the extent that it seeks documents previously requested by Mattel or

12  produced by MGA in response to Mattel's document requests, including, but not

13  limited to:  Request Nos. 184, 185, 215, and 217 from Mattel's First Set of Requests

14  for Documents and Things to Isaac Larian.

15  REQUEST FOR PRODUCTION NO. 59:

16       All prototypes, models, samples and tangible items that REFER OR RELATE

17  TO SPACE BABES.

18  RESPONSE TO REQUEST FOR PRODUCTION NO. 59:

19       MGA incorporates by reference its General Response and General Objections

20  above, as though fully set forth herein and specifically incorporates General

21  Objection No. 15 (regarding Definitions), including without limitation MGA's

22  objection to the definition of the terms REFER OR RELATE TO SPACE BABES.

23  MGA further objects to the request to the extent it seeks the production of tangible

24  items that are protected from disclosure under any applicable privilege, doctrine or

25  immunity, including without limitation the attorney-client privilege, the work

26  product doctrine, the right of privacy, and all other privileges recognized under the

27  constitutional, statutory or decisional law of the United States of America, the State

28  of California or any other applicable jurisdiction.  MGA further objects to this

MGA'S RESPONSES TO MATTEL'S THIRD                    CASE NO. CV 04-9049 SGL (RNBx)
SET OF REQUESTS FOR PRODUCTION

EXHIBIT 2 . PAGE 123

1    request on the grounds that it is overly broad and unduly burdensome in that it seeks

2    tangible items not relevant to the claims or defenses in this action and not reasonably

3    calculated to lead to the discovery of admissible evidence.  Mattel has not

4    demonstrated how *all* prototypes, models, samples and tangible items that REFER

5    OR RELATE TO SPACE BABES  line could be relevant to the claims and defenses

6    in this action.  The request is not limited to the subject matter of this action and is

7    thus impermissibly overbroad.  <u>See</u> Aug. 13 Order at 9:17-20; May 22 Order at 21:5-

8    7; <u>see also</u> April 19 Order at 5:26-7:5 (discovery request overbroad where complaint

9    does not even reference the product).  MGA further objects to this request as being

10   overly broad and unduly burdensome on the grounds that it is not limited in time or

11   geographic scope.  MGA further objects to this request on the grounds that the terms

12   SPACE BABES and REFER OR RELATE TO renders the request vague,

13   ambiguous, overly broad and unduly burdensome.  MGA further objects to the

14   phrase "prototypes, models, samples and tangible items" as vague and ambiguous.

15   MGA further objects to the request to the extent that it seeks documents not in

16   MGA's possession, custody or control.  MGA further objects to the request to the

17   extent it seeks confidential, proprietary or commercially sensitive information, the

18   disclosure of which would be inimical to the business interests of MGA.

19          MGA further objects to this request as cumulative, duplicative, and unduly

20   burdensome to the extent that it seeks documents previously requested by Mattel or

21   produced by MGA in response to Mattel's document requests, including, but not

22   limited to:  Request Nos. 184, 185, 215, and 217 from Mattel's First Set of Requests

23   for Documents and Things to Isaac Larian.

24   <u>REQUEST FOR PRODUCTION NO. 60</u>:

25          All DOCUMENTS that REFER OR RELATE TO SPACE BABES as it was

26   first presented to YOU.

27

28                                                      EXHIBIT 2 . PAGE 124

MGA'S RESPONSES TO MATTEL'S THIRD                CASE NO. CV 04-9049 SGL (RNBx)
SET OF REQUESTS FOR PRODUCTION

1    RESPONSE TO REQUEST FOR PRODUCTION NO. 60:

2           MGA incorporates by reference its General Response and General Objections

3    above, as though fully set forth herein and specifically incorporates General

4    Objection No. 15 (regarding Definitions), including without limitation MGA's

5    objection to the definition of the terms SPACE BABES and REFER OR RELATE

6    TO. MGA further objects to the request to the extent it seeks the production of

7    documents that are protected from disclosure under any applicable privilege, doctrine

8    or immunity, including without limitation the attorney-client privilege, the work

9    product doctrine, the right of privacy, and all other privileges recognized under the

10   constitutional, statutory or decisional law of the United States of America, the State

11   of California or any other applicable jurisdiction. MGA further objects to this

12   request on the grounds that it is overly broad and unduly burdensome in that it seeks

13   documents not relevant to the claims or defenses in this action and not reasonably

14   calculated to lead to the discovery of admissible evidence. Mattel has not

15   demonstrated how *all* DOCUMENTS that REFER OR RELATE TO SPACE

16   BABES "as it was first presented to" MGA could be relevant to the claims and

17   defenses in this action. The request is not limited to the subject matter of this action

18   and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order

19   at 21:5-7; see also April 19 Order at 5:26-7:5 (discovery request overbroad where

20   complaint does not even reference the product). MGA further objects to this request

21   on the grounds that the terms SPACE BABES and REFER OR RELATE TO renders

22   the request vague, ambiguous, overly broad and unduly burdensome. MGA further

23   objects to the phrase "as it was first presented" as vague and ambiguous. MGA

24   further objects to the request to the extent that it seeks documents not in MGA's

25   possession, custody or control. MGA further objects to the request to the extent it

26   seeks confidential, proprietary or commercially sensitive information, the disclosure

27   of which would be inimical to the business interests of MGA.

28

EXHIBIT 2, PAGE 125

96

MGA'S RESPONSES TO MATTEL'S THIRD          CASE NO. CV 04-9049 SGL (RNBx)
SET OF REQUESTS FOR PRODUCTION

1    MGA further objects to this request as cumulative, duplicative, and unduly

2  burdensome to the extent that it seeks documents previously requested by Mattel or

3  produced by MGA in response to Mattel's document requests, including, but not

4  limited to:  Request Nos. 5 and 39 from Mattel, Inc.'s First Set of Requests for

5  Documents and Things re Claims of Unfair Competition to MGA Entertainment, Inc.,

6  and Request No. 229 from Mattel's First Set of Requests for Documents and Things

7  to Isaac Larian.

8  REQUEST FOR PRODUCTION NO. 61:

9    All DOCUMENTS that REFER OR RELATE TO SPACE BABES prior to

10  January 1, 2005.

11  RESPONSE TO REQUEST FOR PRODUCTION NO. 61:

12    MGA incorporates by reference its General Response and General Objections

13  above, as though fully set forth herein and specifically incorporates General

14  Objection No. 15 (regarding Definitions), including without limitation MGA's

15  objection to the definition of the terms SPACE BABES and REFER OR RELATE

16  TO.  MGA further objects to the request to the extent it seeks the production of

17  documents that are protected from disclosure under any applicable privilege, doctrine

18  or immunity, including without limitation the attorney-client privilege, the work

19  product doctrine, the right of privacy, and all other privileges recognized under the

20  constitutional, statutory or decisional law of the United States of America, the State

21  of California or any other applicable jurisdiction.  MGA further objects to this

22  request on the grounds that it is overly broad and unduly burdensome in that it seeks

23  documents not relevant to the claims or defenses in this action and not reasonably

24  calculated to lead to the discovery of admissible evidence.  Mattel has not

25  demonstrated how *all* DOCUMENTS that REFER OR RELATE TO SPACE

26  BABES prior to January 1, 2005 could be relevant to the claims and defenses in this

27  action.  The request is not limited to the subject matter of this action and is thus

28  impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7;

97

MGA'S RESPONSES TO MATTEL'S THIRD
SET OF REQUESTS FOR PRODUCTION

CASE NO. CV 04-9049 SGL (RNBx)

EXHIBIT 2, PAGE 126

1  see also April 19 Order at 5:26-7:5 (discovery request overbroad where complaint

2  does not even reference the product).  MGA further objects to this request on the

3  grounds that the terms SPACE BABES and REFER OR RELATE TO renders the

4  request vague, ambiguous, overly broad and unduly burdensome.  MGA further

5  objects to the request to the extent that it seeks documents that by reason of public

6  filing, public distribution or otherwise are already in Mattel's possession or are

7  readily accessible to Mattel.  MGA further objects to the request to the extent that it

8  seeks documents not in MGA's possession, custody or control.  MGA further objects

9  to the request to the extent it seeks confidential, proprietary or commercially

10  sensitive information, the disclosure of which would be inimical to the business

11  interests of MGA.

12       MGA further objects to this request as cumulative, duplicative, and unduly

13  burdensome to the extent that it seeks documents previously requested by Mattel or

14  produced by MGA in response to Mattel's document requests, including, but not

15  limited to:  Request Nos. 5 and 39 from Mattel, Inc.'s First Set of Requests for

16  Documents and Things re Claims of Unfair Competition to MGA Entertainment, Inc.,

17  and Request No. 229 from Mattel's First Set of Requests for Documents and Things

18  to Isaac Larian.

19  REQUEST FOR PRODUCTION NO. 62:

20       All DOCUMENTS that REFER OR RELATE TO Paula Garcia's work in

21  connection with or role in SPACE BABES.

22  RESPONSE TO REQUEST FOR PRODUCTION NO. 62:

23       MGA incorporates by reference its General Response and General Objections

24  above, as though fully set forth herein and specifically incorporates General

25  Objection No. 15 (regarding Definitions), including without limitation MGA's

26  objection to the definition of the terms SPACE BABES and REFER OR RELATE

27  TO.  MGA further objects to the request to the extent it seeks the production of

28  documents that are protected from disclosure under any applicable privilege, doctrine

MGA'S RESPONSES TO MATTEL'S THIRD        CASE NO. CV 04-9049 SGL (RNBx)
SET OF REQUESTS FOR PRODUCTION           EXHIBIT 2, PAGE 127

1  or immunity, including without limitation the attorney-client privilege, the work

2  product doctrine, the right of privacy, and all other privileges recognized under the

3  constitutional, statutory or decisional law of the United States of America, the State

4  of California or any other applicable jurisdiction.  MGA further objects to this

5  request on the grounds that it is overly broad and unduly burdensome in that it seeks

6  documents not relevant to the claims or defenses in this action and not reasonably

7  calculated to lead to the discovery of admissible evidence.  Mattel has not

8  demonstrated how *all* DOCUMENTS that REFER OR RELATE TO Paula Garcia's

9  work in connection with or role in SPACE BABES could be relevant to the claims

10  and defenses in this action.  The request is not limited to the subject matter of this

11  action and is thus impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22

12  Order at 21:5-7; see also April 19 Order at 5:26-7:5 (discovery request overbroad

13  where complaint does not even reference the product).  MGA further objects to this

14  request as being overly broad and unduly burdensome on the grounds that it is not

15  limited in time.  MGA further objects to this request on the grounds that the terms

16  SPACE BABES and REFER OR RELATE TO renders the request vague,

17  ambiguous, overly broad and unduly burdensome.  MGA further objects to the

18  phrase "work in connection with or role in" as vague and ambiguous.  MGA further

19  objects to the request to the extent that it seeks documents not in MGA's possession,

20  custody or control.  MGA further objects to the request to the extent it seeks

21  confidential, proprietary or commercially sensitive information, the disclosure of

22  which would be inimical to the business interests of MGA.

