1  objects to this request on the grounds that it is overly broad and unduly burdensome

2  in that it seeks documents not relevant to the claims or defenses in this action and not

3  reasonably calculated to lead to the discovery of admissible evidence.  Mattel has not

4  demonstrated how all subpoenas served in the BRATZ LAWSUITS that REFER OR

5  RELATE TO BRATZ could be relevant to the claims and defenses in this action.

6  MGA further objects to this request as being overly broad and unduly burdensome

7  on the grounds that it is not limited in time.  MGA further objects to this request on

8  the grounds that the terms BRATZ, BRATZ LAWSUITS and REFER OR RELATE

9  TO render the request vague, ambiguous, overly broad and unduly burdensome.

10  MGA further objects to the request to the extent that it seeks documents that by

11  reason of public filing, public distribution or otherwise are already in Mattel's

12  possession or are readily accessible to Mattel.  MGA further objects to the request to

13  the extent that it seeks documents not in MGA's possession, custody or control.

14  MGA further objects to the request to the extent it seeks confidential, proprietary or

15  commercially sensitive information, the disclosure of which would be inimical to the

16  business interests of MGA.  Such information may also be subject to protective

17  orders governing other litigations thereby precluding disclosure in response to this

18  request.  MGA further objects to the request to the extent it violates the privacy

19  rights of third parties to their private, confidential, proprietary or trade secret

20  information.

21       MGA further objects to this request as cumulative, duplicative, and unduly

22  burdensome to the extent that it seeks documents previously requested by Mattel or

23  produced by MGA in response to Mattel's document requests, including, but not

24  limited to:  Request Nos. 38 and 41 from Mattel's First Set of Requests for

25  Production of Documents and Tangible Things to MGA, and Request Nos. 118, 121,

26  and 123-124 from Mattel's First Set of Requests for Documents and Things to Isaac

27  Larian.

28

EXHIBIT  4 , PAGE 21C

MGA'S SUPPLEMENTAL RESPONSES
TO MATTEL'S THIRD SET OF REQUESTS FOR PRODUCTION

1 | REQUEST FOR PRODUCTION NO. 19:

2 |     All DOCUMENTS produced pursuant to any subpoena in the BRATZ

3 | LAWSUITS that REFER OR RELATE TO BRATZ.

4 | RESPONSE TO REQUEST FOR PRODUCTION NO. 19:

5 |     MGA incorporates by reference its General Response and General Objections

6 | above, as though fully set forth herein and specifically incorporates General

7 | Objection No. 15 (regarding Definitions), including without limitation MGA's

8 | objection to the definition of the terms BRATZ, BRATZ LAWSUITS and REFER

9 | OR RELATE TO. MGA further objects to the request to the extent it seeks the

10 | production of documents that are protected from disclosure under any applicable

11 | privilege, doctrine or immunity, including without limitation the attorney-client

12 | privilege, the work product doctrine, the right of privacy, and all other privileges

13 | recognized under the constitutional, statutory or decisional law of the United States

14 | of America, the State of California or any other applicable jurisdiction. MGA further

15 | objects to this request on the grounds that it is overly broad and unduly burdensome

16 | in that it seeks documents not relevant to the claims or defenses in this action and not

17 | reasonably calculated to lead to the discovery of admissible evidence. Mattel has not

18 | demonstrated how all DOCUMENTS produced pursuant to any subpoena in the

19 | BRATZ LAWSUITS that REFER OR RELATE TO BRATZ could be relevant to the

20 | claims and defenses in this action. The request is not limited to the subject matter of

21 | this action and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May

22 | 22 Order at 21:5-7. MGA further objects to this request as being overly broad and

23 | unduly burdensome on the grounds that it is not limited in time. MGA further

24 | objects to this request on the grounds that the terms BRATZ, BRATZ LAWSUITS

25 | and REFER OR RELATE TO render the request vague, ambiguous, overly broad

26 | and unduly burdensome. MGA further objects to the request to the extent that it

27 | seeks documents that by reason of public filing, public distribution or otherwise are

28 |

EXHIBIT 4 , PAGE 21

39

1  already in Mattel's possession or are readily accessible to Mattel.  MGA further

2  objects to the request to the extent that it seeks documents not in MGA's possession,

3  custody or control.  MGA further objects to the request to the extent it seeks

4  confidential, proprietary or commercially sensitive information, the disclosure of

5  which would be inimical to the business interests of MGA.  Such information may

6  also be subject to protective orders governing other litigations thereby precluding

7  disclosure in response to this request.  MGA further objects to the request to the

8  extent it violates the privacy rights of third parties to their private, confidential,

9  proprietary or trade secret information.

10      MGA further objects to this request as cumulative, duplicative, and unduly

11 burdensome to the extent that it seeks documents previously requested by Mattel or

12 produced by MGA in response to Mattel's document requests, including, but not

13 limited to:  Request Nos. 38 and 41 from Mattel's First Set of Requests for

14 Production of Documents and Tangible Things to MGA, and Request Nos. 118, 121,

15 and 123-124 from Mattel's First Set of Requests for Documents and Things to Isaac

16 Larian.

17 REQUEST FOR PRODUCTION NO. 20:

18      All DOCUMENTS produced or made available for inspection by YOU in the

19 BRATZ LAWSUITS.

20 RESPONSE TO REQUEST FOR PRODUCTION NO. 20:

21      MGA incorporates by reference its General Response and General Objections

22 above, as though fully set forth herein and specifically incorporates General

23 Objection No. 15 (regarding Definitions), including without limitation MGA's

24 objection to the definition of the term BRATZ LAWSUITS.  MGA further objects to

25 the request to the extent it seeks the production of documents that are protected from

26 disclosure under any applicable privilege, doctrine or immunity, including without

27 limitation the attorney-client privilege, the work product doctrine, the right of

28

EXHIBIT 4 , PAGE 42

40

1 | privacy, and all other privileges recognized under the constitutional, statutory or

2 | decisional law of the United States of America, the State of California or any other

3 | applicable jurisdiction. MGA further objects to this request on the grounds that it is

4 | overly broad and unduly burdensome in that it seeks documents not relevant to the

5 | claims or defenses in this action and not reasonably calculated to lead to the

6 | discovery of admissible evidence. Mattel has not demonstrated how all

7 | DOCUMENTS produced or made available for inspection by MGA in the BRATZ

8 | LAWSUITS could be relevant to the claims and defenses in this action. The request

9 | is not limited to the subject matter of this action and is thus impermissibly overbroad.

10 | See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7. MGA further objects to this

11 | request as being overly broad and unduly burdensome on the grounds that it is not

12 | limited in time. MGA further objects to this request on the grounds that the term

13 | BRATZ LAWSUITS renders the request vague, ambiguous, overly broad and

14 | unduly burdensome. MGA further objects to the request to the extent that it seeks

15 | documents that by reason of public filing, public distribution or otherwise are already

16 | in Mattel's possession or are readily accessible to Mattel. MGA further objects to

17 | the request to the extent that it seeks documents not in MGA's possession, custody or

18 | control. MGA further objects to the request to the extent it seeks confidential,

19 | proprietary or commercially sensitive information, the disclosure of which would be

20 | inimical to the business interests of MGA. Such information may also be subject to

21 | protective orders governing other litigations thereby precluding disclosure in

22 | response to this request. MGA further objects to the request to the extent it violates

23 | the privacy rights of third parties to their private, confidential, proprietary or trade

24 | secret information.

25 | MGA further objects to this request as cumulative, duplicative, and unduly

26 | burdensome to the extent that it seeks documents requested pursuant to Request No

27 | 21 or previously requested by Mattel or produced by MGA in response to Mattel's

28 |

41

EXHIBIT 4 , PAGE 213

MGA'S SUPPLEMENTAL RESPONSES
TO MATTEL'S THIRD SET OF REQUESTS FOR PRODUCTION

1  document requests, including, but not limited to:  Request Nos. 38 and 41 from

2  Mattel's First Set of Requests for Production of Documents and Tangible Things to

3  MGA, and Request Nos. 118, 121, and 123-124 from Mattel's First Set of Requests

4  for Documents and Things to Isaac Larian.

5  REQUEST FOR PRODUCTION NO. 21:

6      All DOCUMENTS produced or made available for inspection by YOU in the

7  BRATZ LAWSUITS that REFER OR RELATE TO BRATZ.

8  RESPONSE TO REQUEST FOR PRODUCTION NO. 21:

9      MGA incorporates by reference its General Response and General Objections

10  above, as though fully set forth herein and specifically incorporates General

11  Objection No. 15 (regarding Definitions), including without limitation MGA's

12  objection to the definition of the terms BRATZ, BRATZ LAWSUITS and REFER

13  OR RELATE TO.  MGA further objects to the request to the extent it seeks the

14  production of documents that are protected from disclosure under any applicable

15  privilege, doctrine or immunity, including without limitation the attorney-client

16  privilege, the work product doctrine, the right of privacy, and all other privileges

17  recognized under the constitutional, statutory or decisional law of the United States

18  of America, the State of California or any other applicable jurisdiction.  MGA further

19  objects to this request on the grounds that it is overly broad and unduly burdensome

20  in that it seeks documents not relevant to the claims or defenses in this action and not

21  reasonably calculated to lead to the discovery of admissible evidence.  Mattel has not

22  demonstrated how all DOCUMENTS produced or made available for inspection by

23  MGA in the BRATZ LAWSUITS that REFER OR RELATE TO BRATZ could be

24  relevant to the claims and defenses in this action.  This request "would . . . require

25  production of documents that merely mention . . . Bratz but that otherwise have no

26  relevance to the claims and defenses in the suit" and is thus impermissibly overbroad.

27  See  May 22, 2007 at 21:5-7.  MGA further objects to this request as being overly

28

EXHIBIT **4**, PAGE **24**

42

1  broad and unduly burdensome on the grounds that it is not limited in time.  MGA

2  further objects to this request on the grounds that the terms BRATZ, BRATZ

3  LAWSUITS and REFER OR RELATE TO render the request vague, ambiguous,

4  overly broad and unduly burdensome.  MGA further objects to the request to the

5  extent that it seeks documents that by reason of public filing, public distribution or

6  otherwise are already in Mattel's possession or are readily accessible to Mattel.

7  MGA further objects to the request to the extent that it seeks documents not in

8  MGA's possession, custody or control.  MGA further objects to the request to the

9  extent it seeks confidential, proprietary or commercially sensitive information, the

10  disclosure of which would be inimical to the business interests of MGA.  Such

11  information may also be subject to protective orders governing other litigations

12  thereby precluding disclosure in response to this request.  MGA further objects to the

13  request to the extent it violates the privacy rights of third parties to their private,

14  confidential, proprietary or trade secret information.

15       MGA further objects to this request as cumulative, duplicative, and unduly

16  burdensome to the extent that it seeks documents requested pursuant to Request No.

17  20 or previously requested by Mattel or produced by MGA in response to Mattel's

18  document requests, including, but not limited to:  Request Nos. 38 and 41 from

19  Mattel's First Set of Requests for Production of Documents and Tangible Things to

20  MGA, and Request Nos. 118, 121, and 123-124 from Mattel's First Set of Requests

21  for Documents and Things to Isaac Larian.

22  REQUEST FOR PRODUCTION NO. 22:

23       All DOCUMENTS produced or made available for inspection by YOU in the

24  BRATZ LAWSUITS that REFER OR RELATE TO MGA, including without

25  limitation the finances or financial condition of MGA.

26

27

28  EXHIBIT 4 , PAGE 245

MGA'S SUPPLEMENTAL RESPONSES
TO MATTEL'S THIRD SET OF REQUESTS FOR PRODUCTION

1 RESPONSE TO REQUEST FOR PRODUCTION NO. 22:

2      MGA incorporates by reference its General Response and General Objections

3 above, as though fully set forth herein and specifically incorporates General

4 Objection No. 15 (regarding Definitions), including without limitation MGA's

5 objection to the definition of the terms BRATZ LAWSUITS and REFER OR

6 RELATE TO. MGA further objects to the request to the extent it seeks the

7 production of documents that are protected from disclosure under any applicable

8 privilege, doctrine or immunity, including without limitation the attorney-client

9 privilege, the work product doctrine, the right of privacy, and all other privileges

10 recognized under the constitutional, statutory or decisional law of the United States

11 of America, the State of California or any other applicable jurisdiction. MGA further

12 objects to this request on the grounds that it is overly broad and unduly burdensome

13 in that it seeks documents not relevant to the claims or defenses in this action and not

14 reasonably calculated to lead to the discovery of admissible evidence. Mattel has not

15 demonstrated how all DOCUMENTS produced or made available for inspection by

16 MGA in the BRATZ LAWSUITS that REFER OR RELATE TO MGA could be

17 relevant to the claims and defenses in this action. The request is not limited to the

18 subject matter of this action and is thus impermissibly overbroad. See Aug. 13 Order

19 at 9:17-20; May 22 Order at 21:5-7. MGA further objects to this request as being

20 overly broad and unduly burdensome on the grounds that it is not limited in time.

21 MGA further objects to this request on the grounds that the terms BRATZ, BRATZ

22 LAWSUITS and REFER OR RELATE TO render the request vague, ambiguous,

23 overly broad and unduly burdensome. MGA further objects to the request to the

24 extent that it seeks documents that by reason of public filing, public distribution or

25 otherwise are already in Mattel's possession or are readily accessible to Mattel.

26 MGA further objects to the request to the extent that it seeks documents not in

27 MGA's possession, custody or control. MGA further objects to the request to the

28

EXHIBIT 4, PAGE 216

MGA'S SUPPLEMENTAL RESPONSES
TO MATTEL'S THIRD SET OF REQUESTS FOR PRODUCTION

1   extent it seeks confidential, proprietary or commercially sensitive information, the

2   disclosure of which would be inimical to the business interests of MGA.  Such

3   information may also be subject to protective orders governing other litigations

4   thereby precluding disclosure in response to this request.  MGA further objects to the

5   request to the extent it violates the privacy rights of third parties to their private,

6   confidential, proprietary or trade secret information.

