1    any other applicable jurisdiction. MGA further objects to the phrase "sufficient to

2    show" as vague and ambiguous. MGA further objects to this request on the grounds

3    that it is overly broad and unduly burdensome in that it seeks documents not relevant

4    to the claims or defenses in this action and not reasonably calculated to lead to the

5    discovery of admissible evidence. Mattel has not demonstrated how DOCUMENTS

6    "sufficient to show" MGA's revenues from SCOOTER SAMANTHA could be

7    relevant to the claims and defenses in this action. The request is not limited to the

8    subject matter of this action and is thus impermissibly overbroad. See Aug. 13 Order

9    at 9:17-20; May 22 Order at 21:5-7; see also April 19 Order at 5:26-7:5 (discovery

10    request overbroad where complaint does not even reference the product). MGA

11    further objects to this request as being overly broad and unduly burdensome on the

12    grounds that it is not limited in time or geographic scope. MGA further objects to

13    this request on the grounds that the term SCOOTER SAMANTHA renders the

14    request vague, ambiguous, overly broad and unduly burdensome. MGA further

15    objects to the request to the extent it seeks confidential, proprietary or commercially

16    sensitive information, the disclosure of which would be inimical to the business

17    interests of MGA.

18       MGA further objects to this request as cumulative, duplicative, and unduly

19    burdensome to the extent that it seeks documents previously requested by Mattel or

20    produced by MGA in response to Mattel's document requests, including, but not

21    limited to: Request Nos. 5 and 39 from Mattel, Inc.'s First Set of Requests for

22    Documents and Things re Claims of Unfair Competition to MGA Entertainment, Inc.,

23    and Request No. 229 from Mattel's First Set of Requests for Documents and Things

24    to Isaac Larian.

25    REQUEST FOR PRODUCTION NO. 56:

26       All DOCUMENTS that REFER OR RELATE TO when and under what

27    circumstances SPACE BABES was first conceived of, including without limitation

28

**EXHIBIT 4, PAGE 221**

MGA'S SUPPLEMENTAL RESPONSES
TO MATTEL'S THIRD SET OF REQUESTS FOR PRODUCTION

1  all such DOCUMENTS that identify the PERSON who conceived of SPACE

2  BABES.

3  RESPONSE TO REQUEST FOR PRODUCTION NO. 56:

4       MGA incorporates by reference its General Response and General Objections

5  above, as though fully set forth herein and specifically incorporates General

6  Objection No. 15 (regarding Definitions), including without limitation MGA's

7  objection to the definition of the terms SPACE BABES and REFER OR RELATE

8  TO.  MGA further objects to the request to the extent it seeks the production of

9  documents that are protected from disclosure under any applicable privilege, doctrine

10  or immunity, including without limitation the attorney-client privilege, the work

11  product doctrine, the right of privacy, and all other privileges recognized under the

12  constitutional, statutory or decisional law of the United States of America, the State

13  of California or any other applicable jurisdiction.  MGA further objects to the phrase

14  "first conceived of" as vague and ambiguous. MGA further objects to this request on

15  the grounds that it is overly broad and unduly burdensome in that it seeks documents

16  not relevant to the claims or defenses in this action and not reasonably calculated to

17  lead to the discovery of admissible evidence.  Mattel has not demonstrated how all

18  DOCUMENTS that REFER OR RELATE TO when and under what circumstances

19  SPACE BABES was first conceived of could be relevant to the claims and defenses

20  in this action.  The request is not limited to the subject matter of this action and is

21  thus impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-

22  7; see also April 19 Order at 5:26-7:5 (discovery request overbroad where complaint

23  does not even reference the product).  MGA further objects to this request as being

24  overly broad and unduly burdensome on the grounds that it is not limited in time.

25  MGA further objects to this request on the grounds that the terms SPACE BABES

26  and REFER OR RELATE TO renders the request vague, ambiguous, overly broad

27  and unduly burdensome.  MGA further objects to the request to the extent that it

28

EXHIBIT 4 , PAGE 272

MGA'S SUPPLEMENTAL RESPONSES
TO MATTEL'S THIRD SET OF REQUESTS FOR PRODUCTION

1 seeks documents that by reason of public filing, public distribution or otherwise are

2 already in Mattel's possession or are readily accessible to Mattel.  MGA further

3 objects to the request to the extent that it seeks documents not in MGA's possession,

4 custody or control.  MGA further objects to the request to the extent it seeks

5 confidential, proprietary or commercially sensitive information, the disclosure of

6 which would be inimical to the business interests of MGA.

7      MGA further objects to this request as cumulative, duplicative, and unduly

8 burdensome to the extent that it seeks documents previously requested by Mattel or

9 produced by MGA in response to Mattel's document requests, including, but not

10 limited to: Request Nos. 5 and 39 from Mattel, Inc.'s First Set of Requests for

11 Documents and Things re Claims of Unfair Competition to MGA Entertainment, Inc.,

12 and Request No. 229 from Mattel's First Set of Requests for Documents and Things

13 to Isaac Larian.

14 REQUEST FOR PRODUCTION NO. 57:

15      All DOCUMENTS that REFER OR RELATE TO the conception, creation,

16 design, development, sculpting, tooling, production and manufacture of SPACE

17 BABES.

18 RESPONSE TO REQUEST FOR PRODUCTION NO. 57:

19      MGA incorporates by reference its General Response and General Objections

20 above, as though fully set forth herein and specifically incorporates General

21 Objection No. 15 (regarding Definitions), including without limitation MGA's

22 objection to the definition of the terms SPACE BABES and REFER OR RELATE

23 TO.  MGA further objects to the request to the extent it seeks the production of

24 documents that are protected from disclosure under any applicable privilege, doctrine

25 or immunity, including without limitation the attorney-client privilege, the work

26 product doctrine, the right of privacy, and all other privileges recognized under the

27 constitutional, statutory or decisional law of the United States of America, the State

28

EXHIBIT 4 , PAGE 273

101

1   of California or any other applicable jurisdiction.  MGA further objects to this

2   request on the grounds that it is overly broad and unduly burdensome in that it seeks

3   documents not relevant to the claims or defenses in this action and not reasonably

4   calculated to lead to the discovery of admissible evidence.  Mattel has not

5   demonstrated how all DOCUMENTS that REFER OR RELATE TO "the conception,

6   creation, design, development, sculpting, tooling, production and manufacture of

7   SPACE BABES" could be relevant to the claims and defenses in this action.  The

8   request is not limited to the subject matter of this action and is thus impermissibly

9   overbroad.  See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7; see also April 19

10  Order at 5:26-7:5 (discovery request overbroad where complaint does not even

11  reference the product).  MGA further objects to this request as being overly broad

12  and unduly burdensome on the grounds that it is not limited in time.  MGA further

13  objects to this request on the grounds that the terms SPACE BABES and REFER OR

14  RELATE TO renders the request vague, ambiguous, overly broad and unduly

15  burdensome.  MGA further objects to the phrase "conception, creation, design,

16  development, sculpting, tooling, production and manufacture" as vague and

17  ambiguous.  MGA further objects to the request to the extent that it seeks documents

18  that by reason of public filing, public distribution or otherwise are already in

19  Mattel's possession or are readily accessible to Mattel.  MGA further objects to the

20  request to the extent that it seeks documents not in MGA's possession, custody or

21  control.  MGA further objects to the request to the extent it seeks confidential,

22  proprietary or commercially sensitive information, the disclosure of which would be

23  inimical to the business interests of MGA.

24      MGA further objects to this request as cumulative, duplicative, and unduly

25  burdensome to the extent that it seeks documents previously requested by Mattel or

26  produced by MGA in response to Mattel's document requests, including, but not

27  limited to:  Request Nos. 5 and 39 from Mattel, Inc.'s First Set of Requests for

28

EXHIBIT 4 , PAGE 274

MGA'S SUPPLEMENTAL RESPONSES
TO MATTEL'S THIRD SET OF REQUESTS FOR PRODUCTION

1  Documents and Things re Claims of Unfair Competition to MGA Entertainment, Inc.,

2  and Request No. 229 from Mattel's First Set of Requests for Documents and Things

3  to Isaac Larian.

4  REQUEST FOR PRODUCTION NO. 58:

5       A sample of each doll or other product that, whether in whole or in part, has

6  been sold as or under the name SPACE BABES or as part of the SPACE BABES

7  line.

8  RESPONSE TO REQUEST FOR PRODUCTION NO. 58:

9       MGA incorporates by reference its General Response and General Objections

10  above, as though fully set forth herein and specifically incorporates General

11  Objection No. 15 (regarding Definitions), including without limitation MGA's

12  objection to the definition of the term SPACE BABES. MGA further objects to the

13  request to the extent it seeks the production of tangible items that are protected from

14  disclosure under any applicable privilege, doctrine or immunity, including without

15  limitation the attorney-client privilege, the work product doctrine, the right of

16  privacy, and all other privileges recognized under the constitutional, statutory or

17  decisional law of the United States of America, the State of California or any other

18  applicable jurisdiction. MGA further objects to this request on the grounds that it is

19  overly broad and unduly burdensome in that it seeks tangible items not relevant to

20  the claims or defenses in this action and not reasonably calculated to lead to the

21  discovery of admissible evidence. Mattel has not demonstrated how samples of each

22  doll or other product that has been sold under the name SPACE BABES or as part of

23  the SPACE BABES line could be relevant to the claims and defenses in this action.

24  The request is not limited to the subject matter of this action and is thus

25  impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7;

26  see also April 19 Order at 5:26-7:5 (discovery request overbroad where complaint

27  does not even reference the product). MGA further objects to this request as being

28

EXHIBIT __4__, PAGE 275

103

1  overly broad and unduly burdensome on the grounds that it is not limited in time or

2  geographic scope.  MGA further objects to this request on the grounds that the terms

3  SPACE BABES and REFER OR RELATE TO renders the request vague,

4  ambiguous, overly broad and unduly burdensome.  MGA further objects to the

5  request to the extent that it seeks documents that by reason of public filing, public

6  distribution or otherwise are already in Mattel's possession or are readily accessible

7  to Mattel.  MGA further objects to the request to the extent that it seeks documents

8  not in MGA's possession, custody or control.  MGA further objects to the request to

9  the extent it seeks confidential, proprietary or commercially sensitive information,

10  the disclosure of which would be inimical to the business interests of MGA.

11  MGA further objects to this request as cumulative, duplicative, and unduly

12  burdensome to the extent that it seeks documents previously requested by Mattel or

13  produced by MGA in response to Mattel's document requests, including, but not

14  limited to:  Request Nos. 184, 185, 215, and 217 from Mattel's First Set of Requests

15  for Documents and Things to Isaac Larian.

16  REQUEST FOR PRODUCTION NO. 59:

17  All prototypes, models, samples and tangible items that REFER OR RELATE

18  TO SPACE BABES.

19  RESPONSE TO REQUEST FOR PRODUCTION NO. 59:

20  MGA incorporates by reference its General Response and General Objections

21  above, as though fully set forth herein and specifically incorporates General

22  Objection No. 15 (regarding Definitions), including without limitation MGA's

23  objection to the definition of the terms REFER OR RELATE TO SPACE BABES.

24  MGA further objects to the request to the extent it seeks the production of tangible

25  items that are protected from disclosure under any applicable privilege, doctrine or

26  immunity, including without limitation the attorney-client privilege, the work

27  product doctrine, the right of privacy, and all other privileges recognized under the

28

EXHIBIT  4 , PAGE 276

MGA'S SUPPLEMENTAL RESPONSES
TO MATTEL'S THIRD SET OF REQUESTS FOR PRODUCTION

1  constitutional, statutory or decisional law of the United States of America, the State

2  of California or any other applicable jurisdiction.  MGA further objects to this

3  request on the grounds that it is overly broad and unduly burdensome in that it seeks

4  tangible items not relevant to the claims or defenses in this action and not reasonably

5  calculated to lead to the discovery of admissible evidence.  Mattel has not

6  demonstrated how all prototypes, models, samples and tangible items that REFER

7  OR RELATE TO SPACE BABES  line could be relevant to the claims and defenses

8  in this action.  The request is not limited to the subject matter of this action and is

9  thus impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-

10  7; see also April 19 Order at 5:26-7:5 (discovery request overbroad where complaint

11  does not even reference the product).  MGA further objects to this request as being

12  overly broad and unduly burdensome on the grounds that it is not limited in time or

13  geographic scope.  MGA further objects to this request on the grounds that the terms

14  SPACE BABES and REFER OR RELATE TO renders the request vague,

15  ambiguous, overly broad and unduly burdensome.  MGA further objects to the

16  phrase "prototypes, models, samples and tangible items" as vague and ambiguous.

