QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>[To Be Heard by Discovery Master Hon. Edward Infante (Ret.) Pursuant to the Court's Order of December 6, 2006]<br><br>PROOF OF SERVICE re MATTEL, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND THINGS BY MGA ENTERTAINMENT, INC.<br><br>Date: TBA<br>Time: TBA<br>Place: Telephonic<br><br>Discovery Cut-off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 1055 W. Seventh Street, Ste. 250, Los Angeles, California 90017.

On January 28, 2008, I served true copies of the following document(s) described as:

MATTEL, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND THINGS BY MGA ENTERTAINMENT, INC. AND FOR AWARD OF MONETARY SANCTIONS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF;

DECLARATION OF SCOTT B. KIDMAN IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND THINGS BY MGA ENTERTAINMENT, INC. AND FOR AWARD OF MONETARY SANCTIONS;

MATTEL, INC.'S SEPARATE STATEMENT IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND THINGS BY MGA ENTERTAINMENT, INC. AND FOR AWARD OF MONETARY SANCTIONS; and

PROOF OF SERVICE

on parties in this action as follows:

**Skadden, Arps, Slate, Meagher & Flom LLP**
Thomas J. Nolan, Esq.
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Telephone: 213.687.5000
Facsimile: 213.687.5600

Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Ltd., Isaac Larian and MGAE de Mexico, S.R.L. de C.V.

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 28, 2008, at Los Angeles, California.

PEDRO MIRANDA                    /s/ Pedro Miranda
PRINT NAME

20165/1890316.1

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On January 28, 2008, I served true copies of the following document(s) described as  on the parties in this action as follows:

DECLARATION OF SCOTT B. KIDMAN IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND THINGS BY MGA ENTERTAINMENT, INC. AND FOR AWARD OF MONETARY SANCTIONS;

MATTEL, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND THINGS BY MGA ENTERTAINMENT, INC. AND FOR AWARD OF MONETARY SANCTIONS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF;

MATTEL, INC.'S SEPARATE STATEMENT IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND THINGS BY MGA ENTERTAINMENT, INC. AND FOR AWARD OF MONETARY SANCTIONS; and

PROOF OF SERVICE

**SEE ATTACHED LIST**

**BY MAIL:** I am "readily familiar" with the practices of Quinn Emanuel Urquhart Oliver & Hedges for collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. I enclosed the foregoing in sealed envelope(s) addressed as shown above, and such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 28, 2008, at Los Angeles, California.

SARAH BLANCO

# SERVICE LIST

**Keker & Van Nest, LLP**
John W. Keker, Esq.
Michael H. Page, Esq.
Christa M. Anderson, Esq.
710 Sansome Street
San Francisco, CA 94111
Telephone: 415.391.5400
Facsimile: 415.397.7188

Attorneys for Carter Bryant

---

**Overland Borenstein Scheper & Kim, LLP**
Mark E. Overland, Esq.
David C. Scheper, Esq.
Alexander H. Cote, Esq.
300 South Grand Avenue, Suite 2750
Los Angeles, CA 90071
Telephone: 213.613.4655
Facsimile: 213.613.4656

Attorneys for Carlos Gustavo Machado Gomez

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 1055 W. Seventh Street, Ste. 250, Los Angeles, California 90017.

On January 29, 2008, I served true copies of the following document(s) described as:

DECLARATION OF SCOTT B. KIDMAN IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND THINGS BY MGA ENTERTAINMENT, INC. AND FOR AWARD OF MONETARY SANCTIONS **[PUBLIC REDACTED]**;

APPLICATION TO FILE UNDER SEAL;

PROPOSED ORDER; and

PROOF OF SERVICE

on parties in this action as follows:

**Skadden, Arps, Slate, Meagher & Flom LLP**
Thomas J. Nolan, Esq.
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Telephone: 213.687.5000
Facsimile: 213.687.5600

Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Ltd., Isaac Larian and MGAE de Mexico, S.R.L. de C.V.

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 29, 2008, at Los Angeles, California.

KYLE GLEASON
PRINT NAME

09556/2370654.1

|  |  |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543. |
| 3 | |
| 4 | On January 29, 2008, I served true copies of the following document(s) described as  on the parties in this action as follows: |
| 5 | |
| 6 | DECLARATION OF SCOTT B. KIDMAN IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND THINGS BY MGA ENTERTAINMENT, INC. AND FOR AWARD OF MONETARY SANCTIONS **[PUBLIC REDACTED]**; |
| 7 | |
| 8 | APPLICATION TO FILE UNDER SEAL; |
| 9 | PROPOSED ORDER; and |
| 10 | PROOF OF SERVICE |
| 11 | |
| 12 | **SEE ATTACHED LIST** |
| 13 | **BY MAIL:** I am "readily familiar" with the practices of Quinn Emanuel Urquhart Oliver & Hedges for collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. I enclosed the foregoing in sealed envelope(s) addressed as shown above, and such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary business practices. |
| 14 | |
| 15 | |
| 16 | |
| 17 | I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. |
| 18 | |
| 19 | Executed on January 29, 2008, at Los Angeles, California. |
| 20 | |
| 21 | SARAH BLANCO |

09556/2370269.1

**SERVICE LIST**

**Keker & Van Nest, LLP**
John W. Keker, Esq.
Michael H. Page, Esq.
Christa M. Anderson, Esq.
710 Sansome Street
San Francisco, CA 94111
Telephone: 415.391.5400, Fax: 415.397.7188

**Attorneys for** *Carter Bryant*

**Overland Borenstein Scheper & Kim, LLP**
Mark E. Overland, Esq.
David C. Scheper, Esq.
Alexander H. Cote, Esq.
300 South Grand Avenue, Suite 2750
Los Angeles, CA 90071
Tel: 213.613.4655; Fax: 213.613.4656

**Attorneys for** *Carlos Gustavo Machado Gomez*