1 QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   John B. Quinn (Bar No. 90378)
2  (johnquinn@quinnemanuel.com)
   Michael T. Zeller (Bar No. 196417)
3  (michaelzeller@quinnemanuel.com)
   Jon D. Corey (Bar No. 185066)
4  (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
6  Facsimile: (213) 443-3100

7 Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Hon. Edward Infante (Ret.)]**<br><br>[PUBLIC REDACTED]<br>DECLARATION OF JENNIFER E. LEWIS IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL PRODUCTION OF FEE AGREEMENTS AND PRIVILEGE LOGS FROM LEAHY, CLOONAN, HALPERN AND MARLOW, AND FOR SANCTIONS<br><br>Date: TBA<br>Time: TBA<br>Place: TBA<br><br>**Phase 1**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2369074.1

DECLARATION OF JENNIFER E. LEWIS

# DECLARATION OF JENNIFER E. LEWIS

I, Jennifer E. Lewis, declare as follows:

1. I am a member of the bar of the State of California and an associate at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Attacehd as Exhibit 1 is a true and correct copy of MGA's Amended and Supplemental Rule 26(a) Disclosures, dated May 16, 2005.

3. Attached as Exhibit 2 is a true and correct copy of Mattel, Inc.'s Subpoena to Margaret Hatch-Leahy, dated March 14, 2005.

4. Attached as Exhibit 3 is a true and correct copy of Mattel, Inc.'s Subpoena to Veronica Marlow, dated March 15, 2005.

5. Attached as Exhibit 4 is a true and correct copy of Mattel, Inc.'s Subpoena to Sarah Halpern, dated March 14, 2005.

6. Attached as Exhibit 5 is a true and correct copy of Mattel, Inc.'s Subpoena to Elise Cloonan, dated May 12, 2005.

7. Attached as Exhibit 6 is a true and correct copy of a letter from Susan Wines to Larry McFarland, dated June 25, 2007.

8. Attached as Exhibit 7 is a true and correct copy of letter from Mr. McFarland to Ms. Wines, dated June 28, 2007.

9. Attached as Exhibit 8 is a true and correct copy of letter from Dylan Proctor to Mr. McFarland, dated November 15, 2007.

10. Attached as Exhibit 9 is a true and correct copy of a letter from Mr. McFarland to Mr. Proctor dated November 21, 2007.

11. Attachd as Exhibit 10 is a true and correct copy of a letter from Mr. Proctor to Mr. McFarland dated November 28, 2007.

12. Attached as Exhibit 11 is a true and correct copy of a letter from Mr. McFarland to Mr. Proctor dated December 3, 2007.

13. Attached as Exhibit 12 is a true and correct copy of a letter from Mr. Proctor to Mr. McFarland dated December 6, 2007.

14. Attached as Exhibit 13 is a true and correct copy of a letter from Mr. McFarland to Mr. Proctor dated December 18, 2007.

15. Attached as Exhibit 14 is a true and correct copy of a letter from Mr. Proctor to Mr. McFarland dated January 10, 2008.

16. Attached as Exhibit 15 is a true and correct copy of a letter from Mr. Proctor to Mr. McFarland dated January 11, 2008.

17. Attached as Exhibit 16 is a true and correct copy of a letter from Ms. Wines to Mr. McFarland dated June 1, 2007.

18. Attached as Exhibit 17 is a true and correct copy of a letter from Mr. McFarland to Ms. Wines dated June 22, 2007.

19. Attached as Exhibit 18 is a true and correct copy of a letter from Mr. Proctor to Mr. McFarland dated January 23, 2008.

20. Attached as Exhibit 19 is a true and correct copy of a letter from Mr. McFarland to Mr. Proctor dated January 27, 2008.

21. Attached as Exhibit 20 is a true and correct copy of an Order Regarding Mattel's Motions to Compel Farhad Larian, Kaye Scholer and Stern & Goldberg To Produce Documents, dated January 25, 2008.

22. Attached as Exhibit 21 is a true and correct copy of the Order Granting Mattel's Motion to Compel Production of Documents, dated January 25, 2007.

23. Attached as Exhibit 22 is a true and correct copy of the Order Granting in Part and Denying in Part Mattel's Motion to Compel Production of Documents by Isaac Larian; Denying Request for Sanctions, dated December 31, 2007.

24. Attached as Exhibit 23 is a true and correct copy of Margaret Hatch-Leahy's Application for Employment, dated February 14, 2005.

1  25. Attached as Exhibit 24 is a true and correct copy of excerpts from Volume I and Volume II of Carter Bryant's Deposition, dated November 4 and November 5, 2004, respectively.

4  26. Attached as Exhibit 25 is a true and correct copy of excerpts from Margaret Leahy's Deposition, dated December 12, 2007.

6  27. Attached as Exhibit 26 is a true and correct copy of excerpts from Volume I of Paula Garcia's Deposition, dated May 24, 2007.

8  28. Attached as Exhibit 27 is a true and correct copy of MGA's Third Supplemental Response to Mattel's Second Set of Interrogatories, dated August 21, 2007.

11  29. Attached as Exhibit 28 is a true and correct copy of excerpts from Anna Rhee's Deposition, dated February 3, 2005.

13  30. Attached as Exhibit 29 is a true and correct copy of excerpts from Richard Irmen's Deposition, dated September 28, 2007.

15  31. I spent more than 6 hours preparing the motion against Leahy, Marlow, Cloonan and Halpern. My billing rate is $350 per hour. Dylan Proctor, a partner at Quinn Emanuel Urquhart Oliver & Hedges, spent more than 2 and a half hours preparing the motion. His billing rate is $605 per hour.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 28, 2008, at Los Angeles, California.

_Jennifer E. Lewis_
Jennifer E. Lewis