UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.   CV 04-09049 SGL(RNBx)                                         Date:  January 29, 2008
           and consolidated actions

Title:   CARTER BRYANT -v- MATTEL, INC.
=====================================================================
PRESENT:   HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

           Jim Holmes                              None Present
           Courtroom Deputy Clerk                  Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None present                             None present

PROCEEDINGS:   ORDER SETTING HEARING (IN CHAMBERS)

    Related largely to the recently passed discovery deadline of January 28, 2008, the Court is in receipt of a number of ex parte applications, which it sets for hearing on February 4, 2008, at 10:00 a.m., in Courtroom One of the above-referenced Court.  Counsel for all parties and third-party witnesses that are the subject of the ex parte applications are ORDERED to appear at that time.

    Mattel's ex parte application to stay the Discovery Master's January 11, 2008, order is GRANTED in part.  Mattel's obligations regarding the Rule 30(b)(6) witnesses set forth in the January 11, 2008, is TEMPORARILY STAYED pending the Court's hearing on February 4, 2008.  Whether the stay will continue beyond that date will be considered by the Court at the hearing.

    **IT IS SO ORDERED.**