1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
    John B. Quinn (Bar No. 090378)
2   johnquinn@quinnemanuel.com
    Michael T. Zeller (Bar No. 196417)
3   (michaelzeller@quinnemanuel.com)
    Jon D. Corey (Bar No. 185066)
4   (joncorey@quinnemanuel.com)
    Timothy L. Alger (Bar No. 160303)
5   (timalger@quinnemanuel.com)
    865 South Figueroa Street, 10th Floor
6  Los Angeles, California  90017-2543
    Telephone:  (213) 443-3000
7  Facsimile:  (213) 443-3100

8  Attorneys for Mattel, Inc.

9

10                  UNITED STATES DISTRICT COURT

11                CENTRAL DISTRICT OF CALIFORNIA

12                      EASTERN DIVISION

13  CARTER BRYANT, an individual,          CASE NO. CV 04-9049 SGL (RNBx)

14            Plaintiff,                    Consolidated with
                                            Case No. CV 04-09059
15       vs.                                Case No. CV 05-02727

16  MATTEL, INC., a Delaware               **DISCOVERY MATTER**
    corporation,
17                                          [To Be Heard By Discovery Master
            Defendant.                      Hon. Edward Infante (Ret.)]
18
                                            [PUBLIC REDACTED]
19  AND CONSOLIDATED ACTIONS                DECLARATION OF TAMAR
                                            BUCHAKJIAN IN SUPPORT OF
20                                          MATTEL, INC.'S NOTICE OF
                                            MOTION AND MOTION TO
21                                          COMPEL FURTHER DEPOSITION
                                            OF MARGARET HATCH-LEAHY,
22                                          AND TO OVERRULE
                                            INSTRUCTIONS NOT TO ANSWER,
23                                          AND FOR SANCTIONS

24                                          Hearing Date:      TBA
                                            Time:              TBA
25                                          Place:             TBA

26                                          Discovery cutoff:     January 28, 2008
                                            Pre-trial Conference: May 5, 2008
27                                          Trial Date:           May 27, 2008

28

07209/2370837.1

## DECLARATION OF TAMAR BUCHAKJIAN

I, Tamar Buchakjian, declare as follows:

1.     I am a member of the bar of the State of California and an associate at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel").  I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2.     Attached as Exhibit 1 is a true and correct copy of Margaret Hatch-Leahy's MGA Application For Employment ("Leahy Employment Application"), dated February 14, 2005.

3.     Attached as Exhibit 2  is a true and correct copy of excerpts of the Deposition of Carter Bryant, dated November 4, 2004.

4.     Attached as Exhibit 3 is a true and correct copy of excerpts of the Deposition of Paula Garcia, dated May 24, 2007.

5.     Attached as Exhibit 4 is a true and correct copy of excerpts of the Deposition of Paula Garcia, dated May 25, 2007.

6.     Attached as Exhibit 5 is a true and correct copy of a excerpts of the Deposition of Margaret Hatch-Leahy, dated December 12, 2007.

7.     Attached as Exhibit 6 is a true and correct copy of Mattel, Inc.'s Subpoena to Margaret Hatch-Leahy, dated March 14, 2005.

8.     Attached as Exhibit 7 is a true and correct copy of redacted pages from Margaret Hatch-Leahy's day planner produced by Margaret Hatch-Leahy bearing bates numbers SABW-L 00001 - SABW-L 00012.

9.     Attached as Exhibit 8 is a true and correct copy of a letter from Susan Wines to Larry McFarland, dated June 1, 2007.

10.     Attached as Exhibit 9 is a true and correct copy of a letter from Larry McFarland to Susan Wines, dated June 22, 2007.

11.     Attached as Exhibit 10 is a true and correct copy of a letter from Susan Wines to Larry McFarland, dated June 25, 2007.

1          12.    Attached as Exhibit 11 is a true and correct copy of a letter from

2  Larry McFarland to Susan Wines, dated June 28, 2007.

3          13.    Attached as Exhibit 12 is a true and correct copy of documents

4  produced by Margaret Hatch-Leahy bearing bates numbers KMW-L 00077.01-

5  000105.01.

