QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Hon. Edward Infante (Ret.)]**<br><br>DECLARATION OF JENNIFER E. LEWIS IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL FURTHER DEPOSITION OF MARGARET HATCH LEAHY, TO OVERRULE INSTRUCTIONS NOT TO ANSWER, AND FOR SANCTIONS<br><br>Hearing Date:     TBA<br>Time:             TBA<br>Place:            TBA<br><br>Discovery cutoff:     January 28, 2008<br>Pre-trial Conference: May 5, 2008<br>Trial Date:           May 27, 2008 |

07209/2299503.1

DECLARATION OF JENNIFER LEWIS

# DECLARATION OF JENNIFER E. LEWIS

I, Jennifer E. Lewis, declare as follows:

1. I am a member of the bar of the State of California and an associate at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. On July 6, 2007, I went to the office of Larry McFarland, counsel for Margaret Hatch-Leahy, to review Ms. Leahy's original, unredacted day planner. While reviewing the planner I saw numerous entries that were responsive to the subpoena served on Ms. Leahy on March 14, 2005 which had not previously been produced to Mattel. Instead, they were redacted from the version of the planner first produced by Ms. Leahy to Mattel. These entries included the following:

1. A reference to Angel from June 2000;
2. Carter Bryant's extension and phone number from an entry prior to September 29, 2000; and
3. References to Anna Rhee, Carter Bryant and Mercedeh.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 28, 2008, at Los Angeles, California.

/s/ Jennifer E. Lewis
Jennifer E. Lewis