QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Hon. Edward Infante (Ret.)]**<br><br>[PUBLIC REDACTED] DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY ANNE WANG<br><br>Date:   TBA<br>Time:  TBA<br>Place:  TBA<br><br>**Phase 1**<br>Discovery Cut-Off:   January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date:          May 27, 2008 |

07209/2368831.1

DECLARATION OF B. DYLAN PROCTOR

# DECLARATION OF B. DYLAN PROCTOR

I, B. Dylan Proctor, declare as follows:

1. I am a member of the bar of the State of California and a partner of Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Attached as Exhibit 1 is a true and correct copy of Mattel, Inc.'s Subpoena to Anne Wang, dated October 26, 2007.

3. Attached as Exhibit 2 is a true and correct copy of a letter from Linda Burrow, counsel for Ms. Wang, to Michael Zeller, dated November 14, 2007.

4. Attached as Exhibit 3 is a true and correct copy of Ms. Wang's Response to Subpoena, dated November 27, 2007.

5. Attached as Exhibit 4 is a true and correct copy of a letter from Ms. Burrow to myself, dated December 4, 2007.

6. Attached as Exhibit 5 is a true and correct copy of the Privilege Log of Anne Wang.

7. I met and conferred with Ms. Burrow regarding this motion on December 18, 2007. During the conference of counsel, Ms. Burrow informed me that Ms. Wang would not search for communications between herself and MGA or Larian that do not refer or relate to Bryant. Ms. Burrow also represented that Ms. Wang is not withholding non-privileged documents responsive to any of the requests in Mattel's subpoena, except for Request No. 4.

8. Ms. Wang's privilege log, attached hereto as Exhibit 5, lists five draft agreements which, according to the log and as confirmed by Ms. Burrow during the December 18, 2007 conference of counsel, were sent by MGA to Carter Bryant before their agreement was executed. The agreements were thus exchanged between MGA and Bryant when they were adverse parties in a business transaction.

1  Nevertheless, Ms. Wang refused to produce any of the withheld agreements, even in
2  redacted form.
3       9.     Attached as Exhibit 6 is a true and correct copy of a letter I sent to Ms.
4  Burrow, dated December 19, 2007.
5       10.    Attached as Exhibit 7 is a true and correct copy of the Order Granting
6  In Part and Denying In Part Mattel's Motion for Leave to Take Additional
7  Discovery, dated January 7, 2008.
8       11.    Attached as Exhibit 8 is a true and correct copy of Mattel's Subpoena to
9  Anne Wang for Deposition, dated January 14, 2008.
10      12.    Attached as Exhibit 9 is a true and correct copy of the Order Granting
11 Mattel's Motion to Compel MGA to Produce Documents Bearing Bates Nos. MGA
12 0800793-0800794 and MGA 0829296-0829305, dated December 17, 2007.
13      13.    Attached as Exhibit 10 is a true and correct copy of excerpts from
14 David Rosenbaum's production bearing Bates Numbers DR 00073-84.
15      14.    Attached as Exhibit 11 is a true and correct copy of a letter Ms. Burrow
16 sent to me, dated December 26, 2007.
17      15.    Attached as Exhibit 12 is a true and correct copy of excerpts from Isaac
18 Larian's deposition on July 18, 2006.
19      16.    Attached as Exhibit 13 is a true and correct copy of excerpts from
20 David Rosenbaum's deposition on January 25, 2008 (rough transcript).
21
22      I declare under penalty of perjury under the laws of the United States of
23 America that the foregoing is true and correct.
24      Executed on January 28, 2008, at Los Angeles, California.
25                              /s/ B. Dylan Proctor
26                              _____
                                B. Dylan Proctor
27
28

07209/2368831.1

-2-

DECLARATION OF B. DYLAN PROCTOR