QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
johnquinn@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
Timothy L. Alger (Bar No. 160303)
(timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff and Cross-Defendant Mattel, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case Nos.<br>CV 04-09059<br>CV 05-02727<br><br>**PROOF OF SERVICE**<br><br>Discovery Cut-off: January 28, 2008<br>Final Pre-trial Conf. Date: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2370081.1

PROOF OF SERVICE

Case No. CV 04-9049 SGL (RNBx)

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is NOW Messenger Service, 1301 West Second Street, Suite 206, Los Angeles, California 90026.

On January 28, 2008, I served true copies of the following documents described as:

**SEE DOCUMENT LIST**

on the parties in this action as follows:

| | |
|---|---|
| Thomas J. Nolan, Esq.<br>**Skadden, Arps, Slate, Meagher & Flom LLP**<br>300 South Grand Ave., Suite 3400<br>Los Angeles, California 90071<br>*Attorneys for MGA Entertainment, Inc.* | Mark E. Overland, Esq.<br>David E. Scheper, Esq.<br>Alexander H. Cote, Esq.<br>**Overland Borenstein Scheper & Kim, LLP**<br>300 South Grand Ave., Suite 2750<br>Los Angeles, CA 90071-3144<br>*Attorneys for Carlos Gustavo Machado* |
| Linda M. Burrow, Esq.<br>**Caldwell Leslie & Proctor, PC**<br>1000 Wilshire Blvd., Suite 600<br>Los Angeles, CA 90017<br>*Attorneys for Third-Party Anne Wang* | |

[√]   [PERSONAL] by personally delivering the document listed above to the person(s) at the address(es) set forth above.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 28, 2008, at Los Angeles, California.

*/s/ David Quintana*
David Quintana

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On January 28, 2008, I served true copies of the following document(s) described as

### SEE DOCUMENT LIST

on the parties in this action as follows:

> John W. Keker, Esq.
> Michael H. Page, Eseq.
> Christa M. Anderson, Esq.
> **Keker & Van Nest, LLP**
> 710 Sansome Street
> San Francisco, CA 94111
> *Attorneys for CARTER BRYANT*

**BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 28, 2008, at Los Angeles, California.

*Laura Kinsey*
Laura Kinsey

# DOCUMENT LIST

1). MATTEL, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY ANNE WANG; AND MEMORANDUM OF POINTS AND AUTHORITIES

2). DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY ANNE WANG
(to Skadden, Arps, Slate, Meagher & Flom LLP, Overland Borenstein Scheper & Kim, LLP and Keker & Van Nest ONLY)

3) [PUBLIC REDACTED] DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY ANNE WANG
(to Caldwell, Leslie & Proctor ONLY)

07209/2370081.1

-4-

Case No. CV 04-9049 SGL (RNBx)

PROOF OF SERVICE