QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff and Cross-Defendant Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case Nos.<br>CV 04-09059<br>CV 05-02727<br><br>**PROOF OF SERVICE**<br><br>Discovery Cut-off: January 28, 2008<br>Final Pre-trial Conf. Date: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2370734.1

PROOF OF SERVICE

Case No. CV 04-9049 SGL (RNBx)

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 S. Figueroa Street, 10th Floor, Los Angeles, California 90017.

On January 28, 2008, I served true copies of the following documents described as:

### SEE DOCUMENT LIST

on the parties in this action as follows:

| | |
|---|---|
| Thomas J. Nolan, Esq.<br>**Skadden, Arps, Slate, Meagher & Flom LLP**<br>300 South Grand Ave., Suite 3400<br>Los Angeles, California 90071<br>*Attorneys for MGA Entertainment, Inc.* | Linda M. Burrow, Esq.<br>**Caldwell Leslie & Proctor, PC**<br>1000 Wilshire Blvd., Suite 600<br>Los Angeles, CA 90017<br>*Attorneys for Third-Party Anne Wang* |

**BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 28, 2008, at Los Angeles, California.

*/s/ Laura Kinsey*
Laura Kinsey

# DOCUMENT LIST

1). MATTEL, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY ANNE WANG; AND MEMORANDUM OF POINTS AND AUTHORITIES

2). DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY ANNE WANG
(to Skadden, Arps, Slate, Meagher & Flom LLP ONLY)

3) [PUBLIC REDACTED] DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY ANNE WANG
(to Caldwell, Leslie & Proctor ONLY)