QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>            Plaintiff,<br><br>     vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>            Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Hon. Edward Infante (Ret.) Pursuant To The Court's Order of December 6, 2006]**<br><br>[PUBLIC REDACTED] DECLARATION OF TAMAR BUCHAKJIAN IN SUPPORT OF MATTEL, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL A COMPLETE RESPONSE TO MATTEL'S SUPPLEMENTAL INTERROGATORY RE TEST PROJECTS<br><br>Date: TBA<br>Time: TBA<br>Place: TBA<br><br>Phase I<br>Discovery cutoff: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

BUCHAKJIAN DECLARATION

## DECLARATION OF TAMAR BUCHAKJIAN

I, Tamar Buchakjian, declare as follows:

1. I am a member of the bar of the State of California and an associate with Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Attached as Exhibit 1 is a true and correct copy of the Order Granting In Part And Denying In Part Mattel's Motion to Compel MGA To Produce Witnesses Pursuant to Third Notice of Deposition Under Rule 30(b)(6), dated September 25, 2007.

3. Attached as Exhibit 2 is a true and correct copy of Mattel. Inc.'s Third Notice of Deposition of MGA Entertainment, Inc. Pursuant to Federal Rule of Civil Procedure 30(b)(6), dated June 5, 2007.

4. Attached as Exhibit 3 is a true and correct copy of Mattel, Inc.'s Supplemental Interrogatory Pursuant to Order Dated September 25, 2007, dated October 17, 2007.

5. Attached as Exhibit 4 is a true and correct copy of excerpts of the Deposition of Carter Bryant, dated November 4, 2004 and November 8, 2004.

6. Attached as Exhibit 5 is a true and correct copy of Carter Bryant's Complaint for Declaratory Relief filed against Mattel on November 2, 2004.

7. Attached as Exhibit 6 is a true and correct copy of excerpts of the Deposition of Sandy Yonemoto, dated May 30, 2007.

8. Attached as Exhibit 7 is a true and correct copy of MGA Entertainment Inc.'s Objections and Responses to Mattel, Inc.'s Supplemental Set of Interrogatories, dated November 19, 2007.

9. Attached as Exhibit 8 is a true and correct copy of a letter from Dylan Proctor to Tim Miller, dated January 10, 2007.

10. Attached as Exhibit 9 is a true and correct copy of a letter from Tim Miller to Dylan Proctor, dated January 17, 2007.

11. Attached as Exhibit 10 is a true and correct copy of an email from Dylan Proctor to Tim Miller, dated January 18, 2007. Mattel did not receive any response from MGA's counsel to this email.

12. Attached as Exhibit 11 is a true and correct copy of excerpts from the Transcript of Hearing, dated September 24, 2007.

13. Mattel has incurred attorneys' fees and costs in excess of $3,500 in bringing this motion. I spent more than 8 hours of time preparing the motion and my declaration, for a total of more than $2920.00 at my billing rate of $365.00 per hour. Dylan Proctor, a Quinn Emanuel partner, was also involved in preparing this motion and the related declaration. Mr. Proctor spent more than one hour of his time in preparing this motion and the related declaration, for a total of more than $605.00 at his billing rate of $605.00 per hour.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 28, 2008, at Los Angeles, California.

/s/ Tamar Buchakjian
Tamar Buchakjian