1 THOMAS J. NOLAN (Bar No. 66992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2 300 South Grand Avenue
Los Angeles, CA 90071-3144
3 Telephone: (213) 687-5000
Facsimile: (213) 687-5600
4 E-mail: tnolan@skadden.com

5 RAOUL D. KENNEDY (Bar No. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
6 4 Embarcadero Center, 38th Floor
San Francisco, California 94111-5974
7 Telephone: (415) 984-6400
Facsimile: (415) 984-2698
8 Email: rkennedy@skadden.com

9 Attorneys for Counter-Defendants,
MGA ENTERTAINMENT, INC.,
10 ISAAC LARIAN, MGA
ENTERTAINMENT (HK) LIMITED,
11 and MGAE de MEXICO S.R.L. de
C.V.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>     Plaintiff,<br><br>     v.<br><br>MATTEL, INC., a Delaware corporation<br><br>     Defendant.<br><br>Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>**DISCOVERY MATTER**<br><br>**[To be heard by Discovery Master Hon. Edward A. Infante (Ret.)]**<br><br>**DECLARATION OF TIMOTHY A. MILLER IN SUPPORT OF MOTION TO QUASH SUBPOENA TO BANK OF AMERICA OR, IN THE ALTERNATIVE, FOR PROTECTIVE ORDER**<br><br>Date: TBD<br>Time: TBD<br>Place: TBD |

DECLARATION OF TIMOTHY A. MILLER IN SUPPORT OF MGA DEFENDANTS' MOTION TO QUASH SUBPOENA TO BANK OF AMERICA OR, IN THE ALTERNATIVE, FOR PROTECTIVE ORDER

I, Timothy A. Miller, hereby declare as follows:

1. I am an attorney licensed to practice law in the State of California and am a partner at the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, attorneys of record for MGA Entertainment, Inc. ("MGA"), Isaac Larian ("Mr. Larian" or "Larian"), MGA Entertainment (HK) Limited ("MGA HK"), and MGAE de Mexico S.R.L. de C.V. ("MGA Mexico") (collectively the "MGA Defendants") in the above-captioned matter. I submit this Declaration in Support of the MGA Defendants' Motion to Quash Subpoena to Bank of America or, in the Alternative, for Protective Order. Unless otherwise stated, I have personal knowledge of the facts set forth below and, if called as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of Mattel, Inc.'s Subpoena *Duces Tecum* to Bank of America, dated January 15, 2008.

3. Attached hereto as Exhibit 2 is a true and correct copy of Mattel Inc.'s Notice of Subpoena Issued to Bank of America, dated January 22, 2008.

4. Although dated January 22, the Notice of Subpoena was not served on the MGA Defendants until the evening of January 24, 2008. Attached hereto as Exhibit 3 is a true and correct copy of Mattel Inc.'s Proof of Service of Subpoena Issued to Bank of America, dated January 24, 2008.

5. Attached hereto as Exhibit 4 is a true and correct copy of an email attaching the Notice of Subpoena, which was sent on January 24, 2008, at 5:55 p.m., by Lucille Clavel of Quinn Emanuel to Thomas J. Nolan and me, among others.

6. After receiving the Notice of Subpoena, the MGA Defendants promptly served objections to the subpoena on Mattel and Bank of America on January 27, 2008. Attached hereto as Exhibit 5 is a true and correct copy of the MGA Defendants' Amended Objections to Mattel Inc.'s Subpoena to Bank of America.

7. Attached hereto as Exhibit 6 is a true and correct copy of a fax coversheet and letter from one of my associates, Nelson Richards, to Bank of America's Subpoena Processing Department, sent January 27, 2008.

8. On January 28, shortly after Mr. Richards spoke with Ms. Long, I contacted Ms. Long and confirmed that Bank of America would not stop a production of documents in response to a federal subpoena absent the filing of a motion to quash and notification to Bank of America of such filing.

9. Attached hereto as Exhibit 7 is a true and correct copy of an email that I sent on January 28, 2008, to B. Dylan Proctor, attorney for Mattel Inc.

10. I am informed and believe that, in mid-January, Mr. Larian produced to Mattel nearly 50,000 pages of documents, which included, among other things, documents showing his net worth; his gross income, wages, dividend income, interest income, and other income; his banks and bank accounts; and various other financial documents.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 29th day of January, 2008, at San Francisco, California.

/s/
Timothy A. Miller