THOMAS J. NOLAN (Bar No. 66992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, CA 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600
E-mail: tnolan@skadden.com

RAOUL D. KENNEDY (Bar No. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Embarcadero Center, 38th Floor
San Francisco, California 94111-5974
Telephone: (415) 984-6400
Facsimile: (415) 984-2698
Email: rkennedy@skadden.com

Attorneys for Counter-Defendants,
MGA ENTERTAINMENT, INC.,
ISAAC LARIAN, MGA
ENTERTAINMENT (HK) LIMITED,
and MGAE de MEXICO S.R.L. de C.V.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation<br><br>Defendant.<br><br>Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>**DISCOVERY MATTER**<br><br>**[To be heard by Discovery Master Hon. Edward A. Infante (Ret.)]**<br><br>**DECLARATION OF NELSON RICHARDS IN SUPPORT OF MOTION TO QUASH SUBPOENA TO BANK OF AMERICA OR, IN THE ALTERNATIVE, FOR PROTECTIVE ORDER**<br><br>Date: TBD<br>Time: TBD<br>Place: TBD |

I, Nelson Richards, hereby declare as follows:

1. I am an attorney licensed to practice law in the State of California and am an associate at the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, attorneys of record for MGA Entertainment, Inc. ("MGA"), Isaac Larian ("Mr. Larian" or "Larian"), MGA Entertainment (HK) Limited ("MGA HK"), and MGAE de Mexico S.R.L. de C.V. ("MGA Mexico") (collectively the "MGA Defendants") in the above-captioned matter. I submit this Declaration in Support of the MGA Defendants' Motion to Quash Subpoena to Bank of America or, in the Alternative, for Protective Order. Unless otherwise stated, I have personal knowledge of the facts set forth below and, if called as a witness, I could and would testify competently thereto.

2. On January 28, 2008, I attempted three times to contact Bank of America's Subpoena Processing Department to identify and communicate with the person in charge of responding to Mattel Inc.'s subpoena. On my third attempt, at about 2:15 p.m., I spoke with Jennifer Long, the supervisor responsible for responding to Mattel's subpoena. I informed Ms. Long of the MGA Defendants' objections to the subpoena and requested that Bank of America wait to respond until after the parties had addressed the MGA Defendants' objections. Ms. Long informed me that there was no attorney responsible for reviewing the subpoena with whom I could speak and that, because a federal subpoena is at issue, Bank of America would not stop production of the documents based solely on a party's request or objection. Ms. Long stated, however, that Bank of America may stop a production of documents in response to a subpoena if a motion to quash the subpoena were filed and Bank of America were notified of such filing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 29th day of January, 2008, at Palo Alto, California.

/s/<br>Nelson Richards