THOMAS J. NOLAN (Bar No. 66992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600
E-mail: tnolan@skadden.com

RAOUL D. KENNEDY (Bar No. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Embarcadero Center, 38th Floor
San Francisco, CA 94111-5974
Telephone: (415) 984-6400
Facsimile: (415) 984-2698
Email: rkennedy@skadden.com

Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE De Mexico, S.R.L. DE C.V., and Isaac Larian

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>        Plaintiff,<br><br>    v.<br><br>MATTEL, INC., a Delaware corporation<br><br>        Defendant.<br><hr>Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>**DISCOVERY MATTER**<br><br>**[To be heard by Discovery Master Hon. Edward A. Infante (Ret.)]**<br><br>**[PROPOSED] ORDER GRANTING MGA DEFENDANTS' MOTION TO QUASH SUBPOENA TO BANK OF AMERICA OR, IN THE ALTERNATIVE, FOR PROTECTIVE ORDER**<br><br>Hearing Date: TBD<br>Time: TBD<br>Place: TBD |

### [PROPOSED] ORDER

Having considered the MGA Defendants' Motion to Quash Subpoena to Bank of America or, in the Alternative, for Protective Order, the papers filed by the parties, and the arguments of the parties, and good cause appearing therefor, IT IS HEREBY ORDERED that:

The MGA Defendants' motion is GRANTED. The subpoena issued by Mattel to Bank of America shall be quashed.

IT IS SO ORDERED.

DATED: _____, 2008   _____
Hon. Edward A. Infante (Ret.)
Discovery Master

1

[Proposed] Order                                                    Case No. CV 04-9049 (RNBx)