QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:    (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>        Plaintiff,<br><br>      vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>        Defendant.<br><hr>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case Nos. CV 04-09059 and CV 05-02727<br><br>**PROOF OF SERVICE**<br><br>Discovery Cut-off:    January 28, 2008<br>Pre-trial Conference:  May 5, 2008<br>Trial Date:          May 27, 2008 |

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On January 28, 2008, I served true copies of the following document(s) described as **MATTEL, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL FURTHER DEPOSITION OF MARGARET HATCH-LEAHY, AND TO OVERRULE INSTRUCTIONS NOT TO ANSWER; AND FOR SANCTIONS** on the parties in this action as follows:

Thomas J. Nolan
**Skadden, Arps, Slate, Meageher & Flom LLP**
300 South Grand Ave., Ste. 3400
Los Angeles, CA 90071

Mark E. Overland
David C. Scheper
Alexander H. Cote
**Overland Borenstein Scheper & Kim LLP**
300 South Grand Avenue, Suite 2750
Los Angeles, CA 90071

Larry McFarland
**Keats, McFarland & Wilson LLP**
9720 Wilshire Blvd., Penthouse Suite
Beverly Hills, CA 90212

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 28, 2008, at Los Angeles, California.

_____
NOW LEGAL -- Dave Quintana

07209/2217862.1

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On January 28, 2008, I served true copies of the following document(s) described as **MATTEL, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL FURTHER DEPOSITION OF MARGARET HATCH-LEAHY, AND TO OVERRULE INSTRUCTIONS NOT TO ANSWER; AND FOR SANCTIONS** on the parties in this action as follows:

> John W. Keker, Esq.
> Michael H. Page, Esq.
> Christina M. Anderson, Esq.
> **Keker & Van Nest, LLP**
> 710 Sansome Street
> San Francisco, CA 94111

**BY MAIL:**  I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California.  The envelope was mailed with postage thereon fully prepaid.

**BY FEDEX:**  I deposited such document(s) in a box or other facility regularly maintained by FedEx, or delivered such document(s) to a courier or driver authorized by FedEx to receive documents, in sealed envelope(s) or package(s) designated by FedEx with delivery fees paid or provided for, addressed to the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 28, 2008, at Los Angeles, California.

_____
Andrea Hoeven

07209/2217871.1

1       **AMENDED PROOF OF SERVICE**

2           I am employed in the County of Los Angeles, State of California.  I am over the age of
eighteen years and not a party to the within action; my business address is 865 South Figueroa
3   Street, 10th Floor, Los Angeles, California 90017-2543.

4           On January 28, 2008, I served true copies of the following document(s) described as
**MATTEL, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL FURTHER
5   DEPOSITION OF MARGARET HATCH-LEAHY, AND TO OVERRULE
INSTRUCTIONS NOT TO ANSWER, AND FOR SANCTIONS** on the parties in this action
6   as follows:

7           John W. Keker, Esq.
            Michael H. Page, Esq.
8           Christina M. Anderson, Esq.
            **Keker & Van Nest, LLP**
9           710 Sansome Street
            San Francisco, CA 94111

10

11  **BY MAIL:**  I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I
deposited such envelope(s) in the mail at Los Angeles, California.  The envelope was mailed with
postage thereon fully prepaid.
12

13          I declare that I am employed in the office of a member of the bar of this Court at whose
direction the service was made.

14          Executed on January 28, 2008, at Los Angeles, California.

15

16                                          Andrea Hoeven

17          Andrea Hoeven

18

19

20

21

22

23

24

25

26

27

28

07209/2217871.1

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On January 28, 2008, I served true copies of the following document(s) described as **DECLARATION OF JENNIFER E. LEWIS IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL FURTHER DEPOSITION OF MARGARET HATCH LEAHY, TO OVERRULE INSTRUCTIONS NOT TO ANSWER, AND FOR SANCTIONS** on the parties in this action as follows:

Thomas J. Nolan
**Skadden, Arps, Slate, Meageher & Flom LLP**
300 South Grand Ave., Ste. 3400
Los Angeles, CA 90071

Mark E. Overland
David C. Scheper
Alexander H. Cote
**Overland Borenstein Scheper & Kim LLP**
300 South Grand Avenue, Suite 2750
Los Angeles, CA 90071

Larry McFarland
**Keats, McFarland & Wilson LLP**
9720 Wilshire Blvd., Penthouse Suite
Beverly Hills, CA 90212

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 28, 2008, at Los Angeles, California.

_____
NOW LEGAL -- Dave Quintana

07209/2217862.1

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On January 28, 2008, I served true copies of the following document(s) described as **DECLARATION OF JENNIFER E. LEWIS IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL FURTHER DEPOSITION OF MARGARET HATCH LEAHY, TO OVERRULE INSTRUCTIONS NOT TO ANSWER, AND FOR SANCTIONS** on the parties in this action as follows:

> John W. Keker, Esq.
> Michael H. Page, Esq.
> Christina M. Anderson, Esq.
> **Keker & Van Nest, LLP**
> 710 Sansome Street
> San Francisco, CA 94111

**BY MAIL:**  I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California.  The envelope was mailed with postage thereon fully prepaid.

