QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:    (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case Nos. CV 04-09059 and CV 05-02727<br><br>**PROOF OF SERVICE**<br><br>Discovery Cut-off:       January 28, 2008<br>Pre-trial Conference:   May 5, 2008<br>Trial Date:                   May 27, 2008 |

1

## PROOF OF SERVICE

2      I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service,
3 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

4      On January 28, 2008, I served true copies of the following document(s) described as **MATTEL, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL A COMPLETE**
5 **RESPONSE TO MATTEL'S SUPPLEMENTAL INTERROGATORY RE TEST PROJECTS** on the parties in this action as follows:

6

7    Thomas J. Nolan                          Mark E. Overland
     **Skadden, Arps, Slate, Meageher & Flom**     David C. Scheper
8    **LLP**                                  Alexander H. Cote
     300 South Grand Ave., Ste. 3400          **Overland Borenstein Scheper & Kim**
9    Los Angeles, CA 90071                    **LLP**
                                              300 South Grand Avenue, Suite 2750
10                                             Los Angeles, CA 90071

11

**BY PERSONAL SERVICE:**  I delivered such envelope(s) by hand to the office of the person(s)
12 being served.

13      I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.
14

15      Executed on January 28, 2008, at Los Angeles, California.

16

17                                    NOW LEGAL -- Dave Quintana

18

19

20

21

22

23

24

25

26

27

28

07209/2217862.1

## PROOF OF SERVICE

1

2       I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa

3    Street, 10th Floor, Los Angeles, California 90017-2543.

4    On January 28, 2008, I served true copies of the following document(s) described as **DECLARATION OF TAMAR BUCHAKJIAN IN SUPPORT OF MATTEL, INC.'S**

5    **NOTICE OF MOTION AND MOTION TO COMPEL A COMPLETE RESPONSE TO MATTEL'S SUPPLEMENTAL INTERROGATORY RE TEST PROJECTS** on the parties in

6    this action as follows:
             John W. Keker, Esq.

7            Michael H. Page, Esq.
             Christina M. Anderson, Esq.

8            **Keker & Van Nest, LLP**
             710 Sansome Street

9            San Francisco, CA 94111

10   **BY MAIL:**  I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California.  The envelope was mailed with

11   postage thereon fully prepaid.

12   **BY FEDEX:**  I deposited such document(s) in a box or other facility regularly maintained by FedEx, or delivered such document(s) to a courier or driver authorized by FedEx to receive

13   documents, in sealed envelope(s) or package(s) designated by FedEx with delivery fees paid or provided for, addressed to the person(s) being served.

14

15       I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

16       Executed on January 28, 2008, at Los Angeles, California.

17

18                                        Andrea Hoeven

19                                        Andrea Hoeven

20

21

22

23

24

25

26

27

28

quinn emanuel

07209/2217871.1

1

## AMENDED PROOF OF SERVICE

2          I am employed in the County of Los Angeles, State of California.  I am over the age of
3   eighteen years and not a party to the within action; my business address is 865 South Figueroa
    Street, 10th Floor, Los Angeles, California 90017-2543.

4          On January 28, 2008, I served true copies of the following document(s) described as
    **MATTEL, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL A COMPLETE**
5   **RESPONSE TO MATTEL'S SUPPLEMENTAL INTERROGATORY RE TEST**
    **PROJECTS** on the parties in this action as follows:

6
           John W. Keker, Esq.
7          Michael H. Page, Esq.
           Christina M. Anderson, Esq.
8          **Keker & Van Nest, LLP**
           710 Sansome Street
9          San Francisco, CA 94111

10  **BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I
    deposited such envelope(s) in the mail at Los Angeles, California.  The envelope was mailed with
11  postage thereon fully prepaid.

12         I declare that I am employed in the office of a member of the bar of this Court at whose
    direction the service was made.

13
           Executed on January 28, 2008, at Los Angeles, California.

14

15

16                                              Andrea Hoeven

17

18

19

20

21

22

23

24

25

26

27

28

1

## PROOF OF SERVICE

2      I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service,
3  1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

4      On January 28, 2008, I served true copies of the following document(s) described as **DECLARATION OF TAMAR BUCHAKJIAN IN SUPPORT OF MATTEL, INC.'S**
5  **NOTICE OF MOTION AND MOTION TO COMPEL A COMPLETE RESPONSE TO MATTEL'S SUPPLEMENTAL INTERROGATORY RE TEST PROJECTS** on the parties in
6  this action as follows:

7      Thomas J. Nolan                          Mark E. Overland
       **Skadden, Arps, Slate, Meagher & Flom**   David C. Scheper
8      **LLP**                                    Alexander H. Cote
       300 South Grand Ave., Ste. 3400           **Overland Borenstein Scheper & Kim**
9      Los Angeles, CA 90071                     **LLP**
                                                 300 South Grand Avenue, Suite 2750
10                                               Los Angeles, CA 90071

11

12  **BY PERSONAL SERVICE:**  I delivered such envelope(s) by hand to the office of the person(s)
    being served.
13
        I declare that I am employed in the office of a member of the bar of this Court at whose
14  direction the service was made.

15      Executed on January 28, 2008, at Los Angeles, California.

16

17  _____

18  NOW LEGAL -- Dave Quintana

19

20

21

22

23

24

25

26

27

28

quinn emanuel

07209/2217862.1

**quinn emanuel**

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On January 28, 2008, I served true copies of the following document(s) described as **DECLARATION OF TAMAR BUCHAKJIAN IN SUPPORT OF MATTEL, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL A COMPLETE RESPONSE TO MATTEL'S SUPPLEMENTAL INTERROGATORY RE TEST PROJECTS** on the parties in this action as follows:

> John W. Keker, Esq.
> Michael H. Page, Esq.
> Christina M. Anderson, Esq.
> **Keker & Van Nest, LLP**
> 710 Sansome Street
> San Francisco, CA 94111

**BY MAIL:**  I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California.  The envelope was mailed with postage thereon fully prepaid.

**BY FEDEX:**  I deposited such document(s) in a box or other facility regularly maintained by FedEx, or delivered such document(s) to a courier or driver authorized by FedEx to receive documents, in sealed envelope(s) or package(s) designated by FedEx with delivery fees paid or provided for, addressed to the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 28, 2008, at Los Angeles, California.

_____
Andrea Hoeven

07209/2217871.1

## AMENDED PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On January 28, 2008, I served true copies of the following document(s) described as **DECLARATION OF TAMAR BUCHAKJIAN IN SUPPORT OF MATTEL, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL A COMPLETE RESPONSE TO MATTEL'S SUPPLEMENTAL INTERROGATORY RE TEST** on the parties in this action as follows:

> John W. Keker, Esq.
> Michael H. Page, Esq.
> Christina M. Anderson, Esq.
> **Keker & Van Nest, LLP**
> 710 Sansome Street
> San Francisco, CA 94111

**BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 28, 2008, at Los Angeles, California.

Andrea Hoeven