QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>                    Plaintiff,<br><br>          vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>                    Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Hon. Edward Infante (Ret.) Pursuant To The Court's Order of December 6, 2006]**<br><br>SEPARATE STATEMENT TO COMPEL DEPOSITION OF MGA ENTERTAINMENT (HK) LIMITED, OVERRULE INSTRUCTIONS NOT TO ANSWER, AND FOR SANCTIONS<br><br>Hearing Date:  TBA<br>Time:              TBA<br>Place:             TBA<br><br>**Phase 1:**<br>Discovery Cut-Off:    January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date:              May 27, 2008 |

1  Mattel, Inc. ("Mattel") respectfully submits this Separate Statement in
2  Support of its Motion to Compel Deposition of MGA Entertainment (HK) Limited.
3  **Topic No. 1:** The origin, conception, creation, design, sculpting,
4  development, engineering, rotocasting, modeling and prototyping of BRATZ and
5  BRATZ DESIGNS CREATED prior to June 30, 2001 (regardless of when or
6  whether such was released in any form to the public), including without limitation
7  the timing thereof, the IDENTITY of each PERSON with knowledge thereof, the
8  IDENTITY of each PERSON involved therein, and the nature, extent and time
9  period(s) of each such PERSON's involvement.
10  **Reason To Compel Deposition on Topic No. 1**:
11  MGA Hong Kong failed to timely object to the Topic and so any
12  objection has been waived. Furthermore, time constraints limited Mattel's ability to
13  fully depose Mr. Lee on the Topic. Mattel will be severely prejudiced if it does not
14  obtain additional testimony on the Topic. Accordingly, Mattel should not be
15  foreclosed from obtaining testimony on this Topic.
16  **Topic No. 2:** The circumstances under which BRATZ or any BRATZ
17  DESIGN first came to YOUR attention, including without limitation the timing,
18  method and manner thereof and the IDENTITY of each PERSON with knowledge
19  thereof.
20  **Reason To Compel Deposition on Topic No. 2**:
21  MGA Hong Kong failed to timely object to the Topic and so any
22  objection has been waived. Furthermore, time constraints limited Mattel's ability to
23  fully depose Mr. Lee on the Topic. Mattel will be severely prejudiced if it does not
24  obtain additional testimony on the Topic. Accordingly, Mattel should not be
25  foreclosed from obtaining testimony on this Topic.
26  **Topic No. 3:** The identity of each doll, product, work or item
27  produced, developed, manufactured, licensed, sold or offered for sale by or for YOU
28

1    or on YOUR  behalf that was BASED ON any BRATZ DESIGN which BRYANT

2    CREATED.

3           **Reason To Compel Deposition on Topic No. 3**:

4           MGA Hong Kong failed to timely object to the Topic and so any

5    objection has been waived.  Furthermore, time constraints limited Mattel's ability to

6    fully depose Mr. Lee on the Topic.  Mattel will be severely prejudiced if it does not

7    obtain additional testimony on the Topic.  Accordingly, Mattel should not be

8    foreclosed from obtaining testimony on this Topic.

9           **Topic No. 4:**   To the extent not covered by Topic 3, each

10   EMBODIMENT of any doll, doll accessory or toy that BRYANT CREATED prior

11   to June 30, 2001.

12          **Reason To Compel Deposition on Topic No. 4**:

13          MGA Hong Kong failed to timely object to the Topic and so any

14   objection has been waived.  Furthermore, time constraints limited Mattel's ability to

15   fully depose Mr. Lee on the Topic.  Mattel will be severely prejudiced if it does not

16   obtain additional testimony on the Topic.  Accordingly, Mattel should not be

17   foreclosed from obtaining testimony on this Topic.

18          **Topic No. 5:**   The work, activities and/or services  that BRYANT

19   performed for or with YOU or on YOUR behalf prior to June 30, 2001.

20          **Reason To Compel Deposition on Topic No. 5**:

21          MGA Hong Kong failed to timely object to the Topic and so any

22   objection has been waived.  Furthermore, time constraints limited Mattel's ability to

23   fully depose Mr. Lee on the Topic.  Mattel will be severely prejudiced if it does not

24   obtain additional testimony on the Topic.  Accordingly, Mattel should not be

25   foreclosed from obtaining testimony on this Topic.

26          **Topic No. 6:**   The origin, conception and creation of DESIGNS that

27   BRYANT CREATED prior to June 30, 2001 and in which YOU claim to have, or

28   have ever claimed to have, any right, title or interest (whether in whole or in part).

1       **Reason To Compel Deposition on Topic No. 6**:

2       MGA Hong Kong failed to timely object to the Topic and so any

3 objection has been waived.  Furthermore, time constraints limited Mattel's ability to

4 fully depose Mr. Lee on the Topic.  Mattel will be severely prejudiced if it does not

5 obtain additional testimony on the Topic.   Accordingly, Mattel should not be

6 foreclosed from obtaining testimony on this Topic.

7       **Topic No. 7:**  The identity of, and the design, development, sculpting,

8 development, engineering, rotocasting, modeling, prototyping and first sale of, any

9 doll, product, work or item that has been produced, developed, manufactured,

10 licensed, sold or offered for sale by, for or on behalf of YOU and that was BASED

11 ON any DESIGN referenced in Topic 6.

12       **Reason To Compel Deposition on Topic No. 7**:

13       MGA Hong Kong failed to timely object to the Topic and so any

14 objection has been waived.  Furthermore, time constraints limited Mattel's ability to

15 fully depose Mr. Lee on the Topic.  Mattel will be severely prejudiced if it does not

16 obtain additional testimony on the Topic.   Accordingly, Mattel should not be

17 foreclosed from obtaining testimony on this Topic.

