QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>            Plaintiff,<br><br>       vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>            Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Hon. Edward Infante (Ret.) Pursuant To The Court's Order of December 6, 2006]**<br><br>[PUBLIC REDACTED] DECLARATION OF BRIDGET A. HAULER IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL THE DEPOSITION OF MGA ENTERTAINMENT (HK) LIMITED<br><br>Date:   TBA<br>Time:   TBA<br>Place:  TBA<br><br>Discovery Cut-Off:   January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date:           May 27, 2008 |

# DECLARATION OF BRIDGET A. HAULER

I, Bridget A. Hauler, declare as follows:

1. I am a member of the bar of the State of California and an associate with Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of Mattel, Inc.'s Notice of Deposition of MGA Entertainment (HK) Limited, Inc. Pursuant to Rule 30(b)(6), dated June 4, 2007.

3. Attached hereto as Exhibit 2 is a true and correct copy of Mattel, Inc.'s Second Notice of Deposition of MGA Pursuant to Rule 30(b)(6), dated February 1, 2007.

4. Attached hereto as Exhibit 3 is a true and correct copy of the Court's Order Granting Mattel's Motion to Compel 30(b)(6) Witnesses, dated May 16, 2007.

5. Attached hereto as Exhibit 4 is a true and correct copy of the Court's Order Granting in Part Mattel's Motion to Enforce the Court's May 16, 2007 Order and for Sanctions, dated August 14, 2007.

6. Attached hereto as Exhibit 5 is a true and correct copy of the Court's Order Granting Mattel's Motion for Additional Time to Depose Paula Garcia, dated August 14, 2007.

7. Attached hereto as Exhibit 6 is a true and correct copy of the Court's Order Granting in Part and Denying in Part Mattel's Motion to Enforce Court's Discovery Orders and to Compel; To Overrule Purportedly Improper Instructions; and For Sanctions, dated January 8, 2008.

8. Attached hereto as Exhibit 7 is a true and correct copy of Michael Zeller's letter to Diana Torres, dated June 26, 2007.

9. Attached hereto as Exhibit 8 is a true and correct copy of Mr. Zeller's letter to James Jenal and William Charron, dated July 6, 2007.

10. Attached hereto as Exhibit 9 is a true and correct copy of Mr. Zeller's letter to Mr. Jenal and Mr. Charron, dated July 19, 2007.

11. Attached hereto as Exhibit 10 is a true and correct copy of Mr. Zeller's letter to Mr. Jenal and Mr. Charron, dated July 25, 2007.

12. Attached hereto as Exhibit 11 is a true and correct copy of Jon Corey's letter to Mr. Charron, dated August 29, 2007.

13. Attached hereto as Exhibit 12 is a true and correct copy of Mr. Zeller's letter to Mr. Charron, dated September 7, 2007.

14. Attached hereto as Exhibit 13 is a true and correct copy of the Court's Order Granting Mattel's Motion to Compel Documents and Interrogatory Answers, dated May 15, 2007.

15. Attached hereto as Exhibit 14 is a true and correct copy of the Court's Order Granting in Part and Denying in Part MGA's Motion re the Discovery Master's May 15, 2007 Order, dated July 2, 2007.

16. At Mr. Lee's deposition, counsel for MGA Hong Kong, Marc Feinstein, produced un-Bates-numbered organizational charts for MGA Hong Kong and agreements between MGA Hong Kong and its former director, Stephen Lee.

17. Attached hereto as Exhibit 15 is a true and correct copy of Chris Nguyen's letter to Mr. Zeller dated October 5, 2007.

18. Attached hereto as Exhibit 16 is a true and correct copy of Mr. Nguyen's letter to Zeller dated September 17, 2007.

19. Attached hereto as Exhibit 17 is a true and correct copy of excerpts from the deposition of Edmond Lee, Vol. 2, dated October 5, 2007.

20. Attached hereto as Exhibit 18 is a true and correct copy of excerpts from the deposition of Edmond Lee, Vol. 1, dated October 4, 2007.

21. Attached hereto as Exhibit 19 is a true and correct copy of a letter from Mr. Zeller to Ms. Torres, dated October 8, 2007.

22. Attached hereto as Exhibit 20 is a true and correct copy of an e-mail and attachment Bates-numbered MGA HK 0002353-4 and produced on August 14, 2007.

23. Attached hereto as Exhibit 21 is a true and correct copy of an e-mail and attachment Bates-numbered MGA HK 0011155-6 and produced on October 8, 2007.

24. In response to the eight topics in Mattel's First Notice of MGA, MGA produced Kerri Brode, Charnayne Brooks and Paula Garcia. In response to the 46 topics in Mattel's Second Notice of MGA, MGA has produced to date Paula Garcia, Bryan Armstrong, Ken Lockhart, Lisa Tonnu, Rebecca Harris, Samir Khare and Spencer Woodman. Ms. Garcia, Mr. Armstrong, Mr. Lockhart, Ms. Harris, Mr. Khare and Ms. Tonnu have each appeared for multiple days of deposition. Ms. Garcia has appeared for four full days of testimony; Armstrong and Lockhart for two days each; and Tonnu for four days. Mr. Khare has appeared for three days of testimony, including one day on Topic No. 33 of the Second Notice and two days on topics in both Mattel's Second and Third Notices of MGA. Ms. Harris has appeared for a day-and-a-half of testimony. The vast majority of these depositions were Court-ordered pursuant to the Court's Orders of May 16, 2007, August 14, 2007, and January 8, 2008. See Exhs. 3-6.

