THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Tel.: (213) 687-5000/Fax: (213) 687-5600

KENNETH PLEVAN (admitted *pro hac vice*)
(kplevan@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, NY 10046
Tel.: (212) 735-3000 / Fax: (212) 735-2000

Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian

UNITED STATED DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>    Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>MGA'S NOTICE OF INTENT TO OPPOSE MATTEL'S *EX PARTE* APPLICATIONS SET FOR HEARING ON FEBRUARY 4, 2008 |

On the evening of January 28, 2008, Mattel, Inc., filed two *ex parte* applications with this Court, seeking an order (i) compelling the depositions of Daphne Gronich, Joe Tiongco, Mariana Trueba, Pablo Vargas, MGA Entertainment, Inc., and MGAE de Mexico S.A. de C.V. and (ii) granting leave to take the depositions of, *inter alia*, Jorge Castilla, Joyce Ng, Gentle Giant Studios, Wachovia Corporation, Moss Adams, Andreas Koch, Amy Myers, Christensen Glaser, Rachel Harris, Kami Gilmour, Shirin Salemnia, Ricardo Abundis, Peter Marlow, Mercedeh Ward, Carol Witschell, Jeff Weiss, Jeanine Brisbois, Stephen Lee, Cecilia Kwock, Eric Yip, Larry McFarland, Ana Cabrera, Beatriz Morales, and Maria Salazar after the fact discovery cutoff. These *ex parte* applications, which were filed after the close of business and on a day on which the parties were taking twelve depositions, are together over 500 pages in length, including twelve supporting declarations and the exhibits attached thereto.

On January 29, 2008, the Court issued a minute order scheduling these, and other, *ex parte* applications for hearing on February 4, 2008. After receiving this minute order, MGA contacted counsel for Mattel to discuss the timing of MGA's opposition papers. In order to have a full opportunity to review Mattel's lengthy filings and collect the documentary evidence needed to support its oppositions, MGA requested an extension to Thursday, January 31, 2008 to files its papers. Mattel responded that it had no objection to MGA filing its oppositions on Wednesday, January 30, 2008, but would not agree to an extension until Thursday because Mattel intended to file replies. Without conceding the propriety of Mattel's intention to file replies on *ex parte* applications, MGA will file its opposition papers on Wednesday, January 30, 2008.

///

---

MGA's Notice of Intent to Oppose

| | |
|---|---|
| 1  DATED: January 29, 2008 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP |
| 2 | |
| 3 | By: *Kenneth Plevan / BCH* |
| 4 | Kenneth Plevan<br>Attorney for MGA Entertainment, Inc. |

MGA's Notice of Intent to Oppose