QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 90378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>[To Be Heard By Discovery Master Hon. Edward Infante (Ret.) Pursuant To The Court's Order Of December 6, 2006]<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 11 AND 14 TO THE DECLARATION OF SCOTT B. KIDMAN IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND THINGS BY MGA ENTERTAINMENT, INC. AND FOR AWARD OF MONETARY SANCTIONS<br><br>Hearing Date: TBD<br>Time: TBD<br>Place: TBD<br><br>Discovery Cut-off: January 28, 2008<br>Pre-trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2371304.1

APPLICATION TO FILE UNDER SEAL

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2  entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3  requests that the Court order filed under seal Exhibits 11 and 14 to the concurrently
4  filed Declaration of Scott B. Kidman in Support of Mattel, Inc.'s Motion to Compel
5  Production of Documents and Things by MGA Entertainment, Inc. and For Award
6  of Monetary Sanctions ("Kidman Declaration").

7  Exhibit 11 to the Kidman Declaration contains confidential excerpts
8  from the deposition transcript of Anna Rhee. Exhibit 14 to the Kidman Declaration
9  has been designated by Mattel as "Attorney's Eyes Only" pursuant to the Protective
10 Order. Accordingly, Mattel requests that the Court order these exhibits filed under
11 seal.

DATED: January 29, 2008   QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By: Scott Kidman /sgc
Scott B. Kidman
Attorneys for Mattel, Inc.