ORIGINAL

1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
      John B. Quinn (Bar No. 090378)
2     (johnquinn@quinnemanuel.com)
      Michael T. Zeller (Bar No. 196417)
3     (michaelzeller@quinnemanuel.com)
      Jon D. Corey (Bar No. 185066)
4     (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
6  Facsimile: (213) 443-3100

7  Attorneys for Mattel, Inc.

8               UNITED STATES DISTRICT COURT

9               CENTRAL DISTRICT OF CALIFORNIA

10                    EASTERN DIVISION

11 | CARTER BRYANT, an individual,    | CASE NO. CV 04-9049 SGL (RNBx)
12 |    Plaintiff,                    | Consolidated with
   |                                  | Case Nos. CV 04-09059 & CV 05-2727
13 |    vs.
   |                                  | MATTEL, INC.'S APPLICATION TO FILE
14 | MATTEL, INC., a Delaware         | UNDER SEAL EXHIBITS 8, 9, 10, 11, 12,
   | corporation,                     | 13, 14, 18, 24, 25, 26, 29 TO THE
15 |                                  | DECLARATION OF JAMES J. WEBSTER
   |    Defendant.                    | IN SUPPORT OF MATTEL, INC.'S
16 |                                  | MOTION TO COMPEL ADDITIONAL
   |                                  | DEPOSITION TESTIMONY AND
17 | AND CONSOLIDATED ACTIONS         | PRODUCTION OF DOCUMENTS BY
   |                                  | VERONICA MARLOW

18                                    [[Proposed] Order filed concurrently]

19                                    Date:  TBA
20                                    Time:  TBA
                                      Place: Telephonic

21                                    **Phase 1**
22                                    Discovery Cut-Off:     January 28, 2008
                                      Pre-Trial Conference:  May 5, 2008
23                                    Trial Date:            May 27, 2008

07209/2369693.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1        Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order
2  entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3  requests that the Court order filed under seal Exhibits 8, 9, 10, 11, 12, 13, 14, 18, 24,
4  25, 26, 29 to the Declaration Of James J. Webster In Support Of Mattel, Inc.'s
5  Motion To Compel Additional Deposition Testimony And Production Of
6  Documents By Veronica Marlow (the "Declaration").
7        The Declaration attaches materials that Mattel, MGA, Carter Bryant,
8  and third party Veronica Marlow have designated as "Confidential" or
9  "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order.  MGA has
10 designated Exhibits 9, 10, 11, 24, 25, 26, and 29 as "Confidential--Attorneys' Eyes
11 Only."  Carter Bryant has designated Exhibit 8 as "Confidential."  Mattel has
12 designated Exhibits 12, 13, and 14 as "Confidential."  Veronica Marlow has
13 designated Exhibit 18 as "Confidential."  Accordingly, Mattel requests that the
14 Court order that the Declaration be filed under seal.

16 DATED:  January 29, 2008      QUINN EMANUEL URQUHART OLIVER &
      HEDGES, LLP

18       By /s/ Cyrus S. Naim
19       Cyrus S. Naim
      Attorneys for Mattel, Inc.

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On January 29, 2008, I served true copies of the following document(s) described as **MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 8, 9, 10, 11, 12, 13, 14, 18, 24, 25, 26, 29 TO THE DECLARATION OF JAMES J. WEBSTER IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL ADDITIONAL DEPOSITION TESTIMONY AND PRODUCTION OF DOCUMENTS BY VERONICA MARLOW** on the parties in this action as follows:

Thomas J. Nolan, Esq.
**Skadden, Arps, Slate, Meagher & Flom LLP**
300 So. Grand Ave.
Suite 3400
Los Angeles CA  90071

Larry McFarland, Esq.
**Keats McFarland & Wilson LLP**
9720 Wilshire Boulevard, Penthouse Suite
Beverly Hills, CA 90212

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 29, 2008, at Los Angeles, California.

_____
NOW LEGAL -- Dave Quintana

07209/2169461.1

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On January 29, 2008, I served true copies of the following document(s) described as **MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 8, 9, 10, 11, 12, 13, 14, 18, 24, 25, 26, 29 TO THE DECLARATION OF JAMES J. WEBSTER IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL ADDITIONAL DEPOSITION TESTIMONY AND PRODUCTION OF DOCUMENTS BY VERONICA MARLOW** on the parties in this action as follows:

John W. Keker
Michael H. Page
Christa M. Anderson
**Keker & Van Nest, LLP**
710 Sansome Street
San Francisco, CA 94111
*Attorneys for CARTER BRYANT*

Mark E. Overland, Esq.
David E. Scheper, Esq.
Alexander H. Cote, Esq.
**Overland Borenstein Scheper & Kim, LLP**
300 South Grand Avenue
Suite 2750
Los Angeles, CA 90071-3144
*Attorneys for Carlos Gustavo Machado*

**BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 29, 2008, at Los Angeles, California.

/s/ Yalonda J. Dekle
Yalonda J. Dekle

07209/2359511.1