QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  timalger@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**[To Be Heard By Hon. Edward Infante (Ret.) Pursuant To Order Of December 6, 2006]**<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL CERTAIN EXHIBIT TO DECLARATION OF MELISSA GRANT IN SUPPORT OF MATTEL, INC.'S MOTION FOR LEAVE TO OBTAIN DISCOVERY AFTER THE PHASE 1 DISCOVERY CUT-OFF IN RESPONSE TO SUBPOENAS SERVED ON DOLL BAG, INC., VERONICA MARLOW, INC., MARLOW TECHNO-LOGIC, INC., PEOPLE'S BANK OF THE OZARKS AND WASHINGTON MUTUAL BANK<br><br>[[Proposed] Order filed concurrently]<br><br>Date: February 25, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 1<br><br>**Phase 1**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2371323.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2  entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3  requests that the Court order filed under seal Exhibit 12 the Declaration of Melissa
4  Grant in Support of Mattel, Inc.'s Motion for Leave to Obtain Discovery After the
5  Phase 1 Discovery Cut-Off in Response to Subpoenas Served on Doll Bag, Inc.,
6  Veronica Marlow, Inc., Marlow Techno-Logic, Inc., People's Bank Of The Ozarks
7  and Washington Mutual Bank ("Grant Declaration Exhibit").
8  The Grant Declaration Exhibit includes materials that Mattel, MGA or
9  Bryant have designated as "Confidential" or "Confidential--Attorneys' Eyes Only"
10  pursuant to the Protective Order. Accordingly, Mattel requests that the Court order
11  that the Grant Declaration Exhibits be filed under seal.

13  DATED: January 29, 2008       QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

                                   By _____
                                   Melissa Grant
                                   Attorneys for Mattel, Inc.