QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br>_____<br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL ITS MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY MGA IN RESPONSE TO MATTEL'S FIFTH SET OF REQUESTS FOR DOCUMENTS AND THINGS TO MGA AND EXHIBIT 4 TO THE DECLARATION OF TAMARA JIH FILED IN SUPPORT THEREOF<br><br>[[Proposed] Order filed concurrently]<br><br>Date:   TBD<br>Time:   TBD<br>Place:  TBD<br><br>**Phase 1**<br>Discovery Cut-Off:   January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date:          May 27, 2008 |

07209/2364546.1

1            Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order

2 entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully

3 requests that the Court order filed under seal:

4            1.     Mattel's Motion to Compel Production of Documents by MGA in

5 Response to Mattel's Fifth Set of Requests for Documents and Things to MGA; and

6            2.     Exhibit 4 to the Declaration of Tamara Jih in support thereof

7 ("Exhibit").

8            The Motion and the Exhibit include materials that MGA and/or Bryant

9 have designated as "Confidential" or "Confidential--Attorneys' Eyes Only" pursuant

10 to the Protective Order.  Accordingly, Mattel requests that the Court order that the

11 Motion and Exhibit be filed under seal.

12            In the alternative, Mattel requests that the Court declare that these

13 materials are outside the definitions of "Confidential" and "Confidential--Attorneys'

14 Eyes Only" as contained in the Stipulated Protective Order and order them to be

15 filed as part of the public record.

16

17 DATED:  January 29, 2008        QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

18

19                           By_____

20                           B. Dylan Proctor
                              Attorneys for Mattel, Inc.

21

22

23

24

25

26

27

28