ORIGINAL

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 10, 12, AND 13 TO THE DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY ANNE WANG<br><br>[[Proposed] Order filed concurrently]<br><br>Date: TBD<br>Time: TBD<br>Place: TBD<br><br>**Phase 1**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2364401.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1 | Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2 | entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3 | requests that the Court order filed under seal Exhibits 10, 12 and 13 to the
4 | Declaration of B. Dylan Proctor in Support of Mattel Inc.'s Motion to Compel
5 | Production of Documents by Anne Wang ("Exhibits").
6 | The Exhibits include materials that MGA, Bryant and/or third parties
7 | have designated as "Confidential--Attorneys' Eyes Only" pursuant to the Protective
8 | Order. Accordingly, Mattel requests that the Court order that the Exhibits be filed
9 | under seal.
10 | In the alternative, Mattel requests that the Court declare that these
11 | materials are outside the definitions of "Confidential--Attorneys' Eyes Only" as
12 | contained in the Stipulated Protective Order and order them to be filed as part of the
13 | public record.

DATED: January 29, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ B. Dylan Proctor
B. Dylan Proctor
Attorneys for Mattel, Inc.

07209/2364401.1

-2-
MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL