QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
| vs. | |
| MATTEL, INC., a Delaware corporation, | Hon. Stephen G. Larson |
| | PROOF OF SERVICE |
| Defendant. | Hearing Date: N/A<br>Time: N/A<br>Courtroom: N/A |
| AND CONSOLIDATED ACTIONS | |

**Phase 1:**
Discovery Cut-off:        January 28, 2008
Pre-trial Conference:   May 5, 2008
Trial Date:                  May 27, 2008

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is NOW Messenger Service, 1301 West Second Street, Suite 206, Los Angeles, California 90026.

On January 29, 2008, I served true copies of the following documents described as:

1. **DECLARATION OF JON D. COREY IN SUPPORT OF MATTEL, INC.'S EX PARTE APPLICATION; (1) TO COMPEL DEPOSITIONS OF DAPHNE GRONICH, JOE TIONGCO, MARIANA TRUEBA, PABLO VARGAS, MGA ENTERTAINMENT, INC. (PURSUANT TO RULE 30(B)(6), AND MGAE DE MEXICO (PURSUANT TO 30(B)(6) AND (2) FOR LEAVE TO TAKE DEPOSITIONS IN FEBRUARY 2008; OR, IN THE ALTERNATIVE, FOR AN ORDER SHORTENING TIME TO HEAR A MOTION SEEKING THE FOREGOING RELIEF**

2. **MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 21 AND 22 TO THE DECLARATION OF JON D. COREY IN SUPPORT MATTEL, INC.'S EX PARTE APPLICATION; AND**

3. **[PROPOSED] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL.**

on the parties in this action as follows:

| | |
|---|---|
| Skadden, Arps, Slate, Meagher & Flom LLP<br>    Thomas J. Nolan, Esq.<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA  90071 | **Attorneys for *MGA Entertainment, Inc., MGA Entertainment (HK) Ltd., Isaac Larian and MGAE de Mexico, S.R.L. de C.V.*** |
| Overland Borenstein Scheper &Kim, LLP<br>    Mark E. Overland, Esq.<br>    David C. Scheper, Esq.<br>    Alexander H. Cote, Esq.<br>300 South Grand Avenue, Suite 2750<br>Los Angeles, CA 90071 | **Attorneys for *Carlos Gustavo Machado Gomez*** |

1    [√ ]   **[PERSONAL]** by personally delivering the document listed above to

2    the person(s) at the address(es) set forth above.

3

4    I declare that I am employed in the office of a member of the bar of this court

5  at whose direction the service was made

6    Executed on January 29, 2008, at Los Angeles, California.

7

8                    _____

9                  David Quintana

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## PROOF OF SERVICE

1

2      I am employed in the County of Los Angeles, State of California.  I am over

3  the age of eighteen years and not a party to the within action; my business address is

4  865 South Figueroa Street, 10th Floor, Los Angeles, California 90017.

5      On January 24, 2008, I served true copies of the following documents

6  described as:

7  **1.     DECLARATION OF JON D. COREY IN SUPPORT OF MATTEL,**

8  **INC.'S EX PARTE APPLICATION; (1) TO COMPEL DEPOSITIONS OF**

9  **DAPHNE GRONICH, JOE TIONGCO, MARIANA TRUEBA, PABLO**

10 **VARGAS, MGA ENTERTAINMENT, INC. (PURSUANT TO RULE 30(B)(6),**

11 **AND MGAE DE MEXICO (PURSUANT TO 30(B)(6) AND (2) FOR LEAVE**

12 **TO TAKE DEPOSITIONS IN FEBRUARY 2008; OR, IN THE**

13 **ALTERNATIVE, FOR AN ORDER SHORTENING TIME TO HEAR A**

14 **MOTION SEEKING THE FOREGOING RELIEF**

15 **2.     MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS**

16 **21 AND 22 TO THE DECLARATION OF JON D. COREY IN SUPPORT**

17 **MATTEL, INC.'S EX PARTE APPLICATION; AND**

18 **3.     [PROPOSED] ORDER RE MATTEL, INC.'S APPLICATION TO FILE**

19 **UNDER SEAL.**

20 on the parties in this action as follows:

| | |
|---|---|
| Keker & Van Nest, LLP<br>John W. Keker, Esq.<br>Michael H. Page, Esq.<br>Christa M. Anderson, Esq.<br>710 Sansome Street<br>San Francisco, CA 94111 | **Attorneys for *Carter Bryant*** |

21

22

23

24

25

26 [√]     **BY OVERNIGHT DELIVERY:** I deposited such document(s) in a

27 box or other facility regularly maintained by the overnight service carrier, or

28 delivered such document(s) to a courier or driver authorized by the overnight

1   service carrier to receive documents, in sealed envelope(s) or package(s)

2   designated by the overnight service carrier with delivery fees paid or provided

3   for, addressed to the person(s) being served.

4

5       I declare that I am employed in the office of a member of the bar of this court

6   at whose direction the service was made

7       Executed on January 29, 2008, at Los Angeles, California.

8

9

10   Kelly Velázquez

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28