MICHAEL T. ZELLER
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
865 SOUTH FIGUEROA STREET
10th FLOOR
LOS ANGELES, CA 90017
(213) 443-3000

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>PLAINTIFF(S)<br>v.<br>MATTEL, INC., a Delaware corporation,<br><br>DEFENDANT(S). | CASE NUMBER:<br>CV 04-9049 SGL (RNBx)<br><br>NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
NOTICE OF ERRATUM RE DECLARATION OF JENNIFER E. LEWIS IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL PRODUCTION OF FEE AGREEMENTS AND PRIVILEGE LOGS FROM LEAHY, CLOONAN, HALPERN AND MARLOW, AND FOR SANCTIONS; CORRECTED CAPTION PAGE FOR ABOVE DECLARATION

**Document Description:**

- [ ] Administrative Record
- [ ] Exhibits
- [ ] Ex Part Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)
- [X] Other  Notice of Erratum

**Reason:**

- [ ] Under Seal
- [ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- [ ] Electronic versions are not available to filer
- [ ] Per Court order dated _____
- [X] Manual Filing required (*reason*): Cannot link to filing on e-file b/c dec. filed under seal.

January 30, 2008
Date

Attorney Name
B. Dylan Proctor
Mattel, Inc.
Party Represented

Note: File one Notice in each case, each time you manually file document(s).

G-92 (02/07)      NOTICE OF MANUAL FILING      CCD-G92