```
B. DYLAN PROCTOR
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
865 SOUTH FIGUEROA STREET
10th FLOOR
LOS ANGELES, CA 90017
(213) 443-3000
```

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation, | CASE NUMBER:<br>CV 04-9049 SGL (RNBx) |
| PLAINTIFF(S) | |
| DEFENDANT(S). | **NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**

NOTICE OF ERRATUM RE MATTEL, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL FURTHER DEPOSITION OF MARGARET HATCH LEAHY, TO OVERRULE INSTRUCTIONS NOT TO ANSWER, AND FOR SANCTIONS; CORRECTED CAPTION PAGE FOR ABOVE MOTION.

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Part Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)

☒ Other  Notice of Erratum

**Reason:**

☐ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☒ Manual Filing required (*reason*): Cannot link to filing on e-file b/c motion filed under seal.

| | |
|---|---|
| <u>January 30, 2008</u><br>Date | B. Dylan Proctor<br><u></u><br>Attorney Name |
| | <u>Mattel, Inc.</u><br>Party Represented |

Note: File one Notice in each case, each time you manually file document(s).