QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
johnquinn@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
Timothy L. Alger (Bar No. 160303)
timalger@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Plaintiff and Counter-Defendant Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated With Case No. 04-9059 and Case No. 05-2727<br><br>AMENDED PROOF OF SERVICE |

///

- 1 -
AMENDED PROOF OF SERVICE

1    I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address
2    865 South Figueroa Street, 10th Floor, Los Angeles, California 90017

3    On January 28, 2008, I served true copies of the following document(s) described as

4    1)    **NOTICE OF MOTION AND MOTION OF MATTEL, INC. FOR AN ORDER ENFORCING COURT'S JANUARY 25, 2007 ORDER COMPELLING BRYANT TO PRODUCE COMPUTER HARD DRIVES AND FOR SANCTIONS**

5    
6    
7    2)    **DECLARATION OF MELISSA GRANT IN SUPPORT OF MOTION OF MATTEL, INC. FOR AN ORDER ENFORCING COURT'S JANUARY 25, 2007 ORDER COMPELLING BRYANT TO PRODUCE COMPUTER HARD DRIVES AND FOR SANCTIONS**

8    
9    on the parties in this action as follows:

10   John W. Keker
11   Michael H. Page
     Christa M. Anderson
12   **Keker & Van Nest, LLP**
13   710 Sansome Street
     San Francisco, CA  94111
14   TEL: (415) 391-5400
15   FAX: (415) 397-7188
     jkeker@kvn.com
16   mhp@kvn.com

17   
18   **BY FEDEX:** I deposited such document(s) in a box or other facility regularly maintained by FedEx, or delivered such document(s) to a courier or driver authorized by FedEx to receive documents, in sealed envelope(s) or package(s)
19   designated by FedEx with delivery fees paid or provided for, addressed to the person(s) being served.

20   **BY ELECTRONIC MAIL TRANSMISSION:** By electronic mail transmission
21   from lucilleclavel@quinnemanuel.com on **January 28, 2008**, by transmitting a PDF format copy of such document(s) to each such person at the e-mail address listed
22   below their address(es). The document(s) was/were transmitted by electronic transmission and such transmission was reported as complete and without error.

23   I declare that I am employed in the office of a member of the bar of this Court at
24   whose direction the service was made

25   Executed on January 30, 2008, at Los Angeles, California.

26   
27                                    *Lucille Clavel*
                                       LUCILLE CLAVEL
28   

07209/2372760.1

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service 1301 W. 2nd Street, Suite 206. Los Angeles, CA 90026.

On January 30, 2008, I served true copies of the following document(s) described as:

1) **NOTICE OF MOTION AND MOTION OF MATTEL, INC. FOR AN ORDER ENFORCING COURT'S JANUARY 25, 2007 ORDER COMPELLING BRYANT TO PRODUCE COMPUTER HARD DRIVES AND FOR SANCTIONS**

2) **DECLARATION OF MELISSA GRANT IN SUPPORT OF MOTION OF MATTEL, INC. FOR AN ORDER ENFORCING COURT'S JANUARY 25, 2007 ORDER COMPELLING BRYANT TO PRODUCE COMPUTER HARD DRIVES AND FOR SANCTIONS**

3) **AMENDED PROOF OF SERVICE**

on the parties in this action as follows:

John W. Keker
Michael H. Page
Christa M. Anderson
**Keker & Van Nest, LLP**
710 Sansome Street
San Francisco, CA 94111

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 30, 2008, at Los Angeles, California.

_____
Now Legal, Dave Quintana

- 3 -
AMENDED PROOF OF SERVICE