1 | Nos. 40-45 from Mattel, Inc.'s Second Set of Requests for Documents and Things to

2 | MGA Entertainment, Inc.; Request Nos. 266-269 from Mattel, Inc.'s First Set of

3 | Requests for Documents and Things to Isaac Larian; Request No. 22 from Mattel,

4 | Inc.'s Third Set of Requests for Documents and Things to MGA Entertainment, Inc.;

5 | Request Nos. 157-159 from Mattel, Inc.'s First Set of Requests for Documents and

6 | Things re Claims of Unfair Competition to MGA Entertainment, Inc.; Request No.

7 | 41 from Mattel, Inc.'s First Set of Requests for Production of Documents and

8 | Tangible Things to MGA Entertainment Inc.; Request No. 41 from Mattel, Inc.'s

9 | Second Set of Requests for Documents and Things to MGA Entertainment, Inc.;

10 | Request Nos. 99, 107 from Mattel, Inc.'s Fourth Set of Requests for Documents and

11 | Things to MGA Entertainment, Inc.; and Request Nos. 117-124 Mattel's First Set of

12 | Requests for Documents and Things to MGAE de Mexico, S.R.L. de C.V.

13 | <u>REQUEST FOR PRODUCTION NO. 8</u>:

14 | DOCUMENTS sufficient to evidence any and all meetings of shareholders of

15 | MGA, including the date, time and location of the meeting and the IDENTITY of

16 | each PERSON in attendance.

17 | <u>RESPONSE TO REQUEST FOR PRODUCTION NO. 8</u>:

18 | MGA incorporates by reference its General Response and General Objections

19 | above, as though fully set forth herein and specifically incorporates General

20 | Objection No. 15 (regarding Definitions), including without limitation MGA's

21 | objection to the definition of the terms MGA and its incorporated term AFFILIATES,

22 | and PERSON.  MGA further objects to the request to the extent it seeks the

23 | production of documents that are protected from disclosure under any applicable

24 | privilege, doctrine or immunity, including without limitation the attorney-client

25 | privilege, the work product doctrine, the right of privacy, and all other privileges

26 | recognized under the constitutional, statutory or decisional law of the United States

27 | of America, the State of California or any other applicable jurisdiction.  MGA further

28 |

MGA ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S FIFTH SET OF
REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC. - CV 04-9049 SGL (RNBx)
20

EXHIBIT _2_

PAGE _40_

1 | objects to this request on the grounds that it is overly broad and unduly burdensome
2 | in that it seeks documents not relevant to the claims or defenses in this action and not
3 | reasonably calculated to lead to the discovery of admissible evidence.  Mattel has not
4 | demonstrated how DOCUMENTS sufficient to evidence *any and all* meetings of
5 | shareholders of MGA, including the date, time and location of the meeting and the
6 | IDENTITY of *each* PERSON in attendance could be relevant to the claims and
7 | defenses in this action.  The request is not limited to the subject matter of this action
8 | and is thus impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22 Order
9 | at 21:5-7.  MGA further objects to this request as being overly broad and unduly
10 | burdensome on the grounds that it is not limited in time or geographical scope.
11 | MGA further objects to the phrases "sufficient to evidence" as vague and ambiguous.
12 | MGA further objects to the request to the extent that it seeks documents that by
13 | reason of public filing, public distribution or otherwise are already in Mattel's
14 | possession or are readily accessible to Mattel.  MGA further objects to the request to
15 | the extent that it seeks documents not in MGA's possession, custody or control.
16 | MGA further objects to the request to the extent it seeks confidential, proprietary or
17 | commercially sensitive information, the disclosure of which would be inimical to the
18 | business interests of MGA.  MGA further objects to the request to the extent it
19 | violates the privacy rights of third parties to their private, confidential, proprietary or
20 | trade secret information.
21 |      MGA further objects to this request as cumulative, duplicative, and unduly
22 | burdensome to the extent that it seeks documents previously requested by Mattel or
23 | produced by MGA (or any of its affiliates) in response to Mattel's document requests,
24 | including, but not limited to:  Request No. 107 from Mattel, Inc.'s Fourth Set of
25 | Requests for Documents and Things to MGA Entertainment, Inc.
26 | REQUEST FOR PRODUCTION NO. 9:
27 |      The minutes of all meetings of shareholders of MGA.
28 |

EXHIBIT  2

PAGE  41

1 | **RESPONSE TO REQUEST FOR PRODUCTION NO. 9:**

2 |     MGA incorporates by reference its General Response and General Objections

3 | above, as though fully set forth herein and specifically incorporates General

4 | Objection No. 15 (regarding Definitions), including without limitation MGA's

5 | objection to the definition of the terms MGA and its incorporated term AFFILIATES,

6 | and PERSON. MGA further objects to the request to the extent it seeks the

7 | production of documents that are protected from disclosure under any applicable

8 | privilege, doctrine or immunity, including without limitation the attorney-client

9 | privilege, the work product doctrine, the right of privacy, and all other privileges

10 | recognized under the constitutional, statutory or decisional law of the United States

11 | of America, the State of California or any other applicable jurisdiction. MGA further

12 | objects to this request on the grounds that it is overly broad and unduly burdensome

13 | in that it seeks documents not relevant to the claims or defenses in this action and not

14 | reasonably calculated to lead to the discovery of admissible evidence. Mattel has not

15 | demonstrated how the minutes of *all* meetings of shareholders of MGA could be

16 | relevant to the claims and defenses in this action. The request is not limited to the

17 | subject matter of this action and is thus impermissibly overbroad. See Aug. 13 Order

18 | at 9:17-20; May 22 Order at 21:5-7. MGA further objects to this request as being

19 | overly broad and unduly burdensome on the grounds that it is not limited in time or

20 | geographical scope. MGA further objects to the request to the extent that it seeks

21 | documents that by reason of public filing, public distribution or otherwise are already

22 | in Mattel's possession or are readily accessible to Mattel. MGA further objects to the

23 | request to the extent that it seeks documents not in MGA's possession, custody or

24 | control. MGA further objects to the request to the extent it seeks confidential,

25 | proprietary or commercially sensitive information, the disclosure of which would be

26 | inimical to the business interests of MGA. MGA further objects to the request to the

27 |

28 |

EXHIBIT 2

PAGE 42

1  extent it violates the privacy rights of third parties to their private, confidential,

2  proprietary or trade secret information.

3       MGA further objects to this request as cumulative, duplicative, and unduly

4  burdensome to the extent that it seeks documents previously requested by Mattel or

5  produced by MGA (or any of its affiliates) in response to Mattel's document requests,

6  including, but not limited to:  Request No. 107 from Mattel, Inc.'s Fourth Set of

7  Requests for Documents and Things to MGA Entertainment, Inc.

8  REQUEST FOR PRODUCTION NO. 10:

9       DOCUMENTS sufficient to evidence any and all meetings of the board of

10  directors of MGA, including the date, time and location of the meeting and the

11  IDENTITY of each PERSON in attendance.

12  RESPONSE TO REQUEST FOR PRODUCTION NO. 10:

13       MGA incorporates by reference its General Response and General Objections

14  above, as though fully set forth herein and specifically incorporates General

15  Objection No. 15 (regarding Definitions), including without limitation MGA's

16  objection to the definition of the terms MGA and its incorporated term AFFILIATES,

17  and PERSON.  MGA further objects to the request to the extent it seeks the

18  production of documents that are protected from disclosure under any applicable

19  privilege, doctrine or immunity, including without limitation the attorney-client

20  privilege, the work product doctrine, the right of privacy, and all other privileges

21  recognized under the constitutional, statutory or decisional law of the United States

22  of America, the State of California or any other applicable jurisdiction.  MGA further

23  objects to this request on the grounds that it is overly broad and unduly burdensome

24  in that it seeks documents not relevant to the claims or defenses in this action and not

25  reasonably calculated to lead to the discovery of admissible evidence.  Mattel has not

26  demonstrated how DOCUMENTS sufficient to evidence *any and all* meetings of the

27  board of directors of MGA, including the date, time and location of the meeting and

28

EXHIBIT 2

PAGE 43

1 the IDENTITY of *each* PERSON in attendance could be relevant to the claims and

2 defenses in this action.  The request is not limited to the subject matter of this action

3 and is thus impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22 Order

4 at 21:5-7.  MGA further objects to this request as being overly broad and unduly

5 burdensome on the grounds that it is not limited in time or geographical scope.

6 MGA further objects to the phrase "sufficient to evidence" as vague and ambiguous.

7 MGA further objects to the request to the extent that it seeks documents that by

8 reason of public filing, public distribution or otherwise are already in Mattel's

9 possession or are readily accessible to Mattel.  MGA further objects to the request to

10 the extent that it seeks documents not in MGA's possession, custody or control.

11 MGA further objects to the request to the extent it seeks confidential, proprietary or

12 commercially sensitive information, the disclosure of which would be inimical to the

13 business interests of MGA.  MGA further objects to the request to the extent it

14 violates the privacy rights of third parties to their private, confidential, proprietary or

15 trade secret information.

