Larry McFarland (Bar No. 129668)
Christian Dowell (Bar No. 241973)
KEATS, McFARLAND & WILSON LLP
9720 Wilshire Blvd.
Penthouse Suite
Beverly Hills, CA 90212
Telephone:  (310) 248-3830
Facsimile:   (310) 860-0363
Email:   lmcfarland@kmwlaw.com
            cdowell@kmwlaw.com

Attorneys for Veronica Marlow

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>                            Plaintiff,<br><br>     v.<br><br>MATTEL, INC., a Delaware corporation;<br><br>                            Defendant.<br><br>AND RELATED ACTIONS. | Case No.: CV 04 – 09049 SGL (RNBx)<br>Consolidated with Case Nos.<br>CV 04-9059 and CV 05-2727<br><u>Hon. Edward A. Infante</u><br><br>NON-PARTY VERONICA MARLOW'S NOTICE OF ERRATA RE MOTION TO COMPEL MATTEL TO PURGE ITSELF OF PRIVATE BANK RECORDS FILED JANUARY 28, 2008<br><br>Hearing Date:    N/A<br>Time:                 N/A<br>Place:                N/A |

NOTICE OF ERRATA

1    PLEASE TAKE NOTICE THAT on January 28, 2008, non-party witness,
2  Veronica Marlow, filed her Motion to Compel Mattel to Purge Itself of Private Bank
3  Records (the "Motion") and inadvertently failed to include the Notice of Motion to
4  Compel Mattel to Purge Itself of Private Bank Records (the "Notice").
5    Accordingly, Ms. Marlow is filing the Notice herewith.

7  Dated: January 30, 2008                KEATS MCFARLAND & WILSON LLP

9                                          /s/
10                                         Christian C. Dowell, Esq.
                                           Attorneys for Veronica Marlow

NOTICE OF ERRATA