Larry McFarland (Bar No. 129668)
Christian Dowell (Bar No. 241973)
KEATS, McFARLAND & WILSON LLP
9720 Wilshire Blvd.
Penthouse Suite
Beverly Hills, CA 90212
Telephone:   (310) 248-3830
Facsimile:   (310) 860-0363
Email:   lmcfarland@kmwlaw.com
             cdowell@kmwlaw.com

Attorneys for Veronica Marlow

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>                    Plaintiff,<br><br>     v.<br><br>MATTEL, INC., a Delaware corporation;<br><br>                    Defendant.<br><br>AND RELATED ACTIONS. | Case No.: CV 04 – 09049 SGL (RNBx)<br>Consolidated with Case Nos.<br>CV 04-9059 and CV 05-2727<br><u>Hon. Edward A. Infante</u><br><br>NON-PARTY VERONICA MARLOW'S NOTICE OF MOTION TO COMPEL MATTEL TO PURGE ITSELF OF PRIVATE BANK RECORDS<br><br>Hearing Date:   N/A<br>Time:               N/A<br>Place:              N/A |

1  TO MATTEL, INC. AND ALL PARTIES AND THEIR ATTORNEYS OF
2  RECORD:
3  PLEASE TAKE NOTICE THAT at a hearing before Discovery Master Hon.
4  Edward Infante, at a time to be determined by Judge Infante, Non-Party witness
5  Veronica Marlow will and hereby does move the Court to compel Mattel, Inc.
6  ("Mattel") to abide by the protocol agreed to by Mattel and to return the original and all
7  copies of Ms. Marlow's private financial records from Wells Fargo (the "Wells Fargo
8  Records"), and to delete and destroy any and all memoranda and all documents that
9  summarize or refer to the Wells Fargo Records.
10  The motion will be based on this Notice of Motion and the Motion to Compel
11  Mattel to Purge Itself of Private Bank Records, the declaration of Christian C. Dowell,
12  filed herewith, and the pleadings and papers on file in this matter.
13  Mattel, Inc. has five (5) Court days to respond to this motion, pursuant to the
14  Stipulation and Order Appointing a Discovery Master.

## STATEMENT OF COMPLIANCE

16  This motion is made following the conference of counsel pursuant to L.R. 37-1,
17  which took place on January 9, 2008 and January 11, 2008.

19  Dated:  January 28, 2008                    KEATS MCFARLAND & WILSON LLP

21  /s/
22  Christian C. Dowell, Esq.
    Attorneys for Veronica Marlow