KEITH A. JACOBY
LITTLER MENDELSON, APC
2049 CENTURY PARK EAST, 5TH FL.
LOS ANGELES, CA 90067
310-553-0308-TEL
310-553-5583-FAX
kjacoby@littler.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>PLAINTIFF(S)<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation<br><br>DEFENDANT(S). | CASE NUMBER CV 04-09049 SGL (RNBx)<br>CV04-9059 & 05-2727<br><br>**NOTICE OF CHANGE OF<br>ATTORNEY INFORMATION** |

**The following information must be provided:**

I, KEITH A. JACOBY,          150233,          kjacoby@littler.com
　　　*Name*　　　　　　　*CA Bar ID Number*　　　　*E-mail Address*

☐ am counsel of record or ☐ out-of-state attorney in the above-entitled cause of action for the following party(s)
The Order relieving me as counsel of record was granted on May 17, 2007 please remove my name and do not
send me any further notifications of any filings on this case.

and am requesting the following change(s):

### *SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:*

☐ TO UPDATE NAME OR FIRM INFORMATION:

　☐ I am providing the following new information pursuant to Local Rule 83-2.7 to be updated on the above-entitled cause of action.

PROVIDE ONLY THE INFORMATION THAT HAS CHANGED

Attorney Name changed to _____

New Firm/Government Agency Name _____

New Address _____

New Telephone Number _____ New Facsimile Number _____

New E-mail address _____

☐ TO BE ADDED AS COUNSEL OF RECORD: CHECK ONE BOX

　☐ I am counsel of record in the above-entitled action and should have been added to the docket in this case. I made my first appearance in this case on _____

　☐ This constitutes my Notice of Appearance to appear as counsel of record for the party(s) listed above in the above-entitled action.

IF YOUR FIRM IS NOT ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A NOTICE OF ASSOCIATION SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE, G-64 MUST BE FILED.

Attorney Name _____ CA State Bar Number _____

Firm/Government Agency Name _____

Address: _____

Telephone Number _____ Facsimile Number _____

E-mail address _____

American LegalNet, Inc.<br>www.FormsWorkflow.com

☒ TO BE REMOVED FROM THE CASE: **

I am no longer counsel of record in the above-entitled cause of action.
CHECK ONE BOX

   ☒ The order relieving me as counsel of record was filed on: 5/17/07.

   ☐ There is/are other attorney(s) from my current law firm/government agency who are counsel of record in this case.

   ☐ I am no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this case.

**\*\*This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Rule 83-2.9 and form G-01, *Request for Substitution of Attorney* and G-01ORDER, *Order on Request for Substitution of Attorney*. At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated above in this action.**

Date: _____1/29/08_____

_____
Attorney Signature

PLEASE NOTE: The information provided in this Notice will be used to update the above-entitled case only. A separate Notice must be completed for each case said change(s) is to be made. See Local Rule 83-2.7.

American LegalNet, Inc.
www.FormsWorkflow.com