QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
|---|---|
| Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
| vs. | |
| MATTEL, INC., a Delaware corporation, | **Hon. Stephen G. Larson** |
| Defendant. | DECLARATION OF JOHN B. QUINN IN SUPPORT OF SUPPLEMENT TO MATTEL, INC.'S EX PARTE APPLICATION TO COMPEL THE APPEARANCE FOR DEPOSITION OF ANA CABRERA, BEATRIZ MORALES, AND MARIA SALAZAR, REGARDING THE DEPOSITION OF MEL WOODS |
| AND CONSOLIDATED ACTIONS | |

Date:   February 4, 2008
Time:   10:00 a.m.
Place:  Courtroom 1

**Phase 1:**
Discovery Cut-off:       January 28, 2008
Pre-trial Conference:   April 21, 2008
Trial Date:                   May 27, 2008

07209/2372915.1

QUINN DEC ISO MATTEL'S SUPPLEMENT TO EX PARTE APPLICATION

## DECLARATION OF JOHN B. QUINN

I, John B. Quinn, declare as follows:

1. I am a member of the bar of the State of California and a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. On January 23, 2008, I spoke with Mr. Woods. He stated that he is willing to be deposed pursuant to subpoena on a date agreeable to all once the Motion to Quash is resolved.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 30th day of January, 2008, at Los Angeles, California.

                 /s/ John B. Quinn
                 John B. Quinn

-1-
QUINN DEC ISO MATTEL'S SUPPLEMENT TO EX PARTE APPLICATION

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On January 30, 2008, I served true copies of the following document(s) described as **DECLARATION OF JOHN B. QUINN IN SUPPORT OF SUPPLEMENT TO MATTEL, INC.'S EX PARTE APPLICATION TO COMPEL THE APPEARANCE FOR DEPOSITION OF ANA CABRERA, BEATRIZ MORALES, AND MARIA SALAZAR, REGARDING THE DEPOSITION OF MEL WOODS** on the parties in this action as follows:

| | |
|---|---|
| Maria Diaz<br>**Allred, Maroko & Goldberg**<br>6300 Wilshire Blvd. Suite 1500<br>Los Angeles, CA 90048 | Pierce O'Donnell<br>550 South Hope Street<br>Suite 1000<br>Los Angeles, CA 90071-2627 |

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 30, 2008, at Los Angeles, California.

_____
NOW LEGAL -- Dave Quintana

07209/2372990.1