QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
| vs. | |
| MATTEL, INC., a Delaware corporation, | **Hon. Stephen G. Larson** |
| Defendant. | [PUBLIC REDACTED] DECLARATION OF CYRUS S. NAIM IN SUPPORT OF SUPPLEMENT TO MATTEL, INC.'S EX PARTE APPLICATION TO COMPEL THE APPEARANCE FOR DEPOSITION OF ANA CABRERA, BEATRIZ MORALES, AND MARIA SALAZAR, REGARDING THE DEPOSITION OF MEL WOODS |
| AND CONSOLIDATED ACTIONS | |
| | Date:   February 4, 2008<br>Time:   10:00 a.m.<br>Place:   Courtroom 1 |
| | **Phase 1:**<br>Discovery Cut-off:   January 28, 2008<br>Pre-trial Conference:   April 21, 2008<br>Trial Date:   May 27, 2008 |

07209/2372806.1

## DECLARATION OF CYRUS S. NAIM

I, Cyrus S. Naim, declare as follows:

1. I am a member of the bar of the State of California and an associate at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. Attached as Exhibit 1 is a true and correct copy of excerpts of the Amended Answer And Affirmative Defenses Of MGA Entertainment Inc., MGA Entertainment (HK) Limited And MGAE de Mexico S.R.L. de C.V. To Mattel, Inc.'s Second Amended Answer And Counterclaims.

3. Attached as Exhibit 2 is a true and correct copy of excerpts of Mattel, Inc.'s Second Amended Answer In Case No. 05-2727 And Counterclaims (Public Redacted Version), dated July 12, 2007.

4. Attached as Exhibit 3 is a true and correct copy of a subpoena to Mel Woods, dated January 15, 2008, and served on Mr. Woods' counsel.

5. Attached as Exhibit 4 is a true and correct copy of the Court's Scheduling Order dated February 22, 2007.

6. Attached as Exhibit 5 is a true and correct copy of excerpts of the deposition transcript of Carter Bryant, dated November 5, 2004.

7. Attached as Exhibit 6 is a true and correct copy of excerpts of the deposition transcript of Lisa Tonnu, dated September 24, 2007.

/
/
/
/
/
/
/

8.      Attached as Exhibit 7 is a true and correct copy of excerpts of MGA's Supplemental Responses to Mattel's Revised Third Set of Interrogatories, dated November 30, 2007.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 30th day of January, 2008, at Los Angeles, California.


/s/ Cyrus S. Naim
Cyrus S. Naim

-2-