QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff and Cross-Defendant Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case Nos. CV 04-09059 and CV 05-02727<br><br>**PROOF OF SERVICE RE**<br><br>SUPPLEMENT TO MATTEL, INC.'S *EX PARTE* APPLICATION TO COMPEL THE APPEARANCE FOR DEPOSITION OF ANA CABRERA, BEATRIZ MORALES, AND MARIA SALAZAR, REGARDING THE DEPOSITION OF MEL WOODS<br><br>Date: TBA<br>Time: TBA<br>Place: TBA<br><br>Discovery Cut-off: March 3, 2008<br>Pre-trial Conference: June 2, 2008<br>Trial Date: July 1, 2008 |

07209/2080150.1

-1-
PROOF OF SERVICE RE SUPPLEMENT TO MATTEL, INC.'S EX PARTE APPLICATION TO COMPEL THE APPEARANCE FOR DEPOSITION OF ANA CABRERA, BEATRIZ MORALES, AND MARIA SALAZAR, REGARDING THE DEPOSITION OF MEL WOODS

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is NOW Messenger Service, 1301 West Second Street, Suite 206, Los Angeles, California 90026.

On January 30, 2008, I served true copies of the following documents described as:

## SEE DOCUMENT LIST

on the parties in this action as follows:

| | |
|---|---|
| Skadden, Arps, Slate, Meagher & Flom LLP<br>Thomas J. Nolan, Esq.<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071<br>Telephone: 213.687.5000<br>Facsimile: 213.687.5600 | **Attorneys for *MGA Entertainment, Inc., MGA Entertainment (HK) Ltd., Isaac Larian and MGAE de Mexico, S.R.L. de C.V.*** |
| Overland Borenstein Scheper & Kim, LLP<br>Mark E. Overland, Esq.<br>David C. Scheper, Esq.<br>Alexander H. Cote, Esq.<br>300 South Grand Avenue, Suite 2750<br>Los Angeles, CA 90071<br>Telephone: 213.613.4655<br>Facsimile: 213.613.4656 | **Attorneys for *Carlos Gustavo Machado Gomez*** |

[√] **[PERSONAL]** by personally delivering the document listed above to the person(s) at the address(es) set forth above.

07209/2080150.1

-2-
PROOF OF SERVICE RE SUPPLEMENT TO MATTEL, INC.'S EX PARTE APPLICATION TO COMPEL THE APPEARANCE FOR DEPOSITION OF ANA CABRERA, BEATRIZ MORALES, AND MARIA SALAZAR, REGARDING THE DEPOSITION OF MEL WOODS

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made

Executed on January 30, 2008, at Los Angeles, California.

_____
Michael Vega


# DOCUMENT LIST

1. SUPPLEMENT TO MATTEL, INC.'S *EX PARTE* APPLICATION TO COMPEL THE APPEARANCE FOR DEPOSITION OF ANA CABRERA, BEATRIZ MORALES, AND MARIA SALAZAR, REGARDING THE DEPOSITION OF MEL WOODS; AND MEMORANDUM OF POINTS AND AUTHORITIES

2. DECLARATION OF CYRUS S. NAIM IN SUPPORT OF SUPPLEMENT TO MATTEL, INC.'S EX PARTE APPLICATION TO COMPEL THE APPEARANCE FOR DEPOSITION OF ANA CABRERA, BEATRIZ MORALES, AND MARIA SALAZAR, REGARDING THE DEPOSITION OF MEL WOODS **[CONFIDENTIAL - FILED UNDER SEAL]**

3. MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 5 AND 6 TO THE DECLARATION OF CYRUS S. NAIM IN SUPPORT OF SUPPLEMENT TO MATTEL, INC.'S *EX PARTE* APPLICATION TO COMPEL THE APPEARANCE FOR DEPOSITION OF ANA CABRERA, BEATRIZ MORALES, AND MARIA SALAZAR, REGARDING THE DEPOSITION OF MEL WOODS

4. [PROPOSED] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 5 AND 6 TO THE DECLARATION OF CYRUS S. NAIM IN SUPPORT OF SUPPLEMENT TO MATTEL, INC.'S *EX PARTE* APPLICATION TO COMPEL THE APPEARANCE FOR DEPOSITION OF ANA CABRERA, BEATRIZ MORALES, AND MARIA SALAZAR, REGARDING THE DEPOSITION OF MEL WOODS

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017.

