RAOUL D. KENNEDY (Bar No. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Embarcadero Center, 38th Floor
San Francisco, CA 94111-5974
Tel.:(415) 984-6400 / Fax: (415) 984-2698
(rkennedy@skadden.com)
Attorneys for MGA Entertainment Inc., et al.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>PLAINTIFF(S)<br>v.<br>MATTEL, INC., a Delaware corporation<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CV 04-9049 SGL (RNBx)<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**

MGA Entertainment, Inc.'s Opposition To Motion Of Plaintiff Mattel, Inc. For Order Finding Waiver And To Compel Production Of Documents Withheld As Privileged and Declaration of Timothy A. Miller

**Document Description:**

☐ Administrative Record

☑ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)

☑ Other

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☐ Manual Filing required (*reason*):

January 31, 2008                                                     Raoul D. Kennedy
Date                                                                          Attorney Name

                                                                                MGA ENTERTAINMENT, INC., et. al.
                                                                                Party Represented

Note:   File one Notice in each case, each time you manually file document(s).

G-92 (02/07)                          **NOTICE OF MANUAL FILING**