THOMAS J. NOLAN (Bar No. 66992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600
E-mail: tnolan@skadden.com

RAOUL D. KENNEDY (Bar No. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Embarcadero Center, 38th Floor
San Francisco, California 94111-5974
Telephone: (415) 984-6400
Facsimile: (415) 984-2698
Email: rkennedy@skadden.com

Attorneys for MGA Entertainment, Inc.,
MGA Entertainment (HK) Limited,
MGAE de Mexico S.R.L. de C.V., and Isaac Larian

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>**DISCOVERY MATTER**<br><br>**[To be heard by Discovery Master Hon. Edward A. Infante (Ret.)]**<br><br>**DECLARATION OF ANDREW C. TEMKIN IN SUPPORT OF MGA'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MATTEL'S MOTION TO (1) ENFORCE THE COURT'S AUGUST 13, 2007 ORDER AND TO COMPEL; AND (2) FOR MONETARY SANCTIONS**<br><br>Date: February 11, 2008<br>Time: 8:30 am<br>Place: Telephonic |

DECLARATION OF ANDREW C. TEMKIN IN SUPPORT OF MGA'S OPPOSITION TO MATTEL'S MOTION
TO ENFORCE THE COURT'S AUGUST 13, 2007 ORDER AND TO COMPEL; AND FOR SANCTIONS

I, Andrew C. Temkin, declare as follows:

I am an associate of the law firm of Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden"), which is counsel of record for Isaac Larian, MGA Entertainment, Inc. ("MGA"), MGA Entertainment (HK) Limited, and MGAE de Mexico S.R.L. de C.V. ("MGA de Mexico").  Except where otherwise indicated, I have personal knowledge of the following and, if called as a witness, could competently testify as follows.

1. I understand from prior counsel to MGA that the documents on the CD that was seized from the offices of MGA de Mexico (the "CD") were produced to Mattel on September 7, 2007.  Attached as Exhibit A is a true and correct copy of a September 7, 2007 letter from Chris D. Nguyen of O'Melveny & Myers, prior counsel to MGA, to Michael Zeller, counsel for Mattel, transmitting those documents.

2. Attached as Exhibit B is a true and correct copy of the October 31, 2007 Order Regarding Status Conference.

3. I am informed that on November 16, 2007, MGA and Mattel conducted an in-person, omnibus meet-and-confer session at the offices of Mattel's counsel.  I am also informed by my colleagues who attended that meeting that, although the parties discussed numerous outstanding discovery issues, Mattel did not mention the CD.

4. Attached as Exhibit C is a true and correct copy of the letter dated January 16, 2008 that I sent to Jon Corey, counsel for Mattel.

5. At no time did I tell Mattel that (1) MGA would not allow an inspection of the CD or (2) MGA would not provide a copy of the CD to Mattel, and I am not aware of any other person making such representations.

1

DECLARATION OF ANDREW C. TEMKIN IN SUPPORT OF MGA'S OPPOSITION TO MATTEL'S MOTION TO ENFORCE THE COURT'S AUGUST 13, 2007 ORDER AND TO COMPEL; AND FOR SANCTIONS

6. Attached as Exhibit D is a true and correct copy of the letter dated January 24, 2008 that I sent to Mr. Corey. Enclosed with the letter was a "forensically sound" copy of the CD.

7. Attached as Exhibits E and F are true and correct copies of emails that I sent to Mr. Corey on January 27, 2008 and January 30, 2008.

8. Attached as Exhibit G is a true and correct copy of the letter dated January 29, 2008 from Mr. Corey to me.

9. As of the date of this declaration, Mattel has not inspected the CD or contacted MGA to schedule a date for inspection. In addition, MGA has not received any further correspondence on this matter from Mattel since Mr. Corey's January 29, 2008 letter.

10. In order to create a "forensically sound" copy of the CD, counsel for MGA had to rely on a third-party vendor.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 31, 2008 at Palo Alto, California.

_____/s/_____
Andrew C. Temkin

2
DECLARATION OF ANDREW C. TEMKIN IN SUPPORT OF MGA'S OPPOSITION TO MATTEL'S MOTION TO ENFORCE THE COURT'S AUGUST 13, 2007 ORDER AND TO COMPEL; AND FOR SANCTIONS