# EXHIBIT A

# O'MELVENY & MYERS LLP

| | | |
|---|---|---|
| BEIJING<br>BRUSSELS<br>CENTURY CITY<br>HONG KONG<br>LONDON<br>NEWPORT BEACH | 400 South Hope Street<br>Los Angeles, California 90071-2899<br><br>TELEPHONE (213) 430-6000<br>FACSIMILE (213) 430-6407<br>www.omm.com | NEW YORK<br>SAN FRANCISCO<br>SHANGHAI<br>SILICON VALLEY<br>TOKYO<br>WASHINGTON, D.C. |

OUR FILE NUMBER
0527436-004

September 7, 2007

WRITER'S DIRECT DIAL
(213) 430-6389

**VIA HAND DELIVERY**

WRITER'S E-MAIL ADDRESS
cnguyen@omm.com

Michael T. Zeller, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017

      Re:   *Bryant v. Mattel, Inc and Consolidated Actions.*
             <u>*Case No. CV 04-09049 SGL (RNBx)*</u>

Dear Mr. Zeller:

      Three discs containing Group IV TIFF and JPEG digital files of documents marked with Bates Nos. MGA 0104856 to 0140424, MGA 0868363 to MGA 0868691, and MGA 0868693 to MGA 0868722 are enclosed. As per Mattel's request and pursuant to the agreement between MGA and Mattel, the discs also include Opticon load files.

      A disc bearing bates number MGA 0868692 and a disc bearing a replacement image for the image bearing bates number MGA 0863862 are also enclosed.

      Pursuant to the January 4, 2005 Protective Order, certain documents have been marked as Confidential – Attorney's Eyes Only. Please do not hesitate to contact me if you have any questions.

Sincerely,

Chris D. Nguyen
for O'MELVENY & MYERS LLP

Enclosures

cc:   Michael Page, Esq. (letter only via facsimile)
        James Spertus, Esq. (letter only via facsimile)

LA2:841350.1

EXHIBIT  A
PAGE   3

# EXHIBIT B

Case 2:04-cv-09049-SGL-RNB   Document 1104   Filed 10/31/2007   Page 1 of 4

# PRIORITY SEND

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA 92501
CIVIL MINUTES – GENERAL

Case No.   CV 04-09049 SGL(RNBx)                                 Date: October 31, 2007
Title:     CARTER BRYANT -v- MATTEL, INC.
           AND CONSOLIDATED ACTIONS
=====================================================================
PRESENT: HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

    Jim Holmes                                Theresa Lanza
    Courtroom Deputy Clerk                    Court Reporter

ATTORNEYS PRESENT FOR CARTER            ATTORNEYS PRESENT FOR MATTEL:
BRYANT:

Christa Martine Anderson                John Quinn
Matthew M. Werdegar                     Jon D. Corey
                                        Michael T. Zeller

ATTORNEYS PRESENT FOR MGA:              ATTORNEY PRESENT FOR CARLOS
                                        GUSTAVO MACHADO GOMEZ:

Thomas J. Nolan                         Alexander H. Cote
Carl A. Roth

PROCEEDINGS:   **ORDER REGARDING STATUS CONFERENCE**

   The Court held a status conference to consider the current schedule set for Phase 1 of the consolidated cases as well as the issue of the selection of a settlement officer for both Phase 1 and Phase 2 of the consolidated cases.

   For reasons discussed on the record, the Court enters a two-week STAY in these actions, beginning November 1, 2007, and continuing through November 14, 2007. During that time, the parties shall serve no discovery requests (including subpoenas) on parties or third parties. The obligation to respond to any outstanding discovery requests is likewise suspended for that time frame. No depositions shall be conducted during this time. The matters to be heard before Judge Infante, the discovery master herein, are to be rescheduled to a date determined by Judge Infante,

| MINUTES FORM 90 | | Initials of Deputy Clerk __jh_____ |
|---|---|---|
| CIVIL -- GEN | 1 | Time: 00/20 |

EXHIBIT  B
PAGE  4

Case 2:04-cv-09049-SGL-RNB   Document 1104   Filed 10/31/2007   Page 2 of 4

provided, however, that such date is no earlier than November 26, 2007, and that no opposition or reply papers may be required to be filed during the pendency of the stay.

