QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>[To Be Heard By Discovery Master Hon. Edward Infante (Ret.)]<br><br>DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA'S MOTION TO COMPEL MATTEL TO PRODUCE E-MAIL<br><br>Date: TBA<br>Time: TBA<br>Place: TBA<br><br>**Phase 1**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

# DECLARATION OF B. DYLAN PROCTOR

I, B. Dylan Proctor, declare as follows:

1. I am a member of the bar of the State of California and a partner of Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. On January 16, 2008 and other times, I met and conferred with Robert Herrington, MGA's counsel, regarding Mattel's objection to MGA's Interrogatory No. 30, among others, on the grounds that MGA has exceeded the Court-ordered limit of 50 interrogatories. At the meet and confer, I explained that Bryant's and MGA's respective First Sets of Interrogatories consist of at least 43 separate interrogatories, and that Defendants therefore have only seven interrogatories remaining, but have served far more than that, exceeding the Court's limits. We then agreed that MGA would identify the seven remaining interrogatories that Defendants want Mattel to answer, and that Mattel would provide supplemental responses to these interrogatories. Attached as Exhibit 1 is a true and correct copy of my January 17, 2008 letter to Mr. Herrington, reflecting same.

3. Thereafter, MGA identified Interrogatory No. 30 as one of its remaining seven interrogatories for which it wants Mattel to provide a substantive response. Attached hereto as Exhibit 2 is a true and correct copy of Mr. Herrington's January 17, 2008 e-mail to me, reflecting same. Since that e-mail was sent, Mr. Herrington and I agreed at a meet and confer on January 25, 2008, that, although Mattel has not waived any of its other objections, Mattel will provide a supplemental response to this interrogatory on February 18, 2008 (or soon thereafter

-1-

if Mattel cannot complete its response by that time and contacts MGA to advise that it needs additional time).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 31, 2008, at Los Angeles, California.

_____
B. Dylan Proctor