# EXHIBIT 1

## quinn emanuel trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

WRITER'S DIRECT DIAL NO.
(213) 443-3112

WRITER'S INTERNET ADDRESS
dylanproctor@quinnemanuel.com

January 17, 2008

**VIA FACSIMILE AND U.S. MAIL**

Robert J. Herrington, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue
Los Angeles, CA 90071-3144

Re:     Mattel v. Bryant et al.

Dear Rob:

I write further to our conference of counsel of yesterday, January 16, 2008.

First, I will send you a revised stipulation regarding the production of redacted documents for your consideration, as we discussed. We expect that Bryant and other defendants will be parties to this stipulation. I note that, even within the past few days, we continue to receive redacted documents from Carter Bryant, for example.

With respect to MGA's Third Set of Requests for Admission, you stated that you had identified approximately 100 requests that can be withdrawn. You said that you would e-mail the relevant request numbers for our review. We will respond with Mattel's final position once we receive this information.

As to MGA's Second Sets of Interrogatories, I have explained Mattel's view that Bryant's and MGA's First Sets of Interrogatories consist of at least 43 separate interrogatories, and that Defendants therefore have 7 interrogatories remaining. You agreed to identify the 7 interrogatories in the Second Sets which Defendants want Mattel to answer. Mattel will then begin the process of providing supplemental responses to those 7 interrogatories. As to the

**EXHIBIT 1 PAGE 4**

quinn emanuel urquhart oliver & hedges, llp

NEW YORK | 335 Madison Avenue, 17th Floor, New York, New York 10017 | TEL 212-702-8100 FAX 212-702-8200
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94104 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100
PALM SPRINGS | 45-025 Manitou Drive, Suite 10, Indian Wells, California 92210 | TEL 760-345-4757 FAX 760-345-4747

07209/2356533.1

remaining interrogatories which have been served, either Mattel will move for a protective order on the grounds that Defendants have exceeded the 50 interrogatory limit set by the Court, or Defendants will seek leave to serve additional interrogatories.

Finally, we discussed MGA's requests for admission regarding whether Mattel seeks lost profits as damages in connection with the Mattel v. Bryant complaint. You agreed that following your conversation with my partner, Tim Alger, MGA's request for a meet and confer on this issue is moot.

I look forward to hearing from you soon.

Very truly yours,

*B. Dylan Proctor /sw*

B. Dylan Proctor

**EXHIBIT 1 PAGE 5**

# EXHIBIT 2

**From:** Herrington, Robert J [mailto:Robert.Herrington@skadden.com]
**Sent:** Thursday, January 17, 2008 6:44 PM
**To:** Dylan Proctor
**Cc:** Matthew Werdegar
**Subject:** MGA/Mattel - Interrogatories

Dylan:

As discussed yesterday, we do not agree with Mattel's position regarding the counting of MGA and Carter Bryant's interrogatories. Notwithstanding the parties' dispute on this issue, we agreed to the following resolution. MGA and Bryant will identify seven of the currently pending interrogatories, which Mattel will answer, and we will either seek leave of court regarding the other interrogatories, or the parties will submit the dispute to the Discovery Master.

Pursuant to this agreement, MGA and Bryant identify the following seven interrogatories, which Mattel will answer: (1) Bryant's one pending interrogatory; (2) MGA's interrogatory 12; (3) MGA's interrogatory 18; (4) MGA's interrogatory 19; (5) MGA's interrogatory 29; (6) MGA's interrogatory 30; and (7) MGA's interrogatory 31.

Please call me to discuss the timing of these responses and the most appropriate method to resolve the remaining dispute regarding the counting of interrogatories.



EXHIBIT 2  PAGE 6

1/18/2008

Thanks Dylan,
--rob

THIS E-MAIL MESSAGE IS CONFIDENTIAL AND INTENDED FOR THE PERSON(S) NAMED ABOVE ONLY. ALL OTHER USE, COPYING, OR DISTRIBUTION IS STRICTLY PROHIBITED.

**Robert J. Herrington**
**Skadden, Arps, Slate, Meagher & Flom LLP**
300 South Grand Ave. | Suite 3400 | Los Angeles, CA | 90071
☎ Direct: (213) 687-5368 | 📠 Fax: (213) 621-5368 | ✉ Email: rherring@skadden.com

**Joanne Otero, Assistant to Robert Herrington**
☎ Direct: (213) 687-5252 | ✉ Email: jootero@skadden.com

---------------------------------------------------------------
************************************************************* To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein. ****************************************************
************************************************************* This email and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original copy and any copy of any email, and any printout thereof. Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request. *********************************************************
===============================================================

EXHIBIT 2  PAGE 7

1/18/2008