1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   John B. Quinn (Bar No. 090378)
2    (johnquinn@quinnemanuel.com)
   Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
   Jon D. Corey (Bar No. 185066)
4    (joncorey@quinnemanuel.com)
  865 South Figueroa Street, 10th Floor
5  Los Angeles, California  90017-2543
  Telephone:  (213) 443-3000
6  Facsimile:   (213) 443-3100

7  Attorneys for Mattel, Inc.

8  UNITED STATES DISTRICT COURT

9  CENTRAL DISTRICT OF CALIFORNIA

10 EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>ORDER REGARDING MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL ITS MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY MGA IN RESPONSE TO MATTEL'S FIFTH SET OF REQUESTS FOR DOCUMENTS AND THINGS TO MGA AND EXHIBIT 4 TO THE DECLARATION OF TAMARA JIH FILED IN SUPPORT THEREOF<br><br>See Docket No. 1771<br><br>**Phase 1**<br>Discovery Cut-Off:  January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date:           May 27, 2008 |

07209/2364556.1

[PROPOSED] ORDER

## ORDER

Based on the concurrently filed Application to File Under Seal Mattel, Inc.'s Motion to Compel Production of Documents by MGA in Response to Mattel's Fifth Set of Requests for Documents and Things to MGA and Exhibit 4 to the Declaration of Tamara Jih Filed in support thereof, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Mattel, Inc.'s Motion to Compel Production of Documents by MGA in Response to Mattel's Fifth Set of Requests for Documents and Things to MGA; and Exhibit 4 to the Declaration of Tamara Jih in support thereof are ORDERED filed under seal pursuant to Local Rule 79-5.1

DATED: January 31, 2008

_____
Hon. Stephen G. Larson
United States District Judge