1   QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
      John B. Quinn (Bar No. 090378)
2      (johnquinn@quinnemanuel.com)
      Michael T. Zeller (Bar No. 196417)
3      (michaelzeller@quinnemanuel.com)
      Jon D. Corey (Bar No. 185066)
4      (joncorey@quinnemanuel.com)
    865 South Figueroa Street, 10th Floor
5   Los Angeles, California  90017-2543
    Telephone:   (213) 443-3000
6   Facsimile:    (213) 443-3100

7   Attorneys for Mattel, Inc.

8                        UNITED STATES DISTRICT COURT

9                       CENTRAL DISTRICT OF CALIFORNIA

10                            EASTERN DIVISION

11   CARTER BRYANT, an individual,          CASE NO. CV 04-9049 SGL (RNBx)
                                             Consolidated with
12                    Plaintiff,             Case Nos. CV 04-09059 & CV 05-2727

13          vs.                              **DISCOVERY MATTER**

14   MATTEL, INC., a Delaware               **[To Be Heard By Discovery Master
     corporation,                            Hon. Edward Infante (Ret.) Pursuant To
15                                            The Court's Order Of December 6, 2006]**
                     Defendant.
16                                           ORDER RE MATTEL, INC.'S
     _____        APPLICATION TO FILE UNDER SEAL
17                                            CERTAIN EXHIBITS TO THE
     AND CONSOLIDATED ACTIONS                DECLARATION OF B. DYLAN
18                                            PROCTOR IN SUPPORT OF MATTEL,
                                             INC.'S MOTION TO COMPEL
19                                            PRODUCTION OF DOCUMENTS
                                             IMPROPERLY WITHHELD AS
20                                            PRIVILEGED BY MGA, ISAAC LARIAN
                                             AND THIRD PARTY DAVID
21                                            ROSENBAUM

22                                           See Docket No. 1777

23                                           Date:    TBD
                                             Time:    TBD
24                                           Place:   TBD

25                                           **Phase 1**
                                             Discovery Cut-Off:    January 28, 2008
26                                           Pre-Trial Conference: May 5, 2008
                                             Trial Date:           May 27, 2008

27

28

07209/2365443.1

                                                              [PROPOSED] ORDER

## ORDER

Based on the concurrently filed Application to File Under Seal Certain Exhibits to the Declaration of B. Dylan Proctor in support of Mattel's Motion to Compel Production of Documents Improperly Withheld as Privileged by MGA, Isaac Larian and David Rosenbaum, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Exhibits 3, 4, and 12 of the Declaration of B. Dylan Proctor in support of Mattel's Motion to Compel Production of Documents Improperly Withheld as Privileged by MGA, Isaac Larian and David Rosenbaum are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED:  January 31, 2008

_____
Hon. Stephen G. Larson
United States District Judge

07209/2365443.1

-2-

[PROPOSED] ORDER