QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>  Plaintiff,<br><br>  vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>  Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>ORDER RE<br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 23-27 AND 29 TO THE DECLARATION OF JENNIFER E. LEWIS IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL PRODUCTION OF FEE AGREEMENTS AND PRIVILEGE LOGS FROM LEAHY, CLOONAN, HALPERN AND MARLOW, AND FOR SANCTIONS<br><br>See Docket No. 1773<br><br>Date:  TBA<br>Time:  TBA<br>Place:  TBA<br><br>**Phase 1**<br>Discovery Cut-Off:   January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date:              May 27, 2008 |

07209/2366513.1

[PROPOSED] ORDER

<u>ORDER</u>

Based on the concurrently filed Application to File Under Seal Exhibits 23-27 and 29 to the Declaration of Jennifer E. Lewis in support of Mattel Inc.'s Motion to Compel Production of Fee Agreements and Privilege Logs from Leahy, Cloonan, Halpern and Marlow, and for Sanctions, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Exhibits 23-27 and 29 to the Declaration of Jennifer E. Lewis in support of Mattel Inc.'s Motion to Compel Production of Fee Agreements and Privilege Logs from Leahy, Cloonan, Halpern and Marlow, and for Sanctions are ORDERED filed under seal pursuant to <u>Local Rule</u> 79-5.1.

DATED:  January 31, 2008

_____
Hon. Stephen G. Larson
United States District Judge