QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>            Plaintiff,<br><br>     vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>            Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Hon. Edward Infante (Ret.) Pursuant To The Court's Order Of December 6, 2006]**<br><br>ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 5 AND 6 TO THE DECLARATION OF CYRUS S. NAIM IN SUPPORT OF SUPPLEMENT TO MATTEL, INC.'S *EX PARTE* APPLICATION TO COMPEL THE APPEARANCE FOR DEPOSITION OF ANA CABRERA, BEATRIZ MORALES, AND MARIA SALAZAR, REGARDING THE DEPOSITION OF MEL WOODS<br><br>See Docket No. 1792<br><br>Date:   February 4, 2008<br>Time:  10:00 a.m.<br>Place:  Courtroom 1<br><br>**Phase 1**<br>Discovery Cut-Off:   January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date:           May 27, 2008 |

07209/2369708.1

[PROPOSED] ORDER

## ORDER

Based on the concurrently filed Application to File Under Seal Exhibits 5 And 6 To The Declaration Of Cyrus S. Naim In Support Of Supplement To Mattel, Inc.'s Ex Parte Application To Compel The Appearance For Deposition Of Ana Cabrera, Beatriz Morales, And Maria Salazar, Regarding The Deposition Of Mel Woods,

IT IS HEREBY ORDERED:

Exhibits 5 And 6 To The Declaration Of Cyrus S. Naim In Support Of Supplement To Mattel, Inc.'s Ex Parte Application To Compel The Appearance For Deposition Of Ana Cabrera, Beatriz Morales, And Maria Salazar, Regarding The Deposition Of Mel Woods are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: January 31, 2008

_____
Hon. Stephen G. Larson
United States District Judge

07209/2369708.1

-2-

[PROPOSED] ORDER