QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>**ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBIT A TO THE DECLARATION OF MICHAEL L. FAZIO IN SUPPORT OF MATTEL, INC.'S MOTION FOR ISSUANCE OF LETTER OF REQUEST AND REQUEST FOR JUDICIAL ASSISTANCE (LETTER OF REQUEST)**<br><br>**See No. 1737**<br><br>Hearing Date:   March 3, 2008<br>Time:                10:00 a.m.<br>Courtroom:       1<br><br>**Phase 1**<br>Discovery Cut-off:     January 28, 2008<br>Pre-trial Conference:   May 5, 2008<br>Trial Date                    May 27, 2008 |

07209/2366513.1

[PROPOSED] ORDER

<u>ORDER</u>

Based on the concurrently filed Application to File Under Seal Exhibit A to the Declaration of Michael L. Fazio in support of Mattel's Motion for Issuance of Letter of Request and Request for Judicial Assistance (Letter of Request).

IT IS HEREBY ORDERED:

Exhibit A to the Declaration of Michael L. Fazio in support of Mattel's Motion for Issuance of Letter of Request and Request for Judicial Assistance (Letter of Request), is ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: January 31, 2008

_____
Hon. Stephen G. Larson
United States District Judge