THOMAS J. NOLAN (Bar No. 66992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600
E-mail: tnolan@skadden.com

KENNETH A. PLEVAN (Admitted *Pro Hac Vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Times Square
New York, NY 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
Email: kplevan@skadden.com

Attorneys for Counter-Defendants,
MGA ENTERTAINMENT, INC.,
ISAAC LARIAN, MGA ENTERTAINMENT (HK) LIMITED,
and MGAE de MEXICO S.R.L. de C.V.

# UNITED STATED DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>**APPLICATION TO FILE UNDER SEAL MGA DEFENDANTS' OPPOSITION TO MATTEL, INC.'S MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER'S DECEMBER 31, 2007 ORDER REGARDING HARD DRIVES**<br><br>[[Proposed] Order filed concurrently herewith]<br><br>Honorable Stephen G. Larson<br><br>Date: February 25, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 1 |

APPLICATION TO FILE UNDER SEAL     CASE NO. CV 04-9049 SGL (RNBx)

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Counter-Defendants MGA Entertainment, Inc. ("MGA"), Isaac Larian ("Mr. Larian"), MGA Entertainment (HK) Limited ("MGA HK"), and MGAE de Mexico S.R.L. de C.V. ("MGA Mexico") (collectively, the "MGA Defendants") hereby respectfully request that the Court order the following documents be filed under seal: MGA Defendants' Opposition To Mattel, Inc.'s Motion Objecting To Portions Of Discovery Master's December 31, 2007 Order Regarding Hard Drives and the associated Declaration of Philip W. Marsh and related exhibits. Good cause exists for filing these documents under seal, as they refer to certain documents that have been designated as "Confidential" or "Confidential—Attorneys' Eyes Only" pursuant to the Protective Order. In the alternative, MGA Defendants request that the Court declare the exhibits to be outside the definitions of "Confidential" and "Confidential—Attorneys' Eyes Only" as contained in the Stipulated Protective Order and order them to be filed as part of the public record.

DATED: January 31, 2008

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By: _____
Thomas J. Nolan

Attorneys for Counter-Defendants,
MGA ENTERTAINMENT, INC.,
ISAAC LARIAN, MGA
ENTERTAINMENT (HK) LIMITED,
and MGAE de MEXICO S.R.L. de C.V.

-1-

APPLICATION TO FILE UNDER SEAL                    CASE NO. CV 04-9049 SGL (RNBx)

203666-San Francisco Server 1A - MSW