THOMAS J. NOLAN (Bar No. 66992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600
E-mail: tnolan@skadden.com

KENNETH A. PLEVAN (Admitted *Pro Hac Vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Times Square
New York, NY 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
Email: kplevan@skadden.com

Attorneys for Counter-Defendants,
MGA ENTERTAINMENT, INC.,
ISAAC LARIAN, MGA ENTERTAINMENT (HK) LIMITED,
and MGAE de MEXICO S.R.L. de C.V.

**UNITED STATED DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04–9059 and Case No. 05–2727<br><br>**ORDER GRANTING MGA DEFENDANTS' APPLICATION TO FILE UNDER SEAL ITS OPPOSITION TO MATTEL, INC.'S MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER'S DECEMBER 31, 2007 ORDER REGARDING HARD DRIVES**<br><br>**See Docket No. 1793, and Application filed 1-31-08**<br><br>Honorable Stephen G. Larson<br><br>Date: February 25, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 1 |

[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL CASE NO. CV 04-9049 SGL (RNBx)

## ORDER

Based on MGA Defendants' Application To File Under Seal Its Opposition To Mattel, Inc.'s Motion Objecting To Portions Of Discovery Master's December 31, 2007 Order Regarding Hard Drives, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the following documents be filed under seal pursuant to Local Rule 79-5.1:  MGA Defendants' Opposition To Mattel, Inc.'s Motion Objecting To Portions Of Discovery Master's December 31, 2007 Order Regarding Hard Drives and the associated Declaration of Philip W. Marsh and related exhibits.

DATED:  January 31, 2008

*[signature: S G Larson]*

_____
Hon. Stephen G. Larson
United States District Court Judge