QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

CARTER BRYANT, an individual,

Plaintiff,

vs.

MATTEL, INC., a Delaware corporation,

Defendant.

AND CONSOLIDATED ACTIONS

CASE NO. CV 04-9049 SGL (RNBx)
Consolidated with
Case Nos. CV 04-09059 & CV 05-2727

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL DEPOSITION OF MGA ENTERTAINMENT (HK) LIMITED AND FOR SANCTIONS AND EXHIBITS 17, 18, 20-22, 26, 27, 34-42, 44 AND 45 TO THE DECLARATION OF BRIDGET A. HAULER IN SUPPORT OF MATTEL, INC.'S MOTION

[[Proposed] Order filed concurrently]

Date: TBA
Time: TBA
Place: Telephonic

**Phase 1**
Discovery Cut-Off: January 28, 2008
Pre-Trial Conference: May 5, 2008
Trial Date: May 27, 2008

07209/2371497.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1    Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2 entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3 requests that the Court order filed under seal Mattel, Inc.'s Notice of Motion and
4 Motion to Compel Deposition of MGA Entertainment (HK) Limited and For
5 Sanctions (the "Motion") and Exhibits 17, 18, 20-22, 26, 27, 34-42, 44 and 45 to the
6 Declaration of Bridget A. Hauler in support of Mattel, Inc.'s Motion (the
7 "Declaration").

8    The Motion quotes and the Declaration attaches materials that MGA,
9 MGA Hong Kong, Carter Bryant, and/or third party Anna Rhee have designated as
10 "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order. MGA Hong
11 Kong and Anna Rhee have designated material quoted in the Motion as
12 "Confidential--Attorneys' Eyes Only." MGA has designated Exhibits 22, 27, 34-38,
13 and 40-42 to the Declaration as "Confidential--Attorneys' Eyes Only." MGA Hong
14 Kong has designated Exhibits 17, 18, 20, 21, 26 and 39 to the Declaration as
15 "Confidential--Attorneys' Eyes Only." Carter Bryant has designated Exhibit 45 to
16 the Declaration as "Confidential--Attorneys' Eyes Only." Anna Rhee has designated
17 Exhibit 44 to the Declaration as "Confidential--Attorneys' Eyes Only."
18 Accordingly, Mattel requests that the Court order that the Motion and Declaration
19 be filed under seal.

1       In the alternative, Mattel requests that the Court declare that these
2 materials are outside the definition of "Confidential--Attorneys' Eyes Only" as
3 contained in the Stipulated Protective Order and order them to be filed as part of the
4 public record.

6 DATED: January 29, 2008     QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By *Timothy L. Alger* /s/
Timothy L. Alger
Attorneys for Mattel, Inc.

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On January 30, 2008 I served true copies of the following document(s) described as **MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL DEPOSITION OF MGA ENTERTAINMENT (HK) LIMITED AND FOR SANCTIONS AND EXHIBITS 14, 18, 20-22, 26, 27, 34-42, 44 AND 45 TO THE DECLARATION OF BRIDGET A. HAULER IN SUPPORT OF MATTEL, INC.'S MOTION** on the parties in this action as follows:

Thomas J. Nolan
**Skadden, Arps, Slate, Meageher & Flom LLP**
300 South Grand Ave., Ste. 3400
Los Angeles, CA 90071

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 30, 2008, at Los Angeles, California.

_____
NOW LEGAL -- Dave Quintana

07209/2217862.1

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On January 30, 2008, I served true copies of the following document(s) described as **MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL DEPOSITION OF MGA ENTERTAINMENT (HK) LIMITED AND FOR SANCTIONS AND EXHIBITS 14, 18, 20-22, 26, 27, 34-42, 44 AND 45 TO THE DECLARATION OF BRIDGET A. HAULER IN SUPPORT OF MATTEL, INC.'S MOTION** on the parties in this action as follows:

| | |
|---|---|
| John W. Keker, Esq.<br>Michael H. Page, Esq.<br>Christina M. Anderson, Esq.<br>**Keker & Van Nest, LLP**<br>710 Sansome Street<br>San Francisco, CA 94111 | Mark E. Overland<br>David C. Scheper<br>Alexander H. Cote<br>**Overland Borenstein Scheper & Kim LLP**<br>300 South Grand Avenue, Suite 2750<br>Los Angeles, CA 90071 |

**BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

**BY FEDEX:** I deposited such document(s) in a box or other facility regularly maintained by FedEx, or delivered such document(s) to a courier or driver authorized by FedEx to receive documents, in sealed envelope(s) or package(s) designated by FedEx with delivery fees paid or provided for, addressed to the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 30, 2008, at Los Angeles, California.

_Andrea Hoeven_
Andrea Hoeven

07209/2217871.1