**QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP**
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Hon. Edward Infante (Ret.) Pursuant To The Court's Order Of December 6, 2006]**<br><br>ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL DEPOSITION OF MGA ENTERTAINMENT (HK) LIMITED AND FOR SANCTIONS AND EXHIBITS 17, 18, 20-22, 26, 27, 34-42, 44 AND 45 TO THE DECLARATION OF BRIDGET A. HAULER IN SUPPORT OF MATTEL, INC.'S MOTION<br><br>**Phase 1**<br>Discovery Cut-Off:    January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date:                   May 27, 2008 |

07209/2371544.1

[PROPOSED] ORDER

## ORDER

Based on the concurrently filed Application to File Under Seal Mattel, Inc.'s Notice of Motion and Motion to Compel Deposition of MGA Entertainment (HK) Limited and For Sanctions and Exhibits 17, 18, 20-22, 26, 27, 34-42, 44 and 45 to the Declaration of Bridget A. Hauler in support of Mattel, Inc.'s Motion,

IT IS HEREBY ORDERED:

Mattel, Inc.'s Notice of Motion and Motion to Compel Deposition of MGA Entertainment (HK) Limited and For Sanctions and Exhibits 17, 18, 20-22, 26, 27, 34-42, 44 and 45 to the Declaration of Bridget A. Hauler in support of Mattel, Inc.'s Motion are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: January 30, 2008

Hon. Stephen G. Larson
United States District Judge

07209/2371544.1

-2-

[PROPOSED] ORDER