QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
|---|---|
| Plaintiff, | Consolidated with Case Nos. CV 04-09059 & CV 05-2727 |
| vs. | **DISCOVERY MATTER** |
| MATTEL, INC., a Delaware corporation, | **[To Be Heard By Discovery Master Hon. Edward Infante (Ret.) Pursuant To The Court's Order of December 6, 2006]** |
| Defendant. | MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 4 AND 6 TO THE DECLARATION OF TAMAR BUCHAKJIAN IN SUPPORT OF MOTION TO COMPEL A COMPLETE RESPONSE TO MATTEL'S SUPPLEMENTAL INTERROGATORY RE TEST PROJECTS |
| AND CONSOLIDATED ACTIONS | |

[[Proposed] Order filed concurrently]

Date:  TBA
Time:  TBA
Place: TBA

**Phase 1**
Discovery Cut-Off:    January 28, 2008
Pre-Trial Conference: May 5, 2008
Trial Date:           May 27, 2008

07209/2371558.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1  Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order
2  entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3  requests that the Court order filed under seal Exhibits 4 and 6 to the Declaration of
4  Tamar Buchakjian in support of Mattel's Motion to Compel A Complete Response
5  to Mattel's Supplemental Interrogatory Re Test Projects ("Exhibits").
6  The Exhibits include materials that Mattel, MGA and/or Bryant have
7  designated as "Confidential" or "Confidential--Attorneys' Eyes Only" pursuant to
8  the Protective Order.  Accordingly, Mattel requests that the Court order that the
9  Exhibits be filed under seal.

12  DATED: January 29, 2008          QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

                                    By /s/ B. Dylan Proctor
                                       B. Dylan Proctor
                                       Attorneys for Mattel, Inc.

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On January 30, 2008 I served true copies of the following document(s) described as **MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 4 AND 6 TO THE DECLARATION OF TAMAR BUCHAKJIAN IN SUPPORT OF MOTION TO COMPEL A COMPLETE RESPONSE TO MATTEL'S SUPPLEMENTAL INTERROGATORY RE TEST PROJECTS** on the parties in this action as follows:

Thomas J. Nolan
**Skadden, Arps, Slate, Meageher & Flom LLP**
300 South Grand Ave., Ste. 3400
Los Angeles, CA 90071

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 30, 2008, at Los Angeles, California.

_____
NOW LEGAL -- Dave Quintana

07209/2217862.1

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On January 30, 2008, I served true copies of the following document(s) described as **MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 4 AND 6 TO THE DECLARATION OF TAMAR BUCHAKJIAN IN SUPPORT OF MOTION TO COMPEL A COMPLETE RESPONSE TO MATTEL'S SUPPLEMENTAL INTERROGATORY RE TEST PROJECTS** on the parties in this action as follows:

John W. Keker, Esq.
Michael H. Page, Esq.
Christina M. Anderson, Esq.
**Keker & Van Nest, LLP**
710 Sansome Street
San Francisco, CA 94111

Mark E. Overland
David C. Scheper
Alexander H. Cote
**Overland Borenstein Scheper & Kim LLP**
300 South Grand Avenue, Suite 2750
Los Angeles, CA 90071

**BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

**BY FEDEX:** I deposited such document(s) in a box or other facility regularly maintained by FedEx, or delivered such document(s) to a courier or driver authorized by FedEx to receive documents, in sealed envelope(s) or package(s) designated by FedEx with delivery fees paid or provided for, addressed to the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 30, 2008, at Los Angeles, California.

Andrea Hoeven

07209/2217871.1