QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>             Plaintiff,<br><br>     vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>             Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Hon. Edward Infante (Ret.) Pursuant To The Court's Order of December 6, 2006]**<br><br>ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 4 AND 6 TO THE DECLARATION OF TAMAR BUCHAKJIAN IN SUPPORT OF MOTION TO COMPEL A COMPLETE RESPONSE TO MATTEL'S SUPPLEMENTAL INTERROGATORY RE TEST PROJECTS<br><br>Date:   TBA<br>Time:   TBA<br>Place:  TBA<br><br>**Phase 1**<br>Discovery Cut-Off:    January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date:           May 27, 2008 |

07209/2371563.1

[PROPOSED] ORDER

## ORDER

Based on the concurrently filed Application to File Under Seal Exhibits 4 and 6 to the Declaration of Tamar Buchakjian in support of Mattel's Motion to Compel A Complete Response to Mattel's Supplemental Interrogatory Re Test Projects, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Exhibits 4 and 6 to the Declaration of Tamar Buchakjian in support of Mattel's Motion to Compel A Complete Response to Mattel's Supplemental Interrogatory Re Test Projects are ORDERED filed under seal pursuant to <u>Local Rule</u> 79-5.1.

DATED: January 30, 2008

_____
Hon. Stephen G. Larson
United States District Judge