QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
 John B. Quinn (Bar No. 090378)
 (johnquinn@quinnemanuel.com)
 Michael T. Zeller (Bar No. 196417)
 (michaelzeller@quinnemanuel.com)
 Jon D. Corey (Bar No. 185066)
 (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Hon. Edward Infante (Ret.) Pursuant To The Court's Order of December 6, 2006]**<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL PORTIONS OF MOTION TO COMPEL FURTHER DEPOSITION OF MARGARET HATCH-LEAHY; AND TO OVERRULE INSTRUCTIONS NOT TO ANSWER; AND FOR SANCTIONS; AND EXHIBITS 1-5, 7, 12-15, 26, 28, 40, 43, 44, 46, 48 AND 50 TO THE DECLARATION OF TAMAR BUCHAKJIAN IN SUPPORT THEREOF<br><br>[[Proposed] Order filed concurrently]<br><br>Date: TBA<br>Time: TBA<br>Place: TBA<br><br>**Phase 1**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2371524.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1  Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order
2  entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3  requests that the Court order filed under seal portions of Mattel's Motion to Compel
4  Further Deposition of Margaret Hatch-Leahy, and to Overrule Instructions Not to
5  Answer and for Sanctions ("Motion"), and Exhibits 1-5, 7, 12-15, 26, 28, 40, 43, 44,
6  46, 48 and 50 to the Declaration of Tamar Buchakjian in support of Mattel's Motion
7  to Compel Further Deposition of Margaret Hatch-Leahy, and to Overrule
8  Instructions Not to Answer and for Sanctions ("Exhibits").
9  The Motion at 17:12-23, 18:3-10, 18:13-19:11, 19:14-20:15, 20:18-
10 21:16, 21:19-22:4, 22:7-20, 22:23-23:3, 23:6-20, 23:23-24:9, 24:12-20, 24:23-25:6,
11 25:9-27:2, 27:5-15, 27:18-28:8, 28:11-28:24, 29:2-9, 29:12-30:3, 30:6-17, 30:20-
12 31:12, 31:15-32:10, 32:13-18, 32:21-33:7, 33:10-22, 33:25-35:22, 35:25-37:4, 37:7-
13 38:9, 40:17-40:28, 41:3-24, and 42:1-11; and the Exhibits include materials that
14 Mattel, MGA and/or Bryant have designated as "Confidential" or "Confidential--
15 Attorneys' Eyes Only" pursuant to the Protective Order. Accordingly, Mattel
16 requests that the Court order that the relevant portions of the Motion and the
17 Exhibits be filed under seal.

DATED: January 29, 2008        QUINN EMANUEL URQUHART OLIVER &
                               HEDGES, LLP


                               By /s/ B. Dylan Proctor
                                  B. Dylan Proctor
                                  Attorneys for Mattel, Inc.

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On January 30, 2008 I served true copies of the following document(s) described as **APPLICATION TO FILE UNDER SEAL PORTIONS OF MOTION TO COMPEL FURTHER DEPOSITION OF MARGARET HATCH-LEAHY, AND TO OVERRULE INSTRUCTIONS NOT TO ANSWER; AND FOR SANCTIONS; AND EXHIBITS 1-5, 7, 12-15, 26, 28, 40, 43, 44, 46, 48 AND 50 TO THE DECLARATION OF TAMAR BUCHAKJIAN IN SUPPORT THEREOF** on the parties in this action as follows:

Thomas J. Nolan
**Skadden, Arps, Slate, Meageher & Flom LLP**
300 South Grand Ave., Ste. 3400
Los Angeles, CA 90071

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 30, 2008, at Los Angeles, California.

_____
NOW LEGAL -- Dave Quintana

07209/2217862.1

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On January 30, 2008, I served true copies of the following document(s) described as **APPLICATION TO FILE UNDER SEAL PORTIONS OF MOTION TO COMPEL FURTHER DEPOSITION OF MARGARET HATCH-LEAHY, AND TO OVERRULE INSTRUCTIONS NOT TO ANSWER; AND FOR SANCTIONS; AND EXHIBITS 1-5, 7, 12-15, 26, 28, 40, 43, 44, 46, 48 AND 50 TO THE DECLARATION OF TAMAR BUCHAKJIAN IN SUPPORT THEREOF** on the parties in this action as follows:

John W. Keker, Esq.
Michael H. Page, Esq.
Christina M. Anderson, Esq.
**Keker & Van Nest, LLP**
710 Sansome Street
San Francisco, CA 94111

Mark E. Overland
David C. Scheper
Alexander H. Cote
**Overland Borenstein Scheper & Kim LLP**
300 South Grand Avenue, Suite 2750
Los Angeles, CA 90071

**BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

**BY FEDEX:** I deposited such document(s) in a box or other facility regularly maintained by FedEx, or delivered such document(s) to a courier or driver authorized by FedEx to receive documents, in sealed envelope(s) or package(s) designated by FedEx with delivery fees paid or provided for, addressed to the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 30, 2008, at Los Angeles, California.

Andrea Hoeven

07209/2217871.1