QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Hon. Edward Infante (Ret.) Pursuant To The Court's Order of December 6, 2006]**<br><br>ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL PORTIONS OF MOTION TO COMPEL FURTHER DEPOSITION OF MARGARET HATCH-LEAHY, AND TO OVERRULE INSTRUCTIONS NOT TO ANSWER; AND FOR SANCTIONS; AND EXHIBITS 1-5, 7, 12-15, 26, 28, 40, 43, 44, 46, 48 AND 50 TO THE DECLARATION OF TAMAR BUCHAKJIAN IN SUPPORT THEREOF<br><br>Date: TBA<br>Time: TBA<br>Place: TBA<br><br>**Phase 1**<br>Discovery Cut-Off:   January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date:                  May 27, 2008 |

07209/2371546.1

[PROPOSED] ORDER

ORDER

Based on the concurrently filed Application to File Under Seal Portions of Mattel's Motion to Compel Further Deposition of Margaret Hatch-Leahy, and to Overrule Instructions Not to Answer and for Sanctions, and Exhibits 1-5, 7, 12-15, 26, 28, 40, 43, 44, 46, 48 and 50 to the Declaration of Tamar Buchakjian in support thereof, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Please note that Discovery Motions are automatically referred to assigned Magistrate Judge.   No reservations are needed to set a motion.  Please contact the Intake Clerk should there be any questions at (951) 328-4470Mattel's Motion to Compel Further Deposition of Margaret Hatch-Leahy, and to Overrule Instructions Not to Answer and for Sanctions at 17:12-23, 18:3-10, 18:13-19:11, 19:14-20:15, 20:18-21:16, 21:19-22:4, 22:7-20, 22:23-23:3, 23:6-20, 23:23-24:9, 24:12-20, 24:23-25:6, 25:9-27:2, 27:5-15, 27:18-28:8, 28:11-28:24, 29:2-9, 29:12-30:3, 30:6-17, 30:20-31:12, 31:15-32:10, 32:13-18, 32:21-33:7, 33:10-22, 33:25-35:22, 35:25-37:4, 37:7-38:9, 40:17-40:28, 41:3-24, and 42:1-11; and Exhibits 1-5, 7, 12-15, 26, 28, 40, 43, 44, 46, 48 and 50 to the Declaration of Tamar Buchakjian in support of Mattel's Motion to Compel Further Deposition of Margaret Hatch-Leahy, and to Overrule Instructions Not to Answer and for Sanctions are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED:     January 30, 2008

*S. G. Larson*

Hon. Stephen G. Larson
United States District Judge