ORIGINAL

1  Larry McFarland (Bar No. 129668)
   Christian Dowell (Bar No. 241973)
2  KEATS, McFARLAND & WILSON LLP
   9720 Wilshire Blvd.
3  Penthouse Suite
   Beverly Hills, CA 90212
4  Telephone: (310) 248-3830
   Facsimile: (310) 860-0363
5  Email: lmcfarland@kmwlaw.com
          cdowell@kmwlaw.com
6
   Attorneys for Ana Elise Cloonan,
7  Margaret Hatch-Leahy, and Veronica Marlow



FILED
CLERK. U.S. DISTRICT COURT

JAN 3 1 2008

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION        BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation;<br><br>Defendant.<br><br>AND RELATED ACTIONS. | Case No.: CV 04 – 09049 SGL (RNBx)<br>Consolidated with Case Nos.<br>CV 04-9059 and CV 05-2727<br>Hon. Stephen G. Larson<br><br>[PROPOSED] ORDER RE ANA ELISE CLOONAN'S, MARGARET HATCH-LEAHY'S, AND VERONICA MARLOW'S APPLICATION TO FILE UNDER SEAL EXHIBITS 7, 8, 9, 19, 20 AND 30 TO THE DECLARATION OF LARRY W. MCFARLAND IN SUPPORT OF OPPOSITION TO MATTEL'S <u>EX PARTE</u> APPLICATION TO (1) COMPEL PRODUCTION OF ELECTRONIC MEDIA FROM THIRD-PARTIES ELISE CLOONAN, MARGARET HATCH-LEAHY, AND VERONICA MARLOW OR (2) IN THE ALTERNATIVE, MODIFY THE SCHEDULING ORDER<br><br>Hearing Date: TBD<br>Time: TBD<br>Place: TBD |

FILED BY FAX

[PROPOSED] ORDER TO FILE UNDER SEAL

## [PROPOSED] ORDER

Based on the concurrently filed Application to File Under Seal Exhibits 7, 8, 9, 19, 20 And 30 to the Declaration of Larry W. McFarland in Opposition to Mattel's <u>Ex Parte</u> Application to (1) Compel Production of Electronic Media from Third-Parties Elise Cloonan, Margaret Hatch-Leahy, and Veronica Marlow or (2) in the Alternative, Modify the Scheduling Order, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:.

Exhibits 7, 8, 9, 19, 20 And 30 to the Declaration of Larry W. McFarland in Opposition to Mattel's <u>Ex Parte</u> Application to (1) Compel Production of Electronic Media from Third-Parties Elise Cloonan, Margaret Hatch-Leahy, and Veronica Marlow or (2) in the Alternative, Modify the Scheduling Order are ORDERED filed under seal pursuant to <u>Local Rule</u> 79-5.1.

Dated: JAN 3 1 2008

_____
Hon. Stephen G. Larson
United Stated District Judge

# DECLARATION OF SERVICE

*CARTER BRYANT v. MATTEL, INC.*
*Case No.: CV 04 – 09049 SGL (RNBx)*
*Consolidated with Case Nos. CV 04-9059 and CV 05-2727*

I, the undersigned say, I am and was at all times herein mentioned a resident of the County of Los Angeles, over the age of eighteen (18) years and not a party to the within action or proceeding. My business address is 9720 Wilshire Boulevard, Penthouse Suite, Beverly Hills, California 90212 and I am employed in the offices of Keats, McFarland & Wilson LLP by a member of the Bar of this Court at whose direction the service mentioned herein below was made.

On January 28, 2008, I served the following document(s):

[PROPOSED] ORDER RE ANA ELISE CLOONAN'S, MARGARET HATCH-LEAHY'S, AND VERONICA MARLOW'S APPLICATION TO FILE UNDER SEAL EXHIBITS 7, 8, 9, 19, 20 AND 30 TO THE DECLARATION OF LARRY W. MCFARLAND IN SUPPORT OF OPPOSITION TO MATTEL'S EX PARTE APPLICATION TO (1) COMPEL PRODUCTION OF ELECTRONIC MEDIA FROM THIRD-PARTIES ELISE CLOONAN, MARGARET HATCH-LEAHY, AND VERONICA MARLOW OR (2) IN THE ALTERNATIVE, MODIFY THE SCHEDULING ORDER

upon counsel and interested parties named below or on an attached service list, by placing a true and correct copy thereof in an envelope addressed as follows:

**See Attached Service List**

[X] **BY MAIL:** I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Beverly Hills, California. I am readily familiar with the practice of Keats McFarland & Wilson LLP for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after deposit for mailing in affidavit.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 28, 2008, at Beverly Hills, California.

Janice L. Trayes

# SERVICE LIST

**CARTER BRYANT v. MATTEL, INC.**
*Case No.: CV 04 – 09049 SGL (RNBx)*
*Consolidated with Case Nos. CV 04-9059 and CV 05-2727*

| Counsel | Tele/Fax/E-Mail | Party |
|---|---|---|
| QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP<br>865 South Figueroa Street, 10th Fl.<br>Los Angeles, CA 90017<br><br>Dylan Proctor, Esq. | Tel: 213.443.3000<br>Fax: 213.443.3100<br><br>Email:dylanproctor@quinnemanuel.com | MATTEL, INC. |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP & AFFILIATES<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90017<br><br>Thomas J. Nolan, Esq. | Tel: 213.687.5250<br>Fax: 213.621.5250<br>Email: tnolan@skadden.com | MGA |
| KEKER & VAN NEST, LLP<br>710 Sansome Street<br>San Francisco, CA 94111<br><br>Michael H. Page, Esq. | Tel: 415.391.5400<br>Fax: 415.397.7188<br>Email: mpage@kvn.com | CARTER BRYANT |