QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff and Cross-Defendant Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**PROOF OF SERVICE**<br><br>Date: TBA<br>Time: TBA<br>Place: TBA<br><br>**Phase 1**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2087015.1

PROOF OF SERVICE

Case No. CV 04-9049 SGL (RNBx)

**PROOF OF SERVICE**

1. I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is NOW Messenger Service, 1301 West Second Street, Suite 206, Los Angeles, California 90026.

On February 1, 2008, I served true copies of the following documents described as:

**SEE DOCUMENT LIST**

on the parties in this action as follows:

| Maria Diaz<br>**Allred, Maroko & Goldberg**<br>6300 Wilshire Blvd. Suite 1500<br>Los Angeles, CA 90048 | Pierce O'Donnell<br>**O'Donnell & Associates, PC**<br>550 South Hope Street, Suite 1000<br>Los Angeles, CA 90071-2627 |
|---|---|

[√]   [PERSONAL] by personally delivering the document listed above to the person(s) at the address(es) set forth above.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made

Executed on February 1, 2008, at Los Angeles, California.

_____
David Quintana

-2-   Case No. CV 04-9049 SGL (RNBx)

PROOF OF SERVICE

**DOCUMENT LIST**

1). REPLY IN SUPPORT OF MATTEL, INC.'S *EX PARTE* APPLICATION TO COMPEL THE APPEARANCE FOR DEPOSITION OF ANA CABRERA, BEATRIZ MORALES, MARIA SALAZAR, AND MEL WOODS

2). [PUBLIC REDACTED] DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF REPLY IN SUPPORT OF MATTEL, INC.'S *EX PARTE* APPLICATION TO COMPEL THE APPEARANCE FOR DEPOSITION OF ANA CABRERA, BEATRIZ MORALES, MARIA SALAZAR, AND MEL WOODS

3). MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBIT 1 TO THE DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF REPLY IN SUPPORT OF MATTEL, INC.'S *EX PARTE* APPLICATION TO COMPEL THE APPEARANCE FOR DEPOSITION OF ANA CABRERA, BEATRIZ MORALES, MARIA SALAZAR, AND MEL WOODS

4). [PROPOSED] ORDER GRANTING MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBIT 1 TO THE DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF REPLY IN SUPPORT OF MATTEL, INC.'S *EX PARTE* APPLICATION TO COMPEL THE APPEARANCE FOR DEPOSITION OF ANA CABRERA, BEATRIZ MORALES, MARIA SALAZAR, AND MEL WOODS

07209/2087015.1 07209/2080150.1

-3-

Case No. CV 04-9049 SGL (RNBx)

PROOF OF SERVICE