UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>　　　　　Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>ORDER RE<br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBIT 11 TO THE DECLARATION OF JON D. COREY IN SUPPORT OF MATTEL, INC.'S MOTION FOR LEAVE TO TAKE ADDITIONAL DISCOVERY ON THE MGA DEFENDANTS' UNCLEAN HANDS AFFIRMATIVE DEFENSE |

07209/2369114.1

[PROPOSED] ORDER

ORDER

Based on the concurrently filed Application to File Under Seal Exhibit 11 to the Declaration of Jon D. Corey in support of Mattel's Motion For Leave To Take Additional Discovery On The MGA Defendants' Unclean Hands Affirmative Defense, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Exhibit 11 to the Declaration of Jon D. Corey in support of Mattel's Motion For Leave To Take Additional Discovery On The MGA Defendants' Unclean Hands Affirmative Defense is ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: January 31, 2008   _____
Hon. Stephen G. Larson
United States District Judge

07209/2369114.1

-2-

[PROPOSED] ORDER