THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, CA 90071-3144
Tel.: (213) 687-5000 / Fax: (213) 687-5600

RAOUL D. KENNEDY (Bar No. 40892)
(rkennedy@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Embarcadero Center, 38th Floor
San Francisco, CA 94111-5974
Tel.: (415) 984-6400 / Fax: (415) 984-2698

Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian

JOHN W. KEKER (Bar No. 49092)
(jkeker@kvn.com)
CHRISTA M. ANDERSON (Bar No. 184325)
(canderson@kvn.com)
KEKER & VAN NEST LLP
710 Sansome St.
San Francisco, CA 94111-1704
Tel.: (415) 391-5400 / Fax: (415) 397-7188

Attorneys for Carter Bryant

UNITED STATED DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>**APPLICATION TO FILE UNDER SEAL MGA'S AND CARTER BRYANT'S OPPOSITION TO MATTEL'S *EX PARTE* APPLICATION TO COMPEL ADDITIONAL DEPOSITIONS AND DECLARATIONS IN SUPPORT THEREOF**<br><br>Honorable Stephen G. Larson<br><br>Hearing Date: February 4, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 1 |

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, the MGA Entertainment, Inc. ("MGA"), Isaac Larian ("Mr. Larian" or "Larian"), MGA Entertainment (HK) Limited ("MGA HK"), and MGAE de Mexico S.R.L. de C.V. ("MGA Mexico") (collectively, the "MGA Defendants") and Carter Bryant hereby respectfully request that the Court order the following documents be filed under seal: MGA's and Bryant's Opposition to Mattel's *Ex Parte* Application to Compel Additional Depositions, and the Declarations of Marcus R. Mumford and Susan Kuemmerle in support thereof. Good cause exists for filing these documents under seal, as certain exhibits attached thereto have been designated as "Confidential" or "Confidential—Attorneys' Eyes Only" pursuant to the Protective Order, and the Opposition references these exhibits. In the alternative, the MGA Defendants and Carter Bryant request that the Court declare the exhibits to the declaration to be outside the definitions of "Confidential" and "Confidential—Attorneys' Eyes Only" as contained in the Protective Order and order them, along with the Opposition and Declarations of Marcus R. Mumford and Susan Kuemmerle in support thereof, to be filed as part of the public record.

DATED: January 30, 2008

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By: *[signature]*
Thomas J. Nolan
Attorneys for MGA Entertainment, Inc.