```
 1  THOMAS J. NOLAN (Bar No. 66992)
    (tnolan@skadden.com)
 2  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
    300 South Grand Avenue
 3  Los Angeles, CA 90071-3144
    Tel.: (213) 687-5000 / Fax: (213) 687-5600
 4
    RAOUL D. KENNEDY (Bar No. 40892)
 5  (rkennedy@skadden.com)
    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
 6  4 Embarcadero Center, 38th Floor
    San Francisco, CA 94111-5974
 7  Tel.: (415) 984-6400 / Fax: (415) 984-2698

 8  Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited,
    MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian
 9
    JOHN W. KEKER (Bar No. 49092)
10  (jkeker@kvn.com)
    CHRISTA M. ANDERSON (Bar No. 184325)
11  (canderson@kvn.com)
    KEKER & VAN NEST LLP
12  710 Sansome St.
    San Francisco, CA 94111-1704
13  Tel.: (415) 391-5400 / Fax: (415) 397-7188

14  Attorneys for Carter Bryant
```

UNITED STATED DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
|---|---|
| Plaintiff, | Consolidated with Case No. 04-9059 and Case No. 05-2727 |
| v. | [~~PROPOSED~~] ORDER TO FILE UNDER SEAL |
| MATTEL, INC., a Delaware corporation, | Honorable Stephen G. Larson |
| Defendant. | Hearing Date: February 4, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 1 |
| AND CONSOLIDATED ACTIONS | |

## ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the following documents be filed under seal pursuant to Local Rule 79-5.1: MGA's and Bryant's Opposition to Mattel's *Ex Parte* Application to Compel Additional Depositions, and the Declarations of Marcus R. Mumford and Susan Kuemmerle in support thereof.

DATED: January 31, 2008

_____
Hon. Stephen G. Larson
United States District Court Judge