ORIGINAL

LODGED

1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     John B. Quinn (Bar No. 090378)
2    (johnquinn@quinnemanuel.com)
     Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
     Jon D. Corey (Bar No. 185066)
4    (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California  90017-2543
   Telephone:   (213) 443-3000
6  Facsimile:   (213) 443-3100

7  Attorneys for Mattel, Inc.

8                    UNITED STATES DISTRICT COURT

9                  CENTRAL DISTRICT OF CALIFORNIA

10                        EASTERN DIVISION

11 CARTER BRYANT, an individual,          CASE NO. CV 04-9049 SGL (RNBx)
                                          Consolidated with
12              Plaintiff,                Case Nos. CV 04-09059 & CV 05-2727

13        vs.                             **DISCOVERY MATTER**

14 MATTEL, INC., a Delaware              **[To Be Heard By Discovery Master**
   corporation,                          **Hon. Edward Infante (Ret.) Pursuant To**
15                                        **The Court's Order Of December 6, 2006]**
                Defendant.
16                                        [PROPOSED] ORDER RE
                                          MATTEL, INC.'S APPLICATION TO FILE
17 AND CONSOLIDATED ACTIONS              UNDER SEAL EXHIBITS 8, 9, 10, 11, 12,
                                          13, 14, 18, 24, 25, 26, 29 TO THE
18                                        DECLARATION OF JAMES J. WEBSTER
                                          IN SUPPORT OF MATTEL, INC.'S
19                                        MOTION TO COMPEL ADDITIONAL
                                          DEPOSITION TESTIMONY AND
20                                        PRODUCTION OF DOCUMENTS BY
                                          ~~VERONICA MARLOW~~
21
                                          **Phase 1**
22                                        Discovery Cut-Off:   January 28, 2008
                                          Pre-Trial Conference: May 5, 2008
23                                        Trial Date:          May 27, 2008

24

25

26

27

28

07209/2369708.1

                                                         [PROPOSED] ORDER

1

2                                [PROPOSED] ORDER

3

4              Based on the concurrently filed Application to File Under Seal Exhibits

5     8, 9, 10, 11, 12, 13, 14, 18, 24, 25, 26, 29 to the Declaration Of James J. Webster In

6     Support Of Mattel, Inc.'s Motion To Compel Additional Deposition Testimony And

7     Production Of Documents By Veronica Marlow,

8              IT IS HEREBY ORDERED:

9              Exhibits 8, 9, 10, 11, 12, 13, 14, 18, 24, 25, 26, 29 to the Declaration

10    Of James J. Webster In Support Of Mattel, Inc.'s Motion To Compel Additional

11    Deposition Testimony And Production Of Documents By Veronica Marlow are

12    ORDERED filed under seal pursuant to Local Rule 79-5.1.

13

14

15    DATED:        JAN 3 1 2008        , 2008

16                                             Hon. Stephen G. Larson
                                               United States District Judge
17

18

19

20

21

22

23

24

25

26

27

28

07209/2369708.1

-2-

[PROPOSED] ORDER

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On January 29, 2008, I served true copies of the following document(s) described as **[PROPOSED] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 8, 9, 10, 11, 12, 13, 14, 18, 24, 25, 26, 29 TO THE DECLARATION OF JAMES J. WEBSTER IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL ADDITIONAL DEPOSITION TESTIMONY AND PRODUCTION OF DOCUMENTS BY VERONICA MARLOW** on the parties in this action as follows:

| | |
|---|---|
| Thomas J. Nolan, Esq.<br>**Skadden, Arps, Slate, Meagher & Flom LLP**<br>300 So. Grand Ave.<br>Suite 3400<br>Los Angeles CA  90071 | Larry McFarland, Esq.<br>**Keats McFarland & Wilson LLP**<br>9720 Wilshire Boulevard, Penthouse Suite<br>Beverly Hills, CA 90212 |

**BY PERSONAL SERVICE:**  I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 29, 2008, at Los Angeles, California.

NOW LEGAL -- Dave Quintana

07209/2169461.1

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On January 29, 2008, I served true copies of the following document(s) described as **[PROPOSED] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 8, 9, 10, 11, 12, 13, 14, 18, 24, 25, 26, 29 TO THE DECLARATION OF JAMES J. WEBSTER IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL ADDITIONAL DEPOSITION TESTIMONY AND PRODUCTION OF DOCUMENTS BY VERONICA MARLOW** on the parties in this action as follows:

| | |
|---|---|
| John W. Keker | Mark E. Overland, Esq. |
| Michael H. Page | David E. Scheper, Esq. |
| Christa M. Anderson | Alexander H. Cote, Esq. |
| **Keker & Van Nest, LLP** | **Overland Borenstein Scheper & Kim, LLP** |
| 710 Sansome Street | |
| San Francisco, CA 94111 | 300 South Grand Avenue |
| ***Attorneys for CARTER BRYANT*** | Suite 2750 |
| | Los Angeles, CA 90071-3144 |
| | ***Attorneys for Carlos Gustavo Machado*** |

**BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 29, 2008, at Los Angeles, California.

Yalonda J. Dekle