| | |
|---|---|
| 1 | THOMAS J. NOLAN (Bar No. 66992) |
| 2 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>300 South Grand Avenue |
| 3 | Los Angeles, California 90071-3144<br>Telephone: (213) 687-5000 |
| 4 | Facsimile: (213) 687-5600<br>E-mail: tnolan@skadden.com |
| 5 | KENNETH A. PLEVAN (Admitted *Pro Hac Vice*) |
| 6 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>4 Times Square |
| 7 | New York, NY 10036<br>Telephone: (212) 735-3000 |
| 8 | Facsimile: (212) 735-2000<br>Email: kplevan@skadden.com |
| 9 | Attorneys for Counter-Defendants, |
| 10 | MGA ENTERTAINMENT, INC.,<br>ISAAC LARIAN, MGA ENTERTAINMENT (HK) LIMITED,<br>and MGAE de MEXICO S.R.L. de C.V. |

## UNITED STATED DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04–9059 and Case No. 05–2727<br><br>**APPLICATION TO FILE UNDER SEAL MGA DEFENDANTS' OPPOSITION TO MATTEL, INC.'S MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER'S DECEMBER 31, 2007 ORDER REGARDING TAX RETURNS**<br><br>[[Proposed] Order filed concurrently herewith]<br><br>Honorable Stephen G. Larson<br><br>Date: February 25, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 1 |

| APPLICATION TO FILE UNDER SEAL | CASE NO. CV 04-9049 SGL (RNBx) |
|---|---|

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by
2  the Court in this action, Counter-Defendants MGA Entertainment, Inc. ("MGA"),
3  Isaac Larian ("Mr. Larian"), MGA Entertainment (HK) Limited ("MGA HK"), and
4  MGAE de Mexico S.R.L. de C.V. ("MGA Mexico") (collectively, the "MGA
5  Defendants") hereby respectfully request that the Court order the following
6  documents be filed under seal: MGA Defendants' Opposition To Mattel, Inc.'s
7  Motion Objecting To Portions Of Discovery Master's December 31, 2007 Order
8  Regarding Tax Returns and the associated Declaration of Philip W. Marsh and
9  related exhibits. Good cause exists for filing these documents under seal, as they
10 refer to certain documents that have been designated as "Confidential" or
11 "Confidential—Attorneys' Eyes Only" pursuant to the Protective Order. In the
12 alternative, MGA Defendants request that the Court declare the exhibits to be outside
13 the definitions of "Confidential" and "Confidential—Attorneys' Eyes Only" as
14 contained in the Stipulated Protective Order and order them to be filed as part of the
15 public record.

17 DATED: January 30, 2008

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By: _____
Thomas J. Nolan

Attorneys for Counter-Defendants,
MGA ENTERTAINMENT, INC.,
ISAAC LARIAN, MGA
ENTERTAINMENT (HK) LIMITED,
and MGAE de MEXICO S.R.L. de C.V.

-1-

APPLICATION TO FILE UNDER SEAL   CASE NO. CV 04-9049 SGL (RNBx)
203654-San Francisco Server 1A - MSW