THOMAS J. NOLAN (Bar No. 066992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600
E-mail: tnolan@skadden.com

RAOUL D. KENNEDY (Bar No. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Embarcadero Center, 38th Floor
San Francisco, CA 94111-5974
Telephone: (415) 984-6400
Facsimile: (415) 984-2698
Email: rkennedy@skadden.com

Attorneys for MGA Entertainment, Inc.,
MGA Entertainment (HK) Limited,
MGAE De Mexico, S.R.L. DE C.V., and
Isaac Larian

# UNITED STATED DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>　　　　Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>**DISCOVERY MATTER**<br><br>CASE NO. CV 04-9049 SGL (RNBx)<br><br>**DISCOVERY MATTER**<br><br>APPLICATION TO FILE UNDER SEAL MGA'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MATTEL'S MOTION FOR RECONSIDERATION OF PORTIONS OF DISCOVERY MASTER'S DECEMBER 31, 2007 ORDER<br><br>[PROPOSED] ORDER |

APPLICATION TO FILE UNDER SEAL　　　　CASE NO. CV 04-9049 SGL (RNBx)
203454.01-San Francisco Server 1A

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, MGA Entertainment, Inc. ("MGA") hereby respectfully requests that the Court order the following documents be filed under seal: MGA's Memorandum Of Points And Authorities In Opposition To Mattel's Motion For Reconsideration Of Portions Of Discovery Master's December 31, 2007 Order and the associated Declaration of Philip W. Marsh and related exhibits. Good cause exists for filing these documents under seal, as they refer to certain documents that have been designated as "Confidential" or "Confidential—Attorneys' Eyes Only" pursuant to the Protective Order. In the alternative, MGA requests that the Court declare the exhibits to be outside the definitions of "Confidential" and "Confidential—Attorneys' Eyes Only" as contained in the Stipulated Protective Order and order them to be filed as part of the public record.

DATED: January 24, 2008

          SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

          By: /S/_____
              Raoul D. Kennedy
              Attorneys for MGA Entertainment, Inc.

## ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the following documents be filed under seal pursuant to Local Rule 79-5.1: MGA's Memorandum Of Points And Authorities In Opposition To Mattel's Motion For Reconsideration Of Portions Of Discovery Master's December 31, 2007 Order and the associated Declaration of Philip W. Marsh and related exhibits.

DATED: January ___, 2008

_____
Hon. Stephen G. Larson
United States District Court Judge