LODGED

2008 FEB -1  AM II: 55

CENTRAL DIST  COURT
RIVERSIDE

1  THOMAS J. NOLAN (Bar No. 66992)
   (tnolan@skadden.com)
2  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue
3  Los Angeles, CA  90071-3144
   Tel.: (213) 687-5000 / Fax: (213) 687-5600
4
   RAOUL D. KENNEDY (Bar No. 40892)
5  (rkennedy@skadden.com)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
6  4 Embarcadero Center, 38th Floor
   San Francisco, CA  94111-5974
7  Tel.: (415) 984-6400 / Fax: (415) 984-2698

8  Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited,
   MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian
9
               UNITED STATED DISTRICT COURT
10
             CENTRAL DISTRICT OF CALIFORNIA
11

12
13  CARTER BRYANT, an individual,            )   CASE NO. CV 04-9049 SGL (RNBx)
                                             )
14                    Plaintiff,             )   Consolidated with Case No. 04-9059
                                             )   and Case No. 05-2727
15          v.                               )
                                             )   [PROPOSED] ORDER TO FILE
16  MATTEL, INC., a Delaware                 )   UNDER SEAL
    corporation,                             )
17                                           )   Honorable Stephen G. Larson
                      Defendant.             )
18                                           )   Hearing Date:  February 4, 2008
    ─────────────────────────────           )   Time:  10:00 a.m.
19  AND CONSOLIDATED ACTIONS                 )   Place:  Courtroom 1
                                             )
20

21

22

23

24

25

26

27

28

## **ORDER**

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the following documents be filed under seal pursuant to Local Rule 79-5.1: MGA's Opposition to Mattel's *Ex Parte* "Supplement" Seeking to Depose Mel Woods and the Declaration of Marcus R. Mumford in support thereof.

DATED: January ___, 2008

FEB - 1 2008

Hon. Stephen G. Larson
United States District Court Judge