QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>   Plaintiff,<br><br>   vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>   Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>Hon. Stephen G. Larson<br><br>[PUBLIC REDACTED] SUPPLEMENTAL DECLARATION OF CHRISTOPHER TAYBACK IN SUPPORT OF MATTEL, INC.'S REPLY BRIEF IN SUPPORT OF ITS *EX PARTE* APPLICATION TO (1) COMPEL PRODUCTION OF ELECTRONIC MEDIA FROM THIRD-PARTIES ELISE CLOONAN, MARGARET HATCH-LEAHY, AND VERONICA MARLOW OR (2) IN THE ALTERNATIVE, MODIFY THE SCHEDULING ORDER<br><br>Hearing Date:   February 4, 2008<br>Time:   10:00 a.m.<br><br>**Phase 1**<br>Discovery Cut-Off:   January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date:   May 27, 2008 |

07975/2374881.2

# DECLARATION OF CHRISTOPHER TAYBACK

I, Christopher Tayback, declare as follows:

1. I am a member of the bar of the State of California, admitted to practice in the Central District of California and elsewhere, and a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). Except where otherwise indicated, I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit A are true and correct copies of excerpts from the deposition of Lisa Tonnu, dated January 24, 2008.

3. Attached hereto as Exhibit B is a true and correct copy of an email produced by MGA in this matter, bearing bates stamp MGA 3765567, showing Larry McFarland as a recipient of an email from MGA, dated July 11, 2007, related to this litigation.

4. Attached hereto as Exhibit C is a true and correct copy of pages from the redacted day planner produced by Ms. Hatch-Leahy.

5. Attached hereto as Exhibit D is a true and correct copy of pages from the second redacted day planner produced by Ms. Hatch-Leahy.  This day planner shows some relevant entries that were redacted from the planner that was previously produced.

6. Attached hereto as Exhibit E are true and correct copies of excerpts of the deposition of Carter Bryant, dated November 4 and 5, 2004 and January 23, 2008.

7. Shortly after I became aware of the discovery of the label "Bratz" on a zip disk in Ms. Cloonan's possession (which was disclosed to Mattel at her deposition on December 14, 2007), I contacted counsel for Ms. Cloonan by telephone to demand a copy of the label on the disk and to discuss the circumstances

regarding it.  Further, I requested at that time that we discuss Mattel's request to examine the full contents of the disk.  He asked that I follow up with a letter, which I did, on December 20, 2007.  Attached hereto as Exhibit F is a letter I wrote to Mr. McFarland addressing these issues.

8.  I subsequently spoke to Mr. McFarland, and he advised me that he was largely un-reachable over the holidays and we would not be able to meaningfully discuss these issues until after January 1, 2008.  He reiterated that position in a letter to me dated December 26, 2007, a copy of which is attached as Exhibit G, and a letter dated January 2, 2008, attached hereto as Exhibit H.

9.  On January 4, 2008, I called Mr. McFarland, left a voicemail, and also sent an email to him seeking a date and time to meet and confer on the various issues raised by this ex parte application.  Attached hereto as Exhibit I is a true and correct copy of my email to him dated January 4, 2008.  He responded on January 7, 2008, and advised that he would be available to meet and confer between 5 and 6 p.m. on January 9, 2008.  I accepted that time.  Attached hereto as Exhibit J is a true and correct copy of Mr. McFarland's response to me dated January 7, 2008.

10.  On January 9, 2008, I telephonically conferred with Mr. McFarland regarding these issues.  I discussed with him various alternatives for ensuring that Mattel received all of the relevant responsive information to which it was entitled.  At that time, he indicated that he understood my proposal, and would discuss it with his clients, consider it, and let me know his decision.

11.  One week later, on January 16, 2008, I understand that Mr. McFarland informed my colleague, Dylan Proctor, that Mr. McFarland was rejecting all of our proposals on the issues addressed herein.  I subsequently sent Mr. McFarland an email acknowledging that I had received his response.  Attached hereto as Exhibit K is a true and correct copy of my email to Mr. McFarland, dated January 17, 2008.

12. Attached hereto as Exhibit L is a true and correct copy of the single page document which counsel for Ms. Cloonan produced as the only responsive document obtained from the zip disk in her possession labeled "Bratz."

13. Attached hereto as Exhibit M are true and correct copies of excerpts from the deposition of Veronica Marlow, dated December 28, 2007.

14. Attached hereto as Exhibit N is a true and correct copy of a print-out from the webpage http://www.kmwlaw.com listing clients of Keats McFarland & Wilson, LLP.

15. I am informed and believe that, although Ms. Marlow admittedly worked with several co-conspirators on Bratz, and even ultimately produced some timesheets reflecting time spent by them working on the project, she produced no computer documents related in any way to the work they admittedly performed.

16. I am informed and believe that even though Ms. Hatch-Leahy testified at deposition that she was in possession of a "digital Bratz head sculpt" at some point, no such computer document was produced from her computer.

17. I am informed and believe that in late November 2007, Ms. Marlow produced, for the first time, documents reflecting the names of the newly discovered co-conspirators (though not explaining their role). Further, on the day of her deposition, her counsel produced an additional 40 pages of documents, including a low quality copy of a *contract* between Marlow and MGA.

18. Attached hereto as Exhibit O are true and correct copies of some documents that Ms. Marlow produced with redactions.

19. Attached hereto as Exhibit P are true and correct copies of excerpts from the deposition of Margaret Hatch-Leahy, dated December 14, 2007.

20. Attached hereto as Exhibit Q is a true and correct copy of the transcript of the interview of Ana Cabrera, dated January 2, 2008.

1       21.    Attached hereto as Exhibit R is a true and correct copy of the transcript of the interview of Beatriz Morales, dated January 14, 2008.

      22.    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 1, 2008 at Los Angeles, California.

_____
Christopher Tayback