**EXHIBIT** A

**THIS EXHIBIT IS FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER**

**EXHIBIT** B

**THIS EXHIBIT IS FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER**

**EXHIBIT** C

**THIS EXHIBIT IS FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

**EXHIBIT** D

**THIS EXHIBIT IS FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

**EXHIBIT** E

**THIS EXHIBIT IS FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER**

**EXHIBIT** F

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

December 20, 2007

<u>VIA FACSIMILE AND U.S. MAIL</u>

Larry McFarland, Esq.
Keats, McFarland & Wilson, LLP
9720 Wilshire Blvd., Penthouse Suite
Beverly Hills, CA 90212

Re:    <u>Mattel v. Bryant</u>

Dear Larry:

I write to follow up on our telephone conversation earlier this week and, as we discussed, to make a proposal regarding Ms. Cloonan's G3 computer hard drive and the zip disk that she testified about at her deposition.

At the outset, Ms. Cloonan testified that she gave the zip disk and hard drive to you in April of 2005 in response to the subpoena that Mattel served on Ms. Cloonan nearly three years ago. Nonetheless, Mattel did not learn until last Friday -- barely one month before the close of discovery in this case -- that Ms. Cloonan had found in early 2005 a zip disk in her possession bearing the title "Bratz" on it. When you received that disk in April 2005, you had an obligation to produce documents responsive to Mattel's subpoena. A zip disk bearing the title "Bratz" is obviously responsive to Mattel's subpoena. The protocol for electronic data production to which you and Mattel agreed earlier this year in no way negated your pre-existing obligation to produce responsive documents. Nonetheless, Mattel just learned of the existence of this disk and the title on the disk.

Consistent with Mattel's discovery rights -- rights Mattel expressly reserved when it entered into the protocol with you earlier this year -- Mattel is entitled to an image of both the zip disk and Ms. Cloonan's hard drive. In addition, Mattel expects that it will receive a file listing of all of the

**quinn emanuel urquhart oliver & hedges, llp**

07209/2322219.1

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100

EXHIBIT _____ F

PAGE _____ 79

files on both media that will include the file path, file name, file type, date of creation, last modified date, last accessed date and file size. As you agreed in our call, Mattel is entitled to an exemplification of the disk medium and the "Bratz" label on it, which you did not produce to us earlier despite its obvious relevance and even though it squarely fell within our subpoena requests. I understand from your letter of December 18 that you have now instructed the expert to provide photocopies of the front and back of the zip disk to Mattel. I look forward to receiving these.

Ms. Cloonan testified that the zip disk is not hers, which necessarily means that she has no expectation of privacy in its contents and no privileged files should exist on it. Ms. Cloonan testified that the hard drive is a computer that she bought sometime in the 1998/1999 time period and that she stopped using in the late 2002/early 2003 time period. As that period pre-dates this litigation, no privileged documents should exist on that drive. In addition, the contents of that drive are highly probative because Ms. Cloonan's testimony directly contradicts Mr. Bryant's testimony regarding work he alleged Ms. Cloonan performed on Bratz. Mr. Bryant further alleged that he personally worked on Bratz on that computer. Thus, the existence of responsive documents <u>or</u> the absence of responsive documents on Ms. Cloonan's computer will be evidence either corroborating Mr. Bryant's testimony or contradicting it.

You agreed during our call to instruct the independent expert to retain the zip disk and hard drive until further notice. Please confirm that you are standing by that agreement. The integrity of this zip disk and the drive is of paramount importance, so Mattel also expects that you will make no effort to get the zip disk or hard drive back from the expert absent written agreement by us or Court Order. If you do so, we will seek *ex parte* relief barring you from attempting to get either media back. Provided you do so, we agree to address these issues with you, and not directly with the independent expert.

Please let me know if you agree to the above. In the event you do not, please consider this letter to be a request to meet and confer. If we are unable to reach agreement with you on these matters, we anticipate seeking orders from the Court allowing Mattel to take forensic images of the disk and drive and to photograph the physical media, including the "Bratz" label on the disk. Mattel also may seek sanctions, including most notably based upon your failure to produce any depiction of the plainly relevant "Bratz" label.

