QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>ORDER REGARDING STIPULATION REGARDING EXTENSION OF TIME TO MOVE TO COMPEL RESPONSES TO MATTEL, INC.'S FIFTH SET OF REQUESTS FOR ADMISSION TO CARTER BRYANT<br><br>See Docket No. 1696<br><br>**Phase 1**<br>Discovery Cut-Off:   January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date:                May 27, 2008 |

07209/2368957.1

[PROPOSED] ORDER

## ORDER

Based on the concurrently filed Stipulation Regarding Extension of Time to Move to Compel Responses to Mattel, Inc.'s Fifth Set of Requests for Admission to Carter Bryant, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED THAT:

1. Carter Bryant will serve amended and/or supplemental responses to Request Nos. 42 - 45 by February 4, 2008; and

2. Mattel, Inc. shall have the right to file a motion directed to the sufficiency of Carter Bryant's responses to Request Nos. Mattel's Fifth Set of Requests for Admission within 10 days after service of Bryant's supplemental and/or amended responses.

DATED:   January 31, 2008

*[signature]*

Hon. Stephen G. Larson
United States District Judge

07209/2368957.1

-2-

[PROPOSED] ORDER