THOMAS J. NOLAN (Bar No. 66992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, CA 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600
E-mail: tnolan@skadden.com

RAOUL D. KENNEDY (Bar No. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Embarcadero Center, Suite 3800
San Francisco, CA 94111
Telephone: (415) 984-6400
Facsimile: (415) 984-2698
E-mail: rkennedy@skadden.com

Attorneys for Counter-Defendants,
MGA ENTERTAINMENT, INC., ISAAC LARIAN, MGA ENTERTAINMENT (HK) LIMITED, AND MGAE de MEXICO S.R.L. de C.V.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation<br><br>Defendant.<br><br>Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>**DISCOVERY MATTER**<br><br>**PROOF OF SERVICE**<br><br>**Phase 1:**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

PROOF OF SERVICE　　　　　　　　　　　　　　　　　　　NO. CV 04-9049 SGL (RNBx)

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 300 South Grand Avenue, Suite 3400, Los Angeles, California 90071.

On **January 31, 2008**, I served the foregoing documents described as:

### SEE ATTACHED DOCUMENT LIST

on the interested parties in this action addressed as follows:

### SEE ATTACHED SERVICE LIST

(X)  (BY PERSONAL SERVICE)  ☒  By personally delivering copies to the person served. (FEDERAL)

☒  I caused such document to be hand delivered to the above addressees. (FEDERAL)

(X)  (BY FEDERAL EXPRESS)

(X)  (BY ELECTRONIC MAIL) on January 30, 2008

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed on **January 31, 2008**, in San Francisco, California.

_____Jean A. Chun_____          _____[signature]_____
PRINT NAME                                    SIGNATURE

## DOCUMENT LIST

(1)  MGA'S AND CARTER BRYANT'S OPPOSITION TO MATTEL'S EX PARTE APPLICATIONS TO COMPEL ADDITIONAL DEPOSITIONS;

(2)  DECLARATION OF MARCUS R. MUMFORD IN SUPPORT OF MGA'S AND CARTER BRYANT'S OPPOSITION TO MATTEL'S EX PARTE APPLICATIONS TO COMPEL ADDITIONAL DEPOSITIONS

(3)  DECLARATION OF SUSANA KUEMMERLE IN SUPPORT OF MGA'S AND CARTER BRYANT'S OPPOSITION TO MATTEL'S EX PARTE APPLICATIONS TO COMPEL ADDITIONAL DEPOSITIONS

PROOF OF SERVICE                                                                       NO. CV 04-9049 SGL (RNBx)

| | |
|---|---|
| 1 | SERVICE LIST |

| | | |
|---|---|---|
| 3 | Jon D. Corey, Esq. | John Trinidad, Esq. |
| | Michael T. Zeller, Esq. | John Keker, Esq. |
| 4 | John Quinn, Esq. | Keker & Van Nest, LLP |
| | Quinn Emanuel Urquhart Oliver & | 710 Sansome Street |
| 5 | Hedges, LLP | San Francisco, CA 94111 |
| | 865 South Figueroa Street, 10th Floor | (415) 391-5400 |
| 6 | Los Angeles, CA 90017-2543 | (415) 397-7188 (Fax) |
| | (213) 443-3000 | |
| 7 | (213) 443-3100 (Fax) | Attorneys for Carter Bryant |
| | | [Federal Express] |
| 8 | Attorneys for Mattel, Inc | |
| | [Personal Service] | |

Mark E. Overland, Esq.
Alexander H. Cote, Esq.
David C. Scheper, Esq.
Overland Borenstein Scheper & Kim
300 South Grand Avenue, Suite 2750
Los Angeles, CA 90071
(213) 613-4655
(213) 613-4656