1  THOMAS J. NOLAN (Bar No. 66992)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2  300 South Grand Avenue
   Los Angeles, CA  90071-3144
3  Telephone:  (213) 687-5000
   Facsimile:  (213) 687-5600
4  E-mail:     tnolan@skadden.com

5  RAOUL D. KENNEDY (Bar No. 40892)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
6  Four Embarcadero Center, Suite 3800
   San Francisco, CA  94111
7  Telephone:  (415) 984-6400
   Facsimile:  (415) 984-2698
8  E-mail:     rkennedy@skadden.com

9  Attorneys for Counter-Defendants,
   MGA ENTERTAINMENT, INC., ISAAC LARIAN, MGA ENTERTAINMENT
10 (HK) LIMITED, AND MGAE de MEXICO S.R.L. de C.V.

FILED

2008 JAN 31  PM 3: 36
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

11
12            UNITED STATES DISTRICT COURT
13            CENTRAL DISTRICT OF CALIFORNIA
14                    EASTERN DIVISION

15 CARTER BRYANT, an individual          )  CASE NO. CV 04-9049 SGL (RNBx)
                                         )
16            Plaintiff,                 )  Consolidated with Case No. 04-9059
                                         )  and Case No. 05-2727
17       v.                              )
                                         )  **DISCOVERY MATTER**
18 MATTEL, INC., a Delaware              )
   corporation                          )  **PROOF OF SERVICE**
19            Defendant.                 )
                                         )
20 ─────────────────────────────        )  **Phase 1:**
21 Consolidated with MATTEL, INC. v.     )  Discovery Cut-Off:    January 28, 2008
   BRYANT and MGA                        )  Pre-Trial Conference: May 5, 2008
22 ENTERTAINMENT, INC. v.                )  Trial Date:           May 27, 2008
   MATTEL, INC.                          )
23                                       )
24
25
26
27
28

─────────────────────────────────────────────────────────────
PROOF OF SERVICE                                NO. CV 04-9049 SGL (RNBx)

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the county of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 300 South Grand Avenue, Suite 3400, Los Angeles, California 90071.

On **January 31, 2008**, I served the foregoing documents described as:

### SEE ATTACHED DOCUMENT LIST

on the interested parties in this action addressed as follows:

### SEE ATTACHED SERVICE LIST

(X)   (BY PERSONAL SERVICE)   ☒   By personally delivering copies to the person served. (FEDERAL)

☒   I caused such document to be hand delivered to the above addressees. (FEDERAL)

(X)   (BY FEDERAL EXPRESS)

( )   (BY ELECTRONIC MAIL)

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed on **January 31, 2008**, in San Francisco, California.

Jean A. Chun
PRINT NAME

SIGNATURE

PROOF OF SERVICE                                     NO. CV 04-9049 SGL (RNBx)

1

<u>DOCUMENT LIST</u>

2

(1)    MGA DEFENDANTS' OPPOSITION TO MATTEL, INC.'S MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER'S DECEMBER 31, 2007 ORDER REGARDING HARD DRIVES;

3

4

(2)    DECLARATION OF PHILLIP W. MARSH IN SUPPORT OF MGA DEFENDANTS' OPPOSITION TO MATTEL, INC.'S MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER'S DECEMBER 31, 2007 ORDER REGARDING HARD DRIVES

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

<u>SERVICE LIST</u>

| | |
|---|---|
| Jon D. Corey, Esq.<br>Michael T. Zeller, Esq.<br>John Quinn, Esq.<br>Quinn Emanuel Urquhart Oliver &<br>Hedges, LLP<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017-2543<br>(213) 443-3000<br>(213) 443-3100 (Fax)<br><br>Attorneys for Mattel, Inc<br>[Personal Service] | John Trinidad, Esq.<br>John Keker, Esq.<br>Keker & Van Nest, LLP<br>710 Sansome Street<br>San Francisco, CA 94111<br>(415) 391-5400<br>(415) 397-7188 (Fax)<br><br>Attorneys for Carter Bryant<br>[Federal Express] |

Mark E. Overland, Esq.
Alexander H. Cote, Esq.
David C. Scheper, Esq.
Overland Borenstein Scheper & Kim
300 South Grand Avenue, Suite 2750
Los Angeles, CA 90071
(213) 613-4655
(213) 613-4656

4