QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 90378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff and Counter-Defendant
Mattel, Inc.



FILED
CLERK, U.S. DISTRICT COURT
JAN 3 1 2008
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION
BY DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, on behalf of himself, all present and former employees of Mattel, Inc., and the general public, <br><br> Counter-Claimant, <br><br> v. <br><br> MATTEL, INC., a Delaware Corporation, <br><br> Counter-Defendant. | Case No. CV 04-09049 SGL (RNBx) <br><br> **PROOF OF SERVICE** <br><br> Hon. Stephen G. Larson <br><br> Date: February 8, 2008 <br> Time: 9:30 a.m. <br> Place: TBA <br><br> Discovery Cut-Off: Jan. 28, 2008 <br> Pre-Trial Conference: May 5, 2008 <br> Trial Date: May 27, 2008 |

08832/2363037.1                                    PROOF OF SERVICE

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On January 22, 2008, I served true copies of the following document(s) described as

**1) MATTEL, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF PREVIOUSLY WITHHELD DOCUMENTS ONLY PORTIONS OF WHICH ARE ALLEGEDLY PRIVILEGED; AND MEMORANDUM OF POINTS AND AUTHORITIES**

**2) DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL'S MOTION TO COMPEL PRODUCTION OF PREVIOUSLY WITHHELD DOCUMENTS ONLY PORTIONS OF WHICH ARE ALLEGEDLY PRIVILEGED**

| | |
|---|---|
| Michael Page, Esq. <br> John E. Trinidad, Esq. <br> **Keker & Van Nest** <br> 710 Sansome Street <br> San Francisco, CA 94111 | Judge Edward Infante <br> JAMS <br> c/o Sandra Chan <br> Two Embarracdero Center <br> Suite 1500 <br> San Francisco, CA 94111 |

[X] **BY FEDEX:** I deposited such document(s) in a box or other facility regularly maintained by FedEx, or delivered such document(s) to a courier or driver authorized by FedEx to receive documents, in sealed envelope(s) or package(s) designated by FedEx with delivery fees paid or provided for, addressed to the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 22, 2008, at Los Angeles, California.

Shawna Allison

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On January 22, 2008, I served true copies of the following document(s) described as

**1) MATTEL, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF PREVIOUSLY WITHHELD DOCUMENTS ONLY PORTIONS OF WHICH ARE ALLEGEDLY PRIVILEGED; AND MEMORANDUM OF POINTS AND AUTHORITIES**

**2) DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL'S MOTION TO COMPEL PRODUCTION OF PREVIOUSLY WITHHELD DOCUMENTS ONLY PORTIONS OF WHICH ARE ALLEGEDLY PRIVILEGED**

on the parties in this action as follows:

| | |
|---|---|
| Thomas J. Nolan, Esq.<br>Carl Roth, Esq.<br>**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**<br>300 S. Grand Ave., STE 3400<br>Los Angeles, CA 90071 | Alexander H. Cote, Esq.<br>**Overland Borenstein, Scheper & Kim, LLP**<br>300 South Grand Avenue, Suite 2750<br>Los Angeles, CA 90071 |

**[X] BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 22, 2008, at Los Angeles, California.

*/s/ Dave Quintana*
Dave Quintana

---

08832/2363037.1     PROOF OF SERVICE--