# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

To: ☒ U.S. District Judge / ☐ U.S. Magistrate Judge __Larson__

From: __L. Murray__, Deputy Clerk    Date Received: __1/30/08__

Case No.: __CV04-9049 SGL (RNBx)__    Case Title: __Carter Bryant v Mattel, Inc.__

Document Entitled: __Notice of Erratum re Mattel, Inc.'s Notice of Motion and Motion to Compel Further Deposition of Margaret Hatch Leahy, to Overrule Instructions Not to Answer, and For Sanctions__

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

- ☐ Local Rule 11-3.1    Document not legible
- ☐ Local Rule 11-3.8    Lacking name, address, phone and facsimile numbers
- ☐ Local Rule 11-4.1    No copy provided for judge
- ☐ Local Rule 19-1     Complaint/Petition includes more than ten (10) Does or fictitiously named parties
- ☐ Local Rule 15-1     Proposed amended pleading not under separate cover
- ☐ Local Rule 11-6     Memorandum/brief exceeds 25 pages
- ☐ Local Rule 11-8     Memorandum/brief exceeding 10 pages shall contain table of contents
- ☐ Local Rule 7.1-1    No Certification of Interested Parties and/or no copies
- ☐ Local Rule 6.1      Written notice of motion lacking or timeliness of notice incorrect
- ☐ Local Rule 56-1     Statement of uncontroverted facts and/or proposed judgment lacking
- ☐ Local Rule 56-2     Statement of genuine issues of material fact lacking
- ☐ Local Rule 7-19.1   Notice to other parties of ex parte application lacking
- ☐ Local Rule 16-6     Pretrial conference order not signed by all counsel
- ☐ FRCvP Rule 5(d)     No proof of service attached to document(s)
- ☒ Other: __Per G.O. 07-08, case is designated for electronic filing. The NEF states that document could not be linked.__

Note: Please refer to the court's Internet website at www.cacd.uscourts.gov for local rules and applicable forms.

---

### ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_____    _____
Date                       U.S. District Judge / U.S. Magistrate Judge

☒ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to *counsel. *Counsel shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

__JAN 31 2008__    _/s/ Larson_
Date                       U.S. District Judge / ~~U.S. Magistrate Judge~~

STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE

*The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

CV-104A (12/03)    NOTICE OF DOCUMENT DISCREPANCIES

## Judge Larson's E-Filing Memorandum Attachment

Counsel shall e-file all civil and criminal filings for Judge Larson pursuant to General Order 07-08, filed on November, 2007 (superseding General Order Nos. 03-06, 05-01 and 06-07). Although the procedure is set forth in great detail in General Order 07-08, generally, the procedure consists of the following three steps:

Step 1: All *non-signature* items shall be e-filed in **.pdf format.**
All *proposed signature items* shall be e-filed as **a separate document** in **.pdf format.**

Step 2: In addition to being e-filed, all proposed *signature* items shall be e-mailed to the chambers electronic mailbox in **Microsoft Word** or **WordPerfect format. WordPerfect format is preferred**. The chambers e-mail address is **sgl_chambers@cacd.uscourts.gov**

Step 3: A paper copy of all e-filed documents shall be delivered to chambers **no later than noon the day after e-filing**. All copies delivered to chambers shall have the Notice of E-filing attached thereto. For ease of use, declarations, notices, appendices, and similar documents that have multiple exhibits attached thereto shall separate the exhibits with numbered or lettered tabs.

### UNDER SEAL FILINGS

Documents to be filed under seal may not be e-filed and are subject to different procedures. To file documents under seal, the following steps must be taken:

Step 1: Manually file an ex parte application to file the documents under seal and concurrently lodge an original and one copy of the documents to be filed under seal.

Step 2: E-file a Notice of Manual Filing.

Step 3: E-mail a .pdf copy of that ex parte application to the chambers e-mail address together with a WordPerfect or Microsoft Word version of the proposed order for the Court's consideration. WordPerfect format is preferred.

### DO NOT OMIT ANY OF THE ABOVE STEPS.

For any additional questions, please refer to the General Order or call the Helpline @ 213-894-0242.

(Revision date January 16, 2008)

```
 1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
      John B. Quinn (Bar No. 090378)
 2    johnquinn@quinnemanuel.com
      Michael T. Zeller (Bar No. 196417)
 3    (michaelzeller@quinnemanuel.com)
      Jon D. Corey (Bar No. 185066)
 4    (joncorey@quinnemanuel.com)
      Timothy L. Alger (Bar No. 160303)
 5    (timalger@quinnemanuel.com)
    865 South Figueroa Street, 10th Floor
 6  Los Angeles, California 90017-2543
    Telephone: (213) 443-3000
 7  Facsimile: (213) 443-3100
 8  Attorneys for Mattel, Inc.
```

ORIGINAL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED CASES | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>[To Be Heard By Discovery Master Hon. Edward Infante (Ret.) Pursuant To The Court's Order of December 6, 2006]<br><br>NOTICE OF ERRATUM RE MATTEL, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL FURTHER DEPOSITION OF MARGARET HATCH LEAHY, TO OVERRULE INSTRUCTIONS NOT TO ANSWER, AND FOR SANCTIONS<br><br>Hearing Date: TBD<br>Time: TBD<br>Place: TBD<br><br>Discovery Cut-off: January 28, 2008<br>Pre-trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

Received but not filed — Clerk, U.S. District Court, JAN 30 2008, Central District of California, Eastern Division, by Deputy

Received/Returned — Clerk, U.S. District Court, JAN 31 2008, Central District of California, Eastern Division, by Deputy

07209/2372693.1

NOTICE OF ERRATUM