# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

To: ☒ U.S. District Judge / ☐ U.S. Magistrate Judge _Larson_

From: _L. Muna_ Deputy Clerk     Date Received: _1/29/08_

Case No.: _CV04-9049GC (RNBx)_   Case Title: _Bryant v Mattel, Inc._

Document Entitled: _1) Application to file under seal MGA's memo of p's and A's in opposition to Mattel's motion for reconsideration of portions of_

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

_discovery Masters Dec. 31, 2007 order  2) proposed order_

☐ Local Rule 11-3.1    Document not legible
☐ Local Rule 11-3.8    Lacking name, address, phone and facsimile numbers
☐ Local Rule 11-4.1    No copy provided for judge
☐ Local Rule 19-1    Complaint/Petition includes more than ten (10) Does or fictitiously named parties
☐ Local Rule 15-1    Proposed amended pleading not under separate cover
☐ Local Rule 11-6    Memorandum/brief exceeds 25 pages
☐ Local Rule 11-8    Memorandum/brief exceeding 10 pages shall contain table of contents
☐ Local Rule 7.1-1    No Certification of Interested Parties and/or no copies
☐ Local Rule 6.1    Written notice of motion lacking or timeliness of notice incorrect
☐ Local Rule 56-1    Statement of uncontroverted facts and/or proposed judgment lacking
☐ Local Rule 56-2    Statement of genuine issues of material fact lacking
☐ Local Rule 7-19.1    Notice to other parties of ex parte application lacking
☐ Local Rule 16-6    Pretrial conference order not signed by all counsel
☐ FRCvP Rule 5(d)    No proof of service attached to document(s)
☒ Other: _Under seal documents not submitted with application_

**Note: Please refer to the court's Internet website at www.cacd.uscourts.gov for local rules and applicable forms.**

---

### ORDER OF THE JUDGE/MAGISTRATE JUDGE
IT IS HEREBY ORDERED:

☐ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_____     _____
Date     U.S. District Judge / U.S. Magistrate Judge

☒ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to *counsel. *Counsel shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

JAN 3 1 2008
_____     _____
Date     U.S. District Judge / U.S. Magistrate Judge

JAN 3 1 2008

*The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE

GPO U.S. GOVERNMENT PRINTING OFFICE: 2006-572-754/59178



1  THOMAS J. NOLAN (Bar No. 066992)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2  300 South Grand Avenue
   Los Angeles, California 90071-3144
3  Telephone: (213) 687-5000
   Facsimile: (213) 687-5600
4  E-mail: tnolan@skadden.com

5  RAOUL D. KENNEDY (Bar No. 40892)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
6  4 Embarcadero Center, 38th Floor
   San Francisco, CA 94111-5974
7  Telephone: (415) 984-6400
   Facsimile: (415) 984-2698
8  Email: rkennedy@skadden.com

9  Attorneys for MGA Entertainment, Inc.,
   MGA Entertainment (HK) Limited,
10 MGAE De Mexico, S.P.I. DE C.V., and
   Isaac Larian

11

12                    UNITED STATED DISTRICT COURT

13                   CENTRAL DISTRICT OF CALIFORNIA

14                          EASTERN DIVISION

15 CARTER BRYANT, an individual,          )  CASE NO. CV 04-9049 SGL (RNBx)
                                          )
16                Plaintiff,              )
                                          )  Consolidated with Case No. 04–9059
17        v.                              )  and Case No. 05–2727
                                          )
18 MATTEL, INC., a Delaware               )  **DISCOVERY MATTER**
   corporation,                           )
19                                        )  APPLICATION TO FILE UNDER
                 Defendant.               )  SEAL MGA'S MEMORANDUM OF
20 _____        )  POINTS AND AUTHORITIES IN
                                          )  OPPOSITION TO MATTEL'S
21 AND CONSOLIDATED ACTIONS               )  MOTION FOR
                                          )  RECONSIDERATION OF
22 _____        )  PORTIONS OF DISCOVERY
                                             MASTER'S DECEMBER 31, 2007
23                                           ORDER

24
                                             [[Proposed] Order filed concurrently
25                                           herewith]

26

27

28

_____
APPLICATION TO FILE UNDER SEAL              CASE NO. CV 04-9049 SGL (RNBx)

RECEIVED BUT NOT FILED
CLERK, U.S. DISTRICT COURT

JAN 2 9 2008

CENTRAL DIVISION OF CALIFORNIA
EASTERN DIVISION        BY DEPUTY

RECEIVED/RETURNED
CLERK, U.S. DISTRICT COURT
JAN 3 1 2008
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

## Judge Larson's E-Filing Memorandum Attachment

Counsel shall e-file all civil and criminal filings for Judge Larson pursuant to General Order 07-08, filed on November, 2007 (superseding General Order Nos. 03-06, 05-01 and 06-07).  Although the procedure is set forth in great detail in General Order 07-08, generally, the procedure consists of the following three steps:

Step 1:     All *non-signature* items shall be e-filed in **.pdf format**.
            All *proposed signature items* shall be e-filed as **a separate document** in **.pdf format**.

Step 2:     In addition to being e-filed, all proposed *signature* items shall be e-mailed to the chambers electronic mailbox in **Microsoft Word** or **WordPerfect format**.  **WordPerfect format is preferred**.  The chambers e-mail address is **sgl_chambers@cacd.uscourts.gov**

Step 3:     A paper copy of all e-filed documents shall be delivered to chambers **no later than noon the day after e-filing**.  All copies delivered to chambers shall have the Notice of E-filing attached thereto.  For ease of use, declarations, notices, appendices, and similar documents that have multiple exhibits attached thereto shall separate the exhibits with numbered or lettered tabs.

### UNDER SEAL FILINGS

Documents to be filed under seal may not be e-filed and are subject to different procedures.  To file documents under seal, the following steps must be taken:

Step 1:     Manually file an ex parte application to file the documents under seal and concurrently lodge an original and one copy of the documents to be filed under seal.

Step 2:     E-file a Notice of Manual Filing.

Step 3:     E-mail a .pdf copy of that ex parte application to the chambers e-mail address together with a WordPerfect or Microsoft Word version of the proposed order for the Court's consideration. WordPerfect format is preferred.

### DO NOT OMIT ANY OF THE ABOVE STEPS.

For any additional questions, please refer to the General Order or call the Helpline @ 213-894-0242.

(Revision date January 16, 2008)