QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br><u>Hon. Stephen G. Larson</u><br><br>ORDER GRANTING MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBIT 1 TO THE DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF REPLY IN SUPPORT OF MATTEL, INC.'S *EX PARTE* APPLICATION TO COMPEL THE APPEARANCE FOR DEPOSITION OF ANA CABRERA, BEATRIZ MORALES, MARIA SALAZAR, AND MEL WOODS<br><br>[<u>Local Rule</u> 79-5.1]<br><br>**Phase 1**<br>Discovery Cut-Off:    January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date:                    May 27, 2008 |

07209/2374736.1

[PROPOSED] ORDER

## ORDER

Based on Mattel, Inc.'s Application to File Under Seal Exhibit 1 To The Declaration Of Michael T. Zeller In Support Of Reply In Support Of Mattel, Inc.'s Ex Parte Application To Compel The Appearance For Deposition Of Ana Cabrera, Beatriz Morales, Maria Salazar, And Mel Woods, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Exhibit 1 To The Declaration Of Michael T. Zeller In Support Of Reply In Support Of Mattel, Inc.'s Ex Parte Application To Compel The Appearance For Deposition Of Ana Cabrera, Beatriz Morales, Maria Salazar, And Mel Woods is ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: February 01, 2008  _____
Hon. Stephen G. Larson
United States District Judge