| | |
|---|---|
| 1 | THOMAS J. NOLAN (Bar No. 66992) |
| 2 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>300 South Grand Avenue |
| 3 | Los Angeles, California 90071-3144<br>Telephone: (213) 687-5000 |
| 4 | Facsimile: (213) 687-5600<br>E-mail: tnolan@skadden.com |
| 5 | RAOUL D. KENNEDY (Bar No. 40892) |
| 6 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>Four Embarcadero Center, 38th Floor |
| 7 | San Francisco, California 94111-5974<br>Telephone: (415) 984-6400 |
| 8 | Facsimile: (415) 984-2698<br>E-mail: rkennedy@skadden.com |
| 9 | Attorneys for Counter-Defendants, |
| 10 | MGA ENTERTAINMENT, INC.,<br>ISAAC LARIAN, MGA ENTERTAINMENT (HK) LIMITED,<br>and MGAE de MEXICO S.R.L. de C.V. |

UNITED STATED DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04–9059 and Case No. 05–2727<br><br>**APPLICATION TO FILE UNDER SEAL MGA ENTERTAINMENT, INC.'S OPPOSITION TO MOTION OF PLAINTIFF MATTEL, INC. FOR ORDER FINDING WAIVER AND TO COMPEL PRODUCTION OF DOCUMENTS WITHHELD AS PRIVILEGED**<br><br>[[Proposed] Order filed concurrently herewith]<br><br>Hearing Date: TBD<br>Time: TBD<br>Place: JAMS San Francisco<br><br>**Phase 1:**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

APPLICATION TO FILE UNDER SEAL     CASE NO. CV 04-9049 SGL (RNBx)

1. Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, MGA Entertainment, Inc. ("MGA") hereby respectfully requests that the Court order the following documents be filed under seal: MGA Entertainment, Inc.'s Opposition To Motion Of Plaintiff Mattel, Inc. For Order Finding Waiver And To Compel Production Of Documents Withheld As Privileged and the associated Declaration of Timothy A. Miller and related exhibits. Good cause exists for filing these documents under seal, as they refer to certain documents that have been designated as "Confidential" or "Confidential—Attorneys' Eyes Only" pursuant to the Protective Order. In the alternative, MGA requests that the Court declare the exhibits to be outside the definitions of "Confidential" and "Confidential—Attorneys' Eyes Only" as contained in the Stipulated Protective Order and order them to be filed as part of the public record.

DATED: January 31, 2008

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By: _____
Raoul D. Kennedy

Attorneys for Counter-Defendants,
MGA ENTERTAINMENT, INC.,
ISAAC LARIAN, MGA
ENTERTAINMENT (HK) LIMITED,
and MGAE de MEXICO S.R.L. de C.V.