```
 1  THOMAS J. NOLAN (Bar No. 66992)
    (tnolan@skadden.com)
 2  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
    300 South Grand Avenue
 3  Los Angeles, CA 90071-3144
    Tel.: (213) 687-5000 / Fax: (213) 687-5600
 4
    RAOUL D. KENNEDY (Bar No. 40892)
 5  (rkennedy@skadden.com)
    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
 6  4 Embarcadero Center, 38th Floor
    San Francisco, CA 94111-5974
 7  Tel.: (415) 984-6400 / Fax: (415) 984-2698
 8  Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited,
    MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian
 9
10
```

UNITED STATED DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>　　　　　　　Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>**DISCOVERY MATTER**<br><br>APPLICATION TO FILE UNDER SEAL ISAAC LARIAN'S AND MGA'S OPPOSITION TO MOTION OF MATTEL, INC. TO COMPEL THE CONTINUED DEPOSITION OF ISAAC LARIAN AND TO OVERRULE INSTRUCTIONS NOT TO ANSWER; DECLARATION OF PAUL M. ECKLES; AND DECLARATION OF ISAAC LARIAN |

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, the MGA Defendants hereby respectfully request that the Court order the following documents be filed under seal: Isaac Larian's and MGA's Opposition To Motion Of Mattel, Inc. To Compel The Continued Deposition of Isaac Larian And To Overrule Instructions Not To Answer; Declaration of Paul M. Eckles; and Declaration of Isaac Larian. Good cause exists for filing these documents under seal, as certain exhibits attached to the Declaration of Paul M. Eckles related to this Motion have been designated as "Confidential" or "Confidential—Attorneys' Eyes Only" pursuant to the Stipulated Protective Order, and the Opposition and Declaration of Isaac Larian reference these exhibits. In the alternative, MGA requests that the Court declare the exhibits to the declaration to be outside the definitions of "Confidential" and "Confidential—Attorneys' Eyes Only" as contained in the Stipulated Protective Order and order them, along with the notice of motion and memorandum of points and authorities in support thereof, to be filed as part of the public record.

DATED: January 31, 2008

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By: *Raoul P. Kennedy (by JPW)*
Raoul D. Kennedy
Attorneys for MGA Entertainment, Inc.