THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, CA  90071-3144
Tel.: (213) 687-5000 / Fax: (213) 687-5600

RAOUL D. KENNEDY (Bar No. 40892)
(rkennedy@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Embarcadero Center, 38th Floor
San Francisco, CA  94111-5974
Tel.: (415) 984-6400 / Fax: (415) 984-2698

Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian

JOHN W. KEKER (Bar No. 49092)
(jkeker@kvn.com)
CHRISTA M. ANDERSON (Bar No. 184325)
(canderson@kvn.com)
KEKER & VAN NEST LLP
710 Sansome St.
San Francisco, CA  94111-1704
Tel.: (415) 391-5400 / Fax: (415) 397-7188

Attorneys for Carter Bryant

UNITED STATED DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | **DISCOVERY MATTER** |
| v. | ORDER |
| MATTEL, INC., a Delaware corporation, | |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | |

[PROPOSED] ORDER

## **ORDER**

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the following documents be filed under seal pursuant to Local Rule 79-5.1: Isaac Larian's and MGA's Opposition To Motion Of Mattel, Inc. To Compel The Continued Deposition of Isaac Larian And To Overrule Instructions Not To Answer, and the associated Declarations of Isaac Larian and Paul M. Eckles, and related exhibits.

DATED: February 1, 2008

*/s/ S.G. Larson*

Hon. Stephen G. Larson
United States District Court Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER