QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727 |
| Plaintiff, | |
| vs. | Hon. Stephen G. Larson |
| MATTEL, INC., a Delaware corporation, | MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL ITS OPPOSITION TO MGA'S MOTION TO OVERRULE MATTEL'S RELEVANCE OBJECTION AND COMPEL DISCOVERY RELEVANT TO STATUTE OF LIMITATIONS AND LACHES DEFENSES (RFP, RFA & INTERROGATORIES), ITS SEPARATE STATEMENT, AND EXHIBIT 5 TO THE DECLARATION OF JON D. COREY FILED IN SUPPORT THEREOF |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | |

[[Proposed] Order filed concurrently]

Date:   TBD
Time:   TBD
Place:  TBD

**Phase 1**
Discovery Cut-Off:   January 28, 2008
Pre-Trial Conference: May 5, 2008
Trial Date:          May 27, 2008

1           Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order

2 entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully

3 requests that the Court order filed under seal:

4           1.       Mattel's Opposition to MGA's Motion to Overrule Mattel's

5 Relevance Objection and Compel Discovery Relevant to Statute of Limitations and

6 Laches Defenses (RFP, RFA & Interrogatories) ("Opposition");

7           2.       Mattel's Separate Statement in Opposition to MGA's Motion to

8 Overrule Mattel's Relevance Objection and Compel Discovery Relevant to Statute

9 of Limitations and Laches Defenses (RFP, RFA & Interrogatories) ("Separate

10 Statement"); and

11           3.       Exhibit 5 to the Declaration of Jon D. Corey in support thereof

12 ("Exhibit").

13           The Opposition, Separate Statement, and Exhibit include materials that

14 Mattel has designated as "Confidential" or "Confidential--Attorneys' Eyes Only"

15 pursuant to the Protective Order.  Accordingly, Mattel requests that the Court order

16 that the Opposition, Separate Statement, and Exhibit be filed under seal.

17

18

19 DATED: February 1, 2008         QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

20

21

22                   By /s/ B. Dylan Proctor

                     B. Dylan Proctor

23                      Attorneys for Mattel, Inc.

24

25

26

27

28