1   QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
      John B. Quinn (Bar No. 090378)
2     johnquinn@quinnemanuel.com
      Michael T. Zeller (Bar No. 196417)
3     michaelzeller@quinnemanuel.com
      Jon D. Corey (Bar No. 185066)
4     joncorey@quinnemanuel.com
      Timothy L. Alger (Bar No. 160303)
5     timalger@quinnemanuel.com
      865 South Figueroa Street, 10th Floor
6   Los Angeles, California 90017-2543
    Telephone: (213) 443-3000
7   Facsimile:  (213) 443-3100

8   Attorneys for Plaintiff and Counter-
    Defendant Mattel

9

10                  UNITED STATES DISTRICT COURT

11                  CENTRAL DISTRICT OF CALIFORNIA

12                         EASTERN DIVISION

| | |
|---|---|
| 13  CARTER BRYANT, an individual, | CASE NO. CV 04-09049 SGL (RNBx) |
| 14                Plaintiff, | Consolidated with: |
| 15 | Case No. CV 04-09059 |
|  | Case No. CV 05-02727 |
| 16        v. | MATTEL'S THIRD SUPPLEMENTAL |
| 17  MATTEL, INC., a Delaware | RESPONSES TO MGA'S FIRST SET |
|    Corporation, | OF REQUESTS FOR PRODUCTION |
| 18 | |
| 19                Defendant. | |
| 20 | |
| 21  AND CONSOLIDATED ACTIONS | |
| 22 | |

23

24

25

26

27                                      EXHIBIT   3

28                                      PAGE   50

07209/2342869.1

## Preliminary Statement

Mattel hereby supplements its responses to certain requests in MGA's First Set of Requests of Production pursuant to the Discovery Master's September 12, 2007 Order ("Order").

Mattel has not yet completed its investigation of the facts relating to this action, has not yet reviewed all documents relating to this action, has not yet interviewed all witnesses in this action, and has not yet received all requested discovery from defendants and third parties with regard to this action.  Indeed, facts are coming to light with each passing day that are uniquely within the possession of defendants MGA, Carter Bryant and others, which have been withheld by defendants in violation of Court orders.

Consequently, Mattel reserves the right to amend and/or supplement its responses as additional facts or documents are discovered, and if and when defendants ultimately comply with Court orders.  Mattel's responses are based on facts and documents that Mattel identified as of the date of compliance stated in the Order.  The responses are not intended to, and will not, preclude Mattel from later relying on facts discovered pursuant to further investigation or discovery or on subsequently discovered or generated documents.

Mattel's partial response to any of the First Set of Requests for Production of Documents and Things (the "Requests") is not to be construed as a waiver of any of its objections or its right to object to any other request.  Mattel's agreement to produce responsive, non-privileged documents in response to a specific Request does not constitute an admission by Mattel that such responsive, non-privileged documents actually exist.

To the extent that any request calls for documents located on Mattel's Zeus computer server, Mattel has discharged its obligation of search and production by providing to MGA a file directory listing, pursuant to a meet-and-confer of counsel for Mattel and MGA on December 14, 18, 26, 2007, and January 2, 2008.

07209/2342869.1

-1-

1

2                            **<u>General Objections</u>**

3              To the extent that Mattel's objections were not reached in the Order by

4 the Discovery Master, Mattel continues to object generally to the Requests on each

5 and every one of the following grounds, which are incorporated into and made a part

6 of Mattel's response to each and every individual request:

7                1.      Mattel objects to the Requests on the grounds that they seek to

8 impose obligations upon Mattel beyond those required or permitted by the <u>Federal</u>

9 <u>Rules of Civil Procedure</u>.

10               2.      Mattel objects to the Requests on the grounds that they call for

11 the disclosure of information subject to the attorney-client privilege, the work

12 product doctrine and other applicable privileges, including without limitation the

13 privilege against disclosure of the identities and work product of consulting experts.

14 Such documents and information will not be produced.

15               3.      Mattel objects to the Requests on the grounds that they call for

16 information that is not relevant to the claims or defenses of the pending action, nor

17 reasonably calculated to lead to the discovery of admissible evidence.

18               4.      Mattel objects to the Requests on the grounds that they are

19 unduly burdensome and vague and ambiguous in that they purport to require Mattel

20 to identify and produce documents relating to matters that are currently known to

21 and in the possession, custody and control of defendants and third parties, including

22 third parties associated with defendants, and that are not known to Mattel.

23               5.      Mattel objects to the Requests on the grounds that they seek the

24 production of documents or information that are in the possession, custody and

25 control of independent parties over whom Mattel has no control, including without

26 limitation defendants, and seek the disclosure of information or documents that are

27 in the possession, custody and control of defendants or are publicly available and

28 hence equally available to all parties to this litigation.

1          6.      Mattel objects to the Requests on the grounds that they are

2    unduly burdensome and oppressive, including without limitation in seeking "all"

3    documents that evidence, refer or relate to a given topic.  Mattel has made available

4    for inspection and copying those non-privileged documents and tangible items that it

5    was able to locate after a reasonable, good-faith search for and review of files that

6    were reasonably likely to contain responsive documents and tangible things bearing

7    on the issues in this litigation.

8          7.      Mattel objects to the Requests on the grounds that they seek

9    documents whose production would violate the terms of agreements entered into

10   with third parties, or violate the privacy, contractual, or other rights of third parties.

11         8.      Mattel objects to the Requests on the grounds that the definition

12   of "Mattel" is overbroad, vague and ambiguous and unduly burdensome.

13         9.      Mattel objects to the Requests on the grounds that they seek

14   confidential, proprietary and trade secret information.  Such information, to the

15   extent it is relevant to this action and either has been or will be produced, has been

16   and will be produced only in reliance upon and pursuant to protective order.

17         10.     Mattel objects to the Requests on the grounds that they seek

18   documents containing confidential, proprietary and trade secret information, such as

19   current and future Mattel marketing and pricing plans and strategies, that have no

20   bearing on the claims or defenses in this matter.

21         11.     Mattel objects to each and every request to the extent that they

22   seek documents already produced in this action.  Documents previously produced

23   will not be produced again in response to these requests.

24         12.     Mattel objects to each Request seeking information on damages

25   on that grounds that it is premature in that it seeks expert discovery.  Such discovery

26   will be disclosed only at the time, and in the manner required by, the _Rules_ and the

27   Court's Orders.  An acknowledgement by Mattel that it has or will produce

28

07209/2342869.1

MATTEL'S THIRD SUPP. RESP. TO MGA'S FIRST SET OF REQUESTS FOR PRODUCTION

EXHIBIT ___

PAGE ___

1  documents responsive to any request should not be construed as consent to
2  premature disclosure of expert discovery.

3      13.   Mattel objects to each Request seeking information on damages
4  on that grounds that it is premature and unreasonably burdensome in that such
5  information is in the possession, custody and control of defendants and third parties
6  associated with defendants but has not been disclosed by defendants and their
7  associated third parties.

8

9  **SUPPLEMENTED RESPONSES TO REQUESTS FOR PRODUCTION**

10     To the extent that Mattel's objections were not reached in the Order by
11 the Discovery Master, each of the following responses to the Requests is expressly
12 made subject to the above Preliminary Statement and General Objections, all of
13 which are incorporated in each of the following responses to specific requests.
14 Mattel's responses are as of the date of compliance stated in the Order.

15

16 AMENDED REQUEST NO. 44 (as stated in the Order):

17     All DOCUMENTS discussing or mentioning Isaac Larian, authored
18 between June 2000 and October 2001, that concern, support, or refute MATTEL's
19 contentions in this litigation.

20

21 RESPONSE TO AMENDED REQUEST NO. 44:

22     In addition to the General Objections stated above, which are
23 incorporated herein by reference, Mattel objects to this Request on the grounds that
24 it calls for the disclosure of information subject to the attorney-client privilege, the
25 attorney work-product doctrine and other applicable privileges. Subject to the
26 foregoing, and pursuant to the Order, including the limitation stated in the Order that
27 MGA "seeks documents relevant to the claims and defenses in the case and [the
28 request is] limited in subject matter as well as temporal scope," Mattel responds as

EXHIBIT

1   follows:  Mattel has produced those responsive, non-privileged documents that it

2   was able to locate after a reasonable, good-faith search for and review of files that

3   were reasonably likely to contain responsive documents bearing on the issues in this

4   litigation.

5

6   <u>AMENDED REQUEST NO. 45 (as stated in the Order):</u>

7           All DOCUMENTS discussing or mentioning Paula Treantafellas,

8   authored between June 2000 and October 2001, that concern, support, or refute

9   MATTEL's contentions in this litigation.

10

11  <u>RESPONSE TO AMENDED REQUEST NO. 45:</u>

12          In addition to the General Objections stated above, which are

13  incorporated herein by reference, Mattel objects to this Request on the grounds that

14  it calls for the disclosure of information subject to the attorney-client privilege, the

15  attorney work-product doctrine and other applicable privileges.  Subject to the

16  foregoing, and pursuant to the Order, including the limitation stated in the Order that

17  MGA "seeks documents relevant to the claims and defenses in the case and [the

18  request is] limited in subject matter as well as temporal scope," Mattel responds as

19  follows:  Mattel has produced those responsive, non-privileged documents that it

20  was able to locate after a reasonable, good-faith search for and review of files that

21  were reasonably likely to contain responsive documents bearing on the issues in this

22  litigation.

23

24  <u>AMENDED REQUEST NO. 46 (as stated in the Order):</u>

25          ALL DOCUMENTS discussing or mentioning Mercedah Ward,

26  authored between June 2000 and October 2001, that concern, support, or refute

27  MATTEL's contentions in this litigation.

EXHIBIT ____3____

28

PAGE ____55____

07209/2342869.1

1  RESPONSE TO AMENDED REQUEST NO. 46:

2           In addition to the General Objections stated above, which are

3  incorporated herein by reference, Mattel objects to this Request on the grounds that

4  it calls for the disclosure of information subject to the attorney-client privilege, the

5  attorney work-product doctrine and other applicable privileges.  Subject to the

6  foregoing, and pursuant to the Order, including the limitation stated in the Order that

7  MGA "seeks documents relevant to the claims and defenses in the case and [the

8  request is] limited in subject matter as well as temporal scope," Mattel responds as

9  follows:  Mattel has produced those responsive, non-privileged documents that it

10  was able to locate after a reasonable, good-faith search for and review of files that

11  were reasonably likely to contain responsive documents bearing on the issues in this

12  litigation.

13

14  REQUEST NO. 172:

15           All DOCUMENTS discussing, mentioning, relating or referring to any

16  decision or resolution of MATTEL's Board of Directors relating to litigation against

17  BRYANT.

18

19  SUPPLEMENTED RESPONSE TO REQUEST NO. 172:

20           In addition to the General Objections stated above, which are

21  incorporated herein by reference, Mattel objects to this Request on the grounds that

22  it calls for the disclosure of information subject to the attorney-client privilege, the

23  attorney work-product doctrine and other applicable privileges.  Subject to the

24  foregoing, and pursuant to the Order, Mattel responds as follows:  Mattel has

25  produced those responsive, non-privileged documents that it was able to locate after

26  a reasonable, good-faith search for and review of files that were reasonably likely to

27  contain responsive documents bearing on the issues in this litigation.

EXHIBIT _____3_____

PAGE _____56_____

28

MATTEL'S THIRD SUPP. RESP. TO MGA'S FIRST SET OF REQUESTS FOR PRODUCTION

1  REQUEST NO. 173:

2         All DOCUMENTS discussing, mentioning, relating or referring to any

3  decision or resolution of MATTEL's Board of Directors relating to litigation against

4  MGA.

5

6  SUPPLEMENTED RESPONSE TO REQUEST NO. 173:

7         In addition to the General Objections stated above, which are

8  incorporated herein by reference, Mattel objects to this Request on the grounds that

9  it calls for the disclosure of information subject to the attorney-client privilege, the

10  attorney work-product doctrine and other applicable privileges.  Subject to the

11  foregoing, and pursuant to the Order, Mattel responds as follows:  Mattel has

12  produced those responsive, non-privileged documents that it was able to locate after

13  a reasonable, good-faith search for and review of files that were reasonably likely to

14  contain responsive documents bearing on the issues in this litigation.

15

16  REQUEST NO. 174:

17         All DOCUMENTS discussing, mentioning, relating or referring to any

18  decision or resolution of MATTEL's Board of Directors relating to litigation

19  involving BRATZ.

20

21  SUPPLEMENTED RESPONSE TO REQUEST NO. 174:

22         In addition to the General Objections stated above, which are

23  incorporated herein by reference, Mattel objects to this Request on the grounds that

24  it calls for the disclosure of information subject to the attorney-client privilege, the

25  attorney work-product doctrine and other applicable privileges.  Subject to the

26  foregoing, and pursuant to the Order, Mattel responds as follows:  Mattel has

27  produced those responsive, non-privileged documents that it was able to locate after

28

EXHIBIT ___3___

PAGE 57

07209/2342869.1

MATTEL'S THIRD SUPP. RESP. TO MGA'S FIRST SET OF REQUESTS FOR PRODUCTION

1  a reasonable, good-faith search for and review of files that were reasonably likely to

2  contain responsive documents bearing on the issues in this litigation.

3

4  REQUEST NO. 180:

5        All DOCUMENTS mentioning, referring or relating to BRYANT

6  including, but not limited to, BRYANT's personnel file and all DOCUMENTS on

7  MATTEL's Zeus computer system that mention BRYANT.

8

9  SUPPLEMENTED RESPONSE TO REQUEST NO. 180:

10        In addition to the General Objections stated above, which are

11  incorporated herein by reference, Mattel objects to this Request on the grounds that

12  it calls for the disclosure of information subject to the attorney-client privilege, the

13  attorney work-product doctrine and other applicable privileges. Subject to the

14  foregoing, and pursuant to the Order, Mattel responds as follows: Mattel has

15  produced those responsive, non-privileged documents that it was able to locate after

16  a reasonable, good-faith search for and review of files that were reasonably likely to

17  contain responsive documents bearing on the issues in this litigation. To the extent

18  that responsive documents might be located on Mattel's Zeus computer server,

19  Mattel has discharged its obligation of search and production by providing to MGA

20  a file directory listing, pursuant to a meet-and-confer of counsel for Mattel and

21  MGA on December 14, 18, 26, 2007, and January 2, 2008.

22

23  REQUEST NO. 181:

24        All DOCUMENTS constituting, evidencing, referring to or reflecting

25  BRYANT's work at MATTEL, including the projects he worked on.

26

27

28

EXHIBIT ___3___

PAGE ___58___

07209/2342869.1

-8-

MATTEL'S THIRD SUPP. RESP. TO MGA'S FIRST SET OF REQUESTS FOR PRODUCTION

1   SUPPLEMENTED RESPONSE TO REQUEST NO. 181:

2           In addition to the General Objections stated above, which are

3   incorporated herein by reference, Mattel objects to this Request on the grounds that

4   it calls for the disclosure of information subject to the attorney-client privilege, the

5   attorney work-product doctrine and other applicable privileges. Subject to the

6   foregoing, and pursuant to the Order, Mattel responds as follows: Mattel has

7   produced those responsive, non-privileged documents that it was able to locate after

8   a reasonable, good-faith search for and review of files that were reasonably likely to

9   contain responsive documents bearing on the issues in this litigation.

10

11  REQUEST NO. 182:

12          All DOCUMENTS evidencing the days and hours BRYANT worked

13  for MATTEL, including all time entries and data on MATTEL's "P2" computer

14  system, and all records reflecting the days and hours BRYANT was on vacation or

15  leave of absence.

16

17  SUPPLEMENTED RESPONSE TO REQUEST NO. 182:

18          In addition to the General Objections stated above, which are

19  incorporated herein by reference, Mattel objects to this Request on the grounds that

20  it calls for the disclosure of information subject to the attorney-client privilege, the

21  attorney work-product doctrine and other applicable privileges. Subject to the

22  foregoing, and pursuant to the Order, Mattel responds as follows: Mattel has

23  produced those responsive, non-privileged documents that it was able to locate after

24  a reasonable, good-faith search for and review of files that were reasonably likely to

25  contain responsive documents bearing on the issues in this litigation.

26

27

28

EXHIBIT _____ 3

PAGE _____ 59

07209/2342869.1

-9-

MATTEL'S THIRD SUPP. RESP. TO MGA'S FIRST SET OF REQUESTS FOR PRODUCTION

1  REQUEST NO. 183:

2          All DOCUMENTS constituting, consisting of, comprising or reflecting

3  records of all phone calls BRYANT placed and received and all facsimiles

4  BRYANT sent and received during his employment at MATTEL, including,

5  specifically, without limitation, all phone logs, phone records and facsimile

6  transmittals and facsimile records evidencing all phone calls and facsimiles

7  BRYANT placed or received in September and October 2000.

8

9  SUPPLEMENTED RESPONSE TO REQUEST NO. 183:

10          In addition to the General Objections stated above, which are

11  incorporated herein by reference, Mattel objects to this Request on the grounds that

12  it calls for the disclosure of information subject to the attorney-client privilege, the

13  attorney work-product doctrine and other applicable privileges.  Subject to the

14  foregoing, and pursuant to the Order, Mattel responds as follows:  Mattel has

15  produced those responsive, non-privileged documents that it was able to locate after

16  a reasonable, good-faith search for and review of files that were reasonably likely to

17  contain responsive documents bearing on the issues in this litigation.

18

19  REQUEST NO. 186:

20          All DOCUMENTS evidencing, mentioning, referring to, or relating to

21  BRYANT's involvement with, work on, or connection to the conception, design,

22  creation or development of BRATZ or BRATZ INTELLECTUAL PROPERTY.

23

24  SUPPLEMENTED RESPONSE TO REQUEST NO. 186:

25          In addition to the General Objections stated above, which are

26  incorporated herein by reference, Mattel objects to this Request on the grounds that

27  it calls for the disclosure of information subject to the attorney-client privilege, the

28  attorney work-product doctrine and other applicable privileges.  Subject to the

-10-

EXHIBIT

1  foregoing, and pursuant to the Order, Mattel responds as follows:  Mattel has
2  produced those responsive, non-privileged documents that it was able to locate after
3  a reasonable, good-faith search for and review of files that were reasonably likely to
4  contain responsive documents bearing on the issues in this litigation.
5
6  **REQUEST NO. 187:**
7          All DOCUMENTS evidencing, mentioning, referring to, or relating to
8  BRYANT's involvement with, contract with, and work with or for MGA.
9
10  **SUPPLEMENTED RESPONSE TO REQUEST NO. 187:**
11          In addition to the General Objections stated above, which are
12  incorporated herein by reference, Mattel objects to this Request on the grounds that
13  it calls for the disclosure of information subject to the attorney-client privilege, the
14  attorney work-product doctrine and other applicable privileges.  Subject to the
15  foregoing, and pursuant to the Order, Mattel responds as follows:  Mattel has
16  produced those responsive, non-privileged documents that it was able to locate after
17  a reasonable, good-faith search for and review of files that were reasonably likely to
18  contain responsive documents bearing on the issues in this litigation.
19
20  **REQUEST NO. 188:**
21          All DOCUMENTS mentioning, referring to, or relating to YOUR
22  decision to sue BRYANT including, without limitation, COMMUNICATIONS
23  mentioning, discussing, describing, referring to, or relating to the reasons and
24  factors that influenced the decision, the timing of the decision, and the date and
25  manner in which YOU made the decision.
26
27
28

07209/2342869.1

MATTEL'S THIRD SUPP. RESP. TO MGA'S FIRST SET OF REQUESTS FOR PRODUCTION

1     SUPPLEMENTED RESPONSE TO REQUEST NO. 188:

2            In addition to the General Objections stated above, which are

3     incorporated herein by reference, Mattel objects to this Request on the grounds that

4     it calls for the disclosure of information subject to the attorney-client privilege, the

5     attorney work-product doctrine and other applicable privileges.  Subject to the

6     foregoing, and pursuant to the Order, Mattel responds as follows:  Mattel has

7     produced those responsive, non-privileged documents that it was able to locate after

8     a reasonable, good-faith search for and review of files that were reasonably likely to

9     contain responsive documents bearing on the issues in this litigation.

10

11    REQUEST NO. 190:

12           All DOCUMENTS mentioning, referring to, or relating to any decision

13    not to sue BRYANT including, without limitation, COMMUNICATIONS

14    mentioning, discussing, describing, referring to, or relating to the reasons and

15    factors that influenced the decision, the timing of the decision, and the date and

16    manner in which YOU made the decision.

17

18    SUPPLEMENTED RESPONSE TO REQUEST NO. 190:

19           In addition to the General Objections stated above, which are

20    incorporated herein by reference, Mattel objects to this Request on the grounds that

21    it calls for the disclosure of information subject to the attorney-client privilege, the

22    attorney work-product doctrine and other applicable privileges.  Subject to the

23    foregoing, and pursuant to the Order, Mattel responds as follows:  Mattel has

24    produced those responsive, non-privileged documents that it was able to locate after

25    a reasonable, good-faith search for and review of files that were reasonably likely to

26    contain responsive documents bearing on the issues in this litigation.

27

28

REQUEST NO. 224:

All COMMUNICATIONS and all DOCUMENTS constituting, mentioning, describing discussing, referring or relating to all COMMUNICATIONS with Anna Rhee that refer or relate to the BRATZ CONCEPT, the FIRST BRATZ DOLLS or BRYANT's work for MGA.

SUPPLEMENTED RESPONSE TO REQUEST NO. 224:

In addition to the General Objections stated above, which are incorporated herein by reference, Mattel objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges. Subject to the foregoing, and as limited by the interpretation of the Request by MGA and the Order, Mattel responds as follows: Mattel has produced those responsive, non-privileged documents that it was able to locate after a reasonable, good-faith search for and review of files that were reasonably likely to contain responsive documents bearing on the issues in this litigation.

REQUEST NO. 225:

All COMMUNICATIONS and all DOCUMENTS constituting, mentioning, describing discussing, referring or relating to all COMMUNICATIONS with Anna Rhee that refer or relate to this litigation, the facts and circumstances giving rise to this litigation, or BRYANT's alleged misconduct.

SUPPLEMENTED RESPONSE TO REQUEST NO. 225:

In addition to the General Objections stated above, which are incorporated herein by reference, Mattel objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges. Subject to the

07209/2342869.1

-13-

1 | foregoing, and as limited by the interpretation of the Request by MGA and the
2 | Order, Mattel responds as follows:  Mattel has produced those responsive, non-
3 | privileged documents that it was able to locate after a reasonable, good-faith search
4 | for and review of files that were reasonably likely to contain responsive documents
5 | bearing on the issues in this litigation.
6 |
7 | REQUEST NO. 226:
8 | All COMMUNICATIONS and all DOCUMENTS constituting,
9 | mentioning, describing discussing, referring or relating to all COMMUNICATIONS
10 | with Margaret Leahy that refer or relate to the BRATZ CONCEPT, the FIRST
11 | BRATZ DOLLS or BRYANT's work for MGA.
12 |
13 | SUPPLEMENTED RESPONSE TO REQUEST NO. 226:
14 | In addition to the General Objections stated above, which are
15 | incorporated herein by reference, Mattel objects to this Request on the grounds that
16 | it calls for the disclosure of information subject to the attorney-client privilege, the
17 | attorney work-product doctrine and other applicable privileges.  Subject to the
18 | foregoing, and as limited by the interpretation of the Request by MGA and the
19 | Order, Mattel responds as follows:  Mattel has produced those responsive, non-
20 | privileged documents that it was able to locate after a reasonable, good-faith search
21 | for and review of files that were reasonably likely to contain responsive documents
22 | bearing on the issues in this litigation.
23 |
24 | REQUEST NO. 227:
25 | All COMMUNICATIONS, and all DOCUMENTS constituting,
26 | mentioning, describing discussing, referring or relating to all COMMUNICATIONS
27 | with Margaret Leahy that refer or relate to this litigation, the facts and circumstances
28 | giving rise to this litigation, or BRYANT's alleged misconduct.

1 | SUPPLEMENTED RESPONSE TO REQUEST NO. 227:

2 |       In addition to the General Objections stated above, which are

3 | incorporated herein by reference, Mattel objects to this Request on the grounds that

4 | it calls for the disclosure of information subject to the attorney-client privilege, the

5 | attorney work-product doctrine and other applicable privileges. Subject to the

6 | foregoing, and as limited by the interpretation of the Request by MGA and the

7 | Order, Mattel responds as follows: Mattel has produced those responsive, non-

8 | privileged documents that it was able to locate after a reasonable, good-faith search

9 | for and review of files that were reasonably likely to contain responsive documents

10 | bearing on the issues in this litigation.

11 |

12 | REQUEST NO. 228:

13 |       All COMMUNICATIONS and all DOCUMENTS constituting,

14 | mentioning, describing discussing, referring or relating to all COMMUNICATIONS

15 | with Margaret Leahy's husband that refer or relate to the BRATZ CONCEPT, the

16 | FIRST BRATZ DOLLS or BRYANT's work for MGA.

17 |

18 | SUPPLEMENTED RESPONSE TO REQUEST NO. 228:

19 |       In addition to the General Objections stated above, which are

20 | incorporated herein by reference, Mattel objects to this Request on the grounds that

21 | it calls for the disclosure of information subject to the attorney-client privilege, the

22 | attorney work-product doctrine and other applicable privileges. Subject to the

23 | foregoing, and as limited by the interpretation of the Request by MGA and the

24 | Order, Mattel responds as follows: Mattel has produced those responsive, non-

25 | privileged documents that it was able to locate after a reasonable, good-faith search

26 | for and review of files that were reasonably likely to contain responsive documents

27 | bearing on the issues in this litigation.

28 |

EXHIBIT ___3___

PAGE ___65___

1  REQUEST NO. 229:

2          All COMMUNICATIONS and all DOCUMENTS constituting,

3  mentioning, describing discussing, referring or relating to all COMMUNICATIONS

4  with Margaret Leahy's husband that refer or relate to this litigation, the facts and

5  circumstances giving rise to this litigation, or BRYANT's alleged misconduct.

6

7  SUPPLEMENTED RESPONSE TO REQUEST NO. 229:

8          In addition to the General Objections stated above, which are

9  incorporated herein by reference, Mattel objects to this Request on the grounds that

10 it calls for the disclosure of information subject to the attorney-client privilege, the

11 attorney work-product doctrine and other applicable privileges.  Subject to the

12 foregoing, and as limited by the interpretation of the Request by MGA and the

13 Order, Mattel responds as follows:  Mattel has produced those responsive, non-

14 privileged documents that it was able to locate after a reasonable, good-faith search

15 for and review of files that were reasonably likely to contain responsive documents

16 bearing on the issues in this litigation.

17

18 REQUEST NO. 230:

19         All COMMUNICATIONS and all DOCUMENTS constituting,

20 mentioning, describing discussing, referring or relating to all COMMUNICATIONS

21 with Victoria O'Connor that refer or relate to the BRATZ CONCEPT, the FIRST

22 BRATZ DOLLS or BRYANT's work for MGA.

23

24 SUPPLEMENTED RESPONSE TO REQUEST NO. 230:

25         In addition to the General Objections stated above, which are

26 incorporated herein by reference, Mattel objects to this Request on the grounds that

27 it calls for the disclosure of information subject to the attorney-client privilege, the

28 attorney work-product doctrine and other applicable privileges.  Subject to the

07209/2342869.1

MATTEL'S THIRD SUPP. RESP. TO MGA'S FIRST SET OF REQUESTS FOR PRODUCTION

1   foregoing, and as limited by the interpretation of the Request by MGA and the
2   Order, Mattel responds as follows:  Mattel has produced those responsive, non-
3   privileged documents that it was able to locate after a reasonable, good-faith search
4   for and review of files that were reasonably likely to contain responsive documents
5   bearing on the issues in this litigation.

6

7   REQUEST NO. 231:

8              All COMMUNICATIONS, and all DOCUMENTS constituting,
9   mentioning, describing discussing, referring or relating to all COMMUNICATIONS
10  with Victoria O'Connor that refer or relate to this litigation, the facts and
11  circumstances giving rise to this litigation, or BRYANT's alleged misconduct.

12

13  SUPPLEMENTED RESPONSE TO REQUEST NO. 231:

14             In addition to the General Objections stated above, which are
15  incorporated herein by reference, Mattel objects to this Request on the grounds that
16  it calls for the disclosure of information subject to the attorney-client privilege, the
17  attorney work-product doctrine and other applicable privileges.  Subject to the
18  foregoing, and as limited by the interpretation of the Request by MGA and the
19  Order, Mattel responds as follows:  Mattel has produced those responsive, non-
20  privileged documents that it was able to locate after a reasonable, good-faith search
21  for and review of files that were reasonably likely to contain responsive documents
22  bearing on the issues in this litigation.

23

24  REQUEST NO. 232:

25             All COMMUNICATIONS and all DOCUMENTS constituting,
26  mentioning, describing discussing, referring or relating to all COMMUNICATIONS
27  with Ramona Prince that refer or relate to the BRATZ CONCEPT, the FIRST
28  BRATZ DOLLS or BRYANT's work for MGA.

EXHIBIT 3

PAGE 9

07209/2342869.1

1 SUPPLEMENTED RESPONSE TO REQUEST NO. 232:

2          In addition to the General Objections stated above, which are

3 incorporated herein by reference, Mattel objects to this Request on the grounds that

4 it calls for the disclosure of information subject to the attorney-client privilege, the

5 attorney work-product doctrine and other applicable privileges.  Subject to the

6 foregoing, and as limited by the interpretation of the Request by MGA and the

7 Order, Mattel responds as follows:  Mattel has produced those responsive, non-

8 privileged documents that it was able to locate after a reasonable, good-faith search

9 for and review of files that were reasonably likely to contain responsive documents

10 bearing on the issues in this litigation.

11

12 REQUEST NO. 233:

13          All COMMUNICATIONS and all DOCUMENTS constituting,

14 mentioning, describing discussing, referring or relating to all COMMUNICATIONS

15 with Ramona Prince that refer or relate to this litigation, the facts and circumstances

16 giving rise to this litigation, or BRYANT's alleged misconduct.

17

18 SUPPLEMENTED RESPONSE TO REQUEST NO. 233:

19          In addition to the General Objections stated above, which are

20 incorporated herein by reference, Mattel objects to this Request on the grounds that

21 it calls for the disclosure of information subject to the attorney-client privilege, the

22 attorney work-product doctrine and other applicable privileges.  Subject to the

23 foregoing, and as limited by the interpretation of the Request by MGA and the

24 Order, Mattel responds as follows:  Mattel has produced those responsive, non-

25 privileged documents that it was able to locate after a reasonable, good-faith search

26 for and review of files that were reasonably likely to contain responsive documents

27 bearing on the issues in this litigation.

28

EXHIBIT ____3____

PAGE ____68____

07209/2342869.1

-18-

MATTEL'S THIRD SUPP. RESP. TO MGA'S FIRST SET OF REQUESTS FOR PRODUCTION

1 | REQUEST NO. 234:

2 |       All COMMUNICATIONS and all DOCUMENTS constituting,

3 | mentioning, describing discussing, referring or relating to all COMMUNICATIONS

4 | with Lilly [sic] Martinez that refer or relate to the BRATZ CONCEPT, the FIRST

5 | BRATZ DOLLS or BRYANT's work for MGA.

6 |

7 | SUPPLEMENTED RESPONSE TO REQUEST NO. 234

8 |       In addition to the General Objections stated above, which are

9 | incorporated herein by reference, Mattel objects to this Request on the grounds that

10 | it calls for the disclosure of information subject to the attorney-client privilege, the

11 | attorney work-product doctrine and other applicable privileges.  Subject to the

12 | foregoing, and as limited by the interpretation of the Request by MGA and the

13 | Order, Mattel responds as follows:  Mattel has produced those responsive, non-

14 | privileged documents that it was able to locate after a reasonable, good-faith search

15 | for and review of files that were reasonably likely to contain responsive documents

16 | bearing on the issues in this litigation.

17 |

18 | REQUEST NO. 235:

19 |       All COMMUNICATIONS and all DOCUMENTS constituting,

20 | mentioning, describing discussing, referring or relating to all COMMUNICATIONS

21 | with Lilly [sic] Martinez that refer or relate to this litigation, the facts and

22 | circumstances giving rise to this litigation, or BRYANT's alleged misconduct.

23 |

24 | SUPPLEMENTED RESPONSE TO REQUEST NO. 235:

25 |       In addition to the General Objections stated above, which are

26 | incorporated herein by reference, Mattel objects to this Request on the grounds that

27 | it calls for the disclosure of information subject to the attorney-client privilege, the

28 | attorney work-product doctrine and other applicable privileges.  Subject to the

07209/2342869.1

-19-

EXHIBIT _____

PAGE _____

1  foregoing, and as limited by the interpretation of the Request by MGA and the
2  Order, Mattel responds as follows:  Mattel has produced those responsive, non-
3  privileged documents that it was able to locate after a reasonable, good-faith search
4  for and review of files that were reasonably likely to contain responsive documents
5  bearing on the issues in this litigation.

6

7  REQUEST NO. 236:

8          All COMMUNICATIONS and all DOCUMENTS constituting,
9  mentioning, describing discussing, referring or relating to all COMMUNICATIONS
10  with Ron Longsdorff [sic] that refer or relate to the BRATZ CONCEPT, the FIRST
11  BRATZ DOLLS or BRYANT's work for MGA.

12

13  SUPPLEMENTED RESPONSE TO REQUEST NO. 236:

14          In addition to the General Objections stated above, which are
15  incorporated herein by reference, Mattel objects to this Request on the grounds that
16  it calls for the disclosure of information subject to the attorney-client privilege, the
17  attorney work-product doctrine and other applicable privileges.  Subject to the
18  foregoing, and as limited by the interpretation of the Request by MGA and the
19  Order, Mattel responds as follows:  Mattel has produced those responsive, non-
20  privileged documents that it was able to locate after a reasonable, good-faith search
21  for and review of files that were reasonably likely to contain responsive documents
22  bearing on the issues in this litigation.

23

24  REQUEST NO. 237:

25          All COMMUNICATIONS and all DOCUMENTS constituting,
26  mentioning, describing discussing, referring or relating to all COMMUNICATIONS
27  with Ron Longsdorff [sic] that refer or relate to this litigation, the facts and
28  circumstances giving rise to this litigation, or BRYANT's alleged misconduct.

07209/2342869.1

-20-
MATTEL'S THIRD SUPP. RESP. TO MGA'S FIRST SET OF REQUESTS FOR PRODUCTION

1  SUPPLEMENTED RESPONSE TO REQUEST NO. 237:

2         In addition to the General Objections stated above, which are

3  incorporated herein by reference, Mattel objects to this Request on the grounds that

4  it calls for the disclosure of information subject to the attorney-client privilege, the

5  attorney work-product doctrine and other applicable privileges.  Subject to the

6  foregoing, and as limited by the interpretation of the Request by MGA and the

7  Order, Mattel responds as follows:  Mattel has produced those responsive, non-

8  privileged documents that it was able to locate after a reasonable, good-faith search

9  for and review of files that were reasonably likely to contain responsive documents

10  bearing on the issues in this litigation.

11

12  REQUEST NO. 238:

13         All COMMUNICATIONS and all DOCUMENTS constituting,

14  mentioning, describing discussing, referring or relating to all COMMUNICATIONS

15  with Matt Bousquette that refer or relate to the BRATZ CONCEPT, the FIRST

16  BRATZ DOLLS or BRYANT's work for MGA.

17

18  SUPPLEMENTED RESPONSE TO REQUEST NO. 238:

19         In addition to the General Objections stated above, which are

20  incorporated herein by reference, Mattel objects to this Request on the grounds that

21  it calls for the disclosure of information subject to the attorney-client privilege, the

22  attorney work-product doctrine and other applicable privileges.  Subject to the

23  foregoing, and as limited by the interpretation of the Request by MGA and the

24  Order, Mattel responds as follows:  Mattel has produced those responsive, non-

25  privileged documents that it was able to locate after a reasonable, good-faith search

26  for and review of files that were reasonably likely to contain responsive documents

27  bearing on the issues in this litigation.

28

EXHIBIT ____3____

PAGE ____71____

07209/2342869.1

-21-

MATTEL'S THIRD SUPP. RESP. TO MGA'S FIRST SET OF REQUESTS FOR PRODUCTION

1 REQUEST NO. 239:

2        All COMMUNICATIONS and all DOCUMENTS constituting,

3 mentioning, describing discussing, referring or relating to all COMMUNICATIONS

4 with Matt Bousquette that refer or relate to this litigation, the facts and

5 circumstances giving rise to this litigation, or BRYANT's alleged misconduct.

6

7 SUPPLEMENTED RESPONSE TO REQUEST NO. 239:

8        In addition to the General Objections stated above, which are

9 incorporated herein by reference, Mattel objects to this Request on the grounds that

10 it calls for the disclosure of information subject to the attorney-client privilege, the

11 attorney work-product doctrine and other applicable privileges.  Subject to the

12 foregoing, and as limited by the interpretation of the Request by MGA and the

13 Order, Mattel responds as follows:  Mattel has produced those responsive, non-

14 privileged documents that it was able to locate after a reasonable, good-faith search

15 for and review of files that were reasonably likely to contain responsive documents

16 bearing on the issues in this litigation.

17

18 REQUEST NO. 240:

19        All COMMUNICATIONS and all DOCUMENTS constituting,

20 mentioning, describing discussing, referring or relating to all COMMUNICATIONS

21 with Adrienne Fontanella that refer or relate to the BRATZ CONCEPT, the FIRST

22 BRATZ DOLLS or BRYANT's work for MGA.

23

24 SUPPLEMENTED RESPONSE TO REQUEST NO. 249:

25        In addition to the General Objections stated above, which are

26 incorporated herein by reference, Mattel objects to this Request on the grounds that

27 it calls for the disclosure of information subject to the attorney-client privilege, the

28 attorney work-product doctrine and other applicable privileges.  Subject to the

EXHIBIT PAGE

07209/2342869.1

1 | foregoing, and as limited by the interpretation of the Request by MGA and the
2 | Order, Mattel responds as follows: Mattel has produced those responsive, non-
3 | privileged documents that it was able to locate after a reasonable, good-faith search
4 | for and review of files that were reasonably likely to contain responsive documents
5 | bearing on the issues in this litigation.

6

7 | REQUEST NO. 241:

8 | All COMMUNICATIONS and all DOCUMENTS constituting,
9 | mentioning, describing discussing, referring or relating to all COMMUNICATIONS
10 | with Adrienne Fontanella that refer or relate to this litigation, the facts and
11 | circumstances giving rise to this litigation, or BRYANT's alleged misconduct.

12

13 | SUPPLEMENTED RESPONSE TO REQUEST NO. 241:

14 | In addition to the General Objections stated above, which are
15 | incorporated herein by reference, Mattel objects to this Request on the grounds that
16 | it calls for the disclosure of information subject to the attorney-client privilege, the
17 | attorney work-product doctrine and other applicable privileges. Subject to the
18 | foregoing, and as limited by the interpretation of the Request by MGA and the
19 | Order, Mattel responds as follows: Mattel has produced those responsive, non-
20 | privileged documents that it was able to locate after a reasonable, good-faith search
21 | for and review of files that were reasonably likely to contain responsive documents
22 | bearing on the issues in this litigation.

23

24 | REQUEST NO. 242:

25 | All COMMUNICATIONS and all DOCUMENTS constituting,
26 | mentioning, describing discussing, referring or relating to all COMMUNICATIONS
27 | with Tim Kilpin that refer or relate to the BRATZ CONCEPT, the FIRST BRATZ
28 | DOLLS or BRYANT's work for MGA.

EXHIBIT ___3___

1 | SUPPLEMENTED RESPONSE TO REQUEST NO. 242:

2 |     In addition to the General Objections stated above, which are
3 | incorporated herein by reference, Mattel objects to this Request on the grounds that
4 | it calls for the disclosure of information subject to the attorney-client privilege, the
5 | attorney work-product doctrine and other applicable privileges.  Subject to the
6 | foregoing, and as limited by the interpretation of the Request by MGA and the
7 | Order, Mattel responds as follows:  Mattel has produced those responsive, non-
8 | privileged documents that it was able to locate after a reasonable, good-faith search
9 | for and review of files that were reasonably likely to contain responsive documents
10 | bearing on the issues in this litigation.

11 |

12 | REQUEST NO. 243:

13 |     All COMMUNICATIONS and all DOCUMENTS constituting,
14 | mentioning, describing discussing, referring or relating to all COMMUNICATIONS
15 | with Tim Kilpin that refer or relate to this litigation, the facts and circumstances
16 | giving rise to this litigation, or BRYANT's alleged misconduct.

17 |

18 | SUPPLEMENTED RESPONSE TO REQUEST NO. 243:

19 |     In addition to the General Objections stated above, which are
20 | incorporated herein by reference, Mattel objects to this Request on the grounds that
21 | it calls for the disclosure of information subject to the attorney-client privilege, the
22 | attorney work-product doctrine and other applicable privileges.  Subject to the
23 | foregoing, and as limited by the interpretation of the Request by MGA and the
24 | Order, Mattel responds as follows:  Mattel has produced those responsive, non-
25 | privileged documents that it was able to locate after a reasonable, good-faith search
26 | for and review of files that were reasonably likely to contain responsive documents
27 | bearing on the issues in this litigation.

28 |

EXHIBIT ____3____

PAGE ____74____

1  REQUEST NO. 244:

2          All COMMUNICATIONS and all DOCUMENTS constituting,

3  mentioning, describing discussing, referring or relating to all COMMUNICATIONS

4  with Sujata Luther that refer or relate to the BRATZ CONCEPT, the FIRST BRATZ

5  DOLLS or BRYANT's work for MGA.

6

7  SUPPLEMENTED RESPONSE TO REQUEST NO. 244:

8          In addition to the General Objections stated above, which are

9  incorporated herein by reference, Mattel objects to this Request on the grounds that

10  it calls for the disclosure of information subject to the attorney-client privilege, the

11  attorney work-product doctrine and other applicable privileges.  Subject to the

12  foregoing, and as limited by the interpretation of the Request by MGA and the

13  Order, Mattel responds as follows:  Mattel has produced those responsive, non-

14  privileged documents that it was able to locate after a reasonable, good-faith search

15  for and review of files that were reasonably likely to contain responsive documents

16  bearing on the issues in this litigation.

17

18  REQUEST NO. 245:

19          All COMMUNICATIONS and all DOCUMENTS constituting,

20  mentioning, describing discussing, referring or relating to all COMMUNICATIONS

21  with Sujata Luther that refer or relate to this litigation, the facts and circumstances

22  giving rise to this litigation, or BRYANT's alleged misconduct.

23

24  SUPPLEMENTED RESPONSE TO REQUEST NO. 245:

25          In addition to the General Objections stated above, which are

26  incorporated herein by reference, Mattel objects to this Request on the grounds that

27  it calls for the disclosure of information subject to the attorney-client privilege, the

28  attorney work-product doctrine and other applicable privileges.  Subject to the

07209/2342869.1

-25-

EXHIBIT  3

1 | foregoing, and as limited by the interpretation of the Request by MGA and the
2 | Order, Mattel responds as follows:  Mattel has produced those responsive, non-
3 | privileged documents that it was able to locate after a reasonable, good-faith search
4 | for and review of files that were reasonably likely to contain responsive documents
5 | bearing on the issues in this litigation.
6 |
7 | REQUEST NO. 246:
8 |       All COMMUNICATIONS and all DOCUMENTS constituting,
9 | mentioning, describing discussing, referring or relating to all COMMUNICATIONS
10 | with Alan Kaye that refer or relate to the BRATZ CONCEPT, the FIRST BRATZ
11 | DOLLS or BRYANT's work for MGA.
12 |
13 | SUPPLEMENTED RESPONSE TO REQUEST NO. 246:
14 |       In addition to the General Objections stated above, which are
15 | incorporated herein by reference, Mattel objects to this Request on the grounds that
16 | it calls for the disclosure of information subject to the attorney-client privilege, the
17 | attorney work-product doctrine and other applicable privileges.  Subject to the
18 | foregoing, and as limited by the interpretation of the Request by MGA and the
19 | Order, Mattel responds as follows:  Mattel has produced those responsive, non-
20 | privileged documents that it was able to locate after a reasonable, good-faith search
21 | for and review of files that were reasonably likely to contain responsive documents
22 | bearing on the issues in this litigation.
23 |
24 | REQUEST NO. 247:
25 |       All COMMUNICATIONS and all DOCUMENTS constituting,
26 | mentioning, describing discussing, referring or relating to all COMMUNICATIONS
27 | with Alan Kaye that refer or relate to this litigation, the facts and circumstances
28 | giving rise to this litigation, or BRYANT's alleged misconduct.

07209/2342869.1

-26-

EXHIBIT ___

PAGE ___

1  SUPPLEMENTED RESPONSE TO REQUEST NO. 247:

2         In addition to the General Objections stated above, which are

3  incorporated herein by reference, Mattel objects to this Request on the grounds that

4  it calls for the disclosure of information subject to the attorney-client privilege, the

5  attorney work-product doctrine and other applicable privileges.  Subject to the

6  foregoing, and as limited by the interpretation of the Request by MGA and the

7  Order, Mattel responds as follows:  Mattel has produced those responsive, non-

8  privileged documents that it was able to locate after a reasonable, good-faith search

9  for and review of files that were reasonably likely to contain responsive documents

10 bearing on the issues in this litigation.

11

12 REQUEST NO. 248:

13         All COMMUNICATIONS and all DOCUMENTS constituting,

14 mentioning, describing discussing, referring or relating to all COMMUNICATIONS

15 with Veronica Marlowe that refer or relate to the BRATZ CONCEPT, the FIRST

16 BRATZ DOLLS or BRYANT's work for MGA.

17

18 SUPPLEMENTED RESPONSE TO REQUEST NO. 248:

19         In addition to the General Objections stated above, which are

20 incorporated herein by reference, Mattel objects to this Request on the grounds that

21 it calls for the disclosure of information subject to the attorney-client privilege, the

22 attorney work-product doctrine and other applicable privileges.  Subject to the

23 foregoing, and as limited by the interpretation of the Request by MGA and the

24 Order, Mattel responds as follows:  Mattel has produced those responsive, non-

25 privileged documents that it was able to locate after a reasonable, good-faith search

26 for and review of files that were reasonably likely to contain responsive documents

27 bearing on the issues in this litigation.

28

EXHIBIT __3__

PAGE __77__

1 | REQUEST NO. 249:

2        All COMMUNICATIONS and all DOCUMENTS constituting,

3 | mentioning, describing discussing, referring or relating to all COMMUNICATIONS

4 | with Veronica Marlowe that refer or relate to this litigation, the facts and

5 | circumstances giving rise to this litigation, or BRYANT's alleged misconduct.

6

7 | SUPPLEMENTED RESPONSE TO REQUEST NO. 249:

8        In addition to the General Objections stated above, which are

9 | incorporated herein by reference, Mattel objects to this Request on the grounds that

10 | it calls for the disclosure of information subject to the attorney-client privilege, the

11 | attorney work-product doctrine and other applicable privileges. Subject to the

12 | foregoing, and as limited by the interpretation of the Request by MGA and the

13 | Order, Mattel responds as follows: Mattel has produced those responsive, non-

14 | privileged documents that it was able to locate after a reasonable, good-faith search

15 | for and review of files that were reasonably likely to contain responsive documents

16 | bearing on the issues in this litigation.

17

18 | REQUEST NO. 258:

19        All DOCUMENTS relating to Bryant's employment including, without

20 | limitation, DOCUMENTS reflecting the period and conditions of the employment,

21 | the terms of the employment, and his job duties and responsibilities.

22

23 | SUPPLEMENTED RESPONSE TO REQUEST NO. 258:

24        In addition to the General Objections stated above, which are

25 | incorporated herein by reference, Mattel objects to this Request on the grounds that

26 | it calls for the disclosure of information subject to the attorney-client privilege, the

27 | attorney work-product doctrine and other applicable privileges. Subject to the

28 | foregoing, and pursuant to the Order, Mattel responds as follows: Mattel has

07209/2342869.1

EXHIBIT ___
PAGE ___

1   produced those responsive, non-privileged documents that it was able to locate after

2   a reasonable, good-faith search for and review of files that were reasonably likely to

3   contain responsive documents bearing on the issues in this litigation.

4

5   REQUEST NO. 259:

6         All DOCUMENTS that evidence, describe, mention, refer or relate to

7   the similarity of any art work created by any MATTEL employee, including but not

8   limited to BRYANT, prior to October 20, 2000, to BRATZ.

9

10   SUPPLEMENTED RESPONSE TO REQUEST NO. 259:

11         In addition to the General Objections stated above, which are

12   incorporated herein by reference, Mattel objects to this Request on the grounds that

13   it calls for the disclosure of information subject to the attorney-client privilege, the

14   attorney work-product doctrine and other applicable privileges.  Subject to the

15   foregoing, and pursuant to the Order, including the limitation stated in the Order that

16   MGA "is only seeking documents relating to the original artwork or work product

17   that Mattel claims Bryant copied, and is not seeking all documents relating to the

18   Diva Starz line," Mattel responds as follows:  Mattel has produced those responsive,

19   non-privileged documents that it was able to locate after a reasonable, good-faith

20   search for and review of files that were reasonably likely to contain responsive

21   documents bearing on the issues in this litigation.

22

23   REQUEST NO. 260:

24         All DOCUMENTS created after January 4, 1999 that evidence, relate

25   or refer to any activities of BRYANT other than his work for MATTEL.

26

27                               EXHIBIT ____3____

28                               PAGE ____79____

1    <u>SUPPLEMENTED RESPONSE TO REQUEST NO. 260:</u>

2             In addition to the General Objections stated above, which are

3    incorporated herein by reference, Mattel objects to this Request on the grounds that

4    it calls for the disclosure of information subject to the attorney-client privilege, the

5    attorney work-product doctrine and other applicable privileges.  Subject to the

6    foregoing, and pursuant to the Order, Mattel responds as follows:  Mattel has

7    produced those responsive, non-privileged documents that it was able to locate after

8    a reasonable, good-faith search for and review of files that were reasonably likely to

9    contain responsive documents bearing on the issues in this litigation.

10

11   <u>REQUEST NO. 261:</u>

12        All DOCUMENTS created after January 4, 1999 that evidence, relate or refer

13   to any activities of any current or former MATTEL employee performed in

14   connection with the conception, creation, design or development of BRATZ or

15   BRATZ INTELLECTUAL PROPERTY.

16

17   <u>SUPPLEMENTED RESPONSE TO REQUEST NO. 261:</u>

18             In addition to the General Objections stated above, which are

19   incorporated herein by reference, Mattel objects to this Request on the grounds that

20   it calls for the disclosure of information subject to the attorney-client privilege, the

21   attorney work-product doctrine and other applicable privileges.  Mattel further

22   objects to this Request on the grounds that it seeks information that is uniquely

23   within the possession of MGA, Bryant and other parties, as shown by ongoing

24   discovery, and, indeed, defendants have concealed and continue to conceal this

25   information in defiance of the Court's Orders.  Subject to the foregoing, and

26   pursuant to the Order, including the limitation stated in the Order that MGA "is only

27   seeking documents relating to the original artwork or work product that Mattel

28   claims Bryant copied, and is not seeking all documents relating to the Diva Starz

MATTEL'S THIRD SUPP. RESP. TO MGA'S FIRST SET OF REQUESTS FOR PRODUCTION

07209/2342869.1

1  line," Mattel responds as follows:  Mattel has produced those responsive, non-
2  privileged documents that it was able to locate after a reasonable, good-faith search
3  for and review of files that were reasonably likely to contain responsive documents
4  bearing on the issues in this litigation.
5
6  AMENDED REQUEST NO. 264 (as stated in the Order):
7       DOCUMENTS sufficient to identify all iterations of MATTEL'S policy
8  regarding part-time employment at MATTEL.
9
10 RESPONSE TO AMENDED REQUEST NO. 264:
11      Subject to the General Objections stated above, which are incorporated
12 herein by reference, and pursuant to the Order, Mattel responds as follows:  Mattel
13 has produced those responsive, non-privileged documents that it was able to locate
14 after a reasonable, good-faith search for and review of files that were reasonably
15 likely to contain responsive documents bearing on the issues in this litigation.
16
17 AMENDED REQUEST NO. 265 (as stated in the Order):
18      DOCUMENTS sufficient to identify all iterations of MATTEL's policy
19 regarding temporary employment at MATTEL.
20
21 RESPONSE TO AMENDED REQUEST NO. 265:
22      Subject to the General Objections stated above, which are incorporated
23 herein by reference, and pursuant to the Order, Mattel responds as follows:  Mattel
24 has produced those responsive, non-privileged documents that it was able to locate
25 after a reasonable, good-faith search for and review of files that were reasonably
26 likely to contain responsive documents bearing on the issues in this litigation.
27
28

EXHIBIT ____3____

PAGE ____81____

-31-

MATTEL'S THIRD SUPP. RESP. TO MGA'S FIRST SET OF REQUESTS FOR PRODUCTION

1  AMENDED REQUEST NO. 266 (as stated in the Order):

2      All DOCUMENTS, including agreements and contracts, that describe,

3  discuss, govern, control, regulate or limit how and to what extent a person employed

4  part-time at MATTEL is allowed, or not allowed, to work for him or herself or other

5  companies or entities, including MGA, while employed by MATTEL.

6

7  RESPONSE TO AMENDED REQUEST NO. 266:

8      In addition to the General Objections stated above, which are

9  incorporated herein by reference, Mattel objects to this Request on the grounds that

10 it calls for the disclosure of information subject to the attorney-client privilege, the

11 attorney work-product doctrine and other applicable privileges.  Subject to the

12 foregoing, and pursuant to the Order, Mattel responds as follows:  Mattel has

13 produced those responsive, non-privileged documents that it was able to locate after

14 a reasonable, good-faith search for and review of files that were reasonably likely to

15 contain responsive documents bearing on the issues in this litigation.

16

17 AMENDED REQUEST NO. 267 (as stated in the Order):

18     All DOCUMENTS, including agreements and contracts, that describe,

19 discuss, govern, control, regulate or limit how and to what extent a person employed

20 part-time at MATTEL is allowed, or not allowed, to work for him or herself or other

21 companies or entities, including MGA, while employed by MATTEL.

22

23 RESPONSE TO AMENDED REQUEST NO. 267:

24     In addition to the General Objections stated above, which are

25 incorporated herein by reference, Mattel objects to this Request on the grounds that

26 it calls for the disclosure of information subject to the attorney-client privilege, the

27 attorney work-product doctrine and other applicable privileges.  Subject to the

28 foregoing, and pursuant to the Order, Mattel responds as follows:  Mattel has

EXHIBIT ___

PAGE ___

07209/2342869.1

-32-

1  produced those responsive, non-privileged documents that it was able to locate after

2  a reasonable, good-faith search for and review of files that were reasonably likely to

3  contain responsive documents bearing on the issues in this litigation.

4

5  REQUEST NO. 268:

6          All hard drives and back-up data, no matter how stored, for all

7  computers used by BRYANT while employed by MATTEL, to the extent such

8  drives and back-up data contain data made or accessed by, sent to or received by

9  BRYANT.

10

11  SUPPLEMENTED RESPONSE TO REQUEST NO. 268:

12          In addition to the General Objections stated above, which are

13  incorporated herein by reference, Mattel objects to this Request to the extent that it

14  calls for the disclosure of information subject to the attorney-client privilege, the

15  attorney work-product doctrine and other applicable privileges.  Subject to the

16  foregoing, and pursuant to the Order, Mattel responds as follows:  Mattel has

17  conducted a reasonable, good-faith search for the hard drives and back-up data for

18  all computers used by Bryant while employed by Mattel.  Mattel will produce

19  responsive hard drives and data if and when they are located.

20

21  REQUEST NO. 269:

22          All DOCUMENTS that constitute, evidence, describe, depict, refer or

23  relate to any art work or other work product done by YOU that YOU contend

24  BRYANT utilized or used in connection with his creation of anything for MGA,

25  including, without limitation, BRATZ or BRATZ INTELLECTUAL PROPERTY.

26

27          EXHIBIT _____ 3

28          PAGE _____ 83

07209/2342869.1

-33-

MATTEL'S THIRD SUPP. RESP. TO MGA'S FIRST SET OF REQUESTS FOR PRODUCTION

1  SUPPLEMENTED RESPONSE TO REQUEST NO. 269:

2       In addition to the General Objections stated above, which are

3  incorporated herein by reference, Mattel objects to this Request on the grounds that

4  it calls for the disclosure of information subject to the attorney-client privilege, the

5  attorney work-product doctrine and other applicable privileges.  Mattel further

6  objects to this Request on the grounds that it seeks information that is uniquely

7  within the possession of MGA, Bryant and other parties, as shown by ongoing

8  discovery, and, indeed, defendants have concealed and continue to conceal this

9  information in defiance of the Court's Orders.  Subject to the foregoing, and

10  pursuant to the Order, including the limitation stated in the Order that MGA "is only

11  seeking documents relating to the original artwork or work product that Mattel

12  claims Bryant copied, and is not seeking all documents relating to the Diva Starz

13  line," Mattel responds as follows:  Mattel has produced those responsive, non-

14  privileged documents that it was able to locate after a reasonable, good-faith search

15  for and review of files that were reasonably likely to contain responsive documents

16  bearing on the issues in this litigation.

17

18  REQUEST NO. 270:

19       All DOCUMENTS and COMMUNICATIONS in YOUR possession

20  that were exchanged between BRYANT and Anne Wang.

21

22  SUPPLEMENTED RESPONSE TO REQUEST NO. 270:

23       In addition to the General Objections stated above, which are

24  incorporated herein by reference, Mattel objects to this Request on the grounds that

25  it calls for the disclosure of information subject to the attorney-client privilege, the

26  attorney work-product doctrine and other applicable privileges.  Subject to the

27  foregoing, and pursuant to the Order, Mattel responds as follows:  No responsive

28  documents have been located by Mattel after a reasonable, good-faith search for and

1 | review of files that were reasonably likely to contain responsive documents bearing
2 | on the issues in this litigation.

3

4 | REQUEST NO. 271:

5 |          All DOCUMENTS and COMMUNICATIONS in YOUR possession
6 | that were exchanged between BRYANT and MGA.

7

8 | SUPPLEMENTED RESPONSE TO REQUEST NO. 271:

9 |          In addition to the General Objections stated above, which are
10 | incorporated herein by reference, Mattel objects to this Request on the grounds that
11 | it calls for the disclosure of information subject to the attorney-client privilege, the
12 | attorney work-product doctrine and other applicable privileges.  Subject to the
13 | foregoing, and pursuant to the Order, Mattel responds as follows:  Mattel has
14 | produced those responsive, non-privileged documents that it was able to locate after
15 | a reasonable, good-faith search for and review of files that were reasonably likely to
16 | contain responsive documents bearing on the issues in this litigation.

17

18 | REQUEST NO. 296:

19 |          All DOCUMENTS supporting, refuting, or evidencing the allegation in
20 | paragraph 17 of the COMPLAINT that the "Employment Agreement and the
21 | Conflict Questionnaire are valid, enforceable contracts."

22

23 | SUPPLEMENTED RESPONSE TO REQUEST NO. 296:

24 |          In addition to the General Objections stated above, which are
25 | incorporated herein by reference, Mattel objects to this Request on the grounds that
26 | it calls for the disclosure of information subject to the attorney-client privilege, the
27 | attorney work-product doctrine and other applicable privileges.  Subject to the
28 | foregoing, and pursuant to the Order, Mattel responds as follows:  Mattel has

1  produced those responsive, non-privileged documents that it was able to locate after

2  a reasonable, good-faith search for and review of files that were reasonably likely to

3  contain responsive documents bearing on the issues in this litigation.

4

5  REQUEST NO. 302:

6        All DOCUMENTS constituting, evidencing, describing, showing or

7  depicting the "intellectual property owned by Mattel," alleged in paragraph 19 of the

8  COMPLAINT.

9

10  SUPPLEMENTED RESPONSE TO REQUEST NO. 302:

11        In addition to the General Objections stated above, which are

12  incorporated herein by reference, Mattel objects to this Request on the grounds that

13  it calls for the disclosure of information subject to the attorney-client privilege, the

14  attorney work-product doctrine and other applicable privileges.  Subject to the

15  foregoing, and pursuant to the Order, Mattel responds as follows:  Mattel has

16  produced those responsive, non-privileged documents that it was able to locate after

17  a reasonable, good-faith search for and review of files that were reasonably likely to

18  contain responsive documents bearing on the issues in this litigation.

19

20  REQUEST NO. 303:

21        All patents, copyright registrations, and trademark registrations

22  covering or relating to the "intellectual property owned by Mattel," alleged in

23  paragraph 19 of the COMPLAINT, and any other indicia of ownership, authorship

24  and inventorship including, without limitation, any assignments or licenses for or to

25  the alleged property.

26

27     EXHIBIT _____ 3

28     PAGE _____ 86

07209/2342869.1

1   SUPPLEMENTED RESPONSE TO REQUEST NO. 303:

2          In addition to the General Objections stated above, which are

3   incorporated herein by reference, Mattel objects to this Request on the grounds that

4   it calls for the disclosure of information subject to the attorney-client privilege, the

5   attorney work-product doctrine and other applicable privileges. Subject to the

6   foregoing, and pursuant to the Order, Mattel responds as follows: Mattel has

7   produced those responsive, non-privileged documents that it was able to locate after

8   a reasonable, good-faith search for and review of files that were reasonably likely to

9   contain responsive documents bearing on the issues in this litigation.

10

11  REQUEST NO. 306:

12         All DOCUMENTS supporting, refuting, or evidencing the allegation in

13  paragraph 20 of the COMPLAINT that "Bryant's conduct" has caused "irreparable

14  injury to Mattel."

15

16  SUPPLEMENTED RESPONSE TO REQUEST NO. 306:

17         In addition to the General Objections stated above, which are

18  incorporated herein by reference, Mattel objects to this Request on the grounds that

19  it calls for the disclosure of information subject to the attorney-client privilege, the

20  attorney work-product doctrine and other applicable privileges. Subject to the

21  foregoing, and pursuant to the Order, Mattel responds as follows: Mattel has

22  produced those responsive, non-privileged documents that it was able to locate after

23  a reasonable, good-faith search for and review of files that were reasonably likely to

24  contain responsive documents bearing on the issues in this litigation.

25

26

27                                          EXHIBIT ___3___

28                                          PAGE ___67___

07209/2342869.1

1  REQUEST NO. 307:

2          All DOCUMENTS describing, discussing, mentioning, referring or

3  relating to the nature, extent and substance of the "irreparable injury" alleged in

4  paragraph 20 of the COMPLAINT.

5

6  SUPPLEMENTED RESPONSE TO REQUEST NO. 307:

7          In addition to the General Objections stated above, which are

8  incorporated herein by reference, Mattel objects to this Request on the grounds that

9  it calls for the disclosure of information subject to the attorney-client privilege, the

10 attorney work-product doctrine and other applicable privileges. Subject to the

11 foregoing, and pursuant to the Order, Mattel responds as follows: Mattel has

12 produced those responsive, non-privileged documents that it was able to locate after

13 a reasonable, good-faith search for and review of files that were reasonably likely to

14 contain responsive documents bearing on the issues in this litigation.

15

16 REQUEST NO. 329:

17          All DOCUMENTS constituting, identifying, evidencing, describing,

18 showing or depicting the "used and diverted Mattel ... resources" mentioned in

19 paragraph 36 of the COMPLAINT.

20

21 SUPPLEMENTED RESPONSE TO REQUEST NO. 329:

22          In addition to the General Objections stated above, which are

23 incorporated herein by reference, Mattel objects to this Request on the grounds that

24 it calls for the disclosure of information subject to the attorney-client privilege, the

25 attorney work-product doctrine and other applicable privileges. Subject to the

26 foregoing, and pursuant to the Order, Mattel responds as follows: Mattel has

27 produced those responsive, non-privileged documents that it was able to locate after

28

EXHIBIT ____3____

1  a reasonable, good-faith search for and review of files that were reasonably likely to
2  contain responsive documents bearing on the issues in this litigation.

3

4  **REQUEST NO. 330:**

5         All DOCUMENTS identifying, evidencing or describing the "used and
6  diverted ... opportunities" mentioned in paragraph 36 of the COMPLAINT.

7

8  **SUPPLEMENTED RESPONSE TO REQUEST NO. 330:**

9         In addition to the General Objections stated above, which are
10  incorporated herein by reference, Mattel objects to this Request on the grounds that
11  it calls for the disclosure of information subject to the attorney-client privilege, the
12  attorney work-product doctrine and other applicable privileges.  Subject to the
13  foregoing, and pursuant to the Order, Mattel responds as follows:  Mattel has
14  produced those responsive, non-privileged documents that it was able to locate after
15  a reasonable, good-faith search for and review of files that were reasonably likely to
16  contain responsive documents bearing on the issues in this litigation.

17

18  DATED:  January 19, 2008          QUINN EMANUEL URQUHART OLIVER &
                                       HEDGES, LLP
19

20                                 By
21                                    Michael T. Zeller
22                                    Timothy L. Alger
                                      Attorneys for Mattel, Inc.
23

24

25

26

27                                            EXHIBIT ___3___

28                                            PAGE ___89___

07209/2342869.1                              -39-

MATTEL'S THIRD SUPP. RESP. TO MGA'S FIRST SET OF REQUESTS FOR PRODUCTION

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017.

On January 18, 2008, I served true copies of the following documents described as:

### MATTEL'S THIRD SUPPLEMENTAL RESPONSES TO MGA'S FIRST SET OF REQUESTS FOR PRODUCTION

on the parties in this action as follows:

| | |
|---|---|
| Skadden, Arps, Slate, Meagher & Flom LLP<br>   Thomas J. Nolan, Esq.<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071<br>Telephone: 213.687.5000<br>Facsimile: 213.687.5600 | **Attorneys for *MGA Entertainment, Inc., MGA Entertainment (HK) Ltd., Isaac Larian and MGAE de Mexico, S.R.L. de C.V.*** |
| Keker & Van Nest, LLP<br>   John W. Keker, Esq.<br>   Michael H. Page, Esq.<br>   Christa M. Anderson, Esq.<br>710 Sansome Street<br>San Francisco, CA 94111<br>Telephone: 415.391.5400<br>Facsimile: 415.397.7188 | **Attorneys for *Carter Bryant*** |
| Overland Borenstein Scheper & Kim, LLP<br>   Mark E. Overland, Esq.<br>   David C. Scheper, Esq.<br>   Alexander H. Cote, Esq.<br>300 South Grand Avenue, Suite 2750<br>Los Angeles, CA 90071<br>Telephone: 213.613.4655<br>Facsimile: 213.613.4656 | **Attorneys for *Carlos Gustavo Machado Gomez*** |

[√]   **[MAIL]** As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business, addressed as set forth below. I am aware that on motion of the party

07209/2336687.1

Case No. CV 04-9049 SGL (RNBx)
PROOF OF SERVICE RE MATTEL'S OPPOSITION TO MOTION TO COMPEL

EXHIBIT

1  served, service is presumed invalid if postal cancellation date or postage

2  meter date is more than one day after date of deposit for mailing in affidavit.

3

4       I declare that I am employed in the office of a member of the bar of this

5  court at whose direction the service was made

6

7       Executed on January 18, 2008, at Los Angeles, California.

8

9

10                Albert V. Villamil

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26                     EXHIBIT ___3___

27                     PAGE ____91____

28

07209/2336687.1

Case No. CV 04-9049 SGL (RNBx)
PROOF OF SERVICE RE MATTEL'S OPPOSITION TO MOTION TO COMPEL

1 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  | John B. Quinn (Bar No. 090378)
2 | johnquinn@quinnemanuel.com
  | Michael T. Zeller (Bar No. 196417)
3 | michaelzeller@quinnemanuel.com
  | Timothy L. Alger (Bar No. 160303)
4 | timalger@quinnemanuel.com
  | Bridget A. Morris (Bar No. 240592)
5 | bridgetmorris@quinnemanuel.com
  | 865 South Figueroa Street, 10th Floor
6 | Los Angeles, California 90017-2543
  | Telephone:  (213) 443-3000
7 | Facsimile:  (213) 443-3100

8 | Attorneys for Plaintiff and Counter-
  | Defendant Mattel

9

10 | UNITED STATES DISTRICT COURT

11 | CENTRAL DISTRICT OF CALIFORNIA

12 | EASTERN DIVISION

13 | CARTER BRYANT, an individual,          | CASE NO. CV 04-09049 SGL (RNBx)

14 |                Plaintiff,              | Consolidated with:
                                            | Case No. CV 04-09059
15 |                                        | Case No. CV 05-02727

16 |      v.                                | MATTEL'S CORRECTED SECOND

17 | MATTEL, INC., a Delaware               | SUPPLEMENTAL RESPONSES TO
    | Corporation,                          | MGA'S FIRST SET OF REQUESTS
18 |                                        | FOR PRODUCTION

19 |                Defendant.              | Hon. Stephen G. Larson

20 |                                        | Discovery Cutoff:        None set
    |                                       | Pretrial Conf. Date:     None set
21 | AND CONSOLIDATED ACTIONS              | Trial Date:              None set

22

23

24

25

26

27 | EXHIBIT  4

28 | PAGE  92

8-16

07975/2195636.1

## **Preliminary Statement**

Mattel is supplementing its original responses to certain requests set forth in MGA's First Set of Requests of Production in light of the parties' meet and confers held on July 26, July 27, August 11, and December 15, 2006, in light of the Court's May 22, 2007 Order and in light of MGA's now-started identification of certain requests as being at issue. Mattel has not yet completed its investigation of the facts relating to this action, has not yet reviewed all documents relating to this action, has not yet interviewed all witnesses in this action, and has not yet received all requested discovery from defendants and third parties with regard to this action. Consequently, Mattel reserves the right to amend and/or supplement its responses if and when additional facts or documents are discovered. Additionally, because Mattel's responses are based on facts and documents that Mattel has identified to date, they do not preclude Mattel from later relying on facts discovered pursuant to further investigation or discovery or on subsequently discovered or generated documents. Mattel's partial response to any of the First Set of Requests for Production of Documents and Things (the "Requests") is not to be construed as a waiver of any of its objections or its right to object to any other request. Mattel's agreement to produce responsive, non-privileged documents in response to a specific Request does not constitute an admission by Mattel that such responsive, non-privileged documents actually exist.

## **General Objections**

Mattel generally objects to each of the requests on each and every one of the following grounds, which are incorporated into and made a part of Mattel's response to each and every individual request:

1.     Mattel objects to the Requests on the grounds that they seek to impose obligations upon Mattel beyond those required or permitted by the Federal Rules of Civil Procedure.

EXHIBIT ____ 4

PAGE ____ 93

07975/2195636.1

-1-

1          2.       Mattel objects to the Requests on the grounds that they call for
2   the disclosure of information subject to the attorney-client privilege, the work
3   product doctrine and other applicable privileges, including without limitation the
4   privilege against disclosure of the identities and work product of consulting experts.
5   Such documents and information will not be produced.

6          3.       Mattel objects to the Requests on the grounds that they call for
7   information that is not relevant to the claims or defenses of the pending action, nor
8   reasonably calculated to lead to the discovery of admissible evidence.

9          4.       Mattel objects to the Requests on the grounds that they are
10  unduly burdensome and vague and ambiguous in that they purport to require Mattel
11  to identify and produce documents relating to matters that are currently known to
12  and in the possession, custody and control of defendants and third parties, including
13  third parties associated with defendants, and that are not known to Mattel.

14         5.       Mattel objects to the Requests on the grounds that they seek the
15  production of documents or information that are in the possession, custody and
16  control of independent parties over whom Mattel has no control, including without
17  limitation defendants, and seek the disclosure of information or documents that are
18  in the possession, custody and control of defendants or are publicly available and
19  hence equally available to all parties to this litigation.

20         6.       Mattel objects to the Requests on the grounds that they are
21  unduly burdensome and oppressive, including without limitation in seeking "all"
22  documents that evidence, refer or relate to a given topic.  Mattel will make available
23  for inspection and copying those documents and tangible items that it is able to
24  locate after a reasonable, good-faith search for and review of non-privileged files
25  that are reasonably likely to contain responsive documents and tangible things
26  bearing on the issues in this litigation.

27
28

EXHIBIT ___4___

PAGE ___94___

07975/2195636.1

-2-

MATTEL'S CORRECTED SECOND SUPP. RESP. TO MGA'S FIRST SET OF REQUESTS FOR PRODUCTION

1    7.    Mattel objects to the Requests on the grounds that they seek
2  documents whose production would violate the terms of agreements entered into
3  with third parties, or violate the privacy, contractual, or other rights of third parties.

4    8.    Mattel objects to the Requests on the grounds that the definition
5  of "Mattel" is overbroad, vague and ambiguous and unduly burdensome.

6    9.    Mattel objects to the Requests on the grounds that they seek
7  confidential, proprietary and trade secret information. Such information, to the
8  extent it is relevant to this action and either has been or will be produced, has been
9  and will be produced only in reliance upon and pursuant to protective order.

10    10.    Mattel objects to the Requests on the grounds that they seek
11  documents containing confidential, proprietary and trade secret information, such as
12  current and future Mattel marketing and pricing plans and strategies, that have no
13  bearing on the claims or defenses in this matter.

14    11.    Mattel objects to each and every request to the extent that they
15  seek documents already produced in this action. Documents which have already
16  been produced will not be produced again in response to these requests.

17    12.    Mattel objects to each Request seeking information on damages
18  on that grounds that it is premature in that it seeks expert discovery. Such discovery
19  will be disclosed only at the time, and in the manner required by, the Rules and the
20  Court's Orders.

21    13.    Mattel objects to each Request seeking information on damages
22  on that grounds that it is premature and unreasonably burdensome in that such
23  information is in the possession, custody and control of defendants and third parties
24  associated with defendants but has not been disclosed by defendants and their
25  associated third parties.

26    14.    Mattel objects to the time, place and manner of production
27  specified in defendant's Requests. Mattel will produce responsive, non-privileged
28  documents and tangible things, if any and to the extent not previously produced, in

EXHIBIT ___

PAGE ___

1    accordance with its responses at a time and place and in a manner that is reasonable,

2    convenient and mutually agreed upon by the parties.

3

4                    **RESPONSES TO REQUESTS FOR PRODUCTION**

5                    Each of the following objections and responses to the Requests is

6    expressly made subject to the above Preliminary Statement and General Objections,

7    all of which are incorporated in each of the following objections and responses to

8    specific requests.  A statement by Mattel that it will produce documents or tangible

9    things in response to a Request is not intended to suggest, nor should it be construed

10   to mean, that any such documents or tangible things exist, or that they are in Mattel's

11   possession, custody or control.

12

13   REQUEST NO. 82:

14                   All DOCUMENTS mentioning, referring or relating to the conception,

15   creation, design, development or reduction to practice of "Toon Teens" and any

16   related or derivative works, including, without limitation, DOCUMENTS

17   commissioning, assigning, contracting for, or otherwise requesting work on or

18   assistance with the conception, creation, design, development or reduction to

19   practice of said work(s).

20

21   SUPPLEMENTAL RESPONSE TO REQUEST NO. 82:

22                   In addition to the general objections stated above, which are

23   incorporated herein by reference, Mattel objects to this Request as overbroad and

24   unduly burdensome in that it seeks all documents in Mattel's possession, custody

25   and control created by anyone at any time that are related to this topic. Mattel

26   further objects to this Request as vague and ambiguous in its use of the terms

27   "related" or "derivative."  Mattel further objects to this Request on the grounds that

28   it seeks confidential, proprietary and trade secret information that has no bearing on

07975/2195636.1

1  proprietary and trade secret information that has no bearing on the claims or
2  defenses in this case.  Mattel further objects to this Request on the grounds that it
3  calls for the disclosure of information subject to the attorney-client privilege, the
4  attorney work-product doctrine and other applicable privileges.  Mattel further
5  objects to this Request on the grounds that it is duplicative of or subsumed within
6  other requests within this set of requests, duplicative of or subsumed within prior
7  Requests already responded to in this litigation, and seeks the re-production of
8  information and documents already produced in this action.  Such information and
9  documents will not be re-produced.  Subject to and without waiving the foregoing
10  general and specific objections, Mattel has produced all phone records within its
11  possession.  Mattel will produce other responsive, non-privileged documents in its
12  possession, custody or control, which it has been able to locate after a diligent
13  search and reasonable inquiry, to the extent not previously produced.
14
15  REQUEST NO. 186:
16          All DOCUMENTS evidencing, mentioning, referring to, or relating to
17  BRYANT's involvement with, work on, or connection to the conception, design,
18  creation or development of BRATZ or BRATZ INTELLECTUAL PROPERTY.
19
20  SUPPLEMENTAL RESPONSE TO REQUEST NO. 186:
21          In addition to the general objections stated above, which are
22  incorporated herein by reference, Mattel objects to this Request as overbroad and
23  unduly burdensome in that it seeks all documents in Mattel's possession, custody
24  and control created by anyone at any time that are related to this topic.  Mattel
25  further objects to this Request on the grounds and to the extent that it requires
26  Mattel to engage in an unreasonable search, in violation of the Federal Rules.
27  Mattel further objects to this Request on the grounds that it seeks confidential,
28  proprietary and trade secret information that has no bearing on the claims or

-22-

EXHIBIT ___
PAGE ___

1  defenses in this case.  Mattel further objects to this Request on the grounds that it
2  calls for the disclosure of information subject to the attorney-client privilege, the
3  attorney work-product doctrine and other applicable privileges.  Mattel further
4  objects to this Request on the grounds that it is duplicative of or subsumed within
5  other requests within this set of requests, duplicative of or subsumed within prior
6  Requests already responded to in this litigation, and seeks the re-production of
7  information and documents already produced in this action.  Such information and
8  documents will not be re-produced.  Subject to and without waiving the foregoing
9  general and specific objections, Mattel will produce responsive, non-privileged
10  documents in its possession, custody or control, which it has been able to locate
11  after a diligent search and reasonable inquiry, to the extent not previously produced.
12
13  REQUEST NO. 187:
14       All DOCUMENTS evidencing, mentioning, referring to, or relating to
15  BRYANT's involvement with, contract with, and work with or for MGA.
16
17  SUPPLEMENTAL RESPONSE TO REQUEST NO. 187:
18       In addition to the general objections stated above, which are
19  incorporated herein by reference, Mattel objects to this Request as overbroad and
20  unduly burdensome in that it seeks all documents in Mattel's possession, custody
21  and control created by anyone at any time that are related to this topic.  Mattel
22  further objects to this Request on the grounds and to the extent that it requires
23  Mattel to engage in an unreasonable search, in violation of the Federal Rules.
24  Mattel further objects to this Request on the grounds that it seeks confidential,
25  proprietary and trade secret information that has no bearing on the claims or
26  defenses in this case.  Mattel further objects to this Request on the grounds that it
27  calls for the disclosure of information subject to the attorney-client privilege, the
28  attorney work-product doctrine and other applicable privileges.  Mattel further

07975/2195636.1
-23-
MATTEL'S CORRECTED SECOND SUPP. RESP. TO MGA'S FIRST SET OF REQUESTS FOR PRODUCTION

EXHIBIT
PAGE

1  objects to this Request on the grounds that it is duplicative of or subsumed within

2  other requests within this set of requests, duplicative of or subsumed within prior

3  Requests already responded to in this litigation, and seeks the re-production of

4  information and documents already produced in this action.  Such information and

5  documents will not be re-produced.  Subject to and without waiving the foregoing

6  general and specific objections, Mattel will produce responsive, non-privileged

7  documents in its possession, custody or control, which it has been able to locate

8  after a diligent search and reasonable inquiry, to the extent not previously produced.

9

10  REQUEST NO. 224:

11         All COMMUNICATIONS and all DOCUMENTS constituting,

12  mentioning, describing discussing, referring or relating to all COMMUNICATIONS

13  with Anna Rhee that refer or relate to the BRATZ CONCEPT, the FIRST BRATZ

14  DOLLS or BRYANT's work for MGA.

15

16  SUPPLEMENTAL RESPONSE TO REQUEST NO. 224:

17         In addition to the general objections stated above, which are

18  incorporated herein by reference, Mattel objects to this Request as overbroad and

19  unduly burdensome in that it seeks all documents in Mattel's possession, custody

20  and control created by anyone at any time that are related to this topic. Mattel

21  further objects to this Request on the grounds that the terms "BRATZ CONCEPT"

22  and "FIRST BRATZ DOLLS" are vague and ambiguous.  Mattel further objects to

23  this Request on the grounds and to the extent that it requires Mattel to engage in an

24  unreasonable search, in violation of the Federal Rules.  Mattel further objects to this

25  Request on the grounds that it seeks confidential, proprietary and trade secret

26  information that has no bearing on the claims or defenses in this case.  Mattel further

27  objects to this Request on the grounds that it calls for the disclosure of information

28  subject to the attorney-client privilege, the attorney work-product doctrine and other

EXHIBIT _____
PAGE _____

1 | responsive documents relating to Bryant's creation of the "property of Mattel"

2 | referenced in paragraph 41 of the COMPLAINT, to the extent such non-privileged,

3 | responsive documents can be located pursuant to reasonable search and have not

4 | already been produced.

5

6 | DATED:  August 16, 2007

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

7

8 | By

9 | Timothy L. Alger
   Attorneys for Plaintiff and Counter-

10 | Defendant Mattel

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT ____ 4

PAGE ____ 100

07975/2195636.1

MATTEL'S CORRECTED SECOND SUPP. RESP. TO MGA'S FIRST SET OF REQUESTS FOR PRODUCTION

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On August 16, 2007, I served true copies of the following document(s) described as **MATTEL'S CORRECTED SECOND SUPPLEMENTAL RESPONSES TO MGA'S FIRST SET OF REQUESTS FOR PRODUCTION** on the parties in this action as follows:

Diana M. Torres, Esq.
**O'MELVENY & MYERS, LLP**
400 S. Hope Street
Los Angeles, CA 90071
*Attorneys for MGA ENTERTAINMENT, INC.*

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 16, 2007, at Los Angeles, California.

NOW LEGAL -- Dave Quintana

EXHIBIT _____ 4

PAGE _____ 101

07209/2169461.1

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On August 16, 2007, I served true copies of the following document(s) described as **MATTEL'S CORRECTED SECOND SUPPLEMENTAL RESPONSES TO MGA'S FIRST SET OF REQUESTS FOR PRODUCTION** on the parties in this action as follows:

John W. Keker
**Keker & Van Nest, LLP**
710 Sansome Street
San Francisco, CA 94111
*Attorney for CARTER BRYANT*

Patricia Glaser, Esq.
Christensen, Glaser, Fink, Jacobs, Weil & Shapiro, LLP
10250 Constellation Blvd., 19th Floor
Los Angeles, CA 90067
*Attorney for MGA Entertainment*

James Spertus
Law Offices of James W. Spertus
12100 Wilshire Blvd., Suite 620
Los Angeles, CA 90025

**BY U.S. MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 16, 2007, at Los Angeles, California.

_____
Yalonda J. Dekle

07209/2128071.1

EXHIBIT _____ 4
PAGE _____ 102

**Exhibit 5**

# CONFIDENTIAL - FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER