```
 1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
      John B. Quinn (Bar No. 090378)
 2    johnquinn@quinnemanuel.com
      Michael T. Zeller (Bar No. 196417)
 3    (michaelzeller@quinnemanuel.com)
      Jon D. Corey (Bar No. 185066)
 4    (joncorey@quinnemanuel.com)
    865 South Figueroa Street, 10th Floor
 5  Los Angeles, California 90017-2543
    Telephone: (213) 443-3000
 6  Facsimile: (213) 443-3100

 7  Attorneys for Mattel, Inc.
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## EASTERN DIVISION

| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>[PUBLIC REDACTED]<br><br>MATTEL, INC.'S NOTICE OF ERRATA REGARDING EXHIBIT 22 TO THE CONFIDENTIAL DECLARATION OF JON D. COREY IN SUPPORT MATTEL, INC.'S *EX PARTE* APPLICATION; (1) TO COMPEL DEPOSITIONS OF DAPHNE GRONICH, JOE TIONGCO, MARIANA TRUEBA, PABLO VARGAS, MGA ENTERTAINMENT, INC. (PURSUANT TO RULE 30(B)(6), AND MGAE DE MEXICO (PURSUANT TO 30(B)(6) AND (2) FOR LEAVE TO TAKE DEPOSITIONS IN FEBRUARY 2008; OR, IN THE ALTERNATIVE, FOR AN ORDER SHORTENING TIME TO HEAR A MOTION SEEKING THE FOREGOING RELIEF<br><br>Hearing Date: February 4, 2008<br>Time: 10:00 a.m.<br>Courtroom: 1<br><br>**Phase 1:**<br>Discovery Cut-off: Jan. 28, 2008<br>Pre-trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |
|---|---|

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

      PLEASE TAKE NOTICE of the following errata relating to Exhibit 22 to the Confidential Declaration of Jon D. Corey in Support of Mattel, Inc.'s Ex Parte Application (1) to Compel Depositions of Daphne Gronich, Joe Tiongco, Marian Trueba, Pablo Vargas, MGA Entertainment, Inc. (pursuant to Rule 30(b)(6)), and MGAE de Mexico (pursuant to Rule 30(b)(6)), and (2) for Leave to Take Depositions in February 2008; or, in the Alternative, for an Order Shortening Time To Hear a Motion Seeking the Foregoing Relief.

      1.    The first page of Exhibit 22 to the Corey Dec. was inadvertently omitted from the exhibit filed with the Court. A true and correct copy of Exhibit 22 is attached hereto as Exhibit 22.

DATED: February 1, 2008      QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

      By /s/ Jon D. Corey
      Jon D. Corey
      Attorneys for Mattel, Inc.

# EXHIBIT 22 REMOVED

# PURSUANT TO PROTECTIVE ORDER