

THOMAS J. NOLAN (Bar No. 066992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, CA  90071-3144
Telephone:   (213) 687-5000
Facsimile:    (213) 687-5600
E-mail:       tnolan@skadden.com

RAOUL D. KENNEDY (Bar No. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Embarcadero Center, Suite 3800
San Francisco, CA  94111
Telephone:   (415) 984-6400
Facsimile:   (415) 984-2698
E-mail:       rkennedy@skadden.com

Attorneys for Counter-Defendants,
MGA ENTERTAINMENT, INC., ISAAC LARIAN, MGA ENTERTAINMENT
(HK) LIMITED, AND MGAE de MEXICO S.R.L. de C.V.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation<br><br>Defendant. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>**PROOF OF SERVICE** |
| Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Discovery Cut-Off:  January 28, 2008 |

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 300 South Grand Avenue, 34th Floor, Los Angeles, CA 90071.

On January 31, 2008, I served the foregoing documents described as:

### SEE ATTACHED DOCUMENT LIST

on the interested parties in this action addressed as follows:

### SEE ATTACHED SERVICE LIST

☐ (BY PERSONAL SERVICE)   ☐   By personally delivering copies to the person served. (FEDERAL)

☑   I caused such document to be hand delivered to the above addressees. (FEDERAL)

☐ (BY FEDERAL EXPRESS) I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing with Federal Express and the fact that the correspondence would be deposited with Federal Express that same day in the ordinary course of business; on this date, the above-referenced correspondence was placed for deposit at Los Angeles, California and placed for collection and mailing following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed on January 31, 2008 at Los Angeles, California.

Matthew T. Bowman
PRINT NAME                    SIGNATURE

2

1

## DOCUMENT LIST

2

3  **(1)  ISAAC LARIAN'S AND MGA'S OPPOSITION TO MOTION OF MATTEL. INC. TO COMPEL THE CONTINUED DEPOSITION OF ISAAC LARIAN AND TO OVERRULE INSTRUCTIONS NOT TO ANSWER**

4

5  **(2)  DECLARATION OF PAUL M. ECKLES IN SUPPORT OF ISAAC LARIAN'S AND MGA'S OPPOSITION TO MOTION OF MATTEL. INC. TO COMPEL THE CONTINUED DEPOSITION OF ISAAC LARIAN AND TO OVERRULE INSTRUCTIONS NOT TO ANSWER**

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE                                                                NO. CV 04-9049 SGL (RNBx)

1   SERVICE LIST

2

3   John B. Quinn, Esq.                          John W. Keker, Esq.
    Michael T. Zeller, Esq.                      Michael H. Page, Esq.
4   Jon D. Corey, Esq.                           Keker & Van Nest, LLP
    Timothy L. Alger, Esq.                       710 Sansome Street
5   Quinn Emanuel Urquhart Oliver &              San Francisco, CA  94111
    Hedges, LLP                                  (415)  391-5400
6   865 South Figueroa Street, 10th Floor        (415)  397-7188 (Fax)
    Los Angeles, CA  90017-2543
7   (213)  443-3000                              Attorneys for Carter Bryant
    (213)  443-3100 (Fax)                        [Federal Express]
8
    Attorneys for Mattel, Inc.
9   [Personal Service]

10

11
    Mark E. Overland, Esq.
12  Alexander H. Cote, Esq.
    David C. Scheper, Esq.
13  Overland Borenstein Scheper & Kim
    300 South Grand Avenue, Suite 2750
14  Los Angeles, CA  90071
    (213)  613-4655
15  (213)  613-4656 (Fax)

16  [Federal Express]

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE                                      NO. CV 04-9049 SGL (RNBx)