QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 28 AND 29 TO THE SUPPLEMENTAL DECLARATION OF JON D. COREY IN SUPPORT MATTEL, INC.'S REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF EX PARTE APPLICATION<br><br>[[Proposed] Order filed concurrently]<br><br>Date:  N/A<br>Time:  N/A<br>Place: N/A<br><br>**Phase 1**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal Exhibits 28 and 28 to the Supplemental Declaration of Jon D. Corey ("Supp. Corey Dec.") in Support of Mattel. Inc.'s Reply

1  Memorandum of Points and Authorities In Support of Ex Parte Application (1) to
2  Compel Depositions of Daphne Gronich, Joe Tiongco, Mariana Trueba, Pablo
3  Vargas, MGA Entertainment, Inc. (pursuant to Rule 30(b)(6)), and MGAE de
4  Mexico (pursuant to Rule 30(b)(6)) and (2) for Leave to Take Depositions in
5  February 2008; or, in the Alternative, for an Order Shortening Time to Hear a
6  Motion Seeking the Foregoing Relief (collectively the "Exhibits").

7      The Exhibits include materials that MGA and/or Bryant have
8  designated as "Confidential" or "Confidential--Attorneys' Eyes Only" pursuant to
9  the Protective Order. Accordingly, Mattel requests that the Court order that the
10  Exhibits be filed under seal.

11      In the alternative, Mattel requests that the Court declare that these
12  materials are outside the definitions of "Confidential" and "Confidential--Attorneys'
13  Eyes Only" as contained in the Stipulated Protective Order and order them to be
14  filed as part of the public record.

16  DATED: February 1, 2008    QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

18      By /s/ Jon D. Corey
19        Jon D. Corey
      Attorneys for Mattel, Inc.