QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>PROOF OF SERVICE<br><br>Hearing Date: February 4, 2008<br>Time: 10:00 a.m.<br>Courtroom: Hon. Stephen G. Larson<br><br>**Phase 1:**<br>Discovery Cut-off: January 28, 2008<br>Pre-trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2374744.1

SUPPLEMENTAL DECLARATION OF JON DE. COREY ISO MATTEL'S EX PARTE APPLICATION

1

2 **PROOF OF SERVICE**

3   I am employed in the County of Los Angeles, State of California. I am over

4 the age of eighteen years and not a party to the within action; my business address is

5 NOW Messenger Service, 1301 West Second Street, Suite 206, Los Angeles,

6 California 90026.

7   On February 1, 2008, I served true copies of the following documents

8 described as:

9 1.   SUPPLEMENTAL DECLARATION OF JON D. COREY IN SUPPORT

10 OF MATTEL, INC.'S EX PARTE APPLICATION; (1) TO COMPEL

11 DEPOSITIONS OF DAPHNE GRONICH, JOE TIONGCO, MARIANA

12 TRUEBA, PABLO VARGAS, MGA ENTERTAINMENT, INC. (PURSUANT

13 TO RULE 30(B)(6), AND MGAE DE MEXICO (PURSUANT TO 30(B)(6)

14 AND (2) FOR LEAVE TO TAKE DEPOSITIONS IN FEBRUARY 2008; OR,

15 IN THE ALTERNATIVE, FOR AN ORDER SHORTENING TIME TO

16 HEAR A MOTION SEEKING THE FOREGOING RELIEF

17 2.   MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS

18 28 AND 29 TO THE SUPPLEMENTAL DECLARATION OF JON D. COREY

19 IN SUPPORT MATTEL, INC.'S REPLY MEMORANDUM OF POINTS AND

20 AUTHORITIES OF EX PARTE APPLICATION;

21 3.   [PROPOSED] ORDER RE MATTEL, INC.'S APPLICATION TO FILE

22 UNDER SEAL; AND

23 4.   PROOF OF SERVICE.

24 on the parties in this action as follows:

| Skadden, Arps, Slate, Meagher & Flom LLP<br>  Thomas J. Nolan, Esq.<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA  90071<br>Telephone: 213.687.5000<br>Facsimile: 213.687.5600 | **Attorneys for *MGA Entertainment, Inc., MGA Entertainment (HK) Ltd., Isaac Larian and MGAE de Mexico, S.R.L. de C.V.*** |
|---|---|

07209/2364041.1

[√]   **[PERSONAL]** by personally delivering the document listed above to the person(s) at the address(es) set forth above.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made

Executed on February 1, 2008, at Los Angeles, California.

_____
David Quintana

07209/2364041.1

## PROOF OF SERVICE

1  I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017.

On February 1, 2008, I served true copies of the following documents described as:

1. SUPPLEMENTAL DECLARATION OF JON D. COREY IN SUPPORT OF MATTEL, INC.'S EX PARTE APPLICATION; (1) TO COMPEL DEPOSITIONS OF DAPHNE GRONICH, JOE TIONGCO, MARIANA TRUEBA, PABLO VARGAS, MGA ENTERTAINMENT, INC. (PURSUANT TO RULE 30(B)(6), AND MGAE DE MEXICO (PURSUANT TO 30(B)(6) AND (2) FOR LEAVE TO TAKE DEPOSITIONS IN FEBRUARY 2008; OR, IN THE ALTERNATIVE, FOR AN ORDER SHORTENING TIME TO HEAR A MOTION SEEKING THE FOREGOING RELIEF

2. MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 28 AND 29 TO THE SUPPLEMENTAL DECLARATION OF JON D. COREY IN SUPPORT MATTEL, INC.'S REPLY MEMORANDUM OF POINTS AND AUTHORITIES OF EX PARTE APPLICATION;

3. [PROPOSED] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL; AND

4. PROOF OF SERVICE.

on the parties in this action as follows:

| | |
|---|---|
| Keker & Van Nest, LLP<br>John W. Keker, Esq.<br>Michael H. Page, Esq.<br>Christa M. Anderson, Esq.<br>710 Sansome Street<br>San Francisco, CA 94111<br>Telephone: 415.391.5400<br>Facsimile: 415.397.7188 | Overland Borenstein Scheper & Kim, LLP<br>Mark E. Overland, Esq.<br>David C. Scheper, Esq.<br>Alexander H. Cote, Esq.<br>300 South Grand Avenue, Suite 2750<br>Los Angeles, CA 90071<br>Telephone: 213.613.4655<br>Facsimile: 213.613.4656 |

07209/2364041.1

1
2  [√]   **BY OVERNIGHT DELIVERY:** I deposited such document(s) in a
3  box or other facility regularly maintained by the overnight service carrier, or
4  delivered such document(s) to a courier or driver authorized by the overnight service
5  carrier to receive documents, in sealed envelope(s) or package(s) designated by the
6  overnight service carrier with delivery fees paid or provided for, addressed to the
7  person(s) being served.
8      I declare that I am employed in the office of a member of the bar of this court
9  at whose direction the service was made.
10     Executed on February 1, 2008, at Los Angeles, California.
11
12
13                                              _____
                                                Kelly Velazquez
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

07209/2364041.1