Michael T. Zeller (SBN 196417)
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an Individual<br><br>PLAINTIFF(S)<br>v.<br>MATTEL, INC., a Delaware Corporation<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CV 04-9049 SGL (RNBx)<br><br>NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
1. Mattel's Notice of Motion to Compel MGA to Produce Communication Regarding this Action;
2. Declaration of B. Dylan Proctor In Support of Mattel's Motion to Compel MGA to Produce Communication
3. Mattel's Application to File Under Seal   4. [Proposed] Order

**Document Description:**
- ☐ Administrative Record
- ☐ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h))
- ☑ Other   Declaration, Motion, Application and Proposed Order

**Reason:**
- ☑ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☑ Per Court order dated   January 4, 2005
- ☐ Manual Filing required (*reason*):

_____February 5, 2008_____          /s/ B. Dylan Proctor_____
Date                                 Attorney Name

                                     Mattel, Inc._____
                                     Party Represented

Note:  File one Notice in each case, each time you manually file document(s).

G-92 (02/07)                   NOTICE OF MANUAL FILING