# Exhibit 7

ORIGINAL

1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
2    John B. Quinn (Bar No. 90378)
     (johnquinn@quinnemanuel.com)
     Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
     Jon D. Corey (Bar No. 185066)
4    (joncorey@quinnemanuel.com)
     Timothy L. Alger (Bar No. 160303)
5    (timalger@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
6  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
7  Facsimile: (213) 443-3100

8  Attorneys for Mattel, Inc.

9              UNITED STATES DISTRICT COURT

10            CENTRAL DISTRICT OF CALIFORNIA

11                   EASTERN DIVISION

12 | CARTER BRYANT, an individual,        | CASE NO. CV 04-9049 SGL (RNBx)

13 |              Plaintiff,              | Consolidated with
                                           Case No. CV 04-09059
14 |       v.                            | Case No. CV 05-02727

15 | MATTEL, INC., a Delaware            | MATTEL, INC.'S FIRST SET OF
   | corporation,                        | REQUESTS FOR DOCUMENTS AND
16 |                                     | THINGS TO ISAAC LARIAN
   |              Defendant.
17 |
18 | AND CONSOLIDATED CASES.
19
20
21
22
23
24
25
26
27
28

EXHIBIT 7 PAGE 176

C6|13|c7

1    Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Mattel,

2    Inc. hereby requests that defendant Isaac Larian ("Larian") respond to these

3    document requests ("Requests") and make available for inspection and copying

4    originals of the following documents within 30 days of service at the offices of

5    Quinn Emanuel Urquhart Oliver & Hedges, LLP, 865 South Figueroa Street, 10th

6    floor, Los Angeles, CA 90017.  Larian shall be obligated to supplement the

7    responses to these Requests at such times and to the extent required by Rule 26(e) of

8    the Federal Rules of Civil Procedure.

9

10   **I.    DEFINITIONS**

11

12           For purposes of these Requests, the following definitions apply:

13           A.    "YOU," "YOUR" and "LARIAN" mean Isaac Larian and any

14   individual or entity acting directly or indirectly by, through, under or on behalf of

15   Isaac Larian, including but not limited to current or former directors, officers,

16   agents, attorneys, employees, partners, joint venturers, contractors, accountants, or

17   representatives of Isaac Larian or any entity under the control or direction of Isaac

18   Larian (including but not limited to MGA), and any corporation, partnership,

19   association, trust, predecessor-in-interest and successor-in-interest, and any other

20   PERSON acting on behalf of Isaac Larian or pursuant to his authority or subject to

21   his control.

22           B.    "MGA" means MGA Entertainment, Inc. and all current or

23   former directors, officers, employees, agents, contractors, attorneys, accountants,

24   representatives, subsidiaries, divisions, AFFILIATES, predecessors-in-interest and

25   successors-in-interest, and any other PERSON acting on its behalf, pursuant to its

26   authority or subject to its control.

27           C.    "MATTEL" means Mattel, Inc. and all current or former

28   directors, officers, employees, agents, contractors, attorneys, accountants,

1   representatives, subsidiaries, divisions, AFFILIATES, predecessors-in-interest and

2   successors-in-interest, and any other PERSON acting on its behalf, pursuant to its

3   authority or subject to its control.

4           D.      "BRYANT" means Carter Bryant, any of his current or former

5   agents, representatives, attorneys, employees, partners, joint venturers,

6   predecessors-in-interest and successors-in-interest, and any other PERSON acting

7   on his behalf, pursuant to his authority or subject to his control.  For purposes of

8   these Requests, "MGA" and "LARIAN" do not include "BRYANT."

9           E.      "DOCUMENT" or "DOCUMENTS" means all "writings" and

10  "recordings" as those terms are defined in Rule 1001 of the Federal Rules of

11  Evidence and Rule 34 of the Federal Rules of Civil Procedure and shall include all

12  writings, including but not limited to handwriting, typewriting, printing, image,

13  photograph, photocopy, digital file of any kind, transmittal by (or as an attachment

14  to) electronic mail (including instant messages and text messages) or facsimile,

15  video and audio recordings, and every other means of recording upon any tangible

16  thing, any form of communication or representation, and any record thereby created,

17  regardless of the manner in which the record has been stored, and all non-identical

18  copies of such DOCUMENTS, in the possession, custody, or control of YOU,

19  YOUR counsel, or any other PERSON acting on YOUR behalf.

20          F.      "COMMUNICATION," in the plural as well as the singular,

21  means any transmittal and/or receipt of information, whether such was oral or

22  written, and whether such was by chance, prearranged, formal or informal, and

23  specifically includes, but is not limited to, conversations in person, telephone

24  conversations, electronic mail (including instant messages and text messages),

25  voicemail, letters, memoranda, statements, media releases, magazine and newspaper

26  articles, and video and audio transmissions.

27          G.      "DESIGN" or "DESIGNS" means any and all representations,

28  whether two-dimensional or three-dimensional, and whether in tangible, digital,

07209/2142932.1

EXHIBIT ___7___ PAGE 178

-3-

MATTEL'S FIRST SET OF DOCUMENT REQUESTS TO ISAAC LARIAN

1  electronic or other form, including but not limited to all works, designs, artwork,

2  sketches, drawings, illustrations, representations, depictions, blueprints, schematics,

3  diagrams, images, sculptures, prototypes, models, samples, rotocasts, reductions to

4  practice, developments, concepts, ideas, inventions and/or improvements, as well as

5  all other items, things and DOCUMENTS in which any of the foregoing are or have

6  been expressed, embodied, contained, fixed or reflected in any manner, whether in

7  whole or in part.

8       H.    "BRATZ" means any project, product, doll or DESIGN or any

9  portion thereof ever known by that name, that is now or has ever been known as, or

10  sold or marketed under, the name or term "Bratz" or that is now or has ever been

11  sold or marketed as part of the "Bratz" line, including without limitation all

12  prototypes, models, samples and versions thereof.  As used herein, "products, dolls

13  or DESIGNS or any portion thereof" also includes without limitation any names,

14  fashions, accessories, artwork, packaging or any other works, materials, matters or

15  items included or associated therewith.  Without limiting the generality of the

16  foregoing, "BRATZ" includes any such project, product, doll or DESIGN,

17  regardless of what any such project, product, doll or DESIGN has in fact been

18  called, and regardless of what any such project, product, doll or DESIGN is or has

19  been also, previously or subsequently called.  Also without limiting the generality of

20  the foregoing, and contrary to MGA's recent assertions in connection with other

21  Mattel discovery requests, the term "BRATZ" does not require that there be a doll

22  existing at the time of the event, incident or occurrence that is the subject of, or

23  otherwise relevant or responsive to, the Requests herein.

24       I.    "ANGEL" refers to those projects, products, dolls or DESIGNS

25  or any portion thereof, sometimes called "Angel Faces" and/or "Prayer Angels," that

26  MGA has claimed are the subject of MGA000706-08, MGA000710-12,

27  MGA000714-16, MGA000718-20, MGA000724-28 and MGA000734, including

28  without limitation all prototypes, models, samples and versions thereof.  As used

1   herein, "products, dolls or DESIGNS or any portion thereof" also includes without

2   limitation any names, fashions, accessories, artwork, packaging or any other works,

3   materials, matters or items included or associated therewith.  Without limiting the

4   generality of the foregoing, "ANGEL" includes any such project, product, doll or

5   DESIGN, regardless of what any such project, product, doll or DESIGN has in fact

6   been called, and regardless of what any such project, product, doll or DESIGN is or

7   has been also, previously or subsequently called.  Also without limiting the

8   generality of the foregoing, and contrary to MGA's recent assertions in connection

9   with other Mattel discovery requests, the term "ANGEL" does not require that there

10  be a doll existing at the time of the event, incident or occurrence that is the subject

11  of, or otherwise relevant or responsive to, the Requests herein.

12       J.     "AFFILIATES" means any and all corporations, proprietorships,

13  d/b/a's, partnerships, joint ventures and business entities of any kind that, directly or

14  indirectly, in whole or in part, own or control, are under common ownership or

15  control with, or are owned or controlled by a PERSON, party or entity, including

16  without limitation each parent, subsidiary and joint venture of such PERSON, party

17  or entity.

18       K.     "IDENTIFY" or "IDENTITY" means the following:

19            (a)    With reference to an individual, means such individual's

20  name, current or last known business title, current or last known business affiliation,

21  current or last known relationship to YOU, current or last known residential and

22  business address, and current or last known telephone number.

23            (b)    With reference to an entity or governmental organization,

24  means such entity's or organization's name, present or last-known address, and

25  present or last-known telephone number and the IDENTITY of each individual who

26  has served or participated as a contact for or on behalf of such entity or organization.

27            (c)    With reference to an account with a bank or financial

28  institution, means the name and address of the bank or financial institution, the

EXHIBIT 7 PAGE 180

MATTEL'S FIRST SET OF DOCUMENT REQUESTS TO ISAAC LARIAN

1  account number(s) for or otherwise associated with such account and the name of

2  each holder, including without limitation each beneficial holder, of each such

3  account.

4         (d)    With reference to a STORAGE DEVICE, means the

5  manufacturer name, brand, model name and number, serial number and all other

6  manufacturer identifiers, and the technical specifications and capacities of such

7  STORAGE DEVICE.

8         L.    "ACTION" means this action now consolidated under Case No.

9  04-9049 before the Hon. Stephen Larson and formerly Mattel, Inc. v. Bryant, first

10 filed in Los Angeles County Superior Court; Bryant v. Mattel, Inc.; and MGA

11 Entertainment, Inc. v. Mattel, Inc.; and all counterclaims, cross-claims and defenses

12 therein.

13        M.    "DIGITAL INFORMATION" means any information created or

14 stored digitally, including but not limited to electronically, magnetically or optically.

15        N.    "STORAGE DEVICE" means any computer hard drive,

16 memory, USB device, tape, storage array or any other device or medium that allows

17 a user, whether permanently, temporarily or otherwise, to create, generate, prepare,

18 transmit, copy, retain, store or maintain DIGITAL INFORMATION.

19        O.    "FAMILY MEMBER" means any PERSON who at any time is,

20 was or has been a parent, spouse, or child of another PERSON.

21        P.    "RELATING," "RELATING TO," "REFERRING OR

22 RELATING TO," or "REFER OR RELATE TO" means any and all of the following

23 terms and their synonyms: refer to, discuss, constitute, evidence, pertain to,

24 mention, support, contradict, negate, bear on, touch on, contain, embody, reflect,

25 identify, state, deal with, concern, comment on, summarize, respond to, relate to, or

26 describe.

27        Q.    "PERSON," in the plural as well as the singular, means any

28 natural person, association, partnership, corporation, joint venture, government

EXHIBIT 7  PAGE 181

1   entity, organization, trust, institution, proprietorship, or any other entity recognized

2   as having an existence under the laws in the United States or any other nation.

3      R. "BRATZ PRODUCT" means any product, whether two-

4   dimensional or three-dimensional, and whether in tangible, digital, electronic or

5   other form: (i) that is or has ever been distributed, marketed or sold under the name

6   "Bratz" or as part of the "Bratz" line; (ii) that depicts, incorporates, embodies,

7   consists of or REFERS OR RELATES TO BRATZ; and/or (iii) that is or has ever

8   been distributed, marketed or sold in any packaging that includes the name "Bratz"

9   or depicts, incorporates, embodies, consists of or REFERS OR RELATES TO

10  BRATZ.

11     S. "BRATZ DOLL" means any doll that is or has ever been

12  distributed, marketed, sold or offered for sale under the name "Bratz" or as part of

13  the "Bratz" line.

14     T. "BRATZ MOVIE" means any motion picture or film that

15  depicts, incorporates, embodies, consists of or REFERS OR RELATES TO BRATZ

16  or any BRATZ DESIGN.

17     U. "BRATZ TELEVISION SHOW" means any production

18  exhibited on television that depicts, incorporates, embodies, consists of or REFERS

19  OR RELATES TO BRATZ or any BRATZ DESIGN.

20     V. "DIVA STARZ" means any project, product, doll or DESIGN or

21  any portion thereof ever known by that name, that is now or has ever been known

22  as, or sold or marketed under, the name or term "DIVA STARZ" or that is now or

23  has ever been sold or marketed as part of the "DIVA STARZ" line, including

24  without limitation "Chat Girls," "Brats," and "Chat Brats," and including without

25  limitation all prototypes, models, samples and versions thereof.  As used herein,

26  "products, dolls or DESIGNS or any portion thereof" also includes without

27  limitation any names, fashions, accessories, artwork, packaging or any other works,

28  materials, matters or items included or associated therewith.  Without limiting the

1  generality of the foregoing, "DIVA STARZ" includes any such project, product, doll

2  or DESIGN, regardless of what any such project, product, doll or DESIGN has in

3  fact been called, and regardless of what any such project, product, doll or DESIGN

4  is or has been also, previously or subsequently called.  Also without limiting the

5  generality of the foregoing, and contrary to MGA's recent assertions in connection

6  with other Mattel discovery requests, the term "DIVA STARZ" does not require that

7  there be a doll existing at the time of the event, incident or occurrence that is the

8  subject of, or otherwise relevant or responsive to, the Requests herein.

9       W.    The singular form of a noun or pronoun includes within its

10  meaning the plural form of the noun or pronoun so used, and *vice versa*; the use of

11  the masculine form of a pronoun also includes within its meaning the feminine form

12  of the pronoun so used, and *vice versa*; the use of any tense of any verb includes

13  also within its meaning all other tenses of the verb so used, whenever such

14  construction results in a broader request for information; and "and" includes "or"

15  and *vice versa*, whenever such construction results in a broader disclosure of

16  documents or information

17

18  **II.    INSTRUCTIONS**

19

20       A.    YOU are to produce all requested DOCUMENTS in YOUR

21  possession, custody or control.

22       B.    If YOU contend that YOU are not required to produce certain

23  DOCUMENTS called for by these Requests on the grounds of a privilege or

24  protection that YOU are not prepared to waive, identify each such DOCUMENT

25  and provide the following information:

26       1.         the date and type of the DOCUMENT, the author(s) and

27              all recipients;

28

07209/2142932.1

MATTEL'S FIRST SET OF DOCUMENT REQUESTS TO ISAAC LARIAN

EXHIBIT __7__ PAGE __183__

2.   the privilege or protection that YOU claim permits YOU to withhold the DOCUMENT;

3.   the title and subject matter of the DOCUMENT;

4.   any additional facts on which YOU base YOUR claim of privilege or protection; and

5.   the identity of the current custodian of the original of the DOCUMENT.

C.   DOCUMENTS shall be produced in their original file folders, or in lieu thereof, any writing on the file folder from which each such DOCUMENT is taken shall be copied and appended to such DOCUMENT and the PERSON for whom or department, division or office for which the DOCUMENT or the file folder is maintained shall be identified.

D.   The DOCUMENTS should be produced in their complete and unaltered form. Attachments to DOCUMENTS should not be removed. The DOCUMENTS should not be cut-up, pasted over, redacted or altered in any way for any reason, including alleged nonrelevance. If emails are produced that had attachments, the attachments shall be attached when produced.

E.   DOCUMENTS in electronic form shall be produced in that form.

F.   In the event that any DOCUMENT called for by these requests has been destroyed or discarded, that DOCUMENT is to be identified by stating:

1.   the date and type of the DOCUMENT, the author(s) and all recipients;

2.   the DOCUMENT's date, subject matter, number of pages, and attachments or appendices;

3.   the date of destruction or discard, manner of destruction or discard, and reason for destruction or discard;

4.   the PERSONS who were authorized to carry out such destruction or discard;

EXHIBIT 7 PAGE 184

| | | |
|---|---|---|
| 1 | 5. | the PERSONS who have knowledge of the content, |
| 2 | | origins, distribution and destruction of the DOCUMENT; |
| 3 | | and |
| 4 | 6. | whether any copies of the document exist and, if so, the |
| 5 | | name of the custodian of each copy. |
| 6 | | |

## III.   REQUESTS FOR DOCUMENTS AND THINGS

**REQUEST FOR PRODUCTION NO. 1:**

All DOCUMENTS prepared, drafted, written, transmitted or received (whether in whole or in part) prior to December 31, 2001 RELATING TO BRATZ.

**REQUEST FOR PRODUCTION NO. 2:**

All DOCUMENTS RELATING TO BRATZ and RELATING TO any time prior to December 31, 2001 (regardless of when such DOCUMENT was prepared, written, transmitted or received, whether in whole or in part).

**REQUEST FOR PRODUCTION NO. 3:**

All DOCUMENTS RELATING TO the origin(s), conception and creation of BRATZ, including without limitation all DOCUMENTS RELATING TO the timing and the method and manner in which BRATZ first came to YOUR or MGA's attention.

**REQUEST FOR PRODUCTION NO. 4:**

All DOCUMENTS RELATING TO the modeling, prototyping, rotocasting, sculpting or DESIGN of BRATZ at any time prior to June 30, 2001, including without limitation all DOCUMENTS RELATING to the creation, preparation or modification of any three-dimensional representation of BRATZ.

07209/2142932.1

-10-

EXHIBIT 7 PAGE 185

MATTEL'S FIRST SET OF DOCUMENT REQUESTS TO ISAAC LARIAN

REQUEST FOR PRODUCTION NO. 5:

All DOCUMENTS RELATING TO any payment or transfer of anything of value made to or on behalf of BRYANT for any DESIGN that BRYANT assigned or transferred to YOU or MGA prior to October 21, 2000, regardless of when such payment was actually made.

REQUEST FOR PRODUCTION NO. 6:

All DOCUMENTS that RELATING TO invoices submitted by BRYANT to YOU or MGA prior to January 31, 2001.

REQUEST FOR PRODUCTION NO. 7:

All royalty statements to or for BRYANT.

REQUEST FOR PRODUCTION NO. 8:

All DOCUMENTS RELATING TO BRYANT's participation in the conception, creation, DESIGN, development, sculpting, tooling, production or manufacture of BRATZ.

REQUEST FOR PRODUCTION NO. 9:

All DOCUMENTS RELATING TO COMMUNICATIONS between YOU or MGA and BRYANT and RELATING TO the period prior to December 31, 2001 (regardless of when such document was prepared, written, transmitted or received, whether in whole or in part), including without limitation all diaries, notes, calendars, logs, phone records and letters, that reflect, record or memorialize or otherwise RELATING TO any such COMMUNICATIONS.

EXHIBIT 7 PAGE 186

-11-

REQUEST FOR PRODUCTION NO. 10:

All DOCUMENTS RELATING TO COMMUNICATIONS between YOU or MGA and BRYANT prior to December 31, 2001, including without limitation all diaries, notes, calendars, logs, phone records and letters, that reflect, record or memorialize or otherwise RELATING TO any such COMMUNICATIONS.

REQUEST FOR PRODUCTION NO. 11:

All COMMUNICATIONS between YOU or MGA and BRYANT prior to December 31, 2001.

REQUEST FOR PRODUCTION NO. 12:

All DOCUMENTS RELATING TO COMMUNICATIONS between YOU or MGA and BRYANT prior to December 31, 2001 (regardless of when such DOCUMENT was prepared, written, transmitted or received, whether in whole or in part), including without limitation all diaries, notes, calendars, logs, phone records and letters, that reflect, record or memorialize or otherwise RELATING TO any such COMMUNICATIONS.

REQUEST FOR PRODUCTION NO. 13:

All COMMUNICATIONS RELATING TO BRATZ between YOU or MGA and any PERSON prior to December 31, 2001.

REQUEST FOR PRODUCTION NO. 14:

All DOCUMENTS RELATING TO COMMUNICATIONS between YOU or MGA and any PERSON and RELATING TO the period prior to December 31, 2001 (regardless of when such DOCUMENT was prepared, written, transmitted or received, whether in whole or in part), including without limitation all diaries,

EXHIBIT 7 PAGE 187

1  notes, calendars, logs, phone records and letters, that reflect, record or memorialize

2  or otherwise RELATING TO any such COMMUNICATIONS.

3

4  REQUEST FOR PRODUCTION NO. 15:

5     All COMMUNICATIONS RELATING TO BRATZ between YOU or

6  MGA and BRYANT.

7

8  REQUEST FOR PRODUCTION NO. 16:

9     All DOCUMENTS RELATING TO BRYANT's employment by

10  MATTEL.

11

12  REQUEST FOR PRODUCTION NO. 17:

13     All DOCUMENTS RELATING TO YOUR or MGA's knowledge of

14  BRYANT's employment by MATTEL.

15

16  REQUEST FOR PRODUCTION NO. 18:

17     All DOCUMENTS RELATING TO DESIGNS that BRYANT

18  produced, prepared, created, authored, conceived of or reduced to practice, whether

19  alone or jointly with others, prior to December 31, 2001.

20

21  REQUEST FOR PRODUCTION NO. 19:

22     All DOCUMENTS RELATING TO DESIGNS produced, prepared,

23  created, authored, conceived of or reduced to practice prior to December 31, 2001

24  by BRYANT, whether alone or jointly with others, in which YOU or MGA have

25  purported at any time to purchase, acquire or own any right, title or interest (whether

26  in whole or in part).

27

28

REQUEST FOR PRODUCTION NO. 20:

All DOCUMENTS, including without limitation all COMMUNICATIONS between YOU or MGA and any PERSON, RELATING TO any agreement or contract between BRYANT and MATTEL.

REQUEST FOR PRODUCTION NO. 21:

All DOCUMENTS, including without limitation all COMMUNICATIONS between YOU or MGA and any PERSON, RELATING TO YOUR or MGA's knowledge of any agreement or contract between BRYANT and MATTEL.

REQUEST FOR PRODUCTION NO. 22:

All DOCUMENTS RELATING TO any payment or transfer of anything of value made to or on behalf of BRYANT prior to October 21, 2000 or for work or services performed by BRYANT prior to October 21, 2000 regardless of when such payment was actually made.

REQUEST FOR PRODUCTION NO. 23:

All DOCUMENTS RELATING TO any agreement or contract between YOU or MGA, on the one hand, and BRYANT, on the other hand, including without limitation all drafts thereof, all actual or proposed amendments, modifications and revisions thereto and all COMMUNICATIONS RELATING thereto.

REQUEST FOR PRODUCTION NO. 24:

All doll heads, sculpts, prototypes, models, samples and tangible items that were created, prepared or made, whether in whole or in part, prior to December 31, 2001 RELATING TO BRATZ.

EXHIBIT 7 PAGE 189

REQUEST FOR PRODUCTION NO. 25:

All doll heads, sculpts, prototypes, models, samples and tangible items that were created, prepared or made, whether in whole or in part, prior to December 31, 2001 RELATING TO ANGEL.

REQUEST FOR PRODUCTION NO. 26:

All DOCUMENTS RELATING TO each and every sculpt of BRATZ (including without limitation any model, prototype or sample thereof) prior to June 1, 2001.

REQUEST FOR PRODUCTION NO. 27:

All DOCUMENTS RELATING TO each and every sculpt of ANGEL (including without limitation any model, prototype or sample thereof).

REQUEST FOR PRODUCTION NO. 28:

All DOCUMENTS RELATING TO the procurement, fabrication, preparation and production of each and every mold for BRATZ (including without limitation for any model, prototype or sample thereof) prior June 30, 2001, including without limitation all orders, purchase orders and invoices relating thereto.

REQUEST FOR PRODUCTION NO. 29:

DOCUMENTS sufficient to show when any mold for ANGEL (including without limitation for any model, prototype or sample thereof) was first ordered, requested, procured, fabricated, prepared and produced.

REQUEST FOR PRODUCTION NO. 30:

All DOCUMENTS RELATING TO any showing, presentation or exhibition, or any proposed, offered or requested showing, presentation or

1  exhibition, of BRATZ (including without limitation any model, prototype or sample

2  thereof) prior to June 30, 2001.

3

4  REQUEST FOR PRODUCTION NO. 31:

5          DOCUMENTS sufficient to show when ANGEL (including without

6  limitation any model, prototype or sample thereof) was first exhibited, shown or

7  presented to any third party.

8

9  REQUEST FOR PRODUCTION NO. 32:

10          All COMMUNICATIONS between YOU or MGA and any wholesaler,

11  distributor, and/or retailer RELATING TO BRATZ prior to December 31, 2001.

12

13  REQUEST FOR PRODUCTION NO. 33:

14          All COMMUNICATIONS between YOU or MGA and any wholesaler,

15  distributor, and/or retailer RELATING TO ANGEL.

16

17  REQUEST FOR PRODUCTION NO. 34:

18          All DOCUMENTS RELATING TO when and where BRATZ

19  (including without limitation any model, prototype or sample thereof) was first

20  marketed to any wholesaler, distributor and/or retailer.

21

22  REQUEST FOR PRODUCTION NO. 35:

23          All DOCUMENTS RELATING TO when and where ANGEL

24  (including without limitation any model, prototype or sample thereof) was first

25  marketed to any wholesaler, distributor and/or retailer.

26

27

28

EXHIBIT 7 PAGE 91

07209/2142932.1

REQUEST FOR PRODUCTION NO. 36:

DOCUMENTS sufficient to show when and where BRATZ was first shipped, distributed and sold.

REQUEST FOR PRODUCTION NO. 37:

DOCUMENTS sufficient to show when and where ANGEL was first shipped, distributed and sold.

REQUEST FOR PRODUCTION NO. 38:

All DOCUMENTS RELATING TO the licensing, including without limitation the proposed, offered or requested licensing, of BRATZ prior to December 31, 2001.

REQUEST FOR PRODUCTION NO. 39:

All COMMUNICATIONS between YOU or MGA and any manufacturer, or any contemplated, proposed or potential manufacturer, RELATING TO BRATZ prior to December 31, 2001.

REQUEST FOR PRODUCTION NO. 40:

DOCUMENTS sufficient to identify when YOU or MGA first contacted any manufacturer, or any contemplated, proposed or potential manufacturer, for the production or manufacture of ANGEL.

REQUEST FOR PRODUCTION NO. 41:

All COMMUNICATIONS between YOU or MGA and any PERSON that REFER OR RELATE TO the distribution or proposed or potential distribution of BRATZ prior to December 31, 2001.

EXHIBIT 1 PAGE 192

REQUEST FOR PRODUCTION NO. 42:

All DOCUMENTS RELATING TO the performance of any agreement or contract between YOU or MGA, on the one hand, and BRYANT, on the other hand.

REQUEST FOR PRODUCTION NO. 43:

All DOCUMENTS RELATING TO the agreement dated as of September 18, 2000 between MGA and BRYANT, including without limitation all drafts thereof, any actual or proposed modifications, amendments or revisions thereto and all COMMUNICATIONS RELATING thereto.

REQUEST FOR PRODUCTION NO. 44:

All DOCUMENTS RELATING TO the Modification and Clarification of the Agreement dated as of September 18, 2000 between MGA and BRYANT, including without limitation all drafts thereof, any actual or proposed modifications, amendments or revisions thereto and all COMMUNICATIONS RELATING thereto.

REQUEST FOR PRODUCTION NO. 45:

All DOCUMENTS RELATING TO the agreement dated April 2001 between MGA and BRYANT, including without limitation all drafts thereof, any actual or proposed modifications, amendments or revisions thereto and all COMMUNICATIONS RELATING thereto.

REQUEST FOR PRODUCTION NO. 46:

All DOCUMENTS that RELATING TO any agreement or contract that REFERS AND RELATES TO BRATZ between Isaac Larian and any PERSON (including without limitation MGA), including without limitation all drafts thereof,

EXHIBIT 7 PAGE 193

1  all actual or proposed amendments, modifications and revisions thereto and all

2  COMMUNICATIONS RELATING thereto.

3

4  REQUEST FOR PRODUCTION NO. 47:

5       All DOCUMENTS RELATING TO the performance of any agreement

6  or contract that REFERS AND RELATES TO BRATZ between Isaac Larian and

7  any PERSON (including without limitation MGA).

8

9  REQUEST FOR PRODUCTION NO. 48:

10      All DOCUMENTS that REFER OR RELATE TO any agreement or

11  contract that REFERS AND RELATES TO BRYANT between Isaac Larian and

12  any PERSON (including without limitation MGA), including without limitation all

13  drafts thereof, all actual or proposed amendments, modifications and revisions

14  thereto and all COMMUNICATIONS RELATING thereto.

15

16  REQUEST FOR PRODUCTION NO. 49:

17      All DOCUMENTS RELATING TO the performance of any agreement

18  or contract that REFERS AND RELATES TO BRYANT between Isaac Larian and

19  any PERSON (including without limitation MGA).

20

21  REQUEST FOR PRODUCTION NO. 50:

22      All DOCUMENTS that REFER OR RELATE TO any agreement or

23  contract that REFERS AND RELATES TO BRATZ between any FAMILY

24  MEMBER of Isaac Larian and any PERSON (including without limitation MGA

25  and/or Isaac Larian), including without limitation all drafts thereof, all actual or

26  proposed amendments, modifications and revisions thereto and all

27  COMMUNICATIONS RELATING thereto.

28

EXHIBIT 7 PAGE 194

REQUEST FOR PRODUCTION NO. 51:

All DOCUMENTS RELATING TO the performance of any agreement or contract that REFERS AND RELATES TO BRATZ between any FAMILY MEMBER of Isaac Larian and any PERSON (including without limitation MGA and/or Isaac Larian).

REQUEST FOR PRODUCTION NO. 52:

All DOCUMENTS RELATING TO any agreement or contract that REFERS AND RELATES TO BRYANT between any FAMILY MEMBER of Isaac Larian and any PERSON (including without limitation MGA and/or Isaac Larian), including without limitation all drafts thereof, all actual or proposed amendments, modifications and revisions thereto and all COMMUNICATIONS RELATING thereto.

REQUEST FOR PRODUCTION NO. 53:

All DOCUMENTS RELATING TO the performance of any agreement or contract that REFERS AND RELATES TO BRYANT between any FAMILY MEMBER of Isaac Larian and any PERSON (including without limitation MGA and/or Isaac Larian).

REQUEST FOR PRODUCTION NO. 54:

All DOCUMENTS RELATING TO royalties or payments RELATING TO BRATZ that have been made by any PERSON (including without limitation MGA) to, for or on behalf of Isaac Larian.

EXHIBIT 7 PAGE 195

07209/2142932.1

MATTEL'S FIRST SET OF DOCUMENT REQUESTS TO ISAAC LARIAN

REQUEST FOR PRODUCTION NO. 55:

All DOCUMENTS RELATING TO royalties or payments RELATING TO BRATZ that have been made by any PERSON (without limitation MGA) to, for or on behalf of any FAMILY MEMBER of Isaac Larian.

REQUEST FOR PRODUCTION NO. 56:

All DOCUMENTS RELATING TO DIVA STARZ and RELATING TO any time prior to December 31, 2001 (regardless of when such document was prepared, written, transmitted or received, whether in whole or in part).

REQUEST FOR PRODUCTION NO. 57:

All DOCUMENTS RELATING TO YOUR or MGA's knowledge of DIVA STARZ and RELATING TO any time prior to December 31, 2001 (regardless of when such document was prepared, written, transmitted or received, whether in whole or in part).

REQUEST FOR PRODUCTION NO. 58:

All DOCUMENTS RELATING TO MATTEL's consideration or proposed use of "Brats," "Chat Brats" or any variation thereon and RELATING TO any time prior to December 31, 2001 (regardless of when such document was prepared, written, transmitted or received, whether in whole or in part).

REQUEST FOR PRODUCTION NO. 59:

All DOCUMENTS RELATING TO "Toon Teens."

REQUEST FOR PRODUCTION NO. 60:

All DOCUMENTS RELATING TO YOUR or MGA's knowledge of "Toon Teens."

1

2

3 REQUEST FOR PRODUCTION NO. 61:

4        All DOCUMENTS, including without limitation

5 COMMUNICATIONS, prepared, drafted, created, received or transmitted (whether

6 in whole or in part) prior to December 31, 2001 RELATING TO BRYANT.

7

8 REQUEST FOR PRODUCTION NO. 62:

9        All DOCUMENTS RELATING TO any actual, potential, proposed,

10 considered or contemplated work, activities or services, including without limitation

11 any freelance work or consulting services, by BRYANT for, with or on behalf of

12 YOU or MGA prior to December 31, 2001 (regardless of when any such

13 DOCUMENT was prepared, created, received or transmitted, whether in whole or in

14 part).

15

16 REQUEST FOR PRODUCTION NO. 63:

17        All DOCUMENTS RELATING TO any actual, potential, proposed,

18 considered or contemplated work, activities or services, including without limitation

19 any freelance work or consulting services, by Anna Rhee for, with or on behalf of

20 YOU or MGA prior to December 31, 2001 (regardless of when any such

21 DOCUMENT was prepared, created, received or transmitted, whether in whole or in

22 part).

23

24 REQUEST FOR PRODUCTION NO. 64:

25        All DOCUMENTS RELATING TO any actual, potential, proposed,

26 considered or contemplated work, activities or services, including without limitation

27 any freelance work or consulting services, by Veronica Marlow for, with or on

28 behalf of YOU or MGA prior to December 31, 2001 (regardless of when any such

1  DOCUMENT was prepared, created, received or transmitted, whether in whole or in
2  part).

3

4  REQUEST FOR PRODUCTION NO. 65:

5          All DOCUMENTS RELATING TO any actual, potential, proposed,
6  considered or contemplated work, activities or services, including without limitation
7  any freelance work or consulting services, by Sarah Halpern for, with or on behalf
8  of YOU or MGA prior to December 31, 2001 (regardless of when any such
9  DOCUMENT was prepared, created, received or transmitted, whether in whole or in
10 part).

11

12 REQUEST FOR PRODUCTION NO. 66:

13         All DOCUMENTS RELATING TO any actual, potential, proposed,
14 considered or contemplated work, activities or services, including without limitation
15 any freelance work or consulting services, by Jesse Ramirez for, with or on behalf of
16 YOU or MGA prior to December 31, 2001 (regardless of when any such
17 DOCUMENT was prepared, created, received or transmitted, whether in whole or in
18 part).

19

20 REQUEST FOR PRODUCTION NO. 67:

21         All DOCUMENTS RELATING TO any actual, potential, proposed,
22 considered or contemplated work, activities or services, including without limitation
23 any freelance work or consulting services, by Margaret Hatch (also known as
24 Margaret Leahy and/or Margaret Hatch-Leahy) for, with or on behalf of YOU or
25 MGA prior to December 31, 2001 (regardless of when any such DOCUMENT was
26 prepared, created, received or transmitted, whether in whole or in part).

27

28 EXHIBIT 7 PAGE 198

07209/2142932.1

MATTEL'S FIRST SET OF DOCUMENT REQUESTS TO ISAAC LARIAN

REQUEST FOR PRODUCTION NO. 68:

All DOCUMENTS RELATING TO any actual, potential, proposed, considered or contemplated work, activities or services, including without limitation any freelance work or consulting services, by Elise Cloonan for, with or on behalf of YOU or MGA.

REQUEST FOR PRODUCTION NO. 69:

All DOCUMENTS RELATING TO any actual, potential, proposed, considered or contemplated work, activities or services, including without limitation any freelance work or consulting services, by Maureen Mullen for, with or on behalf of YOU or MGA.

REQUEST FOR PRODUCTION NO. 70:

All DOCUMENTS RELATING TO any actual, potential, proposed, considered or contemplated work, activities or services, including without limitation any freelance work or consulting services, by Billy Ragsdale for, with or on behalf of YOU or MGA.

REQUEST FOR PRODUCTION NO. 71:

All DOCUMENTS RELATING TO any actual, potential, proposed, considered or contemplated work, activities or services, including without limitation any freelance work or consulting services, by Wendy Ragsdale for, with or on behalf of YOU or MGA.

REQUEST FOR PRODUCTION NO. 72:

All DOCUMENTS RELATING TO any actual, potential, proposed, considered or contemplated work, activities or services, including without limitation

EXHIBIT 7 PAGE 199

07209/2142932.1

MATTEL'S FIRST SET OF DOCUMENT REQUESTS TO ISAAC LARIAN

1   any freelance work or consulting services, by David Dees for, with or on behalf of

2   YOU or MGA.

3

4   REQUEST FOR PRODUCTION NO. 73:

5           All DOCUMENTS RELATING TO any actual, potential, proposed,

6   considered or contemplated work, activities or services, including without limitation

7   any freelance work or consulting services, by Steve Linker for, with or on behalf of

8   YOU or MGA.

9

10  REQUEST FOR PRODUCTION NO. 74:

11          All DOCUMENTS RELATING TO Steve Linker and RELATING TO

12  any time prior to December 31, 2001 (regardless of when such document was

13  prepared, written, transmitted or received, whether in whole or in part).

14

15  REQUEST FOR PRODUCTION NO. 75:

16          All DOCUMENTS RELATING TO any actual, potential, proposed,

17  considered or contemplated work, activities or services, including without limitation

18  any freelance work or consulting services, by Liz Hogan for, with or on behalf of

19  YOU or MGA.

20

21  REQUEST FOR PRODUCTION NO. 76:

22          All DOCUMENTS RELATING TO any actual, potential, proposed,

23  considered or contemplated work, activities or services, including without limitation

24  any freelance work or consulting services, by Amy Meyers for, with or on behalf of

25  YOU or MGA.

26

27

28

EXHIBIT 7 PAGE 250

MATTEL'S FIRST SET OF DOCUMENT REQUESTS TO ISAAC LARIAN

**REQUEST FOR PRODUCTION NO. 77:**

To the extent not covered by other Requests, all DOCUMENTS RELATING TO any actual, potential, proposed, considered or contemplated work, activities or services, including without limitation any freelance work or consulting services, by any PERSON RELATING TO BRATZ prior to December 31, 2001.

**REQUEST FOR PRODUCTION NO. 78:**

To the extent not covered by other Requests, all DOCUMENTS RELATING TO any actual, potential, proposed, considered or contemplated work, activities or services, including without limitation any freelance work or consulting services, by any PERSON RELATING TO ANGEL prior to December 31, 2001.

**REQUEST FOR PRODUCTION NO. 79:**

All DOCUMENTS RELATING TO any focus groups RELATING TO BRATZ and/or ANGEL, including without limitation all videotapes, summaries, notes and reports associated therewith.

**REQUEST FOR PRODUCTION NO. 80:**

All DOCUMENTS RELATING TO any services or work performed by L.A. Focus between January 1, 1999 and December 31, 2001, including without limitation all videotapes, summaries, notes and reports associated therewith.

**REQUEST FOR PRODUCTION NO. 81:**

All DOCUMENTS RELATING TO Alaska Momma.

**REQUEST FOR PRODUCTION NO. 82:**

All DOCUMENTS RELATING TO any actual, potential, proposed, considered or contemplated agreement or contract between YOU or MGA and Anna

07209/2142932.1

EXHIBIT 7 PAGE 201

1 | Rhee, including without limitation all drafts thereof and amendments, modifications

2 | and revisions thereto, and all COMMUNICATIONS relating thereto.

3

4 | REQUEST FOR PRODUCTION NO. 83:

5 | All DOCUMENTS RELATING TO any payments of money or the

6 | transfer of anything of value to Anna Rhee or her FAMILY MEMBERS.

7

8 | REQUEST FOR PRODUCTION NO. 84:

9 | All DOCUMENTS RELATING TO any actual, potential, proposed,

10 | considered or contemplated agreement or contract between YOU or MGA and

11 | Veronica Marlow or her FAMILY MEMBERS, including without limitation all

12 | drafts thereof and amendments, modifications and revisions thereto, and all

13 | COMMUNICATIONS relating thereto.

14

15 | REQUEST FOR PRODUCTION NO. 85:

16 | All DOCUMENTS RELATING TO any payments of money or the

17 | transfer of anything of value to Veronica Marlow or her FAMILY MEMBERS.

18

19 | REQUEST FOR PRODUCTION NO. 86:

20 | All DOCUMENTS RELATING TO any actual, potential, proposed,

21 | considered or contemplated agreement or contract between YOU or MGA and

22 | Margaret Hatch (also known as Margaret Leahy and/or Margaret Hatch-Leahy) or

23 | her FAMILY MEMBERS, including without limitation all drafts thereof and

24 | amendments, modifications and revisions thereto, and all COMMUNICATIONS

25 | relating thereto.

26

27

28 | EXHIBIT 7 PAGE 202

MATTEL'S FIRST SET OF DOCUMENT REQUESTS TO ISAAC LARIAN

1    <u>REQUEST FOR PRODUCTION NO. 87</u>:

2          All DOCUMENTS RELATING TO any payments of money or the

3    transfer of anything of value to Margaret Hatch (also known as Margaret Leahy

4    and/or Margaret Hatch-Leahy) or her FAMILY MEMBERS.

5

6    <u>REQUEST FOR PRODUCTION NO. 88</u>:

7          All DOCUMENTS RELATING TO any actual, potential, proposed,

8    considered or contemplated agreement or contract between YOU or MGA and Sarah

9    Halpern or her FAMILY MEMBERS, including without limitation all drafts thereof

10    and amendments, modifications and revisions thereto, and all

11    COMMUNICATIONS relating thereto.

12

13    <u>REQUEST FOR PRODUCTION NO. 89</u>:

14          All DOCUMENTS RELATING TO any payments of money or the

15    transfer of anything of value to Sarah Halpern or her FAMILY MEMBERS.

16

17    <u>REQUEST FOR PRODUCTION NO. 90</u>:

18          All DOCUMENTS RELATING TO any actual, potential, proposed,

19    considered or contemplated agreement or contract between YOU or MGA and Jesse

20    Ramirez or his FAMILY MEMBERS, including without limitation all drafts thereof

21    and amendments, modifications and revisions thereto, and all

22    COMMUNICATIONS relating thereto.

23

24    <u>REQUEST FOR PRODUCTION NO. 91</u>:

25          All DOCUMENTS RELATING TO any actual, potential, proposed,

26    considered or contemplated agreement or contract between YOU or MGA and Elise

27    Cloonan or her FAMILY MEMBERS, including without limitation all drafts thereof

28

EXHIBIT 7 PAGE 203

1 | and amendments, modifications and revisions thereto, and all
2 | COMMUNICATIONS relating thereto.
3 |
4 | REQUEST FOR PRODUCTION NO. 92:
5 | All DOCUMENTS RELATING TO any payments of money or the
6 | transfer of anything of value to Elise Cloonan or her FAMILY MEMBERS.
7 |
8 | REQUEST FOR PRODUCTION NO. 93:
9 | All DOCUMENTS RELATING TO any actual, potential, proposed,
10 | considered or contemplated agreement or contract between YOU or MGA and
11 | Stephen Lee or his FAMILY MEMBERS at any time after January 1, 2003,
12 | including without limitation all drafts thereof and amendments, modifications and
13 | revisions thereto, and all COMMUNICATIONS relating thereto.
14 |
15 | REQUEST FOR PRODUCTION NO. 94:
16 | All DOCUMENTS RELATING TO any actual, potential, proposed,
17 | considered or contemplated agreement or contract between YOU or MGA and
18 | David Dees or his FAMILY MEMBERS, including without limitation all drafts
19 | thereof and amendments, modifications and revisions thereto, and all
20 | COMMUNICATIONS relating thereto.
21 |
22 | REQUEST FOR PRODUCTION NO. 95:
23 | All DOCUMENTS RELATING TO any payments of money or the
24 | transfer of anything of value to David Dees or her FAMILY MEMBERS.
25 |
26 | REQUEST FOR PRODUCTION NO. 96:
27 | All DOCUMENTS RELATING TO any actual, potential, proposed,
28 | considered or contemplated agreement or contract between YOU or MGA and Steve

07209/2142932.1

-29-

1  Linker, including without limitation all drafts thereof and amendments,

2  modifications and revisions thereto, and all COMMUNICATIONS relating thereto.

3

4  REQUEST FOR PRODUCTION NO. 97:

5          All DOCUMENTS RELATING TO any actual, potential, proposed,

6  considered or contemplated agreement or contract between YOU or MGA and Liz

7  Hogan, including without limitation all drafts thereof and amendments,

8  modifications and revisions thereto, and all COMMUNICATIONS relating thereto.

9

10  REQUEST FOR PRODUCTION NO. 98:

11          All DOCUMENTS RELATING TO DESIGNS produced, prepared,

12  created, authored, conceived of or reduced to practice prior to December 31, 2001

13  by Margaret Hatch (also known as Margaret Leahy and/or Margaret Hatch-Leahy),

14  whether alone or jointly with others, in which YOU or MGA have purported at any

15  time to purchase, acquire or own any right, title or interest (whether in whole or in

16  part).

17

18  REQUEST FOR PRODUCTION NO. 99:

19          All DOCUMENTS RELATING TO DESIGNS produced, prepared,

20  created, authored, conceived of or reduced to practice prior to December 31, 2001

21  by Anna Rhee, whether alone or jointly with others, in which YOU or MGA have

22  purported at any time to purchase, acquire or own any right, title or interest (whether

23  in whole or in part).

24

25  REQUEST FOR PRODUCTION NO. 100:

26          All DOCUMENTS RELATING TO DESIGNS produced, prepared,

27  created, authored, conceived of or reduced to practice prior to January 1, 2001 by

28  Veronica Marlow, whether alone or jointly with others, in which YOU or MGA

-30-

EXHIBIT __1__ PAGE _205_

1   have purported at any time to purchase, acquire or own any right, title or interest

2   (whether in whole or in part).

3

4   REQUEST FOR PRODUCTION NO. 101:

5           All DOCUMENTS RELATING TO DESIGNS produced, prepared,

6   created, authored, conceived of or reduced to practice by Elise Cloonan, whether

7   alone or jointly with others, in which YOU or MGA have purported at any time to

8   purchase, acquire or own any right, title or interest (whether in whole or in part).

9

10   REQUEST FOR PRODUCTION NO. 102:

11           All DOCUMENTS prepared, written, transmitted or received (whether

12   in whole or in part) prior to January 1, 2001 RELATING TO ANGEL.

13

14   REQUEST FOR PRODUCTION NO. 103:

15           All DOCUMENTS RELATING TO ANGEL RELATING TO any time

16   prior to January 1, 2001 (regardless of when such document was prepared, written,

17   transmitted or received, whether in whole or in part).

18

19   REQUEST FOR PRODUCTION NO. 104:

20           All DOCUMENTS, including without limitation all

21   COMMUNICATIONS between YOU or MGA and any PERSON, RELATING TO

22   any agreement or contract between Margaret Hatch (also known as Margaret Leahy

23   and/or Margaret Hatch-Leahy) and MATTEL.

24

25   REQUEST FOR PRODUCTION NO. 105:

26           All DOCUMENTS, including without limitation all

27   COMMUNICATIONS between YOU or MGA and any PERSON, RELATING TO

28   any agreement or contract between Kami Gillmour and MATTEL.

EXHIBIT 7 PAGE 206

1  REQUEST FOR PRODUCTION NO. 106:

2          All DOCUMENTS, including without limitation all

3  COMMUNICATIONS between YOU or MGA and any PERSON, RELATING TO

4  any agreement or contract between Paula Garcia and MATTEL.

5

6  REQUEST FOR PRODUCTION NO. 107:

7          All DOCUMENTS, including without limitation all

8  COMMUNICATIONS between YOU or MGA and any PERSON, RELATING TO

9  any agreement or contract between Mercedeh Ward and MATTEL.

10

11 REQUEST FOR PRODUCTION NO. 108:

12         All DOCUMENTS, including without limitation all

13 COMMUNICATIONS between YOU or MGA and any PERSON, RELATING TO

14 any agreement or contract between Jessie Ramirez and MATTEL.

15

16 REQUEST FOR PRODUCTION NO. 109:

17         All DOCUMENTS, including without limitation all

18 COMMUNICATIONS between YOU or MGA and any PERSON, RELATING TO

19 any agreement or contract between Billy Ragsdale and MATTEL.

20

21

22 REQUEST FOR PRODUCTION NO. 110:

23         All DOCUMENTS, including without limitation all

24 COMMUNICATIONS between YOU or MGA and any PERSON, RELATING TO

25 any agreement or contract between Wendy Ragsdale and MATTEL.

26

27

28

EXHIBIT 7 PAGE 207

07209/2142932.1

1  REQUEST FOR PRODUCTION NO. 111:

2          All DOCUMENTS, including without limitation all

3  COMMUNICATIONS between YOU or MGA and any PERSON, RELATING TO

4  any agreement or contract between Veronica Marlow and MATTEL.

5

6  REQUEST FOR PRODUCTION NO. 112:

7          To the extent not covered by other Requests, all DOCUMENTS,

8  including without limitation all COMMUNICATIONS between YOU or MGA and

9  any PERSON, RELATING TO any agreement or contract between MATTEL, on

10  the one hand, and any former employee of MATTEL who has been hired,

11  considered, solicited or interviewed for any position or potential position or

12  employment by YOU or MGA.

13

14  REQUEST FOR PRODUCTION NO. 113:

15          All COMMUNICATIONS between YOU or MGA and Anne Wang.

16

17  REQUEST FOR PRODUCTION NO. 114:

18          All DOCUMENTS, including without limitation all

19  COMMUNICATIONS between YOU or MGA and any PERSON, RELATING TO

20  Anne Wang.

21

22  REQUEST FOR PRODUCTION NO. 115:

23          All DOCUMENTS, including without limitation all

24  COMMUNICATIONS between YOU or MGA and any PERSON, RELATING TO

25  Brooke Gilbert.

26

27

28  EXHIBIT 7  PAGE 208

1  <u>REQUEST FOR PRODUCTION NO. 116</u>:

2       All COMMUNICATIONS between YOU or MGA and BRYANT

3  RELATING TO MATTEL or any officer, director, employee or representative of

4  MATTEL.

5

6  <u>REQUEST FOR PRODUCTION NO. 117</u>:

7       All declarations, affidavits and other sworn written statements of any

8  other type or form by any PERSON RELATING TO BRATZ (other than those

9  previously filed and served in this ACTION), including all such declarations,

10  affidavits and other sworn written statements of any other type or form by or on

11  behalf of YOU.

12

13  <u>REQUEST FOR PRODUCTION NO. 118</u>:

14       All transcripts and video and/or audio recordings of statements made

15  by any PERSON under oath, including without limitation all deposition transcripts,

16  trial transcripts and arbitration transcripts, RELATING TO BRATZ (other than

17  those taken in this ACTION when MATTEL's counsel was in attendance),

18  including all such transcripts and video and/or audio recordings of statements by or

19  on behalf of YOU.

20

21  <u>REQUEST FOR PRODUCTION NO. 119</u>:

22       All declarations, affidavits and other sworn written statements of any

23  other type or form by any PERSON RELATING TO ANGEL (other than those

24  previously filed and served in this ACTION), including all such declarations,

25  affidavits and other sworn written statements of any other type or form by or on

26  behalf of YOU.

27

28  EXHIBIT __7__ PAGE __209__

**REQUEST FOR PRODUCTION NO. 120:**

All transcripts and video and/or audio recordings of statements made by any PERSON under oath, including without limitation all deposition transcripts, trial transcripts and arbitration transcripts, that RELATING TO ANGEL (other than those taken in this ACTION when Mattel's counsel was in attendance), including all such declarations, affidavits and other sworn written statements of any other type or form by or on behalf of YOU.

**REQUEST FOR PRODUCTION NO. 121:**

All DOCUMENTS RELATING TO the litigation encaptioned *The Ships Carpenter, Inc. v. MGA Entertainment*, filed in Los Angeles Superior Court on or about October 11, 2001, Case Nos. 01S03739 and 01S03740.

**REQUEST FOR PRODUCTION NO. 122:**

All DOCUMENTS seen, viewed or reviewed by YOU at any time in preparation for the deposition of YOU that was taken in this ACTION on July 18, 2006.

**REQUEST FOR PRODUCTION NO. 123:**

All DOCUMENTS RELATING TO any and all arbitrations and suits between YOU and Farhad Larian.

**REQUEST FOR PRODUCTION NO. 124:**

All DOCUMENTS filed, submitted or served in the suit and/or arbitration proceedings brought by Farhad Larian against YOU, including without limitation all declarations, affidavits, transcripts, video and/or audio recordings and sworn testimony given by any PERSON in such suit or arbitration proceedings.

EXHIBIT 7 PAGE 210

MATTEL'S FIRST SET OF DOCUMENT REQUESTS TO ISAAC LARIAN

REQUEST FOR PRODUCTION NO. 125:

All DOCUMENTS RELATING TO any and all settlements resolutions or compromises of any suit and/or arbitration proceedings between YOU and Farhad Larian.

REQUEST FOR PRODUCTION NO. 126:

All contracts or agreements between YOU or MGA and Farhad Larian.

REQUEST FOR PRODUCTION NO. 127:

All COMMUNICATIONS RELATING TO BRATZ between YOU or MGA and Farhad Larian.

REQUEST FOR PRODUCTION NO. 128:

All DOCUMENTS RELATING TO COMMUNICATIONS between YOU or MGA and Farhad Larian that REFER OR RELATE TO BRATZ, including without limitation all diaries, notes, calendars, logs, phone records and letters, that reflect, record or memorialize or otherwise RELATING TO any such COMMUNICATIONS.

REQUEST FOR PRODUCTION NO. 129:

All COMMUNICATIONS RELATING TO BRYANT between YOU or MGA and Farhad Larian.

REQUEST FOR PRODUCTION NO. 130:

All DOCUMENTS RELATING TO COMMUNICATIONS between YOU or MGA and Farhad Larian that REFER OR RELATE TO BRYANT, including without limitation all diaries, notes, calendars, logs, phone records and

EXHIBIT 7 PAGE 21

1  letters, that reflect, record or memorialize or otherwise RELATING TO any such

2  COMMUNICATIONS.

3

4  REQUEST FOR PRODUCTION NO. 131:

5          All DOCUMENTS RELATING TO any and all payments or transfer of

6  anything of value that YOU or MGA have made, have offered or proposed to make

7  or have promised or agreed to make, to or for the benefit of Farhad Larian or his

8  FAMILY MEMBERS at any time since January 1, 2001.

9

10  REQUEST FOR PRODUCTION NO. 132:

11          All contracts or agreements between YOU or MGA and Morad Zarabi.

12

13  REQUEST FOR PRODUCTION NO. 133:

14          All COMMUNICATIONS RELATING TO BRATZ between YOU or

15  MGA and Morad Zarabi.

16

17  REQUEST FOR PRODUCTION NO. 134:

18          All DOCUMENTS RELATING TO COMMUNICATIONS between

19  YOU or MGA and Morad Zarabi that REFER OR RELATE TO BRATZ, including

20  without limitation all diaries, notes, calendars, logs, phone records and letters, that

21  reflect, record or memorialize or otherwise RELATING TO any such

22  COMMUNICATIONS.

23

24  REQUEST FOR PRODUCTION NO. 135:

25          All COMMUNICATIONS RELATING TO BRYANT between YOU

26  or MGA and Morad Zarabi.

27

28  EXHIBIT 7  PAGE 212

MATTEL'S FIRST SET OF DOCUMENT REQUESTS TO ISAAC LARIAN

REQUEST FOR PRODUCTION NO. 136:

All DOCUMENTS RELATING TO COMMUNICATIONS between YOU or MGA and Morad Zarabi that REFER OR RELATE TO BRYANT, including without limitation all diaries, notes, calendars, logs, phone records and letters, that reflect, record or memorialize or otherwise RELATING TO any such COMMUNICATIONS.

REQUEST FOR PRODUCTION NO. 137:

All DOCUMENTS RELATING TO any and all payments or transfer of anything of value that YOU or MGA have made, have offered or proposed to make or have promised or agreed to make, to or for the benefit of Morad Zarabi or his FAMILY MEMBERS at any time since January 1, 2001.

REQUEST FOR PRODUCTION NO. 138:

All DOCUMENTS RELATING TO any and all payments or transfers of anything of value that YOU or MGA have made, have offered or proposed to make or have promised or agreed to make, to or for the benefit of BRYANT or his FAMILY MEMBERS.

REQUEST FOR PRODUCTION NO. 139:

All DOCUMENTS RELATING TO any and all payments or transfers of anything of value that YOU or MGA have made, have offered or proposed to make or have promised or agreed to make, to or for the benefit of Elise Cloonan or her FAMILY MEMBERS.

REQUEST FOR PRODUCTION NO. 140:

All DOCUMENTS RELATING TO any and all payments or transfers of anything of value that YOU or MGA have made, have offered or proposed to

1  make or have promised or agreed to make, to or for the benefit of Margaret Hatch

2  (also known as Margaret Leahy and/or Margaret Hatch-Leahy) or her FAMILY

3  MEMBERS.

4

5  REQUEST FOR PRODUCTION NO. 141:

6      All DOCUMENTS RELATING TO any and all payments or transfers

7  of anything of value that YOU or MGA have made, have offered or proposed to

8  make or have promised or agreed to make, to or for the benefit of Amy Meyers or

9  her FAMILY MEMBERS.

10

11  REQUEST FOR PRODUCTION NO. 142:

12      All DOCUMENTS RELATING TO any and all payments or transfers

13  of anything of value that YOU or MGA have made, have offered or proposed to

14  make or have promised or agreed to make, to or for the benefit of Sarah Halpern or

15  her FAMILY MEMBERS at any time since January 1, 1999.

16

17  REQUEST FOR PRODUCTION NO. 143:

18      All DOCUMENTS RELATING TO any and all payments or transfers

19  of anything of value that YOU or MGA have made, have offered or proposed to

20  make or have promised or agreed to make, to or for the benefit of Maureen Mullen

21  or her FAMILY MEMBERS at any time since January 1, 1999.

22

23  REQUEST FOR PRODUCTION NO. 144:

24      All DOCUMENTS RELATING TO any and all payments or transfers

25  of anything of value that YOU or MGA have made, have offered or proposed to

26  make or have promised or agreed to make, to or for the benefit of Wendy Ragsdale

27  or her FAMILY MEMBERS.

28

EXHIBIT 7 PAGE 214

-39-

MATTEL'S FIRST SET OF DOCUMENT REQUESTS TO ISAAC LARIAN

07209/2142932.1

1   REQUEST FOR PRODUCTION NO. 145:

2          All DOCUMENTS RELATING TO any and all payments or transfers

3   of anything of value that YOU or MGA have made, have offered or proposed to

4   make or have promised or agreed to make, to or for the benefit of Billy Ragsdale or

5   his FAMILY MEMBERS.

6

7   REQUEST FOR PRODUCTION NO. 146:

8          All DOCUMENTS RELATING TO any and all payments or transfers

9   of anything of value that YOU or MGA have made, have offered or proposed to

10  make or have promised or agreed to make, to or for the benefit of Anna Rhee or her

11  FAMILY MEMBERS at any time since January 1, 1999.

12

13  REQUEST FOR PRODUCTION NO. 147:

14         All DOCUMENTS RELATING TO any indemnification that

15  BRYANT has sought, proposed, requested or obtained in connection with this

16  ACTION.

17

18  REQUEST FOR PRODUCTION NO. 148:

19         All DOCUMENTS RELATING TO any indemnification that Elise

20  Cloonan has sought, proposed, requested or obtained in connection with this

21  ACTION.

22

23  REQUEST FOR PRODUCTION NO. 149:

24         All DOCUMENTS RELATING TO any indemnification that Margaret

25  Hatch-Leahy has sought, proposed, requested or obtained in connection with this

26  ACTION.

27

28  EXHIBIT 7 PAGE 45

MATTEL'S FIRST SET OF DOCUMENT REQUESTS TO ISAAC LARIAN

1  REQUEST FOR PRODUCTION NO. 150:

2  　　All DOCUMENTS RELATING TO any indemnification that Veronica

3  Marlow has sought, proposed, requested or obtained in connection with this

4  ACTION.

5

6  REQUEST FOR PRODUCTION NO. 151:

7  　　All DOCUMENTS RELATING TO any indemnification that Sarah

8  Halpern has sought, proposed, requested or obtained in connection with this

9  ACTION.

10

11  REQUEST FOR PRODUCTION NO. 152:

12  　　All DOCUMENTS RELATING TO any indemnification that Paula

13  Garcia (also known as Paula Treantafellas) has sought, proposed, requested or

14  obtained in connection with this ACTION.

15

16  REQUEST FOR PRODUCTION NO. 153:

17  　　To the extent not covered by other Requests, all DOCUMENTS

18  RELATING TO any indemnification that any PERSON has sought, proposed,

19  requested or obtained in connection with this ACTION.

20

21  REQUEST FOR PRODUCTION NO. 154:

22  　　All DOCUMENTS RELATING TO any indemnification that YOU or

23  MGA have sought, proposed, requested or obtained in connection with this

24  ACTION.

25

26  REQUEST FOR PRODUCTION NO. 155:

27  　　All COMMUNICATIONS between YOU or MGA and Universal

28  Commerce Corp., Ltd. prior to June 1, 2001.

1  REQUEST FOR PRODUCTION NO. 156:

2          All DOCUMENTS that REFER OR RELATE TO MATTEL, or that

3  were prepared, authored or created by MATTEL, that BRYANT has ever provided

4  to, shown, described to, communicated to or disclosed in any manner to YOU or

5  MGA.

6

7  REQUEST FOR PRODUCTION NO. 157:

8          All COMMUNICATIONS between YOU or MGA and BRYANT prior

9  to January 1, 2001, including without limitation all diaries, notes, calendars, logs,

10  phone records and letters, that reflect, record or memorialize or otherwise

11  RELATING TO any such COMMUNICATIONS.

12

13  REQUEST FOR PRODUCTION NO. 158:

14          All COMMUNICATIONS between YOU or MGA and Elise Cloonan

15  that REFER OR RELATE TO BRYANT, MATTEL, BRATZ and/or Anna Rhee,

16  including without limitation all diaries, notes, calendars, logs, phone records and

17  letters, that reflect, record or memorialize or otherwise RELATING TO any such

18  COMMUNICATIONS.

19

20  REQUEST FOR PRODUCTION NO. 159:

21          All COMMUNICATIONS between YOU or MGA and Elise Cloonan

22  prior to June 11, 2002, including without limitation all diaries, notes, calendars,

23  logs, phone records and letters, that reflect, record or memorialize or otherwise

24  RELATING TO any such COMMUNICATIONS.

25

26  REQUEST FOR PRODUCTION NO. 160:

27          All COMMUNICATIONS between YOU or MGA and Veronica

28  Marlow prior to January 1, 2001, including without limitation all diaries, notes,

EXHIBIT 7 PAGE 217

MATTEL'S FIRST SET OF DOCUMENT REQUESTS TO ISAAC LARIAN

1 | calendars, logs, phone records and letters, that reflect, record or memorialize or
2 | otherwise RELATING TO any such COMMUNICATIONS.

3 |

4 | REQUEST FOR PRODUCTION NO. 161:

5 |       All COMMUNICATIONS between YOU or MGA and Mercedeh

6 | Ward prior to November 6, 2000, including without limitation all diaries, notes,

7 | calendars, logs, phone records and letters, that reflect, record or memorialize or

8 | otherwise RELATING TO any such COMMUNICATIONS.

9 |

10 | REQUEST FOR PRODUCTION NO. 162:

11 |       All COMMUNICATIONS between YOU or MGA and Margaret Hatch

12 | (also known as Margaret Leahy and/or Margaret Hatch-Leahy) prior to January 1,

13 | 2001, including without limitation all diaries, notes, calendars, logs, phone records

14 | and letters, that reflect, record or memorialize or otherwise RELATING TO any

15 | such COMMUNICATIONS.

16 |

17 | REQUEST FOR PRODUCTION NO. 163:

18 |       All COMMUNICATIONS between YOU or MGA and Anna Rhee

19 | prior to January 1, 2001, including without limitation all diaries, notes, calendars,

20 | logs, phone records and letters, that reflect, record or memorialize or otherwise

21 | RELATING TO any such COMMUNICATIONS.

22 |

23 | REQUEST FOR PRODUCTION NO. 164:

24 |       All COMMUNICATIONS between Veronica Marlow and Anna Rhee

25 | prior to January 1, 2001, including without limitation all diaries, notes, calendars,

26 | logs, phone records and letters, that reflect, record or memorialize or otherwise

27 | RELATING TO any such COMMUNICATIONS.

28 | EXHIBIT 7 PAGE 28

07209/2142932.1

-43-

1   REQUEST FOR PRODUCTION NO. 165:

2           All COMMUNICATIONS between YOU or MGA and Sarah Halpern

3   prior to January 1, 2001, including without limitation all diaries, notes, calendars,

4   logs, phone records and letters, that reflect, record or memorialize or otherwise

5   RELATING TO any such COMMUNICATIONS.

6

7   REQUEST FOR PRODUCTION NO. 166:

8           All COMMUNICATIONS between YOU or MGA and Jesse Ramirez

9   prior to January 1, 2001, including without limitation all diaries, notes, calendars,

10  logs, phone records and letters, that reflect, record or memorialize or otherwise

11  RELATING TO any such COMMUNICATIONS.

12

13  REQUEST FOR PRODUCTION NO. 167:

14          Any personnel or vendor file that YOU created, control, or maintain

15  concerning BRYANT.

16

17  REQUEST FOR PRODUCTION NO. 168:

18          Any personnel file that YOU created, control, or maintain concerning

19  Paula Garcia (also known as Paula Treantafellas).

20

21  REQUEST FOR PRODUCTION NO. 169:

22          Any personnel file that YOU created, control, or maintain concerning

23  Mercedeh Ward.

24

25  REQUEST FOR PRODUCTION NO. 170:

26          Any personnel or vendor file that YOU created, control, or maintain

27  concerning Margaret Hatch (also known as Margaret Leahy and/or Margaret Hatch-

28  Leahy). EXHIBIT 7 PAGE 219

07209/2142932.1

-44-

REQUEST FOR PRODUCTION NO. 171:

Any personnel or vendor file that YOU created, control, or maintain concerning Veronica Marlow.

REQUEST FOR PRODUCTION NO. 172:

Any personnel or vendor file that YOU created, control, or maintain concerning Anna Rhee.

REQUEST FOR PRODUCTION NO. 173:

Any personnel or vendor file that YOU created, control, or maintain concerning Jessie Ramirez.

REQUEST FOR PRODUCTION NO. 174:

Any personnel file that YOU created, control, or maintain concerning Shirin Salemnia.

REQUEST FOR PRODUCTION NO. 175:

DOCUMENTS sufficient to show the relationship, whether by blood or marriage, between Isaac Larian or any FAMILY MEMBER of Isaac Larian, on the one hand, and Shirin Salemnia.

REQUEST FOR PRODUCTION NO. 176:

Any personnel file that YOU created, control, or maintain concerning Victoria O'Connor.

REQUEST FOR PRODUCTION NO. 177:

Any personnel file that YOU created, control, or maintain concerning Farhad Larian.

EXHIBIT 1 PAGE 220

1    REQUEST FOR PRODUCTION NO. 178:

2           All DOCUMENTS RELATING TO, including without limitation

3    phone records for, telephone calls by or to YOU or anyone on YOUR behalf for the

4    time period from January 1, 1998 through January 1, 2001.

5

6    REQUEST FOR PRODUCTION NO. 179:

7           All DOCUMENTS RELATING TO, including without limitation

8    phone records for, telephone calls by or to YOU or anyone on YOUR behalf for the

9    time period from January 1, 1998 through January 1, 2001 RELATING TO BRATZ

10   and/or ANGEL.

11

12   REQUEST FOR PRODUCTION NO. 180:

13          All DOCUMENTS RELATING TO, including without limitation

14   phone records for, telephone calls by or to YOU or anyone on YOUR behalf for the

15   time period from April 1, 2004 through June 1, 2004.

16

17   REQUEST FOR PRODUCTION NO. 181:

18          All DOCUMENTS RELATING TO, including without limitation

19   phone records for, telephone calls RELATING TO BRYANT by or to YOU or

20   anyone on YOUR behalf at any time.

21

22   REQUEST FOR PRODUCTION NO. 182:

23          All DOCUMENTS that RELATING TO any actual, proposed,

24   contemplated, considered or potential copyright, patent or any other application or

25   registration for BRATZ or any BRATZ DESIGN, including without limitation all

26   COMMUNICATIONS pertaining thereto.

27

28   EXHIBIT 7 PAGE 221

REQUEST FOR PRODUCTION NO. 183:

All DOCUMENTS RELATING TO any actual, proposed, contemplated, considered or potential copyright, patent or any other application or registration for ANGEL or any ANGEL DESIGN, including without limitation all COMMUNICATIONS pertaining thereto.

REQUEST FOR PRODUCTION NO. 184:

All doll heads, sculpts, prototypes, models, samples and tangible items that Anna Rhee painted, whether in whole or in part, for YOU, MGA or BRYANT, or on behalf of YOU, MGA or BRYANT, prior to January 1, 2001.

REQUEST FOR PRODUCTION NO. 185:

All doll heads, sculpts, prototypes, models, samples and tangible items that REFER OR RELATE TO DESIGNS for dolls, doll accessories or toys that BRYANT produced, created, authored, conceived of or reduced to practice, whether alone or jointly with others, prior to January 1, 2001.

REQUEST FOR PRODUCTION NO. 186:

All DOCUMENTS RELATING TO the exhibition or showing of BRATZ at the Hong Kong Toy Fair in January 2001.

REQUEST FOR PRODUCTION NO. 187:

All DOCUMENTS RELATING TO the exhibition or showing of BRATZ at the Tokyo Toy Fair in or about February 2001.

REQUEST FOR PRODUCTION NO. 188:

All DOCUMENTS RELATING TO the exhibition of BRATZ at the New York Toy Fair in or about February 2001.

EXHIBIT I PAGE 222

-47-

MATTEL'S FIRST SET OF DOCUMENT REQUESTS TO ISAAC LARIAN

**REQUEST FOR PRODUCTION NO. 189:**

To the extent not covered by other Requests, all DOCUMENTS RELATING TO the exhibition of BRATZ at any toy fair at any time prior to December 31, 2001.

**REQUEST FOR PRODUCTION NO. 190:**

All COMMUNICATIONS between YOU and any stock analyst, investment analyst, investment bank, institutional lender, or venture capital fund RELATING TO BRYANT, this ACTION OR MATTEL since January 1, 1999.

**REQUEST FOR PRODUCTION NO. 191:**

All COMMUNICATIONS between YOU and any member of the press RELATING TO BRATZ, including without limitation RELATING TO the origins, conception, creation, DESIGN or development thereof.

**REQUEST FOR PRODUCTION NO. 192:**

All COMMUNICATIONS between YOU and any member of the press RELATING TO BRYANT since January 1, 1999.

**REQUEST FOR PRODUCTION NO. 193:**

All COMMUNICATIONS between YOU and any member of the press RELATING TO this ACTION.

**REQUEST FOR PRODUCTION NO. 194:**

All COMMUNICATIONS between YOU and any member of the press RELATING TO MATTEL since January 1, 1999.

EXHIBIT 7 PAGE 223

REQUEST FOR PRODUCTION NO. 195:

All DOCUMENTS RELATING TO any statements made by YOU to any stock analyst, investment analyst, investment bank, institutional lender, or venture capital fund RELATING TO BRYANT since January 1, 1999.

REQUEST FOR PRODUCTION NO. 196:

All DOCUMENTS RELATING TO any statements made by YOU to any stock analyst, investment analyst, investment bank, institutional lender, or venture capital fund RELATING TO this ACTION.

REQUEST FOR PRODUCTION NO. 197:

All DOCUMENTS RELATING TO any statements made by YOU to any stock analyst, investment analyst, investment bank, institutional lender, or venture capital fund RELATING TO MATTEL since January 1, 1999.

REQUEST FOR PRODUCTION NO. 198:

All COMMUNICATIONS between YOU and any individual while the individual was employed by MATTEL.

REQUEST FOR PRODUCTION NO. 199:

All DOCUMENTS RELATING TO publicity by YOU or MGA RELATING TO BRATZ, ANGEL and/or BRYANT since January 1, 1999, including but not limited to advertising, media releases, and public relations material.

EXHIBIT 7 PAGE 224

REQUEST FOR PRODUCTION NO. 200:

All DOCUMENTS RELATING TO any effort by YOU or MGA to recruit employees or contractors who have been or are employed by or who have worked for MATTEL since January 1, 1999, including but not limited to advertising, media releases, brochures, articles, catalogs, handbooks, and public relations material.

REQUEST FOR PRODUCTION NO. 201:

All DOCUMENTS RELATING TO the hiring, engagement, or retention by YOU or MGA of any current or former MATTEL employee or contractor since January 1, 1999, including but not limited to all employment agreements and agreements RELATING TO confidentiality or the invention, authorship, or ownership of any concept or product.

REQUEST FOR PRODUCTION NO. 202:

All DOCUMENTS, since January 1, 1999, RELATING TO YOUR receipt, reproduction, copying, storage, transmission, transfer, retention, destruction, deletion or use of any DOCUMENTS or DIGITAL INFORMATION, including but not limited to any compilation of information, that was prepared, made, created, generated, assembled or compiled by or for MATTEL and that was not publicly available at the time of YOUR receipt of such DOCUMENT or DIGITAL INFORMATION.

REQUEST FOR PRODUCTION NO. 203:

All DOCUMENTS, since January 1, 1999, RELATING TO YOUR knowledge of any MATTEL product prior to the time that such product had been announced or disclosed by MATTEL to retailers or the public.

EXHIBIT 7 PAGE 225

1  REQUEST FOR PRODUCTION NO. 204:

2        All DOCUMENTS, since January 1, 1999, RELATING TO YOUR

3  knowledge of any DESIGN created by, on behalf of, or at the behest of MATTEL,

4  or created by any PERSON employed by or under contract with MATTEL at the

5  time of the DESIGN's creation, that was not manufactured for sale or placed into the

6  retail market.

7

8  REQUEST FOR PRODUCTION NO. 205:

9        All DOCUMENTS, since January 1, 1999, RELATING TO YOUR

10  receipt, reproduction, copying, storage, transmission, transfer, retention, destruction,

11  deletion or use of any MATTEL line list or other DOCUMENT prepared by

12  MATTEL identifying MATTEL products in the planning, design or development

13  phase.

14

15  REQUEST FOR PRODUCTION NO. 206:

16        All DOCUMENTS, since January 1, 1999, RELATING TO MGA's

17  receipt, reproduction, copying, storage, transmission, transfer, retention, destruction,

18  deletion or use of any MATTEL line list or other DOCUMENT prepared by

19  MATTEL identifying MATTEL products in the planning, design or development

20  phase.

21

22  REQUEST FOR PRODUCTION NO. 207:

23        DOCUMENTS sufficient to IDENTIFY each account with any bank or

24  financial institution that YOU have or have had, or that YOU have or have had any

25  legal or beneficial interest in, since January 1, 1999.

26

27

28  EXHIBIT 7  PAGE 226

-51-

**REQUEST FOR PRODUCTION NO. 208:**

Documents sufficient to establish YOUR gross income, and the sources of that gross income, for the years 1999 through the present, inclusive.

**REQUEST FOR PRODUCTION NO. 209:**

YOUR federal and state tax returns for each of the years 1999 through the present, inclusive.

**REQUEST FOR PRODUCTION NO. 210:**

DOCUMENTS sufficient to IDENTIFY each telephone subscription service account that YOU have or have had, or that YOU use or have used, since January 1, 1999.

**REQUEST FOR PRODUCTION NO. 211:**

All MATTEL DOCUMENTS that BRYANT or any other PERSON has shown, given, provided, summarized or otherwise communicated to YOU or MGA (whether directly or indirectly) at any time since January 1, 1999.

**REQUEST FOR PRODUCTION NO. 212:**

All DOCUMENTS that YOU knew or were informed that, or ever had any reason to believe, had been or were created by or originated from MATTEL, other than MATTEL products that YOU or MGA purchased at retail.

**REQUEST FOR PRODUCTION NO. 213:**

All COMMUNICATIONS between YOU and any PERSON RELATING TO the retention or destruction of DOCUMENTS or DIGITAL INFORMATION between January 1, 1999 and the present.

EXHIBIT 7 PAGE 221

07209/2142932.1

-52-

REQUEST FOR PRODUCTION NO. 214:

All DOCUMENTS RELATING TO any facts underlying any of YOUR defenses in this ACTION.

REQUEST FOR PRODUCTION NO. 215:

All doll heads, sculpts, prototypes, models, samples and tangible items RELATING TO any facts underlying any of YOUR defenses in this ACTION.

REQUEST FOR PRODUCTION NO. 216:

All DOCUMENTS RELATING TO any facts underlying the claims for relief in MATTEL's Complaint (including without limitation its Counterclaims) against YOU or any other PERSON in this ACTION.

REQUEST FOR PRODUCTION NO. 217:

All doll heads, sculpts, prototypes, models, samples and tangible items RELATING TO any facts underlying the claims for relief in MATTEL's Complaint (including without limitation its Counterclaims) against YOU or any other PERSON in this ACTION.

REQUEST FOR PRODUCTION NO. 218:

All DOCUMENTS RELATING TO any testing of or sampling from any DOCUMENTS RELATING TO BRATZ or BRYANT, including without limitation any such testing or sampling in connection with any ink, paper or chemical analysis to date any such DOCUMENTS and including without limitation all results and reports relating thereto.

EXHIBIT 7 PAGE 228

REQUEST FOR PRODUCTION NO. 219:

All DOCUMENTS RELATING TO YOUR knowledge of any testing of or sampling from any DOCUMENTS RELATING TO BRATZ or BRYANT.

REQUEST FOR PRODUCTION NO. 220:

All DOCUMENTS RELATING TO Erich Speckin.

REQUEST FOR PRODUCTION NO. 221:

All DOCUMENTS RELATING TO YOUR payment of, or offer, promise or agreement to pay, fees or costs in connection with the representation of or provision of legal advice or legal services to any PERSON who is not, as of June 8, 2007, an MGA employee, including without limitation all contracts and agreements RELATING thereto, the amounts YOU have so paid or agreed to pay to such PERSON and the dates on which such payments were made.

REQUEST FOR PRODUCTION NO. 222:

Each STORAGE DEVICE that YOU have used to create, prepare, generate, copy, transmit, receive, delete or modify any DIGITAL INFORMATION RELATING TO BRATZ, ANGEL or BRYANT.

REQUEST FOR PRODUCTION NO. 223:

DOCUMENTS sufficient to IDENTIFY each STORAGE DEVICE that YOU have used to create, prepare, generate, copy, transmit, receive, delete or modify any DIGITAL INFORMATION RELATING TO BRATZ, ANGEL or BRYANT.

EXHIBIT 7 PAGE 229

1   <u>REQUEST FOR PRODUCTION NO. 224</u>:

2         All DOCUMENTS RELATING TO the purchase, acquisition,

3 installation, transfer, shipment, destruction or disposition of each STORAGE

4 DEVICE that YOU have used to create, prepare, generate, copy, transmit, receive,

5 delete or modify any DIGITAL INFORMATION RELATING TO BRATZ,

6 ANGEL or BRYANT.

7

8   <u>REQUEST FOR PRODUCTION NO. 225</u>:

9         Each STORAGE DEVICE that BRYANT has used to create, prepare,

10 generate, copy, transmit, receive, delete or modify any DIGITAL INFORMATION

11 RELATING TO BRATZ, ANGEL or MGA.

12

13   <u>REQUEST FOR PRODUCTION NO. 226</u>:

14         DOCUMENTS sufficient to IDENTIFY each STORAGE DEVICE that

15 BRYANT has used to create, prepare, generate, copy, transmit, receive, delete or

16 modify any DIGITAL INFORMATION RELATING TO BRATZ, ANGEL, YOU

17 or MGA.

18

19   <u>REQUEST FOR PRODUCTION NO. 227</u>:

20         All DOCUMENTS RELATING TO the purchase, acquisition,

21 installation, transfer, shipment, destruction or disposition of each STORAGE

22 DEVICE that BRYANT has used to create, prepare, generate, copy, transmit,

23 receive, delete or modify any DIGITAL INFORMATION RELATING TO BRATZ,

24 ANGEL, YOU or MGA.

25

26   <u>REQUEST FOR PRODUCTION NO. 228</u>:

27         All DOCUMENTS RELATING TO the purchase, acquisition,

28 installation, transfer, shipment, destruction or disposition of each STORAGE

-55-

EXHIBIT 7 PAGE 30

MATTEL'S FIRST SET OF DOCUMENT REQUESTS TO ISAAC LARIAN

1  DEVICE that BRYANT has used to create, prepare, generate, copy, transmit,

2  receive, delete or modify any DIGITAL INFORMATION.

3

4  REQUEST FOR PRODUCTION NO. 229:

5          DOCUMENTS sufficient to identify by product name, product number

6  and SKU each BRATZ PRODUCT including without limitation each BRATZ

7  DOLL, sold by MGA or its licensees.

8

9  REQUEST FOR PRODUCTION NO. 230:

10         DOCUMENTS sufficient to show the number of units of each BRATZ

11  DOLL sold by MGA or its licensees.

12

13  REQUEST FOR PRODUCTION NO. 231:

14         DOCUMENTS sufficient to show the revenue received by YOU from

15  the sale of each BRATZ DOLL sold by MGA or its licensees.

16

17  REQUEST FOR PRODUCTION NO. 232:

18         DOCUMENTS sufficient to show YOUR cost of goods sold, unit cost

19  and other costs for each BRATZ DOLL sold by MGA or its licensees.

20

21  REQUEST FOR PRODUCTION NO. 233:

22         All DOCUMENTS that evidence, reflect or REFER OR RELATE TO

23  YOUR profits from the sale of each BRATZ DOLL sold by MGA or its licensees.

24

25  REQUEST FOR PRODUCTION NO. 234:

26         For each customer to whom YOU or YOUR licensees have ever sold

27  any BRATZ DOLL, DOCUMENTS sufficient to show the number of units of each

28  such BRATZ DOLL sold by MGA or its licensees to that customer.

EXHIBIT 7 PAGE 231

**REQUEST FOR PRODUCTION NO. 235:**

For each customer to whom YOU or YOUR licensees have ever sold any BRATZ DOLL, documents sufficient to show the revenue received by YOU from each such BRATZ DOLL sold by MGA or its licensees to that customer.

**REQUEST FOR PRODUCTION NO. 236:**

For each customer to whom YOU or YOUR licensees have ever sold any BRATZ DOLL, documents sufficient to show YOUR profits from each such BRATZ DOLL sold by MGA or its licensees to that customer.

**REQUEST FOR PRODUCTION NO. 237:**

DOCUMENTS sufficient to show customer returns to YOU of BRATZ DOLLS sold or distributed by MGA or its licensees.

**REQUEST FOR PRODUCTION NO. 238:**

DOCUMENTS sufficient to show customer rebates or credits given by MGA or its licensees to customers in connection with BRATZ DOLLS.

**REQUEST FOR PRODUCTION NO. 239:**

DOCUMENTS sufficient to show, by product number or SKU, the number of units of each BRATZ DOLL sold by MGA or its licensees.

**REQUEST FOR PRODUCTION NO. 240:**

DOCUMENTS sufficient to show, by product number or SKU, the revenue received by YOU from the sale of each BRATZ DOLL sold by MGA or its licensees.

EXHIBIT 7 PAGE 232

REQUEST FOR PRODUCTION NO. 241:

DOCUMENTS sufficient to show, by product number or SKU, YOUR cost of goods sold, unit cost and other costs for each BRATZ DOLL sold by MGA or its licensees.

REQUEST FOR PRODUCTION NO. 242:

All DOCUMENTS that evidence, reflect or REFER OR RELATE TO YOUR profits, by product number or SKU, from the sale of each BRATZ DOLL sold by MGA or its licensees.

REQUEST FOR PRODUCTION NO. 243:

For each customer to whom YOU or YOUR licensees have ever sold any BRATZ DOLL, DOCUMENTS sufficient to show, by product number or SKU, the number of units of each such BRATZ DOLL sold by MGA or its licensees to that customer.

REQUEST FOR PRODUCTION NO. 244:

For each customer to whom YOU or YOUR licensees have ever sold any BRATZ DOLL, DOCUMENTS sufficient to show, by product number or SKU, the revenue received by YOU from each such BRATZ DOLL sold by MGA or its licensees to that customer.

REQUEST FOR PRODUCTION NO. 245:

For each customer to whom YOU or YOUR licensees have ever sold any BRATZ DOLL, DOCUMENTS sufficient to show, by product number or SKU, YOUR profits from each such BRATZ DOLL sold by MGA or its licensees to that customer.

EXHIBIT 7 PAGE 233

07209/2142932.1

MATTEL'S FIRST SET OF DOCUMENT REQUESTS TO ISAAC LARIAN

1    REQUEST FOR PRODUCTION NO. 246:

2           DOCUMENTS sufficient to show the revenue and profits derived by

3    YOU from the sale by MGA or its licensees of BRATZ DOLLS including, without

4    limitation, DOCUMENTS sufficient to show sales revenue, costs of goods sold,

5    variable costs, gross margins, royalties paid and received, gross profits and nets

6    profits.

7

8    REQUEST FOR PRODUCTION NO. 247:

9           DOCUMENTS sufficient to show the number of units of each BRATZ

10   PRODUCT sold by MGA or its licensees.

11

12   REQUEST FOR PRODUCTION NO. 248:

13          DOCUMENTS sufficient to show the revenue received by YOU from

14   the sale of each BRATZ PRODUCT sold by MGA or its licensees.

15

16   REQUEST FOR PRODUCTION NO. 249:

17          DOCUMENTS sufficient to show YOUR cost of goods sold, unit cost

18   and other costs for each BRATZ PRODUCT sold by MGA or its licensees.

19

20   REQUEST FOR PRODUCTION NO. 250:

21          All DOCUMENTS that evidence, reflect or REFER OR RELATE TO

22   YOUR profits from the sale of each BRATZ PRODUCT sold by MGA or its

23   licensees.

24

25   REQUEST FOR PRODUCTION NO. 251:

26          DOCUMENTS sufficient to IDENTIFY all customers to whom MGA

27   or its licensees have ever sold any BRATZ PRODUCT.

28

EXHIBIT 7 PAGE 234

MATTEL'S FIRST SET OF DOCUMENT REQUESTS TO ISAAC LARIAN

07209/2142932.1

1    REQUEST FOR PRODUCTION NO. 252:

2            For each customer to whom MGA or its licensees have ever sold any

3    BRATZ PRODUCT, DOCUMENTS sufficient to show the number of units of each

4    such BRATZ PRODUCT sold by MGA or its licensees to that customer.

5

6    REQUEST FOR PRODUCTION NO. 253:

7            For each customer to whom MGA or its licensees have ever sold any

8    BRATZ PRODUCT, documents sufficient to show the revenue received by YOU

9    from each such BRATZ PRODUCT sold by MGA or its licensees to that customer.

10

11   REQUEST FOR PRODUCTION NO. 254:

12           For each customer to whom MGA or its licensees have ever sold any

13   BRATZ PRODUCT, documents sufficient to show YOUR profits from each such

14   BRATZ PRODUCT sold by MGA or its licensees to that customer.

15

16   REQUEST FOR PRODUCTION NO. 255:

17           DOCUMENTS sufficient to show customer returns to MGA of

18   BRATZ PRODUCTS sold or distributed by MGA or its licensees.

19

20   REQUEST FOR PRODUCTION NO. 256:

21           DOCUMENTS sufficient to show customer rebates and credits given

22   by MGA or its licensees to customers in connection with BRATZ PRODUCTS.

23

24   REQUEST FOR PRODUCTION NO. 257:

25           DOCUMENTS sufficient to show, by product number or SKU, the

26   number of units of each BRATZ PRODUCT sold by MGA or its licensees.

27

28   EXHIBIT 7 PAGE 235

REQUEST FOR PRODUCTION NO. 258:

DOCUMENTS sufficient to show, by product number or SKU, the revenue received by YOU from the sale of each BRATZ PRODUCT sold by MGA or its licensees.

REQUEST FOR PRODUCTION NO. 259:

DOCUMENTS sufficient to show, by product number or SKU, YOUR cost of goods sold, unit cost and other costs for each BRATZ PRODUCT sold by MGA or its licensees.

REQUEST FOR PRODUCTION NO. 260:

All DOCUMENTS that evidence, reflect or REFER OR RELATE TO YOUR or MGA's profits, by product number or SKU, from the sale of each BRATZ PRODUCT sold by MGA or its licensees.

REQUEST FOR PRODUCTION NO. 261:

For each customer to whom MGA or its licensees have ever sold any BRATZ PRODUCT, DOCUMENTS sufficient to show, by product number or SKU, the number of units of each such BRATZ PRODUCT sold by MGA or its licensees to that customer.

REQUEST FOR PRODUCTION NO. 262:

For each customer to whom MGA or its licensees have ever sold any BRATZ PRODUCT, DOCUMENTS sufficient to show, by product number or SKU, the revenue received by YOU from each such BRATZ PRODUCT sold by MGA or its licensees to that customer.

EXHIBIT 7 PAGE 236

-61-

MATTEL'S FIRST SET OF DOCUMENT REQUESTS TO ISAAC LARIAN

1 REQUEST FOR PRODUCTION NO. 263:

2        DOCUMENTS sufficient to show the revenue and profits derived by

3 YOU or MGA from the sale by YOU, MGA or its licensees of BRATZ

4 PRODUCTS including, without limitation, DOCUMENTS sufficient to show sales

5 revenue, costs of goods sold, variable costs, gross margins, royalties paid and

6 received, gross profits and nets profits.

7

8 REQUEST FOR PRODUCTION NO. 264:

9        DOCUMENTS sufficient to show the revenue and profits derived by

10 YOU or MGA from BRATZ MOVIES including, without limitation,

11 DOCUMENTS sufficient to show sales revenue, costs of goods sold, variable costs,

12 gross margins, royalties paid and received, gross profits and net profits.

13

14 REQUEST FOR PRODUCTION NO. 265:

15        DOCUMENTS sufficient to show the revenue and profits derived by

16 YOU or MGA from BRATZ TELEVISION SHOWS including, without limitation,

17 DOCUMENTS sufficient to show sales revenue, costs of goods sold, variable costs,

18 gross margins, royalties paid and received, gross profits and net profits.

19

20 REQUEST FOR PRODUCTION NO. 266:

21        All quarterly and annual profit and loss statements for BRATZ.

22

23 REQUEST FOR PRODUCTION NO. 267:

24        All sales, profit and cash flow projections or forecasts for BRATZ

25 DOLLS, BRATZ PRODUCTS, BRATZ MOVIES and BRATZ TELEVISION

26 SHOWS.

27

28 EXHIBIT 7 PAGE 237

1    REQUEST FOR PRODUCTION NO. 268:

2            All DOCUMENTS that REFER OR RELATE TO the value of the

3    BRATZ brand.

4

5    REQUEST FOR PRODUCTION NO. 269:

6            DOCUMENTS sufficient to show or calculate YOUR net worth on a

7    yearly basis for each year from 1999 to the present.

8

9    REQUEST FOR PRODUCTION NO. 270:

10           All DOCUMENTS that evidence, reflect or REFER OR RELATE TO

11   the BRATZ DOLL's share of the fashion doll market including, without limitation,

12   the extent to which Bratz has been or is gaining or losing market share in the fashion

13   doll market.

14

15   REQUEST FOR PRODUCTION NO. 271:

16           DOCUMENTS sufficient to show each of YOUR position(s), titles and

17   functions with and relationship to MGA, including without limitation with or to

18   MGA Entertainment HK Limited and MGAE de Mexico, S.r.l. de C.V.

19

20   REQUEST FOR PRODUCTION NO. 272:

21           All DOCUMENTS RELATING TO the ownership of MGA

22   Entertainment HK Limited.

23

24

25

26

27

28

EXHIBIT 7 PAGE 238

1   REQUEST FOR PRODUCTION NO. 273:

2          All DOCUMENTS RELATING TO the ownership of MGAE de

3   Mexico, S.r.l. de C.V.

4

5   REQUEST FOR PRODUCTION NO. 274:

6          An electronic copy of each DOCUMENT that YOU have produced in

7   this action, or that is responsive to these Requests, that is or was created, prepared,

8   generated, maintained or transmitted in digital form.

9

10  REQUEST FOR PRODUCTION NO. 275:

11         The metadata for each DOCUMENT that YOU have produced in this

12  action, or that is responsive to these Requests, that is or was created, prepared,

13  generated, maintained or transmitted in digital form.

14

15  REQUEST FOR PRODUCTION NO. 276:

16         To the extent not produced in response to any other Request for

17  Production, all DOCUMENTS and tangible things upon which YOU intend to rely

18  in this ACTION.

19

20  DATED: June 13, 2007          QUINN EMANUEL URQUHART OLIVER &
                                  HEDGES, LLP
21

22

23         By *Michael T. Zeller*
                _____
24              Michael T. Zeller
                Attorneys for Mattel, Inc.
25

26

27

28  EXHIBIT 7 PAGE 239

-64-

MATTEL'S FIRST SET OF DOCUMENT REQUESTS TO ISAAC LARIAN

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On June 13, 2007, I served true copies of the following document(s) described as **MATTEL, INC.'S FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS TO ISAAC LARIAN** on the parties in this action as follows:

John W. Keker, Esq.
Michael H. Page, Esq.
Christa M. Anderson, Esq.
KEKER & VAN NEST, LLP
710 Sansome Street
San Francisco, California 94111

**BY MAIL:** I am "readily familiar" with the practices of Quinn Emanuel Urquhart Oliver & Hedges for collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. I enclosed the foregoing in sealed envelope(s) addressed as shown above, and such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary business practices.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 13, 2007, at Los Angeles, California.

*Elaine Chavarria*
Elaine Chavarria

EXHIBIT 7 PAGE 240

09819/2143538.1

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On June 13, 2007, I served true copies of the following document(s) described as **MATTEL, INC'.S FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS TO ISAAC LARIAN** on the parties in this action as follows:

Diana M. Torres, Esq.
O'Melveny & Myers, LLP
400 South Hope Street
Los Angeles, California  90071

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 13, 2007, at Los Angeles, California.

DAVE QUINTANA

EXHIBIT 7 PAGE 241