# This Exhibit is Filed Under Seal Pursuant to Protective Order Exhibit 9

# This Exhibit is Filed Under Seal Pursuant to Protective Order

# Exhibit 10

# This Exhibit is Filed Under Seal Pursuant to Protective Order

# Exhibit 12