# This Exhibit is Filed Under Seal Pursuant to Protective Order Exhibit 10