# This Exhibit is Filed Under Seal

**Pursuant to Protective Order**

**Exhibit 12**