QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>[To Be Heard By Hon. Edward Infante (Ret.) Pursuant To Order Of December 6, 2006]<br><br>SUPPLEMENTAL DECLARATION OF JON COREY IN SUPPORT OF MATTEL, INC.'S NOTICE OF MOTION AND MOTION TO (1) ENFORCE THE COURT'S AUGUST 13, 2007 ORDER AND TO COMPEL; AND (2) FOR AWARD OF MONETARY SANCTIONS<br><br>Hearing Date: February 11, 2008<br>Time: 9:30 a.m.<br>Place: Telephonic<br><br>**Phase 1**<br>Discovery Cut-off: January 28, 2008<br>Pre-trial Conference: May 5, 2008<br>Trial Date: May 27, 2008. |

07209/2377035.1

SUPPLEMENTAL DECLARATION OF JON COREY

## DECLARATION OF JON D. COREY

I, Jon D. Corey, declare as follows:

1. I am a member of the bars of the State of California and the District of Columbia. I am a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration in support of Mattel's Reply in Support of Its Motion To (1) Enforce The Court's August 13, 2007 Order and To Compel; and (2) For Award Of Monetary Sanctions. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Attached as Exhibit 1 is a true and correct copy of a letter from me to Andrew Temkin, dated January 29, 2008.

3. Attached as Exhibit 2 is a true and correct copy of a letter from me to Andrew Temkin, dated January 31, 2008 ("January 31st letter"). In this letter I state that in order for Mattel to decide whether it may agree to MGA's request that Mattel withdraw its Motion, MGA must confirm that the CD Bates numbered MGA 3815506 is a true and correct copy of the only responsive media in MGA's, or its counsel's, possession, custody or control. MGA did not respond to the January 31st Letter.

/
/
/
/
/
/
/
/
/

1 |     4.    Attached as Exhibit 3 is a true and correct copy of my letter to Andrew Temkin, dated February 4, 2008. In this letter, I reiterate Mattel's requests in the January 31st Letter, including Mattel's request that MGA promptly respond so that Mattel may determine whether to withdraw its Motion. I also state that the CD produced by MGA contains several responsive documents that MGA did not produce, in violation of the August 13, 2007 Order and ask MGA to confirm whether, aside from these documents, it produced all documents responsive to Request No. 65, as ordered. MGA did not respond.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed on February 5, 2008, at Los Angeles, California.

    _____
    Jon D. Corey

SUPPLEMENTAL DECLARATION OF JON COREY

**EXHIBIT 1**

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

**NEW YORK**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

**LOS ANGELES**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

**SAN FRANCISCO**
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

**TOKYO**
Akasaka Twin Tower Main Building, 6th Floor
17-22 Akasaka 2-Chome
Minato-Ku, Tokyo 107-0052, Japan
+81 3 5561-1711
Facsimile: +81 3 5561-1712

**SILICON VALLEY**
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

## LOS ANGELES OFFICE
## FACSIMILE TRANSMISSION

**DATE:** January 29, 2008

**NUMBER OF PAGES, INCLUDING COVER: 2**

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Andrew C. Temkin, Esq. Skadden, Arps, Slate, Meagher & Flom LLP | | (650) 470-4570 |

**FROM:** Jon D. Corey

**RE:** Bryant v. Mattel, Inc.

**MESSAGE:**

See attached.



EXHIBIT 1 PAGE 3

07209/2357319.1

| CLIENT # | 07209 | ROUTE/ RETURN TO: | Suzanne Johnson -10 | ☒ CONFIRM FAX ☒ INCLUDE CONF. REPORT |
|---|---|---|---|---|
| OPERATOR: | Priscilla | | CONFIRMED? ☐ NO ☐ YES: | |

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE.

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO                4965
RECIPIENT ADDRESS       76706#7209#16504704570
DESTINATION ID
ST. TIME                01/29 18:31
TIME USE                00'49
PAGES SENT              2
RESULT                  OK
```

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

**NEW YORK**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

**LOS ANGELES**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

**SAN FRANCISCO**
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

**TOKYO**
Akasaka Twin Tower Main Building, 6th Floor
17-22 Akasaka 2-Chome
Minato-ku, Tokyo 107-0052, Japan
+81 3 5561-1711
Facsimile: +81 3 5561-1712

**SILICON VALLEY**
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

## LOS ANGELES OFFICE
## FACSIMILE TRANSMISSION

**DATE:** January 29, 2008

**NUMBER OF PAGES, INCLUDING COVER: 2**

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Andrew C. Temkin, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP | | (650) 470-4570 |

**FROM:** Jon D. Corey

**RE:** Bryant v. Mattel, Inc.

**MESSAGE:**

See attached.

EXHIBIT __1__ PAGE __4__

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

January 29, 2008

<u>**VIA FACSIMILE [(650) 470-4500] AND U.S. MAIL**</u>

Andrew C. Temkin, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
525 University Avenue Suite 1100
Palo Alto, California 94301

Re:   <u>Bryant v. Mattel, Inc.</u>

Dear Mr. Temkin:

We are in receipt of the CD, Bates numbered MGA 3815506 and are reviewing it. Upon completion of our review, we will inform you whether we will need to inspect the CD in MGA's possession and whether Mattel will withdraw its Motion To (1) Enforce The Court's August 13, 2007 Order and To Compel; and (2) For Award of Monetary Sanctions.

Best regards,

*/s/ Jon D. Corey*
Jon D. Corey

EXHIBIT 1 PAGE 5

quinn emanuel urquhart oliver & hedges, llp

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100

**EXHIBIT 2**

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

**NEW YORK**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

**LOS ANGELES**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

**SAN FRANCISCO**
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

**TOKYO**
Akasaka Twin Tower Main Building, 6th Floor
17-22 Akasaka 2-Chome
Minato-ku, Tokyo 107-0052, Japan
+81 3 5561-1711
Facsimile: +81 3 5561-1712

**SILICON VALLEY**
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

## LOS ANGELES OFFICE
## FACSIMILE TRANSMISSION

**DATE:** January 31, 2008

**NUMBER OF PAGES, INCLUDING COVER:** 2

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Andrew C. Temkin, Esq. Skadden, Arps, Slate, Meagher & Flom LLP | | (650) 470-4570 |

**FROM:** Jon D. Corey

**RE:** Bryant v. Mattel, Inc.

**MESSAGE:**

See attached.


FAXED JAN 3 1 2008

EXHIBIT 2 PAGE 6

| | | ROUTE/ | | ☒ CONFIRM FAX |
|---|---|---|---|---|
| CLIENT # | 07209 | RETURN TO: | Suzanne Johnson -10 | ☒ INCLUDE CONF. REPORT |
| OPERATOR: | | | CONFIRMED? ☐ No ☐ Yes: | |

07209/2372215.1

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE.

## Confirmation Report – Memory Send

```
Page           : 001
Date & Time:   01-31-2008  19:05
Line 1         : 2134433100
Line 2         :
Machine ID     : QUINN EMANUEL
```

| | | |
|---|---|---|
| Job number | : | 545 |
| Date | : | 01-31  19:04 |
| To | : | ☎9414807209#16504704570 |
| Number of pages | : | 002 |
| Start time | : | 01-31  19:04 |
| End time | : | 01-31  19:05 |
| Pages sent | : | 002 |
| Status | : | OK |

Job number   : 545           \*\*\* SEND SUCCESSFUL \*\*\*

## QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

**NEW YORK**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

**LOS ANGELES**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

**SAN FRANCISCO**
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

**TOKYO**
Akasaka Twin Tower Main Building, 6th Floor
17-22 Akasaka 2-Chome
Minato-ku, Tokyo 107-0052, Japan
+81 3 5561-1711
Facsimile: +81 3 5561-1712

**SILICON VALLEY**
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

### LOS ANGELES OFFICE
### FACSIMILE TRANSMISSION

DATE:   January 31, 2008                NUMBER OF PAGES, INCLUDING COVER: 2

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Andrew C. Temkin, Esq. Skadden, Arps, Slate, Meagher & Flom LLP | | (650) 470-4570 |

**FROM:** Jon D. Corey

**RE:** Bryant v. Mattel, Inc.

**MESSAGE:**
See attached.

07209/2372215.1

| CLIENT # | 07209 | ROUTE/RETURN TO: | Suzanne Johnson -10 | ☒ CONFIRM FAX ☒ INCLUDE CONF. REPORT |
|---|---|---|---|---|
| OPERATOR: | *[signature]* | | CONFIRMED?  ☐ NO  ☐ YES: | |

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE.

EXHIBIT 2 PAGE 7

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

January 31, 2008

VIA FACSIMILE [(650) 470-4570] AND U.S. MAIL

Andrew C. Temkin, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
525 University Avenue Suite 1100
Palo Alto, California 94301

Re:   Bryant v. Mattel, Inc.

Dear Mr. Temkin:

You have requested that Mattel withdraw its Motion To (1) Enforce The Court's August 13, 2007 Order and To Compel; and (2) For Award of Monetary Sanctions. The relief sought included an order compelling MGA to produce all media containing Mattel-authored or originated documents. Please confirm that the CD Bates numbered MGA 3815506 is a true and correct copy of the only responsive media in MGA's, or its counsel's, possession, custody or control. If MGA has not done so, please confirm which media or documents MGA is withholding and why.

Please provide the requested information at your earliest convenience so that Mattel may determine whether to withdraw its pending Motion and bring this matter to a close.

Best regards,

*Jon D. Corey*

Jon D. Corey

EXHIBIT 2 PAGE 8

quinn emanuel urquhart oliver & hedges, llp

07209/2374718.1

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100

**EXHIBIT 3**

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

**NEW YORK**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

**TOKYO**
Akasaka Twin Tower Main Building, 6th Floor
17-22 Akasaka 2-Chome
Minato-ku, Tokyo 107-0052, Japan
+81 3 5561-1711
Facsimile: +81 3 5561-1712

**LOS ANGELES**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

**SAN FRANCISCO**
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

**SILICON VALLEY**
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

## LOS ANGELES OFFICE
# FACSIMILE TRANSMISSION

**DATE:** February 4, 2008

**NUMBER OF PAGES, INCLUDING COVER: 3**

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Andrew C. Temkin, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP | | (650) 470-4570 |

**FROM:** Jon D. Corey

**RE:** Bryant v. Mattel, Inc.

**MESSAGE:**

See attached.



FEB 0 4 2008

EXHIBIT 3 PAGE 9

07209/2372215.1

**CLIENT #** 07209   **ROUTE/RETURN TO:** Suzanne Johnson -10   ☒ CONFIRM FAX   ☒ INCLUDE CONF. REPORT

**OPERATOR:** Priscilla   **CONFIRMED?** ☐ NO ☐ YES: _____

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE.

```
***********************
***   TX REPORT    ***
***********************

TRANSMISSION OK

TX/RX NO                2982
RECIPIENT ADDRESS       76706#7209#16504704570
DESTINATION ID
ST. TIME                02/04 18:52
TIME USE                00'58
PAGES SENT              3
RESULT                  OK
```

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

**NEW YORK**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 549-7100

**LOS ANGELES**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

**SAN FRANCISCO**
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

**TOKYO**
Akasaka Twin Tower Main Building, 6th Floor
17-22 Akasaka 2-Chome
Minato-ku, Tokyo 107-0052, Japan
+81 3 5561-1711
Facsimile: +81 3 5561-1712

**SILICON VALLEY**
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

## LOS ANGELES OFFICE
## FACSIMILE TRANSMISSION

**DATE:** February 4, 2008

**NUMBER OF PAGES, INCLUDING COVER:** 3

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Andrew C. Temkin, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP | | (650) 470-4570 |

**FROM:** Jon D. Corey

**RE:** Bryant v. Mattel, Inc.

**MESSAGE:**

See attached.

EXHIBIT 3 PAGE 10

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

February 4, 2008

<u>**VIA FACSIMILE [(650) 470-4570] AND U.S. MAIL**</u>

Andrew C. Temkin, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
525 University Avenue Suite 1100
Palo Alto, California 94301

Re:   <u>Bryant v. Mattel, Inc.</u>

Dear Mr. Temkin:

Upon further review of the CD produced by MGA, Bates numbered MGA 3815506, it has come to our attention that the CD contains Mattel authored or originated documents which MGA did not produce. The following documents listed on the CD were not produced:

draft 04_Ext plan mar9.xls
FRP BID 2003 Proyeccion Diaria al 05 Mzo.xls
proyeccion 2004.xls
Revision POS 09 Dic 02.xls
A&P04-media1.xls
A&P04-media.xls
pablo.jpg

Again, you have requested that Mattel withdraw its Motion To (1) Enforce The Court's August 13, 2007 Order and To Compel; and (2) For Award of Monetary Sanctions. As I stated to you in my letter of January 31, 2008, the relief sought included an order compelling MGA to produce all media containing Mattel-authored or originated documents and to enforce the Court's August 13, 2007 Order concerning Request for Production No. 65, which seeks "Copies of all DOCUMENTS that were seized by Mexican authorities from MGA's office in Mexico City, Mexico." MGA represented that this CD contains documents seized by Mexican authorities from MGA's office in Mexico, hence the unproduced documents are responsive to Request No. 65. Please confirm that, with the inclusion of the CD, MGA has produced all such documents. Additionally, because you have not responded to my letter, Mattel must again request that MGA please confirm that the CD Bates numbered MGA 3815506 is a true and correct copy of the only

EXHIBIT 3 PAGE 11

**quinn emanuel urquhart oliver & hedges, llp**

07209/2376560.1

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100

responsive media in MGA's, or its counsel's, possession, custody or control. If MGA has not produced all such media and/or documents, please confirm which media or documents MGA is withholding and why.

Again, please provide the requested information at your earliest convenience so that Mattel may determine whether to withdraw its pending Motion and bring this matter to a close.

Best regards,

*Jon D. Corey*
Jon D. Corey