QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>[To Be Heard By Discovery Master Hon. Edward Infante (Ret.)]<br><br>MATTEL, INC.'S NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF MOTION FOR ORDER FINDING WAIVER AND TO COMPEL PRODUCTION OF DOCUMENTS WITHHELD AS PRIVILEGED<br><br>**Phase 1**<br>Discovery Cut-Off: January 14, 2008<br>Pre-Trial Conference: April 7, 2008<br>Trial Date: April 29, 2008 |

07209/2378281.2

MATTEL'S NOTICE OF WITHDRAWAL

TO THE DISCOVERY MASTER, THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Mattel, Inc. ("Mattel") hereby withdraws, without prejudice, its Notice of Motion and Motion for Order Finding Waiver and to Compel Production of Documents Withheld as Privileged (the "Motion").

Since Mattel filed its Motion, Judge Larson compelled, and Mattel obtained, the depositions of the attorneys who were involved in MGA's contracting with Bryant, namely, MGA's attorney, David Rosenbaum, and Carter Bryant's attorney, Anne Wang. Their testimony made clear that MGA performed no, or virtually no, due diligence in assessing (i) Bryant's claimed rights to Bratz, or (ii) MGA's and Bryant's obligations to Mattel.[1] Because the evidence thus establishes there is no support for MGA's purported good faith defenses, Mattel has now concluded that its motion seeking waiver of the privilege as to information relating to these defenses is unnecessary at this time and the requested information is (as matters currently stand with this additional discovery) not "vital" to Mattel's rebuttal to such defenses. However, Mattel reserves all rights to bring a motion for an Order finding waiver of the privilege at any subsequent time, in the event circumstances change.

DATED: February 5, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By _____
B. Dylan Proctor
Attorneys for Mattel, Inc.

---

[1] See, e.g., Deposition Transcript of David Rosenbaum, dated January 25, 2008, attached as Exhibit G to the Declaration of Timothy A. Miller in Support of MGA Entertainment, Inc.'s Opposition to Motion of Plaintiff Mattel, Inc. for Order Finding Waiver and to Compel Production of Documents Withheld as Privileged, dated January 31, 2008 ("Miller Dec."); Deposition Transcript of Anne Wang, dated January 28, 2008, Miller Dec., Exh. H.

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action. My business address is Apex Attorney Services, 1055 West Seventh Street, Suite 250, Los Angeles, CA 90017.

On February 5, 2008, I served true copies of the following document(s) described as **NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF MOTION FOR ORDER FINDING WAIVER AND TO COMPEL PRODUCTION OF DOCUMENTS WITHHELD AS PRIVILEGED** on the parties in this action as follows:

Thomas J. Nolan, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
300 So. Grand Ave.
Suite 3400
Los Angeles CA 90071

Mark E. Overland, Esq.
David C. Scheper, Esq.
Alexander H. Cote, Esq.
Overland, Borenstein, Scheper & & Kim, LLP
300 S. Grand Avenue, Suite 2750
Los Angeles, CA 90071

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 5, 2008, at Los Angeles, California.

_____
Sherwon Hood

07209/2190147.1

PROOF OF SERVICE

## PROOF OF SERVICE

I am a contractor for Apex Attorney Services, 1055 West Seventh Street, Suite 250, Los Angeles, CA 90017. I am over the age of eighteen years and not a party to the within action.

On February 5, 2008, I served true copies of the following document(s) described as **NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF MOTION FOR ORDER FINDING WAIVER AND TO COMPEL PRODUCTION OF DOCUMENTS WITHHELD AS PRIVILEGED** on the parties in this action as follows:

John W. Keker, Esq.
Michael H. Page, Esq.
Christa M. Anderson, Esq.
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 5, 2008, at San Francisco, California.

*/s/ Toshinori Kawase*