RAOUL D. KENNEDY (Bar No. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Embarcadero Center, 38th Floor
San Francisco, CA 94111-5974
Tel.: (415) 984-6400 / Fax: (415) 984-2698:
(rkennedy@skadden.com
Attorneys for MGA Entertainment, Inc., et al.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>PLAINTIFF(S)<br>v.<br>MATTEL, INC., a Delaware corporation<br><br>DEFENDANT(S). | CASE NUMBER:<br>CV 04-9049 SGL (RNBx)<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
Application to File Under Seal, Proposed Order and Proof of Service for Reply Brief in Support of MGA's Motion to Compel Mattel to Produce Email and Other Electronic Documents, Supplemental Declaration of Robert J. Herrington

**Document Description:**
- ☐ Administrative Record
- ☒ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5 .4(h)
- ☒ Other

**Reason:**
- ☒ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☐ Per Court order dated _____
- ☐ Manual Filing required *(reason)*:

| | |
|---|---|
| February 6, 2008<br>Date | Raoul D. Kennedy<br>Attorney Name<br>MGA ENTERTAINMENT, INC., et al.<br>Party Represented |

Note: File one Notice in each case, each time you manually file document(s).

G-92 (02/07)   NOTICE OF MANUAL FILING

American LegalNet, Inc.
www.FormsWorkflow.com