QUINN EMANUEL URQUHART OLIVER & HEDGES
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>PLAINTIFF(S)<br>v.<br>MATTEL, INC., a Delaware corporation,<br><br>DEFENDANT(S). | CASE NUMBER:<br>CV 04-9049 SGL (RNBx)<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
1) Mattel's Supp. Notice of Motion and Memo. in Support of Mattel, Inc.'s Motion Compelling Production of Third Party Communications Improperly Withheld Under a Claim of "Common Interest" Privilege; 2) App. to File Under Seal and; 3) Proposed Order

**Document Description:**
- ☐ Administrative Record
- ☐ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)
- ☑ Other

**Reason:**
- ☑ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☐ Per Court order dated _____
- ☑ Manual Filing required (*reason*): FILED UNDER SEAL

| | |
|---|---|
| 2/6/2008<br>Date | /S/ B. Dylan Proctor<br>Attorney Name<br>Mattel Inc.<br>Party Represented |

Note: File one Notice in each case, each time you manually file document(s).

G-92 (02/07)       NOTICE OF MANUAL FILING