QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Hon. Edward Infante (Ret.)]**<br><br>**[PUBLIC REDACTED]** SUPPLEMENTAL DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MOTION OF MATTEL, INC. TO COMPEL THE CONTINUED DEPOSITION OF ISAAC LARIAN AND TO OVERRULE INSTRUCTIONS NOT TO ANSWER<br><br>Date: Feb. 11, 2008<br>Time: 9:30 a.m.<br>Place: Telephonic<br><br>**Phase 1**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

SUPPLEMENTAL DECLARATION OF B. DYLAN PROCTOR

## SUPPLEMENTAL DECLARATION OF B. DYLAN PROCTOR

I, B. Dylan Proctor, declare as follows:

1.      I am a member of the bar of the State of California and a partner of Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc.  I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2.      Attached as Exhibit 1 is a true and correct copy of the Court's July 2, 2007 Order Granting Mattel's Motion re: Trial Structure.

3.      Attached as Exhibit 2 is a true and correct copy of Mattel's Memorandum Re: Trial Structure, dated June 20, 2007.

4.      Attached as Exhibit 3 is a true and correct copy of the Court's February 4, 2008 Order.

5.      Attached as Exhibit 4 is a true and correct copy of the Court's October 31, 2007 Order.

6.      Attached as Exhibit 5 is a true and correct copy of excerpts from Mattel's Opposition to Joint Motion to Compel the Deposition Testimony of Robert Eckert, dated December 18, 2007.

7.      Attached as Exhibit 6 is a true and correct copy of the Order Regarding MGA and Carter Bryant's Joint Motion to Compel the Deposition Testimony of Robert Eckert, dated Jan. 9, 2008.

8.      Attached as Exhibit 7 is a true and correct copy of excerpts from MGA's and Carter Bryant's Joint Motion to Compel Deposition Testimony of Robert Eckert, dated December 11, 2007.

07209/2378108.1

9.      Attached as Exhibit 8 is a true and correct copy of the Reply in support of Mattel's Motion to Compel Production of Documents by Isaac Larian, dated December 28, 2007.

10.     Attached as Exhibit 9 is a true and correct copy of Mattel's Motion to Compel Production of Documents by Isaac Larian, dated December 17, 2007.

11.     Attached as Exhibit 10 is a true and correct copy of MGA's Opposition to Mattel's Motion to Compel Production of Documents by Isaac Larian, dated December 24, 2007.

12.     Attached as Exhibit 11 is a true and correct copy of excerpts from Isaac Larian's Amended Answer and Affirmative Defenses to Mattel's Second Amended Answer and Counterclaims, dated November 8, 2007.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 5, 2008, at Los Angeles, California.

B. Dylan Proctor