QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>            Plaintiff,<br><br>     vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>            Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>ORDER RE<br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL<br><br>Date:   N/A<br>Time:  N/A<br>Place:  N/A<br><br>**Phase 1**<br>Discovery Cut-Off:   January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date:                   May 27, 2008 |

07209/2362964.1

[PROPOSED] ORDER

<u>ORDER</u>

Based on the concurrently filed Application to File Under Seal Exhibits 28 and 29 to the Supplemental Declaration of Jon D. Corey ("Corey Dec.") in Support of Mattel. Inc.'s Reply Memorandum of Points and Authorities In Support of Ex Parte Application; (1) to Compel Depositions of Daphne Gronich, Joe Tiongco, Mariana Trueba, Pablo Vargas, MGA Entertainment, Inc. (pursuant to Rule 30(b)(6)), and MGAE de Mexico (pursuant to Rule 30(b)(6)) and (2) for Leave to Take Depositions in February 2008; or, in the Alternative, for an Order Shortening Time to Hear a Motion Seeking the Foregoing Relief, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Exhibits 28 and 29 to the Corey Dec. are ORDERED filed under seal pursuant to <u>Local Rule</u> 79-5.1.

DATED: February 06, 2008

_____
Hon. Stephen G. Larson
United States District Judge