QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Hon. Edward Infante (Ret.) Pursuant To The Court's Order of December 6, 2006]**<br><br>MATTEL, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF ELECTRONIC MEDIA FROM THIRD PARTIES ELISE CLOONAN, MARGARET HATCH-LEAHY AND VERONICA MARLOW<br><br>[Notice of Lodging filed concurrently herewith]<br><br>Hearing Date: TBA<br>Time: TBA<br>Place: TBA<br><br>**Phase 1:**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2378494.1

MATTEL, INC.'S MOTION TO COMPEL

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that at a hearing before Discovery Master Hon. Edward Infante (Ret.) that will occur at a date and time and location to be determined by Judge Infante, plaintiff Mattel, Inc. ("Mattel") will, and hereby does, move the Court for an order compelling third party witnesses Elise Cloonan, Margaret Hatch-Leahy and Veronica Marlow to produce certain electronic media in their possession, custody and control.

This Motion is made pursuant to Federal Rule of Civil Procedure 45 on the grounds that these witnesses—who the Court has previously recognized as being key witnesses, who are affiliated with MGA and who are represented by counsel retained by MGA—have in their possession, custody and control electronic media that contains evidence about the origins of Bratz and the timing of its creation and development, including during the time periods when defendant Carter Bryant was working for Mattel. These electronic media include a "zip Disk" labeled "Bratz" and the witness' computer hard drives. Recent discovery shows these electronic media contain evidence that has not been produced and which counsel for these key witnesses has refused to make available for Mattel's expert examination. Efforts at reaching an agreement with counsel to produce such electronic media have failed.

Mattel previously sought identical relief, in addition to relief from the expert witness cut-off date dictated by Judge Larson's Scheduling Order in an *ex parte* application. On February 4, 2008, the Court ordered this matter submitted to the Discovery Master for ruling. (February 4, 2008 Order attached hereto as Exhibit A). Mattel accordingly brings this Motion to Compel (which does not seek relief from or modification of the scheduling order).

The parties have fully briefed the issue presented by Mattel's Motion—the production of the electronic media. Mattel previously filed it's Ex Parte Application To (1) Compel Production of Electronic Media From Third-Parties Elise Cloonan, Margaret Hatch-Leahy, And Veronica Marlow Or (2) In The Alternative, Modify

the Scheduling Order on January 23, 2008. Third Parties Cloonan, Hatch-Leahy and Marlow filed an Opposition to Mattel's Ex Parte Application on January 27, 2008. Defendant MGA filed a Joinder in that Opposition on January 28, 2008. Mattel filed a Reply in Support of Its Ex Parte Application on February 1, 2008.

Mattel concurrently lodges this briefing and all supporting documents with the Discovery Master.

This Motion is based on Mattel's previously-filed Ex Parte Application To (1) Compel Production of Electronic Media From Third-Parties Elise Cloonan, Margaret Hatch-Leahy, And Veronica Marlow Or (2) In The Alternative, Modify the Scheduling Order on January 23, 2008, Mattel's previously-filed Reply In Support of that Application, the previously-filed Declaration of Christopher Tayback dated January 23, 2008, the previously-filed supplemental Declaration of Christopher Tayback dated February 1, 2008, the previously-filed accompanying applications to seal, the records and files of this matter, and all other matters of which the Discovery Master may take judicial notice.

Mattel does not anticipate there will be any need for further briefing on the issues raised in this Motion.

### Statement of Rule 37-1 Compliance

Counsel met and conferred regarding this motion on numerous occasions between December 20, 2007 and January 11, 2008.

DATED: February 6, 2008         QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Jon Corey
Jon Corey
Attorneys for Mattel, Inc.