QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Hon. Edward Infante (Ret.) Pursuant To The Court's Order of December 6, 2006]**<br><br>MATTEL, INC.'S NOTICE OF LODGING IN SUPPORT OF ITS NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF ELECTRONIC MEDIA FROM THIRD PARTIES ELISE CLOONAN, MARGARET HATCH-LEAHY AND VERONICA MARLOW<br><br>Hearing Date: TBA<br>Time: TBA<br>Place: TBA<br><br>**Phase 1:**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that Mattel has lodged with Discovery Master Hon.
3  Edward Infante (Ret.) true and correct copies of all parties' and third-parties'
4  briefing submitted in support of or in opposition to Mattel's previously filed Ex
5  Parte Application To (1) Compel Production of Electronic Media From Third-
6  Parties Elise Cloonan, Margaret Hatch-Leahy, And Veronica Marlow Or (2) In The
7  Alternative, Modify the Scheduling Order on January 23, 2008, and supporting
8  declarations.  The lodged documents are:

9  1.  <u>Docket No. 1583</u>: Mattel's Ex Parte Application to (1) Compel
10 Production of Electronic Media From Third-Parties Elise Cloonan, Margaret Hatch-
11 Leahy, and Veronica Marlow or (2) in the Alternative, Modify the Scheduling
12 Order; and Memorandum of Points and Authorities in Support Thereof;

13 2.  <u>Docket No. 1583-2</u>: Declaration of Christopher Tayback in Support of
14 Mattel's Ex Parte Application and all exhibits thereto (including those filed under
15 Seal).

16 3.  <u>Docket No. 1621</u>: Notice of Mattel's Failure to Serve the Manually
17 Filed Portion of the Ex Parte Application on Counsel for Ms. Cloonan, Ms. Leahy
18 and Ms. Marlow.

19 4.  <u>Docket No. 1634</u>: Notice of Service of Complete Ex Parte Application
20 Counsel for Ms. Cloona, Ms. Leahy and Ms. Marlow.

21 5.  <u>Docket No. 1656</u>:  Ana Elise Cloonan's, Margaret Hatch-Leahy's, and
22 Veronica Malow's Opposition to Mattel's Ex Parte Application.

23 6.  <u>Docket No. 1656-2</u>: Declaration of Larry McFarland in Support of Ana
24 Elise Cloonan's, Margaret Hatch-Leahy's, and Veronica Marlow's Opposition to
25 Mattel's Ex Parte Application and all exhibits thereto (including those filed under
26 Seal).

27
28

1      7.    <u>Docket No. 1719</u>: MGA's Joinder in Ana Elise Cloonan's, Margaret Hatch-Leahy's, and Veronica Marlow's Opposition to Mattel's Ex Parte Application.

     8.    <u>Docket No. 1719-2</u>: Declaration of Carl A. Roth in Support of MGA's Joinder in Ana Elise Cloonan's, Margaret Hatch-Leahy's, and Veronica Marlow's Opposition to Mattel's Ex Parte Application and all exhibits thereto.

     9.    <u>Docket No. 1887</u>: Mattel Inc.'s Reply in Support of its Ex Parte Application.

     10.    <u>Docket No. 1887-2</u>: Supplemental Declaration of Christopher Tayback in Support of Mattel Inc.'s Reply in Support of its Ex Parte Application and all exhibits thereto (including those filed under seal).

DATED: February 6, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Jon Corey
    Jon Corey
    Attorneys for Mattel, Inc.