THOMAS J. NOLAN (Bar No. 66992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3144
Tel.: (213) 687-5000 / Fax: (213) 687-5600:
(tnolan@skadden.com
Attorneys for MGA Entertainment, Inc., et al.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>PLAINTIFF(S)<br>v.<br><br>MATTEL, INC., a Delaware corporation<br><br>DEFENDANT(S). | CASE NUMBER:<br>CV 04-9049 SGL (RNBx)<br><br>NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
(1) MGA'S REPLY IN FURTHER SUPPORT OF ITS MOTION TO OVERRULE MATTEL'S RELEVANCE OBJECTION (1) MGA'S AND CARTER BRYANT'S OPPOSITION TO MATTEL'S OBJECTION TO THE DISCOVERY MASTER'S JANUARY 11, 2008 ORDER GRANTING MGA'S AND BRYANT'S MOTION TO COMPEL RE: MATTEL'S BANDYING OF 30(B)(6) WITNESSES; (2) DECLARATION OF MARCUS R. MUMFORD IN SUPPORT OF MGA'S AND CARTER BRYANT'S OPPOSITION TO MATTEL'S OBJECTION TO THE DISCOVERY MASTER'S JANUARY 11, 2008 ORDER GRANTING MGA'S AND BRYANT'S MOTION TO COMPEL RE: MATTEL'S BANDYING OF 30(B)(6) WITNESSES; (3) APPLICATION TO FILE UNDER SEAL; (4) [PROPOSED] ORDER; (5) PROOF OF SERVICE

**Document Description:**
- ☐ Administrative Record
- ☒ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5 .4(h)
- ☒ Other

**Reason:**
- ☒ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☐ Per Court order dated _____
- ☐ Manual Filing required *(reason):*

G-92 (02/07)  NOTICE OF MANUAL FILING

American LegalNet, Inc.
www.FormsWorkflow.com

| | |
|---|---|
| February 5, 2008 | Raoul D. Kennedy |
| Date | Attorney Name |
| | MGA ENTERTAINMENT, INC., et al. |
| | Party Represented |

Note:  File one Notice in each case, each time you manually file document(s).

G-92 (02/07)          **NOTICE OF MANUAL FILING**

American LegalNet, Inc.
www.FormsWorkflow.com