1 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
2 | John B. Quinn (Bar No. 090378)
  | (johnquinn@quinnemanuel.com)
  | Michael T. Zeller (Bar No. 196417)
3 | (michaelzeller@quinnemanuel.com)
  | Jon D. Corey (Bar No. 185066)
4 | (joncorey@quinnemanuel.com)
  | 865 South Figueroa Street, 10th Floor
5 | Los Angeles, California  90017-2543
  | Telephone:  (213) 443-3000
6 | Facsimile:   (213) 443-3100

7 | Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
|---|---|
| Plaintiff, | Consolidated with Case Nos. CV 04-09059 & CV 05-2727 |
| vs. | Hon. Stephen G. Larson |
| MATTEL, INC., a Delaware corporation, | MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBIT 22 TO THE NOTICE OF ERRATA REGARDING EXHIBIT 22 TO THE CONFIDENTIAL DECLARATION OF JON D. COREY |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | [[Proposed] Order filed concurrently] |
| | Date:  N/A Time:  N/A Place:  N/A |
| | **Phase 1** Discovery Cut-Off:  January 28, 2008 Pre-Trial Conference: May 5, 2008 Trial Date:            May 27, 2008 |

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal Exhibit 22 to the Notice of Errat Regarding Exhibit 22 to the Confidential Declaration of Jon D. Corey in Support of Mattel Inc.'s Reply Memorandum of Points and Authorities In Support of Ex Parte Application (1) to Compel Depositions of Daphne Gronich, Joe Tiongco, Mariana

1  Trueba, Pablo Vargas, MGA Entertainment, Inc. (pursuant to Rule 30(b)(6)), and

2  MGAE de Mexico (pursuant to Rule 30(b)(6)) and (2) for Leave to Take

3  Depositions in February 2008; or, in the Alternative, for an Order Shortening Time

4  to Hear a Motion Seeking the Foregoing Relief (the "Exhibit").

5       The Exhibit includes materials that MGA and/or Bryant have

6  designated as "Confidential" or "Confidential--Attorneys' Eyes Only" pursuant to

7  the Protective Order.  Accordingly, Mattel requests that the Court order that the

8  Exhibits be filed under seal.

9       In the alternative, Mattel requests that the Court declare that these

10  materials are outside the definitions of "Confidential" and "Confidential--Attorneys'

11  Eyes Only" as contained in the Stipulated Protective Order and order them to be

12  filed as part of the public record.

13

14  DATED:  February 4, 2008        QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

15

16                                 By /s/ Jon D. Corey

17                                    Jon D. Corey
                                      Attorneys for Mattel, Inc.

18

19

20

21

22

23

24

25

26

27

28