1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
    John B. Quinn (Bar No. 090378)
2   (johnquinn@quinnemanuel.com)
    Michael T. Zeller (Bar No. 196417)
3   (michaelzeller@quinnemanuel.com)
    Jon D. Corey (Bar No. 185066)
4   (joncorey@quinnemanuel.com)
    865 South Figueroa Street, 10th Floor
5   Los Angeles, California  90017-2543
    Telephone:  (213) 443-3000
6   Facsimile:   (213) 443-3100

7  Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant. | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>[~~PROPOSED~~] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL<br><br>Date:  N/A<br>Time:  N/A<br>Place:  N/A |
| AND CONSOLIDATED ACTIONS | |

**Phase 1**
Discovery Cut-Off:     January 28, 2008
Pre-Trial Conference: May 5, 2008
Trial Date:                  May 27, 2008

LODGED

07209/2362964.1

[PROPOSED] ORDER

# [PROPOSED] ORDER

Based on the concurrently filed Application to File Under Seal Exhibit 22 to the Notice of Errata Regarding Exhibit 22 to the Confidential Declaration of Jon D. Corey Support of Mattel. Inc.'s Reply Memorandum of Points and Authorities In Support of Ex Parte Application; (1) to Compel Depositions of Daphne Gronich, Joe Tiongco, Mariana Trueba, Pablo Vargas, MGA Entertainment, Inc. (pursuant to Rule 30(b)(6)), and MGAE de Mexico (pursuant to Rule 30(b)(6)) and (2) for Leave to Take Depositions in February 2008; or, in the Alternative, for an Order Shortening Time to Hear a Motion Seeking the Foregoing Relief, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Exhibit 22 to the Notice of Errata is ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: FEB - 6 2008 , 2008       _____
                                 Hon. Stephen G. Larson
                                 United States District Judge