```
 1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
      John B. Quinn (Bar No. 90378)
 2    (johnquinn@quinnemanuel.com)
      Michael T. Zeller (Bar No. 196417)
 3    (michaelzeller@quinnemanuel.com)
      Jon D. Corey (Bar No. 185066)
 4    (joncorey@quinnemanuel.com)
    865 South Figueroa Street, 10th Floor
 5  Los Angeles, California 90017-2543
    Telephone: (213) 443-3000
 6  Facsimile: (213) 443-3100
 7  Attorneys for Mattel, Inc.
```

                    UNITED STATES DISTRICT COURT

                   CENTRAL DISTRICT OF CALIFORNIA

                            EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>　　　　　Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL (1) PORTIONS OF MATTEL INC.'S NOTICE OF MOTION AND MOTION TO COMPEL MGA TO PRODUCE COMMUNICATIONS REGARDING THIS ACTION AND (2) CERTAIN EXHIBITS TO THE DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL MGA TO PRODUCE COMMUNICATIONS REGARDING THIS ACTION<br><br>[Local Rule 79-5.1]<br><br>Hearing Date:　T.B.D.<br>Time:　T.B.D.<br>Place:　T.B.D.<br><br>**Phase 1**<br>Discovery Cut-Off:　Jan. 28, 2008<br>Pre-Trial Conference:　May 5, 2008<br>Trial Date:　May 27, 2008 |

## Application to File Under Seal

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, plaintiff Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal portions of Mattel Inc.'s Notice of Motion and Motion to Compel MGA to Produce Communications Regarding This Action (the "Motion") and Exhibits 9, 10 and 12 to the Declaration of B. Dylan Proctor in Support of Mattel Inc.'s Motion to Compel MGA to Produce Communications Regarding This Action (the "Proctor Declaration"). The Motion and Exhibits 9, 10 and 12 to the Proctor Declaration are being filed concurrently with this Application.

The Motion contains materials that Mattel and MGA Entertainment, Inc. ("MGA") have designated as "Attorneys' Eyes Only" and/or "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order. The Proctor Declaration attaches as exhibits documents that Mattel and MGA have designated as "Attorneys' Eyes Only" and/or "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order. Mattel has designated Exhibit 9 as "Attorneys' Eyes Only." MGA has designated Exhibits 10 and 12 as "Confidential--Attorneys' Eyes Only."

As the Motion and Exhibits 9, 10 and 12 to the Declaration consist of materials designated by the parties as "Attorneys' Eyes Only" and/or "Confidential-Attorneys' Eyes Only," Mattel requests that the Court order that the Motion and Exhibits 9, 10 and 12 to the Proctor Declaration be filed under seal.

DATED: February 5, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By _____
B. Dylan Proctor
Attorneys for Mattel, Inc.

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is NOW Messenger Service, 1301 West Second Street, Suite 206, Los Angeles, California 90026.

On February 6, 2008, I served true copies of the following documents described as:

**MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL (1) PORTIONS OF MATTEL INC'S NOTICE OF MOTION AND MOTION TO COMPEL MGA TO PRODUCE COMMUNICATIONS REGARDING THIS ACTION AND (2) CERTAIN EXHIBITS TO THE DECLARATION OF DYLAN B. PROCTOR IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL MGA TO PRODUCE COMMUNICATIONS REGARDING THIS ACTION.**

on the parties in this action as follows:

| | |
|---|---|
| Skadden, Arps, Slate, Meagher & Flom LLP<br>   Thomas J. Nolan, Esq.<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071<br>Telephone: 213.687.5000<br>Facsimile: 213.687.5600 | **Attorneys for *MGA Entertainment, Inc., MGA Entertainment (HK) Ltd., Isaac Larian* and *MGAE de Mexico, S.R.L. de C.V.*** |

[√]  **[PERSONAL]** by personally delivering the document listed above to the person(s) at the address(es) set forth above.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made

Executed on February 6, 2008, at Los Angeles, California.

_____
David Quintana

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017.

On February 6, 2008, I served true copies of the following documents described as **MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL (1) PORTIONS OF MATTEL INC'S NOTICE OF MOTION AND MOTION TO COMPEL MGA TO PRODUCE COMMUNICATIONS REGARDING THIS ACTION AND (2) CERTAIN EXHIBITS TO THE DECLARATION OF DYLAN B. PROCTOR IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL MGA TO PRODUCE COMMUNICATIONS REGARDING THIS ACTION.** on the parties in this action as follows:

| | |
|---|---|
| Keker & Van Nest, LLP<br>John W. Keker, Esq.<br>Michael H. Page, Esq.<br>Christa M. Anderson, Esq.<br>710 Sansome Street<br>San Francisco, CA 94111<br>Telephone: 415.391.5400<br>Facsimile: 415.397.7188 | **Attorneys for *Carter Bryant*** |
| Overland Borenstein Scheper & Kim, LLP<br>Mark E. Overland, Esq.<br>David C. Scheper, Esq.<br>Alexander H. Cote, Esq.<br>300 South Grand Avenue, Suite 2750<br>Los Angeles, CA 90071<br>Telephone: 213.613.4655<br>Facsimile: 213.613.4656 | **Attorneys for *Carlos Gustavo Machado Gomez*** |

[√] **[MAIL]** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 6, 2008, at Los Angeles, California.

*Catherine Estacio*
Catherine Estacio

07209/2379051.1

-2-

Case No. CV 04-9049 SGL (RNBx)
PROOF OF SERVICE