THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, CA 90071-3144
Tel.: (213) 687-5000/Fax: (213) 687-5600

RAOUL D. KENNEDY (Bar No. 40892)
(rkennedy@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Embarcadero Center, 38th Floor
San Francisco, CA 94111-5974
Tel.: (415) 984-6400 / Fax: (415) 984-2698

Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian

UNITED STATED DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>**DISCOVERY MATTER**<br><br>APPLICATION TO FILE UNDER SEAL MGA'S REPLY IN FURTHER SUPPORT OF MOTION TO OVERRULE MATTEL'S RELEVANCE OBJECTION AND COMPEL DISCOVERY RELEVANT TO STATUTE OF LIMITATIONS AND LACHES DEFENSES (RFP, RFA & INTERROGATORIES) AND SUPPLEMENTAL DECLARATION OF MARCUS R. MUMFORD IN SUPPORT THEREOF |

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, MGA Entertainment, Inc. ("MGA") hereby respectfully request that the Court order the following documents be filed under seal: MGA's Reply in Further Support of Motion To Overrule Mattel's Relevance Objection and Compel Discovery Relevant to Statute of Limitations and Laches Defenses (RFP, RFA & Interrogatories), and the Supplemental Declaration of Marcus R. Mumford in Support Thereof. Good cause exists for filing these documents under seal, as certain exhibits attached to the Supplemental Declaration of Marcus R. Mumford have been designated as "Confidential" or "Confidential—Attorneys' Eyes Only" pursuant to the Protective Order, and the Reply references these exhibits, as well as exhibits to the Declaration of Marcus R. Mumford previously filed in support of the Motion on January 17, 2008. In the alternative, MGA requests that the Court declare the exhibits to the declarations to be outside the definitions of "Confidential" and "Confidential—Attorneys' Eyes Only" as contained in the Stipulated Protective Order and order them, along with the Reply, to be filed as part of the public record.

DATED: February 5, 2008

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By: *Raoul D. Kennedy (by AL)*
Raoul D. Kennedy
Attorneys for MGA Entertainment, Inc.