QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>  Plaintiff,<br><br>  vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>  Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL ITS SUPPLEMENTAL NOTICE OF MOTION AND MEMORANDUM IN SUPPORT OF ITS MOTION FOR ORDER COMPELLING PRODUCTION OF WITHHELD MGA: (1) TRADEMARK SEARCH RESULTS, (2) DATE OF FIRST USE INFORMATION, AND (3) FACTUAL DATA COMMUNICATED FOR THE PURPOSE OF FILING TRADEMARK OR OTHER INTELLECTUAL PROPERTY APPLICATIONS<br><br>[[Proposed] Order filed concurrently]<br><br>Date:  TBD<br>Time:  TBD<br>Place: TBD<br><br>**Phase 1**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2379499.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1   Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2   entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3   requests that the Court order filed under seal its Supplemental Notice of Motion and
4   Memorandum in Support of Mattel, Inc.'s Motion for Order Compelling Production
5   of Withheld MGA: (1) Trademark Search Results, (2) Date of First Use Information,
6   and (3) Factual Data Communicated for the Purpose of Filing Trademark of Other
7   Intellectual Property Applications ("Supplemental Memorandum")
8   The Supplemental Memorandum includes materials that MGA
9   Entertainment, Inc. has designated as "Confidential" pursuant to the Protective
10  Order. Accordingly, Mattel requests that the Court order that the Supplemental
11  Memorandum be filed under seal.
12  In the alternative, Mattel requests that the Court declare that these
13  materials are outside the definitions of "Confidential" and "Confidential--Attorneys'
14  Eyes Only" as contained in the Stipulated Protective Order and order them to be
15  filed as part of the public record.

17  DATED: February 6, 2008        QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

                                    By /s/ B. Dylan Proctor
                                       B. Dylan Proctor
                                       Attorneys for Mattel, Inc.