QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 90378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To be Heard by Discovery Master Hon. Edward Infante (Ret.) Pursuant to Court Order of December 6, 2006]**<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL: (1) SUPPLEMENTAL NOTICE OF MOTION AND MEMORANDUM IN SUPPORT OF MATTEL'S MOTION TO COMPEL PRODUCTION OF PREVIOUSLY WITHHELD DOCUMENTS ONLY PORTIONS OF WHICH ARE ALLEGEDLY PRIVILEGED; AND (2) SUPPLEMENTAL DECLARATION OF B. DYLAN PROCTOR<br><br>[Local Rule 79-5.1]<br><br>Date: TBA<br>Time: TBA<br>Place: TBA<br><br>**Phase 1**<br>Discovery Cut-Off:      Jan. 28, 2008<br>Pre-Trial Conference:   May 5, 2008<br>Trial Date:             May 27, 2008 |

07209/2379777.1

APPLICATION TO FILE UNDER SEAL

## Application to File Under Seal

Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order entered by the Court in this action, plaintiff Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal its (1) Supplemental Notice of Motion and Memorandum in Support of Mattel's Motion to Compel Production of Previously Withheld Documents Only Portions of Which are Allegedly Privileged; and (2) Exhibits 1, 2, and 3 to the concurrently filed Supplemental Declaration of B. Dylan Proctor in Support of Mattel's Motion to Compel Production of Previously Withheld Documents Only Portions of Which are Allegedly Privileged.

The Supplemental Memorandum quotes from and the Declaration attaches as exhibits documents that the parties have designated as "Confidential" and/or "Confidential-Attorneys' Eyes Only" pursuant to the Protective Order. As Exhibits 1, 2, and 3 to the Supplemental Declaration consist of materials designated the parties as "Confidential" and/or "Confidential-Attorneys' Eyes Only," Mattel requests that the Court order that the Supplemental Memorandum and the exhibits to the Supplemental Declaration be filed under seal.

In the alternative, Mattel requests that the Court declare these exhibits to the Declaration to be outside the definition of "Confidential" and/or "Confidential-Attorneys' Eyes Only" as contained in the Stipulated Protective Order and order them to be lodged as part of the public record.

DATED: February 6, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By  B. Dylan Proctor /DK
B. Dylan Proctor
Attorneys for Mattel, Inc.