QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>APPLICATION TO FILE UNDER SEAL CERTAIN EXHIBITS TO THE SUPPLEMENTAL DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MOTION OF MATTEL, INC. TO COMPEL THE CONTINUED DEPOSITION OF ISAAC LARIAN AND TO OVERRULE INSTRUCTIONS NOT TO ANSWER<br><br>[Local Rule 79-5.1]<br><br>**Phase 1**<br>Discovery Cut-Off:    January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date:              May 27, 2008 |

ORIGINAL

07209/2374720.1

APPLICATION TO FILE UNDER SEAL

1        Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order
2   entered by the Court in this action, plaintiff Mattel, Inc. ("Mattel") hereby
3   respectfully requests that the Court order filed under seal Exhibits 5, 7 and 10 to the
4   concurrently filed Supplemental Declaration of B. Dylan Proctor in support of
5   Mattel's Motion to Compel Continued Deposition of Isaac Larian and to Overrule
6   Instructions Not to Answer  ("Supplemental Proctor Declaration").
7        The Supplemental Proctor Declaration attaches as exhibits documents
8   that MGA Entertainment, Inc. ("MGA") and/or Mattel, Inc. has designated as
9   "Confidential" and/or "Confidential--Attorneys' Eyes Only" pursuant to the
10  Protective Order.  As Exhibits 5, 7 and 10 to the Supplemental Proctor Declaration
11  consist of materials designated by MGA and/or Mattel as "Confidential" and/or
12  "Confidential--Attorneys' Eyes Only," Mattel requests that the Court order that these
13  exhibits be filed under seal.
14
15
16  DATED:  Feburary 6, 2008     QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
17
18       By_____
19       Oleg Stolyar
         Attorneys for Mattel, Inc.
20
21
22
23
24
25
26
27
28

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On February 6, 2008, I served true copies of the following document(s) described as **APPLICATION TO FILE UNDER SEAL EXHIBITS TO THE SUPPLEMENTAL DECLARATION OF B. DYLAN PROCTOR ISO MOTION OF MATTEL, INC. TO COMPEL THE CONTINUED DEPOSITION OF ISAAC LARIAN AND TO OVERRULE INSTRUCTIONS NOT TO ANSWER** on the parties in this action as follows:

> John W. Keker, Esq.
> Michael H. Page, Esq.
> Christina M. Anderson, Esq.
> **Keker & Van Nest, LLP**
> 710 Sansome Street
> San Francisco, CA 94111

**BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California.  The envelope was mailed with postage thereon fully prepaid.

**BY FEDEX:** I deposited such document(s) in a box or other facility regularly maintained by FedEx, or delivered such document(s) to a courier or driver authorized by FedEx to receive documents, in sealed envelope(s) or package(s) designated by FedEx with delivery fees paid or provided for, addressed to the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 6, 2008, at Los Angeles, California.

Amanda Navarro

quinn emanuel

07209/2217871.1

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On February 6, 2008, I served true copies of the following document(s) described as **APPLICATION TO FILE UNDER SEAL EXHIBITS TO THE SUPPLEMENTAL DECLARATION OF B. DYLAN PROCTOR ISO MOTION OF MATTEL, INC. TO COMPEL THE CONTINUED DEPOSITION OF ISAAC LARIAN AND TO OVERRULE INSTRUCTIONS NOT TO ANSWER** on the parties in this action as follows:

Thomas J. Nolan
**Skadden, Arps, Slate, Meageher & Flom LLP**
300 South Grand Ave., Ste. 3400
Los Angeles, CA 90071

Mark E. Overland
David C. Scheper
Alexander H. Cote
**Overland Borenstein Scheper & Kim LLP**
300 South Grand Avenue, Suite 2750
Los Angeles, CA 90071

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 6, 2008, at Los Angeles, California.

NOW LEGAL -- Dave Quintana

07209/2217862.1