1 | THOMAS J. NOLAN (Bar No. 066992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2 | 300 South Grand Avenue
Los Angeles, CA 90071-3144
3 | Telephone: (213) 687-5000
Facsimile: (213) 687-5600
4 | E-mail: tnolan@skadden.com

5 | RAOUL D. KENNEDY (Bar No. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
6 | Four Embarcadero Center, Suite 3800
San Francisco, CA 94111
7 | Telephone: (415) 984-6400
Facsimile: (415) 984-2698
8 | E-mail: rkennedy@skadden.com

9 | Attorneys for Counter-Defendants,
MGA ENTERTAINMENT, INC., ISAAC LARIAN, MGA ENTERTAINMENT
10 | (HK) LIMITED, AND MGAE de MEXICO S.R.L. de C.V.

11 | **UNITED STATES DISTRICT COURT**

12 | **CENTRAL DISTRICT OF CALIFORNIA**

13 | **EASTERN DIVISION**

| | |
|---|---|
| 14 CARTER BRYANT, an individual | CASE NO. CV 04-9049 SGL (RNBx) |
| 15        Plaintiff, | Consolidated with Case No. 04-9059 |
| 16 | and Case No. 05-2727 |
|   v. | |
| 17 | **PROOF OF SERVICE** |
| MATTEL, INC., a Delaware | |
| 18 corporation | |
| 19       Defendant. | |
| 20 | |
| 21 | |
| 22 | |
| 23 Consolidated with MATTEL, INC. v. | Discovery Cut-Off: January 28, 2008 |
| BRYANT and MGA | |
| 24 ENTERTAINMENT, INC. v. | |
| MATTEL, INC. | |
| 25 | |

26

27

28

---

PROOF OF SERVICE                                             NO. CV 04-9049 SGL (RNBx)

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 300 South Grand Avenue, 34th Floor, Los Angeles, CA 90071.

On February 5, 2008, I served the foregoing documents described as:

### SEE ATTACHED DOCUMENT LIST

on the interested parties in this action addressed as follows:

### SEE ATTACHED SERVICE LIST

☑ (BY PERSONAL SERVICE) ☐ By personally delivering copies to the person served. (FEDERAL)

☑ I caused such document to be hand delivered to the above addressees. (FEDERAL)

☑ (BY FEDERAL EXPRESS) I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing with Federal Express and the fact that the correspondence would be deposited with Federal Express that same day in the ordinary course of business; on this date, the above-referenced correspondence was placed for deposit at Los Angeles, California and placed for collection and mailing following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed on February 5, 2008 at Los Angeles, California.

_____Matthew T. Bowman_____       _____
PRINT NAME                                            SIGNATURE

PROOF OF SERVICE                                      NO. CV 04-9049 SGL (RNBx)

1

## DOCUMENT LIST

2

3    (1)  MGA'S REPLY IN FURTHER SUPPORT OF ITS MOTION TO OVERRULE
     MATTEL'S RELEVANCE OBJECTION AND COMPEL DISCOVERY
     RELEVANT TO STATUTE OF LIMITATIONS AND LACHES DEFENSES (RFP,
4    RFA & INTERROGATORIES)

5    (2)  SUPPLEMENTAL DECLARATION OF MARCUS R. MUMFORD IN
     FURTHER SUPPORT OF MGA'S REPLY IN FURTHER SUPPORT OF ITS
6    MOTION TO OVERRULE MATTEL'S RELEVANCE OBJECTION AND
     COMPEL DISCOVERY RELEVANT TO STATUTE OF LIMITATIONS AND
7    LACHES DEFENSES (RFP, RFA & INTERROGATORIES)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE                                                    NO. CV 04-9049 SGL (RNBx)

1   SERVICE LIST

2

3   John B. Quinn, Esq.                      John W. Keker, Esq.
    Michael T. Zeller, Esq.                  Michael H. Page, Esq.
4   Jon D. Corey, Esq.                       Keker & Van Nest, LLP
    Timothy L. Alger, Esq.                   710 Sansome Street
5   Quinn Emanuel Urquhart Oliver &          San Francisco, CA  94111
    Hedges, LLP                              (415)  391-5400
6   865 South Figueroa Street, 10th Floor    (415)  397-7188 (Fax)
    Los Angeles, CA  90017-2543
7   (213)  443-3000                          Attorneys for Carter Bryant
    (213)  443-3100 (Fax)                    [Federal Express]
8
    Attorneys for Mattel, Inc.
9   [Personal Service]

10

11

    Mark E. Overland, Esq.
12  Alexander H. Cote, Esq.
    David C. Scheper, Esq.
13  Overland Borenstein Scheper & Kim
    300 South Grand Avenue, Suite 2750
14  Los Angeles, CA  90071
    (213)  613-4655
15  (213)  613-4656 (Fax)

16  [Federal Express]

17

18

19

20

21

22

23

24

25

26

27

28

4

PROOF OF SERVICE                                      NO. CV 04-9049 SGL (RNBx)