KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
jkeker@kvn.com
710 Sansome Street
San Francisco, CA 94111
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV 04-09049 SGL (RNBx) |
| v. | |
| MATTEL, INC. | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
(1) Exhibits to Supplemental Werdegar Decl. in Support of Carter Bryant's Opposition to Mattel, Inc.'s Motion to Compel Responses to Interrogatories; (2) Application to File Under Seal; (3) [Proposed] Order Granting Application to File Under Seal

**Document Description:**

☐ Administrative Record

☑ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)

☑ Other   Application to File Under Seal and [Proposed] Order Granting Application to File Under Seal

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☑ Manual Filing required (*reason*):
   Filed Under Seal Pursuant to Protective Order filed January 4, 2005.

| February 7, 2008 | MATTHEW M. WERDEGAR |
|---|---|
| Date | Attorney Name |
| | Plaintiff CARTER BRYANT |
| | Party Represented |

Note:  File one Notice in each case, each time you manually file document(s).