QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff and Counter-Defendant
Mattel, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, <br><br> Counter-Claimant, <br><br> v. <br><br> MATTEL, INC., a Delaware Corporation, <br><br> Counter-Defendant. | Case No. CV 04-09049 SGL (RNBx) <br> Consolidated with <br> Case No. CV 04-09059 <br> Case No. CV 05-02727 <br><br> <u>Discovery Matter</u> <br><br> [To Be Heard By Discovery Master Hon. Edward Infante (Ret.) Pursuant to the Court's Order of December 6, 2006 <br><br> **PROOF OF SERVICE** <br><br> Date:  TBD <br> Time:  TBD <br> Place: TBA <br><br> Phase 1 <br><br> Discovery Cut-Off:    Jan. 28, 2008 <br> Pre-Trial Conference: May 5, 2008 <br> Trial Date:           May 27, 2008 |

21554/2377384.1                                         PROOF OF SERVICE

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On February 6, 2008, I served true copies of the following document(s) described as

1. APPLICATION TO FILE UNDER SEAL ITS SUPPLEMENTAL NOTICE OF MOTION AND MEMORANDUM IN SUPPORT OF ITS MOTION FOR ORDER COMPELLING PRODUCTION OF WITHHELD MGA: (1) TRADEMARK SEARCH RESULTS, (2) DATE OF FIRST USE INFORMATION, AND (3) FACTUAL DATA COMMUNICATED FOR THE PURPOSE OF FILING TRADEMARK OR OTHER INTELLECTUAL PROPERTY APPLICATIONS

2) [PROPOSED] ORDER REGARDING MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL ITS SUPPLEMENTAL NOTICE OF MOTION AND MEMORANDUM IN SUPPORT OF ITS MOTION FOR ORDER COMPELLING PRODUCTION OF WITHHELD MGA: (1) TRADEMARK SEARCH RESULTS, (2) DATE OF FIRST USE INFORMATION, AND (3) FACTUAL DATA COMMUNICATED FOR THE PURPOSE OF FILING TRADEMARK OR OTHER INTELLECTUAL PROPERTY APPLICATIONS

on the parties in this action as follows:

Thomas J. Nolan, Esq.
Carl Roth, Esq.
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
300 S. Grand Ave., STE 3400
Los Angeles, CA 90071

[X] **BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 6, 2008, at Los Angeles, California.

Dave Quintana

21554/2377384.1                       PROOF OF SERVICE--

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On February 6, 2008, I served true copies of the following document(s) described as

1. APPLICATION TO FILE UNDER SEAL ITS SUPPLEMENTAL NOTICE OF MOTION AND MEMORANDUM IN SUPPORT OF ITS MOTION FOR ORDER COMPELLING PRODUCTION OF WITHHELD MGA: (1) TRADEMARK SEARCH RESULTS, (2) DATE OF FIRST USE INFORMATION, AND (3) FACTUAL DATA COMMUNICATED FOR THE PURPOSE OF FILING TRADEMARK OR OTHER INTELLECTUAL PROPERTY APPLICATIONS

2) [PROPOSED] ORDER REGARDING MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL ITS SUPPLEMENTAL NOTICE OF MOTION AND MEMORANDUM IN SUPPORT OF ITS MOTION FOR ORDER COMPELLING PRODUCTION OF WITHHELD MGA: (1) TRADEMARK SEARCH RESULTS, (2) DATE OF FIRST USE INFORMATION, AND (3) FACTUAL DATA COMMUNICATED FOR THE PURPOSE OF FILING TRADEMARK OR OTHER INTELLECTUAL PROPERTY APPLICATIONS

Michael Page, Esq.
John E. Trinidad, Esq.
**Keker & Van Nest**
710 Sansome Street
San Francisco, CA 94111

[X] **BY FEDEX:** I deposited such document(s) in a box or other facility regularly maintained by FedEx, or delivered such document(s) to a courier or driver authorized by FedEx to receive documents, in sealed envelope(s) or package(s) designated by FedEx with delivery fees paid or provided for, addressed to the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 6, 2008, at Los Angeles, California.

Shawna Allison

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On February 6, 2008, I served true copies of the following document(s) described as

1. APPLICATION TO FILE UNDER SEAL ITS SUPPLEMENTAL NOTICE OF MOTION AND MEMORANDUM IN SUPPORT OF ITS MOTION FOR ORDER COMPELLING PRODUCTION OF WITHHELD MGA: (1) TRADEMARK SEARCH RESULTS, (2) DATE OF FIRST USE INFORMATION, AND (3) FACTUAL DATA COMMUNICATED FOR THE PURPOSE OF FILING TRADEMARK OR OTHER INTELLECTUAL PROPERTY APPLICATIONS

2) [PROPOSED] ORDER REGARDING MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL ITS SUPPLEMENTAL NOTICE OF MOTION AND MEMORANDUM IN SUPPORT OF ITS MOTION FOR ORDER COMPELLING PRODUCTION OF WITHHELD MGA: (1) TRADEMARK SEARCH RESULTS, (2) DATE OF FIRST USE INFORMATION, AND (3) FACTUAL DATA COMMUNICATED FOR THE PURPOSE OF FILING TRADEMARK OR OTHER INTELLECTUAL PROPERTY APPLICATIONS

on the parties in this action as follows:

| | |
|---|---|
| Michael Page, Esq.<br>John E. Trinidad, Esq.<br>**Keker & Van Nest**<br>710 Sansome Street<br>San Francisco, CA 94111 | Alexander H. Cote, Esq.<br>**Overland Borenstein, Scheper & Kim, LLP**<br>300 South Grand Avenue, Suite 2750<br>Los Angeles, CA 90071 |

[X] **BY MAIL:** I am "readily familiar" with the practices of Quinn Emanuel Urquhart Oliver & Hedges for collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. I enclosed the foregoing in sealed envelope(s) addressed as shown above, and such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary business practices.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 6, 2008, at Los Angeles, California.

Shawna Allison