**QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP**
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.



# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>    Plaintiff,<br><br>  vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>    Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>[To Be Heard By Discovery Master Hon. Edward Infante (Ret.) Pursuant To The Court's Order Of December 6, 2006]<br><br>[~~PROPOSED~~] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL CERTAIN EXHIBIT TO THE DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA'S MOTION TO COMPEL DISCOVERY AS TO ISSUES AS TO WHICH MATTEL HAS PURPORTEDLY WAIVED THE ATTORNEY-CLIENT AND WORK PRODUCT PRIVILEGES BY CLAIM ASSERTION<br><br>Date: February 11, 2008<br>Time: 8:30 a.m.<br>Place: Telephonic<br><br>**Phase 1**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |



07209/2374930.1

[PROPOSED] ORDER

## [PROPOSED] ORDER

Based on the concurrently filed Application to File Under Seal Certain Exhibit to the Declaration of Michael T. Zeller in support of Mattel's Opposition to MGA's Motion to Compel Discovery as to Issues as to which Mattel has Purportedly Waived the Attorney-Client and Work Product Privileges, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Exhibit 2 of the Declaration of Michael T. Zeller in support of Mattel's Opposition to MGA's Motion to Compel Discovery as to Issues as to which Mattel has Purportedly Waived the Attorney-Client and Work Product Privileges is ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: FEB - 6 2008, 2008

Hon. Stephen G. Larson
United States District Judge

07209/2374930.1

-2-

[PROPOSED] ORDER