ORIGINAL

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

RECEIVED BUT NOT FILED
CLERK, U.S. DISTRICT COURT
FEB - 5 2008
CENTRAL DIVISION OF CALIFORNIA
EASTERN DIVISION BY DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
FEB - 6 2008
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>PROOF OF SERVICE<br><br>Hearing Date: February 4, 2008<br>Time: 10:00 a.m.<br>Courtroom: Hon. Stephen G. Larson<br><br>**Phase 1:**<br>Discovery Cut-off: January 28, 2008<br>Pre-trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is NOW Messenger Service, 1301 West Second Street, Suite 206, Los Angeles, California 90026.

On February 4, 2008, I served true copies of the following documents described as:

1. **MATTEL, INC.'S NOTICE OF ERRATA REGARDING EXHIBIT 22 TO THE CONFIDENTIAL DECLARATION OF JON D. COREY IN SUPPORT MATTEL, INC.'S**

07209/2371192.1

1  EX PARTE APPLICATION; (1) TO COMPEL DEPOSITIONS OF DAPHNE GRONICH,
2  JOE TIONGCO, MARIANA TRUEBA, PABLO VARGAS, MGA ENTERTAINMENT,
3  INC. (PURSUANT TO RULE 30(B)(6), AND MGAE DE MEXICO (PURSUANT TO
4  30(B)(6) AND (2) FOR LEAVE TO TAKE DEPOSITIONS IN FEBRUARY 2008; OR, IN
5  THE ALTERNATIVE, FOR AN ORDER SHORTENING TIME TO HEAR A MOTION
6  SEEKING THE FOREGOING RELIEF
7  2.    MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBIT 22 TO THE
8  NOTICE OF ERRATA REGARDING EXHIBIT 22 TO THE CONFIDENTIAL
9  DECLARATION OF JON D. COREY;
10 3.    [PROPOSED] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER
11 SEAL; AND
12 4.    PROOF OF SERVICE.
13 on the parties in this action as follows:

| Skadden, Arps, Slate, Meagher & Flom LLP<br>  Thomas J. Nolan, Esq.<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071<br>Telephone: 213.687.5000<br>Facsimile: 213.687.5600 | |
|---|---|
| Keker & Van Nest, LLP<br>  John W. Keker, Esq.<br>  Michael H. Page, Esq.<br>  Christa M. Anderson, Esq.<br>710 Sansome Street<br>San Francisco, CA 94111<br>Telephone: 415.391.5400<br>Facsimile: 415.397.7188 | Overland Borenstein Scheper & Kim, LLP<br>  Mark E. Overland, Esq.<br>  David C. Scheper, Esq.<br>  Alexander H. Cote, Esq.<br>300 South Grand Avenue, Suite 2750<br>Los Angeles, CA 90071<br>Telephone: 213.613.4655<br>Facsimile: 213.613.4656 |

[√]    **BY OVERNIGHT DELIVERY:** I deposited such document(s) in a box or other facility regularly maintained by the overnight service carrier, or delivered such document(s) to a courier or driver authorized by the overnight service carrier to receive documents, in sealed

07209/2371192.1

1  envelope(s) or package(s) designated by the overnight service carrier with delivery fees paid or
2  provided for, addressed to the person(s) being served.
3      I declare that I am employed in the office of a member of the bar of this court at whose
4  direction the service was made.
5      Executed on February 4, 2008, at Los Angeles, California.

                                                      Kelly Velazquez

07209/2371192.1