QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>[~~PROPOSED~~] ORDER REGARDING MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL ITS OPPOSITION TO MGA'S MOTION TO OVERRULE MATTEL'S RELEVANCE OBJECTION AND COMPEL DISCOVERY RELEVANT TO STATUTE OF LIMITATIONS AND LACHES DEFENSES (RFP, RFA & INTERROGATORIES), ITS SEPARATE STATEMENT, AND EXHIBIT 5 TO THE DECLARATION OF JON D. COREY FILED IN SUPPORT THEREOF<br><br>**Phase 1**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2364556.1

[PROPOSED] ORDER

# [PROPOSED] ORDER

Based on the concurrently filed Application to File Under Seal Mattel's Opposition to MGA's Motion to Overrule Mattel's Relevance Objection and Compel Discovery Relevant to Statute of Limitations and Laches Defenses (RFP, RFA & Interrogatories), Its Separate Statement, and Exhibit 5 to the Declaration of Jon D. Corey Filed in support thereof, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

1. Mattel's Opposition to MGA's Motion to Overrule Mattel's Relevance Objection and Compel Discovery Relevant to Statute of Limitations and Laches Defenses (RFP, RFA & Interrogatories);

2. Mattel's Separate Statement in Opposition to MGA's Motion to Overrule Mattel's Relevance Objection and Compel Discovery Relevant to Statute of Limitations and Laches Defenses (RFP, RFA & Interrogatories); and

3. Exhibit 5 to the Declaration of Jon D. Corey in support thereof.

are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: FEB - 6 2008, 2008

_____
Hon. Stephen G. Larson
United States District Judge