KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
jkeker@kvn.com
MICHAEL H. PAGE - #154913
mpage@kvn.com
CHRISTA M. ANDERSON - #184325
canderson@kvn.com
MATTHEW M. WERDEGAR - #200470
mwerdegar@kvn.com
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff
CARTER BRYANT

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC. a Delaware Corporation,<br><br>Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC., v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No. CV 04-09049 SGL (RNBx) (consolidated with CV 04-9059 & 05-2727)<br><br>**DISCOVERY MATTER**<br><br>[To Be Heard by Discovery Master Hon. Edward Infante (Ret.)]<br><br>**[PUBLIC REDACTED]** DECLARATION OF MICHAEL H. PAGE IN SUPPORT OF CARTER BRYANT'S OPPOSITION TO MATTEL, INC.'S MOTION FOR AN ORDER ENFORCING COURT'S JANUARY 25, 2007 ORDER COMPELLING BRYANT TO PRODUCE COMPUTER HARD DRIVES AND FOR SANCTIONS<br><br>Date: TBA<br>Time: TBA<br>Date Comp. Filed: April 13, 2005<br>Discovery Cut-Off: Jan. 28, 2008<br>Trial Date: May 27, 2008 |

410933.01

[PUBLIC REDACTED] PAGE DECLARATION IN SUPPORT OF BRYANT'S OPPOSITION TO MATTEL'S MOTION FOR AN ORDER
CASE NO. CV 04-09049 SGL (RNBx)

I, MICHAEL H. PAGE, declare and state that:

1. I am an attorney licensed to practice law in the State of California and am a member of the law firm of Keker & Van Nest LLP, located at 710 Sansome Street, San Francisco, California 94111, counsel for plaintiff Carter Bryant in the above-captioned action. I am duly admitted to practice law before this Court. Except where expressly stated, I have knowledge of the facts set forth herein, and if called to testify as a witness thereto, could do so competently under oath.

2. Attached hereto as Exhibit A is a true and correct copy of this Court's Order Granting in Part and Denying in Part Mattel's Motion to Compel Production of Documents by Issac Larian; Denying Request for Sanctions dated December 31, 2007.

3. Attached hereto as Exhibit B is a true and correct copy of Mattel Inc.'s Notice of Motion and Motion to Compel Production of Documents dated Jan. 4, 2005.

4. Attached hereto as Exhibit C is a true and correct copy of Mattel Inc.'s First Request for Documents and Tangible Things to Defendant Carter Bryant dated June 14, 2004.

5. Attached hereto as Exhibit D is a true and correct copy of the Declaration of Carter Bryant in Response to Court's Request for Information Regarding Document Preservation dated Jan. 14, 2008.

6. Attached hereto as Exhibit E are true and correct copies of excerpts from the deposition of Janet Bryant taken on September 25, 2007 in this action.

7. Attached hereto as Exhibit F are true and correct copies of excerpts from the deposition of Thomas Bryant taken on September 26, 2007 in this action.

8. Attached hereto as Exhibit G is a true and correct copy of a January 18, 2008 letter from my colleague, John Trinidad, to Mattel's counsel, Michael Zeller, and B. Dylan Proctor, enclosing the computer-related documents that Mr.

1

1  Bryant was ordered to produce.

2  9. Attached hereto as Ex. H is a true and correct copy of an April 23, 2007 letter from Mr. Bryant's previous counsel, Keith A. Jacoby, to Michael Zeller.

10. Attached hereto as Exhibit I (filed without exhibits) is a true and correct copy of the April 24, 2007 Declaration of Keith A. Jacoby in Opposition to April 10, 2007 Motion of Mattel, Inc. for an Order to Enforce Court's January 25, 2007 Order Compelling Bryant to Produce Desktop Computer Hard Drive.

11. Attached hereto as Exhibit J is a true and correct copy of Mattel Inc.'s Notice of Motion and Motion to Compel the Deposition of Littler Mendelson, P.C. dated December 14, 2007 dated December 13, 2007.

12. Attached hereto as Exhibit K is a true and correct copy of a screenshot of Evidence Eliminator's "splash page".

13. Attached hereto as Exhibit L are true and correct copies of excepts from Volume 4 of Mr. Bryant's deposition testimony taken on January 23, 2008. Mr. Bryant appeared for the additional nine hours of deposition ordered by the Court on January 23 and 24, 2008. The deposition transcript from January 23, 2008 was designated as "highly confidential—attorneys' eyes only" and was filed under seal. Mr. Bryant hereby de-designates that portion of the transcript that is attached as Exhibit L. However, the remainder of the deposition transcript remains designated as "highly confidential—attorneys' eyes only," pending further review and de-designation, as appropriate, by Mr. Bryant.

14. Attached hereto as Exhibit M is a true and correct copy of the Opposition to Mattel Inc.'s Motion for Additional Time and/or to Reopen the Deposition of Carter Bryant for All Purposes and to Overrule Additional Instructions Not to Answer at the Deposition dated Aug. 15, 2007.

15. The computer program "Evidence Eliminator" generates an installation log once it is installed on a computer. Attached hereto as Exhibit N are

1  the installation logs from Mr. Bryant's 2000 Desktop and 2002 Laptop.

2      16.    Attached hereto as Exhibit O is a true and correct copy of the "My Documents" folder from Mr. Bryant's 2000 Desktop.

    17.    Attached hereto as Exhibit P is a true and correct copy of a document ("BRATZ_LOGO4. jpg") from the 2000 Desktop "My Documents" folder.

    18.    Attached hereto as Ex. Q is a true and correct copy of this Court's May 15, 2005 Order Modifying the Protective Order.

    19.    Attached hereto as Exhibit R is a true and correct copy of a June 28, 2007 letter from John Trinidad to Michael Zeller, enclosing production of computer-related documents and images.

    20.    Attached hereto as Exhibit S are true and correct copies of excerpts from the deposition of Elise Cloonan taken on December 14, 2007 in this matter. **This Exhibit is conditionally filed under seal.**

    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on February 7, 2008, at San Francisco, California.

_____
MICHAEL H. PAGE