# EXHIBIT S CONDITIONALLY FILED UNDER SEAL

# PURSUANT TO PROTECTIVE ORDER

410924.01