MICHAEL T. ZELLER
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
865 SOUTH FIGUEROA STREET
10th FLOOR
LOS ANGELES, CA 90017
(213) 443-3000

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NUMBER: |
| | CV 04-9049 SGL (RNBx) |
| PLAINTIFF(S) v. | |
| MATTEL, INC., a Delaware corporation, | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**

Mattel's Motion to Compel Responses to First Set of Requests for Admission; Separate Statement No. 1; Exhibits 2-4 and 10 to the Declaration of B. Dylan Proctor; Applications to File Under Seal; and Proposed Orders

**Document Description:**

[ ] Administrative Record

[X] Exhibits

[ ] Ex Part Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)

[X] Other Motion and Separate Statement

**Reason:**

[X] Under Seal

[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

[ ] Electronic versions are not available to filer

[X] Per Court order dated January 4, 2005

[ ] Manual Filing required (*reason*):

February 7, 2008
Date

Attorney Name
Bernard B. Smyth
Mattel, Inc.
Party Represented

Note: File one Notice in each case, each time you manually file document(s).