RAOUL D. KENNEDY (Bar No. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Embarcadero Center, 38th Floor
San Francisco, CA 94111-5974
Tel.: (415) 984-6400 / Fax: (415) 984-2698:
(rkennedy@skadden.com)
Attorneys for MGA Entertainment, Inc., et al.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>PLAINTIFF(S)<br><br>v.<br><br>MATTEL, INC., a Delaware corporation<br><br>DEFENDANT(S). | CASE NUMBER:<br>CV 04-9049 SGL (RNBx)<br><br>NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
Application to File Under Seal, Proposed Order and Proof of Service for MGA Entertainment (HK) Limited's Opposition To Mattel, Inc.'s Motion To Compel Deposition And For Sanctions, Declarations of Timothy Miller and Samir Khare and Response To Separate Statement

**Document Description:**

☐ Administrative Record

☒ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5 .4(h)

☒ Other

**Reason:**

☒ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☐ Manual Filing required *(reason)*:

| | |
|---|---|
| February 7, 2008<br>Date | Raoul D. Kennedy<br>Attorney Name<br><br>MGA ENTERTAINMENT, INC., et al.<br>Party Represented |

Note:   File one Notice in each case, each time you manually file document(s).

G-92 (02/07)        **NOTICE OF MANUAL FILING**        American LegalNet, Inc.
www.FormsWorkflow.com