THOMAS J. NOLAN (Bar No. 066992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, California 90071-3144
Telephone:   (213) 687-5000
Facsimile:    (213) 687-5600
E-mail:        tnolan@skadden.com

RAOUL D. KENNEDY (Bar No. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Embarcadero Center, Suite 3800
San Francisco, CA  94111
Telephone:   (415) 984-6400
Facsimile:    (415) 984-2698
E-mail:        rkennedy@skadden.com

Attorneys for Counter-Defendants,
MGA ENTERTAINMENT, INC.,
ISAAC LARIAN, MGA ENTERTAINMENT (HK) LIMITED,
and MGAE de MEXICO S.R.L. de C.V.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual | CASE NO.: CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | |
| v. | Consolidated with Case No. 04-9059 and Case No. 05-2727 |
| MATTEL, INC., a Delaware corporation | **DISCOVERY MATTER** |
| Defendant. | **[To be heard by Discovery Master Hon. Edward A. Infante (Ret.)]** |
| | **PROOF OF SERVICE** |
| Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Hearing Date:  TBD<br>Time:            TBD<br>Place:           TBD |

PROOF OF SERVICE                                        NO. CV 04-9049 SGL (RNBx)

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 4 Embarcadero Center, Suite 3800, San Francisco, California 94111.

On **February 7, 2008**, I served the foregoing documents described as:

### SEE ATTACHED DOCUMENT LIST

on the interested parties in this action addressed as follows:

### SEE ATTACHED SERVICE LIST

☒    (BY PERSONAL SERVICE)        ☐    By personally delivering copies to the person served.  (FEDERAL) (As Noted.)

☒    I caused such documents to be hand delivered to the office of the addressee.  (FEDERAL) (As Noted.)

☒    (BY FEDERAL EXPRESS)  I am readily familiar with the firm's practice for the daily collection and processing of correspondence for deliveries with the Federal Express delivery service and the fact that the correspondence would be deposited with Federal Express that same day in the ordinary course of business; on this date, the above-referenced document was placed for deposit at San Francisco, California and placed for collection and delivery following ordinary business practices.  (As Noted.)

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed on **February 7, 2008** at San Francisco, California.

| Pat Owens | /s/ Pat Owens |
|---|---|
| Print Name | Signature |

-1-

PROOF OF SERVICE                                        NO. CV 04-9049 SGL (RNBx)

1

## DOCUMENT LIST

2

3   1)   **MGA ENTERTAINMENT, INC.'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MATTEL, INC.'S MOTION COMPELLING PRODUCTION OF THIRD PARTY COMMUNICATIONS IMPROPERLY WITHHELD UNDER A CLAIM OF "COMMON INTEREST" PRIVILEGE; and**

4

5

6   2)   **PROOF OF SERVICE**

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE                                      NO. CV 04-9049 SGL (RNBx)

1

## SERVICE LIST

2

3 | John B. Quinn, Esq.
Michael T. Zeller, Esq.
4 | Jon D. Corey, Esq.
Timothy L. Alger, Esq.
5 | Quinn Emanuel Urquhart
    Oliver & Hedges, LLP
6 | 865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017-2543
7 | Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100
8

Attorneys for Mattel, Inc.
9 | [Personal Service]

10

11 | Mark E. Overland, Esq.
Alexander H. Cote, Esq.
12 | David C. Scheper, Esq.
Overland Borenstein Scheper & Kim
13 | 300 South Grand Avenue, Suite 2750
Los Angeles, CA  90071
14 | Telephone:   (213) 613-4655
Facsimile:    (213) 613-4656
15

Attorneys for Carlos Gustavo
16 | Machado Gomez
[Federal Express]

17

John W. Keker, Esq.
Michael H. Page, Esq.
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA  94111
Telephone:  (415) 391-5400
Facsimile:    (415) 397-7188

Attorneys for Carter Bryant
[Federal Express]

18

19

20

21

22

23

24

25

26

27

28

-3-

PROOF OF SERVICE

NO. CV 04-9049 SGL (RNBx)