THOMAS J. NOLAN (Bar No. 66992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3144
Tel.: (213) 687-5000 / Fax: (213) 687-5600:
(tnolan@skadden.com
Attorneys for MGA Entertainment, Inc., et al.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>PLAINTIFF(S)<br>v.<br><br>MATTEL, INC., a Delaware corporation<br><br>DEFENDANT(S). | CASE NUMBER:<br>CV 04-9049 SGL (RNBx)<br><br>NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
(1) MGA DEFENDANTS' (1) REPLY BRIEF IN SUPPORT OF THEIR MOTION TO QUASH SUBPOENAS OR, IN THE ALTERNATIVE, FOR PROTECTIVE ORDER, AND (2) OPPOSITION TO MATTEL'S COUNTER-MOTION TO COMPEL PRODUCTION OF DOCUMENTS;

(2) CONSOLIDATED SEPARATE STATEMENT IN SUPPORT OF THE MGA DEFENDANTS' (1) REPLY BRIEF IN SUPPORT OF THEIR MOTION TO QUASH SUBPOENAS OR, IN THE ALTERNATIVE, FOR PROTECTIVE ORDER, AND (2) OPPOSITION TO MATTEL'S COUNTER-MOTION TO COMPEL PRODUCTION OF DOCUMENTS;

(3) DECLARATION OF AMY S. PARK IN SUPPORT OF MGA DEFENDANTS' (1) REPLY BRIEF IN SUPPORT OF THEIR MOTION TO QUASH SUBPOENAS AND (2) OPPOSITION TO MATTEL'S COUNTER-MOTION TO COMPEL;

(4) APPLICATION TO FILE UNDER SEAL; (5) PROPOSED ORDER; (6) PROOF OF SERVICE

**Document Description:**
- ☐ Administrative Record
- ☒ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5 .4(h)
- ☐ Other

**Reason:**
- ☒ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☐ Per Court order dated _____

G-92 (02/07)   NOTICE OF MANUAL FILING

American LegalNet, Inc.
www.FormsWorkflow.com

☐ Manual Filing required *(reason):*

| | |
|---|---|
| February 5, 2008 | Raoul D. Kennedy |
| Date | Attorney Name |
| | MGA ENTERTAINMENT, INC., et al. |
| | Party Represented |

Note:   File one Notice in each case, each time you manually file document(s).

---

G-92 (02/07)          **NOTICE OF MANUAL FILING**

American LegalNet, Inc.
www.FormsWorkflow.com