THOMAS J. NOLAN (Bar No. 66992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600
E-mail: tnolan@skadden.com

RAOUL D. KENNEDY (Bar No. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Embarcadero Center, 38th Floor
San Francisco, California 94111-5974
Telephone: (415) 984-6400
Facsimile: (415) 984-2698
Email: rkennedy@skadden.com

Attorneys for MGA Entertainment, Inc.,
MGA Entertainment (HK) Limited,
MGAE de Mexico S.R.L. de C.V., and Isaac Larian

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>**DISCOVERY MATTER**<br><br>[To be heard by Discovery Master Hon. Edward A. Infante (Ret.)]<br><br>**DECLARATION OF ANDREW C. TEMKIN IN SUPPORT OF MGA'S OPPOSITION TO MATTEL'S MOTION TO ENFORCE THE COURT'S ORDER OF MAY 15, 2007, TO COMPEL MGA TO PRODUCE COMPELLED CALENDARS; AND FOR SANCTIONS**<br><br>Date: TBD<br>Time: TBD<br>Place: TBD |

DECLARATION OF ANDREW C. TEMKIN IN SUPPORT OF MGA'S OPPOSITION TO MATTEL'S MOTION TO ENFORCE THE COURT'S ORDER OF MAY 15, 2007

I, Andrew C. Temkin, declare as follows:

I am an associate of the law firm of Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden"), which is counsel of record for Isaac Larian, MGA Entertainment, Inc., MGA Entertainment (HK) Limited, and MGAE de Mexico S.R.L. de C.V. Except where otherwise indicated, I have personal knowledge of the following and, if called as a witness, could competently testify as follows.

1. On January 4, 2008, I met and conferred with Dylan Proctor, counsel for Mattel regarding Mattel's December 19, 2007 letter to Tim Miller, counsel for MGA. During the meet and confer, I informed Mr. Proctor of the results of MGA's search for the Franklin Day Planners in response to the December 19 letter. During the course of the meet and confer, I explained that a planner had been identified for Julie Chomo. I further explained that a planner belonging to an employee named Harris had been identified, but could not verify at the time whether it was Rachel Harris or Rebecca Harris. By letter dated January 10, I confirmed that it was not Rebecca Harris' planner that was discovered. Attached as Exhibit A is a true and correct copy of the January 10, 2008 letter from me to Mr. Proctor.

2. On January 10, I proposed to Mr. Proctor that Mr. Larian would provide a verification stating that he was not knowingly withholding any calendars responsive to Request Nos. 32 or 69. I did not receive a response from Mattel in response to that offer.

3. Attached as Exhibit B is a true and correct copy of the January 23, 2008 letter from me to Mr. Proctor.

4. On January 24, 2008, I received a voicemail message from Oleg ("Alex") Stolyar who stated that Mattel would like to "clarify a few points" with respect to MGA's January 23 letter.

5. On January 25, 2006, I returned Mr. Stolyar's call. I did not reach him and thus left a voicemail message. Thereafter, on January 25, 2008, I received a

1

DECLARATION OF ANDREW C. TEMKIN IN SUPPORT OF MGA'S OPPOSITION TO MATTEL'S MOTION TO ENFORCE THE COURT'S ORDER OF MAY 15, 2007

voicemail message from Mr. Stolyar who stated that Mattel wanted to know when MGA intended to produce the Outlook calendars and whose calendars were found. Attached as Exhibit C is a true and correct copy of the email dated Saturday, January 26, 2008 that I sent to Mr. Stolyar responding to his email to me that I received that same afternoon.

6. On Sunday, January 27, 2008, I met and conferred with Mr. Stolyar by telephone. During the meet and confer, I explained that Ms. Chomo's partial day planner did not contain responsive material and that the other calendars found for Paula Garcia, Edmond Lee, Kerri Brode, Julie Chomo, Leon Djigurian and Isaac Larian were largely blank or otherwise did not appear to contain responsive materials. Mr. Stoylar said that if MGA did not agree to produce the calendars, Mattel would file a motion to compel. We also discussed the possibility of stipulation to extend the deadline for Mattel to file its motion to compel and thereby allow MGA to further consider Mattel's demand.

7. On Monday, January 28, 2008, I again met and conferred with Mr. Stolyar in person at the offices of Quinn Emanuel during a break in a deposition that I was defending. I explained that although the additional calendars did not appear to contain responsive material, MGA was nonetheless willing to consider producing the calendars to avoid unnecessary motion practice. I further explained, however, that due to the day's deposition schedule, MGA could not agree to production at that time and therefore again proposed entering into a stipulation extending the deadline for Mattel to file a motion to compel if the parties were unable to resolve their differences. Mr. Stoylar said that he would get back to me regarding my proposal.

8. Attached as Exhibit D is a true and correct copy of the email dated January 28, 2008 that I sent to Messrs. Proctor and Stolyar confirming MGA's willingness to enter into a stipulation extending the date for Mattel to file its motion to compel.

9. I did not receive a response from Mattel in response to my offer to extend the deadline for Mattel to file its motion to compel.

10. Attached as Exhibits E is true and correct copy of the February 6, 2008 letter that I send to Mr. Proctor. Enclosed with the letter was a compact disk that contained production documents of the additional calendars and day planners described above that MGA had located.

11. MGA has not received any further correspondence on this matter from Mattel since Mr. Stolyar's January 26, 2008 letter and the filing of the motion to compel.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 7, 2008 at Palo Alto, California.

_____
Andrew C. Temkin