# EXHIBIT A

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

525 UNIVERSITY AVENUE

PALO ALTO, CALIFORNIA 94301

———

TEL: (650) 470-4500

FAX: (650) 470-4570

www.skadden.com

DIRECT DIAL
650-470-4624
DIRECT FAX
650-470-4570
EMAIL ADDRESS
ATEMKIN@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

January 10, 2008

**BY EMAIL AND U.S. MAIL**

Dylan Proctor, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017

RE: Bryant v. Mattel: Franklin Planners and Continued Deposition of Dave Malacrida

Dear Mr. Proctor:

This in response to your letter dated January 4, 2008 (that we received on January 5) and further to our meet and confer of the fourth.

With respect to the Franklin Planners for the employees identified in your letter, this will confirm that for the following former employees, MGA has searched for and been unable to locate the requested planners. This will also confirm that because they are former employees, we are unable to confirm whether these employees even used a planner in the year 2000 or might have taken any planner that they did use upon leaving MGA.

- Cecilia Kwok (MGA HK)
- Franki Tsang (MGA HK)
- Mercedeh Ward
- Victoria O'Conner
- Martin Hitch
- Andreas Koch
- Dennis Medici
- Jeremy Davis
- Jonathan Buford

- Stephen Lee (MGA HK)
- Samuel Wong (MGA HK)
- Clementina Jarrin
- Jennifer Maurus
- Jessica Caiafa
- Paul Warner
- Jackie Bielke
- Margo Chazen

Dylan Proctor
January 10, 2008
Page 2

As I informed you, William Ragsdale, Wendy Ragsdale, and Vivian Matt do not appear to have been employees of MGA and, accordingly, would not have received planners. Similarly, Ninette Pembleton was not employed by MGA in 2000.

This will also confirm that Edmond Lee and Jim Olmstead did not use a day planner in 2000. In addition, due to their hire dates, it appears that neither Aileen Storer nor Leon Djigurian received planners in 2000.

With respect to Rebecca Harris, Kerri Brode, and Paula Garcia, we have confirmed that no day planners for the year 2000 were found following MGA's search.

A partial planner was found for Julie Chomo, which, consistent with MGA's discovery responses and Judge Infante's relevant orders, will be produced promptly.

As you requested, we are investigating whether these employees might have used electronic calendars, such as Microsoft Outlook. We will get back to you in this regard as soon as we have information to report.

With respect to Mr. Larian's calendars,[1] Mr. Larian will provide a signed verification that nothing is being withheld from his calendars that is responsive to information sought in a discovery request in accordance with Mr. Larian's discovery responses and/or as ordered by the Court.

As we have discussed, MGA will produce MGA 0008903R, MGA 0008908R, MGA 0008923R, MGA 0008931R and MGA 0008950R without redactions. We have enclosed these pages Bates Nos. MGA 376684 – MGA 376688 and will also include them in a future electronic production.[2]

With respect to the other redacted calendar pages at Bates Nos. MGA 0003704 – MGA 0003705 and MGA 0003707 – MGA 0003713, we are verifying the nature of the redactions and will get back to you after we have been able to confirm the information. Although we did not discuss it during the meet and confer, with respect to Bates Nos. MGA 0861192 – MGA 0861193; MGA 0861206, and MGA 0861334, we are also investigating whether there is in fact a redaction or merely an artifact in the electronic documents and will get back to you with our results.

---

[1] As we informed you during the meet and confer, MGA 0861992 – MGA 0861994 are pages from a magazine. You confirmed that the inclusion of these ranges in your letter was an error.

[2] We discussed that it is our understanding that MGA 0008950 and MGA 0008950R are the same document as are MGA 0008931 and MGA 0008931R. You explained that this understanding was consistent with the manner in which previous counsel for MGA produced or reproduced documents.

Dylan Proctor
January 10, 2008
Page 3

    With respect to the continued deposition of Dave Malacrida, as I told you in our conference on the subject, we see no reason why this deposition cannot be concluded within 3.5 hours (one-half day) of additional testimony, and you have provided none. As you state in your letter, we have agreed to proceed with the deposition without seeking, in advance, a limitation on the additional testimony of Mr. Malacrida. However, as you acknowledge, this agreement is without prejudice to our right to suspend the deposition to seek relief from the Court and to make any argument in support of such an application, including that the deposition should be limited to 3.5 hours of additional testimony. To be clear, under no circumstance will MGA allow Mr. Malacrida's continued deposition to extend beyond the 7 hour limitation provided by Federal Rule of Civil Procedure 30(d)(2).

                                      Very truly yours,

                                      Andrew C. Temkin

Enclosures

# EXHIBIT B

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

300 SOUTH GRAND AVENUE

LOS ANGELES, CALIFORNIA 90071-3144

———

TEL: (213) 687-5000
FAX: (213) 687-5600
www.skadden.com

DIRECT DIAL
650-470-4624
DIRECT FAX
650-470-4570
EMAIL ADDRESS
ATEMKIN@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
NEW YORK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

January 23, 2008

**BY EMAIL AND U.S. MAIL**

Dylan Proctor, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017

    RE:    <u>Bryant v. Mattel</u>

Dear Mr. Proctor:

    Further to our January 10, 2008 letter, we provide the following update.

    The review of Ms. Chomo's partial planner for the year 2000 did not result in the discovery of responsive documents.

    With respect to the search for electronic calendars, several Outlook calendars were found and responsive non-privileged documents, if any, will be produced promptly.

    With respect to the redacted calendar pages at Bates Nos. MGA 0003704 – MGA 0003705 and MGA 0003707 – MGA 0003713, MGA will produce the documents without reactions promptly.

    Very truly yours,

    */s/ Andrew C. Temkin*

    Andrew C. Temkin

259831-Palo Alto Server 1A - MSW

# EXHIBIT C

## Temkin, Andrew C (PAL)

**From:** Temkin, Andrew C (PAL)
**Sent:** Saturday, January 26, 2008 7:14 PM
**To:** 'Alex Stolyar'
**Cc:** Park, Amy S (PAL)
**Subject:** RE: Calendars issue

Alex,

I tried to reach you on Friday and left you a voicemail message. We are unclear what "clarification" you require. Please explain.

Andrew.

---

**From:** Alex Stolyar [mailto:alexstolyar@quinnemanuel.com]
**Sent:** Saturday, January 26, 2008 4:40 PM
**To:** Temkin, Andrew C (PAL)
**Cc:** Dylan Proctor
**Subject:** Re: Calendars issue

Andrew,

I have left you two messages on Friday regarding your January 23 letter to Dylan Proctor, but have still not heard back from you. We need clarification on MGA's proposal to resolve the "calendars" issue. If we do not have it, or a stipulation to continue any arguable deadline for us to move to compel on this issue, we will be filing a motion to compel on Monday.

Respectfully,

Alex Stolyar
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Direct: (213) 443-3684
Main Phone: (213) 443-3000
Main Fax: (213) 443-3100
E-mail: alexstolyar@quinnemanuel.com
Web: www.quinnemanuel.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

# EXHIBIT D

## Temkin, Andrew C (PAL)

| | |
|---|---|
| **From:** | Temkin, Andrew C (PAL) |
| **Sent:** | Monday, January 28, 2008 3:10 PM |
| **To:** | 'dylanproctor@quinnemanuel.com' |
| **Cc:** | 'alexstolyar@quinnemanuel.com' |
| **Subject:** | Calendars |

Dylan,

Further to our meet and confer efforts, I spoke with Alex about the possibility of resolving the issues regarding the year 2000 calendars. I believe that I now understand your position.

I understand that you are in deposition today as am I. I also informed Alex that our client contact is not available for me to speak with.

In light of the foregoing and the possibility of avoiding needless motion practice, please confirm that we can agree to a short stipulation that will allow for us to speak to our client and get back to you. It should not require more than a day or so.

Thank you.

Andrew.

*************************************************

This email and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original copy and any copy of any email, and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.
*************************************************

# EXHIBIT E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

525 UNIVERSITY AVENUE

PALO ALTO, CALIFORNIA 94301-1908

---

TEL: (650) 470-4500
FAX: (650) 470-4570
www.skadden.com

DIRECT DIAL
650-470-4624
DIRECT FAX
650-470-4570
EMAIL ADDRESS
ATEMKIN@SKADDEN.COM

FIRM/AFFILIATE OFFICES
---
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEWARK
NEW YORK
RESTON
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
---
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

February 6, 2008

**BY EMAIL AND U.S. MAIL**

Dylan Proctor, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017

RE: Bryant v. Mattel

Dear Mr. Proctor:

Enclosed is a CD containing single page TIFFs with Concordance load files for documents Bates-numbered MGA 3854050 through MGA 3857505. These documents include the following calendars and/or planners that MGA was able to locate following a renewed, reasonably diligent search in response to the parties' meet and confer discussions:

1. Kari Brode (2000 Outlook)
2. Julie Chomo (2000 Outlook, partial 2000 Franklin Planner)
3. Leon Djiguerian (2000 Outlook)
4. Edmond Lee (2000 Outlook)
5. Paula Garcia (2000 Outlook)
6. Rachel Harris (partial 2000 Franklin Planner)
7. Isaac Larian (October 1999-2000 Outlook, 2000 Franklin Planner).

As I explained before Mattel filed its Motion to Enforce the Court's Order of May 15, 2007, to Compel MGA to Produce Compelled Calendars, and for Sanctions, MGA previously produced calendar entries and planner pages responsive to the requests that are the subject of Mattel's motion. In the spirit of cooperation we are producing the additional items listed above.

Dylan Proctor
February 6, 2008
Page 2

      In light of the foregoing, please confirm that Mattel will withdraw its pending motion and avoid burdening Judge Infante with needless motion practice.

      Very truly yours,

*Andrew C. Temkin*

Andrew C. Temkin

Enclosure