THOMAS J. NOLAN (Bar No. 066992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600
E-mail: tnolan@skadden.com

RAOUL D. KENNEDY (Bar No. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Embarcadero Center, 38th Floor
San Francisco, California 94111-5974
Telephone: (415) 984-6400
Facsimile: (415) 984-2698
Email: rkennedy@skadden.com

Attorneys for
MGA ENTERTAINMENT, INC.,
MGA ENTERTAINMENT (HK)
LIMITED, MGAE de MEXICO S.R.L.
de C.V. and ISAAC LARIAN

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with Case No. 04-9059 and Case No. 05-2727 |
| v. | **DISCOVERY MATTER** |
| MATTEL, INC., a Delaware corporation, | [To be heard by Discovery Master Hon. Edward A. Infante (Ret.)] |
| Defendant. | **DECLARATION OF SAMIR KHARE IN SUPPORT OF MGA'S OPPOSITION TO MATTEL'S MOTION TO ENFORCE THE COURT'S ORDER OF MAY 15, 2007, TO COMPEL MGA TO PRODUCE COMPELLED CALENDARS; AND FOR SANCTIONS** |
| Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Date: TBD<br>Time: TBD<br>Place: TBD |

DECLARATION OF SAMIR KHARE IN SUPPORT OF MGA'S OPPOSITION TO MATTEL'S MOTION TO
ENFORCE THE COURT'S ORDER OF MAY 15, 2007

I, Samir Khare, hereby declare as follows:

I am an attorney licensed to practice law in the State of California and am currently employed as an in-house intellectual property attorney at MGA Entertainment, Inc. ("MGA"), a party to this litigation. I submit this Declaration in Support of MGA's Opposition to Mattel's Motion To Enforce Court's Order Of May 15, 2007, To Compel MGA To Produce Compelled Calendars; And For Sanctions. Unless otherwise stated, I have personal knowledge of the facts set forth below and, if called as a witness, I could and would competently testify thereto.

1. In addition to other in-house attorneys at MGA, I have worked closely with outside counsel during the course of this litigation to collect documents and tangible items that are responsive to Mattel's discovery requests.

2. I, in conjunction with MGA's other in-house attorneys, and outside counsel have searched for and directed other MGA employees to search for documents and tangible items in all those locations where responsive documents and items are likely to be found. MGA and its outside counsel have searched for calendars, including Microsoft Outlook calendars and Franklin Day Planners, that may have been used by MGA employees.

3. I am informed and believe that in December 2007, MGA undertook an additional search of the locations likely contain pre-2001 calendars and Franklin Day Planners. This search included contacting employees and searching those locations where hard copy and electronic calendars were likely to be found. I am informed and believe that the pre-2001 Outlook calendars of Isaac Larian were not available electronically.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this seventh day of February, 2007, at Los Angeles, California.

_____
Samir Khare

1
DECLARATION OF SAMIR KHARE IN SUPPORT OF MGA'S OPPOSITION TO MATTEL'S MOTION TO ENFORCE THE COURT'S ORDER OF MAY 15, 2007