1  THOMAS J. NOLAN (Bar No. 66992)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2  300 South Grand Avenue
   Los Angeles, CA 90071-3144
3  Telephone: (213) 687-5000
   Facsimile: (213) 687-5600
4  E-mail:    tnolan@skadden.com

5  RAOUL D. KENNEDY (Bar No. 40892)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
6  Four Embarcadero Center, Suite 3800
   San Francisco, CA 94111
7  Telephone: (415) 984-6400
   Facsimile: (415) 984-2698
8  E-mail:    rkennedy@skadden.com

9  Attorneys for Counter-Defendants,
   MGA ENTERTAINMENT, INC., ISAAC LARIAN, MGA ENTERTAINMENT
10 (HK) LIMITED, AND MGAE de MEXICO S.R.L. de C.V.

11                    UNITED STATES DISTRICT COURT
12                   CENTRAL DISTRICT OF CALIFORNIA
13                           EASTERN DIVISION

14

15 | CARTER BRYANT, an individual          | CASE NO. CV 04-9049 SGL (RNBx)
16 |          Plaintiff,                   | Consolidated with Case No. 04-9059
   |                                       | and Case No. 05-2727
17 |     v.                                |
   |                                       | **DISCOVERY MATTER**
18 | MATTEL, INC., a Delaware corporation  |
   |                                       | **PROOF OF SERVICE**
19 |          Defendant.                   |
20 |                                       |
   |                                       | **Phase 1:**
21 | Consolidated with MATTEL, INC. v.     | Discovery Cut-Off:   January 28, 2008
   | BRYANT and MGA                        | Pre-Trial Conference: May 5, 2008
22 | ENTERTAINMENT, INC. v.                | Trial Date:          May 27, 2008
   | MATTEL, INC.                          |
23

24
25
26
27
28

---
PROOF OF SERVICE                                    NO. CV 04-9049 SGL (RNBx)

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 300 South Grand Avenue, Suite 3400, Los Angeles, California 90071.

On **February 7, 2008**, I served the foregoing documents described as:

**SEE ATTACHED DOCUMENT LIST**

on the interested parties in this action addressed as follows:

**SEE ATTACHED SERVICE LIST**

(X)   (BY PERSONAL SERVICE)   ☒   By personally delivering copies to the person served. (FEDERAL)

☒   I caused such document to be hand delivered to the above addressees. (FEDERAL)

(X)   (BY FEDERAL EXPRESS)

( )   (BY ELECTRONIC MAIL)

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed on **February 7, 2008**, in San Francisco, California.

_Matthew Bowman_
PRINT NAME          SIGNATURE

PROOF OF SERVICE                          NO. CV 04-9049 SGL (RNBx)

## DOCUMENT LIST

(1) MGA'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MATTEL'S MOTION TO ENFORCE THE COURT'S ORDER OF MAY 15, 2007, TO COMPEL MGA TO PRODUCE COMPELLED CALENDARS; AND FOR SANCTIONS;

(2) DECLARATION OF ANDREW C. TEMKIN IN SUPPORT OF MGA'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MATTEL'S MOTION TO ENFORCE THE COURT'S ORDER OF MAY 15, 2007, TO COMPEL MGA TO PRODUCE COMPELLED CALENDARS; AND FOR SANCTIONS;

(3) DECLARATION OF SAMIR KHARE IN SUPPORT OF MGA'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MATTEL'S MOTION TO ENFORCE THE COURT'S ORDER OF MAY 15, 2007, TO COMPEL MGA TO PRODUCE COMPELLED CALENDARS; AND FOR SANCTIONS

## SERVICE LIST

Jon D. Corey, Esq.  
Michael T. Zeller, Esq.  
John Quinn, Esq.  
Quinn Emanuel Urquhart Oliver & Hedges, LLP  
865 South Figueroa Street, 10th Floor  
Los Angeles, CA 90017-2543  
(213) 443-3000  
(213) 443-3100 (Fax)  

Attorneys for Mattel, Inc  
[Personal Service]

John Trinidad, Esq.  
John Keker, Esq.  
Keker & Van Nest, LLP  
710 Sansome Street  
San Francisco, CA 94111  
(415) 391-5400  
(415) 397-7188 (Fax)  

Attorneys for Carter Bryant  
[Federal Express]

Mark E. Overland, Esq.  
Alexander H. Cote, Esq.  
David C. Scheper, Esq.  
Overland Borenstein Scheper & Kim  
300 South Grand Avenue, Suite 2750  
Los Angeles, CA 90071  
(213) 613-4655  
(213) 613-4656