THOMAS J. NOLAN (Bar No. 66992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600
E-mail: tnolan@skadden.com

RAOUL D. KENNEDY (Bar No. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Embarcadero Center, 38th Floor
San Francisco, California 94111-5974
Telephone: (415) 984-6400
Facsimile: (415) 984-2698
Email: rkennedy@skadden.com

Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico S.R.L. de C.V., and Isaac Larian

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with Case No. 04-9059 and Case No. 05-2727 |
| v. | **DISCOVERY MATTER** |
| MATTEL, INC., a Delaware corporation, | [To be heard by Discovery Master Hon. Edward A. Infante (Ret.)] |
| Defendant. | **DECLARATION OF PHILIP W. MARSH IN SUPPORT OF MGA'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MATTEL'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY MGA IN RESPONSE TO MATTEL'S FIFTH SET OF REQUESTS FOR DOCUMENTS AND THINGS TO MGA** |
| Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | |
| | Date: TBD<br>Time: TBD<br>Place: TBD |

I, Philip W. Marsh, declare as follows:

I am an associate of the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, which is counsel of record for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, and MGAE de Mexico S.R.L. de C.V., and Isaac Larian (collectively the "MGA Defendants"). I am one of Skadden's lawyers assigned to the above-captioned litigation. Except where otherwise indicated, I have personal knowledge of the following and, if called upon to do so, could competently testify as follows.

1. Since litigation commenced in this case nearly four years ago, Mattel has served the MGA Defendants with more than 2,700 individual document requests. In response, the MGA Defendants have produced over 4.2 million pages of responsive documents. Mr. Larian has personally produced over 50,000 pages of documents responsive to requests that were the subject of the Discovery Master's December 31, 2007 Order. Some of Mattel's requests, for which I am informed and believe the MGA Defendants have produced responsive documents, include requests for detailed financial information, such as Mr. Larian's net worth, gross income (and sources), and bank account information, as well as MGA's annual profit and loss statements (both audited and unaudited), annual financial statements (both audited and unaudited), annual reports, general ledgers, various other financial documents.

2. I am informed and believe that Mattel has produced approximately 900,000 pages of documents, with approximately 640,000 pages being produced in January of 2008.

3. Attached as Exhibit A is a true and correct copy of MGA Entertainment, Inc.'s Objections and Responses to Mattel, Inc.'s Fifth Set of Requests for Documents and Things to MGA Entertainment, Inc., Served on December 27, 2007.

4. Attached as Exhibit B is a true and correct copy of an email chain including an email message from Timothy Alger, counsel for Mattel, to Robert J. Herrington and Timothy A. Miller, counsel for MGA, sent on January 28, 2008 at

1

DECLARATION OF PHILIP W. MARSH IN SUPP. OF MGA'S OPP. TO MATTEL'S MOT. TO COMPEL PROD. OF DOCS. BY MGA IN RESP. TO MATTEL'S FIFTH SET OF REQUESTS FOR DOCS. AND THINGS TO MGA

12:24 p.m. PST, and a reply email message from Timothy A. Miller to Timothy Alger and Robert J. Herrington sent on January 28, 2008 at 2:23 p.m. PST.

5. I am informed and believe that the depositions for the following twelve individuals and organizations were conducted in this action on January 28, 2008, and that depositions for the first nine were noticed by Mattel:

(1) Mitchell Kamark
(2) Dan Cooney
(3) Susan Kuemmerle
(4) Nick Contreras
(5) Anne Wang
(6) Robert Simoneau
(7) LW Research Group
(8) Kickapoo High School
(9) Nana Ashong
(10) Kevin Farr
(11) Maureen Tafoya
(12) Bob Eckert

6. Attached as Exhibit C is a true and correct copy of the Stipulation for Appointment of a Discovery Master; and Order, dated December 6, 2006.

7. Attached as Exhibit D is a true and correct copy of an email message from Tamara Jih of Quinn Emanuel, counsel for Mattel, filing and serving Mattel, Inc.'s Notice of Motion and Motion to Compel Production of Documents by MGA in Response to Mattel's Fifth Set of Requests for Documents and Things to MGA; and Memorandum of Points and Authorities, on January 28, 2008 at 5:54 p.m. PST.

8. Attached as Exhibit E is a true and correct copy of Mattel, Inc.'s First Set of Requests For Documents and Things to Isaac Larian.

9. MGA's expenses for opposing Mattel's present motion exceed $3,500.

2

DECLARATION OF PHILIP W. MARSH IN SUPP. OF MGA'S OPP. TO MATTEL'S MOT. TO COMPEL PROD. OF DOCS. BY MGA IN RESP. TO MATTEL'S FIFTH SET OF REQUESTS FOR DOCS. AND THINGS TO MGA

1  I declare under the penalty of perjury under the laws of the United States of
2  America that the foregoing is true and correct.

4  Executed on February 7, 2008 at McLean, Virginia.

*[signature]*
Philip W. Marsh

3

DECLARATION OF PHILIP W. MARSH IN SUPP. OF MGA'S OPP. TO MATTEL'S MOT. TO COMPEL PROD. OF DOCS. BY MGA IN RESP. TO MATTEL'S FIFTH SET OF REQUESTS FOR DOCS. AND THINGS TO MGA
816126.02-D.C. Server 1A - MSW