QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br><u>Hon. Stephen G. Larson</u><br><br>APPLICATION TO FILE UNDER SEAL MATTEL'S OPPOSITION TO MGA'S MOTION TO COMPEL MATTEL TO PRODUCE E-MAIL<br><br>[Local Rule 79-5.1]<br><br>**Phase 1**<br>Discovery Cut-Off:   January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date:   May 27, 2008 |

ORIGINAL

07209/2374920.1

APPLICATION TO FILE UNDER SEAL

1 |       Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, plaintiff Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal the concurrently filed Mattel, Inc.'s Opposition to MGA's Motion to Compel Mattel to Produce E-Mail ("Opposition"), the Declaration of Peter Garza In Support ("Garza Declaration"), and Exhibits 11-12 and 16-17 of the Declaration of Christopher Tayback In Support ("Tayback Declaration").

      The Opposition contains materials that Mattel, Inc. has designated as "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order, as does the Garza Declaration. The Tayback Declaration attaches as exhibits documents that MGA Entertainment, Inc. ("MGA") and Mattel, Inc. have designated as "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order. Mattel has designated Exhibits 11, 12, and 16 as "Confidential--Attorneys' Eyes Only." MGA has designated Exhibit 17 as "Confidential--Attorneys' Eyes Only." As the Opposition, the Garza Declaration, and Exhibits 11-12 and 16-17 of the Tayback Declaration consist of materials designated by MGA and or Mattel as "Confidential--Attorneys' Eyes Only," Mattel requests that the Court order that these exhibits be filed under seal.

DATED: Feburary 1, 2008      QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

      By /s/ Cyrus S. Naim
        Cyrus S. Naim
        Attorneys for Mattel, Inc.

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On February 1, 2008, I served true copies of the following document(s) described as APPLICATION TO FILE UNDER SEAL MATTEL'S OPPOSITION TO MGA'S MOTION TO COMPEL MATTEL TO PRODUCE E-MAIL on the parties in this action as follows:

Thomas J. Nolan
**Skadden, Arps, Slate, Meageher & Flom LLP**
300 South Grand Ave., Ste. 3400
Los Angeles, CA 90071

Mark E. Overland
David C. Scheper
Alexander H. Cote
**Overland Borenstein Scheper & Kim LLP**
300 South Grand Avenue, Suite 2750
Los Angeles, CA 90071

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 1, 2008, at Los Angeles, California.

_____
NOW LEGAL -- Dave Quintana

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On February 1, 2008, I served true copies of the following document(s) described as APPLICATION TO FILE UNDER SEAL MATTEL'S OPPOSITION TO MGA'S MOTION TO COMPEL MATTEL TO PRODUCE E-MAIL on the parties in this action as follows:

John W. Keker, Esq.
Michael H. Page, Esq.
Christina M. Anderson, Esq.
**Keker & Van Nest, LLP**
710 Sansome Street
San Francisco, CA 94111

**BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 1, 2008, at Los Angeles, California.

_____
Amanda Navarro