KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
jkeker@kvn.com
MICHAEL H. PAGE - #154913
mpage@kvn.com
CHRISTA M. ANDERSON - #184325
canderson@kvn.com
MATTHEW M. WERDEGAR - #200470
mwerdegar@kvn.com
JOHN E. TRINIDAD - #250468
jtrinidad@kvn.com
AUDREY WALTON-HADLOCK- #250574
awaltonhadlock@kvn.com
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff
CARTER BRYANT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC. a Delaware Corporation,<br><br>Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC., v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No. CV 04-09049 SGL (RNBx)<br>(consolidated with CV 04-9059 & 05-2727<br><br>Hon. Stephen G. Larson<br><br>**CARTER BRYANT'S APPLICATION TO FILE UNDER SEAL EXHIBIT S TO THE PAGE DECLARATION IN SUPPORT OF BRYANT'S OPPOSITION TO MATTEL'S MOTION FOR AN ORDER ENFORCING COURT'S JANUARY 25, 2007 ORDER COMPELLING BRYANT TO PRODUCE COMPUTER HARD DRIVES AND FOR SANCTIONS**<br><br>[[Proposed] Order filed concurrently herewith]<br><br>Date: TBA<br>Time: TBA<br><br>**Phase I:**<br>Date Comp. Filed: April 13, 2005<br>Discovery Cut-Off: Jan. 28, 2008<br>Trial Date: May 27, 2008 |

410913.01

BRYANT'S APPL. TO FILE UNDER SEAL EXHS. TO THE SUPPL. WERDEGAR DECL. IN SUPP. OF OPP. TO MATTEL'S MOTION TO COMPEL RESPS. TO INTERROGATORIES
CASE NO. CV 04-09049 SGL (RNBx)

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by
2  the Court in this action, Carter Bryant ("Bryant") hereby respectfully requests that
3  the Court order filed under seal Exhibit S to the concurrently filed Declaration of
4  Michael H. Page in Support of Bryant's Opposition to Mattel's Motion for an
5  Order Enforcing Court's January 25, 2007 Order Compelling Bryant to Produce
6  Computer Hard Drives and for Sanctions ("the Declaration").

7  The Declaration attaches as Exhibit S excerpts of the deposition testimony of
8  Elise Cloonan. The transcript of Ms. Cloonan's deposition testimony has been
9  designated as "Confidential – Attorneys' Eyes Only." Accordingly, Bryant
10 requests that the Court order that Exhibit S to the Declaration be filed under seal.

12                                    Respectfully submitted,
13 Dated: February 7, 2008           KEKER & VAN NEST, LLP

16                                    By: _____
                                       Michael H. Page
17                                     Attorney for Plaintiff
                                       CARTER BRYANT

410913.01

1
BRYANT'S APPL. TO FILE UNDER SEAL EXHS. TO THE SUPPL. WERDEGAR DECL. IN SUPP. OF OPP.
TO MATTEL'S MOTION TO COMPEL RESPS. TO INTERROGATORIES
CASE NO. CV 04-09049 SGL (RNBx)

PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest, LLP, 710 Sansome Street, San Francisco, California 94111.

On February 7, 2008, I served the following document(s):

**CARTER BRYANT'S APPLICATION TO FILE UNDER SEAL EXHIBIT S TO THE PAGE DECLARATION IN SUPPORT OF BRYANT'S OPPOSITION TO MATTEL'S MOTION FOR AN ORDER ENFORCING COURT'S JANUARY 25, 2007 ORDER COMPELLING BRYANT TO PRODUCE COMPUTER HARD DRIVES AND FOR SANCTIONS**

by **FEDERAL EXPRESS**, by placing a true and correct copy in a sealed envelope addressed as shown below. I am readily familiar with the practice of Keker & Van Nest, LLP for correspondence for delivery by FedEx Corporation. According to that practice, items are retrieved daily by a FedEx Corporation employee for overnight delivery.

by **E-MAIL VIA PDF FILE**, by transmitting on this date via e-mail a true and correct copy scanned into an electronic file in Adobe "pdf" format. The transmission was reported as complete and without error.

John B. Quinn
Michael T. Zeller
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Tel: 213/443-3000
Fax: 213/443-3100
Email: johnquinn@quinnemanuel.com
Email: michaelzeller@quinnemanuel.com

Thomas J. Nolan
Skadden Arps Slate Meagher & Flom
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3144
Tel: 213/687-5000
Fax: 213/687-5600
Email: tnolan@skadden.com

Alexander H. Cote
Overland Borenstein Scheper & Kim LLP

---

396359.01

PROOF OF SERVICE
CASE NO. CV 04-09049 SGL (RNBx)

1 | 300 S. Grand Avenue, Suite 2750
2 | Los Angeles, California 90071
  | Tel: 213/613-4660
3 | Fax: 213/613-4656
4 | Email : acote@obsklaw.com

5 |     Executed on February 7, 2008, at San Francisco, California.

6 |     I declare under penalty of perjury under the laws of the State of California
7 | that the above is true and correct.
8 |                                           KAY SHIDA