FILED
Lodged (Proposed)
2008 FEB -7 PM 12:49
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY _____

KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
jkeker@kvn.com
MICHAEL H. PAGE - #154913
mpage@kvn.com
CHRISTA M. ANDERSON - #184325
canderson@kvn.com
MATTHEW M. WERDEGAR - #200470
mwerdegar@kvn.com
JOHN E. TRINIDAD - #250468
jtrinidad@kvn.com
AUDREY WALTON-HADLOCK- #250574
awaltonhadlock@kvn.com
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff
CARTER BRYANT

BY FAX

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC. a Delaware Corporation,<br><br>Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC., v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No. CV 04-09049 SGL (RNBx) (consolidated with CV 04-9059 & 05-2727<br><br>Hon. Stephen G. Larson<br><br>**CARTER BRYANT'S APPLICATION TO FILE UNDER SEAL EXHIBITS TO THE SUPPLEMENTAL WERDEGAR DECLARATION IN SUPPORT OF BRYANT'S OPPOSITION TO MATTEL'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES**<br><br>[[Proposed] Order filed concurrently herewith]<br><br>Date: February 11, 2008<br>Time: 8:30 a.m.<br><br>**Phase I:**<br>Date Comp. Filed: April 13, 2005<br>Discovery Cut-Off: Jan. 28, 2008<br>Trial Date: May 27, 2008 |

---

BRYANT'S APPL. TO FILE UNDER SEAL EXHS. TO THE SUPPL. WERDEGAR DECL. IN SUPP. OF OPP.
TO MATTEL'S MOTION TO COMPEL RESPS. TO INTERROGATORIES
CASE NO. CV 04-09049 SGL (RNBx)

410817.01

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Carter Bryant ("Bryant") hereby respectfully requests that the Court order filed under seal Exhibits A through D and I through J to the concurrently filed Supplemental Werdegar Declaration in Support of Bryant's Opposition to Mattel's Motion to Compel Responses to Interrogatories ("the Declaration").

The Declaration attaches as exhibits documents that the parties have designated as "Confidential" or "Confidential – Attorneys' Eyes Only" pursuant to the Stipulated Protective Order. Specifically, Exhibits A through D to the Declaration consist of discovery responses designated by Carter Bryant as "Confidential – Attorneys' Eyes Only," while Exhibits I through J to the Declaration consist of deposition testimony designated by Mr. Bryant as "Confidential – Attorneys' Eyes Only." Accordingly, Bryant requests that the Court order that Exhibits A through D and I through J to the Declaration be filed under seal.

Dated: February 7, 2008

Respectfully submitted,

KEKER & VAN NEST, LLP

By: /s/ Matthew M. Werdegar
MATTHEW M. WERDEGAR
Attorneys for Plaintiff
CARTER BRYANT

# PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest, LLP, 710 Sansome Street, San Francisco, California 94111.

On February 7, 2008, I served the following document(s):

**CARTER BRYANT'S APPLICATION TO FILE UNDER SEAL EXHIBITS TO THE SUPPLEMENTAL WERDEGAR DECLARATION IN SUPPORT OF BRYANT'S OPPOSITION TO MATTEL'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES**

by regular **UNITED STATES MAIL** by placing a true and correct copy in a sealed envelope addressed as shown below. I am readily familiar with the practice of Keker & Van Nest, LLP for collection and processing of correspondence for mailing. According to that practice, items are deposited with the United States Postal Service at San Francisco, California on that same day with postage thereon fully prepaid. I am aware that, on motion of the party served, service is presumed invalid if the postal cancellation date or the postage meter date is more than one day after the date of deposit for mailing stated in this affidavit.

John B. Quinn
Michael T. Zeller
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Tel: 213/443-3000
Fax: 213/443-3100
Email: johnquinn@quinnemanuel.com
Email: michaelzeller@quinnemanuel.com

Thomas J. Nolan
Skadden Arps Slate Meagher & Flom
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3144
Tel: 213/687-5000
Fax: 213/687-5600
Email: tnolan@skadden.com

1 | Alexander H. Cote
2 | Overland Borenstein Scheper & Kim LLP
  | 300 S. Grand Avenue, Suite 2750
3 | Los Angeles, California 90071
4 | Tel:  213/613-4660
  | Fax:  213/613-4656
5 | Email :   acote@obsklaw.com

6 | Executed on February 7, 2008, at San Francisco, California.

7 | I declare under penalty of perjury under the laws of the State of California
8 | that the above is true and correct.

*[signature: Maureen L. Stone]*

MAUREEN L. STONE