| | |
|---|---|
| 1 | THOMAS J. NOLAN (Bar No. 66992) |
| 2 | (tnolan@skadden.com)<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| 3 | 300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071 |
| 4 | Tel.: (213) 687-5000/Fax: (213) 687-5600 |
| 5 | KENNETH PLEVAN (admitted *pro hac vice*)<br>(kplevan@skadden.com) |
| 6 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>Four Times Square |
| 7 | New York, NY 10036<br>Tel.: (212) 735-3000 / Fax: (212) 735-2000 |
| 8 | Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, |
| 9 | MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian |
| 10 | JOHN W. KEKER (Bar No. 49092)<br>(jkeker@kvn.com) |
| 11 | CHRISTA M. ANDERSON (Bar No. 184325)<br>(canderson@kvn.com) |
| 12 | KEKER & VAN NEST LLP<br>710 Sansome St. |
| 13 | San Francisco, CA 94111-1704<br>Tel.: (415) 391-5400 / Fax: (415) 397-7188 |
| 14 | Attorneys for Carter Bryant |
| 15 | UNITED STATED DISTRICT COURT |
| 16 | CENTRAL DISTRICT OF CALIFORNIA |

| | | |
|---|---|---|
| 17 | CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| 18 | Plaintiff, | Consolidated with Case No. 04-9059 and Case No. 05-2727 |
| 19 | v. | APPLICATION TO FILE UNDER SEAL MGA'S AND CARTER BRYANT'S OPPOSITION TO MATTEL'S OBJECTION TO THE DISCOVERY MASTER'S JANUARY 11, 2008 ORDER GRANTING MGA'S AND BRYANT'S MOTION TO COMPEL RE: MATTEL'S BANDYING OF 30(B)(6) WITNESSES AND MUMFORD DECLARATION IN SUPPORT THEREOF |
| 20 | MATTEL, INC., a Delaware corporation, | |
| 21 | | |
| 22 | Defendant. | |
| 23 | | |
| 24 | AND CONSOLIDATED ACTIONS | |
| 25 | | |
| 26 | | Honorable Stephen G. Larson |

Application To File Under Seal
Case No. CV 04-9049 SGL (RNBx)

Case 2:04-cv-09049-DOC-RNB   Document 2003   Filed 02/07/08   Page 2 of 2   Page ID #:29547

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, MGA Entertainment, Inc. ("MGA"), Isaac Larian ("Mr. Larian" or "Larian"), MGA Entertainment (HK) Limited ("MGA HK"), and MGAE de Mexico S.R.L. de C.V. ("MGA Mexico") (collectively, the "MGA Defendants") and Carter Bryant hereby respectfully request that the Court order the following documents be filed under seal: MGA's and Carter Bryant's Opposition to Mattel's Objections to the Discovery Master's January 11, 2008 Order Granting MGA's and Bryant's Motion to Compel Re: Mattel's Bandying of 30(b)(6) Witnesses and the Declaration of Marcus R. Mumford in support thereof. Good cause exists for filing these documents under seal because certain exhibits attached to the declaration have been designated as "Confidential" or "Confidential—Attorneys' Eyes Only" pursuant to the Protective Order, and the Opposition references these exhibits. In the alternative, the MGA Defendants and Carter Bryant request that the Court declare the exhibits to the declaration to be outside the definitions of "Confidential" and "Confidential—Attorneys' Eyes Only" as contained in the Protective Order and order them, along with the Opposition and the Declaration of Marcus R. Mumford in support thereof, to be filed as part of the public record.

DATED: February 6, 2008

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By: _____
Thomas J. Nolan
Attorneys for MGA Entertainment, Inc.

Application To File Under Seal
Case No. CV 04-9049 SGL (RNBx)