KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
jkeker@kvn.com
MICHAEL H. PAGE - #154913
mpage@kvn.com
CHRISTA M. ANDERSON - #184325
canderson@kvn.com
MATTHEW M. WERDEGAR - #200470
mwerdegar@kvn.com
JOHN E. TRINIDAD - #250468
jtrinidad@kvn.com
AUDREY WALTON-HADLOCK- #250574
awaltonhadlock@kvn.com
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Plaintiff
CARTER BRYANT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC. a Delaware Corporation,<br><br>Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC., v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No. CV 04-09049 SGL (RNBx) (consolidated with CV 04-9059 & 05-2727<br><br>**DISCOVERY MATTER**<br><br>[To Be Heard by Discovery Master Hon. Edward Infante (Ret.)]<br><br>**SUPPLEMENTAL WERDEGAR DECLARATION IN SUPPORT OF CARTER BRYANT'S OPPOSITION TO MATTEL, INC.'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES**<br><br>Date:     February 11, 2008<br>Time:     8:30 a.m.<br><br>**Phase I:**<br>Date Comp. Filed:  April 13, 2005<br>Discovery Cut-Off:  Jan. 28, 2008<br>Trial Date: May 27, 2008 |

**PUBLIC VERSION**

SUPPLEMENTAL WERDEGAR DECLARATION IN SUPPORT OF CARTER BRYANT'S OPPOSITION TO MATTEL'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES
CASE NO. CV 04-09049 SGL (RNBx)

410784.01

I, MATTHEW WERDEGAR, declare and state that:

1.      I am an attorney licensed to practice law in the State of California and am a member of the law firm of Keker & Van Nest LLP, located at 710 Sansome Street, San Francisco, California 94111, counsel for plaintiff Carter Bryant in the above-captioned action.  I am duly admitted to practice law before this Court. Except where expressly stated, I have knowledge of the facts set forth herein, and if called to testify as a witness thereto, could do so competently under oath.

2.      As discussed in my original declaration filed in support of Carter Bryant's Opposition to Mattel's Motion to Compel Interrogatory Responses By Bryant, dated December 20, 2007, I offered to meet and confer with Mattel regarding Mr. Bryant's supplemental responses to Mattel's Revised Third, Amended Fourth, Fifth, Sixth and Seventh Sets of Interrogatories any day other than December 20, 2007, the day Mr. Bryant's Opposition was due to be filed.  I specifically offered to meet and confer on December 21, or any day the week of Christmas, except Christmas Day.  My offer to meet and confer is reflected in my letter to B. Dylan Proctor dated December 20, 2007, which is attached to my original declaration as Exhibit 3.

3.      Despite my offer to meet and confer, in the seven weeks since Mr. Bryant served his supplemental interrogatory responses Mattel has never sought to meet and confer regarding those responses.

4.      Notwithstanding Mattel's failure to meet and confer regarding Mr. Bryant's supplemental responses, Mr. Bryant has since voluntarily provided further (second) supplemental responses to Mattel's interrogatories.  Mr. Bryant served these further supplemental responses on January 28, 2008.  Mr. Bryant provided further supplemental responses to all of the interrogatories that are at issue in Mattel's Motion to Compel, except for Interrogatory No. 39, which seeks the identity of each of Mr. Bryant's bank and other financial institution accounts, and

1

410784.01

1   Interrogatory No. 40, which asks Mr. Bryant for information about his computer
2   usage.  Mr. Bryant previously supplemented his response to Interrogatory No. 40
3   on December 17, 2007.

4        5.    A true and correct copy of Mr. Bryant's Second Supplemental
5   Responses to Mattel's Revised Third Set of Interrogatories is attached hereto as
6   Exhibit A.

7        6.    A true and correct copy of Mr. Bryant's Second Supplemental
8   Responses to Mattel's Amended Fourth Set of Interrogatories is attached hereto as
9   Exhibit B.

10        7.    A true and correct copy of Mr. Bryant's Second Supplemental
11   Responses to Mattel's Fifth Set of Interrogatories is attached hereto as Exhibit C.

12        8.    A true and correct copy of Mr. Bryant's Mr. Bryant's Second
13   Supplemental Responses to Mattel's Sixth Set of Interrogatories is attached hereto
14   as Exhibit D.

15        9.    In the nine days since Mr. Bryant served his second supplemental
16   responses, Mattel has not indicated that any of the responses are substantively
17   deficient, nor has Mattel sought a conference of counsel to discuss the responses.
18   Consequently, counsel for Mr. Bryant is presently unaware of any objections or
19   concerns Mattel may have about the substance of Mr. Bryant's further
20   supplemental responses.

21        10.    With respect to Interrogatory No. 39, which asks for the identity of
22   Mr. Bryant's bank and other financial accounts, Mattel articulates in its Motion to
23   Compel two reasons why this information is relevant and discoverable.  First,
24   Mattel argues that it may lead to evidence regarding the payments Mr. Bryant
25   received from MGA, which Mattel claims is relevant to its California Civil Code §
26   17200 *et seq.* and other unnamed claims, as well as to show bias by Mr. Bryant.
27   *See* Mot. to Compel Responses to Interrog. By Bryant, at 20-21.  Second, Mattel
28   argues that the requested information is relevant to Mattel's claims for punitive

2

SUPPLEMENTAL WERDEGAR DECLARATION IN SUPPORT OF CARTER BRYANT'S OPPOSITION TO
MATTEL'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES
CASE NO. CV 04-09049 SGL (RNBx)

410784.01

1    damages against Mr. Bryant. *See id.* at 21-22.

2         11.   Since Mattel filed its motion to compel, Mr. Bryant agreed with

3    Mattel to produce, and has produced, a litany of additional financial information.

4    Mr. Bryant agreed to produce this information in lieu of Mattel pursuing a

5    subpoena directed against his accountants, Foothills Business Services

6    ("Foothills"). I personally met and conferred with counsel for Mattel regarding

7    this production of financial information.

8         12.   Specifically, Mr. Bryant agreed to gather from Foothills and produce,

9    and on information and belief has produced, *inter alia*, the following categories of

10   financial records:

11        •     All available profit and loss/ income statements for Carter Bryant

12   Enterprises;

13        •     Documents sufficient to show all payments to Mr. Bryant from MGA

14   and/or Isaac Larian; and

15        •     Documents sufficient to show Mr. Bryant's net worth.

16        13.   Attached hereto as Exhibit E is a true and correct copy of a letter

17   dated January 11, 2008 from me to Jon Corey, counsel for Mattel, setting forth the

18   categories of documents, including those listed in Paragraph 12, above, that Mr.

19   Byant was prepared to gather from Foothills and produce. This letter also

20   confirmed a teleconference I had with Mr. Corey, during which Mr. Corey

21   indicated that Mattel would withdraw its subpoena to Foothills in exchange for the

22   voluntary production of these documents.

23        14.   Attached hereto as Exhibit F is a true and correct copy of a series of

24   electronic mail messages between myself and Mr. Corey on January 15 and 16,

25   2008, in which Mr. Corey confirmed Mattel's agreement to withdraw its subpoena

26   to Foothills in exchange for Mr. Bryant's production from Foothills of the financial

27   information described in Exhibit E and Paragraph 12, above.

28        15.   Attached hereto as Exhibit G is a true and correct copy of a letter

3

410784.01

1  dated January 18, 2008 from my colleague, Rebekah Punak, to Mr. Corey

2  enclosing the first batch of financial documents Mr. Bryant had agreed to produce.

3      16.    Attached hereto as Exhibit H is a true and correct copy of a letter

4  dated January 23, 2008 from Ms. Punak to Mr. Corey enclosing the second and

5  final batch of financial documents Mr. Bryant had agreed to produce.

6      17.    Mr. Bryant appeared for the additional nine hours of deposition

7  ordered by the Court on January 23 and 24, 2008.  During this continuation of his

8  deposition, counsel for Mattel asked Mr. Bryant (i) how much money he had

9  received in royalties from MGA, including in particular how much he had received

10  in 2001 and 2007, (ii) his best estimate of his current net worth; and (iii) who was

11  paying his legal fees in this litigation.  Mr. Bryant answered each of these

12  questions.

13      18.    Attached hereto as Exhibit I is a true and correct copy of the relevant

14  portions of Volume 4 of Mr. Bryant's deposition testimony.

15      19.    Attached hereto as Exhibit J is a true and correct copy of Volume 5 of

16  Mr. Bryant's deposition testimony.

17      20.    On information and belief, Mr. Bryant's production of the financial

18  documents gather from Foothills, together with Mr. Bryant's prior productions of

19  financial information, and Mr. Bryant's deposition testimony on January 23 and

20  24, 2008, address all of the bases that Mattel has asserted in its Motion to Compel

21  for needing the identity of Mr. Bryant's bank and other financial accounts.

22      I declare under penalty of perjury under the laws of the United States that

23  the foregoing is true and correct and that this declaration was executed on February

24  6, 2008, at San Francisco, California.

25

26

27                                         MATTHEW WERDEGAR

28

4

410784.01

# EXHIBIT A CONDITIONALLY FILED UNDER SEAL


# PURSUANT TO PROTECTIVE ORDER

# EXHIBIT B CONDITIONALLY FILED UNDER SEAL

# PURSUANT TO PROTECTIVE ORDER

# EXHIBIT C CONDITIONALLY FILED UNDER SEAL

# PURSUANT TO PROTECTIVE ORDER

# EXHIBIT D CONDITIONALLY FILED UNDER SEAL

# PURSUANT TO PROTECTIVE ORDER

**EXHIBIT  E**

LAW OFFICES

# KEKER & VAN NEST
### LLP

710 SANSOME STREET
SAN FRANCISCO, CA 94111-1704
TELEPHONE (415) 391-5400
FAX (415) 397-7188
WWW.KVN.COM

MATTHEW M. WERDEGAR
MWERDEGAR@KVN.COM

January 11, 2008

**VIA FACSIMILE & U.S. MAIL**

Jon D. Corey, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017-2543

Re:     Mattel v. Bryant, et al.

Dear Jon:

    I am writing to confirm our conference of counsel yesterday, January 10th, regarding Mattel's subpoena to Foothill Business Services.

    During our conference, I explained that in exchange for withdrawing the subpoena to Foothills Business Services, Mr. Bryant would agree to gather from Foothill Business Services and produce to Mattel the following:

- All available profit and loss/ income statements for Carter Bryant Enterprises;

- Documents sufficient to show all payments to Mr. Bryant from MGA and/or Isaac Larian;

- Documents sufficient to show all payments to Veronica Marlow from Mr. Bryant or Carter Bryant Enterprises;

- Documents sufficient to show Mr. Bryant's net worth;

- Documents sufficient to identify any witness or witness's counsel to whom Mr. Bryant has made any payments for fees, costs, or expenses incurred by that witness in connection with the present litigation and the amount paid, if any, to or on behalf of such witness;

Jon D. Corey, Esq.
January 11, 2008
Page 2

- Foothill Business Service's document retention policy, if they have one; and

- Documents constituting communications between Mr. Bryant and Foothill Business Services substantively related to Bratz, if any exist (consistent with your letter of January 7, 2008, such communications do not include ministerial communications that occur between an accountant and its client, such as estimated tax calculations, etc.). Note, however, that it is my understanding, which I will confirm, that no such documents exist.

We will endeavor to provide Mattel with these documents as soon as possible. It is our expectation that we could provide all of these documents by January 18, 2008. However, we are still working to gather these materials, so it is possible that some of them could take longer to produce.

You indicated that you thought that the foregoing offer would be acceptable to Mattel. However, you stated that you wanted to speak with your accounting consultants before committing to accept Mr. Bryant's proposal. In order to give you the time necessary to consider the proposal, we agreed that any motion to quash Mattel's subpoena and/or for a protective order limiting its scope would not need to be filed by Mr. Bryant until Friday, January 18, 2008.

If your understanding of our agreement to extend the deadline for Mr. Bryant to file his motion to quash and/or for a protective order differs in any material respect, please let me know immediately.

I look forward to hearing back from you regarding Mr. Bryant's proposal.

Very truly yours,

Matthew Werdegar

MMW/mls

cc:   Amy S. Park

409201.01

## Matthew Werdegar

| | |
|---|---|
| **From:** | Jon Corey [joncorey@quinnemanuel.com] |
| **Sent:** | Wednesday, January 16, 2008 10:02 PM |
| **To:** | Matthew Werdegar |
| **Cc:** | Christa Anderson; Michael Page; Michael T Zeller; Bridget Hauler |
| **Subject:** | RE: Mattel v. Bryant el al. |

Yes, so long as we get the P&L no later than Tuesday.


Jon Corey
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Main Phone: (213) 443-3000
Main Fax: (213) 443-3100
E-mail: joncorey@quinnemanuel.com
Web: www.quinnemanuel.com

The information contained in this e-mail message is intended only for the personal and confidential use of the
recipient(s) named above.  This message may be an attorney-client communication and/or work product and as
such is privileged and confidential.  If the reader of this message is not the intended recipient or agent responsible
for delivering it to the intended recipient, you are hereby notified that you have received this document in error
and that any review, dissemination, distribution, or copying of this message is strictly prohibited.  If you have
received this communication in error, please notify us immediately by e-mail, and delete the original message.


**From:** Matthew Werdegar [mailto:MWerdegar@kvn.com]
**Sent:** Wednesday, January 16, 2008 6:33 PM
**To:** Jon Corey
**Cc:** Christa Anderson; Michael Page; Michael T Zeller; Bridget Hauler
**Subject:** RE: Mattel v. Bryant el al.

Jon,

There are no profit & loss/ income statements for Carter Bryant individually, only for Carter Bryant Enterprises, so
we cannot produce those.  We can produce everything we agreed to produce by January 18, with the except of
the P&Ls.  Foothills is working hard to get that information to us, but they are also jammed with year-end W-2/
1099 work for their other clients.  We expect to be able to produce the P&Ls before Bryant's deposition, but it may
not be until Tuesday, 1/22.  As you know, Monday, 1/21, is a legal holiday.

Do we still have a deal?


**From:** Jon Corey [mailto:joncorey@quinnemanuel.com]
**Sent:** Wednesday, January 16, 2008 6:29 PM
**To:** Matthew Werdegar
**Cc:** Christa Anderson; Michael Page; Michael T Zeller; Bridget Hauler

I should have a firm decision in an hour or two.


Jon Corey
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Main Phone: (213) 443-3000
Main Fax:  (213) 443-3100
E-mail:  joncorey@quinnemanuel.com
Web:  www.quinnemanuel.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above.  This message may be an attorney-client communication and/or work product and as such is privileged and confidential.  If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited.  If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Matthew Werdegar [mailto:MWerdegar@kvn.com]
**Sent:** Wednesday, January 16, 2008 1:09 PM
**To:** Jon Corey
**Subject:** RE: Mattel v. Bryant el al.

Jon,

Any further thoughts on this?  If you need more time to evaluate my proposal, can we agree to again extend the deadline for Bryant to file a motion to quash.  I want to give you the time you need to make your decision, but I don't want to be jammed on my motion, if it turns out to be necessary.

---

**From:**  Matthew Werdegar
**Sent:**  Tuesday, January 15, 2008 2:23 PM
**To:**   Jon Corey
**Subject:**   Mattel v. Bryant el al.

Dear Jon:

Please let me know when you will be in a position to definitively respond to Carter Bryant's proposal, which we discussed last week and which is also summarized in my letter to you of January 11, regarding Mattel's subpoena to Foothills Business Services.

I will be out of the office, and may be out of email contact, on Thursday and Friday, so I would very much like to resolve this issue today or tomorrow, if possible.

Regards,


<< OLE Object: Picture (Metafile) >>


2/6/2008

**EXHIBIT  G**

LAW OFFICES

# KEKER & VAN NEST
### LLP

710 SANSOME STREET
SAN FRANCISCO, CA 94111-1704
TELEPHONE (415) 391-5400
FAX (415) 397-7188
WWW.KVN.COM

REBEKAH PUNAK
RPUNAK@KVN.COM

January 18, 2008

**VIA PDF**

Jon D. Corey
Duane R. Lyons
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017-2543

Re:     *Bryant v. Mattel*
        United States District Court, Central District of California
        Case No. CV 04-09049 SGL (RNBx) (consolidated with CV 04-9059 & 05-2727)

Dear Mr. Corey:

        Enclosed with this email, please find a copy of documents bearing bates numbers BRYANT2 008047 to 008078.  These documents are being produced in accordance with our stipulation regarding Mattel's subpoena of Foothill Business Services.  These documents have been marked as CONFIDENTIAL –ATTORNEY'S EYES ONLY pursuant to the January 4, 2005 Protective Order.  I will send the password to the ZIP file via email.

        If you have any questions or comments, or if I can be of further assistance in any way, please do not hesitate to call.

Very truly yours,

Rebekah Punak

RP/lhl
Encl.
cc:  Thomas J. Nolan

**EXHIBIT  H**

LAW OFFICES

# KEKER & VAN NEST
### LLP

710 SANSOME STREET
SAN FRANCISCO, CA 94111-1704
TELEPHONE (415) 391-5400
FAX (415) 397-7188
WWW.KVN.COM

REBEKAH PUNAK
RPUNAK@KVN.COM

January 23, 2008

**VIA PDF**

Jon D. Corey
Duane R. Lyons
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017-2543

Re:     *Bryant v. Mattel*
        United States District Court, Central District of California
        Case No. CV 04-09049 SGL (RNBx) (consolidated with CV 04-9059 & 05-2727)

Dear Mr. Corey:

        Enclosed with this email, please find a copy of documents bearing bates numbers BRYANT2 011157 to BRYANT2 011167.  These documents are being produced in accordance with our stipulation regarding Mattel's subpoena of Foothill Business Services.  These documents have been marked as CONFIDENTIAL –ATTORNEY'S EYES ONLY pursuant to the January 4, 2005 Protective Order.  I will send the password to the ZIP file via email.

        If you have any questions or comments, or if I can be of further assistance in any way, please do not hesitate to call.

                                Very truly yours,

                                Rebekah Punak

RP/lhl
Encl.
cc:  Thomas J. Nolan

409933.01

# EXHIBIT I CONDITIONALLY FILED UNDER SEAL

# PURSUANT TO PROTECTIVE ORDER

# EXHIBIT J CONDITIONALLY FILED UNDER SEAL

# PURSUANT TO PROTECTIVE ORDER