QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   John B. Quinn (Bar No. 090378)
   johnquinn@quinnemanuel.com
   Michael T. Zeller (Bar No. 196417)
   (michaelzeller@quinnemanuel.com)
   Jon D. Corey (Bar No. 185066)
   (joncorey@quinnemanuel.com)
   Timothy L. Alger (Bar No. 160303)
   (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Plaintiff Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>       Plaintiff,<br><br>    vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>       Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated With Case No. 04-9059 and Case No. 05-2727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Hon. Edward Infante (Ret.)]**<br><br>[PUBLICLY REDACTED] DECLARATION OF TIMOTHY L. ALGER IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA'S AND CARTER BRYANT'S JOINT MOTION TO COMPEL PRODUCTION OF PURPORTEDLY IMPROPERLY WITHHELD MATTEL DOCUMENTS<br><br>Date:   T.B.D.<br>Time:   T.B.D.<br>Place:  T.B.D.<br><br>**Phase 1:**<br>Discovery Cutoff:    January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date:         May 27, 2008 |

DECLARATION OF TIMOTHY L. ALGER

## DECLARATION OF TIMOTHY L. ALGER

I, Timothy L. Alger, declare as follows:

1.     I am a member of the bar of the State of California and a member of Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc.  I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2.     Mattel has not withheld from production in discovery in this case any document on the basis that it refers to "NHB."  Indeed, a document that was produced in discovery by Mattel and contains "NHB" was used as an exhibit by defendants at the deposition of Robert Eckert.  A true and correct copy of that document is attached as Exhibit 1.

3.     Quinn Emanuel employs a team of attorneys to review documents in this case.  This team has reviewed many hundreds of thousands of documents, and Mattel has produced nearly 900,000 pages of documents thus far.  Among those were documents Bates stamped M 0199767-68 and M 0199769-70.  The documents were among a very large quantity of materials located on a Mattel database using key word searches, and the reviewing lawyer did not understand that these two particular documents were created by the Mattel legal department.

4.     On January 17, 2008, I learned that the documents Bates stamped M 0199767-68 and M 0199769-70 were produced by Mattel during discovery. Pursuant to Section 13 of the Stipulated Protective Order, I immediately wrote to the parties to request that they destroy all electronic versions of the documents, return all paper copies of the documents and certify compliance with Mattel's requests. Attached as Exhibit 2 is a true and correct copy of the letter I wrote to Michael Page, Thomas Nolan, and Mark Overland, dated January 17, 2008.

5.     Marcus Mumford, legal counsel to MGA Entertainment, Inc., faxed a letter to me in the late evening on Friday, January 18, 2008, to request a conference

1  of counsel, regarding documents Bates stamped M 0199767-68 and M 0199769-70.

2  Attached as Exhibit 3 is a true and correct copy of the letter that Mr. Mumford sent

3  to me.

4        6.    During the entire week of January 21, 2008, my partners and I were

5  preparing for and taking numerous depositions before the Phase I discovery cut-off

6  on January 28, 2008. Accordingly, I proposed to Mr. Mumford that the parties

7  meet-and-confer on January 28, 2008. This date was within the five-day window

8  for such conferences, as provided in the Stipulation for Appointment of a Discovery

9  Master, Paragraph 5. Attached as Exhibit 4 is a true and correct copy of the letter I

10  wrote to Mr. Mumford, dated January 25, 2008.

11        7.    Rather than make any effort to confer on January 28, 2008, as I

12  proposed, MGA filed this motion.

13        8.    After the motion was filed, Mr. Mumford sent me an email expressing

14  an interest in a conference, and holding out the possibility of withdrawing the

15  motion. I readily agreed to discuss the dispute with Mr. Mumford, and we met-and-

16  conferred on January 31, 2008. A true and correct copy of an exchange of emails

17  with Mr. Mumford starting on January 28, 2008 and continuing through January 30,

18  2008, is attached as Exhibit 5.

19        9.    During that conference with Mr. Mumford, I explained the origins and

20  privileged nature of the documents Bates stamped M 0199767-68 and M 0199769-

21  70. I also informed Mr. Mumford that Mattel had not withheld any document

22  falling into categories that Mattel agreed or has been compelled to produce on the

23  ///

24  ///

25  ///

26  ///

27  ///

28

-2-

DECLARATION OF TIMOTHY L. ALGER

1    ground that the document used "NHB."  Nevertheless, Mr. Mumford refused to

2    withdraw the motion.

3          Executed on February 7, 2008, at Los Angeles, California.

Timothy L. Alger

-3-

DECLARATION OF TIMOTHY L. ALGER

# EXHIBIT 1

# THIS EXHIBIT IS FILED UNDER SEAL

# PURSUANT TO PROTECTIVE ORDER

**EXHIBIT 2**

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

WRITER'S DIRECT DIAL NO.
(213) 443-3223

WRITER'S INTERNET ADDRESS
timalger@quinnemanuel.com

January 17, 2008

VIA FACSIMILE AND MAIL

Michael H. Page, Esq.
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111

Thomas J. Nolan, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Ave., Suite 3400
Los Angeles, CA 90071

Mark E. Overland, Esq.
Overland Borenstein Scheper
 & Kim, LLP
300 South Grand Avenue, Suite 2750
Los Angeles, CA 90071-3144

Re:  MGA Entertainment, Inc. v. Mattel, Inc.

Dear Counsel:

Mattel has inadvertently produced in discovery two documents protected by the attorney-client privilege and attorney work-product doctrine.  The documents bear Bates Nos. M 0199767-78 and M 0199769-70.

Pursuant to Section 13 of the Stipulated Protective Order in this litigation, please promptly destroy any and all electronic copies and return to me any and all paper copies of the above documents.  Further, when you return the documents, please certify that you have included all paper copies and that you have destroyed all electronic copies of the documents in your possession.

EXHIBIT ____2____

PAGE ____5____

**quinn emanuel urquhart oliver & hedges, llp**

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100

Michael H. Page, Esq.
Thomas J. Nolan, Esq.
Mark E. Overland, Esq.
January 17, 2008
Page 2

Please feel free to contact me or Harvinder Anand of my office, at (213) 443-3915, if you have any questions.

Very truly yours,

Timothy L. Alger

EXHIBIT ___2___

PAGE ___6___

**EXHIBIT 3**

Jan-18-2008  07:04pm  From-SASMF  ----                 2136975600  ----    T-438  P.002/003  F-034

# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

300 SOUTH GRAND AVENUE

LOS ANGELES, CALIFORNIA 90071-3144
——
TEL: (213) 687-5000
FAX: (213) 687-5600
www.skadden.com

DIRECT DIAL
(213) 687-5514
DIRECT FAX
(213) 621-5514
EMAIL ADDRESS
MMUMFORD@SKADDEN.COM

FIRM/AFFILIATE OFFICES
BOSTON
CHICAGO
HOUSTON
NEWARK
NEW YORK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
——
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

January 18, 2008

**VIA FACSIMILE**

Timothy L. Alger, Esq.
Quinn, Emanuel, Urquhart, Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017-2543

RE:   *Mattel, Inc. v. Bryant*

Dear Timothy:

I write in response to your letter of January 17, 2008, concerning documents M 0199767-68 and M 0199769-70. Pursuant to the Stipulated Protective Order, we are in the process of destroying all hard copies of these documents and deleting all available electronic copies.

We believe, however, the assertion of attorney-client privilege and work product immunity is inappropriate with respect to these documents. There was no indication that these documents reflected communications with counsel for the purpose of obtaining legal advice. Moreover, as you are aware, documents can have work product protection only if they were prepared in anticipation of litigation or trial. *FTC v. Grolier, Inc.*, 462 U.S. 19, 26 (1983). We understand that Mattel has taken the position in this litigation that Mattel "first learned of a probable claim" on November 24, 2003, "at the earliest," and prior to that time it had "no reason to suspect" its claims. It appeared these documents were prepared prior to that date, and therefore work product would not apply.

Based on the foregoing, we ask that Mattel immediately withdraw the improper privilege designations and re-produce the documents in question. Further, the fact that we understand Mattel refers to MGA as "NHB" leads us to believe there may be similar documents or files that have not been produced and that are not listed on Mattel's privilege log. We ask that Mattel immediately search for and produce all documents relating to NHB. If Mattel does not agree to do so, MGA anticipates

EXHIBIT ___3___

PAGE ___7___

Timothy L. Alger, Esq.
January 18, 2008
Page 2

filing a motion to compel.  Please consider this letter our request for a meet and
confer conference pursuant to the Discovery Master Stipulation, and please get back
to me as soon as possible to discuss these issues.

Sincerely,

Marcus R. Mumford

cc: Michael H. Page, Esq.
    Mark E. Overland, Esq.

EXHIBIT ____3____

PAGE ____8____

The attached fax was received from 2136875600 on 1/18/2008 at 7:04:10 PM

JobID: 079098

EXHIBIT ___3___

PAGE ___9___

Jan-18-2008  07:04pm   From-SASMF   — —                    2136875600   — —      T-438   P.001/003   F-034

# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

300 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-3144

TELEPHONE No.: (213) 687-5000
FACSIMILE No.: (213) 687-5600

EMAIL: mmumford @skadden.com

## FACSIMILE TRANSMITTAL SHEET

FROM: Marcus Mumford                             DATE: January 18, 2008
DIRECT DIAL: (213) 687-5514                       FLOOR/OFFICE No.: 36
DIRECT FACSIMILE: (213) 621-5514

THIS FACSIMILE IS INTENDED ONLY FOR USE OF THE ADDRESSEE(S) NAMED HEREIN AND MAY CONTAIN LEGALLY PRIVILEGED AND/OR CONFIDENTIAL INFORMATION. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS FACSIMILE, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS FACSIMILE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS FACSIMILE IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL FACSIMILE TO US AT THE ADDRESS ABOVE VIA THE LOCAL POSTAL SERVICE. WE WILL REIMBURSE ANY COSTS YOU INCUR IN NOTIFYING US AND RETURNING THE FACSIMILE TO US.

IF THIS TRANSMISSION IS UNCLEAR OR INCOMPLETE, PLEASE CONTACT THE FACSIMILE DEPARTMENT AT (213) 687-5443.
WHEN TRANSMITTING TO OUR MACHINES, PLEASE INCLUDE YOUR COVER SHEET AND NUMBER ALL PAGES CONSECUTIVELY.

TOTAL NUMBER OF PAGES INCLUDING COVER(S):  3

PLEASE DELIVER THE FOLLOWING PAGE(S) TO:

| | | | |
|---|---|---|---|
| 1. | NAME: Timothy L. Alger, Esq. | FIRM: Quinn Emanuel Urquhart, etc. | |
| | CITY: Los Angeles | TELEPHONE No.: (213) 443-3000 | |
| | FACSIMILE No.: (213) 443-3100 | | |

| | | | |
|---|---|---|---|
| 2. | NAME: Michael H. Page, Esq.. | FIRM: Keker & Van Nest | |
| | CITY: (415) 397-7188 | TELEPHONE No.: (415) 391-5400 | |
| | FACSIMILE No.: | | |

| | | | |
|---|---|---|---|
| 3. | NAME: Mark Overland, Esq. | FIRM: Overland Borenstein Scheper & Kim | |
| | CITY: Los Angeles | TELEPHONE No.: (213) 613-4660 | |
| | FACSIMILE No.: (213) 613-4656 | | |

MESSAGE: Please see attached letter.

EXHIBIT     3

PAGE     10

**EXHIBIT 4**

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3223**

WRITER'S INTERNET ADDRESS
**timalger@quinnemanuel.com**

January 25, 2008

**VIA FACSIMILE AND MAIL**

Marcus R. Mumford, Esq.
Skadden, Arps, Slate, Meagher & Flom
LLP
300 South Grand Ave., Suite 3400
Los Angeles, CA 90071

Re: MGA Entertainment, Inc. v. Mattel, Inc.

Dear Marcus:

I received your letter of January 18, 2008, regarding documents M 0199767-68 and M 0199769-70. Your letter was faxed to me after business hours that date. In light of this, and the court holiday on Monday, January 22, 2008, our time to meet-and-confer in response to the demand in your letter runs until Monday, January 28, 2008. Accordingly, given the intense deposition schedule this week, I propose that we meet and confer on Monday. Please let me know what time works for you

Very truly yours,

Timothy L. Alger

EXHIBIT _____4_____

PAGE _____11_____

**quinn emanuel urquhart·oliver & hedges, llp**

NEW YORK | 335 Madison Avenue, 17th Floor, New York, New York 10017 | TEL 212-702-8100 FAX 212-702-8200
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100
PALM SPRINGS | 45-025 Manitou Drive, Suite 10, Indian Wells, California 92210 | TEL 760-345-4757 FAX 760-345-2114

07209/2366819.1

**EXHIBIT 5**

Re: Meet and confer -- NHB documents                                          Page 1 of 5

## Timothy Alger

**From:**    Mumford, Marcus R [Marcus.Mumford@skadden.com]
**Sent:**    Wednesday, January 30, 2008 4:44 PM
**To:**      Timothy Alger
**Subject:** RE: Meet and confer -- NHB documents

I'm afraid I won't be off in time.  Tomorrow morning?  I can do it as early as you want.

---

**From:** Timothy Alger [mailto:timalger@quinnemanuel.com]
**Sent:** Wednesday, January 30, 2008 4:43 PM
**To:** Mumford, Marcus R (LAC)
**Subject:** RE: Meet and confer -- NHB documents

i have to leave the office early this evening because of family commitments.  can we agree to 5:00?

---

**From:** Mumford, Marcus R [mailto:Marcus.Mumford@skadden.com]
**Sent:** Wednesday, January 30, 2008 4:39 PM
**To:** Timothy Alger
**Subject:** RE: Meet and confer -- NHB documents

Tim, my apologies.  I'm stuck on another call.  Can I ring you in 1/2 hour?

---

**From:** Timothy Alger [mailto:timalger@quinnemanuel.com]
**Sent:** Wednesday, January 30, 2008 4:35 PM
**To:** Mumford, Marcus R (LAC)
**Cc:** Herrington, Robert J (LAC); Miller, Timothy A (SFC); Michael T Zeller; Jon Corey; Dylan Proctor
**Subject:** RE: Meet and confer -- NHB documents

Marcus, are we on?  can you call me at 213 443 3042?

---

**From:** Mumford, Marcus R [mailto:Marcus.Mumford@skadden.com]
**Sent:** Wednesday, January 30, 2008 1:43 PM
**To:** Timothy Alger
**Cc:** Herrington, Robert J (LAC); Miller, Timothy A (SFC); Michael T Zeller; Jon Corey; Dylan Proctor
**Subject:** RE: Meet and confer -- NHB documents

Can we make it today at 4:30 instead?

---

**From:** Timothy Alger [mailto:timalger@quinnemanuel.com]
**Sent:** Tuesday, January 29, 2008 10:23 PM
**To:** Mumford, Marcus R (LAC)
**Cc:** Herrington, Robert J (LAC); Miller, Timothy A (SFC); Michael T Zeller; Jon Corey; Dylan Proctor
**Subject:** Re: Meet and confer -- NHB documents

How about weds at 3?

EXHIBIT ____5____

PAGE ____12____

2/7/2008

Re: Meet and confer -- NHB documents                                    Page 2 of 5

Sent from BlackBerry handheld

Timothy L. Alger
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017

Direct:  (213) 443-3223
Main Phone: (213) 443-3000
Main Fax:  (213) 443-3100

E-mail:  timalger@quinnemanuel.com
Web:  www.quinnemanuel.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s)
named above.  This message may be an attorney-client communication and/or work product and as such is privileged and
confidential.  If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended
recipient, you are hereby notified that you have received this document in error and that any review, dissemination,
distribution, or copying of this message is strictly prohibited.  If you have received this communication in error, please notify
us immediately by e-mail, and delete the original message.

----- Original Message -----
From: Mumford, Marcus R <Marcus.Mumford@skadden.com>
To: Timothy Alger
Cc: Herrington, Robert J (LAC) <Robert.Herrington@skadden.com>; Miller, Timothy A (SFC)
<Timothy.Miller@skadden.com>; Michael T Zeller; Jon Corey; Dylan Proctor
Sent: Tue Jan 29 21:18:20 2008
Subject: RE: Meet and confer -- NHB documents

Tim,
As you know, I was in deposition all day yesterday, and I did not receive your message until we had sent our motion to be
filed on this issue.  Of course, you know that we were, and remain, very interested in meeting and conferring on this issue.  If
we are able to reach a resolution, we'd be willing to withdraw the motion.  I'm available tomorrow after noon.  Please let me
know when you are available.
-Marcus

From: Timothy Alger [mailto:timalger@quinnemanuel.com]
Sent: Monday, January 28, 2008 10:30 AM
To: Mumford, Marcus R (LAC)
Cc: Herrington, Robert J (LAC); Miller, Timothy A (SFC); Michael T Zeller; Jon Corey; Dylan Proctor
Subject: RE: Meet and confer -- NHB documents

Marcus,

I am in the office and can meet and confer with you or anyone representing MGA at anytime today.  Call me at your
convenience.

MGA should be prepared to support the following assertion, in your email below:  "[W]e have good grounds to believe there
are similarly responsive documents or files that have not been produced and that are not listed on Mattel's privilege log."

Tim

Timothy L. Alger, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Direct: (213) 443-3223

EXHIBIT ____5____

PAGE ____13____

2/7/2008

Re: Meet and confer -- NHB documents                                        Page 3 of 5

Main Phone: (213) 443-3000
Main Fax:  (213) 443-3100
E-mail:  timalger@quinnemanuel.com <mailto:timalger@quinnemanuel.com>
Web:  www.quinnemanuel.com <http://www.quinnemanuel.com/>

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above.  This message may be an attorney-client communication and/or work product and as such is privileged and confidential.  If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited.  If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

_____

From: Mumford, Marcus R [mailto:Marcus.Mumford@skadden.com]
Sent: Friday, January 25, 2008 3:46 PM
To: Timothy Alger
Subject: Meet and confer -- NHB documents

Tim,
I just received your response to my January 18 letter regarding the documents you clawed back on January 17, requesting that we put off any meet and confer on the issue until January 28, 2008, the discovery cut-off and over 10 days after you received my letter.

We cannot allow you to delay a resolution of this issue until the discovery cut-off, and there is good cause why we are prejudiced absent a prompt response on your part.  It has already been seven days since my letter and, notably, your response does not address the issue raised in any substance: (1) it does not substantiate your assertion of privilege with respect to the documents you improperly clawed back and (2) it does not indicate whether your document collection, review and production in this matter contemplated the fact that Mattel has been referring to MGA under codename "NHB" since well before the date Mattel represented to the court it was first on notice of a "probable claim."  As I stated, we have good grounds to believe there are similarly responsive documents or files that have not been produced and that are not listed on Mattel's privilege log.  Finally, given the number of depositions that your firm put off or noticed until Monday, I am unavailable to meet and confer that date.

Your assistant informed me that you are at our offices today.  I am as well.  If you are unwilling to meet and confer today or this evening, we will seek the assistance of the Discovery Master on this matter.
-Marcus

Marcus R. Mumford
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue | Los Angeles | California | 90071-3144
T: 213.687.5514 | F: 213.621.5514
mmumford@skadden.com <mailto:tmmumford@skadden.com>

_____

*********************************************** To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein. *********************************************** This email and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original copy and any copy of any email, and any printout thereof. Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request. ***********************************************

EXHIBIT ____5____

PAGE ____14____

Re: Meet and confer -- NHB documents                                        Page 4 of 5

---

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* To ensure compliance with Treasury Department
regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was
not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal
Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party
any tax-related matters addressed herein. \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* This email and any attachments thereto, is intended only for
use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the
intended recipient of this email, you are hereby notified any dissemination, distribution or copying of this email, and any
attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000
and permanently delete the original copy and any copy of any email, and any printout thereof. Further information about the
firm, a list of the Partners and their professional qualifications will be provided upon request.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

---

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* To ensure compliance with Treasury
Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice
contained in this message was not intended or written to be used, and cannot be used, for the purpose of
(i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law
provisions or (ii) promoting, marketing or recommending to another party any tax-related matters
addressed herein. \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* This email and any attachments
thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged
and/or confidential information. If you are not the intended recipient of this email, you are hereby
notified any dissemination, distribution or copying of this email, and any attachments thereto, is strictly
prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and
permanently delete the original copy and any copy of any email, and any printout thereof. Further
information about the firm, a list of the Partners and their professional qualifications will be provided
upon request. \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

---

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* To ensure compliance with Treasury
Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice
contained in this message was not intended or written to be used, and cannot be used, for the purpose of
(i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law
provisions or (ii) promoting, marketing or recommending to another party any tax-related matters
addressed herein. \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* This email and any attachments
thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged
and/or confidential information. If you are not the intended recipient of this email, you are hereby
notified any dissemination, distribution or copying of this email, and any attachments thereto, is strictly
prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and
permanently delete the original copy and any copy of any email, and any printout thereof. Further
information about the firm, a list of the Partners and their professional qualifications will be provided
upon request. \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

---

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* To ensure compliance with Treasury
Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice
contained in this message was not intended or written to be used, and cannot be used, for the purpose of

EXHIBIT ____5___

PAGE____15___

Re: Meet and confer -- NHB documents                                    Page 5 of 5

(i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law
provisions or (ii) promoting, marketing or recommending to another party any tax-related matters
addressed herein. *************************************************
**************************************************** This email and any attachments
thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged
and/or confidential information. If you are not the intended recipient of this email, you are hereby
notified any dissemination, distribution or copying of this email, and any attachments thereto, is strictly
prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and
permanently delete the original copy and any copy of any email, and any printout thereof. Further
information about the firm, a list of the Partners and their professional qualifications will be provided
upon request. *************************************************

EXHIBIT __5__

PAGE __16__

2/7/2008