```
 1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
      John B. Quinn (Bar No. 090378)
 2    johnquinn@quinnemanuel.com
      Michael T. Zeller (Bar No. 196417)
 3    (michaelzeller@quinnemanuel.com)
      Jon D. Corey (Bar No. 185066)
 4    (joncorey@quinnemanuel.com)
      Timothy L. Alger (Bar No. 160303)
 5    (timalger@quinnemanuel.com)
    865 South Figueroa Street, 10th Floor
 6  Los Angeles, California 90017-2543
    Telephone: (213) 443-3000
 7  Facsimile: (213) 443-3100

 8  Attorneys for Plaintiff Mattel, Inc.
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED CASES | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. CV 04-09059 and Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Hon. Edward Infante (Ret.)]**<br><br>DECLARATION OF MICHAEL MOORE IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA'S AND CARTER BRYANT'S JOINT MOTION TO COMPEL PRODUCTION OF PURPORTEDLY IMPROPERLY WITHHELD MATTEL DOCUMENTS<br><br>Date: T.B.D.<br>Time: T.B.D.<br>Place: T.B.D.<br><br>**Phase 1**<br>Discovery Cut-Off:   January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date:          May 27, 2008 |

07209/2381821.1

## DECLARATION OF MICHAEL MOORE

I, Michael Moore, declare as follows:

1. I make this declaration in support of Mattel's Opposition to MGA Entertainment, Inc.'s and Carter Bryant's Joint Motion to Compel Production of Purportedly Improperly Withheld Mattel Documents. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. I have been a Mattel employee since December 2000. I am currently Expert Counsel in Mattel, Inc.'s Law Department.

3. By making this declaration, as Mattel's legal counsel, I hereby expressly reserve all rights, duties and privileges on behalf of Mattel and my own under the applicable law of California and federal law, including, but not limited to, California Evidence Code sections 950-962, Federal Rule of Evidence 501 and California Business Professions Code section 6068(e), which requires that I "maintain inviolate the confidence, and at every peril to [me], to preserve the secrets of [my] client."

4. Acting solely as the company's legal advisor, I instructed Adelle Jones, a paralegal within Mattel's Law Department, to prepare for me the document Bates stamped M 0199767-68 in 2003. It records information gathered by Ms. Jones at my request and outside counsel's request. I then transmitted the document to outside legal counsel for purposes of obtaining legal advice.

5. Also acting solely as the company's legal advisor, I personally created the document Bates stamped M 0199769-70 in 2003. It reflects my communications with and directions from Mattel's outside counsel regarding tasks to be performed. The document also reflects notations from Jill Thomas, Mattel's Assistant General Counsel, and Mattel's outside counsel. I also transmitted the document to outside legal counsel for purposes of obtaining legal advice.

6. I have not disclosed document Bates stamped M 0199767-68 or Bates stamped M 0199769-70 or their contents to anyone outside Mattel's Law Department or Mattel's outside legal counsel. Mattel has not intentionally waived, or intended to waive, at any time the attorney-client privilege with respect to documents Bates stamped M 0199767-68 and M 0199769-70. These documents were gathered and then inadvertently produced in discovery among many thousands of other documents in this litigation. The documents were on a Mattel database that was searched using key words.

7. Documents Bates stamped M 0199767-68 and M 0199769-70 use the initials "NHB." It is a designation that is used by Mattel's in-house and outside counsel, either among themselves or in communications with their client.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 7, 2008, at Los Angeles County, California.

Michael Moore

07209/2381821.1

-3-

DECLARATION OF MICHAEL MOORE