QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   John B. Quinn (Bar No. 090378)
   (johnquinn@quinnemanuel.com)
   Michael T. Zeller (Bar No. 196417)
   (michaelzeller@quinnemanuel.com)
   Jon D. Corey (Bar No. 185066)
   (joncorey@quinnemanuel.com)
   Timothy L. Alger (Bar No. 160303)
   (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff and Cross-
Defendant Mattel, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case Nos. CV 04-09059 and CV 05-02727<br><br>**PROOF OF SERVICE RE**<br><br>MATTEL, INC.'S OPPOSITION TO MGA'S AND CARTER BRYANT'S JOINT MOTION TO COMPEL PRODUCTION OF PURPORTEDLY IMPROPERLY WITHHELD MATTEL DOCUMENTS<br><br>Date: TBA<br>Time: TBA<br>Place: TBA<br><br>Discovery Cut-off: March 3, 2008<br>Pre-trial Conference: June 2, 2008<br>Trial Date: July 1, 2008 |

07209/2381238.1

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017.

On February 8, 2008, I served true copies of the following documents described as:

### SEE DOCUMENT LIST

on the parties in this action as follows:

| | |
|---|---|
| Skadden, Arps, Slate, Meagher & Flom LLP<br>   Thomas J. Nolan, Esq.<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071<br>Telephone: 213.687.5000<br>Facsimile: 213.687.5600 | **Attorneys for *MGA Entertainment, Inc., MGA Entertainment (HK) Ltd., Isaac Larian and MGAE de Mexico, S.R.L. de C.V.*** |
| Overland Borenstein Scheper & Kim, LLP<br>   Mark E. Overland, Esq.<br>   David C. Scheper, Esq.<br>   Alexander H. Cote, Esq.<br>300 South Grand Avenue, Suite 2750<br>Los Angeles, CA 90071<br>Telephone: 213.613.4655<br>Facsimile: 213.613.4656 | **Attorneys for *Carlos Gustavo Machado Gomez*** |

[√]   **[PERSONAL]** by personally delivering the document listed above to the person(s) at the address(es) set forth above.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 8, 2008, at Los Angeles, California.

David Quintana

07209/2381238.1

## DOCUMENT LIST

1. MATTEL, INC.'S OPPOSITION TO MGA'S AND CARTER BRYANT'S JOINT MOTION TO COMPEL PRODUCTION OF PURPORTEDLY IMPROPERLY WITHHELD MATTEL DOCUMENTS

2. DECLARATION OF TIMOTHY L. ALGER IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA'S AND CARTER BRYANT'S JOINT MOTION TO COMPEL PRODUCTION OF PURPORTEDLY IMPROPERLY WITHHELD MATTEL DOCUMENTS

3. DECLARATION OF MICHAEL MOORE IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA'S AND CARTER BRYANT'S JOINT MOTION TO COMPEL PRODUCTION OF PURPORTEDLY IMPROPERLY WITHHELD MATTEL DOCUMENTS

07209/2381238.1