Melissa Grant
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
865 SOUTH FIGUEROA STREET
10th FLOOR
LOS ANGELES, CA 90017
(213) 443-3000

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT, an individual, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV 04-9049 SGL (RNBx) |
| v. | Consolidated with Case No. |
| MATTEL, INC., a Delaware corporation, | CV 04-09059 & 05-02727 |
| DEFENDANT(S). | **NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
EXHIBITS E,I,M,N,O,Q, AND R TO THE DECLARATION OF MELISSA GRANT IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MOTION TO QUASH SUBPOENA TO BANK OF ARMERICA OR, IN THE ALTERNATIVE, FOR A PROTECTIVE ORDER; APPLICATION TO FILE UNDER SEAL AND PROPOSED ORDER

**Document Description:**
- [ ] Administrative Record
- [X] Exhibits
- [ ] Ex Part Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)
- [X] Other Application to File Under Seal and Proposed Order

**Reason:**
- [X] Under Seal
- [ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- [ ] Electronic versions are not available to filer
- [X] Per Court order dated January 4, 2005
- [ ] Manual Filing required (*reason*):

February 8, 2008
Date

Attorney Name
Melissa Grant
Plaintiff Mattel, Inc.
Party Represented

Note: File one Notice in each case, each time you manually file document(s).

G-92 (02/07)   NOTICE OF MANUAL FILING   CCD-G92