QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>　　　　　Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**Hon. Stephen G. Larson**<br><br>[PUBLIC REDACTED] DECLARATION OF CYRUS S. NAIM IN SUPPORT OF MATTEL, INC.'S MEMORANDUM REGARDING THE INVESTIGATION OF ANA CABRERA AND BEATRIZ MORALES<br><br>Date:　February 11, 2008<br>Time:　10:00 a.m.<br>Place:　Courtroom 1<br><br>**Phase 1:**<br>Discovery Cut-off:　January 28, 2008<br>Pre-trial Conference:　April 21, 2008<br>Trial Date:　May 27, 2008 |

## DECLARATION OF CYRUS S. NAIM

I, Cyrus S. Naim, declare as follows:

1.  I am a member of the bar of the State of California and an associate at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel").  I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2.  Attached as Exhibit 1 is a true and correct copy of excerpts of the Deposition Transcript of Veronica Marlow, dated December 28, 2007.

3.  Attached as Exhibit 2 is a true and correct copy of excerpts of the transcript of the interview of Ana Cabrera, dated January 2, 2008.

4.  Attached as Exhibit 3 is a true and correct copy of excerpts of the transcript of the interview of Beatriz Morales, dated January 14, 2008.

5.  A review of the transcript of the interview of Ana Cabrera dated January 2, 2008 showed that she stated that she had or may have worked on fashions for 73 different Bratz dolls.

6.  A review of the transcript of the interview of Beatriz Morales dated January 14, 2008 showed that she stated that she had or may have worked on fashions for 50 different Bratz dolls.

7.  During the interview of Ana Cabrera dated January 3, 2008, Cabrera looked through her various records of payments from Veronica Marlow with Mattel's agents.  A review of that transcript shows that she has records of payment for a total of approximately $109,489.

8.  Attached as Exhibit 4 is a true and correct copy of excerpts of the transcript of the Hearing dated February 4, 2008.

9.  Attached as Exhibit 5 is a true and correct copy of a letter dated January 22, 2008, from Michael T. Zeller to Thomas J. Nolan, Michael H. Page, and Alexander H. Cote.

1    10.   Attached as Exhibit 6 is a true and correct copy of a letter dated
2 January 23, 2008, from James J. Webster to Maria G. Diaz.
3    11.   Attached as Exhibit 7 is a true and correct copy of a letter dated
4 February 6, 2008, from James J. Webster to Maria G. Diaz, Thomas J. Nolan,
5 Michael H. Page, and Larry W. McFarland.
6    12.   Today, February 8, 2008, Mattel received a letter from Maria
7 Diaz, counsel for Ms. Cabrera and Ms. Morales, accepting Mattel's invitation to
8 meet and confer.  Mattel has not received any response from counsel for defendants.
9
10    I declare under penalty of perjury under the laws of the United States of
11 America that the foregoing is true and correct.
12    Executed this 8th day of February, 2008, at Los Angeles, California.

            /s/ Cyrus S. Naim
            Cyrus S. Naim