# EXHIBIT 1

**THIS EXHIBIT IS FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER**

# EXHIBIT 2

**THIS EXHIBIT IS FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER**

# EXHIBIT 3

**THIS EXHIBIT IS FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

# EXHIBIT 4

Hearing: [Larson] 2/4/2008 11:01:00 AM

1           UNITED STATES DISTRICT COURT

2           CENTRAL DISTRICT OF CALIFORNIA

3               EASTERN DIVISION

4                   - - -

5     HONORABLE STEPHEN G. LARSON, JUDGE PRESIDING

6                   - - -

7   CARTER BRYANT, ET. AL.,        )
                                   )
8           PLAINTIFFS, )
                                   )
9       VS.            ) NO. ED CV 04-09049
                       ) (LEAD LOW NUMBER)
10  MATTEL, INC., ET. AL.,        )
                                   )
11          DEFENDANTS. ) EX-PARTE APPLICATIONS
    _____) RE:  DISCOVERY
12  AND CONSOLIDATED ACTIONS,      )
                       )
13

14

15       REPORTER'S TRANSCRIPT OF PROCEEDINGS

16           RIVERSIDE, CALIFORNIA

17          MONDAY, FEBRUARY 4, 2008

18              10:15 A.M.

19

20

21

22

23       THERESA A. LANZA, RPR, CSR
         FEDERAL OFFICIAL COURT REPORTER
24       3470 12TH STREET, RM. 134
         RIVERSIDE, CALIFORNIA  92501
25           951-274-0844
         CSR11457@SBCGLOBAL.NET

EXHIBIT _____

PAGE _____

Hearing: [Larson] 2/4/2008 11:01:00 AM

1    APPEARANCES:
2    ON BEHALF OF CARTER BRYANT:
3            KEKER & VAN NEST
             BY: MICHAEL PAGE
4            710 SANSOME STREET
             SAN FRANCISCO, CALIFORNIA  94111-1704
5            415-391-5400
6
     ON BEHALF OF MATTEL:
7
             QUINN EMANUEL
8            BY: JOHN QUINN
             BY: JON COREY
9            865 S. FIGUEROA STREET,
             10TH FLOOR
10           LOS ANGELES, CALIFORNIA  90017
             213-624-7707
11
12   ON BEHALF OF MGA ENTERTAINMENT:
13           SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
             BY: THOMAS J. NOLAN
14           BY: CARL ALAN ROTH
             BY: ROBERT JAMES HERRINGTON
15           300 SOUTH GRAND AVENUE
             LOS ANGELES, CALIFORNIA  90071-3144
16           213-687-5000
17
     ON BEHALF OF GUSTAVO MACHADO:
18
             OVERLAND BORENSTEIN SCHEPER & KIM LLP
19           BY: ALEXANDER H. COTE
             300 SOUTH GRAND AVENUE
20           SUITE 2750
             LOS ANGELES, CALIFORNIA  90071
21           213-613-4660
22
     ON BEHALF OF CLOONAN, MARLOW & LEAHY:
23
             KEATS MCFARLAND & WILSON LLP
24           BY: LARRY W. MCFARLAND
             9720 WILSHIRE BOULEVARD
25           BEVERLY HILLS, CA  90212
             310-777-3750

Mattel v. MGA II                  Unsigned                          Page 2

EXHIBIT  4

PAGE ___ 67

Hearing: [Larson] 2/4/2008 11:01:00 AM

1    APPEARANCES CONTINUED:
2
     ON BEHALF OF NON-PARTY CHRISTENSEN GLASER:
3
            CHRISTENSEN, GLASER, FINK, JACOBS,
4            WEIL & SHAPIRO, LLP
            BY:  SCOTT E. GIZER
5            10250 CONSTELLATION BOULEVARD
            LOS ANGELES, CA  90067
6            310-553-3000
7
     ON BEHALF OF THIRD PARTIES ANA CABRERA & BEATRIZ MORALES:
8
            ALLRED, MAROKO & GOLDBERG
9            BY:  RAMIT MIZRAHI
            6300 WILSHIRE BOULEVARD,
10           SUITE 1500
            LOS ANGELES, CA  90048
11           323-653-6530
12
     ON BEHALF OF THIRD PARTY WITNESS GENTLE GIANT STUDIOS:
13
            BAUTE & TIDUS LLP
14           BY:  HENRY H. GONZALEZ
            777 S. FIGUEROA STREET,
15           SUITE 4900
            LOS ANGELES, CA  90017
16           213-630-5000
17
     ON BEHALF OF WACHOVIA:
18
            DAVIS POLK & WARDWELL
19           BY:  NEAL A. POTISCHMAN
            1600 EL CAMINO REAL
20           MENLO PARK, CA  94025
            650-752-2000
21
22   ON BEHALF OF KAMI GILMOR:
23           BUCHALTER NEMER
            BY:  JOHN PATRICK PETRULLO
24           1000 WILSHIRE BOULEVARD,
            SUITE 1500
25           LOS ANGELES, CA  90017-2457
            213-891-0700

Mattel v. MGA II                    Unsigned                        Page 3

EXHIBIT ___4___

PAGE ___68___

Hearing: [Larson] 2/4/2008 11:01:00 AM

1   ABLE TO, IN CERTAIN INSTANCES, STIPULATE WITH RESPECT TO

2   DEPOSITIONS. IN FACT, THE DEPOSITION OF FRED LARIAN IS GOING

3   ON TODAY; AND WE'VE AGREED THAT IT WOULD STILL APPLY TO PHASE

4   ONE.

5       SO THERE WERE INSTANCES WHERE WE BELIEVED IT WAS

6   APPROPRIATE AND NOBODY WAS TRYING TO SHOVE PHASE TWO INTO PHAS

7   ONE. WE'VE WORKED THOSE DIFFERENCES OUT.

8       I WANT TO TURN NOW TO WHAT I WOULD DESCRIBE AS THE

9   CATEGORY OF THREE: MS. MORALES, MS. CABRERA; AND THE LAST ONE

10  IS SALAZAR.

11      THE COURT: AND MEL WOODS.

12      MR. NOLAN: AND MEL WOODS IS IN THIS CATEGORY.

13      THE COURT: RIGHT.

14      MR. NOLAN: NOW, THERE IS NO DISPUTE THAT EACH ONE OF

15  THESE PEOPLE WERE KNOWN TO MATTEL, CERTAINLY BY THEIR OWN

16  ADMISSION, AS OF DECEMBER 28TH. THEY WERE KNOWN AT THE TIME OF

17  THE JANUARY 7TH HEARING. MATTEL DOES NOT CHOOSE AT THAT TIME

18  TO INCLUDE THEM IN THE LIST, DOES NOT REQUEST AND DOES NOT

19  ACCELERATE THE REQUEST, IF THEY DECIDED TO TAKE THESE

20  DEPOSITIONS.

21      AS WE LAY OUT IN THE PAPER, IN A PRETTY SORRY AND, WE

22  THINK, VERY SAD SET OF CIRCUMSTANCES, TRAGIC, TO BE HONEST WITH

23  YOU, YOUR HONOR, NOW --

24      THE COURT: ADMITTEDLY, I HAVEN'T READ THE REPLY TO

25  THAT, BUT AS YOU LAY IT OUT, IT WAS UNUSUAL, IF NOTHING ELSE.

Hearing: [Larson] 2/4/2008 11:01:00 AM

1       MR. NOLAN: YOUR HONOR, THERE'S A LOT OF TRAGEDIES IN

2    THIS CASE. I WILL GO A LONG WAY THINKING THAT HISPANIC WOMEN,

3    RAISING CHILDREN -- ONE OF WHICH IS IN MEDICAL SCHOOL -- HER

4    HUSBAND, A MENTAL PATIENT -- IS FIRED BECAUSE SHE SEWED AN A

5    CONCRETE FLOOR, NOT KNOWING WHAT SHE WAS SEWING UNTIL SOME

6    POINT IN TIME DOWN THE ROAD, NOW HAS TO LOSE HER JOB.

7       BUT SETTING THAT ASIDE -- AND ALSO BEING QUESTIONED

8    BY MR. DE ANDA, WHO HE HIMSELF HAS ADMITTED THAT HE MOONLIGHTS

9    AS AN EXPERT WITNESS ON THE SIDE. IT'S A TRAGIC IRONY IN THIS

10   CASE.

11      BUT THE POINT HERE IS, YOUR HONOR, MATTEL

12   UNILATERALLY WORKED THE CLOCK THE WAY THEY CHOSE TO DO SO.

13   THEY INTERVIEWED THESE WOMEN -- I'M NOW TALKING ABOUT CABRERA

14   AND MORALES -- WITHOUT COUNSEL; BROUGHT THEM IN; SUBJECTED THEM

15   TO, IN CABRERA'S INSTANCE, A VERY LENGTHY INTERVIEW, THAT WE'VE

16   NOW BEEN PROVIDED THE AUDIOTAPE OF. THEY CONDUCTED A SEARCH OF

17   HER HOUSE, WITH A WOMAN WHO CAN BARELY SPEAK ENGLISH ASKING

18   THAT THE INTERVIEW BE CONDUCTED IN SPANISH. THEY REFUSE IT.

19   BUT THIS IS ALL ON THEIR OWN TIME. THEY MAKE A CHOICE.

20      THEN, YOUR HONOR, AFTER THEY'VE COMPLETELY

21   INTERVIEWED THESE PEOPLE, FIRED THEM AND DEALT WITH WHATEVER

22   THEY WANT, THEY THEN, ON THE 22ND OR 23RD, TRY TO GO OUT AND

23   SERVE THE DEPONENTS. THE DEPONENT GETS COUNSEL. COUNSEL IS

24   PRESENT IN THE COURTROOM TODAY. THAT COUNSEL SAYS, 'WE'RE NOT

25   GOING TO SIT FOR A DEPOSITION' -- WORDS TO THE EFFECT, 'WE'RE

1    NOT GOING TO SIT FOR A DEPOSITION ON ONE OR TWO DAY'S NOTICE.

2    THAT'S NOT REASONABLE. AND, MORE IMPORTANTLY, YOU'VE GOT TO

3    GIVE DOCUMENTS,' AND STUFF LIKE THAT.

4        SO MATTEL JUST RAN OUT THE CLOCK, YOUR HONOR. IF

5    THAT WAS PHASE ONE, THEY KNEW IT. THEY UNILATERALLY DECIDED

6    NOT TO INCLUDE IT IN THE LIST THAT THEY SUBMITTED TO YOUR

7    HONOR. THEY WAITED UNTIL TWO OR THREE DAYS BEFORE THE END OF

8    THE DEPOSITION. THAT'S PENDING IN FRONT OF JUDGE INFANTE.

9        THE COURT: AND YOUR PRIMARY ARGUMENT THERE,

10   THOUGH -- I READ ALL OF THE INFORMATION YOU PROVIDED ABOUT THE

11   CIRCUMSTANCES OF THE INTERROGATION, OR THE INTERVIEW OR

12   WHATEVER IT WAS. BUT YOUR ARGUMENT GOES BACK TO THIS NUMBER

13   COUNTING THING, WHETHER OR NOT THEY HAD THE ADDITIONAL SIX THAT

14   THEY CLAIMED. AND IF THEY DID, THEN THEY NOTICED THEM BEFORE

15   THE CUTOFF. IF THEY DON'T, THEN THEY DIDN'T.

16       MR. NOLAN: THAT'S ONE ARGUMENT.

17       AND THEN THE SECOND ARGUMENT -- AND WE THINK THE

18   COUNT IS VERY SIMPLE. THEY HAD 22 DEPOSITIONS IN THE BAG.

19   THEY HAD TWO MORE THAT WERE SET AT THE TIME WE CAME BEFORE YOU

20   ON JANUARY 7TH. WE MADE THESE ARGUMENTS CONSISTENTLY, AND I AM

21   STRUCK BY THE FACT THAT WE HAD TO COME IN HERE WHEN THEY STILL

22   HAD DEPOSITIONS ON THE TABLE, APPARENTLY BY THEIR COUNT, AND

23   SAY, 'OH, NOW WE NEED ADDITIONAL DISCOVERY.' I THINK THEY'RE

24   TRYING TO REINTERPRET WHAT THEIR POSITIONS WERE ORIGINALLY.

25       NEVERTHELESS, THEY WERE OUT OF DEPOSITIONS EXCEPT FOR

Hearing: [Larson] 2/4/2008 11:01:00 AM

1    AND MR. QUINN WERE ASKED TO FILE A RESPONSE OR A REPLY TO THE

2    COURT WITH RESPECT TO THE CIRCUMSTANCES.

3          THE COURT: I THINK THEY INDICATED THAT THEY ALREADY

4    HAVE FILED A REPLY AND THAT THERE'S INFORMATION CONCERNING THAT

5    ON THIS.

6          MR. NOLAN: I APOLOGIZE FOR NOT UNDERSTANDING.

7          THE COURT: AM I RIGHT, MR. QUINN?

8          MR. QUINN: THAT WAS MY UNDERSTANDING.

9          THE COURT: THEY JUST DIDN'T KNOW ANYTHING ABOUT THE

10   REPLY; THAT WAS SOMEBODY ELSE WHO WROTE THAT; SO THEY DON'T

11   WANT TO TALK TO ME ABOUT IT RIGHT NOW.

12         THANK YOU. GOOD AFTERNOON.

13

14

15

16

17

18                    CERTIFICATE

19

20   I HEREBY CERTIFY THAT PURSUANT TO SECTION 753, TITLE 28, UNITED

     STATES CODE, THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF

21   THE STENOGRAPHICALLY RECORDED PROCEEDINGS HELD IN THE ABOVE-

     ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS IN

22   CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL CONFERENCE OF

     THE UNITED STATES.

23

24   _____          _____

     THERESA A. LANZA, CSR, RPR                    DATE

25   FEDERAL OFFICIAL COURT REPORTER

# EXHIBIT 5

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

NEW YORK
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

LOS ANGELES
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

SAN FRANCISCO
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

SILICON VALLEY
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

## LOS ANGELES OFFICE
## FACSIMILE TRANSMISSION

**DATE:**      January 22, 2008

**NUMBER OF PAGES, INCLUDING COVER: 3**

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Thomas J. Nolan<br>**Skadde, Arps, Slate, Meagher & Flom, LLP** | (213) 687-5000 | (213) 687-5600 |
| Michael W, Keker<br>Michael H. Page<br>Christina M. Anderson<br>**Keker & Van Nest** | (415) 391-5400 | (415) 397-7188 |
| Mark E. Overland<br>David E. Scheper<br>Alexander H. Cote | (213) 613-4655 | (213) 613-4656 |

**FROM:**      James Webster

**RE:**      Bryant v. Mattel, Case No. CV 04-9049 SGL

**MESSAGE: PLEASE SEE ATTACHED.** EXHIBIT ___5___

PAGE ___73___

07209/2359522.1

| CLIENT # | 7209 | ROUTE/<br>RETURN TO: | Yalonda Dekle - 3rd Fl. | ☐ CONFIRM FAX<br>☒ INCLUDE CONF. REPORT |
|---|---|---|---|---|
| OPERATOR: | | | CONFIRMED? | ☐ NO  ☐ YES: |

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE.

Job number       : 408          *** SEND SUCCESSFUL *

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

**NEW YORK**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

**LOS ANGELES**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

**SAN FRANCISCO**
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

**SILICON VALLEY**
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

### LOS ANGELES OFFICE
## FACSIMILE TRANSMISSION

DATE:      January 22, 2008

NUMBER OF PAGES, INCLUDING COVER: 3

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Thomas J. Nolan Skadden, Arps, Slate, Meagher & Flom, LLP | (213) 687-5000 | (213) 687-5600 |
| Michael W. Keker Michael H. Page Christina M. Anderson Keker & Van Nest | (415) 391-5400 | (415) 397-7188 |
| Mark E. Overland David E. Scheper Alexander H. Cote | (213) 613-4655 | (213) 613-4656 |

FROM:      James Webster

RE:        Bryant v. Mattel, Case No. CV 04-9049 SGL

MESSAGE: PLEASE SEE ATTACHED.

07209/2359593.1

| CLIENT # | 7209 | ROUTE/ RETURN TO: | Yolanda Dekle - 3rd Fl. | ☐ CONFIRM FAX ☒ INCLUDE CONF. REPORT |
|---|---|---|---|---|
| OPERATOR: | | CONFIRMED? | ☐ NO  ☐ YES: | |

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE.

EXHIBIT ___5___

PAGE ___74___

## Group Send Report

```
Page         : 001
Date & Time: 01-22-2008   12:03
Line 1       : 2134433100
Line 2       :
Machine ID : QUINN EMANUEL
```

Job number          :   408

Date                :   01-22  12:01

Number of pages     :   003

Start time          :   01-22  12:01

End time            :   01-22  12:03

Successful nbrs.

    Fax numbers

       ☎1*12136875600
       ☎1*14153977188
       ☎1*12136134656

Unsuccessful nbrs.                                                                 Pages sent

EXHIBIT ___5___

PAGE ___75___

## quinn emanuel trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

January 22, 2008

**VIA FACSIMILE AND E-MAIL**

Thomas J. Nolan, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071

Alexander H. Cote, Esq.
Overland Borenstein Scheper & Kim, LLP
300 South Grand Avenue, Suite 2750
Los Angeles, CA 90071

Michael H. Page, Esq.
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111

Re:   Mattel v. Bryant, Documents Relating to Ana Cabrera

Dear Counsel:

Mattel's counsel currently has in its possession boxes of evidence provided to Mattel by Ana Isabel Cabrera, related to her work on Bratz dolls. This box has remained sealed and unopened since it was provided to counsel. In preparation for the upcoming January 24, 2008 deposition of Ms. Cabrera, however, Mattel intends to open this box and produce documents contained inside.

EXHIBIT ___5___

PAGE ___76___

**quinn emanuel urquhart oliver & hedges, llp**

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100

07209/2362698.1

If you are interested in having a representative present to witness the opening of the boxes, and to inspect the contents, please let me know by 9:00 a.m. tomorrow morning. We intend to open the box promptly at 9:30 a.m.

Very truly yours,

Michael Zeller (CSN)

Michael T. Zeller

MTZ:csn
07209/2362698.1

EXHIBIT ___5___
PAGE ___77___

# EXHIBIT 6

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

NEW YORK
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

LOS ANGELES
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

SAN FRANCISCO
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

SILICON VALLEY
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

FAXED

JAN 2 3 2008

## LOS ANGELES OFFICE
## FACSIMILE TRANSMISSION

**DATE:**   January 23, 2008

**NUMBER OF PAGES, INCLUDING COVER: 5**

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Maria G. Diaz **Allred, Maroko & Goldberg** | (323) 653-6530 | (323) 653-1660 |
| Thomas J. Nolan **Skadden, Arps, Slate, Meagher & Flom, LLP** | (213) 687-5000 | (213) 687-5600 |
| Michael H. Page **Keker & Van Nest** | (415) 391-5400 | (415) 397-7188 |
| Mark E. Overland **Overland Borenstein Scheper & Kim, LLP** | (213) 613-4655 | (213) 613-4656 |

**FROM:**   James Webster

**RE:**   Bryant v. Mattel, Case No. CV 04-9049 SGL

**MESSAGE: PLEASE SEE ATTACHED.**

EXHIBIT ____6____

PAGE ____78____

07209/2364862.1

| CLIENT # | 7209 | ROUTE/ RETURN TO: | Yalonda Dekle - 3rd Fl. | ☐ CONFIRM FAX ☒ INCLUDE CONF. REPORT |
|---|---|---|---|---|
| OPERATOR: | Priscilla | CONFIRMED? | ☐ NO  ☐ YES: | |

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE.

Job number    : 428            *** SEND SUCCESSFUL ***

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

| | | |
|---|---|---|
| **NEW YORK**<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>(212) 849-7000<br>Facsimile: (212) 849-7100 | **LOS ANGELES**<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>(213) 443-3000<br>Facsimile: (213) 443-3100 | **SAN FRANCISCO**<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>(415) 875-6600<br>Facsimile: (415) 875-6700 |
| | | **SILICON VALLEY**<br>555 Twin Dolphin Drive, Suite 560<br>Redwood Shores, CA 94065<br>(650) 801-5000<br>Facsimile: (650) 801-5100 |

## LOS ANGELES OFFICE
## FACSIMILE TRANSMISSION

DATE:    January 23, 2008                    NUMBER OF PAGES, INCLUDING COVER: 5

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Maria G. Diaz<br>Allred, Maroko & Goldberg | (323) 653-6530 | (323) 653-1660 |
| Thomas J. Nolan<br>Skadden, Arps, Slate, Meagher & Flom, LLP | (213) 687-5000 | (213) 687-5600 |
| Michael H. Page<br>Keker & Van Nest | (415) 391-5400 | (415) 397-7188 |
| Mark E. Overland<br>Overland Borenstein Scheper & Kim, LLP | (213) 613-4655 | (213) 613-4656 |

FROM:    James Webster

RE:    Bryant v. Mattel, Case No. CV 04-9049 SGL

MESSAGE: PLEASE SEE ATTACHED.

07209/2364862.1

| CLIENT #    7209 | ROUTE/<br>RETURN TO:   Yolanda Dekle - 3rd Fl. | ☐ CONFIRM FAX<br>☒ INCLUDE CONF. REPORT |
|---|---|---|
| OPERATOR:   Priscilla | CONFIRMED?   ☐ NO  ☐ YES: | |

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE.

EXHIBIT 6

PAGE 79

Group Send Report

```
                                    Page        : 001
                                    Date & Time: 01-23-2008   14:27
                                    Line 1      : 2134433100
                                    Line 2      :
                                    Machine ID : QUINN EMANUEL
```

Job number          :   428

Date                :   01-23  14:23

Number of pages     :   005

Start time          :   01-23  14:23

End time            :   01-23  14:27

Successful nbrs.

    Fax numbers

                    ☎1*13236531660
                    ☎1*12136875600
                    ☎1*14153977188
                    ☎1*12136134656

Unsuccessful nbrs.                                                      Pages sent

                                                                            •

EXHIBIT _____ 6 _____

PAGE _____ 80 _____

## quinn emanuel trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

January 23, 2008

**VIA FACSIMILE**

Maria G. Diaz, Esq.
Allred, Maroko & Goldberg
6300 Wilshire Boulevard, Suite 1500
Los Angeles, California 90048

Re:     Ana Cabrera

Dear Counsel:

We are in receipt of your letter dated January 22, 2008.

At the outset, from what we can ascertain from your letter and communications from MGA's counsel, it appears that counsel does not wish to proceed with the inspection we have offered and/or are simply not willing to do so. We remain available for you to conduct the inspection on reasonable notice at our offices.

Your letter asserts that "if you fail to comply with our request and conduct an unauthorized search of the box, we will consider such actions to bean invasion of Ms. Cabrera's right to privacy." Please note that there is no basis in fact or law for that assertion. We assume that you will be able to reach the same conclusion if you review the relevant facts with your client.

Finally, we assume that you will be appearing at Ms. Cabrera's deposition tomorrow January 24, 2008 commencing at 9:30 a.m. at the Courtyard Marriott Hotel, 2000 E. Mariposa Avenue, El Segundo, CA 90245. For your convenience, I have attached a copy of the subpoena requiring Ms. Cabrera's presence.

Please contact me if you wish to discuss any of the foregoing.

EXHIBIT _____ 6

PAGE _____ 81

### quinn emanuel urquhart oliver & hedges, llp

NEW YORK | 335 Madison Avenue, 17th Floor, New York, New York 10017 | TEL 212-702-8100 FAX 212-702-8200
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94104 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100
PALM SPRINGS | 45-025 Manitou Drive, Suite 10, Indian Wells, California 92210 | TEL 760-345-4757 FAX 760-345-2414

07209/2364520.2

Very truly yours,

James J. Webster

JJW:csn
07209/2364520.2
Encl.

cc:     Thomas J. Nolan, Esq.
        Mark E. Overland, Esq.
        Michael H. Page, Esq.

EXHIBIT ___6___

PAGE ___82___

AO88 (Rev. 12/06) Subpoena in a Civil Case

**Issued by the**

## UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CARTER BRYANT, an individual,

**SUBPOENA IN A CIVIL CASE**

V.

MATTEL, INC., a Delaware corporation,

Case Number:[1] CV 04-9049 SGL (RNBx)

TO: Ana Isabel Cabrera
4824 W 123rd Street
Hawthorne, CA 90250

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case. Testimony will be recorded stenographically and by a videographer.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Marriott Courtyard Hotel 2000 E. Mariposa Avenue, El Segundo, CA 90245 | January 24, 2008 9:30 a.m. |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| Attorney for Plaintiff | January 16, 2008 |

ISSUING OFFICER'S NAME ADDRESS AND TELEPHONE NUMBER
James J. Webster, Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor, Los Angeles, CA 90017 (213) 443-3000

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)
[1] If action is pending in district other than district of issuance, state district under case number.

EXHIBIT 6 AO-88

PAGE 83

AO88 (Rev. 12/06) Subpoena in a Civil Case

## PROOF OF SERVICE

|  | DATE | PLACE |
|---|---|---|
| SERVED | 1/16/2008 | 4824 West 123rd Street<br>Hawthorne, CA 90250 |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| ANA ISABEL CABRERA<br>(Witness Fee Paid $50.00) | Personal<br>(Served 1-16-08 at 7:10 p.m.) |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| John Erickson | Process Sever |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on    1/17/2008
                DATE

SIGNATURE OF SERVER    *John Erickson*

Now Legal Service, 1301 W. 2nd St., #206, Los
ADDRESS OF SERVER

Angeles, CA 90026, (213) 482-1567, L.A. Cty. #5426

Rules of Civil Procedure, Subdivisions (c), (d), and (e), as amended on December 1, 2006:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.
  (1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fee.
  (2) (A) A person commanded to produce and permit inspection, copying, testing, or sampling of designated electronically stored information, books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.
  (B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection, copying, testing, or sampling may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to producing any or all of the designated materials or inspection of the premises — or to producing electronically stored information in the former forms requested. If objection is made, the party serving the subpoena shall not be entitled to inspect, copy, test, or sample the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production, inspection, copying, testing, or sampling. Such an order to compel shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection, copying, testing, or sampling commanded.
  (3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it
    (i) fails to allow reasonable time for compliance;
    (ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held;
    (iii) requires disclosure of privileged or other protected matter and no exception or waiver applies; or
    (iv) subjects a person to undue burden.
  (B) If a subpoena
    (i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or
    (ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
    (iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject

to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.
  (1) (A) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.
  (B) If a subpoena does not specify the form or forms for producing electronically stored information, a person responding to a subpoena must produce the information in a form or forms in which the person ordinarily maintains it or in a form or forms that are reasonably usable.
  (C) A person responding to a subpoena need not produce the same electronically stored information in more than one form.
  (D) A person responding to a subpoena need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or to quash, the person from whom discovery is sought must show that the information sought is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.
  (2) (A) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial-preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.
  (B) If information is produced in response to a subpoena that is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has and may not use or disclose the information until the claim is resolved. A receiving party may promptly present the information to the court under seal for a determination of the claim. If the receiving party disclosed the information before being notified, it must take reasonable steps to retrieve it. The person who produced the information must preserve the information until the claim is resolved.

(e) CONTEMPT. Failure of any person without adequate excuse to obey a subpoena served upon that person may be deemed a contempt of the court from which the subpoena issued. An adequate cause for failure to obey exists when a subpoena purports to require a nonparty to attend or produce at a place not within the limits provided by clause (ii) of subparagraph (c)(3)(A).

EXHIBIT _____ 6
            8-4

# EXHIBIT 7

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

NEW YORK
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

LOS ANGELES
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

SAN FRANCISCO
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

TOKYO
Akasaka Twin Tower Main Building, 6th Floor
17-22 Akasaka 2-Chome
Minato-ku, Tokyo 107-0052, Japan
+81 3 5561-1711
Facsimile: +81 3 5561-1712

SILICON VALLEY
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

## LOS ANGELES OFFICE
# FACSIMILE TRANSMISSION

**DATE**: February 6, 2008          **NUMBER OF PAGES, INCLUDING COVER: 3**

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Maria G. Diaz, Esq.<br>Allred, Maroko & Goldberg | | (323) 653-1660 |
| Larry W. McFarland, Esq.<br>Keats McFarland & Wilson LLP | | (310) 860-0363 |
| Michael H. Page, Esq.<br>Keker & Van Nest, LLP | | (415) 397-7188 |
| Thomas J. Nolan, Esq.<br>Skadden Arps, Slate, Meagher & Flom, LLP | | (213) 687-5600 |

**FROM:**     James J. Webster
               jameswebster@quinnemanuel.com

**RE:**     Mattel adv. MGA/Bryant, et al.

FEB 0 8 2008

**MESSAGE:**

EXHIBIT ___7___

PAGE ___85___

| CLIENT # | 07209 | ROUTE/<br>RETURN TO: | **Prudiel Libatique** | ☒ CONFIRM FAX<br>☒ INCLUDE CONF. REPORT |
|---|---|---|---|---|
| OPERATOR: | | | CONFIRMED?   ☐ NO   ☐ YES: | |

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product.
The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or
the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution
or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by
telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

Confirmation Report — Memory Send

Page        : 001
Date & Time: 02-06-2008   19:27
Line 1      : 2134433100
Line 2      :
Machine ID  : QUINN EMANUEL

| | | |
|---|---|---|
| Job number | : | 621 |
| Date | : | 02-06  19:26 |
| To | : | ☎00098#07209#14153977188 |
| Number of pages | : | 003 |
| Start time | : | 02-06  19:26 |
| End time | : | 02-06  19:27 |
| Pages sent | : | 003 |
| Status | : | OK |

Job number   : 621          *** SEND SUCCESSFUL ***

## QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

**NEW YORK**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

**LOS ANGELES**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

**SAN FRANCISCO**
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

**TOKYO**
Akasaka Twin Tower Main Building, 6th Floor
17-22 Akasaka 2-Chome
Minato-ku, Tokyo 107-0052, Japan
+81 3 5561-1711
Facsimile: +81 3 5561-1712

**SILICON VALLEY**
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

### LOS ANGELES OFFICE
## FACSIMILE TRANSMISSION

**DATE:**  February 6, 2008        **NUMBER OF PAGES, INCLUDING COVER: 3**

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Maria G. Diaz, Esq.<br>Allred, Maroko & Goldberg | | (323) 653-1660 |
| Larry W. McFarland, Esq.<br>Keats McFarland & Wilson LLP | | (310) 860-0363 |
| Michael H. Page, Esq.<br>Keker & Van Nest, LLP | | (415) 397-7188 |
| Thomas J. Nolan, Esq.<br>Skadden Arps, Slate, Meagher & Flom, LLP | | (213) 687-5600 |

**FROM:**  James J. Webster
          jameswebster@quinnemanuel.com

**RE:**  Mattel adv. MGA/Bryant, et al.

**MESSAGE:**

EXHIBIT 7

PAGE 86

| CLIENT # 07209 | ROUTE/<br>RETURN TO:  Eradici Libatique | ☒ CONFIRM FAX<br>☒ INCLUDE CONF. REPORT |
|---|---|---|
| OPERATOR: | CONFIRMED?  ☐ NO  ☐ YES: | |

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE.

Confirmation Report — Memory Send

Page        : 001
Date & Time: 02-06-2008    19:20
Line 1      : 2134433100
Line 2      :
Machine ID : QUINN EMANUEL

| | | |
|---|---|---|
| Job number | : | 616 |
| Date | : | 02-06  19:19 |
| To | : | ☎1+13236531660 |
| Number of pages | : | 003 |
| Start time | : | 02-06  19:19 |
| End time | : | 02-06  19:20 |
| Pages sent | : | 003 |
| Status | : | OK |

Job number     : 616              *** SEND SUCCESSFUL ***

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

NEW YORK
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

LOS ANGELES
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

SAN FRANCISCO
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

TOKYO
Osaka Twin Tower Main Building, 6th Floor
17-22 Akasaka 2-Chome
Minato-ku, Tokyo 107-0052, Japan
+81 3 5561-1711
Facsimile: +81 3 5561-1712

SILICON VALLEY
555 Twin Dolphin Drive, Suite 600
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

LOS ANGELES OFFICE
FACSIMILE TRANSMISSION

DATE:     February 6, 2008

NUMBER OF PAGES, INCLUDING COVER: 3

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Maria G. Diaz, Esq.<br>Allred, Maroko & Goldberg | | (323) 653-1660 |
| Larry W. McFarland, Esq.<br>Keats McFarland & Wilson LLP | | (310) 860-0363 |
| Michael H. Page, Esq.<br>Keker & Van Nest, LLP | | (415) 397-7188 |
| Thomas J. Nolan, Esq.<br>Skadden Arps, Slate, Meagher & Flom, LLP | | (213) 687-5600 |

FROM:     James J. Webster
          jameswebster@quinnemanuel.com

RE:       Mattel adv. MGA/Bryant, et al.

MESSAGE:

| CLIENT # | .07209 | ROUTE/<br>RETURN TO: | Frudjel Libartiqe | ☒ CONFIRM FAX<br>☒ INCLUDE CONF. REPORT |
|---|---|---|---|---|
| OPERATOR: | | | CONFIRMED?  ☐ No  ☐ YES: | |

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE.

EXHIBIT ___7___

PAGE ___87___

Confirmation Report — Memory Send

```
                              Page       : 001
                              Date & Time: 02-06-2008   19:28
                              Line 1     : 2134433100
                              Line 2     :
                              Machine ID : QUINN EMANUEL
```

| | | |
|---|---|---|
| Job number | : | 622 |
| Date | : | 02-06  19:27 |
| To | : | ☎00098#07209#6875600 |
| Number of pages | : | 003 |
| Start time | : | 02-06  19:27 |
| End time | : | 02-06  19:28 |
| Pages sent | : | 003 |
| Status | : | OK |

Job number    : 622            *** SEND SUCCESSFUL ***

## QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

NEW YORK
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

LOS ANGELES
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

SAN FRANCISCO
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

TOKYO
Osaka Twin Tower Main Building, 6th Floor
17-22 Akasaka 2-Chome
Minato-ku, Tokyo 107-0052, Japan
+81 3 5561-1711
Facsimile: +81 3 5561-1712

SILICON VALLEY
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

### LOS ANGELES OFFICE
## FACSIMILE TRANSMISSION

DATE:   February 6, 2008                NUMBER OF PAGES, INCLUDING COVER: 3

| NAME/COMPANY | PHONE NO. | FAX No. |
|---|---|---|
| Maria G. Diaz, Esq.<br>Allred, Maroko & Goldberg | | (323) 653-1660 |
| Larry W. McFarland, Esq.<br>Keats McFarland & Wilson LLP | | (310) 860-0363 |
| Michael H. Page, Esq.<br>Keker & Van Nest, LLP | | (415) 397-7188 |
| Thomas J. Nolan, Esq.<br>Skadden Arps, Slate, Meagher & Flom, LLP | | (213) 687-5600 |

FROM:    James J. Webster
         jameswebster@quinnemanuel.com

RE:      Mattel adv. MGA/Bryant, et al.

MESSAGE:

| CLIENT # | 07209 | ROUTE/<br>RETURN TO: : Pradiel Libatique | ☏ CONFIRM FAX<br>☒ INCLUDE CONF. REPORT |
|---|---|---|---|
| OPERATOR: | | CONFIRMED? ☐ NO ☐ YES: | |

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE.

EXHIBIT ___7___

PAGE ___88___

# Confirmation Report — Memory Send

```
Page        : 001
Date & Time: 02-06-2008   19:29
Line 1      : 2134433190
Line 2      :
Machine ID  : QUINN EMANUEL
```

| | | |
|---|---|---|
| Job number | : | 620 |
| Date | : | 02-06  19:25 |
| To | : | ☎00098#07209#13108600363 |
| Number of pages | : | 003 |
| Start time | : | 02-06  19:25 |
| End time | : | 02-06  19:29 |
| Pages sent | : | 003 |
| Status | : | OK |
| Job number | : 620 | *** SEND SUCCESSFUL *** |

## QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

**NEW YORK**
51 Madison Avenue, 22nd Floor
New York, NY 10010
Facsimile: (212) 849-7100

**LOS ANGELES**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

**SAN FRANCISCO**
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

**TOKYO**
Keaka Twin Tower Main Building, 6th Floor
17-22 Akasaka 2-Chome
Minato-ku, Tokyo 107-0052, Japan
+81 3 5561-1711
Facsimile: +81 3 5561-1712

**SILICON VALLEY**
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

### LOS ANGELES OFFICE
## FACSIMILE TRANSMISSION

**DATE:**   February 6, 2008     **NUMBER OF PAGES, INCLUDING COVER: 3**

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Maria G. Diaz, Esq.<br>Allred, Maroko & Goldberg | | (323) 653-1660 |
| Larry W. McFarland, Esq.<br>Keats McFarland & Wilson LLP | | (310) 860-0363 |
| Michael H. Page, Esq.<br>Keker & Van Nest, LLP | | (415) 397-7188 |
| Thomas J. Nolan, Esq.<br>Skadden Arps, Slate, Meagher & Flom, LLP | | (213) 687-5600 |

**FROM:**   James J. Webster
jameswebster@quinnemanuel.com

**RE:**   Mattel adv. MGA/Bryant, et al.

**MESSAGE:**

| | | |
|---|---|---|
| CLIENT # _07209_ | ROUTE/<br>RETURN TO: Prudiel Libatique | ☒ CONFIRM FAX<br>☒ INCLUDE CONF. REPORT |
| OPERATOR: | CONFIRMED? ☐ NO ☐ YES: | |

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE.

EXHIBIT ___7___

PAGE ___89___

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

February 6, 2008

*Via Facsimile & U. S. Mail*

Maria G. Diaz, Esq.                         Larry W. McFarland, Esq.
Allred, Maroko & Goldberg                   Keats McFarland & Wilson LLP
6300 Wilshire Boulevard, Suite 1500         9720 Wilshire Boulevard, Penthouse Suite
Los Angeles, California 90048               Beverly Hills, California 90212

Michael H. Page, Esq.                       Thomas J. Nolan, Esq.
Keker & Van Nest, LLP                       Skadden Arps, Slate, Meagher & Flom, LLP
710 Sansome Street                          300 South Grand Avenue, Suite 3400
San Francisco, CA 9411                      Los Angeles, CA 90071

**Mattel adv. MGA/Bryant, et al.**

Dear Counsel:

We are writing further to the recent communications regarding certain documents and materials
relating to Bratz, including in response to Maria Diaz's letter dated February 4, 2008 to John
Quinn.

To eliminate any misunderstanding, we note at the outset that there have been two sets of boxes
of materials and documents which have been the subject of the communications regarding Ms.
Cabrera. One set included assertedly personal items from Ms. Cabrera's workspace at Mattel.
As confirmed in our January 29, 2008 letter to Ms. Diaz, and based on representations that these
were her personal items, Mattel already returned those items.

The second, separate set of boxes are those that Ms. Cabrera provided to Mattel in January 2008
containing documents and materials relating to work on Bratz. From what we gather at this
juncture from the evidence, including statements by Veronica Marlow and Ms. Cabrera, these
materials related to Ms. Cabrera's undisclosed work on Bratz while a Mattel employee and
included documents that Ms. Marlow had told Ms. Cabrera (in words or substance) to keep "just

EXHIBIT _____7_____

**quinn emanuel urquhart oliver & hedges, llp**     PAGE _____90_____

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100

February 6, 2008
Page 2

in case." We have, more than once, invited counsel to inspect these materials if they wish. To
date, no party has accepted that offer.

Moreover, in earlier correspondence responding to apparent demands by counsel for Ms. Cabrera
that these boxes be turned over to her, we requested an explanation for the basis of these
demands. We did not receive any such explanation. Nor does Ms. Diaz's most recent letter
repeating those demands provide one.[1]

In an additional effort to resolve this matter, we are again requesting that Ms. Cabrera provide
the factual basis for her claim that "the box is the property of Ms. Cabrera and was taken from
her without permission". We also ask that counsel for MGA, Mr. Larian, Mr. Bryant and
Ms. Marlow state whether their respective clients are asserting any possessory or other right or
interest in the contents of the boxes and, if so, on what basis.

We would anticipate that, if and to the extent the matter can be resolved while also ensuring that
the materials will be properly preserved and treated, a stipulation could be reached and submitted
for the Court's approval. As part of such a stipulation, we would expect the opportunity to have
an expert reconstruct the Bratz drawings that Ms. Marlow evidently tore up and were contained
in the boxes at issue. Of course, we would also expect any such stipulation to be without
prejudice to what we believe are Mattel's potential possessory and ownership rights in materials
and documents as a result of, among other things, Ms. Cabrera's assignment of all right, title and
interest in such work under her employment agreements with Mattel and under applicable law.
Should we be unable to resolve this matter amicably, we intend to raise with the Court the
retention and handling of these materials on a going forward basis.

Please let me know when you are available to address these matters. I look forward to hearing
from you.

Very truly yours,

James J. Webster (CSN)

James J. Webster

---

[1]     Although irrelevant to the issues at hand, Ms. Diaz's letter makes various, incorrect
assertions relating to "the box" of items and the investigation. For example, the letter claims that
"the box had already been opened" by Mattel despite Ms. Diaz's alleged request otherwise.
Contrary to MGA's representations to the Court and Ms. Diaz's claims in her letter, the boxes of
items have not been unsealed. When Ms. Cabrera provided the boxes to Mattel, they were not
sealed. To avoid groundless allegations of the types already being made by MGA and Ms.
Cabrera's counsel, and after Ms. Cabrera had confirmed their contents, Mattel videotaped the
contents of the boxes and then sealed the boxes -- which is in the state that they have remained
since. The other accusations in the letter are equally wrong, but they do not merit response here.

2

EXHIBIT  7

PAGE  91

1                                      **PROOF OF SERVICE**

2         I am employed in the County of Los Angeles, State of California.  I am over the age of
eighteen years and not a party to the within action; my business address is Now Legal Service,
3   1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

4   On February 8, 2008, I served true copies of the following document(s) described as **[PUBLIC
REDACTED] DECLARATION OF CYRUS S. NAIM IN SUPPORT OF MATTEL, INC.'S
5   MEMORANDUM REGARDING THE INVESTIGATION OF ANA CABRERA AND
BEATRIZ MORALES** on the parties in this action as follows:

6

        Maria Diaz
7         **Allred, Maroko & Goldberg**
        6300 Wilshire Blvd., Suite 1500
8         Los Angeles, CA 90048

9

10

11

12   **BY PERSONAL SERVICE:**  I delivered such envelope(s) by hand to the office of the person(s)
being served.

13         I declare that I am employed in the office of a member of the bar of this Court at whose
direction the service was made.
14

        Executed on February 8, 2008, at Los Angeles, California.
15

16

17                               NOW LEGAL -- Dave Quintana

18

19

20

21

22

23

24

25

26

27

28

07209/2169461.1