Larry McFarland (Bar No. 129668)
Christian Dowell (Bar No. 241973)
KEATS, McFARLAND & WILSON LLP
9720 Wilshire Blvd.
Penthouse Suite
Beverly Hills, CA 90212
Telephone:   (310) 248-3830
Facsimile:    (310) 860-0363
Email:   lmcfarland@kmwlaw.com
           cdowell@kmwlaw.com

Attorneys for Veronica Marlow

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>                    Plaintiff,<br><br>        v.<br><br>MATTEL, INC., a Delaware corporation;<br><br>                    Defendant.<br><br>_____<br><br>AND RELATED ACTIONS. | Case No.: CV 04 – 09049 SGL (RNBx)<br>Consolidated with Case Nos.<br>CV 04-9059 and CV 05-2727<br><u>Hon. Stephen G. Larson</u><br><br>NOTICE OF MATTEL'S FAILURE TO SERVE MATTEL'S MOTION FOR LEAVE TO OBTAIN DISCOVERY AFTER THE DISCOVERY CUT-OFF IN RESPONSE TO SUBPOENAS SERVED ON DOLL BAG, INC., VERONICA MARLOW, INC., MARLOW TECHNO-LOGIC, INC., PEOPLE'S BANK OF THE OZARKS AND WASHINGTON MUTUAL BANK<br><br><br>Hearing Date:   N/A<br>Time:              N/A<br>Place:             N/A |

As of the time of this filing, counsel for Mattel has not served the manually filed portion of Mattel, Inc.'s Motion for Leave to Obtain Discovery After the Discovery Cut-Off in Response to Subpoenas Served on Doll Bag, Inc., Veronica Marlow, Inc., Marlow Techno-Logic, Inc., People's Bank of the Ozarks, and Washington Mutual Bank (the "Motion") on counsel for non-party witness Veronica Marlow.  United States District Court for the Central District of California, General Order No. 07-08, states that "Documents traditionally filed in paper (refer to Section VII), must be served by ECF attorneys using traditional means of service in the manner prescribed for such service in the Federal Rules of Civil Procedure and Federal Rules of Criminal Procedure."  Section III.C.  Pursuant to Section VII of the Order, Mattel electronically filed a Notice of Manual Filing for the sealed portions of the Melissa Grant Declaration in support of the Motion, but counsel for the non-party witness has not yet been served with the unredacted declaration.  Counsel for the non-party witness noted that there were problems with respect to service on counsel for the non-parties in a letter to Melissa Grant on February 7, 2008.

This notice is filed without waiver of Ms. Marlow's position that the Motion was improperly filed with Judge Larson, when Judge Larson has reiterated that all discovery matters shall be presented to Judge Infante in the first instance.


Dated:  February 8, 2008          KEATS MCFARLAND & WILSON LLP


                                  /s/ _____
                                  Christian C. Dowell, Esq.
                                  Attorneys for Non-Party Veronica Marlow