QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
johnquinn@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
Timothy L. Alger (Bar No. 160303)
timalger@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff and Counter-Defendant Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated With Case No. 04-9059 and Case No. 05-2727<br><br>PROOF OF SERVICE<br><br>Date: TBA<br>Time: TBA<br>Place: TBA<br><br>Discovery Cut-off: January 28, 2008<br>Pre-trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 1301 West 2nd Street, Suite 206, Los Angeles, California 90026.

On February 8, 2008, I served true copies of the following document(s) described as :

**1. MATTEL'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO CARTER BRYANT'S MOTION TO QUASH MATTEL, INC.'S SUBPOENA ISSUED TO PEOPLE'S BANK OF THE OZARKS OR IN THE ALTERNATIVE, FOR PROTECTIVE ORDER**

**2. DECLARATION OF MELISSA GRANT IN SUPPORT OF MATTEL'S OPPOSITION TO CARTER BRYANT'S MOTION TO QUASH MATTEL, INC.'S SUBPOENA ISSUED TO PEOPLE'S BANK OF THE OZARKS OR IN THE ALTERNATIVE, FOR PROTECTIVE ORDER**

on the parties in this action as follows:

**SEE ATTACHED LIST**

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 8, 2008, at Los Angeles, California.

NOW LEGAL -- Dave Quintana

## SERVICE LIST

Thomas J. Nolan, Esq.
**Skadden, Arps, Slate, Meagher & Flom , LLP**
300 South Grand Ave., Ste. 3400
Los Angeles, California 90071
TEL: (213) 687-5000
FAX: (213) 687-5600
**tnolan@skadden.com**

Mark E. Overland, Esq.
David E. Scheper, Esq.
Alexander H. Cote, Esq.
**Overland Borenstein Scheper & Kim, LLP**
300 South Grand Avenue
Suite 2750
Los Angeles, CA 90071-3144
TEL: (213) 613-4655
FAX: (213) 613-4656
**moverland@obsklaw.com**

John W. Keker
Michael H. Page
Christa M. Anderson
**Keker & Van Nest, LLP**
710 Sansome Street
San Francisco, CA 94111
TEL: (415) 391-5400
FAX: (415) 397-7188
**jkeker@kvn.com**
**mhp@kvn.com**