QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  timalger@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff and Counter-Defendant Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated With Case No. 04-9059 and Case No. 05-2727<br><br>[AMENDED] PROOF OF SERVICE<br><br>Date: TBA<br>Time: TBA<br>Place: TBA<br><br>Discovery Cut-off: January 28, 2008<br>Pre-trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2381236.1

- 1 -
PROOF OF SERVICE

# [AMENDED] PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 1301 West 2nd Street, Suite 206, Los Angeles, California 90026.

On February 7, 2008, I served true copies of the following document(s) described as :

1. **MATTEL'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO CARTER BRYANT'S MOTION TO QUASH MATTEL, INC.'S SUBPOENA ISSUED TO PEOPLE'S BANK OF THE OZARKS OR IN THE ALTERNATIVE, FOR PROTECTIVE ORDER**

2. **DECLARATION OF MELISSA GRANT IN SUPPORT OF MATTEL'S OPPOSITION TO CARTER BRYANT'S MOTION TO QUASH MATTEL, INC.'S SUBPOENA ISSUED TO PEOPLE'S BANK OF THE OZARKS OR IN THE ALTERNATIVE, FOR PROTECTIVE ORDER**

on the parties in this action as follows:

## SEE ATTACHED LIST

**BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 7, 2008, at Los Angeles, California.

_____
NOW LEGAL -- Dave Quintana

07209/2381236

-2-
PROOF OF SERVICE

## SERVICE LIST

| | |
|---|---|
| Thomas J. Nolan, Esq.<br>**Skadden, Arps, Slate, Meagher & Flom , LLP**<br>300 South Grand Ave., Ste. 3400<br>Los Angeles, California 90071<br>TEL: (213) 687-5000<br>FAX: (213) 687-5600<br>**tnolan@skadden.com** | Mark E. Overland, Esq.<br>David E. Scheper, Esq.<br>Alexander H. Cote, Esq.<br>**Overland Borenstein Scheper & Kim, LLP**<br>300 South Grand Avenue<br>Suite 2750<br>Los Angeles, CA 90071-3144<br>TEL: (213) 613-4655<br>FAX: (213) 613-4656<br>**moverland@obsklaw.com** |
| John W. Keker<br>Michael H. Page<br>Christa M. Anderson<br>**Keker & Van Nest, LLP**<br>710 Sansome Street<br>San Francisco, CA 94111<br>TEL: (415) 391-5400<br>FAX: (415) 397-7188<br>**jkeker@kvn.com**<br>**mhp@kvn.com** | |

07209/2381236

- 3 -
PROOF OF SERVICE