QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff
Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>　　　　Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Hon. Stephen G. Larson<br><br>[PUBLIC REDACTED]<br>DECLARATION OF TAMAR BUCHAKJIAN IN SUPPORT OF MATTEL, INC.'S REPLY IN SUPPORT OF ITS OBJECTION TO THE DISCOVERY MASTER'S JANUARY 11, 2008 ORDER<br><br>Date: February 11, 2008<br>Time: 10:00 AM<br>Place: Courtroom 1<br><br>Phase I<br>Discovery cutoff:　　January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date:　　　　　May 27, 2008 |

## DECLARATION OF TAMAR BUCHAKJIAN

I, Tamar Buchakjian, declare as follows:

1. I am a member of the bar of the State of California and an associate at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Attached as Exhibit A is a true and correct copy of the Order Granting in Part Carter Bryant and MGA Entertainment Inc.'s Motion to Compel the Production of Documents and 30(b)(6) Depositions, dated January 30, 2007.

3. Exhibit B is a true and correct copy of MGA Entertainment Inc.'s Fourth Notice of Deposition of MGA and Notice of Deposition of MGA Mexico Pursuant to Federal Rule of Civil Procedure 30(b)(6).

Executed on February 8, 2008, at Los Angeles, California.

_____
Tamar Buchakjian

# EXHIBIT A

DOUGLAS A. WICKHAM (S.B. #127268)
dwickham@littler.com
KEITH A. JACOBY (S.B. #150233)
kjacoby@littler.com
LITTLER MENDELSON
A Professional Corporation
2049 Century Park East, 5th Floor
Los Angeles, CA 90067.3107
Telephone: (310) 553-0308
Facsimile: (310) 553-5583

Attorneys for Carter Bryant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation,<br><br>Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No. CV 04-09049 SGL (RNBx) (consolidated with CV 04-9059 & 05-2727)<br><br>**DISCOVERY MATTER**<br><br>[To Be Heard By Discovery Master Hon. Edward Infante (Ret.) Pursuant to The Court's Order of December 6, 2006<br><br>[PROPOSED] ORDER GRANTING IN PART CARTER BRYANT AND MGA ENTERTAINMENT INC'S MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS AND 30(B)(6) DEPOSITIONS<br><br>Date: January 25, 2007<br>Time: 9:00 a.m.<br>Place: Telephonic<br><br>Discovery Cut-off: None set<br>Pre-trial Conference: None Set<br>Trial Date: None Set<br><br>Judge: Hon. Stephen G. Larson<br><br>Discovery Cut-Off: T.B.D. |

Order

07209/2046388.1 7209/2045559.1

1-20

On January 25, 2006, Discovery Master Edward Infante heard oral argument on Defendants' Carter Bryant ("Mr. Bryant") and MGA Entertainment, Inc.'s ("MGA") motion to compel the production of documents and 30(b)(6) depositions. Keith Jacoby appeared on behalf of Mr. Bryant. Jim Jenal appeared on behalf of MGA. Jon Corey and Dylan Proctor appeared on behalf of Mattel, Inc. After considering all of the papers filed in support of and in opposition to said motion, and good cause appearing, Mr. Bryant and MGA's motion is GRANTED IN PART and it is hereby ORDERED as follows:

1. Within two weeks of the entry of this Order, Mattel must produce all non-privileged documents relating to any investigation that occurred as a result of the receipt of the August 2002 "Anonymous Letter" to Mattel CEO Robert Eckert, and provide a privilege log identifying all documents withheld under the attorney client privilege or attorney work product doctrine. It is suggested Mattel submit declarations laying out the factual basis for any work product or privilege protection it intends to assert. The Discovery Master defers ruling on whether Alan Kaye should be reproduced for further deposition testimony. The Discovery Master further rules that it is premature to rule on any issue of waiver of any claimed privilege.

2. Mattel shall identify and produce for deposition corporate designees pursuant to Federal Rule of Civil Procedure 30(b)(6) qualified to testify regarding the Topics Nos. 2, 3, 4, 5, 6, 7, 23, 49 and 50 set forth in Carter Bryant's Notice of Deposition of Mattel, Inc. dated December 21, 2004, as limited by Mattel's May 16, 2005 letter. Mattel shall identify these witnesses with the production of the

//
//
//
//
//

1  privilege log with dates they can appear for deposition, such that the depositions on
2  these topics shall be completed no later than March 31, 2007.
3      IT IS SO ORDERED.
4
5  DATE: January 30, 2007
6                                          Hon. Edward A. Infante (Ret.)
                                               Discovery Master
7  Firmwide:81960684.1 028307.1010

07209/2046388.17209/2045559.1     2.     ORDER

## PROOF OF SERVICE BY E-MAIL

I, Sandra Chan, not a party to the within action, hereby declare that on January 30, 2007, I served the attached ORDER GRANTING IN PART CARTER BRYANT AND MGA ENTERTAINMENT INC'S MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS AND 30(B)(6) DEPOSITIONS in the within action by e-mail addressed as follows:

| Name | Firm | Email |
|---|---|---|
| Robert Millman Esq. | Littler Mendelson | rfmillman@littler.com |
| Douglas Wickham Esq. | Littler Mendelson | dwickham@littler.com |
| Keith Jacoby Esq. | Littler Mendelson | kjacoby@littler.com |
| Dominic Messiha Esq | Littler Mendelson | dmessiha@littler.com |
| Diba Restagar Esq. | Littler Mendelson | drastegar@littler.com |
| Michelle Park Esq. | Littler Mendelson | mpark@littler.com |
| John Quinn Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | jbq@quinnemanuel.com |
| Michael Zeller Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | michaelzeller@quinnemanuel.com |
| Jon Corey Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | joncorey@quinnemanuel.com |
| Duane Lyons Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | duanelyons@quinnemanuel.com |
| Timothy Alger Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | timalger@quinnemanuel.com |
| Dominic Surprenant Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | DominicSurprenant@QuinnEmanuel.com |
| B. Dylan Proctor Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | dylanproctor@quinnemanuel.com |
| Valerie Nannery Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | valerienannery@quinnemanuel.com |
| Shane McKenzie Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | shanemckenzie@quinnemanuel.com |
| Bridget Morris Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | bridgetmorris@quinnemanuel.com |
| Tamar Buchakjian Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | tamarbuchakjian@quinnemanuel.com |
| Dale Cendali Esq. | O'Melveny & Myers LLP | dcendali@omm.com |
| Diana Torres Esq. | O'Melveny & Myers LLP | dtorres@omm.com |
| James Jenal Esq. | O'Melveny & Myers LLP | jjenal@omm.com |
| Alicia Meyer Esq. | O'Melveny & Myers LLP | ameyer@omm.com |
| Jennifer Glad Esq. | O'Melveny & Myers LLP | jglad@omm.com |
| Benjamin Kim Esq. | O'Melveny & Myers LLP | bjkim@omm.com |
| Hamid Jabbar Esq. | O'Melveny & Myers LLP | hjabbar@omm.com |
| Johanna Schmitt Esq. | O'Melveny & Myers LLP | jschmitt@omm.com |
| Patricia Glaser Esq. | Christensen, Glaser, Fink, Jacobs, Weil & Shapiro, LLP | pglaser@chrismill.com |

# EXHIBIT B

**THIS EXHIBIT IS FILED UNDER SEAL**

**PURSUANT TO PROTECTIVE ORDER**