QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc. and Richard De Anda

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>[To Be Heard By Discovery Master Hon. Edward Infante (Ret.) Pursuant To The Court's Order of December 6, 2006]<br><br>[PUBLIC REDACTED]<br>DECLARATION OF RICHARD DE ANDA IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA'S MOTION TO OVERRULE MATTEL'S AND RICHARD DE ANDA'S OBJECTIONS TO SUBPOENA AND TO COMPEL DISCOVERY<br><br>Date: TBA<br>Time: TBA<br>Place: TBA<br><br>**Phase I**<br>Discovery Cut-off: January 28, 2008<br>Pre-trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2376581.1

DE ANDA DECLARATION ISO MATTEL'S OPPOSITION TO MGA'S MOTION TO OVERRULE OBJECTIONS TO DE ANDA SUBPOENA

# DECLARATION OF RICHARD DE ANDA

I, Richard de Anda, declare as follows:

1. I am currently Vice President of Global Security at Mattel, Inc. ("Mattel"). I make this declaration in support of Mattel's Opposition to MGA's Motion to Overrule Mattel's and Richard De Anda's Objections to Subpoena and to Compel Discovery. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. I am a licensed private investigator. A true and correct copy of my current license is attached as Exhibit A. At my deposition I could not recall whether in addition to verbal authorization to provide outside investigative, consulting and expert witness services while a Mattel employee, I also had written authorization to do so. I did. Attached as Exhibit B is a true and correct copy of a letter from Josie Williams, Mattel HR representative, to me, confirming my acceptance of an offer of employment from Mattel. That letter contains handwritten authorization by Alan Kaye, Mattel's Senior Vice President in charge of Human Resources that allows me to remain eligible to "consult" and act as an "expert witness" while a Mattel employee.

3. I am informed that MGA Entertainment, Inc. ("MGA") seeks documents related to any investigation that I may have done either personally or through Richard N. De Anda Associates.

4. While I and those who report to me at Mattel have conducted investigations regarding Carter Bryant and MGA, I have conducted no investigation related to MGA, Bryant or Bratz other than in my capacity as a Vice-President of Mattel.

5. I am the only person who prepares and maintains my personal files and the files of Richard N. De Anda Associates, both located at my house. These constitute less than six inches of documentation. I am aware of the contents of

-1-

those files. Those files contain no documents relating to any investigation of MGA, Isaac Larian or Carter Bryant.

6. Since joining Mattel in 1997, in my capacity as principal of Richard N. De Anda Associates, I have done only a handful of cases. I have been retained as a consulting or testifying expert. My documents include communications between me and the attorneys who retained me and reflect my and their mental impressions. The subject matter of those engagements have been unrelated to Mattel. During those engagements, I obtained private or confidential information related to my clients or to the people or companies that I investigated, including information related to sexual assaults (including sexual assaults on minors and other criminal misconduct). The only non-litigation investigations that I recall handling since joining Mattel were for a pre-existing client, Jacmar Company, a food service firm, as I explained in my deposition.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 7, 2008, at El Segundo, California.

_____
Richard de Anda

# EXHIBIT A

```
BUREAU OF SECURITY & INVESTIGATIVE SERVICES
              P.O. BOX 989002
        WEST SACRAMENTO, CA 95798-9002
              (916) 322-4000
           Private Investigator
QUAL MGR/OWNER OF
RICHARD N DEANDA INVESTIGATIONS
RICHARD NATHAN DEANDA
1312 LYNNMERE DRIVE
THOUSAND OAKS CA 91360
License No: PI  15885       Expiration: 10/31/08

Signature _____     RECEIPT NO.
PPIPIA (05/31/05)                00837108
```

M 0257828

# EXHIBIT B

**CONFIDENTIAL - FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER**