Quinn Emanuel Urquhart Oliver & Hedges LLP
John B. Quinn (Bar No. 090378)
johnquinn@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
Jon D. Cory (Bar No. 160303)
joncorey@quinnemanuel.com
865 S. Figueroa Street, Los Angeles, CA 90017

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT, an individual, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV 04-9049 SGL (RNBx) |
| v. | |
| MATTEL, INC., a Delaware corporation, | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**

Certain Exhibits to the Declarations of (1) Jon D. Corey and (2) Richard De Anda in Support of Opposition to MGA's Motion to Overrule Mattel's and Richard De Anda's Objections to Subpoena and to Compel Discovery; (3) Application to File Under Seal; (4) Proposed Order; and (5) Proof of Service

**Document Description:**

☐ Administrative Record
☑ Exhibits
☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)
☐ Other

**Reason:**

☑ Under Seal
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☐ Per Court order dated _____
☐ Manual Filing required (*reason*): 

2/8/2008
Date

Jon D. Corey
Attorney Name

Mattel, Inc. and Richard De Anda
Party Represented

Note:   File one Notice in each case, each time you manually file document(s).

G-92 (02/08)                       NOTICE OF MANUAL FILING