QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Plaintiff and Counter-Defendant
Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>                    Plaintiff,<br><br>        v.<br><br>MATTEL, INC., a Delaware Corporation,<br><br>                    Defendant,<br><br>AND CONSOLIDATED ACTIONS. | CASE NO. CV 04-09049 SGL (RNBx)<br><br>Consolidated with Case Nos. CV 04-9059 and CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Hon. Edward Infante (Ret.) Pursuant to Court's Order of December 6, 2006]**<br><br>**EVIDENTIARY OBJECTIONS TO DECLARATION OF TIMOTHY A. MILLER IN SUPPORT OF MOTION TO QUASH SUBPOENA TO BANK OF AMERICA OR, IN THE ALTERNATIVE, FOR PROTECTIVE ORDER**<br><br>Hearing Date: TBA<br>Time:  TBA<br>Place:  TBA<br><br>**Phase 1:**<br>Discovery Cut-off: January 28, 2008<br>Pre-trial Conference:  May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2381406.1

-1-

EVIDENTIARY OBJECTIONS

Mattel, Inc. respectfully submits the following Evidentiary Objections to the Declaration of Timothy A. Miller in Support of Carter Bryant's Motion to Quash Subpoena to Bank of America or, in the Alternative, for Protective Order.

## I. EVIDENCE SUBMITTED TO THE COURT IN SUPPORT OF A MOTION MUST BE ADMISSIBLE IF OFFERED AT TRIAL.

Evidence submitted to the Discovery Master on motion practice must meet all requirements for admissibility of evidence if offered at the time of trial. Beyene v. Coleman Sec. Services, Inc., 854 F.2d 1179, 1181-1182 (9th Cir. 1988); Travelers Cas. & Sur. Co. of America v. Telstar Const. Co., Inc., 252 F. Supp. 2d 917, 923 (D. Ariz. 2003). See also Fed. R. Evid. 101 (Rules of Evidence apply to all proceedings in the courts of the United States); Fed. R. Evid. 1101 (listing exceptions to Rule 101).

## II. OBJECTIONS TO THE DECLARATION OF TIMOTHY A. MILLER.

| | **Objectionable Evidence** | **Objection** |
|---|---|---|
| 1. | ¶ 10: "I am informed and believe that, in mid-January, Mr. Larian produced to Mattel nearly 50,000 pages of documents, which included, among other things, documents showing his net worth; his gross income, wages, dividend income, interest income, and other income; his banks and bank accounts; and various financial documents." | **Fed. R. Evid. 602, 802**<br><br>1. Lack of personal knowledge, hearsay. As demonstrated by the text of the declaration itself, Mr. Miller testifies only to his informed belief and does not even state on what knowledge he bases his belief. Nor does he indicate how he obtained such knowledge. Testimony must be based on personal knowledge, and any reliance on other's statements constitutes inadmissible hearsay. |

| Objectionable Evidence | Objection |
|---|---|
|  | 2. Lack of foundation, hearsay. Mr. Miller gives no basis for the source of his knowledge as to what actually was produced. He does not state that he actually reviewed any of the 50,000 pages purportedly produced by MGA, or that he actually reviewed any of Mr. Larian's financial documents that were purportedly included in that production. To the extent that his knowledge comes from discussions with unnamed colleagues or to the extent that Mr. Miller purports to establish the content of a writing for its truth, Mr. Miller's testimony consists of inadmissible hearsay. |

DATED: February 7, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/  Jon D. Corey
   Jon D. Corey
   Attorneys for Plaintiff Mattel, Inc.