QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  timalger@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff and Counter-Defendant Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> MATTEL, INC., a Delaware corporation, <br><br> Defendant. <br><br> AND CONSOLIDATED ACTIONS. | CASE NO. CV 04-9049 SGL (RNBx) <br><br> Consolidated With Case No. 04-9059 and Case No. 05-2727 <br><br> PROOF OF SERVICE <br><br> Date: TBA <br> Time: TBA <br> Place: TBA <br><br> Discovery Cut-off: January 28, 2008 <br> Pre-trial Conference: May 5, 2008 <br> Trial Date: May 27, 2008 |

07209/2380892.1

- 1 -
PROOF OF SERVICE

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 1301 West 2nd Street, Suite 206, Los Angeles, California 90026.

On February 8, 2008, I served true copies of the following document(s) described as :

1. **MATTEL'S SEPARATE STATEMENT SUBMITTED IN RESPONSE TO MGA'S SEPARATE STATEMENT IN SUPPORT OF ITS MOTION TO QUASH SUBPOENA TO BANK OF AMERICA OR, IN THE ALTERNATIVE, FOR A PROTECTIVE ORDER**

2. **MATTEL'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MGA'S MOTION TO QUASH SUBPOENA TO BANK OF AMERICA OR, IN THE ALTERNATIVE, FOR A PROTECTIVE ORDER**

3. **DECLARATION OF MELISSA GRANT IN SUPPORT OF MATTEL'S OPPOSITION TO MGA'S MOTION TO QUASH SUBPOENA TO BANK OF AMERICA OR, IN THE ALTERNATIVE, FOR A PROTECTIVE ORDER**

4. **MATTEL'S EVIDENTIARY OBJECTIONS TO DECLARATION OF TIMOTHY A. MILLER IN SUPPORT OF MOTION TO QUASH SUBPOENA TO BANK OF AMERICA OR, IN THE ALTERNATIVE, FOR A PROTECTIVE ORDER**

on the parties in this action as follows:

**SEE ATTACHED LIST**

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 8, 2008, at Los Angeles, California.

*[signature]*
NOW LEGAL -- Dave Quintana

07209/2380892..

## SERVICE LIST

| | |
|---|---|
| Thomas J. Nolan, Esq<br>**Skadden, Arps, Slate, Meagher & Flom , LLP**<br>300 South Grand Ave., Ste. 3400<br>Los Angeles, California 90071<br>TEL: (213) 687-5000<br>FAX: (213) 687-5600<br>**tnolan@skadden.com** | Mark E. Overland, Esq.<br>David E. Scheper, Esq.<br>Alexander H. Cote, Esq.<br>**Overland Borenstein Scheper & Kim, LLP**<br>300 South Grand Avenue<br>Suite 2750<br>Los Angeles, CA 90071-3144<br>TEL: (213) 613-4655<br>FAX: (213) 613-4656<br>**moverland@obsklaw.com** |
| John W. Keker<br>Michael H. Page<br>Christa M. Anderson<br>**Keker & Van Nest, LLP**<br>710 Sansome Street<br>San Francisco, CA 94111<br>TEL: (415) 391-5400<br>FAX: (415) 397-7188<br>**jkeker@kvn.com**<br>**mhp@kvn.com** | |

07209/2380892

- 3 -
PROOF OF SERVICE