QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
johnquinn@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
Timothy L. Alger (Bar No. 160303)
timalger@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff and Counter-Defendant Mattel, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated With Case No. 04-9059 and Case No. 05-2727<br><br>[AMENDED] PROOF OF SERVICE<br><br>Date: TBA<br>Time: TBA<br>Place: TBA<br><br>Discovery Cut-off: January 28, 2008<br>Pre-trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2382586.1

- 1 -
PROOF OF SERVICE

# [AMENDED] PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 1301 West 2nd Street, Suite 206, Los Angeles, California 90026.

On February 7, 2008, I served true copies of the following document(s) described as :

1.  **MATTEL'S SEPARATE STATEMENT SUBMITTED IN RESPONSE TO MGA'S SEPARATE STATEMENT IN SUPPORT OF ITS MOTION TO QUASH SUBPOENA TO BANK OF AMERICA OR, IN THE ALTERNATIVE, FOR A PROTECTIVE ORDER**

2.  **MATTEL'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MGA'S MOTION TO QUASH SUBPOENA TO BANK OF AMERICA OR, IN THE ALTERNATIVE, FOR A PROTECTIVE ORDER**

3.  **DECLARATION OF MELISSA GRANT IN SUPPORT OF MATTEL'S OPPOSITION TO MGA'S MOTION TO QUASH SUBPOENA TO BANK OF AMERICA OR, IN THE ALTERNATIVE, FOR A PROTECTIVE ORDER**

4.  **MATTEL'S EVIDENTIARY OBJECTIONS TO DECLARATION OF TIMOTHY A. MILLER IN SUPPORT OF MOTION TO QUASH SUBPOENA TO BANK OF AMERICA OR, IN THE ALTERNATIVE, FOR A PROTECTIVE ORDER**

on the parties in this action as follows:

**SEE ATTACHED LIST**

BY MAIL: I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 7, 2008, at Los Angeles, California.

*[signature]*
NOW LEGAL -- Dave Quintana

07209/2382586.1

# SERVICE LIST

Thomas J. Nolan, Esq
**Skadden, Arps, Slate, Meagher & Flom, LLP**
300 South Grand Ave., Ste. 3400
Los Angeles, California 90071
TEL: (213) 687-5000
FAX: (213) 687-5600
**tnolan@skadden.com**

John W. Keker
Michael H. Page
Christa M. Anderson
**Keker & Van Nest, LLP**
710 Sansome Street
San Francisco, CA 94111
TEL: (415) 391-5400
FAX: (415) 397-7188
**jkeker@kvn.com**
**mhp@kvn.com**

Mark E. Overland, Esq.
David E. Scheper, Esq.
Alexander H. Cote, Esq.
**Overland Borenstein Scheper & Kim, LLP**
300 South Grand Avenue
Suite 2750
Los Angeles, CA 90071-3144
TEL: (213) 613-4655
FAX: (213) 613-4656
**moverland@obsklaw.com**