QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff and Cross-Defendant Mattel, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case Nos. CV 04-09059 and CV 05-02727<br><br>**PROOF OF SERVICE RE**<br><br>MATTEL, INC.'S OPPOSITION TO MGA'S AND CARTER BRYANT'S JOINT MOTION TO COMPEL PRODUCTION OF PURPORTEDLY IMPROPERLY WITHHELD MATTEL DOCUMENTS<br><br>Date: TBA<br>Time: TBA<br>Place: TBA<br><br>Discovery Cut-off: March 3, 2008<br>Pre-trial Conference: June 2, 2008<br>Trial Date: July 1, 2008 |

07209/2381238.1

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| QUINN EMANUEL URQUHART OLIVER & HEDGES<br>50 CALIFORNIA STREET, 22ND FLOOR<br>SAN FRANCISCO, CA 94111<br>Telephone No: 415-875-6600    FAX No: 415-875-6700 | | | | |
| Attorney for: Defendant | | Ref. No. or File No.:<br>7209 | | |
| Insert name of Court, and Judicial District and Branch Court: | | | | |
| United States District Court, Central District Of California | | | | |
| Plaintiff: CARTER BRYANT, AN INDIVIDUAL | | | | |
| Defendant: MATTEL, INC., A DELAWARE CORPORATION | | | | |
| **PROOF OF SERVICE**<br>**MISC** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV 04-9049 SGL (RNBx) |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the MATTEL, INC.'S OPPOSITION TOMGA'S AND CARTER BRYANT'S JOINT MOTION TO COMPEL PRODUCTION OF PURPORTEDLY IMPROPERLY WITHHELD MATTEL DOCUMENTS; DECLARATION OF TIMOTHY L. ALGER; DECLARATION OF MICHAEL MOORE

3. a. Party served:          KEKER & VAN NEST, LLP ATTN: JOHN W. KEKER, ESQ., MICHAEL H. PAGE, ESQ. & CHRISTA M. ANDERSON, ESQ.
   b. Person served:         NEDY DIGMA, MAILROOM CLERK

4. Address where the party was served:   710 SANSOME STREET
                                         SAN FRANCISCO, CA 94111

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party on: Fri., Feb. 08, 2008 at: 11:40AM, to the person(s) indicated below in the manner as provided in CCP §1011
      NEDY DIGMA, MAILROOM CLERK
      (1) (Business) I informed him or her of the general nature of the papers.

7. Person Who Served Papers:
   a. JASON MOODY

   **A & A LEGAL SERVICE**

   1541 Bayshore Hwy.       GENERAL@AALEGALSERVICE.COM
   Burlingame, CA 94010-1602    Fax (650) 697-4640
   (650) 697-9431

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. The Fee for Service was:
   e. I am: (3) registered California process server
      (i) Employee
      (ii) Registration No.:   2006-000978-00
      (iii) County:            San Francisco

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Fri, Feb. 08, 2008

Judicial Council Form
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
MISC

(JASON MOODY)

9865700.43844

| Attorney or Party without Attorney:<br>QUINN EMANUEL URQUHART OLIVER & HEDGES<br>50 CALIFORNIA STREET, 22ND FLOOR<br>SAN FRANCISCO, CA 94111<br>Telephone No: 415-875-6600   FAX No: 415-875-6700<br><br>Attorney for: Defendant | | | | For Court Use Only |
|---|---|---|---|---|
| | | Ref. No. or File No.:<br>7209 | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Central District Of California | | | | |
| Plaintiff: CARTER BRYANT, AN INDIVIDUAL<br>Defendant: MATTEL, INC., A DELAWARE CORPORATION | | | | |
| **PROOF OF SERVICE**<br>**MISC** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV 04-9049 SGL (RNBx) |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the MATTEL, INC.'S OPPOSITION TO MGA'S AND CARTER BRYANT'S JOINT MOTION TO COMPEL PRODUCTION OF PURPORTEDLY IMPROPERLY WITHHELD MATTEL DOCUMENTS; DECLARATION OF TIMOTHY L. ALGER; DECLARATION OF MICHAEL MOORE

3. a. Party served:        JAMS-SAN FRANCISCO ATTN: EDWARD INFANTE
   b. Person served:      BLEFFLYNNE QUINDOR, AUTHORIZED TO ACCEPT

4. Address where the party was served:   2 EMBARCADERO CENTER, STE. 1500
                                          SAN FRANCISCO, CA 94111

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Feb. 08, 2008 (2) at: 11:35AM

7. Person Who Served Papers:                              Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. JASON MOODY                                         d. The Fee for Service was:
                                      e. I am: (3) registered California process server
                                                             (i) Employee
   1541 Bayshore Hwy.   GENERAL@AALEGALSERVICE.COM          (ii) Registration No.:    2006-000978-00
   Burlingame, CA 94010-1602   Fax (650) 697-4640           (iii) County:             San Francisco
   (650) 697-9431

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Fri, Feb. 08, 2008

Judicial Council Form                    PROOF OF SERVICE                (JASON MOODY)        9865700.43855
Rule 982.9.(a)&(b) Rev January 1, 2007         MISC