1 | THOMAS J. NOLAN (Bar No. 66992)
  | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2 | 300 South Grand Avenue
  | Los Angeles, CA 90071-3144
3 | Telephone: (213) 687-5000
  | Facsimile: (213) 687-5600
4 | E-mail: tnolan@skadden.com

5 | RAOUL D. KENNEDY (Bar No. 40892)
  | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
6 | 4 Embarcadero Center, 38th Floor
  | San Francisco, California 94111-5974
7 | Telephone: (415) 984-6400
  | Facsimile: (415) 984-2698
8 | Email: rkennedy@skadden.com

9 | Attorneys for Counter-Defendants,
  | MGA ENTERTAINMENT, INC., ISAAC LARIAN, MGA ENTERTAINMENT
10 | (HK) LIMITED, and MGAE de MEXICO S.R.L. de C.V.

11 | **UNITED STATES DISTRICT COURT**

12 | **CENTRAL DISTRICT OF CALIFORNIA**

13 | **EASTERN DIVISION**

14

15 | CARTER BRYANT, an individual | ) | CASE NO. CV 04-9049 SGL (RNBx)

16 | Plaintiff, | ) | Consolidated with Case No. 04-9059 and Case No. 05-2727

17 | v. | )

18 | MATTEL, INC., a Delaware corporation | ) | **DISCOVERY MATTER**

19 | Defendant. | ) | **MGA DEFENDANTS' APPLICATION TO FILE UNDER SEAL CERTAIN EXHIBITS TO THE DECLARATION OF AMY S. PARK IN SUPPORT OF MGA DEFENDANTS' (1) REPLY IN SUPPORT OF THEIR MOTION TO QUASH SUBPOENAS OR, IN THE ALTERNATIVE, FOR PROTECTIVE ORDER, AND (2) OPPOSITION TO MATTEL'S COUNTER-MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

20 | Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | )

21 | | )

22 | | )

23 | | )

24

25 | | Hearing Date: TBD
26 | | Time: TBD.
   | | Place: TBD
27

28

---

MGA'S APPLICATION TO FILE UNDER SEAL

1    Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order entered by
2  the Court in this action, counter-defendants MGA Entertainment, Inc., Isaac Larian,
3  MGA Entertainment (HK) Limited, and MGAE de Mexico S.R.L. de C.V. (the
4  "MGA Entities") hereby respectfully request that the Court order the following to be
5  filed under seal:

6         i.      The MGA Defendant's (1) Reply in Support of their Motion to
7  Quash Subpoenas, or in the Alternative, for a Protective Order, and (2) Opposition to
8  Mattel's Counter-Motion to Compel Production of Documents, which contains
9  information reflected in the official transcript of the deposition of Veronica Marlow,
10  dated December 28, 2007.

11        ii.      The Separate Statement in Support of the MGA Defendant's (1)
12  Reply in Support of their Motion to Quash Subpoenas, or in the Alternative, for a
13  Protective Order, and (2) Opposition to Mattel's Counter-Motion to Compel
14  Production of Documents, which contains information reflected in the official
15  transcript of the deposition of Veronica Marlow, dated December 28, 2007.

16        iii.     Exhibit 10 to the Declaration of Amy S. Park in Support of the
17  MGA Defendant's (1) Reply in Support of their Motion to Quash Subpoenas, or in
18  the Alternative, for a Protective Order, and (2) Opposition to Mattel's Counter-
19  Motion to Compel Production of Documents, which is pages 2-4 and 365-366 from
20  the official transcript of the deposition of Veronica Marlow, dated December 28, 2007.

21        The December 28, 2007 Veronica Marlow deposition transcript has
22  been designated as "Confidential-Attorneys' Eyes Only" pursuant to the Protective
23  Order.

24
25
26
27
28

1

1 | DATED:     February 7, 2008

2

3                                        SKADDEN, ARPS, SLATE, MEAGHER &
                                          FLOM, LLP
4

5

6                                        _____
                                          Thomas J. Nolan
7                                        Attorneys for Counter-Defendants, MGA
                                          ENTERTAINMENT, INC., ISAAC LARIAN,
8                                        MGA ENTERTAINMENT (HK) LIMITED,
                                          AND MGAE de MEXICO S.R.L. de C.V.
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

MGA'S APPLICATION TO FILE UNDER SEAL