QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
 John B. Quinn (Bar No. 90378)
 (johnquinn@quinnemanuel.com)
 Michael T. Zeller (Bar No. 196417)
 (michaelzeller@quinnemanuel.com)
 Jon D. Corey (Bar No. 185066)
 (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBIT NO. 1 TO THE DECLARATION OF TIMOTHY L. ALGER IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA'S AND CARTER BRYANT'S JOINT MOTION TO COMPEL PRODUCTION OF PURPORTEDLY IMPROPERLY WITHHELD MATTEL DOCUMENTS<br><br>[Local Rule 79-5.1]<br><br>Hearing Date: T.B.D.<br>Time: T.B.D.<br>Place: T.B.D.<br><br>**Phase 1**<br>Discovery Cut-Off: Jan. 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

FILED Lodged (Proposed) Order
2008 FEB -8 PM 3:37
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

07209/2382137.1

APPLICATION TO FILE UNDER SEAL

## Application to File Under Seal

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, plaintiff Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal Exhibit 1 to the Declaration of Timothy L. Alger in Support of Mattel Inc.'s Opposition to MGA's and Carter Bryant's Joint Motion to Compel Production of Purportedly Improperly Withheld Mattel Documents, dated February 7, 2008 (the "Alger Declaration"). Exhibit 1 to the Alger Declaration is being filed concurrently with this Application.

Mattel has designated Exhibit 1 to the Alger Declaration as "Confidential" pursuant to the Stipulated Protective Order in this action. Accordingly, Mattel respectfully requests that the Court order that Exhibit 1 to the Alger Declaration be filed under seal.

DATED: February 8, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By _____
Timothy L. Alger
Attorneys for Mattel, Inc.