ORIGINAL

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 1, 2, 3 TO THE DECLARATION OF CYRUS S. NAIM IN SUPPORT OF MATTEL, INC.'S MEMORANDUM REGARDING THE INVESTIGATION OF ANA CABRERA AND BEATRIZ MORALES<br><br>[[Proposed] Order filed concurrently]<br><br>Date: February 11, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 1<br><br>**Phase 1**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

1         Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2 entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3 requests that the Court order filed under seal Exhibits 1, 2, and 3 to the concurrently
4 filed Declaration Of Cyrus S. Naim In Support Of Memorandum Regarding The
5 Investigation Of Ana Cabrera And Beatriz Morales (the "Declaration").

6         The Declaration attaches materials that Mattel and MGA have
7 designated as "Confidential--Attorneys' Eyes Only" pursuant to the Protective
8 Order. MGA has designated Exhibit 1 as "Confidential--Attorneys' Eyes Only."
9 Mattel has designated Exhibits 2 and 3 as "Confidential--Attorneys' Eyes Only."
10 Accordingly, Mattel requests that the Court order that the Declaration be filed under
11 seal.

13 DATED: February 8, 2008     QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

15                             By /s/ Cyrus S. Naim
16                                 Cyrus S. Naim
                                 Attorneys for Mattel, Inc.

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On February 8, 2008, I served true copies of the following document(s) described as **MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 1, 2, 3 TO THE DECLARATION OF CYRUS S. NAIM IN SUPPORT OF MATTEL, INC.'S MEMORANDUM REGARDING THE INVESTIGATION OF ANA CABRERA AND BEATRIZ MORALES** on the parties in this action as follows:

| | |
|---|---|
| Thomas J. Nolan, Esq.<br>**Skadden, Arps, Slate, Meagher & Flom LLP**<br>300 So. Grand Ave.<br>Suite 3400<br>Los Angeles CA 90071 | John W. Keker<br>Michael H. Page<br>Christa M. Anderson<br>**Keker & Van Nest, LLP**<br>710 Sansome Street<br>San Francisco, CA 94111 |
| Mark E. Overland, Esq.<br>David E. Scheper, Esq.<br>Alexander H. Cote, Esq.<br>**Overland Borenstein Scheper & Kim, LLP**<br>300 South Grand Avenue<br>Suite 2750<br>Los Angeles, CA 90071-3144 | Maria Diaz<br>**Allred, Maroko & Goldberg**<br>6300 Wilshire Blvd., Suite 1500<br>Los Angeles, CA 90048 |

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 8, 2008, at Los Angeles, California.

_____
NOW LEGAL -- Dave Quintana

07209/2169461.1