QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
|---|---|
| Plaintiff, | Consolidated with Case Nos. CV 04-09059 & CV 05-2727 |
| vs. | **DISCOVERY MATTER** |
| MATTEL, INC., a Delaware corporation, | [To Be Heard by Discovery Master Hon. Edward Infante (Ret.) Pursuant To The Court's Order Of Dec. 6, 2006] |
| Defendant. | MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 8, 9, 10, AND 11 TO THE DECLARATION OF JON D. COREY IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA DEFENDANTS' MOTION TO QUASH DEPOSITION SUBPOENAS. |
| AND CONSOLIDATED ACTIONS | |

[[Proposed] Order filed concurrently]

Hearing Date:    TBA
Time:            TBA
Place:           TBA

**Phase 1**
Discovery Cut-Off:    January 28, 2008
Pre-Trial Conference: May 5, 2008
Trial Date:           May 27, 2008

ORIGINAL

07209/2382516.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

| | |
|---|---|
| 1 | Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal Exhibits 8, 9, 10, and 11 To The Declaration Of Jon D. Corey In Support Of Mattel, Inc.'s Opposition To MGA Defendants' Motion To Quash Deposition Subpoenas ("Exhibits"). |

The Exhibits include materials that MGA and/or Bryant have designated as "Confidential" or "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order. Accordingly, Mattel requests that the Court order that the Exhibits be filed under seal.

In the alternative, Mattel requests that the Court declare that these materials are outside the definitions of "Confidential" and "Confidential--Attorneys' Eyes Only" as contained in the Stipulated Protective Order and order them to be filed as part of the public record.

DATED: February 8, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Jon D. Corey
   Jon D. Corey
   Attorneys for Mattel, Inc.