THOMAS J. NOLAN (Bar No. 66992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, CA 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600
E-mail: tnolan@skadden.com

RAOUL D. KENNEDY (Bar No. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Embarcadero Center, 38th Floor
San Francisco, California 94111-5974
Telephone: (415) 984-6400
Facsimile: (415) 984-2698
Email: rkennedy@skadden.com

Attorneys for Counter-Defendants,
MGA ENTERTAINMENT, INC., ISAAC LARIAN, MGA ENTERTAINMENT (HK) LIMITED, and MGAE de MEXICO S.R.L. de C.V.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation<br><br>Defendant.<br><br>Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>**DISCOVERY MATTER**<br><br>**MGA DEFENDANTS' APPLICATION TO FILE UNDER SEAL CERTAIN EXHIBITS TO THE DECLARATION OF AMY S. PARK IN SUPPORT OF MGA DEFENDANTS' (1) REPLY IN SUPPORT OF THEIR MOTION TO QUASH SUBPOENAS OR, IN THE ALTERNATIVE, FOR PROTECTIVE ORDER, AND (2) OPPOSITION TO MATTEL'S COUNTER-MOTION TO COMPEL PRODUCTION OF DOCUMENTS**<br><br>Hearing Date: TBD<br>Time: TBD<br>Place: TBD |

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, counter-defendants MGA Entertainment, Inc., Isaac Larian, MGA Entertainment (HK) Limited, and MGAE de Mexico S.R.L. de C.V. (the "MGA Entities") hereby respectfully request that the Court order the following to be filed under seal:

    i. The MGA Defendant's (1) Reply in Support of their Motion to Quash Subpoenas, or in the Alternative, for a Protective Order, and (2) Opposition to Mattel's Counter-Motion to Compel Production of Documents, which contains information reflected in the official transcript of the deposition of Veronica Marlow, dated December 28, 2007.

    ii. The Separate Statement in Support of the MGA Defendant's (1) Reply in Support of their Motion to Quash Subpoenas, or in the Alternative, for a Protective Order, and (2) Opposition to Mattel's Counter-Motion to Compel Production of Documents, which contains information reflected in the official transcript of the deposition of Veronica Marlow, dated December 28, 2007.

    iii. Exhibit 10 to the Declaration of Amy S. Park in Support of the MGA Defendant's (1) Reply in Support of their Motion to Quash Subpoenas, or in the Alternative, for a Protective Order, and (2) Opposition to Mattel's Counter-Motion to Compel Production of Documents, which is pages 2-4 and 365-366 from the official transcript of the deposition of Veronica Marlow, dated December 28, 2007.

The December 28, 2007 Veronica Marlow deposition transcript has been designated as "Confidential-Attorneys' Eyes Only" pursuant to the Protective Order.

DATED: February 7, 2008

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

_____
Thomas J. Nolan
Attorneys for Counter-Defendants, MGA ENTERTAINMENT, INC., ISAAC LARIAN, MGA ENTERTAINMENT (HK) LIMITED, AND MGAE de MEXICO S.R.L. de C.V.