QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>    Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**[To Be Heard By Hon. Edward Infante (Ret.) Pursuant To Order Of December 6, 2006]**<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S MOTION TO COMPEL MGA ENTERTAINMENT, INC., MGA ENTERTAINMENT (HK) LIMITED, ISAAC LARIAN, AND CARTER BRYANT TO RESPOND TO MATTEL, INC.'S FIRST SET OF REQUESTS FOR ADMISSION PROPOUNDED TO MGA ENTERTAINMENT, INC.; CARTER BRYANT; MGA ENTERTAINMENT (HK)LIMITED; AND ISAAC LARIAN; AND SEPARATE STATEMENT NO. 1 IN SUPPORT THEREOF<br><br>[[Proposed] Order filed concurrently]<br><br>Date: TBD<br>Time: TBD<br>Place: TBD<br><br>**Phase 1**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2381741.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

|   |   |
|---|---|
| 1 | Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order |
| 2 | entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully |
| 3 | requests that the Court order filed under seal (i) Mattel, Inc.'s Motion to Compel |
| 4 | MGA Entertainment, Inc., MGA Entertainment (HK) Limited, Isaac Larian, and |
| 5 | Carter Bryant to Respond to Mattel, Inc.'s First Set of Requests for Admission |
| 6 | Propounded to MGA Entertainment, Inc.; Carter Bryant; MGA Entertainment (HK) |
| 7 | Limited; and Isaac Larian ("Mattel's Motion to Compel"); and (ii) Mattel, Inc.'s |
| 8 | Separate Statement No. 1 in Support of Mattel, Inc.'s Motion to Compel MGA |
| 9 | Entertainment, Inc., MGA Entertainment (HK) Limited, Isaac Larian, and Carter |
| 10 | Bryant to Respond to Mattel, Inc.'s First Set of Requests for Admission Propounded |
| 11 | to MGA Entertainment, Inc.; Carter Bryant; MGA Entertainment (HK) Limited; and |
| 12 | Isaac Larian ("Separate Statement No. 1"). |
| 13 | Mattel's Motion to Compel and Separate Statement No. 1 include |
| 14 | materials that MGA, Carter Bryant and/or Mattel have designated as "Confidential" |
| 15 | or "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order. |
| 16 | Accordingly, Mattel requests that the Court order that Mattel's Motion to Compel |
| 17 | and Separate Statement No. 1 be filed under seal. |

DATED: February 7, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By _____
Bernard B. Smyth
Attorneys for Mattel, Inc.