QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**[To Be Heard By Hon. Edward Infante (Ret.) Pursuant To Order Of December 6, 2006]**<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL CERTAIN EXHIBTIS TO THE DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL MGA ENTERTAINMENT, INC., MGA ENTERTAINMENT (HK) LIMITED, ISAAC LARIAN, AND CARTER BRYANT TO RESPOND TO MATTEL, INC.'S FIRST SET OF REQUESTS FOR ADMISSION PROPOUNDED TO MGA ENTERTAINMENT, INC.; CARTER BRYANT; MGA ENTERTAINMENT (HK) LIMITED<br><br>[[Proposed] Order filed concurrently]<br><br>Date: TBD<br>Time: TBD<br>Place: TBD<br><br>**Phase 1**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

ORIGINAL

07209/2381753.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2  entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3  requests that the Court order filed under seal Exhibits 2-4 and 10 to the Declaration
4  of B. Dylan Proctor in Support of Mattel, Inc.'s Motion to Compel MGA
5  Entertainment, Inc., MGA Entertainment (HK) Limited, Isaac Larian, and Carter
6  Bryant to Respond to Mattel, Inc.'s First Set of Requests for Admission Propounded
7  to MGA Entertainment, Inc.; Carter Bryant; MGA Entertainment (HK) Limited; and
8  Isaac Larian ("Proctor Declaration").
9  The Proctor Declaration includes materials that MGA, Carter Bryant
10 and/or Mattel have designated as "Confidential" or "Confidential--Attorneys' Eyes
11 Only" pursuant to the Protective Order. Accordingly, Mattel requests that the Court
12 order that Exhibits 2-4 and 10 to the Proctor Declaration be filed under seal.

14 DATED: February 7, 2008       QUINN EMANUEL URQUHART OLIVER &
                                 HEDGES, LLP

16                               By  /s/ Bernard B. Smyth
17                               Bernard B. Smyth
                                 Attorneys for Mattel, Inc.