THOMAS J. NOLAN (Bar No. 66992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600
E-mail: tnolan@skadden.com

RAOUL D. KENNEDY (Bar No. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Embarcadero Center, 38th Floor
San Francisco, California 94111-5974
Telephone: (415) 984-6400
Facsimile: (415) 984-2698
Email: rkennedy@skadden.com

Attorneys for MGA Entertainment, Inc.,
MGA Entertainment (HK) Limited,
MGAE de Mexico S.R.L. de C.V., and Isaac Larian

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with Case No. 04-9059 and Case No. 05-2727 |
| v. | **DISCOVERY MATTER** |
| MATTEL, INC., a Delaware corporation, | [To be heard by Discovery Master Hon. Edward A. Infante (Ret.)] |
| Defendant. | **DECLARATION OF ANDREW C. TEMKIN IN SUPPORT OF MGA'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MATTEL'S MOTION TO COMPEL MGA TO PRODUCE COMMUNICATIONS REGARDING THIS ACTION** |
| Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | |
| | Date: TBD<br>Time: TBD<br>Place: TBD |

DECLARATION OF ANDREW C. TEMKIN IN SUPPORT OF MGA'S OPPOSITION TO MATTEL'S
MOTION TO COMPEL MGA TO PRODUCE COMMUNICATIONS REGARDING THIS ACTION

I, Andrew C. Temkin, declare as follows:

I am an associate of the law firm of Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden"), which is counsel of record for Isaac Larian, MGA Entertainment, Inc., MGA Entertainment (HK) Limited, and MGAE de Mexico S.R.L. de C.V. Except where otherwise indicated, I have personal knowledge of the following and, if called as a witness, could competently testify as follows.

1. I have worked closely with MGA's electronic discovery vendor in connection with MGA's various document productions in this case. I have also supervised and worked closely with attorneys who have reviewed the many documents produced in this case.

2. Based on my communications with MGA's electronic discovery vendor, I am informed and believe that in running searches for documents in MGA's electronic database maintained for this litigation, the vendor is able to filter emails by the name of the sender or the recipient. However, the vendor is unable to filter emails sent outside of MGA's network (or any other network) from those exchanged only internally. Stated another way, the vendor is able to capture all emails sent by or received from a particular MGA manager. But the vendor is not able to cull out documents that were exchanged only between that MGA manager and a third party.

3. MGA provided me with a list of those employees believed to be employees at the manager level and above, and I have reviewed that list. The list shows that there are 153 *current* employees serving at the manager level and above. The list shows that the total number of *current and former* employees who serve or served at the manager level and above is 204.

4. For purposes of reviewing documents identified in response to Mattel's Request No. 48 from the First Set of Request for Production to MGA, MGA would rely upon Skadden Arps' staff attorneys. Staff attorneys' time is generally billed at $270-$280 per hour.

1
DECLARATION OF ANDREW C. TEMKIN IN SUPPORT OF MGA'S OPPOSITION TO MATTEL'S
MOTION TO COMPEL MGA TO PRODUCE COMMUNICATIONS REGARDING THIS ACTION

5. I am informed by MGA's electronic discovery vendor that the cost of entering the names of the current and former managers into the search system so that a search can be run for their communications would be approximately $3,750 to $5,000. I am also informed that the cost of entering the names of the former Mattel employees into the search system so that a search can be run for their communications would be approximately $3,000 to $3,750.

6. Based on my experience with document review in this case, I estimate that an attorney can generally review approximately 50 documents per hour, depending upon the nature and length of the documents. In a ten hour period, therefore, an attorney can generally review approximately 500 documents, at a cost of approximately $2,700 to $2,800 per attorney.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 11, 2008 at Palo Alto, California.

Andrew C. Temkin