Larry McFarland (Bar No. 129668)
Christian Dowell (Bar No. 241973)
KEATS, McFARLAND & WILSON LLP
9720 Wilshire Blvd.
Penthouse Suite
Beverly Hills, CA 90212
Telephone: (310) 248-3830
Facsimile: (310) 860-0363
Email: lmcfarland@kmwlaw.com
       cdowell@kmwlaw.com

Attorneys for Lucy Arant,
Sarah Halpern, and Peter Marlow

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation;<br><br>Defendant.<br><br>AND RELATED ACTIONS. | Case No.: CV 04 – 09049 SGL (RNBx)<br>Consolidated with Case Nos.<br>CV 04-9059 and CV 05-2727<br><u>Hon. Stephen G. Larson</u><br><br>**DECLARATION OF LARRY MCFARLAND IN SUPPORT OF RESPONSE TO ORDER TO SHOW CAUSE OF LARRY MCFARLAND, LUCY ARANT, SARAH HALPERN, AND PETER MARLOW**<br><br>**[FILED UNDER SEAL PUBLIC REDACTED]**<br><br>Date:   02/25/08<br>Time:   10:00 A.M.<br>Place:  Courtroom One |

I, Larry McFarland, hereby declare as follows:

I am an attorney licensed to practice law in the State of California and am a partner at the law firm of Keats, McFarland & Wilson LLP, counsel for non-party witnesses Lucy Arant, Sarah Halpern and Peter Marlow.

I submit this Declaration in support of Response to Order to Show Cause of Larry McFarland, Lucy Arant, Sarah Halpern and Peter Marlow.  Unless otherwise stated, I have personal knowledge of the facts set forth below and, if called as a witness, I could and would competently testify thereto.

1. A true and correct copy of the Motion of Mattel, Inc. For Leave To Take Additional Discovery And Objections To Discovery Master Order Of September 28, 2007, filed November 19, 2007, is attached hereto as **Exhibit 1**.

3. True and correct copies of copyright registration numbers VA 1-218-489, VA-1-218-490, VA 1-218-487, VA 1-218-488, VA 1-218-491 and VA 1-233-273 ("Copyright Registrations"), and the corresponding Form CA Supplementory Registrations, are attached hereto as **Exhibit 2**.

4. The only communications I had with respect to the copyright applications that became the Copyright Registrations were with my clients and personnel at my firm.

5. A true and correct copy of Mattel, Inc.'s Initial Disclosures Pursuant To Rule 26, dated June 28, 2004, is attached hereto as **Exhibit 3**.

6. A true and correct copy of Mattel, Inc.'s Objections And Responses To MGA's First Set Of Interrogatories, dated March 7, 2005, is attached hereto as **Exhibit 4**.

7. A true and correct copy of Mattel, Inc.'s Supplemental Initial Disclosures Pursuant To Rule 26, dated May 16, 2005, is attached hereto as **Exhibit 5**.

8. A true and correct copy of Mattel, Inc.'s Consolidated (1) Initial Disclosures Relating To MGA's Unfair Competition Claims, And (2) Second

Supplemental Initial Disclosures Relating To Mattel's Claims Against Bryant And MGA, dated January 5, 2007, is attached hereto as **Exhibit 6**.

9.  A true and correct copy of Mattel's Supplemental Responses to MGA's First Set of Interrogatories to Mattel, Inc., dated December 7, 2007, is attached hereto as **Exhibit 7**.

10. True and correct copies of the Reply Memorandum Of Mattel, Inc. In Response To Opposition Of Carter Bryant To Motion For Leave To Take Additional Discovery And Objections To Discovery Master Order Of September 28, 2007, filed December 31, 2007, and the Reply Memorandum Of Mattel, Inc. to MGA Response To Motion For Leave To Take Additional Discovery And Objections To Discovery Master Order Of September 28, 2007, filed December 31, 2007, are attached hereto as **Exhibit 8**.

11. True and correct copies of the Notice of Deposition of MGA Entertainment, Inc. Pursuant to Federal Rule of Civil Procedure 30(b)(6); Second Notice of Deposition of MGA Entertainment, Inc. Pursuant to Federal Rule of Civil Procedure 30(b)(6); Fourth Notice of Deposition of MGA Entertainment, Inc. Pursuant to Federal Rule of Civil Procedure 30(b)(6), and Notice of Deposition of MGA Entertainment (HK) Limited Pursuant to Federal Rule of Civil Procedure 30(b)(6) are attached hereto as **Exhibit 9**.

13. A true and correct copy of the hearing transcript dated February 4, 2008, is attached hereto as **Exhibit 10**.

14. True and correct copies of trial subpoenas, dated December 12, 2007, and December 14, 2007, are attached hereto as **Exhibit 11**.

15. Between November 17, 2007, and the discovery cut-off date of January 28, 2008, attorneys for Quinn Emanuel Urquhart Oliver & Hedges, LLP ("Quinn Emanuel") were in my firm's offices to conduct document review and I met with the attorney from Quinn Emanuel during at least one of these visits.

16. A true and correct copy of the hearing transcript, dated January 7, 2008, is attached hereto as **Exhibit 12**.

17. A true and correct copy of an e-mail chain between Christopher Price of Quinn Emanuel and Mr. McFarland is attached hereto as **Exhibit 13**.

18. A true and correct copy of the Declaration of Raul Torres, dated January 17, 2008, is attached hereto as **Exhibit 14**.

19. A true and correct copy of an e-mail, sent January 27, 2008, is attached hereto as **Exhibit 15**.

20. A true and correct copy of a letter sent to Quinn Emanuel, dated January 27, 2008, is attached hereto as **Exhibit 16**.

21. A true and correct copy of relevant redacted pages of the deposition transcript for Veronica Marlow, dated December 28, 2007, is attached hereto as **Exhibit 17**.

22. I have reviewed our files, and I am unable to locate a notice of deposition for me or for the depositions of Ms. Arant, Ms. Halpern or Mr. Marlow.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 11th day of February 2008, at Beverly Hills, California.

/s/
Larry W. McFarland

- 3 -

DECLARATION OF LARRY MCFARLAND IN SUPPORT OF RESPONSE TO ORDER TO SHOW CAUSE OF LARRY MCFARLAND, LUCY ARANT, SARAH HALPERN, AND PETER MARLOW