**Carter Bryant v. Mattel Inc.**

Case No.: CV 04 – 09049 SGL (RNBx)
Consolidated with Case Nos.
CV 04-9059 and CV 05-2727
Hon. Stephen G. Larson

# EXHIBIT 15

**EXHIBIT TO:**   **DECLARATION OF LARRY MCFARLAND IN SUPPORT OF RESPONSE TO ORDER TO SHOW CAUSE OF LARRY MCFARLAND, LUCY ARANT, SARAH HALPERN, AND PETER MARLOW**

## Larry W. McFarland

**From:** Melissa Grant [melissagrant@quinnemanuel.com]
**Sent:** Sunday, January 27, 2008 11:12 AM
**To:** Larry W. McFarland; Park, Amy S; acote@obsklaw.com; Eckles, Paul M (NYC); Nolan, Thomas J (LAC); Plevan, Kenneth A (NYC); Miller, Timothy A (SFC); mpage@kvn.com; jkeker@kvn.com; canderson@kvn.com; moverland@obsklaw.com; dscheper@obsklaw.com
**Cc:** Michael T Zeller; Jon Corey; John Gordon; Dylan Proctor; David Quinto; Christopher Price; Melissa Grant
**Subject:** RE: Mattel v. Bryant

Dear Mr. McFarland:

We previously asked that you accept service on behalf Peter Marlow, but you refused. Since then, we have attempted nearly a dozen times to serve Mr. Marlow as an individual with a deposition subpoena and with document subpoenas as the designated agent for Veronica Marlow, Inc., Doll Bag, Inc., and Marlow Techno-Logic, Inc. Mr. Marlow appears to be out of town. In light of the Phase 1 discovery cut-off and the January 7, 2008 Order, we ask again whether you will extend us the professional courtesy of accepting service on Mr. Marlow's behalf. Alternatively, we ask that you and the other defendants stipulate to additional time to complete this discovery. Specifically, the stipulation would set February 11, 2008 as the deadline to depose Mr. Marlow and as the return date for document subpoenas on Marlow's three companies, and set February 25, 2008 as the deadline to move to compel further responses.

Please let us know by 9:00 a.m. Monday, January 28 if you will agree to accept service on behalf of Mr. Marlow both as an individual and as the designated agent for the Marlow's three companies, or whether you will agree to the proposed stipulation. If you will not agree, we file the requisite motion.

Melissa Grant
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Direct: (213) 443-3191
Main Phone: (213) 443-3000
Main Fax: (213) 443-3100
E-mail: melissagrant@quinnemanuel.com
Web: www.quinnemanuel.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient (s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Park, Amy S [mailto:Amy.Park@skadden.com]
**Sent:** Sunday, January 27, 2008 8:57 AM
**To:** Melissa Grant; acote@obsklaw.com; Michael T Zeller; Jon Corey; John Gordon; Dylan Proctor; Eckles, Paul M (NYC); Nolan, Thomas J (LAC); Plevan, Kenneth A (NYC); Miller, Timothy A (SFC); mpage@kvn.com; jkeker@kvn.com; canderson@kvn.com; moverland@obsklaw.com; dscheper@obsklaw.com
**Subject:** Re: Mattel v. Bryant

That's fine. I will get you a draft stip later today.

Exhibit 15
Page _____ 392

*********************************************

This email and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original copy and any copy of any email, and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.
*********************************************

----- Original Message -----
From: Melissa Grant <melissagrant@quinnemanuel.com>
To: Park, Amy S (PAL); acote@obsklaw.com <acote@obsklaw.com>; Michael T Zeller <michaelzeller@quinnemanuel.com>; Jon Corey <joncorey@quinnemanuel.com>; John Gordon <johngordon@quinnemanuel.com>; Dylan Proctor <dylanproctor@quinnemanuel.com>; Eckles, Paul M (NYC); Nolan, Thomas J (LAC); Plevan, Kenneth A (NYC); Miller, Timothy A (SFC); mpage@kvn.com <mpage@kvn.com>; jkeker@kvn.com <jkeker@kvn.com>; canderson@kvn.com <canderson@kvn.com>; moverland@obsklaw.com <moverland@obsklaw.com>; dscheper@obsklaw.com <dscheper@obsklaw.com>
Cc: Melissa Grant <melissagrant@quinnemanuel.com>
Sent: Sun Jan 27 07:29:42 2008
Subject: Re: Mattel v. Bryant

Amy,

Your counterproposal is fine with one exception, we would like 10 days to file a motion to compel if necessary. Thanks for offering to prepare the stipulation.
Melissa


----- Original Message -----
From: Park, Amy S <Amy.Park@skadden.com>
To: acote@obsklaw.com <acote@obsklaw.com>; Michael T Zeller; Jon Corey; John Gordon; Dylan Proctor; Eckles, Paul M (NYC) <Paul.Eckles@skadden.com>; Nolan, Thomas J (LAC) <Thomas.Nolan@skadden.com>; Plevan, Kenneth A (NYC) <Kenneth.Plevan@skadden.com>; Miller, Timothy A (SFC) <Timothy.Miller@skadden.com>; mpage@kvn.com <mpage@kvn.com>; jkeker@kvn.com <jkeker@kvn.com>; canderson@kvn.com <canderson@kvn.com>; moverland@obsklaw.com <moverland@obsklaw.com>; dscheper@obsklaw.com <dscheper@obsklaw.com>; Melissa Grant
Sent: Sat Jan 26 19:47:55 2008
Subject: Mattel v. Bryant

Dear Melissa,
We agree in principle with your proposal below, but the stip should make clear that (1) both  Wachovia's and MGA's responses to the new document subpoena are stayed until 7 days after Judge Infante rules on the pending motion to quash the previous  document subpoena, (2) Wachovia's responses to the deposition  subpoena are stayed until 7 days after Judge Infante rules on MGA's pending motion to quash that subpoena, and (3) we need to set a deadline  by which any motions in respect of MGA's or Wachovia's responses must be filed so that we do not have motion practice occurring into Aprill while the parties are preparing for trial.   I suggest 7 days after the responses are served.  Please let me know if you are agreeable to this.  If so, I will send you over a proposed stip.
Thank you.
Amy

_____

Counsel,

In light of the pending motion to quash the prior Wachovia deposition subpoena, Wachovia's counsel has asked that Wachovia have until 7 days after the Court's ruling on the pending motion to respond to both the deposition subpoena and the recent document subpoena.  We are writing to request that you stipulate to Wachovia's requested extension and Mattel's right to move to compel if necessary based on Wachovia's responses.

Please let us know if you will so stipulate by 5:00 p.m. Sunday.  If you will not agree, we will file the requisite motion Monday, January 28.

Melissa Grant

Exhibit 15

Page ____393____

Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Direct: (213) 443-3191
Main Phone: (213) 443-3000
Main Fax: (213) 443-3100
E-mail: melissagrant@quinnemanuel.com <mailto:melissagrant@quinnemanuel.com>
Web: www.quinnemanuel.com <blocked::http://www.quinnemanuel.com/>

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**********************************************

This email and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original copy and any copy of any email, and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.
**********************************************

--------------------------------------------------------------- *****************************************************
To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.
******************************************** *****************************************************
This email and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original copy and any copy of any email, and any printout thereof. Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request. **********************************************

---------------------------------------------------------------
******************************************************* To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein. **********************************************

****************************************************** This email and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original copy and any copy of any email, and any printout thereof. Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.
**********************************************

Exhibit 15
Page ___394___

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Carter Bryant v. Mattel Inc.**
Case No.: CV 04 – 09049 SGL (RNBx)
Consolidated with Case Nos.
CV 04-9059 and CV 05-2727
Hon. Stephen G. Larson

# EXHIBIT 16

**EXHIBIT TO:**  **DECLARATION OF LARRY MCFARLAND IN SUPPORT OF RESPONSE TO ORDER TO SHOW CAUSE OF LARRY MCFARLAND, LUCY ARANT, SARAH HALPERN, AND PETER MARLOW**

# KEATS McFARLAND & WILSON LLP

## ATTORNEYS AT LAW

TEL (310) 248-3830
FAX (310) 860-0363

9720 WILSHIRE BOULEVARD
PENTHOUSE SUITE
BEVERLY HILLS, CALIFORNIA 90212

www.kmwlaw.com

January 27, 2008

WRITER'S DIRECT DIAL

(310) 777-3750

WRITER'S EMAIL

lmcfarland@kmwlaw.com

VIA FACSIMILE
U.S. MAIL and E-MAIL

Melissa Grant, Esq.
Quinn Emanuel Urquhart Oliver & Hedges LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017

      Re:    Mattel v. Bryant

Dear Ms. Grant,

      I am writing with regard to your email to me dated Sunday, January 27, 2008.  As an initial matter, I am not aware of any federal or local rule that requires me to respond to you on less than 24 hours notice, particularly when the notice is provided on a Sunday.  Nevertheless, I think it is important that I correct your misstatement regarding Peter Marlow.  No one from your firm ever asked me whether I would accept service of a subpoena for Mr. Marlow.  With respect to your request that I agree to accept service of a subpoena on Mr. Marlow, I am not authorized to do so.

      With respect to your request that I stipulate to an extension of discovery cut-off with respect to the deposition of Mr. Marlow, I am unwilling to do this.  You have known about Peter Marlow since 2004 and yet you decided to wait until a few days before discovery cut-off to try and depose him.  That was Mattel's choice.

      Very truly yours,

Larry W. McFarland
Keats McFarland & Wilson LLP

LWM/jlt

cc:  Thomas J. Nolan
      Michael Page

Exhibit 16
Page ____ 395

01/27/2008 SUN 23:47    FAX 13108600363                                                ☑001

```
                        ********************
                        *** FAX TX REPORT ***
                        ********************

                             TRANSMISSION OK

            JOB NO.                 0689
            DESTINATION ADDRESS     2945#10595#00001#12134433100
            PSWD/SUBADDRESS
            DESTINATION ID
            ST. TIME                01/27 23:46
            USAGE T                 00'36
            PGS.                    2
            RESULT                  OK
```

# KEATS McFARLAND & WILSON LLP

## ATTORNEYS AT LAW

9720 WILSHIRE BOULEVARD
PENTHOUSE SUITE
BEVERLY HILLS, CALIFORNIA 90212
TELEPHONE (310) 248-3830
FAX (310) 860-0363

# FACSIMILE TRANSMITTAL SHEET

| To: | Melissa Grant, Esq. | From: | Larry W. McFarland, Esq. |
|---|---|---|---|
| Company: | Quinn Emanuel Urquhart Oliver & Hedges, LLP | Date: | 1/27/2008 |
| Fax No.: | 213-443-3100 | Pages: | 2 |
| Phone No.: | 213-443-3000 | Ref No.: | |
| Re: | Mattel v. Bryant | | |

☐ URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

NOTES/COMMENTS:

Please see attached correspondence.

Exhibit 16
Page _____396

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Carter Bryant v. Mattel Inc.**

Case No.: CV 04 – 09049 SGL (RNBx)
Consolidated with Case Nos.
CV 04-9059 and CV 05-2727
<u>Hon. Stephen G. Larson</u>

# <u>EXHIBIT 17</u>

**EXHIBIT TO:**    **DECLARATION OF LARRY MCFARLAND IN SUPPORT OF RESPONSE TO ORDER TO SHOW CAUSE OF LARRY MCFARLAND, LUCY ARANT, SARAH HALPERN, AND PETER MARLOW**

Veronica Marlow Deposition 12-26-07 txt.txt

```
00002
 1              UNITED STATES DISTRICT COURT
 2             CENTRAL DISTRICT OF CALIFORNIA
 3                   EASTERN DIVISION
 4
 5   CARTER BRYANT, AN            )
     INDIVIDUAL,                  )
 6                               ) CASE NO.
          PLAINTIFF,             ) CV 04-9049 SGL(RNBX)
 7                               )
     V.                          ) CONSOLIDATED WITH
 8                               ) CASE NO. 04-9059
     MATTEL, INC., A DELAWARE    )          AND
 9   CORPORATION,                ) CASE NO. 05-2727
                                 )
10        DEFENDANT.             )
     _____)
11                               )
     AND CONSOLIDATED ACTION(S)  )
12   _____)
13
14
15          CONFIDENTIAL ATTORNEYS' EYES ONLY
16          VIDEOTAPED DEPOSITION OF VERONICA
17          MARLOW, TAKEN ON BEHALF OF MATTEL,
18          INC., AT 865 SOUTH FIGUEROA STREET,
19          10TH FLOOR, LOS ANGELES, CALIFORNIA,
20          COMMENCING AT 10:14 A.M., FRIDAY,
21          DECEMBER 28, 2007, BEFORE PAULA A.
22          PYBURN, C.S.R. 7304, R.P.R., C.L.R.
23
24
25
0
00003
 1   APPEARANCES OF COUNSEL:
 2   FOR M.G.A. ENTERTAINMENT, INC.:
 3    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
      BY:   KENNETH PLEVAN, ESQ.
 4    FOUR TIMES SQUARE
      NEW YORK, NEW YORK 10036-6522
 5    (212) 735-3000
      KPLEVAN@SKADDEN.COM
 6
 7   FOR MATTEL, INC.:
 8    QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
      BY:   MICHAEL T. ZELLER, ESQ.
 9    BY:   BRIDGET A. HAULER, ESQ.
      865 SOUTH FIGUEROA STREET
10    10TH FLOOR
      LOS ANGELES, CALIFORNIA 90017-2543
11    (213) 443-3000
      MICHAELZELLER@QUINNEMANUEL.COM
12    BRIDGETHAULER@QUINNEMANUEL.COM
13
     FOR CARTER BRYANT:
14
      KEKER & VAN NEST LLP
15    BY:   CHRISTA MARTINE ANDERSON, ESQ.
      710 SANSOME STREET
16    SAN FRANCISCO, CALIFORNIA 94111
      (415) 391-5400
17    CANDERSON@KVN.COM
```

Page 1

Exhibit 17

Page _____ 397

```
                          Veronica Marlow Deposition 12-26-07 txt.txt
18
        FOR THE WITNESS:
19
        KEATS, MCFARLAND & WILSON LLP
20      BY:   LARRY W. MCFARLAND, ESQ.
        BY:   CHRISTIAN C. DOWELL, ESQ.
21      9720 WILSHIRE BOULEVARD
        PENTHOUSE SUITE
22      BEVERLY HILLS, CALIFORNIA 90212
        (310) 777-3749
23      LMCFARLAND@KMWLAW.COM
        CDOWELL@KMWLAW.COM
24
25
 []
00004
 1      ALSO PRESENT:
 2      PETER MARLOW
        MICHAEL MOORE, SENIOR COUNSEL, MATTEL, INC.
 3      STEVEN TOGAMI, J.T.V. LITIGATION SERVICES, INC.
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**REDACTED**

Exhibit 17

Page ___ 398