1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   John B. Quinn (Bar No. 090378)
2  johnquinn@quinnemanuel.com
   Michael T. Zeller (Bar No. 196417)
3  (michaelzeller@quinnemanuel.com)
   Jon D. Corey (Bar No. 185066)
4  (joncorey@quinnemanuel.com)
   Timothy L. Alger (Bar No. 160303)
5  timalger@quinnemanuel.com
   865 South Figueroa Street, 10th Floor
6  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
7  Facsimile: (213) 443-3100

8  Attorneys for Plaintiff and Counter-
   Defendant Mattel, Inc.
9

10              UNITED STATES DISTRICT COURT
11              CENTRAL DISTRICT OF CALIFORNIA
12                    EASTERN DIVISION

| | |
|---|---|
| 13  CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| 14          Plaintiff, | Consolidated With Case No. 04-9059 and Case No. 05-2727 |
| 15     vs. | AMENDED PROOF OF SERVICE |
| 16  MATTEL, INC., a Delaware corporation, | |
| 17          Defendant. | |
| 18  AND CONSOLIDATED ACTIONS. | |

07209/2386759.1

- 1 -
AMENDED PROOF OF SERVICE

1  I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017

On February 11, 2008, I served true copies of the following document(s) described as

1)  MATTEL, INC.'S NOTICE OF MOTION AND MOTION FOR LEAVE TO OBTAIN DISCOVERY AFTER THE PHASE 1 DISCOVERY CUT-OFF IN RESPONSE TO SUBPOENAS SERVED ON DOLL BAG, INC., VERONICA MARLOW, INC., MARLOW TECHNO-LOGIC, INC., PEOPLE'S BANK OF THE OZARKS AND WASHINGTON MUTUAL BANK; AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

2)  DECLARATIONS OF RUDY FLORES AND KENNETH WRIGHT IN SUPPORT OF MATTEL, INC.'S MOTION FOR LEAVE TO OBTAIN DISCOVERY AFTER THE DISCOVERY CUT-OFF IN RESPONSE TO SUBPOENAS SERVED ON DOLL BAG, INC., VERONICA MARLOW, INC., MARLOW TECHNO-LOGIC, INC., PEOPLE'S BANK OF THE OZARKS AND WASHINGTON MUTUAL BANK

3)  DECLARATION OF MELISSA GRANT IN SUPPORT OF MATTEL, INC.'S MOTION FOR LEAVE TO OBTAIN DISCOVERY AFTER THE PHASE 1 DISCOVERY AFTER THE PHASE 1 DISCOVERY CUT OFF IN RESPONSE TO SUBPOENAS SERVED ON DOLL BAG, INC., VERONICA MARLOW, INC., PEOPLE'S BANK OF THE OZARKS AND WASHINGTON MUTUAL BANK

on the parties in this action as follows:

Larry McFarland
Keats, McFarland & Wilson LLP
9720 Wilshire Blvd., Penthouse Suite
Beverly Hills, CA 90212

**BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made

Executed on February 11, 2008, at Los Angeles, California.

*/s/ Andrea Hoeven*
Andrea Hoeven

- 2 -
AMENDED PROOF OF SERVICE