THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, CA 90071-3144
Tel.: (213) 687-5000 / Fax: (213) 687-5600

RAOUL D. KENNEDY (Bar No. 40892)
(rkennedy@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Embarcadero Center, 38th Floor
San Francisco, CA 94111-5974
Tel.: (415) 984-6400 / Fax: (415) 984-2698

Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian

2008 FEB -6 AM 11:25
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY

UNITED STATED DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CARTER BRYANT, an individual,

Plaintiff,

v.

MATTEL, INC., a Delaware corporation,

Defendant.

AND CONSOLIDATED ACTIONS

CASE NO. CV 04-9049 SGL (RNBx)

Consolidated with Case No. 04-9059 and Case No. 05-2727

**DISCOVERY MATTER**

**APPLICATION TO FILE UNDER SEAL REPLY BRIEF IN SUPPORT OF MGA'S MOTION TO COMPEL MATTEL TO PRODUCE EMAIL AND OTHER ELECTRONIC DOCUMENTS AND SUPPLEMENTAL HERRINGTON DECLARATION IN SUPPORT THEREOF**

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, MGA Entertainment, Inc. ("MGA"), Isaac Larian ("Mr. Larian" or "Larian"), MGA Entertainment (HK) Limited ("MGA HK"), and MGAE de Mexico S.R.L. de C.V. ("MGA Mexico") (collectively, the "MGA Defendants") hereby respectfully request that the Court order the following documents be filed under seal: Reply Brief in Support of MGA's Motion to Compel Mattel to Produce Email and Other Electronic Documents and the Supplemental Declaration of Robert J. Herrington in support thereof. Good cause exists for filing these documents under seal because certain exhibits attached to the declaration have been designated as "Confidential" or "Confidential—Attorneys' Eyes Only" pursuant to the Protective Order, and the reply brief references these exhibits. In the alternative, the MGA Defendants request that the Court declare the exhibits to the declaration to be outside the definitions of "Confidential" and "Confidential—Attorneys' Eyes Only" as contained in the Protective Order and order them, along with the Reply and the Supplemental Declaration of Robert J. Herrington in support thereof, to be filed as part of the public record.

DATED: February 5, 2008

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By: Raoul D. Kennedy

Raoul D. Kennedy
Attorneys for MGA Entertainment, Inc.