| | |
|---|---|
| 1 | Larry McFarland (Bar No. 129668) |
| 2 | Christian Dowell (Bar No. 241973)<br>KEATS, McFARLAND & WILSON LLP |
| 3 | 9720 Wilshire Blvd.<br>Penthouse Suite |
| 4 | Beverly Hills, CA 90212<br>Telephone:  (310) 248-3830 |
| 5 | Facsimile:   (310) 860-0363<br>Email:   lmcfarland@kmwlaw.com |
| 6 | cdowell@kmwlaw.com |
| 7 | Attorneys for Lucy Arant,<br>Sarah Halpern and Peter Marlow |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation;<br><br>Defendant.<br><br>AND RELATED ACTIONS. | Case No.: CV 04 – 09049 SGL (RNBx)<br>Consolidated with Case Nos.<br>CV 04-9059 and CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>**APPLICATION TO FILE UNDER SEAL EXHIBITS 6 AND 7 TO THE DECLARATION OF LARRY W. MCFARLAND IN SUPPORT OF RESPONSE TO ORDER TO SHOW CAUSE OF LARRY MCFARLAND, LUCY ARANT, SARAH HALPERN, AND PETER MARLOW**<br><br>Date:    02/25/08<br>Time:    10:00 A.M.<br>Place:    Courtroom One |

APPLICATION TO FILE UNDER SEAL

Pursuant to <u>Local rule</u> 79-5.1 and the Stipulated Protective Order entered by the Court in this action, non-parties Lucy Arant, Sarah Halpern and Peter Marlow (collectively, the "Non-Party Witnesses") hereby respectfully request that the Court order filed under seal Exhibits 6 and 7 to the Declaration of Larry W. McFarland in Support of Response to Order to Show Cause of Larry McFarland, Lucy Arant, Sarah Halpern and Peter Marlow ("Exhibits").

The Exhibits include materials that MGA and/or Bryant have designated as "Confidential" or "Confidential – Attorneys' Eyes Only" pursuant to the Protective Order. Accordingly, Non-Party Witnesses requests that the Court order that the Exhibits be filed under seal.

Dated: February 12, 2008        KEATS MCFARLAND & WILSON LLP


/s/
Larry W. McFarland, Esq.
Attorneys for Lucy Arant, Sarah Halpern, and Peter Marlow