| | |
|---|---|
| 1 | Larry McFarland (Bar No. 129668) |
| | Christian Dowell (Bar No. 241973) |
| 2 | KEATS, McFARLAND & WILSON LLP |
| | 9720 Wilshire Blvd. |
| 3 | Penthouse Suite |
| | Beverly Hills, CA 90212 |
| 4 | Telephone:  (310) 248-3830 |
| | Facsimile:   (310) 860-0363 |
| 5 | Email:   lmcfarland@kmwlaw.com |
| |              cdowell@kmwlaw.com |
| 6 | |
| 7 | Attorneys for Lucy Arant, |
| | Sarah Halpern, and Peter Marlow |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | Case No.: CV 04 – 09049 SGL (RNBx) |
| | Consolidated with Case Nos. |
| Plaintiff, | CV 04-9059 and CV 05-2727 |
| | <u>Hon. Stephen G. Larson</u> |
| v. | |
| | **[PROPOSED] ORDER RE APPLICATION** |
| MATTEL, INC., a Delaware corporation; | **TO FILE UNDER SEAL EXHIBITS 6 and 7** |
| | **TO THE DECLARATION OF LARRY W.** |
| | **MCFARLAND IN SUPPORT OF RESPONSE** |
| Defendant. | **TO ORDER TO SHOW CAUSE OF LARRY** |
| | **MCFARLAND, LUCY ARANT, SARAH** |
| | **HALPERN AND PETER MARLOW** |
| | |
| | Date:     02/25/08 |
| | Time:    10:00 A.M. |
| AND RELATED ACTIONS. | Place:    Courtroom One |

[PROPOSED] ORDER TO FILE UNDER SEAL

1 [PROPOSED] ORDER

2

3   Based on the concurrently filed Application to File Under Seal Exhibits 6 and 7
4 to the Declaration of Larry W. McFarland in support of Response to Order to Show
5 Cause of Larry McFarland, Lucy Arant, Sarah Halpern and Peter Marlow, and good
6 cause appearing for the entry thereof, IT IS HEREBY ORDERED:
7   Exhibits 6 and 7 to the Declaration of Larry W. McFarland in support of
8 Response to Order to Show Cause of Larry McFarland, Lucy Arant, Sarah Halpern
9 and Peter Marlow, are ORDERED filed under seal pursuant to Local Rule 79-5.1.

12 Dated: February ____, 2008

13   Hon. Stephen G. Larson
    United Stated District Judge