THOMAS J. NOLAN (Bar No. 66992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, CA 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600
E-mail: tnolan@skadden.com

RAOUL D. KENNEDY (Bar No. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Embarcadero Center, 38th Floor
San Francisco, California 94111-5974
Telephone: (415) 984-6400
Facsimile: (415) 984-2698
Email: rkennedy@skadden.com

Attorneys for Counter-Defendants,
MGA ENTERTAINMENT, INC., ISAAC LARIAN, MGA ENTERTAINMENT (HK) LIMITED, and MGAE de MEXICO S.R.L. de C.V.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation<br><br>Defendant.<br><br>Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>**DISCOVERY MATTER**<br><br>[PROPOSED] ORDER GRANTING MGA DEFENDANTS' APPLICATION TO FILE UNDER SEAL CERTAIN EXHIBITS TO THE DECLARATION OF AMY S. PARK IN SUPPORT OF MGA DEFENDANTS' (1) REPLY IN SUPPORT OF THEIR MOTION TO QUASH SUBPOENAS OR, IN THE ALTERNATIVE, FOR PROTECTIVE ORDER, AND (2) OPPOSITION TO MATTEL'S COUNTER-MOTION TO COMPEL PRODUCTION OF DOCUMENTS<br><br>Hearing Date: TBD<br>Time: TBD<br>Place: TBD |

[PROPOSED] ORDER                                     Case No. CV 04-9049 (RNBx)

# [~~PROPOSED~~] ORDER

Based on the MGA Defendants' Application to File Under Seal Certain Exhibits to the Declaration of Amy S. Park in Support of MGA Defendant's (1) Reply in Support of their Motion to Quash Subpoenas, or in the Alternative, for a Protective Order, and (2) Opposition to Mattel's Counter-Motion to Compel Production of Documents, and good cause appearing, IT IS HEREBY ORDERED that:

The following are to be filed under seal pursuant to Local Rule 79-5.1:

   i.   The MGA Defendant's (1) Reply in Support of their Motion to Quash Subpoenas, or in the Alternative, for a Protective Order, and (2) Opposition to Mattel's Counter-Motion to Compel Production of Documents, which contains information reflected in the official transcript of the deposition of Veronica Marlow, dated December 28, 2007.

   ii.  The Separate Statement in Support of the MGA Defendant's (1) Reply in Support of their Motion to Quash Subpoenas, or in the Alternative, for a Protective Order, and (2) Opposition to Mattel's Counter-Motion to Compel Production of Documents, which contains information reflected in the official transcript of the deposition of Veronica Marlow, dated December 28, 2007.

   iii. Exhibit 10 to the Declaration of Amy S. Park in Support of the MGA Defendant's Reply in Support of their Motion to Quash Subpoenas, or in the Alternative, for a Protective Order, which is pages 2-4 and 365-366 from the official transcript of the deposition of Veronica Marlow, dated December 28, 2007.

IT IS SO ORDERED

Dated _____ FEB - 8 2008

/s/ Larson
United States District Judge

1

[PROPOSED] ORDER                                                   Case No. CV 04-9049 (RNBx)

1  IT IS SO ORDERED

3  DATED:                    ,2008   _____
                                     Hon. Stephen G. Larson