LODGED

KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
jkeker@kvn.com
MICHAEL H. PAGE - #154913
mpage@kvn.com
CHRISTA M. ANDERSON - #184325
canderson@kvn.com
MATTHEW M. WERDEGAR - #200470
mwerdegar@kvn.com
JOHN E. TRINIDAD - #250468
jtrinidad@kvn.com
AUDREY WALTON-HADLOCK- #250574
awaltonhadlock@kvn.com
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff
CARTER BRYANT

2008 FEB -7 PM 2:59

CLERK, U.S. DISTRICT COURT
DIST. OF CALIF.
RIVERSIDE

FILED
CLERK, U.S. DISTRICT COURT
FEB - 8 2008
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION
BY DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC. a Delaware Corporation,<br><br>Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC., v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No. CV 04-09049 SGL (RNBx)<br>(consolidated with CV 04-9059 & 05-2727<br><br>Hon. Stephen G. Larson<br><br>[~~PROPOSED~~] ORDER RE APPLICATION TO FILE UNDER SEAL EXHIBIT S TO THE PAGE DECLARATION IN SUPPORT OF BRYANT'S OPPOSITION TO MATTEL'S MOTION FOR AN ORDER ENFORCING COURT'S JANUARY 25, 2007 ORDER COMPELLING BRYANT TO PRODUCE COMPUTER HARD DRIVES AND FOR SANCTIONS<br><br>Dept: Courtroom 1<br>Judge: Hon. Stephen G. Larson<br><br>Date Comp. Filed: April 13, 2005<br><br>Discovery Cut-Off: Jan. 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

410914.01

[PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL EXHIBITS
TO THE SUPPLEMENTAL WERDEGAR DECLARATION
CASE NO. CV 04-09049 SGL (RNBx)

1 | Based on the concurrently filed Application to File Under Seal Exhibit S to the Page Declaration in Support of Bryant's Opposition to Mattel's Motion for an Order Enforcing Court's January 25, 2007 Order Compelling Bryant to Produce Computer Hard Drives and for Sanctions, and good cause appearing, IT IS HEREBY ORDERED:

Exhibit S to the Page Declaration In Support of Bryant's Opposition to Mattel's Motion for an Order Enforcing Court's January 25, 2007 Order Compelling Bryant to Produce Computer Hard Drives and for Sanctions is ORDERED filed under seal pursuant to Local Rule 79-5.1.

Dated: FEB - 8 2008, 2008

/s/ S.G. Larson
Hon. Stephen G. Larson
United States District Judge

1
[PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL EXHIBITS
TO THE SUPPLEMENTAL WERDEGAR DECLARATION
CASE NO. CV 04-09049 SGL (RNBx)

410820.01

# PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest, LLP, 710 Sansome Street, San Francisco, California 94111.

On February 7, 2008, I served the following document(s):

**[PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL EXHIBIT S TO THE PAGE DECLARATION IN SUPPORT OF BRYANT'S OPPOSITION TO MATTEL'S MOTION FOR AN ORDER ENFORCING COURT'S JANUARY 25, 2007 ORDER COMPELLING BRYANT TO PRODUCE COMPUTER HARD DRIVES AND FOR SANCTIONS**

by **FEDERAL EXPRESS**, by placing a true and correct copy in a sealed envelope addressed as shown below. I am readily familiar with the practice of Keker & Van Nest, LLP for correspondence for delivery by FedEx Corporation. According to that practice, items are retrieved daily by a FedEx Corporation employee for overnight delivery.

by **E-MAIL VIA PDF FILE**, by transmitting on this date via e-mail a true and correct copy scanned into an electronic file in Adobe "pdf" format. The transmission was reported as complete and without error.

John B. Quinn
Michael T. Zeller
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Tel: 213/443-3000
Fax: 213/443-3100
Email: johnquinn@quinnemanuel.com
Email: michaelzeller@quinnemanuel.com

Thomas J. Nolan
Skadden Arps Slate Meagher & Flom
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3144
Tel: 213/687-5000
Fax: 213/687-5600
Email: tnolan@skadden.com

Alexander H. Cote
Overland Borenstein Scheper & Kim LLP

396359.01

PROOF OF SERVICE
CASE NO. CV 04-09049 SGL (RNBx)

| | |
|---|---|
| 1 | 300 S. Grand Avenue, Suite 2750 |
| 2 | Los Angeles, California 90071<br>Tel: 213/613-4660 |
| 3 | Fax: 213/613-4656 |
| 4 | Email: acote@obsklaw.com |
| 5 | Executed on February 7, 2008, at San Francisco, California. |
| 6 | I declare under penalty of perjury under the laws of the State of California |
| 7 | that the above is true and correct. |
| 8 | KAY SHIDA |
| 9 | |
| 10 | |
| ... | |
| 28 | |

396359.01

PROOF OF SERVICE
CASE NO. CV 04-09049 SGL (RNBx)