QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

FILED
CLERK, U.S. DISTRICT COURT
FEB - 8 2008
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION
BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br><u>Hon. Stephen G. Larson</u><br><br>[~~PROPOSED~~] ORDER GRANTING MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL CERTAIN EXHIBITS TO THE SUPPLEMENTAL DECLARATION OF CHRISTOPHER TAYBACK IN SUPPORT OF MATTEL, INC.'S REPLY BRIEF IN SUPPORT OF ITS EX PARTE APPLICATION TO (1) COMPEL PRODUCTION OF ELECTRONIC MEDIA FROM THIRD-PARTIES ELISE CLOONAN, MARGARET HATCH-LEAHY, AND VERONICA MARLOW OR (2) IN THE ALTERNATIVE, MODIFY THE SCHEDULING ORDER<br><br>[Local Rule 79-5.1]<br><br>**Phase 1**<br>Discovery Cut-Off:  January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date:  May 27, 2008 |

LODGED 2008 FEB -4 AM 10:08 CLERK, U.S. DIST. COURT

07209/2375257.1

[PROPOSED] ORDER

# [PROPOSED] ORDER

Based on Mattel, Inc.'s Application to File Under Seal Exhibits A, B, C, D, E, L, M, O, P, Q, and R to the Supplemental Declaration Of Christopher Tayback In Support Of Mattel, Inc.'s Reply Brief In Support Of Its Ex Parte Application To (1) Compel Production Of Electronic Media From Third-Parties Elise Cloonan, Margaret Hatch-Leahy, And Veronica Marlow Or (2) In The Alternative, Modify The Scheduling Order, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Exhibits A, B, C, D, E, L, M, O, P, Q, and R to the Supplemental Declaration Of Christopher Tayback In Support Of Mattel, Inc.'s Reply Brief In Support Of Its Ex Parte Application To (1) Compel Production Of Electronic Media From Third-Parties Elise Cloonan, Margaret Hatch-Leahy, And Veronica Marlow Or (2) In The Alternative, Modify The Scheduling Order are ORDERED filed under seal pursuant to Local Rule 79-5.1.

*/s/ Stephen G. Larson*

STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE

DATED: FEB - 8 2008, 2007

Hon. Stephen G. Larson
United States District Judge

07209/2375257.1

-2-

[PROPOSED] ORDER