QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 90378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>[PROPOSED] ORDER GRANTING MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL THE DECLARATION JON D. COREY IN SUPPORT OF MOTION OF MATTEL, INC. TO COMPEL THE CONTINUED DEPOSITION OF ISAAC LARIAN AND TO OVERRULE INSTRUCTIONS NOT TO ANSWER [Local Rule 79-5.1]<br><br>**Phase 1**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

# [~~PROPOSED~~] ORDER

Based on Mattel, Inc.'s Application to File Under Seal the Declaration of Jon D. Corey in support of Motion of Mattel, Inc. to Compel the Continued Deposition of Isaac Larian and to Overrule Instructions Not to Answer, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

The Declaration of Jon D. Corey in support of Motion of Mattel, Inc. to Compel the Continued Deposition of Isaac Larian and to Overrule Instructions Not to Answer is ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: FEB - 8 2008, 2007

*/s/ Stephen G. Larson*
Hon. Stephen G. Larson
United States District Judge

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On February 6, 2008, I served true copies of the following document(s) described as **[PROPOSED] ORDER GRANTING MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL THE DECLARATION OF JON D. COREY ISO MOTION OF MATTEL, INC. TO COMPEL THE CONTINUED DEPOSITION OF ISAAC LARIAN AND TO OVERRULE INSTRUCTIONS NOT TO ANSWER** on the parties in this action as follows:

John W. Keker, Esq.
Michael H. Page, Esq.
Christina M. Anderson, Esq.
**Keker & Van Nest, LLP**
710 Sansome Street
San Francisco, CA 94111

**BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

**BY FEDEX:** I deposited such document(s) in a box or other facility regularly maintained by FedEx, or delivered such document(s) to a courier or driver authorized by FedEx to receive documents, in sealed envelope(s) or package(s) designated by FedEx with delivery fees paid or provided for, addressed to the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 6, 2008, at Los Angeles, California.

_A. Navarro_
Amanda Navarro

07209/2217871.1

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On February 6, 2008, I served true copies of the following document(s) described as **[PROPOSED] ORDER GRANTING MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL THE DECLARATION OF JON D. COREY ISO MOTION OF MATTEL, INC. TO COMPEL THE CONTINUED DEPOSITION OF ISAAC LARIAN AND TO OVERRULE INSTRUCTIONS NOT TO ANSWER** on the parties in this action as follows:

Thomas J. Nolan
**Skadden, Arps, Slate, Meageher & Flom LLP**
300 South Grand Ave., Ste. 3400
Los Angeles, CA 90071

Mark E. Overland
David C. Scheper
Alexander H. Cote
**Overland Borenstein Scheper & Kim LLP**
300 South Grand Avenue, Suite 2750
Los Angeles, CA 90071

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 6, 2008, at Los Angeles, California.

_____
NOW LEGAL -- Dave Quintana

07209/2217862.1