LODGED                    ORIGINAL

KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
jkeker@kvn.com
MICHAEL H. PAGE - #154913          2008 FEB -7 PM 12:49
mpage@kvn.com
CHRISTA M. ANDERSON - #184325  CLERK, U.S DISTRICT COURT
canderson@kvn.com                   CENTRAL DIST. OF CALIF.
MATTHEW M. WERDEGAR - #200470          RIVERSIDE
mwerdegar@kvn.com
JOHN E. TRINIDAD - #250468
jtrinidad@kvn.com
AUDREY WALTON-HADLOCK- #250574
awaltonhadlock@kvn.com
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff
CARTER BRYANT

FILED
CLERK. U.S. DISTRICT COURT
FEB - 8 2008
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION         BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION              BY FAX

CARTER BRYANT, an individual,

Plaintiff,

v.

MATTEL, INC. a Delaware
Corporation,

Defendant.

CONSOLIDATED WITH MATTEL,
INC., v. BRYANT and MGA
ENTERTAINMENT, INC. v.
MATTEL, INC.

Case No. CV 04-09049 SGL (RNBx)
(consolidated with CV 04-9059 & 05-2727

Hon. Stephen G. Larson

[PROPOSED] ORDER RE
APPLICATION TO FILE UNDER
SEAL EXHIBITS TO THE
SUPPLEMENTAL WERDEGAR
DECLARATION IN SUPPORT OF
BRYANT'S OPPOSITION TO
MATTEL'S MOTION TO COMPEL
RESPONSES TO
INTERROGATORIES

Dept: Courtroom 1
Judge: Hon. Stephen G. Larson

Date Comp. Filed: April 13, 2005

Discovery Cut-Off: Jan. 28, 2008
Pre-Trial Conference: May 5, 2008
Trial Date: May 27, 2008

[PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL EXHIBITS
TO THE SUPPLEMENTAL WERDEGAR DECLARATION
CASE NO. CV 04-09049 SGL (RNBx)

410820.01

1    Based on the concurrently filed Application to File Under Seal Exhibits to

2    the <u>Supplemental</u> Werdegar Declaration In Support of Bryant's Opposition to

3    Mattel's Motion to Compel Responses to Interrogatories, and good cause

4    appearing, IT IS HEREBY ORDERED:

5    Exhibits A through D and I through J to the <u>Supplemental</u> Werdegar

6    Declaration In Support of Bryant's Opposition to Mattel's Motion to Compel

7    Responses to Interrogatories are ORDERED filed under seal pursuant to <u>Local</u>

8    <u>Rule</u> 79-5.1.

9

10

11   Dated:_____FEB - 8 2008_____, 2008   _____

                                              Hon. Stephen G. Larson
12                                            United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

410820.01

## PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest, LLP, 710 Sansome Street, San Francisco, California 94111.

On February 7, 2008, I served the following document(s):

**[PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL EXHIBITS TO THE SUPPLEMENTAL WERDEGAR DECLARATION IN SUPPORT OF BRYANT'S OPPOSITION TO MATTEL'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES**

by regular **UNITED STATES MAIL** by placing a true and correct copy in a sealed envelope addressed as shown below. I am readily familiar with the practice of Keker & Van Nest, LLP for collection and processing of correspondence for mailing. According to that practice, items are deposited with the United States Postal Service at San Francisco, California on that same day with postage thereon fully prepaid. I am aware that, on motion of the party served, service is presumed invalid if the postal cancellation date or the postage meter date is more than one day after the date of deposit for mailing stated in this affidavit.

John B. Quinn
Michael T. Zeller
Quinn Emanuel Urquhart Oliver &
Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Tel: 213/443-3000
Fax: 213/443-3100
Email: johnquinn@quinnemanuel.com
Email: michaelzeller@quinnemanuel.com

Thomas J. Nolan
Skadden Arps Slate Meagher & Flom
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3144
Tel: 213/687-5000
Fax: 213/687-5600
Email: tnolan@skadden.com

396359.01

1 | Alexander H. Cote
Overland Borenstein Scheper & Kim LLP
2 | 300 S. Grand Avenue, Suite 2750
3 | Los Angeles, California 90071
Tel:   213/613-4660
4 | Fax:   213/613-4656
5 | Email :      acote@obsklaw.com

6 |        Executed on February 7, 2008, at San Francisco, California.

7 |        I declare under penalty of perjury under the laws of the State of California
8 | that the above is true and correct.

9 |                                        MAUREEN L. STONE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE
CASE NO. CV 04-09049 SGL (RNBx)