# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Carter Bryant | CASE NUMBER: |
| --- | --- |
| PLAINTIFF(S) | CV 04-09049 SGL (RNBx) |
| v. | |
| Mattel Inc. | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
APPLICATION TO FILE UNDER SEAL AND PROPOSED ORDER (TO: DECLARATION OF LARRY MCFARLAND IN SUPPORT OF RESPONSE TO ORDER TO SHOW CAUSE
[EXHIBITS UNDER SEAL - NOS. 6 & 7]

**Document Description:**

- ☐ Administrative Record
- ☐ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)
- ☑ Other  Application to Seal with Proposed Order

**Reason:**

- ☑ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☐ Per Court order dated _____
- ☑ Manual Filing required (*reason*): Protective Order applies to excerpts from depositions.

| February 12, 2008 | Larry W. McFarland, Esq. |
| --- | --- |
| Date | Attorney Name |
| | Non-Parties: Cloonan, Leahy, Marlow, Halpern |
| | Party Represented |

Note:  File one Notice in each case, each time you manually file document(s).

G-92 (02/07)        **NOTICE OF MANUAL FILING**