Larry McFarland (Bar No. 129668)
Christian Dowell (Bar No. 241973)
KEATS, McFARLAND & WILSON LLP
9720 Wilshire Blvd.
Penthouse Suite
Beverly Hills, CA 90212
Telephone:  (310) 248-3830
Facsimile:   (310) 860-0363
Email:   lmcfarland@kmwlaw.com
             cdowell@kmwlaw.com

Attorneys for AnaElise Cloonan,
Margaret Hatch-Leahy, Veronica Marlow,
and Sarah Halpern

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>                    Plaintiff,<br><br>     v.<br><br>MATTEL, INC., a Delaware corporation;<br><br>                    Defendant.<br><br>AND RELATED ACTIONS. | Case No.: CV 04 – 09049 SGL (RNBx)<br>Consolidated with Case Nos.<br>CV 04-9059 and CV 05-2727<br><br>Hon. Edward Infante<br><br>DECLARATION OF CHRISTIAN DOWELL IN SUPPORT OF OPPOSITION TO MATTEL, INC.'S MOTION TO COMPEL PRODUCTION OF FEE AGREEMENTS AND PRIVILEGE LOGS FROM LEAHY, CLOONAN, HALPERN, AND MARLOW, AND FOR SANCTIONS<br><br>Date:    N/A<br>Time:   N/A<br>Place:   N/A |

1  I, Christian C. Dowell, hereby declare as follows:

2  I am an attorney licensed to practice law in the State of California and am an associate at the law firm of Keats, McFarland & Wilson LLP, counsel for non-party witnesses in this matter, AnaElise Cloonan, Margaret Hatch-Leahy, Veronica Marlow, and Sarah Halplern (the "Non-Party Witnesses").

I submit this Declaration in Support of the Non-Party Witnesses' Opposition to Mattel, Inc.'s ("Mattel") Motion to Compel Production of Fee Agreements and Privilege Logs from Leahy, Cloonan, Halpern, and Marlow and for Sanctions ("Opposition").  Unless otherwise stated, I have personal knowledge of the facts set forth below and, if called as a witness, I could and would competently testify thereto.

1. True and correct copies of excerpts of the depositions of Ms. Leahy, Ms. Cloonan, and Ms. Marlow, are attached hereto as **Exhibit 1**.

2. A true and correct copy of an excerpt from the deposition of Lisa Tonnu taken on behalf of Mattel, dated January 24, 2008, is attached hereto as **Exhibit 2**.

3. True and correct copies of letters from Dylan Proctor, dated November 15, 2007, and November 28, 2007, are attached hereto as **Exhibit 3**.

4. True and correct copies of the Order Granting Mattel's Motion to Compel Production of Documents dated January 25, 2007, and the Order Granting Mattel's Motion to Compel Production of Documents and Interrogatory Responses by MGA, dated May 15, 2007, are attached hereto as **Exhibit 4**.

5. A true and correct copy of the Order Re Mattel's Motions to Compel Farhad Larian, Kaye Scholer and Stern & Goldbert to Produce Documents, dated January 25, 2008, is attached hereto as **Exhibit 5**.

6. True and correct copies of letters from Larry McFarland, dated December 18, 2007, and January 27, 2008, and a letter from Dylan Proctor dated January 11, 2008, are attached hereto as **Exhibit 6**.

7. True and correct copies of letters from Larry McFarland, dated November 21, 2007; December 18, 2007; January 16, 2008; and January 27, 2008, are attached hereto as **Exhibit 7**.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 12th day of February 2008, at Beverly Hills, California.

/s/ 
Christian Dowell