KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
jkeker@kvn.com
MICHAEL H. PAGE - #154913
mpage@kvn.com
CHRISTA M. ANDERSON - #184325
canderson@kvn.com
MATTHEW M. WERDEGAR - #200470
mwerdegar@kvn.com
JOHN E. TRINIDAD - #250468
jtrinidad@kvn.com
AUDREY WALTON-HADLOCK- #250574
awaltonhadlock@kvn.com
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff
CARTER BRYANT

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC. a Delaware Corporation,<br><br>Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC., v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No. CV 04-09049 SGL (RNBx) (consolidated with CV 04-9059 & 05-2727<br><br>**DISCOVERY MATTER**<br><br>[To Be Heard by Discovery Master Hon. Edward Infante (Ret.)]<br><br>**DECLARATION OF ALYSE D. BERTENTHAL IN SUPPORT OF JOINDER IN MARGARET HATCH-LEAHY'S OPPOSITION TO MATTEL INC.'S MOTION TO COMPEL FURTHER DEPOSITION OF MARGARET HATCH-LEAHY, AND TO OVERRULE INSTRUCTIONS NOT TO ANSWER, AND FOR SANCTIONS**<br><br>Date:  TBA<br>Time:  TBA<br>Dept:  Telephonic<br>Date Comp. Filed:  April 13, 2005<br>Discovery Cut-Off: Jan. 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

**CONFIDENTIAL – FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

BERTENTHAL DECLARATION ISO BRYANT'S JOINDER
IN OPPOSITION TO MOTION TO COMPEL FURTHER DEPO OF HATCH-LEAHY
CASE NO. CV 04-09049 SGL (RNBx)

410682.01

1  I, ALYSE D. BERTENTHAL, declare and state that:

2      1.    I am an attorney licensed to practice law in the State of California and am a member of the law firm of Keker & Van Nest LLP, located at 710 Sansome Street, San Francisco, California 94111, counsel for plaintiff Carter Bryant in the above-captioned action. Except where expressly stated, I have knowledge of the facts set forth herein, and if called to testify as a witness thereto, could do so competently under oath.

    2.    Attached hereto as Exhibit A are true and correct copies of excerpts from the deposition of Margaret Hatch-Leahy taken in the above captioned matter on December 12, 2007.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on February 12, 2008, at San Francisco, California.

_____
ALYSE D. BERTENTHAL

410682.01

1

BERTENTHAL DECLARATION IN SUPPORT OF BRYANT'S JOINDER
IN OPPOSITION TO MOTION TO COMPEL FURTHER DEPO OF HATCH-LEAHY
CASE NO. CV 04-09049 SGL (RNBx)

PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest, LLP, 710 Sansome Street, San Francisco, California 94111.

On February 12, 2008, I served the following document(s):

**DECLARATION OF ALYSE BERTENTHAL IN SUPPORT OF JOINDER IN MARGARET HATCH-LEAHY'S OPPOSITION TO MATTEL INC.'S MOTION TO COMPEL FURTHER DEPOSITION OF MARGARET HATCH-LEAHY, AND TO OVERRULE INSTRUCTIONS NOT TO ANSWER, AND FOR SANCTIONS;**

**CARTER BRYANT'S APPLICATION TO FILE UNDER SEAL EXHIBIT A TO THE BERTENTHAL DECLARATION IN SUPPORT OF BRYANT'S JOINDER IN MARGARET HATCH-LEAHY'S OPPOSITION TO MATTEL INC.'S MOTION TO COMPEL FURTHER DEPOSITION OF MARGARET HATCH-LEAHY, AND TO OVERRULE INSTRUCTIONS NOT TO ANSWER, AND FOR SANCTIONS**

**[PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL EXHIBIT A TO THE BERTENTHAL DECLARATION IN SUPPORT OF BRYANT'S JOINDER IN MARGARET HATCH-LEAHY'S OPPOSITION TO MATTEL'S MOTION TO COMPEL FURTHER DEPOSITION OF MARGARET HATCH-LEAHY, AND TO OVERRULE INSTRUCTIONS NOT TO ANSWER, AND FOR SANCTIONS**

by **FEDERAL EXPRESS**, by placing a true and correct copy in a sealed envelope addressed as shown below. I am readily familiar with the practice of Keker & Van Nest, LLP for correspondence for delivery by FedEx Corporation. According to that practice, items are retrieved daily by a FedEx Corporation employee for overnight delivery.

by **E-MAIL VIA PDF FILE**, by transmitting on this date via e-mail a true and correct copy scanned into an electronic file in Adobe "pdf" format. The transmission was reported as complete and without error.

| | |
|---|---|
| John B. Quinn<br>Michael T. Zeller<br>Quinn Emanuel Urquhart Oliver & Hedges, LLP<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017-2543<br>Tel:  213/443-3000<br>Fax: 213/443-3100<br>Email: johnquinn@quinnemanuel.com<br>Email: michaelzeller@quinnemanuel.com | Thomas J. Nolan<br>Skadden Arps Slate Meagher & Flom<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071-3144<br>Tel:  213/687-5000<br>Fax: 213/687-5600<br>Email: tnolan@skadden.com |

Alexander H. Cote
Overland Borenstein Scheper & Kim LLP
300 S. Grand Avenue, Suite 2750
Los Angeles, California 90071
Tel:  213/613-4660
Fax: 213/613-4656
Email :    acote@obsklaw.com

Executed on February 12, 2008, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
KAY SHIDA