Larry McFarland (Bar No. 129668)
Christian Dowell (Bar No. 241973)
KEATS, McFARLAND & WILSON LLP
9720 Wilshire Blvd.
Penthouse Suite
Beverly Hills, CA 90212
Telephone:   (310) 248-3830
Facsimile:   (310) 860-0363
Email:   lmcfarland@kmwlaw.com
            cdowell@kmwlaw.com

Attorneys for AnaElise Cloonan,
Margaret Hatch-Leahy, Veronica Marlow,
And Sarah Halpern

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation;<br><br>Defendant.<br><br>AND RELATED ACTIONS. | Case No.: CV 04 – 09049 SGL (RNBx)<br>Consolidated with Case Nos.<br>CV 04-9059 and CV 05-2727<br><br><u>Hon. Stephen Larson</u><br><br>**APPLICATION TO FILE UNDER SEAL EXHIBITS 1 AND 2 TO THE DECLARATION OF CHRISTIAN DOWELL IN SUPPORT OF THE OPPOSITION TO MATTEL, INC.'S MOTION TO COMPEL PRODUCTION OF FEE AGREEMENTS AND PRIVILEGE LOGS FROM LEAHY, CLOONAN, HALPERN, AND MARLOW, AND FOR SANCTIONS**<br><br>Date:   N/A<br>Time:   N/A<br>Place:   N/A |

Pursuant to <u>Local rule</u> 79-5.1 and the Stipulated Protective Order entered by the Court in this action, non-parties AnaElise Cloonan, Margaret Hatch-Leahy, Veronica Marlow, and Sarah Halpern (collectively, the "Non-Party Witnesses") hereby respectfully request that the Court order filed under seal Exhibits 1 and 2 to the Declaration of Christian Dowell in Support of the Opposition to Mattel's Motion to Compel Production of Fee Agreements and Privilege Logs from Leahy, Cloonan, Halpern, and Marlow and for Sanctions ("Exhibits").

The Exhibits include materials that MGA and/or Bryant have designated as "Confidential" or "Confidential – Attorneys' Eyes Only" pursuant to the Protective Order.  Accordingly, the Non-Party Witnesses requests that the Court order that the Exhibits be filed under seal.

Dated:  February 12, 2008                 KEATS MCFARLAND & WILSON LLP


                                          /s/
                                          _____
                                          Christian C. Dowell, Esq.
                                          Attorneys for AnaElise Cloonan,
                                          Margaret Hatch-Leahy, Veronica Marlow,
                                          and Sarah Halpern