Larry McFarland (Bar No. 129668)
Christian Dowell (Bar No. 241973)
KEATS, McFARLAND & WILSON LLP
9720 Wilshire Blvd.
Penthouse Suite
Beverly Hills, CA 90212
Telephone:  (310) 248-3830
Facsimile:   (310) 860-0363
Email:   lmcfarland@kmwlaw.com
            cdowell@kmwlaw.com

Attorneys for AnaElise Cloonan,
Margaret Hatch-Leahy, Veronica Marlow,
and Sarah Halpern

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>            Plaintiff,<br>   v.<br><br>MATTEL, INC., a Delaware corporation;<br><br>            Defendant.<br><br>AND RELATED ACTIONS. | Case No.: CV 04 – 09049 SGL (RNBx)<br>Consolidated with Case Nos.<br>CV 04-9059 and CV 05-2727<br><br>Hon. Stephen Larson<br><br>**[PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL EXHIBITS 1 AND 2 TO THE DECLARATION OF CHRISTIAN DOWELL IN SUPPORT OF THE OPPOSITION TO MATTEL, INC.'S MOTION TO COMPEL PRODUCTION OF FEE AGREEMENTS AND PRIVILEGE LOGS FROM LEAHY, CLOONAN, HALPERN, AND MARLOW, AND FOR SANCTIONS**<br><br>Date:    N/A<br>Time:   N/A<br>Place:   N/A |

1 | [PROPOSED] ORDER

2

3   Based on the concurrently filed Application to File Under Seal Exhibits 1 and 2
4 to the Declaration of Christian Dowell in Support of the Opposition to Mattel's
5 Motion to Compel Production of Fee Agreements and Privilege Logs from Leahy,
6 Cloonan, Halpern, and Marlow and for Sanctions, and good cause appearing for the
7 entry thereof, IT IS HEREBY ORDERED:

8   Exhibits 1 and 2 to the Declaration of Christian Dowell in Support of the
9 Opposition to Mattel's Motion to Compel Production of Fee Agreements and
10 Privilege Logs from Leahy, Cloonan, Halpern, and Marlow and for Sanctions, are
11 ORDERED filed under seal pursuant to Local Rule 79-5.1.

14 Dated: February ____, 2008

15   Hon. Stephen G. Larson
    United Stated District Judge