QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>MATTEL, INC.'S RESPONSE TO VERONICA MARLOW'S NOTICE OF MATTEL'S FAILURE TO SERVE MATTEL'S MOTION FOR LEAVE TO OBTAIN DISCOVERY AFTER THE PHASE 1 DISCOVERY CUT-OFF IN RESPONSE TO SUBPOENAS SERVED ON DOLL BAG, INC., VERONICA MARLOW, INC., MARLOW TECHNO-LOGIC, INC. PEOPLE'S BANK OF THE OZARKS AND WASHINGTON MUTUAL BANK<br><br>Hearing Date: N/A<br>Time: N/A<br>Place: Telephonic<br><br>**Phase 1**<br>Discovery Cut-off: January 28, 2008<br>Pre-trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

1       Non-party witness Veronica Marlow's counsel, Larry McFarland, complains that Mattel did not serve him with an unredacted declaration filed in support of Mattel's Motion for Leave to Obtain Discovery After the Discovery Cut-off in Response to Subpoena Served on Doll Bag, Inc., Veronica Marlow, Inc., Marlow Techno-Logic, Inc., People's Bank of the Ozarks, and Washington Mutual Bank (the "Motion"). But Mr. McFarland did not advise Mattel or the Court until more than a week after the Motion was filed that he purportedly represents Peter Marlow and the three Marlow-related entities for which Mr. Marlow is the designated agent for service of process, despite Mattel's request that Mr. McFarland accept service on Mr. Marlow's behalf of certain subpoenas. Mattel has since served the Motion and the unredacted supporting declaration on Mr. McFarland.[1]

      In addition, Mattel timely filed the Motion on January 28, 2008, and noticed it for hearing before Judge Larson because the Motion requests leave to obtain discovery after the Phase 1 discovery cut-off set by Judge Larson's scheduling order. By Order dated February 4, 2008, however, Judge Larson directed the parties to present all discovery matters, including those impacting the scheduling order, to Judge Infante in the first instance. Accordingly, Mattel filed concurrently herewith a Notice of Change of Hearing of the Motion, notifying the parties and the Court that the hearing on the Motion, previously noticed for February 25, 2008 at 10:00 in the courtroom of the Hon. Stephen G. Larson in the above-entitled court, has been changed to a telephone conference before the Discovery Master, on a date and at a time to be determined by Judge Infante.

---

[1] Mr. McFarland refers obliquely in the Notice to a supposed problem with service of the underlying Motion. Mattel was not to blame for any service problem that Mr. McFarland appears to be complaining about. And, in any event, whatever problem may have existed has since been resolved,

07209/2387797.1

MATTEL'S RESPONSE TO VERONICA MARLOW'S NOTICE

| | | |
|---|---|---|
| 1 | DATED: February 12, 2008 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
| 2 | | |
| 3 | | |
| 4 | | By /s/ _____<br>Melissa Grant<br>Attorneys for Plaintiff Mattel, Inc. |