QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>[To Be Heard By Discovery Master Hon. Edward Infante (Ret.)]<br><br>DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S *EX PARTE* APPLICATION (1) TO STRIKE CARTER BRYANT'S MOTION TO COMPEL RESPONSES TO DISCOVERY REQUESTS, AND (2) TO STAY TIME FOR FILING ANY OPPOSITION THERETO PENDING REVIEW<br><br>Hearing Date: TBA<br>Time: TBA<br>Place: TBA<br><br>**Phase 1**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2387319.1

DECLARATION OF B. DYLAN PROCTOR

# DECLARATION OF B. DYLAN PROCTOR

I, B. Dylan Proctor, declare as follows:

1. I am a member of the bar of the State of California and a partner of Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel") I make this declaration in support of Mattel's *Ex Parte* Application (1) to Strike Carter Bryant's Motion to Compel Responses to Discovery Requests, and (2) to Stay Time for Filing Any Opposition Thereto Pending Review. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Mattel gave notice of this application to all counsel on February 11, 2008. Attached as Exhibit 1 is a true and correct copy of a letter that I sent to counsel for Bryant, the MGA defendants, and Carlos Gustavo Machado Gomez on February 11, 2008.

3. In response, counsel for Bryant sent an email indicating that he opposes the application. A true and correct copy of his email, and Mattel's response, is attached hereto as Exhibit 2. A true and correct copy of Bryant's counsel's further response is attached as Exhibit 3.

4. Attached as Exhibit 4 is a true and correct copy of Court's Minute Order Re Scheduling Conference Pursuant to FRCP 16(b), dated February 12, 2007.

5. Attached as Exhibit 5 is a true and correct copy of the Stipulation to Continue Phase One Trial Date and Schedule, dated July 13, 2007.

6. Attached as Exhibit 6 is a true and correct copy of Court's Minute Order Continuing Previously Scheduled Dates for Phase One, dated July 13, 2007.

7. Attached as Exhibit 7 is a true and correct copy of Court's Minute Order Regarding Status Conference, dated October 31, 2007.

8. Attached as Exhibit 8 is a true and correct copy of the Stipulation Re: the Deposition of Ron Brawer, dated January 28, 2008.

9. Attached as Exhibit 9 is a true and correct copy of the Stipulation Re: the Deposition of Farhad Larian, dated January 23, 2008.

10. Attached as Exhibit 10 is a true and correct copy of the Stipulation Regarding Extension of Time to Respond and Object to Requests for Admission, dated January 25, 2008.

11. Attached as Exhibit 11 is a true and correct copy of the Stipulation Regarding Extension of Time to Move to Compel Responses to Mattel, Inc.'s Fifth Set of Requests for Admission to Carter Bryant, dated January 27, 2008.

12. Attached as Exhibit 12 is a true and correct copy of MGA's Memorandum of Points and Authorities in Opposition to Mattel's Motion to Compel Production of Documents by MGA in response to Mattel's Fifth Set of Requests for Documents and Things to MGA, dated February 7, 2008.

13. Attached as Exhibit 13 is a true and correct copy of MGA Defendants' Opposition to Mattel, Inc.'s *Ex Parte* Application to Enforce Court Orders Compelling Production of Tangible Items, dated January 25, 2008.

14. Attached as Exhibit 14 is a true and correct copy of Bryant's First Set of Requests for Admission.

15. Attached as Exhibit 15 is a true and correct copy of Bryant's Second Set of Requests for Admission.

16. Attached as Exhibit 16 is a true and correct copy of Bryant's Second Set of Interrogatories.

17. Attached as Exhibit 17 is a true and correct copy of Bryant's Fourth Set of Requests for Production.

18. Mattel served objections and responses to Bryant's First and Second Sets of Requests for Admission and Second Set of Interrogatories on January 28, 2008. Mattel served objections and responses to Bryant's Fourth Set of Requests for Production on February 6, 2008. The parties subsequently met and conferred on February 6, 2008. Attached as Exhibit 18 is a true and correct copy of an e-mail that

1 | Matthew Werdegar, counsel for Carter Bryant, sent me on February 6, 2008
2 | purporting to summarize that conference. My response letter, correctly
3 | summarizing the parties' discussion, is attached as Exhibit 19.

4 |     19.    Attached as Exhibit 20 is a true and correct copy of a letter I sent to Mr.
5 | Werdegar on February 8, reaffirming Mattel's position that Phase One discovery
6 | motions filed after the Phase One discovery cut-off are untimely. I did not receive a
7 | response to this letter.

8 |     20.    Attached as Exhibit 21 is a true and correct copy of Bryant's Motion to
9 | Compel Responses to Discovery Requests, dated February 8, 2008. The motion to
10 | compel filed by Bryant addresses at least 370 discovery requests.

11 |     21.    Attached as Exhibit 22 is a true and correct copy of a letter I sent to
12 | Thomas Nolan and Michael Page, dated December 31, 2007.

13 |     22.    Attached as Exhibit 23 is a true and correct copy of a letter I sent to
14 | Thomas Nolan and Michael Page, dated January 3, 2008.

15 |     23.    Attached as Exhibit 24 is a true and correct copy of relevant excerpts
16 | from the Transcript of the February 4, 2008 hearing.

17 |     24.    At the January 3, 2008 motion hearing, the Discovery Master
18 | encouraged the parties, out of the presence of the Court Reporter, to spend the
19 | remainder of January taking depositions because motions to compel on underlying
20 | Phase One written discovery could be heard after the Court's January 28, 2008
21 | discovery cut-off, provided they were filed before the cut-off.

22 |     I declare under penalty of perjury under the laws of the United States of
23 | America that the foregoing is true and correct.

24 |     Executed on February 12, 2008, at Los Angeles, California.

B. Dylan Proctor