Larry McFarland (Bar No. 129668)
Christian Dowell (Bar No. 241973)
KEATS, McFARLAND & WILSON LLP
9720 Wilshire Blvd.
Penthouse Suite
Beverly Hills, CA 90212
Telephone:  (310) 248-3830
Facsimile:   (310) 860-0363
Email:   lmcfarland@kmwlaw.com
         cdowell@kmwlaw.com

Attorneys for Margaret Hatch-Leahy

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| CARTER BRYANT, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MATTEL, INC., a Delaware corporation;<br><br>　　　　　Defendant.<br><br>AND RELATED ACTIONS. | Case No.: CV 04 – 09049 SGL (RNBx)<br>Consolidated with Case Nos.<br>CV 04-9059 and CV 05-2727<br><u>Hon. Edward Infante</u><br><br>**DECLARATION OF CHRISTIAN DOWELL IN SUPPORT OF NON-PARTY MARGARET HATCH-LEAHY'S OPPOSITION TO MATTEL'S MOTION TO COMPEL ADDITIONAL DEPOSITION TESTIMONY AND PRODUCTION OF DOCUMENTS**<br><br>Hearing Date:　N/A<br>Time:　　　　　N/A<br>Place:　　　　　N/A |
|---|---|

I, Christian Dowell, hereby declare as follows:

I am an attorney licensed to practice law in the State of California and am an associate at the law firm of Keats, McFarland & Wilson LLP, counsel for non-party Margaret Hatch-Leahy.

I submit this Declaration in support of non-party Margaret Hatch-Leahy's Opposition to Mattel's Motion to Compel Additional Deposition Testimony and Production of Documents. Unless otherwise stated, I have personal knowledge of the facts set forth below and, if called as a witness, I could and would competently testify thereto.

1. A true and correct copy of a hearing transcript, dated February 4, 2008, is attached hereto as **Exhibit 1**.

2. A true and correct copy of a subpoena, dated May 23, 2007, is attached hereto as **Exhibit 2**.

3. A true and correct copy of a letter sent by counsel for Ms. Leahy, dated September 27, 2007, is attached hereto as **Exhibit 3**.

4. A true and correct copy of the deposition transcript of Ms. Leahy, dated December 12, 2007, is attached hereto as **Exhibit 4**.

5. True and correct copies of the Notice of Deposition of MGA Entertainment, Inc. Pursuant to Federal Rule of Civil Procedure 30(b)(6); Second Notice of Deposition of MGA Entertainment, Inc. Pursuant to Federal Rule of Civil Procedure 30(b)(6); Fourth Notice of Deposition of MGA Entertainment, Inc. Pursuant to Federal Rule of Civil Procedure 30(b)(6), and Notice of Deposition of MGA Entertainment (HK) Limited Pursuant to Federal Rule of Civil Procedure 30(b)(6) are attached hereto as **Exhibit 5**.

6. A true and correct copy of a letter sent by counsel for Ms. Leahy, dated August 14, 2007, is attached hereto as **Exhibit 6**.

7. A true and correct copy of a hearing transcript, dated November 20, 2007, is attached hereto as **Exhibit 7**.

8. A true and correct copy of a letter sent by counsel for Mattel, dated October 16, 2007, is attached hereto as **Exhibit 8**.

9. A true and correct copy of a letter sent by counsel for Ms. Leahy, dated November 13, 2007, is attached hereto as **Exhibit 9**.

10. A true and correct copy of a letter sent by counsel for Ms. Leahy, dated November 14, 2007, is attached hereto as **Exhibit 10**.

11. A true and copy of subpoena responses, dated December 11, 2007, are attached hereto as **Exhibit 11**.

12. A true and correct copy of a letter sent by counsel for Ms. Leahy, dated November 12, 2007, is attached hereto as **Exhibit 12**.

13. A true and correct copy of Mattel's <u>Ex</u> <u>Parte</u> Application to (1) Compel Depositions of Elise Cloonan, Margaret Hatch-Leahy, and Veronica Marlow or (2) in the Alternative, Modify the Scheduling Order, filed November 15, 2007, is attached hereto as **Exhibit 13**.

14. A true and correct copy of a Minute Order, dated November 20, 2007, is attached hereto as **Exhibit 14**.

15. True and correct copies of letters sent between counsel for Ms. Leahy and counsel for Mattel are attached hereto as **Exhibit 15**.

16. True and correct copies of letters sent between counsel for Ms. Leahy and counsel for Mattel are attached hereto as **Exhibit 16**.

17. I organized and brought to Ms. Leahy's deposition separate redwells containing a three-dimensional objects and the corresponding photographs of the objects, each photograph having a Bates number. These photographs with Bates numbers were used by Mattel at Ms. Leahy's deposition and were introduced as exhibits.

18. A true and correct copy of the Order Re Mattel's Motions to Compel Farhad Larian, Kaye Scholer and Stern & Goldbert to Produce Documents, entered by Judge Infante on January 25, 2008, is attached hereto as **Exhibit 17**.

1    19.   A true and correct copy of a letter sent by counsel for Ms. Leahy, dated October 26, 2007, is attached hereto as **Exhibit 18**.

20.   A true and correct copy of a letter sent to counsel for Mattel, dated December 11, 2007, is attached hereto as **Exhibit 19**.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 12th day of February 2008, at Beverly Hills, California.

/s/
Christian Dowell