**Carter Bryant v. Mattel Inc.**
Case No.: CV 04 – 09049 SGL (RNBx)
Consolidated with Case Nos.
CV 04-9059 and CV 05-2727
Hon. Stephen G. Larson

# EXHIBIT 6

**EXHIBIT TO:** DECLARATION OF CHRISTIAN DOWELL IN SUPPORT OF NON-PARTY MARGARET HATCH-LEAHY'S OPPOSITION TO MATTEL'S MOTION TO COMPEL ADDITIONAL DEPOSITION TESTIMONY AND PRODUCTION OF DOCUMENTS

# KEATS McFARLAND & WILSON LLP

### ATTORNEYS AT LAW

TEL (310) 248-3830
FAX (310) 860-0363

9720 WILSHIRE BOULEVARD
PENTHOUSE SUITE
BEVERLY HILLS, CALIFORNIA 90212

www.kmwlaw.com

WRITER'S DIRECT DIAL

(310) 777-3750

WRITER'S EMAIL

lmcfarland@kmwlaw.com

August 14, 2007

Via Federal Express

Susan Wines, Esq.
Quinn Emanuel Urquhart Oliver & Hedges LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017

    Re:    Mattel v. Bryant

Dear Ms. Wines:

    Enclosed please find additional pages, Bates Nos. KMW-L 00077-00105, from the personal journal of Margaret Hatch-Leahy in response to the subpoena issued to Ms. Hatch-Leahy. Please note that these documents have been designated as CONFIDENTIAL pursuant to the Protective Order dated January 4, 2005. In addition, please note that while Jennifer Lewis had requested particular pages with numerical figures under the heading "MFCU," such pages have been determined by Ms. Hatch-Leahy to be non-responsive to the subpoena. Thus, they are not included herein.

                         Very truly yours,

                         Larry W. McFarland
                         Keats McFarland & Wilson LLP

cc: Jennifer Lewis, Esq.

Enclosures

EXHIBIT 6
PAGE 78