**Carter Bryant v. Mattel Inc.**
Case No.: CV 04 – 09049 SGL (RNBx)
Consolidated with Case Nos.
CV 04-9059 and CV 05-2727
<u>Hon. Stephen G. Larson</u>

# EXHIBIT 8

**EXHIBIT TO:** DECLARATION OF CHRISTIAN DOWELL IN SUPPORT OF NON-PARTY MARGARET HATCH-LEAHY'S OPPOSITION TO MATTEL'S MOTION TO COMPEL ADDITIONAL DEPOSITION TESTIMONY AND PRODUCTION OF DOCUMENTS

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

October 16, 2007

<u>VIA FACSIMILE AND U.S. MAIL</u>

Larry McFarland, Esq.
Keats McFarland & Wilson LLP
9720 Wilshire Boulevard, Penthouse Suite
Beverly Hills, California 90212

Re:   <u>Mattel, Inc. v. Bryant et al.</u>

Dear Larry:

I am writing about two matters.

First, thank you for your letter of earlier today regarding Ms. Leahy and Ms. Halpern. Please provide us with alternative dates for their depositions in the early to mid-November time frame.

Second, I have been informed that last week you sent an e-mail to my former partner, Susan Wines, regarding the delivery of documents from your clients' hard drives. As you know, Susan is no longer with our firm. Please send any future communications to my attention or the attention of my partner Dylan Proctor, not to Susan. It also appears there was some misunderstanding. The expert understood that you had agreed that the documents could be provided to you in electronic format. However, in light of your e-mail request to Susan, we have confirmed with the expert that he will provide the documents to you in paper format in the manner specified by the protocol. You can expect to receive them shortly, but please let me know if you do not.

quinn emanuel urquhart oliver & hedges, llp

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100

OCT 16 2007 17:48        EXHIBIT 8         12134433100        PAGE 22
                         PAGE 188

I look forward to hearing from you.

Very truly yours,

*Michael Zeller* O.S,

Michael T. Zeller

07209/2239565 1

OCT 16 2007 17:48   EXHIBIT 8   PAGE 189   12134433100   PAGE.23