**Carter Bryant v. Mattel Inc.**
Case No.: CV 04 – 09049 SGL (RNBx)
Consolidated with Case Nos.
CV 04-9059 and CV 05-2727
Hon. Stephen G. Larson

# EXHIBIT 9

**EXHIBIT TO:** DECLARATION OF CHRISTIAN DOWELL IN SUPPORT OF NON-PARTY MARGARET HATCH-LEAHY'S OPPOSITION TO MATTEL'S MOTION TO COMPEL ADDITIONAL DEPOSITION TESTIMONY AND PRODUCTION OF DOCUMENTS

# KEATS McFARLAND & WILSON LLP

### ATTORNEYS AT LAW

TEL (310) 248-3830  
FAX (310) 860-0363

9720 WILSHIRE BOULEVARD  
PENTHOUSE SUITE  
BEVERLY HILLS, CALIFORNIA 90212

WRITER'S DIRECT DIAL  
(310) 777-3750

WRITER'S EMAIL  
lmcfarland@kmwlaw.com

www.kmwlaw.com

November 13, 2007

VIA FACSIMILE, E-MAIL and U.S. MAIL

B. Dylan Proctor, Esq.  
Quinn Emanuel Urquhart Oliver & Hedges LLP  
865 South Figueroa Street, 10th Floor  
Los Angeles, California 90017

Re: Mattel v. Bryant

Dear Dylan:

I am writing in response to your letter dated November 9, 2007.

As I stated in my letter dated November 5, 2007, I have no objection to an attorney from your office reviewing the original day planner for a second time. November 15, 2007, is fine for the review, however I am not available in the morning. I will make myself available at 4:00 p.m.

With respect to your statement that you will have a photographer also attend, I never agreed to this, and I do not understand what you intend for the photographer to do. If your intention is to have the photographer take pictures of the entire journal, this is not acceptable. The point is to allow your firm another opportunity to review the entire journal, as Ms. Lewis did, to confirm that there are not any portions that are relevant to this case which have not been produced.

Please let me know what your intentions are with respect to the photographer prior to arriving here on Thursday.

Very truly yours,

Larry W. McFarland  
Keats McFarland & Wilson LLP

LWM/jlt

cc: Thomas J. Nolan  
    Michael Page

EXHIBIT 2  
PAGE 120