1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## Carter Bryant v. Mattel Inc.

Case No.: CV 04 – 09049 SGL (RNBx)
Consolidated with Case Nos.
CV 04-9059 and CV 05-2727
Hon. Stephen G. Larson

# **EXHIBIT 11**

**EXHIBIT TO:**   DECLARATION OF CHRISTIAN DOWELL IN SUPPORT OF NON-PARTY MARGARET HATCH-LEAHY'S  OPPOSITION TO MATTEL'S MOTION TO COMPEL ADDITIONAL DEPOSITION TESTIMONY AND PRODUCTION OF DOCUMENTS

1  Larry McFarland (Bar No. 129668)
2  Christian C. Dowell (Bar No. 241973)
   KEATS, McFARLAND & WILSON LLP
3  9720 Wilshire Blvd.
   Penthouse Suite
4  Beverly Hills, CA 90212
   Telephone:  (310) 248-3830
5  Facsimile:   (310) 860-0363
   Emails: lmcfarland@kmwlaw.com
6          cdowell@kmwlaw.com

7  Attorneys for
   Margaret Hatch-Leahy
8

9              UNITED STATES DISTRICT COURT

10            CENTRAL DISTRICT OF CALIFORNIA

11                 EASTERN DIVISION

12

| | |
|---|---|
| CARTER BRYANT, an individual, | Case No.: CV 04 – 09049 SGL (RNBx) |
| Plaintiff, | Consolidated with Case Nos. CV 04-9059 and CV 05-2727 |
| v. | |
| MATTEL, INC., a Delaware corporation; | MARGARET HATCH-LEAHY'S RESPONSES AND OBJECTIONS TO MATTEL'S SUBPOENA FOR PRODUCTION OF DOCUMENTS DATED NOVEMBER 28, 2007 |
| Defendant. | |
| AND RELATED ACTIONS. | |

EXHIBIT ___11___
PAGE ___123___

1   Margaret Hatch-Leahy ("Leahy") hereby objects to the Requests for Production

2   ("Requests") made by Mattel, Inc. ("Mattel") in its third-party subpoena on Leahy dated

3   November 28, 2007 (the "Leahy Subpoena").

4   **PRELIMINARY STATEMENT AND RESERVATION OF RIGHTS**

5   Leahy is not a party to the above-entitled action.  Leahy is not permitted to

6   conduct discovery in this action and has not completed an investigation of the facts

7   related to this action. Consequently, the following responses are given without

8   prejudice to Leahy's right to amend or supplement her objections and responses

9   herein, if necessary, at a later date.  Except for those facts expressly admitted herein,

10  no admissions of any nature whatsoever are implied or should be inferred.

11  Furthermore, Leahy's responses are not to be construed as admissions that any of the

12  requested documents exist or that any contentions or assumptions in the Requests,

13  whether implicit or explicit, are correct.

14  Leahy makes these responses and objections without waiving, or intending to

15  waive, her motion to quash the subpoena to which these responses are addressed.

16  **GENERAL OBJECTIONS**

17  1.   The following General Objections apply to each of the Requests and are

18  incorporated by reference in each of the specified responses set forth below, as though

19  fully set forth therein. The failure to mention one of the following objections in any of

20  the specific responses to the Requests set forth below shall not be deemed a waiver or

21  limitation of any such objection.

22  2.   Leahy objects to each Request to the extent that it violates her United

23  States and California constitutional, statutory and common law rights of privacy in her

24  financial and confidential information.

25  3.   Leahy objects to Mattel's "Definitions" and "Instructions" to the extent

26  that they seek to impose obligations on Leahy beyond those required by the Federal

27  Rules of Civil Procedure or the Local Rules of this Court.

28

MARGARET HATCH-LEAHY'S RESPONSES
AND OBJECTIONS TO MATTEL'S SUBPOENA
FOR PRODUCTION OF DOCUMENTS

EXHIBIT    11
PAGE    124

1    4.    Leahy objects to each Request to the extent that it seeks the production of
2    documents beyond those required to be produced by the Federal Rules of Civil
3    Procedure or the Local Rules of this Court.

4    5.    Leahy objects to each Request to the extent that it seeks documents
5    protected by the attorney-client privilege, attorney work product doctrine, joint
6    defense privilege, common interest privilege or any other applicable privilege or
7    doctrine. To the extent that any document falling within the scope of any applicable
8    privilege or doctrine is inadvertently disclosed in responding to any Request, such
9    disclosure does not constitute a waiver or limitation of the applicable privilege. Any
10   discovery resulting in such disclosure should be returned to Leahy upon demand and
11   without any waiver of any kind.

12   6.    Leahy objects to each Request to the extent that it seeks the production of
13   documents containing information of a confidential, competitively sensitive,
14   proprietary, or trade secret nature pertaining to Leahy and to any third parties to whom
15   she may have a confidentiality obligation (collectively, "Confidential Information").

16   7.    Leahy objects to each and every document request that utilizes the
17   defined terms YOU or YOUR as being vague, ambiguous, overly broad and unduly
18   burdensome, particularly given Leahy's status as a non-party. The breadth of Mattel's
19   Requests is underscored by Mattel's attempt to include in the definition of the terms
20   YOU and YOUR "any other PERSON acting on YOUR behalf, pursuant to YOUR
21   authority or subject to YOUR control." Leahy will respond as though YOU and
22   YOUR refer to Leahy and to Leahy only.

23   8.    Leahy objects to each and every Request that utilizes the defined term
24   PLANNER(S) on the grounds that such phrase is vague, ambiguous, overly broad,
25   unduly burdensome and may be read to encompass information not relevant to any
26   claim or defense in this action nor reasonably calculated to lead to the discovery of
27   admissible evidence, and requiring the production of Confidential Information.

28

MARGARET HATCH-LEAHY'S RESPONSES
AND OBJECTIONS TO MATTEL'S SUBPOENA
FOR PRODUCTION OF DOCUMENTS

EXHIBIT    ||
PAGE    |25

1    9.    Leahy objects to each and every Request that seeks documents from

2    Leahy that also may be in the possession of a party to this litigation.

3                    **SPECIFIC OBJECTIONS AND RESPONSES**

4    REQUEST FOR PRODUCTION A:

5         The ORIGINAL of YOUR PLANNER(S).

6    RESPONSE TO REQUEST FOR PRODUCTION A:

7         Leahy refers to and incorporates herein all of the General Objections set forth

8    above.  Leahy objects to the extent that this request calls for documents containing

9    Confidential Information.  Leahy further objects to this request as unduly burdensome.

10   Leahy also objects on the grounds that Mattel has not demonstrated a need for production

11   of the ORIGINAL PLANNER at this time that outweighs the burden imposed on Leahy, a

12   nonparty, particularly to the extent that the ORIGINAL PLANNER contains confidential

13   information which disclosure of would place Leahy in breach of contract with third

14   parties.  Leahy objects to this request on the grounds that it seeks documents that are not

15   relevant to any claim or defense in this litigation, nor likely to lead to the discovery of

16   admissible evidence.  Leahy further objects on the grounds that Leahy has already

17   produced the ORIGINAL PLANNER for inspection by counsel for Mattel and counsel has

18   already selected the relevant portions of the PLANNER, which have been produced.

19   Leahy responds that, subject to and without waiving any objections, Leahy will again

20   produce the ORIGINAL PLANNER for inspection on December 12, 2007, but will block

21   from view any and all non-relevant and confidential portions of the PLANNER.

22   REQUEST FOR PRODUCTION B:

23        The ORIGINALS of the documents produced by YOU in this action or

24   associated with the documents produced by YOU in this action or associated with the

25   documents produced by YOU in this action with the following Bates numbers:

26        1.    SABW-L 000050

27        2.    KMW-L 00078.02

28



EXHIBIT    11

PAGE    96

- 3 -

MARGARET HATCH-LEAHY'S RESPONSES
AND OBJECTIONS TO MATTEL'S SUBPOENA
FOR PRODUCTION OF DOCUMENTS

| | | |
|---|---|---|
| 1 | 3. | KMW-L 00079.02 |
| 2 | 4. | KMW-L 00083.02 |
| 3 | 5. | KMW-L 00085.02 |
| 4 | 6. | KMW-L 00087.02 |
| 5 | 7. | KMW-L 00088.02 |
| 6 | 8. | KMW-L 00089.02 |
| 7 | 9. | KMW-L 00091.02 |
| 8 | 10. | KMW-L 00094.02 |
| 9 | 11. | KMW-L 00096.02 |
| 10 | 12. | KMW-L 00101.02 |
| 11 | 13. | KMW-L 00109 |
| 12 | 14. | KMW-L 00117 |
| 13 | 15. | KMW-L 00129 |
| 14 | 16. | KMW-L 00145 |
| 15 | 17. | KMW-L 00147 |
| 16 | 18. | KMW-L 00152 |
| 17 | 19. | KMW-L 00159 |
| 18 | 20. | KMW-L 00160 |
| 19 | 21. | KMW-L 00166 |
| 20 | 22. | KMW-L 00167 |
| 21 | 23. | KMW-L 00169 |
| 22 | 24. | KMW-L 00174 |
| 23 | 25. | KMW-L 00175 |
| 24 | 26. | KMW-L 00182 |
| 25 | 27. | KMW-L 00183 |
| 26 | 28. | KMW-L 00184 |
| 27 | 29. | KMW-L 00185 |
| 28 | | |

EXHIBIT 11
PAGE 127

- 4 -

MARGARET HATCH-LEAHY'S RESPONSES
AND OBJECTIONS TO MATTEL'S SUBPOENA
FOR PRODUCTION OF DOCUMENTS

| | | |
|---|---|---|
| 1 | 30. | KMW-L 00186 |
| 2 | 31. | KMW-L 00187 |
| 3 | 32. | KMW-L 00202 |
| 4 | 33. | KMW-L 00204 |
| 5 | 34. | KMW-L 00209 |
| 6 | 35. | KMW-L 00221 |
| 7 | 36. | KMW-L 00224 |
| 8 | 37. | KMW-L 00225 |
| 9 | 38. | KMW-L 00256 |
| 10 | 39. | KMW-L 00261 |
| 11 | 40. | KMW-L 00265 |
| 12 | 41. | KMW-L 00293 |
| 13 | 42. | KMW-L 00301 |
| 14 | 43. | KMW-L 00308 |
| 15 | 44. | KMW-L 00326 |
| 16 | 45. | KMW-L 00333 |
| 17 | 46. | KMW-L 00340 |
| 18 | 47. | KMW-L 00388 |
| 19 | 48. | KMW-L 00426 |

20  RESPONSE TO REQUEST FOR PRODUCTION B:

21      Leahy refers to and incorporates herein all of the General Objections set forth

22  above.  Leahy objects to this request to the extent that it calls for the production of

23  documents containing Confidential Information.  Leahy further objects to this request as

24  unduly burdensome.  Leahy objects on the grounds that Mattel has not demonstrated a

25  need for production at this time that outweighs the burden imposed on Leahy, a nonparty,

26  particularly to the extent that Mattel may not have exhausted its other possible sources of

27  such documents.  Leahy objects to this request on the grounds that it seeks documents that

28

1  are not relevant to any claim or defense in this litigation, nor likely to lead to the discovery
2  of admissible evidence.  Leah further responds that, subject to and without waiving any
3  objections, Leahy will produce for inspection the ORIGINALS of the documents itemized
4  above.

5
6
7  Dated:  December 11, 2007                    KEATS MCFARLAND & WILSON LLP
8
9
10                                              Larry W. McFarland, Esq.
                                                Attorneys for Non-Party Margaret Hatch-Leahy
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EXHIBIT ____11____
PAGE ____172____                    - 6 -

MARGARET HATCH-LEAHY'S RESPONSES
AND OBJECTIONS TO MATTEL'S SUBPOENA
FOR PRODUCTION OF DOCUMENTS