**Carter Bryant v. Mattel Inc.**
Case No.: CV 04 – 09049 SGL (RNBx)
Consolidated with Case Nos.
CV 04-9059 and CV 05-2727
Hon. Stephen G. Larson

# EXHIBIT 12

**EXHIBIT TO:** DECLARATION OF CHRISTIAN DOWELL IN SUPPORT OF NON-PARTY MARGARET HATCH-LEAHY'S OPPOSITION TO MATTEL'S MOTION TO COMPEL ADDITIONAL DEPOSITION TESTIMONY AND PRODUCTION OF DOCUMENTS

# KEATS McFARLAND & WILSON LLP
## ATTORNEYS AT LAW

TEL (310) 248-3830
FAX (310) 860-0363

9720 WILSHIRE BOULEVARD
PENTHOUSE SUITE
BEVERLY HILLS, CALIFORNIA 90212

WRITER'S DIRECT DIAL
(310) 777-3750

WRITER'S EMAIL
lmcfarland@kmwlaw.com

www.kmwlaw.com

November 12, 2007

<u>VIA FACSIMILE, E-MAIL and U.S. MAIL</u>

B. Dylan Proctor, Esq.
Quinn Emanuel Urquhart Oliver & Hedges LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017

Re:   <u>Mattel v. Bryant</u>

Dear Dylan:

I am writing in response to your letter dated November 2, 2007, with respect to dates for the depositions of Ms. Leahy, Ms. Cloonan and Ms. Marlow. I have spoken to our clients and they and I are available on the following dates:

| | | |
|---|---|---|
| Margaret Leahy: | Wednesday, December 12, 2007 | 09:00 a.m. |
| Elise Cloonan: | Friday, December 14, 2007 | 10:00 a.m. |
| Veronica Marlow: | Wednesday, January 9, 2008 | 10:00 a.m. |

I am aware that these dates are later than what you were looking for, but rescheduling these depositions during the holiday season was difficult. As you know, these depositions were previously set and the dates had to be vacated due to no fault of these witnesses.

Please note that I have not confirmed availability of counsel for MGA or Mr. Bryant for these dates.

Very truly yours,

Larry W. McFarland
Keats McFarland & Wilson LLP

LWM/jlt

cc:   Thomas J. Nolan
      Michael Page

EXHIBIT 12
PAGE 200