**Carter Bryant v. Mattel Inc.**

Case No.: CV 04 – 09049 SGL (RNBx)
Consolidated with Case Nos.
CV 04-9059 and CV 05-2727
Hon. Stephen G. Larson

# **EXHIBIT 14**

**EXHIBIT TO:**   DECLARATION OF CHRISTIAN DOWELL IN SUPPORT OF NON-PARTY MARGARET HATCH-LEAHY'S  OPPOSITION TO MATTEL'S MOTION TO COMPEL ADDITIONAL DEPOSITION TESTIMONY AND PRODUCTION OF DOCUMENTS

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.    CV 04-09049 SGL(RNBx)                    Date: November 20, 2007
Title:      CARTER BRYANT -v- MATTEL, INC.
            AND CONSOLIDATED ACTIONS
==========================================================================
PRESENT:  HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

          Jim Holmes                                Theresa Lanza
          Courtroom Deputy Clerk                    Court Reporter

ATTORNEYS PRESENT FOR CARTER                 ATTORNEYS PRESENT FOR MATTEL:
BRYANT:

John W. Keker                                John B. Quinn
                                             Michael T. Zeller

ATTORNEYS PRESENT FOR MGA:                   ATTORNEY PRESENT FOR CARLOS
                                             GUSTAVO MACHADO GOMEZ:

Thomas J.  Nolan                             David C. Scheper
Carl A. Roth

COUNSEL FOR WITNESSES

Larry W. McFarland

PROCEEDINGS:   **ORDER RE EX PARTE APPLICATION; ORDER RE DESIGNATION OF
               LEAD COUNSEL**

        The Court heard argument on Mattel's ex parte application regarding the scheduling of three
witness depositions.  The Court accepts the representations of Mr. McFarland that these
depositions will go forward on December 12 (Margaret Hatch-Leahy), 14 (Ana Elise Cloonan), and
28 (Veronica Marlow), 2007.   Accordingly, the Court finds that the ex parte application is **MOOT**.

        The Court also addressed designation of lead trial counsel.  Lead trial counsel, as

MINUTES FORM 90                              Initials of Deputy Clerk: jh (TIME:00/45)
CIVIL -- GEN                        1

EXHIBIT ___14___
PAGE __216__

designated below, shall participate in the preparation of the final pretrial order(s) and appear for the pretrial conference(s).  He shall also act as lead counsel during the trial(s) in these consolidated cases.  Whether and to what extent lead trial counsel shall be involved in the mediation of this matter is left to the discretion of the settlement officer.  The Court expects counsel to follow the settlement officer's directives concerning settlement procedures.

The Clerk shall identify lead trial counsel on the docket report as follows:

| | |
|---|---|
| For Mattel: | John B. Quinn |
| For the MGA Entities and Isaac Larian: | Thomas J. Nolan |
| For Carter Bryant: | John W. Keker |
| For Carlos Gustavo Machado Gomez: | David C. Scheper |

IT IS SO ORDERED.

c:    Ambassador Prosper

MINUTES FORM 90
CIVIL -- GEN                                                   2                            Initials of Deputy Clerk __jh_____

EXHIBIT  14
PAGE  217

## NOTICE PARTY SERVICE LIST

**Case No.**   CV 04-09049 SGL(RNBx)   **Case Title**   Carter Bryant v. Mattel, Inc.

**Title of Document**   Minute Order Issued November 20, 2007

| | |
|---|---|
| | Atty Sttlmnt Officer Panel Coordinator |
| | BAP (Bankruptcy Appellate Panel) |
| | Beck, Michael J (Clerk, MDL Panel) |
| | BOP (Bureau of Prisons) |
| | CA St Pub Defender (Calif. State PD) |
| | CAAG (California Attorney General's Office - Keith H. Borjon, L.A. Death Penalty Coordinator) |
| | Case Asgmt Admin (Case Assignment Administrator) |
| | Catterson, Cathy (9th Circuit Court of Appeal) |
| | Chief Deputy Admin |
| | Chief Deputy Ops |
| | Clerk of Court |
| | Death Penalty H/C (Law Clerks) |
| | Dep In Chg E Div |
| | Dep In Chg So Div |
| | Federal Public Defender |
| | Fiscal Section |
| | Intake Section, Criminal LA |
| | Intake Section, Criminal SA |
| | Intake Supervisor, Civil |
| | PIA Clerk - Los Angeles (PIALA) |
| | PIA Clerk - Riverside (PIAED) |
| | PIA Clerk - Santa Ana (PIASA) |
| | PSA - Los Angeles (PSALA) |
| | PSA - Riverside (PSAED) |
| | PSA - Santa Ana (PSASA) |
| | Schnack, Randall (CJA Supervising Attorney) |
| | Statistics Clerk |

| | |
|---|---|
| | US Attorneys Office - Civil Division -L.A. |
| | US Attorneys Office - Civil Division - S.A. |
| | US Attorneys Office - Criminal Division -L.A. |
| | US Attorneys Office - Criminal Division -S.A. |
| | US Bankruptcy Court |
| | US Marshal Service - Los Angeles (USMLA) |
| | US Marshal Service - Riverside (USMED) |
| | US Marshal Service -Santa Ana (USMSA) |
| | US Probation Office (USPO) |
| | US Trustee's Office |
| | Warden, San Quentin State Prison, CA |

| ✓ | **ADD NEW NOTICE PARTY** (if sending by fax, mailing address must also be provided) |
|---|---|

Name: Ambassador Pierre-Richard Prosper

Firm:

Address (include suite or floor):  P.O. Box 581103

Salt Lake City, UT  84158

*E-mail: Prosper.Pierre@Arentfox.com

*Fax No.:

* For CIVIL cases only

| *JUDGE / MAGISTRATE JUDGE (list below):* |
|---|
| |
| |
| |

Initials of Deputy Clerk jh

EXHIBIT 14

PAGE 218