1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Carter Bryant v. Mattel Inc.**
Case No.: CV 04 – 09049 SGL (RNBx)
Consolidated with Case Nos.
CV 04-9059 and CV 05-2727
Hon. Stephen G. Larson

# **EXHIBIT 19**

EXHIBIT TO:       DECLARATION OF CHRISTIAN DOWELL IN SUPPORT OF
NON-PARTY MARGARET HATCH-LEAHY'S  OPPOSITION
TO MATTEL'S MOTION TO COMPEL ADDITIONAL
DEPOSITION TESTIMONY AND PRODUCTION OF
DOCUMENTS

# KEATS McFARLAND & WILSON LLP

## ATTORNEYS AT LAW

TEL (310) 248-3830
FAX (310) 860-0363

9720 WILSHIRE BOULEVARD
PENTHOUSE SUITE
BEVERLY HILLS, CALIFORNIA 90212

www.kmwlaw.com

WRITER'S DIRECT DIAL
(310) 777-3750

WRITER'S EMAIL
lmcfarland@kmwlaw.com

December 11, 2007

VIA MESSENGER

B. Dylan Proctor, Esq.
Quinn Emanuel Urquhart Oliver & Hedges LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017

    Re:   Mattel v. Bryant

Dear Dylan:

    I am enclosing documents having Bates numbers KMW-L 000429 through KMW-L 000603 and KMW-M 007873 through KMW-M 008025, which include photos of the three-dimensional objects that have been produced to you.

          Very truly yours,

          Larry W. McFarland
          Keats McFarland & Wilson LLP

LWM/ccd

cc:  Thomas J. Nolan
      Michael Page

Enclosures

EXHIBIT 12
PAGE 272