# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Carter Bryant | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV 04-09049 SGL (RNBx) |
| v. | |
| Mattel Inc. | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**

DECLARATION OF CHRISTIAN DOWELL IN SUPPORT OF NON-PARTY VERONICA MARLOW'S OPPOSITION TO MATTEL'S MOTION TO COMPEL ADDITIONAL DEPOSITION TESTIMONY AND PRODUCTION OF DOCUMENTS

**Document Description:**

☐ Administrative Record

☑ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)

☑ Other  Exhibits and/or Excerpts in Declaration Protected by Protective Order

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☑ Per Court order dated  1-4-2005

☐ Manual Filing required (*reason*):

February 12, 2008                               Christian Dowell, Esq.
Date                                            Attorney Name

                                                Non-Party Veronica Marlow
                                                Party Represented

Note:  File one Notice in each case, each time you manually file document(s).

G-92 (02/08)                    **NOTICE OF MANUAL FILING**