## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Carter Bryant | CASE NUMBER: |
| PLAINTIFF(S) | CV 04-09049 SGL (RNBx) |
| v. | |
| Mattel Inc. | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**

APPLICATION TO FILE UNDER SEAL WITH PROPOSED ORDER: [RE: NON-PARTY VERONICA MARLOW'S OPPOSITION TO MATTEL'S MOTION TO COMPEL ADDITIONAL TESTIMONY AND PRODUCTION OF DOCUMENTS; AND DECLARATION OF C. DOWELL IN SUPPORT OF.]

**Document Description:**

- ☐ Administrative Record
- ☑ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)
- ☑ Other  Deposition Excerpts in Opposition Protected by Protective Order

**Reason:**

- ☑ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☑ Per Court order dated  1-4-2005
- ☑ Manual Filing required (*reason*): Application to File Under Seal with Proposed Order per Protective Order

February 12, 2008
Date

Christian Dowell, Esq.
Attorney Name

Non-Party Veronica Marlow
Party Represented

Note:   File one Notice in each case, each time you manually file document(s).