1 | Larry McFarland (Bar No. 129668)
2 | Christian Dowell (Bar No. 241973)
  | KEATS, McFARLAND & WILSON LLP
3 | 9720 Wilshire Blvd.
  | Penthouse Suite
4 | Beverly Hills, CA 90212
  | Telephone:   (310) 248-3830
5 | Facsimile:   (310) 860-0363
  | Email:   lmcfarland@kmwlaw.com
6 |             cdowell@kmwlaw.com

7 | Attorneys for Veronica Marlow

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | Case No.: CV 04 – 09049 SGL (RNBx) |
| Plaintiff, | Consolidated with Case Nos. CV 04-9059 and CV 05-2727 |
| v. | |
| MATTEL, INC., a Delaware corporation; | Hon. Edward Infante |
| Defendant. | PROOF OF SERVICE |
| AND RELATED ACTIONS. | Date:   N/A<br>Time:   N/A<br>Place:  N/A |

Keats McFarland
& Wilson
9720 Wilshire Blvd.
Penthouse
Beverly Hills, CA
90212

# DECLARATION OF SERVICE

*CARTER BRYANT v. MATTEL, INC.*
*Case No.: CV 04 – 09049 SGL (RNBx)*
*Consolidated with Case Nos. CV 04-9059 and CV 05-2727*

I, the undersigned say, I am and was at all times herein mentioned a resident of the County of Los Angeles, over the age of eighteen (18) years and not a party to the within action or proceeding. My business address is 9720 Wilshire Boulevard, Penthouse Suite, Beverly Hills, California 90212 and I am employed in the offices of Keats, McFarland & Wilson LLP by a member of the Bar of this Court at whose direction the service mentioned herein below was made.

On February 13, 2008, I served the following document(s):

**1.** NON-PARTY VERONICA MARLOW'S OPPOSITION TO MATTEL'S MOTION TO COMPEL ADDITIONAL DEPOSITION TESTIMONY AND PRODUCTION OF DOCUMENTS

**2.** DECLARATION OF CHRISTIAN DOWELL IN SUPPORT OF NON-PARTY VERONICA MARLOW'S OPPOSITION TO MATTEL'S MOTION TO COMPEL ADDITIONAL DEPOSITION TESTIMONY AND PRODUCTION OF DOCUMENTS

upon counsel and interested parties named below or on an attached service list, by placing a true and correct copy thereof in an envelope addressed as follows:

## See Attached Service List

[X] **BY EMAIL OR ELECTRONIC TRANSMISSION:** I caused the document(s) to be sent to the persons at the e-mail addresses as listed above and/or on the attached Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 13, 2008, at Beverly Hills, California.

/s/
**Janice L. Trayes**

**SERVICE LIST**

**CARTER BRYANT v. MATTEL, INC**.
*Case No.: CV 04 – 09049 SGL (RNBx)*
*Consolidated with Case Nos. CV 04-9059 and CV 05-2727*

| Counsel | Tele/Fax/E-Mail | Party |
|---|---|---|
| **QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP**<br>865 South Figueroa Street, 10th Fl.<br>Los Angeles, CA  90017<br><br>     Dylan Proctor, Esq. | Tel:     213.443.3000<br>Fax:    213.443.3100<br><br>Email:dylanproctor@quinnemanuel.com | MATTEL, INC. |
| **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP & AFFILIATES**<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA  90017<br><br>     Thomas J. Nolan, Esq. | Tel:     213.687.5250<br>Fax:    213.621.5250<br>Email:  tnolan@skadden.com | MGA |
| **KEKER & VAN NEST, LLP**<br>710 Sansome Street<br>San Francisco, CA 94111<br><br>     Michael H. Page, Esq. | Tel:     415.391.5400<br>Fax:    415.397.7188<br>Email: mpage@kvn.com | CARTER BRYANT |