Larry McFarland (Bar No. 129668)
Christian Dowell (Bar No. 241973)
KEATS, McFARLAND & WILSON LLP
9720 Wilshire Blvd.
Penthouse Suite
Beverly Hills, CA 90212
Telephone: (310) 248-3830
Facsimile: (310) 860-0363
Email: lmcfarland@kmwlaw.com
        cdowell@kmwlaw.com

Attorneys for Margaret Hatch-Leahy

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation;<br><br>Defendant.<br><br>AND RELATED ACTIONS. | Case No.: CV 04 – 09049 SGL (RNBx)<br>Consolidated with Case Nos.<br>CV 04-9059 and CV 05-2727<br><br>Hon. Stephen Larson<br><br>**APPLICATION TO FILE UNDER SEAL EXHIBITS TO DECLARATION OF CHRISTIAN DOWELL IN SUPPORT OF NON-PARTY MARGARET HATCH-LEAHY'S OPPOSITION TO MATTEL'S MOTION TO COMPEL ADDITIONAL DEPOSITION TESTIMONY AND PRODUCTION OF DOCUMENTS**<br><br>Date: N/A<br>Time: N/A<br>Place: N/A |

1    Pursuant to <u>Local rule</u> 79-5.1 and the Stipulated Protective Order entered by the
2    Court in this action, non-party Margaret Hatch-Leahy hereby respectfully requests that
3    the Court order filed under seal Exhibit 4 to the Declaration of Christian Dowell In
4    Support of Non-Party Margaret Hatch-Leahy's Opposition to Mattel's Motion to
5    Compel Additional Deposition Testimony And Production Of Documents.

     Exhibit 4 includes materials that MGA and/or Bryant have designated as
"Confidential" or "Confidential – Attorneys' Eyes Only" pursuant to the Protective
Order.  Accordingly, Ms. Leahy requests that the Court order that Exhibit 4 be filed
under seal.

Dated:  February 12, 2008            KEATS MCFARLAND & WILSON LLP


                                     /s/
                                     Christian C. Dowell, Esq.
                                     Attorneys for Non-Party
                                     Margaret Hatch-Leahy

Larry McFarland (Bar No. 129668)
Christian Dowell (Bar No. 241973)
KEATS, McFARLAND & WILSON LLP
9720 Wilshire Blvd.
Penthouse Suite
Beverly Hills, CA 90212
Telephone:     (310) 248-3830
Facsimile:     (310) 860-0363
Email:    lmcfarland@kmwlaw.com
          cdowell@kmwlaw.com

Attorneys for Veronica Marlow

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MATTEL, INC., a Delaware corporation;<br><br>　　　　　　　Defendant.<br><br>AND RELATED ACTIONS. | Case No.: CV 04 – 09049 SGL (RNBx)<br>Consolidated with Case Nos.<br>CV 04-9059 and CV 05-2727<br><br><u>Hon. Edward Infante</u><br><br>PROOF OF SERVICE<br><br>Date:　　N/A<br>Time:　　N/A<br>Place:　　N/A |

Keats McFarland
& Wilson
9720 Wilshire Blvd.
Penthouse
Beverly Hills, CA
90212

**DECLARATION OF SERVICE**

*CARTER BRYANT v. MATTEL, INC.*
*Case No.: CV 04 – 09049 SGL (RNBx)*
*Consolidated with Case Nos. CV 04-9059 and CV 05-2727*

I, the undersigned say, I am and was at all times herein mentioned a resident of the County of Los Angeles, over the age of eighteen (18) years and not a party to the within action or proceeding.  My business address is 9720 Wilshire Boulevard, Penthouse Suite, Beverly Hills, California 90212 and I am employed in the offices of Keats, McFarland & Wilson LLP by a member of the Bar of this Court at whose direction the service mentioned herein below was made.

On February 13, 2008, I served the following document(s):

1. **APPLICATION TO FILE UNDER SEAL EXHIBITS TO DECLARATION OF CHRISTIAN DOWELL IN SUPPORT OF NON-PARTY MARGARET HATCH-LEAHY'S OPPOSITION TO MATTEL'S MOTION TO COMPEL ADDITIONAL DEPOSITION TESTIMONY AND PRODUCTION OF DOCUMENTS**

2. **[PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL EXHIBITS TO THE DECLARATION OF CHRISTIAN DOWELL IN SUPPORT OF NON-PARTY MARGARET HATCH-LEAHY'S OPPOSITION TO MATTEL'S MOTION TO COMPEL ADDITIONAL DEPOSITION TESTIMONY AND PRODUCTION OF DOCUMENTS**

3. **NON-PARTY MARGARET HATCH-LEAHY'S OPPOSITION TO MATTEL'S MOTION TO COMPEL ADDITIONAL DEPOSITION TESTIMONY AND PRODUCTION OF DOCUMENTS**

4. **DECLARATION OF CHRISTIAN DOWELL IN SUPPORT OF NON-PARTY MARGARET HATCH-LEAHY'S OPPOSITION TO MATTEL'S MOTION TO COMPEL ADDITIONAL DEPOSITION TESTIMONY AND PRODUCTION OF DOCUMENTS**

upon counsel and interested parties named below or on an attached service list, by placing a true and correct copy thereof in an envelope addressed as follows:

**See Attached Service List**

[X] **BY EMAIL OR ELECTRONIC TRANSMISSION:**   I caused the document(s) to be sent to the persons at the e-mail addresses as listed above and/or on the attached Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[X] **BY MAIL:** I sealed said envelope(s) and, following the ordinary business practices of my employer, placed said sealed envelope(s) in the office of my employer at 9720 Wilshire

1  Boulevard, Penthouse Suite, Beverly Hills, California, for collection and mailing with the United States Postal Service on the same date.

2

3  I declare under penalty of perjury that the foregoing is true and correct.

4  Executed on February 13, 2008, at Beverly Hills, California.

/s/
**Tanya Glover**

# SERVICE LIST

**CARTER BRYANT v. MATTEL, INC.**
*Case No.: CV 04 – 09049 SGL (RNBx)*
*Consolidated with Case Nos. CV 04-9059 and CV 05-2727*

| Counsel | Tele/Fax/E-Mail | Party |
|---|---|---|
| **QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP**<br>865 South Figueroa Street, 10th Fl.<br>Los Angeles, CA  90017<br><br>Dylan Proctor, Esq. | Tel:   213.443.3000<br>Fax:   213.443.3100<br><br>Email:dylanproctor@quinnemanuel.com | MATTEL, INC. |
| **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP & AFFILIATES**<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA  90017<br><br>Thomas J. Nolan, Esq. | Tel:   213.687.5250<br>Fax:   213.621.5250<br>Email:  tnolan@skadden.com | MGA |
| **KEKER & VAN NEST, LLP**<br>710 Sansome Street<br>San Francisco, CA 94111<br><br>Michael H. Page, Esq. | Tel:   415.391.5400<br>Fax:   415.397.7188<br><br>Email: mpage@kvn.com | CARTER BRYANT |