1

Larry McFarland (Bar No. 129668)
Christian Dowell (Bar No. 241973)
KEATS, McFARLAND & WILSON LLP
9720 Wilshire Blvd.
Penthouse Suite
Beverly Hills, CA 90212
Telephone:   (310) 248-3830
Facsimile:   (310) 860-0363
Email:   lmcfarland@kmwlaw.com
            cdowell@kmwlaw.com

2

3

4

5

6

Attorneys for Margaret Hatch-Leahy

7

8

9                       UNITED STATES DISTRICT COURT

10                     CENTRAL DISTRICT OF CALIFORNIA

11                            EASTERN DIVISION

12

| | |
|---|---|
| 13  CARTER BRYANT, an individual, | Case No.: CV 04 – 09049 SGL (RNBx) Consolidated with Case Nos. CV 04-9059 and CV 05-2727 |
| 14              Plaintiff, | |
| 15       v. | Hon. Stephen Larson |
| 16  MATTEL, INC., a Delaware corporation; | **[PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL EXHIBITS TO THE DECLARATION OF CHRISTIAN DOWELL IN SUPPORT OF NON-PARTY MARGARET HATCH-LEAHY'S OPPOSITION TO MATTEL'S MOTION TO COMPEL ADDITIONAL DEPOSITION TESTIMONY AND PRODUCTION OF DOCUMENTS** |
| 17 | |
| 18              Defendant. | |
| 19 | |
| 20 | |
| 21 | |
| 22  AND RELATED ACTIONS. | |
| 23 | Date:    N/A |
| 24 | Time:    N/A |
| 25 | Place:   N/A |

26

27

28

[PROPOSED] ORDER

Based on the concurrently filed Application to File Under Seal Exhibit 4 to the Declaration of Christian Dowell in Support of Non-Party Margaret Hatch-Leahy's Opposition to Mattel's Motion to Compel Additional Deposition Testimony and Production of Documents, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Exhibit 4 to the Declaration of Christian Dowell in Support of Non-Party Margaret Hatch-Leahy's Opposition to Mattel's Motion to Compel Additional Deposition Testimony and Production of Documents, is ORDERED filed under seal pursuant to Local Rule 79-5.1.

Dated:  February ____, 2008

_____
Hon. Stephen G. Larson
United Stated District Judge

[PROPOSED] ORDER TO FILE UNDER SEAL