Larry McFarland (Bar No. 129668)
Christian Dowell (Bar No. 241973)
KEATS, McFARLAND & WILSON LLP
9720 Wilshire Blvd.
Penthouse Suite
Beverly Hills, CA 90212
Telephone:   (310) 248-3830
Facsimile:    (310) 860-0363
Email:   lmcfarland@kmwlaw.com
         cdowell@kmwlaw.com

Attorneys for Veronica Marlow

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, <br><br> Plaintiff, <br><br> v. <br><br> MATTEL, INC., a Delaware corporation; <br><br> Defendant. | Case No.: CV 04 – 09049 SGL (RNBx) Consolidated with Case Nos. CV 04-9059 and CV 05-2727 <br><br> <u>Hon. Stephen Larson</u> <br><br> **APPLICATION TO FILE UNDER SEAL VERONICA MARLOW'S OPPOSITION TO MATTEL'S MOTION TO COMPEL ADDITIONAL DEPOSITION TESTIMONY AND PRODUCTION OF DOCUMENTS AND THE DECLARATION OF CHRISTIAN DOWELL AND ITS EXHIBITS IN SUPPORT THEREOF** |
| AND RELATED ACTIONS. | Date:    N/A <br> Time:    N/A <br> Place:   N/A |

1      Pursuant to Local rule 79-5.1 and the Stipulated Protective Order entered by the

2    Court in this action, non-party Veronica Marlow (the "Non-Party Witness") hereby

3    respectfully requests that the Court order filed under seal Ms. Marlow's Opposition to

4    Mattel's Motion to Compel Additional Deposition Testimony and Production of

5    Documents ("Opposition") and the Declaration of Christian Dowell and its exhibits in

6    support thereof ("Declaration").

7      The Opposition and Declaration include materials that MGA and/or Bryant

8    have designated as "Confidential" or "Confidential – Attorneys' Eyes Only" pursuant

9    to the Protective Order.  Accordingly, the Non-Party Witnesses requests that the Court

10   order that the Opposition and the Declaration be filed under seal.

12   Dated:  February 12, 2008         KEATS MCFARLAND & WILSON LLP

14                      /s/

15                      Christian C. Dowell, Esq.
Attorneys for Veronica Marlow