1  Larry McFarland (Bar No. 129668)
   Christian Dowell (Bar No. 241973)
2  KEATS, McFARLAND & WILSON LLP
   9720 Wilshire Blvd.
3  Penthouse Suite
   Beverly Hills, CA 90212
4  Telephone:  (310) 248-3830
   Facsimile:   (310) 860-0363
5  Email:   lmcfarland@kmwlaw.com
            cdowell@kmwlaw.com
6
7  Attorneys for Veronica Marlow,
   and Sarah Halpern
8

9                UNITED STATES DISTRICT COURT
10               CENTRAL DISTRICT OF CALIFORNIA
11                       EASTERN DIVISION
12

| | |
|---|---|
| 13  CARTER BRYANT, an individual, | Case No.: CV 04 – 09049 SGL (RNBx) |
| 14  | Consolidated with Case Nos. |
|     Plaintiff, | CV 04-9059 and CV 05-2727 |
| 15       v. | |
| 16  | Hon. Stephen Larson |
|     MATTEL, INC., a Delaware | |
| 17  corporation; | **[PROPOSED] ORDER TO FILE UNDER SEAL VERONICA MARLOW'S OPPOSITION TO MATTEL'S MOTION TO COMPEL ADDITIONAL DEPOSITION TESTIMONY AND PRODUCTION OF DOCUMENTS AND THE DECLARATION OF CHRISTIAN DOWELL AND ITS EXHIBITS IN SUPPORT THEREOF** |
| 18  | |
|     Defendant. | |
| 19  | |
| 20  | |
| 21  | |
| 22  AND RELATED ACTIONS. | |
| 23  | Date:   N/A |
| 24  | Time:  N/A |
|     | Place:  N/A |

[PROPOSED] ORDER TO FILE UNDER SEAL

## [PROPOSED] ORDER

Based on the concurrently filed Application to File Under Seal Ms. Marlow's Opposition to Mattel's Motion to Compel Additional Deposition Testimony and Production of Documents and the Declaration of Christian Dowell and its exhibits in support thereof, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Ms. Marlow's Opposition to Mattel's Motion to Compel Additional Deposition Testimony and Production of Documents ("Opposition") and the Declaration of Christian Dowell and its exhibits in support thereof ("Declaration"), are ORDERED filed under seal pursuant to Local Rule 79-5.1.

Dated: February ____, 2008

Hon. Stephen G. Larson
United Stated District Judge