QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>APPLICATION TO FILE UNDER SEAL EXHIBIT B TO THE DECLARATION OF TAMAR BUCHAKJIAN IN SUPPORT OF MATTEL, INC.'S REPLY IN SUPPORT OF ITS OBJECTION TO THE DISCOVERY MASTER'S JANUARY 11, 2008 ORDER<br><br>[[Proposed] Order filed concurrently]<br><br>Date: February 11, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 1<br><br>**Phase 1**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2382646.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2  entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3  requests that the Court order filed under seal Exhibit B to the Declaration of Tamar
4  Buchakjian in support of Mattel's Reply in support of its Objection to the Discovery
5  Master's January 11, 2008 Order ("Exhibit B").

6  Exhibit B include materials that MGA and/or Bryant have designated
7  as "Confidential" or "Confidential--Attorneys' Eyes Only" pursuant to the Protective
8  Order. Accordingly, Mattel requests that the Court order that Exhibit B be filed
9  under seal.

10  In the alternative, Mattel requests that the Court declare that these
11  materials are outside the definitions of "Confidential" and "Confidential--Attorneys'
12  Eyes Only" as contained in the Stipulated Protective Order and order them to be
13  filed as part of the public record.

15  DATED: February 8, 2008           QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

17                                    By /s/ Jon D. Corey
18                                       Jon D. Corey
                                         Attorneys for Mattel, Inc.

07209/2382646.1