QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 90378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBIT O TO THE DECLARATION OF MELISSA GRANT IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO CARTER BRYANT'S MOTION TO QUASH SUBPOENA ISSUED TO PEOPLE'S BANK OF THE OZARKS OR IN THE ALTERNATIVE, FOR A PROTECTIVE ORDER<br><br>[Local Rule 79-5.1]<br><br>Hearing Date: TBA<br>Time: TBA<br>Place: TBA<br><br>**Phase 1**<br>Discovery Cut-off: January 28, 2008<br>Pre-trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

ORIGINAL

07209/2382736.1

APPLICATION TO FILE UNDER SEAL

1         Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, plaintiff Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal Exhibit O to the Declaration of Melissa Grant in Support Of Mattel, Inc.'s Opposition to Carter Bryant's Motion to Quash Subpoena Issued to People's Bank of the Ozarks or in the Alternative, for a Protective Order ("Grant Declaration Exhibit").

        The Grant Declaration Exhibit includes materials that Mattel, MGA or Bryant have designated as "Confidential" or "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order. Accordingly, Mattel requests that the Court order that the Grant Declaration Exhibit be filed under seal.

DATED: February 8, 2008        QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By_____
Melissa Grant
Attorneys for Plaintiff
Mattel, Inc.