QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff and Cross-Defendant Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case Nos.<br>CV 04-09059<br>CV 05-02727<br><br>**PROOF OF SERVICE**<br><br>Discovery Cut-off: January 28, 2008<br>Final Pre-trial Conf. Date: May 5, 2008<br>Trial Date: May 27, 2008 |

PROOF OF SERVICE

Case No. CV 04-9049 SGL (RNBx)

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is NOW Messenger Service, 1301 West Second Street, Suite 206, Los Angeles, California 90026.

On February 8, 2008, I served true copies of the following documents described as:

### SEE DOCUMENT LIST

on the parties in this action as follows:

| | |
|---|---|
| Thomas J. Nolan, Esq.<br>**Skadden, Arps, Slate, Meagher & Flom LLP**<br>300 South Grand Ave., Suite 3400<br>Los Angeles, California 90071<br>*Attorneys for MGA Entertainment, Inc.* | John W. Keker, Esq.<br>Michael H. Page, Eseq.<br>Christa M. Anderson, Esq.<br>**Keker & Van Nest, LLP**<br>710 Sansome Street<br>San Francisco, CA 94111<br>*Attorneys for CARTER BRYANT* |

[√] [PERSONAL] by personally delivering the document listed above to the person(s) at the address(es) set forth above.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 8, 2008, at Los Angeles, California.

_____
David Quintana

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On February 8, 2008, I served true copies of the following document(s) described as

### SEE DOCUMENT LIST

on the parties in this action as follows:

> Mark E. Overland, Esq.
> David E. Scheper, Esq.
> Alexander H. Cote, Esq.
> **Overland Borenstein Scheper & Kim, LLP**
> 300 South Grand Ave., Suite 2750
> Los Angeles, CA 90071-3144
> *Attorneys for Carlos Gustavo Machado*

**BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 8, 2008, at Los Angeles, California.

*/s/ Laura Kinsey*
Laura Kinsey

# DOCUMENT LIST

1. DECLARATION OF TAMAR BUCHAKIJIAN IN SUPPORT OF MATTEL, INC.'S REPLY IN SUPPORT OF ITS OBJECTION TO THE DISCOVERY MASTER'S JANUARY 11, 2008 ORDER

2. APPLICATION TO FILE UNDER SEAL EXHIBIT B TO THE DECLARATION OF TAMAR BUCHAKJIAN IN SUPPORT OF MATTEL, INC.'S REPLY IN SUPPORT OT ITS OBJECTION TO THE DISCOVERY MASTER'S JANUARY 11, 2008 ORDER

3. [PROPOSED] ORDER RE: APPLICATION TO FILE UNDER SEAL EXHIBIT B TO THE DECLARATION OF TAMAR BUCHAKJIAN IN SUPPORT OF MATTEL, INC.'S REPLY IN SUPPORT OT ITS OBJECTION TO THE DISCOVERY MASTER'S JANUARY 11, 2008 ORDER