1  THOMAS J. NOLAN (Bar No. 66992)
   (tnolan@skadden.com)
2  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue, Suite 3400
3  Los Angeles, CA 90071-3144
   Tel.: (213) 687-5000/Fax: (213) 687-5600
4
   RAOUL D. KENNEDY (Bar No. 40892)
5  (rkennedy@skadden.com)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
6  4 Embarcadero Center, 38th Floor
   San Francisco, CA 94111-5974
7  Tel.: (415) 984-6400 / Fax: (415) 984-2698

8  Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited,
   MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian
9
                    UNITED STATES DISTRICT COURT
10
                   CENTRAL DISTRICT OF CALIFORNIA
11

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-09049 SGL (RNBx) (consolidated with CV 04-9059 & 05-2727)<br><br>**[DISCOVERY MATTER]**<br><br>**NOTICE OF STAY OF PHASE TWO DISCOVERY AND ITS IMPACT ON MGA'S MOTION TO COMPEL MATTEL TO PRODUCE DOCUMENTS RESPONSIVE TO RFPS 526 AND 528**<br><br>Hearing Date: T.B.D.<br>Time: T.B.D.<br>Place: T.B.D<br><br>Phase I Discovery Cut-off: January 28, 2008 |

---

NOTICE OF STAY OF PHASE TWO DISCOVERY AND ITS IMPACT ON MGA's MTN TO COMPEL MATTEL
TO PRODUCE DOCS RESPONSIVE TO RFPS 526 AND 528

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, in an Order dated February 4, 2008, the Court ordered that "All discovery related to Phase 2, other than certain individual depositions that may be related to both Phase 1 and Phase 2, is STAYED until further order of the Court."

MGA's Motion to Compel documents responsive to MGA's Requests 526 and 528 of MGA's Fifth Set of Requests for Production relates to Phase 2 issues and is therefore stayed under the Court's February 4 Order. MGA will file its Reply brief at the appropriate time after the stay on Phase 2 discovery is lifted.

Dated: February 13, 2008

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By: _____/s/ Raoul D. Kennedy_____
Raoul D. Kennedy
Attorney for MGA Entertainment, Inc.

- 1 -
NOTICE OF STAY OF PHASE TWO DISCOVERY AND ITS IMPACT ON MGA's MTN TO COMPEL MATTEL TO PRODUCE DOCS RESPONSIVE TO RFPS 526 AND 528

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 300 South Grand Avenue, Suite 3400, Los Angeles, California 90071.

On **February 13, 2008**, I served the foregoing documents described as:

**NOTICE OF STAY OF PHASE TWO DISCOVERY AND ITS IMPACT ON MGA'S MOTION TO COMPEL MATTEL TO PRODUCE DOCUMENTS RESPONSIVE TO RFPS 526 AND 528**

on the interested parties in this action addressed as follows:

**SEE ATTACHED SERVICE LIST**

(X)  (BY PERSONAL SERVICE)  ☒  By personally delivering copies to the person served. (FEDERAL)

☒  I caused such document to be hand delivered to the above addressees. (FEDERAL)

(X)  (BY FEDERAL EXPRESS)

( )  (BY ELECTRONIC MAIL)

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed on **February 13, 2008,** in San Francisco, California.

\_\_\_Matthew Bowman\_\_\_   \_\_\_\_[signature]\_\_\_\_
PRINT NAME                SIGNATURE

| | |
|---|---|
| 1 | SERVICE LIST |

Jon D. Corey, Esq.
Michael T. Zeller, Esq.
John Quinn, Esq.
Quinn Emanuel Urquhart Oliver &
Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017-2543
(213)  443-3000
(213)  443-3100 (Fax)

Attorneys for Mattel, Inc
[Personal Service]

John Trinidad, Esq.
John Keker, Esq.
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA  94111
(415)  391-5400
(415)  397-7188 (Fax)

Attorneys for Carter Bryant
[Federal Express]

Mark E. Overland, Esq.
Alexander H. Cote, Esq.
David C. Scheper, Esq.
Overland Borenstein Scheper & Kim
300 South Grand Avenue, Suite 2750
Los Angeles, CA 90071
(213) 613-4655
(213) 613-4656