```
 1  KEKER & VAN NEST, LLP
    JOHN W. KEKER - #49092
 2  jkeker@kvn.com
    MICHAEL H. PAGE - #154913
 3  mpage@kvn.com
    CHRISTA M. ANDERSON - #184325
 4  canderson@kvn.com
    MATTHEW M. WERDEGAR - #200470
 5  mwerdegar@kvn.com
    JOHN E. TRINIDAD - #250468
 6  jtrinidad@kvn.com
    AUDREY WALTON-HADLOCK- #250574
 7  awaltonhadlock@kvn.com
    710 Sansome Street
 8  San Francisco, CA  94111-1704
    Telephone:  (415) 391-5400
 9  Facsimile:  (415) 397-7188

10  Attorneys for Plaintiff
    CARTER BRYANT
11
```

BY FAX

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC. a Delaware Corporation,<br><br>Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC., v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No. CV 04-09049 SGL (RNBx)<br>(consolidated with CV 04-9059 & 05-2727)<br><br>Hon. Stephen G. Larson<br><br>**CARTER BRYANT'S APPLICATION TO FILE UNDER SEAL EXHIBIT A TO THE BERTENTHAL DECLARATION IN SUPPORT OF BRYANT'S JOINDER IN MARGARET HATCH-LEAHY'S OPPOSITION TO MATTEL INC.'S MOTION TO COMPEL FURTHER DEPOSITION OF MARGARET HATCH-LEAHY, AND TO OVERRULE INSTRUCTIONS NOT TO ANSWER, AND FOR SANCTIONS**<br><br>[[Proposed] Order filed concurrently herewith]<br><br>Date: TBA<br>Time: TBA<br><br>**Phase I:**<br>Date Comp. Filed:  April 13, 2005<br>Discovery Cut-Off:  Jan. 28, 2008<br>Trial Date:  May 27, 2008 |

411082.01

BRYANT'S APPLICATION TO FILE UNDER SEAL EX. A TO THE BERTENTHAL DECLARATION
CASE NO. CV 04-09049 SGL (RNBx)

1  Pursuant to *Local Rule* 79-5.1 and the Stipulated Protective Order entered by
2  the Court in this action, Carter Bryant ("Bryant") hereby respectfully requests that
3  the Court order filed under seal Exhibit A to the concurrently filed Declaration of
4  Alyse D. Bertenthal in Support of Bryant's Joinder in Margaret Hatch-Leahy's
5  Opposition to Mattel's Motion to Compel Further Deposition of Margaret Hatch-
6  Leahy, and to Overrule Instructions Not to Answer, and for Sanctions ("the
7  Declaration").

8  The Declaration attaches as Exhibit A excerpts of the deposition testimony
9  of Margaret Hatch-Leahy. The transcript of Ms. Hatch-Leahy's deposition
10 testimony has been designated as "Confidential – Attorneys' Eyes Only."
11 Accordingly, Bryant requests that the Court order that Exhibit A to the Declaration
12 be filed under seal.

Respectfully submitted,

Dated: February 12, 2008          KEKER & VAN NEST, LLP

By: /s/ Christa Anderson / AB
Christa Anderson
Attorney for Plaintiff
CARTER BRYANT

411082.01

BRYANT'S APPLICATION TO FILE UNDER SEAL EX. A TO THE BERTENTHAL DECLARATION
CASE NO. CV 04-09049 SGL (RNBx)