```
KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
jkeker@kvn.com
MICHAEL H. PAGE - #154913
mpage@kvn.com
CHRISTA M. ANDERSON - #184325
canderson@kvn.com
MATTHEW M. WERDEGAR - #200470
mwerdegar@kvn.com
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff
CARTER BRYANT
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC. a Delaware Corporation,<br><br>Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC., v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No. CV 04-09049 SGL (RNBx)<br>(consolidated with CV 04-9059 & 05-2727)<br><br>**DISCOVERY MATTER**<br><br>[To Be Heard by Discovery Master Hon. Edward Infante (Ret.)]<br><br>**DECLARATION OF MATTHEW M. WERDEGAR IN OPPOSITION TO MATTEL'S *EX PARTE* APPLICATION (1) TO STRIKE MOTION TO COMPEL RESPONSES TO DISCOVERY REQUESTS, AND (2) TO STAY TIME FOR FILING ANY OPPOSITION THERETO PENDING REVIEW**<br><br>Date:   T.B.D.<br>Time:   T.B.D.<br><br>**Phase I:**<br>Date Comp. Filed: April 13, 2005<br>Discovery Cut-Off: Jan. 28, 2008<br>Trial Date: May 27, 2008 |

411272.01

DECLARATION OF MATTHEW M. WERDEGAR IN OPPOSITION TO MATTEL'S *EX PARTE* APPLICATION TO STRIKE MOTION TO COMPEL REPONSES TO DISCOVERY REQUESTS
CASE NO. CV 04-09049 SGL (RNBx)

1  I, MATTHEW WERDEGAR, declare and state that:

2  1.  I am an attorney licensed to practice law in the State of California and am a member of the law firm of Keker & Van Nest LLP, located at 710 Sansome Street, San Francisco, California 94111, counsel for plaintiff Carter Bryant in the above-captioned action. I am duly admitted to practice law before this Court. Except where expressly stated, I have knowledge of the facts set forth herein, and if called to testify as a witness thereto, could do so competently under oath.

2.  Counsel for Mattel first expressed to counsel for Carter Bryant Mattel's position that motions to compel had to be filed on or before January 28, 2008 to be timely on January 30, 2008—after the purported cutoff—in connection with a conference of counsel regarding Mattel's Second Supplemental Responses to Bryant's First Set of Interrogatories. Attached hereto as Exhibit 1 is a true and correct copy of a letter date January 30, 2008 from me to Jon Corey, counsel for Mattel, confirming a teleconference that we had conducted earlier that day during which Mr. Corey had expressed Mattel's position on this issue.

3.  Counsel for Mattel first asserted its position regarding the timeliness of a motion to compel directed at Mattel's responses to Bryant's Second Set of Interrogatories, First and Second Sets of Requests for Admission, and Fourth Set of Requests for Production on February 6, 2008. Counsel for Mattel's letter setting forth Mattel's position is attached as Exhibit U to the Declaration of Matthew M. Werdegar in Support of Carter Bryant's Motion to Compel Responses to Discovery Requests date February 8, 2008.

4.  Attached hereto as Exhibit 2 is a true and correct copy of a letter from counsel for Mattel, B. Dylan Proctor, to me and Timothy Miller, counsel for MGA Entertainment, dated February 6, 2008.

5.  After the conclusion of the motion hearing before the Discovery Master on January 3, 2008, which I attended, the Discovery Master and counsel engaged in an off-the-record discussion regarding the scheduling of the next

motion hearing. The Discovery Master indicated that, due to his schedule, the next hearing could not take place until sometime in February 2008. In setting a February date for the next hearing, the Discovery Master commented that the close of discovery on January 28, 2008 should not prevent the parties from briefing and arguing, and the Discovery Master from deciding, Phase I discovery disputes. I do not recall the Discovery Master stating that any motions to compel had to be filed on or before January 28, 2008.

    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on February 13, 2008, at San Francisco, California.

*/s/ Matthew Werdegar*
MATTHEW WERDEGAR