**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| CARTER BRYANT, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV 04-09049 SGL (RNBx) |
| v. | |
| MATTEL, INC. | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**

1) Carter Bryant's Application to File Under Seal; 2) Proposed Order re Application to File Under Seal; 3) Second Supplemental Declaration of John Trinidad in Support of Bryant's Motion to Quash Mattel Inc.'s Subpoena; 4) Public Redacted Second Supplemental Declaration of John Trinidad.

**Document Description:**

- ☐ Administrative Record
- ☐ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)
- ☑ Other

**Reason:**

- ☑ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☐ Per Court order dated _____
- ☐ Manual Filing required (*reason*):

| February 13, 2008 | John E. Trinidad |
|---|---|
| Date | Attorney Name |
| | Plaintiff Carter Bryant |
| | Party Represented |

Note:  File one Notice in each case, each time you manually file document(s).

G-92 (02/08)  **NOTICE OF MANUAL FILING**