# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

To: ☒ U.S. District Judge / ☐ U.S. Magistrate Judge __Larson__

From: __L. Murray__, Deputy Clerk   Date Received: __2/12/08__

Case No.: __CV04-9049 SGL (RNBx)__   Case Title: __Carter Bryant v Mattel, Inc.__

Document Entitled: __MGA Entertainment, Inc.'s Memorandum of P'and A's in Opposition to Mattel, Inc.'s Motion to Compel Production of Previously Withheld Documents Only Portions of which are Allegedly Privileged.__

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

☐ Local Rule 11-3.1    Document not legible
☐ Local Rule 11-3.8    Lacking name, address, phone and facsimile numbers
☐ Local Rule 11-4.1    No copy provided for judge
☐ Local Rule 19-1      Complaint/Petition includes more than ten (10) Does or fictitiously named parties
☐ Local Rule 15-1      Proposed amended pleading not under separate cover
☐ Local Rule 11-6      Memorandum/brief exceeds 25 pages
☐ Local Rule 11-8      Memorandum/brief exceeding 10 pages shall contain table of contents
☐ Local Rule 7.1-1     No Certification of Interested Parties and/or no copies
☐ Local Rule 6.1       Written notice of motion lacking or timeliness of notice incorrect
☐ Local Rule 56-1      Statement of uncontroverted facts and/or proposed judgment lacking
☐ Local Rule 56-2      Statement of genuine issues of material fact lacking
☐ Local Rule 7-19.1    Notice to other parties of ex parte application lacking
☐ Local Rule 16-6      Pretrial conference order not signed by all counsel
☐ FRCvP Rule 5(d)      No proof of service attached to document(s)
☒ Other: __Per G.O. 07-08 This case is designated for e-filing. Document should be e-filed.__

Note: Please refer to the court's Internet website at www.cacd.uscourts.gov for local rules and applicable forms.

---

## ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

Date _____   U.S. District Judge / U.S. Magistrate Judge _____

☒ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to *counsel. *Counsel shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

Date __FEB 12 2008__   U.S. District Judge / ~~U.S. Magistrate Judge~~   /s/ Larson

STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE

*The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

CV-104A (12/03)        NOTICE OF DOCUMENT DISCREPANCIES

```
 1  THOMAS J. NOLAN (Bar No. 66992)
    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
 2  300 South Grand Avenue
    Los Angeles, California 90071-3144
 3  Telephone: (213) 687-5000
    Facsimile: (213) 687-5600
 4  E-mail:    tnolan@skadden.com

 5  RAOUL D. KENNEDY (Bar No. 40892)
    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
 6  4 Embarcadero Center, Suite 3800
    San Francisco, CA 94111-5974
 7  Telephone: (415) 984-6400
    Facsimile: (415) 984-2698
 8  Email:     rkennedy@skadden.com

 9  Attorneys for MGA Entertainment, Inc.,
    MGA Entertainment (HK) Limited,
10  MGAE de Mexico S.R.L. de C.V.,
    and Isaac Larian
11
```

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation<br><br>Defendant.<br><br>Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>**DISCOVERY MATTER**<br><br>[To be heard by Discovery Master Hon. Edward A. Infante (Ret.)]<br><br>**MGA ENTERTAINMENT, INC.'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MATTEL, INC.'S MOTION TO COMPEL PRODUCTION OF PREVIOUSLY WITHHELD DOCUMENTS ONLY PORTIONS OF WHICH ARE ALLEGEDLY PRIVILEGED**<br><br>Hearing Date: TBD<br>Time: TBD<br>Place: TBD |

ORIGINAL