QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

CARTER BRYANT, an individual,

  Plaintiff,

  vs.

MATTEL, INC., a Delaware corporation,

  Defendant.

AND CONSOLIDATED ACTIONS

CASE NO. CV 04-9049 SGL (RNBx)
Consolidated with
Case Nos. CV 04-09059 & CV 05-2727

**DISCOVERY MATTER**

[To Be Heard By Discovery Master Hon. Edward Infante (Ret.) Pursuant To The Court's Order Of December 6, 2006]

[PROPOSED] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL CERTAIN EXHIBTIS TO THE DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL MGA ENTERTAINMENT, INC., MGA ENTERTAINMENT (HK) LIMITED, ISAAC LARIAN, AND CARTER BRYANT TO RESPOND TO MATTEL, INC.'S FIRST SET OF REQUESTS FOR ADMISSION PROPOUNDED TO MGA ENTERTAINMENT, INC.; CARTER BRYANT; MGA ENTERTAINMENT (HK) LIMITED

Date: TBD
Time: TBD
Place: TBD

**Phase 1**
Discovery Cut-Off:   January 28, 2008
Pre-Trial Conference: May 5, 2008
Trial Date:           May 27, 2008

# [~~PROPOSED~~] ORDER

Based on the concurrently filed Application to File Under Seal Certain Exhibits to the Declaration of B. Dylan Proctor in Support of Mattel, Inc.'s Motion to Compel MGA Entertainment, Inc., MGA Entertainment (HK) Limited, Isaac Larian, and Carter Bryant to Respond to Mattel, Inc.'s First Set of Requests for Admission Propounded to MGA Entertainment, Inc.; Carter Bryant; MGA Entertainment (HK) Limited; and Isaac Larian, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Exhibits 2-4 and 10 to the Declaration of B. Dylan Proctor in Support of Mattel, Inc.'s Motion to Compel MGA Entertainment, Inc., MGA Entertainment (HK) Limited, Isaac Larian, and Carter Bryant to Respond to Mattel, Inc.'s First Set of Requests for Admission Propounded to MGA Entertainment, Inc.; Carter Bryant; MGA Entertainment (HK) Limited; and Isaac Larian are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: FEB - 8 2008 , 2008

Hon. Stephen G. Larson
United States District Judge