QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard by Discovery Master Hon. Edward Infante (Ret.) Pursuant To The Court's Order Of Dec. 6, 2006]**<br><br>[~~PROPOSED~~] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 8, 9, 10, AND 11 TO THE DECLARATION OF JON D. COREY IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA DEFENDANTS' MOTION TO QUASH DEPOSITION SUBPOENAS.<br><br>Hearing Date: TBA<br>Time: TBA<br>Place: TBA<br><br>**Phase 1**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

FILED
CLERK, U.S. DISTRICT COURT

FEB - 8 2008

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION
BY DEPUTY

LODGED

ORIGINAL

07209/2382415.1

## ~~[PROPOSED]~~ ORDER

Based on the concurrently filed Application to File Under Seal Exhibits 8, 9, 10, and 11 To The Declaration Of Jon D. Corey In Support Of Mattel, Inc.'s Opposition To MGA Defendants' Motion To Quash Deposition Subpoenas, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Exhibits 8, 9, 10, and 11 To The Declaration Of Jon D. Corey In Support Of Mattel, Inc.'s Opposition To MGA Defendants' Motion To Quash Deposition Subpoenas are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: FEB - 8 2008 , 2008

Hon. Stephen G. Larson
United States District Judge

07209/2382415.1

-2-

[PROPOSED] ORDER