1 THOMAS J. NOLAN (Bar No. 66992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2 300 South Grand Avenue
Los Angeles, California 90071-3144
3 Telephone: (213) 687-5000
Facsimile: (213) 687-5600
4 E-mail: tnolan@skadden.com

5 RAOUL D. KENNEDY (Bar No. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
6 Four Embarcadero Center, 38th Floor
San Francisco, California 94111-5974
7 Telephone: (415) 984-6400
Facsimile: (415) 984-2698
8 E-mail: rkennedy@skadden.com

9 Attorneys for Counter-Defendants,
MGA ENTERTAINMENT, INC.,
10 ISAAC LARIAN, MGA ENTERTAINMENT (HK) LIMITED,
and MGAE de MEXICO S.R.L. de C.V.

11

12 UNITED STATED DISTRICT COURT

13 CENTRAL DISTRICT OF CALIFORNIA

14 EASTERN DIVISION

15 CARTER BRYANT, an individual, ) CASE NO. CV 04-9049 SGL (RNBx)
16 Plaintiff, )
17 v. ) Consolidated with Case No. 04–9059 and Case No. 05–2727
18 MATTEL, INC., a Delaware corporation, ) **APPLICATION TO FILE UNDER SEAL MGA ENTERTAINMENT, INC.'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MATTEL, INC.'S MOTION TO COMPEL PRODUCTION OF PREVIOUSLY WITHHELD DOCUMENTS ONLY PORTIONS OF WHICH ARE ALLEGEDLY PRIVILEGED**
19
20 Defendant. )
21 Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC.
22
23
24 [[Proposed] Order filed concurrently herewith]
25 Hearing Date: TBD
Time: TBD
26 Place: TBD
27 ORIGINAL
28

APPLICATION TO FILE UNDER SEAL           CASE NO. CV 04-9049 SGL (RNBx)

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, MGA Entertainment, Inc. ("MGA") hereby respectfully requests that the Court order the following documents be filed under seal: MGA Entertainment, Inc.'s Memorandum Of Points And Authorities In Opposition To Mattel, Inc.'s Motion To Compel Production Of Previously Withheld Documents Only Portions Of Which Are Allegedly Privileged and the associated Declaration of Jose R. Allen and related exhibits. Good cause exists for filing these documents under seal, as they refer to certain documents that have been designated as "Confidential" or "Confidential—Attorneys' Eyes Only" pursuant to the Protective Order. In the alternative, MGA requests that the Court declare the exhibits to be outside the definitions of "Confidential" and "Confidential—Attorneys' Eyes Only" as contained in the Stipulated Protective Order and order them to be filed as part of the public record.

DATED: February 7, 2008

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By: _____
Raoul D. Kennedy

Attorneys for Counter-Defendants,
MGA ENTERTAINMENT, INC.,
ISAAC LARIAN, MGA
ENTERTAINMENT (HK) LIMITED,
and MGAE de MEXICO S.R.L. de C.V.