THOMAS J. NOLAN (Bar No. 66992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600
E-mail: tnolan@skadden.com

RAOUL D. KENNEDY (Bar No. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Embarcadero Center, 38th Floor
San Francisco, California 94111-5974
Telephone: (415) 984-6400
Facsimile: (415) 984-2698
E-mail: rkennedy@skadden.com

Attorneys for Counter-Defendants,
MGA ENTERTAINMENT, INC.,
ISAAC LARIAN, MGA ENTERTAINMENT (HK) LIMITED,
and MGAE de MEXICO S.R.L. de C.V.

## UNITED STATED DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>                    Plaintiff,<br><br>          v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>                    Defendant.<br><br>Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04–9059 and Case No. 05–2727<br><br>**APPLICATION TO FILE UNDER SEAL MGA ENTERTAINMENT (HK) LIMITED'S OPPOSITION TO MATTEL, INC.'S MOTION TO COMPEL DEPOSITION AND FOR SANCTIONS**<br><br>**[[Proposed] Order filed concurrently herewith]**<br><br>Hearing Date: TBD<br>Time:          TBD<br>Place:         TBD |

ORIGINAL

APPLICATION TO FILE UNDER SEAL                    CASE NO. CV 04-9049 SGL (RNBx)

1    Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by

2    the Court in this action, MGA Entertainment (HK) Limited ("MGA Hong Kong")

3    hereby respectfully requests that the Court order the following documents be filed

4    under seal: MGA Entertainment (HK) Limited's Opposition To Mattel, Inc.'s Motion

5    To Compel Deposition And For Sanctions, the associated Declarations of Timothy A.

6    Miller and Samir Khare and related exhibits, and MGA Hong Kong's Response To

7    Mattel, Inc.'s Separate Statement To Compel Deposition Of MGA Entertainment

8    (HK) Limited, Overrule Instructions Not To Answer, And For Sanctions.  Good

9    cause exists for filing these documents under seal, as they refer to certain documents

10   that have been designated as "Confidential" or "Confidential—Attorneys' Eyes Only"

11   pursuant to the Protective Order.  In the alternative, MGA requests that the Court

12   declare the exhibits to be outside the definitions of "Confidential" and

13   "Confidential—Attorneys' Eyes Only" as contained in the Stipulated Protective

14   Order and order them to be filed as part of the public record.

15

16   DATED:  February 8, 2008

17                                          SKADDEN, ARPS, SLATE, MEAGHER &
                                            FLOM, LLP
18

19

20                                          By: _____
                                                    Raoul D. Kennedy
21                                          Attorneys for Counter-Defendants,
                                            MGA ENTERTAINMENT, INC.,
22                                          ISAAC LARIAN, MGA
                                            ENTERTAINMENT (HK) LIMITED,
23                                          and MGAE de MEXICO S.R.L. de C.V.

24

25

26

27

28

-1-

APPLICATION TO FILE UNDER SEAL                        CASE NO. CV 04-9049 SGL (RNBx)
203935-San Francisco Server 1A - MSW