KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
jkeker@kvn.com
MICHAEL H. PAGE - #154913
mpage@kvn.com
CHRISTA M. ANDERSON - #184325
canderson@kvn.com
MATTHEW M. WERDEGAR - #200470
mwerdegar@kvn.com
JOHN E. TRINIDAD - #250468
jtrinidad@kvn.com
AUDREY WALTON-HADLOCK- #250574
awaltonhadlock@kvn.com
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff
CARTER BRYANT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

CARTER BRYANT, an individual,

Plaintiff,

v.

MATTEL, INC. a Delaware Corporation,

Defendant.

CONSOLIDATED WITH MATTEL, INC., v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC.

Case No. CV 04-09049 SGL (RNBx) (consolidated with CV 04-9059 & 05-2727)

Hon. Stephen G. Larson

**CARTER BRYANT'S APPLICATION TO FILE UNDER SEAL EXHIBITS A, C, D, G, H TO THE SECOND SUPPLEMENTAL DECLARATION OF JOHN TRINIDAD IN SUPPORT OF CARTER BRYANT'S MOTION TO QUASH MATTEL'S SUBPOENA ISSUED TO PEOPLES BANK OF THE OZARKS OR IN THE ALTERNATIVE FOR A PROTECTIVE ORDER**

[[Proposed] Order filed concurrently herewith]

Date: TBA
Time: TBA

**Phase I:**
Date Comp. Filed: April 13, 2005
Discovery Cut-Off: Jan. 28, 2008
Trial Date: May 27, 2008

411221.01

BRYANT'S APPLICATION TO FILE UNDER SEAL EXS. A, C, D, G, H
TO THE SECOND SUPPLEMENTAL TRINIDAD DECLARATION
CASE NO. CV 04-09049 SGL (RNBx)

Pursuant to *Local Rule* 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Carter Bryant ("Bryant") hereby respectfully requests that the Court order filed under seal Exhibits A, G, and H, and portions of Exhibits C and D to the concurrently filed Second Supplemental Declaration of John Trinidad in Support of Bryant's Reply In Support Of Carter Bryant's Motion to Quash Mattel, Inc.'s Subpoena Issued to Peoples Bank of the Ozarks or in the Alternative for Protective Order ("Second Supplemental Declaration").

The Second Supplemental Declaration attaches as Exhibits A, G, and H, and portions of Exhibits C and D, documents that been designated as "Confidential – Attorneys' Eyes Only" pursuant to the Protective Order that governs this case. Accordingly, Bryant requests that the Court order that Exhibits A, G, and H, and portions of Exhibits C and D to the Second Supplemental Declaration be filed under seal.

Dated: February 13, 2008

Respectfully submitted,

KEKER & VAN NEST, LLP

By: ______________________

John Trinidad
Attorney for Plaintiff
CARTER BRYANT

1

BRYANT'S APPLICATION TO FILE UNDER SEAL EXS. A, C, D, G, H TO THE SECOND SUPPLEMENTAL TRINIDAD DECLARATION
CASE NO. CV 04-09049 SGL (RNBx)

411221.01

PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest, LLP, 710 Sansome Street, San Francisco, California 94111.

On February 13, 2008, I served the following document(s):

**CARTER BRYANT'S APPLICATION TO FILE UNDER SEAL EXHIBITS A, C, D, G, H TO THE SECOND SUPPLEMENTAL DECLARATION OF JOHN TRINIDAD IN SUPPORT OF CARTER BRYANT'S MOTION TO QUASH MATTEL'S SUBPOENA ISSUED TO PEOPLES BANK OF THE OZARKS OR IN THE ALTERNATIVE FOR A PROTECTIVE ORDER**

**[PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL EXHIBITS A, C, D, G, AND H TO THE SECOND SUPPLEMENTAL DECLARATION OF JOHN TRINIDAD IN SUPPORT OF CARTER BRYANT'S MOTION TO QUASH MATTEL'S SUBPOENA ISSUED TO PEOPLES BANK OF THE OZARKS OR IN THE ALTERNATIVE FOR A PROTECTIVE ORDER**

**SECOND SUPPLEMENTAL DECLARATION OF JOHN TRINIDAD IN SUPPORT OF CARTER BRYANT'S MOTION TO QUASH MATTEL INC.'S SUBPOENA ISSUED TO PEOPLES BANK OF THE OZARKS OR IN THE ALTERNATIVE FOR PROTECTIVE ORDER**

**[PUBLIC REDACTED] SECOND SUPPLEMENTAL DECLARATION OF JOHN TRINIDAD IN SUPPORT OF CARTER BRYANT'S MOTION TO QUASH MATTEL INC.'S SUBPOENA ISSUED TO PEOPLES BANK OF THE OZARKS OR IN THE ALTERNATIVE FOR PROTECTIVE ORDER**

by **FEDERAL EXPRESS**, by placing a true and correct copy in a sealed envelope addressed as shown below. I am readily familiar with the practice of Keker & Van Nest, LLP for correspondence for delivery by FedEx Corporation. According to that practice, items are retrieved daily by a FedEx Corporation employee for overnight delivery; and

by **E-MAIL VIA PDF FILE**, by transmitting on this date via e-mail a true and correct copy scanned into an electronic file in Adobe "pdf" format. The transmission was reported as complete and without error.

John B. Quinn
Michael T. Zeller
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Tel: 213/443-3000
Fax: 213/443-3100
Email: johnquinn@quinnemanuel.com
Email: michaelzeller@quinnemanuel.com

Thomas J. Nolan
Skadden Arps Slate Meagher & Flom
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3144
Tel: 213/687-5000
Fax: 213/687-5600
Email: tnolan@skadden.com

Alexander H. Cote
Overland Borenstein Scheper & Kim LLP
300 S. Grand Avenue, Suite 2750
Los Angeles, California 90071
Tel: 213/613-4660
Fax: 213/613-4656
Email : acote@obsklaw.com

Executed on February 13, 2008, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

JULIE A. SELBY

KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
jkeker@kvn.com
MICHAEL H. PAGE - #154913
mpage@kvn.com
CHRISTA M. ANDERSON - #184325
canderson@kvn.com
MATTHEW M. WERDEGAR - #200470
mwerdegar@kvn.com
JOHN E. TRINIDAD - #250468
jtrinidad@kvn.com
AUDREY WALTON-HADLOCK- #250574
awaltonhadlock@kvn.com
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff
CARTER BRYANT

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC. a Delaware Corporation,<br><br>Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC., v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No. CV 04-09049 SGL (RNBx) (consolidated with CV 04-9059 & 05-2727)<br><br>Hon. Stephen G. Larson<br><br>**[PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL EXHIBITS A, C, D, G, AND H TO THE SECOND SUPPLEMENTAL DECLARATION OF JOHN TRINIDAD IN SUPPORT OF CARTER BRYANT'S MOTION TO QUASH MATTEL'S SUBPOENA ISSUED TO PEOPLES BANK OF THE OZARKS OR IN THE ALTERNATIVE FOR A PROTECTIVE ORDER**<br><br>Dept: Courtroom 1<br>Judge: Hon. Stephen G. Larson<br><br>Date Comp. Filed: April 13, 2005<br><br>Discovery Cut-Off: Jan. 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

411083.01

[PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL EXHIBITS A, C, D, G, AND H TO THE SECOND SUPPLEMENTAL TRINIDAD DECLARATION
CASE NO. CV 04-09049 SGL (RNBx)

# [PROPOSED] ORDER

Based on the concurrently filed Application to File Under Seal Exhibit Exhibits A, C, D, G, and H to the Second Supplemental Declaration of John Trinidad in Support of Carter Bryant's Motion to Quash Mattel, Inc.'s Subpoena Issued to Peoples Bank of the Ozarks or in the Alternative for Protective Order ("Second Supplemental Trinidad Declaration"), and good cause appearing, IT IS HEREBY ORDERED:

Exhibits A, G, and H and portions of Exhibits C and D to the Second Supplemental Trinidad Declaration are ORDERED filed under seal pursuant to *Local Rule* 79-5.1.

Dated:________________________, 2008

________________________________
Hon. Stephen G. Larson
United States District Judge

1

[PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL EXHIBITS A, C, D, G, AND H TO THE SECOND SUPPLEMENTAL TRINIDAD DECLARATION
CASE NO. CV 04-09049 SGL (RNBx)

411082.01