```
 1  KEKER & VAN NEST, LLP
    JOHN W. KEKER - #49092
 2  jkeker@kvn.com
    MICHAEL H. PAGE - #154913
 3  mpage@kvn.com
    CHRISTA M. ANDERSON - #184325
 4  canderson@kvn.com
    MATTHEW M. WERDEGAR - #200470
 5  mwerdegar@kvn.com
    JOHN E. TRINIDAD - #250468
 6  jtrinidad@kvn.com
    AUDREY WALTON-HADLOCK- #250574
 7  awaltonhadlock@kvn.com
    710 Sansome Street
 8  San Francisco, CA 94111-1704
    Telephone: (415) 391-5400
 9  Facsimile: (415) 397-7188

10  Attorneys for Plaintiff
    CARTER BRYANT
11
```

                    UNITED STATES DISTRICT COURT

                   CENTRAL DISTRICT OF CALIFORNIA

                          EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>             Plaintiff,<br><br>     v.<br><br>MATTEL, INC. a Delaware Corporation,<br><br>             Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC., v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No. CV 04-09049 SGL (RNBx) (consolidated with CV 04-9059 & 05-2727<br><br>**DISCOVERY MATTER**<br>[To be heard by Discovery Master Hon. Edward Infante (Ret.)]<br><br>**[PUBLIC REDACTED] SECOND SUPPLEMENTAL DECLARATION OF JOHN TRINIDAD IN SUPPORT OF CARTER BRYANT'S MOTION TO QUASH MATTEL INC.'S SUBPOENA ISSUED TO PEOPLES BANK OF THE OZARKS OR IN THE ALTERNATIVE FOR PROTECTIVE ORDER**<br><br>Date:   TBD<br>Time:   TBD<br><br>Date Comp. Filed: April 13, 2005<br><br>Discovery Cut-Off: Jan. 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

---

[REDACTED] SECOND SUPP. DEC'L OF TRINIDAD IN SUPPORT OF BRYANT'S MOTION TO QUASH
SUBPOENA ISSUED TO PEOPLES BANK OF THE OZARKS
CASE NO. CV 04-09049 SGL (RNBx)

411228.01

**Portions of Exhibit D (documents bearing bates numbers BRYANT2 011157 to 011167) have been filed conditionally under seal.**

6. Attached hereto as Exhibit E are true and correct copies of subpoenas served on Pacific Bell Telephone Company, Anna Rhee, and Ogilvy & Mather Worldwide and confirmation of delivery of these subpoenas to Quinn Emanuel.

7. Attached hereto as Exhibit F is a true and correct copy of Mattel Inc.'s First Set of Request for the Production of Documents and Tangible Things to Carter Bryant, served on June 14, 2004.

8. Attached hereto as Exhibit G are true and correct copies of excerpts from Carter Bryant's January 23, 2008 deposition transcript. **Exhibit G has been filed conditionally under seal.**

9. Attached hereto as Exhibit H are true and correct copies of excerpts from Veronica Marlow's December 28, 2007 deposition transcript. **Exhibit H has been filed conditionally under seal.**

10. Attached hereto as Exhibit I is a true and correct copy of Carter Bryant's Opposition to Mattel Inc.'s Motion for an Order Enforcing Court's January 25, 2007 Order Compelling Bryant to Produce Computer Hard Drives and for Sanctions, filed on February 7, 2008.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on February 13, 2008, at San Francisco, California.

_____
JOHN TRINIDAD

[REDACTED] SECOND SUPP. DEC'L OF TRINIDAD IN SUPPORT OF BRYANT'S MOTION TO QUASH SUBPOENA ISSUED TO PEOPLES BANK OF THE OZARKS
CASE NO. CV 04-09049 SGL (RNBx)

411228.01