# EXHIBIT A

411159.01

# EXHIBIT A CONDITIONALLY FILED UNDER SEAL

# PURSUANT TO PROTECTIVE ORDER

411159.01