# EXHIBIT D

411159.01

LAW OFFICES
# KEKER & VAN NEST
## LLP

710 SANSOME STREET
SAN FRANCISCO, CA 94111-1704
TELEPHONE (415) 391-5400
FAX (415) 397-7188
WWW.KVN.COM

REBEKAH PUNAK
RPUNAK@KVN.COM

January 23, 2008

**VIA PDF**

Jon D. Corey
Duane R. Lyons
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017-2543

Re:  *Bryant v. Mattel*
     United States District Court, Central District of California
     Case No. CV 04-09049 SGL (RNBx) (consolidated with CV 04-9059 & 05-2727)

Dear Mr. Corey:

Enclosed with this email, please find a copy of documents bearing bates numbers BRYANT2 011157 to BRYANT2 011167. These documents are being produced in accordance with our stipulation regarding Mattel's subpoena of Foothill Business Services. These documents have been marked as CONFIDENTIAL –ATTORNEY'S EYES ONLY pursuant to the January 4, 2005 Protective Order. I will send the password to the ZIP file via email.

If you have any questions or comments, or if I can be of further assistance in any way, please do not hesitate to call.

Very truly yours,

Rebekah Punak

RP/lhl
Encl.
cc: Thomas J. Nolan

409933.01

# EXHIBIT D
# CONDITIONALLY FILED UNDER SEAL (EXCEPT COVER LETTER)

# PURSUANT TO PROTECTIVE ORDER

411159.01