# EXHIBIT G

411159.01

# EXHIBIT G CONDITIONALLY FILED UNDER SEAL

# PURSUANT TO PROTECTIVE ORDER

411159.01