# EXHIBIT H

411159.01

# EXHIBIT H CONDITIONALLY FILED UNDER SEAL

# PURSUANT TO PROTECTIVE ORDER

411159.01