QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 90378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To be Heard by Discovery Master Hon. Edward Infante (Ret.) Pursuant to Court Order of December 6, 2006]**<br><br>[~~PROPOSED~~] ORDER RE: MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL: (1) SUPPLEMENTAL NOTICE OF MOTION AND MEMORANDUM IN SUPPORT OF MATTEL'S MOTION TO COMPEL PRODUCTION OF PREVIOUSLY WITHHELD DOCUMENTS ONLY PORTIONS OF WHICH ARE ALLEGEDLY PRIVILEGED; AND (2) SUPPLEMENTAL DECLARATION OF B. DYLAN PROCTOR<br><br>[Local Rule 79-5.1]<br><br>Date: TBA<br>Time: TBA<br>Place: TBA<br><br>**Phase 1**<br>Discovery Cut-Off: Jan. 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

| | |
|---|---|
| 1 | [~~PROPO~~SED] ORDER |
| 2 | Based on the concurrently filed Application to File Under Seal Mattel's |
| 3 | (1) Supplemental Notice of Motion and Memorandum in Support of Mattel's Motion |
| 4 | to Compel Production of Previously Withheld Documents Only Portions of Which |
| 5 | are Allegedly Privileged; and (2) Exhibits 1, 2, and 3 to the concurrently filed |
| 6 | Supplemental Declaration of B. Dylan Proctor, and good cause appearing for the |
| 7 | entry thereof, IT IS HEREBY ORDERED: |
| 8 | Mattel's (1) Supplemental Notice of Motion and Memorandum in |
| 9 | Support of Mattel's Motion to Compel Production of Previously Withheld |
| 10 | Documents Only Portions of Which are Allegedly Privileged; and (2) Exhibits 1, 2, |
| 11 | and 3 to the concurrently filed Supplemental Declaration of B. Dylan Proctor are |
| 12 | ORDERED filed under seal pursuant to Local Rule 79-5.1. |

DATED: FEB - 6 2008, 2008

/s/ S. G. Larson
Hon. Stephen G. Larson
United States District Judge

07209/2379813.1