QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>[PROPOSED] ORDER GRANTING MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL (1) PORTIONS OF MATTEL INC.'S NOTICE OF MOTION AND MOTION TO COMPEL MGA TO PRODUCE COMMUNICATIONS REGARDING THIS ACTION AND (2) CERTAIN EXHIBITS TO THE DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL MGA TO PRODUCE COMMUNICATIONS REGARDING THIS ACTION<br><br>[Local Rule 79-5.1]<br><br>**Phase 1**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

## [~~PROPOSED~~] ORDER

Based on Mattel, Inc.'s Application to File Under Seal (1) Portions of Mattel Inc.'s Notice of Motion and Motion to Compel MGA to Produce Communications Regarding This Action and (2) Certain Exhibits to the Declaration of B. Dylan Proctor in Support of Mattel, Inc.'s Motion to Compel MGA to Produce Communications Regarding This Action, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Portions of Mattel Inc.'s Notice of Motion and Motion to Compel MGA to Produce Communications Regarding This Action and Exhibits 9, 10 and 12 to the Declaration of B. Dylan Proctor in Support of Mattel, Inc.'s Motion to Compel MGA to Produce Communications Regarding This Action, are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: FEB - 8 2008, 2008

_____
Hon. Stephen G. Larson
United States District Judge

7209/2378676.1

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is NOW Messenger Service, 1301 West Second Street, Suite 206, Los Angeles, California 90026.

On February 6, 2008, I served true copies of the following documents described as:

[PROPOSED] ORDER GRANTING MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL (1) PORTIONS OF MATTEL INC'S NOTICE OF MOTION AND MOTION TO COMPEL MGA TO PRODUCE COMMUNICATIONS REGARDING THIS ACTION AND (2) CERTAIN EXHIBITS TO THE DECLARATION OF DYLAN B. PROCTOR IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL MGA TO PRODUCE COMMUNICATIONS REGARDING THIS ACTION.

on the parties in this action as follows:

| | |
|---|---|
| Skadden, Arps, Slate, Meagher & Flom LLP<br>    Thomas J. Nolan, Esq.<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071<br>Telephone: 213.687.5000<br>Facsimile: 213.687.5600 | **Attorneys for *MGA Entertainment, Inc., MGA Entertainment (HK) Ltd., Isaac Larian and MGAE de Mexico, S.R.L. de C.V.*** |

[√]   [PERSONAL] by personally delivering the document listed above to the person(s) at the address(es) set forth above.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made

Executed on February 6, 2008, at Los Angeles, California.

_David Quintana_
David Quintana

07209/2379051.1

-1-

Case No. CV 04-9049 SGL (RNBx)
PROOF OF SERVICE

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017.

On February 6, 2008, I served true copies of the following documents described as **[PROPOSED] ORDER GRANTING MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL (1) PORTIONS OF MATTEL INC'S NOTICE OF MOTION AND MOTION TO COMPEL MGA TO PRODUCE COMMUNICATIONS REGARDING THIS ACTION AND (2) CERTAIN EXHIBITS TO THE DECLARATION OF DYLAN B. PROCTOR IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL MGA TO PRODUCE COMMUNICATIONS REGARDING THIS ACTION.** on the parties in this action as follows:

| | |
|---|---|
| Keker & Van Nest, LLP<br>　John W. Keker, Esq.<br>　Michael H. Page, Esq.<br>　Christa M. Anderson, Esq.<br>710 Sansome Street<br>San Francisco, CA 94111<br>Telephone: 415.391.5400<br>Facsimile: 415.397.7188 | **Attorneys for *Carter Bryant*** |
| Overland Borenstein Scheper & Kim, LLP<br>　Mark E. Overland, Esq.<br>　David C. Scheper, Esq.<br>　Alexander H. Cote, Esq.<br>300 South Grand Avenue, Suite 2750<br>Los Angeles, CA 90071<br>Telephone: 213.613.4655<br>Facsimile: 213.613.4656 | **Attorneys for *Carlos Gustavo Machado Gomez*** |

[√]     **[MAIL]** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 6, 2008, at Los Angeles, California.

_____
Catherine Estacio

07209/2379051.1

-2-

Case No. CV 04-9049 SGL (RNBx)
PROOF OF SERVICE