QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>[PROPOSED] ORDER GRANTING MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBIT NO. 1 TO THE DECLARATION OF TIMOTHY L. ALGER IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA'S AND CARTER BRYANT'S JOINT MOTION TO COMPEL PRODUCTION OF PURPORTEDLY IMPROPERLY WITHHELD MATTEL DOCUMENTS<br><br>[Local Rule 79-5.1]<br><br>**Phase 1**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

FILED
CLERK, U.S. DISTRICT COURT
FEB - 8 2008
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

LODGED

07209/2382229.1

[PROPOSED] ORDER

1 [~~PROPOSED~~] ORDER

3  Based on Mattel, Inc.'s Application to File Under Seal Exhibit No. 1 to
4 the Declaration of Timothy L. Alger in Support of Mattel, Inc.'s Opposition to
5 MGA's and Carter Bryant's Joint Motion to Compel Production of Purportedly
6 Improperly Withheld Mattel Documents, and good cause appearing for the entry
7 thereof, IT IS HEREBY ORDERED:

8  Exhibit 1 to the Declaration of Timothy L. Alger in Support of Mattel,
9 Inc.'s Opposition to MGA's and Carter Bryant's Joint Motion to Compel Production
10 of Purportedly Improperly Withheld Mattel Documents, is ORDERED filed under
11 seal pursuant to Local Rule 79-5.1.

14 DATED: FEB - 8 2008, 2008

*[signature: S G Larson]*

Hon. Stephen G. Larson
United States District Judge

07209/2382229.1

-2-

[PROPOSED] ORDER