ORIGINAL
LODGED

1 QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
2 (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
3 (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
4 (joncorey@quinnemanuel.com)
  865 South Figueroa Street, 10th Floor
5 Los Angeles, California 90017-2543
  Telephone: (213) 443-3000
6 Facsimile: (213) 443-3100

7 Attorneys for Mattel, Inc.

FILED
CLERK, U.S. DISTRICT COURT
FEB - 8 2008
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION BY DEPUTY

8        UNITED STATES DISTRICT COURT
9        CENTRAL DISTRICT OF CALIFORNIA
10             EASTERN DIVISION

11 CARTER BRYANT, an individual,    | CASE NO. CV 04-9049 SGL (RNBx)
                                     | Consolidated with
12          Plaintiff,               | Case Nos. CV 04-09059 & CV 05-2727
13                                   | Hon. Stephen G. Larson
14    vs.                            |
                                     | [PROPOSED] ORDER GRANTING
15 MATTEL, INC., a Delaware          | MATTEL, INC.'S APPLICATION TO
   corporation,                      | FILE UNDER SEAL EXHIBITS 1, 2, 3
16                                   | TO THE DECLARATION OF CYRUS
                                     | S. NAIM IN SUPPORT OF MATTEL,
17          Defendant.               | INC.'S MEMORANDUM
                                     | REGARDING THE INVESTIGATION
18                                   | OF ANA CABRERA AND BEATRIZ
                                     | MORALES
19 AND CONSOLIDATED ACTIONS          |
                                     | [Local Rule 79-5.1]
20                                   | **Phase 1**
                                     | Discovery Cut-Off:   January 28, 2008
21                                   | Pre-Trial Conference: May 5, 2008
                                     | Trial Date:          May 27, 2008

07209/2382380.1

[PROPOSED] ORDER

|   |   |
|---|---|
| 1 | [~~PROPOSED~~] ORDER |

Based on Mattel, Inc.'s Application to File Under Seal Exhibits 1, 2, and 3 to the Declaration Of Cyrus S. Naim In Support Of Memorandum Regarding The Investigation Of Ana Cabrera And Beatriz Morales, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Exhibits 1, 2, and 3 to the Declaration Of Cyrus S. Naim In Support Of Memorandum Regarding The Investigation Of Ana Cabrera And Beatriz Morales are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: FEB - 8 2008 , 2007      /s/ S. G. Larson
                                 Hon. Stephen G. Larson
                                 United States District Judge

07209/2382380.1

-2-

[PROPOSED] ORDER

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On February 8, 2008, I served true copies of the following document(s) described as **[PROPOSED] ORDER GRANTING MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 1, 2, 3 TO THE DECLARATION OF CYRUS S. NAIM IN SUPPORT OF MATTEL, INC.'S MEMORANDUM REGARDING THE INVESTIGATION OF ANA CABRERA AND BEATRIZ MORALES** on the parties in this action as follows:

| | |
|---|---|
| Thomas J. Nolan, Esq.<br>**Skadden, Arps, Slate, Meagher & Flom LLP**<br>300 So. Grand Ave.<br>Suite 3400<br>Los Angeles CA 90071 | John W. Keker<br>Michael H. Page<br>Christa M. Anderson<br>**Keker & Van Nest, LLP**<br>710 Sansome Street<br>San Francisco, CA 94111 |
| Mark E. Overland, Esq.<br>David E. Scheper, Esq.<br>Alexander H. Cote, Esq.<br>**Overland Borenstein Scheper & Kim, LLP**<br>300 South Grand Avenue<br>Suite 2750<br>Los Angeles, CA 90071-3144 | Maria Diaz<br>**Allred, Maroko & Goldberg**<br>6300 Wilshire Blvd., Suite 1500<br>Los Angeles, CA 90048 |

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 8, 2008, at Los Angeles, California.

*[signature]*
NOW LEGAL -- Dave Quintana

07209/2169461.1