```
 1  THOMAS J. NOLAN (Bar No. 66992)
    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
 2  300 South Grand Avenue
    Los Angeles, CA 90071-3144
 3  Telephone: (213) 687-5000
    Facsimile:  (213) 687-5600
 4  E-mail:    tnolan@skadden.com

 5  RAOUL D. KENNEDY (Bar No. 40892)
    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
 6  4 Embarcadero Center, 38th Floor
    San Francisco, California 94111-5974
 7  Telephone: (415) 984-6400
    Facsimile:  (415) 984-2698
 8  Email:     rkennedy@skadden.com

 9  Attorneys for Counter-Defendants,
    MGA ENTERTAINMENT, INC., ISAAC LARIAN, MGA ENTERTAINMENT
10  (HK) LIMITED, and MGAE de MEXICO S.R.L. de C.V.
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation<br><br>Defendant.<br><br>Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>**DISCOVERY MATTER**<br><br>[PROPOSED] ORDER GRANTING MGA DEFENDANTS' APPLICATION TO FILE UNDER SEAL THE SEPARATE STATEMENT TO THE MGA DEFENDANTS' OPPOSITION TO MATTEL INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND THINGS BY MGA ENTERTAINMENT, INC. AND AWARD FOR MONETARY SANCTIONS<br><br>Hearing Date: TBD<br>Time: TBD<br>Place: TBD |

[PROPOSED] ORDER                                      Case No. CV 04-9049 (RNBx)

# [PROPOSED] ORDER

Based on the MGA Defendants' Application to File Under Seal the Separate Statement to the MGA Defendants' Opposition to Mattel, Inc.'s Motion to Compel Production of Documents and Things by MGA Entertainment, Inc. and Award for Monetary Sanctions, and good cause appearing, IT IS HEREBY ORDERED that:

The following are to be filed under seal pursuant to Local Rule 79-5.1:

    i. MGA Defendants' Opposition to Mattel, Inc.'s Motion to Compel Production of Documents and Things by MGA Entertainment, Inc. and Award for Monetary Sanctions, which contains information from the official transcript of the July 18, 2006 deposition of Isaac Larian, from the official transcript of the December 6, 2004 deposition of Victoria O'Connor, and the from the official transcript of the December 28, 2007 deposition of Veronica Marlow;

    ii. The Separate Statement to the MGA Defendants' Opposition to Mattel, Inc.'s Motion to Compel Production of Documents and Things by MGA Entertainment, Inc. and Award for Monetary Sanctions, which contains information from the official transcript of the deposition of Anna Rhee, dated February 3, 2005, from the official transcript of the July 18, 2006 deposition of Isaac Larian, from the official transcript of the December 6, 2004 deposition of Victoria O'Connor, and the from the official transcript of the December 28, 2007 deposition of Veronica Marlow;;

    iii. Exhibit 9 to the MGA Defendants' Opposition to Mattel, Inc.'s Motion to Compel Production of Documents and Things by MGA Entertainment, Inc. and Award for Monetary Sanctions, which is MGA 0007495-97, a July 7, 2000 email message with the subject "angel photos" and attached photographs of Prayer Angel Dolls;

    iv. Exhibit 10 to the MGA Defendants' Opposition to Mattel, Inc.'s Motion to Compel Production of Documents and Things by MGA Entertainment, Inc.

1

[PROPOSED] ORDER                             Case No. CV 04-9049 (RNBx)

and Award for Monetary Sanctions, which is KMW-M 04684-85, an October 18, 2000 email message with photograph attached titled "Angles_old_new.jpg" depicting Prayer Angel dolls;

    v.    Exhibit 11 to the MGA Defendants' Opposition to Mattel, Inc.'s Motion to Compel Production of Documents and Things by MGA Entertainment, Inc. and Award for Monetary Sanctions, which is pages 2-5 and 182-185 from the transcript of the deposition of Isaac Larian, dated July 18, 2006;

    vi.    Exhibit 12 to the MGA Defendants' Opposition to Mattel, Inc.'s Motion to Compel Production of Documents and Things by MGA Entertainment, Inc. and Award for Monetary Sanctions, which is pages 85-88 and 117-120 from the transcript of the deposition of Victoria O'Connor, dated December 6, 2004.

    vii.    Exhibit 13 to the MGA Defendants' Opposition to Mattel, Inc.'s Motion to Compel Production of Documents and Things by MGA Entertainment, Inc. and Award for Monetary Sanctions, which is pages 1-4 and 381-384 from the transcript of the deposition of Veronica Marlow, dated December 28, 2007.

IT IS SO ORDERED

DATED: FEB - 8 2008 ,2008    _____
                                               Hon. Stephen G. Larson