1  THOMAS J. NOLAN (Bar No. 066992)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2  300 South Grand Avenue
   Los Angeles, California 90071-3144
3  Telephone: (213) 687-5000
   Facsimile:  (213) 687-5600
4  E-mail:     tnolan@skadden.com

5  RAOUL D. KENNEDY (Bar No. 40892)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
6  Four Embarcadero Center, Suite 3800
   San Francisco, CA 94111
7  Telephone: (415) 984-6400
   Facsimile:  (415) 984-2698
8  E-mail:     rkennedy@skadden.com

9  Attorneys for Counter-Defendants,
   MGA ENTERTAINMENT, INC.,
10 ISAAC LARIAN, MGA ENTERTAINMENT (HK) LIMITED,
   and MGAE de MEXICO S.R.L. de C.V.

FILED
2008 FEB 12 PM 1:11
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation<br><br>Defendant.<br><br>Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | CASE NO.: CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>**DISCOVERY MATTER**<br><br>[To be heard by Discovery Master Hon. Edward A. Infante (Ret.)]<br><br>**PROOF OF SERVICE**<br><br>Hearing Date: TBA<br>Time: TBA<br>Place: TBA |

ORIGINAL

PROOF OF SERVICE                          NO. CV 04-9049 SGL (RNBx)

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

  I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is 4 Embarcadero Center, Suite 3800, San Francisco, California 94111.

  On **February 7, 2008**, I served the foregoing documents described as:

**SEE ATTACHED DOCUMENT LIST**

on the interested parties in this action addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒  (BY PERSONAL SERVICE)    ☐  By personally delivering copies to the person served. (FEDERAL) (As Noted.)

                 ☒  I caused such documents to be hand delivered to the office of the addressee. (FEDERAL) (As Noted.)

☒  (BY FEDERAL EXPRESS) I am readily familiar with the firm's practice for the daily collection and processing of correspondence for deliveries with the Federal Express delivery service and the fact that the correspondence would be deposited with Federal Express that same day in the ordinary course of business; on this date, the above-referenced document was placed for deposit at San Francisco, California and placed for collection and delivery following ordinary business practices. (As Noted.)

  I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed on **February 7, 2008** at San Francisco, California.

_____      *Pat Owens* (signature)
Pat Owens                
Print Name                Signature

## DOCUMENT LIST

1) **MGA ENTERTAINMENT (HK) LIMITED'S OPPOSITION TO MATTEL, INC.'S MOTION TO COMPEL DEPOSITION AND FOR SANCTIONS;**

2) **DECLARATION OF TIMOTHY MILLER IN SUPPORT OF MGA ENTERTAINMENT (HK) LIMITED'S OPPOSITION TO MATTEL, INC.'S MOTION TO COMPEL DEPOSITION AND FOR SANCTIONS;**

3) **DECLARATION OF SAMIR KHARE IN SUPPORT OF MGA ENTERTAINMENT (HK) LIMITED'S OPPOSITION TO MATTEL, INC.'S MOTION TO COMPEL DEPOSITION AND FOR SANCTIONS;**

4) **MGA ENTERTAINMENT (HK) LIMITED'S RESPONSE TO MATTEL, INC.'S SEPARATE STATEMENT TO COMPEL DEPOSITION OF MGA ENTERTAINMENT (HK) LIMITED, OVERRULE INSTRUCTIONS NOT TO ANSWER, AND FOR SANCTIONS;** and

5) **PROOF OF SERVICE**

## SERVICE LIST

John B. Quinn, Esq.
Michael T. Zeller, Esq.
Jon D. Corey, Esq.
Timothy L. Alger, Esq.
Quinn Emanuel Urquhart
  Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.
[Personal Service]

John W. Keker, Esq.
Michael H. Page, Esq.
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Carter Bryant
[Federal Express]

Mark E. Overland, Esq.
Alexander H. Cote, Esq.
David C. Scheper, Esq.
Overland Borenstein Scheper & Kim
300 South Grand Avenue, Suite 2750
Los Angeles, CA 90071
Telephone: (213) 613-4655
Facsimile: (213) 613-4656

Attorneys for Carlos Gustavo Machado Gomez
[Federal Express]