PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest, LLP, 710 Sansome Street, San Francisco, California 94111.

On February 13, 2008, I served the following document(s):

**CARTER BRYANT'S OPPOSITION TO MATTEL'S EX PARTE APPLICATION TO STRIKE MOTION TO COMPEL RESPONSES TO DISCOVERY REQUESTS, AND TO STAY TIME FOR FILING ANY OPPOSITION THERETO FOR PENDING REVIEW; AND**

**DECLARATION OF MATTHEW B. WERDEGAR IN OPPOSITION TO MATTEL'S EX PARTE APPLICATION TO STRIKE MOTION TO COMPEL RESPONSES TO DISCOVERY REQUESTS, AND TO STAY TIME FOR FILING ANY OPPOSITION THERETO FOR PENDING REVIEW, WITH EXHIBITS 1 AND 2**

by **FEDERAL EXPRESS**, by placing a true and correct copy in a sealed envelope addressed as shown below. I am readily familiar with the practice of Keker & Van Nest, LLP for correspondence for delivery by FedEx Corporation. According to that practice, items are retrieved daily by a FedEx Corporation employee for overnight delivery;

by **E-MAIL VIA PDF FILE**, by transmitting on this date via e-mail a true and correct copy scanned into an electronic file in Adobe "pdf" format. The transmission was reported as complete and without error.

396176.01

PROOF OF SERVICE
CASE NO. CV 04-09049 SGL (RNBx)

| | |
|---|---|
| Hon. Edward A. Infante<br>JAMS<br>Two Embarcadero Center, Suite 1500<br>San Francisco, CA 94111<br>Tel:  415/774-2649<br>Fax:  415/982-5287<br>Email:  schan@jamsadr.com | John B. Quinn<br>Michael T. Zeller<br>Quinn Emanuel Urquhart Oliver & Hedges, LLP<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA  90017-2543<br>Tel:  213/443-3000<br>Fax:  213/443-3100<br>Email:  johnquinn@quinnemanuel.com<br>Email:  michaelzeller@quinnemanuel.com |
| Thomas J. Nolan<br>Skadden Arps Slate Meagher & Flom<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071-3144<br>Tel:  213/687-5000<br>Fax:  213/687-5600<br>Email: tnolan@skadden.com | Alexander H. Cote<br>Overland Borenstein Scheper & Kim LLP<br>300 S. Grand Avenue, Suite 2750<br>Los Angeles, California 90071<br>Tel:  213/613-4660<br>Fax:  213/613-4656<br>Email :  acote@obsklaw.com |

Executed on February 13, 2008, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
BRYANT CAVERS

396176.01

PROOF OF SERVICE
CASE NO. CV 04-09049 SGL (RNBx)