ORIGINAL

Lodged (Proposed) Order

FILED 2008 FEB 13 AM 11:45 CLERK, U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. RIVERSIDE BY___

1  Larry McFarland (Bar No. 129668)
2  Christian Dowell (Bar No. 241973)
   KEATS, McFARLAND & WILSON LLP
3  9720 Wilshire Blvd.
   Penthouse Suite
4  Beverly Hills, CA 90212
   Telephone:  (310) 248-3830
5  Facsimile:  (310) 860-0363
   Email:  lmcfarland@kmwlaw.com
6          cdowell@kmwlaw.com

Attorneys for Veronica Marlow

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation;<br><br>Defendant.<br><br>AND RELATED ACTIONS. | Case No.: CV 04 – 09049 SGL (RNBx)<br>Consolidated with Case Nos.<br>CV 04-9059 and CV 05-2727<br><br><u>Hon. Stephen Larson</u><br><br>**APPLICATION TO FILE UNDER SEAL VERONICA MARLOW'S OPPOSITION TO MATTEL'S MOTION TO COMPEL ADDITIONAL DEPOSITION TESTIMONY AND PRODUCTION OF DOCUMENTS AND THE DECLARATION OF CHRISTIAN DOWELL AND ITS EXHIBITS IN SUPPORT THEREOF**<br><br>Date:  N/A<br>Time:  N/A<br>Place:  N/A |

APPLICATION TO FILE UNDER SEAL

Case 2:04-cv-09049-SGL-RNB Document 2088 Filed 02/13/2008 Page 2 of 2
Case 2:04-cv-09049-DOC-RNB Document 2157 Filed 02/13/08 Page 2 of 5 Page ID
#:32978

Pursuant to Local rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, non-party Veronica Marlow (the "Non-Party Witness") hereby respectfully requests that the Court order filed under seal Ms. Marlow's Opposition to Mattel's Motion to Compel Additional Deposition Testimony and Production of Documents ("Opposition") and the Declaration of Christian Dowell and its exhibits in support thereof ("Declaration").

The Opposition and Declaration include materials that MGA and/or Bryant have designated as "Confidential" or "Confidential – Attorneys' Eyes Only" pursuant to the Protective Order. Accordingly, the Non-Party Witnesses requests that the Court order that the Opposition and the Declaration be filed under seal.

Dated: February 12, 2008         KEATS MCFARLAND & WILSON LLP


/s/
Christian C. Dowell, Esq.
Attorneys for Veronica Marlow

- 2 -                                                              APPLICATION TO FILE UNDER SEAL

## Applications
2:04-cv-09049-SGL-RNB Carter Bryant v. Mattel Inc
(RNBx), AO279, DISCOVERY, PROTORD, RELATED-G

### UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered by Herich, Emil on 2/13/2008 at 0:33 AM PST and filed on 2/13/2008

**Case Name:**　　Carter Bryant v. Mattel Inc
**Case Number:**　2:04-cv-9049
**Filer:**　　　　　Veronica Marlow
**Document Number:** 2088

**Docket Text:**
APPLICATION to Seal *(1) NON-PARTY VERONICA MARLOWS OPPOSITION TO MATTELS MOTION TO COMPEL ADDITIONAL DEPOSITION TESTIMONY AND PRODUCTION OF DOCUMENTS; (2) DECLARATION OF CHRISTIAN DOWELL IN SUPPORT OF NON-PARTY VERONICA MARLOWS OPPOSITION TO MATTELS MOTION TO COMPEL ADDITIONAL DEPOSITION TESTIMONY AND PRODUCTION OF DOCUMENTS [per protective order filed 1-4-05]* filed by Non-Party Witness Veronica Marlow. (Attachments: # (1) Proposed Order to Seal Documents)(Herich, Emil)

**2:04-cv-9049 Notice has been electronically mailed to:**

Juan Pablo Alban　　juanpabloalban@quinnemanuel.com

Timothy L Alger　　timalger@quinnemanuel.com

Christa M Anderson　　canderson@kvn.com

Linda M Burrow　　burrow@caldwell-leslie.com

Michelle M Campana　　michelle.campana@skadden.com

Jon D Corey　　joncorey@quinnemanuel.com

Alexander H Cote　　acote@obsklaw.com

Leah Chava Gershon　　leah@spertuslaw.com

Alan Neil Goldberg　　agoldberg@sgattys.com

Melissa Grant　　melissagrant@quinnemanuel.com

Emil W Herich      eherich@kmwlaw.com

John W Keker       jkeker@kvn.com, DRoberts@kvn.com, efiling@kvn.com

Raoul D Kennedy    rkennedy@skadden.com

Alisa Morgenthaler Lever    amorgenthaler@chrisglase.com

Larry W McFarland    lmcfarland@kmwlaw.com

Nathan Meyer       nmeyer@kayescholer.com, dclow@kayescholer.com

Cyrus S Naim       cyrusnaim@quinnemanuel.com

Thomas J Nolan     tnolan@skadden.com, carl.roth@skadden.com, marcus.mumford@skadden.com

Mark E Overland    moverland@obsklaw.com

Michael H Page     mhp@kvn.com

Kenneth A Plevan   kenneth.plevan@skadden.com, drogosa@skadden.com, sumclaug@skadden.com

Brett Dylan Proctor    dylanproctor@quinnemanuel.com

John B Quinn       johnquinn@quinnemanuel.com

David C Scheper    dscheper@obsklaw.com, feseroma@obsklaw.com

Oleg Stolyar       alexstolyar@quinnemanuel.com

Kien C Tiet        ktiet@sgattys.com

John Elliot Trinidad    jtrinidad@kvn.com, efiling@kvn.com, yjayasuriya@kvn.com

Audrey Walton-Hadlock    awaltonhadlock@kvn.com

Matthew M Werdegar    mmw@kvn.com

Michael T Zeller    michaelzeller@quinnemanuel.com

**2:04-cv-9049 Notice has been delivered by First Class U. S. Mail or by fax to: :**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** H:\Non-Party\Application to File Under Seal Marlow's Opposition to Motion to Compel.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=2/13/2008] [FileNumber=5353292-0]
[9806faf7f27137381a33ff2670cd22a5dbdbc6e0946a4666d36c3d7cc323568fd979
d8de3cbe4ad08778659f4aefcd3b0ffb6fee41faabc1c57133dccbc02652]]

**Document description:** Proposed Order to Seal Documents
**Original filename:** H:\Non-Party\[PROPOSED] ORDER TO FILE UNDER SEAL VERONICA MARLOWS OPPOSITION TO COMPEL.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=2/13/2008] [FileNumber=5353292-1]
[bb4b207c78cb4de1ba49fec691bdeb3d2f0d54f0da5b9f3a9ce95d9be0154e3d7d2d
a980378fb5adc7c0767cf7e27047715428cc71485b222666e5748a50d91d]]