ORIGINAL

1  Larry McFarland (Bar No. 129668)
   Christian Dowell (Bar No. 241973)
2  KEATS, McFARLAND & WILSON LLP
   9720 Wilshire Blvd.
3  Penthouse Suite
   Beverly Hills, CA 90212
4  Telephone:  (310) 248-3830
   Facsimile:  (310) 860-0363
5  Email:   lmcfarland@kmwlaw.com
            cdowell@kmwlaw.com
6
   Attorneys for Lucy Arant,
7  Sarah Halpern and Peter Marlow

8                UNITED STATES DISTRICT COURT

9                CENTRAL DISTRICT OF CALIFORNIA

10                      EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation;<br><br>Defendant.<br><br>AND RELATED ACTIONS. | Case No.: CV 04 – 09049 SGL (RNBx)<br>Consolidated with Case Nos.<br>CV 04-9059 and CV 05-2727<br><br><u>Hon. Stephen G. Larson</u><br><br>**APPLICATION TO FILE UNDER SEAL EXHIBITS 6 AND 7 TO THE DECLARATION OF LARRY W. MCFARLAND IN SUPPORT OF RESPONSE TO ORDER TO SHOW CAUSE OF LARRY MCFARLAND, LUCY ARANT, SARAH HALPERN, AND PETER MARLOW**<br><br>Date:   02/25/08<br>Time:   10:00 A.M.<br>Place:  Courtroom One |

APPLICATION TO FILE UNDER SEAL

Pursuant to Local rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, non-parties Lucy Arant, Sarah Halpern and Peter Marlow (collectively, the "Non-Party Witnesses") hereby respectfully request that the Court order filed under seal Exhibits 6 and 7 to the Declaration of Larry W. McFarland in Support of Response to Order to Show Cause of Larry McFarland, Lucy Arant, Sarah Halpern and Peter Marlow ("Exhibits").

The Exhibits include materials that MGA and/or Bryant have designated as "Confidential" or "Confidential – Attorneys' Eyes Only" pursuant to the Protective Order. Accordingly, Non-Party Witnesses requests that the Court order that the Exhibits be filed under seal.

Dated: February 12, 2008          KEATS MCFARLAND & WILSON LLP


/s/
Larry W. McFarland, Esq.
Attorneys for Lucy Arant, Sarah Halpern, and Peter Marlow

**Janice L. Trayes**

**From:** cacd_ecfmail@cacd.uscourts.gov
**Sent:** Tuesday, February 12, 2008 11:01 AM
**To:** ecfnef@cacd.uscourts.gov
**Subject:** Activity in Case 2:04-cv-09049-SGL-RNB Carter Bryant v. Mattel Inc Application to Seal

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended. Direct all inquiries to ecf-helpdesk@cacd.uscourts.gov.
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

## Notice of Electronic Filing

The following transaction was entered by McFarland, Larry on 2/12/2008 at 11:00 AM PST and filed on 2/12/2008
**Case Name:** Carter Bryant v. Mattel Inc
**Case Number:** 2:04-cv-9049
**Filer:** DOES
**Document Number:** 2052

**Docket Text:**
APPLICATION to Seal Notice of Document Discrepancies and Order - Rejecting, [1962], Motion Hearing,,,,,,,,,, Link Non-Motion Documents to Minutes,,,,,,,,,, Set Deadlines/Hearings,,,,,,,,, [1931] *APPLICATION TO SEAL EXHIBITS 6 AND 7 TO DECLARATION OF LARRY MCFARLAND IN SUPPORT OF RESPONSE TO ORDER TO SHOW CAUSE OF LARRY MCFARLAND, LUCY ARANT, SARAH HALPERN, AND PETER MARLOW* filed by Non-Party DOES.Application set for hearing on 2/25/2008 at 10:00 AM before Judge Stephen G. Larson. (Attachments: # (1) Proposed Order RE APPLICATION TO FILE UNDER SEAL EXHIBITS 6 and 7 TO THE DECLARATION OF LARRY W. MCFARLAND IN SUPPORT OF RESPONSE TO ORDER TO SHOW CAUSE OF LARRY MCFARLAND, LUCY ARANT, SARAH HALPERN AND PETER MARLOW)(McFarland, Larry)

**2:04-cv-9049 Notice has been electronically mailed to:**

Juan Pablo Alban    juanpabloalban@quinnemanuel.com

Timothy L Alger    timalger@quinnemanuel.com

Christa M Anderson    canderson@kvn.com

Linda M Burrow    burrow@caldwell-leslie.com

Michelle M Campana    michelle.campana@skadden.com

Jon D Corey    joncorey@quinnemanuel.com

2/12/2008

Alexander H Cote    acote@obsklaw.com

Leah Chava Gershon    leah@spertuslaw.com

Alan Neil Goldberg    agoldberg@sgattys.com

Melissa Grant    melissagrant@quinnemanuel.com

Emil W Herich    eherich@kmwlaw.com

John W Keker    jkeker@kvn.com, DRoberts@kvn.com, efiling@kvn.com

Raoul D Kennedy    rkennedy@skadden.com

Alisa Morgenthaler Lever    amorgenthaler@chrisglase.com

Larry W McFarland    lmcfarland@kmwlaw.com

Nathan Meyer    nmeyer@kayescholer.com, dclow@kayescholer.com

Cyrus S Naim    cyrusnaim@quinnemanuel.com

Thomas J Nolan    tnolan@skadden.com, carl.roth@skadden.com, marcus.mumford@skadden.com

Mark E Overland    moverland@obsklaw.com

Michael H Page    mhp@kvn.com

Kenneth A Plevan    kenneth.plevan@skadden.com, drogosa@skadden.com, sumclaug@skadden.com

Brett Dylan Proctor    dylanproctor@quinnemanuel.com

John B Quinn    johnquinn@quinnemanuel.com

David C Scheper    dscheper@obsklaw.com, feseroma@obsklaw.com

Oleg Stolyar    alexstolyar@quinnemanuel.com

Kien C Tiet    ktiet@sgattys.com

John Elliot Trinidad    jtrinidad@kvn.com, efiling@kvn.com, yjayasuriya@kvn.com

Audrey Walton-Hadlock    awaltonhadlock@kvn.com

Matthew M Werdegar    mmw@kvn.com

Michael T Zeller    michaelzeller@quinnemanuel.com

**2:04-cv-9049 Notice has been delivered by First Class U. S. Mail or by fax to: :**

2/12/2008

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** H:\Non-Party\Application to File Under Seal Declaration in Response to OSC.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=2/12/2008] [FileNumber=5349274-0]
[2505e5dadc1a3b34957d91f29f95a5216602ddd2e8c1d84ada5dd93878b9395ef121
ff7108d2b91f5754c23a409dd49368b29045e616fb88c74dbe3900e0ac03]]
**Document description:** Proposed Order RE APPLICATION TO FILE UNDER SEAL EXHIBITS 6 and 7 TO THE DECLARATION OF LARRY W. MCFARLAND IN SUPPORT OF RESPONSE TO ORDER TO SHOW CAUSE OF LARRY MCFARLAND, LUCY ARANT, SARAH HALPERN AND PETER MARLOW
**Original filename:** H:\Non-Party\Proposed Order to File Under Seal Declaration in Response to OSC.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=2/12/2008] [FileNumber=5349274-1]
[52890e94b58f1f400b5729f46b35c5c98119c8fa4b338e07806f59c95c82c8103ea5
2e79a8c512ea8636dd8d79a778d9deb1b7b0c0d1f6d68c9b4d61296353e4]]

2/12/2008