Larry McFarland (Bar No. 129668)
Christian Dowell (Bar No. 241973)
KEATS, McFARLAND & WILSON LLP
9720 Wilshire Blvd.
Penthouse Suite
Beverly Hills, CA 90212
Telephone: (310) 248-3830
Facsimile: (310) 860-0363
Email: lmcfarland@kmwlaw.com
cdowell@kmwlaw.com

Attorneys for AnaElise Cloonan,
Margaret Hatch-Leahy, Veronica Marlow,
And Sarah Halpern

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation;<br><br>Defendant.<br><br>AND RELATED ACTIONS. | Case No.: CV 04 – 09049 SGL (RNBx)<br>Consolidated with Case Nos.<br>CV 04-9059 and CV 05-2727<br><br><u>Hon. Stephen Larson</u><br><br>**APPLICATION TO FILE UNDER SEAL EXHIBITS 1 AND 2 TO THE DECLARATION OF CHRISTIAN DOWELL IN SUPPORT OF THE OPPOSITION TO MATTEL, INC.'S MOTION TO COMPEL PRODUCTION OF FEE AGREEMENTS AND PRIVILEGE LOGS FROM LEAHY, CLOONAN, HALPERN, AND MARLOW, AND FOR SANCTIONS**<br><br>Date: N/A<br>Time: N/A<br>Place: N/A |

| | |
|---|---|
| 1 | Pursuant to <u>Local rule</u> 79-5.1 and the Stipulated Protective Order entered by the Court in this action, non-parties AnaElise Cloonan, Margaret Hatch-Leahy, Veronica Marlow, and Sarah Halpern (collectively, the "Non-Party Witnesses") hereby respectfully request that the Court order filed under seal Exhibits 1 and 2 to the Declaration of Christian Dowell in Support of the Opposition to Mattel's Motion to Compel Production of Fee Agreements and Privilege Logs from Leahy, Cloonan, Halpern, and Marlow and for Sanctions ("Exhibits"). |

The Exhibits include materials that MGA and/or Bryant have designated as "Confidential" or "Confidential – Attorneys' Eyes Only" pursuant to the Protective Order. Accordingly, the Non-Party Witnesses requests that the Court order that the Exhibits be filed under seal.

Dated: February 12, 2008         KEATS MCFARLAND & WILSON LLP


/s/ _____
Christian C. Dowell, Esq.
Attorneys for AnaElise Cloonan,
Margaret Hatch-Leahy, Veronica Marlow,
and Sarah Halpern

## Applications

2:04-cv-09049-SGL-RNB Carter Bryant v. Mattel Inc
(RNBx), AO279, DISCOVERY, PROTORD, RELATED-G

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

## Notice of Electronic Filing

The following transaction was entered by McFarland, Larry on 2/12/2008 at 5:56 PM PST and filed on 2/12/2008

**Case Name:**     Carter Bryant v. Mattel Inc
**Case Number:**   2:04-cv-9049
**Filer:**         DOES
                   Ana Elise Cloonan
                   Margaret Hatch-Leahy
                   Veronica Marlow
**Document Number:** 2075

**Docket Text:**
APPLICATION to Seal Response in Opposition to Motion,, [2072] *APPLICATION TO FILE UNDER SEAL EXHIBITS 1 AND 2 TO THE DECLARATION OF CHRISTIAN DOWELL IN SUPPORT OF THE OPPOSITION TO MATTEL, INC.S MOTION TO COMPEL PRODUCTION OF FEE AGREEMENTS AND PRIVILEGE LOGS FROM LEAHY, CLOONAN, HALPERN, AND MARLOW, AND FOR SANCTIONS WITH PROPOSED ORDER* filed by Non Parties DOES, Ana Elise Cloonan, Margaret Hatch-Leahy, Veronica Marlow. (Attachments: # (1) Proposed Order to File Documents Under Seal) (McFarland, Larry)

**2:04-cv-9049 Notice has been electronically mailed to:**

Juan Pablo Alban     juanpabloalban@quinnemanuel.com

Timothy L Alger     timalger@quinnemanuel.com

Christa M Anderson     canderson@kvn.com

Linda M Burrow     burrow@caldwell-leslie.com

Michelle M Campana     michelle.campana@skadden.com

Jon D Corey     joncorey@quinnemanuel.com

Alexander H Cote     acote@obsklaw.com

Leah Chava Gershon     leah@spertuslaw.com

Alan Neil Goldberg     agoldberg@sgattys.com

Melissa Grant    melissagrant@quinnemanuel.com

Emil W Herich    eherich@kmwlaw.com

John W Keker    jkeker@kvn.com, DRoberts@kvn.com, efiling@kvn.com

Raoul D Kennedy    rkennedy@skadden.com

Alisa Morgenthaler Lever    amorgenthaler@chrisglase.com

Larry W McFarland    lmcfarland@kmwlaw.com

Nathan Meyer    nmeyer@kayescholer.com, dclow@kayescholer.com

Cyrus S Naim    cyrusnaim@quinnemanuel.com

Thomas J Nolan    tnolan@skadden.com, carl.roth@skadden.com, marcus.mumford@skadden.com

Mark E Overland    moverland@obsklaw.com

Michael H Page    mhp@kvn.com

Kenneth A Plevan    kenneth.plevan@skadden.com, drogosa@skadden.com, sumclaug@skadden.com

Brett Dylan Proctor    dylanproctor@quinnemanuel.com

John B Quinn    johnquinn@quinnemanuel.com

David C Scheper    dscheper@obsklaw.com, feseroma@obsklaw.com

Oleg Stolyar    alexstolyar@quinnemanuel.com

Kien C Tiet    ktiet@sgattys.com

John Elliot Trinidad    jtrinidad@kvn.com, efiling@kvn.com, yjayasuriya@kvn.com

Audrey Walton-Hadlock    awaltonhadlock@kvn.com

Matthew M Werdegar    mmw@kvn.com

Michael T Zeller    michaelzeller@quinnemanuel.com

**2:04-cv-9049 Notice has been delivered by First Class U. S. Mail or by fax to: :**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** H:\Non-Party\Application to File Under Seal C. Dowell Declaration in Opposition to Fee Agreements.pdf
**Electronic document Stamp:**

[STAMP cacdStamp_ID=1020290914 [Date=2/12/2008] [FileNumber=5352960-0]
[c48cc0d73f89294b8794ff944fede98ab51714af61bb362d3cd3c9a4a86df05316a5
ce34599906393f16e40915d2d075542ba92e31e5bd228187941f7eb1376b]]
**Document description:** Proposed Order to File Documents Under Seal
**Original filename:** H:\Non-Party\Proposed Order to File Under Seal C. Dowell Declaration in Opposition to Fee Agreements.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=2/12/2008] [FileNumber=5352960-1]
[9f53121362472baf8764e22a2fce13579192fe09d0d5e1e6a51503b769adeb50fe6e
25a55bc3a6561155bccaead488d64c40d39fb7d0c1cfa8adad54336f1c0a]]