CALDWELL LESLIE & PROCTOR, PC
MICHAEL J. PROCTOR, SBN 148235
Email: proctor@caldwell-leslie.com
LINDA M. BURROW, SBN 194668
Email: burrow@caldwell-leslie.com
1000 Wilshire Blvd., Suite 600
Los Angeles, California 90017-2463
Telephone (213)629-9040/Fax.: (213)629-9022

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT, an individual,<br><br>PLAINTIFF(S)<br>v.<br>MATTEL, Inc., a Delaware corporation,<br><br>AND CONSOLIDATED ACTIONS   DEFENDANT(S). | CASE NUMBER: CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-9059 & CV 05-2727<br><br>**NOTICE OF MANUAL FILING** |
|---|---|

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**

1. EXHIBIT B TO THIRD PARTY WITNESS ANNE WANG'S OPPOSITION TO MATTEL, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS; DECLARATION OF LINDA M. BURROW, EXHIBITS; 2. APPLICATION TO FILE UNDER SEAL; 3. [PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL

**Document Description:**

- ☐ Administrative Record
- ☑ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)
- ☑ Other(EXHIBIT B TO THIRD PARTY WITNESS ANNE WANG'S OPPOSITION TO MATTEL, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS; APPLICATON TO FILE UNDER SEAL; AND PROPOSED ORDER GRANTING APPLICATION TO FILE UNDER SEAL)

**Reason:**

- ☑ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☐ Per Court order dated _____
- ☑ Manual Filing required (*reason*): Pursuant to Proctective Order dated 1/4/2005.

February 14, 2008
Date

LINDA M. BURROW
Attorney Name

THIRD PARTY WITNESS ANNE WANG
Party Represented

Note: File one Notice in each case, each time you manually file document(s).

G-92 (02/08)   NOTICE OF MANUAL FILING