THOMAS J. NOLAN (Bar No. 66992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600
E-mail: tnolan@skadden.com

RAOUL D. KENNEDY (Bar No. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Embarcadero Center, 38th Floor
San Francisco, California 94111-5974
Telephone: (415) 984-6400
Facsimile: (415) 984-2698
E-mail: rkennedy@skadden.com

Attorneys for Cross-Defendants
MGA Entertainment, Inc., MGA Entertainment (HK) Limited,
MGAE De Mexico, S.R.L. De C.V., and Isaac Larian

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation<br><br>Defendant.<br><br>Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>**DISCOVERY MATTER**<br><br>**[To be heard by Discovery Master Hon. Edward A. Infante (Ret.)]**<br><br>**MGA ENTERTAINMENT, INC.'S OPPOSITION TO MATTEL, INC.'S MOTION TO COMPEL RESPONSES TO FIRST SET OF REQUESTS FOR ADMISSION PROPOUNDED TO MGA, ENTERTAINMENT INC.; CARTER BRYANT; MGA ENTERTAINMENT (HK) LIMITED; AND ISAAC LARIAN**<br><br>Hearing Date: TBD<br>Time: TBD<br>Place: TBD<br><br>**Phase 1:**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

Two significant events have occurred since Mattel, Inc. ("Mattel") filed its Motion To Compel Responses To "First" Set Of Requests For Admission Propounded To MGA, Entertainment Inc., Carter Bryant, MGA Entertainment (HK) Limited And Isaac Larian (the "Motion"):

1. During the telephonic hearing before this Court on February 11, 2008, the Court directed the parties to meet and confer regarding all outstanding motions within 10 days of the hearing, which order included Mattel's Motion (filed on February 8, 2008); and

2. MGA, MGA HK, and Isaac Larian have determined that they will supplement their responses to Mattel's "First" Set of Requests for Admission Propounded to MGA, Entertainment Inc., Carter Bryant, MGA Entertainment (HK) Limited And Isaac Larian.

These events significantly impact the Motion. The supplemental responses to be served by MGA, MGA HK and Isaac Larian may moot or otherwise resolve many of the issues raised in Mattel's Motion. The parties will not know whether the issues raised in the Motion can be resolved until they are able to meet and confer regarding those supplemental responses. The MGA entities and Mr. Larian will not burden the Court with argument on issues that are moot or may be resolved during the meet and confer. Thus, in compliance with this Court's order, MGA, MGA HK and Isaac Larian are in the process of arranging a date and time for the Court-mandated meet and confer with Mattel regarding this Motion (along with all other outstanding motions) and the supplemental responses to the requests for admission at issue in this Motion to be served by MGA, MGA HK and Mr. Larian.[1] If the parties are unable

---

[1] We note that it is particularly important that the court-mandated meet and confer precede any further briefing on this Motion because Mattel did not permit any opportunity to meet and confer even with respect to the original responses of MGA, MGA HK or Mr. Larian to the RFAs. As reflected in the attachments to Mr. Proctor's declaration, those responses were served on February 4, 2008 (pursuant to stipulation)(Proctor Decl. Ex. 2), Mattel requested an "immediate" meet and confer on Thursday, February 6, 2008, and, when MGA's counsel could not meet and confer "immediately," Mattel filed the Motion on Friday, February 8, 2008. (*Id.* at Exs. 11-13). Thus, in filing the Motion, Mattel violated the requirements of the Discovery Master Stipulation and Local Rule 37-1 by failing to first meet and confer regarding any issues to be raised in the Motion.

to resolve any issues that Mattel may wish to raise regarding the supplemental responses of MGA, MGA HK and Mr. Larian during the meet and confer, MGA, MGA HK and Mr. Larian will supplement their opposition to the Motion to address any remaining unresolved issues.

DATED:  February 14, 2008         SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP


By: _____/s/ Raoul D. Kennedy_____
         RAOUL D. KENNEDY

Attorneys for Cross-Defendants
MGA Entertainment, Inc., MGA
Entertainment (HK) Limited,
MGAE De Mexico, S.R.L. De C.V.,
and Isaac Larian