KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
jkeker@kvn.com
MICHAEL H. PAGE - #154913
mpage@kvn.com
CHRISTA M. ANDERSON - #184325
canderson@kvn.com
MATTHEW M. WERDEGAR - #200470
mwerdegar@kvn.com
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Plaintiff
CARTER BRYANT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>MATTEL, INC. a Delaware Corporation,<br><br>　　　　　　　Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC., v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No. CV 04-09049 SGL (RNBx) (consolidated with CV 04-9059 & 05-2727<br><br>**DISCOVERY MATTER**<br><br>[To be hard by Discovery Mater Hon. Edward A. Infante (Ret.)]<br><br>**STIPULATION REGARDING EXTENSION OF TIME TO FILE OPPOSITION TO MATTEL, INC.'S MOTION TO COMPEL CARTER BRYANT TO RESPOND TO MATTEL, INC.'S FIRST SET OF REQUESTS FOR ADMISSION TO CERTAIN DEFENDANTS; AND [PROPOSED] ORDER**<br><br>Judge:   Hon. Stephen G. Larson<br>Date Comp. Filed: April 13, 2005<br>Discovery Cut-Off: Jan. 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

STIPULATION REGARDING EXTENSION OF TIME TO FILE OPPOSITION
TO MATTEL'S MOTION TO COMPEL; AND [PROPOSED] ORDER
CASE NO. CV 04-09049 SGL (RNBx)

411319.01

WHEREAS, Mattel, Inc. ("Mattel") served its First Set of Requests for Admission Propounded to MGA Entertainment, Inc., Carter Bryant, MGA Entertainment (HK) Limited, and Isaac Larian (the "Requests for Admission") on December 27, 2007; and

WHEREAS, Carter Bryant's responses to the Requests for Admission were due, pursuant to stipulation, on February 4, 2007;

WHEREAS, Carter Bryant served his responses to the Requests for Admission on February 4, 2007;

WHEREAS, Mattel moved to compel responses to the Requests for Admission on February 7, 2008 ("Mattel's Motion to Compel");

WHEREAS, Mattel and Bryant met and conferred regarding Bryant's responses to the Requests for Admission on February 8, 2008;

WHEREAS, Bryant has stated his intention to submit supplemental and/or amended responses to certain responses to the Requests for Admission; and

WHEREAS, Bryant and Mattel agree to meet and confer regarding any supplemental and/or amended responses to the Requests for Admission served by Bryant prior to the time Bryant serves his opposition to Mattel's Motion to Compel;

THEREFORE, the undersigned parties, through their undersigned counsel, stipulate and agree as follows:

1. Bryant will have to and including February 15, 2008 to serve his amended or supplemental responses to Mattel's First Set of Requests for Admission Propounded to MGA Entertainment, Inc., Carter Bryant, MGA Entertainment (HK) Limited, and Isaac Larian;

2. The time for Bryant to serve his opposition to Mattel's Motion to Compel is extended to and including February 22, 2008;

3. The time for Mattel to serve its reply in support of Mattel's Motion to Compel is extended to and including February 27, 2008

1

STIPULATION REGARDING EXTENSION OF TIME TO FILE OPPOSITION TO MATTEL'S MOTION TO COMPEL; AND [PROPOSED] ORDER
CASE NO. CV 04-09049 SGL (RNBx)

411319.01

IT IS SO STIPULATED.

DATED: February 14, 2008       QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By _____B. Dylan Proctor_____
B. Dylan Proctor
Attorneys for Mattel, Inc.

DATED: February 14, 2008       KEKER & VAN NEST, LLP

By _____Matthew Werdegar_____
Matthew M. Werdegar
Attorneys for Carter Bryant

2
STIPULATION REGARDING EXTENSION OF TIME TO FILE OPPOSITION
TO MATTEL'S MOTION TO COMPEL; AND [PROPOSED] ORDER
CASE NO. CV 04-09049 SGL (RNBx)

411319.01

1 **[PROPOSED] ORDER**

2    Pursuant to the foregoing stipulation of the parties, IT IS SO ORDERED.

4    DATED: February __, 2008

———————————————
Hon. Edward Infante (Ret.)
Discovery Master

3
STIPULATION REGARDING EXTENSION OF TIME TO FILE OPPOSITION
TO MATTEL'S MOTION TO COMPEL; AND [PROPOSED] ORDER
CASE NO. CV 04-09049 SGL (RNBx)

411319.01

## PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest, LLP, 710 Sansome Street, San Francisco, California 94111.

On February 14, 2008, I served the following document(s):

**STIPULATION REGARDING EXTENSION OF TIME TO FILE OPPOSITION TO MATTEL, INC.'S MOTION TO COMPEL CARTER BRYANT TO RESPOND TO MATTEL, INC.'S FIRST SET OF REQUESTS FOR ADMISSION TO CERTAIN DEFENDANTS; AND [PROPOSED] ORDER**

by **FEDERAL EXPRESS**, by placing a true and correct copy in a sealed envelope addressed as shown below. I am readily familiar with the practice of Keker & Van Nest, LLP for correspondence for delivery by FedEx Corporation. According to that practice, items are retrieved daily by a FedEx Corporation employee for overnight delivery; and

by **E-MAIL VIA PDF FILE**, by transmitting on this date via e-mail a true and correct copy scanned into an electronic file in Adobe "pdf" format. The transmission was reported as complete and without error.

| | |
|---|---|
| Hon. Edward A. Infante<br>JAMS<br>Two Embarcadero Center, Suite 1500<br>San Francisco, CA 94111<br>Tel:   415/774-2649<br>Fax:  415/982-5287<br>Email:       schan@jamsadr.com | John B. Quinn<br>Michael T. Zeller<br>Quinn Emanuel Urquhart Oliver & Hedges, LLP<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA  90017-2543<br>Tel:   213/443-3000<br>Fax:  213/443-3100<br>Email:<br>        johnquinn@quinnemanuel.com<br>Email:<br>        michaelzeller@quinnemanuel.com |

PROOF OF SERVICE
CASE NO. CV 04-09049 SGL (RNBx)

396176.01

| | |
|---|---|
| Thomas J. Nolan<br>Skadden Arps Slate Meagher & Flom<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071-3144<br>Tel:   213/687-5000<br>Fax:  213/687-5600<br>Email: tnolan@skadden.com | Alexander H. Cote<br>Overland Borenstein Scheper & Kim LLP<br>300 S. Grand Avenue, Suite 2750<br>Los Angeles, California 90071<br>Tel:   213/613-4660<br>Fax:  213/613-4656<br>Email :     acote@obsklaw.com |

Executed on February 14, 2008, at San Francisco, California. I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_Julie Selby_
Julie A. Selby

396176.01

PROOF OF SERVICE
CASE NO. CV 04-09049 SGL (RNBx)