THOMAS J. NOLAN (BQ 90,406,90)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3144
Tel.: (213) 687-5000 / Fax: (213) 687-5600:
(tnolan@skadden.com
Attorneys for MGA Entertainment, Inc., et al.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>PLAINTIFF(S)<br>v.<br><br>MATTEL, INC., a Delaware corporation<br><br>DEFENDANT(S). | CASE NUMBER:<br>CV 04-9049 SGL (RNBx)<br><br>NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
(1) MGA Defendants' Supplemental and Second Amended Notice of Motion and Motion to Quash Deposition Subpoenas and Memorandum in Support; (2) Supplemental Declaration of Paul Eckles in Support of MGA Defendants' Supplemental and Second Amended Notice of Motion and Motion to Quash Deposition Subpoenas; (3) Declaration of Marcus R. Mumford in Support of MGA Defendants' Supplemental and Second Amended Motion to Quash Subpoenas; (4) Proof of Service; (5) Application to File Under Seal; (6) Proposed Order

**Document Description:**
- ☐ Administrative Record
- ☒ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5 .4(h)
- ☒ Other

**Reason:**
- ☒ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☐ Per Court order dated _____
- ☐ Manual Filing required *(reason):*

G-92 (02/07)     **NOTICE OF MANUAL FILING**

American LegalNet, Inc.
www.FormsWorkflow.com

| | |
|---|---|
| February 14, 2008 | Thomas J. Nolan |
| Date | Attorney Name |
| | MGA ENTERTAINMENT, INC., et al. |
| | Party Represented |

Note:  File one Notice in each case, each time you manually file document(s).