QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Hon. Edward Infante (Ret.)]**<br><br>DECLARATION OF JON D. COREY IN SUPPORT OF MATTEL, INC.'S *EX PARTE* APPLICATION (1) TO STRIKE CARTER BRYANT'S MOTION TO COMPEL RESPONSES TO DISCOVERY REQUESTS, AND (2) TO STAY TIME FOR FILING ANY OPPOSITION THERETO PENDING REVIEW<br><br>Hearing Date: TBA<br>Time: TBA<br>Place: TBA<br><br>**Phase 1**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2389301.1

DECLARATION OF JON D. COREY

## DECLARATION OF JON D. COREY

I, Jon D. Corey, declare as follows:

1. I am a member of the bars of the State of California and the District of Columbia, and a partner of Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel") I make this declaration in support of Mattel's *Ex Parte* Application (1) to Strike Carter Bryant's Motion to Compel Responses to Discovery Requests, and (2) to Stay Time for Filing Any Opposition Thereto Pending Review. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. On the morning of Saturday, January 26, 2008, I had a telephonic discussion with Raoul Kennedy and Amy Park, counsel for MGA. During that call, the parties discussed the fact that Monday, January 28, 2008, represented both the Phase One discovery cutoff and the date on which a number of discovery responses were due. Because we recognized that, but for a stipulation or order extending the time to file, motions regarding such discovery would otherwise be due the same day of the responses, Mr. Kennedy, Ms. Park and I discussed a possible stipulation to extend the time for filing motions addressing such responses.

3. I then prepared such a stipulation and forwarded it to counsel for MGA and Bryant. A true and correct copy of this draft stipulation and my accompanying email is attached hereto as Exhibit A. In it, pursuant to my discussion with defense counsel, I wrote: "the parties have agreed, subject to approval of the Court, that each of them shall have the right to make a motion directed to the sufficiency of the referenced discovery responses or to overrule objections asserted therein, notwithstanding the Phase 1 Fact Discovery Cut-Off of January 28, 2008, and that

/ / /
/ / /
/ / /
/ / /

07209/2389301.1

-1-

1  any such motion shall be filed and served no later than February 29, 2008." This
2  stipulation was never signed.
3      I declare under penalty of perjury under the laws of the United States of
4  America that the foregoing is true and correct.
5      Executed on February 13, 2008, at Los Angeles, California.

*/s/ Jon D. Corey*
Jon D. Corey

# EXHIBIT A

**From:** Jon Corey
**Sent:** Thursday, January 31, 2008 1:47 PM
**To:** 'Kennedy, Raoul D'; 'apark@skadden.com'; 'Eckles, Paul M'; 'Matthew Werdegar'; 'jtrinidad@kvn.com'
**Cc:** Michael T Zeller; Dylan Proctor; Juan Pablo Alban
**Subject:** Stip Move to Compel Written Discovery Served on January 28 2008.DOC

Counsel,

Attached is the proposed stipulation that reflects the agreement that we discussed last Saturday. We have done our best to identify the discovery responses that were served on January 28, 2008, but are in the process of double checking that. Please let me know if we have missed any, or whether you have any other comments.

Best regards,


Jon Corey
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Main Phone: (213) 443-3000
Main Fax: (213) 443-3100
E-mail: joncorey@quinnemanuel.com
Web: www.quinnemanuel.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

2/13/2008

EXHIBIT A

PAGE 3

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>Hon. Stephen G. Larson<br><br>STIPULATION REGARDING EXTENSION OF TIME TO MOVE TO COMPEL RESPONSES TO DISCOVERY REQUESTS SERVED ON JANUARY 28, 2008;<br><br>[[Proposed] Order Filed Concurrently]<br><br>**Phase 1:**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

EXHIBIT A
PAGE 4

07209/2373084.21                           STIPULATION

1         WHEREAS, on January 28, 2008, Mattel, Inc. ("Mattel") served its Responses to (1) Carter Bryant's ("Bryant") Second Set of Interrogatories, (2) Bryant's First Set of Requests for Admission, (3) Bryant's Second Set of Requests for Admission, and (4) MGA Entertainment, Inc.'s ("MGA") Eighth Set of Requests for Production; and

        WHEREAS, on January 28, 2008, Bryant served his (1) Supplemental Responses to Mattel's First Set of Interrogatories, (2) Supplemental Responses to Mattel's Second Set of Interrogatories, (3) Second Supplemental Responses to Mattel's Revised Third Set of Interrogatories, (4) Second Supplemental Responses to Mattel's Revised Fourth Set of Interrogatories, (5) Second Supplemental Responses to Mattel's Revised Fifth Set of Interrogatories, and (6) Second Supplemental Responses to Mattel's Revised Sixth Set of Interrogatories; and

        WHEREAS, on January 28, 2008, Isaac Larian, MGA Entertainment, Inc., MGA Entertainment (HK) Limited, and MGAE de Mexico, S.R.L. de C.V. (together, the "MGA Defendants") served their (1) Third Supplemental Responses to Mattel's Revised Third Set of Interrogatories, and (2) Third Supplemental Responses to Mattel's Amended Fourth Set of Interrogatories; and

        WHEREAS, the Phase 1 fact discovery cut-off was January 28, 2008; and

        WHEREAS, the parties have agreed, subject to approval of the Court, that each of them shall have the right to make a motion directed to the sufficiency of the referenced discovery responses or to overrule objections asserted therein, notwithstanding the Phase 1 Fact Discovery Cut-Off of January 28, 2008, and that any such motion shall be filed and served no later than February 29, 2008.

        THEREFORE, Mattel, Bryant and the MGA Defendants, through their undersigned counsel, stipulate and agree as follows:

        1.    Notwithstanding the January 28, 2008 Phase 1 fact discovery cut-off, Mattel, Byrant and the MGA Defendants each shall have the right to file a

motion directed to the sufficiency of the referenced written discovery responses served by the responding party as described above;

    2. Any such motion shall be made in accordance with the Stipulation and Order for Appointment of a Discovery Master; and

    3. Any such motion shall be filed and served on or before February 29, 2008.

IT IS SO STIPULATED.

DATED: January __, 2008    KEKER AND VAN NEST

By_____
Matthew Werdegar
Attorneys for CARTER BRYANT

DATED: January __, 2008    SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By_____
Raoul Kennedy
Attorneys for MGA Entertainment, Inc., MGAE de Mexico, S.R.L. de C.V., MGA Entertainment (HK) Limited, and Isaac Larian

DATED: January __, 2008    QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By_____
Jon Corey
Attorneys for Mattel, Inc.

EXHIBIT A

PAGE 6