QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>[To Be Heard By Discovery Master Hon. Edward Infante (Ret.)]<br><br>[PUBLIC REDACTED] DECLARATION OF TIMOTHY L. ALGER IN SUPPORT OF MATTEL, INC.'S *EX PARTE* APPLICATION (1) TO STRIKE CARTER BRYANT'S MOTION TO COMPEL RESPONSES TO DISCOVERY REQUESTS, AND (2) TO STAY TIME FOR FILING ANY OPPOSITION THERETO PENDING REVIEW<br><br>Hearing Date: TBA<br>Time: TBA<br>Place: TBA<br><br>**Phase 1**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

# DECLARATION OF TIMOTHY L. ALGER

I, Timothy L. Alger, declare as follows:

1. I am a member of the bar of the State of California and a partner of Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration in support of Mattel's *Ex Parte* Application (1) to Strike Carter Bryant's Motion to Compel Responses to Discovery Requests, and (2) to Stay Time for Filing Any Opposition Thereto Pending Review. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. On January 14, 2008 I met and conferred with Robert Herrington, counsel for MGA, regarding MGA's Request for Production No. 472.

3. At that time, Mr. Herrington and I discussed the need to schedule an additional conference of counsel regarding MGA's Sixth Set of Document Requests. Specifically, we discussed whether the meet and confer regarding the Sixth Set should be held that same day, or instead take place later in the week.

4. Mr. Herrington expressed concern about the timing of the meet and confer regarding MGA's Sixth Set of Document Requests, and inquired whether it was Mattel's position that only motions fully briefed by January 28, 2008 would be considered timely. I told him that I did not believe that was Mattel's position, but that I would get back to him with a further response.

5. Thereafter, on January 16, I informed Mr. Herrington that it was Mattel's view -- consistent with the Discovery Master's comments to the parties at the January 3, 2008 hearing -- that discovery motions had to be filed by January 28, 2008, but not necessarily fully briefed. Mr. Herrington stated that MGA agreed with this view. We then proceeded with a meet-and-confer regarding a number of document production issues with the clear understanding that any motion to compel would need to be filed on or before January 28, 2008, but not necessarily fully briefed.

6. Attached as Exhibit A is a true and correct copy of an e-mail that Mr. Herrington sent me on January 25, 2008, in which he states that he was "concerned about the 1/28 deadline and its impact on any necessary motion to compel."

7. Attached as Exhibit B is a true and correct copy of MGA's and Bryant's Joint Motion to Compel Production of Improperly Withheld Mattel Documents Showing Mattel's Investigation of MGA and Carter Bryant prior to November 2003 and to Compel Production of All "NHB" Documents, dated January 28, 2008.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 14, 2008, at Los Angeles, California.

*[signature]*
Timothy L. Alger