CALDWELL LESLIE & PROCTOR, PC
MICHAEL J. PROCTOR, SBN 148235
Email: proctor@caldwell-leslie.com
LINDA M. BURROW, SBN 194668
Email: burrow@caldwell-leslie.com
1000 Wilshire Blvd., Suite 600
Los Angeles, California 90017-2463
Telephone (213) 629-9040
Facsimile (213) 629-9022

Attorneys for Third Party Witness
ANNE WANG

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> MATTEL, Inc., a Delaware corporation, <br><br> Defendant. <br><br> AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx) <br><br> Consolidated with <br> Case Nos. CV 04-9059 & CV 05-2727 <br><br> Hon. Stephen G. Larson <br><br> **THIRD PARTY WITNESS ANNE WANG'S APPLICATION TO FILE EXHIBIT B TO THE DECLARATION OF LINDA M. BURROW IN SUPPORT OF THIRD PARTY WITNESS ANNE WANG'S OPPOSITION TO MATTEL, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS** <br><br> [Proposed] Order filed concurrently herewith <br><br> **Date:** TBD <br> **Time:** TBD <br> **Location:** TBD |

Pursuant to Local Rule 79-5 and the Stipulated Protective order entered by the Court in the action, Third Party Witness Anne Wang ("Wang") hereby respectfully requests that the Court order filed under seal Exhibit B to the Declaration of Linda M. Burrow (the "Burrow Declaration") in support of Wang's Opposition to Mattel, Inc.'s Motion to Compel Production of Documents previously filed with the Court.

The Burrow Declaration attaches as Exhibit B documents that the parties have designated as "Confidential" or "Confidential – Attorney's Eyes Only" Privileged" pursuant to the Stipulated Protective Order. Specifically, Exhibit B to the Declaration is an excerpt from the rough transcript of Wang's deposition, which was designated as Confidential. Accordingly, Wang requests that the Court order that Exhibit B to the Burrow Declaration be filed under seal.

DATED: February 14, 2008    Respectfully submitted,

CALDWELL LESLIE & PROCTOR, PC
MICHAEL J. PROCTOR
LINDA M. BURROW

By /s/ Linda M. Burrow
LINDA M. BURROW
Attorneys for Third Party Witness
ANNE WANG

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 1000 Wilshire Boulevard, Suite 600, Los Angeles, California 90017-2463.

On February 14, 2008, I served the foregoing document(s) described as:

[THIRD PARTY WITNESS ANNE WANG'S APPLICATION TO FILE EXHIBIT B TO THE DECLARATION OF LINDA M. BURROW IN SUPPORT OF THIRD PARTY WITNESS ANNE WANG'S OPPOSITION TO MATTEL, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS

[ on all interested parties in this action.

**SEE ATTACHED SERVICE LIST**

[X] By placing [ ] the original [X] true copies thereof enclosed in sealed envelopes addressed as follows:

[ ] **BY MAIL** As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X] **BY OVERNIGHT COURIER** I caused each envelope with postage prepaid to be sent by Overnite Express.

[ ] **BY TELECOPIER** By transmitting the above listed document(s) to the fax number(s) set forth on this date.

[ ] **BY PERSONAL SERVICE** I delivered such envelope by hand to the offices of the addressee.

[X] **BY ELECTRONIC MAIL** I personally served in ".PDF" format, the document(s) described above, with attachments, to the individuals stated on the attached service list to their known email addresses

Executed on February 14, 2008, at Los Angeles, California.

[X] (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

SONIA L. MEJIA
Type or Print Name                    Signature

CALDWELL
LESLIE
& PROCTOR

-1-

## SERVICE LIST

| | |
|---|---|
| John B. Quinn<br>Michael T. Zeller<br>Jon D. Corey<br>Timothy L. Alger<br>QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>***Attorneys for Plaintiff and Cross-Defendant Matterl, Inc.*** | Thomas J. Nolan<br>SKADDEN ARPS SLATE MEAGHER & FLOM, LLP<br>300 S. Grand Avenue, Suite 3400<br>Los Angeles, CA 90071<br>***Attorneys for MGA Entertainment, Inc.*** |
| John W. Keker<br>Michael H. Page<br>Christa M. Anderson<br>KEKER & VAN NEST, LLP<br>710 Sansome Street<br>San Francisco, CA 94111<br>***Attorneys for Carter Bryant*** | Mark E. Overland<br>David E. Scheper<br>Alexander H. Cote<br>OVERLAND BORENSTEIN SCHEPER & KIM, LLP<br>300 S. Grand Avenue, Suite 2750<br>Los Angeles, CA 90071-3144<br>***Attorneys for Carlos Gustavo Machado*** |

CALDWELL LESLIE & PROCTOR