LODGED ORIGINAL

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>[To Be Heard By Discovery Master Hon. Edward Infante (Ret.) Pursuant To The Court's Order of December 6, 2006]<br><br>[~~PROPOSED~~] ORDER RE: APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S OPPOSITION TO NON-PARTY VERONICA MARLOW'S MOTION TO COMPEL MATTEL TO "PURGE ITSELF" OF BANK RECORDS AND THE DECLARATION OF B. DYLAN PROCTOR<br><br>[Local Rule 79-5.1]<br><br>Date: TBA<br>Time: TBA<br>Place: TBA<br><br>**Phase I**<br>Discovery Cut-off: January 28, 2008<br>Pre-trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2388442.1

[PROPOSED] ORDER

| | |
|---|---|
| 1 | [~~PROPOSED~~] ORDER |
| 2 | Based on the concurrently filed Application to File Under Seal (1) |
| 3 | Mattel's Opposition to Veronica Marlow's Motion to Compel Mattel to "Purge Itself" |
| 4 | of Bank Records; and (2) the supporting Declaration of B. Dylan Proctor, and good |
| 5 | cause appearing for the entry thereof, IT IS HEREBY ORDERED: |
| 6 | Mattel's Opposition to Veronica Marlow's Motion to Compel Mattel to |
| 7 | "Purge Itself" of Bank Records and the supporting Declaration of B. Dylan Proctor |
| 8 | are ORDERED filed under seal pursuant to Local Rule 79-5.1. |

DATED: FEB 15 2008, 2008

*/s/ Larson*
Hon. Stephen G. Larson
United States District Judge

07209/2388442.1

-1-

[PROPOSED] ORDER

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is NOW Messenger Service, 1301 West Second Street, Suite 206, Los Angeles, California 90026.

On February 13, 2008, I served true copies of the following documents described as: **[PROPOSED] ORDER RE: APPLICATION TO FILE UNDER SEAL MATTEL, INC'S OPPOSITION TO NON-PARTY VERONICA MARLOW'S MOTION TO COMPEL MATTEL TO "PURGE ITSELF" OF BANK RECORDS AND THE DECLARATION OF B. DYLAN PROCTOR** on the parties in this action as follows:

Thomas J. Nolan, Esq.
**Skadden, Arps, Slate, Meagher & Flom LLP**
300 South Grand Avenue, Suite 3400
Los Angeles, CA  90071

[√]   **PERSONAL**: By personally delivering the document listed above to the person(s) at the address(es) set forth above.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made

Executed on February 13, 2008, at Los Angeles, California.

_____
Dave Quintana

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017.

On February 13, 2008, I served true copies of the following documents described as: **[PROPOSED] ORDER RE: APPLICATION TO FILE UNDER SEAL MATTEL, INC'S OPPOSITION TO NON-PARTY VERONICA MARLOW'S MOTION TO COMPEL MATTEL TO "PURGE ITSELF" OF BANK RECORDS AND THE DECLARATION OF B. DYLAN PROCTOR** on the parties in this action as follows:

Mark E. Overland, Esq.
David C. Scheper, Esq.
Alexander H. Cote, Esq.
**Overland Borenstein Scheper & Kim, LLP**
300 South Grand Avenue, Suite 2750
Los Angeles, CA 90071

Larry McFarland, Esq.
**Keats McFarland & Wilson LLP**
9720 Wilshire Blvd, Penthouse Suite
Beverly Hills, CA 90212

[√] **BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

John W. Keker, Esq.
Michael H. Page, Esq.
Christa M. Anderson, Esq.
**Keker & Van Nest, LLP**
710 Sansome Street
San Francisco, CA 94111

[√] **BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

[√] **BY FEDEX:** I deposited such document(s) in a box or other facility regularly maintained by FedEx, or delivered such document(s) to a courier or driver authorized by FedEx to receive documents, in sealed envelope(s) or package(s) designated by FedEx with delivery fees paid or provided for, addressed to the person(s) being served.

Executed on February 13, 2008, at Los Angeles, California.

_Laura Kinsey_
Laura Kinsey