```
 1  KEKER & VAN NEST, LLP
    JOHN W. KEKER - #49092
    jkeker@kvn.com
 2  MICHAEL H. PAGE - #154913
    mpage@kvn.com
 3  CHRISTA M. ANDERSON - #184325
    canderson@kvn.com
 4  MATTHEW M. WERDEGAR - #200470
    mwerdegar@kvn.com
 5  JOHN E. TRINIDAD - #250468
    jtrinidad@kvn.com
 6  AUDREY WALTON-HADLOCK- #250574
    awaltonhadlock@kvn.com
 7  710 Sansome Street
    San Francisco, CA  94111-1704
 8  Telephone:  (415) 391-5400
    Facsimile:  (415) 397-7188
 9
    Attorneys for Plaintiff
10  CARTER BRYANT
```

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC. a Delaware Corporation,<br><br>Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC., v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No. CV 04-09049 SGL (RNBx)<br>(consolidated with CV 04-9059 & 05-2727)<br><br>Hon. Stephen G. Larson<br><br>**ORDER RE APPLICATION TO FILE UNDER SEAL EXHIBITS A, C, D, G, AND H TO THE SECOND SUPPLEMENTAL DECLARATION OF JOHN TRINIDAD IN SUPPORT OF CARTER BRYANT'S MOTION TO QUASH MATTEL'S SUBPOENA ISSUED TO PEOPLES BANK OF THE OZARKS OR IN THE ALTERNATIVE FOR A PROTECTIVE ORDER**<br><br>Dept:     Courtroom 1<br>Judge:    Hon. Stephen G. Larson<br><br>Date Comp. Filed:  April 13, 2005<br><br>Discovery Cut-Off:  Jan. 28, 2008<br>Pre-Trial Conference:  May 5, 2008<br>Trial Date:  May 27, 2008 |
|---|---|

411083.01

[PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL EXHIBITS A, C, D, G, AND H
TO THE SECOND SUPPLEMENTAL TRINIDAD DECLARATION
CASE NO. CV 04-09049 SGL (RNBx)

# ORDER

Based on the concurrently filed Application to File Under Seal Exhibit Exhibits A, C, D, G, and H to the Second Supplemental Declaration of John Trinidad in Support of Carter Bryant's Motion to Quash Mattel, Inc.'s Subpoena Issued to Peoples Bank of the Ozarks or in the Alternative for Protective Order ("Second Supplemental Trinidad Declaration"), and good cause appearing, IT IS HEREBY ORDERED:

5-08-cv-126 Exhibits A, G, and H and portions of Exhibits C and D to the Second Supplemental Trinidad Declaration are ORDERED filed under seal pursuant to *Local Rule* 79-5.1.

February 14, 2008

Hon. Stephen G. Larson
United States District Judge

1
[PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL EXHIBITS A, C, D, G, AND H
TO THE SECOND SUPPLEMENTAL TRINIDAD DECLARATION
CASE NO. CV 04-09049 SGL (RNBx)

411082.01