1 THOMAS J. NOLAN (Bar No. 66992)
  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2 300 South Grand Avenue
  Los Angeles, California 90071-3144
3 Telephone:  (213) 687-5000
  Facsimile:   (213) 687-5600
4 E-mail:   tnolan@skadden.com

5 RAOUL D. KENNEDY (Bar No. 40892)
  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
6 Four Embarcadero Center, 38th Floor
  San Francisco, California  94111-5974
7 Telephone:  (415) 984-6400
  Facsimile:   (415) 984-2698
8 E-mail:   rkennedy@skadden.com

9 Attorneys for Counter-Defendants,
  MGA ENTERTAINMENT, INC.,
10 ISAAC LARIAN, MGA ENTERTAINMENT (HK) LIMITED,
   and MGAE de MEXICO S.R.L. de C.V.

**ORIGINAL**

11

**UNITED STATED DISTRICT COURT**

12

**CENTRAL DISTRICT OF CALIFORNIA**

13

**EASTERN DIVISION**

14

15 CARTER BRYANT, an individual,      )   CASE NO. CV 04-9049 SGL (RNBx)
                                      )
16               Plaintiff,           )
                                      )   Consolidated with Case No. 04–9059 and
17          v.                        )   Case No. 05–2727
                                      )
18 MATTEL, INC., a Delaware           )   **[PROPOSED] ORDER GRANTING**
   corporation,                       )   **MGA ENTERTAINMENT, INC.'S**
19                                    )   **APPLICATION TO FILE UNDER**
                 Defendant.           )   **SEAL ITS MEMORANDUM OF**
20                                    )   **POINTS AND AUTHORITIES IN**
                                      )   **OPPOSITION TO MATTEL, INC.'S**
21 Consolidated with MATTEL, INC.     )   **MOTION TO COMPEL**
   v. BRYANT and MGA                  )   **PRODUCTION OF PREVIOUSLY**
22 ENTERTAINMENT, INC. v.             )   **WITHHELD DOCUMENTS ONLY**
   MATTEL, INC.                       )   **PORTIONS OF WHICH ARE**
23                                    )   **ALLEGEDLY PRIVILEGED**

24                                        Hearing Date: TBD
                                          Time:         TBD
25                                        Place:        TBD

26

27

28

[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL CASE NO. CV 04-9049 SGL (RNBx)

## [PROPOSED] ORDER

Based on MGA's Application To File Under Seal Its Memorandum Of Points And Authorities In Opposition To Mattel, Inc.'s Motion To Compel Production Of Previously Withheld Documents Only Portions Of Which Are Allegedly Privileged, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the following documents be filed under seal pursuant to Local Rule 79-5.1: MGA Entertainment, Inc.'s Memorandum Of Points And Authorities In Opposition To Mattel, Inc.'s Motion To Compel Production Of Previously Withheld Documents Only Portions Of Which Are Allegedly Privileged and the associated Declaration of Jose R. Allen and related exhibits.

DATED:  February 14, 2008

Hon. Stephen G. Larson
United States District Court Judge

-1-

[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL CASE NO. CV 04-9049 SGL (RNBx)
203796-San Francisco Server 1A - MSW