LODGED

2008 FEB 13 PM 3:51

CLERK, U.S. DISTRICT COURT
CENTRAL DIST OF CALIF.
RIVERSIDE

ORIGINAL

KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
jkeker@kvn.com
MICHAEL H. PAGE - #154913
mpage@kvn.com
CHRISTA M. ANDERSON - #184325
canderson@kvn.com
MATTHEW M. WERDEGAR - #200470
mwerdegar@kvn.com
JOHN E. TRINIDAD - #250468
jtrinidad@kvn.com
AUDREY WALTON-HADLOCK- #250574
awaltonhadlock@kvn.com
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff
CARTER BRYANT

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

BY FAX

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC. a Delaware Corporation,<br><br>Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC., v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No. CV 04-09049 SGL (RNBx) (consolidated with CV 04-9059 & 05-2727)<br><br>Hon. Stephen G. Larson<br><br>[PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL EXHIBITS A, C, D, G, AND H TO THE SECOND SUPPLEMENTAL DECLARATION OF JOHN TRINIDAD IN SUPPORT OF CARTER BRYANT'S MOTION TO QUASH MATTEL'S SUBPOENA ISSUED TO PEOPLES BANK OF THE OZARKS OR IN THE ALTERNATIVE FOR A PROTECTIVE ORDER<br><br>Dept: Courtroom 1<br>Judge: Hon. Stephen G. Larson<br><br>Date Comp. Filed: April 13, 2005<br><br>Discovery Cut-Off: Jan. 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

411083.01

[PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL EXHIBITS A, C, D, G, AND H
TO THE SECOND SUPPLEMENTAL TRINIDAD DECLARATION
CASE NO. CV 04-09049 SGL (RNBx)

# [~~PROPOSED~~] ORDER

Based on the concurrently filed Application to File Under Seal Exhibit Exhibits A, C, D, G, and H to the Second Supplemental Declaration of John Trinidad in Support of Carter Bryant's Motion to Quash Mattel, Inc.'s Subpoena Issued to Peoples Bank of the Ozarks or in the Alternative for Protective Order ("Second Supplemental Trinidad Declaration"), and good cause appearing, IT IS HEREBY ORDERED:

Exhibits A, G, and H and portions of Exhibits C and D to the Second Supplemental Trinidad Declaration are ORDERED filed under seal pursuant to *Local Rule* 79-5.1.

Dated: FEB 14 2008, 2008

Hon. Stephen G. Larson
United States District Judge

---

411082.01

[PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL EXHIBITS A, C, D, G, AND H
TO THE SECOND SUPPLEMENTAL TRINIDAD DECLARATION
CASE NO. CV 04-09049 SGL (RNBx)