THOMAS J. NOLAN (Bar No. 66992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600
E-mail: tnolan@skadden.com

RAOUL D. KENNEDY (Bar No. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Embarcadero Center, 38th Floor
San Francisco, California 94111-5974
Telephone: (415) 984-6400
Facsimile: (415) 984-2698
E-mail: rkennedy@skadden.com

Attorneys for Cross-Defendants
MGA Entertainment, Inc., MGA Entertainment (HK) Limited,
MGAE De Mexico, S.R.L. De C.V., and ISAAC LARIAN

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation<br><br>Defendant.<br><br>Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>**DISCOVERY MATTER**<br>**[To be heard by Discovery Master Hon. Edward A. Infante (Ret.)]**<br><br>**REPLY MEMORANDUM OF MGA ENTERTAINMENT INC. AND MGAE DE MEXICO, S.R.L. DE C.V. IN SUPPORT OF MOTION FOR PROTECTIVE ORDER FROM MATTEL, INC'S FOURTH NOTICE OF DEPOSITION OF MGA AND NOTICE OF DEPOSITION OF MGA MEXICO PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6)**<br><br>**Date:** TBD<br>**Time:** TBD<br>**Place:** JAMS<br><br>**Phase 1:**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

MGA AND MGA MEXICO'S REPLY MEMO. ISO MOT. PROT. ORDER FROM 30(b)(6) DEPOSITION NOTICES

Two significant events have occurred since MGA Entertainment, Inc. ("MGA") and MGAE De Mexico, S.R.L. De C.V. ("MGA Mexico") filed their Motion for Protective Order from Mattel's Fourth Notice of Deposition of MGA and Notice of Deposition of MGAE Mexico Pursuant To (the "Motion"):

1. Following a hearing before Judge Larson on February 4, 2008, Judge Larson issued a minute order (a copy of which is attached hereto as Exhibit A) which made clear (to the extent any clarification had been necessary) that all Phase 2 discovery is stayed until after the Phase 1 trial; and

2. During the telephonic hearing before this Court on February 11, 2008, the Court directed the parties to meet and confer regarding all outstanding motions within 10 days of the hearing, which order included MGA's Motion.

These events significantly impact the Motion. Judge Larson's stay of Phase 2 discovery may moot all or a substantial portion of the Motion because many of the Topics of Examination in the Rule 30(b)(6) notices at issue relate solely to Phase 2 discovery. In compliance with this Court's order, MGA and MGA Mexico are in the process of arranging a date and time for the Court-mandated meet and confer with Mattel regarding this Motion and all other outstanding motions. MGA and MGA Mexico will not burden the Court with argument on issues that are moot or may be resolved during the meet and confer. If the parties are unable to resolve their differences with respect to any Topics of Examination that may relate to Phase 1 discovery during that meet and confer, MGA and MGA Mexico will supplement their reply papers in support of the Motion to address any remaining unresolved issues.

DATED: February 15, 2008

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By: _____/s/ Raoul D. Kennedy_____
RAOUL D. KENNEDY
Attorneys for Cross-Defendants
MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE De Mexico, S.R.L. De C.V., and ISAAC LARIAN