THOMAS J. NOLAN (Bar No. 066992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600
E-mail: tnolan@skadden.com

RAOUL D. KENNEDY (Bar No. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Embarcadero Center, Suite 3800
San Francisco, CA 94111
Telephone: (415) 984-6400
Facsimile: (415) 984-2698
E-mail: rkennedy@skadden.com

Attorneys for Counter-Defendants,
MGA ENTERTAINMENT, INC.,
ISAAC LARIAN, MGA ENTERTAINMENT (HK) LIMITED,
and MGAE de MEXICO S.R.L. de C.V.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MATTEL, INC., a Delaware corporation<br><br>　　　　　Defendant.<br><br>Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | CASE NO.: CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>**DISCOVERY MATTER**<br><br>**[To be heard by Discovery Master Hon. Edward A. Infante (Ret.)]**<br><br>**PROOF OF SERVICE**<br><br>Hearing Date: TBD<br>Time: TBD<br>Place: JAMS |

PROOF OF SERVICE　　　　　　　　　　　　　　NO. CV 04-9049 SGL (RNBx)

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is 4 Embarcadero Center, Suite 3800, San Francisco, California 94111.

On **February 15, 2008**, I served the foregoing documents described as:

**SEE ATTACHED DOCUMENT LIST**

on the interested parties in this action addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒ (BY PERSONAL SERVICE)  ☐ By personally delivering copies to the person served. (FEDERAL) (As Noted.)

☒ I caused such documents to be hand delivered to the office of the addressee. (FEDERAL) (As Noted.)

☒ (BY FEDERAL EXPRESS) I am readily familiar with the firm's practice for the daily collection and processing of correspondence for deliveries with the Federal Express delivery service and the fact that the correspondence would be deposited with Federal Express that same day in the ordinary course of business; on this date, the above-referenced document was placed for deposit at San Francisco, California and placed for collection and delivery following ordinary business practices. (As Noted.)

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed on **February 15, 2008** at San Francisco, California.

Pat Owens    /s/ Pat Owens
Print Name    Signature

-1-
PROOF OF SERVICE                                NO. CV 04-9049 SGL (RNBx)

**DOCUMENT LIST**

1) **REPLY MEMORANDUM OF MGA ENTERTAINMENT INC. AND MGAE DE MEXICO, S.R.L. DE C.V. IN SUPPORT OF MOTION FOR PROTECTIVE ORDER FROM MATTEL, INC'S FOURTH NOTICE OF DEPOSITION OF MGA AND NOTICE OF DEPOSITION OF MGA MEXICO PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6); and**

2) **PROOF OF SERVICE**

## SERVICE LIST

| | |
|---|---|
| John B. Quinn, Esq.<br>Michael T. Zeller, Esq.<br>Jon D. Corey, Esq.<br>Timothy L. Alger, Esq.<br>Quinn Emanuel Urquhart<br>  Oliver & Hedges, LLP<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017-2543<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br><br>Attorneys for Mattel, Inc.<br>[Personal Service] | John W. Keker, Esq.<br>Michael H. Page, Esq.<br>Keker & Van Nest, LLP<br>710 Sansome Street<br>San Francisco, CA 94111<br>Telephone: (415) 391-5400<br>Facsimile: (415) 397-7188<br><br>Attorneys for Carter Bryant<br>[Federal Express] |

Mark E. Overland, Esq.
Alexander H. Cote, Esq.
David C. Scheper, Esq.
Overland Borenstein Scheper & Kim
300 South Grand Avenue, Suite 2750
Los Angeles, CA 90071
Telephone: (213) 613-4655
Facsimile: (213) 613-4656

Attorneys for Carlos Gustavo Machado Gomez
[Federal Express]