Larry McFarland (Bar No. 129668)
Christian Dowell (Bar No. 241973)
KEATS, McFARLAND & WILSON LLP
9720 Wilshire Blvd.
Penthouse Suite
Beverly Hills, CA 90212
Telephone:  (310) 248-3830
Facsimile:  (310) 860-0363
Email:  lmcfarland@kmwlaw.com
        cdowell@kmwlaw.com

Attorneys for Lucy Arant,
Sarah Halpern, and Peter Marlow

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation;<br><br>Defendant.<br><br>AND RELATED ACTIONS. | Case No.: CV 04 – 09049 SGL (RNBx)<br>Consolidated with Case Nos.<br>CV 04-9059 and CV 05-2727<br><u>Hon. Stephen G. Larson</u><br><br>[PROPOSED] **ORDER RE APPLICATION TO FILE UNDER SEAL EXHIBITS 6 and 7 TO THE DECLARATION OF LARRY W. MCFARLAND IN SUPPORT OF RESPONSE TO ORDER TO SHOW CAUSE OF LARRY MCFARLAND, LUCY ARANT, SARAH HALPERN AND PETER MARLOW**<br><br>Date:   02/25/08<br>Time:   10:00 A.M.<br>Place:  Courtroom One |

Case 2:04-cv-09049-SGL-<sub>-</sub>NB    Document 2052-2    Filed 02/12/2008    Page 2 of 2
Case 2:04-cv-09049-DOC-RNB   Document 2185   Filed 02/14/08   Page 2 of 5   Page ID #:33138

1  [PROPOSED] ORDER

3  Based on the concurrently filed Application to File Under Seal Exhibits 6 and 7
4  to the Declaration of Larry W. McFarland in support of Response to Order to Show
5  Cause of Larry McFarland, Lucy Arant, Sarah Halpern and Peter Marlow, and good
6  cause appearing for the entry thereof, IT IS HEREBY ORDERED:
7  Exhibits 6 and 7 to the Declaration of Larry W. McFarland in support of
8  Response to Order to Show Cause of Larry McFarland, Lucy Arant, Sarah Halpern
9  and Peter Marlow, are ORDERED filed under seal pursuant to Local Rule 79-5.1.

12  Dated: February 14, 2008

    _____
    Hon. Stephen G. Larson
    United Stated District Judge

**Janice L.Trayes**

**From:** cacd_ecfmail@cacd.uscourts.gov
**Sent:** Tuesday, February 12, 2008 11:01 AM
**To:** ecfnef@cacd.uscourts.gov
**Subject:** Activity in Case 2:04-cv-09049-SGL-RNB Carter Bryant v. Mattel Inc Application to Seal

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended. Direct all inquiries to ecf-helpdesk@cacd.uscourts.gov.
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered by McFarland, Larry on 2/12/2008 at 11:00 AM PST and filed on 2/12/2008
**Case Name:**      Carter Bryant v. Mattel Inc
**Case Number:**    2:04-cv-9049
**Filer:**          DOES
**Document Number:** 2052

**Docket Text:**
APPLICATION to Seal Notice of Document Discrepancies and Order - Rejecting, [1962], Motion Hearing,,,,,,,,, Link Non-Motion Documents to Minutes,,,,,,,,, Set Deadlines/Hearings,,,,,,,,, [1931] *APPLICATION TO SEAL EXHIBITS 6 AND 7 TO DECLARATION OF LARRY MCFARLAND IN SUPPORT OF RESPONSE TO ORDER TO SHOW CAUSE OF LARRY MCFARLAND, LUCY ARANT, SARAH HALPERN, AND PETER MARLOW* filed by Non-Party DOES.Application set for hearing on 2/25/2008 at 10:00 AM before Judge Stephen G. Larson. (Attachments: # (1) Proposed Order RE APPLICATION TO FILE UNDER SEAL EXHIBITS 6 and 7 TO THE DECLARATION OF LARRY W. MCFARLAND IN SUPPORT OF RESPONSE TO ORDER TO SHOW CAUSE OF LARRY MCFARLAND, LUCY ARANT, SARAH HALPERN AND PETER MARLOW)(McFarland, Larry)


**2:04-cv-9049 Notice has been electronically mailed to:**

Juan Pablo Alban    juanpabloalban@quinnemanuel.com

Timothy L Alger    timalger@quinnemanuel.com

Christa M Anderson    canderson@kvn.com

Linda M Burrow    burrow@caldwell-leslie.com

Michelle M Campana    michelle.campana@skadden.com

Jon D Corey    joncorey@quinnemanuel.com

2/12/2008

Alexander H Cote     acote@obsklaw.com

Leah Chava Gershon     leah@spertuslaw.com

Alan Neil Goldberg     agoldberg@sgattys.com

Melissa Grant     melissagrant@quinnemanuel.com

Emil W Herich     eherich@kmwlaw.com

John W Keker     jkeker@kvn.com, DRoberts@kvn.com, efiling@kvn.com

Raoul D Kennedy     rkennedy@skadden.com

Alisa Morgenthaler Lever     amorgenthaler@chrisglase.com

Larry W McFarland     lmcfarland@kmwlaw.com

Nathan Meyer     nmeyer@kayescholer.com, dclow@kayescholer.com

Cyrus S Naim     cyrusnaim@quinnemanuel.com

Thomas J Nolan     tnolan@skadden.com, carl.roth@skadden.com, marcus.mumford@skadden.com

Mark E Overland     moverland@obsklaw.com

Michael H Page     mhp@kvn.com

Kenneth A Plevan     kenneth.plevan@skadden.com, drogosa@skadden.com, sumclaug@skadden.com

Brett Dylan Proctor     dylanproctor@quinnemanuel.com

John B Quinn     johnquinn@quinnemanuel.com

David C Scheper     dscheper@obsklaw.com, feseroma@obsklaw.com

Oleg Stolyar     alexstolyar@quinnemanuel.com

Kien C Tiet     ktiet@sgattys.com

John Elliot Trinidad     jtrinidad@kvn.com, efiling@kvn.com, yjayasuriya@kvn.com

Audrey Walton-Hadlock     awaltonhadlock@kvn.com

Matthew M Werdegar     mmw@kvn.com

Michael T Zeller     michaelzeller@quinnemanuel.com

**2:04-cv-9049 Notice has been delivered by First Class U. S. Mail or by fax to: :**

2/12/2008

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** H:\Non-Party\Application to File Under Seal Declaration in Response to OSC.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=2/12/2008] [FileNumber=5349274-0]
[2505e5dadc1a3b34957d91f29f95a5216602ddd2e8c1d84ada5dd93878b9395ef121
ff7108d2b91f5754c23a409dd49368b29045e616fb88c74dbe3900e0ac03]]
**Document description:** Proposed Order RE APPLICATION TO FILE UNDER SEAL EXHIBITS 6 and 7 TO THE DECLARATION OF LARRY W. MCFARLAND IN SUPPORT OF RESPONSE TO ORDER TO SHOW CAUSE OF LARRY MCFARLAND, LUCY ARANT, SARAH HALPERN AND PETER MARLOW
**Original filename:** H:\Non-Party\Proposed Order to File Under Seal Declaration in Response to OSC.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=2/12/2008] [FileNumber=5349274-1]
[52890e94b58f1f400b5729f46b35c5c98119c8fa4b338e07806f59c95c82c8103ea5
2e79a8c512ea8636dd8d79a778d9deb1b7b0c0d1f6d68c9b4d61296353e4]]

2/12/2008