QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>[PUBLIC REDACTED] DECLARATION OF DAVID W. QUINTO IN SUPPORT OF MATTEL, INC.'S MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER'S DECEMBER 31, 2007 ORDER REGARDING HARD DRIVES<br><br>Hearing Date:   February 25, 2008<br>Time:                  10:00 a.m.<br>Place:                 Courtroom 1<br><br>**Phase 1:**<br><br>Discovery Cut-off:     January 14, 2008<br>Pre-trial Conference:  April 7, 2008<br>Trial Date:   April 29, 2008 |

07209/2389816.1

QUINTO DECLARATION ISO MATTEL'S MOTION OBJECTING TO ORDER RE HARD DRIVES

I, David W. Quinto, declare as follows:

1. I am a member of the bar of the State of California and a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. Attached as Exhibit 1 is a true and correct copy of the Order Granting In Part And Denying In Part Mattel's Motion For Leave To Take Additional Discovery, dated January 7, 2008.

3. Attached as Exhibit 2 is a true and correct copy of the Forensic Analysis Report 1 of Mark J. Menz, dated February 10, 2008.

4. Attached as Exhibit 3 is a true and correct copy of excerpts of the deposition transcript of Lisa Tonnu, dated July 19, 2007.

5. Attached as Exhibit 4 is a true and correct copy of excerpts of the deposition transcript of Kenneth Lockhart, dated July 14, 2007.

6. Attached as Exhibit 5 is a true and correct copy of excerpts of the hearing transcript dated August 27, 2007.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 15th day of February, 2008, at Los Angeles, California.

                                            /s/ David W. Quinto
                                            David W. Quinto