1  Larry McFarland (Bar No. 129668)
   Christian Dowell (Bar No. 241973)
2  KEATS, McFARLAND & WILSON LLP
   9720 Wilshire Blvd.
3  Penthouse Suite
   Beverly Hills, CA 90212
4  Telephone: (310) 248-3830
   Facsimile: (310) 860-0363
5  Email: lmcfarland@kmwlaw.com
          cdowell@kmwlaw.com
6
7  Attorneys for Veronica Marlow,
   and Sarah Halpern

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation;<br><br>Defendant.<br><br>AND RELATED ACTIONS. | Case No.: CV 04 – 09049 SGL (RNBx)<br>Consolidated with Case Nos.<br>CV 04-9059 and CV 05-2727<br><br>Hon. Stephen Larson         See No. 2084<br><br>[~~PROPOSED~~] ORDER TO FILE UNDER SEAL VERONICA MARLOW'S OPPOSITION TO MATTEL'S MOTION TO COMPEL ADDITIONAL DEPOSITION TESTIMONY AND PRODUCTION OF DOCUMENTS AND THE DECLARATION OF CHRISTIAN DOWELL AND ITS EXHIBITS IN SUPPORT THEREOF<br><br>Date: N/A<br>Time: N/A<br>Place: N/A |

|     |     |
| --- | --- |
| 1   | [~~PROPOSED~~] ORDER |
| 2   |     |
| 3   | Based on the concurrently filed Application to File Under Seal Ms. Marlow's |
| 4   | Opposition to Mattel's Motion to Compel Additional Deposition Testimony and |
| 5   | Production of Documents and the Declaration of Christian Dowell and its exhibits in |
| 6   | support thereof, and good cause appearing for the entry thereof, IT IS HEREBY |
| 7   | ORDERED: |
| 8   | Ms. Marlow's Opposition to Mattel's Motion to Compel Additional Deposition |
| 9   | Testimony and Production of Documents ("Opposition") and the Declaration of |
| 10  | Christian Dowell and its exhibits in support thereof ("Declaration"), are ORDERED |
| 11  | filed under seal pursuant to Local Rule 79-5.1. |

Dated: February 14, 2008

_____
Hon. Stephen G. Larson
United Stated District Judge

[PROPOSED] ORDER TO FILE UNDER SEAL

# Applications

2:04-cv-09049-SGL-RNB Carter Bryant v. Mattel Inc
(RNBx), AO279, DISCOVERY, PROTORD, RELATED-G

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

## Notice of Electronic Filing

The following transaction was entered by Herich, Emil on 2/13/2008 at 0:33 AM PST and filed on 2/13/2008
**Case Name:**         Carter Bryant v. Mattel Inc
**Case Number:**       2:04-cv-9049
**Filer:**             Veronica Marlow
**Document Number:** 2088

**Docket Text:**
APPLICATION to Seal *(1) NON-PARTY VERONICA MARLOWS OPPOSITION TO MATTELS MOTION TO COMPEL ADDITIONAL DEPOSITION TESTIMONY AND PRODUCTION OF DOCUMENTS; (2) DECLARATION OF CHRISTIAN DOWELL IN SUPPORT OF NON-PARTY VERONICA MARLOWS OPPOSITION TO MATTELS MOTION TO COMPEL ADDITIONAL DEPOSITION TESTIMONY AND PRODUCTION OF DOCUMENTS [per protective order filed 1-4-05]* filed by Non-Party Witness Veronica Marlow. (Attachments: # (1) Proposed Order to Seal Documents)(Herich, Emil)

**2:04-cv-9049 Notice has been electronically mailed to:**

Juan Pablo Alban     juanpabloalban@quinnemanuel.com

Timothy L Alger     timalger@quinnemanuel.com

Christa M Anderson     canderson@kvn.com

Linda M Burrow     burrow@caldwell-leslie.com

Michelle M Campana     michelle.campana@skadden.com

Jon D Corey     joncorey@quinnemanuel.com

Alexander H Cote     acote@obsklaw.com

Leah Chava Gershon     leah@spertuslaw.com

Alan Neil Goldberg     agoldberg@sgattys.com

Melissa Grant     melissagrant@quinnemanuel.com

Emil W Herich    eherich@kmwlaw.com

John W Keker    jkeker@kvn.com, DRoberts@kvn.com, efiling@kvn.com

Raoul D Kennedy    rkennedy@skadden.com

Alisa Morgenthaler Lever    amorgenthaler@chrisglase.com

Larry W McFarland    lmcfarland@kmwlaw.com

Nathan Meyer    nmeyer@kayescholer.com, dclow@kayescholer.com

Cyrus S Naim    cyrusnaim@quinnemanuel.com

Thomas J Nolan    tnolan@skadden.com, carl.roth@skadden.com, marcus.mumford@skadden.com

Mark E Overland    moverland@obsklaw.com

Michael H Page    mhp@kvn.com

Kenneth A Plevan    kenneth.plevan@skadden.com, drogosa@skadden.com, sumclaug@skadden.com

Brett Dylan Proctor    dylanproctor@quinnemanuel.com

John B Quinn    johnquinn@quinnemanuel.com

David C Scheper    dscheper@obsklaw.com, feseroma@obsklaw.com

Oleg Stolyar    alexstolyar@quinnemanuel.com

Kien C Tiet    ktiet@sgattys.com

John Elliot Trinidad    jtrinidad@kvn.com, efiling@kvn.com, yjayasuriya@kvn.com

Audrey Walton-Hadlock    awaltonhadlock@kvn.com

Matthew M Werdegar    mmw@kvn.com

Michael T Zeller    michaelzeller@quinnemanuel.com

**2:04-cv-9049 Notice has been delivered by First Class U. S. Mail or by fax to: :**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** H:\Non-Party\Application to File Under Seal Marlow's Opposition to Motion to Compel.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=2/13/2008] [FileNumber=5353292-0]
[9806faf7f27137381a33ff2670cd22a5dbdbc6e0946a4666d36c3d7cc323568fd979
d8de3cbe4ad08778659f4aefcd3b0ffb6fee41faabc1c57133dccbc02652]]

**Document description:** Proposed Order to Seal Documents
**Original filename:** H:\Non-Party\[PROPOSED] ORDER TO FILE UNDER SEAL VERONICA MARLOWS OPPOSITION TO COMPEL.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=2/13/2008] [FileNumber=5353292-1]
[bb4b207c78cb4de1ba49fec691bdeb3d2f0d54f0da5b9f3a9ce95d9be0154e3d7d2d
a980378fb5adc7c0767cf7e27047715428cc71485b222666e5748a50d91d]]