THOMAS J. NOLAN (Bar No. 66992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600
E-mail: tnolan@skadden.com

RAOUL D. KENNEDY (Bar No. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Embarcadero Center, 38th Floor
San Francisco, California 94111-5974
Telephone: (415) 984-6400
Facsimile: (415) 984-2698
E-mail: rkennedy@skadden.com

Attorneys for Counter-Defendants,
MGA ENTERTAINMENT, INC.,
ISAAC LARIAN, MGA ENTERTAINMENT (HK) LIMITED,
and MGAE de MEXICO S.R.L. de C.V.

# UNITED STATED DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, <br><br> Plaintiff, <br><br> v. <br><br> MATTEL, INC., a Delaware corporation, <br><br> Defendant. <br><br> Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | CASE NO. CV 04-9049 SGL (RNBx) <br><br> Consolidated with Case No. 04–9059 and Case No. 05–2727 <br><br> [PROPOSED] ORDER GRANTING MGA ENTERTAINMENT, INC.'S APPLICATION TO FILE UNDER SEAL SUPPLEMENTAL DECLARATION OF TIMOTHY A. MILLER IN SUPPORT OF MGA ENTERTAINMENT, INC.'S OPPOSITION TO MATTEL, INC.'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES (NOS. 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 46, 47, 48, 49 AND 50) BY THE MGA PARTIES <br><br> Hearing Date: February 11, 2008 <br> Time: 8:30 am <br> Place: Telephonic |

# [PROPOSED] ORDER

Based on MGA's Application To File Under Seal Supplemental Declaration of Timothy A. Miller In Support of MGA Entertainment, Inc.'s Opposition To Mattel, Inc.'s Motion To Compel Responses To Interrogatories (Nos. 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 46, 47, 48, 49 and 50) By The MGA Parties, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the following document be filed under seal pursuant to Local Rule 79-5.1: Supplemental Declaration of Timothy A. Miller In Support of MGA Entertainment, Inc.'s Opposition To Mattel, Inc.'s Motion To Compel Responses To Interrogatories (Nos. 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 46, 47, 48, 49 and 50) By The MGA Parties.

DATED: February 14, 2008

*/s/ S. G. Larson*

Hon. Stephen G. Larson
United States District Court Judge