LODGED

2008 FEB 12 PM 3:42

ORIGINAL

BY FAX

KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
jkeker@kvn.com
MICHAEL H. PAGE - #154913
mpage@kvn.com
CHRISTA M. ANDERSON - #184325
canderson@kvn.com
MATTHEW M. WERDEGAR - #200470
mwerdegar@kvn.com
JOHN E. TRINIDAD - #250468
jtrinidad@kvn.com
AUDREY WALTON-HADLOCK- #250574
awaltonhadlock@kvn.com
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff
CARTER BRYANT

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC. a Delaware Corporation,<br><br>Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC., v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No. CV 04-09049 SGL (RNBx)<br>(consolidated with CV 04-9059 & 05-2727)<br><br>Hon. Stephen G. Larson<br><br>[PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL EXHIBIT A TO THE BERTENTHAL DECLARATION IN SUPPORT OF BRYANT'S JOINDER IN MARGARET HATCH-LEAHY'S OPPOSITION TO MATTEL'S MOTION TO COMPEL FURTHER DEPOSITION OF MARGARET HATCH-LEAHY, AND TO OVERRULE INSTRUCTIONS NOT TO ANSWER, AND FOR SANCTIONS<br><br>Dept: Courtroom 1<br>Judge: Hon. Stephen G. Larson<br><br>Date Comp. Filed: April 13, 2005<br><br>Discovery Cut-Off: Jan. 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

1

# [PROPOSED] ORDER

2

3    Based on the concurrently filed Application to File Under Seal Exhibit A to
4    the Bertenthal Declaration in Support of Bryant's Joinder in Margaret Hatch-
5    Leahy's Opposition to Mattel's Motion to Compel Further Deposition of Margaret
6    Hatch-Leahy, and to Overrule Instructions Not to Answer, and for Sanctions, and
7    good cause appearing, IT IS HEREBY ORDERED:

8    Exhibit A to the Bertenthal Declaration in Support of Bryant's Joinder in
9    Margaret Hatch-Leahy's Opposition to Mattel's Motion to Compel Further
10   Deposition of Margaret Hatch-Leahy, and to Overrule Instructions Not to Answer,
11   and for Sanctions is ORDERED filed under seal pursuant to *Local Rule* 79-5.1.

12

13   Dated: FEB 14 2008 , 2008

14   Hon. Stephen G. Larson
15   United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

1

[PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL EXHIBIT A TO THE BERTENTHAL DECL.
CASE NO. CV 04-09049 SGL (RNBx)

411082.01