LODGED

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>　　　　　Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>[~~PROPOSED~~] ORDER RE: APPLICATION TO FILE UNDER SEAL EXHIBIT B TO THE DECLARATION OF TAMAR BUCHAKJIAN IN SUPPORT OF MATTEL, INC.'S REPLY IN SUPPORT OF ITS OBJECTION TO THE DISCOVERY MASTER'S JANUARY 11, 2008 ORDER<br><br>Date: February 11, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 1<br><br>**Phase 1**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2382671.1

[PROPOSED] ORDER

1
2 ~~[PROPOSED]~~ ORDER
3
4      Based on the concurrently filed Application to File Under Seal Exhibit
5 B to the Declaration of Tamar Buchakjian in support of Mattel's Reply in support of
6 its Objection to the Discovery Master's January 11, 2008 Order, and good cause
7 appearing for the entry thereof, IT IS HEREBY ORDERED:
8      Exhibit B to the Declaration of Tamar Buchakjian in support of
9 Mattel's Reply in support of its Objection to the Discovery Master's January 11,
10 2008 Order is ORDERED filed under seal pursuant to <u>Local Rule</u> 79-5.1.

11
12 DATED: FEB 14 2008, 2008   /s/ S. G. Larson
                                           Hon. Stephen G. Larson
13                                              United States District Judge