QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc. and Richard De Anda

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To be Heard by Discovery Master Hon. Edward Infante (Ret.) Pursuant to Court Order of December 6, 2006]**<br><br>[PROPOSED] ORDER RE: MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL CERTAIN EXHIBITS TO THE DECLARATIONS OF JON D. COREY AND RICHARD DE ANDA IN SUPPORT OF OPPOSITION TO MGA'S MOTION TO OVERRULE MATTEL'S AND RICHARD DE ANDA'S OBJECTIONS TO SUBPOENA AND TO COMPEL DISCOVERY<br><br>[Local Rule 79-5.1]<br><br>Date: TBA<br>Time: TBA<br>Place: TBA<br><br>**Phase 1**<br>Discovery Cut-Off: Jan. 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2383547.1

[~~PROPOSED~~] ORDER

Based on the concurrently filed Application to File Under Seal (1) Exhibits 4 and 5 to the Declaration of Jon D. Corey; and (2) Exhibit B to the Declaration of Richard De Anda in Support of Opposition to MGA's Motion to Overrule Mattel's and Richard De Anda's Objections to Subpoena and to Compel Discovery, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Exhibits 4 and 5 to the Declaration of Jon D. Corey, and Exhibit B to the Declaration of Richard De Anda in Support of Opposition to MGA's Motion to Overrule Mattel's and Richard De Anda's Objections to Subpoena and to Compel Discovery are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: FEB 14 2008, 2008

Hon. Stephen G. Larson
United States District Judge

07209/2383547.1

-2-
[PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL