```
1  THOMAS J. NOLAN (Bar No. 66992)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2  300 South Grand Avenue
   Los Angeles, California 90071-3144
3  Telephone:  (213) 687-5000
   Facsimile:  (213) 687-5600
4  E-mail:     tnolan@skadden.com

5  RAOUL D. KENNEDY (Bar No. 40892)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
6  Four Embarcadero Center, 38th Floor
   San Francisco, California  94111-5974
7  Telephone:  (415) 984-6400
   Facsimile:  (415) 984-2698
8  E-mail:     rkennedy@skadden.com

9  Attorneys for Counter-Defendants,
   MGA ENTERTAINMENT, INC.,
10 ISAAC LARIAN, MGA ENTERTAINMENT (HK) LIMITED,
   and MGAE de MEXICO S.R.L. de C.V.
```

# UNITED STATED DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>           Plaintiff,<br><br>      v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>           Defendant.<br><br>Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04–9059 and Case No. 05–2727<br><br>**[PROPOSED] ORDER GRANTING MGA ENTERTAINMENT(HK) LIMITED'S APPLICATION TO FILE UNDER SEAL ITS OPPOSITION TO MATTEL, INC.'S MOTION TO COMPEL DEPOSITION AND FOR SANCTIONS**<br><br>Hearing Date: TBD<br>Time:         TBD<br>Place:        TBD |

ORIGINAL

LODGED

[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL CASE NO. CV 04-9049 SGL (RNBx)

## [PROPOSED] ORDER

Based on MGA's Application To File Under Seal Its Opposition To Mattel, Inc.'s Motion To Compel Deposition And For Sanctions, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the following documents be filed under seal pursuant to Local Rule 79-5.1: MGA Entertainment (HK) Limited's Opposition To Mattel, Inc.'s Motion To Compel Deposition And For Sanctions, the associated Declarations of Timothy A. Miller and Samir Khare and related exhibits, and MGA Hong Kong's Response To Mattel, Inc.'s Separate Statement To Compel Deposition Of MGA Entertainment (HK) Limited, Overrule Instructions Not To Answer, And For Sanctions.

DATED: February 15, 2008

_____
Hon. Stephen G. Larson
United States District Court Judge