QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:    (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Plaintiff and Cross-
Defendant Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case Nos. CV 04-09059 and CV 05-02727<br><br>**PROOF OF SERVICE RE**<br><br>MATTEL, INC.'S REPLY IN SUPPORT OF MOTION TO COMPEL MGA TO PRODUCE COMMUNICATIONS REGARDING THIS ACTION<br><br>Date:   TBA<br>Time:   TBA<br>Place:  TBA<br><br>Discovery Cut-off: March 3, 2008<br>Pre-trial Conference: June 2, 2008<br>Trial Date: July 1, 2008 |

07209/2381311.1

PROOF OF SERVICE OF MATTEL, INC.'S REPLY IN SUPPORT OF MOTION TO COMPEL MGA TO PRODUCE COMMUNICATION REGARDING THIS ACTION

1

2

**PROOF OF SERVICE**

3

4

I am employed in the County of Los Angeles, State of California.  I am over the age of

5

eighteen years and not a party to the within action; my business address is NOW Messenger

6

Service, 1301 West Second Street, Suite 206, Los Angeles, California 90026

7

On February 14, 2008, I caused true copies of the following documents described as:

8

**SEE LIST BELOW**

9

on the parties in this action as follows:

10

| Skadden, Arps, Slate, Meagher & Flom LLP Thomas J. Nolan, Esq. 300 South Grand Avenue, Suite 3400 Los Angeles, CA  90071 Telephone:  213.687.5000 Facsimile:  213.687.5600 | **Attorneys for *MGA Entertainment, Inc., MGA Entertainment (HK) Ltd., Isaac Larian and MGAE de Mexico, S.R.L. de C.V.*** |
|---|---|

11

12

13

14

15

[√ ]     **[PERSONAL]** by personally delivering the document listed above to the person(s)

16

at the address(es) set forth above.

17

I declare that I am employed in the office of a member of the bar of this court at whose

18

direction the service was made.

19

Executed on February 14, 2008, at Los Angeles, California.

20

21

David Quintana

22

23

24

25

26

27

28

07209/2381311.1

## DOCUMENT LIST

1. MATTEL, INC.'S REPLY IN SUPPORT OF MOTION TO COMPEL MGA TO PRODUCE COMMUNICATIONS REGARDING THIS ACTION

2. SUPPLEMENTAL DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL MGA TO PRODUCE COMMUNICATIONS REGARDING THIS ACTION

07209/2381311.1

PROOF OF SERVICE OF MATTEL, INC.'S REPLY IN SUPPORT OF MOTION TO COMPEL MGA TO PRODUCE COMMUNICATION REGARDING THIS ACTION