#### UNITED STATES DISTRICT COURT
#### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>PLAINTIFF(S)<br>v.<br>MATTEL, INC., a Delaware corporation<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CV 04-9049 SGL (RNBx)<br><br>NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
1. Mattel's Reply In Support of Motion to Compel MGA to Produce Communications Regarding This Action
2. Supp. Decl. of B. Dylan Proctor ISO Mot. to Compel MGA to Prod. Communications Re: This Action
3. Mattel's Application to File Under Seal     4. [Proposed] Order     5. Proof of Service

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)

☑ Other  Motion, Declaration, Application, [Proposed] Order and Proof of Service

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☑ Per Court order dated January 04, 2005

☐ Manual Filing required (*reason*):

February 15, 2008
Date

/s/ B. Dylan Proctor
Attorney Name

Mattel, Inc.
Party Represented

Note:   File one Notice in each case, each time you manually file document(s).

G-92 (02/07)                                   NOTICE OF MANUAL FILING