1   Larry McFarland (Bar No. 129668)
    Christian Dowell (Bar No. 241973)
2   KEATS, McFARLAND & WILSON LLP
    9720 Wilshire Blvd.
3   Penthouse Suite
    Beverly Hills, CA 90212
4   Telephone:   (310) 248-3830
    Facsimile:   (310) 860-0363
5   Email:   lmcfarland@kmwlaw.com
             cdowell@kmwlaw.com
6
    Attorneys for Lucy Arant,
7   Sarah Halpern, and Peter Marlow

8

9                   UNITED STATES DISTRICT COURT

10                 CENTRAL DISTRICT OF CALIFORNIA

11                        EASTERN DIVISION

12

| 13 | CARTER BRYANT, an individual, | Case No.: CV 04 – 09049 SGL (RNBx) |
|---|---|---|
| 14 | | Consolidated with Case Nos. CV 04-9059 and CV 05-2727 |
| 15 | Plaintiff, | Hon. Stephen G. Larson |
| 16 | v. | **ORDER RE APPLICATION TO FILE** |
| 17 | MATTEL, INC., a Delaware corporation; | **UNDER SEAL EXHIBITS 6 and 7 TO THE DECLARATION OF LARRY W. MCFARLAND IN SUPPORT OF RESPONSE** |
| 18 | Defendant. | **TO ORDER TO SHOW CAUSE OF LARRY** |
| 19 | | **MCFARLAND, LUCY ARANT, SARAH HALPERN AND PETER MARLOW** |
| 20 | | |
| 21 | | Date:    02/25/08 |
| 22 | AND RELATED ACTIONS. | Time:    10:00 A.M. |
| 23 | | Place:    Courtroom One |

24

25

26

27

28

ORDER

Based on the concurrently filed Application to File Under Seal Exhibits 6 and 7 to the Declaration of Larry W. McFarland in support of Response to Order to Show Cause of Larry McFarland, Lucy Arant, Sarah Halpern and Peter Marlow, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Exhibits 6 and 7 to the Declaration of Larry W. McFarland in support of Response to Order to Show Cause of Larry McFarland, Lucy Arant, Sarah Halpern and Peter Marlow, are ORDERED filed under seal pursuant to Local Rule 79-5.1.

Dated:  February 15, 2008

Hon. Stephen G. Larson
United Stated District Judge

[PROPOSED] ORDER TO FILE UNDER SEAL