1 THOMAS J. NOLAN (Bar No. 66992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2 300 South Grand Avenue
Los Angeles, California 90071-3144
3 Telephone:  (213) 687-5000
Facsimile:   (213) 687-5600
4 E-mail:    tnolan@skadden.com

5 RAOUL D. KENNEDY (Bar No. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
6 Four Embarcadero Center, 38th Floor
San Francisco, California  94111-5974
7 Telephone:  (415) 984-6400
Facsimile:   (415) 984-2698
8 E-mail:    rkennedy@skadden.com

9 Attorneys for Counter-Defendants,
MGA ENTERTAINMENT, INC.,
10 ISAAC LARIAN, MGA ENTERTAINMENT (HK) LIMITED,
and MGAE de MEXICO S.R.L. de C.V.

**UNITED STATED DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | |
| v. | Consolidated with Case No. 04–9059 and Case No. 05–2727 |
| MATTEL, INC., a Delaware corporation, | **ORDER GRANTING MGA ENTERTAINMENT, INC.'S APPLICATION TO FILE UNDER SEAL ITS MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MATTEL, INC.'S MOTION TO COMPEL PRODUCTION OF PREVIOUSLY WITHHELD DOCUMENTS ONLY PORTIONS OF WHICH ARE ALLEGEDLY PRIVILEGED** |
| Defendant. | |
| Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | |
| | Hearing Date: TBD<br>Time:         TBD<br>Place:        TBD |

[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL CASE NO. CV 04-9049 SGL (RNBx)

## ORDER

Based on MGA's Application To File Under Seal Its Memorandum Of Points And Authorities In Opposition To Mattel, Inc.'s Motion To Compel Production Of Previously Withheld Documents Only Portions Of Which Are Allegedly Privileged, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the following documents be filed under seal pursuant to Local Rule 79-5.1: MGA Entertainment, Inc.'s Memorandum Of Points And Authorities In Opposition To Mattel, Inc.'s Motion To Compel Production Of Previously Withheld Documents Only Portions Of Which Are Allegedly Privileged and the associated Declaration of Jose R. Allen and related exhibits.

DATED:  February 15, 2008

*/s/ S.G. Larson*

Hon. Stephen G. Larson
United States District Court Judge

-1-

[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL CASE NO. CV 04-9049 SGL (RNBx)
203796-San Francisco Server 1A - MSW