## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | |
| v. | **NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to General Order 06-07, Local Rule 5-4 and/or the Federal Rules of Civil Procedure, the following deficiency(ies) has been found with your electronically filed document:

_____      _____      _____

Date Filed                Doc. No.              Title of Doc.

**ERRORS WITH DOCUMENT**
- ☐ Document submitted in the wrong case.
- ☐ Incorrect document is attached to the docket entry.
- ☐ Document linked incorrectly to the wrong document.
- ☐ Incorrect Document Type selected (i.e., event selected  does not match document attached).
- ☐ Case number is incorrect or missing.
- ☐ Proof of Service is missing for non-electronically served parties.
- ☐ Hearing information is missing.
- ☐ Hearing information incorrect.
- ☐ Case is closed.
- ☐ Proposed Document was not submitted as separate attachment.
- ☐ Title page is missing.
- ☐ Other

**Note: In response to this notice the court may order: 1) an amended or correct document to be filed, 2) the document stricken, or 3) take other action as the court deems appropriate.**

Clerk, U.S. District Court

Dated: _____          By: _____
                                                                                Deputy Clerk

cc: Assigned District Judge and/or Magistrate Judge