QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff and Counter-Defendant Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated With Case No. 04-9059 and Case No. 05-2727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Hon. Edward Infante (Ret.)]**<br><br>[PUBLICLY REDACTED] SUPPLEMENTAL DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL MGA TO PRODUCE COMMUNICATIONS REGARDING THIS ACTION<br><br>Date: T.B.D.<br>Time: T.B.D.<br>Place: T.B.D.<br><br>**Phase 1:**<br>Discovery Cutoff:   January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date:   May 27, 2008 |

07209/2390247.1

SUPP. DECL. OF B. DYLAN PROCTOR

## DECLARATION OF B. DYLAN PROCTOR

I, B. Dylan Proctor, declare as follows:

1. I am a member of the bar of the State of California and a member of Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Attached as Exhibit 1 is a true and correct copy of excerpts of the Transcript of the Deposition of Veronica Marlow, dated December 28, 2007.

3. Attached as Exhibit 2 is a true and correct copy of excerpts of the Transcript of the Deposition of Jacqueline Prince, dated December 31, 2004. MGA has not produced to Mattel the emails requested by my partner Michael T. Zeller during the deposition, recorded at page 189 of the transcript.

4. Attached as Exhibit 3 is a true and correct copy of the Expert Report of Valery N. Aginsky (without attachments), dated February 8, 2008.

5. Attached as Exhibit 4 is a true and correct copy of the Expert Report of Mark Menz, dated February 10, 2008.

6. Attached as Exhibit 5 is a true and correct copy of excerpts of the Transcript of the Deposition of Farhad Larian, dated February 4, 2008.

7. Attached as Exhibit 6 is a true and correct copy of MGA's Eighth Set of Requests for the Production of Documents and Things in Case No. 05-2727, dated December 28, 2007.

8. Attached as Exhibit 7 is a true and correct copy of excerpts of the transcript of an interview of Ana Cabrera, dated January 2, 2008, and produced by Mattel at Bates number M 0261971-72 and M 0262088-90.

9. Attached as Exhibit 8 is a true and correct copy of excerpts of the transcript of an interview of Beatriz Morales, dated January 14, 2008, and produced by Mattel at Bates number M 0262230-31 and M 0262344-46.

10. Attached as Exhibit 9 is a true and correct copy of a letter from Maria Diaz to Michael Zeller et al., dated January 22, 2008.

11. Attached as Exhibit 10 is a true and correct copy of MGA's First Set of Requests for the Production of Documents and Things, dated January 31, 2005.

12. Attached as Exhibit 11 is a true and correct copy of minutes of proceedings before the Honorable Stephen G. Larson on February 4, 2008.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 14, 2008, at Los Angeles, California.

B. Dylan Proctor