KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
jkeker@kvn.com
MICHAEL H. PAGE - #154913
mpage@kvn.com
CHRISTA M. ANDERSON - #184325
canderson@kvn.com
MATTHEW M. WERDEGAR - #200470
mwerdegar@kvn.com
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff
CARTER BRYANT

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC. a Delaware Corporation,<br><br>Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC., v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No. CV 04-09049 SGL (RNBx) (consolidated with CV 04-9059 & 05-2727)<br><br>**DISCOVERY MATTER**<br><br>[To be hard by Discovery Mater Hon. Edward A. Infante (Ret.)]<br><br>**STIPULATION REGARDING EXTENSION OF TIME TO FILE OPPOSITION TO MATTEL, INC.'S MOTION TO COMPEL CARTER BRYANT TO RESPOND TO MATTEL, INC.'S FIRST SET OF REQUESTS FOR ADMISSION TO CERTAIN DEFENDANTS; AND [PROPOSED] ORDER**<br><br>Judge:   Hon. Stephen G. Larson<br>Date Comp. Filed: April 13, 2005<br>Discovery Cut-Off: Jan. 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

411319.01

1    WHEREAS, Mattel, Inc. ("Mattel") served its First Set of Requests for

2 Admission Propounded to MGA Entertainment, Inc., Carter Bryant, MGA

3 Entertainment (HK) Limited, and Isaac Larian (the "Requests for Admission") on

4 December 27, 2007; and

5    WHEREAS, Carter Bryant's responses to the Requests for Admission were

6 due, pursuant to stipulation, on February 4, 2007;

7    WHEREAS, Carter Bryant served his responses to the Requests for

8 Admission on February 4, 2007;

9    WHEREAS, Mattel moved to compel responses to the Requests for

10 Admission on February 7, 2008 ("Mattel's Motion to Compel");

11    WHEREAS, Mattel and Bryant met and conferred regarding Bryant's

12 responses to the Requests for Admission on February 8, 2008;

13    WHEREAS, Bryant has stated his intention to submit supplemental and/or

14 amended responses to certain responses to the Requests for Admission; and

15    WHEREAS, Bryant and Mattel agree to meet and confer regarding any

16 supplemental and/or amended responses to the Requests for Admission served by

17 Bryant prior to the time Bryant serves his opposition to Mattel's Motion to

18 Compel;

19    THEREFORE, the undersigned parties, through their undersigned counsel,

20 stipulate and agree as follows:

21    1.    Bryant will have to and including February 15, 2008 to serve his

22        amended or supplemental responses to Mattel's First Set of Requests

23        for Admission Propounded to MGA Entertainment, Inc., Carter

24        Bryant, MGA Entertainment (HK) Limited, and Isaac Larian;

25    2.    The time for Bryant to serve his opposition to Mattel's Motion to

26        Compel is extended to and including February 22, 2008;

27    3.    The time for Mattel to serve its reply in support of Mattel's Motion to

28        Compel is extended to and including February 27, 2008

1

STIPULATION REGARDING EXTENSION OF TIME TO FILE OPPOSITION
TO MATTEL'S MOTION TO COMPEL; AND [PROPOSED] ORDER
CASE NO. CV 04-09049 SGL (RNBx)

1    IT IS SO STIPULATED.

2    DATED: February _14_, 2008          QUINN EMANUEL URQUHART OLIVER &
                                          HEDGES, LLP
3

4
                                          By _B. Dylan Proctor_
5
                                          B. Dylan Proctor
6                                         Attorneys for Mattel, Inc.

7

8    DATED: February _14_, 2008          KEKER & VAN NEST, LLP

9

10                                        By _Matthew Work_
11                                        Matthew M. Werdegar
                                          Attorneys for Carter Bryant
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

411319.01

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER

Pursuant to the foregoing stipulation of the parties, IT IS SO ORDERED.

DATED: February 4, 2008

_____
Hon. Edward Infante (Ret.)
Discovery Master

3

411319.01

## PROOF OF SERVICE BY E-MAIL

I, Sandra Chan, not a party to the within action, hereby declare that on February 14, 2008, I served the attached STIPULATION AND ORDER REGARDING EXTENSION OF TIME TO FILE OPPOSITION TO MATTEL, INC.'S MOTION TO COMPEL CARTER BRYANT TO RESOND TO MATTEL, INC.'S FIRST SET OF REQUESTS FOR ADMISSION TO CERTAIN DEFENDANTS in the within action by email addressed as follows:

| | | |
|---|---|---|
| John W. Keker, Esq. | Keker & Van Nest | jkeker@kvn.com |
| Michael H. Page, Esq. | Keker & Van Nest | mhp@kvn.com |
| Christa Anderson, Esq. | Keker & Van Nest | cma@kvn.com |
| Matthew M. Werdegar, Esq. | Keker & Van Nest | mwerdegar@kvn.com |
| John E. Trinidad, Esq. | Keker & Van Nest | jtrinidad@kvn.com |
| Audrey Walton-Hadlock, Esq. | Keker & Van Nest | awalton-hadlock@kvn.com |
| John Quinn Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | johnquinn@quinnemanuel.com |
| Michael Zeller Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | michaelzeller@quinnemanuel.com |
| Jon Corey Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | joncorey@quinnemanuel.com |
| Duane Lyons Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | duanelyons@quinnemanuel.com |
| Timothy Alger Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | timalger@quinnemanuel.com |
| Dominic Surprenant Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | DominicSurprenant@QuinnEmanuel.com |
| B. Dylan Proctor Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | dylanproctor@quinnemanuel.com |
| Shane McKenzie Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | shanemckenzie@quinnemanuel.com |
| Bridget Hauler Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | bridgethauler@quinnemanuel.com |
| Tamar Buchakjian Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | tamarbuchakjian@quinnemanuel.com |
| Juan Pablo Alban, Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | juanpabloalban@quinnemanuel.com |
| Thomas J. Nolan, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | tnolan@skadden.com |
| Raoul D. Kennedy, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | rkennedy@skadden.com |
| Amy S. Park, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | apark@skadden.com |
| Harriet S. Posner, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | hposner@skadden.com |
| Carl Alan Roth, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | croth@skadden.com |
| Timothy A. Miller, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | tmiller@skadden.com |
| Marcus R. Mumford, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | Mmumford@skadden.com |

I declare under penalty of perjury under the laws of the Untied States of America that the above is true and correct.

Executed on February 14, 2008, at San Francisco, California.

_Sandra Chan_

Sandra Chan