QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Hon. Edward Infante (Ret.) Pursuant To The Court's Order Of December 6, 2006]**<br><br>MATTEL, INC.'S REPLY IN SUPPORT OF MOTION TO COMPEL MGA ENTERTAINMENT, INC., MGA ENTERTAINMENT (HK) LIMITED, AND ISAAC LARIAN TO RESPOND TO MATTEL, INC.'S FIRST SET OF REQUESTS FOR ADMISSION PROPOUNDED TO MGA ENTERTAINMENT, INC.; CARTER BRYANT; MGA ENTERTAINMENT (HK) LIMITED; AND ISAAC LARIAN<br><br>[Supplemental Declaration of B. Dylan Proctor filed concurrently herewith]<br><br>Hearing Date: TBD<br>Time: TBD<br>Place: TBD<br><br>**Phase 1**<br>Discovery Cut-Off:   January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date:   May 27, 2008 |

MGA Entertainment, Inc., MGA Entertainment (HK) Limited, and Isaac Larian (hereinafter collectively referred to as "MGA") offer no opposition to Mattel's Motion To Compel MGA Entertainment, Inc., MGA Entertainment (HK) Limited, Isaac Larian, and Carter Bryant To Respond To Mattel, Inc.'s First Set Of Requests For Admission Propounded To MGA Entertainment, Inc.; Carter Bryant; MGA Entertainment (HK) Limited; and Isaac Larian. Instead, MGA purports to unilaterally grant itself an extension of time to respond to Mattel's Motion, declaring in its "opposition" that the issues raised in Mattel's Motion are "moot or may be resolved in the meet and confer" because MGA determined it will supplement its responses.[1] MGA's unilateral grant of an extension of time to respond is improper.

Moreover, MGA's decision to supplement its responses only after Mattel was forced to move to compel is part of MGA's abusive pattern of refusing to provide discovery until Mattel is forced to file a motion. As Mattel stated to MGA prior to filing its Motion, Mattel filed its Motion to preserve its rights, given its shortened timeframe to move to compel and the patent inadequacy of MGA's responses -- responses which MGA cannot defend. MGA's suggestion that Mattel was in the wrong for preserving its rights even though MGA served concededly improper responses is surprising.

Nor are the issues raised in Mattel's Motion moot. That MGA is now willing to supplement its responses shows that MGA knows its responses to Mattel's Requests are improper. Yet, the issues raised in Mattel's Motion will become moot only if Mattel receives full and complete responses to the Requests for Admission at issue in the Motion, not when MGA deems the issues to be moot. To date, MGA has not explained to Mattel how it will supplement its responses, if it ends up doing so at all.

---

[1] Opposition, 1:13-17.

1   Pursuant to the Discovery Master's instruction at the last hearing,
2   Mattel will, of course, meet and confer concerning MGA's improper responses and
3   Mattel hopes the parties will be able to resolve these issues in the meet and confer
4   session. If, however, the issues raised by Mattel's Motion remain unresolved
5   following the meet and confer, then Mattel's Motion should be deemed unopposed,
6   as it is.[2]

7   DATED: February 15, 2008        QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

                                    By /s/ B. Dylan Proctor
                                    B. Dylan Proctor
                                    Attorneys for Mattel, Inc.

---

[2] At Bryant's request, Mattel and Bryant entered into a stipulation extending his time to supplement his (also concededly improper) responses to Mattel's Requests for Admission and to oppose Mattel's Motion by 8 days, See Stipulation And [Proposed] Order Regarding Extension Of Time To File Opposition To Mattel Inc.'s Motion To Compel Carter Bryant To Respond To Mattel, Inc.'s First Set Of Requests For Admission To Certain Defendants; and [Proposed] Order, dated February 14, 2008, attached to the Supplemental Declaration of B. Dylan Proctor, dated February 15, 2008, Exh. 1. MGA requested no such extension prior to filing its "opposition." Instead it chose to play games in its "opposition."