QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Hon. Edward Infante (Ret.)]**<br><br>SUPPLEMENTAL DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S REPLY IN SUPPORT OF MOTION TO COMPEL MGA ENTERTAINMENT, INC., MGA ENTERTAINMENT (HK) LIMITED, AND ISAAC LARIAN TO RESPOND TO MATTEL, INC.'S FIRST SET OF REQUESTS FOR ADMISSION PROPOUNDED TO MGA ENTERTAINMENT, INC.; CARTER BRYANT; MGA ENTERTAINMENT (HK)LIMITED; AND ISAAC LARIAN<br><br>Date:  TBA<br>Time:  TBA<br>Place: Telephonic<br><br>**Phase 1**<br>Discovery Cut-Off:    January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date:           May 27, 2008 |

07209/2391232.1

SUPPLEMENTAL DECLARATION OF B. DYLAN PROCTOR

## SUPPLEMENTAL DECLARATION OF B. DYLAN PROCTOR

I, B. Dylan Proctor, declare as follows:

1. I am a member of the bar of the State of California and a partner of Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel") I make this supplemental declaration in support of Mattel, Inc.'s Reply in Support of Motion To Compel MGA Entertainment, Inc., MGA Entertainment (HK) Limited, and Isaac Larian to Respond to Mattel, Inc.'s First Set of Requests For Admission Propounded To MGA Entertainment, Inc.; Carter Bryant; MGA Entertainment (HK) Limited; and Isaac Larian. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Attached as Exhibit 1 is a true and correct copy of the Stipulation And [Proposed] Order Regarding Extension Of Time To File Opposition To Mattel Inc.'s Motion To Compel Carter Bryant To Respond To Mattel, Inc.'s First Set Of Requests For Admission To Certain Defendants; and [Proposed] Order, dated February 14, 2008, between Carter Bryant and Mattel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 15, 2008, at Los Angeles, California.

B. Dylan Proctor

**EXHIBIT 1**

```
 1  KEKER & VAN NEST, LLP
    JOHN W. KEKER - #49092
 2  jkeker@kvn.com
    MICHAEL H. PAGE - #154913
 3  mpage@kvn.com
    CHRISTA M. ANDERSON - #184325
 4  canderson@kvn.com
    MATTHEW M. WERDEGAR - #200470
 5  mwerdegar@kvn.com
    710 Sansome Street
 6  San Francisco, CA 94111-1704
    Telephone: (415) 391-5400
 7  Facsimile: (415) 397-7188

 8  Attorneys for Plaintiff
    CARTER BRYANT
 9
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC. a Delaware Corporation,<br><br>Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC., v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No. CV 04-09049 SGL (RNBx) (consolidated with CV 04-9059 & 05-2727<br><br>**DISCOVERY MATTER**<br><br>[To be hard by Discovery Mater Hon. Edward A. Infante (Ret.)]<br><br>**STIPULATION REGARDING EXTENSION OF TIME TO FILE OPPOSITION TO MATTEL, INC.'S MOTION TO COMPEL CARTER BRYANT TO RESPOND TO MATTEL, INC.'S FIRST SET OF REQUESTS FOR ADMISSION TO CERTAIN DEFENDANTS; AND [PROPOSED] ORDER**<br><br>Judge: Hon. Stephen G. Larson<br>Date Comp. Filed: April 13, 2005<br>Discovery Cut-Off: Jan. 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

EXHIBIT 1 PAGE 2

411319.01

STIPULATION REGARDING EXTENSION OF TIME TO FILE OPPOSITION
TO MATTEL'S MOTION TO COMPEL; AND [PROPOSED] ORDER
CASE NO. CV 04-09049 SGL (RNBx)

1    WHEREAS, Mattel, Inc. ("Mattel") served its First Set of Requests for
2    Admission Propounded to MGA Entertainment, Inc., Carter Bryant, MGA
3    Entertainment (HK) Limited, and Isaac Larian (the "Requests for Admission") on
4    December 27, 2007; and
5        WHEREAS, Carter Bryant's responses to the Requests for Admission were
6    due, pursuant to stipulation, on February 4, 2007;
7        WHEREAS, Carter Bryant served his responses to the Requests for
8    Admission on February 4, 2007;
9        WHEREAS, Mattel moved to compel responses to the Requests for
10   Admission on February 7, 2008 ("Mattel's Motion to Compel");
11       WHEREAS, Mattel and Bryant met and conferred regarding Bryant's
12   responses to the Requests for Admission on February 8, 2008;
13       WHEREAS, Bryant has stated his intention to submit supplemental and/or
14   amended responses to certain responses to the Requests for Admission; and
15       WHEREAS, Bryant and Mattel agree to meet and confer regarding any
16   supplemental and/or amended responses to the Requests for Admission served by
17   Bryant prior to the time Bryant serves his opposition to Mattel's Motion to
18   Compel;
19       THEREFORE, the undersigned parties, through their undersigned counsel,
20   stipulate and agree as follows:
21       1.   Bryant will have to and including February 15, 2008 to serve his
22            amended or supplemental responses to Mattel's First Set of Requests
23            for Admission Propounded to MGA Entertainment, Inc., Carter
24            Bryant, MGA Entertainment (HK) Limited, and Isaac Larian;
25       2.   The time for Bryant to serve his opposition to Mattel's Motion to
26            Compel is extended to and including February 22, 2008;
27       3.   The time for Mattel to serve its reply in support of Mattel's Motion to
28            Compel is extended to and including February 27, 2008

1
STIPULATION REGARDING EXTENSION OF TIME TO FILE OPPOSITION
TO MATTEL'S MOTION TO COMPEL; AND [PROPOSED] ORDER
CASE NO. CV 04-09049 SGL (RNBx)

411319.01

EXHIBIT 1 PAGE 3

1  IT IS SO STIPULATED.

2  DATED: February 14, 2008        QUINN EMANUEL URQUHART OLIVER &
                                   HEDGES, LLP
3

4
                                   By *[signature]*
5                                  B. Dylan Proctor
                                   Attorneys for Mattel, Inc.
6

7
8  DATED: February 14, 2008        KEKER & VAN NEST, LLP

9

10                                 By *[signature]*

11                                 Matthew M. Werdegar
                                   Attorneys for Carter Bryant
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                                                          EXHIBIT __1__ PAGE __4__
28

2
STIPULATION REGARDING EXTENSION OF TIME TO FILE OPPOSITION
TO MATTEL'S MOTION TO COMPEL; AND [PROPOSED] ORDER
CASE NO. CV 04-09049 SGL (RNBx)

411319.01

1  **[PROPOSED] ORDER**

2  Pursuant to the foregoing stipulation of the parties, IT IS SO ORDERED.

3

4  DATED: February __, 2008

5

6

7  Hon. Edward Infante (Ret.)
   Discovery Master

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT __1__ PAGE __5__

3
STIPULATION REGARDING EXTENSION OF TIME TO FILE OPPOSITION
TO MATTEL'S MOTION TO COMPEL; AND [PROPOSED] ORDER
CASE NO. CV 04-09049 SGL (RNBx)

411319.01

## PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest, LLP, 710 Sansome Street, San Francisco, California 94111.

On February 14, 2008, I served the following document(s):

**STIPULATION REGARDING EXTENSION OF TIME TO FILE OPPOSITION TO MATTEL, INC.'S MOTION TO COMPEL CARTER BRYANT TO RESPOND TO MATTEL, INC.'S FIRST SET OF REQUESTS FOR ADMISSION TO CERTAIN DEFENDANTS; AND [PROPOSED] ORDER**

by **FEDERAL EXPRESS**, by placing a true and correct copy in a sealed envelope addressed as shown below. I am readily familiar with the practice of Keker & Van Nest, LLP for correspondence for delivery by FedEx Corporation. According to that practice, items are retrieved daily by a FedEx Corporation employee for overnight delivery; and

by **E-MAIL VIA PDF FILE**, by transmitting on this date via e-mail a true and correct copy scanned into an electronic file in Adobe "pdf" format. The transmission was reported as complete and without error.

| | |
|---|---|
| Hon. Edward A. Infante<br>JAMS<br>Two Embarcadero Center, Suite 1500<br>San Francisco, CA 94111<br>Tel:   415/774-2649<br>Fax:  415/982-5287<br>Email:        schan@jamsadr.com | John B. Quinn<br>Michael T. Zeller<br>Quinn Emanuel Urquhart Oliver & Hedges, LLP<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA  90017-2543<br>Tel:   213/443-3000<br>Fax:  213/443-3100<br>Email:<br>         johnquinn@quinnemanuel.com<br>Email:<br>         michaelzeller@quinnemanuel.com |

EXHIBIT __1__ PAGE __6__

| | |
|---|---|
| Thomas J. Nolan<br>Skadden Arps Slate Meagher & Flom<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071-3144<br>Tel: 213/687-5000<br>Fax: 213/687-5600<br>Email: tnolan@skadden.com | Alexander H. Cote<br>Overland Borenstein Scheper & Kim LLP<br>300 S. Grand Avenue, Suite 2750<br>Los Angeles, California 90071<br>Tel: 213/613-4660<br>Fax: 213/613-4656<br>Email: acote@obsklaw.com |

Executed on February 14, 2008, at San Francisco, California.
I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*Julie Selby* (signature)
Julie A. Selby

EXHIBIT __1__ PAGE __7__

396176.01

PROOF OF SERVICE
CASE NO. CV 04-09049 SGL (RNBx)