B. Dylan Proctor (Bar No. 219354)
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
865 South Figueroa Street
10th Floor
Los Angeles, CA 90017
(213) 443-3000

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT, an individual | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) v. | CV 04-9049 SGL (RNBx) |
| MATTEL, INC., a Delaware corporation | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**

Mattel, Inc.'s Reply Brief in Support of Its Motion to Compel a Complete Response to Mattel's Supplemental Interrogatory Re Test Projects; Exhibits 1, 2 and 4 to the Declaration of B. Dylan Proctor in Support of Mattel, Inc.'s Motion to Compel a Complete Response to Mattel's Supplemental Interrogatory Re Test Projects; Application to File Under Seal; and [Proposed] Order.

**Document Description:**

- [ ] Administrative Record
- [X] Exhibits
- [ ] Ex Part Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)
- [X] Other  Reply Brief; Application to File Under Seal and [Proposed] Order

**Reason:**

- [X] Under Seal
- [ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- [ ] Electronic versions are not available to filer
- [X] Per Court order dated  January 4, 2005
- [ ] Manual Filing required (*reason*):

February 15, 2008
Date

/Attorney Name

Mattel, Inc.
Party Represented

Note: File one Notice in each case, each time you manually file document(s).