```
 1  THOMAS J. NOLAN (Bar No. 66992)
    (tnolan@skadden.com)
 2  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
    300 South Grand Avenue, Suite 3400
 3  Los Angeles, CA 90071
    Tel.: (213) 687-5000/Fax: (213) 687-5600
 4
    KENNETH PLEVAN (admitted pro hac vice)
 5  (kplevan@skadden.com)
    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
 6  Four Times Square
    New York, NY 10046
 7  Tel.: (212) 735-3000 / Fax: (212) 735-2000

 8  Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited,
    MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian
 9
10                    UNITED STATED DISTRICT COURT
11                    CENTRAL DISTRICT OF CALIFORNIA
12
13  CARTER BRYANT, an individual,         )  CASE NO. CV 04-9049 SGL (RNBx)
14                    Plaintiff,          )
                                          )  MGA'S NOTICE OF
15         v.                             )  WITHDRAWAL OF UNCLEAN
                                          )  HANDS AFFIRMATIVE DEFENSE
16  MATTEL, INC., a Delaware              )  AS IT PERTAINS TO PHASE 1
    corporation,                          )
17                                        )
                      Defendant.          )
18                                        )
19  _____   )
                                          )
20  AND CONSOLIDATED ACTIONS              )
                                          )
21
```

MGA'S NOTICE OF WITHDRAWAL OF UNCLEAN HANDS AFFIRMATIVE DEFENSE AS IT PERTAINS TO PHASE I

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that the MGA Parties hereby withdraw their affirmative defense based on unclean hands as it pertains to Phase 1 of this action. The MGA Parties will assert unclean hands as an affirmative defense only in connection with Phase 2 of this action.

DATED: February 15, 2008

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By: *[signature]*
Thomas J. Nolan
Attorney for MGA Entertainment, Inc.