THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Tel.: (213) 687-5000/Fax: (213) 687-5600

KENNETH PLEVAN (admitted *pro hac vice*)
(kplevan@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, NY 10046
Tel.: (212) 735-3000 / Fax: (212) 735-2000

Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian

UNITED STATED DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>                    Plaintiff,<br><br>          v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>                    Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>MGA'S PRELIMINARY RESPONSE TO MATTEL'S MOTION FOR LETTERS OF REQUEST |

On January 28, 2008, the final day of Phase I discovery, Mattel filed a motion for issuance of Letters of Request for International Judicial Assistance to allow it to take the depositions of two non-parties (Jeanine Brisbois and MGA Canada) in Canada. Jeanine Brisbois is a former Mattel employee who went to work for MGA Canada in 2005. In its motion, Mattel identifies the witnesses as relevant to its Phase 2 RICO, conspiracy, and misappropriation of trade secret counterclaims. Mattel does not contend that the depositions are relevant to any Phase 1 issues.

In its February 4, 2008 Order, the Court stayed all Phase 2 discovery, including motions relating to Phase 2 discovery, until after the conclusion of Phase 1 of the trial. In light of the Court's ruling, MGA will respond to Mattel's motion at the appropriate time after the conclusion of the Phase 1 trial. MGA hereby reserves all of its rights in connection with Mattel's motion, including whether the motion should have been directed to the Discovery Master.

DATED: February 15, 2008

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By: _____
Thomas J. Nolan
Attorney for MGA Entertainment, Inc.

MGA'S PRELIMINARY RESPONSE TO MATTEL'S MOTION FOR LETTERS OF REQUEST
1