1 THOMAS J. NOLAN (Bar No. 066992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2 300 South Grand Avenue
Los Angeles, CA 90071-3144
3 Telephone: (213) 687-5000
Facsimile: (213) 687-5600
4 E-mail: tnolan@skadden.com

5 KENNETH PLEVAN (admitted *pro hac vice*)
(kplevan@skadden.com)
6 SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
7 New York, NY 10036
Tel.: (212) 735-3000 / Fax: (212) 735-2000

8 Attorneys for Counter-Defendants,
9 MGA ENTERTAINMENT, INC., ISAAC LARIAN, MGA ENTERTAINMENT (HK) LIMITED, AND MGAE de MEXICO S.R.L. de C.V.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation<br><br>Defendant.<br><br>Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>**PROOF OF SERVICE**<br><br><br><br><br><br><br><br>Discovery Cut-Off: January 28, 2008 |

PROOF OF SERVICE                                                  NO. CV 04-9049 SGL (RNBx)

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 300 South Grand Avenue, 34th Floor, Los Angeles, CA 90071.

On February 15, 2008, I served the foregoing documents described as:

## SEE ATTACHED DOCUMENT LIST

on the interested parties in this action addressed as follows:

## SEE ATTACHED SERVICE LIST

☒ (BY PERSONAL SERVICE)   ☐   By personally delivering copies to the person served. (FEDERAL)

☒   I caused such document to be hand delivered to the above addressees. (FEDERAL)

☒ (BY FEDERAL EXPRESS) I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing with Federal Express and the fact that the correspondence would be deposited with Federal Express that same day in the ordinary course of business; on this date, the above-referenced correspondence was placed for deposit at Los Angeles, California and placed for collection and mailing following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed on February 15, 2008 at Los Angeles, California.

Matthew Bowman
PRINT NAME                           SIGNATURE

-3-

PROOF OF SERVICE                     NO. CV 04-9049 SGL (RNBx)

# DOCUMENT LIST

1) MGA'S PRELIMINARY RESPONSE TO MATTEL'S MOTION FOR LETTERS OF REQUEST

2) PROOF OF SERVICE

-4-

```
 1  SERVICE LIST
 2
 3  John B. Quinn, Esq.                      John W. Keker, Esq.
    Michael T. Zeller, Esq.                  Michael H. Page, Esq.
 4  Jon D. Corey, Esq.                       Keker & Van Nest, LLP
    Timothy L. Alger, Esq.                   710 Sansome Street
 5  Quinn Emanuel Urquhart Oliver &          San Francisco, CA 94111
    Hedges, LLP                              (415) 391-5400
 6  865 South Figueroa Street, 10th Floor    (415) 397-7188 (Fax)
    Los Angeles, CA 90017-2543
 7  (213) 443-3000                           Attorneys for Carter Bryant
    (213) 443-3100 (Fax)                     [Federal Express]
 8
    Attorneys for Mattel, Inc.
 9  [Personal Service]
10
11
    Mark E. Overland, Esq.
12  Alexander H. Cote, Esq.
    David C. Scheper, Esq.
13  Overland Borenstein Scheper & Kim
    300 South Grand Avenue, Suite 2750
14  Los Angeles, CA 90071
    (213) 613-4655
15  (213) 613-4656 (Fax)
16  [Federal Express]
17
...
28
                              -5-
    PROOF OF SERVICE                         NO. CV 04-9049 SGL (RNBx)
```

<sub>Case 2:04-cv-09049-DOC-RNB   Document 2231-2   Filed 02/15/08   Page 4 of 4   Page ID #:33686</sub>