1  THOMAS J. NOLAN (Bar No. 66992)
   (tnolan@skadden.com)
2  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue, Suite 3400
3  Los Angeles, CA 90071
   Tel.: (213) 687-5000/Fax: (213) 687-5600
4
   KENNETH PLEVAN (admitted *pro hac vice*)
5  (kplevan@skadden.com)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
6  Four Times Square
   New York, NY 10046
7  Tel.: (212) 735-3000 / Fax: (212) 735-2000

8  Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited,
   MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian
9

10                         UNITED STATED DISTRICT COURT
11                        CENTRAL DISTRICT OF CALIFORNIA
12

13 | CARTER BRYANT, an individual, | ) | CASE NO. CV 04-9049 SGL (RNBx) |
14 |                               | ) |                                |
   |            Plaintiff,         | ) | MGA'S PRELIMINARY RESPONSE     |
15 |                               | ) | TO MATTEL'S MOTION FOR         |
   |            v.                 | ) | LEAVE TO TAKE ADDITIONAL       |
16 |                               | ) | DISCOVERY RE: UNCLEAN          |
   | MATTEL, INC., a Delaware      | ) | HANDS                          |
17 | corporation,                  | ) |                                |
   |                               | ) |                                |
18 |            Defendant.         | ) |                                |
19
   AND CONSOLIDATED ACTIONS
20

On January 28, 2008, the final day of Phase I discovery, Mattel filed a motion for leave to take additional discovery regarding MGA's unclean hands affirmative defense. In an effort to streamline the issues to be presented at the Phase 1 trial, the MGA Parties have since withdrawn their unclean hands affirmative defense as it pertains to Phase 1. The MGA Parties will be pursuing their unclean hands defense only in Phase 2 of this action.

In its February 4, 2008 Order, the Court stayed all Phase 2 discovery, including motions relating to Phase 2 discovery, until after the conclusion of Phase 1 of the trial. In light of the Court's ruling, MGA will respond to Mattel's motion for leave to take additional discovery at the appropriate time after the conclusion of the Phase 1 trial. MGA hereby reserves all of its rights in connection with Mattel's motion, including whether Mattel's motion should have been directed to the Discovery Master.

DATED: February 15, 2008

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By: *Thomas J. Nolan*
Thomas J. Nolan
Attorney for MGA Entertainment, Inc.

MGA'S PRELIMINARY RESPONSE TO MATTEL'S MOTION FOR ADDITIONAL DISCOVERY RE UNCLEAN HANDS

1