1  THOMAS J. NOLAN (Bar No. 66992)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2  300 South Grand Avenue
   Los Angeles, CA 90071-3144
3  Telephone: (213) 687-5000
   Facsimile:  (213) 687-5600
4  E-mail:    tnolan@skadden.com

5  RAOUL D. KENNEDY (Bar No. 40892)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
6  4 Embarcadero Center, 38th Floor
   San Francisco, California 94111-5974
7  Telephone: (415) 984-6400
   Facsimile:  (415) 984-2698
8  Email:     rkennedy@skadden.com

9  Attorneys for Counter-Defendants,
   MGA ENTERTAINMENT, INC., ISAAC LARIAN, MGA ENTERTAINMENT
10 (HK) LIMITED, and MGAE de MEXICO S.R.L. de C.V.

11             UNITED STATES DISTRICT COURT
12            CENTRAL DISTRICT OF CALIFORNIA
13                   EASTERN DIVISION

| | |
|---|---|
| 14  CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| 15         Plaintiff, | Consolidated with Case No. 04-9059 and Case No. 05-2727 |
| 16  v. | **DISCOVERY MATTER** |
| 17  MATTEL, INC., a Delaware corporation, | [To be heard by Discovery Master Hon. Edward A. Infante (Ret.)] |
| 18 | |
| 19         Defendant. | **SUPPLEMENTAL DECLARATION OF ANDREW C. TEMKIN IN SUPPORT OF MGA DEFENDANTS' OPPOSITION TO MATTEL INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND THINGS BY MGA ENTERTAINMENT, INC. AND FOR SANCTIONS** |
| 20 | |
| 21 | |
| 22 | |
| 23  Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Date: TBD<br>Time: TBD<br>Place: TBD |
| 24 | |
| 25 | |
| 26 | |
| 27 | |

28
─────────────────────────────────────────
SUPPLEMENTAL DECLARATION OF ANDREW C. TEMKIN IN SUPPORT OF MGA DEFENDANTS'
OPPOSITION TO MATTEL, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND THINGS
AND FOR AWARD OF MONETARY SANCTIONS

I, Andrew C. Temkin, hereby declare as follows:

1. I am an attorney licensed to practice law in the State of California and am an associate at the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, attorneys of record for MGA Entertainment, Inc. ("MGA"), Isaac Larian ("Mr. Larian" or "Larian"), MGA Entertainment (HK) Limited ("MGA HK"), and MGAE de Mexico S.R.L. de C.V. ("MGA Mexico") (collectively the "MGA Defendants") in the above-captioned matter. I submit this Supplemental Declaration in Support of MGA Entertainment, Inc.'s Opposition to Mattel, Inc.'s Motion to Compel Production of Documents and Things and for Award of Monetary Sanctions. Unless otherwise stated, I have personal knowledge of the facts set forth below and, if called as a witness, I could and would testify competently thereto.

2. With respect to the 25 litigations that Mattel has termed the "BRATZ LAWSUITS," I am informed that MGA does not maintain a searchable database containing all pleadings and all other documents from or relating to these cases. Therefore, to the extent that files relating to these cases exist and have not already otherwise been produced, these files must first be located and identified and then searched.

3. I am also informed that MGA does not maintain at its offices in Van Nuys, California all of the documents sought by Mattel relating to the BRATZ LAWSUITS. I am further informed that MGA relied on a number of different law firms in these 25 cases, several of which are venued outside of the United States. Accordingly, if MGA were required to search for and produce all documents responsive to Mattel's requests relating to the BRATZ LAWSUITS in the possession of its counsel, this would require searching each of MGA's counsel's offices, including those outside of the United States.

4. Given the number of lawsuits involved, the various locations where responsive documents may be located, and the broad scope of Mattel's requests

1

(which, among other things, seek every pleading, deposition transcript, hearing transcript, discovery request and response, and all documents produced in the 25 lawsuits), merely locating and reviewing all of the requested documents would impose a significant burden on MGA in terms of time and resources.

5. Moreover, because the documents sought by Mattel relating to the BRATZ LAWSUITS essentially seek all documents relating in any way to those lawsuits, the requests necessarily call for documents in counsel's files and communications with counsel. Thus, to the extent such documents exist and can be located, a significant portion of them are likely to be protected from disclosure by the attorney-client privilege, work product immunity doctrine, or other privilege. The tasks of reviewing these files for privileged materials and logging every privileged document would impose a further – and significant – burden on MGA given the number of lawsuits involved and the nature of Mattel's expansive requests.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 13th day of February, 2008, at Palo Alto, California.

*Andrew C. Temkin*

2

SUPPLEMENTAL DECLARATION OF ANDREW C. TEMKIN IN SUPPORT OF MGA DEFENDANTS' OPPOSITION TO MATTEL, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND THINGS AND FOR AWARD OF MONETARY SANCTIONS

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 300 South Grand Avenue, Suite 3400, Los Angeles, California 90071.

On **February 13, 2008**, I served the foregoing documents described as:

**SUPPLEMENTAL DECLARATION OF ANDREW C. TEMKIN IN SUPPORT OF MGA DEFENDANTS' OPPOSITION TO MATTEL INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND THINGS BY MGA ENTERTAINMENT, INC. AND FOR SANCTIONS**

on the interested parties in this action addressed as follows:

**SEE ATTACHED SERVICE LIST**

(X)  (BY PERSONAL SERVICE)  ☒  By personally delivering copies to the person served. (FEDERAL)

☒  I caused such document to be hand delivered to the above addressees. (FEDERAL)

(X)  (BY FEDERAL EXPRESS)

( )  (BY ELECTRONIC MAIL)

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed on **February 13, 2008,** in San Francisco, California.

Matthew Bowman
PRINT NAME                         SIGNATURE

## SERVICE LIST

| | |
|---|---|
| Jon D. Corey, Esq.<br>Michael T. Zeller, Esq.<br>John Quinn, Esq.<br>Quinn Emanuel Urquhart Oliver &<br>Hedges, LLP<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017-2543<br>(213) 443-3000<br>(213) 443-3100 (Fax)<br><br>Attorneys for Mattel, Inc<br>[Personal Service] | John Trinidad, Esq.<br>John Keker, Esq.<br>Keker & Van Nest, LLP<br>710 Sansome Street<br>San Francisco, CA 94111<br>(415) 391-5400<br>(415) 397-7188 (Fax)<br><br>Attorneys for Carter Bryant<br>[Federal Express] |

Mark E. Overland, Esq.
Alexander H. Cote, Esq.
David C. Scheper, Esq.
Overland Borenstein Scheper & Kim
300 South Grand Avenue, Suite 2750
Los Angeles, CA 90071
(213) 613-4655
(213) 613-4656