RAOUL D. KENNEDY (Bar No. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Embarcadero Center, 38th Floor
San Francisco, CA 94111-5974
Tel.: (415) 984-6400 / Fax: (415) 984-2698:
(rkennedy@skadden.com
Attorneys for MGA Entertainment, Inc., et al.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>PLAINTIFF(S)<br>v.<br>MATTEL, INC., a Delaware corporation<br><br>DEFENDANT(S). | CASE NUMBER:<br>CV 04-9049 SGL (RNBx)<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
(1) REPLY MEMORANDUM IN SUPPORT OF MGA'S AND CARTER BRYANT'S MOTION TO COMPEL PRODUCTION OF IMPROPERLY WITHHELD "NHB" DOCUMENTS;(2) DECLARATION OF MARCUS R. MUMFORD IN SUPPORT OF MGA'S AND CARTER BRYANT'S MOTION TO COMPEL PRODUCTION OF IMPROPERLY WITHHELD "NHB" DOCUMENTS; (3) PROOF OF SERVICE; (4) APPLICATION TO FILE UNDER SEAL; (5) PROPOSED ORDER

**Document Description:**
- ☐ Administrative Record
- ☒ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5 .4(h)
- ☒ Other

**Reason:**
- ☒ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☐ Per Court order dated _____
- ☐ Manual Filing required *(reason):*

| February 15, 2008 | Thomas J. Nolan |
|---|---|
| Date | Attorney Name |
| | MGA ENTERTAINMENT, INC., et al. |
| | Party Represented |

Note: File one Notice in each case, each time you manually file document(s).

G-92 (02/07)    NOTICE OF MANUAL FILING

American LegalNet, Inc.
www.FormsWorkflow.com