QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case Nos. CV 04-09059 and CV 05-02727<br><br>**PROOF OF SERVICE**<br><br>Discovery Cutoff:    January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date:             May 27, 2008 |

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On February 15, 2008, I served true copies of the following document(s) described as:

**1.    APPLICATION TO FILE UNDER SEAL EXHIBIT B TO THE DECLARATION OF TIMOTHY L. ALGER IN SUPPORT OF MATTEL, INC.'S *EX PARTE* APPLICATION (1) TO STRIKE CARTER BRYANT'S MOTION TO COMPEL RESPONSES TO DISCOVERY REQUESTS, AND (2) TO STAY TIME FOR FILING ANY OPPOSITION THERETO PENDING REVIEW;**

**2.    [PROPOSED] ORDER RE: APPLICATION TO FILE UNDER SEAL EXHIBIT B TO THE DECLARATION OF TIMOTHY L. ALGER IN SUPPORT OF MATTEL, INC.'S *EX PARTE* APPLICATION (1) TO STRIKE CARTER BRYANT'S MOTION TO COMPEL RESPONSES TO DISCOVERY REQUESTS, AND (2) TO STAY TIME FOR FILING ANY OPPOSITION THERETO PENDING REVIEW; and**

**(3)    PROOF OF SERVICE**

on the parties in this action as follows:

**SEE SERVICE LIST**

**BY MAIL:**  I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California.  The envelope was mailed with postage thereon fully prepaid.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 15, 2008, at Los Angeles, California.

Dina Comaduran

1

# SERVICE LIST

2

3  Thomas J. Nolan, Esq.
   Carl Roth, Esq.
   **Skadden, Arps, Slate, Meagher & Flom LLP**
4  300 South Grand Avenue, Suite 3400
   Los Angeles, CA  90071

5

6  John W. Keker, Esq.
   Michael H. Page, Esq.
7  Christina M. Anderson, Esq.
   **Keker & Van Nest, LLP**
8  710 Sansome Street
   San Francisco, CA 94111

9

10  Mark E. Overland, Esq.
    David C. Scheper, Esq.
11  Alexander H. Cote
    **OVERLAND BORENSTEIN SCHEPER & KIM LLP**
12  300 South Grand Avenue
    Suite 2750
13  Los Angeles, CA 90071-3144

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28