Jon D. Corey Bar #185066
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
865 SOUTH FIGUEROA STREET
10th FLOOR
LOS ANGELES, CA 90017
(213) 443-3000

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual, <br><br> PLAINTIFF(S) <br> v. <br> MATTEL, INC., a Delaware corporation, <br><br> DEFENDANT(S). | CASE NUMBER: <br> CV 04-9049 SGL (RNBx) <br><br> NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
EXIBITS 1 - 2 TO THE DECLARATION OF JON D. COREY IN SUPPORT OF MATTEL, INC.'S REPLY BRIEF IN SUPPORT OF MOTION TO COMPEL FOR CONSIDERATION OF PORTIONS OF DISCOVERY MATER'S DECEMBER 31, 2007 ORDER; AND APPLICATION TO FILE UNDER SEAL AND [PROPOSED] ORDER.

**Document Description:**

[ ] Administrative Record

[X] Exhibits

[ ] Ex Part Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)

[X] Other Application to File Under Seal and [Proposed] Order

**Reason:**

[X] Under Seal

[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

[ ] Electronic versions are not available to filer

[ ] Per Court order dated January 4, 2005

[ ] Manual Filing required (*reason*):

February 19, 2008                                   /s/ Jon Corey
Date                                                Attorney Name

                                                    Defendant Mattel, Inc.
                                                    Party Represented

Note: File one Notice in each case, each time you manually file document(s).