1 | THOMAS J. NOLAN (Bar No. 66992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2 | 300 South Grand Avenue
Los Angeles, California 90071-3144
3 | Telephone: (213) 687-5000
Facsimile: (213) 687-5600
4 | E-mail: tnolan@skadden.com

5 | RAOUL D. KENNEDY (Bar No. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
6 | Four Embarcadero Center, 38th Floor
San Francisco, California 94111-5974
7 | Telephone: (415) 984-6400
Facsimile: (415) 984-2698
8 | E-mail: rkennedy@skadden.com

9 | Attorneys for Counter-Defendants,
MGA ENTERTAINMENT, INC.,
10 | ISAAC LARIAN, MGA ENTERTAINMENT (HK) LIMITED,
and MGAE de MEXICO S.R.L. de C.V.

**UNITED STATED DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04–9059 and Case No. 05–2727<br><br>[~~PROPOSED~~] **ORDER GRANTING MGA ENTERTAINMENT, INC.'S APPLICATION TO FILE UNDER SEAL ITS OPPOSITION TO MATTEL, INC.'S MOTION TO COMPEL A COMPLETE RESPONSE TO MATTEL'S SUPPLEMENTAL INTERROGATORY RE TEST PROJECTS**<br><br>Hearing Date: TBD<br>Time: TBD<br>Place: TBD |

ORIGINAL

LODGED 2008 FEB 12 PM

## [~~PROPOSED~~] ORDER

Based on MGA's Application To File Under Seal Its Opposition To Mattel, Inc.'s Motion To Compel A Complete Response To Mattel's Supplemental Interrogatory Re Test Projects, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the following documents be filed under seal pursuant to Local Rule 79-5.1: MGA Entertainment, Inc.'s Opposition To Mattel, Inc.'s Motion To Compel A Complete Response To Mattel's Supplemental Interrogatory Re Test Projects and the associated Declaration of Timothy A. Miller and related exhibits.

DATED: February 15, 2008

_____
Hon. Stephen G. Larson
United States District Court Judge

-1-