# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Carter Bryant | CASE NUMBER: |
| --- | --- |
| PLAINTIFF(S) | CV-04-9049 |
| v. | |
| Mattel, Inc. | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**

Reply in Support of Motion of Mattel, Inc. for Order Compelling Production of Withheld: (1) Trademark Search Results, (2) Date of First Use Information, and (3) Factual Data; Jih Declaration in Support Thereof; Application to File Under Seal; Proposed Order; Proof of Service

**Document Description:**

- ☐ Administrative Record
- ☑ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)
- ☑ Other  Reply; Declaration with Exhibits; Application to File Under Seal; Proposed Order; Proof of Service

**Reason:**

- ☑ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☐ Per Court order dated _____
- ☐ Manual Filing required (*reason*):

| 2/19/08 | B. Dylan Proctor |
| --- | --- |
| Date | Attorney Name |
| | Mattel, Inc. |
| | Party Represented |

Note:   File one Notice in each case, each time you manually file document(s).