QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>[To Be Heard By Discovery Master Hon. Edward Infante (Ret.)]<br><br>**[PUBLIC REDACTED]**<br>**SUPPLEMENTAL DECLARATION OF OLEG STOLYAR IN SUPPORT OF MOTION OF MATTEL, INC. TO ENFORCE THE COURT'S ORDER OF MAY 15, 2007, TO COMPEL MGA TO PRODUCE COMPELLED CALENDARS, AND FOR SANCTIONS**<br><br>Date: TBA<br>Time: TBA<br>Place: TBA<br><br>**Phase 1**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2390135.1

SUPPLEMENTAL DECLARATION OF OLEG STOLYAR

# SUPPLEMENTAL DECLARATION OF OLEG STOLYAR

I, Oleg Stolyar, declare as follows:

1. I am a member of the bar of the State of California and an associate of Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. On January 28, 2008, the date of the Phase One discovery cut-off, I met and conferred regarding MGA's calendar production with MGA's counsel, Andrew Temkin, at the offices of Quinn Emanuel. At the meet and confer, I asked if MGA would produce the calendars compelled by the May 15, 2007 Order. Mr. Temkin said that it would not. Mr. Temkin then proposed that we enter into a stipulation to give MGA further time to "consider" whether it would produce the calendars. I responded that, unless MGA were willing to commit to produce the compelled documents, such a stipulation would serve no purpose, as the parties have already met and conferred for more than a month and MGA has already had many months to comply with the Court's Orders.

3. I am informed and believe that MGA has not produced the Outlook calendars for 2000 of Keri Brode, Leon Djiguerian, Edmond Lee and Paula Garcia. MGA's February 6, 2008 production does not identify any calendar pages for these individuals.

4. I am informed and believe that MGA has not produced the Franklin Planners for 2000 of Paula Garcia, Cecilia Kwok, Franki Tsang, Mercedeh Ward, Victoria O'Connor, Martin Hitch, Andreas Koch, Dennis Medici, Jeremy Davis, Jonathan Buford, Stephen Lee, Samuel Wong, Clementina Jarrin, Jennifer Maurus, Jessica Caiafa, Paul Warner, Jackie Bielke, Marog Chazen, Jim Olmstead, Aileen Storer, Rebecca Harris, Edmond Lee, Kerri Brode, and Leon Djigurian.

5. MGA also has not produced the complete version of Isaac Larian's Outlook calendar for 2000. Portions of the text of many entries in Mr. Larian's Outlook calendar for 2000, as produced by MGA on February 6, 2008, are cut off. For example, the entries with portions of the text cut off include a February 24, 2000 entry of "Brainstorm: 2001 Pr," a March 13, 2000 entry of "Brainstorming for ne," a March 27, 2000 entry of "Inventor to Demo Ne," and a March 30, 2000 entry of "2001 Line Review Me," among many others.

6. Attached as Exhibit 1 is a true and correct copy of excerpts from the deposition transcript of Paula Garcia, dated October 10, 2007.

7. Attached as Exhibit 2 is a true and correct copy of Julie Chomo's Franklin Planner for December 21, 2000, as produced by MGA on February 6, 2008.

8. Attached as Exhibit 3 is a true and correct copy of excerpts from the deposition transcript of Carter Bryant, dated November 4, 2004.

9. Attached as Exhibit 4 is a true and correct copy of Isaac Larian's Outlook calendar for January to July 2000, as produced by MGA on February 6, 2008.

10. Attached as Exhibit 5 is a true and correct copy of excerpts from the deposition transcript of Kenneth Lockhart, dated June 14, 2007.

11. Attached as Exhibit 6 is a true and correct copy of Isaac Larian's Outlook calendar for August 2000, as produced by MGA on February 6, 2008.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 15, 2008, at Los Angeles, California.



Oleg Stolyar