# EXHIBITS 1-6 ARE FILED UNDER SEAL

# PURSUANT TO PROTECTIVE ORDER