QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case Nos. CV 04-09059 and CV 05-02727<br><br>**PROOF OF SERVICE**<br><br>Hearing Date: TBA<br>Time:               TBA<br>Place:              TBA<br><br>**Phase 1**<br>Discovery Cut-off:      January 28, 2008<br>Pre-trial Conference:   May 5, 2008<br>Trial Date:             May 27, 2008 |

07209/2374334.1

-1-

Case No. CV 04-9049 SGL (RNBx)
PROOF OF SERVICE

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is NOW LEGAL SERVICE, 1301 W. 2nd Street, Suite 206, Los Angeles, California 90026.

On February 15, 2008, I served true copies of the following documents described as:

**LIST**

on the parties in this action as follows:

| John W. Keker, Esq.<br>Michael H. Page, Esq.<br>Christina M. Anderson, Esq.<br>**Keker & Van Nest, LLP**<br>710 Sansome Street<br>San Francisco, CA 94111 | |

[√]  **BY MAIL** I caused such envelope to be placed in the firm's mail. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[√]  **BY FEDEX:** I deposited such document(s) in a box or other facility regularly maintained by FedEx, or delivered such document(s) to a courier or driver authorized by FedEx to receive documents, in sealed envelope(s) or package(s) designated by FedEx with delivery fees paid or provided for, addressed to the person(s) being served.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 15, 2008 at Los Angeles, California.

_/s/ Navarro_
Amanda Navarro

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is NOW LEGAL SERVICE, 1301 W. 2nd Street, Suite 206, Los Angeles, California 90026.

On February 15, 2008, I served true copies of the following documents described as:

### LIST

on the parties in this action as follows:

| | |
|---|---|
| Thomas Nolan, Esq.<br>Carl Roth, Esq.<br>**SKADDEN ARPS SLATE MEAGHER & FLOM, LLP**<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071 | Mark E. Overland<br>David C. Scheper<br>Alexander H. Cote<br>**Overland Borenstein Scheper & Kim LLP**<br>300 South Grand Avenue, Suite 2750<br>Los Angeles, CA 90071 |

[√]  **BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 15, 2008, at Los Angeles, California.

_____
NOW LEGAL -- Dave Quintana

-3-

Case No. CV 04-9049 SGL (RNBx)

PROOF OF SERVICE

## DOCUMENT LIST

1. REPLY IN SUPPORT OF MOTION OF MATTEL, INC. TO ENFORCE THE COURT'S ORDER OF MAY 15, 2007, TO COMPEL MGA TO PRODUCE COMPELLED CALENDARS, AND FOR SANCTIONS

2. SUPPLEMENTAL DECLARATION OF OLEG STOLYAR IN SUPPORT OF MOTION OF MATTEL, INC. TO ENFORCE THE COURT'S ORDER OF MAY 15, 2007, TO COMPEL MGA TO PRODUCE COMPELLED CALENDARS, AND FOR SANCTIONS

3. PROOF OF SERVICE