LODGED

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>          Plaintiff,<br><br>   vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>          Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br><u>Hon. Stephen G. Larson</u><br><br>[~~PROPOSED~~] ORDER GRANTING MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL (1) PORTIONS OF MATTEL INC.'S REPLY IN SUPPORT OF MOTION TO COMPEL MGA TO PRODUCE COMMUNICATIONS REGARDING THIS ACTION AND (2) CERTAIN EXHIBITS TO THE SUPPLEMENTAL DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL MGA TO PRODUCE COMMUNICATIONS REGARDING THIS ACTION<br><br>[Local Rule 79-5.1]<br><br>**Phase 1**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2391001.1

[PROPOSED] ORDER

[~~PROPOSED~~] ORDER

Based on Mattel, Inc.'s Application to File Under Seal (1) Portions of Mattel Inc.'s Reply in Support of Motion to Compel MGA to Produce Communications Regarding This Action and (2) Certain Exhibits to the Supplemental Declaration of B. Dylan Proctor in Support of Mattel, Inc.'s Motion to Compel MGA to Produce Communications Regarding This Action, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Portions of Mattel Inc.'s Reply in Support of Motion to Compel MGA to Produce Communications Regarding This Action and Exhibits 1, 2, 4, 5, 7 and 8 to the Supplemental Declaration of B. Dylan Proctor in Support of Mattel, Inc.'s Motion to Compel MGA to Produce Communications Regarding This Action, are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: FEB 15 2008, 2008

_____
Hon. Stephen G. Larson
United States District Judge