QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff and Cross-Defendant Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case Nos. CV 04-09059 and CV 05-02727<br><br>**PROOF OF SERVICE RE**<br><br>MATTEL, INC.'S REPLY IN SUPPORT OF MOTION TO COMPEL MGA TO PRODUCE COMMUNICATIONS REGARDING THIS ACTION<br><br>Date: TBA<br>Time: TBA<br>Place: TBA<br><br>Discovery Cut-off: March 3, 2008<br>Pre-trial Conference: June 2, 2008<br>Trial Date: July 1, 2008 |

07209/2390273.1

2-15

PROOF OF SERVICE OF MATTEL, INC.'S REPLY IN SUPPORT OF MOTION TO COMPEL MGA TO PRODUCE COMMUNICATIONS REGARDING THIS ACTION

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is NOW Messenger Service, 1301 West Second Street, Suite 206, Los Angeles, California 90026

On February 15, 2008, I caused true copies of the following documents described as:

## SEE LIST BELOW

on the parties in this action as follows:

| | |
|---|---|
| Overland Borenstein Scheper & Kim, LLP<br>Mark E. Overland, Esq.<br>David C. Scheper, Esq.<br>Alexander H. Cote, Esq.<br>300 South Grand Avenue, Suite 2750<br>Los Angeles, CA 90071<br>Telephone: 213.613.4655<br>Facsimile: 213.613.4656 | **Attorneys for *Carlos Gustavo Machado Gomez*** |

[√]   **[PERSONAL]** by personally delivering the document listed above to the person(s) at the address(es) set forth above.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 15, 2008, at Los Angeles, California.

_____
David Quintana

07209/2390273.1

PROOF OF SERVICE OF MATTEL, INC.'S REPLY IN SUPPORT OF MOTION TO COMPEL MGA TO PRODUCE COMMUNICATIONS REGARDING THIS ACTION

## DOCUMENT LIST

1. MATTEL, INC.'S REPLY IN SUPPORT OF MOTION TO COMPEL MGA TO PRODUCE COMMUNICATIONS REGARDING THIS ACTION

2. SUPPLEMENTAL DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL MGA TO PRODUCE COMMUNICATIONS REGARDING THIS ACTION

07209/2390273.1

PROOF OF SERVICE OF MATTEL, INC.'S REPLY IN SUPPORT OF MOTION TO COMPEL MGA TO PRODUCE COMMUNICATIONS REGARDING THIS ACTION

| Attorney or Party without Attorney: QUINN EMANUEL URQUHART OLIVER & HEDGES<br>865 SO. FIGUEROA STREET, 10TH FL.<br>LOS ANGELES, CA 90017<br>Telephone No: 213-443-3000  FAX No: 213-443-3100<br>Attorney for: Defendant | Ref. No. or File No.: 7209 | | | For Court Use Only |
|---|---|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Central District California | | | | |
| Plaintiff: CARTER BRYANT, AN INDIVIDUAL<br>Defendant: MATTEL, INC. | | | | |
| **PROOF OF SERVICE**<br>MISC | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV 04-9049 SGL (RNBx) |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the MATTEL, INC.'S REPLY IN SUPPORT OF MOTION TO COMPEL MGA TO PRODUCE COMMUNICATIONS REGARDING THIS ACTION; SUPPLEMENTAL DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL MGA TO PRODUCE COMMUNICATIONS REGARDING THIS ACTION

3. a. Party served: JAMS, ATTN: JUDGE INFANTE, C/O SANDRA CHAN.
   b. Person served: LUCIA FISCHER, AUTHORIZED TO ACCEPT

4. Address where the party was served: 2 EMBARCADERO CTR., STE. 1500
   SAN FRANCISCO, CA 94111

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Feb. 15, 2008 (2) at: 2:20PM

7. Person Who Served Papers:
   a. JASON MOODY



1541 Bayshore Hwy.  GENERAL@AALEGALSERVICE.COM
Burlingame, CA 94010-1602  Fax (650) 697-4640
(650) 697-9431

Recoverable Cost Per CCP 1033.5(a)(4)(B)
d. The Fee for Service was:
e. I am: (3) registered California process server
   (i) Employee
   (ii) Registration No.: 2006-000978-00
   (iii) County: San Francisco

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Fri, Feb. 15, 2008

Judicial Council Form
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
MISC

(JASON MOODY)

6247707.43945

TOTAL P.02

| Attorney or Party without Attorney: <br> QUINN EMANUEL URQUHART OLIVER & HEDGES <br> 865 SO. FIGUEROA STREET, 10TH FL. <br> LOS ANGELES, CA 90017 <br> Telephone No: 213-443-3000   FAX No: 213-443-3100 <br> Attorney for: Defendant | | Ref. No. or File No.: <br> 7209 | | For Court Use Only |
|---|---|---|---|---|
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court, Central District California | | | | |
| Plaintiff: CARTER BRYANT, AN INDIVIDUAL | | | | |
| Defendant: MATTEL, INC. | | | | |
| **PROOF OF SERVICE MISC** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> CV 04-9049 SGL (RNBx) |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the MATTEL, INC.'S REPLY IN SUPPORT OF MOTION TO COMPEL MGA TO PRODUCE COMMUNICATIONS REGARDING THIS ACTION; SUPPLEMENTAL DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL MGA TO PRODUCE COMMUNICATIONS REGARDING THIS ACTION

3. a. Party served: KEKER & VAN NEST, LLP ATTN: JOHN W. KEKER, ESQ., MICHAEL H. PAGE, ESQ. & CHRISTA M. ANDERSON, ESQ.
   b. Person served: THAI TANG, MAILROOM CLERK

4. Address where the party was served: 710 SANSOME STREET
   SAN FRANCISCO, CA 94111

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party on: Fri., Feb. 15, 2008 at: 2:15PM, to the person(s) indicated below in the manner as provided in CCP §1011
   THAI TANG, MAILROOM CLERK
   (1) (Business) I informed him or her of the general nature of the papers.

7. Person Who Served Papers:
   a. JASON MOODY

   **A & A LEGAL SERVICE**

   1541 Bayshore Hwy.   GENERAL@AALEGALSERVICE.COM
   Burlingame, CA 94010-1602   Fax (650) 697-4640
   (650) 697-9431

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. The Fee for Service was:
   e. I am: (3) registered California process server
      (i) Employee
      (ii) Registration No.: 2006-000978-00
      (iii) County: San Francisco

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Fri, Feb. 15, 2008

   Judicial Council Form
   Rule 982.9.(a)&(b) Rev January 1, 2007         PROOF OF SERVICE MISC         (JASON MOODY)    6247707.43950