Quinn Emanuel Urquhart Oliver & Hedges LLP
John B. Quinn (Bar No. 090378)
johnquinn@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemenauel.com
865 south Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Tel: (213) 443-3000 // Fax: (213) 443-3100

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　　　　　　　　　　PLAINTIFF(S)<br>　　　　v.<br>MATTEL, INC., a Delaware corporation,<br><br>　　　　　　　　　　　　　DEFENDANT(S). | CASE NUMBER:<br><br>CV 04-9049 SGL (RNBx)<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**

(1) Mattel's Reply in Support of Motion Compelling Production of Third Party Communications Improperly Withheld Under a Claim of "Common Interest" Privilege; (2) Supplemental Declaration of B. Dylan Proctor; (3) Application to File Under Seal; (4) Proposed Order; and (5) Proofs of Service

**Document Description:**

☐　Administrative Record

☑　Exhibits

☐　Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)

☐　Other

**Reason:**

☑　Under Seal

☐　Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐　Electronic versions are not available to filer

☐　Per Court order dated _____

☐　Manual Filing required (*reason*):

| | |
|---|---|
| 2/19/2008<br>Date | B. Dylan Proctor /s/<br>Attorney Name<br><br>Mattel, Inc.<br>Party Represented |

Note:　File one Notice in each case, each time you manually file document(s).

G-92 (02/08)　　　　　　　　NOTICE OF MANUAL FILING