QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> MATTEL, INC., a Delaware corporation, <br><br> Defendant. <br><br> AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx) <br><br> Consolidated with <br> Case No. CV 04-09059 <br> Case No. CV 05-02727 <br><br> **DISCOVERY MATTER** <br><br> [To Be Heard By Discovery Master Hon. Edward Infante (Ret.) Pursuant To The Court's Order of December 6, 2006] <br><br> SUPPLEMENTAL DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL PRODUCTION OF PREVIOUSLY WITHHELD DOCUMENTS ONLY PORTIONS OF WHICH ARE ALLEGEDLY PRIVILEGED <br><br> Date: TBA <br> Time: TBA <br> Place: TBA <br><br> **Phase I** <br> Discovery Cut-off: January 28, 2008 <br> Pre-trial Conference: May 5, 2008 <br> Trial Date: May 27, 2008 |

PROCTOR DECLARATION

## DECLARATION OF B. DYLAN PROCTOR

I, B. Dylan Proctor, declare as follows:

1. I am a member of the bar of the State of California and a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Starting in early December, Mattel engaged MGA in a lengthy meet and confer process regarding the various deficiencies in MGA's privilege logs, including MGA's practice of withholding documents in their entirety when only a portion of the document contained privileged information. During that process I asked MGA's counsel if MGA would be willing to submit the documents to the Court for an *in camera* review. MGA rejected this proposal.

3. Attached as Exhibit 1 is a true and correct copy of a January 17, 2008 letter I received from Jose Allen, MGA's counsel.

4. Attached as Exhibit 2 is a true and correct copy of a January 17, 2008 email I sent to Jose Allen.

5. Attached as Exhibit 3 is a true and correct copy of a January 17, 2008 letter I received from Jose Allen..

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 15, 2008, at Los Angeles, California.

B. Dylan Proctor

07209/2390311.1

-1-

PROCTOR DECLARATION

# EXHIBIT 1



RECEIVED
JAN 2 2 2008

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

FOUR EMBARCADERO CENTER

SAN FRANCISCO, CALIFORNIA 94111-4144

TEL: (415) 984-6400
FAX: (415) 984-2698
http://www.skadden.com

DIRECT DIAL
(415) 984-6442
EMAIL ADDRESS
JRALLEN@SKADDEN.COM

FIRM/AFFILIATE OFFICES
---
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEWARK
NEW YORK
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
---
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO

January 17, 2008

Via Email and Facsimile

B. Dylan Proctor, Esq.
Quinn Emanuel Urquhart Oliver & Hedges LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017

RE: *Carter Bryant v. Mattel, Inc.* Case No. CV 04-9049 SGL (RNBx)
(Consolidated With Case Nos. CV 04-09059 and CV 05-02727)

Dear Dylan:

       I write in response to your letter dated January 11, 2008 regarding MGA's privilege logs that were produced to you on August 14 and September 5, 2007.

       We are prepared to meet and confer on Tuesday, January 22, in the afternoon to discuss the specific issues raised in your January 11, 2008 letter related to the August and September logs. As you have requested, we will be prepared to discuss each of the documents from the August and September 2007 logs that are referenced in your letter.[1]

       Your January 11, 2008 letter also raises for the first time issues relating to documents on an "October 2007" privilege log. Assuming this is in reference to MGA's November 15, 2007 privilege log, I note that the 130-plus documents referenced in your letter were not raised in your letter of December 7,

---

[1] The documents in question are as follows: August Log Nos. 89, 130, 132, 133, 408, 409, 434, 448, 524, 530, 532, 550, 657, 726, 727, 831, 890, 913, 914, 916, 931, 987, 1058, 1066, 1073, 1079, 1080, 1081, 1089, 1101, 1107; September Log Nos. 8, 139, 148, 170, 197, 205, 266, 597, 701, 890, 934, 1170, 2016, 2095, 2831, 2853, 2854, 2855, 2857.

EXHIBIT 1
PAGE 3

B. Dylan Proctor, Esq.
January 17, 2008
Page 2


2007 requesting to meet and confer with regard to the August and September 2007 privilege logs, and were not mentioned in any of your subsequent letters or our meet and confer conferences to date. If you would like to initiate a meet and confer with respect to the November 2007 log, please do so in accordance with section 5 of the Discovery Master Stipulation.

Again, please let me know whether you are available to meet on Tuesday afternoon to discuss the August and September privilege logs.

Very truly yours,

José R. Allen

cc: Amy Park
Robert Herrington

EXHIBIT 2

-----Original Message-----
From: Dylan Proctor
Sent: Thursday, January 17, 2008 5:59 PM
To: 'Mehrwein, Ruth E'
Cc: Park, Amy S (PAL); Herrington, Robert J (LAC); Allen, Jose R (SFC); Michael T Zeller; Jon Corey; Zachary Krug
Subject: RE: Carter Bryant v. Mattel, Inc.

Jose, as you know our meet and confer regarding MGA's privilege logs commenced well over a month ago. Your assertion that MGA is not willing to discuss entries in its November log because Mattel purportedly has not sent an adequate meet and confer letter is misguided. Also, your offer to meet and confer next Tuesday is untimely, and I am not available that day. If MGA wishes to satisfy its meet and confer obligations, please provide someone who can discuss the matters in our letters by tomorrow, which is the deadline. I have a few other calls scheduled with your colleagues tomorrow, but otherwise can make myself available to meet and confer if MGA wishes to do so. Please let me know. Best regards--

B. Dylan Proctor
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Direct: (213) 443-3112
Main Phone: (213) 443-3000

EXHIBIT  2
PAGE  5

1

Main Fax: (213) 443-3100
E-mail: dylanproctor@quinnemanuel.com
Web: www.quinnemanuel.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

-----Original Message-----
From: Mehrwein, Ruth E [mailto:Ruth.Mehrwein@skadden.com]
Sent: Thursday, January 17, 2008 3:14 PM
To: Dylan Proctor
Cc: Park, Amy S (PAL); Herrington, Robert J (LAC); Allen, Jose R (SFC)
Subject: FW: Carter Bryant v. Mattel, Inc.

Please see the attached letter from José Allen.


Ruth Mehrwein
Secretary to Jose R. Allen
Skadden, Arps, Slate, Meagher & Flom LLP Four Embarcadero Center, Suite 3800 San Francisco, CA 94111
(415) 984-6465
(415) 984-2698 (fax)
rmehrwei@skadden.com

------------------------------------------------------------
************************************************

This email and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original copy and any copy of any email, and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.
************************************************
==========================================================
=====================

2

EXHIBIT __2__

PAGE __6__

# EXHIBIT 3

RECEIVED
JAN 22 2008

# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR EMBARCADERO CENTER
SUITE 3800
SAN FRANCISCO, CALIFORNIA 94111-4144

TEL: (415) 984-6400
FAX: (415) 984-2698
www.skadden.com

DIRECT DIAL
(415) 984-6442
EMAIL ADDRESS
JRALLEN@SKADDEN.COM

FIRM/AFFILIATE OFFICES
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
—
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

January 17, 2008

<u>Via Email and Facsimile</u>

B. Dylan Proctor, Esq.
Quinn Emanuel Urquhart Oliver & Hedges LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017

RE:   *Carter Bryant v. Mattel, Inc.* Case No. CV 04-9049 SGL (RNBx)
      (Consolidated With Case Nos. CV 04-09059 and CV 05-02727)

Dear Dylan:

I write in response to the e-mail that I received from you at 5:59 p.m. this evening in response to my letter to you of today's date concerning our ongoing meet and confer over the August and September privilege logs.

Per your request, we can be available tomorrow morning at 9:00 a.m. to meet and confer over the remaining issues raised in your January 11, 2008 letter regarding the August and September logs. I do not believe it is reasonable to expect us to be prepared to discuss at the same time issues raised with regard to the 130-plus new documents you identified for the first time in your January 11, 2008 letter.[1]

---

[1]   Specifically, November Log Nos. 3, 8, 39, 71, 80, 82, 83, 84, 85, 86, 104, 134, 135, 175, 261, 267, 471, 539, 546, 778, 824, 891, 921, 922, 923, 925, 926, 1036, 1046, 1047, 1068, 1123, 1124, 1291, 1337, 1406, 1434, 1437, 1438, 1439, 1440, 1443, 1444, 1445, 1446, 1453, 1462, 1463, 1466, 1467, 1481, 1506, 1514, 1685, 1780, 1781, 1782, 1784, 1816, 1817, 1823, 1825, 1844, 1853, 1878, 1889, 1941, 1942, 2063, 2073, 2074, 2090, 2101, 2117, 2226, 2227, 2238, 2240, 2256, 2259, 2260, 2262, 2263, 2267, 2269, 2271, 2274, 2533, 2534, 2672, 2677, 2694, 2724, 2728, 2732, 2761, 2765, 2772, 2775, 2786, 2787, 2793, 2802, 2807, 2814, 2815, 2830, 2833, 2845, 2848, 2849, 2851, 2852, 2853, 3004, 3005, 3213, 3299, 3312, 3332, 3360, 3367, 3368.

EXHIBIT   3
PAGE      7

B. Dylan Proctor, Esq.
January 17, 2008
Page 2

However, as an accommodation to you, we are available to meet and confer over the November 2007 privilege log on Tuesday, January 22, 2008.

    Please let me know whether you are available to meet and confer tomorrow morning to discuss the August and September privilege logs and your availability for discussing the November log next Tuesday.

Very truly yours,

José R. Allen

cc: Amy Park
     Robert Herrington

EXHIBIT 3

PAGE 8