MICHAEL T. ZELLER
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
865 SOUTH FIGUEROA STREET
10th FLOOR
LOS ANGELES, CA 90017
(213) 443-3000

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CARTER BRYANT, an individual,

PLAINTIFF(S)

v.

MATTEL, INC., a Delaware corporation,

DEFENDANT(S).

CASE NUMBER:
CV 04-9049 SGL (RNBx)

**NOTICE OF MANUAL FILING**

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
Mattel's, Inc.'s Reply In Support of Motion to Compel Production of Documents by MGA in Response to Mattel's Fifth Set of Requests for Documents and Things; Exhibits 2,3,4,5 to Juan Pablo Alban's Declaration in Support of Mattel's Reply; Application to File Under Seal and [Proposed] Order.

**Document Description:**

[ ] Administrative Record

[X] Exhibits

[ ] Ex Part Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)

[X] Other Reply; Application to File Under Seal and [Proposed] Order

**Reason:**

[ ] Under Seal

[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

[ ] Electronic versions are not available to filer

[X] Per Court order dated January 4, 2005

[ ] Manual Filing required (*reason*):

February 19, 2008
Date

Attorney Name
Jon D. Corey
Defendant Mattel, Inc.
Party Represented

Note: File one Notice in each case, each time you manually file document(s).