QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Hon. Edward Infante (Ret.)]**<br><br>APPLICATION TO FILE UNDER SEAL EXHIBIT B TO THE DECLARATION OF TIMOTHY L. ALGER IN SUPPORT OF MATTEL, INC.'S *EX PARTE* APPLICATION (1) TO STRIKE CARTER BRYANT'S MOTION TO COMPEL RESPONSES TO DISCOVERY REQUESTS, AND (2) TO STAY TIME FOR FILING ANY OPPOSITION THERETO PENDING REVIEW<br><br>[[Proposed] Order filed concurrently]<br><br>Date: TBA<br>Time: TBA<br>Place: TBA<br><br>**Phase 1**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2390274.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2  entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3  requests that the Court order filed under seal Exhibit B to the Declaration of
4  Timothy L. Alger in support of Mattel's *Ex Parte* Application (1) to Strike Carter
5  Bryant's Motion to Compel Responses to Discovery Requests, and (2) to Stay Time
6  for Filing Any Opposition Thereto Pending Review ("Exhibit B").

7  Exhibit B include materials that MGA and/or Bryant have designated
8  as "Confidential" or "Confidential--Attorneys' Eyes Only" pursuant to the Protective
9  Order. Accordingly, Mattel requests that the Court order that Exhibit B be filed
10 under seal.

11 In the alternative, Mattel requests that the Court declare that these
12 materials are outside the definitions of "Confidential" and "Confidential--Attorneys'
13 Eyes Only" as contained in the Stipulated Protective Order and order them to be
14 filed as part of the public record.

16 DATED: February 14, 2008        QUINN EMANUEL URQUHART OLIVER &
                                    HEDGES, LLP

                                    By /s/ B. Dylan Proctor
                                       B. Dylan Proctor
                                       Attorneys for Mattel, Inc.