QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br><u>Hon. Stephen G. Larson</u><br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL (1) PORTIONS OF MATTEL INC.'S REPLY IN SUPPORT OF MOTION TO COMPEL MGA TO PRODUCE COMMUNICATIONS REGARDING THIS ACTION AND (2) CERTAIN EXHIBITS TO THE SUPPLEMENTAL DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL MGA TO PRODUCE COMMUNICATIONS REGARDING THIS ACTION<br><br>[Local Rule 79-5.1]<br><br>Hearing Date: T.B.D.<br>Time: T.B.D.<br>Place: T.B.D.<br><br>**Phase 1**<br>Discovery Cut-Off: Jan. 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2390989.1

APPLICATION TO FILE UNDER SEAL

## Application to File Under Seal

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, plaintiff Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal portions of Mattel Inc.'s Reply in Support of Motion to Compel MGA to Produce Communications Regarding This Action (the "Reply") and Exhibits 1, 2, 4, 5, 7 and 8 to the Supplemental Declaration of B. Dylan Proctor in Support of Mattel Inc.'s Motion to Compel MGA to Produce Communications Regarding This Action (the "Supplemental Proctor Declaration"). The Reply and Exhibits 1, 2, 4, 5, 7 and 8 to the Supplemental Proctor Declaration are being filed concurrently with this Application.

The Reply contains materials that Mattel and MGA Entertainment, Inc. ("MGA") have designated as "Confidential" and/or "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order. The Supplemental Proctor Declaration attaches as exhibits documents that Mattel and MGA have designated as "Confidential" and/or "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order.

As portions of the Reply and Exhibits 1, 2, 4, 5, 7 and 8 to the Supplemental Proctor Declaration consist of materials designated by the parties as "Confidential" and/or "Confidential-Attorneys' Eyes Only," Mattel respectfully requests that the Court order that portions of the Reply and Exhibits 1, 2, 4, 5, 7 and 8 to the Supplemental Proctor Declaration be filed under seal.

DATED: February 15, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ B. Dylan Proctor
B. Dylan Proctor
Attorneys for Mattel, Inc.

07209/2390989.1

-2-

APPLICATION TO FILE UNDER SEAL