QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
  Jon D. Corey (Bar No. 185066)
  joncorey@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
|---|---|
| Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
| vs. | |
| MATTEL, INC., a Delaware corporation, | **DISCOVERY MATTER**<br>[To Be Heard By Discovery Master Hon. Edward Infante (Ret.)] |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | NOTICE OF THE NON-OPPOSITION OF ERNST & YOUNG, LLP, DELOITTE & TOUCHE, LLP, MOSS ADAMS, CONSUMERQUEST, WACHOVIA CORP., WELLS FARGO, AND THE LARIAN TRUSTS TO MATTEL, INC.'S COUNTER-MOTION TO COMPEL THIRD-PARTIES |

Date: TBA
Time: TBA
Place: TBA

**Phase 1**
Discovery Cut-Off:     January 28, 2008
Pre-Trial Conference:  May 5, 2008
Trial Date:            May 27, 2008

## NOTICE OF NON-OPPOSITION

On January 28, 2008, Mattel filed a Counter-Motion to Compel Production of Documents Responsive to Third-Party Subpoenas. The motion was served on the third parties: Ernst & Young, LLP; Deloitte & Touche, LLP; Moss Adams; ConsumerQuest; Wachovia Corp.; Wells Fargo; and the Larian Trusts. The oppositions were due on February 7, 2008. Nevertheless, Ernst & Young, LLP; Deloitte & Touche, LLP; Moss Adams; ConsumerQuest; Wachovia Corp.; and Wells Fargo still have not filed any opposition. Mattel respectfully requests that its counter-motion to compel be granted.

DATED: February 15, 2008          QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s Jon D. Corey
Jon D. Corey
Attorneys for Mattel, Inc.