QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
johnquinn@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
Timothy L. Alger (Bar No. 160303)
(timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with Case Nos. CV 04-09059 and CV 05-02727<br><br>**[To Be Heard by Hon. Edward Infante (Ret.) Pursuant to Order of December 6, 2006]**<br><br>**PROOF OF SERVICE**<br><br>Date: TBA<br>Time: TBA<br>Place: TBA<br><br>Discovery Cutoff: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008. |

07209/2359949.1

-1-

Case No. CV 04-9049 SGL (RNBx)
PROOF OF SERVICE

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is NOW Messenger Service, 1301 West Second Street, Suite 206, Los Angeles, California 90026.

On February 15, 2008, I served true copies of the following documents described as:

## SEE DOCUMENT LIST

on the parties in this action as follows:

| | |
|---|---|
| Thomas Nolan, Esq.<br>Carl Roth, Esq.<br>**Skadden Arps Slate Meagher & Flom, LLP**<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071 | Mark E. Overland, Esq.<br>Alexander H. Cote<br>**Overland Borenstein Scheper & Kim LLP**<br>300 South Grand Avenue, Suite 2750<br>Los Angeles, CA 90071-3144 |
| John M. Baran<br>**Ernst & Young LLP**<br>725 South Figueroa Street, Suite 300<br>Los Angeles, CA 90017 | Scott A. Kalander<br>General Counsel<br>**Moss Adams**<br>11766 Wilshire Blvd, Suite 900<br>Los Angeles, CA 90025 |
| Cory Schwartz<br>President<br>**ConsumerQuest**<br>12100 Wilshire Blvd, Suite 1135<br>Los Angeles, CA 90025 | |

[√]   **[PERSONAL]** by personally delivering the document listed above to the person(s) at the address(es) set forth above.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made

Executed on February 15, 2008, at Los Angeles, California.

_____
David Quintana

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017.

On February 15, 2008, I served true copies of the following documents described as:

### SEE DOCUMENT LIST

on the parties in this action as follows:

| | |
|---|---|
| John W. Keker, Esq.<br>Michael H. Page, Esq.<br>Christina M. Anderson, Esq.<br>**Keker & Van Nest, LLP**<br>710 Sansome Street<br>San Francisco, CA 94111 | Annica H. Jen-Hendel<br>Assistant General Counsel<br>**Deloitte & Touche USA LLP**<br>1633 Broadway<br>New York, NY 10019-6754 |
| Alberto J. Boro<br>**Pillsbury Winthrop Shaw and Pittman**<br>50 Fremont Street<br>San Francisco, CA 94105-2228 | Neal A. Potischman<br>**Davis Park and Wardwell**<br>1600 El Camino Real<br>Menlo Park, CA 94025 |

[√]   **BY FEDEX:** I deposited such document(s) in a box or other facility regularly maintained by FedEx, or delivered such document(s) to a courier or driver authorized by FedEx to receive documents, in sealed envelope(s) or package(s) designated by FedEx with delivery fees paid or provided for, addressed to the person(s) being served.

Executed on February 15, 2008, at Los Angeles, California.

*/s/ Kelly Velazquez*
Kelly Velazquez

## DOCUMENT LIST

1. **SUPPLEMENTAL DECLARATION OF JON D. COREY IN SUPPORT OF MATTEL, INC.'S REPLY IN SUPPORT OF MATTEL, INC.'S CROSS-MOTION TO COMPEL PRODUCTION OF DOCUMENTS RESPONSIVE TO THIRD-PARTY SUBPOENAS**

2. **REPLY IN SUPPORT OF MATTEL, INC.'S COUNTER-MOTION TO COMPEL PRODUCTION OF DOCUMENTS RESPONSIVE TO THIRD-PARTY SUBPOENAS**

3. **NOTICE OF THE NON-OPPOSITION OF ERNST & YOUNG, LLP, DELOITTE & TOUCHE, LLP, MOSS ADAMS, CONSUMERQUEST, WACHOVIA CORP., WELLS FARGO, AND THE LARIAN TRUSTS TO MATTEL, INC.'S COUNTER-MOTION TO COMPEL THIRD-PARTIES**

4. **PROOF OF SERVICE**