MICHAEL T. ZELLER
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
865 SOUTH FIGUEROA STREET
10th FLOOR
LOS ANGELES, CA 90017
(213) 443-3000

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual, <br><br> PLAINTIFF(S) <br> v. <br> MATTEL, INC., a Delaware corporation, <br><br> DEFENDANT(S). | CASE NUMBER: <br> CV 04-9049 SGL (RNBx) <br><br> NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**

Exhibit 1 to the Supplemental Declaration of Jon D. Corey in Support of Mattel's Reply; Exhibit 2 to the Supplemental Declaration of Jon D. Corey in Support of Mattel's Reply; Exhibit 4 to the Supplemental Declaration of Jon D. Corey in Support of Mattel's Reply; Exhibit 5 to the Supplemental Declaration of Jon D. Corey in Support of Mattel's Reply; Application to File Under Seal and Proposed Order

**Document Description:**

☐ Administrative Record
☒ Exhibits
☐ Ex Part Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h))
☒ Other Application to File Under Seal and [Proposed] Order

**Reason:**

☒ Under Seal
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☒ Per Court order dated January 4, 2005
☐ Manual Filing required (*reason*):

February 19, 2008
Date

*/s/ Jon D. Corey*
Attorney Name
Jon D. Corey
Defendant Mattel, Inc.
Party Represented

Note: File one Notice in each case, each time you manually file document(s).