QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09039<br>Case No. CV 05-02727<br><br>MATTEL, INC.'S NOTICE OF WITHDRAWAL OF MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER'S DECEMBER 31, 2007 ORDER REGARDING TAX RETURNS<br><br>Hearing Date: February 25, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 1<br><br>**Phase 1**<br>Discovery Cut-off: January 28, 2008<br>Pre-trial Conference: April 21, 2008<br>Trial Date: May 27, 2008 |

07209/2391159.1

NOTICE OF WITHDRAWAL OF MATTEL'S MOTION OBJECTING TO DECEMBER 31, 2007 ORDER RE TAX RETURNS

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Mattel, Inc. ("Mattel") hereby withdraws its Notice of Motion and Motion Objecting To Portions Of Discovery Master's December 31, 2007 Order Regarding Tax Returns (the "Motion").

While Mattel believes that it is entitled to Isaac Larian's tax returns for the reasons set forth in its initial motion, since filing its motion challenging Judge Infante's ruling denying Mattel access to Isaac Larian's tax return, Mattel has received and reviewed the report of Paul Meyer, MGA's damages expert. In that report, Mr. Meyer does not claim as a deductible cost any amount of taxes paid by Mr. Larian or paid to Mr. Larian by MGA, which amount could reduce Mattel's claimed damages in Phase 1. Accordingly, Mattel will withdraw its motion with the understanding that the MGA defendants, including Larian, will be precluded from hereafter relying on those tax returns as a basis for any amount to be deducted from Mattel's claimed damages in Phase 1 or otherwise claiming that any amount of tax liability (other than the amounts identified in Mr. Meyer's report) is a deductible cost in Phase 1.

DATED: February 19, 2008        QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Jon D. Corey
Jon D. Corey
Attorneys for Mattel, Inc.