KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
jkeker@kvn.com
MICHAEL H. PAGE - #154913
mpage@kvn.com
CHRISTA M. ANDERSON - #184325
canderson@kvn.com
MATTHEW M. WERDEGAR - #200470
mwerdegar@kvn.com
JOHN E. TRINIDAD - #250468
jtrinidad@kvn.com
AUDREY WALTON-HADLOCK- #250574
awaltonhadlock@kvn.com
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff
CARTER BRYANT

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, <br><br> Plaintiff, <br><br> v. <br><br> MATTEL, INC. a Delaware Corporation, <br><br> Defendant. <br><br> CONSOLIDATED WITH MATTEL, INC., v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No. CV 04-09049 SGL (RNBx) (consolidated with CV 04-9059 & 05-2727 <br><br> **DISCOVERY MATTER** <br><br> [To Be Heard by Discovery Master Hon. Edward Infante (Ret.)] <br><br> **DECLARATION OF MICHAEL H. PAGE IN SUPPORT OF CARTER BRYANT'S MOTION TO STRIKE MATTEL INC.'S REPLY IN SUPPORT OF MOTION FOR AN ORDER ENFORCING COURT'S JANUARY 25, 2007 ORDER COMPELLING BRYANT TO PRODUCE COMPUTER HARD DRIVES AND FOR SANCTIONS OR ALTERNATIVELY, FOR LEAVE TO FILE A SUR-REPLY** <br><br> Date: TBA <br> Time: TBA <br><br> Date Comp. Filed: April 13, 2005 <br> Discovery Cut-Off: Jan. 28, 2008 <br> Pre-Trial Conference: May 5, 2008 <br> Trial Date: May 27, 2008 |

1  I, MICHAEL H. PAGE, declare and state that:

2  1. I am an attorney licensed to practice law in the State of California and am a member of the law firm of Keker & Van Nest LLP, located at 710 Sansome Street, San Francisco, California 94111, counsel for plaintiff Carter Bryant in the above-captioned action. I am duly admitted to practice law before this Court. Except where expressly stated, I have knowledge of the facts set forth herein, and if called to testify as a witness thereto, could do so competently under oath.

  2. Attached hereto as Exhibit A is a true and correct copy of an email that I sent to Melissa Grant, requesting that she provide us with copies of the documents that she purportedly filed on February 15, 2008. As of the time that I prepared this declaration, Ms. Grant has not sent those copies.

  3. Attached hereto as Exhibit B is a true and correct copy of an email from Ms. Trayes of Keats McFarland & Wilson LLP to attorneys at Keker & Van Nest, which forwarded an earlier efiling of Veronica Marlow's Opposition to Mattel's Motion to Compel Additional Deposition Testimony and Production of Documents.

  4. Attached hereto as Exhibit C is a true and correct copy of a letter from James J. Webster to Larry McFarland dated February 13, 2008.

  5. Attached hereto as Exhibit D is a true and correct copy of emails between counsel for Mattel, Inc. and counsel for Mr. Bryant regarding Mattel's proposed stipulation to untimely file Bill Flynn's expert report.

  6. Attached hereto as Exhibit E is a true and correct copy of the Declaration of Carter Bryant in Response to Court's Request for Information Regarding Document Preservation dated January 14, 2008.

  7. Attached hereto as Exhibit F is a true and correct copy of relevant excerpts from the deposition transcript of Carter Bryant Vol. 4 dated January 23, 2008. The deposition transcript from January 23, 2008 was designated as "highly

1

PAGE DECL ISO BRYANT'S MOT. TO STRIKE REPLY ISO MOTION FOR AN ORDER ENFORCING COURT'S JAN. 25, '07 ORDER COMPELLING BRYANT TO PRODUCE COMPUTER HARD DRIVES AND FOR SANCTIONS OR ALTERNATIVELY FOR LEAVE TO FILE A SUR-REPLY
CASE NO. CV 04-09049 SGL (RNBx)

411515.01

1  confidential—attorneys' eyes only" and was filed under seal. Mr. Bryant hereby
2  de-designates that portion of the transcript that is attached as Exhibit E. However,
3  the remainder of the deposition transcript remains designated as "highly
4  confidential—attorneys' eyes only," pending further review and de-designation, as
5  appropriate, by Mr. Bryant.

6      8.  Attached hereto as Exhibit G is a true and correct copy of relevant
7  excerpts from the deposition transcript of Richard Irmen dated September 28,
8  2007.

9      9.  Attached hereto as Exhibit H is a true and correct copy of relevant
10 excerpts from the deposition transcript of Brooke Gilbert dated July 24, 2007.

11     I declare under penalty of perjury under the laws of the United States that
12 the foregoing is true and correct and that this declaration was executed on
13 February 19, 2008, at San Francisco, California.

_____
MICHAEL H. PAGE

2
PAGE DECL ISO BRYANT'S MOT. TO STRIKE REPLY ISO MOTION FOR AN ORDER ENFORCING COURT'S JAN. 25, '07 ORDER COMPELLING BRYANT TO PRODUCE COMPUTER HARD DRIVES AND FOR SANCTIONS OR ALTERNATIVELY FOR LEAVE TO FILE A SUR-REPLY
CASE NO. CV 04-09049 SGL (RNBx)

411515.01

PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest, LLP, 710 Sansome Street, San Francisco, California 94111.

On February 19, 2008, I served the following document(s):

**DECLARATION OF MICHAEL H. PAGE IN SUPPORT OF CARTER BRYANT'S MOTION TO STRIKE MATTEL INC.'S REPLY IN SUPPORT OF MOTION FOR AN ORDER ENFORCING COURT'S JANUARY 25, 2007 ORDER COMPELLING BRYANT TO PRODUCE COMPUTER HARD DRIVES AND FOR SANCTIONS OR ALTERNATIVELY, FOR LEAVE TO FILE A SUR-REPLY**

by **FEDERAL EXPRESS**, by placing a true and correct copy in a sealed envelope addressed as shown below. I am readily familiar with the practice of Keker & Van Nest, LLP for correspondence for delivery by FedEx Corporation. According to that practice, items are retrieved daily by a FedEx Corporation employee for overnight delivery; and

by **E-MAIL VIA PDF FILE**, by transmitting on this date via e-mail a true and correct copy scanned into an electronic file in Adobe "pdf" format. The transmission was reported as complete and without error.

| | |
|---|---|
| Hon. Edward A. Infante<br>JAMS<br>Two Embarcadero Center, Suite 1500<br>San Francisco, CA 94111<br>Tel:   415/774-2649<br>Fax:  415/982-5287<br>Email:      schan@jamsadr.com | John B. Quinn<br>Michael T. Zeller<br>Quinn Emanuel Urquhart Oliver & Hedges, LLP<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA  90017-2543<br>Tel:   213/443-3000<br>Fax:  213/443-3100<br>Email:<br>        johnquinn@quinnemanuel.com<br>Email:<br>        michaelzeller@quinnemanuel.com |

| | |
|---|---|
| Thomas J. Nolan<br>Skadden Arps Slate Meagher & Flom<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071-3144<br>Tel:   213/687-5000<br>Fax:  213/687-5600<br>Email: tnolan@skadden.com | Alexander H. Cote<br>Overland Borenstein Scheper & Kim LLP<br>300 S. Grand Avenue, Suite 2750<br>Los Angeles, California 90071<br>Tel:   213/613-4660<br>Fax:  213/613-4656<br>Email :     acote@obsklaw.com |

Executed on February 19, 2008, at San Francisco, California. I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_Kay Shida_ (signature)

Kay Shida