1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
    John B. Quinn (Bar No. 90378)
2   (johnquinn@quinnemanuel.com)
    Michael T. Zeller (Bar No. 196417)
3   (michaelzeller@quinnemanuel.com)
    Jon D. Corey (Bar No. 185066)
4   (joncorey@quinnemanuel.com)
    865 South Figueroa Street, 10th Floor
5   Los Angeles, California 90017-2543
    Telephone: (213) 443-3000
6   Facsimile: (213) 443-3100

7  Attorneys for Mattel, Inc.

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10                          EASTERN DIVISION

11 | CARTER BRYANT, an individual,  | CASE NO. CV 04-9049 SGL (RNBx)
                                    | Consolidated with
12 |         Plaintiff,              | Case Nos. CV 04-09059 & CV 05-2727
13 |                                 |
14 |    vs.                          |
                                    | DECLARATIONS OF KENNETH
15 | MATTEL, INC., a Delaware        | WRIGHT, RUDY FLORES, AND
    | corporation,                   | MIGUEL LEYVA IN SUPPORT OF
16 |                                 | MATTEL, INC.'S REPLY TO RESPONSE
                                    | TO OSC
17 |         Defendant.              |
                                    | Date:  February 25, 2008
18 |                                 | Time:  10:00 a.m.
    | AND CONSOLIDATED ACTIONS       | Place: Courtroom 1
19 |                                 |
                                    | **Phase 1**
20 |                                 | Discovery Cut-Off:    January 28, 2008
                                    | Pre-Trial Conference: May 5, 2008
                                    | Trial Date:           May 27, 2008

# DECLARATION OF KENNETH WRIGHT

I, Kenneth Wright, declare as follows:

1. I am a process sever for Now Legal Service, registered in the State of California by the County Clerk of Los Angeles, our registration number being 5426. My business address is 1301 West 2nd Street, Suite 206, Los Angeles, CA 90026. I make this declaration of my personal and firsthand knowledge, and if called and sworn as a witness, I could and would testify competently hereto.

2. On January 14, 2008, I received an assignment from our client, Quinn Emanuel Urquhart Oliver & Hedges, LLP, to serve Sarah Halpern with a federal deposition subpoena. The address provided was of a residence at 1418 Hillcrest Avenue, Glendale, CA 91202.

3. I first attempted service at the Hillcrest Avenue address on Monday, January 14, 2008, at 8:00 p.m. I saw a Toyota Highlander at the address and knocked on the door. No one answered, although I heard dogs barking inside the premise. There was also no answer when I returned to the Hillcrest Avenue address and knocked on the door on Monday, January 14, 2008, at 9:35 p.m.; Tuesday, January 15, 2008, at 7:00 p.m.; Wednesday, January 16, 2008, at 7:20 a.m.; Thursday, January 17, 2008, at 5:30 p.m.; Friday, January 18, 2008, at 8:30 p.m.; Saturday, January 19, 2008, at 2:30 p.m.; Sunday, January 20, 2008, at 11:00 a.m.; and Monday, January 21, 2008 at 9:00 p.m.

4. On Wednesday, January 16, 2008, I obtained a phone number attributed to Sarah Halpern and called it to arrange service. A man who identified himself as Ms. Halpern's husband answered and said Ms. Halpern is "hardly ever home." I called again on Monday, January 28, 2008, and asked to speak with Ms. Halpern. The same man again told me that she was not available and was hardly ever home.

5. I returned to the Hillcrest Avenue address on Saturday, January 26, 2008, at 4:30 p.m. I noticed that the Highlander and a Ford Escape were parked at the address. I knocked on the door but no one answered.

6. I again returned to the Hillcrest Avenue address on Sunday, January 27, 2008, at 9:30 p.m. to attempt service. The Highlander and Ford Escape were present. However, when I knocked on the door, no one answered.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on February 19, 2008, at Los Angeles, California.

_____
Kenneth Wright

I, Kenneth Wright, declare as follows:

1. I am a process service server for Now Legal Service, registered in the State of California by the County Clerk of Los Angeles, our registration numbering being 5426. My business address is 1301 West 2nd Street, Suite 206, Los Angeles, CA 90067. I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. On or about January 17, 2008, I received an assignment from our client Quinn Emanuel Urquhart Oliver & Hedges LLP to serve Federal Civil Subpoenas on Peter A. Marlow, Veronica Marlow, Inc., Doll Bag, Inc., and Marlow Techno-Logic, Inc. The address provided for Mr. Marlow and the three entities was a residence of 12250 Woodley Avenue, Granada Hills, CA 91344 ("the Residence").

3. When I first attempted service on January 17, 2008 at 3:00 p.m., I saw two vehicles parked in the driveway, a BMW and Mercedes Benz, and a red Honda Pilot parked on the street in front of the Residence. Although there were lights on at the Residence, when I rang the doorbell, no one answered. I then saw a man at the house next door and went to speak with him. The man would not give me his name, but confirmed that he lived in the house next door to the Residence. He told me that he had not seen Mr. Marlow or anyone at the Residence in a few days.

4. I made further attempts on January 17, 2008 at 8:15 p.m., January 18, 2008 at 7:30 a.m., January 19, 2008 at 10:35 a.m., January 20, 2008 at 10:20 p.m., and January 21, 2008 at 8:30 a.m. Each time I returned to the Residence, the same vehicles were parked in the same locations, the same lights were on in the Residence, and no one answered the door when I rang the door bell.

5. On January 22, 2008, I conducted a 7.5 hour stakeout at the Residence from 1:30 p.m. until 9:30 p.m. The same vehicles were in the same place

07309/2367221.1 07209/3
67221.1

-1-

DECLARATION OF KENNETH WRIGHT REGARDING ATTEMPTED SERVICE

1 | and the same lights were on in the Residence, but I saw no other activity at the
2 | Residence at all. And no one answered the door.

3 |     6.    I made my final attempt on January 23, 2008 at 10:30 a.m. The
4 | vehicles were still there and lights still on. No one answered the door when I range
5 | the bell.

6 |     I declare under penalty of perjury under the laws of the United States of
7 | America that the foregoing is true and correct.

8 |     Executed on January 25, 2008, at Los Angeles, California.

*[signature]*

Kenneth Wright

-2-

DECLARATION OF KENNETH WRIGHT REGARDING ATTEMPTED SERVICE

# DECLARATION OF MIGUEL LEYVA

I, Miguel Leyva, declare as follows:

1. I am a process server for Now Legal Service, registered in the State of California by the County Clerk of Los Angeles, our registration number being 5426. I make this declaration of my personal and firsthand knowledge and, if called and sworn as a witness, I could and would testify competently hereto.

### Larry McFarland

2. On January 14, 2008, I received an assignment from our client, Quinn Emanuel Urquhart Oliver & Hedges, LLP, to serve Larry McFarland with a federal deposition subpoena. The address provided was of a business located at 9920 Wilshire Boulevard, Penthouse, Beverly Hills, CA 90211.

3. The office was apparently closed when I attempted service on Monday, January 14, 2008, at 5:15 p.m. When I returned on Tuesday, January 15, 2008, at 12:30 p.m., I was informed by the receptionist that Mr. McFarland would be out of the office for an undetermined period. The receptionist also informed me that Mr. McFarland was not present at the office when I made further attempts on Wednesday, January 16, 2008, at 11:30 a.m., and Tuesday, January 22, 2008, at 12:30 p.m.

4. I also attempted to serve Mr. McFarland at a residential address, 1991 Outpost, Los Angeles, CA. I first attempted service at the Outpost address on Friday, January 25, 2008, at 8:15 p.m. I knocked on the door, but no one answered. I similarly attempted service at the Outpost address on Saturday, January 26, 2008, at 3:15 p.m. and Sunday, January 27, 2008, at 7:30 p.m., but no one ever answered the door.

### Lucy Arant

5. On January 16, 2008, I received an assignment from our client, Quinn Emanuel Urquhart Oliver & Hedges, LLP, to serve Lucy Arant with a federal deposition subpoena. The addresses provided were of a business located at 11377

07209/2389597.1

-1-

DECLARATION OF MIGUEL LEYVA

West Olympic Boulevard, Los Angeles, CA 90064, and of a residence located at 3119 South Durango, #4, Los Angeles, CA 90034.

6. I first went to the Durango address on Wednesday, January 16, 2008, at 9:30 p.m. and attempted to contact Ms. Arant using the security intercom. There was no answer to the security intercom. I tried the Olympic residence address on Thursday, January 17, 2008, at 10:00 a.m. When I asked the receptionist to see Ms. Arant, the she said Ms. Arant was not there.

7. I attempted service at the Durango address again on Thursday, January 17, 2008, at 7:45 p.m. Because the intercom was not working, I could not gain access to the grounds. I encountered the same situation on Friday, January 18, 2008, at 8:15 p.m.; Saturday, January 19, 2008, at 9:20 a.m.; Sunday, January 20, 2008, at 8:30 a.m.; and Monday, January 21, 2008, at 9:00 p.m. When the intercom was down again on Tuesday, January 22, 2008, at 6:30 p.m., I asked a neighbor to knock on Ms. Arant's door. The neighbor did so but there was no answer.

8. I attempted service again at the Durango address on Wednesday, January 23, 2008, by conducting a stake-out from 7:00 p.m. to 9:00 p.m. During this time period, I saw no one enter or leave the residence at the Durango address.

9. I attempted service again at the Olympic address on Thursday, January 24, 2008, but the receptionist told me that Ms. Arant would not be in the office all day.

1       10.     I attempted three more times to serve Ms. Larant at the Durango
address on Friday, January 25, 2008, at 8:15 p.m.; Saturday, January 26, 2008, at
3:15 p.m.; and Sunday, January 27, 2008, at 8:45 p.m. On each occasion I
attempted to contact anyone at the residence by using the security intercom, but no
one answered.

        I declare under penalty of perjury under the laws of the United States of
America and the State of California that the foregoing is true and correct.
        Executed on February 15th, 2008, at Los Angeles, California.

                                        _____
                                        Miguel Leyva

07209/2389597.1

-3-

DECLARATION OF MIGUEL LEYVA

I, Rudy Flores, declare as follows:

1. I am a process service server for Now Legal Service, registered in the State of California by the County Clerk of Los Angeles, our registration numbering being 5426. My business address is 1301 West 2nd Street, Suite 206, Los Angeles, CA 90067. I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. On January 16, 2008, I received an assignment from our client Quinn Emanuel Urquhart Oliver & Hedges LLP to serve Federal Civil Subpoenas on Peter A. Marlow, Veronica Marlow, Inc., Doll Bag, Inc., and Marlow Techno-Logic, Inc. The address provided for Mr. Marlow and the three entities was a residence of 12250 Woodley Avenue, Granada Hills, CA 91344 ("the Residence").

3. I first attempted service on January 16, 2008 at 4:30 p.m.. I rang the doorbell but no one answered.

4. When I returned to the Residence at 8:15 p.m. on January 16, 2008 for another attempt, I saw two vehicles in the driveway, a BMW and Mercedes Benz. Although there were lights on in the Residence, when I rang the doorbell, no one answered.

5. I made further attempts on January 17, 2008 at 7:00 a.m. and at 9:00 a.m. The same two vehicles were in the driveway and the same lights were on in the Residence. Once again, no one answered the door. I also did not see anyone entering or leaving the home during a 75 minute stake-out until 10:30 a.m.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 25, 2008, at Los Angeles, California.

_____
Rudy Flores

07209/2367225.1

-1-
DECLARATION OF RUDY FLORES REGARDING ATTEMPTED SERVICE