| | |
|---|---|
| 1 | KEKER & VAN NEST, LLP |
| | JOHN W. KEKER - #49092 |
| 2 | jkeker@kvn.com |
| | MICHAEL H. PAGE - #154913 |
| 3 | mpage@kvn.com |
| | CHRISTA M. ANDERSON - #184325 |
| 4 | canderson@kvn.com |
| | MATTHEW M. WERDEGAR - #200470 |
| 5 | mwerdegar@kvn.com |
| | 710 Sansome Street |
| 6 | San Francisco, CA  94111-1704 |
| | Telephone:  (415) 391-5400 |
| 7 | Facsimile:  (415) 397-7188 |
| 8 | Attorneys for Plaintiff |
| | CARTER BRYANT |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | Case No. CV 04-09049 SGL (RNBx) (consolidated with CV 04-9059 & 05-2727 |
| Plaintiff, | |
| v. | **DISCOVERY MATTER** |
| MATTEL, INC. a Delaware Corporation, | **[To Be Heard by Discovery Master Hon. Edward Infante (Ret.)]** |
| Defendant. | **CARTER BRYANT'S REPLY IN SUPPORT OF MOTION TO COMPEL RESPONSES TO DISCOVERY REQUESTS AND NOTICE OF NON-OPPOSITION** |
| CONSOLIDATED WITH MATTEL, INC., v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Date:    TBA<br>Time:    TBA<br>Place:   TBA |
| | Date Comp. Filed:  April 13, 2005 |
| | Discovery Cut-Off:  Jan. 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

411507.01

CARTER BRYANT'S REPLY IN SUPP. MOTION TO COMPEL RESPONSES TO DISCOVERY REQUESTS
AND NOTICE OF NON-OPPOSITION
CASE NO. CV 04-09049 SGL (RNBx)

On February 8, 2008, Carter Bryant filed his Motion to Compel Responses to Discovery Requests. Under Paragraph 5 of the Stipulation for Appointment of a Discovery Master and Order, Mattel Inc.'s opposition to Bryant's motion was due on February 15, five court days from date of service of the motion. To date, Mattel has not filed any opposition.

Bryant notes that on February 12, 2008, Mattel filed an *ex parte* application to strike Carter Bryant's Motion to Compel Responses to Discovery Requests and to Stay Time for Filing any Opposition thereto pending review. Mattel's *ex parte* application argued (incorrectly) that Bryant's Motion to Compel is untimely and that Mattel should not be required to respond to it. Bryant filed an opposition to Mattel's ex parte application on February 13, and Mattel submitted a reply on February 14. To date, Mattel's *ex parte* application has not been granted, and the Court has not otherwise relieved Mattel of its obligation to respond to Bryant's Motion.

Bryant anticipates meeting and conferring with Mattel about this motion and other discovery motions, per the Discovery Master's recent order. If the parties fail to reach a resolution regarding this motion, Bryant submits that this Motion to Compel should be granted in full, as it is unopposed on the merits. As Local Rule 7-12 makes clear: "The Court may decline to consider any memorandum or other paper not filed within the deadline set by order or local rule. *The failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion*." (emphasis added); *see also Moore v. La Habra Relocations, Inc.,* 501 F.Supp.2d 1278, 1279 (C.D. Cal. 2007) ("[P]ursuant to Local Rule 7-12, the Court deems Plaintiff's failure to file a timely opposition as consent to granting the motion.").

1

CARTER BRYANT'S REPLY IN SUPP. MOTION TO COMPEL RESPONSES TO DISCOVERY REQUESTS
AND NOTICE OF NON-OPPOSITION
CASE NO. CV 04-09049 SGL (RNBx)

411507.01

| | | |
|---|---|---|
| 1 | Dated: February 19, 2008 | KEKER & VAN NEST, LLP |
| 2 | | |
| 3 | | |
| 4 | | By: /s/ John E. Trinidad |
| | | JOHN E. TRINIDAD |
| 5 | | Attorneys for Plaintiff |
| | | CARTER BRYANT |

411507.01

2
CARTER BRYANT'S REPLY IN SUPP. MOTION TO COMPEL RESPONSES TO DISCOVERY REQUESTS
AND NOTICE OF NON-OPPOSITION
CASE NO. CV 04-09049 SGL (RNBx)