THOMAS J. NOLAN (Bar No. 66992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, CA 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600
E-mail: tnolan@skadden.com

RAOUL D. KENNEDY (Bar No. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Embarcadero Center, 38th Floor
San Francisco, California 94111-5974
Telephone: (415) 984-6400
Facsimile: (415) 984-2698
Email: rkennedy@skadden.com

Attorneys for Counter-Defendants,
MGA ENTERTAINMENT, INC., ISAAC LARIAN, MGA ENTERTAINMENT (HK) LIMITED, and MGAE de MEXICO S.R.L. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation<br><br>Defendant.<br><br>Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>**DISCOVERY MATTER**<br><br>**THE MGA DEFENDANTS' APPLICATION TO FILE UNDER SEAL CERTAIN DOCUMENTS SUBMITTED IN CONNECTION WITH THE MGA DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION TO QUASH MATTEL INC.'S SUBPOENA TO BANK OF AMERICA OR, IN THE ALTERNATIVE, FOR PROTECTIVE ORDER**<br><br>Hearing Date: TBD<br>Time: TBD<br>Place: TBD |

MGA'S APPLICATION TO FILE UNDER SEAL

Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order entered by the Court in this action, counter-defendants MGA Entertainment, Inc., Isaac Larian, MGA Entertainment (HK) Limited, and MGAE de Mexico S.R.L. de C.V. (the "MGA Entities") hereby respectfully request that the Court order the following to be filed under seal:

    i.    The MGA Defendants' Reply in Support of their Motion to Quash Mattel's Subpoena to Bank of America, or in the Alternative, for a Protective Order, which contains (1) information reflected in the official transcript of the February 11, 2008, hearing before the Honorable Edward A. Infante; and (2) information reflected in the official transcript of the deposition of Veronica Marlow, dated December 28, 2007.

    ii.    The Separate Statement in Support of the MGA Defendants' Reply in Support of their Motion to Quash Mattel's Subpoena to Bank of America, or in the Alternative, for a Protective Order, which contains (1) information reflected in the official transcript of the February 11, 2008, hearing before the Honorable Edward A. Infante; and (2) information reflected in the official transcript of the deposition of Veronica Marlow, dated December 28, 2007.

    iii.    Exhibit 2 to the Declaration of Amy S. Park in Support of the MGA Defendants' Reply in Support of their Motion to Quash Mattel's Subpoena to Bank of America, or in the Alternative, for a Protective Order, which is pages 2-4 and 48-58 of the transcript the February 11, 2008, telephonic hearing before the Discovery Master.

    iv.    Exhibit 7 to the Declaration of Amy S. Park in Support of the MGA Defendants' Reply in Support of their Motion to Quash Mattel's Subpoena to Bank of America, or in the Alternative, for a Protective Order, which is pages 1-4, 293-296 and 365-366 from the official transcript of the deposition of Veronica Marlow, dated December 28, 2007.

1       The December 28, 2007 Veronica Marlow deposition transcript has
2 been designated as "Confidential-Attorneys' Eyes Only" pursuant to the Protective
3 Order.

4

5 DATED: February 15, 2008

6                                SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

7

8                                By: /s/ Raoul D. Kennedy (by AL)
9                                     Raoul D. Kennedy

10                                Attorneys for Counter-Defendants,
MGA ENTERTAINMENT, INC.,
11                                ISAAC LARIAN, MGA ENTERTAINMENT (HK) LIMITED, and MGAE de MEXICO
12                                S.R.L. de C.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28