**QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP**
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**[To Be Heard By Hon. Edward Infante (Ret.) Pursuant To Order Of December 6, 2006]**<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S REPLY IN SUPPORT OF ITS MOTION TO COMPEL A COMPLETE RESPONSE TO MATTEL'S SUPPLEMENTAL INTERROGATORY RE TEST PROJECTS AND EXHIBITS 1,2 AND 4 TO THE DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL A COMPLETE RESPONSE TO MATTEL'S SUPPLEMENTAL INTERROGATORY RE TEST PROJECTS<br><br>[[Proposed] Order filed concurrently herewith]<br><br>Date: TBD<br>Time: TBD<br>Place: TBD<br><br>**Phase 1**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

ORIGINAL

07209/2391733.1

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2  entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3  requests that the Court order filed under seal (i) Mattel, Inc.'s Reply In Support Of
4  Its Motion To Compel A Complete Response To Mattel's Supplemental
5  Interrogatory Re Test Projects( "Mattel's Motion to Compel"); and (ii) Exhibits 1,2,
6  and 4 of the Declaration of B. Dylan Proctor In Support Of Mattel, Inc.'s Motion To
7  Compel A Complete Response To Mattel's Supplemental Interrogatory Re Test
8  Projects (the "Proctor Exhibits").

9  Mattel's Motion to Compel and the Proctor Exhibits include materials
10  that MGA and/or Carter Bryant have designated as "Confidential" or "Confidential--
11  Attorneys' Eyes Only" pursuant to the Protective Order.  Accordingly, Mattel
12  requests that the Court order that Mattel's Motion to Compel and the Proctor
13  Declaration be filed under seal.

14  In the alternative, Mattel requests that the Court declare that these
15  materials are outside the definitions of "Confidential" and "Confidential--Attorneys'
16  Eyes Only" as contained in the Stipulated Protective Order and order them to be
17  filed as part of the public record.

19  DATED: February 19, 2008     QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

21  By _____
22  B. Dylan Proctor
    Attorneys for Mattel, Inc.