QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 1-2 TO THE DECLARATION OF JON COREY IN SUPPORT OF MATTEL, INC.'S REPLY IN SUPPORT OF ITS MOTION FOR RECONSIDERATION OF PORTIONS OF DISCOVERY MASTER'S DECEMBER 31, 2007 ORDER<br><br>[[Proposed] Order filed concurrently]<br><br>Date: TBA<br>Time: TBA<br>Place: TBA<br><br>**Phase 1**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2338258.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1   Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order
2   entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3   requests that the Court order filed under seal Exhibits 1-2 to the Declaration of Jon
4   D. Corey Declaration Of Jon Corey In Support Of Mattel, Inc.'s Reply In Support Of
5   Its Motion For Reconsideration Of Portions Of Discovery Master's December 31,
6   2007 Order ("Exhibits").

7   The Exhibits include materials that MGA and/or Bryant have
8   designated as "Confidential" or "Confidential--Attorneys' Eyes Only" pursuant to
9   the Protective Order. Accordingly, Mattel requests that the Court order that the
10  Exhibits be filed under seal.

12  DATED: February 15, 2008         QUINN EMANUEL URQUHART OLIVER &
                                     HEDGES, LLP

                                     By /s/ Jon Corey
                                        Jon Corey
                                        Attorneys for Mattel, Inc.

07209/2338258.1

-2-

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL