QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 90378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>APPLICATION TO FILE UNDER SEAL CERTAIN EXHIBITS TO THE SUPPLEMENTAL DECLARATION OF OLEG STOLYAR IN SUPPORT OF MOTION OF MATTEL, INC. TO ENFORCE THE COURT'S ORDER OF MAY 15, 2007, TO COMPEL MGA TO PRODUCE COMPELLED CALENDARS, AND FOR SANCTIONS<br><br>[Local Rule 79-5.1]<br><br>**Phase 1**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

1    Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2 entered by the Court in this action, plaintiff Mattel, Inc. ("Mattel") hereby
3 respectfully requests that the Court order filed under seal Exhibits 1-6 to the
4 concurrently filed Supplemental Declaration of Oleg Stolyar in support of Mattel's
5 Motion to Enforce the Court's Order of May 15, 2007, to Compel MGA to Produce
6 Compelled Calendars, and for Sanctions ("Supplemental Stolyar Declaration").

7    The Supplemental Stolyar Declaration attaches as exhibits documents
8 that MGA Entertainment, Inc. ("MGA") and/or Carter Bryant ("Bryant") has
9 designated as "Confidential" and/or "Confidential--Attorneys' Eyes Only" pursuant
10 to the Protective Order. As Exhibits 1-6 to the Supplemental Stolyar Declaration
11 consist of materials designated by MGA and/or Bryant as "Confidential" and/or
12 "Confidential--Attorneys' Eyes Only," Mattel requests that the Court order that these
13 exhibits be filed under seal.

14    In the alternative, Mattel requests that the Court declare these exhibits
15 to be outside the definition of "Confidential" and/or "Confidential--Attorneys' Eyes
16 Only" as contained in the Stipulated Protective Order and order them to be filed as
17 part of the public record.

21  DATED: February 19, 2008        QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

23                                   By_____
24                                      Oleg Stolyar
                                        Attorneys for Mattel, Inc.

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On February 19, 2008, I served true copies of the following document(s) described as **APPLICATION TO FILE UNDER SEAL CERTAIN EXHBITS TO THE SUPPLEMENTAL DECLARATION OF OLEG STOLYAR IN SUPPORT OF MOTION OF MATTEL, INC. TO ENFORCE THE COURT'S ORDER OF MAY 15, 2007, TO COMPEL MGA TO PRODUCE COMPELLED CALENDARS, AND FOR SANCTIONS** on the parties in this action as follows:

Thomas J. Nolan
**Skadden, Arps, Slate, Meageher & Flom LLP**
300 South Grand Ave., Ste. 3400
Los Angeles, CA 90071

Mark E. Overland
David C. Scheper
Alexander H. Cote
**Overland Borenstein Scheper & Kim LLP**
300 South Grand Avenue, Suite 2750
Los Angeles, CA 90071

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 19, 2008, at Los Angeles, California.

_____
NOW LEGAL -- Dave Quintana

07209/2217862.1

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On February 19, 2008, I served true copies of the following document(s) described as **APPLICATION TO FILE UNDER SEAL CERTAIN EXHBITS TO THE SUPPLEMENTAL DECLARATION OF OLEG STOLYAR IN SUPPORT OF MOTION OF MATTEL, INC. TO ENFORCE THE COURT'S ORDER OF MAY 15, 2007, TO COMPEL MGA TO PRODUCE COMPELLED CALENDARS, AND FOR SANCTIONS** on the parties in this action as follows:

John W. Keker, Esq.
Michael H. Page, Esq.
Christina M. Anderson, Esq.
**Keker & Van Nest, LLP**
710 Sansome Street
San Francisco, CA 94111

**BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

**BY FEDEX:** I deposited such document(s) in a box or other facility regularly maintained by FedEx, or delivered such document(s) to a courier or driver authorized by FedEx to receive documents, in sealed envelope(s) or package(s) designated by FedEx with delivery fees paid or provided for, addressed to the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 19, 2008, at Los Angeles, California.

*/s/ Amanda Navarro*
Amanda Navarro

07209/2217871.1