QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL REPLY IN SUPPORT OF MOTION OF MATTEL, INC. FOR ORDER COMPELLING PRODUCTION OF WITHHELD MGA: (1) TRADEMARK SEARCH RESULTS, (2) DATE OF FIRST USE INFORMATION, AND (3) FACTUAL DATA COMMUNICATED FOR THE PURPOSE OF FILING TRADEMARK OR OTHER INTELLECTUAL PROPERTY APPLICATIONS, AND EXHIBIT 2 TO THE DECLARATION OF TAMARA JIH IN SUPPORT THEREOF<br><br>[[Proposed] Order filed concurrently]<br><br>Date: TBD<br>Time: TBD<br>Place: TBD<br><br>**Phase 1**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2392791.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1  Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order
2 entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3 requests that the Court order filed under seal Reply in Support of Motion of Mattel,
4 Inc. for Order Compelling Production of Withheld MGA: (1) Trademark Search
5 Results, (2) Date of First Use Information, and (3) Factual Data Communicated for
6 the Purpose of Filing Trademark of Other Intellectual Property Applications
7 ("Reply") and Exhibit 2 to the Declaration of Tamara Jih in Support of Motion of
8 Mattel, Inc. for Order Compelling Production of Withheld MGA: (1) Trademark
9 Search Results, (2) Date of First Use Information, and (3) Factual Data
10 Communicated for the Purpose of Filing Trademark of Other Intellectual Property
11 Applications ("Exhibit").

12  The Reply and the Exhibit includes materials that MGA Entertainment,
13 Inc. has designated as "Confidential" and "Confidential --Attorneys' Eyes Only"
14 pursuant to the Protective Order. Accordingly, Mattel requests that the Court order
15 that the Reply and the Exhibit be filed under seal.

16  In the alternative, Mattel requests that the Court declare that these
17 materials are outside the definitions of "Confidential" and "Confidential--Attorneys'
18 Eyes Only" as contained in the Stipulated Protective Order and order them to be
19 filed as part of the public record.

21 DATED: February 19, 2008    QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

  By /s/ B. Dylan Proctor
  B. Dylan Proctor
  Attorneys for Mattel, Inc.