THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, CA 90071-3144
Tel.: (213) 687-5000 / Fax: (213) 687-5600

RAOUL D. KENNEDY (Bar No. 40892)
(rkennedy@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Embarcadero Center, 38th Floor
San Francisco, CA 94111-5974
Tel.: (415) 984-6400 / Fax: (415) 984-2698

Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian

2008 FEB 19 PM 3:42
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY

UNITED STATED DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CARTER BRYANT, an individual,

Plaintiff,

v.

MATTEL, INC., a Delaware corporation,

Defendant.

AND CONSOLIDATED ACTIONS

CASE NO. CV 04-9049 SGL (RNBx)

**DISCOVERY MATTER**

APPLICATION TO FILE UNDER SEAL REPLY MEMORANDUM IN SUPPORT OF MGA'S AND CARTER BRYANT'S MOTION TO COMPEL PRODUCTION OF IMPROPERLY WITHHELD "NHB" MATTEL DOCUMENTS; AND DECLARATION OF MARCUS R. MUMFORD IN FURTHER SUPPORT THEREOF

Honorable Stephen G. Larson

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, the MGA Defendants hereby respectfully request that the Court order the following documents be filed under seal: Reply Memorandum in Support of MGA's and Carter Bryant's Motion to Compel Production of Improperly Withheld "NHB" Mattel Documents, and the Declaration of Marcus R. Mumford in further support thereof. Good cause exists for filing these documents under seal, as certain exhibits attached to the Declaration of Marcus R. Mumford have been designated as "Confidential" or "Confidential—Attorneys' Eyes Only" pursuant to the Protective Order, and the Reply references these exhibits. In the alternative, the MGA Defendants request that the Court declare the exhibits to the declaration to be outside the definitions of "Confidential" and "Confidential—Attorneys' Eyes Only" as contained in the Stipulated Protective Order and order them, along with the Reply, to be filed as part of the public record.

DATED: February 15, 2008

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By: Raoul D. Kennedy (by ALL)
Raoul D. Kennedy
Attorneys for MGA Entertainment, Inc.