QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL (1) THE REPLY AND (2) EXHIBITS 2, 3, 4 AND 5 TO THE DECLARATION OF JUAN PABLO ALBAN IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY MGA IN RESPONSE TO MATTEL'S FIFTH SET OF REQUESTS FOR DOCUMENTS AND THINGS<br><br>[[Proposed] Order filed concurrently]<br><br>[Local Rule 79-5.1]<br><br>Hearing Date: TBA<br>Time: TBA<br>Place: TBA<br><br>**Phase 1**<br>Discovery Cut-off: January 28, 2008<br>Pre-trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

ORIGINAL

07209/2392977.1

APPLICATION TO FILE UNDER SEAL

1       Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, plaintiff Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal (1) the Reply and (2) Exhibits 2, 3, 4 and 5 to the Declaration of Juan Pablo Albán in Support Of Mattel, Inc.'s Mattel, Inc.'s Motion To Compel Production Of Documents By MGA In Response To Mattel's Fifth Set Of Requests For Documents And Things.

      Exhibits 2, 3 and 4 to the Albán Declaration have been designated by MGA as "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order. Exhibit 5 to the Albán Declaration has been designated as "Confidential--Attorneys' Eyes Only" by Farhad Larian pursuant to the Protective Order. The Reply includes substantive summaries of Exhibits 2, 3, 4 and 5 to the Albán Declaration. Accordingly, Mattel requests that the Court order that the Reply and Albán Declaration Exhibits 2, 3, 4 and 5 be filed under seal.

DATED: February 19, 2008       QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By _____
Juan Pablo Albán
Attorneys for Plaintiff
Mattel, Inc.