**ORIGINAL**

quinn emanuel

1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
    John B. Quinn (Bar No. 90378)
2    (johnquinn@quinnemanuel.com)
    Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
    Jon D. Corey (Bar No. 185066)
4    (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
6  Facsimile: (213) 443-3100

7  Attorneys for Plaintiff and Counter-Defendant
   Mattel, Inc.

8

9              UNITED STATES DISTRICT COURT

10            CENTRAL DISTRICT OF CALIFORNIA

11                  EASTERN DIVISION

12
   CARTER BRYANT, on behalf of          Case No. CV 04-09049 SGL (RNBx)
13 himself, all present and former
   employees of Mattel, Inc., and the   **PROOF OF SERVICE**
14 general public,
                                         Hon. Edward Infante (Ret.)
15            Counter-Claimant,
                                         Date:  TBA
16    v.                                 Time:  TBA.
                                         Place: TBA
17 MATTEL, INC., a Delaware
   Corporation,                          Discovery Cut-Off:      Jan. 28, 2008
18                                        Pre-Trial Conference:   May 5, 2008
              Counter-Defendant.         Trial Date:             May 27, 2008
19

20

21

22

23

24

25

26

27

28

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On February 15, 2008, I served true copies of the following document(s) described as

**1) DECLARATION OF TAMARA JIH IN SUPPORT OF MOTION OF MATTEL, INC. FOR ORDER COMPELLING PRODUCTION OF WITHHELD MGA: (1) TRADEMARK SEARCH RESULTS, (2) DATE OF FIRST USE INFORMATION, AND (3) FACTUAL DATA COMMUNICATED FOR THE PURPOSE OF FILING TRADEMARK OR OTHER INTELLECTUAL PROPERTY APPLICATIONS**

**2) REPLY IN SUPPORT OF MOTION OF MATTEL, INC. FOR ORDER COMPELLING PRODUCTION OF WITHHELD MGA: (1) TRADEMARK SEARCH RESULTS, (2) DATE OF FIRST USE INFORMATION, AND (3) FACTUAL DATA COMMUNICATED FOR THE PURPOSE OF FILING TRADEMARK OR OTHER INTELLECTUAL PROPERTY APPLICATIONS**

on the parties in this action as follows:

Thomas J. Nolan, Esq.
Carl Roth, Esq.
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
300 S. Grand Ave., STE 3400
Los Angeles, CA 90071

**[X]  BY PERSONAL SERVICE:**  I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 15, 2008, at Los Angeles, California.

Dave Quintana

07209/2389713.1                    PROOF OF SERVICE--

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On February 15, 2008, I served true copies of the following document(s) described as

**1) DECLARATION OF TAMARA JIH IN SUPPORT OF MOTION OF MATTEL, INC. FOR ORDER COMPELLING PRODUCTION OF WITHHELD MGA: (1) TRADEMARK SEARCH RESULTS, (2) DATE OF FIRST USE INFORMATION, AND (3) FACTUAL DATA COMMUNICATED FOR THE PURPOSE OF FILING TRADEMARK OR OTHER INTELLECTUAL PROPERTY APPLICATIONS**

**2) REPLY IN SUPPORT OF MOTION OF MATTEL, INC. FOR ORDER COMPELLING PRODUCTION OF WITHHELD MGA: (1) TRADEMARK SEARCH RESULTS, (2) DATE OF FIRST USE INFORMATION, AND (3) FACTUAL DATA COMMUNICATED FOR THE PURPOSE OF FILING TRADEMARK OR OTHER INTELLECTUAL PROPERTY APPLICATIONS**

| | |
|---|---|
| Michael Page, Esq. | Judge Edward Infante |
| John E. Trinidad, Esq. | JAMS |
| **Keker & Van Nest** | c/o Sandra Chan |
| 710 Sansome Street | Two Embarracdero Center |
| San Francisco, CA 94111 | Suite 1500 |
| | San Francisco, CA 94111 |

**[X]  BY FEDEX:** I deposited such document(s) in a box or other facility regularly maintained by FedEx, or delivered such document(s) to a courier or driver authorized by FedEx to receive documents, in sealed envelope(s) or package(s) designated by FedEx with delivery fees paid or provided for, addressed to the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 15, 2008, at Los Angeles, California.

Shawna Allison

07209/2389713.1                    PROOF OF SERVICE

**quinn emanuel**

## PROOF OF SERVICE

1

2   I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service,

3   1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

4   On February 15, 2008, I served true copies of the following document(s) described as

5   **1) DECLARATION OF TAMARA JIH IN SUPPORT OF MOTION OF MATTEL, INC. FOR ORDER COMPELLING PRODUCTION OF WITHHELD MGA: (1) TRADEMARK**

6   **SEARCH RESULTS, (2) DATE OF FIRST USE INFORMATION, AND (3) FACTUAL DATA COMMUNICATED FOR THE PURPOSE OF FILING TRADEMARK OR OTHER**

7   **INTELLECTUAL PROPERTY APPLICATIONS**

8   **2) REPLY IN SUPPORT OF MOTION OF MATTEL, INC. FOR ORDER COMPELLING PRODUCTION OF WITHHELD MGA: (1) TRADEMARK SEARCH RESULTS, (2)**

9   **DATE OF FIRST USE INFORMATION, AND (3) FACTUAL DATA COMMUNICATED FOR THE PURPOSE OF FILING TRADEMARK OR OTHER INTELLECTUAL**

10  **PROPERTY APPLICATIONS**

11  on the parties in this action as follows:

12  Michael Page, Esq.                 Alexander H. Cote, Esq.
    John E. Trinidad, Esq.             **Overland Borenstein, Scheper & Kim,**

13  **Keker & Van Nest**               **LLP**
    710 Sansome Street                 300 South Grand Avenue, Suite 2750

14  San Francisco, CA 94111            Los Angeles, CA 90071

15

16  [X]  **BY MAIL:** I am "readily familiar" with the practices of Quinn Emanuel Urquhart Oliver & Hedges for collecting and processing correspondence for mailing with the United States Postal

17  Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. I enclosed the foregoing in sealed envelope(s)

18  addressed as shown above, and such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary

19  business practices.

20  I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

21

22  Executed on February 15, 2008, at Los Angeles, California.

23

24  _____
    Shawna Allison

25

26

27

28

07209/2389713.1                                    PROOF OF SERVICE--