1 | THOMAS J. NOLAN (Bar No. 66992)
2 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
3 | Los Angeles, CA 90071-3144
Telephone: (213) 687-5000
4 | Facsimile: (213) 687-5600
E-mail: tnolan@skadden.com

5 | RAOUL D. KENNEDY (Bar No. 40892)
6 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Embarcadero Center, Suite 3800
7 | San Francisco, CA 94111
Telephone: (415) 984-6400
8 | Facsimile: (415) 984-2698
E-mail: rkennedy@skadden.com

9 | Attorneys for Counter-Defendants,
MGA ENTERTAINMENT, INC., ISAAC LARIAN, MGA ENTERTAINMENT
10 | (HK) LIMITED, AND MGAE de MEXICO S.R.L. de C.V.

11

**UNITED STATES DISTRICT COURT**

12

**CENTRAL DISTRICT OF CALIFORNIA**

13

**EASTERN DIVISION**

14

| | |
|---|---|
| 15 CARTER BRYANT, an individual | CASE NO. CV 04-9049 SGL (RNBx) |
| 16 Plaintiff, | Consolidated with Case No. 04-9059 and Case No. 05-2727 |
| 17 v. | **DISCOVERY MATTER** |
| 18 MATTEL, INC., a Delaware corporation | **PROOF OF SERVICE** |
| 19 Defendant. | |
| 20 | **Phase 1:** |
| 21 Consolidated with MATTEL, INC. v. BRYANT and MGA | Discovery Cut-Off: January 28, 2008 |
| 22 ENTERTAINMENT, INC. v. MATTEL, INC. | Pre-Trial Conference: May 5, 2008 Trial Date: May 27, 2008 |
| 23 | |

24

25

26

27

28

| | |
|---|---|
| PROOF OF SERVICE | NO. CV 04-9049 SGL (RNBx) |

1

2  SERVICE LIST

3

4  Jon D. Corey, Esq.                           John Trinidad, Esq.
   Michael T. Zeller, Esq.                      John Keker, Esq.
5  John Quinn, Esq.                             Keker & Van Nest, LLP
   Quinn Emanuel Urquhart Oliver &              710 Sansome Street
6  Hedges, LLP                                  San Francisco, CA 94111
   865 South Figueroa Street, 10th Floor        (415) 391-5400
7  Los Angeles, CA 90017-2543                   (415) 397-7188 (Fax)
   (213) 443-3000
8  (213) 443-3100 (Fax)                         Attorneys for Carter Bryant
                                                [Federal Express]
9  Attorneys for Mattel, Inc
   [Personal Service]

10

11 Mark E. Overland, Esq.
   Alexander H. Cote, Esq.
12 David C. Scheper, Esq.
   Overland Borenstein Scheper & Kim
13 300 South Grand Avenue, Suite 2750
   Los Angeles, CA 90071
14 (213) 613-4655
   (213) 613-4656
15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

PROOF OF SERVICE                                           NO. CV 04-9049 SGL (RNBx)

1

## PROOF OF SERVICE

2

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

3

4   I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 300 South Grand Avenue, Suite 3400, Los Angeles, California 90071.

5   On **February 15, 2008,** I served the foregoing documents described as:

6

7   ### SEE ATTACHED DOCUMENT LIST

8   on the interested parties in this action addressed as follows:

9

### SEE ATTACHED SERVICE LIST

10

11   **(X)**   (BY PERSONAL SERVICE)   ☒   By personally delivering copies to the person served. (FEDERAL)

12                                       ☒   I caused such document to be hand delivered to the above addressees. (FEDERAL)

13

14

15   **(X)**   (BY FEDERAL EXPRESS)

16

17   **( )**   (BY ELECTRONIC MAIL)

18

19   I declare under penalty of perjury under the laws of the State of

20   California and the United States of America that the above is true and correct.

21   Executed on **February 15, 2008,** in San Francisco, California.

22       Matthew Bowman
23       PRINT NAME                   SIGNATURE

24

25

26

27

28

2

## DOCUMENT LIST

(1)    MGA DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION TO QUASH MATTEL, INC.'S SUBPOENA TO BANK OF AMERICA;

(2)    MGA DEFENDANTS' CONSOLIDATED SEPARATE STATEMENT IN SUPPORT OF THEIR REPLY IN SUPPORT OF THE MOTION TO QUASH THE SUBPOENA TO BANK OF AMERICA OR, IN THE ALTERNATIVE, FOR PROTECTIVE ORDER

(3)    DECLARATION OF AMY S. PARK IN SUPPORT OF MGA DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION TO QUASH MATTEL, INC.'S SUBPOENA TO BANK OF AMERICA

3