MICHAEL T. ZELLER
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
865 SOUTH FIGUEROA STREET
10th FLOOR
LOS ANGELES, CA 90017
(213) 443-3000

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NUMBER:<br>CV 04-9049 SGL (RNBx) |
| PLAINTIFF(S) | |
| v.<br>MATTEL, INC., a Delaware corporation, | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**

Exhibits E, F, G, H and P to the Declaration of Christopher E. Price in Support of Mattel, Inc.'s Reply to Response to OSC; Application to File Under Seal and Proposed Order

**Document Description:**

[ ] Administrative Record

[X] Exhibits

[ ] Ex Part Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)

[X] Other Application to File Under Seal and (Proposed) Order

**Reason:**

[X] Under Seal

[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

[ ] Electronic versions are not available to filer

[X] Per Court order dated January 4, 2005

[ ] Manual Filing required (reason):

February 20, 2008
Date

Attorney Name
Jon D. Corey
Defendant Mattel, Inc.
Party Represented

Note: File one Notice in each case, each time you manually file document(s).