QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Hon. Edward Infante (Ret.)]**<br><br>NOTICE OF LODGING RE MATTEL, INC.'S NOTICE OF CHANGE OF HEARING ON APPLICATION TO ENFORCE COURT ORDERS COMPELLING PRODUCTION OF TANGIBLE ITEMS<br><br>Hearing Date: TBA<br>Time: TBA<br>Place: TBA<br><br>**Phase 1**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2393049.1

NOTICE OF LODGING

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE that plaintiff Mattel, Inc. hereby lodges the following documents in support of its Notice of Change of hearing on Application to Enforce Court Orders Compelling Production of Tangible Items:

1. Mattel, Inc.'s Ex Parte Application to Enforce Court Orders Compelling Production of Tangible Items; and for Modification of Scheduling Order, dated January 24, 2008

2. Declaration of Diane C. Hutnyan in Support of Mattel, Inc.'s Ex Parte Application to Enforce Court Orders Compelling Production of Tangible Items; and for Modification of Scheduling Order, dated January 24, 2008

3. Notice of Lodging in Support of Mattel, Inc.'s Ex Parte Application to Enforce Court Orders Compelling Production of Tangible Items; and for Modification of Scheduling Order

4. [Proposed] Order Granting Mattel, Inc.'s Ex Parte Application to Enforce Court Orders Compelling Production of Tangible Items; and for Modification of Scheduling Order, dated January 24, 2008

5. MGA Defendants' Opposition to Mattel, Inc.'s Ex Parte Application to Enforce Court Orders Compelling Production of Tangible Items; and for Modification of Scheduling Order, dated January 25, 2008

6. Declaration of Samir Khare in Support of MGA's Opposition to Matel, Inc.'s Ex Parte Application to Enforce Court Orders Compelling Production of Tangible Items; and for Modification of Scheduling Order, dated January 25, 2008

7. Declaration of Amy S. Park in Support of MGA's Opposition to Matel, Inc.'s Ex Parte Application to Enforce Court Orders Compelling Production of Tangible Items; and for Modification of Scheduling Order, dated January 25, 2008

8. Mattel, Inc.'s Reply Brief in Support of Ex Parte Application to Enforce Court Orders Compelling Production of Tangible Items; and for Modification of Scheduling Order, dated January 28, 2008

9. Supplemental Declaration of Diane C. Hutnyan in Support of Mattel, Inc.'s Reply Brief in Support of Ex Parte Application to Enforce Court Orders Compelling Production of Tangible Items; and for Modification of Scheduling Order, dated January 28, 2008

10. Relevant Excerpt from Transcript of February 4, 2008 Hearing

DATED: February 19, 2008

Respectfully submitted,

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By: /s/ Diane C. Hutnyan
Diane C. Hutnyan
Attorneys for Mattel, Inc.