QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  timalger@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff and Counter-
Defendant Mattel, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated With Case No. 04-9059 and Case No. 05-2727<br><br>[AMENDED] PROOF OF SERVICE<br><br>Date:    TBA<br>Time:    TBA<br>Place:   TBA<br><br>Discovery Cut-off: January 28, 2008<br>Pre-trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2392896.1

PROOF OF SERVICE

# [AMENDED] PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 1301 West 2nd Street, Suite 206, Los Angeles, California 90026.

On February 19, 2008, I served true copies of the following document(s) described as :

**1.     REPLY MEMORANDUM IN SUPPORT OF MOTION ON MATTEL, INC., FOR AN ORDER ENFORCING COURT'S JANUARY 25, 2007 ORDER COMPELLING BRYANT TO PRODUCE COMPUTER HARD DRIVES AND FOR SANCTIONS;**

**2)     SUPPLEMENTAL DECLARATION OF MELISSA GRANT IN SUPPORT OF MOTION OF MATTEL, INC. FOR AN ORDER ENFORCING COURT'S JANUARY 25, 2007 ORDER COMPELLING BRYANT TO PRODUCE COMPUTER HARD DRIVES AND FOR SANCTIONS; and**

**3)     [PROPOSED] ORDER RE MATTEL INC.'S MOTION FOR AN ORDER ENFORCING COURT'S JANUARY 25, 2007 ORDER COMPELLING BRYANT TO PRODUCE COMPUTER HARD DRIVES AND FOR SANCTIONS.**

**4)     AMENDED REPLY MEMORANDUM IN SUPPORT OF MOTION OF MATTEL, INC. FOR AN ORDER ENFORCING COURT'S JANUARY 25, 2007 ORDER COMPELLING BRYANT TO PRODUCE COMPUTER HARD DRIVES AND FOR SANCTIONS**

on the parties in this action as follows:

## SEE ATTACHED LIST

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 19, 2008, at Los Angeles, California.

NOW LEGAL -- Dave Quintana

07209/2392896.

1

**SERVICE LIST**

2

Thomas J. Nolan, Esq
**Skadden, Arps, Slate, Meagher &**
3
**Flom , LLP**

4
300 South Grand Ave., Ste. 3400
Los Angeles, California 90071
5
TEL: (213) 687-5000
FAX: (213) 687-5600
6
**tnolan@skadden.com**

7

8

9
John W. Keker
Michael H. Page
10
Christa M. Anderson
**Keker & Van  Nest, LLP**
11
710 Sansome Street
San Francisco, CA 94111
12
TEL: (415) 391-5400
13
FAX: (415) 397-7188
14
**jkeker@kvn.com**
**mhp@kvn.com**
15

16

17

18

19

20

21

22

23

24

25

26

27

28

Mark E. Overland, Esq.
David E. Scheper, Esq.
Alexander H. Cote, Esq.
**Overland Borenstein Scheper & Kim,**
**LLP**
300 South Grand Avenue
Suite 2750
Los Angeles, CA 90071-3144
TEL: (213) 613-4655
FAX: (213) 613-4656
**moverland@obsklaw.com**

07209/2392896.

- 3 -
AMENDED PROOF OF SERVICE
