1   QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
      John B. Quinn (Bar No. 090378)
2     johnquinn@quinnemanuel.com
      Michael T. Zeller (Bar No. 196417)
3     (michaelzeller@quinnemanuel.com)
      Jon D. Corey (Bar No. 185066)
4     (joncorey@quinnemanuel.com)
      Timothy L. Alger (Bar No. 160303)
5     (timalger@quinnemanuel.com)
    865 South Figueroa Street, 10th Floor
6   Los Angeles, California 90017-2543
    Telephone: (213) 443-3000
7   Facsimile: (213) 443-3100

8
    Attorneys for Plaintiff and Cross-Defendant Mattel, Inc.
9

10              UNITED STATES DISTRICT COURT

11            CENTRAL DISTRICT OF CALIFORNIA

12                   EASTERN DIVISION

13  CARTER BRYANT, an individual,        | Case No. CV 04-09049 SGL (RNBx)

14              Plaintiff,                | Consolidated with
                                          | Case No. CV 04-09059
15         vs.                           | Case No. CV 05-02727

16  MATTEL, INC., a Delaware             | **DISCOVERY MATTER**
    corporation,
17                                       | **[To Be Heard By Discovery Master**
                Defendant.               | **Hon. Edward Infante (Ret.)**
18                                       | **Pursuant To The Court's Order Of**
                                         | **December 6, 2006]**
19  ──────────────────────────
    AND CONSOLIDATED CASES              | [PROPOSED] ORDER RE MATTEL
20                                       | INC.'S MOTION FOR AN ORDER
                                         | ENFORCING COURT'S
21                                       | JANUARY 25, 2007 ORDER
                                         | COMPELLING BRYANT TO
22                                       | PRODUCE COMPUTER HARD
                                         | DRIVES AND FOR SANCTIONS

23                                       | **Phase 1:**
                                         | Discovery Cut-off:    January 28, 2008
24                                       | Pre-trial Conference: May 5, 2008
                                         | Trial Date:           May 27, 2008
25

26

27

28

07209/2391425.1

[PROPOSED] ORDER RE: MOTION FOR ORDER TO ENFORCE

# [PROPOSED] ORDER

Having considered Mattel, Inc.'s Motion for an Order Enforcing Court's January 25, 2007 Order Compelling Bryant to Produce Computer Hard Drives and for Sanctions (the "Motion"), and all other papers and argument submitted in support of or opposition to the Motion, and finding good cause therefore,

IT IS HEREBY ORDERED THAT:

(1)     Carter Bryant produce within five calendar days of this Order (i) all his 2004 and 2007 computer hard drives for forensic examination and (ii) the forensic images of those drives in his counsel's possession in compliance with the January 25, 2007 Order, along with any other drives Bryant used for Bratz-related work and communications that are in his possession, custody, or control; and

(2)     Carter Bryant is ordered to (i) pay Mattel within ten calendar days of this Order the sum of $3,500 in partial reimbursement of its attorney's fees incurred to bring the Motion, and (ii) pay Mattel $5,000 per day commencing the sixth calendar day after this Order, until such time as Carter Bryant fully complies with the January 25, 2007 Order and this Order.

DATED: _____, 2008

_____
Honorable Edward Infante (Ret.)
Discovery Master

1

## PROOF OF SERVICE

2       I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is 1301 West 2nd Street,

3  Suite 206, Los Angeles, California 90026.

4       On February 15, 2008, I served true copies of the following document(s) described as **[PROPOSED] ORDER ON MATTEL'S MOTION FOR AN ORDER ENFORCING**

5  **COURT'S JANUARY 25, 2007 ORDER COMPELLING BRYANT TO PRODUCE COMPUTER HARD DRIVES AND FOR SANCTIONS** on the parties in this action as follows:

6

7

### SEE ATTACHED LIST

8  **BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

9

10       I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

11

       Executed on February 15, 2008, at Los Angeles, California.

12

13

14                      NOW LEGAL -- Dave Quintana

15

16

17

18

19

20

21

22

23

24

25

26

27

28

07209/2366738.1

1

**SERVICE LIST**

2

Thomas J. Nolan
**Skadden, Arps, Slate,**
3
  **Meagher & Flom, LLP**
300 South Grand Ave., Ste. 3400
4
Los Angeles, California 90071
TEL: (213) 687-5000
5
FAX: (213) 687-5600
**tnolan@skadden.com**
6

7

John W. Keker
Michael H. Page
Christa M. Anderson
**Keker & Van Nest, LLP**
710 Sansome Street
San Francisco, California 94111
TEL: (415) 391-5400
FAX: (415) 397-7188
**jkeker@kvn.com**
**mhp@kvn.com**

8
Mark E. Overland, Esq.
David E. Scheper, Esq.
9
Alexander H. Cote, Esq.
**Overland Borenstein Scheper & Kim, LLP**
10
300 South Grand Avenue
Suite 2750
11
Los Angeles, California 90071-3144
TEL: (213) 613-4655
12
FAX: (213) 613-4656
**moverland@obsklaw.com**
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

07209/2366738.1

-2-