KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
jkeker@kvn.com
MICHAEL H. PAGE - #154913
mpage@kvn.com
CHRISTA M. ANDERSON - #184325
canderson@kvn.com
MATTHEW M. WERDEGAR - #200470
mwerdegar@kvn.com
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff
CARTER BRYANT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC. a Delaware Corporation,<br><br>Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC., v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No. CV 04-09049 SGL (RNBx)<br>(consolidated with CV 04-9059 & 05-2727<br><br>**DISCOVERY MATTER**<br>[To be heard by Discovery Master Hon. Edward Infante (Ret.)]<br><br>**DECLARATION OF JOHN TRINIDAD IN SUPPORT OF CARTER BRYANT'S OPPOSITION TO MATTEL, INC.'S MOTION FOR LEAVE TO OBTAIN DISCOVERY AFTER THE PHASE I DISCOVERY CUT-OFF**<br><br>Date:  TBA<br>Time:  TBA<br>Place:  Telephonic<br><br>Date Comp. Filed: April 13, 2005<br><br>Discovery Cut-Off: Jan. 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

411362.01

DECLARATION OF JOHN TRINIDAD IN SUPPORT OF CARTER BRYANT'S OPPOSITION TO MATTEL, INC.'S MOTION FOR LEAVE TO OBTAIN DISCOVERY AFTER THE PHASE I DISCOVERY CUT-OFF
CASE NO. CV 04-09049 SGL (RNBx)

I, JOHN TRINIDAD, declare and state that:

1. I am an attorney licensed to practice law in the State of California, the State of New York, and in the District of Columbia. I am an associate at the law firm of Keker & Van Nest LLP, located at 710 Sansome Street, San Francisco, California 94111, counsel for plaintiff Carter Bryant in the above-captioned action. I am duly admitted to practice law before this Court. I have knowledge of the facts set forth herein, and if called to testify as a witness thereto, could do so competently under oath.

2. Attached hereto as Exhibit A is a true and correct copy of excerpts from the September 28, 2007 deposition of Richard Irmen.

3. Attached hereto as Exhibit B is a true and correct copy of the Notice of Subpoena Issued to People's Bank of the Ozarks. While signed January 22, 2008, Mattel failed to provide Bryant any notice of the subpoena until January 25, 2008. I am informed and believe that Mattel similarly failed to provide notice of the subpoena to any other party in this litigation before January 25, 2008.

4. In its opposition to Bryant's Motion to Quash the Peoples Bank Subpoena (motion filed January 28, 2008), Mattel did not contest that notice of the Peoples Bank subpoena was not served on the parties until January 25, 2008.

5. Attached hereto as Exhibit C is a true and correct copy of the Public Redacted Declaration of Melissa Grant In Support of Mattel Inc.'s Opposition to Carter Bryant's Motion to Quash Mattel Inc.'s Subpoena issued to Peoples Bank of the Ozarks, or, in the Alternative, for a Protective Order, and Exhibits C-K to that Declaration.

6. Attached hereto as Exhibit D is a true and correct copy of a fax confirmation and a January 28, 2008 letter I sent to Peoples Bank of the Ozarks, via facsimile and U.S. Mail.

7. Attached hereto as Exhibit E is a true and correct copy of a fax confirmation and a January 28, 2008 letter I sent to Melissa Grant, counsel for

411362.01

DECLARATION OF JOHN TRINIDAD IN SUPPORT OF CARTER BRYANT'S OPPOSITION TO MATTEL, INC.'S MOTION FOR LEAVE TO OBTAIN DISCOVERY AFTER THE PHASE I DISCOVERY CUT-OFF
CASE NO. CV 04-09049 SGL (RNBx)

1 | Mattel, via facsimile, PDF and Federal Express.

2 |     8.     Attached hereto as Exhibit F is a true and correct copy of the Discovery Master's February 20, 2008 Order Denying Mattel's Motion to Compel Responses to Interrogatory Nos. 27-33, 36-40, 42, 45, and 47 by Carter Bryant.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on February 20, 2008, at San Francisco, California.

_____
JOHN TRINIDAD

411362.01

DECLARATION OF JOHN TRINIDAD IN SUPPORT OF CARTER BRYANT'S OPPOSITION TO MATTEL, INC.'S MOTION FOR LEAVE TO OBTAIN DISCOVERY AFTER THE PHASE I DISCOVERY CUT-OFF
CASE NO. CV 04-09049 SGL (RNBx)