# EXHIBIT A

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

CARTER BRYANT, an individual,

       Plaintiff,

vs.            No.  CV04-9049 SGL (RNBx)

MATTEL, INC., a Delaware corporation,

       Defendants.

**ORIGINAL**

AND CONSOLIDATED ACTIONS.

---

VIDEOTAPED DEPOSITION OF RICHARD IRMEN

San Francisco, California

Friday, September 28, 2007

REPORTED BY:
MONICA LEPE-GEORG
CSR No. 11976

Job No. 1-74003

RICHARD IRMEN                                                      09/28/07

| | | |
|---|---|---|
| 12:12:16 | 1 | Q. And he deposits it into an account in the |
| | 2 | name of Carter Bryant Enterprises? |
| 12:12:25 | 3 | A. I believe, yes. That's our usual mode of |
| | 4 | operation. |
| 12:12:30 | 5 | Q. Has it differed from 2000? |
| 12:12:36 | 6 | A. I don't remember anything specifically. |
| 12:12:38 | 7 | Q. There aren't other variations on that that |
| | 8 | you can remember; is that correct? |
| 12:12:41 | 9 | A. No, no. |
| 12:12:42 | 10 | Q. It's correct? |
| 12:12:43 | 11 | A. It is correct. There are no variations on |
| | 12 | that that I'm aware of, but there might be somewhere |
| | 13 | back that we -- |
| 12:12:58 | 14 | Q. Does Carter Bryant Enterprises have one |
| | 15 | bank account today or more than one? |
| 12:13:03 | 16 | A. I believe it only has one. |
| 12:13:05 | 17 | Q. What bank is it at? |
| 12:13:08 | 18 | A. Peoples Banks of the Ozarks -- bank, sorry. |
| 12:13:13 | 19 | Q. Is there a particular branch that you deal |
| | 20 | with? |
| 12:13:18 | 21 | A. There's only a couple branches, so it's not |
| | 22 | that big a bank. The bank in Nixa is their |
| | 23 | headquarters. |
| 12:13:31 | 24 | Q. And is the headquarters the one you deal |
| | 25 | with or is it some other location? |

94

| | | |
|---|---|---|
| 12:13:36 | 1 | A. That's the one we deal with most of the |
| | 2 | time. |
| 12:13:45 | 3 | Q. Other than that Peoples Bank of the Ozark |
| | 4 | account that you mentioned, has Carter Bryant |
| | 5 | Enterprises had any other bank account since it was |
| | 6 | formed back in 2000? |
| 12:14:00 | 7 | A. I don't recall. |
| 12:14:03 | 8 | Q. Do you think there were or you're just not |
| | 9 | sure? |
| 12:14:07 | 10 | A. I'm not sure. |
| 12:14:11 | 11 | Q. And there are no others that you can |
| | 12 | remember? |
| 12:14:13 | 13 | A. There's no others. |
| 12:14:35 | 14 | Q. Do you know a Jacqueline Prince? |
| 12:14:38 | 15 | A. No. |
| 12:14:51 | 16 | Q. Returning for a moment to the Foothill |
| | 17 | Business Services, services that are provided to |
| | 18 | Carter Bryant Enterprises, is there some kind of |
| | 19 | statement that Foothill generates and sends to you |
| | 20 | or Carter? |
| 12:15:05 | 21 | A. They have in the past, but we haven't set |
| | 22 | anything up -- like a quarterly statement or |
| | 23 | anything, no. |
| 12:15:12 | 24 | Q. What kinds of statements have they sent? |
| 12:15:23 | 25 | A. I believe they did some P&Ls a couple times |

1      I, the undersigned, a Certified Shorthand
2  Reporter of the State of California, do hereby certify:
3      That the foregoing proceedings were taken
4  before me at the time and place herein set forth; that
5  any witnesses in the foregoing proceedings, prior to
6  testifying, were duly sworn; that a record of the
7  proceedings was made by me using machine shorthand
8  which was thereafter transcribed under my direction;
9  that the foregoing transcript is a true record of the
10 testimony given.
11     Further, that if the foregoing pertains to
12 the original transcript of a deposition in a Federal
13 Case, before completion of the proceedings, review of
14 the transcript [ ] was [X] was not requested.
15     I further certify I am neither financially
16 interested in the action nor a relative or employee
17 of any attorney or party to this action.
18     IN WITNESS WHEREOF, I have this date
19 subscribed my name.
20     OCT 1 2 2007
21 Dated: _____

_____
MONICA LEPE-GEORG
CSR No. 11976