# EXHIBIT D

```
***********************
***   TX REPORT   ***
***********************

TRANSMISSION OK

TX/RX NO                1307
CONNECTION TEL          91417724039566647#
SUBADDRESS
CONNECTION ID
ST. TIME                01/28 09:02
USAGE T                 00'31
PGS. SENT               3
RESULT                  OK
```

LAW OFFICES
# KEKER & VAN NEST
LLP

710 SANSOME STREET
SAN FRANCISCO, CA 94111-1704
TELEPHONE (415) 391-5400
FAX (415) 397-7188

## FACSIMILE TRANSMISSION COVER SHEET

January 28, 2008

| To | Telephone | Facsimile |
|---|---|---|
| People's Bank of the Ozarks | 417-725-4191 | 417-724-0395 |

| From | Telephone | Code |
|---|---|---|
| John E. Trinidad | 415-391-5400 | 6647/jselby |

Re   Bryant v. Mattel:  (ED) 2:04-cv-09049-SGL-RNB

Number of Pages (Including Cover): 3

**COMMENTS**

Please see attached.

LAW OFFICES
# KEKER & VAN NEST
LLP

710 SANSOME STREET
SAN FRANCISCO, CA 94111-1704
TELEPHONE (415) 391-5400
FAX (415) 397-7188

## FACSIMILE TRANSMISSION COVER SHEET

January 28, 2008

| To | Telephone | Facsimile |
|---|---|---|
| People's Bank of the Ozarks | 417-725-4191 | 417-724-0395 |

| From | Telephone | Code |
|---|---|---|
| John E. Trinidad | 415-391-5400 | 6647/jselby |

Re   Bryant v. Mattel:  (ED) 2:04-cv-09049-SGL-RNB

Number of Pages (Including Cover): 3

### COMMENTS

Please see attached.

Operator                                                    Time Sent

**IF YOU ENCOUNTER ANY DIFFICULTIES RECEIVING THIS TRANSMISSION, PLEASE CALL (415) 676-2277 OR (415) 391-5400**

The information contained in this facsimile transmission is legally privileged and confidential and intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify us immediately by telephone, and return the original transmission to us at the above address via the U.S. Postal Service. Thank you.

393005.01

LAW OFFICES

# KEKER & VAN NEST
## LLP

710 SANSOME STREET
SAN FRANCISCO, CA 94111-1704
TELEPHONE (415) 391-5400
FAX (415) 397-7188
WWW.KVN.COM

JOHN E. TRINIDAD
JTRINIDAD@KVN.COM

January 28, 2008

**VIA FACSIMILE & U.S. MAIL**

People's Bank of the Ozarks
305 W. Mt. Vernon
Nixa, MO 65714

Re: *Bryant v. Mattel*
United States District Court, Central District of California
Case No. CV 04-09049 SGL (RNBx) (consolidated with CV 04-9059 & 05-2727)

To whom it may concern:

    Our law office represents Carter Bryant and Richard Irmen in the above mentioned litigation. On Friday, January 25, 2008, Mattel purported to provide us with notice of a subpoena issued to People's Bank of the Ozarks. The subpoena is dated January 15, 2008, and seeks the production of documents related to Carter Bryant and Carter Bryant Enterprises by Monday, January 28. We do not know if People's Bank was properly served with this subpoena but, regardless, the subpoena is invalid for a variety of reasons including: insufficient time to comply with the January 28, 2007 discovery cut-off in the pending litigation, violation of privacy rights, violation of the Federal Rules of Civil Procedure 45 (for failure by Mattel to provide advance notice of the subpoena to Mr. Bryant), and for being overbroad and harassing.

    The purpose of this letter is to advise you that our clients Carter Bryant and/or Richard Irmen (on behalf of themselves individually and on behalf of businesses in which they have an ownership interest, including Carter Bryant Enterprises) presently intend to file a motion to quash this subpoena. Pending the resolution of the motion, we write to inform you that <u>People's Bank of the Ozarks does not have Mr. Bryant or Mr. Irmen's permission to produce the materials requested in the subpoena</u> and we seek to confirm that People's Bank, absent that permission, will not produce any responsive documents unless and until there is a final order requiring such a production.

    The subpoena in question would require the production of documents by 9:00AM PST on Monday, January 28. Therefore, we would greatly appreciate your immediate attention to this matter, and request that you call us to confirm receipt of this letter and to inform us if you intend to file objections to Mattel's subpoena.

410130.01

People's Bank of the Ozarks
January 28, 2008
Page 2

Thank you in advance. I look forward to hearing from you.

Sincerely,

John E. Trinidad

JET/jas

410130.01