1  KEKER & VAN NEST, LLP
   JOHN W. KEKER - #49092
2  jkeker@kvn.com
   MICHAEL H. PAGE - #154913
3  mpage@kvn.com
   CHRISTA M. ANDERSON - #184325
4  canderson@kvn.com
   MATTHEW M. WERDEGAR - #200470
5  mwerdegar@kvn.com
   710 Sansome Street
6  San Francisco, CA  94111-1704
   Telephone:  (415) 391-5400
7  Facsimile:  (415) 397-7188

8  Attorneys for Plaintiff
   CARTER BRYANT
9

10                UNITED STATES DISTRICT COURT

11                CENTRAL DISTRICT OF CALIFORNIA

12                      EASTERN DIVISION

| | |
|---|---|
| 13  CARTER BRYANT, an individual, | Case No. CV 04-09049 SGL (RNBx) (consolidated with CV 04-9059 & 05-2727 |
| 14                   Plaintiff, | |
| 15     v. | **DISCOVERY MATTER** [To be heard by Discovery Master Hon. Edward Infante (Ret.)] |
| 16  MATTEL, INC. a Delaware Corporation, | |
| 17                   Defendant. | **CERTIFICATE OF SERVICE** |
| 18 | Date:      TBA<br>Time:      TBA<br>Place:     Telephonic |
| 19  CONSOLIDATED WITH MATTEL, INC., v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | |
| 20 | Date Comp. Filed:  April 13, 2005 |
| 21 | Discovery Cut-Off: Jan. 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

411362.01

CERTIFICATE OF SERVICE
CASE NO. CV 04-09049 SGL (RNBx)

# CERTIFICATE OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest, LLP, 710 Sansome Street, San Francisco, California 94111.

On February 20, 2008, I served the following document(s):

**CARTER BRYANT'S OPPOSITION TO MATTEL, INC.'S MOTION FOR LEAVE TO OBTAIN DISCOVERY AFTER THE PHASE I DISCOVERY CUT-OFF**

**DECLARATION OF JOHN TRINIDAD IN SUPPORT OF CARTER BRYANT'S OPPOSITION TO MATTEL, INC.'S MOTION FOR LEAVE TO OBTAIN DISCOVERY AFTER THE PHASE I DISCOVERY CUT-OFF**

by **FEDERAL EXPRESS**, by placing a true and correct copy in a sealed envelope addressed as shown below. I am readily familiar with the practice of Keker & Van Nest, LLP for correspondence for delivery by FedEx Corporation. According to that practice, items are retrieved daily by a FedEx Corporation employee for overnight delivery; and

by **E-MAIL VIA PDF FILE**, by transmitting on this date via e-mail a true and correct copy scanned into an electronic file in Adobe "pdf" format. The transmission was reported as complete and without error.

| | |
|---|---|
| Hon. Edward A. Infante<br>JAMS<br>Two Embarcadero Center, Suite 1500<br>San Francisco, CA 94111<br>Tel:   415/774-2649<br>Fax:  415/982-5287<br>Email:        schan@jamsadr.com | John B. Quinn<br>Michael T. Zeller<br>Quinn Emanuel Urquhart Oliver & Hedges, LLP<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA  90017-2543<br>Tel:   213/443-3000<br>Fax:  213/443-3100<br>Email:<br>        johnquinn@quinnemanuel.com<br>Email:<br>        michaelzeller@quinnemanuel.com |

| | |
|---|---|
| Thomas J. Nolan | Alexander H. Cote |
| Skadden Arps Slate Meagher & Flom | Overland Borenstein Scheper & Kim LLP |
| 300 South Grand Avenue, Suite 3400 | 300 S. Grand Avenue, Suite 2750 |
| Los Angeles, CA 90071-3144 | Los Angeles, California 90071 |
| Tel:   213/687-5000 | Tel:   213/613-4660 |
| Fax:  213/687-5600 | Fax:  213/613-4656 |
| Email: tnolan@skadden.com | Email :     acote@obsklaw.com |

Executed on February 20, 2008, at San Francisco, California.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

_Lauren Hartz-Lewis_
Lauren Hartz-Lewis