QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 90378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Hon. Edward Infante (Ret.) Pursuant To The Court's Order Of December 6, 2006]**<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 1 THROUGH 9, 13 AND 14 TO THE DECLARATION OF JON D. COREY IN SUPPORT OF MATTEL, INC.'S REPLY BRIEF IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND THINGS BY MGA ENTERTAINMENT, INC. AND FOR AWARD OF MONETARY SANCTIONS<br><br>Hearing Date: TBD<br>Time: TBD<br>Place: TBD<br><br>Discovery Cut-off: January 28, 2008<br>Pre-trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2371304.1

APPLICATION TO FILE UNDER SEAL

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2  entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3  requests that the Court order filed under seal Exhibits 1 through 9, 13 and 14 to the
4  concurrently filed Declaration of Jon D. Corey in Support of Mattel, Inc.'s Reply
5  Brief in Support of Motion to Compel Production of Documents and Things by
6  MGA Entertainment, Inc. and For Award of Monetary Sanctions ("Corey
7  Declaration").

8  Exhibits 1 and 2 to the Corey Declaration have been designated by
9  MGA Entertainment, Inc. ("MGA") as "Attorney's Eyes Only" pursuant to the
10 Protective Order. Exhibits 3, 13 and 14 to the Corey Declaration contain
11 confidential excerpts from the depositions of Nana Ashong, Adrienne Fontanella
12 and Hoi Hoffman-Briggs. Exhibits 4 through 9 to the Corey Declaration are expert
13 reports (or excerpts thereof) that have been designated by MGA as "Confidential –
14 Attorneys Eyes Only." Accordingly, Mattel requests that the Court order these
15 exhibits filed under seal.

16 In the alternative, Mattel requests that the Court declare that these
17 materials are outside the definitions of "Confidential" and "Confidential – Attorneys'
18 Eyes Only" as contained in the Protective Order and order them to be filed as part of
19 the public record.

DATED: February 19, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By _____
Jon D. Corey
Attorneys for Mattel, Inc.