QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Hon. Edward Infante (Ret.) Pursuant To Order Of December 6, 2006]**<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 2, 3, 4, 6, 7 AND 8 TO THE SUPPLEMENTAL DECLARATION OF MELISSA GRANT IN SUPPORT OF MOTION FOR ORDER ENFORCING JANUARY 25, 2007 ORDER COMPELLING BRYANT TO PRODUCE COMPUTER HARD DRIVES AND FOR SANCTIONS<br><br>[[Proposed] Order filed concurrently herewith]<br><br>Date: TBD<br>Time: TBD<br>Place: TBD<br><br>**Phase 1**<br>Discovery Cut-Off:   January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date:                 May 27, 2008 |

07209/2393008.1

1       Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2 entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3 requests that the Court order filed under seal Exhibits 2, 3, 4, 6, 7, and 8 of the
4 Supplemental Declaration of Melissa Grant In Support of Mattel, Inc.'s Motion for
5 an Order Enforcing the January 25, 2007 Order Compelling Bryant to Produce
6 Computer Hard Drives and for Sanctions (the "Grant Exhibits").
7       The Grant Exhibits include materials that MGA and/or Carter Bryant
8 have designated as "Confidential" or "Confidential--Attorneys' Eyes Only" pursuant
9 to the Protective Order. Accordingly, Mattel requests that the Court order that the
10 Grant Exhibits be filed under seal.

13 DATED: February 20, 2008     QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ _____
Melissa Grant
Attorneys for Mattel, Inc.