QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS E, F, G, H, AND P TO THE CONFIDENTIAL DECLARATION OF CHRISTOPHER E. PRICE IN SUPPORT OF REPLY TO LARRY MCFARLAND'S RESPONSE TO ORDER TO SHOW CAUSE<br><br>[[Proposed] Order filed concurrently]<br><br>Date: N/A<br>Time: N/A<br>Place: N/A<br><br>**Phase 1**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2393055.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1     Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2 entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3 requests that the Court order filed under seal Exhibits E, F, G, H, and P to the
4 Confidential Declaration of Christopher E. Price in Support of Reply to Larry
5 McFarland's Response to Order to Show Cause (the "Exhibits").
6     The Exhibits include materials that MGA and/or Bryant have
7 designated as "Confidential" or "Confidential--Attorneys' Eyes Only" pursuant to
8 the Protective Order. Accordingly, Mattel requests that the Court order that the
9 Exhibits be filed under seal.

11 DATED: February 20, 2008     QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

    By /s/ Jon D. Corey
       Jon D. Corey
       Attorneys for Mattel, Inc.