**QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP**
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL CERTAIN PORTIONS OF ITS REPLY IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY ANNE WANG, AND EXHIBITS 2 AND 3 TO THE SUPPLEMENTAL DECLARATION OF B. DYLAN PROCTOR IN SUPPORT THEREOF<br><br>[[Proposed] Order filed concurrently]<br><br>Date: TBD<br>Time: TBD<br>Place: TBD<br><br>**Phase 1**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2393705.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1       Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal:

      (1) the following portions of Reply in Support of Mattel, Inc.'s Motion to Compel Production of Documents by Anne Wang ("Reply"): 3:16-22; and

      (2) Exhibits 2 and 3 to the Supplemental Declaration of B. Dylan Proctor in Support of Mattel, Inc.'s Motion to Compel Production of Documents by Anne Wang ("Exhibits").

      The Exhibits and portions of the Reply include materials that MGA Entertainment, Inc. has designated as "Confidential" and "Confidential --Attorneys' Eyes Only" pursuant to the Protective Order. Accordingly, Mattel requests that the Court order that portions of the Reply and the Exhibits be filed under seal.

      In the alternative, Mattel requests that the Court declare that these materials are outside the definitions of "Confidential" and "Confidential--Attorneys' Eyes Only" as contained in the Stipulated Protective Order and order them to be filed as part of the public record.

DATED: February 20, 2008    QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ B. Dylan Proctor
   B. Dylan Proctor
   Attorneys for Mattel, Inc.