QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
 John B. Quinn (Bar No. 090378)
 (johnquinn@quinnemanuel.com)
 Michael T. Zeller (Bar No. 196417)
 (michaelzeller@quinnemanuel.com)
 Jon D. Corey (Bar No. 185066)
 (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727 |
| Plaintiff, | |
| vs. | Hon. Stephen G. Larson |
| MATTEL, INC., a Delaware corporation, | MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 1, 2, 4, AND 5 TO THE CONFIDENTIAL SUPPLEMENTAL DECLARATION OF JON D. COREY IN SUPPORT OF MATTEL, INC.'S CROSS-MOTION TO COMPEL PRODUCTION OF DOCUMENTS RESPONSIVE TO THIRD-PARTY SUBPOENAS |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | |
| | [[Proposed] Order filed concurrently] |
| | Date:   N/A<br>Time:   N/A<br>Place:  N/A |
| | **Phase 1**<br>Discovery Cut-Off:   January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date:            May 27, 2008 |

07209/2393055.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1    Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order

2    entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully

3    requests that the Court order filed under seal Exhibits 1, 2, 4, and 5 to the

4    Confidential Supplemental Declaration of Jon D. Corey in Support of Reply In

5    Support of Mattel, Inc.'s Cross-Motion to Compel (the "Exhibits").

6    The Exhibits include materials that MGA and/or Bryant have

7    designated as "Confidential" or "Confidential--Attorneys' Eyes Only" pursuant to

8    the Protective Order.  Accordingly, Mattel requests that the Court order that the

9    Exhibits be filed under seal.

10    In the alternative, Mattel requests that the Court declare that these

11    materials are outside the definitions of "Confidential" and "Confidential--Attorneys'

12    Eyes Only" as contained in the Stipulated Protective Order and order them to be

13    filed as part of the public record.

14

15    DATED:  February 19, 2008        QUINN EMANUEL URQUHART OLIVER &
                                       HEDGES, LLP

16

17                                     By /s/ Jon D. Corey
18                                        Jon D. Corey
                                          Attorneys for Mattel, Inc.
19

20

21

22

23

24

25

26

27

28