QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 90378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> MATTEL, INC., a Delaware corporation, <br><br> Defendant. <br><br> AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx) <br><br> Consolidated with <br> Case No. CV 04-09059 <br> Case No. CV 05-02727 <br><br> **DISCOVERY MATTER** <br><br> **[To be Heard by Discovery Master Hon. Edward Infante (Ret.) Pursuant to Court Order of December 6, 2006]** <br><br> MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL: (1) MATTEL'S REPLY IN SUPPORT OF MOTION COMPELLING PRODUCTION OF THIRD PARTY COMMUNICATIONS IMPROPERLY WITHHELD UNDER A CLAIM OF "COMMON INTEREST" PRIVILEGE; AND (2) THE CONCURRENTLY FILED DECLARATION OF B. DYLAN PROCTOR <br><br> [Local Rule 79-5.1] <br><br> **Phase 1** <br> Discovery Cut-Off: Jan. 28, 2008 <br> Pre-Trial Conference: May 5, 2008 <br> Trial Date: May 27, 2008 |

## Application to File Under Seal

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, plaintiff Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal its (1) Reply in Support of Mattel's Motion Compelling Production of Third Party Communications Improperly Withheld Under A Claim of "Common Interest" Privilege and (2) Exhibit 1 to the concurrently filed Supplemental Declaration of B. Dylan Proctor.

The Reply quotes extensively from, and the Declaration attaches as an exhibit, documents that the parties have designated as "Confidential" and/or "Confidential-Attorneys' Eyes Only" pursuant to the Protective Order. As Exhibit 1 to the Supplemental Declaration consists of materials designated the parties as "Confidential" and/or "Confidential-Attorneys' Eyes Only," Mattel requests that the Court order that the Reply and this Exhibit be filed under seal.

In the alternative, Mattel requests that the Court declare Exhibit 1 to the Supplemental Declaration to be outside the definition of "Confidential" and/or "Confidential-Attorneys' Eyes Only" as contained in the Stipulated Protective Order and order it to be lodged as part of the public record.

DATED: February 19, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By B. Dylan Proctor /ZDK
B. Dylan Proctor
Attorneys for Mattel, Inc.