ORIGINAL

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case Nos. CV 04-09059 and CV 05-02727<br><br>**PROOF OF SERVICE** |

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is NOW Messenger Service, 1301 West Second Street, Suite 206, Los Angeles, California 90026. On February 19, 2008, I served true copies of the following documents described as:

## LIST OF DOCUMENTS

on the parties in this action as follows:

| | |
|---|---|
| Thomas Nolan, Esq.<br>Carl Roth, Esq.<br>**Skadden Arps Slate Meagher & Flom, Llp**<br>300 South Grand Avenue,<br>Suite 3400<br>Los Angeles, CA 90071 | Mark E. Overland, Esq.<br>Alexander H. Cote<br>**Overland Borenstein Scheper & Kim Llp**<br>300 South Grand Avenue, Suite 2750<br>Los Angeles, CA 90071-3144 |
| | |

[√] **[PERSONAL]** by personally delivering the document listed above to the person(s) at the address(es) set forth above.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made

Executed on February 19, 2008, at Los Angeles, California.

_____
DAVID QUINTANA

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is NOW Messenger Service, 1301 West Second Street, Suite 206, Los Angeles, California 90026. On February 19, 2008, I served true copies of the following documents described as:

## LIST OF DOCUMENTS

on the parties in this action as follows:

| | |
|---|---|
| John W. Keker, Esq.<br>Michael H. Page, Esq.<br>Christina M. Anderson, Esq.<br>**Keker & Van Nest, LLP**<br>710 Sansome Street<br>San Francisco, CA 94111 | |

[√]   **BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

Executed on February 19, 2008, at Los Angeles, California.

SARAH BLANCO

## DOCUMENT LIST

1. MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 1 THROUGH 9, 13 AND 14 TO THE DECLARATION OF JON D. COREY IN SUPPORT OF MATTEL, INC.'S REPLY BRIEF IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND THINGS BY MGA ENTERTAINMENT, INC. AND FOR AWARD OF MONETARY SANCTIONS;

2. [PROPOSED] ORDER GRANTING MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 1 THROUGH 9, 13 AND 14 TO THE DECLARATION OF JON D. COREY IN SUPPORT OF MATTEL, INC.'S REPLY BRIEF IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND THINGS BY MGA ENTERTAINMENT, INC. AND FOR AWARD OF MONETARY SANCTIONS; and

3. PROOF OF SERVICE