QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 90378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff and Counter-Defendant Mattel, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, on behalf of himself, all present and former employees of Mattel, Inc., and the general public,<br><br>Counter-Claimant,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation,<br><br>Counter-Defendant. | Case No. CV 04-09049 SGL (RNBx)<br><br>**PROOF OF SERVICE**<br><br>Hon. Edward Infante (Ret.)<br><br>Date: TBA<br>Time: TBA.<br>Place: TBA<br><br>Discovery Cut-Off: Jan. 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2392992.1                                    PROOF OF SERVICE

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On February 19, 2008, I served true copies of the following document(s) described as

**1) [PROPOSED] ORDER RE: MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL: (1) MATTEL'S REPLY IN SUPPORT OF MOTION COMPELLING PRODUCTION OF THIRD PARTY COMMUNICATIONS IMPROPERLY WITHHELD UNDER A CLAIM OF "COMMON INTEREST" PRIVILEGE; AND (2) THE CONCURRENTLY FILED DECLARATION OF B. DYLAN PROCTOR**

**2) MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL: (1) MATTEL'S REPLY IN SUPPORT OF MOTION COMPELLING PRODUCTION OF THIRD PARTY COMMUNICATIONS IMPROPERLY WITHHELD UNDER A CLAIM OF "COMMON INTEREST" PRIVILEGE; AND (2) THE CONCURRENTLY FILED DECLARATION OF B. DYLAN PROCTOR**

Michael Page, Esq.
John E. Trinidad, Esq.
**Keker & Van Nest**
710 Sansome Street
San Francisco, CA 94111

**[X] BY FEDEX:** I deposited such document(s) in a box or other facility regularly maintained by FedEx, or delivered such document(s) to a courier or driver authorized by FedEx to receive documents, in sealed envelope(s) or package(s) designated by FedEx with delivery fees paid or provided for, addressed to the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 19, 2008, at Los Angeles, California.

Shawna Allison

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On February 19, 2008, I served true copies of the following document(s) described as

**1) [PROPOSED] ORDER RE: MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL: (1) MATTEL'S REPLY IN SUPPORT OF MOTION COMPELLING PRODUCTION OF THIRD PARTY COMMUNICATIONS IMPROPERLY WITHHELD UNDER A CLAIM OF "COMMON INTEREST" PRIVILEGE; AND (2) THE CONCURRENTLY FILED DECLARATION OF B. DYLAN PROCTOR**

**2) MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL: (1) MATTEL'S REPLY IN SUPPORT OF MOTION COMPELLING PRODUCTION OF THIRD PARTY COMMUNICATIONS IMPROPERLY WITHHELD UNDER A CLAIM OF "COMMON INTEREST" PRIVILEGE; AND (2) THE CONCURRENTLY FILED DECLARATION OF B. DYLAN PROCTOR**

on the parties in this action as follows:

Michael Page, Esq.
John E. Trinidad, Esq.
**Keker & Van Nest**
710 Sansome Street
San Francisco, CA 94111

Alexander H. Cote, Esq.
**Overland Borenstein, Scheper & Kim, LLP**
300 South Grand Avenue, Suite 2750
Los Angeles, CA 90071

[X] **BY MAIL:** I am "readily familiar" with the practices of Quinn Emanuel Urquhart Oliver & Hedges for collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. I enclosed the foregoing in sealed envelope(s) addressed as shown above, and such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary business practices.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 19, 2008, at Los Angeles, California.

_Shawna Allison_

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On February 19, 2008, I served true copies of the following document(s) described as

1) [PROPOSED] ORDER RE: MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL: (1) MATTEL'S REPLY IN SUPPORT OF MOTION COMPELLING PRODUCTION OF THIRD PARTY COMMUNICATIONS IMPROPERLY WITHHELD UNDER A CLAIM OF "COMMON INTEREST" PRIVILEGE; AND (2) THE CONCURRENTLY FILED DECLARATION OF B. DYLAN PROCTOR

2) MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL: (1) MATTEL'S REPLY IN SUPPORT OF MOTION COMPELLING PRODUCTION OF THIRD PARTY COMMUNICATIONS IMPROPERLY WITHHELD UNDER A CLAIM OF "COMMON INTEREST" PRIVILEGE; AND (2) THE CONCURRENTLY FILED DECLARATION OF B. DYLAN PROCTOR

on the parties in this action as follows:

> Thomas J. Nolan, Esq.
> Carl Roth, Esq.
> **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
> 300 S. Grand Ave., STE 3400
> Los Angeles, CA 90071

[X] **BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 19, 2008, at Los Angeles, California.

_____
Dave Quintana