QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff
Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED CASES | Case No. CV 04-09049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>STIPULATION RE BRIEFING OF PHASE ONE MOTIONS FOR PARTIAL SUMMARY JUDGMENT<br><br>[[Proposed] Order lodged concurrently]<br><br>**Phase 1:**<br>Discovery Cut-off:   January 28, 2008<br>Pre-trial Conference: May 5, 2008<br>Trial Date:              May 27, 2008 |

## STIPULATION

WHEREAS, the Court has established March 31, 2008 as the hearing date for any Phase One motions for summary judgment;

WHEREAS, at this time, Mattel, Inc. ("Mattel") intends to file one Phase One motion for partial summary judgment, Carter Bryant ("Bryant") intends to file one Phase One motion for partial summary judgment, and MGA Entertainment, Inc., Isaac Larian, and MGA Entertainment (HK) Ltd. (collectively, the "MGA Parties") intend to file one Phase One motion for partial summary judgment, for a total of three motions for partial summary judgment;

WHEREAS, the parties anticipate raising a number of issues in each of these motions for partial summary judgment;

WHEREAS, the parties believe they will benefit from an extended briefing schedule on the anticipated motions for partial summary judgment beyond the minimum three weeks schedule required by the Local Rules, to allow adequate time for opposition and reply briefs, which cannot feasibly be prepared in one week's time;

WHEREAS, the parties also believe that the complexity and number of issues that will be raised on summary judgment and the number of parties at issue justifies relief from the Local Rules' limitation on the length of memoranda of points and authorities to 25 pages and the Court's Standing Order limiting the length of reply memoranda to 12 pages, because additional pages will be necessary to adequately present the parties' respective arguments;

NOW, THEREFORE, Mattel, Bryant and the MGA Parties, by and through their counsel of record, hereby agree as follows, subject to the Court's approval:

1. Any Phase One motions for partial summary judgment (which shall be limited to one per party) shall be filed and served on or before March 7, 2008;

2. Any oppositions to such motions for partial summary judgment shall be filed and served on or before March 24, 2008;

3. Any replies in support of such motions for partial summary judgment shall be filed and served on or before April 4, 2008;

4. The hearing on the parties' Phase One motions for partial summary judgment shall be held on April 14, 2008 at 10:00 a.m., or at such other time as may be designated by the Court.

5. The memorandum of points and authorities in support of Mattel's motion for partial summary judgment, which will address multiple defendants, may not exceed, but may include up to, 70 pages in length.

6. The memoranda of points and authorities in support of Bryant's and the MGA Parties' respective motions for partial summary judgment each may not exceed, but may include up to, 50 pages in length.

7. The memoranda of points and authorities in support of any oppositions to motions for partial summary judgment may not exceed, but may include up to, 50 pages in length.

8. Any reply memoranda of points and authorities in support of motions for partial summary judgment may not exceed, but may include up to, 35 pages in length.

IT IS SO STIPULATED.

DATED: February 21, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By *B. Dylan Proctor /sa*
B. Dylan Proctor
Attorneys for Mattel, Inc.

DATED: February 21, 2008

SKADDEN ARPS SLATE MEAGHER & FLOM, LLP

By *Jason Russell /sa*
Jason Russell
Attorneys for MGA Entertainment, Inc., Isaac Larian, and MGA Entertainment (HK) Ltd.

DATED: February 21, 2008

KEKER & VAN NEST, LLP

By *Matthew M. Werdegar /sa*
Matthew M. Werdegar
Attorneys for Carter Bryant