1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>          Plaintiff,<br><br>     vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>          Defendant. | Case No. CV 04-09049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>[PROPOSED] ORDER ON STIPULATION RE BRIEFING OF PHASE ONE MOTIONS FOR PARTIAL SUMMARY JUDGMENT<br><br>**Phase 1:**<br>Discovery Cut-off:      January 28, 2008<br>Pre-trial Conference:  May 5, 2008<br>Trial Date:                   May 27, 2008 |
| AND CONSOLIDATED CASES | |

07209/2395915.1

# [Proposed] Order

Based on the stipulation of the parties, and good cause appearing therefor, it is hereby ORDERED that:

1. Any Phase One motions for partial summary judgment (which shall be limited to one per party) shall be filed and served on or before March 7, 2008;

2. Any oppositions to such motions for partial summary judgment shall be filed and served on or before March 24, 2008;

3. Any replies in support of such motions for partial summary judgment shall be filed and served on or before April 4, 2008;

4. The hearing on the parties' Phase One motions for partial summary judgment shall be held on April 14, 2008 at 10:00 a.m.;

5. The memorandum of points and authorities in support of Mattel's motion for partial summary judgment, which will address multiple defendants, may not exceed, but may include up to, 70 pages in length.

6. The memoranda of points and authorities in support of Bryant's and the MGA Parties' respective motions for partial summary judgment each may not exceed, but may include up to, 50 pages in length.

7. The memoranda of points and authorities in support of any oppositions to motions for partial summary judgment may not exceed, but may include up to, 50 pages in length.

8. Any reply memoranda of points and authorities in support of motions for partial summary judgment may not exceed, but may include up to, 35 pages in length.

IT IS SO ORDERED.

DATED:          . 2008

_____
Hon. Stephen G. Larson
United States District Court Judge