# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  | CASE NUMBER |
|---|---|
| PLAINTIFF(S) <br> v. <br> DEFENDANT(S). | **NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

PLEASE TAKE NOTICE:

Pursuant to General Order 06-07, Local Rule 5-4 and/or the Federal Rules of Civil Procedure, the following deficiency(ies) has been found with your electronically filed document:

Date Filed        Doc. No.        Title of Doc.

**ERRORS WITH DOCUMENT**
☐ Document submitted in the wrong case.
☐ Incorrect document is attached to the docket entry.
☐ Document linked incorrectly to the wrong document.
☐ Incorrect Document Type selected (i.e., event selected does not match document attached).
☐ Case number is incorrect or missing.
☐ Proof of Service is missing for non-electronically served parties.
☐ Hearing information is missing.
☐ Hearing information incorrect.
☐ Case is closed.
☐ Proposed Document was not submitted as separate attachment.
☐ Title page is missing.
☐ Other

**Note: In response to this notice the court may order: 1) an amended or correct document to be filed, 2) the document stricken, or 3) take other action as the court deems appropriate.**

Clerk, U.S. District Court

Dated: _____        By: _____
                                   Deputy Clerk

cc: Assigned District Judge and/or Magistrate Judge

G-112A  (01/07)        **NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS**