## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Carter Bryant <br><br> PLAINTIFF(S) <br><br> v. <br><br> Mattel Inc. <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> CV 04-09049 SGL (RNBx) <br><br><br> **NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**

1) [UNDER SEAL] SUR-REPLY IN RESPONSE TO ORDER TO SHOW CAUSE OF MCFARLAND, ARANT, HALPERN, AND MARLOW, AND 2) [UNDER SEAL] EXHIBITS 3, 11 AND 12 TO MCFARLAND DECLARATION TO SUR-REPLY TO ORDER TO SHOW CAUSE.

**Document Description:**

☐ Administrative Record

☑ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)

☑ Other

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☑ Manual Filing required (*reason*):
   Protective Order

February 22, 2008
Date

Larry W. McFarlnd, Esq.
Attorney Name

Non-Parties: Cloonan, Leahy, Marlow, Halpern
Party Represented

Note: File one Notice in each case, each time you manually file document(s).