1 | Larry McFarland (Bar No. 129668)
2 | Christian Dowell (Bar No. 241973)
  | KEATS, McFARLAND & WILSON LLP
3 | 9720 Wilshire Blvd.
  | Penthouse Suite
4 | Beverly Hills, CA 90212
  | Telephone:  (310) 248-3830
5 | Facsimile:   (310) 860-0363
  | Email:   lmcfarland@kmwlaw.com
6 |          cdowell@kmwlaw.com

7 | Attorneys for Lucy Arant,
  | Sarah Halpern, and Peter Marlow
8

9 | UNITED STATES DISTRICT COURT
10 | CENTRAL DISTRICT OF CALIFORNIA
11 | EASTERN DIVISION

| CARTER BRYANT, an individual, | Case No.: CV 04 – 09049 SGL (RNBx) |
| Plaintiff, | Consolidated with Case Nos. CV 04-9059 and CV 05-2727 |
| v. | Hon. Stephen G. Larson |
| MATTEL, INC., a Delaware corporation; | **DECLARATION OF LARRY W. MCFARLAND IN SUPPORT OF SUR-REPLY IN RESPONSE TO ORDER TO SHOW CAUSE OF LARRY MCFARLAND, LUCY ARANT, SARAH HALPERN, AND PETER MARLOW** |
| Defendant. | |
| AND RELATED ACTIONS. | Hearing Date:  February 25, 2008
Time:  10:00 a.m.
Place:  Courtroom 1 |

I, Larry W. McFarland, hereby declare as follows:

I am an attorney duly licensed to practice law in the State of California and I am a member of the Bar of this Court. I am a partner of Keats McFarland & Wilson, LLP, attorneys of record for non-party witnesses Lucy Arant, Sarah Halpern and Peter Marlow. I make this declaration in support of SUR-REPLY IN RESPONSE TO ORDER TO SHOW CAUSE OF LARRY McFARLAND, LUCY ARANT, SARAH HALPERN AND PETER MARLOW. I have personal and first-hand knowledge of the facts set forth in this Declaration and, if called upon to do so, I could and would competently testify thereto.

1. A true and correct copy of the Declarations of Brian Shore; Rudy Flores; Donald Wallace; Miguel Leyva; Rayn Jerez; Kenneth Wright; and Scott Snowden in support of Mattel. Inc.'s *Ex Parte* Application (1) to Compel Depositions of Daphne Gronich, Joe Tiongco, Mariana Trueba, Pablo Vargas, MGA Entertainment, Inc. (Pursuant to Rule 30(b)(6)), and MGAE De Mexico (Pursuant to Rule 30(b)(6)) and (2) For Leave to Take Depositions in February 2008; or, in the Alternative, for an Order Shortening Time to Hear a Motion Seeking the Foregoing Relief, filed January 28, 2008, is attached hereto as **Exhibit 1**.

2. A true and correct copy of the Declarations of Kenneth Wright, Rudy Flores, and Miguel Leyva in support of Mattel, Inc.'s Reply to Response to OSC, filed February 19, 2008, is attached hereto as **Exhibit 2**.

3. I reside at 1991 Outpost Circle. It is not possible for Mr. Leyva to have knocked on my door on January 25, 26 and 27, because my door is not accessible. My home is surrounded by a high wall and the pedestrian gate is routinely locked, and there is no doubt that it was locked during all of the times that Mr. Leyva states that he attempted to serve me. In addition, I did not hear a knock on the door of my residence on January 25, 26 or 27, 2008.

4. A true and correct copy of the deposition transcript of Mitchell Kamark, dated January 28, 2008, is attached hereto as **Exhibit 3**.

1    5.   A true and correct copy of Mattel, Inc.'s *Ex Parte* Application to (1) Compel Depositions of Elise Cloonan, Margaret Hatch-Leahy, and Veronica Marlow or (2) in the Alternative, Modify the Scheduling Order, filed November 15, 2007, is attached hereto as **Exhibit 4**.

2    6.   A true and correct copy of Mattel, Inc.'s *Ex Parte* Application to (1) Compel Production of Electronic Media From Third-Parties Elise Cloonan, Margaret Hatch-Leahy, and Veronica Marlow or (2) In the Alternative, Modify the Scheduling Order, filed January 23, 2008, is attached hereto as **Exhibit 5**.

3    7.   A true and correct copy of Mattel, Inc.'s Motion to Compel Additional Deposition Testimony and Production of Documents By Veronica Marlow, filed January 28, 2008, is attached hereto as **Exhibit 6**.

4    8.   A true and correct copy of Mattel, Inc.'s Motion to Compel Further Deposition of Margaret Hatch-Leahy, and to Overrule Instructions Not to Answer; and for Sanctions, filed January 28, 2008, is attached hereto as **Exhibit 7**.

5    9.   A true and correct copy of Mattel's, Inc.'s Motion to Compel Production of Fee Agreements and Privilege Logs from Leahy, Cloonan, Halpern and Marlow, and for Sanctions, filed January 28, 2008, is attached hereto as **Exhibit 8**.

6    10.  A true and correct copy of a letter sent to counsel for Mattel, dated October 26, 2007, is attached hereto as **Exhibit 9**.

7    11.  I was out of the office on Monday, January 28, 2008, and Tuesday, January 29, 2008, to celebrate my anniversary.

8    12.  A true and correct copy of a letter sent by counsel for Mattel, dated November 2, 2007, is attached hereto as **Exhibit 10**.

9    13.  A true and correct copy of a purchase order, dated November 22, 2000, is attached hereto as **Exhibit 11**.

10   14.  True and correct copies of relevant portions of the deposition transcript of Steven Linker, dated September 13, 2006, are attached hereto as **Exhibit 12**.

- 2 -

DECLARATION OF LARRY W. MCFARLAND TO SUR-REPLY IN RESPONSE TO OSC

1      15.    A true and correct copy of a letter sent to counsel for Mattel, dated November 12, 2007, is attached hereto as **Exhibit 13**.

       16.    A true and correct copy of the Court's Minute Order, dated November 20, 2007, is attached hereto as **Exhibit 14**.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 22nd day of February 2008, at Beverly Hills, California.

/s/
Larry W. McFarland

- 3 -    DECLARATION OF LARRY W. MCFARLAND
TO SUR-REPLY IN RESPONSE TO OSC