# Carter Bryant v. Mattel Inc.

Case No.: CV 04 – 09049 SGL (RNBx)
Consolidated with Case Nos.
CV 04-9059 and CV 05-2727
Hon. Stephen G. Larson

# UNDER SEAL

# EXHIBIT 11

**EXHIBIT TO:**   **DECLARATION OF LARRY W. MCFARLAND IN SUPPORT OF SUR-REPLY IN RESPONSE TO ORDER TO SHOW CAUSE OF LARRY MCFARLAND, LUCY ARANT, SARAH HALPERN, AND PETER MARLOW**

**Carter Bryant v. Mattel Inc.**

Case No.: CV 04 – 09049 SGL (RNBx)

Consolidated with Case Nos.

CV 04-9059 and CV 05-2727

Hon. Stephen G. Larson

# <u>UNDER SEAL</u>

# <u>EXHIBIT 12</u>

**EXHIBIT TO:**    **DECLARATION OF LARRY W. MCFARLAND IN SUPPORT OF SUR-REPLY IN RESPONSE TO ORDER TO SHOW CAUSE OF LARRY MCFARLAND, LUCY ARANT, SARAH HALPERN, AND PETER MARLOW**

**Carter Bryant v. Mattel Inc.**
Case No.: CV 04 – 09049 SGL (RNBx)
Consolidated with Case Nos.
CV 04-9059 and CV 05-2727
Hon. Stephen G. Larson

# EXHIBIT 13

**EXHIBIT TO:**     **DECLARATION OF LARRY W. MCFARLAND IN
SUPPORT OF SUR-REPLY IN RESPONSE TO ORDER TO
SHOW CAUSE OF LARRY MCFARLAND, LUCY ARANT,
SARAH HALPERN, AND PETER MARLOW**

# KEATS McFARLAND & WILSON LLP

## ATTORNEYS AT LAW

TEL (310) 248-3830
FAX (310) 860-0363

9720 WILSHIRE BOULEVARD
PENTHOUSE SUITE
BEVERLY HILLS, CALIFORNIA 90212

www.kmwlaw.com

WRITER'S DIRECT DIAL
(310) 777-3750

WRITER'S EMAIL
lmcfarland@kmwlaw.com

November 12, 2007

<u>VIA FACSIMILE, E-MAIL and U.S. MAIL</u>

B. Dylan Proctor, Esq.
Quinn Emanuel Urquhart Oliver & Hedges LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017

Re:    <u>Mattel v. Bryant</u>

Dear Dylan:

I am writing in response to your letter dated November 2, 2007, with respect to dates for the depositions of Ms. Leahy, Ms. Cloonan and Ms. Marlow. I have spoken to our clients and they and I are available on the following dates:

| | | |
|---|---|---|
| Margaret Leahy: | Wednesday, December 12, 2007 | 09:00 a.m. |
| Elise Cloonan: | Friday, December 14, 2007 | 10:00 a.m. |
| Veronica Marlow: | Wednesday, January 9, 2008 | 10:00 a.m. |

I am aware that these dates are later than what you were looking for, but rescheduling these depositions during the holiday season was difficult. As you know, these depositions were previously set and the dates had to be vacated due to no fault of these witnesses.

Please note that I have not confirmed availability of counsel for MGA or Mr. Bryant for these dates.

Very truly yours,

Larry W. McFarland
Keats McFarland & Wilson LLP

LWM/jlt

cc:    Thomas J. Nolan
       Michael Page

EXHIBIT 13
PAGE 184

**Carter Bryant v. Mattel Inc.**
Case No.: CV 04 – 09049 SGL (RNBx)
Consolidated with Case Nos.
CV 04-9059 and CV 05-2727
Hon. Stephen G. Larson

# **EXHIBIT 14**

**EXHIBIT TO:**   **DECLARATION OF LARRY W. MCFARLAND IN SUPPORT OF SUR-REPLY IN RESPONSE TO ORDER TO SHOW CAUSE OF LARRY MCFARLAND, LUCY ARANT, SARAH HALPERN, AND PETER MARLOW**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA 92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.    CV 04-09049 SGL(RNBx)                      Date: November 20, 2007
Title:      CARTER BRYANT -v- MATTEL, INC.
            AND CONSOLIDATED ACTIONS
=============================================================================
PRESENT:   HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

         Jim Holmes                                Theresa Lanza
         Courtroom Deputy Clerk                    Court Reporter

ATTORNEYS PRESENT FOR CARTER              ATTORNEYS PRESENT FOR MATTEL:
BRYANT:

John W. Keker                             John B. Quinn
                                          Michael T. Zeller

ATTORNEYS PRESENT FOR MGA:                ATTORNEY PRESENT FOR CARLOS
                                          GUSTAVO MACHADO GOMEZ:

Thomas J. Nolan                           David C. Scheper
Carl A. Roth

COUNSEL FOR WITNESSES

Larry W. McFarland

PROCEEDINGS:   **ORDER RE EX PARTE APPLICATION; ORDER RE DESIGNATION OF
               LEAD COUNSEL**

        The Court heard argument on Mattel's ex parte application regarding the scheduling of three
witness depositions. The Court accepts the representations of Mr. McFarland that these
depositions will go forward on December 12 (Margaret Hatch-Leahy), 14 (Ana Elise Cloonan), and
28 (Veronica Marlow), 2007.  Accordingly, the Court finds that the ex parte application is **MOOT.**

        The Court also addressed designation of lead trial counsel. Lead trial counsel, as

MINUTES FORM 90                                    Initials of Deputy Clerk: jh (TIME:00/45)
CIVIL -- GEN                    1

EXHIBIT 14
PAGE 185

designated below, shall participate in the preparation of the final pretrial order(s) and appear for the pretrial conference(s).  He shall also act as lead counsel during the trial(s) in these consolidated cases.  Whether and to what extent lead trial counsel shall be involved in the mediation of this matter is left to the discretion of the settlement officer.  The Court expects counsel to follow the settlement officer's directives concerning settlement procedures.

The Clerk shall identify lead trial counsel on the docket report as follows:

| | |
|---|---|
| For Mattel: | John B. Quinn |
| For the MGA Entities and Isaac Larian: | Thomas J. Nolan |
| For Carter Bryant: | John W. Keker |
| For Carlos Gustavo Machado Gomez: | David C. Scheper |

IT IS SO ORDERED.

c:    Ambassador Prosper

EXHIBIT____14____
PAGE____186____