# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Carter Bryant | **CASE NUMBER:** |
| PLAINTIFF(S) | CV 04-09049 SGL (RNBx) |
| v. | |
| Mattel Inc. | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**

1) APPLICATION TO FILE UNDER SEAL SUR-REPLY IN RESPONSE TO ORDER TO SHOW CAUSE OF MCFARLAND,  ARANT,  HALPERN, AND  MARLOW, AND EXHIBITS 3, 11 AND 12 TO MCFARLAND DEC. TO SUR-REPLY TO ORDER TO SHOW CAUSE 2) PROPOSED ORDER

**Document Description:**

☐ Administrative Record

☑ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)

☑ Other

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☑ Manual Filing required (*reason*):
Protective Order

| | |
|---|---|
| February 22, 2008 | Larry W. McFarlnd, Esq. |
| Date | Attorney Name |
| | Non-Parties: Cloonan, Leahy, Marlow, Halpern |
| | Party Represented |

Note:   File one Notice in each case, each time you manually file document(s).