Larry McFarland (Bar No. 129668)
Christian Dowell (Bar No. 241973)
KEATS, McFARLAND & WILSON LLP
9720 Wilshire Blvd.
Penthouse Suite
Beverly Hills, CA 90212
Telephone:  (310) 248-3830
Facsimile:   (310) 860-0363
Email:   lmcfarland@kmwlaw.com
              cdowell@kmwlaw.com

Attorneys for Lucy Arant,
Sarah Halpern and Peter Marlow

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>              Plaintiff,<br><br>       v.<br><br>MATTEL, INC., a Delaware corporation;<br><br>              Defendant.<br><br>AND RELATED ACTIONS. | Case No.: CV 04 – 09049 SGL (RNBx)<br>Consolidated with Case Nos.<br>CV 04-9059 and CV 05-2727<br><br><u>Hon. Stephen G. Larson</u><br><br>**APPLICATION TO FILE UNDER SEAL SUR-REPLY AND EXHIBITS 3, 11 AND 12 TO MCFARLAND DECLARATION IN RESPONSE TO ORDER TO SHOW CAUSE OF LARRY MCFARLAND, LUCY ARANT, SARAH HALPERN AND PETER MARLOW**<br><br>Date:    02/25/08<br>Time:   10:00 A.M.<br>Place:   Courtroom One |

APPLICATION TO FILE UNDER SEAL

1  Pursuant to Local rule 79-5.1 and the Stipulated Protective Order entered by the
2  Court in this action, non-parties Lucy Arant, Sarah Halpern and Peter Marlow
3  (collectively, the "Non-Party Witnesses") hereby respectfully request that the Court
4  order filed under seal the Sur-Reply and Exhibits 3, 11 and 12 to the Declaration of
5  Larry W. McFarland in Support of Sur-Reply to Order to Show Cause of Larry
6  McFarland, Lucy Arant, Sarah Halpern and Peter Marlow ("Exhibits").

7  The Sur-Reply and Exhibits include materials that MGA and/or Bryant have
8  designated as "Confidential" or "Confidential – Attorneys' Eyes Only" pursuant to the
9  Protective Order.  Accordingly, Non-Party Witnesses requests that the Court order
10 that the Exhibits be filed under seal.

12 Dated:  February 22, 2008              KEATS MCFARLAND & WILSON LLP

14                                          /s/
                                            Larry W. McFarland, Esq.
15                                          Attorneys for Lucy Arant, Sarah Halpern,
16                                          and Peter Marlow