Larry McFarland (Bar No. 129668)
Christian Dowell (Bar No. 241973)
KEATS, McFARLAND & WILSON LLP
9720 Wilshire Blvd.
Penthouse Suite
Beverly Hills, CA 90212
Telephone: (310) 248-3830
Facsimile: (310) 860-0363
Email: lmcfarland@kmwlaw.com
       cdowell@kmwlaw.com

Attorneys for Lucy Arant,
Sarah Halpern, and Peter Marlow

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation;<br><br>Defendant.<br><br>AND RELATED ACTIONS. | Case No.: CV 04 – 09049 SGL (RNBx)<br>Consolidated with Case Nos.<br>CV 04-9059 and CV 05-2727<br><u>Hon. Stephen G. Larson</u><br><br>**[PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL SUR-REPLY AND EXHIBITS 3, 11 AND 12 TO MCFARLAND DECLARATION IN RESPONSE TO ORDER TO SHOW CAUSE OF LARRY MCFARLAND, LUCY ARANT, SARAH HALPERN AND PETER MARLOW**<br><br>Date: 02/25/08<br>Time: 10:00 A.M.<br>Place: Courtroom One |

[PROPOSED] ORDER TO FILE UNDER SEAL

1 [PROPOSED] ORDER

2

3  Based on the concurrently filed Application to File Under Seal the Sur-Reply
4 and Exhibits 3, 11 AND 12 to the Declaration of Larry W. McFarland in Support of
5 Sur-Reply to Order to Show Cause of Larry McFarland, Lucy Arant, Sarah Halpern
6 and Peter Marlow, and good cause appearing for the entry thereof, IT IS HEREBY
7 ORDERED:

8  The Sur-Reply and Exhibits 3, 11 AND 12 to the Declaration of Larry W.
9 McFarland in Support of Sur-Reply to Order to Show Cause of Larry McFarland,
10 Lucy Arant, Sarah Halpern and Peter Marlow, are ORDERED filed under seal
11 pursuant to Local Rule 79-5.1.

12

13

14 Dated: February ____, 2008

15 Hon. Stephen G. Larson
United Stated District Judge