1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     John B. Quinn (Bar No. 90378)
2    (johnquinn@quinnemanuel.com)
     Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
     Jon D. Corey (Bar No. 185066)
4    (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California  90017-2543
   Telephone:  (213) 443-3000
6  Facsimile:  (213) 443-3100

7  Attorneys for Mattel, Inc.

8                     UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10                          EASTERN DIVISION

11  CARTER BRYANT, an individual,        CASE NO. CV 04-9049 SGL (RNBx)
                                         Consolidated with
12               Plaintiff,              Case Nos. CV 04-09059 & CV 05-2727

13
14       vs.                             DECLARATION OF TIMOTHY L.
                                         ALGER IN SUPPORT OF MATTEL,
15  MATTEL, INC., a Delaware             INC.'S OPPOSITION TO MGA
    corporation,                         DEFENDANTS' *EX PARTE*
16                                       APPLICATION TO COMPEL THE
                                         DEPOSITIONS OF MATTHEW
17               Defendant.              BOUSQUETTE AND TINA PATEL

18  _____          Hearing Date:  TBA
                                         Time:          TBA
19  AND CONSOLIDATED ACTIONS             Place:         TBA

20                                       **Phase 1**
                                         Discovery Cut-Off: January 28, 2008
21                                       Pre-Trial Conference:  May 5, 2008
                                         Trial Date:   May 27, 2008
22

23

24

25

26

27

28

                                                DECLARATION OF TIMOTHY L. ALGER

# DECLARATION OF TIMOTHY L. ALGER

I, Timothy L. Alger, declare as follows:

1.      I am a member of the bar of the State of California and a partner of Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel").  I make this declaration in support of Mattel's Inc.'s Opposition To MGA Defendants' *Ex Parte* Application To Compel The Depositions Of Matthew Bousquette And Tina Patel.  I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2.      In connection with this litigation, I have had communications with Matthew Bousquette's counsel, Christopher G. Caldwell.  Mr. Caldwell has informed me that Mr. Bousquette, who left the employ of Mattel in December 2005, now lives near Chicago, Illinois.  Mr. Caldwell also has informed me that Mr. Bousquette now has his own company, and his work requires him to travel a great deal.  Much of this travel is outside of the United States.  I have spoken with Mr. Caldwell and Mr. Bousquette regarding his availability for deposition.  They informed me that Mr. Bousquette's business obligations make it difficult to schedule a deposition on short notice. I also inquired as to whether Quinn Emanuel was authorized to accept service of a deposition subpoena on Mr. Bousquette's behalf. Mr. Caldwell and Mr. Bousquette informed me that Quinn Emanuel is not authorized to accept service of a subpoena on Mr. Bousquette's behalf.

-1-

1 | Accordingly, neither I nor my firm has accepted service of a subpoena for Mr.

2 | Bousquette.

3 |       I declare under penalty of perjury under the laws of the United States of

4 | America that the foregoing is true and correct.

5 |       Executed on February 22, 2008, at Los Angeles, California.

7 | Timothy L. Alger

DECLARATION OF TIMOTHY L. ALGER