QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Hon. Edward Infante (Ret.) Pursuant To The Court's Order Of December 6, 2006]**<br><br>DECLARATION OF BRIDGET HAULER IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA'S SUPPLEMENTAL AND SECOND MOTION TO QUASH<br><br>Date:          TBA<br>Time:          TBA<br>Place:         Telephonic<br><br>**Phase 1:**<br>Discovery Cut-off:      January 28, 2008<br>Pre-trial Conference:   April 21, 2008<br>Trial Date:             May 27, 2008 |

DECLARATION OF BRIDGET HAULER

## DECLARATION OF BRIDGET HAULER

I, Bridget Hauler, declare as follows:

1.    I am a member of the bar of the State of California and an Associate with Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently hereto.

2.    On February 6, 2008, I left a voice-mail message for John Petrullo, counsel for Kami Gillmour. He returned my call later that day and stated that Ms. Gillmour would be available for deposition on any date in February, except from the 19th to the 21st.

3.    On February 11, 2008, I received an email from Mr. Petrullo confirming that Ms. Gillmour was available for deposition on February 15 and 29. I responded by email, confirming her deposition for February 29, 2008. A true and correct copy of these e-mails is attached as Exhibit A.

4.    On February 15, 2008, I spoke telephonically with Rachel Harris about her deposition in this matter. During that conversation, she confirmed that she would appear for deposition on February 26, 2008.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 21, 2008, at Los Angeles, California.

Bridget Hauler

07209/2395999.1

-1-

DECLARATION OF BRIDGET HAULER