# EXHIBIT A

**Bridget Hauler**

| | |
|---|---|
| **From:** | Bridget Hauler |
| **Sent:** | Monday, February 11, 2008 2:43 PM |
| **To:** | 'Petrullo, John' |
| **Subject:** | RE: Kami Gillmour's Deposition |

John, we will take her deposition beginning at 10 a.m. on Feb. 29 here at our offices.  Thanks for getting back to me.  I appreciate your cooperation.

---

**From:** Petrullo, John [mailto:jpetrullo@buchalter.com]
**Sent:** Monday, February 11, 2008 10:57 AM
**To:** Bridget Hauler
**Subject:** RE: Kami Gillmour's Deposition

Bridget  -  My client can be available this week on Friday, at 10am, or on Feb 29th at 10am.


John Patrick Petrullo, Esq. | **BuchalterNemer**, A Professional Corporation | 1000 Wilshire Boulevard, Suite 1500 | Los Angeles, CA 90017-2457 | Direct Dial: (213) 891-5022 | Direct Fax: (213) 630-5762 | Switchboard: (213) 891-0700 | jpetrullo@buchalter.com | www.buchalter.com


---

**From:** Bridget Hauler [mailto:bridgethauler@quinnemanuel.com]
**Sent:** Monday, February 11, 2008 10:53 AM
**To:** Petrullo, John
**Subject:** RE: Kami Gillmour's Deposition

Thanks, John.  Please let me know Ms. Gillmour's availability in February as soon as you are able.

Thanks,
Bridget

---

**From:** Petrullo, John [mailto:jpetrullo@buchalter.com]
**Sent:** Monday, February 11, 2008 10:39 AM
**To:** Bridget Hauler
**Subject:** RE: Kami Gillmour's Deposition

I have asked my client for other possible dates and will let you know. As I said, this should be a very short deposition since she knows nothing about this case.


John Patrick Petrullo, Esq. | **BuchalterNemer**, A Professional Corporation | 1000 Wilshire Boulevard, Suite 1500 | Los Angeles, CA 90017-2457 | Direct Dial: (213) 891-5022 | Direct Fax: (213) 630-5762 | Switchboard: (213) 891-0700 |

EXHIBIT ___A___

PAGE ___2___

2/21/2008

jpetrullo@buchalter.com | www.buchalter.com

---

**From:** Bridget Hauler [mailto:bridgethauler@quinnemanuel.com]
**Sent:** Monday, February 11, 2008 10:31 AM
**To:** Petrullo, John
**Subject:** RE: Kami Gillmour's Deposition

John,

Ms. Gillmour is not available at all in February?  This is extremely problematic.  Per Court Order, we have to
depose her February 29 or earlier.  Please let me know asap if she has any availability in February.

Thanks,
Bridget

---

**From:** Petrullo, John [mailto:jpetrullo@buchalter.com]
**Sent:** Monday, February 11, 2008 10:18 AM
**To:** Bridget Hauler
**Subject:** RE: Kami Gillmour's Deposition

Bridget - I can confirm that my client is available for deposition at 10:00 am on Thursday, March 6th.  If this date
doesn't work, let me know asap

thanks again,

John


John Patrick Petrullo, Esq. | **BuchalterNemer**, A Professional Corporation | 1000
Wilshire Boulevard, Suite 1500 | Los Angeles, CA 90017-2457 | Direct Dial: (213)
891-5022 | Direct Fax: (213) 630-5762 | Switchboard: (213) 891-0700 |
jpetrullo@buchalter.com | www.buchalter.com

---

**From:** Bridget Hauler [mailto:bridgethauler@quinnemanuel.com]
**Sent:** Thursday, February 07, 2008 1:12 PM
**To:** Petrullo, John
**Subject:** RE: Kami Gillmour's Deposition

Thanks, John.  Look forward to hearing from you.

---

**From:** Petrullo, John [mailto:jpetrullo@buchalter.com]
**Sent:** Thursday, February 07, 2008 1:11 PM
**To:** Bridget Hauler
**Subject:** RE: Kami Gillmour's Deposition

Bridget - I will get back to you.  I "think" Thursdays work for her tight schedule, but I'll have to confirm and get

EXHIBIT ___A___

2/21/2008

PAGE ___3___

back to you

John Patrick Petrullo, Esq. | **BuchalterNemer**, A Professional Corporation | 1000
Wilshire Boulevard, Suite 1500 | Los Angeles, CA 90017-2457 | Direct Dial: (213)
891-5022 | Direct Fax: (213) 630-5762 | Switchboard: (213) 891-0700 |
jpetrullo@buchalter.com | www.buchalter.com

---

**From:** Bridget Hauler [mailto:bridgethauler@quinnemanuel.com]
**Sent:** Thursday, February 07, 2008 1:06 PM
**To:** Petrullo, John
**Subject:** Kami Gillmour's Deposition

Mr. Petrullo,

I am writing you to follow up on the voice mail that I left you yesterday regarding scheduling your client Ms.
Gillmour's deposition.  You had been in contact previously with Chris Tayback of my office, but we had not heard
back from you regarding your client's dates of availability for deposition.  Please call or email me with your client's
dates of availability in February.

I look forward to hearing from you.

Thanks,

Bridget Hauler
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Direct: (213) 443-3402
Main Phone: (213) 443-3000
Main Fax:  (213) 443-3100
E-mail:  bridgethauler@quinnemanuel.com
Web:  www.quinnemanuel.com

The information contained in this e-mail message is intended only for the personal and confidential use of the
recipient(s) named above.  This message may be an attorney-client communication and/or work product and as
such is privileged and confidential.  If the reader of this message is not the intended recipient or agent responsible
for delivering it to the intended recipient, you are hereby notified that you have received this document in error
and that any review, dissemination, distribution, or copying of this message is strictly prohibited.  If you have
received this communication in error, please notify us immediately by e-mail, and delete the original message.

Notice To Recipient: This e-mail is meant for only the intended recipient of the transmission, and
may be a communication privileged by law. If you received this e-mail in error, any review, use,
dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us
immediately of the error by return e-mail and please delete this message and any and all
duplicates of this message from your system. Thank you in advance for your cooperation. For
additional policies governing this e-mail, please see http://www.buchalter.com/bt/index.php?
option=com_content&task=view&id=151&Itemid=129.

**IRS Circular 230 Disclosure: In order to comply with requirements imposed by the**

EXHIBIT ___A___

2/21/2008                                    PAGE ___4___

**Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.**

Notice To Recipient: This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message and any and all duplicates of this message from your system. Thank you in advance for your cooperation. For additional policies governing this e-mail, please see http://www.buchalter.com/bt/index.php?option=com_content&task=view&id=151&Itemid=129.

**IRS Circular 230 Disclosure: In order to comply with requirements imposed by the Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.**

Notice To Recipient: This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message and any and all duplicates of this message from your system. Thank you in advance for your cooperation. For additional policies governing this e-mail, please see http://www.buchalter.com/bt/index.php?option=com_content&task=view&id=151&Itemid=129.

**IRS Circular 230 Disclosure: In order to comply with requirements imposed by the Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.**

Notice To Recipient: This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message and any and all duplicates of this message from your system. Thank you in advance for your cooperation. For additional policies governing this e-mail, please see http://www.buchalter.com/bt/index.php?option=com_content&task=view&id=151&Itemid=129.

**IRS Circular 230 Disclosure: In order to comply with requirements imposed by the Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.**

EXHIBIT ___A___

PAGE ___5___