QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Hon. Edward Infante (Ret.) Pursuant To The Court's Order Of December 6, 2006]**<br><br>DECLARATION OF TAMAR BUCHAKJIAN IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA'S SUPPLEMENTAL AND SECOND MOTION TO QUASH<br><br>Date:            TBA<br>Time:           TBA<br>Place:          Telephonic<br><br>**Phase 1:**<br>Discovery Cut-off:    January 28, 2008<br>Pre-trial Conference: April 21, 2008<br>Trial Date:               May 27, 2008 |

## DECLARATION OF TAMAR BUCHAKJIAN

I, Tamar Buchakjian, declare as follows:

1. I am a member of the bar of the State of California and an Associate with Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently hereto.

2. On February 18, 2008, I spoke telephonically with Amy Myers about her deposition in this matter. During that conversation, she confirmed that she would appear for deposition on February 22, 2008, 11:30 a.m., at the Crown Plaza hotel near her work. I spoke with Ms. Myers telephonically again on February 21, 2008, confirming with her the conference room for the deposition.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 21, 2008, at Los Angeles, California.

_____
Tamar Buchakjian