QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Hon. Edward Infante (Ret.) Pursuant To The Court's Order Of December 6, 2006]**<br><br>DECLARATION OF CYRUS S. NAIM IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA'S SUPPLEMENTAL AND SECOND MOTION TO QUASH<br><br>Date:  TBA<br>Time:  TBA<br>Place:  Telephonic<br><br>**Phase 1:**<br>Discovery Cut-off:  January 28, 2008<br>Pre-trial Conference:  April 21, 2008<br>Trial Date:  May 27, 2008 |

07209/2411261.1

-1-
NAIM DEC ISO MATTEL'S OPPOSITION TO MGA'S SECOND MOTION TO QUASH

## DECLARATION OF CYRUS S. NAIM

I, Cyrus S. Naim, declare as follows:

1. I am a member of the bar of the State of California and an associate at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. A review of the transcript of the interview of Ana Cabrera dated January 2, 2008 showed that she stated that she had or may have worked on fashions for 73 different Bratz dolls.

3. A review of the transcript of the interview of Beatriz Morales dated January 14, 2008 showed that she stated that she had or may have worked on fashions for 50 different Bratz dolls.

4. During the interview of Ana Cabrera dated January 3, 2008, Cabrera looked through her various records of payments from Veronica Marlow with Mattel's agents. A review of that transcript shows that she has records of payment for a total of approximately $109,489.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 22nd day of February, 2008, at Los Angeles, California.

/s/ Cyrus S. Naim
Cyrus S. Naim

-1-
NAIM DEC ISO MATTEL'S OPPOSITION TO MGA'S SECOND MOTION TO QUASH