```
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
```

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Hon. Edward Infante (Ret.) Pursuant To The Court's Order Of December 6, 2006]**<br><br>[PUBLIC REDACTED] DECLARATION OF JON D. COREY IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA'S SUPPLEMENTAL AND SECOND MOTION TO QUASH<br><br>Date:  TBA<br>Time:  TBA<br>Place: Telephonic<br><br>**Phase 1:**<br>Discovery Cut-off:  January 28, 2008<br>Pre-trial Conference: April 21, 2008<br>Trial Date:  May 27, 2008 |

## DECLARATION OF JON D. COREY

I, Jon D. Corey, declare as follows:

1. I am a member of the bar of the State of California and a partner of Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. Jeff Weiss was served prior to January 29, 2008 and has agreed to appear for deposition on February 26, 2008.

3. Upon being served with subpoenas, Andreas Koch, Kami Gillmour, Amy Myers, and Rachel Harris contacted me and requested that their depositions be rescheduled to February. When asked to agree to reschedule these witnesses' deposition the MGA defendants failed to respond and then opposed Mattel's Ex Parte Application for Leave to conduct their depositions in February.

4. On January 15, 2008, Andreas Koch left me a voice mail stating that he would be out of town on the date noticed for his deposition, but that he would be available to appear at his deposition in February 2008.

5. On January 25, 2008, counsel for Kami Gillmour left me a voice mail message requesting that Ms. Gillmour's deposition be rescheduled and offering to provide convenient dates.

6. On January 26, 2008, I received a phone call from Amy Myers. During the conversation, she asked to have her deposition rescheduled and re-located to a hotel in San Pedro, close to where she lives. I agreed to reschedule and relocate the deposition t a more convenient time and place.

7. On January 28, 2008, Rachel Harris left me a voice mail message asking that her deposition be rescheduled. A colleague from my office returned her call to reschedule.

8. Other than depositions specifically ordered as additional depositions pursuant to the Court's January 7, 2008 Order, Mattel has taken the

depositions of: Carter Bryant, Victoria O'Connor, Jacqueline Prince, Isaac Larian, Steve Linker, Paula Garcia, Brooke Gilbert, Kerri Brode, Dave Malacrida, Janet Bryant, Thomas Bryant, Schuler Bacon, Richard Irmen, Sarah Chui, Maureen Tkacik, Denise O'Neal, MGA 30(b)(6) designees (Kerri Brode, Charmayne Brooks, Kenneth Lockhart, Bryan Armstrong, Lisa Tonnu, Rebecca Harris, Samir Khare, Spencer Woodman, Paula Garcia), and an MGA Hong Kong 30(b)(6) designee (Edmond Lee).

9. Mattel has also taken the depositions of Margaret Leahy, Veronica Marlow, Elise Cloonan, and Jeanne Galvano, but each of those depositions were authorized as additional depositions in the Court's January 7, 2008 Order.

10. Attached as Exhibit 1 is a true and correct copy of a Minute Order dated January 7, 2008.

11. Attached as Exhibit 2 is a true and correct copy of a Minute Order dated February 4, 2008.

12. Attached as Exhibit 3 is a true and correct copy of excerpts of the hearing transcript dated February 4, 2008.

13. Attached as Exhibit 4 is a true and correct copy of the Notice of Motion and Motion of Mattel, Inc. for Leave to Take Additional Discovery and Objections to Discovery Master Order of September 28, 2007, dated November 19, 2007.

14. Attached as Exhibit 5 is a true and correct copy of excerpts of the hearing transcript dated February 11, 2008.

15. Attached as Exhibit 6 is a true and correct copy of excerpts of the Deposition Transcript of Veronica Marlow, dated December 28, 2007.

16. Attached as Exhibit 7 is a true and correct copy of excerpts of the transcript of the interview of Ana Cabrera, dated January 2, 2008.

17. Attached as Exhibit 8 is a true and correct copy of excerpts of the transcript of the interview of Beatriz Morales, dated January 14, 2008.

1  18.  Attached as Exhibit 9 is a true and correct copy of the amended notice of deposition of Kami Gillmour, dated February 11, 2008.

3  19.  Attached as Exhibit 10 is a true and correct copy of amended notice of deposition of Rachel Harris, dated February 12, 2008.

5  20.  Attached as Exhibit 11 is a true and correct copy of the Declaration of Daphne Gronich in Response to Court's Request for Information Regarding Document Preservation, dated September 10, 2007.

8  21.  Attached as Exhibit 12 is a true and correct copy of the Supplemental Declaration of Daphne Gronich in Response to Court's Request for Information Regarding Document Preservation, dated December 4, 2007, and filed December 5, 2007.

12  22.  Attached as Exhibit 13 is a true and correct copy of excerpts of the Deposition Transcript of Lisa Tonnu, dated September 24, 2007 and September 25, 2007.

15  23.  Attached as Exhibit 14 is a true and correct copy of excerpts of the Deposition Transcript of Kenneth Lockhart, dated June 14, 2007 and June 15, 2007.

18  24.  Attached as Exhibit 15 is a true and correct copy of excerpts of the Deposition Transcript of Andreas Koch, dated February 15, 2008.

20  25.  Attached as Exhibit 16 is a true and correct copy of a subpoena to Daphne Gronich served on January 13, 2008.

22  26.  Attached as Exhibit 17 is a true and correct copy of excerpts of the Deposition Transcript of Carter Bryant, dated November 5, 2004.

24  27.  Attached as Exhibit 18 is a true and correct copy of MGA's Supplemental Responses to Mattel's Revised Third Set of Interrogatories, dated November 30, 2007.

27  28.  Attached as Exhibit 19 is a true and correct copy of the [Public Redacted] Declaration Of Michael T. Zeller In Support Of Reply In Support Of

1  Mattel, Inc.'s Ex Parte Application To Compel The Appearance For Deposition Of
2  Ana Cabrera, Beatriz Morales, Maria Salazar, And Mel Woods, dated February 1,
3  2008, without exhibits.
4
5     I declare under penalty of perjury under the laws of the United States of
6  America that the foregoing is true and correct.
7     Executed this 22nd day of February, 2008, at Los Angeles, California.
8
9           _____
              Jon D. Corey
10