# EXHIBIT 5

CARTER BRYANT v. MATTEL, et al.

Page 1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

HONORABLE STEPHEN G. LARSON, JUDGE PRESIDING

CARTER BRYANT,               )
                             )
              Plaintiff,     )
                             )
         vs.                 ) CV 04-09049-SGL(RNBx)
                             )
MATTEL, INC.,                )
                             )
              Defendants.    )
                             )

REPORTER'S TRANSCRIPT OF PROCEEDINGS
RIVERSIDE, CALIFORNIA

MONDAY, FEBRUARY 11, 2008
10:13 A.M.

PAMELA COTTEN, CSR, RDR, CERTIFICATE NO. 4497
PRO TEM COURT REPORTER
UNITED STATES DISTRICT COURT
411 WEST FOURTH STREET, SUITE 1-053
SANTA ANA, CALIFORNIA 92701
pcotten@earthlink.net

EXHIBIT __5__

PAGE __62__

CARTER BRYANT v. MATTEL, et al.

1   abuse here de facto, not necessarily intentional, and,
2   therefore, my order says you shall produce no more than one
3   competent witness on any one topic," and then although denied
4   sanctions, if there was more of an exclamation point from
5   this as what he felt was abuse here, he ordered that these
6   depositions be done at their expense, that they pay all of
7   the fees for these depositions.

8           I respectfully submit that Judge Infante's finding
9   that there has already been abuse in this process changes the
10  dynamic of what we should be talking about here in that they
11  already had an opportunity to produce a competent 30(b)(6)
12  witness.  They failed to do so, and now the sanction is they
13  have been ordered to produce one, and, yes, your Honor, they
14  do have to produce a competent witness who has to inform
15  himself as to what is the company's knowledge.  They don't
16  have to go to AEO.  It is all about preventing sandbagging.
17  It is incredible, your Honor, that we are filing our expert
18  reports today, and we still do not have the 30(b)(6)
19  testimony that was ordered some time ago, met and conferred.
20  This just has been a delay tactic.

21          I respectfully ask you to submit -- or hold to Judge
22  Infante's ruling and lean to his discretion on this one.

23          THE COURT:  Thank you, Mr. Nolan.  Anything further,
24  Mr. Quinn?

25          MR. QUINN:  No, your Honor.

EXHIBIT
PAGE _____

CARTER BRYANT v. MATTEL, et al.

Page 16

1    THE COURT: I'll issue an order this afternoon that
2  will resolve this.

3    MR. QUINN: Thank you, your Honor.

4    MS. ANDERSON: Thank you, your Honor.

5    MR. NOLAN: Your Honor, one last bit because there
6  was a filing before your Honor, just very quickly. I notice
7  that Mattel did file a reply.

8    THE COURT: They -- this is with respect to the
9  other issue regarding those three -- or the two witnesses?

10    MR. NOLAN: Seamstresses, right.

11    THE COURT: The seamstresses. I did read that. I
12  understand there are two sides to that story. I don't think
13  the Court needs to resolve that at this point. If and when
14  that becomes relevant to some other issue, we will take that
15  up, but I've read your position, I've read Mattel's reply to
16  that. I'm sure you may take exception to some of the things
17  that Mattel stated in that, but there's no need at this point
18  in time to spend time focusing on this issue right now. Let's
19  go forward.

20    MR. NOLAN: Right, your Honor. The only point that
21  we wanted to make, your Honor, is that at some point in time
22  we may ask for a hearing because I know you want to hold on
23  to this issue. I think that was the term you used last time.

24    THE COURT: Sure.

25    MR. NOLAN: We do believe that it raises a very

CARTER BRYANT v. MATTEL, et al.

1   serious issue under 1512 of Title 18 about intimidation of

2   witnesses and that a hearing may be required on the matter.

3   We will continue to let this thing develop a little bit, but

4   we are going to reserve that issue and bring it back to you

5   rather than Judge Infante at your request.

6           THE COURT:  So observed, Counsel.  Thank you.

7           MR. NOLAN:  Thank you very much.

8           MR. QUINN:  Thank you.

9           MS. ANDERSON:  Thank you.

10              (End of proceeding 10:31 A.M.)

11                    --ooOoo--

12

13

14

15

16

17

18

19

20

21

22

23

24      EXHIBIT ___5___

25      PAGE ___65___

# EXHIBIT 6

**THIS EXHIBIT IS FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER**

# EXHIBIT 7

**THIS EXHIBIT IS FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER**

# EXHIBIT 8

**THIS EXHIBIT IS FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER**

# EXHIBIT 9

1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
    John B. Quinn (Bar No. 090378)
2    johnquinn@quinnemanuel.com
    Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
    Jon D. Corey (Bar No. 185066)
4    (joncorey@quinnemanuel.com)
    Timothy L. Alger (Bar No. 160303)
5    (timalger@quinnemanuel.com)
    865 South Figueroa Street, 10th Floor
6  Los Angeles, California 90017-2543
    Telephone: (213) 443-3000
7  Facsimile: (213) 443-3100

8  Attorneys for Mattel, Inc.

9

10              UNITED STATES DISTRICT COURT

11           CENTRAL DISTRICT OF CALIFORNIA

12                  EASTERN DIVISION

13  CARTER BRYANT, an individual,        CASE NO. CV 04-9049 SGL (RNBx)

14          Plaintiff,                   Consolidated with
                                         Case No. CV 04-09059
15      vs.                              Case No. CV 05-02727

16  MATTEL, INC., a Delaware             AMENDED NOTICE OF
    corporation,                         DEPOSITION OF KAMI GILLMOUR
17
            Defendant.                   Date:    February 29, 2008
18                                       Time:    10:00 a.m.
                                         Place.:  Quinn Emanuel Urquhart Oliver
19  AND CONSOLIDATED CASES                        & Hedges LLP
                                                  865 S. Figueroa St., 10th Flr.
20                                                Los Angeles, CA 90017

21                                       Phase 1
                                         Discovery Cut-Off: January 28, 2008
22                                       Pre-Trial Conference: May 5, 2008
                                         Trial Date:       May 27, 2008
23

24

25

26

27                          EXHIBIT __9__

28                          PAGE __107__

7209/2386355.1                2-11-08

                            AMENDED NOTICE OF DEPOSITION OF KAMI GILLMOUR

1 TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE that Mattel, Inc. will take the deposition of

3 Kami Gillmour, c/o Buchalter Nemer, 1000 Wilshire Blvd., Suite 1500, Los

4 Angeles, CA 90017, on February 29, 2008, beginning at 10:00 a.m., at the offices of

5 Quinn Emanuel Urquhart Oliver & Hedges LLP, S. Figueroa St., 10th Floor, Los

6 Angeles, CA 90017.

7      PLEASE TAKE FURTHER NOTICE that the deposition will take

8 place upon oral examination before a duly authorized notary public or other officer

9 authorized to administer oaths at depositions, and will continue from day to day,

10 Sundays, Saturdays and legal holidays excepted, until completed.

11      PLEASE TAKE FURTHER NOTICE that, pursuant to <u>Fed. R. Civ.</u>

12 <u>P.</u> 30(b)(2), the deposition will be videotaped. Mattel also reserves the right to use

13 Livenote or other technology for real-time transcription of the testimony.

14

15 DATED: February 11, 2008      QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

16

17                              By _____

18                              Michael T. Zeller
                             Attorneys for Mattel, Inc.

19

20

21

22

23

24

25

26

27 EXHIBIT __9__

28 PAGE __108__

17209/2386355.1

-2-

1  **PROOF OF SERVICE**

2     I am employed in the County of Los Angeles, State of California.  I am over the age of
   eighteen years and not a party to the within action; my business address is 865 South Figueroa
3  Street, 10th Floor, Los Angeles, California 90017-2543.

4     On February 11, 2008, I served true copies of the following document(s) described as
   **AMENDED NOTICE OF DEPOSITION OF KAMI GILLMOUR** on the parties in this action
5  as follows:

6     John W. Keker, Esq.
      Michael H. Page, Esq.
7     Christina M. Anderson, Esq.
      **Keker & Van Nest, LLP**
8     710 Sansome Street
      San Francisco, CA 94111

9
   **BY MAIL:**  I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I
10 deposited such envelope(s) in the mail at Los Angeles, California.  The envelope was mailed with
   postage thereon fully prepaid.

11
   **BY FEDEX:**  I deposited such document(s) in a box or other facility regularly maintained by
12 FedEx, or delivered such document(s) to a courier or driver authorized by FedEx to receive
   documents, in sealed envelope(s) or package(s) designated by FedEx with delivery fees paid or
13 provided for, addressed to the person(s) being served.

14     I declare that I am employed in the office of a member of the bar of this Court at whose
   direction the service was made.

15
       Executed on February 11, 2008, at Los Angeles, California.
16

17
                                                    _____
18                                                  Andrea Hoeven

19

20

21

22

23

24

25

26

27
                              EXHIBIT ___9___
28
                              PAGE___109___

07209/2217871.1

1

## PROOF OF SERVICE

2       I am employed in the County of Los Angeles, State of California.  I am over the age of
eighteen years and not a party to the within action; my business address is Now Legal Service,
3  1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

4       On February 11, 2008, I served true copies of the following document(s) described as
**AMENDED NOTICE OF DEPOSITION OF KAMI GILLMOUR** on the parties in this action
5  as follows:

6      Thomas J. Nolan                  Mark E. Overland
        **Skadden, Arps, Slate, Meagher & Flom**  David C. Scheper
7      **LLP**                        Alexander H. Cote
        300 South Grand Ave., Ste. 3400      **Overland Borenstein Scheper & Kim**
8      Los Angeles, CA 90071           **LLP**
                                    300 South Grand Avenue, Suite 2750
9                                   Los Angeles, CA 90071

10     John Patrick Petrullo, Esq. |
       **BuchalterNemer**
11    1000 Wilshire Boulevard, Suite 1500
       Los Angeles, CA 90017-2457

12

    **BY PERSONAL SERVICE:**  I delivered such envelope(s) by hand to the office of the person(s)
13  being served.

14       I declare that I am employed in the office of a member of the bar of this Court at whose
direction the service was made.
15

       Executed on February 11, 2008, at Los Angeles, California.
16

17

18                      NOW LEGAL -- Dave Quintana

19

20

21

22

23

24

25

26

27               EXHIBIT ___9___

28               PAGE ___110___

07209/2217862.1

quinn emanuel

# EXHIBIT 10

1   QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
      John B. Quinn (Bar No. 090378)
2      johnquinn@quinnemanuel.com
      Michael T. Zeller (Bar No. 196417)
3      (michaelzeller@quinnemanuel.com)
      Jon D. Corey (Bar No. 185066)
4      (joncorey@quinnemanuel.com)
      Timothy L. Alger (Bar No. 160303)
5      (timalger@quinnemanuel.com)
      865 South Figueroa Street, 10th Floor
6    Los Angeles, California 90017-2543
      Telephone:   (213) 443-3000
7    Facsimile:   (213) 443-3100

8   Attorneys for Mattel, Inc.

9

10              UNITED STATES DISTRICT COURT

11             CENTRAL DISTRICT OF CALIFORNIA

12                    EASTERN DIVISION

13   CARTER BRYANT, an individual,       CASE NO. CV 04-9049 SGL (RNBx)

14            Plaintiff,                  Consolidated with
                                          Case No. CV 04-09059
15        vs.                             Case No. CV 05-02727

16   MATTEL, INC., a Delaware            AMENDED NOTICE OF
     corporation,                        DEPOSITION OF RACHEL HARRIS
17
              Defendant.                 Date:   February 22, 2008
18                                        Time:   10:00 a.m.
                                          Place.: Quinn Emanuel Urquhart Oliver
19   AND CONSOLIDATED CASES                      & Hedges LLP
                                                 865 S. Figueroa St., 10th Flr.
20                                               Los Angeles, CA 90017

21                                        Phase 1
                                          Discovery Cut-Off: January 28, 2008
22                                        Pre-Trial Conference: May 5, 2008
                                          Trial Date:       May 27, 2008
23

24

25

26
                        EXHIBIT ___10___
27
                        PAGE ___111___
28

7209/2386355.1                    2·12·08
                                          AMENDED NOTICE OF DEPOSITION OF RACHEL HARRIS

1 | TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2 |          PLEASE TAKE NOTICE that Mattel, Inc. will take the deposition of

3 | Rachel Harris, beginning at 10:00 a.m., at the offices of Quinn Emanuel Urquhart

4 | Oliver & Hedges LLP, S. Figueroa St., 10th Floor, Los Angeles, CA 90017.

5 |          PLEASE TAKE FURTHER NOTICE that the deposition will take

6 | place upon oral examination before a duly authorized notary public or other officer

7 | authorized to administer oaths at depositions, and will continue from day to day,

8 | Sundays, Saturdays and legal holidays excepted, until completed.

9 |          PLEASE TAKE FURTHER NOTICE that, pursuant to <u>Fed. R. Civ.</u>

10 | <u>P.</u> 30(b)(2), the deposition will be videotaped. Mattel also reserves the right to use

11 | Livenote or other technology for real-time transcription of the testimony.

12 |

13 | DATED: February 12, 2008          QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

14 |

15 |                                        By _____

16 |                                             Michael T. Zeller
     |                                             Attorneys for Mattel, Inc.

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |          EXHIBIT ___10___

28 |          PAGE ___112___

7209/2386355.1

-2-
AMENDED NOTICE OF DEPOSITION OF RACHEL HARRIS

1

# PROOF OF SERVICE

2
3

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

4
5

On February 12, 2008, I served true copies of the following document(s) described as **AMENDED NOTICE OF DEPOSITION OF RACHEL HARRIS** on the parties in this action as follows:

6
7
8
9

Thomas J. Nolan
Skadden, Arps, Slate, Meageher & Flom LLP
300 South Grand Ave., Ste. 3400
Los Angeles, CA 90071

Mark E. Overland
David C. Scheper
Alexander H. Cote
**Overland Borenstein Scheper & Kim LLP**
300 South Grand Avenue, Suite 2750
Los Angeles, CA 90071

10
11

Rachel Harris
2221 S. Primrose Ave.
Monrovia, CA 91016

12

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

13
14

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

15

Executed on February 12, 2008, at Los Angeles, California.

16
17
18

NOW LEGAL -- Dave Quintana

19
20
21
22
23
24
25
26
27

EXHIBIT __10__

28

PAGE __113__

07209/2217862.1

1

## PROOF OF SERVICE

2        I am employed in the County of Los Angeles, State of California.  I am over the age of
eighteen years and not a party to the within action; my business address is 865 South Figueroa
3    Street, 10th Floor, Los Angeles, California 90017-2543.

4        On February 12, 2008, I served true copies of the following document(s) described as
**AMENDED NOTICE OF DEPOSITION OF RACHEL HARRIS** on the parties in this action
5    as follows:

6        John W. Keker, Esq.
        Michael H. Page, Esq.
7        Christina M. Anderson, Esq.
        **Keker & Van Nest, LLP**
8        710 Sansome Street
        San Francisco, CA 94111

9

**BY MAIL:**  I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I
10    deposited such envelope(s) in the mail at Los Angeles, California.  The envelope was mailed with
postage thereon fully prepaid.

11

**BY FEDEX:**  I deposited such document(s) in a box or other facility regularly maintained by
12    FedEx, or delivered such document(s) to a courier or driver authorized by FedEx to receive
documents, in sealed envelope(s) or package(s) designated by FedEx with delivery fees paid or
13    provided for, addressed to the person(s) being served.

14        I declare that I am employed in the office of a member of the bar of this Court at whose
direction the service was made.

15

16        Executed on February 12, 2008, at Los Angeles, California.

17

18                             Andrea Hoeven

19

20

21

22

23

24

25

26

27              EXHIBIT ___10___

28              PAGE ___114___

quinn emanuel

07209/2217871.1