QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff and Cross-Defendant Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>             Plaintiff,<br><br>       vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>             Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>[To Be Heard By Discovery Master Hon. Edward Infante (Ret.) Pursuant To The Court's Order Of December 6, 2006]<br><br>**PROOF OF SERVICE**<br><br>Date:         TBA<br>Time:        TBA<br>Place:       Telephonic<br><br>**Phase 1:**<br>Discovery Cut-off:        January 28, 2008<br>Pre-trial Conference:    April 21, 2008<br>Trial Date:                     May 27, 2008 |

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On February 22, 2008, I served true copies of the following document(s) described as **SEE ATTACHED DOCUMENT LIST** on the parties in this action as follows:

Thomas J. Nolan, Esq.
**Skadden, Arps, Slate, Meagher & Flom LLP**
300 So. Grand Ave.
Suite 3400
Los Angeles CA 90071

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 22, 2008, at Los Angeles, California.

_____
NOW LEGAL -- Dave Quintana


## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On February 22, 2008, I served true copies of the following document(s) described as **SEE ATTACHED DOCUMENT LIST** on the parties in this action as follows:

| | |
|---|---|
| John W. Keker<br>Michael H. Page<br>Christa M. Anderson<br>**Keker & Van Nest, LLP**<br>710 Sansome Street<br>San Francisco, CA 94111<br>***Attorneys for CARTER BRYANT*** | Mark E. Overland, Esq.<br>David E. Scheper, Esq.<br>Alexander H. Cote, Esq.<br>**Overland Borenstein Scheper & Kim, LLP**<br>300 South Grand Avenue<br>Suite 2750<br>Los Angeles, CA 90071-3144<br>***Attorneys for Carlos Gustavo Machado*** |

**BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 22, 2008, at Los Angeles, California.

*/s/ Yalonda J. Dekle*
Yalonda J. Dekle

## DOCUMENT LIST

1). MATTEL, INC'S OPPOSITION TO MGA'S SUPPLEMENTAL AND SECOND MOTION TO QUASH

2). DECLARATION OF JON D. COREY IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA'S SUPPLEMENTAL AND SECOND MOTION TO QUASH

3). DECLARATION OF BRIDGET HAULER IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA'S SUPPLEMENTAL AND SECOND MOTION TO QUASH

4). DECLARATION OF TAMAR BUCHAKJIAN IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA'S SUPPLEMENTAL AND SECOND MOTION TO QUASH

5). DECLARATION OF CYRUS S. NAIM IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA'S SUPPLEMENTAL AND SECOND MOTION TO QUASH

6). PROOF OF SERVICE