QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>STIPULATION RE: EXPERT DISCOVERY FOR PHASE 1<br><br>**Phase 1:**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

## **STIPULATION**

This Stipulation is entered into by and between Mattel, Inc. on the one hand, and MGA Entertainment, Inc., Isaac Larian, MGA Entertainment (HK) Limited, and MGAE de Mexico S.R.L. de C.V., Carter Bryant, on the other hand, with reference to the following:

WHEREAS, on October 31, 2007, the Court established a schedule for expert discovery related to Phase 1(a) and 1(b) in this case;

WHEREAS, pursuant to the Court's October 31, 2007 Order, initial expert reports must be served by February 11, 2008 and rebuttal reports must be served by March 17, 2008;

WHEREAS, pursuant to the Court's October 31, 2007 Order, expert discovery must be concluded by March 31, 2008; and

WHEREAS, the parties seek the Court's approval for the following procedures, to which the parties have agreed to facilitate completing expert discovery within the time permitted;

THEREFORE, the undersigned parties, through their undersigned counsel, stipulate and agree as follows:

1.  Each party shall provide the other parties with a list of the documents sought from each of the experts identified by the responding party (the "Expert Document Requests"). The Expert Document Requests shall not be interpreted to seek the following category of documents, nor shall they be the subject of discovery or inquiry at trial:

    (a) communications between the expert and counsel authored by the attorney or the expert or their respective staff members;

    (b) notes, drafts, preliminary reports or any other type of work done by or for experts authored by the attorney or the expert or their respective staff members.

These exclusions from the Expert Document Requests shall not apply to any material or information that the Expert relies upon for his or her opinion or opinions. In addition, these exclusions from the Expert Document Requests shall not apply to Tina Tomiyama.

2. The responding party shall produce documents responsive to the Expert Document Requests within seven (7) calendar days of the receipt by counsel of the Expert Document Requests;

3. This Stipulation shall not constitute a waiver by any party to 1) submit more than one Expert Document Request or to request that a particular identified expert produce documents in addition to those included on any Expert Document Requests; or 2) object to any portion of the Expert Document Requests and to the production of documents responsive thereto;

4. Experts located outside of this District shall be deposed at their city of residence or such other location that the parties may agree upon in writing;

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | DATED: February 25, 2008 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP |
| 2 | | |
| 3 | | By /s/ Carl Alan Roth |
| 4 | | Carl Alan Roth |
| 5 | | Attorneys for Counter-Defendants MGA ENTERTAINMENT, INC., ISAAC LARIAN, MGA ENTERTAINMENT (HK) LIMITED, and MGAE de MEXICO S.R.L. de C.V. |
| 6 | | |
| 7 | | |
| 8 | DATED: February 25, 2008 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
| 9 | | |
| 10 | | By /s/ Jon D. Corey |
| 11 | | Jon D. Corey |
| | | Attorneys for Mattel, Inc. |
| 12 | | |
| 13 | DATED: February 25, 2008 | KEKER & VAN NEST, LLP |
| 14 | | |
| 15 | | By /s/ Michael Page |
| | | Michael Page |
| 16 | | Attorneys for Carter Bryant |

07209/2412482.1

-3-

STIPULATION RE: EXPERT DISCOVERY