1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10             EASTERN DIVISION

11   CARTER BRYANT, an individual,          CASE NO. CV 04-9049 SGL (RNBx)
                                            Consolidated with
12            Plaintiff,                    Case No. CV 04-09059
                                            Case No. CV 05-02727
13        vs.
                                            [PROPOSED] ORDER ON
14   MATTEL, INC., a Delaware               STIPULATION RE: EXPERT
     corporation,                           DISCOVERY FOR PHASE 1
15
              Defendant.
16
                                            **Phase 1:**
17   AND CONSOLIDATED ACTIONS               Discovery Cut-Off:    January 28, 2008
                                            Pre-Trial Conference: May 5, 2008
18                                          Trial Date:           May 27, 2008

19

20

21

22

23

24

25

26

27

28

07209/2413738.1

[PROPOSED] ORDER ON STIPULATION RE: EXPERT DISCOVERY

**[Proposed] Order**

Based on the stipulation of the parties, and good cause appearing therefor, it is hereby ORDERED that:

1.     Each party shall provide the other parties with a list of the documents sought from each of the experts identified by the responding party (the "Expert Document Requests").  The Expert Document Requests shall not be interpreted to seek the following category of documents, nor shall they be the subject of discovery or inquiry at trial:

(a)     communications between the expert and counsel authored by the attorney or the expert or their respective staff members;

(b)     notes, drafts, preliminary reports or any other type of work done by or for experts authored by the attorney or the expert or their respective staff members.

These exclusions from the Expert Document Requests shall not apply to any material or information that the Expert relies upon for his or her opinion or opinions. In addition, these exclusions from the Expert Document Requests shall not apply to Tina Tomiyama.

2.     The responding party shall produce documents responsive to the Expert Document Requests within seven (7) calendar days of the receipt by counsel of the Expert Document Requests;

3.     The stipulation of the parties shall not constitute a waiver by any party to 1) submit more than one Expert Document Request or to request that a particular identified expert produce documents in addition to those included on any Expert Document Requests; or 2) object to any portion of the Expert Document Requests and to the production of documents responsive thereto;

07209/2413738.1

-1-

1        4.    Experts located outside of this District shall be deposed at their

2    city of residence or such other location that the parties may agree upon in writing;

3        IT IS SO ORDERED.

4

5    DATED:          , 2008

6

7                _____

            Hon. Stephen G. Larson

8                United States District Court Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28