THOMAS J. NOLAN (Bar No. 66992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600
E-mail: tnolan@skadden.com

RAOUL D. KENNEDY (Bar No. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Embarcadero Center, 38th Floor
San Francisco, California 94111-5974
Telephone: (415) 984-6400
Facsimile: (415) 984-2698
Email: rkennedy@skadden.com

Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico S.R.L. de C.V., and Isaac Larian

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation<br><br>Defendant.<br><br>Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>**DISCOVERY MATTER**<br><br>[To be heard by Discovery Master Hon. Edward A. Infante (Ret.)]<br><br>**DECLARATION OF PHILIP W. MARSH IN SUPPORT OF MGA'S MOTION TO STRIKE MATTEL'S REPLY IN SUPPORT OF ITS MOTION FOR RECONSIDERATION OF PORTIONS OF DISCOVERY MASTER'S DECEMBER 31, 2007 ORDER**<br><br>Date: TBD<br>Time: TBD<br>Place: TBD |

DECLARATION OF PHILIP W. MARSH IN SUPPORT OF MGA'S MOTION TO STRIKE MATTEL'S REPLY IN SUPPORT OF ITS MOTION FOR RECONSIDERATION OF DISCOVERY MASTER'S DECEMBER 31, 2007 ORDER

I, Philip W. Marsh, declare as follows:

I am an associate of the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, which is counsel of record for MGA Entertainment, Inc. ("MGA"), MGA Entertainment (HK) Limited, and MGAE de Mexico S.R.L. de C.V., and Isaac Larian (collectively the "MGA Defendants"). I am one of Skadden's lawyers assigned to the above-captioned litigation. Except where otherwise indicated, I have personal knowledge of the following and, if called upon to do so, could competently testify as follows.

1. Attached as Exhibit A is a true and correct copy of the Stipulation for Appointment of a Discovery Master; and Order, dated December 6, 2006.

2. Attached as Exhibit B is a true and correct copy of Mattel, Inc's Reply Memorandum in Support of Its Motion for Reconsideration of Portions of Discovery Master's December 31, 2007 Order, filed and served on February 15, 2008. MGA has no record of Mattel seeking any stipulation to extend the filing deadline for its Reply beyond January 29, 2008.

3. Attached as Exhibit C is a true and correct copy of the Court's Minute Order, dated February 4, 2008.

4. Attached as Exhibit D is a true and correct copy of Mattel's Modification of Defendants' Proposal for trial phasing, which was adopted by the Court's July 2, 2007 Minute Order.

5. Attached as Exhibit E is a true and correct copy of the Court's Minute Order, dated July 2, 2007.

DECLARATION OF PHILIP W. MARSH IN SUPPORT OF MGA'S MOTION TO STRIKE MATTEL'S REPLY IN SUPPORT OF ITS MOTION FOR RECONSIDERATION OF DISCOVERY MASTER'S DECEMBER 31, 2007 ORDER

1  I declare under the penalty of perjury under the laws of the United States of
2  America that the foregoing is true and correct.
3
4  Executed on February 25, 2008 at Washington, District of Columbia.
5
6  _____
   Philip W. Marsh
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2