QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>MATTEL INC.'S NOTICE OF LODGING OF [PROPOSED] ORDER GRANTING MATTEL, INC.'S MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER'S DECEMBER 31, 2007 ORDER REGARDING HARD DRIVES<br><br>**Phase 1**<br>Discovery Cut-Off:   January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date:                 May 27, 2008 |

07209/2414151.1

NOTICE OF LODGING RE [PROPOSED] ORDER GRANTING MOTION OBJECTING TO DECEMBER 31, 2007 ORDER RE HARD DRIVES

1  PLEASE TAKE NOTICE that pursuant to the Court's request at today's
2  hearing, plaintiff Mattel, Inc. ("Mattel") hereby lodges a [Proposed] Order Granting
3  Mattel, Inc.'s Motion Objecting To Portions Of Discovery Master's December 31,
4  2007 Order Regarding Hard Drives.

6  DATED: February 25, 2008         QUINN EMANUEL URQUHART OLIVER &
                                     HEDGES, LLP

               By /s/ Cyrus S. Naim
                  Cyrus S. Naim
                  Attorneys for Mattel, Inc.