QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443 3000
Facsimile:   (213) 443 3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**NOTICE OF TAKING OFF-CALENDAR MATTEL, INC.'S MOTION FOR LETTER OF REQUEST; AND**<br><br>**RESPONSE TO MGA'S PRELIMINARY RESPONSE TO MATTEL'S MOTION FOR LETTER OF REQUEST**<br><br>Hearing Date:   March 3, 2008<br>Time:                10:00 a.m.<br>Courtroom:      1<br><br>**Phase 1**<br>Discovery Cut-off:      January 28, 2008<br>Pre-trial Conference:  May 5, 2008<br>Trial Date                   May 27, 2008 |

07209/2414153.1

MOTION FOR ISSUANCE OF LETTER OF REQUEST

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE Mattel, Inc. hereby takes off calendar its Motion for Letter of Request for International Assistance that Mattel had previously noticed for March 3, 2008, at 10:00 a.m., in the courtroom of Honorable Stephen G. Larson, located at 3470 Twelfth Street, Riverside, California, 92501.

The Motion sought the issuance of a Letter of Request for International Judicial Assistance: (1) to compel the oral deposition and production of documents by Janine Brisbois in her personal capacity in Ontario, Canada; and (2) to compel the oral deposition of MGA Entertainment Canada Company's ("MGA Canada") person most knowledgeable and the production of documents by MGA Canada in Ontario, Canada.  Currently, Mattel believes that the depositions of Ms. Brisbois and MGA Entertainment Canada Company, relate to Phase 2 of the consolidated actions, as to which the Court has stayed discovery.  Mattel therefore takes the Motion off calendar on that basis.

Mattel, however, reserves the right to re-notice the Motion at any time in the future for a hearing convenient to the Court.  In light of certain of the issues raised in the MGA defendants' recently submitted expert reports, including efforts to inject into Phase 1 certain issues that will require from Mattel a defense demonstrating the MGA defendants theft of and access to Mattel confidential and proprietary information, including information stolen and/or accessed by Ms. Brisbois, Mattel reserves the right to re-notice the deposition prior to the conclusion of the trial of Phase 1.

DATED:  Feburary 25, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP


By  /s/ Jon D. Corey
Jon D. Corey
Attorneys for Mattel, Inc.