|   |   |   |
|---|---|---|
| 1 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP | |
|   | John B. Quinn (Bar No. 090378) | |
| 2 | johnquinn@quinnemanuel.com | |
|   | Michael T. Zeller (Bar No. 196417) | |
| 3 | (michaelzeller@quinnemanuel.com) | |
|   | Jon D. Corey (Bar No. 185066) | |
| 4 | (joncorey@quinnemanuel.com) | |
|   | 865 South Figueroa Street, 10th Floor | |
| 5 | Los Angeles, California 90017-2543 | |
|   | Telephone: (213) 443-3000 | |
| 6 | Facsimile: (213) 443-3100 | |

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
|---|---|
| Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
| vs. | |
| MATTEL, INC., a Delaware corporation, | Hon. Stephen G. Larson |
| Defendant. | **NOTICE OF NON-OPPOSITION BY CARTER BRYANT TO MATTEL, INC.'S MOTION FOR LEAVE TO TAKE ADDITIONAL DISCOVERY ON THE MGA DEFENDANTS' UNCLEAN HANDS AFFIRMATIVE DEFENSE; AND RESPONSE TO THE MGA DEFENDANTS' PRELIMINARY RESPONSE TO MATTEL, INC.'S MOTION FOR LEAVE TO TAKE ADDITIONAL DISCOVERY ON THE MGA DEFENDANTS' UNCLEAN HANDS AFFIRMATIVE DEFENSE** |
| AND CONSOLIDATED ACTIONS | |
|   | [Supplemental Declaration of Jon D. Corey filed concurrently herewith] |
|   | Hearing Date: March 3, 2008<br>Time: 10:00 a.m.<br>Courtroom: 1 |
|   | **Phase 1:**<br>Discovery Cut-off: January 28, 2008<br>Pre-trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07975/2414156.1

NOT. OF NON-OPP. TO MATTEL'S MTN. FOR LEAVE TO TAKE ADDT'L DISCOVERY; RESPONSE TO MGA'S PRELIM. RESPONSE

MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. de C.V. and Isaac Larian (hereinafter collectively referred to as the "MGA Defendants") offer no opposition to Mattel's Motion For Leave To Take Additional Discovery On The MGA Defendants' Unclean Hands Affirmative Defense (the "Motion"). Instead, the MGA Defendants entirely withdraw their unclean hands defense for Phase 1, albeit only after Mattel filed its Motion.[1] The MGA Defendants represented to the Court that they will assert their unclean hands affirmative defense only in Phase 2 of this matter.[2]

Carter Bryant ("Bryant") also offers no opposition to Mattel's Motion. Bryant, however, has not withdrawn his unclean hands affirmative defense as it pertains to Phase 1. The MGA Defendants and Bryant each incorporate the others' defenses as an affirmative defense to Mattel's Counterclaims.[3] Bryant, for example, asserts:

> Twenty-Second Affirmative Defense
>
> (Joinder in Defenses of Co-Defendants)
>
> Bryant hereby adopts and incorporates by this reference any and all other affirmative defenses that have been or will be asserted by any other defendant (including MGA) in this litigation to the extent that defendants may share in such affirmative defenses.[4]

Mattel's maintains its request to take additional discovery on the MGA Defendants' unclean hands defense because Bryant has not withdrawn the portions of his

---

[1] MGA filed their Notice of Withdrawal of Unclean Hands Defense as It Pertains to Phase 1 on February 15, 2008. See Supplemental Declaration of Jon D. Corey, dated February 25, 2008 ("Supp. Corey Dec."), filed concurrently herewith, Exh. 1.
[2] Id.
[3] See e.g. Amended Answer and Affirmative Defenses of MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico S.R.L de CV to Mattel, Inc.'s Second Amended Answer and Counterclaims, at 25:24-26:1, dated September 19, 2007, attached to the Corey Dec. Exh. 3; and Carter Bryant's Reply to Mattel's Counterclaims, dated August 13, 2007, at 17:16-20, attached to the Supp. Corey Dec., Exh. 4.
[4] Carter Bryant's Reply to Mattel's Counterclaims, dated August 13, 2007, at 17:16-20, attached to the Supp. Corey Dec., Exh. 4.

07975/2414156.1

-1-

defenses incorporating the MGA defendants' unclean hands defense, as it pertains to Phase 1. Bryant's Responses to Mattel, Inc.'s Amended Supplemental Interrogatory Regarding Defendants' Affirmative Defenses, for example, contain page after page of allegations parroting the MGA Defendants' unclean hands defense.[5]

      Mattel's Motion is not moot. Bryant has neither withdrawn his affirmative defenses incorporating MGA's affirmative defenses, including the MGA Defendants' unclean hands defense as it pertains to Phase 1; nor does he oppose Mattel's Motion. For these reasons and the reasons set forth in its Motion, Mattel requests that its Motion be granted in its entirety.

DATED: February 25, 2008    QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Jon D. Corey
   Jon D. Corey
   Attorneys for Mattel, Inc.

---

[5] Compare Supp. Corey Dec., Exh. 3 (Amended Answer and Affirmative Defenses of MGA Entertainment, Inc., MGA Entertainment (HK) Limited, and MGAE de Mexico, S.R.L. de C.V. to Mattel, Inc.'s Second Amended Answer and Counterclaims at 20-21) with Supp. Corey Dec. Exh. 5 (Carter Bryant's Responses to Mattel, Inc.'s Amended Supplemental Interrogatory Regarding Defendants' Affirmative Defenses at 3-32).