Jon D. Corey (Bar No. 185066)
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa St., 10th Floor
Los Angeles, CA 90017
Tel.: (213) 443-3000

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual, <br><br> PLAINTIFF(S) <br> v. <br><br> MATTEL, INC., a Delaware corporation, <br><br> DEFENDANT(S). | CASE NUMBER: <br> CV 04-9049 SGL (RNBx) <br><br> NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
Exhibit 5 to the Supplemental Declaration of Jon D. Corey I.S.O. Mattel, Inc.'s Notice Of Non-Opposition by Carter Bryant To Mattel, Inc.'s Motion For Leave To Take Additional Discovery On The MGA Defendants' Unclean Hands Affirmative Defense; and Response to the MGA Defendants' Preliminary Response; Application to File Under Seal; and [Proposed] Order

**Document Description:**

- [ ] Administrative Record
- [X] Exhibits
- [ ] Ex Part Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)
- [X] Other Application to File Under Seal and [Proposed] Order

**Reason:**

- [X] Under Seal
- [ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- [ ] Electronic versions are not available to filer
- [X] Per Court order dated January 4, 2005
- [ ] Manual Filing required (*reason*):

February 25, 2008
Date

Attorney Name
/s/ Jon D. Corey
Mattel, Inc.
Party Represented

Note: File one Notice in each case, each time you manually file document(s).