Lsd order + Declaration

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
|---|---|
| Plaintiff, | Consolidated with Case Nos. CV 04-09059 & CV 05-2727 |
| vs. | |
| MATTEL, INC., a Delaware corporation, | MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL THE DECLARATION OF JON D. COREY IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA DEFENDANTS' *EX PARTE* APPLICATION TO COMPEL THE DEPOSITIONS OF MATTHEW BOUSQUETTE AND TINA PATEL |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | |

[[Proposed] Order filed concurrently herewith]

Date: TBD
Time: TBD
Place: TBD

**Phase 1**
Discovery Cut-Off: January 28, 2008
Pre-Trial Conference: May 5, 2008
Trial Date: May 27, 2008

ORIGINAL

07209/2412437.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1    Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order
2  entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3  requests that the Court order filed under seal the Declaration of Jon D. Corey In
4  Support Of Mattel, Inc.'s Opposition To MGA Defendants' Ex Parte Application To
5  Compel The Depositions Of Matthew Bousquette And Tina Patel (the "Corey
6  Declaration").

7    The Corey Declaration includes materials that Mattel or MGA have
8  designated as "Confidential" or "Confidential--Attorneys' Eyes Only" pursuant to
9  the Protective Order.  Accordingly, Mattel requests that the Court order that the
10 Corey Declaration be filed under seal.

11   In the alternative, Mattel requests that the Court declare that these
12 materials are outside the definitions of "Confidential" and "Confidential--Attorneys'
13 Eyes Only" as contained in the Stipulated Protective Order and order them to be
14 filed as part of the public record.

16 DATED: February 22, 2008          QUINN EMANUEL URQUHART OLIVER &
                                     HEDGES, LLP

18                                   By_____
19                                     Bernard B. Smyth
                                       Attorneys for Mattel, Inc.

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On February 25, 2008, I served true copies of the following document(s) described as **MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL THE DECLARATION OF JON D. COREY IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA DEFENDANTS' *EX PARTE* APPLICATION TO COMPEL THE DEPOSITIONS OF MATTHEW BOUSQUETTE AND TINA PATEL** on the parties in this action as follows:

Thomas J. Nolan, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
300 So. Grand Ave.
Suite 3400
Los Angeles CA 90071

Mark E. Overland, Esq.
David C. Scheper, Esq.
Alexander H. Cote, Esq.
Overland, Borenstein, Scheper & & Kim, LLP
300 S. Grand Avenue, Suite 2750
Los Angeles, CA 90071

John W. Keker, Esq.
Michael H. Page, Esq.
Christa M. Anderson, Esq.
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111

**BY MAIL:** I am "readily familiar" with the practices of Quinn Emanuel Urquhart Oliver & Hedges for collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. I enclosed the foregoing in sealed envelope(s) addressed as shown above, and such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary business practices.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 25, 2008, at Los Angeles, California.

_____
Rita Turner

07209/2127108.1

PROOF OF SERVICE