THOMAS J. NOLAN (Bar No. 66992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600
E-mail: tnolan@skadden.com

RAOUL D. KENNEDY (Bar No. 40892)
TIMOTHY A. MILLER (Bar No. 154744)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Embarcadero Center, 38th Floor
San Francisco, California 94111-5974
Telephone: (415) 984-6400
Facsimile: (415) 984-2698
E-mail: rkennedy@skadden.com

Attorneys for Cross-Defendants
MGA Entertainment, Inc., MGA Entertainment (HK) Limited,
MGAE De Mexico, S.R.L. De C.V., and ISAAC LARIAN

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation<br><br>Defendant.<br><br>Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>STIPULATION REGARDING FEBRUARY 15, 2008, ORDER GRANTING IN PART AND DENYING IN PART MATTEL'S MOTION TO COMPEL RESPONSES TO INTERROGATORY NOS. 27-44 AND 46-50 BY THE MGA PARTIES<br><br>**Phase 1:**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

1  WHEREAS, on February 15, 2008, the Court issued its Order Granting
2  in Part and Denying in Part Mattel's Motion to Compel Responses to Interrogatory
3  Nos. 27-44 and 46-50 by the MGA Parties (the "February 15, 2008 Order"); and
4  WHEREAS, in the February 15, 2008, Order, the Court ordered MGA
5  Entertainment, Inc. ("MGA"), Isaac Larian, MGA Entertainment (HK) Limited
6  ("MGA HK") and MGAE de Mexico S.R.L. de C.V. (together, the "MGA Parties")
7  to serve supplemental responses to Interrogatory Nos. 38, 40, 41 (as narrowed), 43-
8  44 and 47 on or before February 26, 2008; and
9  WHEREAS, the MGA Parties believe that the obligation to respond to
10 certain of those interrogatories has been stayed pursuant to Judge Larson's February
11 4, 2008 Minute Order, and further believe that the scope of Interrogatory No. 47
12 should be limited; and
13 WHEREAS, on February 25, 2008, counsel for the MGA Parties
14 conferred with counsel for Mattel regarding the issues raised by the MGA Parties
15 with respect to the February 15, 2008, Order; and
16 WHEREAS, Mattel and the MGA Parties have agreed to extend the
17 time for the MGA Parties to comply with the February 15, 2008, Order, to and
18 including March 3, 2008, and to extend the time for bringing a motion directed to
19 that order as set forth below;
20 THEREFORE, the undersigned parties, through their undersigned
21 counsel, stipulate and agree as follows:
22 1. Any obligation of the MGA Parties to provide supplemental
23 responses to interrogatories under the February 15, 2008, Order is extended to and
24 including March 3, 2008.
25 2. The time for the MGA Parties to move for reconsideration of that
26 portion of the February 15, 2008, Order compelling further responses to
27 Interrogatory No. 47 is extended to and including March 3, 2008.
28

-1-
STIPULATION RE FEBRUARY 15, 2008, ORDER RE INTERROGATORY RESPONSES

3. The time for the MGA Parties to move for clarification of or relief from that portion of the February 15, 2008, Order that the MGA Parties believe has been stayed by operation of Judge Larson's February 4, 2008, Minute Order is extended to and including Thursday, February 28, 2008.

IT IS SO STIPULATED.

DATED: February 26, 2008          SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By: _Timothy A. Miller /sw_
Timothy A. Miller

Attorney for Counter-Defendants
MGA ENTERTAINMENT, INC.,
ISAAC LARIAN, MGA
ENTERTAINMENT (HK) LIMITED, and
MGAE de MEXICO S.R.L. de C.V.

DATED: February 26, 2008          QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By: _Dylan Proctor /sw_
Dylan Proctor
Attorneys for Mattel, Inc.

Pursuant to stipulation, IT IS SO ORDERED.

DATED: 2-26-08          _____
HON. EDWARD A. INFANTE (Ret.)
DISCOVERY MASTER

-2-
STIPULATION RE FEBRUARY 15, 2008, ORDER RE INTERROGATORY RESPONSES
204391-San Francisco Server 1A - MSW

## PROOF OF SERVICE BY E-MAIL

I, Sandra Chan, not a party to the within action, hereby declare that on February 26, 2008, I served the attached STIPULATION REGARDING FEBRUARY 15, 2008 ORDER GRANTING IN PART AND DENYING IN PART MATTEL'S MOTION TO COMPEL RESPONSES TO INTERROGATORY NOS. 27-44 AND 46-50 BY THE MGA PARTIES in the within action by email addressed as follows:

| Name | Firm | Email |
|---|---|---|
| John W. Keker, Esq. | Keker & Van Nest | jkeker@kvn.com |
| Michael H. Page, Esq. | Keker & Van Nest | mhp@kvn.com |
| Christa Anderson, Esq. | Keker & Van Nest | cma@kvn.com |
| Matthew M. Werdegar, Esq. | Keker & Van Nest | mwerdegar@kvn.com |
| John E. Trinidad, Esq. | Keker & Van Nest | jtrinidad@kvn.com |
| Audrey Walton-Hadlock, Esq. | Keker & Van Nest | awalton-hadlock@kvn.com |
| John Quinn Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | johnquinn@quinnemanuel.com |
| Michael Zeller Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | michaelzeller@quinnemanuel.com |
| Jon Corey Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | joncorey@quinnemanuel.com |
| Duane Lyons Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | duanelyons@quinnemanuel.com |
| Timothy Alger Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | timalger@quinnemanuel.com |
| Dominic Surprenant Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | DominicSurprenant@QuinnEmanuel.com |
| B. Dylan Proctor Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | dylanproctor@quinnemanuel.com |
| Shane McKenzie Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | shanemckenzie@quinnemanuel.com |
| Bridget Hauler Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | bridgethauler@quinnemanuel.com |
| Tamar Buchakjian Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | tamarbuchakjian@quinnemanuel.com |
| Juan Pablo Alban, Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | juanpabloalban@quinnemanuel.com |
| John Gordon | Quinn, Emanuel, Urquhart, Oliver & Hedges | johngordon@quinnemanuel.com |
| Thomas J. Nolan, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | tnolan@skadden.com |
| Raoul D. Kennedy, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | rkennedy@skadden.com |
| Amy S. Park, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | apark@skadden.com |
| Harriet S. Posner, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | hposner@skadden.com |
| Carl Alan Roth, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | croth@skadden.com |
| Timothy A. Miller, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | tmiller@skadden.com |
| Marcus R. Mumford, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | Mmumford@skadden.com |
| Paul M. Eckles, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | Paul.eckles@skadden.com |
| Lance A. Etcheverry, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | Lance.etcheverry@skadden.com |
| Robert J. Herrington, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | Robert.herrington@skadden.com |

I declare under penalty of perjury under the laws of the Untied States of America that the above is true and correct.

Executed on February 26, 2008, at San Francisco, California.

*/s/ Sandra Chan*

Sandra Chan