| | |
|---|---|
| 1 | THOMAS J. NOLAN (Bar No. 66992)<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| 2 | 300 South Grand Avenue<br>Los Angeles, CA 90071-3144 |
| 3 | Telephone: (213) 687-5000<br>Facsimile: (213) 687-5600 |
| 4 | E-mail: tnolan@skadden.com |
| 5 | RAOUL D. KENNEDY (Bar No. 40892)<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| 6 | 4 Embarcadero Center, 38th Floor<br>San Francisco, California 94111-5974 |
| 7 | Telephone: (415) 984-6400<br>Facsimile: (415) 984-2698 |
| 8 | Email: rkennedy@skadden.com |
| 9 | Attorneys for Counter-Defendants, |
| 10 | MGA ENTERTAINMENT, INC., ISAAC LARIAN, MGA ENTERTAINMENT (HK) LIMITED, and MGAE de MEXICO S.R.L. de C.V. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>       Plaintiff,<br><br>  v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>       Defendant.<br><br>Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>**DISCOVERY MATTER**<br><br>**[To be heard by Discovery Master Hon. Edward A. Infante (Ret.)]**<br><br>**MGA DEFENDANTS' REQUEST FOR HEARING ON "MATTEL, INC.'S NOTICE OF CHANGE OF HEARING ON APPLICATION TO ENFORCE COURT ORDERS COMPELLING PRODUCTION OF TANGIBLE ITEMS"**<br><br>Date: TBD<br>Time: TBD<br>Place: TBD |

MGA DEFENDANTS' REQUEST FOR HEARING ON MATTEL'S NOTICE OF CHANGE OF HEARING ON APPLICATION RE TANGIBLE ITEMS

On February 25, 2008, Mattel, Inc. submitted a Response in Support of Its so-called "Notice of Change of Hearing" regarding its *Ex Parte* Application to Enforce Court Orders Compelling Production Tangible Items (the "Application"). In that submission, Mattel has requested that the Application be heard on the papers without argument. The MGA Defendants respectfully suggest, for the reasons set forth in their opposition papers, that there is nothing for the Discovery Master to order in respect of the Application. However, if the Discovery Master considers the Application, the MGA Defendants respectfully suggest that the Discovery Master should hear oral argument and request that the Application be heard at the next available time on the Discovery Master's calendar.

DATED: February 26, 2008

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By:  /s/ Raoul D. Kennedy
     Raoul D. Kennedy

Attorneys for Counter-Defendants,
MGA ENTERTAINMENT, INC.,
ISAAC LARIAN, MGA
ENTERTAINMENT (HK) LIMITED, and
MGAE de MEXICO S.R.L. de C.