QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBIT 5 TO THE SUPPLEMENTAL DECLARATION OF JON D. COREY IN SUPPORT OF MATTEL, INC.'S NOTICE OF NON-OPPOSITION BY CARTER BRYANT TO MATTEL, INC.'S MOTION FOR LEAVE TO TAKE ADDITIONAL DISCOVERY ON THE MGA DEFENDANTS' UNCLEAN HANDS AFFIRMATIVE DEFENSE; AND RESPONSE TO THE MGA DEFENDANTS' PRELIMINARY RESPONSE TO MATTEL, INC.'S MOTION FOR LEAVE TO TAKE ADDITIONAL DISCOVERY ON THE MGA DEFENDANTS' UNCLEAN HANDS AFFIRMATIVE DEFENSE**<br><br>[[Proposed] Order filed concurrently herewith]<br><br>Date: TBD<br>Time: TBD<br>Place: TBD<br><br>**Phase 1**<br>Discovery Cut-Off:   January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date:          May 27, 2008 |

ORIGINAL

07209/2412108.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2  entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3  requests that the Court order filed under seal Exhibit 5 to the Supplemental
4  Declaration of Jon D. Corey In Support of Mattel, Inc.'s Notice Of Non-Opposition
5  By Carter Bryant To Mattel, Inc.'s Motion For Leave To Take Additional Discovery
6  On The MGA Defendants' Unclean Hands Affirmative Defense; and Response To
7  The MGA Defendants' Preliminary Response To Mattel, Inc.'s Motion For Leave To
8  Take Additional Discovery On The MGA Defendants' Unclean Hands Affirmative
9  Defense (the "Corey Exhibit").
10  The Corey Exhibit includes materials that Carter Bryant has designated
11  as "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order.
12  Accordingly, Mattel requests that the Court order that the Corey Exhibit be filed
13  under seal.
14  In the alternative, Mattel requests that the Court declare that this
15  material is outside the definitions of "Confidential--Attorneys' Eyes Only" as
16  contained in the Stipulated Protective Order and order them to be filed as part of the
17  public record.

19  DATED: February 26, 2008          QUINN EMANUEL URQUHART OLIVER &
                                      HEDGES, LLP

                                      By /s/ Jon D. Corey/Anie
                                         Jon D. Corey
                                         Attorneys for Mattel, Inc.