QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case Nos. CV 04-09059 and CV 05-02727<br><br>**PROOF OF SERVICE**<br><br>Hearing Date: TBA<br>Time: TBA<br>Place: TBA<br><br>**Phase 1**<br>Discovery Cut-off: January 28, 2008<br>Pre-trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

ORIGINAL

07209/2391708.1

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On February 26, 2008, I served true copies of the following document(s) described as

**SEE ATTACHED DOCUMENT LIST**

on the parties in this action as follows:

| Thomas J. Nolan<br>**Skadden, Arps, Slate, Meagher & Flom LLP**<br>300 South Grand Ave., Ste. 3400<br>Los Angeles, CA 90071 | Mark E. Overland<br>David C. Scheper<br>Alexander H. Cote<br>**Overland Borenstein Scheper & Kim LLP**<br>300 South Grand Avenue, Suite 2750<br>Los Angeles, CA 90071 |

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 26, 2008, at Los Angeles, California.

NOW LEGAL -- Dave Quintana

07209/2391708.1

-2-

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017.

On February 26, 2008, I served true copies of the following documents described as:

**SEE ATTACHED DOCUMENT LIST**

on the parties in this action as follows:

| John W. Keker, Esq.<br>Michael H. Page, Esq.<br>Christina M. Anderson, Esq.<br>**Keker & Van Nest, LLP**<br>710 Sansome Street<br>San Francisco, CA 94111 | |

[√] **BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on February 26, 2008, at Los Angeles, California.

/s/ Suzanne Johnson
Suzanne Johnson

**Document List**

1) MATTEL INC.'S APPLICATION TO FILE UNDER SEAL EXHIBIT 5 TO THE SUPPLEMENTAL DECLARATION OF JON D. COREY IN SUPPORT OF MATTEL, INC.'S NOTICE OF NON-OPPOSITION BY CARTER BRYANT TO MATTEL, INC.'S MOTION FOR LEAVE TO TAKE ADDITIONAL DISCOVERY ON THE MGA DEFENDANTS' UNCLEAN HANDS AFFIRMATIVE DEFENSE; AND RESPONSE TO THE MGA DEFENDANTS' PRELIMINARY RESPONSE TO MATTEL INC.'S MOTION FOR LEAVE TAKE ADDITIONAL DISCOVERY ON THE MGA DEFENDANTS' UNCLEAN HANDS AFFIRMATIVE DEFENSE

2) [PROPOSED] ORDER RE MATTEL INC.'S APPLICATION TO FILE UNDER SEAL EXHIBIT 5 TO THE SUPPLEMENTAL DECLARATION OF JON D. COREY IN SUPPORT OF MATTEL, INC.'S NOTICE OF NON-OPPOSITION BY CARTER BRYANT TO MATTEL, INC.'S MOTION FOR LEAVE TO TAKE ADDITIONAL DISCOVERY ON THE MGA DEFENDANTS' UNCLEAN HANDS AFFIRMATIVE DEFENSE; AND RESPONSE TO THE MGA DEFENDANTS' PRELIMINARY RESPONSE TO MATTEL INC.'S MOTION FOR LEAVE TAKE ADDITIONAL DISCOVERY ON THE MGA DEFENDANTS' UNCLEAN HANDS AFFIRMATIVE DEFENSE

3) SUPPLEMENTAL DECLARATION OF JON D. COREY IN SUPPORT OF MATTEL, INC.'S NOTICE OF NON-OPPOSITION BY CARTER BRYANT TO MATTEL, INC.'S MOTION FOR LEAVE TO TAKE ADDITIONAL DISCOVERY ON THE MGA DEFENDANTS' UNCLEAN HANDS AFFIRMATIVE DEFENSE; AND RESPONSE TO THE MGA DEFENDANTS' PRELIMINARY RESPONSE TO MATTEL INC.'S MOTION FOR LEAVE TAKE ADDITIONAL DISCOVERY ON THE MGA DEFENDANTS' UNCLEAN HANDS AFFIRMATIVE DEFENSE

4) PROOF OF SERVICE

quinn emanuel

07209/2391708.1