KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
jkeker@kvn.com
MICHAEL H. PAGE - #154913
mpage@kvn.com
CHRISTA M. ANDERSON - #184325
canderson@kvn.com
MATTHEW M. WERDEGAR - #200470
mwerdegar@kvn.com
JOHN E. TRINIDAD - #250468
jtrinidad@kvn.com
AUDREY WALTON-HADLOCK- #250574
awaltonhadlock@kvn.com
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff
CARTER BRYANT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC. a Delaware Corporation,<br><br>Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC., v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No. CV 04-09049 SGL (RNBx) (consolidated with CV 04-9059 & 05-2727<br><br>**CARTER BRYANT'S STATEMENT REGARDING MATTEL INC.'S MOTION FOR LEAVE TO TAKE ADDITIONAL DISCOVERY ON THE MGA DEFENDANTS' UNCLEAN HANDS AFFIRMATIVE DEFENSE**<br><br>Date:      March 3, 2008<br>Time:     10:00 a.m.<br>Dept:     Courtroom 1<br>Judge:   Hon. Stephen G. Larson<br><br>Date Comp. Filed: April 13, 2005<br><br>Discovery Cut-Off: Jan. 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

BRYANT'S STATEMENT REGARDING MATTEL INC.'S
MOTION FOR LEAVE TO TAKE ADDITIONAL DISCOVERY ON
THE MGA DEFENDANTS' UNCLEAN HANDS AFFIRMATIVE DEFENSE
CASE NO. CV 04-09049 SGL (RNBx)

412031.01

Carter Bryant hereby submits this statement regarding Mattel Inc.'s Motion For Leave to Take Additional Discovery on the MGA Defendants' Unclean Hands Affirmative Defense ("Mattel's Motion") (Docket No. 1720) in response to Mattel's purported Notice of Non-Opposition By Carter Bryant to Mattel's Motion for Leave (Docket No. 2346) ("Notice of Non-Opposition").

Bryant has not taken any position on this motion, and has not filed an opposition to it, as it is neither directed at Bryant, nor does it ask for any discovery from him. Mattel's Motion, as is evident from its title, simply asks for leave to take additional discovery regarding the *MGA defendants'* unclean hands affirmative defense. Specifically, Mattel's Motion argues that:

> "Mattel is entitled to, and by this Motion seeks, **additional discovery concerning MGA's unclean hands defense.** [. . .] Mattel seeks leave to take an additional deposition of MGA and 4 other witnesses so Mattel may have a fair opportunity to **collect evidence to refute the MGA Defendants' unclean hands defense.**"

Mot. at 1 (emphasis added); *see also id.* at 9 ("Without additional depositions, Mattel cannot discover the full extent of any claimed wrongdoing by Mattel that **MGA** is going to assert specifically at Phase I of the trial of this matter." (emphasis added)). Mattel's Motion makes no mention whatsoever of any of *Bryant's* affirmative defenses. MGA filed a Notice of Withdrawal of Unclean Hands Defense as it Pertains to Phase I on February 15, 2008, thus obviating any need for the discovery Mattel is seeking at this time. Supp. Decl. of Corey, Exh. 1. Mattel's Motion, therefore, is entirely moot.

In an attempt to circumvent the discovery cut-off, however, Mattel now creatively claims that its Motion nonetheless should be granted because Bryant has not withdrawn his unclean hands affirmative defense, which Mattel claims incorporates the MGA defendants' unclean hands defense as it pertains to Phase I. *See* Notice of Non-Opposition at 1-2. This argument is a classic red herring. As already discussed, Mattel's Motion requests discovery regarding the *MGA's*

1

BRYANT'S STATEMENT REGARDING MATTEL INC.'S
MOTION FOR LEAVE TO TAKE ADDITIONAL DISCOVERY ON
THE MGA DEFENDANTS' UNCLEAN HANDS AFFIRMATIVE DEFENSE
CASE NO. CV 04-09049 SGL (RNBx)

412031.01

*defendants'* Unclean Hands Defense, not Bryant's. And since MGA has withdrawn that defense as it pertains to Phase I, Bryant's joinder in that defense, as set forth in Bryant's Twenty-Second Affirmative Defense (Joinder in Defenses of Co-Defendants), also is necessarily now limited to Phase II.

Bryant does assert his own, individual unclean hands affirmative defense, his First Affirmative Defense, which he has not withdrawn. But again, Mattel's Motion does not seek discovery regarding that defense. Furthermore, on February 25, 2008, the same day that Mattel filed its Notice of Non-Opposition, Mattel reached out to Bryant *for the first time* and requested a clarification of what portions of his unclean hands defense he was asserting in Phase I. *See* Declaration of Matthew M. Werdegar In Supp. of Bryant's Statement Re: Mattel's Mot. for Leave to Take Add'l Discovery ("Werdegar Decl.") ¶ 2. Although under no obligation to do so, Bryant responded promptly. By letter dated February 27, 2008, Bryant identified the facts and contentions relating to his unclean hands defense—as set forth in his response to Mattel's Amended Supplemental Interrogatory Regarding Defendants' Affirmative Defenses—that he will not be asserting in Phase I. *Id.* ¶ 3; Exh. A. The facts and contentions that Bryant confirmed he was not going to rely upon track the facts and contentions asserted by MGA in support of its own—now-withdrawn as to Phase I—unclean hands defense. In other words, Bryant made clear that he was not relying upon or incorporating the MGA defendants' unclean hands defense as far as it pertains to his Phase I unclean hands affirmative defense. Had Mattel bothered to request this clarification in advance of filing its purported Notice of Non-Opposition, the Court likely would not have needed to involve itself in this issue.

In sum, Mattel cannot revive its moot motion by belatedly and disingenuously claiming that its Motion for Leave to Take Additional Discovery on the *MGA Defendants'* Unclean Hands Affirmative Defense was somehow

2
BRYANT'S STATEMENT REGARDING MATTEL INC.'S
MOTION FOR LEAVE TO TAKE ADDITIONAL DISCOVERY ON
THE MGA DEFENDANTS' UNCLEAN HANDS AFFIRMATIVE DEFENSE
CASE NO. CV 04-09049 SGL (RNBx)

412031.01

related to discovery regarding *Bryant's* affirmative defenses.  That is not the motion that Mattel filed, and even if it were, Bryant has made clear that he is not relying upon MGA's unclean hands defense in Phase I.

Dated:  February 27, 2008

Respectfully submitted,

KEKER & VAN NEST, LLP

By: /s/ Matthew M. Werdegar
MATTHEW M. WERDEGAR
Attorneys for Plaintiff
CARTER BRYANT

3
BRYANT'S STATEMENT REGARDING MATTEL INC.'S
MOTION FOR LEAVE TO TAKE ADDITIONAL DISCOVERY ON
THE MGA DEFENDANTS' UNCLEAN HANDS AFFIRMATIVE DEFENSE
CASE NO. CV 04-09049 SGL (RNBx)

412031.01