QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>[~~PROPOSED~~] ORDER GRANTING MATTEL, INC.'S MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER'S DECEMBER 31, 2007 ORDER REGARDING HARD DRIVES<br><br>**Phase 1**<br>Discovery Cut-Off:  January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date:          May 27, 2008 |
|---|---|

07209/2414052.3

**[~~PROPOSED~~] ORDER**

Having considered Mattel, Inc.'s Motion Objecting To Portions Of Discovery Master's December 31, 2007 Order Regarding Hard Drives and all supporting papers, all papers submitted in opposition to the Motion, and having considered the arguments of counsel, the Court finds good cause to grant the Motion and to overrule in part the Discovery Master's Order Granting in Part and Denying in Part Mattel's Motion to Compel Production of Documents by Isaac Larian; Denying Request for Sanctions, dated December 31, 2007, as to Request Nos. 222 and 225:

IT IS HEREBY ORDERED THAT the Discovery Master's Order is overruled as to Request Nos. 222 and 225. Destruction of electronic evidence on hard drives is relevant to Mattel's claims, including specific predicate acts alleged in Mattel's RICO counterclaims. The Discovery Master's Order denying such evidence to Mattel was clearly erroneous and contrary to law.

IT IS FURTHER ORDERED THAT Isaac Larian shall make available within ten (10) calendar days the following hard drives that are in his possession, custody, or control for inspection and copying:

1. All hard drives from, or that were at any time connected to, any computer used by either Isaac Larian or Carter Bryant at any time from 1999 to the present and that contain or previously contained any digital information referring or relating to Bratz, Angel, MGA or Bryant (as those terms are defined in Mattel's Requests).

A consultant of Mattel's choosing, who Mattel will identify before the inspection, shall be allowed to inspect each of the hard drives produced. Mattel's consultant shall be allowed to make a forensically sound image of each hard drive produced. The inspection may take place at a location of Larian's choosing in this District, so long as the location has the minimum requirements necessary to inspect and create a

forensically sound image of the produced hard drives. A consultant of Larian's choosing, who Larian will identify before the inspection, shall be allowed to observe the inspection and imaging of the hard drives.

IT IS FURTHER ORDERED THAT Mattel's consultant shall have the right to inspect any and all information on said hard drives to determine:

(a)   whether, when and by whom any information was deleted, destroyed, written over, lost, exported, moved, spoliated or otherwise rendered inaccessible or unreadable;

(b)   whether, when and by whom any attempts were made to delete, destroy, write over, export, move, spoliate or otherwise render inaccessible or unreadable any information on those hard drives;

(c)   the current or past presence or use of any hardware or software tool to accomplish any of the actions identified above;

(d)   whether any information deleted, destroyed, written over, lost, exported, moved, spoliated or otherwise rendered inaccessible or unreadable may be recovered; and

(e)   to recover any such information, in whole or in part.

DATED:  2/27      , 2008      _____
Hon. Stephen G. Larson
United States District Judge