THOMAS J. NOLAN (Bar No. 66992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3144
Tel.: (213) 687-5000 / Fax: (213) 687-5600:
(tnolan@skadden.com
Attorneys for MGA Entertainment, Inc., et al.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>PLAINTIFF(S)<br><br>v.<br><br>MATTEL, INC., a Delaware corporation<br><br>DEFENDANT(S). | CASE NUMBER:<br>CV 04-9049 SGL (RNBx)<br><br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
(1) MGA DEFENDANTS' REPLY BRIEF IN FURTHER SUPPORT OF SUPPLEMENTAL AND SECOND AMENDED MOTION TO QUASH DEPOSITION SUBPOENAS; (2) DECLARATION OF AMY S. PARK IN SUPPORT OF MGA DEFENDANTS' REPLY IN SUPPORT OF THEIR SUPPLEMENTAL AND SECOND AMENDED MOTION TO QUASH DEPOSITION SUBPOENAS; (3) DECLARATION OF ALLEN L. LANSTRA IN SUPPORT OF MGA DEFENDANTS' REPLY IN SUPPORT OF THEIR SUPPLEMENTAL AND SECOND AMENDED MOTION TO QUASH DEPOSITION SUBPOENAS; (4) PROOF OF SERVICE; (5) APPLICATION TO FILE UNDER SEAL; (6) PROPOSED ORDER TO FILE UNDER SEAL

**Document Description:**

☐ Administrative Record

☒ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5 .4(h)

☒ Other

**Reason:**

☒ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☐ Manual Filing required *(reason):*

| | |
|---|---|
| February 28, 2008 | Raoul D. Kennedy |
| Date | Attorney Name |

G-92 (02/07)               **NOTICE OF MANUAL FILING**

American LegalNet, Inc.<br>www.FormsWorkflow.com

MGA ENTERTAINMENT, INC., et al.

Party Represented

Note:   File one Notice in each case, each time you manually file document(s).

**NOTICE OF MANUAL FILING**

American LegalNet, Inc.
www.FormsWorkflow.com