THOMAS J. NOLAN (Bar No. 66992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600
E-mail: tnolan@skadden.com

RAOUL D. KENNEDY (Bar No. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Embarcadero Center, 38th Floor
San Francisco, California 94111-5974
Telephone: (415) 984-6400
Facsimile: (415) 984-2698
E-mail: rkennedy@skadden.com

Attorneys for Cross-Defendants
MGA Entertainment, Inc., MGA Entertainment (HK) Limited,
MGAE De Mexico, S.R.L. De C.V., and ISAAC LARIAN

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation<br><br>Defendant.<br><br>Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>**DISCOVERY MATTER**<br><br>**[To be heard by Discovery Master Hon. Edward A. Infante (Ret.)]**<br><br>**AMENDED MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MOTION OF MATTEL, INC. TO COMPEL PRODUCTION OF DOCUMENTS IMPROPERLY WITHHELD AS PRIVILEGED BY MGA, ISAAC LARIAN AND THIRD PARTY DAVID ROSENBAUM**<br><br>Hearing Date: TBD<br>Time: TBD<br>Place: TBD<br><br>**Phase 1:**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

## MEMORANDUM OF POINTS AND AUTHORITIES

At the time MGA filed its original opposition to this motion, Mattel was moving for a finding of implied waiver based on MGA's assertion that, when it contracted with Carter Bryant in 2000, MGA had a "good faith" belief that Mr. Bryant was the owner of what he was licensing to MGA. Mattel's motion paralleled MGA's own motion for a finding of implied waiver based on Mattel's claim that the statute of limitations (and laches) were tolled because of its delayed discovery. MGA did not oppose Mattel's implied waiver motion. Therefore, MGA could not offer principled opposition to production of documents sought in the present motion that bear upon MGA's "good faith" beliefs in 2000.

On the eve of the deadline for MGA to file opposition to the present motion, Mattel withdrew its implied waiver motion. That withdrawal necessitated MGA's reassessing its position concerning each of the numerous documents in issue. That need for reassessment was reinforced by Mattel's reply in support of the present motion in which Mattel withdrew its demand for production as to all items on the Privilege Log of David Rosenbaum Re: Mattel, Inc.'s Subpoena Duces Tecum, Dated October 26, 2007 ("Rosenbaum Log"), except for entry number 18.

Against that background, and in the interests of trying to avoid motion practice and focus on trial preparation, MGA will produce entry numbers 608, 726, 840, 867, 883, 886, 892, 893, 894, 895, 896, 897, 914, 915, 916, 917, 918, 1126, 1127, 1128, 1129, 1130, 1131, 1132, 1137 and 1139 on the MGA Revised, January 23, 2008 Privilege Log for Mattel's First Set of Document Production Requests to Isaac Larian ("Larian Log").

MGA refuses to produce the following documents on the grounds that they consist of either: (1) confidential communications between MGA and its lawyers in which legal advice was sought or provided or (2) notes on draft agreements providing, seeking or reflecting legal advice:

-1-
AMENDED MEMO. OF POINTS AND AUTHORITIES IN OPPO. TO MOT. OF MATTEL, INC. TO COMPEL PRODUCTION OF DOCUMENTS IMPROPERLY WITHHELD AS PRIVILEGED

Entry number 20 on the Supplemental Revised Privilege and Redaction Log for MGA's 2005 Document Production ("MGA Log");

Entry numbers 181, 234-235, 864, 874, 887, 888, 889, 890, 891, 1121, 1122, 1123, 1124, and 1125, on the Larian Log;

Entry number 18 on the Rosenbaum Log. (Note: entry 18 on the Rosenbaum Log, is the same as entry 20 on the MGA Log and entry 864 on the Larian Log). Entries 18, 20 and 864 are a draft of an agreement with notes reflecting legal advice that was sought from, or given by, Mr. Rosenbaum, an outside lawyer for MGA. Declaration of David S. Rosenbaum in Support of Opposition to Motion of Mattel, Inc. to Compel Production of Documents Withheld as Privileged by MGA, Isaac Larian and Third-Party David Rosenbaum ("Rosenbaum Decl.") ¶¶ 1-5; *see also* Declaration of Isaac Larian in Support of Amended Opposition to Motion of Mattel, Inc. to Compel Production of Documents Withheld as Privileged by MGA, Isaac Larian and Third-Party David Rosenbaum ("Larian Decl.") ¶ 4. Individual pages of that document with notes by Mr. Rosenbaum are items 874, 887, 888, 889, 890, 891, 1121, 1122, 1123, 1124, and 1125 on the Larian Log. Rosenbaum Decl. ¶¶ 4-5. Copies of entries 18, 20, 864, 874, 887, 888, 889, 890, 891, 1121, 1122, 1123, 1124 and 1125 on the Larian Log will be produced with the privileged notes redacted. A "clean" copy of the draft agreement, without Mr. Rosenbaum's notes, is also being voluntarily produced. Item numbers 883, 914 and 918 on the Larian Log. In addition, individual pages from the draft that do not contain any notes by Mr. Rosenbaum are also being voluntarily produced. E.g., item numbers 892, 893, 894, 895, 896, 897, 1126, 1127, 1128, 1129, 1130, 1131, 1132, and 1137 on the Larian Log.

The remaining withheld documents consist of confidential communications between MGA and its outside lawyers in which legal advice was sought or given. Larian Decl. ¶¶ 1, 2, 4; Rosenbaum Decl. ¶¶ 6-8.

MGA will make the withheld documents available for an in camera inspection if the Court so requests.

DATED: February 28, 2008

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By: /s/ Raoul D. Kennedy
RAOUL D. KENNEDY

Attorneys for Cross-Defendants MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE De Mexico, S.R.L. De C.V., and ISAAC LARIAN

-3-