1  THOMAS J. NOLAN (Bar No. 66992)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2  300 South Grand Avenue
   Los Angeles, California 90071-3144
3  Telephone: (213) 687-5000
   Facsimile: (213) 687-5600
4  Email: tnolan@skadden.com

5  RAOUL D. KENNEDY (Bar No. 40892)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
6  4 Embarcadero Center, 38th Floor
   San Francisco, CA 94111-5974
7  Telephone: (415) 984-6400
   Facsimile: (415) 984-2698
8  Email: rkennedy@skadden.com

9  Attorneys for MGA Entertainment, Inc.,
   MGA Entertainment (HK) Limited,
10 MGAE De Mexico, S.R.L. DE C.V., and Isaac Larian

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation<br><br>Defendant.<br><br>Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>**DISCOVERY MATTER**<br><br>**[To be heard by Discovery Master Hon. Edward A. Infante (Ret.)]**<br><br>**DECLARATION OF ISAAC LARIAN IN SUPPORT OF AMENDED OPPOSITION TO MOTION OF MATTEL, INC. TO COMPEL PRODUCTION OF DOCUMENTS WITHHELD AS PRIVILEGED BY MGA, ISAAC LARIAN AND THIRD-PARTY DAVID ROSENBAUM**<br><br>Hearing Date: TBD<br>Time: TBD<br>Place: TBD |

DECL. OF ISAAC LARIAN ISO AMENDED OPP. TO MOT. TO COMPEL PROD. OF DOCUMENTS

I, Isaac Larian, declare:

1. I have reviewed and am familiar with documents 181, 234, and 235 on the January 23, 2008 MGA Privilege Log (Revised) for Mattel's First Set of Document Requests to Isaac Larian. Each of those documents contains questions and references from me to Larry Russ who was representing me in connection with the negotiation of that agreement and were made for the purpose of obtaining legal representation and advice from Mr. Russ. The references to "Larry" on those documents refer to Mr. Russ. I regarded those communications with Mr. Russ as being confidential.

2. I have reviewed and am familiar with item numbers 55, 56, 57, 58 and 59 on the David Rosenbaum Privilege Log re: Mattel, Inc.'s Subpoena Duces Tecum, dated October 26, 2007. Those are e-mails that I sent to, or received from, two of my attorneys, Patricia Glaser and Mr. Rosenbaum in 2001 in which I sought their legal advice and counsel concerning litigation which I understood was then being threatened.. I regarded all of those e-mails as being confidential.

4. I was a principal contact at MGA with Mr. Rosenbaum in connection with his work on the Carter Bryant consulting agreement. Mr. Rosenbaum provided legal advice and made recommendations to MGA concerning changes and modifications to the drafts of the agreement. I treated those communications with Mr. Rosenbaum as confidential and expected that they were confidential.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Van Nuys, California this 27th day of February, 2008.

_____
ISAAC LARIAN

-1-
DECL. OF ISAAC LARIAN ISO AMENDED OPP. TO MOT. TO COMPEL PROD. OF DOCUMENTS