THOMAS J. NOLAN (Bar No. 66992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600
Email: tnolan@skadden.com

RAOUL D. KENNEDY (Bar No. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Embarcadero Center, 38th Floor
San Francisco, CA 94111-5974
Telephone: (415) 984-6400
Facsimile: (415) 984-2698
Email: rkennedy@skadden.com

Attorneys for MGA Entertainment, Inc.,
MGA Entertainment (HK) Limited,
MGAE De Mexico, S.R.L. DE C.V., and Isaac Larian

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation<br><br>Defendant.<br><br>Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>**DISCOVERY MATTER**<br><br>[To be heard by Discovery Master Hon. Edward A. Infante (Ret.)]<br><br>**DECLARATION OF DAVID S. ROSENBAUM IN SUPPORT OF OPPOSITION TO MOTION OF MATTEL, INC. TO COMPEL PRODUCTION OF DOCUMENTS WITHHELD AS PRIVILEGED BY MGA, ISAAC LARIAN AND THIRD-PARTY DAVID ROSENBAUM**<br><br>Hearing Date: TBD<br>Time: TBD<br>Place: TBD |

DECL. OF DAVID S. ROSENBAUM ISO OPPO. TO MOT. TO COMPEL PROD. OF DOCUMENTS

I, David S. Rosenbaum, declare:

1. I am an attorney at law, duly authorized to practice before the Courts of this state, have personal knowledge of the following and, if called upon to do so, could competently testify as follows:

2. During 2000, I represented MGA Entertainment, Inc. ("MGA") in negotiations with Carter Bryant and his attorney, Anne Wang, concerning a consulting agreement through which, *inter alia*, Mr. Bryant would provide certain services for MGA. My principal contacts at MGA with respect to the Bryant agreement were Isaac Larian and Victoria O'Connor.

3. In the course of that representation, I reviewed, and made notations on, drafts of the contemplated agreement.

4. I have reviewed item number 18 on the David Rosenbaum Privilege Log re: Mattel, Inc.'s Subpoena Duces Tecum, dated October 26, 2007 ("Rosenbaum Log"). That item is the same as item number 20 on the Supplemental Revised Privilege and Redaction Log for MGA's 2005 document production. That same document is also item number 864 on the January 23, 2008 MGA Privilege Log (Revised) for Mattel's First Set of Document Requests to Isaac Larian ("Larian Log"). Individual pages from that document are item numbers 864, 874, 887, 888, 889, 890, 891, 1121, 1123, 1124, and 1125 on the Larian Log.

5. I made all of the hand-written notations which appear on the documents identified in paragraph 4 of this declaration. I made those hand-written notations either in preparation for conversations with my clients wherein I made recommendations to them concerning changes and modifications to the drafts or made the notations as the result of conversations I had with my client to reflect their decisions or inquiries. In short, all of the hand-written notations were made for the purpose of rendering legal advice or assisting me in the rendering of legal advice. I

-1-
DECL. OF DAVID S. ROSENBAUM ISO OPPO. TO MOT. TO COMPEL PROD. OF DOCUMENTS

treated those notations and all communications with the client concerning those notations as confidential.

6. During 2001, I continued to represent MGA concerning questions that arose concerning the Carter Bryant consulting agreement.

7. I have reviewed item numbers 55, 56, 57, 58 and 59 on the Rosenbaum Log. Those items contain or reflect communications between me and my client in which they sought, or I provided, advice concerning various aspects of the Carter Bryant consulting agreement. I treated all of those communications as being confidential.

8. I have reviewed item number 1 on the Rosenbaum Log. It is a July 2, 2001 e-mail from Isaac Larian to Patty Glaser, with a copy to me. At that time, I was an attorney for MGA. I understood that the document, which is labeled "ATTORNEY-CLIENT PRIVILEGE," was sent to me in that capacity. I further understood that Patty Glaser was also an attorney for MGA. I regarded this e-mail as being confidential and treated it in that manner.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Woodland Hills, California this 26th day of February, 2008.

_____
DAVID S. ROSENBAUM

-2-
DECL. OF DAVID S. ROSENBAUM ISO OPPO. TO MOT. TO COMPEL PROD. OF DOCUMENTS