UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.   CV 04-09049 SGL(RNBx)                                  Date:  February 28, 2008
Title:     CARTER BRYANT -v- MATTEL, INC.
           AND CONSOLIDATED ACTIONS
=======================================================================

PRESENT:  HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

|  |  |
|---|---|
| Jim Holmes | Theresa Lanza |
| Courtroom Deputy Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR CARTER BRYANT: | ATTORNEYS PRESENT FOR MATTEL: |
|---|---|
| Michael H. Page<br>Matthew M. Werdegar | Jon D. Corey |

ATTORNEYS PRESENT FOR MGA:

Thomas J. Nolan
Carl A. Roth

PROCEEDINGS:   **ORDER DENYING AS MOOT MATTEL'S MOTION FOR LEAVE TO TAKE ADDITIONAL DISCOVERY RE MGA'S UNCLEAN HANDS DEFENSE**

**ORDER RE PRODUCTION OF ISAAC LARIAN'S ELECTRONIC STORAGE DEVICES**

   As set forth on the record, and in light of the representations by counsel for MGA and Carter Bryant that they will not assert MGA's unclean hands defense in Phase 1 of the trial, Mattel's motion is **DENIED AS MOOT**.  The Court's ruling today does not affect Carter Bryant's right to assert his own unclean hands defense.

   Also, as set forth on the record, the parties shall meet and confer with the goal of reaching a protocol regarding production and examination of Mr. Larian's electronic storage devices designed to minimize any invasion of privacy and to protect from disclosure any information not relevant to the present proceeding.  If the parties agree on such a protocol, then they shall submit a stipulated protective order for the Court's consideration.  If the parties are unable to agree, then MGA is granted leave to seek, by way of ex parte application, appropriate relief from the Court.

   **IT IS SO ORDERED.**