MICHAEL T. ZELLER
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
865 SOUTH FIGUEROA STREET
10th FLOOR
LOS ANGELES, CA 90017
(213) 443-3000

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT, an individual, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV 04-9049 SGL (RNBx) |
| v. | |
| MATTEL, INC., a Delaware corporation, | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**

[CONFIDENTIAL - FILED UNDER SEAL] DECLARATION OF MELISSA GRANT IN SUPPORT OF MATTEL, INC.'S REPLY REGARDING MATTEL'S MOTION FOR LEAVE TO OBTAIN DISCOVERY AFTER THE PHASE 1 DISCOVERY CUT-OFF IN REPOSE TO A SUBPOENA SERVED ON PEOPLE'S BANK OF THE OZARKS; PROOF OF SERVICE

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Part Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)

☐ Other

**Reason:**

☒ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☐ Manual Filing required (*reason*):

February 28, 2008
Date

*Michael T. Zeller Esq (ccg)*
Attorney Name

Michael T. Zeller, Esq.
Attorneys for Mattel, Inc.
Party Represented

Note: File one Notice in each case, each time you manually file document(s).