---

THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, CA 90071-3144
Tel.: (213) 687-5000 / Fax: (213) 687-5600

RAOUL D. KENNEDY (Bar No. 40892)
(rkennedy@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Embarcadero Center, 38th Floor
San Francisco, CA 94111-5974
Tel.: (415) 984-6400 / Fax: (415) 984-2698

Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian

UNITED STATED DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>**DISCOVERY MATTER**<br><br>APPLICATION TO FILE UNDER SEAL MGA DEFENDANTS' REPLY IN FURTHER SUPPORT OF SUPPLEMENTAL AND SECOND AMENDED MOTION TO QUASH DEPOSITION SUBPOENAS; DECLARATION OF AMY S. PARK; AND DECLARATION OF ALLEN L. LANSTRA<br><br>Honorable Stephen G. Larson |

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, the MGA Defendants hereby respectfully request that the Court order the following documents be filed under seal: MGA Defendants' Reply in Further Support of Supplemental and Second Amended Motion to Quash Deposition Subpoenas, the Declaration of Amy S. Park in support thereof, and the Declaration of Allen L. Lanstra in support thereof. Good cause exists for filing these documents under seal, as certain exhibits attached to the Declaration of Allen L. Lanstra related to this Motion have been designated as "Confidential" or "Confidential—Attorneys' Eyes Only" pursuant to the Protective Order, and the Motion references these exhibits, and/or the documents contain or reference confidential information as defined under the Stipulated Protective Order. In the alternative, the MGA Defendants request that the Court declare the documents and exhibits to the declarations to be outside the definitions of "Confidential" and "Confidential—Attorneys' Eyes Only" as contained in the Stipulated Protective Order and order them to be filed as part of the public record.

DATED: February 28, 2008

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By: *Raoul D. Kennedy (by AL)*
Raoul D. Kennedy
Attorneys for MGA Entertainment, Inc.