23  　　　MGA further objects to this request as cumulative, duplicative, and unduly

24  burdensome to the extent that it seeks documents previously requested by Mattel or

25  produced by MGA in response to Mattel's document requests, including, but not

26  limited to:  Request Nos. 5 and 39 from Mattel, Inc.'s First Set of Requests for

27  Documents and Things re Claims of Unfair Competition to MGA Entertainment, Inc.,

28

EXHIBIT 2 , PAGE 128

MGA'S RESPONSES TO MATTEL'S THIRD
SET OF REQUESTS FOR PRODUCTION
　　　　　　　　　　　　　　　　　CASE NO. CV 04-9049 SGL (RNBx)

1  and Request No. 229 from Mattel's First Set of Requests for Documents and Things

2  to Isaac Larian.

3  REQUEST FOR PRODUCTION NO. 63:

4      All DESIGNS conceived of, made, produced or created, whether in whole or

5  in part, by Scot Reyes in connection with SPACE BABES.

6  RESPONSE TO REQUEST FOR PRODUCTION NO. 63:

7      MGA incorporates by reference its General Response and General Objections

8  above, as though fully set forth herein and specifically incorporates General

9  Objection No. 15 (regarding Definitions), including without limitation MGA's

10  objection to the definition of the terms DESIGNS and SPACE BABES.  MGA

11  further objects to the request to the extent it seeks the production of documents that

12  are protected from disclosure under any applicable privilege, doctrine or immunity,

13  including without limitation the attorney-client privilege, the work product doctrine,

14  the right of privacy, and all other privileges recognized under the constitutional,

15  statutory or decisional law of the United States of America, the State of California or

16  any other applicable jurisdiction.  MGA further objects to this request on the grounds

17  that it is overly broad and unduly burdensome in that it seeks documents not relevant

18  to the claims or defenses in this action and not reasonably calculated to lead to the

19  discovery of admissible evidence.  Mattel has not demonstrated how *all* DESIGNS

20  conceived of, made, produced or created by Scot Reyes in connection with SPACE

21  BABES could be relevant to the claims and defenses in this action.  The request is

22  not limited to the subject matter of this action and is thus impermissibly overbroad.

23  See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7; see also April 19 Order at

24  5:26-7:5 (discovery request overbroad where complaint does not even reference the

25  product).  MGA further objects to this request as being overly broad and unduly

26  burdensome on the grounds that it is not limited in time.  MGA further objects to this

27  request on the grounds that the terms DESIGN and SPACE BABES render the

28  request vague, ambiguous, overly broad and unduly burdensome.  MGA further

1  objects to the phrase "conceived of, made, produced or created" as vague and

2  ambiguous.  MGA further objects to the request to the extent that it seeks documents

3  not in MGA's possession, custody or control.  MGA further objects to the request to

4  the extent it seeks confidential, proprietary or commercially sensitive information,

5  the disclosure of which would be inimical to the business interests of MGA.

6      MGA further objects to this request as cumulative, duplicative, and unduly

7  burdensome to the extent that it seeks documents previously requested by Mattel or

8  produced by MGA in response to Mattel's document requests, including, but not

9  limited to:  Request Nos. 5 and 39 from Mattel, Inc.'s First Set of Requests for

10  Documents and Things re Claims of Unfair Competition to MGA Entertainment, Inc.

11  REQUEST FOR PRODUCTION NO. 64:

12      All DOCUMENTS that REFER OR RELATE TO DESIGNS conceived of,

13  made, produced or created, whether in whole or in part, by Scot Reyes in connection

14  with SPACE BABES.

15  RESPONSE TO REQUEST FOR PRODUCTION NO. 64:

16      MGA incorporates by reference its General Response and General Objections

17  above, as though fully set forth herein and specifically incorporates General

18  Objection No. 15 (regarding Definitions), including without limitation MGA's

19  objection to the definition of the terms DESIGN, SPACE BABES and REFER OR

20  RELATE TO.  MGA further objects to the request to the extent it seeks the

21  production of documents that are protected from disclosure under any applicable

22  privilege, doctrine or immunity, including without limitation the attorney-client

23  privilege, the work product doctrine, the right of privacy, and all other privileges

24  recognized under the constitutional, statutory or decisional law of the United States

25  of America, the State of California or any other applicable jurisdiction.  MGA further

26  objects to this request on the grounds that it is overly broad and unduly burdensome

27  in that it seeks documents not relevant to the claims or defenses in this action and not

28  reasonably calculated to lead to the discovery of admissible evidence.  Mattel has not

101

MGA'S RESPONSES TO MATTEL'S THIRD
SET OF REQUESTS FOR PRODUCTION

CASE NO. CV 04-9049 SGL (RNBx)

EXHIBIT  7 , PAGE 130

1 demonstrated how *all* DOCUMENTS that REFER OR RELATE TO DESIGNS

2 "conceived of, made, produced or created" by Scot Reyes in connection with SPACE

3 BABES could be relevant to the claims and defenses in this action.  The request is

4 not limited to the subject matter of this action and is thus impermissibly overbroad.

5 See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7; see also April 19 Order at

6 5:26-7:5 (discovery request overbroad where complaint does not even reference the

7 product).  MGA further objects to this request as being overly broad and unduly

8 burdensome on the grounds that it is not limited in time.  MGA further objects to this

9 request on the grounds that the terms DESIGN, SPACE BABES and REFER OR

10 RELATE TO renders the request vague, ambiguous, overly broad and unduly

11 burdensome.  MGA further objects to the phrase "conceived of, made, produced or

12 created" as vague and ambiguous.  MGA further objects to the request to the extent

13 that it seeks documents not in MGA's possession, custody or control.  MGA further

14 objects to the request to the extent it seeks confidential, proprietary or commercially

15 sensitive information, the disclosure of which would be inimical to the business

16 interests of MGA.

17 　　　　MGA further objects to this request as cumulative, duplicative, and unduly

18 burdensome to the extent that it seeks documents previously requested by Mattel or

19 produced by MGA in response to Mattel's document requests, including, but not

20 limited to:  Request Nos. 5 and 39 from Mattel, Inc.'s First Set of Requests for

21 Documents and Things re Claims of Unfair Competition to MGA Entertainment, Inc.

22 REQUEST FOR PRODUCTION NO. 65:

23 　　　　All DOCUMENTS that REFER OR RELATE TO Scot Reyes' work in

24 connection with or role in SPACE BABES.

25 RESPONSE TO REQUEST FOR PRODUCTION NO. 65:

26 　　　　MGA incorporates by reference its General Response and General Objections

27 above, as though fully set forth herein and specifically incorporates General

28 Objection No. 15 (regarding Definitions), including without limitation MGA's

102

1   objection to the definition of the terms SPACE BABES and REFER OR RELATE

2   TO.  MGA further objects to the request to the extent it seeks the production of

3   documents that are protected from disclosure under any applicable privilege, doctrine

4   or immunity, including without limitation the attorney-client privilege, the work

5   product doctrine, the right of privacy, and all other privileges recognized under the

6   constitutional, statutory or decisional law of the United States of America, the State

7   of California or any other applicable jurisdiction.  MGA further objects to this

8   request on the grounds that it is overly broad and unduly burdensome in that it seeks

9   documents not relevant to the claims or defenses in this action and not reasonably

10  calculated to lead to the discovery of admissible evidence.  Mattel has not

11  demonstrated how *all* DOCUMENTS that REFER OR RELATE TO Scot Reyes'

12  work in connection with or role in SPACE BABES could be relevant to the claims

13  and defenses in this action.  The request is not limited to the subject matter of this

14  action and is thus impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22

15  Order at 21:5-7; see also April 19 Order at 5:26-7:5 (discovery request overbroad

16  where complaint does not even reference the product).  MGA further objects to this

17  request as being overly broad and unduly burdensome on the grounds that it is not

18  limited in time.  MGA further objects to this request on the grounds that the terms

19  SPACE BABES and REFER OR RELATE TO renders the request vague,

20  ambiguous, overly broad and unduly burdensome.  MGA further objects to the

21  phrase "work in connection with or role in" as vague and ambiguous.  MGA further

22  objects to the request to the extent that it seeks documents not in MGA's possession,

23  custody or control.  MGA further objects to the request to the extent it seeks

24  confidential, proprietary or commercially sensitive information, the disclosure of

25  which would be inimical to the business interests of MGA.

26          MGA further objects to this request as cumulative, duplicative, and unduly

27  burdensome to the extent that it seeks documents previously requested by Mattel or

28  produced by MGA in response to Mattel's document requests, including, but not

MGA'S RESPONSES TO MATTEL'S THIRD          CASE NO. CV 04-9049 SGL (RNBx)
SET OF REQUESTS FOR PRODUCTION

EXHIBIT __2__, PAGE __32__

1   limited to:  Request Nos. 5 and 39 from Mattel, Inc.'s First Set of Requests for

2   Documents and Things re Claims of Unfair Competition to MGA Entertainment, Inc.

3   REQUEST FOR PRODUCTION NO. 66:

4        All actual or proposed contracts and agreements between YOU and Scot

5   Reyes that REFER OR RELATE TO SPACE BABES, including without limitation

6   all drafts thereof.

7   RESPONSE TO REQUEST FOR PRODUCTION NO. 66:

8        MGA incorporates by reference its General Response and General Objections

9   above, as though fully set forth herein and specifically incorporates General

10   Objection No. 15 (regarding Definitions), including without limitation MGA's

11   objection to the definition of the terms SPACE BABES and REFER OR RELATE

12   TO.  MGA further objects to the request to the extent it seeks the production of

13   documents that are protected from disclosure under any applicable privilege, doctrine

14   or immunity, including without limitation the attorney-client privilege, the work

15   product doctrine, the right of privacy, and all other privileges recognized under the

16   constitutional, statutory or decisional law of the United States of America, the State

17   of California or any other applicable jurisdiction.  MGA further objects to this

18   request on the grounds that it is overly broad and unduly burdensome in that it seeks

19   documents not relevant to the claims or defenses in this action and not reasonably

20   calculated to lead to the discovery of admissible evidence.  Mattel has not

21   demonstrated how *all* actual or proposed contracts and agreements between MGA

22   and Scot Reyes that REFER OR RELATE TO SPACE BABES could be relevant to

23   the claims and defenses in this action.  The request is not limited to the subject

24   matter of this action and is thus impermissibly overbroad.  See Aug. 13 Order at

25   9:17-20; May 22 Order at 21:5-7; see also April 19 Order at 5:26-7:5 (discovery

26   request overbroad where complaint does not even reference the product).  MGA

27   further objects to this request as being overly broad and unduly burdensome on the

28   grounds that it is not limited in time.  MGA further objects to this request on the

MGA'S RESPONSES TO MATTEL'S THIRD          CASE NO. CV 04-9049 SGL (RNBx)
SET OF REQUESTS FOR PRODUCTION

EXHIBIT  2 , PAGE  133

1    grounds that the terms SPACE BABES and REFER OR RELATE TO renders the

2    request vague, ambiguous, overly broad and unduly burdensome.  MGA further

3    objects to the request to the extent that it seeks documents not in MGA's possession,

4    custody or control.  MGA further objects to the request to the extent it seeks

5    confidential, proprietary or commercially sensitive information, the disclosure of

6    which would be inimical to the business interests of MGA.  MGA further objects to

7    the request to the extent it seeks information the disclosure of which would implicate

8    the rights of third parties to protect private, confidential, proprietary or trade secret

9    information. MGA further objects to this request as cumulative, duplicative, and

10    unduly burdensome to the extent that it seeks documents previously requested by

11    Mattel or produced by MGA in response to Mattel's document requests.

12    <u>REQUEST FOR PRODUCTION NO. 67</u>:

13        All DOCUMENTS that REFER OR RELATE TO payments by YOU to Scot

14    Reyes for or in connection with SPACE BABES.

15    <u>RESPONSE TO REQUEST FOR PRODUCTION NO. 67</u>:

16        MGA incorporates by reference its General Response and General Objections

17    above, as though fully set forth herein and specifically incorporates General

18    Objection No. 15 (regarding Definitions), including without limitation MGA's

19    objection to the definition of the terms REFER OR RELATE TO and SPACE

20    BABES.  MGA further objects to the request to the extent it seeks the production of

21    documents that are protected from disclosure under any applicable privilege, doctrine

22    or immunity, including without limitation the attorney-client privilege, the work

23    product doctrine, the right of privacy, and all other privileges recognized under the

24    constitutional, statutory or decisional law of the United States of America, the State

25    of California or any other applicable jurisdiction.  MGA further objects to this

26    request on the grounds that it is overly broad and unduly burdensome in that it seeks

27    documents not relevant to the claims or defenses in this action and not reasonably

28    calculated to lead to the discovery of admissible evidence.  Mattel has not

MGA'S RESPONSES TO MATTEL'S THIRD
SET OF REQUESTS FOR PRODUCTION

CASE NO. CV 04-9049 SGL (RNBx)

EXHIBIT   2 , PAGE 134

1   demonstrated how *all* DOCUMENTS that REFER OR RELATE TO payments made

2   by MGA to Scot Reyes in connection with SPACE BABES could be relevant to the

3   claims and defenses in this action.  The request is not limited to the subject matter of

4   this action and is thus impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May

5   22 Order at 21:5-7; see also April 19 Order at 5:26-7:5 (discovery request overbroad

6   where complaint does not even reference the product).  MGA further objects to this

7   request as being overly broad and unduly burdensome on the grounds that it is not

8   limited in time.  MGA further objects to this request on the grounds that the terms

9   REFER OR RELATE TO and SPACE BABES render the request vague, ambiguous,

10  overly broad and unduly burdensome.  MGA further objects to the request to the

11  extent it seeks confidential, proprietary or commercially sensitive information, the

12  disclosure of which would be inimical to the business interests of MGA.  Such

13  information may also be subject to protective orders governing other litigations

14  thereby precluding disclosure in response to this request.  MGA further objects to the

15  request to the extent it violates the privacy rights of third parties to their private,

16  confidential, proprietary or trade secret information.

17      MGA further objects to this request as cumulative, duplicative, and unduly

18  burdensome to the extent that it seeks documents requested pursuant to Request No.

19  68 or previously requested by Mattel or produced by MGA in response to Mattel's

20  document requests.

21  REQUEST FOR PRODUCTION NO. 68:

22      All DOCUMENTS that REFER OR RELATE TO payments by YOU to Scot

23  Reyes.

24  RESPONSE TO REQUEST FOR PRODUCTION NO. 68:

25      MGA incorporates by reference its General Response and General Objections

26  above, as though fully set forth herein and specifically incorporates General

27  Objection No. 15 (regarding Definitions), including without limitation MGA's

28  objection to the definition of the term REFER OR RELATE TO.  MGA further

MGA'S RESPONSES TO MATTEL'S THIRD          CASE NO. CV 04-9049 SGL (RNBx)
SET OF REQUESTS FOR PRODUCTION             EXHIBIT 2, PAGE 135

1  objects to the request to the extent it seeks the production of documents that are

2  protected from disclosure under any applicable privilege, doctrine or immunity,

3  including without limitation the attorney-client privilege, the work product doctrine,

4  the right of privacy, and all other privileges recognized under the constitutional,

5  statutory or decisional law of the United States of America, the State of California or

6  any other applicable jurisdiction.  MGA further objects to this request on the grounds

7  that it is overly broad and unduly burdensome in that it seeks documents not relevant

8  to the claims or defenses in this action and not reasonably calculated to lead to the

9  discovery of admissible evidence.  Mattel has not demonstrated how *all*

10  DOCUMENTS that REFER OR RELATE TO payments made by MGA to Scot

11  Reyes could be relevant to the claims and defenses in this action.  The request is not

12  limited to the subject matter of this action and is thus impermissibly overbroad.  See

13  Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.  MGA further objects to this

14  request as being overly broad and unduly burdensome on the grounds that it is not

15  limited in time.  MGA further objects to this request on the grounds that the term

16  REFER OR RELATE TO renders the request vague, ambiguous, overly broad and

17  unduly burdensome.  MGA further objects to the request to the extent it seeks

18  confidential, proprietary or commercially sensitive information, the disclosure of

19  which would be inimical to the business interests of MGA.  MGA further objects to

20  the request to the extent it violates the privacy rights of third parties to their private,

21  confidential, proprietary or trade secret information.

22      MGA further objects to this request as cumulative, duplicative, and unduly

23  burdensome to the extent that it seeks documents requested pursuant to Request No.

24  67 or previously requested by Mattel or produced by MGA in response to Mattel's

25  document requests.

26  REQUEST FOR PRODUCTION NO. 69:

27      All DOCUMENTS that REFER OR RELATE TO Isaac Larian's work in

28  connection with or role in SPACE BABES.

MGA'S RESPONSES TO MATTEL'S THIRD      CASE NO. CV 04-9049 SGL (RNBx)
SET OF REQUESTS FOR PRODUCTION

EXHIBIT 2, PAGE 136

RESPONSE TO REQUEST FOR PRODUCTION NO. 69:

      MGA incorporates by reference its General Response and General Objections above, as though fully set forth herein and specifically incorporates General Objection No. 15 (regarding Definitions), including without limitation MGA's objection to the definition of the terms SPACE BABES and REFER OR RELATE TO. MGA further objects to the request to the extent it seeks the production of documents that are protected from disclosure under any applicable privilege, doctrine or immunity, including without limitation the attorney-client privilege, the work product doctrine, the right of privacy, and all other privileges recognized under the constitutional, statutory or decisional law of the United States of America, the State of California or any other applicable jurisdiction. MGA further objects to this request on the grounds that the terms SPACE BABES and REFER OR RELATE TO renders the request vague, ambiguous, overly broad and unduly burdensome. MGA further objects to the phrase "work in connection with or role in" as vague and ambiguous. MGA further objects to this request on the grounds that it is overly broad and unduly burdensome in that it seeks documents not relevant to the claims or defenses in this action and not reasonably calculated to lead to the discovery of admissible evidence. Mattel has not demonstrated how *all* DOCUMENTS that REFER OR RELATE TO Isaac Larian's work in connection with or role in SPACE BABES could be relevant to the claims and defenses in this action. The request is not limited to the subject matter of this action and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7; see also April 19 Order at 5:26-7:5 (discovery request overbroad where complaint does not even reference the product). MGA further objects to this request as being overly broad and unduly burdensome on the grounds that it is not limited in time. MGA further objects to the request to the extent it seeks confidential, proprietary or commercially sensitive information, the disclosure of which would be inimical to the business interests of MGA. MGA further objects to this request as cumulative, duplicative, and unduly

108

1  burdensome to the extent that it seeks documents previously requested by Mattel or

2  produced by MGA in response to Mattel's document requests.

3  REQUEST FOR PRODUCTION NO. 70:

4       DOCUMENTS sufficient to show the first manufacture date of each and every

5  SPACE BABES product.

6  RESPONSE TO REQUEST FOR PRODUCTION NO. 70:

7       MGA incorporates by reference its General Response and General Objections

8  above, as though fully set forth herein and specifically incorporates General

9  Objection No. 15 (regarding Definitions), including without limitation MGA's

10  objection to the definition of the term SPACE BABES.  MGA further objects to the

11  request to the extent it seeks the production of documents that are protected from

12  disclosure under any applicable privilege, doctrine or immunity, including without

13  limitation the attorney-client privilege, the work product doctrine, the right of

14  privacy, and all other privileges recognized under the constitutional, statutory or

15  decisional law of the United States of America, the State of California or any other

16  applicable jurisdiction.  MGA further objects to the phrase "sufficient to show" as

17  vague and ambiguous.  MGA further objects to this request on the grounds that it is

18  overly broad and unduly burdensome in that it seeks documents not relevant to the

19  claims or defenses in this action and not reasonably calculated to lead to the

20  discovery of admissible evidence.  Mattel has not demonstrated how DOCUMENTS

21  "sufficient to show" the first manufacture date of *each and every* SPACE BABES

22  product could be relevant to the claims and defenses in this action.  The request is

23  not limited to the subject matter of this action and is thus impermissibly overbroad.

24  See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7; see also April 19 Order at

25  5:26-7:5 (discovery request overbroad where complaint does not even reference the

26  product).  MGA further objects to this request as being overly broad and unduly

27  burdensome on the grounds that it is not limited in time or geographic scope.  MGA

28  further objects to this request on the grounds that the term SPACE BABES renders

MGA'S RESPONSES TO MATTEL'S THIRD
SET OF REQUESTS FOR PRODUCTION

CASE NO. CV 04-9049 SGL (RNBx)

EXHIBIT 2 , PAGE 138

1 the request vague, ambiguous, overly broad and unduly burdensome.  MGA further

2 objects to the request to the extent that it seeks documents that by reason of public

3 filing, public distribution or otherwise are already in Mattel's possession or are

4 readily accessible to Mattel.  MGA further objects to the request to the extent that it

5 seeks documents not in MGA's possession, custody or control.  MGA further objects

6 to the request to the extent it seeks confidential, proprietary or commercially

7 sensitive information, the disclosure of which would be inimical to the business

8 interests of MGA.

9      MGA further objects to this request as cumulative, duplicative, and unduly

10 burdensome to the extent that it seeks documents previously requested by Mattel or

11 produced by MGA in response to Mattel's document requests, including, but not

12 limited to:  Request Nos. 5 and 39 from Mattel, Inc.'s First Set of Requests for

13 Documents and Things re Claims of Unfair Competition to MGA Entertainment, Inc.

14 REQUEST FOR PRODUCTION NO. 71:

15      DOCUMENTS sufficient to show the first ship date of each and every SPACE

16 BABES product.

17 RESPONSE TO REQUEST FOR PRODUCTION NO. 71:

18      MGA incorporates by reference its General Response and General Objections

19 above, as though fully set forth herein and specifically incorporates General

20 Objection No. 15 (regarding Definitions), including without limitation MGA's

21 objection to the definition of the term SPACE BABES.  MGA further objects to the

22 request to the extent it seeks the production of documents that are protected from

23 disclosure under any applicable privilege, doctrine or immunity, including without

24 limitation the attorney-client privilege, the work product doctrine, the right of

25 privacy, and all other privileges recognized under the constitutional, statutory or

26 decisional law of the United States of America, the State of California or any other

27 applicable jurisdiction.  MGA further objects to the phrase "sufficient to show" as

28 vague and ambiguous.  MGA further objects to this request on the grounds that it is

110

1  overly broad and unduly burdensome in that it seeks documents not relevant to the

2  claims or defenses in this action and not reasonably calculated to lead to the

3  discovery of admissible evidence.  Mattel has not demonstrated how DOCUMENTS

4  "sufficient to show" the first ship date of *each and every* SPACE BABES product

5  could be relevant to the claims and defenses in this action.  The request is not limited

6  to the subject matter of this action and is thus impermissibly overbroad.  See Aug. 13

7  Order at 9:17-20; May 22 Order at 21:5-7; see also April 19 Order at 5:26-7:5

8  (discovery request overbroad where complaint does not even reference the product).

9  MGA further objects to this request as being overly broad and unduly burdensome

10  on the grounds that it is not limited in time or geographic scope.  MGA further

11  objects to this request on the grounds that the term SPACE BABES renders the

12  request vague, ambiguous, overly broad and unduly burdensome.  MGA further

13  objects to the request to the extent that it seeks documents that by reason of public

14  filing, public distribution or otherwise are already in Mattel's possession or are

15  readily accessible to Mattel.  MGA further objects to the request to the extent that it

16  seeks documents not in MGA's possession, custody or control.  MGA further objects

17  to the request to the extent it seeks confidential, proprietary or commercially

18  sensitive information, the disclosure of which would be inimical to the business

19  interests of MGA.

20        MGA further objects to this request as cumulative, duplicative, and unduly

21  burdensome to the extent that it seeks documents previously requested by Mattel or

22  produced by MGA in response to Mattel's document requests, including, but not

23  limited to:  Request Nos. 5 and 39 from Mattel, Inc.'s First Set of Requests for

24  Documents and Things re Claims of Unfair Competition to MGA Entertainment, Inc.

25  REQUEST FOR PRODUCTION NO. 72:

26        DOCUMENTS sufficient to show YOUR revenues from SPACE BABES.

27

28

EXHIBIT 2 . PAGE 140

MGA'S RESPONSES TO MATTEL'S THIRD
SET OF REQUESTS FOR PRODUCTION

CASE NO. CV 04-9049 SGL (RNBx)

RESPONSE TO REQUEST FOR PRODUCTION NO. 72:

MGA incorporates by reference its General Response and General Objections above, as though fully set forth herein and specifically incorporates General Objection No. 15 (regarding Definitions), including without limitation MGA's objection to the definition of the term SPACE BABES. MGA further objects to the request to the extent it seeks the production of documents that are protected from disclosure under any applicable privilege, doctrine or immunity, including without limitation the attorney-client privilege, the work product doctrine, the right of privacy, and all other privileges recognized under the constitutional, statutory or decisional law of the United States of America, the State of California or any other applicable jurisdiction. MGA further objects to the phrase "sufficient to show" as vague and ambiguous. MGA further objects to this request on the grounds that it is overly broad and unduly burdensome in that it seeks documents not relevant to the claims or defenses in this action and not reasonably calculated to lead to the discovery of admissible evidence. Mattel has not demonstrated how DOCUMENTS "sufficient to show" MGA's revenues from SPACE BABES could be relevant to the claims and defenses in this action. The request is not limited to the subject matter of this action and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7; see also April 19 Order at 5:26-7:5 (discovery request overbroad where complaint does not even reference the product). MGA further objects to this request as being overly broad and unduly burdensome on the grounds that it is not limited in time or geographic scope. MGA further objects to this request on the grounds that the term SPACE BABES renders the request vague, ambiguous, overly broad and unduly burdensome. MGA further objects to the request to the extent it seeks confidential, proprietary or commercially sensitive information, the disclosure of which would be inimical to the business interests of MGA. Such information may also be subject to protective orders governing other litigations thereby precluding disclosure in response to this request.

EXHIBIT 2, PAGE 4

MGA'S RESPONSES TO MATTEL'S THIRD SET OF REQUESTS FOR PRODUCTION

CASE NO. CV 04-9049 SGL (RNBx)

1      MGA further objects to this request as cumulative, duplicative, and unduly

2 burdensome to the extent that it seeks documents previously requested by Mattel or

3 produced by MGA in response to Mattel's document requests, including, but not

4 limited to:  Request Nos. 5 and 39 from Mattel, Inc.'s First Set of Requests for

5 Documents and Things re Claims of Unfair Competition to MGA Entertainment, Inc.

6 <u>REQUEST FOR PRODUCTION NO. 73</u>:

7      All DOCUMENTS that REFER OR RELATE TO any DESIGN offered,

8 submitted, pitched, assigned or transferred by Scot Reyes to YOU, acquired or

9 purchased by, or assigned to, YOU from Scot Reyes, requested or solicited by YOU

10 from Scot Reyes or made, created, produced or conceived of, whether in whole or in

11 party, by Scot Reyes on YOUR behalf.

12 <u>RESPONSE TO REQUEST FOR PRODUCTION NO. 73</u>:

13      MGA incorporates by reference its General Response and General Objections

14 above, as though fully set forth herein and specifically incorporates General

15 Objection No. 15 (regarding Definitions), including without limitation MGA's

16 objection to the definition of the terms DESIGN and REFER OR RELATE TO.

17 MGA further objects to the request to the extent it seeks the production of documents

18 that are protected from disclosure under any applicable privilege, doctrine or

19 immunity, including without limitation the attorney-client privilege, the work

20 product doctrine, the right of privacy, and all other privileges recognized under the

21 constitutional, statutory or decisional law of the United States of America, the State

22 of California or any other applicable jurisdiction.  MGA further objects to this

23 request on the grounds that the terms DESIGN, and REFER OR RELATE TO

24 renders the request vague, ambiguous, overly broad and unduly burdensome.  MGA

25 further objects to the phrase "offered, submitted, pitched, assigned or transferred by

26 Scot Reyes to MGA, acquired or purchased by or assigned to MGA from Scot Reyes,

27 requested or solicited by MGA from Scot Reyes or made, created, produced or

28 conceived of by Scot Reyes" as vague and ambiguous.  MGA further objects to this

MGA'S RESPONSES TO MATTEL'S THIRD      CASE NO. CV 04-9049 SGL (RNBx)
SET OF REQUESTS FOR PRODUCTION

EXHIBIT 2 , PAGE 42

1   request on the grounds that it is overly broad and unduly burdensome in that it seeks

2   documents not relevant to the claims or defenses in this action and not reasonably

3   calculated to lead to the discovery of admissible evidence. Mattel has not

4   demonstrated how *all* DOCUMENTS that REFER OR RELATE TO *any* DESIGN

5   offered, submitted, pitched, assigned or transferred by Scot Reyes to MGA, acquired

6   or purchased by or assigned to MGA from Scot Reyes, requested or solicited by

7   MGA from Scot Reyes or made, created, produced or conceived of by Scot Reyes on

8   behalf of MGA could be relevant to the claims and defenses in this action. The

9   request is not limited to the subject matter of this action and is thus impermissibly

10   overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7. MGA further

11   objects to this request as being overly broad and unduly burdensome on the grounds

12   that it is not limited in time. MGA further objects to the request to the extent it seeks

13   confidential, proprietary or commercially sensitive information, the disclosure of

14   which would be inimical to the business interests of MGA. MGA further objects to

15   this request as cumulative, duplicative, and unduly burdensome to the extent that it

16   seeks documents previously requested by Mattel or produced by MGA in response to

17   Mattel's document requests.

18   <u>REQUEST FOR PRODUCTION NO. 74</u>:

19      All COMMUNICATIONS between YOU and Scot Reyes that REFER OR

20   RELATE TO MATTEL or any MATTEL doll or product.

21   <u>RESPONSE TO REQUEST FOR PRODUCTION NO. 74</u>:

22      MGA incorporates by reference its General Response and General Objections

23   above, as though fully set forth herein and specifically incorporates General

24   Objection No. 15 (regarding Definitions), including without limitation MGA's

25   objection to the definition of the term REFER OR RELATE TO. MGA further

26   objects to the request to the extent it seeks the production of documents that are

27   protected from disclosure under any applicable privilege, doctrine or immunity,

28   including without limitation the attorney-client privilege, the work product doctrine,

114

1 the right of privacy, and all other privileges recognized under the constitutional,

2 statutory or decisional law of the United States of America, the State of California or

3 any other applicable jurisdiction. MGA further objects to this request on the grounds

4 that it is overly broad and unduly burdensome in that it seeks documents not relevant

5 to the claims or defenses in this action and not reasonably calculated to lead to the

6 discovery of admissible evidence. Mattel has not demonstrated how *all*

7 COMMUNICATIONS between MGA and Scot Reyes that REFER OR RELATE

8 TO MATTEL or any MATTEL doll or product could be relevant to the claims and

9 defenses in this action. The request is not limited to the subject matter of this action

10 and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order

11 at 21:5-7. MGA further objects to this request as being overly broad and unduly

12 burdensome on the grounds that it is not limited in time. MGA further objects to this

13 request on the grounds that the term REFER OR RELATE TO renders the request

14 vague, ambiguous, overly broad and unduly burdensome. MGA further objects to

15 the request to the extent it seeks confidential, proprietary or commercially sensitive

16 information, the disclosure of which would be inimical to the business interests of

17 MGA. MGA further objects to the request to the extent it violates the privacy rights

18 of third parties to their private, confidential, proprietary or trade secret information.

19 MGA further objects to this request as cumulative, duplicative, and unduly

20 burdensome to the extent that it seeks documents previously requested by Mattel or

21 produced by MGA in response to Mattel's document requests, including, but not

22 limited to: Request Nos. 138 and 140 from Mattel, Inc.'s First Set of Requests for

23 Documents and Things re Claims of Unfair Competition to MGA Entertainment, Inc.,

24 and Request No. 116 from Mattel's First Set of Requests for Documents and Things

25 to Isaac Larian.

26 REQUEST FOR PRODUCTION NO. 75:

27 All DOCUMENTS that REFER OR RELATE TO MATTEL documents or

28 information provided, shown or otherwise disclosed to YOU by Scot Reyes.

---

115

RESPONSE TO REQUEST FOR PRODUCTION NO. 75:

     MGA incorporates by reference its General Response and General Objections above, as though fully set forth herein and specifically incorporates General Objection No. 15 (regarding Definitions), including without limitation MGA's objection to the definition of the term REFER OR RELATE TO.  MGA further objects to the request to the extent it seeks the production of documents that are protected from disclosure under any applicable privilege, doctrine or immunity, including without limitation the attorney-client privilege, the work product doctrine, the right of privacy, and all other privileges recognized under the constitutional, statutory or decisional law of the United States of America, the State of California or any other applicable jurisdiction.  MGA further objects to this request on the grounds that it is overly broad and unduly burdensome in that it seeks documents not relevant to the claims or defenses in this action and not reasonably calculated to lead to the discovery of admissible evidence.  Mattel has not demonstrated how *all* DOCUMENTS that REFER OR RELATE TO MATTEL documents or information provided, shown or otherwise disclosed to MGA by Scot Reyes could be relevant to the claims and defenses in this action.  The request is not limited to the subject matter of this action and is thus impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.  MGA further objects to this request as being overly broad and unduly burdensome on the grounds that it is not limited in time. MGA further objects to this request on the grounds that the term REFER OR RELATE TO renders the request vague, ambiguous, overly broad and unduly burdensome.  MGA further objects to the phrase " provided, shown or otherwise disclosed" as vague and ambiguous.  MGA further objects to the request to the extent that it seeks documents not in MGA's possession, custody or control.  MGA further objects to the request to the extent it seeks confidential, proprietary or commercially sensitive information, the disclosure of which would be inimical to the business interests of MGA.

EXHIBIT 2   PAGE 45

MGA'S RESPONSES TO MATTEL'S THIRD
SET OF REQUESTS FOR PRODUCTION

CASE NO. CV 04-9049 SGL (RNBx)

1      MGA further objects to this request as cumulative, duplicative, and unduly

2  burdensome to the extent that it seeks documents previously requested by Mattel or

3  produced by MGA in response to Mattel's document requests, including, but not

4  limited to:  Request Nos. 116, 198, and 221 from Mattel's First Set of Requests for

5  Documents and Things to Isaac Larian, and Request Nos. 42, 137, 140, and 160 from

6  Mattel, Inc.'s First Set of Requests for Documents and Things re Claims of Unfair

7  Competition to MGA Entertainment, Inc.

8  <u>REQUEST FOR PRODUCTION NO. 76</u>:

9      All DOCUMENTS that REFER OR RELATE to payments made by YOU to

10  Paula Garcia prior to January 1, 2002.

11  <u>RESPONSE TO REQUEST FOR PRODUCTION NO. 76</u>:

12      MGA incorporates by reference its General Response and General Objections

13  above, as though fully set forth herein and specifically incorporates General

14  Objection No. 15 (regarding Definitions), including without limitation MGA's

15  objection to the definition of the term REFER OR RELATE TO.  MGA further

16  objects to the request to the extent it seeks the production of documents that are

17  protected from disclosure under any applicable privilege, doctrine or immunity,

18  including without limitation the attorney-client privilege, the work product doctrine,

19  the right of privacy, and all other privileges recognized under the constitutional,

20  statutory or decisional law of the United States of America, the State of California or

21  any other applicable jurisdiction.  MGA further objects to this request on the grounds

22  that it is overly broad and unduly burdensome in that it seeks documents not relevant

23  to the claims or defenses in this action and not reasonably calculated to lead to the

24  discovery of admissible evidence.  Mattel has not demonstrated how *all*

25  DOCUMENTS that REFER OR RELATE TO payments made by MGA to Paula

26  Garcia prior to January 1, 2002 could be relevant to the claims and defenses in this

27  action.  The request is not limited to the subject matter of this action and is thus

28  impermissibly overbroad.  <u>See</u> Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.

MGA'S RESPONSES TO MATTEL'S THIRD      CASE NO. CV 04-9049 SGL (RNBx)
SET OF REQUESTS FOR PRODUCTION

EXHIBIT _2_, PAGE _146_

1  MGA further objects to this request as being overly broad and unduly burdensome

2  on the grounds that it is not limited in time.  MGA further objects to this request on

3  the grounds that the term REFER OR RELATE TO renders the request vague,

4  ambiguous, overly broad and unduly burdensome.  MGA further objects to the

5  request to the extent it seeks confidential, proprietary or commercially sensitive

6  information, the disclosure of which would be inimical to the business interests of

7  MGA.  MGA further objects to the request to the extent it violates the privacy rights

8  of third parties to their private, confidential, proprietary or trade secret information.

9      MGA further objects to this request as cumulative, duplicative, and unduly

10  burdensome to the extent that it seeks documents requested pursuant to Request No.

11  77 or previously requested by Mattel or produced by MGA in response to Mattel's

12  document requests, including, but not limited to:  Request Nos. 59, 60, 137 from

13  Mattel, Inc.'s First Set of Requests for Documents and Things re Claims of Unfair

14  Competition to MGA Entertainment, Inc., and Request Nos. 200 and 201 from

15  Mattel's First Set of Requests for Documents and Things to Isaac Larian.

16  REQUEST FOR PRODUCTION NO. 77:

17      All DOCUMENTS that REFER OR RELATE to any payments made by YOU

18  to Paula Garcia, including without limitation any and all bonuses and incentive

19  payments made by YOU to Paula Garcia.

20  RESPONSE TO REQUEST FOR PRODUCTION NO. 77:

21      MGA incorporates by reference its General Response and General Objections

22  above, as though fully set forth herein. and specifically incorporates General

23  Objection No. 15 (regarding Definitions), including without limitation MGA's

24  objection to the definition of the term REFER OR RELATE TO.  MGA further

25  objects to the request to the extent it seeks the production of documents that are

26  protected from disclosure under any applicable privilege, doctrine or immunity,

27  including without limitation the attorney-client privilege, the work product doctrine,

28  the right of privacy, and all other privileges recognized under the constitutional,

MGA'S RESPONSES TO MATTEL'S THIRD     CASE NO. CV 04-9049 SGL (RNBx)
SET OF REQUESTS FOR PRODUCTION     EXHIBIT 2, PAGE 141

1  statutory or decisional law of the United States of America, the State of California or

2  any other applicable jurisdiction.  MGA further objects to this request on the grounds

3  that it is overly broad and unduly burdensome in that it seeks documents not relevant

4  to the claims or defenses in this action and not reasonably calculated to lead to the

5  discovery of admissible evidence.  Mattel has not demonstrated how *all*

6  DOCUMENTS that REFER OR RELATE TO payments made by MGA to Paula

7  Garcia could be relevant to the claims and defenses in this action.  The request is not

8  limited to the subject matter of this action and is thus impermissibly overbroad.  See

9  Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.  MGA further objects to this

10  request as being overly broad and unduly burdensome on the grounds that it is not

11  limited in time.  MGA further objects to this request on the grounds that the term

12  REFER OR RELATE TO renders the request vague, ambiguous, overly broad and

13  unduly burdensome.  MGA further objects to the request to the extent it seeks

14  confidential, proprietary or commercially sensitive information, the disclosure of

15  which would be inimical to the business interests of MGA.  MGA further objects to

16  the request to the extent it violates the privacy rights of third parties to their private,

17  confidential, proprietary or trade secret information.

18      MGA further objects to this request as cumulative, duplicative, and unduly

19  burdensome to the extent that it seeks documents requested pursuant to Request No.

20  76 or previously requested by Mattel or produced by MGA in response to Mattel's

21  document requests, including, but not limited to:  Request Nos. 59, 60, 137 from

22  Mattel, Inc.'s First Set of Requests for Documents and Things re Claims of Unfair

23  Competition to MGA Entertainment, Inc., and Request Nos. 200 and 201 from

24  Mattel's First Set of Requests for Documents and Things to Isaac Larian.

25  REQUEST FOR PRODUCTION NO. 78:

26      All personnel and vendor files for Maureen Mullen (formerly Chianese).

27

28                                              EXHIBIT 2 , PAGE 148

---

119

MGA'S RESPONSES TO MATTEL'S THIRD                    CASE NO. CV 04-9049 SGL (RNBx)
SET OF REQUESTS FOR PRODUCTION

1  <u>RESPONSE TO REQUEST FOR PRODUCTION NO. 78</u>:

2          MGA incorporates by reference its General Response and General Objections

3  above, as though fully set forth herein.  MGA further objects to the request to the

4  extent it seeks the production of documents that are protected from disclosure under

5  any applicable privilege, doctrine or immunity, including without limitation the

6  attorney-client privilege, the work product doctrine, the right of privacy, and all other

7  privileges recognized under the constitutional, statutory or decisional law of the

8  United States of America, the State of California or any other applicable jurisdiction.

9  MGA further objects to this request on the grounds that it is vague and ambiguous in

10  its use of the terms "personnel and vendor files."  MGA further objects to this

11  request on the grounds that it is overly broad and unduly burdensome in that it seeks

12  documents not relevant to the claims or defenses in this action and not reasonably

13  calculated to lead to the discovery of admissible evidence.  Mattel has not

14  demonstrated how all personnel and vendor files for Maureen Mullen could be

15  relevant to the claims and defenses in this action, let alone established that the

16  relevancy of these documents outweighs the individual's fundamental right of

17  privacy.  The request is not limited to the subject matter of this action and requires

18  disclosure of private, confidential documents that are not relevant to this action, and

19  is thus impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22 Order at

20  21:5-7.  MGA further objects to this request as being overly broad and unduly

21  burdensome on the grounds that it is not limited in time.  MGA further objects to the

22  request to the extent it seeks confidential, proprietary or commercially sensitive

23  information, the disclosure of which would be inimical to the business interests of

24  MGA.  MGA further objects to the request to the extent it violates the privacy rights

25  of third parties to their private, confidential, proprietary or trade secret information.

26          MGA further objects to this request as cumulative, duplicative, and unduly

27  burdensome to the extent that it seeks documents previously requested by Mattel or

28  produced by MGA in response to Mattel's document requests, including, but not

120

MGA'S RESPONSES TO MATTEL'S THIRD                    CASE NO. CV 04-9049 SGL (RNBx)
SET OF REQUESTS FOR PRODUCTION                       EXHIBIT __2__, PAGE __149__

1  limited to:  Request Nos. 69 and 143 from Mattel's First Set of Requests for

2  Documents and Things to Isaac Larian.

3  REQUEST FOR PRODUCTION NO. 79:

4       All personnel and vendor files for Scot Reyes.

5  RESPONSE TO REQUEST FOR PRODUCTION NO. 79:

6       MGA incorporates by reference its General Response and General Objections

7  above, as though fully set forth herein.  MGA further objects to the request to the

8  extent it seeks the production of documents that are protected from disclosure under

9  any applicable privilege, doctrine or immunity, including without limitation the

10 attorney-client privilege, the work product doctrine, the right of privacy, and all other

11 privileges recognized under the constitutional, statutory or decisional law of the

12 United States of America, the State of California or any other applicable jurisdiction.

13 MGA further objects to this request on the grounds that it is vague and ambiguous in

14 its use of the terms "personnel and vendor files."  MGA further objects to this

15 request on the grounds that it is overly broad and unduly burdensome in that it seeks

16 documents not relevant to the claims or defenses in this action and not reasonably

17 calculated to lead to the discovery of admissible evidence.  Mattel has not

18 demonstrated how *all* personnel and vendor files for Scot Reyes could be relevant to

19 the claims and defenses in this action, let alone established that the relevancy of

20 these documents outweighs the individual's fundamental right of privacy.  The

21 request is not limited to the subject matter of this action and requires disclosure of

22 private, confidential documents that are not relevant to this action, and is thus

23 impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.

24 MGA further objects to this request as being overly broad and unduly burdensome

25 on the grounds that it is not limited in time.  MGA further objects to the request to

26 the extent it seeks confidential, proprietary or commercially sensitive information,

27 the disclosure of which would be inimical to the business interests of MGA.  MGA

28

EXHIBIT 2 . PAGE 150

MGA'S RESPONSES TO MATTEL'S THIRD          CASE NO. CV 04-9049 SGL (RNBx)
SET OF REQUESTS FOR PRODUCTION

1 further objects to the request to the extent it violates the privacy rights of third parties

2 to their private, confidential, proprietary or trade secret information.

3      MGA further objects to this request as cumulative, duplicative, and unduly

4 burdensome to the extent that it seeks documents previously requested by Mattel or

5 produced by MGA in response to Mattel's document requests.

6 REQUEST FOR PRODUCTION NO. 80:

7      All personnel and vendor files for Sandra Bilotto.

8 RESPONSE TO REQUEST FOR PRODUCTION NO. 80:

9      MGA incorporates by reference its General Response and General Objections

10 above, as though fully set forth herein.  MGA further objects to the request to the

11 extent it seeks the production of documents that are protected from disclosure under

12 any applicable privilege, doctrine or immunity, including without limitation the

13 attorney-client privilege, the work product doctrine, the right of privacy, and all other

14 privileges recognized under the constitutional, statutory or decisional law of the

15 United States of America, the State of California or any other applicable jurisdiction.

16 MGA further objects to this request on the grounds that it is vague and ambiguous in

17 its use of the terms "personnel and vendor files."  MGA further objects to this

18 request on the grounds that it is overly broad and unduly burdensome in that it seeks

19 documents not relevant to the claims or defenses in this action and not reasonably

20 calculated to lead to the discovery of admissible evidence.  Mattel has not

21 demonstrated how *all* personnel and vendor files for Sandra Bilotto could be relevant

22 to the claims and defenses in this action, let alone established that the relevancy of

23 these documents outweighs the individual's fundamental right of privacy.  The

24 request is not limited to the subject matter of this action and requires disclosure of

25 private, confidential documents that are not relevant to this action, and is thus

26 impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.

27 MGA further objects to this request as being overly broad and unduly burdensome

28 on the grounds that it is not limited in time.  MGA further objects to the request to

MGA'S RESPONSES TO MATTEL'S THIRD
SET OF REQUESTS FOR PRODUCTION

CASE NO. CV 04-9049 SGL (RNBx)

EXHIBIT _2_, PAGE _151_

1    the extent it seeks confidential, proprietary or commercially sensitive information,

2    the disclosure of which would be inimical to the business interests of MGA.  MGA

3    further objects to the request to the extent it violates the privacy rights of third parties

4    to their private, confidential, proprietary or trade secret information.  Such

5    information may also be subject to protective orders governing other litigations

6    thereby precluding disclosure in response to this request.

7           MGA further objects to this request as cumulative, duplicative, and unduly

8    burdensome to the extent that it seeks documents previously requested by Mattel or

9    produced by MGA in response to Mattel's document requests, including, but not

10   limited to:  Request No. 60 from Mattel, Inc.'s First Set of Requests for Documents

11   and Things re Claims of Unfair Competition to MGA Entertainment, Inc., and

12   Request No. 201 from Mattel's First Set of Requests for Documents and Things to

13   Isaac Larian.

14   REQUEST FOR PRODUCTION NO. 81:

15          All personnel and vendor files for Steve Linker.

16   RESPONSE TO REQUEST FOR PRODUCTION NO. 81:

17          MGA incorporates by reference its General Response and General Objections

18   above, as though fully set forth herein.  MGA further objects to the request to the

19   extent it seeks the production of documents that are protected from disclosure under

20   any applicable privilege, doctrine or immunity, including without limitation the

21   attorney-client privilege, the work product doctrine, the right of privacy, and all other

22   privileges recognized under the constitutional, statutory or decisional law of the

23   United States of America, the State of California or any other applicable jurisdiction.

24   MGA further objects to this request on the grounds that it is vague and ambiguous in

25   its use of the terms "personnel and vendor files."  MGA further objects to this

26   request on the grounds that it is overly broad and unduly burdensome in that it seeks

27   documents not relevant to the claims or defenses in this action and not reasonably

28   calculated to lead to the discovery of admissible evidence.  Mattel has not

MGA'S RESPONSES TO MATTEL'S THIRD          CASE NO. CV 04-9049 SGL (RNBx)
SET OF REQUESTS FOR PRODUCTION             EXHIBIT 2 , PAGE 152

1   demonstrated how *all* personnel and vendor files for Steve Linker could be relevant

2   to the claims and defenses in this action, let alone established that the relevancy of

3   these documents outweighs the individual's fundamental right of privacy.  The

4   request is not limited to the subject matter of this action and requires disclosure of

5   private, confidential documents that are not relevant to this action, and is thus

6   impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.

7   MGA further objects to this request as being overly broad and unduly burdensome

8   on the grounds that it is not limited in time.  MGA further objects to the request to

9   the extent it seeks confidential, proprietary or commercially sensitive information,

10  the disclosure of which would be inimical to the business interests of MGA.  MGA

11  further objects to the request to the extent it violates the privacy rights of third parties

12  to their private, confidential, proprietary or trade secret information.  Such

13  information may also be subject to protective orders governing other litigations

14  thereby precluding disclosure in response to this request.

15      MGA further objects to this request as cumulative, duplicative, and unduly

16  burdensome to the extent that it seeks documents previously requested by Mattel or

17  produced by MGA in response to Mattel's document requests, including, but not

18  limited to:  Request Nos. 73, 74, and 96 from Mattel's First Set of Requests for

19  Documents and Things to Isaac Larian.

20  REQUEST FOR PRODUCTION NO. 82:

21      All personnel and vendor files for Veronica Marlow.

22  RESPONSE TO REQUEST FOR PRODUCTION NO. 82:

23      MGA incorporates by reference its General Response and General Objections

24  above, as though fully set forth herein.  MGA further objects to the request to the

25  extent it seeks the production of documents that are protected from disclosure under

26  any applicable privilege, doctrine or immunity, including without limitation the

27  attorney-client privilege, the work product doctrine, the right of privacy, and all other

28  privileges recognized under the constitutional, statutory or decisional law of the

124

1  United States of America, the State of California or any other applicable jurisdiction.

2  MGA further objects to this request on the grounds that it is vague and ambiguous in

3  its use of the terms "personnel and vendor files."  MGA further objects to this

4  request on the grounds that it is overly broad and unduly burdensome in that it seeks

5  documents not relevant to the claims or defenses in this action and not reasonably

6  calculated to lead to the discovery of admissible evidence.  Mattel has not

7  demonstrated how *all* personnel and vendor files for Veronica Marlow could be

8  relevant to the claims and defenses in this action, let alone established that the

9  relevancy of these documents outweighs the individual's fundamental right of

10  privacy.  The request is not limited to the subject matter of this action and requires

11  disclosure of private, confidential documents that are not relevant to this action, and

12  is thus impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22 Order at

13  21:5-7.  MGA further objects to this request as being overly broad and unduly

14  burdensome on the grounds that it is not limited in time.  MGA further objects to the

15  request to the extent it seeks confidential, proprietary or commercially sensitive

16  information, the disclosure of which would be inimical to the business interests of

17  MGA.  MGA further objects to the request to the extent it violates the privacy rights

18  of third parties to their private, confidential, proprietary or trade secret information.

19  Such information may also be subject to protective orders governing other litigations

20  thereby precluding disclosure in response to this request.

21       MGA further objects to this request as cumulative, duplicative, and unduly

22  burdensome to the extent that it seeks documents previously requested by Mattel or

23  produced by MGA in response to Mattel's document requests, including, but not

24  limited to:  Request Nos. 9, 16, 17, 72, and 76 from Mattel's First Set of Requests for

25  Production of Documents and Tangible Things to MGA, and Request Nos. 64, 83, 84,

26  111, 160, 164, and 171 from Mattel's First Set of Requests for Documents and

27  Things to Isaac Larian.

28

EXHIBIT 2 . PAGE 154

MGA'S RESPONSES TO MATTEL'S THIRD          CASE NO. CV 04-9049 SGL (RNBx)
SET OF REQUESTS FOR PRODUCTION

1  REQUEST FOR PRODUCTION NO. 83:

2       All personnel and vendor files for Peter Marlow.

3  RESPONSE TO REQUEST FOR PRODUCTION NO. 83:

4       MGA incorporates by reference its General Response and General Objections

5  above, as though fully set forth herein.  MGA further objects to the request to the

6  extent it seeks the production of documents that are protected from disclosure under

7  any applicable privilege, doctrine or immunity, including without limitation the

8  attorney-client privilege, the work product doctrine, the right of privacy, and all other

9  privileges recognized under the constitutional, statutory or decisional law of the

10  United States of America, the State of California or any other applicable jurisdiction.

11  MGA further objects to this request on the grounds that it is vague and ambiguous in

12  its use of the terms "personnel and vendor files."  MGA further objects to this

13  request on the grounds that it is overly broad and unduly burdensome in that it seeks

14  documents not relevant to the claims or defenses in this action and not reasonably

15  calculated to lead to the discovery of admissible evidence.  Mattel has not

16  demonstrated how *all* personnel and vendor files for Peter Marlow could be relevant

17  to the claims and defenses in this action, let alone established that the relevancy of

18  these documents outweighs the individual's fundamental right of privacy.  The

19  request is not limited to the subject matter of this action and requires disclosure of

20  private, confidential documents that are not relevant to this action, and is thus

21  impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.

22  MGA further objects to this request as being overly broad and unduly burdensome

23  on the grounds that it is not limited in time.  MGA further objects to the request to

24  the extent it seeks confidential, proprietary or commercially sensitive information,

25  the disclosure of which would be inimical to the business interests of MGA.  MGA

26  further objects to the request to the extent it violates the privacy rights of third parties

27  to their private, confidential, proprietary or trade secret information.  Such

28  information may also be subject to protective orders governing other litigations

MGA'S RESPONSES TO MATTEL'S THIRD        CASE NO. CV 04-9049 SGL (RNBx)
SET OF REQUESTS FOR PRODUCTION

EXHIBIT 2 , PAGE 155

1   thereby precluding disclosure in response to this request. MGA further objects to

2   this request as cumulative, duplicative, and unduly burdensome to the extent that it

3   seeks documents previously requested by Mattel or produced by MGA in response to

4   Mattel's document requests.

5   REQUEST FOR PRODUCTION NO. 84:

6        All personnel and vendor files for Wendy Ragsdale.

7   RESPONSE TO REQUEST FOR PRODUCTION NO. 84:

8        MGA incorporates by reference its General Response and General Objections

9   above, as though fully set forth herein. MGA further objects to the request to the

10  extent it seeks the production of documents that are protected from disclosure under

11  any applicable privilege, doctrine or immunity, including without limitation the

12  attorney-client privilege, the work product doctrine, the right of privacy, and all other

13  privileges recognized under the constitutional, statutory or decisional law of the

14  United States of America, the State of California or any other applicable jurisdiction.

15  MGA further objects to this request on the grounds that it is vague and ambiguous in

16  its use of the terms "personnel and vendor files." MGA further objects to this

17  request on the grounds that it is overly broad and unduly burdensome in that it seeks

18  documents not relevant to the claims or defenses in this action and not reasonably

19  calculated to lead to the discovery of admissible evidence. Mattel has not

20  demonstrated how *all* personnel and vendor files for Wendy Ragsdale could be

21  relevant to the claims and defenses in this action, let alone established that the

22  relevancy of these documents outweighs the individual's fundamental right of

23  privacy. The request is not limited to the subject matter of this action and requires

24  disclosure of private, confidential documents that are not relevant to this action, and

25  is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at

26  21:5-7. MGA further objects to this request as being overly broad and unduly

27  burdensome on the grounds that it is not limited in time. MGA further objects to the

28  request to the extent it seeks confidential, proprietary or commercially sensitive

MGA'S RESPONSES TO MATTEL'S THIRD          CASE NO. CV 04-9049 SGL (RNBx)
SET OF REQUESTS FOR PRODUCTION

EXHIBIT _2_, PAGE _156_

1 | information, the disclosure of which would be inimical to the business interests of

2 | MGA.  MGA further objects to the request to the extent it violates the privacy rights

3 | of third parties to their private, confidential, proprietary or trade secret information.

4 | Such information may also be subject to protective orders governing other litigations

5 | thereby precluding disclosure in response to this request.

6 |     MGA further objects to this request as cumulative, duplicative, and unduly

7 | burdensome to the extent that it seeks documents previously requested by Mattel or

8 | produced by MGA in response to Mattel's document requests, including, but not

9 | limited to:  Request Nos. 71, 110, and 144 from Mattel's First Set of Requests for

10 | Documents and Things to Isaac Larian.

11 | REQUEST FOR PRODUCTION NO. 85:

12 |     All personnel and vendor files for Billy Ragsdale.

13 | RESPONSE TO REQUEST FOR PRODUCTION NO. 85:

14 |     MGA incorporates by reference its General Response and General Objections

15 | above, as though fully set forth herein.  MGA further objects to the request to the

16 | extent it seeks the production of documents that are protected from disclosure under

17 | any applicable privilege, doctrine or immunity, including without limitation the

18 | attorney-client privilege, the work product doctrine, the right of privacy, and all other

19 | privileges recognized under the constitutional, statutory or decisional law of the

20 | United States of America, the State of California or any other applicable jurisdiction.

21 | MGA further objects to this request on the grounds that it is vague and ambiguous in

22 | its use of the terms "personnel and vendor files."  MGA further objects to this

23 | request on the grounds that it is overly broad and unduly burdensome in that it seeks

24 | documents not relevant to the claims or defenses in this action and not reasonably

25 | calculated to lead to the discovery of admissible evidence.  Mattel has not

26 | demonstrated how *all* personnel and vendor files for Billy Ragsdale could be

27 | relevant to the claims and defenses in this action, let alone established that the

28 | relevancy of these documents outweighs the individual's fundamental right of

MGA'S RESPONSES TO MATTEL'S THIRD
SET OF REQUESTS FOR PRODUCTION

CASE NO. CV 04-9049 SGL (RNBx)

EXHIBIT 2 , PAGE 157

1  privacy. The request is not limited to the subject matter of this action and requires

2  disclosure of private, confidential documents that are not relevant to this action, and

3  is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at

4  21:5-7. MGA further objects to this request as being overly broad and unduly

5  burdensome on the grounds that it is not limited in time. MGA further objects to the

6  request to the extent it seeks confidential, proprietary or commercially sensitive

7  information, the disclosure of which would be inimical to the business interests of

8  MGA. MGA further objects to the request to the extent it violates the privacy rights

9  of third parties to their private, confidential, proprietary or trade secret information.

10  Such information may also be subject to protective orders governing other litigations

11  thereby precluding disclosure in response to this request.

12      MGA further objects to this request as cumulative, duplicative, and unduly

13  burdensome to the extent that it seeks documents previously requested by Mattel or

14  produced by MGA in response to Mattel's document requests, including, but not

15  limited to: Request Nos. 70, 109, and 145 from Mattel's First Set of Requests for

16  Documents and Things to Isaac Larian.

17  REQUEST FOR PRODUCTION NO. 86:

18      All personnel and vendor files for Sarah Halpern.

19  RESPONSE TO REQUEST FOR PRODUCTION NO. 86:

20      MGA incorporates by reference its General Response and General Objections

21  above, as though fully set forth herein. MGA further objects to the request to the

22  extent it seeks the production of documents that are protected from disclosure under

23  any applicable privilege, doctrine or immunity, including without limitation the

24  attorney-client privilege, the work product doctrine, the right of privacy, and all other

25  privileges recognized under the constitutional, statutory or decisional law of the

26  United States of America, the State of California or any other applicable jurisdiction.

27  MGA further objects to this request on the grounds that it is vague and ambiguous in

28  its use of the terms "personnel and vendor files." MGA further objects to this

MGA'S RESPONSES TO MATTEL'S THIRD
SET OF REQUESTS FOR PRODUCTION

CASE NO. CV 04-9049 SGL (RNBx)

EXHIBIT 2 , PAGE 158

1  request on the grounds that it is overly broad and unduly burdensome in that it seeks

2  documents not relevant to the claims or defenses in this action and not reasonably

3  calculated to lead to the discovery of admissible evidence.  Mattel has not

4  demonstrated how *all* personnel and vendor files for Sarah Halpern could be relevant

5  to the claims and defenses in this action, let alone established that the relevancy of

6  these documents outweighs the individual's fundamental right of privacy.  The

7  request is not limited to the subject matter of this action and requires disclosure of

8  private, confidential documents that are not relevant to this action, and is thus

9  impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.

10  MGA further objects to this request as being overly broad and unduly burdensome

11  on the grounds that it is not limited in time.  MGA further objects to the request to

12  the extent it seeks confidential, proprietary or commercially sensitive information,

13  the disclosure of which would be inimical to the business interests of MGA.  MGA

14  further objects to the request to the extent it violates the privacy rights of third parties

15  to their private, confidential, proprietary or trade secret information.  Such

16  information may also be subject to protective orders governing other litigations

17  thereby precluding disclosure in response to this request.

18      MGA further objects to this request as cumulative, duplicative, and unduly

19  burdensome to the extent that it seeks documents previously requested by Mattel or

20  produced by MGA in response to Mattel's document requests, including, but not

21  limited to:  Request No. 60 from Mattel, Inc.'s First Set of Requests for Documents

22  and Things re Claims of Unfair Competition to MGA Entertainment, Inc.

23  REQUEST FOR PRODUCTION NO. 87:

24      To the extent not produced in response to any other Request for Production, all

25  personnel and vendor files for each person identified in Exhibit 664 (bearing Bates

26  numbers MGA 0868630-31).

27

28

EXHIBIT **2** . PAGE **159**

MGA'S RESPONSES TO MATTEL'S THIRD          CASE NO. CV 04-9049 SGL (RNBx)
SET OF REQUESTS FOR PRODUCTION

1 | <u>RESPONSE TO REQUEST FOR PRODUCTION NO. 87</u>:

2 |     MGA incorporates by reference its General Response and General Objections

3 | above, as though fully set forth herein.  MGA further objects to the request to the

4 | extent it seeks the production of documents that are protected from disclosure under

5 | any applicable privilege, doctrine or immunity, including without limitation the

6 | attorney-client privilege, the work product doctrine, the right of privacy, and all other

7 | privileges recognized under the constitutional, statutory or decisional law of the

8 | United States of America, the State of California or any other applicable jurisdiction.

9 | MGA further objects to this request on the grounds that it is vague and ambiguous in

10 | its use of the terms "personnel and vendor files."  MGA further objects to this

11 | request on the grounds that it is overly broad and unduly burdensome in that it seeks

12 | documents not relevant to the claims or defenses in this action and not reasonably

13 | calculated to lead to the discovery of admissible evidence.  Mattel has not

14 | demonstrated how *all* personnel and vendor files for each person identified in

15 | Exhibit 664 could be relevant to the claims and defenses in this action, let alone

16 | established that the relevancy of these documents outweighs the individual's

17 | fundamental right of privacy.  MGA further objects to the request as oppressive,

18 | unduly burdensome and harassing given the number of individuals listed in Exhibit

19 | 664.  The request is not limited to the subject matter of this action and requires

20 | disclosure of private, confidential documents that are not relevant to this action, and

21 | is thus impermissibly overbroad.  <u>See</u> Aug. 13 Order at 9:17-20; May 22 Order at

22 | 21:5-7.  MGA further objects to this request as being overly broad and unduly

23 | burdensome on the grounds that it is not limited in time.  MGA further objects to the

24 | request to the extent it seeks confidential, proprietary or commercially sensitive

25 | information, the disclosure of which would be inimical to the business interests of

26 | MGA.  MGA further objects to the request to the extent it violates the privacy rights

27 | of third parties to their private, confidential, proprietary or trade secret information.

28 | Such information may also be subject to protective orders governing other litigations

MGA'S RESPONSES TO MATTEL'S THIRD
SET OF REQUESTS FOR PRODUCTION

CASE NO. CV 04-9049 SGL (RNBx)

EXHIBIT __2__, PAGE _160_

1 | thereby precluding disclosure in response to this request.  MGA further objects to

2 | this request as cumulative, duplicative, and unduly burdensome to the extent that it

3 | seeks documents previously requested by Mattel or produced by MGA in response to

4 | Mattel's document requests.

5 | REQUEST FOR PRODUCTION NO. 88:

6 |      To the extent not produced in response to any other Request for Production, all

7 | personnel and vendor files for each person who has worked as an employee of or

8 | vendor for YOU and who also has been at any time an employee of or vendor for

9 | MATTEL.

10 | RESPONSE TO REQUEST FOR PRODUCTION NO. 88:

11 |      MGA incorporates by reference its General Response and General Objections

12 | above, as though fully set forth herein.  MGA further objects to the request to the

13 | extent it seeks the production of documents that are protected from disclosure under

14 | any applicable privilege, doctrine or immunity, including without limitation the

15 | attorney-client privilege, the work product doctrine, the right of privacy, and all other

16 | privileges recognized under the constitutional, statutory or decisional law of the

17 | United States of America, the State of California or any other applicable jurisdiction.

18 | MGA further objects to this request on the grounds that it is vague and ambiguous in

19 | its use of the terms "personnel and vendor files."  MGA further objects to this

20 | request on the grounds that it is overly broad and unduly burdensome in that it seeks

21 | documents not relevant to the claims or defenses in this action and not reasonably

22 | calculated to lead to the discovery of admissible evidence.  Mattel has not

23 | demonstrated how *all* personnel and vendor files for each person who has worked as

24 | an employee of or vendor for MGA and who also has been at any time an employee

25 | of or vendor for MATTEL could be relevant to the claims and defenses in this action,

26 | let alone established that the relevancy of these documents outweighs the

27 | individual's fundamental right of privacy.  MGA further objects to the request as

28 | vague and ambiguous, oppressive, unduly burdensome and harassing given the

MGA'S RESPONSES TO MATTEL'S THIRD SET OF REQUESTS FOR PRODUCTION      CASE NO. CV 04-9049 SGL (RNBx)

EXHIBIT 2, PAGE 161

1  number of individuals who may worked as an employee or vendor for both MGA

2  and Mattel in their lifetime.  The request is not limited to the subject matter of this

3  action and requires disclosure of private, confidential documents that are not relevant

4  to this action, and is thus impermissibly overbroad.  See Aug. 13 Order at 9:17-20;

5  May 22 Order at 21:5-7.  MGA further objects to this request as being overly broad

6  and unduly burdensome on the grounds that it is not limited in time.  MGA further

7  objects to the request to the extent that it seeks documents not in MGA's possession,

8  custody or control.  MGA further objects to the request to the extent it seeks

9  confidential, proprietary or commercially sensitive information, the disclosure of

10  which would be inimical to the business interests of MGA.  MGA further objects to

11  the request to the extent it violates the privacy rights of third parties to their private,

12  confidential, proprietary or trade secret information.  Such information may also be

13  subject to protective orders governing other litigations thereby precluding disclosure

14  in response to this request.

15      MGA further objects to this request as cumulative, duplicative, and unduly

16  burdensome to the extent that it seeks documents previously requested by Mattel or

17  produced by MGA in response to Mattel's document requests, including, but not

18  limited to:  Request Nos. 79-89 from Mattel's First Set of Requests for Production of

19  Documents and Tangible Things to MGA, and Request No. 60 from Mattel, Inc.'s

20  First Set of Requests for Documents and Things re Claims of Unfair Competition to

21  MGA Entertainment, Inc., and Request No. 201 from Mattel's First Set of Requests

22  for Documents and Things to Isaac Larian.

23

24

25

26

27

28

EXHIBIT 2 . PAGE 162

MGA'S RESPONSES TO MATTEL'S THIRD             CASE NO. CV 04-9049 SGL (RNBx)
SET OF REQUESTS FOR PRODUCTION

1 | DATED:  November 26, 2007

2 |                           SKADDEN, ARPS, SLATE, MEAGHER &
3 |                           FLOM, LLP

4 |                           By: _____
5 |                           Thomas J. Nolan
                            Attorneys for Counter-Defendants, MGA
6 |                           ENTERTAINMENT, INC., ISAAC LARIAN,
                            MGA ENTERTAINMENT (HK) LIMITED,
7 |                           AND MGAE de MEXICO S.R.L. de C.V.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27 |                                 EXHIBIT 2, PAGE 163

28

---
134