7        MGA further objects to this request as cumulative, duplicative, and unduly

8   burdensome to the extent that it seeks documents requested pursuant to Request No

9   20 or previously requested by Mattel or produced by MGA in response to Mattel's

10   document requests, including, but not limited to:  Request Nos. 38 and 41 from

11   Mattel's First Set of Requests for Production of Documents and Tangible Things to

12   MGA, and Request Nos. 118, 121, 123-124, and 125 from Mattel's First Set of

13   Requests for Documents and Things to Isaac Larian, and Request Nos. 157 and 158-

14   159 from Mattel, Inc.'s First Set of Requests for Documents and Things re Claims of

15   Unfair Competition to MGA Entertainment, Inc.

16   REQUEST FOR PRODUCTION NO. 23:

17        All Court orders, decisions and judgments in the BRATZ LAWSUITS.

18   RESPONSE TO REQUEST FOR PRODUCTION NO. 23:

19        MGA incorporates by reference its General Response and General Objections

20   above, as though fully set forth herein and specifically incorporates General

21   Objection No. 15 (regarding Definitions), including without limitation MGA's

22   objection to the definition of the term BRATZ LAWSUITS.  MGA further objects to

23   the request to the extent it seeks the production of documents that are protected from

24   disclosure under any applicable privilege, doctrine or immunity, including without

25   limitation the attorney-client privilege, the work product doctrine, the right of

26   privacy, and all other privileges recognized under the constitutional, statutory or

27   decisional law of the United States of America, the State of California or any other

28

EXHIBIT 4 , PAGE 217

MGA'S SUPPLEMENTAL RESPONSES
TO MATTEL'S THIRD SET OF REQUESTS FOR PRODUCTION

1   applicable jurisdiction.  MGA further objects to this request on the grounds that it is

2   overly broad and unduly burdensome in that it seeks documents not relevant to the

3   claims or defenses in this action and not reasonably calculated to lead to the

4   discovery of admissible evidence.  Mattel has not demonstrated how all Court orders,

5   decisions and judgments in the BRATZ LAWSUITS could be relevant to the claims

6   and defenses in this action.  The request is not limited to the subject matter of this

7   action and is thus impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22

8   Order at 21:5-7.  MGA further objects to this request as being overly broad and

9   unduly burdensome on the grounds that it is not limited in time.  MGA further

10  objects to this request on the grounds that the term BRATZ LAWSUITS renders the

11  request vague, ambiguous, overly broad and unduly burdensome.  MGA further

12  objects to the request to the extent that it seeks documents that by reason of public

13  filing, public distribution or otherwise are already in Mattel's possession or are

14  readily accessible to Mattel.  MGA further objects to the request to the extent that it

15  seeks documents not in MGA's possession, custody or control.  MGA further objects

16  to the request to the extent it seeks confidential, proprietary or commercially

17  sensitive information, the disclosure of which would be inimical to the business

18  interests of MGA.  Such information may also be subject to protective orders

19  governing other litigations thereby precluding disclosure in response to this request.

20          MGA further objects to this request as cumulative, duplicative, and unduly

21  burdensome to the extent that it seeks documents previously requested by Mattel or

22  produced by MGA in response to Mattel's document requests, including, but not

23  limited to:  Request Nos. 38 and 41 from Mattel's First Set of Requests for

24  Production of Documents and Tangible Things to MGA, and Request Nos. 118, 121,

25  and 123-124 from Mattel's First Set of Requests for Documents and Things to Isaac

26  Larian.

27

28

EXHIBIT **4**, PAGE **218**

MGA'S SUPPLEMENTAL RESPONSES
TO MATTEL'S THIRD SET OF REQUESTS FOR PRODUCTION

1  REQUEST FOR PRODUCTION NO. 24:

2   All Court orders, decisions and judgments in any THIRD-PARTY LAWSUIT

3  in which YOU have claimed, alleged or stated, in words or substance, that any doll

4  or product sold, offered for sale, manufactured, distributed, promoted or advertised

5  by any PERSON infringes, dilutes or is confusingly similar to BRATZ.

6  RESPONSE TO REQUEST FOR PRODUCTION NO. 24:

7   MGA incorporates by reference its General Response and General Objections

8  above, as though fully set forth herein and specifically incorporates General

9  Objection No. 15 (regarding Definitions), including without limitation MGA's

10  objection to the definition of the terms BRATZ and THIRD-PARTY LAWSUITS.

11  MGA further objects to the request to the extent it seeks the production of documents

12  that are protected from disclosure under any applicable privilege, doctrine or

13  immunity, including without limitation the attorney-client privilege, the work

14  product doctrine, the right of privacy, and all other privileges recognized under the

15  constitutional, statutory or decisional law of the United States of America, the State

16  of California or any other applicable jurisdiction. MGA further objects to this

17  request on the grounds that it is overly broad and unduly burdensome in that it seeks

18  documents not relevant to the claims or defenses in this action and not reasonably

19  calculated to lead to the discovery of admissible evidence. Mattel has not

20  demonstrated how all Court orders, decisions and judgment in any THIRD-PARTY

21  LAWSUIT in which MGA claimed, alleged or stated that any doll or product

22  "infringes, dilutes or is confusingly similar to BRATZ" could be relevant to the

23  claims and defenses in this action. The request is not limited to the subject matter of

24  this action and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May

25  22 Order at 21:5-7. MGA further objects to this request as being overly broad and

26  unduly burdensome on the grounds that it is not limited in time or geographical

27  scope. MGA further objects to this request on the grounds that the terms BRATZ

28   EXHIBIT 4, PAGE 219

1  and THIRD-PARTY LAWSUIT render the request vague, ambiguous, overly broad

2  and unduly burdensome.  MGA further objects to the phrase "infringes, dilutes or is

3  confusingly similar" as vague and ambiguous.  MGA further objects to the request to

4  the extent that it seeks documents that by reason of public filing, public distribution

5  or otherwise are already in Mattel's possession or are readily accessible to Mattel.

6  MGA further objects to the request to the extent that it seeks documents not in

7  MGA's possession, custody or control.  MGA further objects to the request to the

8  extent it seeks confidential, proprietary or commercially sensitive information, the

9  disclosure of which would be inimical to the business interests of MGA.  Such

10  information may also be subject to protective orders governing other litigations

11  thereby precluding disclosure in response to this request.  MGA further objects to the

12  request to the extent it violates the privacy rights of third parties to their private,

13  confidential, proprietary or trade secret information.

14      MGA further objects to this request as cumulative, duplicative, and unduly

15  burdensome to the extent that it seeks documents previously requested by Mattel or

16  produced by MGA in response to Mattel's document requests, including, but not

17  limited to:  Request Nos. 38 and 41 from Mattel's First Set of Requests for

18  Production of Documents and Tangible Things to MGA, and Request Nos. 118, 121,

19  and 123-124 from Mattel's First Set of Requests for Documents and Things to Isaac

20  Larian, and Request Nos. 45 and 123 from Mattel, Inc.'s First Set of Requests for

21  Documents and Things re Claims of Unfair Competition to MGA Entertainment, Inc.

22  REQUEST FOR PRODUCTION NO. 25:

23      To the extent not produced in response to any other Request for Production, all

24  DOCUMENTS in which YOU have claimed, alleged or stated, in words or substance,

25  that any doll, product or other matter sold, offered for sale, manufactured, distributed,

26  promoted or advertised by any PERSON infringes, dilutes or is confusingly similar

27  to BRATZ.

28

EXHIBIT __4__, PAGE 220

48

1  RESPONSE TO REQUEST FOR PRODUCTION NO. 25:

2       MGA incorporates by reference its General Response and General Objections

3  above, as though fully set forth herein and specifically incorporates General

4  Objection No. 15 (regarding Definitions), including without limitation MGA's

5  objection to the definition of the term BRATZ.  MGA further objects to the request

6  to the extent it seeks the production of documents that are protected from disclosure

7  under any applicable privilege, doctrine or immunity, including without limitation

8  the attorney-client privilege, the work product doctrine, the right of privacy, and all

9  other privileges recognized under the constitutional, statutory or decisional law of

10  the United States of America, the State of California or any other applicable

11  jurisdiction.  MGA further objects to this request on the grounds that it is overly

12  broad and unduly burdensome in that it seeks documents not relevant to the claims or

13  defenses in this action and not reasonably calculated to lead to the discovery of

14  admissible evidence.  Mattel has not demonstrated how all DOCUMENTS in which

15  MGA claimed that any doll product or other matter "infringes, dilutes or is

16  confusingly similar to BRATZ" could be relevant to the claims and defenses in this

17  action.  The request is not limited to the subject matter of this action and is thus

18  impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.

19  MGA further objects to this request as being overly broad and unduly burdensome

20  on the grounds that it is not limited in time or geographical scope.  MGA further

21  objects to this request on the grounds that the term BRATZ renders the request vague,

22  ambiguous, overly broad and unduly burdensome.  MGA further objects to the

23  phrase "infringes, dilutes or is confusingly similar" as vague and ambiguous.  MGA

24  further objects to the request to the extent that it seeks documents that by reason of

25  public filing, public distribution or otherwise are already in Mattel's possession or

26  are readily accessible to Mattel.  MGA further objects to the request to the extent that

27  it seeks documents not in MGA's possession, custody or control.  MGA further

28

EXHIBIT 4, PAGE 221

MGA'S SUPPLEMENTAL RESPONSES
TO MATTEL'S THIRD SET OF REQUESTS FOR PRODUCTION

1  objects to the request to the extent it seeks confidential, proprietary or commercially

2  sensitive information, the disclosure of which would be inimical to the business

3  interests of MGA.  Such information may also be subject to protective orders

4  governing other litigations thereby precluding disclosure in response to this request.

5  MGA further objects to the request to the extent it violates the privacy rights of third

6  parties to their private, confidential, proprietary or trade secret information.

7       MGA further objects to this request as cumulative, duplicative, and unduly

8  burdensome to the extent that it seeks documents previously requested by Mattel or

9  produced by MGA in response to Mattel's document requests, including, but not

10  limited to:  Request Nos. 5-12, 20, 45-47, and 123 from Mattel, Inc.'s First Set of

11  Requests for Documents and Things re Claims of Unfair Competition to MGA

12  Entertainment, Inc., Request Nos. 90 from Mattel's First Set of Requests for

13  Production of Documents and Tangible Things to MGA, and Request Nos. 182 from

14  Mattel's First Set of Requests for Documents and Things to Isaac Larian.

15  REQUEST FOR PRODUCTION NO. 26:

16       To the extent not produced in response to any other Request for Production, all

17  DOCUMENTS, including without limitation pleadings, in which YOU have

18  referenced or described YOUR alleged trade dress rights or potential trade dress in

19  BRATZ.

20  RESPONSE TO REQUEST FOR PRODUCTION NO. 26:

21       MGA incorporates by reference its General Response and General Objections

22  above, as though fully set forth herein and specifically incorporates General

23  Objection No. 15 (regarding Definitions), including without limitation MGA's

24  objection to the definition of the terms BRATZ.  MGA further objects to the request

25  to the extent it seeks the production of documents that are protected from disclosure

26  under any applicable privilege, doctrine or immunity, including without limitation

27  the attorney-client privilege, the work product doctrine, the right of privacy, and all

28

EXHIBIT 4 , PAGE 222

1 | other privileges recognized under the constitutional, statutory or decisional law of

2 | the United States of America, the State of California or any other applicable

3 | jurisdiction.  MGA further objects to this request on the grounds that it is overly

4 | broad and unduly burdensome in that it seeks documents not relevant to the claims or

5 | defenses in this action and not reasonably calculated to lead to the discovery of

6 | admissible evidence.  Mattel has not demonstrated how all DOCUMENTS

7 | referencing MGA's alleged or potential trade dress in BRATZ could be relevant to

8 | the claims and defenses in this action.  The request is not limited to the subject

9 | matter of this action and is thus impermissibly overbroad.  See Aug. 13 Order at

10 | 9:17-20; May 22 Order at 21:5-7.  MGA further objects to this request as being

11 | overly broad and unduly burdensome on the grounds that it is not limited in time or

12 | geographical scope.  MGA further objects to this request on the grounds that the term

13 | BRATZ renders the request vague, ambiguous, overly broad and unduly burdensome.

14 | MGA further objects to the request to the extent that it seeks documents that by

15 | reason of public filing, public distribution or otherwise are already in Mattel's

16 | possession or are readily accessible to Mattel.  MGA further objects to the request to

17 | the extent that it seeks documents not in MGA's possession, custody or control.

18 | MGA further objects to the request to the extent it seeks confidential, proprietary or

19 | commercially sensitive information, the disclosure of which would be inimical to the

20 | business interests of MGA.

21 |      MGA further objects to this request as cumulative, duplicative, and unduly

22 | burdensome to the extent that it seeks documents previously requested by Mattel or

23 | produced by MGA in response to Mattel's document requests, including, but not

24 | limited to:  Request Nos. 5-12, 20, and 46-47 from Mattel, Inc.'s First Set of

25 | Requests for Documents and Things re Claims of Unfair Competition to MGA

26 | Entertainment, Inc., Request Nos. 90 from Mattel's First Set of Requests for

27 |

28 |

EXHIBIT _4_ , PAGE 223

MGA'S SUPPLEMENTAL RESPONSES
TO MATTEL'S THIRD SET OF REQUESTS FOR PRODUCTION

1  Production of Documents and Tangible Things to MGA, and Request No. 182 from

2  Mattel's First Set of Requests for Documents and Things to Isaac Larian.

3  REQUEST FOR PRODUCTION NO. 27:

4       To the extent not produced in response to any other Request for Production, all

5  DOCUMENTS, including without limitation pleadings, in which YOU have

6  referenced or described YOUR alleged copyright rights or potential copyright rights

7  in BRATZ.

8  RESPONSE TO REQUEST FOR PRODUCTION NO. 27:

9       MGA incorporates by reference its General Response and General Objections

10  above, as though fully set forth herein and specifically incorporates General

11  Objection No. 15 (regarding Definitions), including without limitation MGA's

12  objection to the definition of the terms BRATZ.  MGA further objects to the request

13  to the extent it seeks the production of documents that are protected from disclosure

14  under any applicable privilege, doctrine or immunity, including without limitation

15  the attorney-client privilege, the work product doctrine, the right of privacy, and all

16  other privileges recognized under the constitutional, statutory or decisional law of

17  the United States of America, the State of California or any other applicable

18  jurisdiction.  MGA further objects to this request on the grounds that it is overly

19  broad and unduly burdensome in that it seeks documents not relevant to the claims or

20  defenses in this action and not reasonably calculated to lead to the discovery of

21  admissible evidence.  Mattel has not demonstrated how all DOCUMENTS

22  referencing MGA's alleged or potential copyright rights in BRATZ could be relevant

23  to the claims and defenses in this action.  The request is not limited to the subject

24  matter of this action and is thus impermissibly overbroad.  See Aug. 13 Order at

25  9:17-20; May 22 Order at 21:5-7.  MGA further objects to this request as being

26  overly broad and unduly burdensome on the grounds that it is not limited in time or

27  geographical scope.  MGA further objects to this request on the grounds that the term

28

EXHIBIT __4__, PAGE __224__

52

MGA'S SUPPLEMENTAL RESPONSES
TO MATTEL'S THIRD SET OF REQUESTS FOR PRODUCTION

1  BRATZ renders the request vague, ambiguous, overly broad and unduly burdensome.

2  MGA further objects to the request to the extent that it seeks documents that by

3  reason of public filing, public distribution or otherwise are already in Mattel's

4  possession or are readily accessible to Mattel.  MGA further objects to the request to

5  the extent that it seeks documents not in MGA's possession, custody or control.

6  MGA further objects to the request to the extent it seeks confidential, proprietary or

7  commercially sensitive information, the disclosure of which would be inimical to the

8  business interests of MGA.  Such information may also be subject to protective

9  orders governing other litigations thereby precluding disclosure in response to this

10  request.

11      MGA further objects to this request as cumulative, duplicative, and unduly

12  burdensome to the extent that it seeks documents previously requested by Mattel or

13  produced by MGA in response to Mattel's document requests, including, but not

14  limited to:  Request Nos. 5-12, 20, and 46-47 from Mattel, Inc.'s First Set of

15  Requests for Documents and Things re Claims of Unfair Competition to MGA

16  Entertainment, Inc., Request No. 90 from Mattel's First Set of Requests for

17  Production of Documents and Tangible Things to MGA, and Request No. 182 from

18  Mattel's First Set of Requests for Documents and Things to Isaac Larian.

19  REQUEST FOR PRODUCTION NO. 28:

20      To the extent not produced in response to any other Request for Production, all

21  DOCUMENTS, including without limitation pleadings, in which YOU have

22  referenced or described YOUR alleged patent rights or potential patent rights in

23  BRATZ.

24  RESPONSE TO REQUEST FOR PRODUCTION NO. 28:

25      MGA incorporates by reference its General Response and General Objections

26  above, as though fully set forth herein and specifically incorporates General

27  Objection No. 15 (regarding Definitions), including without limitation MGA's

28

EXHIBIT 4, PAGE 220

MGA'S SUPPLEMENTAL RESPONSES
TO MATTEL'S THIRD SET OF REQUESTS FOR PRODUCTION

1  objection to the definition of the terms BRATZ.  MGA further objects to the request

2  to the extent it seeks the production of documents that are protected from disclosure

3  under any applicable privilege, doctrine or immunity, including without limitation

4  the attorney-client privilege, the work product doctrine, the right of privacy, and all

5  other privileges recognized under the constitutional, statutory or decisional law of

6  the United States of America, the State of California or any other applicable

7  jurisdiction.  MGA further objects to this request on the grounds that it is overly

8  broad and unduly burdensome in that it seeks documents not relevant to the claims or

9  defenses in this action and not reasonably calculated to lead to the discovery of

10  admissible evidence.  Mattel has not demonstrated how all DOCUMENTS

11  referencing MGA's alleged or potential patent rights in BRATZ could be relevant to

12  the claims and defenses in this action.  The request is not limited to the subject

13  matter of this action and is thus impermissibly overbroad.  See Aug. 13 Order at

14  9:17-20; May 22 Order at 21:5-7.  MGA further objects to this request as being

15  overly broad and unduly burdensome on the grounds that it is not limited in time or

16  geographical scope.  MGA further objects to this request on the grounds that the term

17  BRATZ renders the request vague, ambiguous, overly broad and unduly burdensome.

18  MGA further objects to the request to the extent that it seeks documents that by

19  reason of public filing, public distribution or otherwise are already in Mattel's

20  possession or are readily accessible to Mattel.  MGA further objects to the request to

21  the extent that it seeks documents not in MGA's possession, custody or control.

22  MGA further objects to the request to the extent it seeks confidential, proprietary or

23  commercially sensitive information, the disclosure of which would be inimical to the

24  business interests of MGA.

25      MGA further objects to this request as cumulative, duplicative, and unduly

26  burdensome to the extent that it seeks documents previously requested by Mattel or

27  produced by MGA in response to Mattel's document requests, including, but not

28

54

EXHIBIT 4 , PAGE 226

1 | limited to:  Request Nos. 5-12, 20, and 46-47 from Mattel, Inc.'s First Set of
2 | Requests for Documents and Things re Claims of Unfair Competition to MGA
3 | Entertainment, Inc., Request No. 90 from Mattel's First Set of Requests for
4 | Production of Documents and Tangible Things to MGA, and Request No. 182 from
5 | Mattel's First Set of Requests for Documents and Things to Isaac Larian.
6 | REQUEST FOR PRODUCTION NO. 29:
7 |       All DOCUMENTS that REFER OR RELATE TO any agreements settling,
8 | resolving, compromising or otherwise disposing of the BRATZ LAWSUITS.
9 | RESPONSE TO REQUEST FOR PRODUCTION NO. 29:
10 |       MGA incorporates by reference its General Response and General Objections
11 | above, as though fully set forth herein and specifically incorporates General
12 | Objection No. 15 (regarding Definitions), including without limitation MGA's
13 | objection to the definition of the terms BRATZ LAWSUITS and REFER OR
14 | RELATE TO.  MGA further objects to the request to the extent it seeks the
15 | production of documents that are protected from disclosure under any applicable
16 | privilege, doctrine or immunity, including without limitation the attorney-client
17 | privilege, the work product doctrine, the right of privacy, and all other privileges
18 | recognized under the constitutional, statutory or decisional law of the United States
19 | of America, the State of California or any other applicable jurisdiction.  MGA further
20 | objects to this request on the grounds that it is overly broad and unduly burdensome
21 | in that it seeks documents not relevant to the claims or defenses in this action and not
22 | reasonably calculated to lead to the discovery of admissible evidence.  Mattel has not
23 | demonstrated how all DOCUMENTS that REFER OR RELATE TO any agreements
24 | settling, resolving, compromising or otherwise disposing of the BRATZ LAWSUITS
25 | could be relevant to the claims and defenses in this action.  The request is not limited
26 | to the subject matter of this action and is thus impermissibly overbroad.  See Aug. 13
27 | Order at 9:17-20; May 22 Order at 21:5-7.  MGA further objects to this request as
28 |

EXHIBIT 4 , PAGE 227

1  being overly broad and unduly burdensome on the grounds that it is not limited in

2  time.  MGA further objects to this request on the grounds that the terms BRATZ and

3  REFER OR RELATE TO render the request vague, ambiguous, overly broad and

4  unduly burdensome.  MGA further objects to the phrase "agreements settling,

5  resolving, compromising or otherwise disposing of" as vague and ambiguous.  MGA

6  further objects to the request to the extent that it seeks documents that by reason of

7  public filing, public distribution or otherwise are already in Mattel's possession or

8  are readily accessible to Mattel.  MGA further objects to the request to the extent that

9  it seeks documents not in MGA's possession, custody or control.  MGA further

10  objects to the request to the extent it seeks confidential, proprietary or commercially

11  sensitive information, the disclosure of which would be inimical to the business

12  interests of MGA.  Such information may also be confidential and subject to

13  protective orders governing other litigations or other non-disclosure or

14  confidentiality agreements thereby precluding disclosure in response to this request.

15  MGA further objects to the request to the extent it violates the privacy rights of third

16  parties to their private, confidential, proprietary or trade secret information.

17  MGA further objects to this request as cumulative, duplicative, and unduly

18  burdensome to the extent that it seeks documents previously requested by Mattel or

19  produced by MGA in response to Mattel's document requests, including, but not

20  limited to:  Request No. 125 from Mattel's First Set of Requests for Production of

21  Documents and Tangible Things to MGA.

22  REQUEST FOR PRODUCTION NO. 30:

23  All DOCUMENTS that REFER OR RELATE TO any agreements settling,

24  resolving, compromising or otherwise disposing of any legal proceedings in which

25  YOU have claimed that any product sold, offered for sale, manufactured, distributed,

26  promoted or advertised by such PERSON infringes, dilutes or is confusingly similar

27  to BRATZ.

EXHIBIT 4 , PAGE 228

28

MGA'S SUPPLEMENTAL RESPONSES
TO MATTEL'S THIRD SET OF REQUESTS FOR PRODUCTION

1  <u>RESPONSE TO REQUEST FOR PRODUCTION NO. 30:</u>

2     MGA incorporates by reference its General Response and General Objections

3  above, as though fully set forth herein and specifically incorporates General

4  Objection No. 15 (regarding Definitions), including without limitation MGA's

5  objection to the definition of the terms BRATZ and REFER OR RELATE TO.

6  MGA further objects to the request to the extent it seeks the production of documents

7  that are protected from disclosure under any applicable privilege, doctrine or

8  immunity, including without limitation the attorney-client privilege, the work

9  product doctrine, the right of privacy, and all other privileges recognized under the

10  constitutional, statutory or decisional law of the United States of America, the State

11  of California or any other applicable jurisdiction. MGA further objects to this

12  request on the grounds that it is overly broad and unduly burdensome in that it seeks

13  documents not relevant to the claims or defenses in this action and not reasonably

14  calculated to lead to the discovery of admissible evidence. Mattel has not

15  demonstrated how all DOCUMENTS that REFER OR RELATE TO any agreements

16  settling, resolving, compromising or otherwise disposing of any legal proceedings in

17  which MGA claimed any product "infringes, dilutes or is confusingly similar" to

18  BRATZ could be relevant to the claims and defenses in this action. The request is

19  not limited to the subject matter of this action and is thus impermissibly overbroad.

20  See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7. MGA further objects to this

21  request as being overly broad and unduly burdensome on the grounds that it is not

22  limited in time or geographic scope. MGA further objects to this request on the

23  grounds that the terms BRATZ and REFER OR RELATE TO render the request

24  vague, ambiguous, overly broad and unduly burdensome. MGA further objects to

25  the phrases "agreements settling, resolving, compromising or otherwise disposing

26  of" and "infringes, dilutes or is confusingly similar" as vague and ambiguous. MGA

27  further objects to the request to the extent that it seeks documents that by reason of

28

EXHIBIT 4 , PAGE 229

MGA'S SUPPLEMENTAL RESPONSES
TO MATTEL'S THIRD SET OF REQUESTS FOR PRODUCTION

1 | public filing, public distribution or otherwise are already in Mattel's possession or
2 | are readily accessible to Mattel.  MGA further objects to the request to the extent that
3 | it seeks documents not in MGA's possession, custody or control.  MGA further
4 | objects to the request to the extent it seeks confidential, proprietary or commercially
5 | sensitive information, the disclosure of which would be inimical to the business
6 | interests of MGA.  Such information may also be subject to protective orders
7 | governing other litigations or other non-disclosure or confidentiality agreements
8 | thereby precluding disclosure in response to this request.

9 |      MGA further objects to this request as cumulative, duplicative, and unduly
10 | burdensome to the extent that it seeks documents previously requested by Mattel or
11 | produced by MGA in response to Mattel's document requests, including, but not
12 | limited to:  Request Nos. 45 and 123 from Mattel, Inc.'s First Set of Requests for
13 | Documents and Things re Claims of Unfair Competition to MGA Entertainment, Inc.

14 | REQUEST FOR PRODUCTION NO. 31:

15 |      All DOCUMENTS that REFER OR RELATE to any use or considered,
16 | proposed or potential use, of the term "Jade" in connection with any MGA doll,
17 | product or other matter, including without limitation all trademark search report for
18 | "Jade."

19 | RESPONSE TO REQUEST FOR PRODUCTION NO. 31:

20 |      MGA incorporates by reference its General Response and General Objections
21 | above, as though fully set forth herein and specifically incorporates General
22 | Objection No. 15 (regarding Definitions), including without limitation MGA's
23 | objection to the definition of the term REFER OR RELATE TO.  MGA further
24 | objects to the request to the extent it seeks the production of documents that are
25 | protected from disclosure under any applicable privilege, doctrine or immunity,
26 | including without limitation the attorney-client privilege, the work product doctrine,
27 | the right of privacy, and all other privileges recognized under the constitutional,

28 |

58

EXHIBIT 4, PAGE 236

MGA'S SUPPLEMENTAL RESPONSES
TO MATTEL'S THIRD SET OF REQUESTS FOR PRODUCTION

1   statutory or decisional law of the United States of America, the State of California or

2   any other applicable jurisdiction.  MGA further objects to this request on the grounds

3   that it is overly broad and unduly burdensome in that it seeks documents not relevant

4   to the claims or defenses in this action and not reasonably calculated to lead to the

5   discovery of admissible evidence.  Mattel has not demonstrated how *all*

6   DOCUMENTS that REFER OR RELATE TO any use or considered, proposed or

7   potential use of the term "Jade" in connection with any MGA doll, product or other

8   matter could be relevant to the claims and defenses in this action.  The request is not

9   limited to the subject matter of this action and is thus impermissibly overbroad.  See

10  Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.  MGA further objects to this

11  request as being overly broad and unduly burdensome on the grounds that it is not

12  limited in time or geographic scope.  MGA further objects to this request on the

13  grounds that the term REFER OR RELATE TO renders the request vague,

14  ambiguous, overly broad and unduly burdensome.  MGA further objects to the term

15  "Jade" as vague and ambiguous.  MGA further objects to the request to the extent

16  that it seeks documents that by reason of public filing, public distribution or

17  otherwise are already in Mattel's possession or are readily accessible to Mattel.

18  MGA further objects to the request to the extent that it seeks documents not in

19  MGA's possession, custody or control.  MGA further objects to the request to the

20  extent it seeks confidential, proprietary or commercially sensitive information, the

21  disclosure of which would be inimical to the business interests of MGA.

22      MGA further objects to this request as cumulative, duplicative, and unduly

23  burdensome to the extent that it seeks documents previously requested by Mattel or

24  produced by MGA in response to Mattel's document requests, including, but not

25  limited to:  Request Nos. 5 and 39 from Mattel, Inc.'s First Set of Requests for

26  Documents and Things re Claims of Unfair Competition to MGA Entertainment, Inc.,

27

28

EXHIBIT 4, PAGE 231

MGA'S SUPPLEMENTAL RESPONSES
TO MATTEL'S THIRD SET OF REQUESTS FOR PRODUCTION

1  and Request No. 229 from Mattel's First Set of Requests for Documents and Things

2  to Isaac Larian.

3  <u>SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 31:</u>

4      MGA incorporates by reference its General Response and General Objections

5  above, as though fully set forth herein and specifically incorporates General

6  Objection No. 15 (regarding Definitions), including without limitation MGA's

7  objection to the definition of the term REFER OR RELATE TO.  MGA further

8  objects to the request to the extent it seeks the production of documents that are

9  protected from disclosure under any applicable privilege, doctrine or immunity,

10  including without limitation the attorney-client privilege, the work product doctrine,

11  the right of privacy, and all other privileges recognized under the constitutional,

12  statutory or decisional law of the United States of America, the State of California or

13  any other applicable jurisdiction.  MGA further objects to this request on the grounds

14  that it is overly broad and unduly burdensome in that it seeks documents not relevant

15  to the claims or defenses in this action and not reasonably calculated to lead to the

16  discovery of admissible evidence.  Mattel has not demonstrated how *all*

17  DOCUMENTS that REFER OR RELATE TO any use or considered, proposed or

18  potential use of the term "Jade" in connection with any MGA doll, product or other

19  matter could be relevant to the claims and defenses in this action.  The request is not

20  limited to the subject matter of this action and is thus impermissibly overbroad.  <u>See</u>

21  Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.  MGA further objects to this

22  request as being overly broad and unduly burdensome on the grounds that it is not

23  limited in time or geographic scope.  MGA further objects to this request on the

24  grounds that the term REFER OR RELATE TO renders the request vague,

25  ambiguous, overly broad and unduly burdensome.  MGA further objects to the term

26  "Jade" as vague and ambiguous.  MGA further objects to the request to the extent

27  that it seeks documents that by reason of public filing, public distribution or

28

EXHIBIT 4 , PAGE 232

60

1  otherwise are already in Mattel's possession or are readily accessible to Mattel.

2  MGA further objects to the request to the extent that it seeks documents not in

3  MGA's possession, custody or control.  MGA further objects to the request to the

4  extent it seeks confidential, proprietary or commercially sensitive information, the

5  disclosure of which would be inimical to the business interests of MGA.

6       MGA further objects to this request as cumulative, duplicative, and unduly

7  burdensome to the extent that it seeks documents previously requested by Mattel or

8  produced by MGA in response to Mattel's document requests, including, but not

9  limited to:  Request Nos. 5 and 39 from Mattel, Inc.'s First Set of Requests for

10  Documents and Things re Claims of Unfair Competition to MGA Entertainment, Inc.,

11  and Request No. 229 from Mattel's First Set of Requests for Documents and Things

12  to Isaac Larian.

13       Subject to and without waiving the foregoing objections, MGA will produce,

14  non-privileged documents in its possession, custody or control, if any, that it is able

15  to locate following a reasonably diligent search that were created prior to January 1,

16  2001 and refer or relate to the use, or considered, proposed or potential use, of the

17  term "Jade" in connection with any MGA doll, product or other matter.

18  REQUEST FOR PRODUCTION NO. 32:

19       All DOCUMENTS that REFER OR RELATE to when and the circumstances

20  under which Sandra Bilotto first came to YOUR attention.

21  RESPONSE TO REQUEST FOR PRODUCTION NO. 32:

22       MGA incorporates by reference its General Response and General Objections

23  above, as though fully set forth herein and specifically incorporates General

24  Objection No. 15 (regarding Definitions), including without limitation MGA's

25  objection to the definition of the term REFER OR RELATE TO.  MGA further

26  objects to the request to the extent it seeks the production of documents that are

27  protected from disclosure under any applicable privilege, doctrine or immunity,

28

EXHIBIT 4, PAGE 233

61

1  including without limitation the attorney-client privilege, the work product doctrine,

2  the right of privacy, and all other privileges recognized under the constitutional,

3  statutory or decisional law of the United States of America, the State of California or

4  any other applicable jurisdiction.  MGA further objects to this request on the grounds

5  that it is overly broad and unduly burdensome in that it seeks documents not relevant

6  to the claims or defenses in this action and not reasonably calculated to lead to the

7  discovery of admissible evidence.  Mattel has not demonstrated how all

8  DOCUMENTS that REFER OR RELATE TO when and the circumstances under

9  which Sandra Bilotto first came to MGA's attention could be relevant to the claims

10  and defenses in this action.  The request is not limited to the subject matter of this

11  action and is thus impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22

12  Order at 21:5-7.  MGA further objects to this request on the grounds that the term

13  REFER OR RELATE TO renders the request vague, ambiguous, overly broad and

14  unduly burdensome.  MGA further objects to the phrase "came to YOUR attention"

15  as vague and ambiguous.  MGA further objects to the request to the extent it seeks

16  confidential, proprietary or commercially sensitive information, the disclosure of

17  which would be inimical to the business interests of MGA.  MGA further objects to

18  this request as cumulative, duplicative, and unduly burdensome to the extent that it

19  seeks documents previously requested by Mattel or produced by MGA in response to

20  Mattel's document requests.

21  REQUEST FOR PRODUCTION NO. 33:

22      All DOCUMENTS that REFER OR RELATE to when and the circumstances

23  under which YOU first hired or engaged for any reason Sandra Bilotto.

24  RESPONSE TO REQUEST FOR PRODUCTION NO. 33:

25      MGA incorporates by reference its General Response and General Objections

26  above, as though fully set forth herein and specifically incorporates General

27  Objection No. 15 (regarding Definitions), including without limitation MGA's

28

EXHIBIT 4 , PAGE 234

MGA'S SUPPLEMENTAL RESPONSES
TO MATTEL'S THIRD SET OF REQUESTS FOR PRODUCTION

1  objection to the definition of the term REFER OR RELATE TO.  MGA further

2  objects to the request to the extent it seeks the production of documents that are

3  protected from disclosure under any applicable privilege, doctrine or immunity,

4  including without limitation the attorney-client privilege, the work product doctrine,

5  the right of privacy, and all other privileges recognized under the constitutional,

6  statutory or decisional law of the United States of America, the State of California or

7  any other applicable jurisdiction.  MGA further objects to this request on the grounds

8  that it is overly broad and unduly burdensome in that it seeks documents not relevant

9  to the claims or defenses in this action and not reasonably calculated to lead to the

10  discovery of admissible evidence.  Mattel has not demonstrated how all

11  DOCUMENTS that REFER OR RELATE TO when and the circumstances under

12  which MGA first hired or engaged for any reason Sandra Bilotto could be relevant to

13  the claims and defenses in this action.  The request is not limited to the subject

14  matter of this action and is thus impermissibly overbroad.  See Aug. 13 Order at

15  9:17-20; May 22 Order at 21:5-7.  MGA further objects to this request as being

16  overly broad and unduly burdensome on the grounds that it is not limited in time or

17  geographic scope.  MGA further objects to this request on the grounds that the term

18  REFER OR RELATE TO renders the request vague, ambiguous, overly broad and

19  unduly burdensome.  MGA further objects to the phrase "hired or engaged for any

20  reason" as vague and ambiguous.  MGA further objects to the request to the extent it

21  seeks confidential, proprietary or commercially sensitive information, the disclosure

22  of which would be inimical to the business interests of MGA.  MGA further objects

23  to this request as cumulative, duplicative, and unduly burdensome to the extent that it

24  seeks documents previously requested by Mattel or produced by MGA in response to

25  Mattel's document requests.

26

27  EXHIBIT __4__, PAGE 235

28

MGA'S SUPPLEMENTAL RESPONSES
TO MATTEL'S THIRD SET OF REQUESTS FOR PRODUCTION

1  REQUEST FOR PRODUCTION NO. 34:

2      All DOCUMENTS that REFER OR RELATE to the work or services that

3  Sandra Bilotto provided to YOU in connection with her first engagement by YOU,

4  including without limitation all invoices relating thereto.

5  RESPONSE TO REQUEST FOR PRODUCTION NO. 34:

6      MGA incorporates by reference its General Response and General Objections

7  above, as though fully set forth herein and specifically incorporates General

8  Objection No. 15 (regarding Definitions), including without limitation MGA's

9  objection to the definition of the term REFER OR RELATE TO.  MGA further

10  objects to the request to the extent it seeks the production of documents that are

11  protected from disclosure under any applicable privilege, doctrine or immunity,

12  including without limitation the attorney-client privilege, the work product doctrine,

13  the right of privacy, and all other privileges recognized under the constitutional,

14  statutory or decisional law of the United States of America, the State of California or

15  any other applicable jurisdiction.  MGA further objects to this request on the grounds

16  that it is overly broad and unduly burdensome in that it seeks documents not relevant

17  to the claims or defenses in this action and not reasonably calculated to lead to the

18  discovery of admissible evidence.  Mattel has not demonstrated how all

19  DOCUMENTS that REFER OR RELATE TO the work or services that Sandra

20  Bilotto provided to MGA in connection with her first engagement by MGA could be

21  relevant to the claims and defenses in this action.  The request is not limited to the

22  subject matter of this action and is thus impermissibly overbroad.  See Aug. 13 Order

23  at 9:17-20; May 22 Order at 21:5-7.  MGA further objects to this request as being

24  overly broad and unduly burdensome on the grounds that it is not limited in time or

25  geographic scope.  MGA further objects to this request on the grounds that the term

26  REFER OR RELATE TO renders the request vague, ambiguous, overly broad and

27  unduly burdensome.  MGA further objects to the phrase "work or services that

28  

EXHIBIT _4_, PAGE _236_

MGA'S SUPPLEMENTAL RESPONSES
TO MATTEL'S THIRD SET OF REQUESTS FOR PRODUCTION

1 | Sandra Bilotto provided to MGA in connection with her first engagement by MGA"

2 | as vague and ambiguous. MGA further objects to the request to the extent it seeks

3 | confidential, proprietary or commercially sensitive information, the disclosure of

4 | which would be inimical to the business interests of MGA.

5 |       MGA further objects to this request as cumulative, duplicative, and unduly

6 | burdensome to the extent that it seeks documents previously requested by Mattel or

7 | produced by MGA in response to Mattel's document requests, including, but not

8 | limited to:  Request No. 60 from Mattel, Inc.'s First Set of Requests for Documents

9 | and Things re Claims of Unfair Competition to MGA Entertainment, Inc., and

10 | Request No. 201 from Mattel's First Set of Requests for Documents and Things to

11 | Isaac Larian.

12 | REQUEST FOR PRODUCTION NO. 35:

13 |       All DOCUMENTS that REFER OR RELATE to work or services provided by

14 | Sandra Bilotto to YOU prior to January 1, 2001.

15 | RESPONSE TO REQUEST FOR PRODUCTION NO. 35:

16 |       MGA incorporates by reference its General Response and General Objections

17 | above, as though fully set forth herein and specifically incorporates General

18 | Objection No. 15 (regarding Definitions), including without limitation MGA's

19 | objection to the definition of the term REFER OR RELATE TO.  MGA further

20 | objects to the request to the extent it seeks the production of documents that are

21 | protected from disclosure under any applicable privilege, doctrine or immunity,

22 | including without limitation the attorney-client privilege, the work product doctrine,

23 | the right of privacy, and all other privileges recognized under the constitutional,

24 | statutory or decisional law of the United States of America, the State of California or

25 | any other applicable jurisdiction.  MGA further objects to this request on the grounds

26 | that it is overly broad and unduly burdensome in that it seeks documents not relevant

27 | to the claims or defenses in this action and not reasonably calculated to lead to the

28 |

EXHIBIT 4 , PAGE 237

1  discovery of admissible evidence.  Mattel has not demonstrated how *all*

2  DOCUMENTS that REFER OR RELATE TO "work or services provided by Sandra

3  Bilotto" to MGA prior to January 1, 2001 could be relevant to the claims and

4  defenses in this action.  The request is not limited to the subject matter of this action

5  and is thus impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22 Order

6  at 21:5-7. 5-7.  MGA further objects to this request on the grounds that the term

7  REFER OR RELATE TO renders the request vague, ambiguous, overly broad and

8  unduly burdensome.  MGA further objects to the phrase "work or services provided

9  by Sandra Bilotto" as vague and ambiguous.  MGA further objects to the request to

10 the extent it seeks confidential, proprietary or commercially sensitive information,

11 the disclosure of which would be inimical to the business interests of MGA.  MGA

12 further objects to the request to the extent it violates the privacy rights of third parties

13 to their private, confidential, proprietary or trade secret information.

14         MGA further objects to this request as cumulative, duplicative, and unduly

15 burdensome to the extent that it seeks documents previously requested by Mattel or

16 produced by MGA in response to Mattel's document requests, including, but not

17 limited to:  Request No. 60 from Mattel, Inc.'s First Set of Requests for Documents

18 and Things re Claims of Unfair Competition to MGA Entertainment, Inc., and

19 Request No. 201 from Mattel's First Set of Requests for Documents and Things to

20 Isaac Larian.

21 SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 35:

22         MGA incorporates by reference its General Response and General Objections

23 above, as though fully set forth herein and specifically incorporates General

24 Objection No. 15 (regarding Definitions), including without limitation MGA's

25 objection to the definition of the term REFER OR RELATE TO.  MGA further

26 objects to the request to the extent it seeks the production of documents that are

27 protected from disclosure under any applicable privilege, doctrine or immunity,

28

EXHIBIT 4, PAGE 238

MGA'S SUPPLEMENTAL RESPONSES
TO MATTEL'S THIRD SET OF REQUESTS FOR PRODUCTION

1  including without limitation the attorney-client privilege, the work product doctrine,

2  the right of privacy, and all other privileges recognized under the constitutional,

3  statutory or decisional law of the United States of America, the State of California or

4  any other applicable jurisdiction.  MGA further objects to this request on the grounds

5  that it is overly broad and unduly burdensome in that it seeks documents not relevant

6  to the claims or defenses in this action and not reasonably calculated to lead to the

7  discovery of admissible evidence.  Mattel has not demonstrated how *all*

8  DOCUMENTS that REFER OR RELATE TO "work or services provided by Sandra

9  Bilotto" to MGA prior to January 1, 2001 could be relevant to the claims and

10  defenses in this action.  The request is not limited to the subject matter of this action

11  and is thus impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22 Order

12  at 21:5-7.  MGA further objects to this request on the grounds that the term REFER

13  OR RELATE TO renders the request vague, ambiguous, overly broad and unduly

14  burdensome.  MGA further objects to the phrase "work or services provided by

15  Sandra Bilotto" as vague and ambiguous.  MGA further objects to the request to the

16  extent it seeks confidential, proprietary or commercially sensitive information, the

17  disclosure of which would be inimical to the business interests of MGA.  MGA

18  further objects to the request to the extent it violates the privacy rights of third parties

19  to their private, confidential, proprietary or trade secret information.

20       MGA further objects to this request as cumulative, duplicative, and unduly

21  burdensome to the extent that it seeks documents previously requested by Mattel or

22  produced by MGA in response to Mattel's document requests, including, but not

23  limited to:  Request No. 60 from Mattel, Inc.'s First Set of Requests for Documents

24  and Things re Claims of Unfair Competition to MGA Entertainment, Inc., and

25  Request No. 201 from Mattel's First Set of Requests for Documents and Things to

26  Isaac Larian.

27

28

EXHIBIT 4, PAGE 239

MGA'S SUPPLEMENTAL RESPONSES
TO MATTEL'S THIRD SET OF REQUESTS FOR PRODUCTION

1      Subject to and without waiving the foregoing objections, MGA will produce

2  non-privileged documents in its possession, custody or control, if any, that it is able

3  to locate following a reasonably diligent search that refer or relate to work or

4  services provided by Sandra Bilotto on Prayer Angels to MGA prior to January 1,

5  2001.

6  REQUEST FOR PRODUCTION NO. 36:

7      All DOCUMENTS that REFER OR RELATE to work or services provided by

8  Sandra Bilotto to MATTEL prior to January 1, 2001.

9  RESPONSE TO REQUEST FOR PRODUCTION NO. 36:

10      MGA incorporates by reference its General Response and General Objections

11  above, as though fully set forth herein and specifically incorporates General

12  Objection No. 15 (regarding Definitions), including without limitation MGA's

13  objection to the definition of the term REFER OR RELATE TO.  MGA further

14  objects to the request to the extent it seeks the production of documents that are

15  protected from disclosure under any applicable privilege, doctrine or immunity,

16  including without limitation the attorney-client privilege, the work product doctrine,

17  the right of privacy, and all other privileges recognized under the constitutional,

18  statutory or decisional law of the United States of America, the State of California or

19  any other applicable jurisdiction.  MGA further objects to this request on the grounds

20  that it is overly broad and unduly burdensome in that it seeks documents not relevant

21  to the claims or defenses in this action and not reasonably calculated to lead to the

22  discovery of admissible evidence.  Mattel has not demonstrated how all

23  DOCUMENTS that REFER OR RELATE TO "work or services provided by Sandra

24  Bilotto to MATTEL" could be relevant to the claims and defenses in this action.  The

25  request is not limited to the subject matter of this action and is thus impermissibly

26  overbroad.  See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.  MGA further

27  objects to this request on the grounds that the term REFER OR RELATE TO renders

28

EXHIBIT 4 , PAGE 240

MGA'S SUPPLEMENTAL RESPONSES
TO MATTEL'S THIRD SET OF REQUESTS FOR PRODUCTION

1   the request vague, ambiguous, overly broad and unduly burdensome.  MGA further

2   objects to the phrase "work or services provided by Sandra Bilotto to MATTEL" as

3   vague and ambiguous.  MGA further objects to the request to the extent that it seeks

4   documents known to and within the possession, custody and control of Mattel.

5   MGA further objects to the request to the extent that it seeks documents not in

6   MGA's possession, custody or control.  MGA further objects to this request as

7   cumulative, duplicative, and unduly burdensome to the extent that it seeks

8   documents previously requested by Mattel or produced by MGA in response to

9   Mattel's document requests.

10   REQUEST FOR PRODUCTION NO. 37:

11       All tangible items, including without limitation all head sculpts, prototypes

12   and models, provided by Sandra Bilotto to YOU prior to January 1, 2001.

13   RESPONSE TO REQUEST FOR PRODUCTION NO. 37:

14       MGA incorporates by reference its General Response and General Objections

15   above, as though fully set forth herein and specifically incorporates General

16   Objection No. 15 (regarding Definitions).  MGA further objects to the request to the

17   extent it seeks the production of tangible items that are protected from disclosure

18   under any applicable privilege, doctrine or immunity, including without limitation

19   the attorney-client privilege, the work product doctrine, the right of privacy, and all

20   other privileges recognized under the constitutional, statutory or decisional law of

21   the United States of America, the State of California or any other applicable

22   jurisdiction.  MGA further objects to this request on the grounds that it is overly

23   broad and unduly burdensome in that it seeks tangible items not relevant to the

24   claims or defenses in this action and not reasonably calculated to lead to the

25   discovery of admissible evidence.  Mattel has not demonstrated how *all* tangible

26   items provided by Sandra Bilotto to MGA prior to January 1, 2001 could be relevant

27   to the claims and defenses in this action.  The request is not limited to the subject

28

EXHIBIT 4 , PAGE 24

MGA'S SUPPLEMENTAL RESPONSES
TO MATTEL'S THIRD SET OF REQUESTS FOR PRODUCTION

1   matter of this action and is thus impermissibly overbroad. <u>See</u> Aug. 13 Order at

2   9:17-20; May 22 Order at 21:5-7. MGA further objects to this request on the

3   grounds that the phrase "all head sculpts, prototypes and models provided by Sandra

4   Bilotto to MGA" is vague and ambiguous. MGA further objects to the request to

5   the extent it seeks confidential, proprietary or commercially sensitive information,

6   the disclosure of which would be inimical to the business interests of MGA. MGA

7   further objects to this request as cumulative, duplicative, and unduly burdensome to

8   the extent that it seeks items previously requested by Mattel or produced by MGA in

9   response to Mattel's document requests.

10  <u>SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 37:</u>

11      MGA incorporates by reference its General Response and General Objections

12  above, as though fully set forth herein and specifically incorporates General

13  Objection No. 15 (regarding Definitions). MGA further objects to the request to the

14  extent it seeks the production of tangible items that are protected from disclosure

15  under any applicable privilege, doctrine or immunity, including without limitation

16  the attorney-client privilege, the work product doctrine, the right of privacy, and all

17  other privileges recognized under the constitutional, statutory or decisional law of

18  the United States of America, the State of California or any other applicable

19  jurisdiction. MGA further objects to this request on the grounds that it is overly

20  broad and unduly burdensome in that it seeks tangible items not relevant to the

21  claims or defenses in this action and not reasonably calculated to lead to the

22  discovery of admissible evidence. Mattel has not demonstrated how *all* tangible

23  items provided by Sandra Bilotto to MGA prior to January 1, 2001 could be relevant

24  to the claims and defenses in this action. The request is not limited to the subject

25  matter of this action and is thus impermissibly overbroad. <u>See</u> Aug. 13 Order at

26  9:17-20; May 22 Order at 21:5-7. MGA further objects to this request on the

27  grounds that the phrase "all head sculpts, prototypes and models provided by Sandra

28

EXHIBIT 4, PAGE 242

70

1  Bilotto to MGA" is vague and ambiguous. MGA further objects to the request to the

2  extent it seeks confidential, proprietary or commercially sensitive information, the

3  disclosure of which would be inimical to the business interests of MGA. MGA

4  further objects to this request as cumulative, duplicative, and unduly burdensome to

5  the extent that it seeks items previously requested by Mattel or produced by MGA in

6  response to Mattel's document requests.

7       Subject to and without waiving the foregoing objections, MGA will produce

8  non-privileged tangible items provided by Sandra Bilotto to MGA prior to January 1,

9  2001, relating to Prayer Angels, including head sculpts, prototypes and models in its

10  possession, custody or control, if any, that it is able to locate following a reasonably

11  diligent search.

12  REQUEST FOR PRODUCTION NO. 38:

13       All DOCUMENTS that REFER OR RELATE to YOUR knowledge of the

14  work or services provided by Sandra Bilotto to MATTEL prior to January 1, 2001,

15  regardless of when such knowledge was acquired.

16  RESPONSE TO REQUEST FOR PRODUCTION NO. 38:

17       MGA incorporates by reference its General Response and General Objections

18  above, as though fully set forth herein and specifically incorporates General

19  Objection No. 15 (regarding Definitions), including without limitation MGA's

20  objection to the definition of the term REFER OR RELATE TO. MGA further

21  objects to the request to the extent it seeks the production of documents that are

22  protected from disclosure under any applicable privilege, doctrine or immunity,

23  including without limitation the attorney-client privilege, the work product doctrine,

24  the right of privacy, and all other privileges recognized under the constitutional,

25  statutory or decisional law of the United States of America, the State of California or

26  any other applicable jurisdiction. MGA further objects to this request on the grounds

27  that it is overly broad and unduly burdensome in that it seeks documents not relevant

28

EXHIBIT 4 , PAGE 243

MGA'S SUPPLEMENTAL RESPONSES
TO MATTEL'S THIRD SET OF REQUESTS FOR PRODUCTION

1  to the claims or defenses in this action and not reasonably calculated to lead to the

2  discovery of admissible evidence. Mattel has not demonstrated how all

3  DOCUMENTS that REFER OR RELATE TO MGA's "knowledge of the work or

4  services provided by Sandra Bilotto to MATTEL" could be relevant to the claims

5  and defenses in this action. The request is not limited to the subject matter of this

6  action and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22

7  Order at 21:5-7. MGA further objects to this request on the grounds that the term

8  REFER OR RELATE TO renders the request vague, ambiguous, overly broad and

9  unduly burdensome. MGA further objects to the phrase "knowledge of the work or

10 services provided by Sandra Bilotto to MATTEL" as vague and ambiguous. MGA

11 further objects to this request as cumulative, duplicative, and unduly burdensome to

12 the extent that it seeks documents previously requested by Mattel or produced by

13 MGA in response to Mattel's document requests.

14 REQUEST FOR PRODUCTION NO. 39:

15      All DOCUMENTS that REFER OR RELATE to payments made by YOU to

16 Sandra Bilotto prior to January 1, 2001.

17 RESPONSE TO REQUEST FOR PRODUCTION NO. 39:

18      MGA incorporates by reference its General Response and General Objections

19 above, as though fully set forth herein and specifically incorporates General

20 Objection No. 15 (regarding Definitions), including without limitation MGA's

21 objection to the definition of the term REFER OR RELATE TO. MGA further

22 objects to the request to the extent it seeks the production of documents that are

23 protected from disclosure under any applicable privilege, doctrine or immunity,

24 including without limitation the attorney-client privilege, the work product doctrine,

25 the right of privacy, and all other privileges recognized under the constitutional,

26 statutory or decisional law of the United States of America, the State of California or

27 any other applicable jurisdiction. MGA further objects to this request on the grounds

28

EXHIBIT 4, PAGE 244

MGA'S SUPPLEMENTAL RESPONSES
TO MATTEL'S THIRD SET OF REQUESTS FOR PRODUCTION

1 | that it is overly broad and unduly burdensome in that it seeks documents not relevant

2 | to the claims or defenses in this action and not reasonably calculated to lead to the

3 | discovery of admissible evidence.  Mattel has not demonstrated how *all*

4 | DOCUMENTS that REFER OR RELATE TO payments made by MGA to Sandra

5 | Bilotto prior to January 1, 2001 could be relevant to the claims and defenses in this

6 | action.  The request is not limited to the subject matter of this action and is thus

7 | impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.

8 | MGA further objects to this request on the grounds that the term REFER OR

9 | RELATE TO renders the request vague, ambiguous, overly broad and unduly

10 | burdensome.  MGA further objects to the request to the extent it seeks confidential,

11 | proprietary or commercially sensitive information, the disclosure of which would be

12 | inimical to the business interests of MGA.  Such information may also be subject to

13 | protective orders governing other litigations thereby precluding disclosure in

14 | response to this request.  MGA further objects to the request to the extent it violates

15 | the privacy rights of third parties to their private, confidential, proprietary or trade

16 | secret information.

17 |      MGA further objects to this request as cumulative, duplicative, and unduly

18 | burdensome to the extent that it seeks documents previously requested by Mattel or

19 | produced by MGA in response to Mattel's document requests, including, but not

20 | limited to:  Request No. 60 from Mattel, Inc.'s First Set of Requests for Documents

21 | and Things re Claims of Unfair Competition to MGA Entertainment, Inc., and

22 | Request No. 201 from Mattel's First Set of Requests for Documents and Things to

23 | Isaac Larian.

24 | SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 39:

25 |      MGA incorporates by reference its General Response and General Objections

26 | above, as though fully set forth herein and specifically incorporates General

27 | Objection No. 15 (regarding Definitions), including without limitation MGA's

28 |

1 | objection to the definition of the term REFER OR RELATE TO.  MGA further
2 | objects to the request to the extent it seeks the production of documents that are
3 | protected from disclosure under any applicable privilege, doctrine or immunity,
4 | including without limitation the attorney-client privilege, the work product doctrine,
5 | the right of privacy, and all other privileges recognized under the constitutional,
6 | statutory or decisional law of the United States of America, the State of California or
7 | any other applicable jurisdiction.  MGA further objects to this request on the grounds
8 | that it is overly broad and unduly burdensome in that it seeks documents not relevant
9 | to the claims or defenses in this action and not reasonably calculated to lead to the
10 | discovery of admissible evidence.  Mattel has not demonstrated how *all*
11 | DOCUMENTS that REFER OR RELATE TO payments made by MGA to Sandra
12 | Bilotto prior to January 1, 2001 could be relevant to the claims and defenses in this
13 | action.  The request is not limited to the subject matter of this action and is thus
14 | impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.
15 | MGA further objects to this request on the grounds that the term REFER OR
16 | RELATE TO renders the request vague, ambiguous, overly broad and unduly
17 | burdensome.  MGA further objects to the request to the extent it seeks confidential,
18 | proprietary or commercially sensitive information, the disclosure of which would be
19 | inimical to the business interests of MGA.  Such information may also be subject to
20 | protective orders governing other litigations thereby precluding disclosure in
21 | response to this request.  MGA further objects to the request to the extent it violates
22 | the privacy rights of third parties to their private, confidential, proprietary or trade
23 | secret information.

24 |       MGA further objects to this request as cumulative, duplicative, and unduly
25 | burdensome to the extent that it seeks documents previously requested by Mattel or
26 | produced by MGA in response to Mattel's document requests, including, but not
27 | limited to:  Request No. 60 from Mattel, Inc.'s First Set of Requests for Documents
28 |

EXHIBIT 4 , PAGE 246

74

MGA'S SUPPLEMENTAL RESPONSES
TO MATTEL'S THIRD SET OF REQUESTS FOR PRODUCTION

1 │ and Things re Claims of Unfair Competition to MGA Entertainment, Inc., and

2 │ Request No. 201 from Mattel's First Set of Requests for Documents and Things to

3 │ Isaac Larian.

4 │     Subject to and without waiving the foregoing objections, MGA will produce

5 │ non-privileged documents in its possession, custody or control, if any, that it is able

6 │ to locate following a reasonably diligent search that refer or relate to payments made

7 │ to Sandra Bilotto for work on Prayer Angels prior to January 1, 2001.

8 │ REQUEST FOR PRODUCTION NO. 40:

9 │     All DOCUMENTS that REFER OR RELATE to payments made by YOU to

10 │ Sandra Bilotto after January 1, 2001.

11 │ RESPONSE TO REUEST FOR PRODUCTION NO. 40:

12 │     MGA incorporates by reference its General Response and General Objections

13 │ above, as though fully set forth herein and specifically incorporates General

14 │ Objection No. 15 (regarding Definitions), including without limitation MGA's

15 │ objection to the definition of the term REFER OR RELATE TO.  MGA further

16 │ objects to the request to the extent it seeks the production of documents that are

17 │ protected from disclosure under any applicable privilege, doctrine or immunity,

18 │ including without limitation the attorney-client privilege, the work product doctrine,

19 │ the right of privacy, and all other privileges recognized under the constitutional,

20 │ statutory or decisional law of the United States of America, the State of California or

21 │ any other applicable jurisdiction.  MGA further objects to this request on the grounds

22 │ that it is overly broad and unduly burdensome in that it seeks documents not relevant

23 │ to the claims or defenses in this action and not reasonably calculated to lead to the

24 │ discovery of admissible evidence.  Mattel has not demonstrated how all

25 │ DOCUMENTS that REFER OR RELATE TO payments made by MGA to Sandra

26 │ Bilotto after January 1, 2001 could be relevant to the claims and defenses in this

27 │ action.  The request is not limited to the subject matter of this action and is thus

28 │

EXHIBIT 4 , PAGE 246

1 | impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.

2 | MGA further objects to this request on the grounds that the term REFER OR

3 | RELATE TO renders the request vague, ambiguous, overly broad and unduly

4 | burdensome.  MGA further objects to the request to the extent it seeks confidential,

5 | proprietary or commercially sensitive information, the disclosure of which would be

6 | inimical to the business interests of MGA.  MGA further objects to the request to the

7 | extent it violates the privacy rights of third parties to their private, confidential,

8 | proprietary or trade secret information.

9 | MGA further objects to this request as cumulative, duplicative, and unduly

10 | burdensome to the extent that it seeks documents previously requested by Mattel or

11 | produced by MGA in response to Mattel's document requests, including, but not

12 | limited to:  Request No. 60 from Mattel, Inc.'s First Set of Requests for Documents

13 | and Things re Claims of Unfair Competition to MGA Entertainment, Inc., and

14 | Request No. 201 from Mattel's First Set of Requests for Documents and Things to

15 | Isaac Larian.

16 | REQUEST FOR PRODUCTION NO. 41:

17 | All COMMUNICATIONS between Isaac Larian and Sandra Bilotto, including

18 | without limitation all such COMMUNICATIONS that REFER OR RELATE TO

19 | MATTEL, any MATTEL doll or product, BRYANT or BRATZ.

20 | REQUEST FOR PRODUCTION NO. 41:

21 | MGA incorporates by reference its General Response and General Objections

22 | above, as though fully set forth herein and specifically incorporates General

23 | Objection No. 15 (regarding Definitions), including without limitation MGA's

24 | objection to the definition of the terms BRATZ and REFER OR RELATE TO.

25 | MGA further objects to the request to the extent it seeks the production of documents

26 | that are protected from disclosure under any applicable privilege, doctrine or

27 | immunity, including without limitation the attorney-client privilege, the work

28 |

EXHIBIT 4 , PAGE 248

MGA'S SUPPLEMENTAL RESPONSES
TO MATTEL'S THIRD SET OF REQUESTS FOR PRODUCTION

1  product doctrine, the right of privacy, and all other privileges recognized under the

2  constitutional, statutory or decisional law of the United States of America, the State

3  of California or any other applicable jurisdiction.  MGA further objects to this

4  request on the grounds that it is overly broad and unduly burdensome in that it seeks

5  documents not relevant to the claims or defenses in this action and not reasonably

6  calculated to lead to the discovery of admissible evidence.  Mattel has not

7  demonstrated how *all* COMMUNICATIONS between Isaac Larian and Sandra

8  Bilotto could be relevant to the claims and defenses in this action.  The request is not

9  limited to the subject matter of this action and is thus impermissibly overbroad.  See

10 Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.  MGA further objects to this

11 request as being overly broad and unduly burdensome on the grounds that it is not

12 limited in time.  MGA further objects to this request on the grounds that the terms

13 BRATZ and REFER OR RELATE TO renders the request vague, ambiguous, overly

14 broad and unduly burdensome.  MGA further objects to the request to the extent that

15 it seeks documents not in MGA's possession, custody or control.  MGA further

16 objects to the request to the extent it seeks confidential, proprietary or commercially

17 sensitive information, the disclosure of which would be inimical to the business

18 interests of MGA.  MGA further objects to the request to the extent it violates the

19 privacy rights of third parties to their private, confidential, proprietary or trade secret

20 information.  MGA further objects to this request as cumulative, duplicative, and

21 unduly burdensome to the extent that it seeks documents previously requested by

22 Mattel or produced by MGA in response to Mattel's document requests.

23 SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 41:

24      MGA incorporates by reference its General Response and General Objections

25 above, as though fully set forth herein and specifically incorporates General

26 Objection No. 15 (regarding Definitions), including without limitation MGA's

27 objection to the definition of the terms BRATZ and REFER OR RELATE TO.

28

EXHIBIT __4__, PAGE 249

77

1  MGA further objects to the request to the extent it seeks the production of documents

2  that are protected from disclosure under any applicable privilege, doctrine or

3  immunity, including without limitation the attorney-client privilege, the work

4  product doctrine, the right of privacy, and all other privileges recognized under the

5  constitutional, statutory or decisional law of the United States of America, the State

6  of California or any other applicable jurisdiction.  MGA further objects to this

7  request on the grounds that it is overly broad and unduly burdensome in that it seeks

8  documents not relevant to the claims or defenses in this action and not reasonably

9  calculated to lead to the discovery of admissible evidence.  Mattel has not

10  demonstrated how *all* COMMUNICATIONS between Isaac Larian and Sandra

11  Bilotto could be relevant to the claims and defenses in this action.  The request is not

12  limited to the subject matter of this action and is thus impermissibly overbroad.  See

13  Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.  MGA further objects to this

14  request as being overly broad and unduly burdensome on the grounds that it is not

15  limited in time.  MGA further objects to this request on the grounds that the terms

16  BRATZ and REFER OR RELATE TO renders the request vague, ambiguous, overly

17  broad and unduly burdensome.  MGA further objects to the request to the extent that

18  it seeks documents not in MGA's possession, custody or control.  MGA further

19  objects to the request to the extent it seeks confidential, proprietary or commercially

20  sensitive information, the disclosure of which would be inimical to the business

21  interests of MGA.  MGA further objects to the request to the extent it violates the

22  privacy rights of third parties to their private, confidential, proprietary or trade secret

23  information.  MGA further objects to this request as cumulative, duplicative, and

24  unduly burdensome to the extent that it seeks documents previously requested by

25  Mattel or produced by MGA in response to Mattel's document requests.

26      Subject to and without waiving the foregoing objections, MGA will produce

27  non-privileged documents in its possession, custody or control, if any, that it is able

28

EXHIBIT 4, PAGE 250

MGA'S SUPPLEMENTAL RESPONSES
TO MATTEL'S THIRD SET OF REQUESTS FOR PRODUCTION

1 | to locate following a reasonably diligent search that refer or relate, to

2 | communications between Isaac Larian and Sandra Bilotto prior to January 1, 2001

3 | that refer and relate to Prayer Angels.

4 | REQUEST FOR PRODUCTION NO. 42:

5 |      All COMMUNICATIONS between Isaac Larian and Paula Garcia, including

6 | without limitation all such COMMUNICATIONS that REFER OR RELATE TO

7 | MATTEL, any MATTEL doll or product, BRYANT or BRATZ.

8 | RESPONSE TO REQUEST FOR PRODUCTION NO. 42:

9 |      MGA incorporates by reference its General Response and General Objections

10 | above, as though fully set forth herein and specifically incorporates General

11 | Objection No. 15 (regarding Definitions), including without limitation MGA's

12 | objection to the definition of the terms BRATZ and REFER OR RELATE TO.

13 | MGA further objects to the request to the extent it seeks the production of documents

14 | that are protected from disclosure under any applicable privilege, doctrine or

15 | immunity, including without limitation the attorney-client privilege, the work

16 | product doctrine, the right of privacy, and all other privileges recognized under the

17 | constitutional, statutory or decisional law of the United States of America, the State

18 | of California or any other applicable jurisdiction. MGA further objects to this

19 | request on the grounds that it is overly broad and unduly burdensome in that it seeks

20 | documents not relevant to the claims or defenses in this action and not reasonably

21 | calculated to lead to the discovery of admissible evidence. Mattel has not

22 | demonstrated how all COMMUNICATIONS between Isaac Larian and Paula Garcia

23 | could be relevant to the claims and defenses in this action. The request is not limited

24 | to the subject matter of this action and is thus impermissibly overbroad. See Aug. 13

25 | Order at 9:17-20; May 22 Order at 21:5-7. MGA further objects to this request as

26 | being overly broad and unduly burdensome on the grounds that it is not limited in

27 | time. MGA further objects to this request on the grounds that the terms BRATZ and

28 | EXHIBIT 4 , PAGE 251

MGA'S SUPPLEMENTAL RESPONSES
TO MATTEL'S THIRD SET OF REQUESTS FOR PRODUCTION

1  REFER OR RELATE TO renders the request vague, ambiguous, overly broad and

2  unduly burdensome.  MGA further objects to the request to the extent that it seeks

3  documents not in MGA's possession, custody or control.  MGA further objects to the

4  request to the extent it seeks confidential, proprietary or commercially sensitive

5  information, the disclosure of which would be inimical to the business interests of

6  MGA.  Such information may also be subject to protective orders governing other

7  litigations thereby precluding disclosure in response to this request.

8      MGA further objects to this request as cumulative, duplicative, and unduly

9  burdensome to the extent that it seeks documents previously requested by Mattel or

10  produced by MGA in response to Mattel's document requests, including, but not

11  limited to:  Request No. 168 from Mattel's First Set of Requests for Documents and

12  Things to Isaac Larian.

13  REQUEST FOR PRODUCTION NO. 43:

14      All DOCUMENTS that REFER OR RELATE TO when and under what

15  circumstances SCOOTER SAMANTHA was first conceived of, including without

16  limitation all such DOCUMENTS that identify the PERSON who conceived of

17  SCOOTER SAMANTHA.

18  RESPONSE TO REQUEST FOR PRODUCTION NO. 43:

19      MGA incorporates by reference its General Response and General Objections

20  above, as though fully set forth herein and specifically incorporates General

21  Objection No. 15 (regarding Definitions), including without limitation MGA's

22  objection to the definition of the terms SCOOTER SAMANTHA and REFER OR

23  RELATE TO.  MGA further objects to the request to the extent it seeks the

24  production of documents that are protected from disclosure under any applicable

25  privilege, doctrine or immunity, including without limitation the attorney-client

26  privilege, the work product doctrine, the right of privacy, and all other privileges

27  recognized under the constitutional, statutory or decisional law of the United States

28

EXHIBIT 4, PAGE 252

1 | of America, the State of California or any other applicable jurisdiction.  MGA further
2 | objects to this request on the grounds that it is vague and ambiguous in its use of the
3 | phrase "first conceived of."  MGA further objects to this request on the grounds that
4 | it is overly broad and unduly burdensome in that it seeks documents not relevant to
5 | the claims or defenses in this action and not reasonably calculated to lead to the
6 | discovery of admissible evidence.  Mattel has not demonstrated how all
7 | DOCUMENTS that REFER OR RELATE TO when and under what circumstances
8 | SCOOTER SAMANTHA was "first conceived of" could be relevant to the claims
9 | and defenses in this action.  The request is not limited to the subject matter of this
10 | action and is thus impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22
11 | Order at 21:5-7; see also Magistrate Judge Infante's April 19, 2007 Order ("April 19
12 | Order") at 5:26-7:5 (discovery request overbroad where complaint does not even
13 | reference the product).  MGA further objects to this request as being overly broad
14 | and unduly burdensome on the grounds that it is not limited in time.  MGA further
15 | objects to this request on the grounds that the terms SCOOTER SAMANTHA and
16 | REFER OR RELATE TO renders the request vague, ambiguous, overly broad and
17 | unduly burdensome.  MGA further objects to the request to the extent that it seeks
18 | documents that by reason of public filing, public distribution or otherwise are already
19 | in Mattel's possession or are readily accessible to Mattel.  MGA further objects to
20 | the request to the extent that it seeks documents not in MGA's possession, custody or
21 | control.  MGA further objects to the request to the extent it seeks confidential,
22 | proprietary or commercially sensitive information, the disclosure of which would be
23 | inimical to the business interests of MGA.
24 |       MGA further objects to this request as cumulative, duplicative, and unduly
25 | burdensome to the extent that it seeks documents previously requested by Mattel or
26 | produced by MGA in response to Mattel's document requests, including, but not
27 | limited to:  Request Nos. 5 and 39 from Mattel, Inc.'s First Set of Requests for
28 |

EXHIBIT 4, PAGE 253

81

1  Documents and Things re Claims of Unfair Competition to MGA Entertainment, Inc.,

2  and Request No. 229 from Mattel's First Set of Requests for Documents and Things

3  to Isaac Larian.

4  REQUEST FOR PRODUCTION NO. 44:

5       All DOCUMENTS that REFER OR RELATE TO the conception, creation,

6  design, development, sculpting, tooling, production and manufacture of SCOOTER

7  SAMANTHA.

8  RESPONSE TO REQUEST FOR PRODUCTION NO. 44:

9       MGA incorporates by reference its General Response and General Objections

10  above, as though fully set forth herein and specifically incorporates General

11  Objection No. 15 (regarding Definitions), including without limitation MGA's

12  objection to the definition of the terms SCOOTER SAMANTHA and REFER OR

13  RELATE TO.  MGA further objects to the request to the extent it seeks the

14  production of documents that are protected from disclosure under any applicable

15  privilege, doctrine or immunity, including without limitation the attorney-client

16  privilege, the work product doctrine, the right of privacy, and all other privileges

17  recognized under the constitutional, statutory or decisional law of the United States

18  of America, the State of California or any other applicable jurisdiction.  MGA further

19  objects to the phrase "conception, creation, design, development, sculpting, tooling,

20  production and manufacture" as vague and ambiguous.  MGA further objects to this

21  request on the grounds that it is overly broad and unduly burdensome in that it seeks

22  documents not relevant to the claims or defenses in this action and not reasonably

23  calculated to lead to the discovery of admissible evidence.  Mattel has not

24  demonstrated how all DOCUMENTS that REFER OR RELATE TO "the conception,

25  creation, design, development, sculpting, tooling, production and manufacture of

26  SCOOTER SAMANTHA" could be relevant to the claims and defenses in this

27  action.  The request is not limited to the subject matter of this action and is thus

28

EXHIBIT 4 , PAGE 254

MGA'S SUPPLEMENTAL RESPONSES
TO MATTEL'S THIRD SET OF REQUESTS FOR PRODUCTION

1   impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7;

2   see also April 19 Order at 5:26-7:5 (discovery request overbroad where complaint

3   does not even reference the product).  MGA further objects to this request as being

4   overly broad and unduly burdensome on the grounds that it is not limited in time.

5   MGA further objects to this request on the grounds that the terms SCOOTER

6   SAMANTHA and REFER OR RELATE TO renders the request vague, ambiguous,

7   overly broad and unduly burdensome.  MGA further objects to the request to the

8   extent that it seeks documents that by reason of public filing, public distribution or

9   otherwise are already in Mattel's possession or are readily accessible to Mattel.

10  MGA further objects to the request to the extent that it seeks documents not in

11  MGA's possession, custody or control.  MGA further objects to the request to the

12  extent it seeks confidential, proprietary or commercially sensitive information, the

13  disclosure of which would be inimical to the business interests of MGA.

14          MGA further objects to this request as cumulative, duplicative, and unduly

15  burdensome to the extent that it seeks documents previously requested by Mattel or

16  produced by MGA in response to Mattel's document requests, including, but not

17  limited to:  Request Nos. 5 and 39 from Mattel, Inc.'s First Set of Requests for

18  Documents and Things re Claims of Unfair Competition to MGA Entertainment, Inc.,

19  and Request No. 229 from Mattel's First Set of Requests for Documents and Things

20  to Isaac Larian.

21  <u>REQUEST FOR PRODUCTION NO. 45:</u>

22          A sample of each doll or other product that, whether in whole or in part, has

23  been sold as or under the name SCOOTER SAMANTHA or as part of the

24  SCOOTER SAMANTHA line.

25  <u>RESPONSE TO REQUEST FOR PRODUCTION NO. 45:</u>

26          MGA incorporates by reference its General Response and General Objections

27  above, as though fully set forth herein and specifically incorporates General

28

EXHIBIT 4 , PAGE 255

1    Objection No. 15 (regarding Definitions), including without limitation MGA's

2    objection to the definition of the term SCOOTER SAMANTHA. MGA further

3    objects to the request to the extent it seeks the production of tangible items that are

4    protected from disclosure under any applicable privilege, doctrine or immunity,

5    including without limitation the attorney-client privilege, the work product doctrine,

6    the right of privacy, and all other privileges recognized under the constitutional,

7    statutory or decisional law of the United States of America, the State of California or

8    any other applicable jurisdiction. MGA further objects to this request on the grounds

9    that it is overly broad and unduly burdensome in that it seeks tangible items not

10   relevant to the claims or defenses in this action and not reasonably calculated to lead

11   to the discovery of admissible evidence. Mattel has not demonstrated how samples

12   of each doll or other product that has been sold under the name SCOOTER

13   SAMANTHA or as part of the SCOOTER SAMANTHA line could be relevant to

14   the claims and defenses in this action. The request is not limited to the subject

15   matter of this action and is thus impermissibly overbroad. See Aug. 13 Order at

16   9:17-20; May 22 Order at 21:5-7; see also April 19 Order at 5:26-7:5 (discovery

17   request overbroad where complaint does not even reference the product). MGA

18   further objects to this request as being overly broad and unduly burdensome on the

19   grounds that it is not limited in time or geographic scope. MGA further objects to

20   this request on the grounds that the terms SCOOTER SAMANTHA and REFER OR

21   RELATE TO renders the request vague, ambiguous, overly broad and unduly

22   burdensome. MGA further objects to the request to the extent that it seeks

23   documents that by reason of public filing, public distribution or otherwise are already

24   in Mattel's possession or are readily accessible to Mattel. MGA further objects to

25   the request to the extent that it seeks documents not in MGA's possession, custody or

26   control. MGA further objects to the request to the extent it seeks confidential,

27

28                                                    EXHIBIT 4 , PAGE 256

MGA'S SUPPLEMENTAL RESPONSES
TO MATTEL'S THIRD SET OF REQUESTS FOR PRODUCTION

1  proprietary or commercially sensitive information, the disclosure of which would be

2  inimical to the business interests of MGA.

3      MGA further objects to this request as cumulative, duplicative, and unduly

4  burdensome to the extent that it seeks documents previously requested by Mattel or

5  produced by MGA in response to Mattel's document requests, including, but not

6  limited to:  Request Nos. 184, 185, 215, and 217 from Mattel's First Set of Requests

7  for Documents and Things to Isaac Larian.

8  REQUEST FOR PRODUCTION NO. 46:

9      All prototypes, models, samples and tangible items that REFER OR RELATE

10 TO SCOOTER SAMANTHA.

11 RESPONSE TO REQUEST FOR PRODUCTION NO. 46:

12     MGA incorporates by reference its General Response and General Objections

13 above, as though fully set forth herein and specifically incorporates General

14 Objection No. 15 (regarding Definitions), including without limitation MGA's

15 objection to the definition of the terms REFER OR RELATE TO SCOOTER

16 SAMANTHA.  MGA further objects to the request to the extent it seeks the

17 production of tangible items that are protected from disclosure under any applicable

18 privilege, doctrine or immunity, including without limitation the attorney-client

19 privilege, the work product doctrine, the right of privacy, and all other privileges

20 recognized under the constitutional, statutory or decisional law of the United States

21 of America, the State of California or any other applicable jurisdiction.  MGA further

22 objects to this request on the grounds that it is overly broad and unduly burdensome

23 in that it seeks tangible items not relevant to the claims or defenses in this action and

24 not reasonably calculated to lead to the discovery of admissible evidence.  Mattel has

25 not demonstrated how all prototypes, models, samples and tangible items that

26 REFER OR RELATE TO SCOOTER SAMANTHA  line could be relevant to the

27 claims and defenses in this action.  The request is not limited to the subject matter of

28

EXHIBIT 4 , PAGE 237

85

1  this action and is thus impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May

2  22 Order at 21:5-7; see also April 19 Order at 5:26-7:5 (discovery request overbroad

3  where complaint does not even reference the product).  MGA further objects to this

4  request as being overly broad and unduly burdensome on the grounds that it is not

5  limited in time or geographic scope.  MGA further objects to this request on the

6  grounds that the terms SCOOTER SAMANTHA and REFER OR RELATE TO

7  renders the request vague, ambiguous, overly broad and unduly burdensome.  MGA

8  further objects to the phrase "prototypes, models, samples and tangible items" as

9  vague and ambiguous.  MGA further objects to the request to the extent that it seeks

10  documents not in MGA's possession, custody or control.  MGA further objects to the

11  request to the extent it seeks confidential, proprietary or commercially sensitive

12  information, the disclosure of which would be inimical to the business interests of

13  MGA.

14      MGA further objects to this request as cumulative, duplicative, and unduly

15  burdensome to the extent that it seeks documents previously requested by Mattel or

16  produced by MGA in response to Mattel's document requests, including, but not

17  limited to:  Request Nos. 184, 185, 215, and 217 from Mattel's First Set of Requests

18  for Documents and Things to Isaac Larian.

19  REQUEST FOR PRODUCTION NO. 47:

20      All prototypes, models, samples and tangible items that REFER OR RELATE

21  TO SCOOTER SHANNEN.

22  RESPONSE TO REQUEST FOR PRODUCTION NO. 47:

23      MGA incorporates by reference its General Response and General Objections

24  above, as though fully set forth herein and specifically incorporates General

25  Objection No. 15 (regarding Definitions), including without limitation MGA's

26  objection to the definition of the terms REFER OR RELATE TO SCOOTER

27  SHANNEN.  MGA further objects to the request to the extent it seeks the production

28

EXHIBIT 4, PAGE 258

MGA'S SUPPLEMENTAL RESPONSES
TO MATTEL'S THIRD SET OF REQUESTS FOR PRODUCTION

1  of tangible items that are protected from disclosure under any applicable privilege,

2  doctrine or immunity, including without limitation the attorney-client privilege, the

3  work product doctrine, the right of privacy, and all other privileges recognized under

4  the constitutional, statutory or decisional law of the United States of America, the

5  State of California or any other applicable jurisdiction. MGA further objects to this

6  request on the grounds that it is overly broad and unduly burdensome in that it seeks

7  tangible items not relevant to the claims or defenses in this action and not reasonably

8  calculated to lead to the discovery of admissible evidence. Mattel has not

9  demonstrated how all prototypes, models, samples and tangible items that REFER

10 OR RELATE TO SAMANTHA SHANNEN line could be relevant to the claims and

11 defenses in this action. The request is not limited to the subject matter of this action

12 and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order

13 at 21:5-7; see also April 19 Order at 5:26-7:5 (discovery request overbroad where

14 complaint does not even reference the product). MGA further objects to this request

15 as being overly broad and unduly burdensome on the grounds that it is not limited in

16 time or geographic scope. MGA further objects to this request on the grounds that

17 the terms SCOOTER SHANNEN and REFER OR RELATE TO renders the request

18 vague, ambiguous, overly broad and unduly burdensome. MGA further objects to

19 the phrase "prototypes, models, samples and tangible items" as vague and ambiguous.

20 MGA further objects to the request to the extent that it seeks documents not in

21 MGA's possession, custody or control. MGA further objects to the request to the

22 extent it seeks confidential, proprietary or commercially sensitive information, the

23 disclosure of which would be inimical to the business interests of MGA.

24      MGA further objects to this request as cumulative, duplicative, and unduly

25 burdensome to the extent that it seeks documents previously requested by Mattel or

26 produced by MGA in response to Mattel's document requests, including, but not

27

28

EXHIBIT 4 , PAGE 259

87

1  limited to:  Request Nos. 184-185, 215, and 217 from Mattel's First Set of Requests

2  for Documents and Things to Isaac Larian.

3  REQUEST FOR PRODUCTION NO. 48:

4       All DOCUMENTS that REFER OR RELATE TO SCOOTER SAMANTHA

5  as it was first presented to YOU.

6  RESPONSE TO REQUEST FOR PRODUCTION NO. 48:

7       MGA incorporates by reference its General Response and General Objections

8  above, as though fully set forth herein and specifically incorporates General

9  Objection No. 15 (regarding Definitions), including without limitation MGA's

10 objection to the definition of the terms SCOOTER SAMANTHA and REFER OR

11 RELATE TO.  MGA further objects to the request to the extent it seeks the

12 production of documents that are protected from disclosure under any applicable

13 privilege, doctrine or immunity, including without limitation the attorney-client

14 privilege, the work product doctrine, the right of privacy, and all other privileges

15 recognized under the constitutional, statutory or decisional law of the United States

16 of America, the State of California or any other applicable jurisdiction.  MGA further

17 objects to this request on the grounds that it is overly broad and unduly burdensome

18 in that it seeks documents not relevant to the claims or defenses in this action and not

19 reasonably calculated to lead to the discovery of admissible evidence.  Mattel has not

20 demonstrated how all DOCUMENTS that REFER OR RELATE TO SCOOTER

21 SAMANTHA "as it was first presented to" MGA could be relevant to the claims and

22 defenses in this action.  The request is not limited to the subject matter of this action

23 and is thus impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22 Order

24 at 21:5-7; see also April 19 Order at 5:26-7:5 (discovery request overbroad where

25 complaint does not even reference the product).  MGA further objects to this request

26 as being overly broad and unduly burdensome on the grounds that it is not limited in

27 time.  MGA further objects to this request on the grounds that the terms SCOOTER

28

EXHIBIT 4 , PAGE 260

88

1   SAMANTHA and REFER OR RELATE TO renders the request vague, ambiguous,

2   overly broad and unduly burdensome.  MGA further objects to the phrase "as it was

3   first presented" as vague and ambiguous.  MGA further objects to the request to the

4   extent that it seeks documents that by reason of public filing, public distribution or

5   otherwise are already in Mattel's possession or are readily accessible to Mattel.

6   MGA further objects to the request to the extent that it seeks documents not in

7   MGA's possession, custody or control.  MGA further objects to the request to the

8   extent it seeks confidential, proprietary or commercially sensitive information, the

9   disclosure of which would be inimical to the business interests of MGA.

10      MGA further objects to this request as cumulative, duplicative, and unduly

11   burdensome to the extent that it seeks documents previously requested by Mattel or

12   produced by MGA in response to Mattel's document requests, including, but not

13   limited to:  Request Nos. 5 and 39 from Mattel, Inc.'s First Set of Requests for

14   Documents and Things re Claims of Unfair Competition to MGA Entertainment, Inc.,

15   and Request No. 229 from Mattel's First Set of Requests for Documents and Things

16   to Isaac Larian.

17   REQUEST FOR PRODUCTION NO. 49:

18      All DOCUMENTS that REFER OR RELATE TO SCOOTER SAMANTHA

19   prior to January 1, 2002.

20   RESPONSE TO REQUEST FOR PRODUCTION NO. 49:

21      MGA incorporates by reference its General Response and General Objections

22   above, as though fully set forth herein and specifically incorporates General

23   Objection No. 15 (regarding Definitions), including without limitation MGA's

24   objection to the definition of the terms SCOOTER SAMANTHA and REFER OR

25   RELATE TO.  MGA further objects to the request to the extent it seeks the

26   production of documents that are protected from disclosure under any applicable

27   privilege, doctrine or immunity, including without limitation the attorney-client

28

EXHIBIT 4, PAGE 261

89

1  privilege, the work product doctrine, the right of privacy, and all other privileges

2  recognized under the constitutional, statutory or decisional law of the United States

3  of America, the State of California or any other applicable jurisdiction.  MGA further

4  objects to this request on the grounds that it is overly broad and unduly burdensome

5  in that it seeks documents not relevant to the claims or defenses in this action and not

6  reasonably calculated to lead to the discovery of admissible evidence.  Mattel has not

7  demonstrated how all DOCUMENTS that REFER OR RELATE TO SCOOTER

8  SAMANTHA could be relevant to the claims and defenses in this action.  The

9  request is not limited to the subject matter of this action and is thus impermissibly

10  overbroad.  See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7; see also April 19

11  Order at 5:26-7:5 (discovery request overbroad where complaint does not even

12  reference the product).  MGA further objects to this request on the grounds that the

13  terms SCOOTER SAMANTHA and REFER OR RELATE TO renders the request

14  vague, ambiguous, overly broad and unduly burdensome.  MGA further objects to

15  the request to the extent that it seeks documents that by reason of public filing,

16  public distribution or otherwise are already in Mattel's possession or are readily

17  accessible to Mattel.  MGA further objects to the request to the extent that it seeks

18  documents not in MGA's possession, custody or control.  MGA further objects to the

19  request to the extent it seeks confidential, proprietary or commercially sensitive

20  information, the disclosure of which would be inimical to the business interests of

21  MGA.

22       MGA further objects to this request as cumulative, duplicative, and unduly

23  burdensome to the extent that it seeks documents previously requested by Mattel or

24  produced by MGA in response to Mattel's document requests, including, but not

25  limited to:  Request Nos. 5 and 39 from Mattel, Inc.'s First Set of Requests for

26  Documents and Things re Claims of Unfair Competition to MGA Entertainment, Inc.,

EXHIBIT 4, PAGE 762

MGA'S SUPPLEMENTAL RESPONSES
TO MATTEL'S THIRD SET OF REQUESTS FOR PRODUCTION

1  and Request No. 229 from Mattel's First Set of Requests for Documents and Things

2  to Isaac Larian.

3  REQUEST FOR PRODUCTION NO. 50:

4      All DOCUMENTS that REFER OR RELATE TO SCOOTER SHANNEN

5  and REFER OR RELATE TO the time period prior to January 1, 2002 (regardless of

6  when such DOCUMENT was created, drafted, generated, sent, received or

7  transmitted).

8  RESPONSE TO REQUEST FOR PRODUCTION NO. 50:

9      MGA incorporates by reference its General Response and General Objections

10  above, as though fully set forth herein and specifically incorporates General

11  Objection No. 15 (regarding Definitions), including without limitation MGA's

12  objection to the definition of the terms SCOOTER SAMANTHA and REFER OR

13  RELATE TO.  MGA further objects to the request to the extent it seeks the

14  production of documents that are protected from disclosure under any applicable

15  privilege, doctrine or immunity, including without limitation the attorney-client

16  privilege, the work product doctrine, the right of privacy, and all other privileges

17  recognized under the constitutional, statutory or decisional law of the United States

18  of America, the State of California or any other applicable jurisdiction.  MGA further

19  objects to this request on the grounds that it is overly broad and unduly burdensome

20  in that it seeks documents not relevant to the claims or defenses in this action and not

21  reasonably calculated to lead to the discovery of admissible evidence.  Mattel has not

22  demonstrated how all DOCUMENTS that REFER OR RELATE TO SCOOTER

23  SAMANTHA and REFER OR RELATE to the time period prior to January 1, 2002

24  could be relevant to the claims and defenses in this action.  The request is not limited

25  to the subject matter of this action and is thus impermissibly overbroad.  See Aug. 13

26  Order at 9:17-20; May 22 Order at 21:5-7; see also April 19 Order at 5:26-7:5

27  (discovery request overbroad where complaint does not even reference the product).

28

EXHIBIT 4, PAGE 263

91

MGA'S SUPPLEMENTAL RESPONSES
TO MATTEL'S THIRD SET OF REQUESTS FOR PRODUCTION

1 | MGA further objects to this request on the grounds that the terms SCOOTER

2 | SAMANTHA and REFER OR RELATE TO renders the request vague, ambiguous,

3 | overly broad and unduly burdensome.  MGA further objects to the request to the

4 | extent that it seeks documents that by reason of public filing, public distribution or

5 | otherwise are already in Mattel's possession or are readily accessible to Mattel.

6 | MGA further objects to the request to the extent that it seeks documents not in

7 | MGA's possession, custody or control.  MGA further objects to the request to the

8 | extent it seeks confidential, proprietary or commercially sensitive information, the

9 | disclosure of which would be inimical to the business interests of MGA.

10 | MGA further objects to this request as cumulative, duplicative, and unduly

11 | burdensome to the extent that it seeks documents responsive to Request No. 49, and

12 | previously requested by Mattel or produced by MGA in response to Mattel's

13 | document requests, including, but not limited to:  Request Nos. 5 and 39 from Mattel,

14 | Inc.'s First Set of Requests for Documents and Things re Claims of Unfair

15 | Competition to MGA Entertainment, Inc., and Request No. 229 from Mattel's First

16 | Set of Requests for Documents and Things to Isaac Larian.

17 | REQUEST FOR PRODUCTION NO. 51:

18 | All DOCUMENTS that REFER OR RELATE TO Paula Garcia's work in

19 | connection with or role in SCOOTER SAMANTHA.

20 | RESPONSE TO REQUEST FOR PRODUCTION NO. 51:

21 | MGA incorporates by reference its General Response and General Objections

22 | above, as though fully set forth herein and specifically incorporates General

23 | Objection No. 15 (regarding Definitions), including without limitation MGA's

24 | objection to the definition of the terms SCOOTER SAMANTHA and REFER OR

25 | RELATE TO.  MGA further objects to the request to the extent it seeks the

26 | production of documents that are protected from disclosure under any applicable

27 | privilege, doctrine or immunity, including without limitation the attorney-client

28 |

92

EXHIBIT 4, PAGE 24

1  privilege, the work product doctrine, the right of privacy, and all other privileges

2  recognized under the constitutional, statutory or decisional law of the United States

3  of America, the State of California or any other applicable jurisdiction.  MGA further

4  objects to this request on the grounds that it is overly broad and unduly burdensome

5  in that it seeks documents not relevant to the claims or defenses in this action and not

6  reasonably calculated to lead to the discovery of admissible evidence.  Mattel has not

7  demonstrated how all DOCUMENTS that REFER OR RELATE TO Paula Garcia's

8  work in connection with or role in SCOOTER SAMANTHA could be relevant to the

9  claims and defenses in this action.  The request is not limited to the subject matter of

10  this action and is thus impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May

11  22 Order at 21:5-7; see also April 19 Order at 5:26-7:5 (discovery request overbroad

12  where complaint does not even reference the product).  MGA further objects to this

13  request as being overly broad and unduly burdensome on the grounds that it is not

14  limited in time.  MGA further objects to this request on the grounds that the terms

15  SCOOTER SAMANTHA and REFER OR RELATE TO renders the request vague,

16  ambiguous, overly broad and unduly burdensome.  MGA further objects to the

17  phrase "work in connection with or role in" as vague and ambiguous.  MGA further

18  objects to the request to the extent that it seeks documents not in MGA's possession,

19  custody or control.  MGA further objects to the request to the extent it seeks

20  confidential, proprietary or commercially sensitive information, the disclosure of

21  which would be inimical to the business interests of MGA.

22       MGA further objects to this request as cumulative, duplicative, and unduly

23  burdensome to the extent that it seeks documents previously requested by Mattel or

24  produced by MGA in response to Mattel's document requests, including, but not

25  limited to:  Request No. 168 from Mattel's First Set of Requests for Documents and

26  Things to Isaac Larian.

27

28

EXHIBIT 4 , PAGE 265

MGA'S SUPPLEMENTAL RESPONSES
TO MATTEL'S THIRD SET OF REQUESTS FOR PRODUCTION

1   REQUEST FOR PRODUCTION NO. 52:

2       All DOCUMENTS that REFER OR RELATE TO Isaac Larian's work in

3   connection with or role in SCOOTER SAMANTHA.

4   RESPONSE TO REQUEST FOR PRODUCTION NO. 52:

5       MGA incorporates by reference its General Response and General Objections

6   above, as though fully set forth herein and specifically incorporates General

7   Objection No. 15 (regarding Definitions), including without limitation MGA's

8   objection to the definition of the terms SCOOTER SAMANTHA and REFER OR

9   RELATE TO. MGA further objects to the request to the extent it seeks the

10   production of documents that are protected from disclosure under any applicable

11   privilege, doctrine or immunity, including without limitation the attorney-client

12   privilege, the work product doctrine, the right of privacy, and all other privileges

13   recognized under the constitutional, statutory or decisional law of the United States

14   of America, the State of California or any other applicable jurisdiction. MGA further

15   objects to this request on the grounds that it is overly broad and unduly burdensome

16   in that it seeks documents not relevant to the claims or defenses in this action and not

17   reasonably calculated to lead to the discovery of admissible evidence. Mattel has not

18   demonstrated how all DOCUMENTS that REFER OR RELATE TO Isaac Larian's

19   work in connection with or role in SCOOTER SAMANTHA could be relevant to the

20   claims and defenses in this action. The request is not limited to the subject matter of

21   this action and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May

22   22 Order at 21:5-7; see also April 19 Order at 5:26-7:5 (discovery request overbroad

23   where complaint does not even reference the product). MGA further objects to this

24   request as being overly broad and unduly burdensome on the grounds that it is not

25   limited in time. MGA further objects to this request on the grounds that the terms

26   SCOOTER SAMANTHA and REFER OR RELATE TO renders the request vague,

27   ambiguous, overly broad and unduly burdensome. MGA further objects to the

28

94

EXHIBIT 4 , PAGE 266

1 phrase "work in connection with or role in" as vague and ambiguous. MGA further

2 objects to the request to the extent that it seeks documents not in MGA's possession,

3 custody or control. MGA further objects to the request to the extent it seeks

4 confidential, proprietary or commercially sensitive information, the disclosure of

5 which would be inimical to the business interests of MGA. MGA further objects to

6 this request as cumulative, duplicative, and unduly burdensome to the extent that it

7 seeks documents previously requested by Mattel or produced by MGA in response to

8 Mattel's document requests.

9 REQUEST FOR PRODUCTION NO. 53:

10      DOCUMENTS sufficient to show the first manufacture date of each and every

11 SCOOTER SAMANTHA product.

12 RESPONSE TO REQUEST FOR PRODUCTION NO. 53:

13      MGA incorporates by reference its General Response and General Objections

14 above, as though fully set forth herein and specifically incorporates General

15 Objection No. 15 (regarding Definitions), including without limitation MGA's

16 objection to the definition of the term SCOOTER SAMANTHA. MGA further

17 objects to the request to the extent it seeks the production of documents that are

18 protected from disclosure under any applicable privilege, doctrine or immunity,

19 including without limitation the attorney-client privilege, the work product doctrine,

20 the right of privacy, and all other privileges recognized under the constitutional,

21 statutory or decisional law of the United States of America, the State of California or

22 any other applicable jurisdiction. MGA further objects to the phrase "sufficient to

23 show" as vague and ambiguous. MGA further objects to this request on the grounds

24 that it is overly broad and unduly burdensome in that it seeks documents not relevant

25 to the claims or defenses in this action and not reasonably calculated to lead to the

26 discovery of admissible evidence. Mattel has not demonstrated how DOCUMENTS

27 "sufficient to show" the first manufacture date of each and every SCOOTER

28

EXHIBIT 4 , PAGE 267

95

MGA'S SUPPLEMENTAL RESPONSES
TO MATTEL'S THIRD SET OF REQUESTS FOR PRODUCTION

1   SAMANTHA product could be relevant to the claims and defenses in this action.

2   The request is not limited to the subject matter of this action and is thus

3   impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7; see

4   also April 19 Order at 5:26-7:5 (discovery request overbroad where complaint does

5   not even reference the product). MGA further objects to this request on the grounds

6   that the term SCOOTER SAMANTHA renders the request vague, ambiguous, overly

7   broad and unduly burdensome. MGA further objects to this request as being overly

8   broad and unduly burdensome on the grounds that it is not limited in geographic

9   scope. MGA further objects to the request to the extent that it seeks documents that

10  by reason of public filing, public distribution or otherwise are already in Mattel's

11  possession or are readily accessible to Mattel. MGA further objects to the request to

12  the extent that it seeks documents not in MGA's possession, custody or control.

13  MGA further objects to the request to the extent it seeks confidential, proprietary or

14  commercially sensitive information, the disclosure of which would be inimical to the

15  business interests of MGA.

16      MGA further objects to this request as cumulative, duplicative, and unduly

17  burdensome to the extent that it seeks documents previously requested by Mattel or

18  produced by MGA in response to Mattel's document requests, including, but not

19  limited to: Request Nos. 5 and 39 from Mattel, Inc.'s First Set of Requests for

20  Documents and Things re Claims of Unfair Competition to MGA Entertainment, Inc.,

21  and Request No. 229 from Mattel's First Set of Requests for Documents and Things

22  to Isaac Larian.

23  REQUEST FOR PRODUCTION NO. 54:

24      DOCUMENTS sufficient to show the first ship date of each and every

25  SCOOTER SAMANTHA product.

26

27                                          EXHIBIT 4, PAGE 268

28

96

1  RESPONSE TO REQUEST FOR PRODUCTION NO. 54:

2      MGA incorporates by reference its General Response and General Objections

3  above, as though fully set forth herein and specifically incorporates General

4  Objection No. 15 (regarding Definitions), including without limitation MGA's

5  objection to the definition of the term SCOOTER SAMANTHA.  MGA further

6  objects to the request to the extent it seeks the production of documents that are

7  protected from disclosure under any applicable privilege, doctrine or immunity,

8  including without limitation the attorney-client privilege, the work product doctrine,

9  the right of privacy, and all other privileges recognized under the constitutional,

10 statutory or decisional law of the United States of America, the State of California or

11 any other applicable jurisdiction.  MGA further objects to the phrase "sufficient to

12 show" as vague and ambiguous.  MGA further objects to this request on the grounds

13 that it is overly broad and unduly burdensome in that it seeks documents not relevant

14 to the claims or defenses in this action and not reasonably calculated to lead to the

15 discovery of admissible evidence.  Mattel has not demonstrated how DOCUMENTS

16 "sufficient to show" the first ship date of each and every SCOOTER SAMANTHA

17 product could be relevant to the claims and defenses in this action.  The request is

18 not limited to the subject matter of this action and is thus impermissibly overbroad.

19 See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7; see also April 19 Order at

20 5:26-7:5 (discovery request overbroad where complaint does not even reference the

21 product).  MGA further objects to this request as being overly broad and unduly

22 burdensome on the grounds that it is not limited in geographic scope.  MGA further

23 objects to this request on the grounds that the term SCOOTER SAMANTHA renders

24 the request vague, ambiguous, overly broad and unduly burdensome.  MGA further

25 objects to the request to the extent that it seeks documents that by reason of public

26 filing, public distribution or otherwise are already in Mattel's possession or are

27 readily accessible to Mattel.  MGA further objects to the request to the extent that it

28

EXHIBIT 4, PAGE 269

97

1 | seeks documents not in MGA's possession, custody or control. MGA further objects

2 | to the request to the extent it seeks confidential, proprietary or commercially

3 | sensitive information, the disclosure of which would be inimical to the business

4 | interests of MGA. Such information may also be subject to protective orders

5 | governing other litigations thereby precluding disclosure in response to this request.

6 | MGA further objects to the request to the extent it violates the privacy rights of third

7 | parties to their private, confidential, proprietary or trade secret information.

8 |          MGA further objects to this request as cumulative, duplicative, and unduly

9 | burdensome to the extent that it seeks documents previously requested by Mattel or

10 | produced by MGA in response to Mattel's document requests, including, but not

11 | limited to: Request Nos. 5 and 39 from Mattel, Inc.'s First Set of Requests for

12 | Documents and Things re Claims of Unfair Competition to MGA Entertainment, Inc.,

13 | and Request No. 229 from Mattel's First Set of Requests for Documents and Things

14 | to Isaac Larian.

15 | REQUEST FOR PRODUCTION NO. 55:

16 |          DOCUMENTS sufficient to show YOUR revenues from SCOOTER

17 | SAMANTHA.

18 | RESPONSE TO REQUEST FOR PRODUCTION NO. 55:

19 |          MGA incorporates by reference its General Response and General Objections

20 | above, as though fully set forth herein and specifically incorporates General

21 | Objection No. 15 (regarding Definitions), including without limitation MGA's

22 | objection to the definition of the term SCOOTER SAMANTHA. MGA further

23 | objects to the request to the extent it seeks the production of documents that are

24 | protected from disclosure under any applicable privilege, doctrine or immunity,

25 | including without limitation the attorney-client privilege, the work product doctrine,

26 | the right of privacy, and all other privileges recognized under the constitutional,

27 | statutory or decisional law of the United States of America, the State of California or

28 |

EXHIBIT 4, PAGE 270

MGA'S SUPPLEMENTAL RESPONSES
TO MATTEL'S THIRD SET OF REQUESTS FOR PRODUCTION