17  MGA further objects to the request to the extent that it seeks documents not in

18  MGA's possession, custody or control.  MGA further objects to the request to the

19  extent it seeks confidential, proprietary or commercially sensitive information, the

20  disclosure of which would be inimical to the business interests of MGA.

21       MGA further objects to this request as cumulative, duplicative, and unduly

22  burdensome to the extent that it seeks documents previously requested by Mattel or

23  produced by MGA in response to Mattel's document requests, including, but not

24  limited to:  Request Nos. 184, 185, 215, and 217 from Mattel's First Set of Requests

25  for Documents and Things to Isaac Larian.

26

27                                              EXHIBIT  4 , PAGE 277

28

MGA'S SUPPLEMENTAL RESPONSES
TO MATTEL'S THIRD SET OF REQUESTS FOR PRODUCTION

1  REQUEST FOR PRODUCTION NO. 60:

2       All DOCUMENTS that REFER OR RELATE TO SPACE BABES as it was

3  first presented to YOU.

4  RESPONSE TO REQUEST FOR PRODUCTION NO. 60:

5       MGA incorporates by reference its General Response and General Objections

6  above, as though fully set forth herein and specifically incorporates General

7  Objection No. 15 (regarding Definitions), including without limitation MGA's

8  objection to the definition of the terms SPACE BABES and REFER OR RELATE

9  TO. MGA further objects to the request to the extent it seeks the production of

10  documents that are protected from disclosure under any applicable privilege, doctrine

11  or immunity, including without limitation the attorney-client privilege, the work

12  product doctrine, the right of privacy, and all other privileges recognized under the

13  constitutional, statutory or decisional law of the United States of America, the State

14  of California or any other applicable jurisdiction. MGA further objects to this

15  request on the grounds that it is overly broad and unduly burdensome in that it seeks

16  documents not relevant to the claims or defenses in this action and not reasonably

17  calculated to lead to the discovery of admissible evidence. Mattel has not

18  demonstrated how all DOCUMENTS that REFER OR RELATE TO SPACE

19  BABES "as it was first presented to" MGA could be relevant to the claims and

20  defenses in this action. The request is not limited to the subject matter of this action

21  and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order

22  at 21:5-7; see also April 19 Order at 5:26-7:5 (discovery request overbroad where

23  complaint does not even reference the product). MGA further objects to this request

24  on the grounds that the terms SPACE BABES and REFER OR RELATE TO renders

25  the request vague, ambiguous, overly broad and unduly burdensome. MGA further

26  objects to the phrase "as it was first presented" as vague and ambiguous. MGA

27  further objects to the request to the extent that it seeks documents not in MGA's

28

EXHIBIT 4, PAGE278

MGA'S SUPPLEMENTAL RESPONSES
TO MATTEL'S THIRD SET OF REQUESTS FOR PRODUCTION

1  possession, custody or control.  MGA further objects to the request to the extent it

2  seeks confidential, proprietary or commercially sensitive information, the disclosure

3  of which would be inimical to the business interests of MGA.

4         MGA further objects to this request as cumulative, duplicative, and unduly

5  burdensome to the extent that it seeks documents previously requested by Mattel or

6  produced by MGA in response to Mattel's document requests, including, but not

7  limited to:  Request Nos. 5 and 39 from Mattel, Inc.'s First Set of Requests for

8  Documents and Things re Claims of Unfair Competition to MGA Entertainment, Inc.,

9  and Request No. 229 from Mattel's First Set of Requests for Documents and Things

10  to Isaac Larian.

11  REQUEST FOR PRODUCTION NO. 61:

12         All DOCUMENTS that REFER OR RELATE TO SPACE BABES prior to

13  January 1, 2005.

14  RESPONSE TO REQUEST FOR PRODUCTION NO. 61:

15         MGA incorporates by reference its General Response and General Objections

16  above, as though fully set forth herein and specifically incorporates General

17  Objection No. 15 (regarding Definitions), including without limitation MGA's

18  objection to the definition of the terms SPACE BABES and REFER OR RELATE

19  TO.  MGA further objects to the request to the extent it seeks the production of

20  documents that are protected from disclosure under any applicable privilege, doctrine

21  or immunity, including without limitation the attorney-client privilege, the work

22  product doctrine, the right of privacy, and all other privileges recognized under the

23  constitutional, statutory or decisional law of the United States of America, the State

24  of California or any other applicable jurisdiction.  MGA further objects to this

25  request on the grounds that it is overly broad and unduly burdensome in that it seeks

26  documents not relevant to the claims or defenses in this action and not reasonably

27  calculated to lead to the discovery of admissible evidence.  Mattel has not

28

EXHIBIT  4 , PAGE 279

MGA'S SUPPLEMENTAL RESPONSES
TO MATTEL'S THIRD SET OF REQUESTS FOR PRODUCTION

1  demonstrated how all DOCUMENTS that REFER OR RELATE TO SPACE

2  BABES prior to January 1, 2005 could be relevant to the claims and defenses in this

3  action.  The request is not limited to the subject matter of this action and is thus

4  impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7;

5  see also April 19 Order at 5:26-7:5 (discovery request overbroad where complaint

6  does not even reference the product).  MGA further objects to this request on the

7  grounds that the terms SPACE BABES and REFER OR RELATE TO renders the

8  request vague, ambiguous, overly broad and unduly burdensome.  MGA further

9  objects to the request to the extent that it seeks documents that by reason of public

10 filing, public distribution or otherwise are already in Mattel's possession or are

11 readily accessible to Mattel.  MGA further objects to the request to the extent that it

12 seeks documents not in MGA's possession, custody or control.  MGA further objects

13 to the request to the extent it seeks confidential, proprietary or commercially

14 sensitive information, the disclosure of which would be inimical to the business

15 interests of MGA.

16      MGA further objects to this request as cumulative, duplicative, and unduly

17 burdensome to the extent that it seeks documents previously requested by Mattel or

18 produced by MGA in response to Mattel's document requests, including, but not

19 limited to:  Request Nos. 5 and 39 from Mattel, Inc.'s First Set of Requests for

20 Documents and Things re Claims of Unfair Competition to MGA Entertainment, Inc.,

21 and Request No. 229 from Mattel's First Set of Requests for Documents and Things

22 to Isaac Larian.

23 REQUEST FOR PRODUCTION NO. 62:

24      All DOCUMENTS that REFER OR RELATE TO Paula Garcia's work in

25 connection with or role in SPACE BABES.

26

27                                          EXHIBIT  4 , PAGE 280

28

MGA'S SUPPLEMENTAL RESPONSES
TO MATTEL'S THIRD SET OF REQUESTS FOR PRODUCTION

1  RESPONSE TO REQUEST FOR PRODUCTION NO. 62:

2       MGA incorporates by reference its General Response and General Objections

3  above, as though fully set forth herein and specifically incorporates General

4  Objection No. 15 (regarding Definitions), including without limitation MGA's

5  objection to the definition of the terms SPACE BABES and REFER OR RELATE

6  TO.  MGA further objects to the request to the extent it seeks the production of

7  documents that are protected from disclosure under any applicable privilege, doctrine

8  or immunity, including without limitation the attorney-client privilege, the work

9  product doctrine, the right of privacy, and all other privileges recognized under the

10  constitutional, statutory or decisional law of the United States of America, the State

11  of California or any other applicable jurisdiction.  MGA further objects to this

12  request on the grounds that it is overly broad and unduly burdensome in that it seeks

13  documents not relevant to the claims or defenses in this action and not reasonably

14  calculated to lead to the discovery of admissible evidence.  Mattel has not

15  demonstrated how all DOCUMENTS that REFER OR RELATE TO Paula Garcia's

16  work in connection with or role in SPACE BABES could be relevant to the claims

17  and defenses in this action.  The request is not limited to the subject matter of this

18  action and is thus impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22

19  Order at 21:5-7; see also April 19 Order at 5:26-7:5 (discovery request overbroad

20  where complaint does not even reference the product).  MGA further objects to this

21  request as being overly broad and unduly burdensome on the grounds that it is not

22  limited in time.  MGA further objects to this request on the grounds that the terms

23  SPACE BABES and REFER OR RELATE TO renders the request vague,

24  ambiguous, overly broad and unduly burdensome.  MGA further objects to the

25  phrase "work in connection with or role in" as vague and ambiguous.  MGA further

26  objects to the request to the extent that it seeks documents not in MGA's possession,

27  custody or control.  MGA further objects to the request to the extent it seeks

28

EXHIBIT 4, PAGE 281

1  confidential, proprietary or commercially sensitive information, the disclosure of

2  which would be inimical to the business interests of MGA.

3      MGA further objects to this request as cumulative, duplicative, and unduly

4  burdensome to the extent that it seeks documents previously requested by Mattel or

5  produced by MGA in response to Mattel's document requests, including, but not

6  limited to:  Request Nos. 5 and 39 from Mattel, Inc.'s First Set of Requests for

7  Documents and Things re Claims of Unfair Competition to MGA Entertainment, Inc.,

8  and Request No. 229 from Mattel's First Set of Requests for Documents and Things

9  to Isaac Larian.

10  REQUEST FOR PRODUCTION NO. 63:

11      All DESIGNS conceived of, made, produced or created, whether in whole or

12  in part, by Scot Reyes in connection with SPACE BABES.

13  RESPONSE TO REQUEST FOR PRODUCTION NO. 63:

14      MGA incorporates by reference its General Response and General Objections

15  above, as though fully set forth herein and specifically incorporates General

16  Objection No. 15 (regarding Definitions), including without limitation MGA's

17  objection to the definition of the terms DESIGNS and SPACE BABES.  MGA

18  further objects to the request to the extent it seeks the production of documents that

19  are protected from disclosure under any applicable privilege, doctrine or immunity,

20  including without limitation the attorney-client privilege, the work product doctrine,

21  the right of privacy, and all other privileges recognized under the constitutional,

22  statutory or decisional law of the United States of America, the State of California or

23  any other applicable jurisdiction.  MGA further objects to this request on the grounds

24  that it is overly broad and unduly burdensome in that it seeks documents not relevant

25  to the claims or defenses in this action and not reasonably calculated to lead to the

26  discovery of admissible evidence.  Mattel has not demonstrated how all DESIGNS

27  conceived of, made, produced or created by Scot Reyes in connection with SPACE

28

EXHIBIT 4 , PAGE 282

110

MGA'S SUPPLEMENTAL RESPONSES
TO MATTEL'S THIRD SET OF REQUESTS FOR PRODUCTION

1   BABES could be relevant to the claims and defenses in this action.  The request is

2   not limited to the subject matter of this action and is thus impermissibly overbroad.

3   See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7; see also April 19 Order at

4   5:26-7:5 (discovery request overbroad where complaint does not even reference the

5   product).  MGA further objects to this request as being overly broad and unduly

6   burdensome on the grounds that it is not limited in time.  MGA further objects to this

7   request on the grounds that the terms DESIGN and SPACE BABES render the

8   request vague, ambiguous, overly broad and unduly burdensome.  MGA further

9   objects to the phrase "conceived of, made, produced or created" as vague and

10  ambiguous.  MGA further objects to the request to the extent that it seeks documents

11  not in MGA's possession, custody or control.  MGA further objects to the request to

12  the extent it seeks confidential, proprietary or commercially sensitive information,

13  the disclosure of which would be inimical to the business interests of MGA.

14          MGA further objects to this request as cumulative, duplicative, and unduly

15  burdensome to the extent that it seeks documents previously requested by Mattel or

16  produced by MGA in response to Mattel's document requests, including, but not

17  limited to:  Request Nos. 5 and 39 from Mattel, Inc.'s First Set of Requests for

18  Documents and Things re Claims of Unfair Competition to MGA Entertainment, Inc.

19  REQUEST FOR PRODUCTION NO. 64:

20          All DOCUMENTS that REFER OR RELATE TO DESIGNS conceived of,

21  made, produced or created, whether in whole or in part, by Scot Reyes in connection

22  with SPACE BABES.

23  RESPONSE TO REQUEST FOR PRODUCTION NO. 64:

24          MGA incorporates by reference its General Response and General Objections

25  above, as though fully set forth herein and specifically incorporates General

26  Objection No. 15 (regarding Definitions), including without limitation MGA's

27  objection to the definition of the terms DESIGN, SPACE BABES and REFER OR

28

EXHIBIT 4, PAGE 283

111

MGA'S SUPPLEMENTAL RESPONSES
TO MATTEL'S THIRD SET OF REQUESTS FOR PRODUCTION

1 | RELATE TO. MGA further objects to the request to the extent it seeks the
2 | production of documents that are protected from disclosure under any applicable
3 | privilege, doctrine or immunity, including without limitation the attorney-client
4 | privilege, the work product doctrine, the right of privacy, and all other privileges
5 | recognized under the constitutional, statutory or decisional law of the United States
6 | of America, the State of California or any other applicable jurisdiction. MGA further
7 | objects to this request on the grounds that it is overly broad and unduly burdensome
8 | in that it seeks documents not relevant to the claims or defenses in this action and not
9 | reasonably calculated to lead to the discovery of admissible evidence. Mattel has not
10 | demonstrated how all DOCUMENTS that REFER OR RELATE TO DESIGNS
11 | "conceived of, made, produced or created" by Scot Reyes in connection with SPACE
12 | BABES could be relevant to the claims and defenses in this action. The request is
13 | not limited to the subject matter of this action and is thus impermissibly overbroad.
14 | See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7; see also April 19 Order at
15 | 5:26-7:5 (discovery request overbroad where complaint does not even reference the
16 | product). MGA further objects to this request as being overly broad and unduly
17 | burdensome on the grounds that it is not limited in time. MGA further objects to this
18 | request on the grounds that the terms DESIGN, SPACE BABES and REFER OR
19 | RELATE TO renders the request vague, ambiguous, overly broad and unduly
20 | burdensome. MGA further objects to the phrase "conceived of, made, produced or
21 | created" as vague and ambiguous. MGA further objects to the request to the extent
22 | that it seeks documents not in MGA's possession, custody or control. MGA further
23 | objects to the request to the extent it seeks confidential, proprietary or commercially
24 | sensitive information, the disclosure of which would be inimical to the business
25 | interests of MGA.

26 | MGA further objects to this request as cumulative, duplicative, and unduly
27 | burdensome to the extent that it seeks documents previously requested by Mattel or
28 |

EXHIBIT 4, PAGE 284

MGA'S SUPPLEMENTAL RESPONSES
TO MATTEL'S THIRD SET OF REQUESTS FOR PRODUCTION

1    produced by MGA in response to Mattel's document requests, including, but not

2    limited to:  Request Nos. 5 and 39 from Mattel, Inc.'s First Set of Requests for

3    Documents and Things re Claims of Unfair Competition to MGA Entertainment, Inc.

4    REQUEST FOR PRODUCTION NO. 65:

5         All DOCUMENTS that REFER OR RELATE TO Scot Reyes' work in

6    connection with or role in SPACE BABES.

7    RESPONSE TO REQUEST FOR PRODUCTION NO. 65:

8         MGA incorporates by reference its General Response and General Objections

9    above, as though fully set forth herein and specifically incorporates General

10   Objection No. 15 (regarding Definitions), including without limitation MGA's

11   objection to the definition of the terms SPACE BABES and REFER OR RELATE

12   TO.  MGA further objects to the request to the extent it seeks the production of

13   documents that are protected from disclosure under any applicable privilege, doctrine

14   or immunity, including without limitation the attorney-client privilege, the work

15   product doctrine, the right of privacy, and all other privileges recognized under the

16   constitutional, statutory or decisional law of the United States of America, the State

17   of California or any other applicable jurisdiction.  MGA further objects to this

18   request on the grounds that it is overly broad and unduly burdensome in that it seeks

19   documents not relevant to the claims or defenses in this action and not reasonably

20   calculated to lead to the discovery of admissible evidence.  Mattel has not

21   demonstrated how all DOCUMENTS that REFER OR RELATE TO Scot Reyes'

22   work in connection with or role in SPACE BABES could be relevant to the claims

23   and defenses in this action.  The request is not limited to the subject matter of this

24   action and is thus impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22

25   Order at 21:5-7; see also April 19 Order at 5:26-7:5 (discovery request overbroad

26   where complaint does not even reference the product).  MGA further objects to this

27   request as being overly broad and unduly burdensome on the grounds that it is not

28

EXHIBIT 4, PAGE 285

113

1  limited in time.  MGA further objects to this request on the grounds that the terms

2  SPACE BABES and REFER OR RELATE TO renders the request vague,

3  ambiguous, overly broad and unduly burdensome.  MGA further objects to the

4  phrase "work in connection with or role in" as vague and ambiguous.  MGA further

5  objects to the request to the extent that it seeks documents not in MGA's possession,

6  custody or control.  MGA further objects to the request to the extent it seeks

7  confidential, proprietary or commercially sensitive information, the disclosure of

8  which would be inimical to the business interests of MGA.

9       MGA further objects to this request as cumulative, duplicative, and unduly

10  burdensome to the extent that it seeks documents previously requested by Mattel or

11  produced by MGA in response to Mattel's document requests, including, but not

12  limited to:  Request Nos. 5 and 39 from Mattel, Inc.'s First Set of Requests for

13  Documents and Things re Claims of Unfair Competition to MGA Entertainment, Inc.

14  REQUEST FOR PRODUCTION NO. 66:

15       All actual or proposed contracts and agreements between YOU and Scot

16  Reyes that REFER OR RELATE TO SPACE BABES, including without limitation

17  all drafts thereof.

18  RESPONSE TO REQUEST FOR PRODUCTION NO. 66:

19       MGA incorporates by reference its General Response and General Objections

20  above, as though fully set forth herein and specifically incorporates General

21  Objection No. 15 (regarding Definitions), including without limitation MGA's

22  objection to the definition of the terms SPACE BABES and REFER OR RELATE

23  TO.  MGA further objects to the request to the extent it seeks the production of

24  documents that are protected from disclosure under any applicable privilege, doctrine

25  or immunity, including without limitation the attorney-client privilege, the work

26  product doctrine, the right of privacy, and all other privileges recognized under the

27  constitutional, statutory or decisional law of the United States of America, the State

28

EXHIBIT 4 , PAGE 286

MGA'S SUPPLEMENTAL RESPONSES
TO MATTEL'S THIRD SET OF REQUESTS FOR PRODUCTION

1  of California or any other applicable jurisdiction.  MGA further objects to this

2  request on the grounds that it is overly broad and unduly burdensome in that it seeks

3  documents not relevant to the claims or defenses in this action and not reasonably

4  calculated to lead to the discovery of admissible evidence.  Mattel has not

5  demonstrated how all actual or proposed contracts and agreements between MGA

6  and Scot Reyes that REFER OR RELATE TO SPACE BABES could be relevant to

7  the claims and defenses in this action.  The request is not limited to the subject

8  matter of this action and is thus impermissibly overbroad.  See Aug. 13 Order at

9  9:17-20; May 22 Order at 21:5-7; see also April 19 Order at 5:26-7:5 (discovery

10  request overbroad where complaint does not even reference the product).  MGA

11  further objects to this request as being overly broad and unduly burdensome on the

12  grounds that it is not limited in time.  MGA further objects to this request on the

13  grounds that the terms SPACE BABES and REFER OR RELATE TO renders the

14  request vague, ambiguous, overly broad and unduly burdensome.  MGA further

15  objects to the request to the extent that it seeks documents not in MGA's possession,

16  custody or control.  MGA further objects to the request to the extent it seeks

17  confidential, proprietary or commercially sensitive information, the disclosure of

18  which would be inimical to the business interests of MGA.  MGA further objects to

19  the request to the extent it seeks information the disclosure of which would implicate

20  the rights of third parties to protect private, confidential, proprietary or trade secret

21  information. MGA further objects to this request as cumulative, duplicative, and

22  unduly burdensome to the extent that it seeks documents previously requested by

23  Mattel or produced by MGA in response to Mattel's document requests.

24  REQUEST FOR PRODUCTION NO. 67:

25       All DOCUMENTS that REFER OR RELATE TO payments by YOU to Scot

26  Reyes for or in connection with SPACE BABES.

27

28

EXHIBIT 4, PAGE 287

MGA'S SUPPLEMENTAL RESPONSES
TO MATTEL'S THIRD SET OF REQUESTS FOR PRODUCTION

1  RESPONSE TO REQUEST FOR PRODUCTION NO. 67:

2       MGA incorporates by reference its General Response and General Objections

3  above, as though fully set forth herein and specifically incorporates General

4  Objection No. 15 (regarding Definitions), including without limitation MGA's

5  objection to the definition of the terms REFER OR RELATE TO and SPACE

6  BABES.  MGA further objects to the request to the extent it seeks the production of

7  documents that are protected from disclosure under any applicable privilege, doctrine

8  or immunity, including without limitation the attorney-client privilege, the work

9  product doctrine, the right of privacy, and all other privileges recognized under the

10  constitutional, statutory or decisional law of the United States of America, the State

11  of California or any other applicable jurisdiction.  MGA further objects to this

12  request on the grounds that it is overly broad and unduly burdensome in that it seeks

13  documents not relevant to the claims or defenses in this action and not reasonably

14  calculated to lead to the discovery of admissible evidence.  Mattel has not

15  demonstrated how all DOCUMENTS that REFER OR RELATE TO payments made

16  by MGA to Scot Reyes in connection with SPACE BABES could be relevant to the

17  claims and defenses in this action.  The request is not limited to the subject matter of

18  this action and is thus impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May

19  22 Order at 21:5-7; see also April 19 Order at 5:26-7:5 (discovery request overbroad

20  where complaint does not even reference the product).  MGA further objects to this

21  request as being overly broad and unduly burdensome on the grounds that it is not

22  limited in time.  MGA further objects to this request on the grounds that the terms

23  REFER OR RELATE TO and SPACE BABES render the request vague, ambiguous,

24  overly broad and unduly burdensome.  MGA further objects to the request to the

25  extent it seeks confidential, proprietary or commercially sensitive information, the

26  disclosure of which would be inimical to the business interests of MGA.  Such

27  information may also be subject to protective orders governing other litigations

28

EXHIBIT 4 , PAGE 298

116

1  thereby precluding disclosure in response to this request.  MGA further objects to the

2  request to the extent it violates the privacy rights of third parties to their private,

3  confidential, proprietary or trade secret information.

4      MGA further objects to this request as cumulative, duplicative, and unduly

5  burdensome to the extent that it seeks documents requested pursuant to Request No.

6  68 or previously requested by Mattel or produced by MGA in response to Mattel's

7  document requests.

8  REQUEST FOR PRODUCTION NO. 68:

9      All DOCUMENTS that REFER OR RELATE TO payments by YOU to Scot

10  Reyes.

11  RESPONSE TO REQUEST FOR PRODUCTION NO. 68:

12      MGA incorporates by reference its General Response and General Objections

13  above, as though fully set forth herein and specifically incorporates General

14  Objection No. 15 (regarding Definitions), including without limitation MGA's

15  objection to the definition of the term REFER OR RELATE TO.  MGA further

16  objects to the request to the extent it seeks the production of documents that are

17  protected from disclosure under any applicable privilege, doctrine or immunity,

18  including without limitation the attorney-client privilege, the work product doctrine,

19  the right of privacy, and all other privileges recognized under the constitutional,

20  statutory or decisional law of the United States of America, the State of California or

21  any other applicable jurisdiction.  MGA further objects to this request on the grounds

22  that it is overly broad and unduly burdensome in that it seeks documents not relevant

23  to the claims or defenses in this action and not reasonably calculated to lead to the

24  discovery of admissible evidence.  Mattel has not demonstrated how all

25  DOCUMENTS that REFER OR RELATE TO payments made by MGA to Scot

26  Reyes could be relevant to the claims and defenses in this action.  The request is not

27  limited to the subject matter of this action and is thus impermissibly overbroad.  See

28

EXHIBIT 4, PAGE 2851

MGA'S SUPPLEMENTAL RESPONSES
TO MATTEL'S THIRD SET OF REQUESTS FOR PRODUCTION

1  Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.  MGA further objects to this

2  request as being overly broad and unduly burdensome on the grounds that it is not

3  limited in time.  MGA further objects to this request on the grounds that the term

4  REFER OR RELATE TO renders the request vague, ambiguous, overly broad and

5  unduly burdensome.  MGA further objects to the request to the extent it seeks

6  confidential, proprietary or commercially sensitive information, the disclosure of

7  which would be inimical to the business interests of MGA.  MGA further objects to

8  the request to the extent it violates the privacy rights of third parties to their private,

9  confidential, proprietary or trade secret information.

10      MGA further objects to this request as cumulative, duplicative, and unduly

11  burdensome to the extent that it seeks documents requested pursuant to Request No.

12  67 or previously requested by Mattel or produced by MGA in response to Mattel's

13  document requests.

14  REQUEST FOR PRODUCTION NO. 69:

15      All DOCUMENTS that REFER OR RELATE TO Isaac Larian's work in

16  connection with or role in SPACE BABES.

17  RESPONSE TO REQUEST FOR PRODUCTION NO. 69:

18      MGA incorporates by reference its General Response and General Objections

19  above, as though fully set forth herein and specifically incorporates General

20  Objection No. 15 (regarding Definitions), including without limitation MGA's

21  objection to the definition of the terms SPACE BABES and REFER OR RELATE

22  TO.  MGA further objects to the request to the extent it seeks the production of

23  documents that are protected from disclosure under any applicable privilege, doctrine

24  or immunity, including without limitation the attorney-client privilege, the work

25  product doctrine, the right of privacy, and all other privileges recognized under the

26  constitutional, statutory or decisional law of the United States of America, the State

27  of California or any other applicable jurisdiction.  MGA further objects to this

28

EXHIBIT 4, PAGE 290

118

1 | request on the grounds that the terms SPACE BABES and REFER OR RELATE TO
2 | renders the request vague, ambiguous, overly broad and unduly burdensome. MGA
3 | further objects to the phrase "work in connection with or role in" as vague and
4 | ambiguous. MGA further objects to this request on the grounds that it is overly
5 | broad and unduly burdensome in that it seeks documents not relevant to the claims or
6 | defenses in this action and not reasonably calculated to lead to the discovery of
7 | admissible evidence. Mattel has not demonstrated how all DOCUMENTS that
8 | REFER OR RELATE TO Isaac Larian's work in connection with or role in SPACE
9 | BABES could be relevant to the claims and defenses in this action. The request is
10 | not limited to the subject matter of this action and is thus impermissibly overbroad.
11 | See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7; see also April 19 Order at
12 | 5:26-7:5 (discovery request overbroad where complaint does not even reference the
13 | product). MGA further objects to this request as being overly broad and unduly
14 | burdensome on the grounds that it is not limited in time. MGA further objects to the
15 | request to the extent it seeks confidential, proprietary or commercially sensitive
16 | information, the disclosure of which would be inimical to the business interests of
17 | MGA. MGA further objects to this request as cumulative, duplicative, and unduly
18 | burdensome to the extent that it seeks documents previously requested by Mattel or
19 | produced by MGA in response to Mattel's document requests.
20 | REQUEST FOR PRODUCTION NO. 70:
21 |     DOCUMENTS sufficient to show the first manufacture date of each and every
22 | SPACE BABES product.
23 | RESPONSE TO REQUEST FOR PRODUCTION NO. 70:
24 |     MGA incorporates by reference its General Response and General Objections
25 | above, as though fully set forth herein and specifically incorporates General
26 | Objection No. 15 (regarding Definitions), including without limitation MGA's
27 | objection to the definition of the term SPACE BABES. MGA further objects to the
28 |

EXHIBIT 4, PAGE 291

MGA'S SUPPLEMENTAL RESPONSES
TO MATTEL'S THIRD SET OF REQUESTS FOR PRODUCTION

1  request to the extent it seeks the production of documents that are protected from

2  disclosure under any applicable privilege, doctrine or immunity, including without

3  limitation the attorney-client privilege, the work product doctrine, the right of

4  privacy, and all other privileges recognized under the constitutional, statutory or

5  decisional law of the United States of America, the State of California or any other

6  applicable jurisdiction.  MGA further objects to the phrase "sufficient to show" as

7  vague and ambiguous.  MGA further objects to this request on the grounds that it is

8  overly broad and unduly burdensome in that it seeks documents not relevant to the

9  claims or defenses in this action and not reasonably calculated to lead to the

10  discovery of admissible evidence.  Mattel has not demonstrated how DOCUMENTS

11  "sufficient to show" the first manufacture date of each and every SPACE BABES

12  product could be relevant to the claims and defenses in this action.  The request is

13  not limited to the subject matter of this action and is thus impermissibly overbroad.

14  See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7; see also April 19 Order at

15  5:26-7:5 (discovery request overbroad where complaint does not even reference the

16  product).  MGA further objects to this request as being overly broad and unduly

17  burdensome on the grounds that it is not limited in time or geographic scope.  MGA

18  further objects to this request on the grounds that the term SPACE BABES renders

19  the request vague, ambiguous, overly broad and unduly burdensome.  MGA further

20  objects to the request to the extent that it seeks documents that by reason of public

21  filing, public distribution or otherwise are already in Mattel's possession or are

22  readily accessible to Mattel.  MGA further objects to the request to the extent that it

23  seeks documents not in MGA's possession, custody or control.  MGA further objects

24  to the request to the extent it seeks confidential, proprietary or commercially

25  sensitive information, the disclosure of which would be inimical to the business

26  interests of MGA.

27

28

EXHIBIT 4 , PAGE 292

120

MGA'S SUPPLEMENTAL RESPONSES
TO MATTEL'S THIRD SET OF REQUESTS FOR PRODUCTION

1   MGA further objects to this request as cumulative, duplicative, and unduly

2   burdensome to the extent that it seeks documents previously requested by Mattel or

3   produced by MGA in response to Mattel's document requests, including, but not

4   limited to:  Request Nos. 5 and 39 from Mattel, Inc.'s First Set of Requests for

5   Documents and Things re Claims of Unfair Competition to MGA Entertainment, Inc.

6   REQUEST FOR PRODUCTION NO. 71:

7        DOCUMENTS sufficient to show the first ship date of each and every SPACE

8   BABES product.

9   RESPONSE TO REQUEST FOR PRODUCTION NO. 71:

10       MGA incorporates by reference its General Response and General Objections

11   above, as though fully set forth herein and specifically incorporates General

12   Objection No. 15 (regarding Definitions), including without limitation MGA's

13   objection to the definition of the term SPACE BABES.  MGA further objects to the

14   request to the extent it seeks the production of documents that are protected from

15   disclosure under any applicable privilege, doctrine or immunity, including without

16   limitation the attorney-client privilege, the work product doctrine, the right of

17   privacy, and all other privileges recognized under the constitutional, statutory or

18   decisional law of the United States of America, the State of California or any other

19   applicable jurisdiction.  MGA further objects to the phrase "sufficient to show" as

20   vague and ambiguous.  MGA further objects to this request on the grounds that it is

21   overly broad and unduly burdensome in that it seeks documents not relevant to the

22   claims or defenses in this action and not reasonably calculated to lead to the

23   discovery of admissible evidence.  Mattel has not demonstrated how DOCUMENTS

24   "sufficient to show" the first ship date of each and every SPACE BABES product

25   could be relevant to the claims and defenses in this action.  The request is not limited

26   to the subject matter of this action and is thus impermissibly overbroad.  See Aug. 13

27   Order at 9:17-20; May 22 Order at 21:5-7; see also April 19 Order at 5:26-7:5

28

EXHIBIT _4_, PAGE 293

MGA'S SUPPLEMENTAL RESPONSES
TO MATTEL'S THIRD SET OF REQUESTS FOR PRODUCTION

1  (discovery request overbroad where complaint does not even reference the product).

2  MGA further objects to this request as being overly broad and unduly burdensome

3  on the grounds that it is not limited in time or geographic scope.  MGA further

4  objects to this request on the grounds that the term SPACE BABES renders the

5  request vague, ambiguous, overly broad and unduly burdensome.  MGA further

6  objects to the request to the extent that it seeks documents that by reason of public

7  filing, public distribution or otherwise are already in Mattel's possession or are

8  readily accessible to Mattel.  MGA further objects to the request to the extent that it

9  seeks documents not in MGA's possession, custody or control.  MGA further objects

10  to the request to the extent it seeks confidential, proprietary or commercially

11  sensitive information, the disclosure of which would be inimical to the business

12  interests of MGA.

13      MGA further objects to this request as cumulative, duplicative, and unduly

14  burdensome to the extent that it seeks documents previously requested by Mattel or

15  produced by MGA in response to Mattel's document requests, including, but not

16  limited to:  Request Nos. 5 and 39 from Mattel, Inc.'s First Set of Requests for

17  Documents and Things re Claims of Unfair Competition to MGA Entertainment, Inc.

18  REQUEST FOR PRODUCTION NO. 72:

19      DOCUMENTS sufficient to show YOUR revenues from SPACE BABES.

20  RESPONSE TO REQUEST FOR PRODUCTION NO. 72:

21      MGA incorporates by reference its General Response and General Objections

22  above, as though fully set forth herein and specifically incorporates General

23  Objection No. 15 (regarding Definitions), including without limitation MGA's

24  objection to the definition of the term SPACE BABES.  MGA further objects to the

25  request to the extent it seeks the production of documents that are protected from

26  disclosure under any applicable privilege, doctrine or immunity, including without

27  limitation the attorney-client privilege, the work product doctrine, the right of

28

122

EXHIBIT 4, PAGE 293

MGA'S SUPPLEMENTAL RESPONSES
TO MATTEL'S THIRD SET OF REQUESTS FOR PRODUCTION

1  privacy, and all other privileges recognized under the constitutional, statutory or

2  decisional law of the United States of America, the State of California or any other

3  applicable jurisdiction.  MGA further objects to the phrase "sufficient to show" as

4  vague and ambiguous.  MGA further objects to this request on the grounds that it is

5  overly broad and unduly burdensome in that it seeks documents not relevant to the

6  claims or defenses in this action and not reasonably calculated to lead to the

7  discovery of admissible evidence.  Mattel has not demonstrated how DOCUMENTS

8  "sufficient to show" MGA's revenues from SPACE BABES could be relevant to the

9  claims and defenses in this action.  The request is not limited to the subject matter of

10  this action and is thus impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May

11  22 Order at 21:5-7; see also April 19 Order at 5:26-7:5 (discovery request overbroad

12  where complaint does not even reference the product).  MGA further objects to this

13  request as being overly broad and unduly burdensome on the grounds that it is not

14  limited in time or geographic scope.  MGA further objects to this request on the

15  grounds that the term SPACE BABES renders the request vague, ambiguous, overly

16  broad and unduly burdensome.  MGA further objects to the request to the extent it

17  seeks confidential, proprietary or commercially sensitive information, the disclosure

18  of which would be inimical to the business interests of MGA.  Such information may

19  also be subject to protective orders governing other litigations thereby precluding

20  disclosure in response to this request.

21        MGA further objects to this request as cumulative, duplicative, and unduly

22  burdensome to the extent that it seeks documents previously requested by Mattel or

23  produced by MGA in response to Mattel's document requests, including, but not

24  limited to:  Request Nos. 5 and 39 from Mattel, Inc.'s First Set of Requests for

25  Documents and Things re Claims of Unfair Competition to MGA Entertainment, Inc.

26

27

28

EXHIBIT **4**, PAGE **294**

MGA'S SUPPLEMENTAL RESPONSES
TO MATTEL'S THIRD SET OF REQUESTS FOR PRODUCTION

1  REQUEST FOR PRODUCTION NO. 73:

2       All DOCUMENTS that REFER OR RELATE TO any DESIGN offered,

3  submitted, pitched, assigned or transferred by Scot Reyes to YOU, acquired or

4  purchased by, or assigned to, YOU from Scot Reyes, requested or solicited by YOU

5  from Scot Reyes or made, created, produced or conceived of, whether in whole or in

6  party, by Scot Reyes on YOUR behalf.

7  RESPONSE TO REQUEST FOR PRODUCTION NO. 73:

8       MGA incorporates by reference its General Response and General Objections

9  above, as though fully set forth herein and specifically incorporates General

10  Objection No. 15 (regarding Definitions), including without limitation MGA's

11  objection to the definition of the terms DESIGN and REFER OR RELATE TO.

12  MGA further objects to the request to the extent it seeks the production of documents

13  that are protected from disclosure under any applicable privilege, doctrine or

14  immunity, including without limitation the attorney-client privilege, the work

15  product doctrine, the right of privacy, and all other privileges recognized under the

16  constitutional, statutory or decisional law of the United States of America, the State

17  of California or any other applicable jurisdiction. MGA further objects to this

18  request on the grounds that the terms DESIGN, and REFER OR RELATE TO

19  renders the request vague, ambiguous, overly broad and unduly burdensome. MGA

20  further objects to the phrase "offered, submitted, pitched, assigned or transferred by

21  Scot Reyes to MGA, acquired or purchased by or assigned to MGA from Scot Reyes,

22  requested or solicited by MGA from Scot Reyes or made, created, produced or

23  conceived of by Scot Reyes" as vague and ambiguous. MGA further objects to this

24  request on the grounds that it is overly broad and unduly burdensome in that it seeks

25  documents not relevant to the claims or defenses in this action and not reasonably

26  calculated to lead to the discovery of admissible evidence. Mattel has not

27  demonstrated how all DOCUMENTS that REFER OR RELATE TO any DESIGN

28

EXHIBIT 4 , PAGE 295

124

1  offered, submitted, pitched, assigned or transferred by Scot Reyes to MGA, acquired

2  or purchased by or assigned to MGA from Scot Reyes, requested or solicited by

3  MGA from Scot Reyes or made, created, produced or conceived of by Scot Reyes on

4  behalf of MGA could be relevant to the claims and defenses in this action.  The

5  request is not limited to the subject matter of this action and is thus impermissibly

6  overbroad.  See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.  MGA further

7  objects to this request as being overly broad and unduly burdensome on the grounds

8  that it is not limited in time.  MGA further objects to the request to the extent it seeks

9  confidential, proprietary or commercially sensitive information, the disclosure of

10  which would be inimical to the business interests of MGA.  MGA further objects to

11  this request as cumulative, duplicative, and unduly burdensome to the extent that it

12  seeks documents previously requested by Mattel or produced by MGA in response to

13  Mattel's document requests.

14  REQUEST FOR PRODUCTION NO. 74:

15       All COMMUNICATIONS between YOU and Scot Reyes that REFER OR

16  RELATE TO MATTEL or any MATTEL doll or product.

17  RESPONSE TO REQUEST FOR PRODUCTION NO. 74:

18       MGA incorporates by reference its General Response and General Objections

19  above, as though fully set forth herein and specifically incorporates General

20  Objection No. 15 (regarding Definitions), including without limitation MGA's

21  objection to the definition of the term REFER OR RELATE TO.  MGA further

22  objects to the request to the extent it seeks the production of documents that are

23  protected from disclosure under any applicable privilege, doctrine or immunity,

24  including without limitation the attorney-client privilege, the work product doctrine,

25  the right of privacy, and all other privileges recognized under the constitutional,

26  statutory or decisional law of the United States of America, the State of California or

27  any other applicable jurisdiction.  MGA further objects to this request on the grounds

28

EXHIBIT 4, PAGE 296

125

1    that it is overly broad and unduly burdensome in that it seeks documents not relevant

2    to the claims or defenses in this action and not reasonably calculated to lead to the

3    discovery of admissible evidence.  Mattel has not demonstrated how all

4    COMMUNICATIONS between MGA and Scot Reyes that REFER OR RELATE

5    TO MATTEL or any MATTEL doll or product could be relevant to the claims and

6    defenses in this action.  The request is not limited to the subject matter of this action

7    and is thus impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22 Order

8    at 21:5-7.  MGA further objects to this request as being overly broad and unduly

9    burdensome on the grounds that it is not limited in time.  MGA further objects to this

10    request on the grounds that the term REFER OR RELATE TO renders the request

11    vague, ambiguous, overly broad and unduly burdensome.  MGA further objects to

12    the request to the extent it seeks confidential, proprietary or commercially sensitive

13    information, the disclosure of which would be inimical to the business interests of

14    MGA.  MGA further objects to the request to the extent it violates the privacy rights

15    of third parties to their private, confidential, proprietary or trade secret information.

16       MGA further objects to this request as cumulative, duplicative, and unduly

17    burdensome to the extent that it seeks documents previously requested by Mattel or

18    produced by MGA in response to Mattel's document requests, including, but not

19    limited to:  Request Nos. 138 and 140 from Mattel, Inc.'s First Set of Requests for

20    Documents and Things re Claims of Unfair Competition to MGA Entertainment, Inc.,

21    and Request No. 116 from Mattel's First Set of Requests for Documents and Things

22    to Isaac Larian.

23    REQUEST FOR PRODUCTION NO. 75:

24       All DOCUMENTS that REFER OR RELATE TO MATTEL documents or

25    information provided, shown or otherwise disclosed to YOU by Scot Reyes.

26

27

28                               EXHIBIT 4, PAGE 297

MGA'S SUPPLEMENTAL RESPONSES
TO MATTEL'S THIRD SET OF REQUESTS FOR PRODUCTION

1  RESPONSE TO REQUEST FOR PRODUCTION NO. 75:

2      MGA incorporates by reference its General Response and General Objections

3  above, as though fully set forth herein and specifically incorporates General

4  Objection No. 15 (regarding Definitions), including without limitation MGA's

5  objection to the definition of the term REFER OR RELATE TO.  MGA further

6  objects to the request to the extent it seeks the production of documents that are

7  protected from disclosure under any applicable privilege, doctrine or immunity,

8  including without limitation the attorney-client privilege, the work product doctrine,

9  the right of privacy, and all other privileges recognized under the constitutional,

10  statutory or decisional law of the United States of America, the State of California or

11  any other applicable jurisdiction.  MGA further objects to this request on the grounds

12  that it is overly broad and unduly burdensome in that it seeks documents not relevant

13  to the claims or defenses in this action and not reasonably calculated to lead to the

14  discovery of admissible evidence.  Mattel has not demonstrated how all

15  DOCUMENTS that REFER OR RELATE TO MATTEL documents or information

16  provided, shown or otherwise disclosed to MGA by Scot Reyes could be relevant to

17  the claims and defenses in this action.  The request is not limited to the subject

18  matter of this action and is thus impermissibly overbroad.  See Aug. 13 Order at

19  9:17-20; May 22 Order at 21:5-7.  MGA further objects to this request as being

20  overly broad and unduly burdensome on the grounds that it is not limited in time.

21  MGA further objects to this request on the grounds that the term REFER OR

22  RELATE TO renders the request vague, ambiguous, overly broad and unduly

23  burdensome.  MGA further objects to the phrase " provided, shown or otherwise

24  disclosed" as vague and ambiguous.  MGA further objects to the request to the extent

25  that it seeks documents not in MGA's possession, custody or control.  MGA further

26  objects to the request to the extent it seeks confidential, proprietary or commercially

27

28

EXHIBIT 4 , PAGE 298

127

1  sensitive information, the disclosure of which would be inimical to the business

2  interests of MGA.

3       MGA further objects to this request as cumulative, duplicative, and unduly

4  burdensome to the extent that it seeks documents previously requested by Mattel or

5  produced by MGA in response to Mattel's document requests, including, but not

6  limited to:  Request Nos. 116, 198, and 221 from Mattel's First Set of Requests for

7  Documents and Things to Isaac Larian, and Request Nos. 42, 137, 140, and 160 from

8  Mattel, Inc.'s First Set of Requests for Documents and Things re Claims of Unfair

9  Competition to MGA Entertainment, Inc.

10  REQUEST FOR PRODUCTION NO. 76:

11       All DOCUMENTS that REFER OR RELATE to payments made by YOU to

12  Paula Garcia prior to January 1, 2002.

13  RESPONSE TO REQUEST FOR PRODUCTION NO. 76:

14       MGA incorporates by reference its General Response and General Objections

15  above, as though fully set forth herein and specifically incorporates General

16  Objection No. 15 (regarding Definitions), including without limitation MGA's

17  objection to the definition of the term REFER OR RELATE TO.  MGA further

18  objects to the request to the extent it seeks the production of documents that are

19  protected from disclosure under any applicable privilege, doctrine or immunity,

20  including without limitation the attorney-client privilege, the work product doctrine,

21  the right of privacy, and all other privileges recognized under the constitutional,

22  statutory or decisional law of the United States of America, the State of California or

23  any other applicable jurisdiction.  MGA further objects to this request on the grounds

24  that it is overly broad and unduly burdensome in that it seeks documents not relevant

25  to the claims or defenses in this action and not reasonably calculated to lead to the

26  discovery of admissible evidence.  Mattel has not demonstrated how all

27  DOCUMENTS that REFER OR RELATE TO payments made by MGA to Paula

28

EXHIBIT 4, PAGE 299

128

1   Garcia prior to January 1, 2002 could be relevant to the claims and defenses in this

2   action.  The request is not limited to the subject matter of this action and is thus

3   impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.

4   MGA further objects to this request as being overly broad and unduly burdensome

5   on the grounds that it is not limited in time.  MGA further objects to this request on

6   the grounds that the term REFER OR RELATE TO renders the request vague,

7   ambiguous, overly broad and unduly burdensome.  MGA further objects to the

8   request to the extent it seeks confidential, proprietary or commercially sensitive

9   information, the disclosure of which would be inimical to the business interests of

10  MGA.  MGA further objects to the request to the extent it violates the privacy rights

11  of third parties to their private, confidential, proprietary or trade secret information.

12         MGA further objects to this request as cumulative, duplicative, and unduly

13  burdensome to the extent that it seeks documents requested pursuant to Request No.

14  77 or previously requested by Mattel or produced by MGA in response to Mattel's

15  document requests, including, but not limited to:  Request Nos. 59, 60, 137 from

16  Mattel, Inc.'s First Set of Requests for Documents and Things re Claims of Unfair

17  Competition to MGA Entertainment, Inc., and Request Nos. 200 and 201 from

18  Mattel's First Set of Requests for Documents and Things to Isaac Larian.

19  REQUEST FOR PRODUCTION NO. 77:

20         All DOCUMENTS that REFER OR RELATE to any payments made by YOU

21  to Paula Garcia, including without limitation any and all bonuses and incentive

22  payments made by YOU to Paula Garcia.

23  RESPONSE TO REQUEST FOR PRODUCTION NO. 77:

24         MGA incorporates by reference its General Response and General Objections

25  above, as though fully set forth herein. and specifically incorporates General

26  Objection No. 15 (regarding Definitions), including without limitation MGA's

27  objection to the definition of the term REFER OR RELATE TO.  MGA further

28

EXHIBIT 4, PAGE 300

129

1  objects to the request to the extent it seeks the production of documents that are

2  protected from disclosure under any applicable privilege, doctrine or immunity,

3  including without limitation the attorney-client privilege, the work product doctrine,

4  the right of privacy, and all other privileges recognized under the constitutional,

5  statutory or decisional law of the United States of America, the State of California or

6  any other applicable jurisdiction.  MGA further objects to this request on the grounds

7  that it is overly broad and unduly burdensome in that it seeks documents not relevant

8  to the claims or defenses in this action and not reasonably calculated to lead to the

9  discovery of admissible evidence.  Mattel has not demonstrated how all

10  DOCUMENTS that REFER OR RELATE TO payments made by MGA to Paula

11  Garcia could be relevant to the claims and defenses in this action.  The request is not

12  limited to the subject matter of this action and is thus impermissibly overbroad.  See

13  Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.  MGA further objects to this

14  request as being overly broad and unduly burdensome on the grounds that it is not

15  limited in time.  MGA further objects to this request on the grounds that the term

16  REFER OR RELATE TO renders the request vague, ambiguous, overly broad and

17  unduly burdensome.  MGA further objects to the request to the extent it seeks

18  confidential, proprietary or commercially sensitive information, the disclosure of

19  which would be inimical to the business interests of MGA.  MGA further objects to

20  the request to the extent it violates the privacy rights of third parties to their private,

21  confidential, proprietary or trade secret information.

22       MGA further objects to this request as cumulative, duplicative, and unduly

23  burdensome to the extent that it seeks documents requested pursuant to Request No.

24  76 or previously requested by Mattel or produced by MGA in response to Mattel's

25  document requests, including, but not limited to:  Request Nos. 59, 60, 137 from

26  Mattel, Inc.'s First Set of Requests for Documents and Things re Claims of Unfair

27

28

EXHIBIT 4 , PAGE 30

MGA'S SUPPLEMENTAL RESPONSES
TO MATTEL'S THIRD SET OF REQUESTS FOR PRODUCTION

1   Competition to MGA Entertainment, Inc., and Request Nos. 200 and 201 from

2   Mattel's First Set of Requests for Documents and Things to Isaac Larian.

3   <u>REQUEST FOR PRODUCTION NO. 78</u>:

4       All personnel and vendor files for Maureen Mullen (formerly Chianese).

5   <u>RESPONSE TO REQUEST FOR PRODUCTION NO. 78</u>:

6       MGA incorporates by reference its General Response and General Objections

7   above, as though fully set forth herein.  MGA further objects to the request to the

8   extent it seeks the production of documents that are protected from disclosure under

9   any applicable privilege, doctrine or immunity, including without limitation the

10   attorney-client privilege, the work product doctrine, the right of privacy, and all other

11   privileges recognized under the constitutional, statutory or decisional law of the

12   United States of America, the State of California or any other applicable jurisdiction.

13   MGA further objects to this request on the grounds that it is vague and ambiguous in

14   its use of the terms "personnel and vendor files."  MGA further objects to this

15   request on the grounds that it is overly broad and unduly burdensome in that it seeks

16   documents not relevant to the claims or defenses in this action and not reasonably

17   calculated to lead to the discovery of admissible evidence.  Mattel has not

18   demonstrated how all personnel and vendor files for Maureen Mullen could be

19   relevant to the claims and defenses in this action, let alone established that the

20   relevancy of these documents outweighs the individual's fundamental right of

21   privacy.  The request is not limited to the subject matter of this action and requires

22   disclosure of private, confidential documents that are not relevant to this action, and

23   is thus impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22 Order at

24   21:5-7.  MGA further objects to this request as being overly broad and unduly

25   burdensome on the grounds that it is not limited in time.  MGA further objects to the

26   request to the extent it seeks confidential, proprietary or commercially sensitive

27   information, the disclosure of which would be inimical to the business interests of

28

131

MGA'S SUPPLEMENTAL RESPONSES<br>TO MATTEL'S THIRD SET OF REQUESTS FOR PRODUCTION

EXHIBIT 4, PAGE 302

1  MGA.  MGA further objects to the request to the extent it violates the privacy rights

2  of third parties to their private, confidential, proprietary or trade secret information.

3      MGA further objects to this request as cumulative, duplicative, and unduly

4  burdensome to the extent that it seeks documents previously requested by Mattel or

5  produced by MGA in response to Mattel's document requests, including, but not

6  limited to:  Request Nos. 69 and 143 from Mattel's First Set of Requests for

7  Documents and Things to Isaac Larian.

8  SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 78:

9      MGA incorporates by reference its General Response and General Objections

10  above, as though fully set forth herein.  MGA further objects to the request to the

11  extent it seeks the production of documents that are protected from disclosure under

12  any applicable privilege, doctrine or immunity, including without limitation the

13  attorney-client privilege, the work product doctrine, the right of privacy, and all other

14  privileges recognized under the constitutional, statutory or decisional law of the

15  United States of America, the State of California or any other applicable jurisdiction.

16  MGA further objects to this request on the grounds that it is vague and ambiguous in

17  its use of the terms "personnel and vendor files."  MGA further objects to this

18  request on the grounds that it is overly broad and unduly burdensome in that it seeks

19  documents not relevant to the claims or defenses in this action and not reasonably

20  calculated to lead to the discovery of admissible evidence.  Mattel has not

21  demonstrated how all personnel and vendor files for Maureen Mullen could be

22  relevant to the claims and defenses in this action, let alone established that the

23  relevancy of these documents outweighs the individual's fundamental right of

24  privacy.  The request is not limited to the subject matter of this action and requires

25  disclosure of private, confidential documents that are not relevant to this action, and

26  is thus impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22 Order at

27  21:5-7.  MGA further objects to this request as being overly broad and unduly

28

EXHIBIT 4, PAGE 303

MGA'S SUPPLEMENTAL RESPONSES
TO MATTEL'S THIRD SET OF REQUESTS FOR PRODUCTION

1  burdensome on the grounds that it is not limited in time.  MGA further objects to the

2  request to the extent it seeks confidential, proprietary or commercially sensitive

3  information, the disclosure of which would be inimical to the business interests of

4  MGA.  MGA further objects to the request to the extent it violates the privacy rights

5  of third parties to their private, confidential, proprietary or trade secret information.

6       MGA further objects to this request as cumulative, duplicative, and unduly

7  burdensome to the extent that it seeks documents previously requested by Mattel or

8  produced by MGA in response to Mattel's document requests, including, but not

9  limited to:  Request Nos. 69 and 143 from Mattel's First Set of Requests for

10  Documents and Things to Isaac Larian.

11       Subject to and without waiving the foregoing objections, MGA will produce

12  non-privileged documents from Maureen Mullen's (née Chianese) personnel or

13  vendor file that refer or relate to work or services provided by Ms. Mullen on Bratz

14  prior to January 1, 2001, if any, in its possession, custody or control that it is able to

15  locate following a reasonably diligent search.

16  REQUEST FOR PRODUCTION NO. 79:

17       All personnel and vendor files for Scot Reyes.

18  RESPONSE TO REQUEST FOR PRODUCTION NO. 79:

19       MGA incorporates by reference its General Response and General Objections

20  above, as though fully set forth herein.  MGA further objects to the request to the

21  extent it seeks the production of documents that are protected from disclosure under

22  any applicable privilege, doctrine or immunity, including without limitation the

23  attorney-client privilege, the work product doctrine, the right of privacy, and all other

24  privileges recognized under the constitutional, statutory or decisional law of the

25  United States of America, the State of California or any other applicable jurisdiction.

26  MGA further objects to this request on the grounds that it is vague and ambiguous in

27  its use of the terms "personnel and vendor files."  MGA further objects to this

28

EXHIBIT 4 , PAGE 304

133

MGA'S SUPPLEMENTAL RESPONSES
TO MATTEL'S THIRD SET OF REQUESTS FOR PRODUCTION

1  request on the grounds that it is overly broad and unduly burdensome in that it seeks

2  documents not relevant to the claims or defenses in this action and not reasonably

3  calculated to lead to the discovery of admissible evidence.  Mattel has not

4  demonstrated how *all* personnel and vendor files for Scot Reyes could be relevant to

5  the claims and defenses in this action, let alone established that the relevancy of

6  these documents outweighs the individual's fundamental right of privacy.  The

7  request is not limited to the subject matter of this action and requires disclosure of

8  private, confidential documents that are not relevant to this action, and is thus

9  impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.

10  MGA further objects to this request as being overly broad and unduly burdensome

11  on the grounds that it is not limited in time.  MGA further objects to the request to

12  the extent it seeks confidential, proprietary or commercially sensitive information,

13  the disclosure of which would be inimical to the business interests of MGA.  MGA

14  further objects to the request to the extent it violates the privacy rights of third parties

15  to their private, confidential, proprietary or trade secret information.

16      MGA further objects to this request as cumulative, duplicative, and unduly

17  burdensome to the extent that it seeks documents previously requested by Mattel or

18  produced by MGA in response to Mattel's document requests.

19  SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 79:

20      MGA incorporates by reference its General Response and General Objections

21  above, as though fully set forth herein.  MGA further objects to the request to the

22  extent it seeks the production of documents that are protected from disclosure under

23  any applicable privilege, doctrine or immunity, including without limitation the

24  attorney-client privilege, the work product doctrine, the right of privacy, and all other

25  privileges recognized under the constitutional, statutory or decisional law of the

26  United States of America, the State of California or any other applicable jurisdiction.

27  MGA further objects to this request on the grounds that it is vague and ambiguous in

28

EXHIBIT 4 , PAGE 65

MGA'S SUPPLEMENTAL RESPONSES
TO MATTEL'S THIRD SET OF REQUESTS FOR PRODUCTION

1 | its use of the terms "personnel and vendor files."  MGA further objects to this
2 | request on the grounds that it is overly broad and unduly burdensome in that it seeks
3 | documents not relevant to the claims or defenses in this action and not reasonably
4 | calculated to lead to the discovery of admissible evidence.  Mattel has not
5 | demonstrated how *all* personnel and vendor files for Scot Reyes could be relevant to
6 | the claims and defenses in this action, let alone established that the relevancy of
7 | these documents outweighs the individual's fundamental right of privacy.  The
8 | request is not limited to the subject matter of this action and requires disclosure of
9 | private, confidential documents that are not relevant to this action, and is thus
10 | impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.
11 | MGA further objects to this request as being overly broad and unduly burdensome
12 | on the grounds that it is not limited in time.  MGA further objects to the request to
13 | the extent it seeks confidential, proprietary or commercially sensitive information,
14 | the disclosure of which would be inimical to the business interests of MGA.  MGA
15 | further objects to the request to the extent it violates the privacy rights of third parties
16 | to their private, confidential, proprietary or trade secret information.

17 | MGA further objects to this request as cumulative, duplicative, and unduly
18 | burdensome to the extent that it seeks documents previously requested by Mattel or
19 | produced by MGA in response to Mattel's document requests.

20 | Subject to and without waiving the foregoing objections, MGA will produce
21 | non-privileged documents from Scot Reyes' personnel or vendor file that refer or
22 | relate to work or services provided by Mr. Reyes on Bratz prior to January 1, 2001, if
23 | any, in its possession custody or control that it is able to locate following a
24 | reasonably diligent search.

25 | REQUEST FOR PRODUCTION NO. 80:
26 | All personnel and vendor files for Sandra Bilotto.
27 |
28 |

EXHIBIT 4, PAGE 356

MGA'S SUPPLEMENTAL RESPONSES
TO MATTEL'S THIRD SET OF REQUESTS FOR PRODUCTION

1    RESPONSE TO REQUEST FOR PRODUCTION NO. 80:

2         MGA incorporates by reference its General Response and General Objections

3    above, as though fully set forth herein.  MGA further objects to the request to the

4    extent it seeks the production of documents that are protected from disclosure under

5    any applicable privilege, doctrine or immunity, including without limitation the

6    attorney-client privilege, the work product doctrine, the right of privacy, and all other

7    privileges recognized under the constitutional, statutory or decisional law of the

8    United States of America, the State of California or any other applicable jurisdiction.

9    MGA further objects to this request on the grounds that it is vague and ambiguous in

10   its use of the terms "personnel and vendor files."  MGA further objects to this

11   request on the grounds that it is overly broad and unduly burdensome in that it seeks

12   documents not relevant to the claims or defenses in this action and not reasonably

13   calculated to lead to the discovery of admissible evidence.  Mattel has not

14   demonstrated how *all* personnel and vendor files for Sandra Bilotto could be relevant

15   to the claims and defenses in this action, let alone established that the relevancy of

16   these documents outweighs the individual's fundamental right of privacy.  The

17   request is not limited to the subject matter of this action and requires disclosure of

18   private, confidential documents that are not relevant to this action, and is thus

19   impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.

20   MGA further objects to this request as being overly broad and unduly burdensome

21   on the grounds that it is not limited in time.  MGA further objects to the request to

22   the extent it seeks confidential, proprietary or commercially sensitive information,

23   the disclosure of which would be inimical to the business interests of MGA.  MGA

24   further objects to the request to the extent it violates the privacy rights of third parties

25   to their private, confidential, proprietary or trade secret information.  Such

26   information may also be subject to protective orders governing other litigations

27   thereby precluding disclosure in response to this request.

28

EXHIBIT 4 , PAGE 307

136

MGA'S SUPPLEMENTAL RESPONSES
TO MATTEL'S THIRD SET OF REQUESTS FOR PRODUCTION

1        MGA further objects to this request as cumulative, duplicative, and unduly

2   burdensome to the extent that it seeks documents previously requested by Mattel or

3   produced by MGA in response to Mattel's document requests, including, but not

4   limited to:  Request No. 60 from Mattel, Inc.'s First Set of Requests for Documents

5   and Things re Claims of Unfair Competition to MGA Entertainment, Inc., and

6   Request No. 201 from Mattel's First Set of Requests for Documents and Things to

7   Isaac Larian.

8   <u>SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 80</u>:

9        MGA incorporates by reference its General Response and General Objections

10  above, as though fully set forth herein.  MGA further objects to the request to the

11  extent it seeks the production of documents that are protected from disclosure under

12  any applicable privilege, doctrine or immunity, including without limitation the

13  attorney-client privilege, the work product doctrine, the right of privacy, and all other

14  privileges recognized under the constitutional, statutory or decisional law of the

15  United States of America, the State of California or any other applicable jurisdiction.

16  MGA further objects to this request on the grounds that it is vague and ambiguous in

17  its use of the terms "personnel and vendor files."  MGA further objects to this

18  request on the grounds that it is overly broad and unduly burdensome in that it seeks

19  documents not relevant to the claims or defenses in this action and not reasonably

20  calculated to lead to the discovery of admissible evidence.  Mattel has not

21  demonstrated how *all* personnel and vendor files for Sandra Bilotto could be relevant

22  to the claims and defenses in this action, let alone established that the relevancy of

23  these documents outweighs the individual's fundamental right of privacy.  The

24  request is not limited to the subject matter of this action and requires disclosure of

25  private, confidential documents that are not relevant to this action, and is thus

26  impermissibly overbroad.  <u>See</u> Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.

27  MGA further objects to this request as being overly broad and unduly burdensome

28

EXHIBIT 4 , PAGE 368

1    on the grounds that it is not limited in time.  MGA further objects to the request to

2    the extent it seeks confidential, proprietary or commercially sensitive information,

3    the disclosure of which would be inimical to the business interests of MGA.  MGA

4    further objects to the request to the extent it violates the privacy rights of third parties

5    to their private, confidential, proprietary or trade secret information.  Such

6    information may also be subject to protective orders governing other litigations

7    thereby precluding disclosure in response to this request.

8        MGA further objects to this request as cumulative, duplicative, and unduly

9    burdensome to the extent that it seeks documents previously requested by Mattel or

10   produced by MGA in response to Mattel's document requests, including, but not

11   limited to:  Request No. 60 from Mattel, Inc.'s First Set of Requests for Documents

12   and Things re Claims of Unfair Competition to MGA Entertainment, Inc., and

13   Request No. 201 from Mattel's First Set of Requests for Documents and Things to

14   Isaac Larian.

15       Subject to and without waiving the foregoing objections, MGA will produce

16   non-privileged documents from Sandra Bilotto's personnel or vendor file that refer

17   or relate to work or services provided by Ms. Bilotto on Bratz prior to January 1,

18   2001, if any, in its possession, custody or control that it is able to locate following a

19   reasonably diligent search.

20   REQUEST FOR PRODUCTION NO. 81:

21       All personnel and vendor files for Steve Linker.

22   RESPONSE TO REQUEST FOR PRODUCTION NO. 81:

23       MGA incorporates by reference its General Response and General Objections

24   above, as though fully set forth herein.  MGA further objects to the request to the

25   extent it seeks the production of documents that are protected from disclosure under

26   any applicable privilege, doctrine or immunity, including without limitation the

27   attorney-client privilege, the work product doctrine, the right of privacy, and all other

28

EXHIBIT 4, PAGE 309

MGA'S SUPPLEMENTAL RESPONSES
TO MATTEL'S THIRD SET OF REQUESTS FOR PRODUCTION

1  privileges recognized under the constitutional, statutory or decisional law of the

2  United States of America, the State of California or any other applicable jurisdiction.

3  MGA further objects to this request on the grounds that it is vague and ambiguous in

4  its use of the terms "personnel and vendor files."  MGA further objects to this

5  request on the grounds that it is overly broad and unduly burdensome in that it seeks

6  documents not relevant to the claims or defenses in this action and not reasonably

7  calculated to lead to the discovery of admissible evidence.  Mattel has not

8  demonstrated how *all* personnel and vendor files for Steve Linker could be relevant

9  to the claims and defenses in this action, let alone established that the relevancy of

10  these documents outweighs the individual's fundamental right of privacy.  The

11  request is not limited to the subject matter of this action and requires disclosure of

12  private, confidential documents that are not relevant to this action, and is thus

13  impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.

14  MGA further objects to this request as being overly broad and unduly burdensome

15  on the grounds that it is not limited in time.  MGA further objects to the request to

16  the extent it seeks confidential, proprietary or commercially sensitive information,

17  the disclosure of which would be inimical to the business interests of MGA.  MGA

18  further objects to the request to the extent it violates the privacy rights of third parties

19  to their private, confidential, proprietary or trade secret information.  Such

20  information may also be subject to protective orders governing other litigations

21  thereby precluding disclosure in response to this request.

22      MGA further objects to this request as cumulative, duplicative, and unduly

23  burdensome to the extent that it seeks documents previously requested by Mattel or

24  produced by MGA in response to Mattel's document requests, including, but not

25  limited to:  Request Nos. 73, 74, and 96 from Mattel's First Set of Requests for

26  Documents and Things to Isaac Larian.

27

28

EXHIBIT 4, PAGE 310

MGA'S SUPPLEMENTAL RESPONSES
TO MATTEL'S THIRD SET OF REQUESTS FOR PRODUCTION

1 | <u>SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 81</u>:

2 |     MGA incorporates by reference its General Response and General Objections

3 | above, as though fully set forth herein.  MGA further objects to the request to the

4 | extent it seeks the production of documents that are protected from disclosure under

5 | any applicable privilege, doctrine or immunity, including without limitation the

6 | attorney-client privilege, the work product doctrine, the right of privacy, and all other

7 | privileges recognized under the constitutional, statutory or decisional law of the

8 | United States of America, the State of California or any other applicable jurisdiction.

9 | MGA further objects to this request on the grounds that it is vague and ambiguous in

10 | its use of the terms "personnel and vendor files."  MGA further objects to this

11 | request on the grounds that it is overly broad and unduly burdensome in that it seeks

12 | documents not relevant to the claims or defenses in this action and not reasonably

13 | calculated to lead to the discovery of admissible evidence.  Mattel has not

14 | demonstrated how *all* personnel and vendor files for Steve Linker could be relevant

15 | to the claims and defenses in this action, let alone established that the relevancy of

16 | these documents outweighs the individual's fundamental right of privacy.  The

17 | request is not limited to the subject matter of this action and requires disclosure of

18 | private, confidential documents that are not relevant to this action, and is thus

19 | impermissibly overbroad.  <u>See</u> Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.

20 | MGA further objects to this request as being overly broad and unduly burdensome

21 | on the grounds that it is not limited in time.  MGA further objects to the request to

22 | the extent it seeks confidential, proprietary or commercially sensitive information,

23 | the disclosure of which would be inimical to the business interests of MGA.  MGA

24 | further objects to the request to the extent it violates the privacy rights of third parties

25 | to their private, confidential, proprietary or trade secret information.  Such

26 | information may also be subject to protective orders governing other litigations

27 | thereby precluding disclosure in response to this request.

28 |

EXHIBIT 4 , PAGE 31

MGA'S SUPPLEMENTAL RESPONSES
TO MATTEL'S THIRD SET OF REQUESTS FOR PRODUCTION

1    MGA further objects to this request as cumulative, duplicative, and unduly

2  burdensome to the extent that it seeks documents previously requested by Mattel or

3  produced by MGA in response to Mattel's document requests, including, but not

4  limited to:  Request Nos. 73, 74, and 96 from Mattel's First Set of Requests for

5  Documents and Things to Isaac Larian.

6    Subject to and without waiving the foregoing objections, MGA will produce

7  non-privileged documents from Steve Linker's personnel or vendor file that refer or

8  relate to work or services provided by Mr. Linker on Bratz prior to January 1, 2001,

9  if any, in its possession, custody or control that it is able to locate following a

10  reasonably diligent search.

11  REQUEST FOR PRODUCTION NO. 82:

12    All personnel and vendor files for Veronica Marlow.

13  RESPONSE TO REQUEST FOR PRODUCTION NO. 82:

14    MGA incorporates by reference its General Response and General Objections

15  above, as though fully set forth herein.  MGA further objects to the request to the

16  extent it seeks the production of documents that are protected from disclosure under

17  any applicable privilege, doctrine or immunity, including without limitation the

18  attorney-client privilege, the work product doctrine, the right of privacy, and all other

19  privileges recognized under the constitutional, statutory or decisional law of the

20  United States of America, the State of California or any other applicable jurisdiction.

21  MGA further objects to this request on the grounds that it is vague and ambiguous in

22  its use of the terms "personnel and vendor files."  MGA further objects to this

23  request on the grounds that it is overly broad and unduly burdensome in that it seeks

24  documents not relevant to the claims or defenses in this action and not reasonably

25  calculated to lead to the discovery of admissible evidence.  Mattel has not

26  demonstrated how *all* personnel and vendor files for Veronica Marlow could be

27  relevant to the claims and defenses in this action, let alone established that the

28

141

EXHIBIT 4, PAGE 312

1  relevancy of these documents outweighs the individual's fundamental right of

2  privacy. The request is not limited to the subject matter of this action and requires

3  disclosure of private, confidential documents that are not relevant to this action, and

4  is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at

5  21:5-7. MGA further objects to this request as being overly broad and unduly

6  burdensome on the grounds that it is not limited in time. MGA further objects to the

7  request to the extent it seeks confidential, proprietary or commercially sensitive

8  information, the disclosure of which would be inimical to the business interests of

9  MGA. MGA further objects to the request to the extent it violates the privacy rights

10  of third parties to their private, confidential, proprietary or trade secret information.

11  Such information may also be subject to protective orders governing other litigations

12  thereby precluding disclosure in response to this request.

13      MGA further objects to this request as cumulative, duplicative, and unduly

14  burdensome to the extent that it seeks documents previously requested by Mattel or

15  produced by MGA in response to Mattel's document requests, including, but not

16  limited to: Request Nos. 9, 16, 17, 72, and 76 from Mattel's First Set of Requests for

17  Production of Documents and Tangible Things to MGA, and Request Nos. 64, 83, 84,

18  111, 160, 164, and 171 from Mattel's First Set of Requests for Documents and

19  Things to Isaac Larian.

20  SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 82:

21      MGA incorporates by reference its General Response and General Objections

22  above, as though fully set forth herein. MGA further objects to the request to the

23  extent it seeks the production of documents that are protected from disclosure under

24  any applicable privilege, doctrine or immunity, including without limitation the

25  attorney-client privilege, the work product doctrine, the right of privacy, and all other

26  privileges recognized under the constitutional, statutory or decisional law of the

27  United States of America, the State of California or any other applicable jurisdiction.

28

EXHIBIT 4, PAGE 313

MGA'S SUPPLEMENTAL RESPONSES
TO MATTEL'S THIRD SET OF REQUESTS FOR PRODUCTION

1    MGA further objects to this request on the grounds that it is vague and ambiguous in

2    its use of the terms "personnel and vendor files." MGA further objects to this

3    request on the grounds that it is overly broad and unduly burdensome in that it seeks

4    documents not relevant to the claims or defenses in this action and not reasonably

5    calculated to lead to the discovery of admissible evidence. Mattel has not

6    demonstrated how *all* personnel and vendor files for Veronica Marlow could be

7    relevant to the claims and defenses in this action, let alone established that the

8    relevancy of these documents outweighs the individual's fundamental right of

9    privacy. The request is not limited to the subject matter of this action and requires

10    disclosure of private, confidential documents that are not relevant to this action, and

11    is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at

12    21:5-7. MGA further objects to this request as being overly broad and unduly

13    burdensome on the grounds that it is not limited in time. MGA further objects to the

14    request to the extent it seeks confidential, proprietary or commercially sensitive

15    information, the disclosure of which would be inimical to the business interests of

16    MGA. MGA further objects to the request to the extent it violates the privacy rights

17    of third parties to their private, confidential, proprietary or trade secret information.

18    Such information may also be subject to protective orders governing other litigations

19    thereby precluding disclosure in response to this request.

20        MGA further objects to this request as cumulative, duplicative, and unduly

21    burdensome to the extent that it seeks documents previously requested by Mattel or

22    produced by MGA in response to Mattel's document requests, including, but not

23    limited to: Request Nos. 9, 16, 17, 72, and 76 from Mattel's First Set of Requests for

24    Production of Documents and Tangible Things to MGA, and Request Nos. 64, 83, 84,

25    111, 160, 164, and 171 from Mattel's First Set of Requests for Documents and

26    Things to Isaac Larian.

27

28

EXHIBIT 4 , PAGE 314

MGA'S SUPPLEMENTAL RESPONSES
TO MATTEL'S THIRD SET OF REQUESTS FOR PRODUCTION

1    Subject to and without waiving the foregoing objections, MGA will produce

2 non-privileged documents from Veronica Marlow's personnel or vendor file that

3 refer or relate to work or services provided by Ms. Marlow on Bratz prior to January

4 1, 2001, if any, in its possession, custody or control that it is able to locate following

5 a reasonably diligent search.

6 REQUEST FOR PRODUCTION NO. 83:

7    All personnel and vendor files for Peter Marlow.

8 RESPONSE TO REQUEST FOR PRODUCTION NO. 83:

9    MGA incorporates by reference its General Response and General Objections

10 above, as though fully set forth herein.  MGA further objects to the request to the

11 extent it seeks the production of documents that are protected from disclosure under

12 any applicable privilege, doctrine or immunity, including without limitation the

13 attorney-client privilege, the work product doctrine, the right of privacy, and all other

14 privileges recognized under the constitutional, statutory or decisional law of the

15 United States of America, the State of California or any other applicable jurisdiction.

16 MGA further objects to this request on the grounds that it is vague and ambiguous in

17 its use of the terms "personnel and vendor files."  MGA further objects to this

18 request on the grounds that it is overly broad and unduly burdensome in that it seeks

19 documents not relevant to the claims or defenses in this action and not reasonably

20 calculated to lead to the discovery of admissible evidence.  Mattel has not

21 demonstrated how *all* personnel and vendor files for Peter Marlow could be relevant

22 to the claims and defenses in this action, let alone established that the relevancy of

23 these documents outweighs the individual's fundamental right of privacy.  The

24 request is not limited to the subject matter of this action and requires disclosure of

25 private, confidential documents that are not relevant to this action, and is thus

26 impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.

27 MGA further objects to this request as being overly broad and unduly burdensome

28

EXHIBIT 4, PAGE 315

144

1  on the grounds that it is not limited in time. MGA further objects to the request to

2  the extent it seeks confidential, proprietary or commercially sensitive information,

3  the disclosure of which would be inimical to the business interests of MGA. MGA

4  further objects to the request to the extent it violates the privacy rights of third parties

5  to their private, confidential, proprietary or trade secret information. Such

6  information may also be subject to protective orders governing other litigations

7  thereby precluding disclosure in response to this request. MGA further objects to

8  this request as cumulative, duplicative, and unduly burdensome to the extent that it

9  seeks documents previously requested by Mattel or produced by MGA in response to

10  Mattel's document requests.

11  SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 83:

12      MGA incorporates by reference its General Response and General Objections

13  above, as though fully set forth herein. MGA further objects to the request to the

14  extent it seeks the production of documents that are protected from disclosure under

15  any applicable privilege, doctrine or immunity, including without limitation the

16  attorney-client privilege, the work product doctrine, the right of privacy, and all other

17  privileges recognized under the constitutional, statutory or decisional law of the

18  United States of America, the State of California or any other applicable jurisdiction.

19  MGA further objects to this request on the grounds that it is vague and ambiguous in

20  its use of the terms "personnel and vendor files." MGA further objects to this

21  request on the grounds that it is overly broad and unduly burdensome in that it seeks

22  documents not relevant to the claims or defenses in this action and not reasonably

23  calculated to lead to the discovery of admissible evidence. Mattel has not

24  demonstrated how *all* personnel and vendor files for Peter Marlow could be relevant

25  to the claims and defenses in this action, let alone established that the relevancy of

26  these documents outweighs the individual's fundamental right of privacy. The

27  request is not limited to the subject matter of this action and requires disclosure of

28

EXHIBIT 4, PAGE 316

MGA'S SUPPLEMENTAL RESPONSES
TO MATTEL'S THIRD SET OF REQUESTS FOR PRODUCTION

1  private, confidential documents that are not relevant to this action, and is thus

2  impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.

3  MGA further objects to this request as being overly broad and unduly burdensome

4  on the grounds that it is not limited in time.  MGA further objects to the request to

5  the extent it seeks confidential, proprietary or commercially sensitive information,

6  the disclosure of which would be inimical to the business interests of MGA.  MGA

7  further objects to the request to the extent it violates the privacy rights of third parties

8  to their private, confidential, proprietary or trade secret information.  Such

9  information may also be subject to protective orders governing other litigations

10 thereby precluding disclosure in response to this request.  MGA further objects to

11 this request as cumulative, duplicative, and unduly burdensome to the extent that it

12 seeks documents previously requested by Mattel or produced by MGA in response to

13 Mattel's document requests.

14      Subject to and without waiving the foregoing objections, MGA will produce

15 non-privileged documents from Peter Marlow's personnel or vendor file that refer or

16 relate to work or services provided by Mr. Marlow on Bratz prior to January 1, 2001,

17 if any, in its possession, custody or control that it is able to locate following a

18 reasonably diligent search.

19 REQUEST FOR PRODUCTION NO. 84:

20      All personnel and vendor files for Wendy Ragsdale.

21 RESPONSE TO REQUEST FOR PRODUCTION NO. 84:

22      MGA incorporates by reference its General Response and General Objections

23 above, as though fully set forth herein.  MGA further objects to the request to the

24 extent it seeks the production of documents that are protected from disclosure under

25 any applicable privilege, doctrine or immunity, including without limitation the

26 attorney-client privilege, the work product doctrine, the right of privacy, and all other

27 privileges recognized under the constitutional, statutory or decisional law of the

28

EXHIBIT 4, PAGE 317

1  United States of America, the State of California or any other applicable jurisdiction.

2  MGA further objects to this request on the grounds that it is vague and ambiguous in

3  its use of the terms "personnel and vendor files." MGA further objects to this

4  request on the grounds that it is overly broad and unduly burdensome in that it seeks

5  documents not relevant to the claims or defenses in this action and not reasonably

6  calculated to lead to the discovery of admissible evidence. Mattel has not

7  demonstrated how *all* personnel and vendor files for Wendy Ragsdale could be

8  relevant to the claims and defenses in this action, let alone established that the

9  relevancy of these documents outweighs the individual's fundamental right of

10  privacy. The request is not limited to the subject matter of this action and requires

11  disclosure of private, confidential documents that are not relevant to this action, and

12  is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at

13  21:5-7. MGA further objects to this request as being overly broad and unduly

14  burdensome on the grounds that it is not limited in time. MGA further objects to the

15  request to the extent it seeks confidential, proprietary or commercially sensitive

16  information, the disclosure of which would be inimical to the business interests of

17  MGA. MGA further objects to the request to the extent it violates the privacy rights

18  of third parties to their private, confidential, proprietary or trade secret information.

19  Such information may also be subject to protective orders governing other litigations

20  thereby precluding disclosure in response to this request.

21       MGA further objects to this request as cumulative, duplicative, and unduly

22  burdensome to the extent that it seeks documents previously requested by Mattel or

23  produced by MGA in response to Mattel's document requests, including, but not

24  limited to: Request Nos. 71, 110, and 144 from Mattel's First Set of Requests for

25  Documents and Things to Isaac Larian.

26

27

28

EXHIBIT 4, PAGE 318

MGA'S SUPPLEMENTAL RESPONSES
TO MATTEL'S THIRD SET OF REQUESTS FOR PRODUCTION

1   <u>SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 84</u>:

2       MGA incorporates by reference its General Response and General Objections

3 above, as though fully set forth herein.  MGA further objects to the request to the

4 extent it seeks the production of documents that are protected from disclosure under

5 any applicable privilege, doctrine or immunity, including without limitation the

6 attorney-client privilege, the work product doctrine, the right of privacy, and all other

7 privileges recognized under the constitutional, statutory or decisional law of the

8 United States of America, the State of California or any other applicable jurisdiction.

9 MGA further objects to this request on the grounds that it is vague and ambiguous in

10 its use of the terms "personnel and vendor files."  MGA further objects to this

11 request on the grounds that it is overly broad and unduly burdensome in that it seeks

12 documents not relevant to the claims or defenses in this action and not reasonably

13 calculated to lead to the discovery of admissible evidence.  Mattel has not

14 demonstrated how *all* personnel and vendor files for Wendy Ragsdale could be

15 relevant to the claims and defenses in this action, let alone established that the

16 relevancy of these documents outweighs the individual's fundamental right of

17 privacy.  The request is not limited to the subject matter of this action and requires

18 disclosure of private, confidential documents that are not relevant to this action, and

19 is thus impermissibly overbroad.  <u>See</u> Aug. 13 Order at 9:17-20; May 22 Order at

20 21:5-7.  MGA further objects to this request as being overly broad and unduly

21 burdensome on the grounds that it is not limited in time.  MGA further objects to the

22 request to the extent it seeks confidential, proprietary or commercially sensitive

23 information, the disclosure of which would be inimical to the business interests of

24 MGA.  MGA further objects to the request to the extent it violates the privacy rights

25 of third parties to their private, confidential, proprietary or trade secret information.

26 Such information may also be subject to protective orders governing other litigations

27 thereby precluding disclosure in response to this request.

EXHIBIT 4, PAGE 319

28

MGA'S SUPPLEMENTAL RESPONSES
TO MATTEL'S THIRD SET OF REQUESTS FOR PRODUCTION

1   MGA further objects to this request as cumulative, duplicative, and unduly

2   burdensome to the extent that it seeks documents previously requested by Mattel or

3   produced by MGA in response to Mattel's document requests, including, but not

4   limited to:  Request Nos. 71, 110, and 144 from Mattel's First Set of Requests for

5   Documents and Things to Isaac Larian.

6         Subject to and without waiving the foregoing objections, MGA will produce

7   non-privileged documents from Wendy Ragsdale's personnel or vendor file that refer

8   or relate to work or services provided by Ms. Ragsdale on Bratz prior to January 1,

9   2001, if any, in its possession, custody or control that it is able to locate following a

10  reasonably diligent search.

11  REQUEST FOR PRODUCTION NO. 85:

12        All personnel and vendor files for Billy Ragsdale.

13  RESPONSE TO REQUEST FOR PRODUCTION NO. 85:

14        MGA incorporates by reference its General Response and General Objections

15  above, as though fully set forth herein.  MGA further objects to the request to the

16  extent it seeks the production of documents that are protected from disclosure under

17  any applicable privilege, doctrine or immunity, including without limitation the

18  attorney-client privilege, the work product doctrine, the right of privacy, and all other

19  privileges recognized under the constitutional, statutory or decisional law of the

20  United States of America, the State of California or any other applicable jurisdiction.

21  MGA further objects to this request on the grounds that it is vague and ambiguous in

22  its use of the terms "personnel and vendor files."  MGA further objects to this

23  request on the grounds that it is overly broad and unduly burdensome in that it seeks

24  documents not relevant to the claims or defenses in this action and not reasonably

25  calculated to lead to the discovery of admissible evidence.  Mattel has not

26  demonstrated how *all* personnel and vendor files for Billy Ragsdale could be

27  relevant to the claims and defenses in this action, let alone established that the

28

149

EXHIBIT 4, PAGE 320

1 | relevancy of these documents outweighs the individual's fundamental right of
2 | privacy. The request is not limited to the subject matter of this action and requires
3 | disclosure of private, confidential documents that are not relevant to this action, and
4 | is thus impermissibly overbroad. <u>See</u> Aug. 13 Order at 9:17-20; May 22 Order at
5 | 21:5-7. MGA further objects to this request as being overly broad and unduly
6 | burdensome on the grounds that it is not limited in time. MGA further objects to the
7 | request to the extent it seeks confidential, proprietary or commercially sensitive
8 | information, the disclosure of which would be inimical to the business interests of
9 | MGA. MGA further objects to the request to the extent it violates the privacy rights
10 | of third parties to their private, confidential, proprietary or trade secret information.
11 | Such information may also be subject to protective orders governing other litigations
12 | thereby precluding disclosure in response to this request.

13 | MGA further objects to this request as cumulative, duplicative, and unduly
14 | burdensome to the extent that it seeks documents previously requested by Mattel or
15 | produced by MGA in response to Mattel's document requests, including, but not
16 | limited to: Request Nos. 70, 109, and 145 from Mattel's First Set of Requests for
17 | Documents and Things to Isaac Larian.

18 | <u>SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 85:</u>

19 | MGA incorporates by reference its General Response and General Objections
20 | above, as though fully set forth herein. MGA further objects to the request to the
21 | extent it seeks the production of documents that are protected from disclosure under
22 | any applicable privilege, doctrine or immunity, including without limitation the
23 | attorney-client privilege, the work product doctrine, the right of privacy, and all other
24 | privileges recognized under the constitutional, statutory or decisional law of the
25 | United States of America, the State of California or any other applicable jurisdiction.
26 | MGA further objects to this request on the grounds that it is vague and ambiguous in
27 | its use of the terms "personnel and vendor files." MGA further objects to this
28 |

EXHIBIT _4_, PAGE 324

MGA'S SUPPLEMENTAL RESPONSES
TO MATTEL'S THIRD SET OF REQUESTS FOR PRODUCTION

1 request on the grounds that it is overly broad and unduly burdensome in that it seeks

2 documents not relevant to the claims or defenses in this action and not reasonably

3 calculated to lead to the discovery of admissible evidence.  Mattel has not

4 demonstrated how *all* personnel and vendor files for Billy Ragsdale could be

5 relevant to the claims and defenses in this action, let alone established that the

6 relevancy of these documents outweighs the individual's fundamental right of

7 privacy.  The request is not limited to the subject matter of this action and requires

8 disclosure of private, confidential documents that are not relevant to this action, and

9 is thus impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22 Order at

10 21:5-7.  MGA further objects to this request as being overly broad and unduly

11 burdensome on the grounds that it is not limited in time.  MGA further objects to the

12 request to the extent it seeks confidential, proprietary or commercially sensitive

13 information, the disclosure of which would be inimical to the business interests of

14 MGA.  MGA further objects to the request to the extent it violates the privacy rights

15 of third parties to their private, confidential, proprietary or trade secret information.

16 Such information may also be subject to protective orders governing other litigations

17 thereby precluding disclosure in response to this request.

18     MGA further objects to this request as cumulative, duplicative, and unduly

19 burdensome to the extent that it seeks documents previously requested by Mattel or

20 produced by MGA in response to Mattel's document requests, including, but not

21 limited to:  Request Nos. 70, 109, and 145 from Mattel's First Set of Requests for

22 Documents and Things to Isaac Larian.

23     Subject to and without waiving the foregoing objections, MGA will produce

24 non-privileged documents from Billy Ragsdale's personnel or vendor file that refer

25 or relate to work or services provided by Mr. Ragsdale on Bratz prior to January 1,

26 2001, if any, in its possession, custody or control that it is able to locate following a

27 reasonably diligent search.

28

EXHIBIT 4, PAGE 322

151