6          14.    Attached as Exhibit 13 is a true and correct copy of excerpts of

7  the Deposition of Anna Rhee, dated February 3, 2005.

8          15.    Attached as Exhibit 14 is a true and correct copy of a document

9  produced by Margaret Hatch-Leahy bearing bates number KMW-L 00078.01.

10          16.    Attached as Exhibit 15 is a true and correct copy of documents

11  produced by Margaret Hatch-Leahy bearing bates numbers KMW-L 00083.01,

12  00089.01 and 00090.01.

13          17.    Attached as Exhibit 16 is a true and correct copy of excerpts of

14  the meet and confer transcript, dated May 2, 2005.

15          18.    Attached as Exhibit 17 is a true and correct copy of a letter from

16  Dylan Proctor to Larry McFarland, dated November 7, 2007.

17          19.    Attached as Exhibit 18 is a true and correct copy of a letter from

18  Dylan Proctor to Larry McFarland, dated November 9, 2007.

19          20.    Attached as Exhibit 19 is a true and correct copy of a letter from

20  Larry McFarland to Dylan Proctor, dated November 14, 2007.

21          21.    Attached as Exhibit 20 is a true and correct copy of a letter from

22  Dylan Proctor to Larry McFarland, dated November 15, 2007.

23          22.    Attached as Exhibit 21 is a true and correct copy of a letter from

24  Larry McFarland to Dylan Proctor, dated November 21, 2007.

25

26

27

28

1           23.     Attached as Exhibit 22 is a true and correct copy of a letter from

2 Dylan Proctor to Larry McFarland, dated November 28, 2007.

3           24.     Attached as Exhibit 23 is a true and correct copy of Mattel, Inc.'s

4 Subpoena to Margaret Leahy, dated November 28, 2007.

5           25.     Attached as Exhibit 24 is a true and correct copy of Mattel, Inc.'s

6 Notice of Subpoena Issued to Margaret Leahy, dated November 28, 2007.

7           26.     Attached as Exhibit 25 is a true and correct copy of a letter from

8 Larry McFarland to Dylan Proctor, dated December 3, 2007.

9           27.     Attached as Exhibit 26 is a true and correct copy of a letter from

10 Larry McFarland to Dylan Proctor, dated December 5, 2007.

11           28.     Attached as Exhibit 27 is a true and correct copy of a letter from

12 Susan Wines to Larry McFarland, dated June 7, 2007.

13           29.     Attached as Exhibit 28 is a true and correct copy of Carter

14 Bryant's Supplemental Responses to Mattel, Inc.'s Revised Third Set of

15 Interrogatories, dated December 17, 2007.

16           30.     Mattel offered to take Margaret Hatch Leahy's deposition at any

17 time in July, but her counsel claimed that she was unavailable until September.

18           31.     Attached as Exhibit 29 is a true and correct copy of a letter from

19 Larry McFarland to Susan Wines, dated September 28, 2007.

20           32.     Attached as Exhibit 30 is a true and correct copy of a letter from

21 Michael Zeller to Larry McFarland, dated October 1, 2007.

22           33.     Attached as Exhibit 31 is a true and correct copy of a excerpts

23 from the transcript of the October 15, 2007 status conference before Judge Larson.

24           34.     Attached as Exhibit 32 is a true and correct copy of a letter from

25 Larry McFarland to Michael Zeller and Dylan Proctor, dated October 16, 2007.

26           35.     Attached as Exhibit 33 is a true and correct copy of a letter from

27 Michael Zeller to Larry McFarland, dated October 16, 2007.

28

1          36.    Attached as Exhibit 34 is a true and correct copy of a letter from

2 Michael Zeller to Larry McFarland, dated October 24, 2007.

3          37.    Attached as Exhibit 35 is a true and correct copy of a letter from

4 Dylan Proctor to Larry McFarland dated November 2, 2007.

5          38.    Attached as Exhibit 36 is a true and correct copy of a letter from

6 Larry McFarland to Dylan Proctor, dated November 12, 2007.

7          39.    Attached as Exhibit 37 is a true and correct copy of a letter from

8 Dylan Proctor to Larry McFarland, dated November 15, 2007.

9          40.    Attached as Exhibit 38 is a true and correct copy of excerpts from

10 the transcript of proceedings regarding Mattel's *Ex Parte* Application to (1) Compel

11 Depositions of Elise Cloonan, Margaret Hatch-Leahy, and Veronica Marlow, or in

12 the Alternative, Modify the Scheduling Order, dated November 20, 2007.

13          41.    On December 11, 2007, the day before Ms. Leahy's deposition,

14 Ms. Leahy produced some 175 pages of documents consisting of unidentified

15 photographs of doll casts, molds and sculpts of a variety of products, including Bratz

16 and Prayer Angels.  Attached as Exhibit 39 is a true and correct copy of a letter from

17 Larry McFarland to Dylan Proctor, dated December 11, 2007.

18          42.    Attached as Exhibit 40 is a true and correct copy of a excerpts

19 from Margaret Hatch Leahy's unredacted calendar produced for the first time at her

20 deposition on December 12, 2007.

21          43.    During the parties' meet and confer on January 9, 2008, and

22 thereafter, counsel represented that he would not agree to a full day of additional

23 testimony.

24          44.    Attached as Exhibit 41 is a true and correct copy of a letter from

25 Dylan Proctor to Larry McFarland, dated December 18, 2007.

26          45.    Attached as Exhibit 42 is a true and correct copy of MGA's Rule

27 26(a) Disclosures, dated January 6, 2005.

28

1    46.    Attached as Exhibit 43 is a true and correct copy of excerpts from

2  the Deposition of Isaac Larian, dated July 18, 2006.

3    47.    Attached as Exhibit 44 is a true and correct copy of excerpts of

4  Bryant's Separate Statement in Support of the Kaye Motion, Instruction Nos. 15, 17,

5  dated March 28, 2007.

6    48.    Attached as Exhibit 45 is a true and correct copy of the Order

7  Granting in Part Bryant's Motion to Overrule Instructions Not to Answer During the

8  Deposition of Alan Kaye, dated May 4, 2007.

9    49.    Attached as Exhibit 46 is a true and correct copy of excerpts of

10  the Declaration of B. Dylan Proctor, dated August 1, 2007.

11    50.    Attached as Exhibit 47 is a true and correct copy of the Order

12  Granting Mattel's Motion for an Extension of Time to Depose Paula Garcia in Her

13  Individual Capacity and as a 30(b)(6) Designee, dated August 14, 2007.

14    51.    Attached as Exhibit 48 is a true and correct copy of excerpts of

15  the Deposition Paula Garcia, dated October 10, 2007.

16    52.    Attached as Exhibit 49 is a true and correct copy of MGA's

17  Supplemental Disclosures Under Rule 26(a)(1), dated September 21, 2007.

18    53.    Attached as Exhibit 50 is a true and correct copy of MGA's Third

19  Supplemental Responses to Mattel's Second Set of Interrogatories, dated August 21,

20  2007.

21    54.    Mattel has incurred attorneys' fees and costs in excess of $4,500

22  in bringing this motion.  I spent more than 11 hours of time preparing the motion and

23  my declaration, for a total of more than $ 4015.00 at my billing rate of $365.00 per

24  hour.  Michael T. Zeller, a Quinn Emanuel partner, was also involved in preparing

25  this motion and the related declarations.  Mr. Zeller spent more than one hour of his

26  time in preparing this motion and the related declarations, for a total of more than

27  $750.00 at his billing rate of $750.00 per hour.

28

1        I declare under penalty of perjury under the laws of the United States of

2 America that the foregoing is true and correct.

3        Executed on January 28, 2008, at Los Angeles, California.

4

5                                        Tamar Buchakjian

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-6-

BUCHAKJIAN DECLARATION ISO MATTEL'S MOTION TO COMPEL FURTHER DEPOSITION OF
MARGARET HATCH-LEAHY