**BY FEDEX:**  I deposited such document(s) in a box or other facility regularly maintained by FedEx, or delivered such document(s) to a courier or driver authorized by FedEx to receive documents, in sealed envelope(s) or package(s) designated by FedEx with delivery fees paid or provided for, addressed to the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 28, 2008, at Los Angeles, California.

_____
Andrea Hoeven

07209/2217871.1

**AMENDED PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On January 28, 2008, I served true copies of the following document(s) described as **DECLARATION OF JENNIFER E. LEWIS IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL FURTHER DEPOSITION OF MARGARET HATCH LEAHY, TO OVERRULE INSTRUCTIONS NOT TO ANSWER, AND FOR SANCTIONS** on the parties in this action as follows:

John W. Keker, Esq.
Michael H. Page, Esq.
Christina M. Anderson, Esq.
**Keker & Van Nest, LLP**
710 Sansome Street
San Francisco, CA 94111

**BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 28, 2008, at Los Angeles, California.

Andrea Hoeven

07209/2217871.1

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On January 28, 2008, I served true copies of the following document(s) described as **[PUBLIC REDACTED] DECLARATION OF TAMAR BUCHAKJIAN IN SUPPORT OF MATTEL, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL FURTHER DEPOSITION OF MARGARET HATCH-LEAHY, AND TO OVERRULE INSTRUCTIONS NOT TO ANSWER, AND FOR SANCTIONS** on the parties in this action as follows:

Larry McFarland
**Keats, McFarland & Wilson LLP**
9720 Wilshire Blvd., Penthouse Suite
Beverly Hills, CA 90212

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 28, 2008, at Los Angeles, California.

_____
NOW LEGAL -- Dave Quintana

07209/2217862.1

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On January 28, 2008, I served true copies of the following document(s) described as **DECLARATION OF TAMAR BUCHAKJIAN IN SUPPORT OF MATTEL, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL FURTHER DEPOSITION OF MARGARET HATCH-LEAHY, AND TO OVERRULE INSTRUCTIONS NOT TO ANSWER, AND FOR SANCTIONS** on the parties in this action as follows:

Thomas J. Nolan
**Skadden, Arps, Slate, Meageher & Flom LLP**
300 South Grand Ave., Ste. 3400
Los Angeles, CA 90071

Mark E. Overland
David C. Scheper
Alexander H. Cote
**Overland Borenstein Scheper & Kim LLP**
300 South Grand Avenue, Suite 2750
Los Angeles, CA 90071

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 28, 2008, at Los Angeles, California.

_____
NOW LEGAL -- Dave Quintana

07209/2217862.1

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On January 28, 2008, I served true copies of the following document(s) described as **DECLARATION OF TAMAR BUCHAKJIAN IN SUPPORT OF MATTEL, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL FURTHER DEPOSITION OF MARGARET HATCH-LEAHY, AND TO OVERRULE INSTRUCTIONS NOT TO ANSWER, AND FOR SANCTIONS** on the parties in this action as follows:

> John W. Keker, Esq.
> Michael H. Page, Esq.
> Christina M. Anderson, Esq.
> **Keker & Van Nest, LLP**
> 710 Sansome Street
> San Francisco, CA 94111

**BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

**BY FEDEX:** I deposited such document(s) in a box or other facility regularly maintained by FedEx, or delivered such document(s) to a courier or driver authorized by FedEx to receive documents, in sealed envelope(s) or package(s) designated by FedEx with delivery fees paid or provided for, addressed to the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 28, 2008, at Los Angeles, California.

Andrea Hoeven

07209/2217871.1

1

## AMENDED PROOF OF SERVICE

2          I am employed in the County of Los Angeles, State of California. I am over the age of
   eighteen years and not a party to the within action; my business address is 865 South Figueroa
3   Street, 10th Floor, Los Angeles, California 90017-2543.

4          On January 28, 2008, I served true copies of the following document(s) described as
   **DECLARATION OF TAMAR BUCHAKJIAN IN SUPPORT OF MATTEL, INC.'S**
5   **MOTION TO COMPEL FURTHER DEPOSITION OF MARGARET HATCH LEAHY,**
   **TO OVERRULE INSTRUCTIONS NOT TO ANSWER, AND FOR SANCTIONS** on the
6   parties in this action as follows:

7          John W. Keker, Esq.
          Michael H. Page, Esq.
8          Christina M. Anderson, Esq.
          **Keker & Van Nest, LLP**
9          710 Sansome Street
          San Francisco, CA 94111

10

**BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I
11   deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with
   postage thereon fully prepaid.

12

          I declare that I am employed in the office of a member of the bar of this Court at whose
13   direction the service was made.

14          Executed on January 28, 2008, at Los Angeles, California.

15

16   _____
          Andrea Hoeven
17

18

19

20

21

22

23

24

25

26

27

28

07209/2217871.1