18       **Topic No. 8:**  Each EMBODIMENT of BRATZ that was CREATED

19 prior to June 30, 2001 or that was at any time BASED ON any BRATZ DESIGN

20 which was CREATED prior to June 30, 2001.

21       **Reason To Compel Deposition on Topic No. 8**:

22       MGA Hong Kong failed to timely object to the Topic and so any

23 objection has been waived.  Furthermore, time constraints limited Mattel's ability to

24 fully depose Mr. Lee on the Topic.  Mattel will be severely prejudiced if it does not

25 obtain additional testimony on the Topic.   Accordingly, Mattel should not be

26 foreclosed from obtaining testimony on this Topic.

27

28

1  **Topic No. 9:**  The DRAWINGS, including without limitation the
2  authorship, creation, dissemination and use thereof and the source, meaning,
3  authenticity and timing of any dates thereon.

4  **Reason To Compel Deposition on Topic No. 9**:

5  MGA Hong Kong failed to timely object to the Topic and so any
6  objection has been waived.  Furthermore, time constraints limited Mattel's ability to
7  fully depose Mr. Lee on the Topic.  Mattel will be severely prejudiced if it does not
8  obtain additional testimony on the Topic.   Accordingly, Mattel should not be
9  foreclosed from obtaining testimony on this Topic.

10  **Topic No. 10:**  The email produced by MGA in this ACTION as
11  MGA000422, including without limitation the IDENTITY, current and last known
12  location, disposition and use of the DOCUMENTS and tangible items that are
13  referenced in such email.

14  **Reason To Compel Deposition on Topic No. 10**:

15  MGA Hong Kong failed to timely object to the Topic and so any
16  objection has been waived.  Furthermore, time constraints limited Mattel's ability to
17  fully depose Mr. Lee on the Topic.  Mattel will be severely prejudiced if it does not
18  obtain additional testimony on the Topic.   Accordingly, Mattel should not be
19  foreclosed from obtaining testimony on this Topic.

20  **Topic No. 11:**  The email and attachment produced by MGA in this
21  ACTION   as   MGA000007-MGA000009,   including   without   limitation   the
22  IDENTITY, current and last known location, disposition and use of each sculpt
23  referenced in and depicted by such email and attachment.

24  **Reason To Compel Deposition on Topic No. 11**:

25  MGA Hong Kong failed to timely object to the Topic and so any
26  objection has been waived.  Furthermore, time constraints limited Mattel's ability to
27  fully depose Mr. Lee on the Topic.  Mattel will be severely prejudiced if it does not

28

obtain additional testimony on the Topic.   Accordingly, Mattel should not be foreclosed from obtaining testimony on this Topic.

**Topic No. 12:**  The showing of BRATZ at Hong Kong Toy Fair in January 2001, including without limitation the IDENTITY and whereabouts of DOCUMENTS (including photographs and videotapes) and tangible items that REFER OR RELATE TO such toy fair.

**Reason To Compel Deposition on Topic No. 12**:

MGA Hong Kong failed to timely object to the Topic and so any objection has been waived.  Furthermore, time constraints limited Mattel's ability to fully depose Mr. Lee on the Topic.  Mattel will be severely prejudiced if it does not obtain additional testimony on the Topic.   Accordingly, Mattel should not be foreclosed from obtaining testimony on this Topic.

**Topic No. 13:**  The showing of BRATZ at Tokyo Toy Fair in February 2001, including without limitation the IDENTITY and whereabouts of DOCUMENTS (including photographs and videotapes) and tangible items that REFER OR RELATE TO such toy fair.

**Reason To Compel Deposition on Topic No. 13**:

MGA Hong Kong failed to timely object to the Topic and so any objection has been waived.  Furthermore, time constraints limited Mattel's ability to fully depose Mr. Lee on the Topic.  Mattel will be severely prejudiced if it does not obtain additional testimony on the Topic.   Accordingly, Mattel should not be foreclosed from obtaining testimony on this Topic.

**Topic No. 14:**  The IDENTITY of each vendor or third party who performed or contributed, or who was considered, solicited, requested, proposed or contemplated by YOU or BRYANT to perform or contribute, any activities, work or services in connection with BRATZ or BRATZ DESIGNS prior to June 30, 2001, YOUR COMMUNICATIONS therewith, and the nature, extent and timing of such activities, work or services.

1                     **Reason To Compel Deposition on Topic No. 14**:

2            MGA Hong Kong failed to timely object to the Topic and so any

3 objection has been waived.  Furthermore, time constraints limited Mattel's ability to

4 fully depose Mr. Lee on the Topic.  Mattel will be severely prejudiced if it does not

5 obtain additional testimony on the Topic.   Accordingly, Mattel should not be

6 foreclosed from obtaining testimony on this Topic.

7               **Topic No. 15:**  The exhibition, or proposed, offered, contemplated or

8 requested exhibition, of BRATZ or any BRATZ DESIGN to any third party prior to

9 June 30, 2001, including without limitation each instance in which BRATZ or any

10 BRATZ DESIGN was marketed, offered for sale, pitched, shown or disclosed to, or

11 otherwise discussed with or communicated to, any retailer, wholesaler or distributor

12 and the DOCUMENTS that REFER OR RELATE thereto.

13                  **Reason To Compel Deposition on Topic No. 15**:

14            MGA Hong Kong failed to timely object to the Topic and so any

15 objection has been waived.  Furthermore, time constraints limited Mattel's ability to

16 fully depose Mr. Lee on the Topic.  Mattel will be severely prejudiced if it does not

17 obtain additional testimony on the Topic.   Accordingly, Mattel should not be

18 foreclosed from obtaining testimony on this Topic.

19              **Topic No. 16:**   The actual, proposed, requested or contemplated

20 manufacture, fabrication or tooling (including the production of molds) of BRATZ,

21 including without limitation the timing thereof and the IDENTITY of each

22 manufacturer and potential manufacturer used, proposed or considered.

23                  **Reason To Compel Deposition on Topic No. 16**:

24            MGA Hong Kong failed to timely object to the Topic and so any

25 objection has been waived.  Furthermore, time constraints limited Mattel's ability to

26 fully depose Mr. Lee on the Topic.  Mattel will be severely prejudiced if it does not

27 obtain additional testimony on the Topic.   Accordingly, Mattel should not be

28 foreclosed from obtaining testimony on this Topic.

**Topic No. 17:**  COMMUNICATIONS prior to June 30, 2001 between YOU and any manufacturer, distributor, wholesaler, retailer, or any contemplated, proposed or potential manufacturer, distributor, wholesaler or retailer, that REFER OR RELATE TO BRATZ or any BRATZ DESIGN.

**Reason To Compel Deposition on Topic No. 17**:

MGA Hong Kong failed to timely object to the Topic and so any objection has been waived.  Furthermore, time constraints limited Mattel's ability to fully depose Mr. Lee on the Topic.  Mattel will be severely prejudiced if it does not obtain additional testimony on the Topic.   Accordingly, Mattel should not be foreclosed from obtaining testimony on this Topic.

**Topic No. 18:**  When and where BRATZ was first manufactured, shipped, distributed and sold, and the IDENTITIES and roles of PERSONS involved therein.

**Reason To Compel Deposition on Topic No. 18**:

MGA Hong Kong failed to timely object to the Topic and so any objection has been waived.  Furthermore, time constraints limited Mattel's ability to fully depose Mr. Lee on the Topic.  Mattel will be severely prejudiced if it does not obtain additional testimony on the Topic.   Accordingly, Mattel should not be foreclosed from obtaining testimony on this Topic.

**Topic No. 19:**  The licensing, including without limitation the proposed or requested licensing, of BRATZ or any BRATZ DESIGN prior to December 31, 2001, including without limitation the timing thereof, the IDENTITY of each such licensee or proposed or requested licensee and the product(s) or proposed product(s) involved.

**Reason To Compel Deposition on Topic No. 19**:

MGA Hong Kong failed to timely object to the Topic and so any objection has been waived.  Furthermore, time constraints limited Mattel's ability to fully depose Mr. Lee on the Topic.  Mattel will be severely prejudiced if it does not

obtain additional testimony on the Topic.  Accordingly, Mattel should not be foreclosed from obtaining testimony on this Topic.

**Topic No. 20:**  COMMUNICATIONS between YOU and BRYANT prior to January 1, 2001, including without limitation the content, means and timing of such COMMUNICATIONS, the IDENTITY of the PERSONS who were parties thereto and the DOCUMENTS that REFER OR RELATE TO such COMMUNICATIONS.

**Reason To Compel Deposition on Topic No. 20**:

MGA Hong Kong failed to timely object to the Topic and so any objection has been waived.  Furthermore, time constraints limited Mattel's ability to fully depose Mr. Lee on the Topic.  Mattel will be severely prejudiced if it does not obtain additional testimony on the Topic.  Accordingly, Mattel should not be foreclosed from obtaining testimony on this Topic.

**Topic No. 21:**  COMMUNICATIONS that BRYANT made for YOU or on YOUR behalf with any PERSON other than YOU that REFER OR RELATE TO BRATZ prior to June 30, 2001.

**Reason To Compel Deposition on Topic No. 21**:

MGA Hong Kong failed to timely object to the Topic and so any objection has been waived.  Furthermore, time constraints limited Mattel's ability to fully depose Mr. Lee on the Topic.  Mattel will be severely prejudiced if it does not obtain additional testimony on the Topic.  Accordingly, Mattel should not be foreclosed from obtaining testimony on this Topic.

**Topic No. 22:**  YOUR agreements and contracts with BRYANT, including without limitation the timing thereof, the negotiations, drafts and COMMUNICATIONS that REFER OR RELATE thereto, and any actual or proposed amendments thereto.

**Reason To Compel Deposition on Topic No. 22**:

1   MGA Hong Kong failed to timely object to the Topic and so any
2   objection has been waived.  Furthermore, time constraints limited Mattel's ability to
3   fully depose Mr. Lee on the Topic.  Mattel will be severely prejudiced if it does not
4   obtain additional testimony on the Topic.   Accordingly, Mattel should not be
5   foreclosed from obtaining testimony on this Topic.

6   **Topic No. 23:**  Each agreement or contract between YOU and any
7   PERSON other than BRYANT that REFERS OR RELATES TO BRATZ or
8   BRATZ DESIGNS that REFERS OR RELATES to the time period prior to
9   December 31, 2001 (regardless of when such agreement or contract was negotiated
10  or executed), including without limitation the timing thereof, the negotiations, drafts
11  and COMMUNICATIONS that REFER OR RELATE thereto, and any actual or
12  proposed amendments thereto.

13  **Reason To Compel Deposition on Topic No. 23**:

14  MGA Hong Kong failed to timely object to the Topic and so any
15  objection has been waived.  Furthermore, time constraints limited Mattel's ability to
16  fully depose Mr. Lee on the Topic.  Mattel will be severely prejudiced if it does not
17  obtain additional testimony on the Topic.   Accordingly, Mattel should not be
18  foreclosed from obtaining testimony on this Topic.

19  **Topic No. 24:**   YOUR knowledge, prior to April 29, 2004, of
20  BRYANT's contracts and agreements with, and his obligations to, MATTEL.

21  **Reason To Compel Deposition on Topic No. 24**:

22  MGA Hong Kong failed to timely object to the Topic and so any
23  objection has been waived.  Furthermore, time constraints limited Mattel's ability to
24  fully depose Mr. Lee on the Topic.  Mattel will be severely prejudiced if it does not
25  obtain additional testimony on the Topic.   Accordingly, Mattel should not be
26  foreclosed from obtaining testimony on this Topic.

27  **Topic No. 25:**   YOUR knowledge of, and access to, non-public
28  MATTEL DIVA STARZ project information and DESIGNS prior to June 30, 2001.

1    **Reason To Compel Deposition on Topic No. 25**:

2    MGA Hong Kong failed to timely object to the Topic and so any

3    objection has been waived.  Furthermore, time constraints limited Mattel's ability to

4    fully depose Mr. Lee on the Topic.  Mattel will be severely prejudiced if it does not

5    obtain additional testimony on the Topic.  Accordingly, Mattel should not be

6    foreclosed from obtaining testimony on this Topic.

7    **Topic No. 26:**  The payment of money or anything of value by or for

8    YOU or on YOUR behalf that has been made to, for or on behalf of BRYANT (a)

9    for work,  services or activities performed by BRYANT prior to January 1, 2001

10   (regardless of when such payment was actually made), (b) for DESIGNS

11   CREATED by BRYANT prior to January 1, 2001 (regardless of when such

12   payment was actually made) or (c) in connection with BRATZ or any BRATZ

13   DESIGN at any time, including without limitation the timing, manner and amount(s)

14   thereof and the reasons therefor.

15   **Reason To Compel Deposition on Topic No. 26**:

16   MGA Hong Kong failed to timely object to the Topic and so any

17   objection has been waived.  Furthermore, time constraints limited Mattel's ability to

18   fully depose Mr. Lee on the Topic.  Mattel will be severely prejudiced if it does not

19   obtain additional testimony on the Topic.  Accordingly, Mattel should not be

20   foreclosed from obtaining testimony on this Topic.

21   **Topic No. 27:**  Any indemnification and fee arrangement that YOU

22   and/or BRYANT has sought, proposed, requested or obtained in connection with

23   this ACTION.

24   **Reason To Compel Deposition on Topic No. 27**:

25   MGA Hong Kong failed to timely object to the Topic and so any

26   objection has been waived.  Furthermore, time constraints limited Mattel's ability to

27   fully depose Mr. Lee on the Topic.  Mattel will be severely prejudiced if it does not

28

1   obtain additional testimony on the Topic.  Accordingly, Mattel should not be
2   foreclosed from obtaining testimony on this Topic.

3       **Topic No. 28:**  YOUR revenues and profits from BRATZ, including
4   without limitation YOUR gross and net profits, and YOUR costs associated
5   therewith.

6       **Reason To Compel Deposition on Topic No. 28**:

7       MGA Hong Kong failed to timely object to the Topic and so any
8   objection has been waived.  Furthermore, time constraints limited Mattel's ability to
9   fully depose Mr. Lee on the Topic.  Mattel will be severely prejudiced if it does not
10  obtain additional testimony on the Topic.  Accordingly, Mattel should not be
11  foreclosed from obtaining testimony on this Topic.

12      **Topic No. 29:**  YOUR net worth.

13      **Reason To Compel Deposition on Topic No. 29**:

14      MGA Hong Kong failed to timely object to the Topic and so any
15  objection has been waived.  Furthermore, time constraints limited Mattel's ability to
16  fully depose Mr. Lee on the Topic.  Mattel will be severely prejudiced if it does not
17  obtain additional testimony on the Topic.  Accordingly, Mattel should not be
18  foreclosed from obtaining testimony on this Topic.

19      **Topic No. 30:**  The payment of money or anything of value that YOU
20  have made or offered to make to, for or on behalf of Elise Cloonan, or that has been
21  requested, sought or received by, for or on behalf of Elise Cloonan, and the timing,
22  manner, amount(s) and reasons therefor.

23      **Reason To Compel Deposition on Topic No. 30**:

24      MGA Hong Kong failed to timely object to the Topic and so any
25  objection has been waived.  Furthermore, time constraints limited Mattel's ability to
26  fully depose Mr. Lee on the Topic.  Mattel will be severely prejudiced if it does not
27  obtain additional testimony on the Topic.  Accordingly, Mattel should not be
28  foreclosed from obtaining testimony on this Topic.

1    **Topic No. 31:** COMMUNICATIONS between YOU and Elise
2 Cloonan that REFER OR RELATE TO BRYANT, MATTEL, BRATZ and/or Anna
3 Rhee, including without limitation the IDENTITY of DOCUMENTS that REFER
4 OR RELATE TO such COMMUNICATIONS.

5    **Reason To Compel Deposition on Topic No. 31**:

6    MGA Hong Kong failed to timely object to the Topic and so any
7 objection has been waived.  Furthermore, time constraints limited Mattel's ability to
8 fully depose Mr. Lee on the Topic.  Mattel will be severely prejudiced if it does not
9 obtain additional testimony on the Topic.   Accordingly, Mattel should not be
10 foreclosed from obtaining testimony on this Topic.

11    **Topic No. 32:**  COMMUNICATIONS made by, for or on behalf of
12 YOU, whether directly or indirectly, with Anna Rhee, including without limitation
13 since February  2005 (but not including any such COMMUNICATIONS with her
14 legal counsel).

15    **Reason To Compel Deposition on Topic No. 32**:

16    MGA Hong Kong failed to timely object to the Topic and so any
17 objection has been waived.  Furthermore, time constraints limited Mattel's ability to
18 fully depose Mr. Lee on the Topic.  Mattel will be severely prejudiced if it does not
19 obtain additional testimony on the Topic.   Accordingly, Mattel should not be
20 foreclosed from obtaining testimony on this Topic.

21    **Topic No. 33:**  COMMUNICATIONS between YOU and Veronica
22 Marlow,  Margaret Hatch (also known as Margaret Leahy and/or Margaret Hatch-
23 Leahy), Sarah Halpern, Steve Linker, Liz Hogan and/or Jesse Ramirez that REFER
24 OR RELATE TO BRYANT, MATTEL, BRATZ and/or Anna Rhee, including
25 without limitation all DOCUMENTS that REFER OR RELATE TO such
26 COMMUNICATIONS.

27    **Reason To Compel Deposition on Topic No. 33**:

28

1   MGA Hong Kong failed to timely object to the Topic and so any
2   objection has been waived.  Furthermore, time constraints limited Mattel's ability to
3   fully depose Mr. Lee on the Topic.  Mattel will be severely prejudiced if it does not
4   obtain additional testimony on the Topic.   Accordingly, Mattel should not be
5   foreclosed from obtaining testimony on this Topic.

6   **Topic No. 34:**  The IDENTITY of each PERSON who, at any time
7   since January 1, 1998, has performed any work or services for, by or on behalf of
8   YOU while such PERSON was employed by MATTEL, the nature and timing of
9   each such PERSON's work or services and the amount(s) paid by YOU to each such
10  PERSON.

11  **Reason To Compel Deposition on Topic No. 34**:

12  MGA Hong Kong failed to timely object to the Topic and so any
13  objection has been waived.  Furthermore, time constraints limited Mattel's ability to
14  fully depose Mr. Lee on the Topic.  Mattel will be severely prejudiced if it does not
15  obtain additional testimony on the Topic.   Accordingly, Mattel should not be
16  foreclosed from obtaining testimony on this Topic.

17  **Topic No. 35:**  COMMUNICATIONS between YOU and BRYANT
18  that REFER OR RELATE TO MATTEL or REFER OR RELATE TO any
19  DOCUMENT that was prepared, authored or created by MATTEL that BRYANT
20  has ever provided to, shown, described to, communicated to or disclosed in any
21  manner to YOU.

22  **Reason To Compel Deposition on Topic No. 35**:

23  MGA Hong Kong failed to timely object to the Topic and so any
24  objection has been waived.  Furthermore, time constraints limited Mattel's ability to
25  fully depose Mr. Lee on the Topic.  Mattel will be severely prejudiced if it does not
26  obtain additional testimony on the Topic.   Accordingly, Mattel should not be
27  foreclosed from obtaining testimony on this Topic.

28

**Topic No. 36:**  The applications for registration and the registrations for copyright, patent, trademark or any other right that REFER OR RELATE TO BRATZ or BRATZ DESIGNS sought, made or obtained by, for or on behalf of YOU or BRYANT, including without limitation COMMUNICATIONS pertaining thereto.

**Reason To Compel Deposition on Topic No. 36**:

MGA Hong Kong failed to timely object to the Topic and so any objection has been waived.  Furthermore, time constraints limited Mattel's ability to fully depose Mr. Lee on the Topic.  Mattel will be severely prejudiced if it does not obtain additional testimony on the Topic.   Accordingly, Mattel should not be foreclosed from obtaining testimony on this Topic.

**Topic No. 37:**  Other than those previously filed and served in this ACTION or in which Mattel, Inc.'s counsel in this ACTION was in attendance, the testimony, transcripts, declarations, affidavits and other sworn written statements of any other type by or from YOU or made on YOUR behalf that REFER OR RELATE TO BRATZ THAT REFER OR RELATE TO the time period prior to June 30, 2001 (regardless of when such testimony or sworn statement was taken, given, signed, made or filed).

**Reason To Compel Deposition on Topic No. 37**:

MGA Hong Kong failed to timely object to the Topic and so any objection has been waived.  Furthermore, time constraints limited Mattel's ability to fully depose Mr. Lee on the Topic.   Moreover, MGA Hong Kong's failure to produce documents impeded Mattel's ability to examine Mr. Lee on the Topic.  Mattel will be severely prejudiced if it does not obtain additional testimony on the Topic.   Accordingly, Mattel should not be foreclosed from obtaining testimony on this Topic.

**Topic No. 38:**  COMMUNICATIONS between YOU and Universal Commerce Corp., Ltd. prior to June 30, 2001.

**Reason To Compel Deposition on Topic No. 38**:

MGA Hong Kong failed to timely object to the Topic and so any objection has been waived.  Furthermore, time constraints limited Mattel's ability to fully depose Mr. Lee on the Topic.  Mattel will be severely prejudiced if it does not obtain additional testimony on the Topic.   Accordingly, Mattel should not be foreclosed from obtaining testimony on this Topic.

**Topic No. 39:**  The source, meaning and authenticity of SL00013-14, including without limitation the timing of its creation and the handwriting thereon.

**Reason To Compel Deposition on Topic No. 39**:

MGA Hong Kong failed to timely object to the Topic and so any objection has been waived.  Furthermore, time constraints limited Mattel's ability to fully depose Mr. Lee on the Topic.  Mattel will be severely prejudiced if it does not obtain additional testimony on the Topic.   Accordingly, Mattel should not be foreclosed from obtaining testimony on this Topic.

**Topic No. 40:**  YOUR corporate structure since January 1, 1999, including without limitation YOUR relationship with MGA Entertainment, Inc., and the IDENTITY of YOUR officers, directors, shareholders and employees since January 1, 1999.

**Reason To Compel Deposition on Topic No. 40**:

MGA Hong Kong failed to timely object to the Topic and so any objection has been waived.  Furthermore, time constraints limited Mattel's ability to fully depose Mr. Lee on the Topic.  Moreover, MGA Hong Kong's failure to produce documents impeded Mattel's ability to examine Mr. Lee on the Topic. Mattel will be severely prejudiced if it does not obtain additional testimony on the Topic.  Accordingly, Mattel should not be foreclosed from obtaining testimony on this Topic.

**Topic No. 41:**  The retention or destruction policies, procedures and practices for YOUR DOCUMENTS and DIGITAL INFORMATION that REFER

1   OR RELATE TO BRATZ since January 1, 1999, including without limitation the

2   retention or destruction of DOCUMENTS and DIGITAL INFORMATION when (a)

3   hardware is replaced, modified or upgraded and (b) when PERSONS leave YOUR

4   employ.

5   **Reason To Compel Deposition on Topic No. 41**:

6        MGA Hong Kong failed to timely object to the Topic and so any

7   objection has been waived.  Furthermore, time constraints limited Mattel's ability to

8   fully depose Mr. Lee on the Topic.  Mattel will be severely prejudiced if it does not

9   obtain additional testimony on the Topic.   Accordingly, Mattel should not be

10  foreclosed from obtaining testimony on this Topic.

11       **Topic No. 42:**   The preservation, collection, destruction, removal,

12  transfer, loss or impairment of YOUR DOCUMENTS and DIGITAL

13  INFORMATION in connection with the ACTION and/or any DOCUMENTS

14  requested by MATTEL in the ACTION.

15  **Reason To Compel Deposition on Topic No. 42**:

16       MGA Hong Kong failed to timely object to the Topic and so any

17  objection has been waived.  Furthermore, time constraints limited Mattel's ability to

18  fully depose Mr. Lee on the Topic.  Mattel will be severely prejudiced if it does not

19  obtain additional testimony on the Topic.   Accordingly, Mattel should not be

20  foreclosed from obtaining testimony on this Topic.

21       **Topic No. 43:**   The preservation, collection, destruction, removal,

22  transfer, loss or impairment of YOUR DOCUMENTS and DIGITAL

23  INFORMATION since January 1, 1999 that REFER OR RELATE TO MATTEL

24  (including without limitation to any MATTEL product, plan or information) that

25  YOU received in any manner from any PERSON who was at the time an employee

26  of MATTEL or who had previously been an employee of MATTEL.

27  **Reason To Compel Deposition on Topic No. 43**:

28

MGA Hong Kong failed to timely object to the Topic and so any objection has been waived.  Furthermore, time constraints limited Mattel's ability to fully depose Mr. Lee on the Topic.  Mattel will be severely prejudiced if it does not obtain additional testimony on the Topic.   Accordingly, Mattel should not be foreclosed from obtaining testimony on this Topic.

**Topic No. 44:**  The testing of or sampling from DOCUMENTS that REFER OR RELATE TO BRATZ or BRYANT, including without limitation such testing or sampling in connection with any ink, paper or chemical analysis performed or attempted to be performed to date, any DOCUMENTS that REFER OR RELATE thereto and all results and reports relating thereto.

**Reason To Compel Deposition on Topic No. 44**:

MGA Hong Kong failed to timely object to the Topic and so any objection has been waived.  Furthermore, time constraints limited Mattel's ability to fully depose Mr. Lee on the Topic.  Mattel will be severely prejudiced if it does not obtain additional testimony on the Topic.   Accordingly, Mattel should not be foreclosed from obtaining testimony on this Topic.

**Topic No. 45:**   YOUR DIGITAL INFORMATION data backup policies, practices and procedures from January 1, 1999 to the present, including without limitation the location and specifications of any media used to preserve YOUR DIGITAL INFORMATION and the software, if any, used to preserve YOUR DIGITAL INFORMATION.

**Reason To Compel Deposition on Topic No. 45**:

MGA Hong Kong failed to timely object to the Topic and so any objection has been waived.  Furthermore, time constraints limited Mattel's ability to fully depose Mr. Lee on the Topic.  Mattel will be severely prejudiced if it does not obtain additional testimony on the Topic.   Accordingly, Mattel should not be foreclosed from obtaining testimony on this Topic.

1     **Topic No. 46:**   The DIGITAL INFORMATION SYSTEMS and the
2  application software that YOU have used since January 1, 1999 that REFER OR
3  RELATE TO design, development, planning, inventory, manufacturing, sales,
4  shipping and accounting, including without limitation the common or shared storage
5  for such DIGITAL INFORMATION SYSTEMS, remote access of such DIGITAL
6  INFORMATION SYSTEMS, and any changes, modifications or upgrades to such
7  DIGITAL INFORMATION SYSTEMS or application software.

8     **Reason To Compel Deposition on Topic No. 46**:

9     MGA Hong Kong failed to timely object to the Topic and so any
10  objection has been waived.  Furthermore, time constraints limited Mattel's ability to
11  fully depose Mr. Lee on the Topic.  Mattel will be severely prejudiced if it does not
12  obtain additional testimony on the Topic.   Accordingly, Mattel should not be
13  foreclosed from obtaining testimony on this Topic.

14     **Topic No. 47:**   The IDENTITY of PERSONS, including without
15  limitation vendors, who since January 1, 1999 have been responsible for or
16  supported YOUR DIGITAL INFORMATION SYSTEMS, including without
17  limitation the IDENTITY of such PERSON who serviced or provided hardware for
18  YOUR DIGITAL INFORMATION SYSTEMS, hosted, stored, archived or
19  maintained YOUR DIGITAL INFORMATION, including but not limited to internet
20  service providers, and provided analytical, training or implementation services with
21  respect to YOUR DIGITAL INFORMATION SYSTEMS.

22     **Reason To Compel Deposition on Topic No. 47**:

23     MGA Hong Kong failed to timely object to the Topic and so any
24  objection has been waived.  Furthermore, time constraints limited Mattel's ability to
25  fully depose Mr. Lee on the Topic.  Mattel will be severely prejudiced if it does not
26  obtain additional testimony on the Topic.   Accordingly, Mattel should not be
27  foreclosed from obtaining testimony on this Topic.

28

**Topic No. 48:** The electronic messaging SYSTEMS used by YOUR employees within the scope of their employment between January 1, 1999 and the present, including but not limited to electronic mail, instant messenger, telephone or voice-mail, and the routing of such electronic messages to, from or within MGA.

**Reason To Compel Deposition on Topic No. 48**:

MGA Hong Kong failed to timely object to the Topic and so any objection has been waived. Furthermore, time constraints limited Mattel's ability to fully depose Mr. Lee on the Topic. Mattel will be severely prejudiced if it does not obtain additional testimony on the Topic. Accordingly, Mattel should not be foreclosed from obtaining testimony on this Topic.

**Topic No. 49:** YOUR policies, practices and procedures regarding the use of transportable media that contain or are capable of containing DIGITAL INFORMATION, including but not limited to floppy discs, compact discs, DVDs, USB drives, portable hard drives, digital cameras and personal digital assistants.

**Reason To Compel Deposition on Topic No. 49**:

MGA Hong Kong failed to timely object to the Topic and so any objection has been waived. Furthermore, time constraints limited Mattel's ability to fully depose Mr. Lee on the Topic. Mattel will be severely prejudiced if it does not obtain additional testimony on the Topic. Accordingly, Mattel should not be foreclosed from obtaining testimony on this Topic.

**Topic No. 50:** The identity of each PERSON involved in ANGEL, and the nature and time period(s) of each such PERSON's involvement therein.

**Reason To Compel Deposition on Topic No. 50**:

MGA Hong Kong failed to timely object to the Topic and so any objection has been waived. Furthermore, time constraints limited Mattel's ability to fully depose Mr. Lee on the Topic. Mattel will be severely prejudiced if it does not obtain additional testimony on the Topic. Accordingly, Mattel should not be foreclosed from obtaining testimony on this Topic.

**Topic No. 51:**  The conception, design, development, production, sculpting, rotocasting, molding, modeling or prototyping of ANGEL, including without limitation the chronology thereof.

**Reason To Compel Deposition on Topic No. 51**:

MGA Hong Kong failed to timely object to the Topic and so any objection has been waived.  Furthermore, time constraints limited Mattel's ability to fully depose Mr. Lee on the Topic.  Mattel will be severely prejudiced if it does not obtain additional testimony on the Topic.   Accordingly, Mattel should not be foreclosed from obtaining testimony on this Topic.

**Topic No. 52:**  The identity of, and the design, development and first sale of, any products resulting from ANGEL.

**Reason To Compel Deposition on Topic No. 52**:

MGA Hong Kong failed to timely object to the Topic and so any objection has been waived.  Furthermore, time constraints limited Mattel's ability to fully depose Mr. Lee on the Topic.  Mattel will be severely prejudiced if it does not obtain additional testimony on the Topic.   Accordingly, Mattel should not be foreclosed from obtaining testimony on this Topic.

**Topic No. 53:**  The source, meaning and authenticity of the ANGEL DOCUMENTS, including of the handwritten notations thereon.

**Reason To Compel Deposition on Topic No. 53**:

MGA Hong Kong failed to timely object to the Topic and so any objection has been waived.  Furthermore, time constraints limited Mattel's ability to fully depose Mr. Lee on the Topic.  Mattel will be severely prejudiced if it does not obtain additional testimony on the Topic.   Accordingly, Mattel should not be foreclosed from obtaining testimony on this Topic.

**Topic No. 54:**  The identity of any computer or computer system by or from which the ANGEL DOCUMENTS were created or generated or in which they

1  have been maintained, and the identity of the computer programming or software
2  used in connection therewith.

3  **Reason To Compel Deposition on Topic No. 54**:

4  MGA Hong Kong failed to timely object to the Topic and so any
5  objection has been waived.  Furthermore, time constraints limited Mattel's ability to
6  fully depose Mr. Lee on the Topic.  Mattel will be severely prejudiced if it does not
7  obtain additional testimony on the Topic.   Accordingly, Mattel should not be
8  foreclosed from obtaining testimony on this Topic.

9  **Topic No. 55:**  The identity of DOCUMENTS and tangible items that
10  REFER OR RELATE TO ANGEL.

11  **Reason To Compel Deposition on Topic No. 55**:

12  MGA Hong Kong failed to timely object to the Topic and so any
13  objection has been waived.  Furthermore, time constraints limited Mattel's ability to
14  fully depose Mr. Lee on the Topic.  Mattel will be severely prejudiced if it does not
15  obtain additional testimony on the Topic.   Accordingly, Mattel should not be
16  foreclosed from obtaining testimony on this Topic.

17  **Topic No. 56:**   YOUR COMMUNICATIONS that REFER OR
18  RELATE TO ANGEL, including without limitation with MGA Entertainment, Inc.,
19  prior to December 31, 2001.

20  **Reason To Compel Deposition on Topic No. 56**:

21  MGA Hong Kong failed to timely object to the Topic and so any
22  objection has been waived.  Furthermore, time constraints limited Mattel's ability to
23  fully depose Mr. Lee on the Topic.  Mattel will be severely prejudiced if it does not
24  obtain additional testimony on the Topic.   Accordingly, Mattel should not be
25  foreclosed from obtaining testimony on this Topic.

26  **Topic No. 57:**  The identity, source and current location of each head
27  that was provided by, for or on behalf of YOU to Anna Rhee for painting prior to
28  October 21, 2000.

**Reason To Compel Deposition on Topic No. 57**:

MGA Hong Kong failed to timely object to the Topic and so any objection has been waived.  Furthermore, time constraints limited Mattel's ability to fully depose Mr. Lee on the Topic.  Mattel will be severely prejudiced if it does not obtain additional testimony on the Topic.   Accordingly, Mattel should not be foreclosed from obtaining testimony on this Topic.

**Topic No. 58:**   The identity of each PERSON involved in the conception, design, development, production, sculpting, rotocasting, molding, modeling or prototyping of each head that was provided by, for or on behalf of YOU to Anna Rhee for painting prior to October 21, 2000.

**Reason To Compel Deposition on Topic No. 58**:

MGA Hong Kong failed to timely object to the Topic and so any objection has been waived.  Furthermore, time constraints limited Mattel's ability to fully depose Mr. Lee on the Topic.  Mattel will be severely prejudiced if it does not obtain additional testimony on the Topic.   Accordingly, Mattel should not be foreclosed from obtaining testimony on this Topic.

**Topic No. 59:**  To the extent not covered by any other Topic, the roles, involvement and activities of Stephen Lee, Cecelia Kwok, Franki Tsang, Victor Lee, Victor Raymond Fung, CY Ho, Eric Yip, Jimmy Cheng and Samuel Wong in connection with BRATZ and/or ANGEL prior to December 31, 2001, including without limitation the timing of such roles, involvement and activities.

**Reason To Compel Deposition on Topic No. 59**:

MGA Hong Kong failed to timely object to the Topic and so any objection has been waived.  Furthermore, time constraints limited Mattel's ability to fully depose Mr. Lee on the Topic.  Mattel will be severely prejudiced if it does not obtain additional testimony on the Topic.   Accordingly, Mattel should not be foreclosed from obtaining testimony on this Topic.

1   **Topic No. 60:**   To the extent not covered by any other Topic, the
2   IDENTITY, current and last known location, and disposition of DOCUMENTS that
3   REFER OR RELATE TO BRATZ and/or ANGEL that were, prior to December 31,
4   2001, created, generated, sent and/or received by YOU, including without limitation
5   by Stephen Lee, Cecelia Kwok, Franki Tsang, Victor Lee, Eric Yip, Victor
6   Raymond Fung, CY Ho, Jimmy Cheng and/or Samuel Wong.

7   **Reason To Compel Deposition on Topic No. 60**:

8   MGA Hong Kong failed to timely object to the Topic and so any
9   objection has been waived.  Furthermore, time constraints limited Mattel's ability to
10  fully depose Mr. Lee on the Topic.  Mattel will be severely prejudiced if it does not
11  obtain additional testimony on the Topic.   Accordingly, Mattel should not be
12  foreclosed from obtaining testimony on this Topic.

13  **Topic No. 61:**   YOUR relationship with Stephen Lee since April 1,
14  2004, including without limitation any agreements or contracts between YOU
15  and/or MGA Entertainment, Inc., on the one hand, and Stephen Lee, on the other
16  hand.

17
18
19
20
21
22
23
24
25
26
27
28

07209/2369280.1

MATTEL, INC.'S SEPARATE STATEMENT TO COMPEL DEPOSITION

**Reason To Compel Deposition on Topic No. 61**:

MGA Hong Kong failed to timely object to the Topic and so any objection has been waived.  Furthermore, time constraints limited Mattel's ability to fully depose Mr. Lee on the Topic.   Moreover, MGA Hong Kong's failure to produce documents impeded Mattel's ability to examine Mr. Lee on the Topic.  Mattel will be severely prejudiced if it does not obtain additional testimony on the Topic.   Accordingly, Mattel should not be foreclosed from obtaining testimony on this Topic.

DATED:  January 28, 2008              QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP


                                       By /s/Timothy L. Alger
                                          Timothy L. Alger
                                          Attorneys for Mattel, Inc.