25. Attached hereto as Exhibit 22 is a true and correct copy of e-mail correspondence Bates-numbered MGA 0147524-6 and marked as Exhibit 942 at the deposition of Edmond Lee on October 5, 2007.

26. Attached hereto as Exhibit 23 is a true and correct copy of a report entitled "Made in China: the Sweatshop Behind the Bratz," dated December 21, 2006, and marked as Exhibit 943 at the deposition of Mr. Lee on October 5, 2007.

27. Attached hereto as Exhibit 24 is a true and correct copy of an article entitled "China: Group Reports Harsh Working Conditions at Bratz Factory," dated December 22, 2006, and marked as Exhibit 944 at the deposition of Mr. Lee on October 5, 2007.

28. I have reviewed MGA Hong Kong's privilege log and MGA's privilege log and supplemental privilege logs produced in this case. No entry exists for a conversation involving Mr. Lee and Isaac Larian in December 2006.

29. Attached hereto as Exhibit 26 are true and correct copies of the pages marked as Exhibits 929, 930, and 931.

30. Attached hereto as Exhibit 27 is a true and correct copy of MGA Entertainment, Inc.'s Third Supplemental Response to Interrogatory No. 1 of Mattel, Inc.'s First Set of Interrogatories re Claims of Unfair Competition, dated June 22, 2007.

31. Attached hereto as Exhibit 28 is a true and correct copy of Mr. Zeller's letter to Tom Nolan, dated November 15, 2007.

32. Attached hereto as Exhibit 29 is a true and correct copy of Timothy Miller's letter to Mr. Zeller, dated November 20, 2007.

33. Attached hereto as Exhibit 30 is a true and correct copy of Dylan Proctor's letter to Timothy Miller, dated November 28, 2007.

34. Attached hereto as Exhibit 31 is a true and correct copy of Mr. Proctor's letter to Mr. Miller, dated December 20, 2007.

35. Attached hereto as Exhibit 32 is a true and correct copy of Mr. Miller's letter to Mr. Proctor, dated December 26, 2007.

36. Attached hereto as Exhibit 33 is a true and correct copy of Mr. Proctor's letter to Mr. Miller, dated December 28, 2007.

37. Attached hereto as Exhibit 34 is a true and correct copy of excerpts from the deposition transcript of Paula Garcia, Vol. 3, dated October 9, 2007.

38. Attached hereto as Exhibit 35 is a true and correct copy of excerpts from the deposition transcript of Rebecca Harris, dated July 20, 2007.

39. Attached hereto as Exhibit 36 is a true and correct copy of excerpts from the deposition transcript of Kenneth Lockhart, Vol. 1, dated June 14, 2007.

40. Attached hereto as Exhibit 37 is a true and correct copy of excerpts from the deposition transcript of Isaac Larian, dated July 18, 2006.

41. Attached hereto as Exhibit 38 is a true and correct copy of excerpts from the deposition transcript of Paula Garcia, Vol. 2, dated May 25, 2007.

42. Attached hereto as Exhibit 39 is a true and correct copy of e-mail correspondence dated July 8-9, 2000, and Bates-numbered MGA HK 0007502.

43. Attached hereto as Exhibit 40 is a true and correct copy of e-mail correspondence dated September 27, 2000 and Bates-numbered MGA 000422.

44. Attached hereto as Exhibit 41 is a true and correct copy of e-mail correspondence dated October 25, 2000 with attachments, Bates-numbered MGA 0046691-3.

45. Attached hereto as Exhibit 42 is a true and correct copy of MGA's Third Supplemental Response to Interrogatory No. 1 of Mattel's First Set of Interrogatories re Unfair Competition, dated June 22, 2007.

46. Attached hereto as Exhibit 43 is a true and correct copy of Mattel's First Notice of Deposition of MGA Entertainment, Inc. Pursuant to Rule 30(b)(6), dated February 16, 2005.

47. Attached hereto as Exhibit 44 is a true and correct copy of excerpts from the deposition transcript of Anna Rhee, dated February 3, 2005.

48. Attached hereto as Exhibit 45 is a true and correct copy of excerpts from the deposition transcript of Carter Bryant, Vol. 1, dated November 4, 2004.

49.     Mattel has incurred attorney's fees in excess of $4,010.00 in bringing this motion.  I spent more than 8 hours of my time preparing this motion, for a total of more than $2,800.00 at my billing rate of $350.00 per hour.  Dylan Proctor, a Quinn Emanuel partner, spent approximately two hours of time in connection with this motion, for a total of more than $1,210.00 at his billing rate of $605.00 per hour.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 28, 2008, at Los Angeles, California.

/s/Bridget A. Hauler
Bridget A. Hauler