16       MGA further objects to this request as cumulative, duplicative, and unduly

17 burdensome to the extent that it seeks documents previously requested by Mattel or

18 produced by MGA (or any of its affiliates) in response to Mattel's document requests,

19 including, but not limited to:  Request No. 107 from Mattel, Inc.'s Fourth Set of

20 Requests for Documents and Things to MGA Entertainment, Inc.

21 REQUEST FOR PRODUCTION NO. 11:

22       The minutes of all meetings of the board of directors of MGA.

23 RESPONSE TO REQUEST FOR PRODUCTION NO. 11:

24       MGA incorporates by reference its General Response and General Objections

25 above, as though fully set forth herein and specifically incorporates General

26 Objection No. 15 (regarding Definitions), including without limitation MGA's

27 objection to the definition of the terms MGA and its incorporated terms

28

EXHIBIT 2

PAGE 44

1  AFFILIATES and PERSON.  MGA further objects to the request to the extent it
2  seeks the production of documents that are protected from disclosure under any
3  applicable privilege, doctrine or immunity, including without limitation the attorney-
4  client privilege, the work product doctrine, the right of privacy, and all other
5  privileges recognized under the constitutional, statutory or decisional law of the
6  United States of America, the State of California or any other applicable jurisdiction.
7  MGA further objects to this request on the grounds that it is overly broad and unduly
8  burdensome in that it seeks documents not relevant to the claims or defenses in this
9  action and not reasonably calculated to lead to the discovery of admissible evidence.
10 Mattel has not demonstrated how the minutes of *all* meetings of the board of
11 directors of MGA could be relevant to the claims and defenses in this action.  The
12 request is not limited to the subject matter of this action and is thus impermissibly
13 overbroad.  See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.  MGA further
14 objects to this request as being overly broad and unduly burdensome on the grounds
15 that it is not limited in time or geographical scope.  MGA further objects to the
16 request to the extent that it seeks documents that by reason of public filing, public
17 distribution or otherwise are already in Mattel's possession or are readily accessible
18 to Mattel.  MGA further objects to the request to the extent that it seeks documents
19 not in MGA's possession, custody or control.  MGA further objects to the request to
20 the extent it seeks confidential, proprietary or commercially sensitive information,
21 the disclosure of which would be inimical to the business interests of MGA.  Such
22 information may also be subject to protective orders governing other litigations
23 thereby precluding disclosure in response to this request.  MGA further objects to the
24 request to the extent it violates the privacy rights of third parties to their private,
25 confidential, proprietary or trade secret information.
26      MGA further objects to this request as cumulative, duplicative, and unduly
27 burdensome to the extent that it seeks documents previously requested by Mattel or
28

EXHIBIT  2

PAGE  45

1  produced by MGA (or any of its affiliates) in response to Mattel's document requests,

2  including, but not limited to:  Request No. 107 from Mattel, Inc.'s Fourth Set of

3  Requests for Documents and Things to MGA Entertainment, Inc.

4  REQUEST FOR PRODUCTION NO. 12:

5       DOCUMENTS sufficient to show any and all salary, benefits or any other

6  compensation paid to LARIAN or any business affiliated with LARIAN, including

7  to whom the payments were made, the amounts paid and the dates of payment.

8  RESPONSE TO REQUEST FOR PRODUCTION NO. 12:

9       MGA incorporates by reference its General Response and General Objections

10  above, as though fully set forth herein and specifically incorporates General

11  Objection No. 15 (regarding Definitions), including without limitation MGA's

12  objection to the definition of the terms LARIAN and its incorporated terms FAMILY

13  MEMBER and PERSON.  MGA further objects to the request to the extent it seeks

14  the production of documents that are protected from disclosure under any applicable

15  privilege, doctrine or immunity, including without limitation the attorney-client

16  privilege, the work product doctrine, the right of privacy, and all other privileges

17  recognized under the constitutional, statutory or decisional law of the United States

18  of America, the State of California or any other applicable jurisdiction.  MGA further

19  objects to this request on the grounds that it is overly broad and unduly burdensome

20  in that it seeks documents not relevant to the claims or defenses in this action and not

21  reasonably calculated to lead to the discovery of admissible evidence.  Mattel has not

22  demonstrated how DOCUMENTS sufficient to show *any and all* salary, benefits or

23  *any* other compensation paid to LARIAN or *any* business affiliated with LARIAN

24  could be relevant to the claims and defenses in this action.  The request is not limited

25  to the subject matter of this action and is thus impermissibly overbroad.  See Aug. 13

26  Order at 9:17-20; May 22 Order at 21:5-7.  MGA further objects to this request as

27  being overly broad and unduly burdensome on the grounds that it is not limited in

28

EXHIBIT 2

PAGE 46

1 time or geographical scope.  MGA further objects to this request on the grounds that

2 the terms "any other compensation" and "business affiliated with LARIAN" render

3 the request vague, ambiguous, overly broad and unduly burdensome.  MGA further

4 objects to the phrase "sufficient to show any and all" as vague and ambiguous.  MGA

5 further objects to the request to the extent that it seeks documents that by reason of

6 public filing, public distribution or otherwise are already in Mattel's possession or

7 are readily accessible to Mattel.  MGA further objects to the request to the extent that

8 it seeks documents not in MGA's possession, custody or control.  MGA further

9 objects to the request to the extent it seeks confidential, proprietary or commercially

10 sensitive information, the disclosure of which would be inimical to the business

11 interests of MGA.  Such information may also be subject to protective orders

12 governing other litigations thereby precluding disclosure in response to this request.

13 MGA further objects to the request to the extent it violates the privacy rights of third

14 parties to their private, confidential, proprietary or trade secret information.

15      MGA further objects to this request as cumulative, duplicative, and unduly

16 burdensome to the extent that it seeks documents previously requested by Mattel or

17 produced by MGA (or any of its affiliates) in response to Mattel's document requests,

18 including, but not limited to:  Request Nos. 229-265 from the Mattel, Inc.'s First Set

19 of Requests for Documents and Things to Isaac Larian.

20 REQUEST FOR PRODUCTION NO. 13:

21      DOCUMENTS sufficient to show any and all payments or transfers of

22 anything of value to LARIAN or any business affiliated with LARIAN, including to

23 whom the payments or transfers were made, the amounts of the payments or the

24 value of the item transferred and the dates of the payments or transfers.

25 RESPONSE TO REQUEST FOR PRODUCTION NO. 13:

26      MGA incorporates by reference its General Response and General Objections

27 above, as though fully set forth herein and specifically incorporates General

28

EXHIBIT 2

PAGE 47

1 | Objection No. 15 (regarding Definitions), including without limitation MGA's
2 | objection to the definition of the terms LARIAN and its incorporated terms FAMILY
3 | MEMBER and PERSON. MGA further objects to the request to the extent it seeks
4 | the production of documents that are protected from disclosure under any applicable
5 | privilege, doctrine or immunity, including without limitation the attorney-client
6 | privilege, the work product doctrine, the right of privacy, and all other privileges
7 | recognized under the constitutional, statutory or decisional law of the United States
8 | of America, the State of California or any other applicable jurisdiction. MGA further
9 | objects to this request on the grounds that it is overly broad and unduly burdensome
10 | in that it seeks documents not relevant to the claims or defenses in this action and not
11 | reasonably calculated to lead to the discovery of admissible evidence. Mattel has not
12 | demonstrated how DOCUMENTS sufficient to show *any and all* payments or
13 | transfers of *anything* of value to LARIAN or *any* business affiliated with LARIAN
14 | could be relevant to the claims and defenses in this action. The request is not limited
15 | to the subject matter of this action and is thus impermissibly overbroad. See Aug. 13
16 | Order at 9:17-20; May 22 Order at 21:5-7. MGA further objects to this request as
17 | being overly broad and unduly burdensome on the grounds that it is not limited in
18 | time or geographical scope. MGA further objects to this request on the grounds that
19 | the terms "anything of value" and "business affiliated with LARIAN" render the
20 | request vague, ambiguous, overly broad and unduly burdensome. MGA further
21 | objects to the phrase "sufficient to show any and all" as vague and ambiguous. MGA
22 | further objects to the request to the extent that it seeks documents that by reason of
23 | public filing, public distribution or otherwise are already in Mattel's possession or
24 | are readily accessible to Mattel. MGA further objects to the request to the extent that
25 | it seeks documents not in MGA's possession, custody or control. MGA further
26 | objects to the request to the extent it seeks confidential, proprietary or commercially
27 | sensitive information, the disclosure of which would be inimical to the business
28 |

MGA ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S FIFTH SET OF REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC. - CV 04-9049 SGL (RNBx)

28

EXHIBIT 2

PAGE 4B

1   interests of MGA.  Such information may also be subject to protective orders

2   governing other litigations thereby precluding disclosure in response to this request.

3   MGA further objects to the request to the extent it violates the privacy rights of third

4   parties to their private, confidential, proprietary or trade secret information.

5        MGA further objects to this request as cumulative, duplicative, and unduly

6   burdensome to the extent that it seeks documents previously requested by Mattel or

7   produced by MGA (or any of its affiliates) in response to Mattel's document requests,

8   including, but not limited to:  Request Nos. 229-265 from the Mattel, Inc.'s First Set

9   of Requests for Documents and Things to Isaac Larian.

10   REQUEST FOR PRODUCTION NO. 14:

11        Statements for accounts maintained by YOU at any bank or other financial

12   institution sufficient to show any and all payments to LARIAN or any business

13   affiliated with LARIAN.

14   RESPONSE TO REQUEST FOR PRODUCTION NO. 14:

15        MGA incorporates by reference its General Response and General Objections

16   above, as though fully set forth herein and specifically incorporates General

17   Objection No. 15 (regarding Definitions), including without limitation MGA's

18   objection to the definition of the terms YOU and its incorporated terms

19   AFFILIATES and PERSON.  MGA further objects to the request to the extent it

20   seeks the production of documents that are protected from disclosure under any

21   applicable privilege, doctrine or immunity, including without limitation the attorney-

22   client privilege, the work product doctrine, the right of privacy, and all other

23   privileges recognized under the constitutional, statutory or decisional law of the

24   United States of America, the State of California or any other applicable jurisdiction.

25   MGA further objects to this request on the grounds that it is overly broad and unduly

26   burdensome in that it seeks documents not relevant to the claims or defenses in this

27   action and not reasonably calculated to lead to the discovery of admissible evidence.

28

EXHIBIT 2

PAGE 99

1 | Mattel has not demonstrated how *all* statements for accounts maintained by YOU at

2 | *any* bank or other financial institution sufficient to show *any and all* payments to

3 | LARIAN or *any* business affiliated with LARIAN could be relevant to the claims

4 | and defenses in this action. The request is not limited to the subject matter of this

5 | action and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22

6 | Order at 21:5-7. MGA further objects to this request as being overly broad and

7 | unduly burdensome on the grounds that it is not limited in time or geographical

8 | scope. MGA further objects to this request on the grounds that the terms "other

9 | financial institution" and "business affiliated with LARIAN" render the request

10 | vague, ambiguous, overly broad and unduly burdensome. MGA further objects to

11 | the phrase "sufficient to show any and all" as vague and ambiguous. MGA further

12 | objects to the request to the extent that it seeks documents that by reason of public

13 | filing, public distribution or otherwise are already in Mattel's possession or are

14 | readily accessible to Mattel. MGA further objects to the request to the extent that it

15 | seeks documents not in MGA's possession, custody or control. MGA further objects

16 | to the request to the extent it seeks confidential, proprietary or commercially

17 | sensitive information, the disclosure of which would be inimical to the business

18 | interests of MGA. Such information may also be subject to protective orders

19 | governing other litigations thereby precluding disclosure in response to this request.

20 | MGA further objects to the request to the extent it violates the privacy rights of third

21 | parties to their private, confidential, proprietary or trade secret information.

22 | MGA further objects to this request as cumulative, duplicative, and unduly

23 | burdensome to the extent that it seeks documents previously requested by Mattel or

24 | produced by MGA (or any of its affiliates) in response to Mattel's document requests,

25 | including, but not limited to: Request Nos. 229-265 from the Mattel, Inc.'s First Set

26 | of Requests for Documents and Things to Isaac Larian.

27 |

28 |

EXHIBIT 2

PAGE 50

1  REQUEST FOR PRODUCTION NO. 15:

2  　　DOCUMENTS sufficient to show any and all payments of dividends to

3  LARIAN or any business affiliated with LARIAN, including to whom the dividends

4  were paid, the amounts paid and the dates of payment.

5  RESPONSE TO REQUEST FOR PRODUCTION NO. 15:

6  　　MGA incorporates by reference its General Response and General Objections

7  above, as though fully set forth herein and specifically incorporates General

8  Objection No. 15 (regarding Definitions), including without limitation MGA's

9  objection to the definition of the terms LARIAN and its incorporated terms FAMILY

10  MEMBER and PERSON.  MGA further objects to the request to the extent it seeks

11  the production of documents that are protected from disclosure under any applicable

12  privilege, doctrine or immunity, including without limitation the attorney-client

13  privilege, the work product doctrine, the right of privacy, and all other privileges

14  recognized under the constitutional, statutory or decisional law of the United States

15  of America, the State of California or any other applicable jurisdiction.  MGA further

16  objects to this request on the grounds that it is overly broad and unduly burdensome

17  in that it seeks documents not relevant to the claims or defenses in this action and not

18  reasonably calculated to lead to the discovery of admissible evidence.  Mattel has not

19  demonstrated how DOCUMENTS sufficient to show *any and all* payments of

20  dividends to LARIAN or *any* business affiliated with LARIAN could be relevant to

21  the claims and defenses in this action.  The request is not limited to the subject

22  matter of this action and is thus impermissibly overbroad.  See Aug. 13 Order at

23  9:17-20; May 22 Order at 21:5-7.  MGA further objects to this request as being

24  overly broad and unduly burdensome on the grounds that it is not limited in time or

25  geographical scope.  MGA further objects to this request on the grounds that the

26  terms "business affiliated with LARIAN" render the request vague, ambiguous,

27  overly broad and unduly burdensome.  MGA further objects to the phrase "sufficient

28

EXHIBIT __2__

PAGE __51__

1  to show any and all" as vague and ambiguous.  MGA further objects to the request to

2  the extent that it seeks documents that by reason of public filing, public distribution

3  or otherwise are already in Mattel's possession or are readily accessible to Mattel.

4  MGA further objects to the request to the extent that it seeks documents not in

5  MGA's possession, custody or control.  MGA further objects to the request to the

6  extent it seeks confidential, proprietary or commercially sensitive information, the

7  disclosure of which would be inimical to the business interests of MGA.  Such

8  information may also be subject to protective orders governing other litigations

9  thereby precluding disclosure in response to this request.  MGA further objects to the

10  request to the extent it violates the privacy rights of third parties to their private,

11  confidential, proprietary or trade secret information.

12      MGA further objects to this request as cumulative, duplicative, and unduly

13  burdensome to the extent that it seeks documents previously requested by Mattel or

14  produced by MGA (or any of its affiliates) in response to Mattel's document requests,

15  including, but not limited to:  Request Nos. 229-265 from the Mattel, Inc.'s First Set

16  of Requests for Documents and Things to Isaac Larian.

17  REQUEST FOR PRODUCTION NO. 16:

18      DOCUMENTS sufficient to show any and all distributions to LARIAN or any

19  business affiliated with LARIAN, including to whom the distributions were made,

20  the amounts of the distributions and the dates the distributions were made.

21  RESPONSE TO REQUEST FOR PRODUCTION NO. 16:

22      MGA incorporates by reference its General Response and General Objections

23  above, as though fully set forth herein and specifically incorporates General

24  Objection No. 15 (regarding Definitions), including without limitation MGA's

25  objection to the definition of the terms LARIAN and its incorporated terms FAMILY

26  MEMBER and PERSON.  MGA further objects to the request to the extent it seeks

27  the production of documents that are protected from disclosure under any applicable

28

1 | privilege, doctrine or immunity, including without limitation the attorney-client
2 | privilege, the work product doctrine, the right of privacy, and all other privileges
3 | recognized under the constitutional, statutory or decisional law of the United States
4 | of America, the State of California or any other applicable jurisdiction. MGA further
5 | objects to this request on the grounds that it is overly broad and unduly burdensome
6 | in that it seeks documents not relevant to the claims or defenses in this action and not
7 | reasonably calculated to lead to the discovery of admissible evidence. Mattel has not
8 | demonstrated how DOCUMENTS sufficient to show *any and all* distributions to
9 | LARIAN or *any* business affiliated with LARIAN could be relevant to the claims
10 | and defenses in this action. The request is not limited to the subject matter of this
11 | action and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22
12 | Order at 21:5-7. MGA further objects to this request as being overly broad and
13 | unduly burdensome on the grounds that it is not limited in time or geographical
14 | scope. MGA further objects to this request on the grounds that the terms "business
15 | affiliated with LARIAN" render the request vague, ambiguous, overly broad and
16 | unduly burdensome. MGA further objects to the phrase "sufficient to show any and
17 | all" as vague and ambiguous. MGA further objects to the request to the extent that it
18 | seeks documents that by reason of public filing, public distribution or otherwise are
19 | already in Mattel's possession or are readily accessible to Mattel. MGA further
20 | objects to the request to the extent that it seeks documents not in MGA's possession,
21 | custody or control. MGA further objects to the request to the extent it seeks
22 | confidential, proprietary or commercially sensitive information, the disclosure of
23 | which would be inimical to the business interests of MGA. Such information may
24 | also be subject to protective orders governing other litigations thereby precluding
25 | disclosure in response to this request. MGA further objects to the request to the
26 | extent it violates the privacy rights of third parties to their private, confidential,
27 | proprietary or trade secret information.
28 |

MGA ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S FIFTH SET OF
REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC. - CV 04-9049 SGL (RNBx)
33

1    MGA further objects to this request as cumulative, duplicative, and unduly

2    burdensome to the extent that it seeks documents previously requested by Mattel or

3    produced by MGA (or any of its affiliates) in response to Mattel's document requests,

4    including, but not limited to:  Request Nos. 229-265 from the Mattel, Inc.'s First Set

5    of Requests for Documents and Things to Isaac Larian.

6    REQUEST FOR PRODUCTION NO. 17:

7        DOCUMENTS sufficient to show any and all advances of funds to LARIAN

8    or any business affiliated with LARIAN for services to be performed at a later date,

9    including the amount of the advance, the date of the advance, the services to be

10    performed, whether the services were performed and, if so, when they were

11    performed.

12    RESPONSE TO REQUEST FOR PRODUCTION NO. 17:

13        MGA incorporates by reference its General Response and General Objections

14    above, as though fully set forth herein and specifically incorporates General

15    Objection No. 15 (regarding Definitions), including without limitation MGA's

16    objection to the definition of the terms LARIAN and its incorporated terms FAMILY

17    MEMBER and PERSON.  MGA further objects to the request to the extent it seeks

18    the production of documents that are protected from disclosure under any applicable

19    privilege, doctrine or immunity, including without limitation the attorney-client

20    privilege, the work product doctrine, the right of privacy, and all other privileges

21    recognized under the constitutional, statutory or decisional law of the United States

22    of America, the State of California or any other applicable jurisdiction.  MGA further

23    objects to this request on the grounds that it is overly broad and unduly burdensome

24    in that it seeks documents not relevant to the claims or defenses in this action and not

25    reasonably calculated to lead to the discovery of admissible evidence.  Mattel has not

26    demonstrated how *any and all* advances of funds to LARIAN or *any* affiliated

27    business for services to be performed at a later date could be relevant to the claims

28

EXHIBIT 2

PAGE 54

1 | and defenses in this action.  The request is not limited to the subject matter of this
2 | action and is thus impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22
3 | Order at 21:5-7.  MGA further objects to this request as being overly broad and
4 | unduly burdensome on the grounds that it is not limited in time or geographical
5 | scope.  MGA further objects to this request on the grounds that the terms "business
6 | affiliated with LARIAN" render the request vague, ambiguous, overly broad and
7 | unduly burdensome.  MGA further objects to the phrases "sufficient to show any and
8 | all" and "advances of funds" as vague and ambiguous.  MGA further objects to the
9 | request to the extent that it seeks documents that by reason of public filing, public
10 | distribution or otherwise are already in Mattel's possession or are readily accessible
11 | to Mattel.  MGA further objects to the request to the extent that it seeks documents
12 | not in MGA's possession, custody or control.  MGA further objects to the request to
13 | the extent it seeks confidential, proprietary or commercially sensitive information,
14 | the disclosure of which would be inimical to the business interests of MGA.  Such
15 | information may also be subject to protective orders governing other litigations
16 | thereby precluding disclosure in response to this request.  MGA further objects to the
17 | request to the extent it violates the privacy rights of third parties to their private,
18 | confidential, proprietary or trade secret information.
19 |      MGA further objects to this request as cumulative, duplicative, and unduly
20 | burdensome to the extent that it seeks documents previously requested by Mattel or
21 | produced by MGA (or any of its affiliates) in response to Mattel's document requests,
22 | including, but not limited to:  Request Nos. 229-265 from the Mattel, Inc.'s First Set
23 | of Requests for Documents and Things to Isaac Larian.
24 | REQUEST FOR PRODUCTION NO. 18:
25 |      DOCUMENTS sufficient to show any and all gifts to LARIAN or any
26 | business affiliated with LARIAN, including to whom the gift was made, when the
27 |
28 |

EXHIBIT 2

PAGE 55

1  gift was made, the nature, amount and value of the gift and the reasons for making
2  the gift.
3  RESPONSE TO REQUEST FOR PRODUCTION NO. 18:
4      MGA incorporates by reference its General Response and General Objections
5  above, as though fully set forth herein and specifically incorporates General
6  Objection No. 15 (regarding Definitions), including without limitation MGA's
7  objection to the definition of the terms LARIAN and its incorporated terms FAMILY
8  MEMBER and PERSON.  MGA further objects to the request to the extent it seeks
9  the production of documents that are protected from disclosure under any applicable
10 privilege, doctrine or immunity, including without limitation the attorney-client
11 privilege, the work product doctrine, the right of privacy, and all other privileges
12 recognized under the constitutional, statutory or decisional law of the United States
13 of America, the State of California or any other applicable jurisdiction.  MGA further
14 objects to this request on the grounds that it is overly broad and unduly burdensome
15 in that it seeks documents not relevant to the claims or defenses in this action and not
16 reasonably calculated to lead to the discovery of admissible evidence.  Mattel has not
17 demonstrated how DOCUMENTS sufficient to show *any and all* gifts to LARIAN or
18 *any* business affiliated with LARIAN could be relevant to the claims and defenses in
19 this action.  The request is not limited to the subject matter of this action and is thus
20 impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.
21 MGA further objects to this request as being overly broad and unduly burdensome
22 on the grounds that it is not limited in time or geographical scope.  MGA further
23 objects to this request on the grounds that the terms "business affiliated with
24 LARIAN" render the request vague, ambiguous, overly broad and unduly
25 burdensome.  MGA further objects to the phrases "sufficient to show any and all"
26 and "reasons for making the gift" as vague and ambiguous.  MGA further objects to
27 the request to the extent that it seeks documents that by reason of public filing,
28

EXHIBIT 2

PAGE 36

1 | public distribution or otherwise are already in Mattel's possession or are readily
2 | accessible to Mattel.  MGA further objects to the request to the extent that it seeks
3 | documents not in MGA's possession, custody or control.  MGA further objects to the
4 | request to the extent it seeks confidential, proprietary or commercially sensitive
5 | information, the disclosure of which would be inimical to the business interests of
6 | MGA.  Such information may also be subject to protective orders governing other
7 | litigations thereby precluding disclosure in response to this request.  MGA further
8 | objects to the request to the extent it violates the privacy rights of third parties to
9 | their private, confidential, proprietary or trade secret information.

10 |      MGA further objects to this request as cumulative, duplicative, and unduly
11 | burdensome to the extent that it seeks documents previously requested by Mattel or
12 | produced by MGA (or any of its affiliates) in response to Mattel's document requests,
13 | including, but not limited to:  Request Nos. 229-265 from the Mattel, Inc.'s First Set
14 | of Requests for Documents and Things to Isaac Larian.

15 | REQUEST FOR PRODUCTION NO. 19:

16 |      DOCUMENTS sufficient to show any and all loans from MGA to LARIAN or
17 | any business affiliated with LARIAN, including the date of the loan, the amount of
18 | the loan, the interest rate, if any, whether the loan has been repaid or forgiven in
19 | whole or in part and, if so, when and by whom.

20 | RESPONSE TO REQUEST FOR PRODUCTION NO. 19:

21 |      MGA incorporates by reference its General Response and General Objections
22 | above, as though fully set forth herein and specifically incorporates General
23 | Objection No. 15 (regarding Definitions), including without limitation MGA's
24 | objection to the definition of the terms LARIAN and its incorporated terms FAMILY
25 | MEMBER and PERSON.  MGA further objects to the request to the extent it seeks
26 | the production of documents that are protected from disclosure under any applicable
27 | privilege, doctrine or immunity, including without limitation the attorney-client
28 |

EXHIBIT __ PAGE 57

1  privilege, the work product doctrine, the right of privacy, and all other privileges
2  recognized under the constitutional, statutory or decisional law of the United States
3  of America, the State of California or any other applicable jurisdiction.  MGA further
4  objects to this request on the grounds that it is overly broad and unduly burdensome
5  in that it seeks documents not relevant to the claims or defenses in this action and not
6  reasonably calculated to lead to the discovery of admissible evidence.  Mattel has not
7  demonstrated how DOCUMENTS sufficient to show *any and all* loans from MGA to
8  LARIAN or *any* business affiliated with LARIAN could be relevant to the claims
9  and defenses in this action.  The request is not limited to the subject matter of this
10 action and is thus impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22
11 Order at 21:5-7.  MGA further objects to this request as being overly broad and
12 unduly burdensome on the grounds that it is not limited in time or geographical
13 scope.  MGA further objects to this request on the grounds that the terms "business
14 affiliated with LARIAN" and "forgiven" render the request vague, ambiguous,
15 overly broad and unduly burdensome.  MGA further objects to the phrase "sufficient
16 to show any and all" as vague and ambiguous.  MGA further objects to the request to
17 the extent that it seeks documents that by reason of public filing, public distribution
18 or otherwise are already in Mattel's possession or are readily accessible to Mattel.
19 MGA further objects to the request to the extent that it seeks documents not in
20 MGA's possession, custody or control.  MGA further objects to the request to the
21 extent it seeks confidential, proprietary or commercially sensitive information, the
22 disclosure of which would be inimical to the business interests of MGA.  Such
23 information may also be subject to protective orders governing other litigations
24 thereby precluding disclosure in response to this request.
25      MGA further objects to this request as cumulative, duplicative, and unduly
26 burdensome to the extent that it seeks documents previously requested by Mattel or
27 produced by MGA (or any of its affiliates) in response to Mattel's document requests,
28

EXHIBIT  2
PAGE  58

1 including, but not limited to:  Request Nos. 229-265 from the Mattel, Inc.'s First Set

2 of Requests for Documents and Things to Isaac Larian.

3 REQUEST FOR PRODUCTION NO. 20:

4       DOCUMENTS sufficient to show any and all loans from LARIAN or any

5 business affiliated with LARIAN to MGA, including the date of the loan, the amount

6 of the loan, the interest rate, if any, whether the loan has been repaid or forgiven in

7 whole or in part and, if so, when and by whom.

8 RESPONSE TO REQUEST FOR PRODUCTION NO. 20:

9       MGA incorporates by reference its General Response and General Objections

10 above, as though fully set forth herein and specifically incorporates General

11 Objection No. 15 (regarding Definitions), including without limitation MGA's

12 objection to the definition of the terms LARIAN and its incorporated terms FAMILY

13 MEMBER and PERSON.  MGA further objects to the request to the extent it seeks

14 the production of documents that are protected from disclosure under any applicable

15 privilege, doctrine or immunity, including without limitation the attorney-client

16 privilege, the work product doctrine, the right of privacy, and all other privileges

17 recognized under the constitutional, statutory or decisional law of the United States

18 of America, the State of California or any other applicable jurisdiction.  MGA further

19 objects to this request on the grounds that it is overly broad and unduly burdensome

20 in that it seeks documents not relevant to the claims or defenses in this action and not

21 reasonably calculated to lead to the discovery of admissible evidence.  Mattel has not

22 demonstrated how DOCUMENTS sufficient to show *any and all* loans from

23 LARIAN or *any* business affiliated with LARIAN to MGA could be relevant to the

24 claims and defenses in this action.  The request is not limited to the subject matter of

25 this action and is thus impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May

26 22 Order at 21:5-7.  MGA further objects to this request as being overly broad and

27 unduly burdensome on the grounds that it is not limited in time or geographical

28

EXHIBIT 2

PAGE 59

1 scope. MGA further objects to this request on the grounds that the terms "business
2 affiliated with LARIAN" render the request vague, ambiguous, overly broad and
3 unduly burdensome. MGA further objects to the phrase "sufficient to show any and
4 all" as vague and ambiguous. MGA further objects to the request to the extent that it
5 seeks documents that by reason of public filing, public distribution or otherwise are
6 already in Mattel's possession or are readily accessible to Mattel. MGA further
7 objects to the request to the extent that it seeks documents not in MGA's possession,
8 custody or control. MGA further objects to the request to the extent it seeks
9 confidential, proprietary or commercially sensitive information, the disclosure of
10 which would be inimical to the business interests of MGA. Such information may
11 also be subject to protective orders governing other litigations thereby precluding
12 disclosure in response to this request.
13     MGA further objects to this request as cumulative, duplicative, and unduly
14 burdensome to the extent that it seeks documents previously requested by Mattel or
15 produced by MGA (or any of its affiliates) in response to Mattel's document requests,
16 including, but not limited to: Request Nos. 229-265 from the Mattel, Inc.'s First Set
17 of Requests for Documents and Things to Isaac Larian.
18 REQUEST FOR PRODUCTION NO. 21:
19     DOCUMENTS sufficient to show any and all obligations of LARIAN or any
20 business affiliated with LARIAN guaranteed or cosigned by MGA, including the
21 IDENTITY of the PERSON whose obligation was guaranteed or cosigned, the
22 identity of the creditor or lender, the nature and amount of the obligation, the date the
23 obligation was guaranteed or cosigned, whether the obligation has been satisfied and,
24 if so, when and by whom.
25 RESPONSE TO REQUEST FOR PRODUCTION NO. 21:
26     MGA incorporates by reference its General Response and General Objections
27 above, as though fully set forth herein and specifically incorporates General
28

EXHIBIT 2

PAGE 60

1 | Objection No. 15 (regarding Definitions), including without limitation MGA's
2 | objection to the definition of the terms LARIAN and its incorporated terms FAMILY
3 | MEMBER and PERSON.  MGA further objects to the request to the extent it seeks
4 | the production of documents that are protected from disclosure under any applicable
5 | privilege, doctrine or immunity, including without limitation the attorney-client
6 | privilege, the work product doctrine, the right of privacy, and all other privileges
7 | recognized under the constitutional, statutory or decisional law of the United States
8 | of America, the State of California or any other applicable jurisdiction.  MGA further
9 | objects to this request on the grounds that it is overly broad and unduly burdensome
10 | in that it seeks documents not relevant to the claims or defenses in this action and not
11 | reasonably calculated to lead to the discovery of admissible evidence.  Mattel has not
12 | demonstrated how DOCUMENTS sufficient to show *any and all* obligations of
13 | LARIAN or *any* business affiliated with LARIAN guaranteed or cosigned by MGA
14 | could be relevant to the claims and defenses in this action.  The request is not limited
15 | to the subject matter of this action and is thus impermissibly overbroad.  See Aug. 13
16 | Order at 9:17-20; May 22 Order at 21:5-7.  MGA further objects to this request as
17 | being overly broad and unduly burdensome on the grounds that it is not limited in
18 | time or geographical scope.  MGA further objects to this request on the grounds that
19 | the terms "business affiliated with LARIAN" render the request vague, ambiguous,
20 | overly broad and unduly burdensome.  MGA further objects to the phrase "sufficient
21 | to show any and all" as vague and ambiguous.  MGA further objects to the request to
22 | the extent that it seeks documents that by reason of public filing, public distribution
23 | or otherwise are already in Mattel's possession or are readily accessible to Mattel.
24 | MGA further objects to the request to the extent that it seeks documents not in
25 | MGA's possession, custody or control.  MGA further objects to the request to the
26 | extent it seeks confidential, proprietary or commercially sensitive information, the
27 | disclosure of which would be inimical to the business interests of MGA.  Such
28 |

MGA ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S FIFTH SET OF REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC. - CV 04-9049 SGL (RNBx)
41

EXHIBIT 2
PAGE 61

1  information may also be subject to protective orders governing other litigations

2  thereby precluding disclosure in response to this request. MGA further objects to the

3  request to the extent it violates the privacy rights of third parties to their private,

4  confidential, proprietary or trade secret information.

5          MGA further objects to this request as cumulative, duplicative, and unduly

6  burdensome to the extent that it seeks documents previously requested by Mattel or

7  produced by MGA (or any of its affiliates) in response to Mattel's document requests,

8  including, but not limited to: Request Nos. 229-265 from the Mattel, Inc.'s First Set

9  of Requests for Documents and Things to Isaac Larian.

10 REQUEST FOR PRODUCTION NO. 22:

11         DOCUMENTS sufficient to show any and all obligations of MGA guaranteed

12 or cosigned by LARIAN or any business affiliated with LARIAN, including the

13 IDENTITY of the PERSON who guaranteed or cosigned the obligation, the identity

14 of the creditor or lender, the nature and amount of the obligation, the date the

15 obligation was guaranteed or cosigned, whether the obligation has been satisfied and,

16 if so, when and by whom.

17 RESPONSE TO REQUEST FOR PRODUCTION NO. 22:

18         MGA incorporates by reference its General Response and General Objections

19 above, as though fully set forth herein and specifically incorporates General

20 Objection No. 15 (regarding Definitions), including without limitation MGA's

21 objection to the definition of the terms LARIAN and its incorporated terms FAMILY

22 MEMBER and PERSON. MGA further objects to the request to the extent it seeks

23 the production of documents that are protected from disclosure under any applicable

24 privilege, doctrine or immunity, including without limitation the attorney-client

25 privilege, the work product doctrine, the right of privacy, and all other privileges

26 recognized under the constitutional, statutory or decisional law of the United States

27 of America, the State of California or any other applicable jurisdiction. MGA further

28

MGA ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S FIFTH SET OF REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC. - CV 04-9049 SGL (RNBx)

42

EXHIBIT 2

PAGE 62

1  objects to this request on the grounds that it is overly broad and unduly burdensome

2  in that it seeks documents not relevant to the claims or defenses in this action and not

3  reasonably calculated to lead to the discovery of admissible evidence.  Mattel has not

4  demonstrated how DOCUMENTS sufficient to show *any and all* obligations of

5  MGA guaranteed or cosigned by LARIAN or *any* business affiliated with LARIAN

6  could be relevant to the claims and defenses in this action.  The request is not limited

7  to the subject matter of this action and is thus impermissibly overbroad.  See Aug. 13

8  Order at 9:17-20; May 22 Order at 21:5-7.  MGA further objects to this request as

9  being overly broad and unduly burdensome on the grounds that it is not limited in

10  time or geographical scope.  MGA further objects to this request on the grounds that

11  the terms "business affiliated with LARIAN" render the request vague, ambiguous,

12  overly broad and unduly burdensome.  MGA further objects to the phrase "sufficient

13  to show any and all" as vague and ambiguous.  MGA further objects to the request to

14  the extent that it seeks documents that by reason of public filing, public distribution

15  or otherwise are already in Mattel's possession or are readily accessible to Mattel.

16  MGA further objects to the request to the extent that it seeks documents not in

17  MGA's possession, custody or control.  MGA further objects to the request to the

18  extent it seeks confidential, proprietary or commercially sensitive information, the

19  disclosure of which would be inimical to the business interests of MGA.  Such

20  information may also be subject to protective orders governing other litigations

21  thereby precluding disclosure in response to this request.  MGA further objects to the

22  request to the extent it violates the privacy rights of third parties to their private,

23  confidential, proprietary or trade secret information.

24       MGA further objects to this request as cumulative, duplicative, and unduly

25  burdensome to the extent that it seeks documents previously requested by Mattel or

26  produced by MGA (or any of its affiliates) in response to Mattel's document requests,

27

28

EXHIBIT 2
PAGE 63

1 | including, but not limited to:  Request Nos. 229-265 from the Mattel, Inc.'s First Set

2 | of Requests for Documents and Things to Isaac Larian.

3 | REQUEST FOR PRODUCTION NO. 23:

4 |      DOCUMENTS sufficient to IDENTIFY each and every PERSON who has

5 | owned stock in MGA at any time including, without limitation, DOCUMENTS

6 | sufficient to show whether such PERSON is a FAMILY MEMBER of Isaac Larian.

7 | RESPONSE TO REQUEST FOR PRODUCTION NO. 23:

8 |      MGA incorporates by reference its General Response and General Objections

9 | above, as though fully set forth herein and specifically incorporates General

10 | Objection No. 15 (regarding Definitions), including without limitation MGA's

11 | objection to the definition of the terms PERSON, FAMILY MEMBER, and MGA

12 | and its incorporated term AFFILIATES.  MGA further objects to the request to the

13 | extent it seeks the production of documents that are protected from disclosure under

14 | any applicable privilege, doctrine or immunity, including without limitation the

15 | attorney-client privilege, the work product doctrine, the right of privacy, and all other

16 | privileges recognized under the constitutional, statutory or decisional law of the

17 | United States of America, the State of California or any other applicable jurisdiction.

18 | MGA further objects to this request on the grounds that it is overly broad and unduly

19 | burdensome in that it seeks documents not relevant to the claims or defenses in this

20 | action and not reasonably calculated to lead to the discovery of admissible evidence.

21 | Mattel has not demonstrated how DOCUMENTS sufficient to IDENTIFY *each and*

22 | *every* PERSON who has owned stock in MGA at *any* time could be relevant to the

23 | claims and defenses in this action.  The request is not limited to the subject matter of

24 | this action and is thus impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May

25 | 22 Order at 21:5-7.  MGA further objects to this request as being overly broad and

26 | unduly burdensome on the grounds that it is not limited in time or geographical

27 | scope.  MGA further objects to the phrases "sufficient to identify each and every . . .

28 |

EXHIBIT 2

PAGE 64

1   including" and "sufficient to show whether such PERSON is a FAMILY MEMBER

2   of Isaac Larian" as vague and ambiguous.  MGA further objects to the request to the

3   extent that it seeks documents that by reason of public filing, public distribution or

4   otherwise are already in Mattel's possession or are readily accessible to Mattel.

5   MGA further objects to the request to the extent that it seeks documents not in

6   MGA's possession, custody or control.  MGA further objects to the request to the

7   extent it seeks confidential, proprietary or commercially sensitive information, the

8   disclosure of which would be inimical to the business interests of MGA.  Such

9   information may also be subject to protective orders governing other litigations

10  thereby precluding disclosure in response to this request.  MGA further objects to the

11  request to the extent it violates the privacy rights of third parties to their private,

12  confidential, proprietary or trade secret information.

13       MGA further objects to this request as cumulative, duplicative, and unduly

14  burdensome to the extent that it seeks documents previously requested by Mattel or

15  produced by MGA (or any of its affiliates) in response to Mattel's document requests,

16  including, but not limited to:  Request No. 107 from Mattel, Inc.'s Fourth Set of

17  Requests for Documents and Things to MGA Entertainment, Inc.

18  REQUEST FOR PRODUCTION NO. 24:

19       For each PERSON who has owned stock in MGA, DOCUMENTS sufficient

20  to show the number of shares of stock owned by such PERSON, the percentage of

21  shares owned as measured against the total outstanding shares, the dates upon which

22  the PERSON acquired the shares, the consideration paid or promised for the shares

23  and the dates on which such consideration was paid or promised.

24  RESPONSE TO REQUEST FOR PRODUCTION NO. 24:

25       MGA incorporates by reference its General Response and General Objections

26  above, as though fully set forth herein and specifically incorporates General

27  Objection No. 15 (regarding Definitions), including without limitation MGA's

28

EXHIBIT __2__

PAGE __65__

1  objection to the definition of the terms PERSON and MGA, and its incorporated

2  term AFFILIATES.  MGA further objects to the request to the extent it seeks the

3  production of documents that are protected from disclosure under any applicable

4  privilege, doctrine or immunity, including without limitation the attorney-client

5  privilege, the work product doctrine, the right of privacy, and all other privileges

6  recognized under the constitutional, statutory or decisional law of the United States

7  of America, the State of California or any other applicable jurisdiction.  MGA further

8  objects to this request on the grounds that it is overly broad and unduly burdensome

9  in that it seeks documents not relevant to the claims or defenses in this action and not

10  reasonably calculated to lead to the discovery of admissible evidence.  Mattel has not

11  demonstrated how, for *each* PERSON who has owned stock in MGA,

12  DOCUMENTS sufficient to show the number of shares, the percentage of shares, the

13  dates acquired, the consideration paid or promised, and the dates on which such

14  consideration was paid or promised could be relevant to the claims and defenses in

15  this action.  The request is not limited to the subject matter of this action and is thus

16  impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.

17  MGA further objects to this request as being overly broad and unduly burdensome

18  on the grounds that it is not limited in time or geographical scope.  MGA further

19  objects to the phrase "sufficient to show" as vague and ambiguous.  MGA further

20  objects to the request to the extent that it seeks documents that by reason of public

21  filing, public distribution or otherwise are already in Mattel's possession or are

22  readily accessible to Mattel.  MGA further objects to the request to the extent that it

23  seeks documents not in MGA's possession, custody or control.  MGA further objects

24  to the request to the extent it seeks confidential, proprietary or commercially

25  sensitive information, the disclosure of which would be inimical to the business

26  interests of MGA.  Such information may also be subject to protective orders

27  governing other litigations thereby precluding disclosure in response to this request.

28

EXHIBIT _____

PAGE _____

1  MGA further objects to the request to the extent it violates the privacy rights of third

2  parties to their private, confidential, proprietary or trade secret information.

3       MGA further objects to this request as cumulative, duplicative, and unduly

4  burdensome to the extent that it seeks documents previously requested by Mattel or

5  produced by MGA (or any of its affiliates) in response to Mattel's document requests,

6  including, but not limited to:  Request No. 107 from Mattel, Inc.'s Fourth Set of

7  Requests for Documents and Things to MGA Entertainment, Inc.

8  REQUEST FOR PRODUCTION NO. 25:

9       DOCUMENTS sufficient to show the total outstanding shares of MGA stock

10  at any time from the incorporation of MGA to the present.

11  RESPONSE TO REQUEST FOR PRODUCTION NO. 25:

12       MGA incorporates by reference its General Response and General Objections

13  above, as though fully set forth herein and specifically incorporates General

14  Objection No. 15 (regarding Definitions), including without limitation MGA's

15  objection to the definition of the terms MGA and its incorporated terms

16  AFFILIATES and PERSON.  MGA further objects to the request to the extent it

17  seeks the production of documents that are protected from disclosure under any

18  applicable privilege, doctrine or immunity, including without limitation the attorney-

19  client privilege, the work product doctrine, the right of privacy, and all other

20  privileges recognized under the constitutional, statutory or decisional law of the

21  United States of America, the State of California or any other applicable jurisdiction.

22  MGA further objects to this request on the grounds that it is overly broad and unduly

23  burdensome in that it seeks documents not relevant to the claims or defenses in this

24  action and not reasonably calculated to lead to the discovery of admissible evidence.

25  Mattel has not demonstrated how DOCUMENTS sufficient to show the total

26  outstanding shares of MGA stock *at any time* from the incorporation of MGA to the

27  present could be relevant to the claims and defenses in this action.  The request is not

28

EXHIBIT 2

PAGE 67

1 limited to the subject matter of this action and is thus impermissibly overbroad.  <u>See</u>

2 Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.  MGA further objects to this

3 request as being overly broad and unduly burdensome on the grounds that it is not

4 limited in time or geographical scope.  MGA further objects to the phrase "sufficient

5 to show" as vague and ambiguous.  MGA further objects to the request to the extent

6 that it seeks documents that by reason of public filing, public distribution or

7 otherwise are already in Mattel's possession or are readily accessible to Mattel.

8 MGA further objects to the request to the extent that it seeks documents not in

9 MGA's possession, custody or control.  MGA further objects to the request to the

10 extent it seeks confidential, proprietary or commercially sensitive information, the

11 disclosure of which would be inimical to the business interests of MGA.  Such

12 information may also be subject to protective orders governing other litigations

13 thereby precluding disclosure in response to this request.  MGA further objects to the

14 request to the extent it violates the privacy rights of third parties to their private,

15 confidential, proprietary or trade secret information.

16      MGA further objects to this request as cumulative, duplicative, and unduly

17 burdensome to the extent that it seeks documents previously requested by Mattel or

18 produced by MGA (or any of its affiliates) in response to Mattel's document requests,

19 including, but not limited to:  Request No. 107 from Mattel, Inc.'s Fourth Set of

20 Requests for Documents and Things to MGA Entertainment, Inc.

21 REQUEST FOR PRODUCTION NO. 26:

22      All DOCUMENTS that REFER OR RELATE TO the issuance of MGA stock

23 certificates any time since the incorporation of MGA to the present, including

24 without limitation to whom they were issued and the dates of issuance.

25 RESPONSE TO REQUEST FOR PRODUCTION NO. 26:

26      MGA incorporates by reference its General Response and General Objections

27 above, as though fully set forth herein and specifically incorporates General

28

EXHIBIT __2__

PAGE __68__

1  Objection No. 15 (regarding Definitions), including without limitation MGA's

2  objection to the definition of the terms MGA and its incorporated terms

3  AFFILIATES and PERSON. MGA further objects to the request to the extent it

4  seeks the production of documents that are protected from disclosure under any

5  applicable privilege, doctrine or immunity, including without limitation the attorney-

6  client privilege, the work product doctrine, the right of privacy, and all other

7  privileges recognized under the constitutional, statutory or decisional law of the

8  United States of America, the State of California or any other applicable jurisdiction.

9  MGA further objects to this request on the grounds that it is overly broad and unduly

10  burdensome in that it seeks documents not relevant to the claims or defenses in this

11  action and not reasonably calculated to lead to the discovery of admissible evidence.

12  Mattel has not demonstrated how *all* DOCUMENTS that REFER OR RELATE TO

13  the issuance of MGA stock certificates *any time* since the incorporation of MGA to

14  the present could be relevant to the claims and defenses in this action. The request is

15  not limited to the subject matter of this action and is thus impermissibly overbroad.

16  See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7. MGA further objects to this

17  request as being overly broad and unduly burdensome on the grounds that it is not

18  limited in time or geographical scope. MGA further objects to the request to the

19  extent that it seeks documents that by reason of public filing, public distribution or

20  otherwise are already in Mattel's possession or are readily accessible to Mattel.

21  MGA further objects to the request to the extent that it seeks documents not in

22  MGA's possession, custody or control. MGA further objects to the request to the

23  extent it seeks confidential, proprietary or commercially sensitive information, the

24  disclosure of which would be inimical to the business interests of MGA. Such

25  information may also be subject to protective orders governing other litigations

26  thereby precluding disclosure in response to this request. MGA further objects to the

27

28

EXHIBIT 2

PAGE 69

1  request to the extent it violates the privacy rights of third parties to their private,

2  confidential, proprietary or trade secret information.

3      MGA further objects to this request as cumulative, duplicative, and unduly

4  burdensome to the extent that it seeks documents previously requested by Mattel or

5  produced by MGA (or any of its affiliates) in response to Mattel's document requests,

6  including, but not limited to:  Request No. 107 from Mattel, Inc.'s Fourth Set of

7  Requests for Documents and Things to MGA Entertainment, Inc.

8  REQUEST FOR PRODUCTION NO. 27:

9      All DOCUMENTS, including without limitation all COMMUNICATIONS,

10 that REFER OR RELATE TO the purchase, sale, transfer, alienation, pledge,

11 hypothecation or alienation of MGA stock or any ownership interest in MGA.

12 RESPONSE TO REQUEST FOR PRODUCTION NO. 27:

13     MGA incorporates by reference its General Response and General Objections

14 above, as though fully set forth herein and specifically incorporates General

15 Objection No. 15 (regarding Definitions), including without limitation MGA's

16 objection to the definition of the terms MGA and its incorporated terms

17 AFFILIATES and PERSON.  MGA further objects to the request to the extent it

18 seeks the production of documents that are protected from disclosure under any

19 applicable privilege, doctrine or immunity, including without limitation the attorney-

20 client privilege, the work product doctrine, the right of privacy, and all other

21 privileges recognized under the constitutional, statutory or decisional law of the

22 United States of America, the State of California or any other applicable jurisdiction.

23 MGA further objects to this request on the grounds that it is overly broad and unduly

24 burdensome in that it seeks documents not relevant to the claims or defenses in this

25 action and not reasonably calculated to lead to the discovery of admissible evidence.

26 Mattel has not demonstrated how *all* DOCUMENTS, including without limitation *all*

27 COMMUNICATIONS, that REFER OR RELATE TO the purchase, sale, transfer,

28

EXHIBIT __2__

PAGE __50__

1  alienation, pledge, hypothecation or alienation of MGA stock or any ownership

2  interest in MGA could be relevant to the claims and defenses in this action. The

3  request is not limited to the subject matter of this action and is thus impermissibly

4  overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7. MGA further

5  objects to this request as being overly broad and unduly burdensome on the grounds

6  that it is not limited in time or geographical scope. MGA further objects to the

7  phrase "REFER or RELATE TO the . . . alienation . . . or alienation of MGA stock"

8  as vague and ambiguous. MGA further objects to the request to the extent that it

9  seeks documents that by reason of public filing, public distribution or otherwise are

10  already in Mattel's possession or are readily accessible to Mattel. MGA further

11  objects to the request to the extent that it seeks documents not in MGA's possession,

12  custody or control. MGA further objects to the request to the extent it seeks

13  confidential, proprietary or commercially sensitive information, the disclosure of

14  which would be inimical to the business interests of MGA. Such information may

15  also be subject to protective orders governing other litigations thereby precluding

16  disclosure in response to this request. MGA further objects to the request to the

17  extent it violates the privacy rights of third parties to their private, confidential,

18  proprietary or trade secret information.

19      MGA further objects to this request as cumulative, duplicative, and unduly

20  burdensome to the extent that it seeks documents previously requested by Mattel or

21  produced by MGA (or any of its affiliates) in response to Mattel's document requests,

22  including, but not limited to: Request No. 107 from Mattel, Inc.'s Fourth Set of

23  Requests for Documents and Things to MGA Entertainment, Inc.

24  REQUEST FOR PRODUCTION NO. 28:

25      All DOCUMENTS, including without limitation all COMMUNICATIONS,

26  that REFER OR RELATE TO any instance in which any shareholder, stockholder or

27  other owner of any interest in MGA lost, misplaced or was unable to locate original

28

EXHIBIT 2

PAGE 71

1  MGA stock certificates or in which any shareholder, stockholder or other owner of

2  any interest in MGA requested that any PERSON attest to or assert such loss,

3  misplacement or inability to locate, including without limitation the emails between

4  Isaac Larian and Jahangir Makabi requesting that Makabi sign an affidavit that he

5  lost his original stock certificates despite Makabi's protestation that he never had any

6  such certificates.

7  RESPONSE TO REQUEST FOR PRODUCTION NO. 28:

8      MGA incorporates by reference its General Response and General Objections

9  above, as though fully set forth herein and specifically incorporates General

10 Objection No. 15 (regarding Definitions), including without limitation MGA's

11 objection to the definition of the terms PERSON and MGA and its incorporated term

12 AFFILIATES.  MGA further objects to the request to the extent it seeks the

13 production of documents that are protected from disclosure under any applicable

14 privilege, doctrine or immunity, including without limitation the attorney-client

15 privilege, the work product doctrine, the right of privacy, and all other privileges

16 recognized under the constitutional, statutory or decisional law of the United States

17 of America, the State of California or any other applicable jurisdiction.  MGA further

18 objects to this request on the grounds that it is overly broad and unduly burdensome

19 in that it seeks documents not relevant to the claims or defenses in this action and not

20 reasonably calculated to lead to the discovery of admissible evidence.  Mattel has not

21 demonstrated how *all* DOCUMENTS, including without limitation *all*

22 COMMUNICATIONS, that REFER OR RELATE TO any instance in which *any*

23 shareholder, stockholder or other owner of *any* interest in MGA lost, misplaced or

24 was unable to locate original MGA stock certificates or in which any shareholder,

25 stockholder or other owner of *any* interest in MGA requested that any PERSON

26 attest to or assert such loss, misplacement or inability to locate could be relevant to

27 the claims and defenses in this action.  The request is not limited to the subject

28

EXHIBIT _2_

PAGE _72_

1  matter of this action and is thus impermissibly overbroad. <u>See</u> Aug. 13 Order at

2  9:17-20; May 22 Order at 21:5-7. MGA further objects to this request as being

3  overly broad and unduly burdensome on the grounds that it is not limited in time or

4  geographical scope. MGA further objects to the phrase "attest to or assert such loss"

5  as vague and ambiguous. MGA further objects to the request to the extent that it

6  seeks documents that by reason of public filing, public distribution or otherwise are

7  already in Mattel's possession or are readily accessible to Mattel. MGA further

8  objects to the request to the extent that it seeks documents not in MGA's possession,

9  custody or control. MGA further objects to the request to the extent it seeks

10 confidential, proprietary or commercially sensitive information, the disclosure of

11 which would be inimical to the business interests of MGA. Such information may

12 also be subject to protective orders governing other litigations thereby precluding

13 disclosure in response to this request. MGA further objects to the request to the

14 extent it violates the privacy rights of third parties to their private, confidential,

15 proprietary or trade secret information.

16      MGA further objects to this request as cumulative, duplicative, and unduly

17 burdensome to the extent that it seeks documents previously requested by Mattel or

18 produced by MGA (or any of its affiliates) in response to Mattel's document requests,

19 including, but not limited to: Request No. 107 from Mattel, Inc.'s Fourth Set of

20 Requests for Documents and Things to MGA Entertainment, Inc.

21 <u>REQUEST FOR PRODUCTION NO. 29</u>:

22      All DOCUMENTS that REFER OR RELATE TO how MGA was capitalized

23 upon its incorporation including, without limitation, the IDENTITY of each

24 PERSON who purchased or subscribed to stock in MGA, the number of shares

25 purchased or subscribed by each such PERSON, the amount paid or promised for the

26 shares purchased or subscribed by each such PERSON and the dates such amounts

27 were paid or promised.

28

EXHIBIT 2

PAGE 73

1 <u>RESPONSE TO REQUEST FOR PRODUCTION NO. 29</u>:

2        MGA incorporates by reference its General Response and General Objections

3 above, as though fully set forth herein and specifically incorporates General

4 Objection No. 15 (regarding Definitions), including without limitation MGA's

5 objection to the definition of the terms PERSON and MGA and its incorporated term

6 AFFILIATES. MGA further objects to the request to the extent it seeks the

7 production of documents that are protected from disclosure under any applicable

8 privilege, doctrine or immunity, including without limitation the attorney-client

9 privilege, the work product doctrine, the right of privacy, and all other privileges

10 recognized under the constitutional, statutory or decisional law of the United States

11 of America, the State of California or any other applicable jurisdiction. MGA further

12 objects to this request on the grounds that it is overly broad and unduly burdensome

13 in that it seeks documents not relevant to the claims or defenses in this action and not

14 reasonably calculated to lead to the discovery of admissible evidence. Mattel has not

15 demonstrated how *all* DOCUMENTS that REFER OR RELATE TO how MGA was

16 capitalized upon its incorporation including, without limitation, the IDENTITY of

17 *each* PERSON who purchased or subscribed to stock in MGA, the number of shares

18 purchased or subscribed by *each* such PERSON, the amount paid or promised for the

19 shares purchased or subscribed by *each* such PERSON and the dates such amounts

20 were paid or promised could be relevant to the claims and defenses in this action.

21 The request is not limited to the subject matter of this action and is thus

22 impermissibly overbroad. <u>See</u> Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.

23 MGA further objects to this request as being overly broad and unduly burdensome

24 on the grounds that it is not limited in time or geographical scope. MGA further

25 objects to the request to the extent that it seeks documents that by reason of public

26 filing, public distribution or otherwise are already in Mattel's possession or are

27 readily accessible to Mattel. MGA further objects to the request to the extent that it

28

EXHIBIT 2

PAGE 74

1   seeks documents not in MGA's possession, custody or control.  MGA further objects

2   to the request to the extent it seeks confidential, proprietary or commercially

3   sensitive information, the disclosure of which would be inimical to the business

4   interests of MGA.  Such information may also be subject to protective orders

5   governing other litigations thereby precluding disclosure in response to this request.

6   MGA further objects to the request to the extent it violates the privacy rights of third

7   parties to their private, confidential, proprietary or trade secret information.

8        MGA further objects to this request as cumulative, duplicative, and unduly

9   burdensome to the extent that it seeks documents previously requested by Mattel or

10  produced by MGA (or any of its affiliates) in response to Mattel's document requests,

11  including, but not limited to:  Request No. 107 from Mattel, Inc.'s Fourth Set of

12  Requests for Documents and Things to MGA Entertainment, Inc.

13  REQUEST FOR PRODUCTION NO. 30:

14       DOCUMENTS sufficient to show how MGA has been capitalized from the

15  date of its incorporation to the present.

16  RESPONSE TO REQUEST FOR PRODUCTION NO. 30:

17       MGA incorporates by reference its General Response and General Objections

18  above, as though fully set forth herein and specifically incorporates General

19  Objection No. 15 (regarding Definitions), including without limitation MGA's

20  objection to the definition of the terms MGA and its incorporated terms

21  AFFILIATES and PERSON.  MGA further objects to the request to the extent it

22  seeks the production of documents that are protected from disclosure under any

23  applicable privilege, doctrine or immunity, including without limitation the attorney-

24  client privilege, the work product doctrine, the right of privacy, and all other

25  privileges recognized under the constitutional, statutory or decisional law of the

26  United States of America, the State of California or any other applicable jurisdiction.

27  MGA further objects to this request on the grounds that it is overly broad and unduly

28

MGA ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S FIFTH SET OF REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC. - CV 04-9049 SGL (RNBx)

55

EXHIBIT 2

PAGE 75

1  burdensome in that it seeks documents not relevant to the claims or defenses in this
2  action and not reasonably calculated to lead to the discovery of admissible evidence.
3  Mattel has not demonstrated how DOCUMENTS sufficient to show how MGA has
4  been capitalized from the date of its incorporation to the present could be relevant to
5  the claims and defenses in this action.  The request is not limited to the subject
6  matter of this action and is thus impermissibly overbroad.  See Aug. 13 Order at
7  9:17-20; May 22 Order at 21:5-7.  MGA further objects to this request as being
8  overly broad and unduly burdensome on the grounds that it is not limited in
9  geographical scope.  MGA further objects to the request to the extent that it seeks
10 documents that by reason of public filing, public distribution or otherwise are already
11 in Mattel's possession or are readily accessible to Mattel.  MGA further objects to the
12 request to the extent that it seeks documents not in MGA's possession, custody or
13 control.  MGA further objects to the request to the extent it seeks confidential,
14 proprietary or commercially sensitive information, the disclosure of which would be
15 inimical to the business interests of MGA.  Such information may also be subject to
16 protective orders governing other litigations thereby precluding disclosure in
17 response to this request.  MGA further objects to the request to the extent it violates
18 the privacy rights of third parties to their private, confidential, proprietary or trade
19 secret information.

20     MGA further objects to this request as cumulative, duplicative, and unduly
21 burdensome to the extent that it seeks documents previously requested by Mattel or
22 produced by MGA (or any of its affiliates) in response to Mattel's document requests,
23 including, but not limited to:  Request No. 107 from Mattel, Inc.'s Fourth Set of
24 Requests for Documents and Things to MGA Entertainment, Inc.
25
26
27
28

EXHIBIT  2

PAGE  74

1 REQUEST FOR PRODUCTION NO. 31:

2      DOCUMENTS sufficient to show any and all payments of dividends to any

3 shareholder of MGA, including to whom the dividends were paid, the amounts paid

4 and the dates of payment.

5 RESPONSE TO REQUEST FOR PRODUCTION NO. 31:

6      MGA incorporates by reference its General Response and General Objections

7 above, as though fully set forth herein and specifically incorporates General

8 Objection No. 15 (regarding Definitions), including without limitation MGA's

9 objection to the definition of the terms MGA and its incorporated terms

10 AFFILIATES and PERSON. MGA further objects to the request to the extent it

11 seeks the production of documents that are protected from disclosure under any

12 applicable privilege, doctrine or immunity, including without limitation the attorney-

13 client privilege, the work product doctrine, the right of privacy, and all other

14 privileges recognized under the constitutional, statutory or decisional law of the

15 United States of America, the State of California or any other applicable jurisdiction.

16 MGA further objects to this request on the grounds that it is overly broad and unduly

17 burdensome in that it seeks documents not relevant to the claims or defenses in this

18 action and not reasonably calculated to lead to the discovery of admissible evidence.

19 Mattel has not demonstrated how DOCUMENTS sufficient to show *any and all*

20 payments of dividends to *any* shareholder of MGA could be relevant to the claims

21 and defenses in this action. The request is not limited to the subject matter of this

22 action and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22

23 Order at 21:5-7. MGA further objects to this request as being overly broad and

24 unduly burdensome on the grounds that it is not limited in time or geographical

25 scope. MGA further objects to the phrase "sufficient to show any and all

26 payments . . . including . . . ." as vague and ambiguous. MGA further objects to the

27 request to the extent that it seeks documents that by reason of public filing, public

28

EXHIBIT 2

PAGE 77

1  distribution or otherwise are already in Mattel's possession or are readily accessible

2  to Mattel. MGA further objects to the request to the extent that it seeks documents

3  not in MGA's possession, custody or control. MGA further objects to the request to

4  the extent it seeks confidential, proprietary or commercially sensitive information,

5  the disclosure of which would be inimical to the business interests of MGA. Such

6  information may also be subject to protective orders governing other litigations

7  thereby precluding disclosure in response to this request. MGA further objects to the

8  request to the extent it violates the privacy rights of third parties to their private,

9  confidential, proprietary or trade secret information.

10      MGA further objects to this request as cumulative, duplicative, and unduly

11  burdensome to the extent that it seeks documents previously requested by Mattel or

12  produced by MGA (or any of its affiliates) in response to Mattel's document requests.

13  REQUEST FOR PRODUCTION NO. 32:

14      DOCUMENTS sufficient to show any and all distributions to any shareholders

15  of MGA, including to whom the distributions were made, the amounts of the

16  distributions and the dates the distributions were made.

17  RESPONSE TO REQUEST FOR PRODUCTION NO. 32:

18      MGA incorporates by reference its General Response and General Objections

19  above, as though fully set forth herein and specifically incorporates General

20  Objection No. 15 (regarding Definitions), including without limitation MGA's

21  objection to the definition of the terms MGA and its incorporated terms

22  AFFILIATES and PERSON. MGA further objects to the request to the extent it

23  seeks the production of documents that are protected from disclosure under any

24  applicable privilege, doctrine or immunity, including without limitation the attorney-

25  client privilege, the work product doctrine, the right of privacy, and all other

26  privileges recognized under the constitutional, statutory or decisional law of the

27  United States of America, the State of California or any other applicable jurisdiction.

28

EXHIBIT 2

PAGE 78

1   MGA further objects to this request on the grounds that it is overly broad and unduly
2   burdensome in that it seeks documents not relevant to the claims or defenses in this
3   action and not reasonably calculated to lead to the discovery of admissible evidence.
4   Mattel has not demonstrated how DOCUMENTS sufficient to show *any and all*
5   distributions to *any* shareholders of MGA could be relevant to the claims and
6   defenses in this action.  The request is not limited to the subject matter of this action
7   and is thus impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22 Order
8   at 21:5-7.  MGA further objects to this request as being overly broad and unduly
9   burdensome on the grounds that it is not limited in time or geographical scope.
10  MGA further objects to the phrases "sufficient to show any and all distributions . . .
11  including . . . ." as vague and ambiguous.  MGA further objects to the request to the
12  extent that it seeks documents that by reason of public filing, public distribution or
13  otherwise are already in Mattel's possession or are readily accessible to Mattel.
14  MGA further objects to the request to the extent that it seeks documents not in
15  MGA's possession, custody or control.  MGA further objects to the request to the
16  extent it seeks confidential, proprietary or commercially sensitive information, the
17  disclosure of which would be inimical to the business interests of MGA.  Such
18  information may also be subject to protective orders governing other litigations
19  thereby precluding disclosure in response to this request.  MGA further objects to the
20  request to the extent it violates the privacy rights of third parties to their private,
21  confidential, proprietary or trade secret information.

22      MGA further objects to this request as cumulative, duplicative, and unduly
23  burdensome to the extent that it seeks documents previously requested by Mattel or
24  produced by MGA (or any of its affiliates) in response to Mattel's document requests.
25
26
27
28

EXHIBIT 2

PAGE 79