On January 30, 2008, I served true copies of the following documents described as:

## SEE DOCUMENT LIST

on the parties in this action as follows:

| | |
|---|---|
| Skadden, Arps, Slate, Meagher & Flom LLP<br>  Thomas J. Nolan, Esq.<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071<br>Telephone: 213.687.5000<br>Facsimile: 213.687.5600 | **Attorneys for *MGA Entertainment, Inc., MGA Entertainment (HK) Ltd., Isaac Larian and MGAE de Mexico, S.R.L. de C.V.*** |
| Keker & Van Nest, LLP<br>  John W. Keker, Esq.<br>  Michael H. Page, Esq.<br>  Christa M. Anderson, Esq.<br>710 Sansome Street<br>San Francisco, CA 94111<br>Telephone: 415.391.5400<br>Facsimile: 415.397.7188 | **Attorneys for *Carter Bryant*** |
| Overland Borenstein Scheper & Kim, LLP<br>  Mark E. Overland, Esq.<br>  David C. Scheper, Esq.<br>  Alexander H. Cote, Esq.<br>300 South Grand Avenue, Suite 2750<br>Los Angeles, CA 90071<br>Telephone: 213.613.4655<br>Facsimile: 213.613.4656 | **Attorneys for *Carlos Gustavo Machado Gomez*** |

[√]   **[MAIL]** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made

07209/2080150.1

-5-
PROOF OF SERVICE RE SUPPLEMENT TO MATTEL, INC.'S EX PARTE APPLICATION TO COMPEL THE APPEARANCE FOR DEPOSITION OF ANA CABRERA, BEATRIZ MORALES, AND MARIA SALAZAR, REGARDING THE DEPOSITION OF MEL WOODS

Executed on January 24, 2008, at Los Angeles, California.

_____
Albert V. Villamil

# DOCUMENT LIST

1. SUPPLEMENT TO MATTEL, INC.'S *EX PARTE* APPLICATION TO COMPEL THE APPEARANCE FOR DEPOSITION OF ANA CABRERA, BEATRIZ MORALES, AND MARIA SALAZAR, REGARDING THE DEPOSITION OF MEL WOODS; AND MEMORANDUM OF POINTS AND AUTHORITIES

2. DECLARATION OF CYRUS S. NAIM IN SUPPORT OF SUPPLEMENT TO MATTEL, INC.'S EX PARTE APPLICATION TO COMPEL THE APPEARANCE FOR DEPOSITION OF ANA CABRERA, BEATRIZ MORALES, AND MARIA SALAZAR, REGARDING THE DEPOSITION OF MEL WOODS **[CONFIDENTIAL - FILED UNDER SEAL]**

3. MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 5 AND 6 TO THE DECLARATION OF CYRUS S. NAIM IN SUPPORT OF SUPPLEMENT TO MATTEL, INC.'S *EX PARTE* APPLICATION TO COMPEL THE APPEARANCE FOR DEPOSITION OF ANA CABRERA, BEATRIZ MORALES, AND MARIA SALAZAR, REGARDING THE DEPOSITION OF MEL WOODS

4. [PROPOSED] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 5 AND 6 TO THE DECLARATION OF CYRUS S. NAIM IN SUPPORT OF SUPPLEMENT TO MATTEL, INC.'S *EX PARTE* APPLICATION TO COMPEL THE APPEARANCE FOR DEPOSITION OF ANA CABRERA, BEATRIZ MORALES, AND MARIA SALAZAR, REGARDING THE DEPOSITION OF MEL WOODS

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017.

On January 30, 2008, I served true copies of the following documents described as:

## SEE DOCUMENT LIST

on the parties in this action as follows:

| | |
|---|---|
| Skadden, Arps, Slate, Meagher & Flom LLP<br>   Thomas J. Nolan, Esq.<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA  90071<br>Telephone:  213.687.5000<br>Facsimile:  213.687.5600<br>**tnolan@skadden.com** | **Attorneys for *MGA Entertainment, Inc., MGA Entertainment (HK) Ltd., Isaac Larian and MGAE de Mexico, S.R.L. de C.V.*** |
| Keker & Van Nest, LLP<br>   Michael H. Page, Esq.<br>710 Sansome Street<br>San Francisco, CA 94111<br>Telephone:  415.391.5400<br>Facsimile:  415.397.7188<br>**mhp@kvn.com** | **Attorneys for *Carter Bryant*** |
| Overland Borenstein Scheper & Kim, LLP<br>   Mark E. Overland, Esq.<br>300 South Grand Avenue, Suite 2750<br>Los Angeles, CA 90071<br>Telephone:  213.613.4655<br>Facsimile:  213.613.4656<br>**moverland@obsklaw.com** | **Attorneys for *Carlos Gustavo Machado Gomez*** |

[√]   **BY ELECTRONIC MAIL TRANSMISSION:** By electronic mail transmission from cyrusnaim@quinnemanuel.com on January 30, 2008, by transmitting a PDF format copy of such document(s) to each such person at the e-mail address listed below their address(es). The document(s) was/were transmitted by electronic transmission and such transmission was reported as complete and without error.

-8-
PROOF OF SERVICE RE SUPPLEMENT TO MATTEL, INC.'S EX PARTE APPLICATION TO COMPEL THE APPEARANCE FOR DEPOSITION OF ANA CABRERA, BEATRIZ MORALES, AND MARIA SALAZAR, REGARDING THE DEPOSITION OF MEL WOODS

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made

Executed on January 30, 2008, at Los Angeles, California.

_____
Cyrus S. Naim

07209/2080150.1

-9-
PROOF OF SERVICE RE SUPPLEMENT TO MATTEL, INC.'S EX PARTE APPLICATION TO COMPEL THE APPEARANCE FOR DEPOSITION OF ANA CABRERA, BEATRIZ MORALES, AND MARIA SALAZAR, REGARDING THE DEPOSITION OF MEL WOODS

1. SUPPLEMENT TO MATTEL, INC.'S *EX PARTE* APPLICATION TO COMPEL THE APPEARANCE FOR DEPOSITION OF ANA CABRERA, BEATRIZ MORALES, AND MARIA SALAZAR, REGARDING THE DEPOSITION OF MEL WOODS; AND MEMORANDUM OF POINTS AND AUTHORITIES

2. DECLARATION OF CYRUS S. NAIM IN SUPPORT OF SUPPLEMENT TO MATTEL, INC.'S EX PARTE APPLICATION TO COMPEL THE APPEARANCE FOR DEPOSITION OF ANA CABRERA, BEATRIZ MORALES, AND MARIA SALAZAR, REGARDING THE DEPOSITION OF MEL WOODS **[CONFIDENTIAL - FILED UNDER SEAL]**

3. MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 5 AND 6 TO THE DECLARATION OF CYRUS S. NAIM IN SUPPORT OF SUPPLEMENT TO MATTEL, INC.'S *EX PARTE* APPLICATION TO COMPEL THE APPEARANCE FOR DEPOSITION OF ANA CABRERA, BEATRIZ MORALES, AND MARIA SALAZAR, REGARDING THE DEPOSITION OF MEL WOODS

4. [PROPOSED] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 5 AND 6 TO THE DECLARATION OF CYRUS S. NAIM IN SUPPORT OF SUPPLEMENT TO MATTEL, INC.'S *EX PARTE* APPLICATION TO COMPEL THE APPEARANCE FOR DEPOSITION OF ANA CABRERA, BEATRIZ MORALES, AND MARIA SALAZAR, REGARDING THE DEPOSITION OF MEL WOODS

07209/2080150.1

PROOF OF SERVICE RE SUPPLEMENT TO MATTEL, INC.'S EX PARTE APPLICATION TO COMPEL THE APPEARANCE FOR DEPOSITION OF ANA CABRERA, BEATRIZ MORALES, AND MARIA SALAZAR, REGARDING THE DEPOSITION OF MEL WOODS

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is NOW Messenger Service, 1301 West Second Street, Suite 206, Los Angeles, California 90026.

On January 30, 2008, I served true copies of the following documents described as:

## SEE DOCUMENT LIST

on the parties in this action as follows:

| | |
|---|---|
| Maria G. Diaz, Esq.<br>Allred, Maroko & Goldberg<br>6300 Wilshire Boulevard, Suite 1500<br>Los Angeles, California 90048 | |
| Pierce O'Donnell, Esq.<br>O'Donnell & Associates PC<br>550 South Hope Street, Suite 1000<br>Los Angeles, CA 90071 | |
| | |

[√] **[PERSONAL]** by personally delivering the document listed above to the person(s) at the address(es) set forth above.

1  I declare that I am employed in the office of a member of the bar of this court
2  at whose direction the service was made
3
4  Executed on January 30, 2008, at Los Angeles, California.
5
6
7                                    John Erickson

-12-
PROOF OF SERVICE RE SUPPLEMENT TO MATTEL, INC.'S EX PARTE APPLICATION TO COMPEL THE APPEARANCE FOR DEPOSITION OF ANA CABRERA, BEATRIZ MORALES, AND MARIA SALAZAR, REGARDING THE DEPOSITION OF MEL WOODS

# DOCUMENT LIST

1. SUPPLEMENT TO MATTEL, INC.'S *EX PARTE* APPLICATION TO COMPEL THE APPEARANCE FOR DEPOSITION OF ANA CABRERA, BEATRIZ MORALES, AND MARIA SALAZAR, REGARDING THE DEPOSITION OF MEL WOODS; AND MEMORANDUM OF POINTS AND AUTHORITIES

2. DECLARATION OF CYRUS S. NAIM IN SUPPORT OF SUPPLEMENT TO MATTEL, INC.'S EX PARTE APPLICATION TO COMPEL THE APPEARANCE FOR DEPOSITION OF ANA CABRERA, BEATRIZ MORALES, AND MARIA SALAZAR, REGARDING THE DEPOSITION OF MEL WOODS **[PUBLIC REDACTED]**

3. MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 5 AND 6 TO THE DECLARATION OF CYRUS S. NAIM IN SUPPORT OF SUPPLEMENT TO MATTEL, INC.'S *EX PARTE* APPLICATION TO COMPEL THE APPEARANCE FOR DEPOSITION OF ANA CABRERA, BEATRIZ MORALES, AND MARIA SALAZAR, REGARDING THE DEPOSITION OF MEL WOODS

4. [PROPOSED] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 5 AND 6 TO THE DECLARATION OF CYRUS S. NAIM IN SUPPORT OF SUPPLEMENT TO MATTEL, INC.'S *EX PARTE* APPLICATION TO COMPEL THE APPEARANCE FOR DEPOSITION OF ANA CABRERA, BEATRIZ MORALES, AND MARIA SALAZAR, REGARDING THE DEPOSITION OF MEL WOODS

PROOF OF SERVICE RE SUPPLEMENT TO MATTEL, INC.'S EX PARTE APPLICATION TO COMPEL THE APPEARANCE FOR DEPOSITION OF ANA CABRERA, BEATRIZ MORALES, AND MARIA SALAZAR, REGARDING THE DEPOSITION OF MEL WOODS

5. DECLARATION OF JOHN B. QUINN IN SUPPORT OF SUPPLEMENT TO MATTEL, INC.'S EX PARTE APPLICATION TO COMPEL THE APPEARANCE FOR DEPOSITION OF ANA CABRERA, BEATRIZ MORALES, AND MARIA SALAZAR, REGARDING THE DEPOSITION OF MEL WOODS

07209/2080150.1

-14-

PROOF OF SERVICE RE SUPPLEMENT TO MATTEL, INC.'S EX PARTE APPLICATION TO COMPEL THE APPEARANCE FOR DEPOSITION OF ANA CABRERA, BEATRIZ MORALES, AND MARIA SALAZAR, REGARDING THE DEPOSITION OF MEL WOODS