The Court CONTINUES the November 19, 2007, hearing on the Motion For Leave to Serve A Supplemental Interrogatory to December 3, 2007, at 10:00 a.m.

The current schedule regarding Phase 1 of the trial in these consolidated actions is modified as follows:

| | |
|---|---|
| Fact discovery cutoff: | 01/28/08 |
| Initial Expert Reports: | 02/11/08 |
| Rebuttal Expert Reports: | 03/17/08 |
| Last date for settlement conference: | VACATED (see below for Court's directive regarding mandatory settlement procedures) |
| Expert discovery cutoff: | 03/31/08 |
| Dispositive Motions hearing cutoff: | 03/31/08 @ 10:00 a.m. |
| Pretrial conference order and associated trial documents including proposed jury instructions: | 04/21/08 |
| Filing of Motions in Limine: | 05/05/08 |
| Pretrial conference: | 05/05/08 @ 11:00 a.m. |
| Hearing on Motions in Limine and Jury Instructions: | 05/19/08 @ 11:00 a.m. |
| Trial: | 05/27/08 @ 9:00 a.m. |

The schedule for Phase 2, previously set by the Court by Order filed February 22, 2007, in the case captioned MGA Entertainment, Inc. v. Mattel, Inc., et al., CV 05-02727, is VACATED. The Court will consider the scheduling of Phase 2 at a later date. However, the Court DENIES MGA's request to delay or otherwise bifurcate discovery regarding Phase 2 issues.

At the status conference, the parties acknowledged on the record their mutual agreement to the selection of Ambassador Pierre-Richard Prosper as the settlement officer for these

MINUTES FORM 90
CIVIL – GEN                                    2

Initials of Deputy Clerk __jh_____
Time: 00/20

EXHIBIT __B__
PAGE __5__

consolidated cases, and the Court hereby APPOINTS him in that capacity. Counsel are directed to contact Ambassador Prosper to schedule a settlement conference on or before December 1, 2007. The settlement conference is to be directed towards resolution of both phases of this litigation. Counsel are ORDERED to carefully and diligently follow Ambassador Prosper's directions concerning preparation for and conduct at any settlement conferences. The parties will be jointly responsible for paying the Ambassador's reasonable and customary rate for services rendered. A failure to comply with this order, or a failure to provide reasonable compensation to the Settlement Officer upon completion of the mediation, may result in the imposition of appropriate sanctions. Ambassador Prosper is directed to provide a status report to the Court following the conclusion of the settlement efforts.

    IT IS SO ORDERED.

c:    Judge Infante
    Ambassador Prosper

MINUTES FORM 90　　　　　　　　　　　　　　　　　Initials of Deputy Clerk __jh_____
CIVIL – GEN　　　　　　　　　3　　　　　　　　　Time: 00/20

EXHIBIT _B_
PAGE _6_

# EXHIBIT C

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

525 UNIVERSITY AVENUE

PALO ALTO, CALIFORNIA 94301
―
TEL: (650) 470-4500
FAX: (650) 470-4570
http://www.skadden.com

DIRECT DIAL
(650) 470-4624
EMAIL ADDRESS
ATEMKIN@SKADDEN.COM

FIRM/AFFILIATE OFFICES
―
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEWARK
NEW YORK
RESTON
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
―
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO

January 16, 2008

**Via Email and Facsimile**

Jon Corey, Esq.
Quinn, Emanuel, Urquhart, Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017

RE: *Bryant v. Mattel*

Dear Mr. Corey:

We are in receipt of your January 8, 2008 letter requesting a "forensically sound" copy of the disk that Ms. Tonnu referenced in her deposition. In order to respond to your request, please clarify what you mean by a "forensically sound" copy.

Very truly yours,

*/s/ Andrew C. Temkin*

Andrew C. Temkin

259204.01-Palo Alto Server 1A - MSW

EXHIBIT C
PAGE 7

# EXHIBIT D

# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

525 UNIVERSITY AVENUE
PALO ALTO, CALIFORNIA 94301-1908

TEL: (650) 470-4500
FAX: (650) 470-4570
www.skadden.com

DIRECT DIAL
(650) 470-4624
EMAIL ADDRESS
ATEMKIN@SKADDEN.COM

FIRM/AFFILIATE OFFICES
―
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEWARK
NEW YORK
RESTON
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
―
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

January 24, 2008

**Via Hand Delivery**

Jon Corey, Esq.
Quinn, Emanuel, Urquhart, Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017

RE: *Bryant v. Mattel*

Dear Mr. Corey:

We have available for your inspection the CD that Ms. Tonnu referenced in her deposition. In addition, we have had our discovery vendor prepare a "forensically sound" (as you have explained the term) copy of the disk, which is enclosed and Bates numbered MGA 3815506. Let us know if you would still like to inspect the CD. In light of the foregoing, please confirm that Mattel will withdraw its motion to compel and avoid burdening Judge Infante with needless motion practice.

Very truly yours,

Andrew C. Temkin

Enclosure

EXHIBIT D
PAGE 8

# EXHIBIT E

## Temkin, Andrew C (PAL)

**From:** Temkin, Andrew C (PAL)
**Sent:** Sunday, January 27, 2008 5:58 PM
**To:** 'joncorey@quinnemanuel.com'
**Cc:** Park, Amy S (PAL)
**Subject:** Carter Bryant v. Mattel

Jon,

This will follow-up on our January 24 letter making available for inspection and providing a "forensically sound" copy of the CD referenced in Ms. Tonnu's deposition. Please confirm that you will withdraw the motion to compel in light of MGA's compliance with Mattel's request.

Best regards,

Andrew.

Andrew C. Temkin
Skadden Arps Slate Meagher & Flom LLP
525 University Avenue
Palo Alto, CA 94301
(650) 470-4624 (Phone)
(888) 329-2993 (Fax)

EXHIBIT E
PAGE 9

1/31/2008

# EXHIBIT F

## Temkin, Andrew C (PAL)

**From:** Temkin, Andrew C (PAL)
**Sent:** Wednesday, January 30, 2008 6:42 PM
**To:** 'joncorey@quinnemanuel.com'
**Subject:** Carter Bryant v. Mattel

Mr. Corey,

We are receipt of your January 29, 2008 letter confirming that you are reviewing the compact disk, Bates numbered 3815506, that MGA produced to Mattel on January 24, 2008. Further to our correspondence of January 24 and January 27, let us know if you would still like to inspect the disk and if Mattel will withdraw its motion to compel as soon as possible.

Very truly yours,

Andrew.

Andrew C. Temkin
Skadden Arps Slate Meagher & Flom LLP
525 University Avenue
Palo Alto, CA 94301
(650) 470-4624 (Phone)
(888) 329-2993 (Fax)

EXHIBIT F
PAGE 13

1/31/2008

# EXHIBIT G

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

January 29, 2008

<u>VIA FACSIMILE [(650) 470-4500] AND U.S. MAIL</u>

Andrew C. Temkin, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
525 University Avenue Suite 1100
Palo Alto, California 94301

Re: <u>Bryant v. Mattel, Inc.</u>

Dear Mr. Temkin:

We are in receipt of the CD, Bates numbered MGA 3815506 and are reviewing it. Upon completion of our review, we will inform you whether we will need to inspect the CD in MGA's possession and whether Mattel will withdraw its Motion To (1) Enforce The Court's August 13, 2007 Order and To Compel; and (2) For Award of Monetary Sanctions.

Best regards,

*Jon D. Corey*
Jon D. Corey

quinn emanuel urquhart oliver & hedges, llp

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100

EXHIBIT __G__
PAGE __11__