Very truly yours,

Christopher Tayback

Christopher Tayback

EXHIBIT ___F___

PAGE ___80___

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

**NEW YORK**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

**LOS ANGELES**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

**SAN FRANCISCO**
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

**TOKYO**
Akasaka Twin Tower Main Building, 6th Floor
17-22 Akasaka 2-Chome
Minato-ku, Tokyo 107-0052, Japan
+81 3 5561-1711
Facsimile: +81 3 5561-1712

**SILICON VALLEY**
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

## LOS ANGELES OFFICE
## FACSIMILE TRANSMISSION

**DATE:**       December 20, 2007                **NUMBER OF PAGES, INCLUDING COVER: 3**

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Larry McFarland<br>Keats, McFarland & Wilson | 310-248-3830 | 310-860-0363 |

**FROM:**       Christopher Tayback, Esq.

**RE:**         Mattel, Inc. v. Bryant

**MESSAGE:**



FAXED
(12-20-07)

07209/2315439.2

| CLIENT # | 7209 | ROUTE/<br>RETURN TO: | Tiffany Garcia | ☒ CONFIRM FAX<br>☒ INCLUDE CONF. REPORT |
|---|---|---|---|---|
| OPERATOR: | Prudiel Sibatique | | CONFIRMED?   ☐ NO   ☒ YES: _____ |

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

**IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE.**

EXHIBIT _____ F _____

PAGE _____ 81 _____

TRANSMISSION VERIFICATION REPORT

```
TIME  : 12/20/2007 23:42
NAME  : JOHN B QUINN
FAX   : 2134890088
TEL   : 2134433201
SER.# : BROE5J272067
```

```
DATE,TIME            12/20  23:41
FAX NO./NAME         13108600363
DURATION             00:00:53
PAGE(S)              03
RESULT               OK
MODE                 STANDARD
                     ECM
```

EXHIBIT ___F___

PAGE ___82___

**EXHIBIT** G

DEC 26 2007 16:48 FR ᴷEATS MCFARLAND WILSO  3108600363 TO  ᵗ45#10595#00001 P.01/02

# KEATS McFARLAND & WILSON LLP

### ATTORNEYS AT LAW

9720 WILSHIRE BOULEVARD
PENTHOUSE SUITE
BEVERLY HILLS, CALIFORNIA  90212
TELEPHONE (310) 248-3830
FAX (310) 860-0363

## FACSIMILE TRANSMITTAL SHEET

| | | | |
|---|---|---|---|
| **To:** | Dylan Proctor, Esq.<br>Chris Tayback, Esq. | **From:** | Larry W. McFarland, Esq. |
| **Company:** | Quinn Emanuel Urquhart Oliver & Hedges, LLP | **Date:** | 12/26/2007 |
| **Fax No.:** | 213-443-3100 | **Pages:** | 2 |
| **Phone No.:** | 213-443-3000 | **Ref No.:** | 10595.1 |
| **Re:** | Mattel v. Bryant | | |

☐ URGENT  ☐ FOR REVIEW  ☐ PLEASE COMMENT  ☐ PLEASE REPLY  ☐ PLEASE RECYCLE

NOTES/COMMENTS:

Please see attached correspondence.

## PRIVACY NOTICE

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW.

If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at the above address via the U.S. Postal Service. Thank you.

EXHIBIT ___G___

PAGE ___83___

DEC 26 2007 16:48 FR   EATS MCFARLAND WILSO   3108600363 TC   945#10595#00001 P.02/02

# KEATS McFARLAND & WILSON LLP

## ATTORNEYS AT LAW

TEL (310) 248-3830
FAX (310) 860-0363

9720 WILSHIRE BOULEVARD
PENTHOUSE SUITE
BEVERLY HILLS, CALIFORNIA 90212

WRITER'S DIRECT DIAL
(310) 777-3750

WRITER'S EMAIL
lmcfarland@kmwlaw.com

www.kmwlaw.com

December 26, 2007

VIA FACSIMILE and E-MAIL

B. Dylan Proctor, Esq.
Christopher Tayback, Esq.
Quinn Emanuel Urquhart Oliver & Hedges LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017

Re:   Mattel v. Bryant

Dear Dylan and Christopher:

Dylan, I am writing in response to your letters dated December 18, 2007 (which I received at 10:22 p.m.), December 19, 2007, and December 21, 2007, and Christopher, I also write in response to your letter dated December 20, 2007.

As you each know, I was in Texas for my parents' 50th wedding anniversary starting last Wednesday, December 19, 2007. I am now back in the office, and I will respond to all of your letters as soon as I can.

Very truly yours,

Larry W. McFarland
Keats McFarland & Wilson LLP

LWM/jlt

cc:  Thomas J. Nolan
     Michael Page

EXHIBIT ___G___

PAGE ___84___

** TOTAL PAGE.02 **

**EXHIBIT** H

JAN 02 2008 11:07 FR KEATS MCFARLAND WILSON

# KEATS McFARLAND & WILSON LLP

### ATTORNEYS AT LAW

9720 WILSHIRE BOULEVARD
PENTHOUSE SUITE
BEVERLY HILLS, CALIFORNIA 90212
TELEPHONE (310) 248-3830
FAX (310) 860-0363

---

## FACSIMILE TRANSMITTAL SHEET

---

| To: | Dylan Proctor, Esq.<br>Chris Tayback, Esq. | From: | Larry W. McFarland, Esq. |
|---|---|---|---|
| Company: | Quinn Emanuel Urquhart Oliver & Hedges, LLP | Date: | 1/2/2008 |
| Fax No.: | 213-443-3100 | Pages: | 2 |
| Phone No.: | 213-443-3000 | Ref No.: | 10595.1 |
| Re: | Mattel v. Bryant | | |

---

☐ URGENT  ☐ FOR REVIEW  ☐ PLEASE COMMENT  ☐ PLEASE REPLY  ☐ PLEASE RECYCLE

---

NOTES/COMMENTS:

Please see attached correspondence.

### PRIVACY NOTICE

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED
AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE
UNDER APPLICABLE LAW.

If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you
are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication
in error, please notify us immediately by telephone, and return the original message to us at the above address via the U.S. Postal Service. Thank you.

EXHIBIT ___H___

PAGE ___85___

# KEATS McFARLAND & WILSON LLP

## ATTORNEYS AT LAW

TEL (310) 248-3830
FAX (310) 860-0363

9720 WILSHIRE BOULEVARD
PENTHOUSE SUITE
BEVERLY HILLS, CALIFORNIA 90212

www.kmwlaw.com

WRITER'S DIRECT DIAL
(310) 777-3750

WRITER'S EMAIL
lmcfarland@kmwlaw.com

January 2, 2008

VIA FACSIMILE and E-MAIL

B. Dylan Proctor, Esq.
Christopher Tayback, Esq.
Quinn Emanuel Urquhart Oliver & Hedges LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017

     Re:   Mattel v. Bryant

Dear Dylan and Christopher:

    I am writing to follow up on my letter dated December 26, 2007.  I am back in the office and will respond to your various letters by the end of today.

        Very truly yours,

        Larry W. McFarland
        Keats McFarland & Wilson LLP

LWM/jlt

cc:  Thomas J. Nolan
     Michael Page

EXHIBIT _H_

PAGE _86_

** TOTAL PAGE.02 **

**EXHIBIT** I

## Christopher Tayback

| | |
|---|---|
| **From:** | Christopher Tayback |
| **Sent:** | Friday, January 04, 2008 7:15 PM |
| **To:** | 'Lmcfarland@kmwlaw.com' |
| **Cc:** | Dylan Proctor |
| **Subject:** | Meet and Confer |

Dear Mr. McFarland--

I left you a voicemail regarding this previously, but wanted to follow up by email.  there are a number of outstanding issues about which I would like to meet and confer with you as soon as possible, including the issues we have previously discussed surrounding the zip disk labeled "Bratz" that as in Ms. Cloonan's possession, Ms. Cloonan's hard drive, and, relatedly, Ms. Leahy's hard drive.  I am available, and in the office, much of this weekend, and will also be available in the office on Monday.

Regards,

Christopher Tayback
(213) 443-3170

EXHIBIT ____I____

PAGE ____87____

**EXHIBIT J**

## Christopher Tayback

| | |
|---|---|
| **From:** | Larry W. McFarland [LMcfarland@kmwlaw.com] |
| **Sent:** | Monday, January 07, 2008 2:39 PM |
| **To:** | Christopher Tayback |
| **Cc:** | Dylan Proctor; Christian C. Dowell |
| **Subject:** | Re: Meet and Confer |

I am writing in response to your email. As you know I was at the hearing this morning. I have commitments for other clients the rest of the day today and tomorrow. I am available to meet and confer with you on wed between 5 and 6. Also I want to meet and confer at the same time with  you re our planned motion re the wells fargo docs and mattel's waiver of its work product privilege in the photos and videotapes of the three dimensional  objects. Please let me know when you are available

----- Original Message -----
From: Christopher Tayback <christayback@quinnemanuel.com>
To: Larry W. McFarland
Cc: Dylan Proctor <dylanproctor@quinnemanuel.com>
Sent: Fri Jan 04 19:15:03 2008
Subject: Meet and Confer

Dear Mr. McFarland--

I left you a voicemail regarding this previously, but wanted to follow up by email.  there are a number of outstanding issues about which I would like to meet and confer with you as soon as possible, including the issues we have previously discussed surrounding the zip disk labeled "Bratz" that as in Ms. Cloonan's possession, Ms. Cloonan's hard drive, and, relatedly, Ms. Leahy's hard drive.  I am available, and in the office, much of this weekend, and will also be available in the office on Monday.

Regards,

Christopher Tayback
(213) 443-3170

EXHIBIT _____J_____

PAGE _____88_____

1/31/2008

**EXHIBIT** K

## Christopher Tayback

**From:** Christopher Tayback
**Sent:** Thursday, January 17, 2008 10:11 PM
**To:** 'Lmcfarland@kmwlaw.com'
**Cc:** Dylan Proctor
**Subject:** Cloonan, Leahy and Marlow computer hard drive images and the "zip disk"

Larry--

Dylan informed me that you rejected all of my requests at our meet and confer.  This is to advise you that we will be filing an ex parte application next week to compel the production of the imaged hard drives mentioned above and the zip disk, as we previously discussed, or in the alternative to modify the scheduling order to allow sufficient time for expert examination of such items and disclosure of an expert report in the event the Court requires us to proceed by noticed motion.  Please advise if you intend to oppose such an application.

Regards,

Chris Tayback

EXHIBIT _____ K _____

PAGE _____ 89 _____

1/31/2008

**EXHIBIT** L

**THIS EXHIBIT IS FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

**EXHIBIT** M

**THIS EXHIBIT IS FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER**

**EXHIBIT** N



KEATS
McFARLAND
&WILSON LLP

REPRESENTATIVE CLIENTS

home
mission
attorneys
**clients**
services
e-cards

Business Software Alliance (BSA)
Calvin Klein, Inc.
Castle Rock Entertainment
DC Comics
DreamWorks
Idealab!
kate spade LLC
Lucasfilm Ltd.
Major League Baseball Properties
Marvel Enterprises, Inc.
MGA Entertainment, Inc.
MTV Networks
New Line Cinema Corporation

Nike, Inc.
Paramount Pictures Corporation
Philips Electronics
The Playtone Company
Twentieth Century Fox Film Corp.
Polar Air Cargo Corporation
Polo Ralph Lauren Corporation
Saban Entertainment, Inc.
Sony Pictures Entertainment
Time Warner Entertainment Company,
Universal Studios, Inc.
Yahoo! Search Marketing, Inc.

9720 Wilshire Blvd. Penthouse Suite    Beverly Hills, CA 90212    T 310 248 3830    F 310 860

EXHIBIT _____ N
PAGE _____ 110

**EXHIBIT** O

**THIS EXHIBIT IS FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER**

**EXHIBIT** P

**THIS EXHIBIT IS FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

**EXHIBIT** Q

**THIS EXHIBIT IS FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

**EXHIBIT** R

**THIS EXHIBIT IS FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER**