QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated With Case No. 04-9059 and Case No. 05-2727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Hon. Edward Infante (Ret.)]**<br><br>[PUBLIC REDACTED] DECLARATION OF JON D. COREY IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL MGA AND CARTER BRYANT TO RETURN PRIVILEGED DOCUMENT AND FOR PROTECTIVE ORDER<br><br>Date: T.B.D.<br>Time: T.B.D.<br>Place: T.B.D.<br><br>**Phase 1:**<br>Discovery Cutoff: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2418376.1

DECLARATION OF JON D. COREY

## DECLARATION OF JON D. COREY

I, Jon D. Corey, declare as follows:

1. I am a member of the bar of the State of California and a member of Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. I make this declaration in support of Mattel Inc.'s Motion to Compel MGA and Carter Bryant to Return Privileged Document and for Protective Order. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. By making this declaration, as Mattel's legal counsel, I hereby expressly reserve all rights, duties and privileges on behalf of Mattel and myself under the applicable law of California and federal law, including, but not limited to, Federal Rule of Evidence 501, California Evidence Code §§ 950 – 962 and California Business Professions Code § 6068(e), which requires that I "maintain inviolate the confidence, and at every peril to [me], to preserve the secrets of [my] client."

3. On December 19, 2007, Richard de Anda, Vice President of Mattel Global Security and Investigations, sat for deposition. Jill Thomas, Mattel's Assistant General Counsel, and I represented Mr. de Anda and Mattel at the deposition.

4. Counsel [redacted] The Document [redacted] See Exhibit 1195, attached to the Declaration of Timothy L. Alger, dated February 28, 2008 ("Alger Dec."), Exh. 12.

5. [redacted]

-1-

1  ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ A true and correct copy of pages 289 through 292 of
2  the deposition transcript of Mr. de Anda, where Mr. Nolan makes this apology, is
3  attached as Exhibit 1.
4      6.    I did not object to MGA's use of the Document because I had before me
5  only the version provided to me by counsel for the MGA defendants. I was
6  generally aware of Mattel's attempts to "claw back" the Document pursuant to
7  Section 13 of the Stipulated Protective Order, but not the particulars of that request.
8  Mr. Nolan's ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
9  caused me to believe that it was the version that Mattel had agreed should be used
10 by the parties in this case. I did not have before me at the deposition the corrected
11 version of M 0074372 with the "7/22/03" entry redacted.
12     7.    On December 17, 2007, counsel for MGA wrote to me to request a
13 further redacted version of the document Bates stamped M 0074372. See Letter
14 from Marcus Mumford to Jon Corey, dated Dec. 17, 2007, Alger Dec., Exh. 10. I
15 was preparing Mr. de Anda for his deposition at Mattel's offices in El Segundo,
16 California on both December 17 and 18, 2007. A true and correct copy of pages 74
17 through 77 of Mr. de Anda's deposition transcript ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
18 ▆▆▆▆▆▆▆ is attached as Exhibit 2. I did not see Mr. Mumford's December
19 17th letter prior to the deposition of Mr. de Anda which occurred on December 19,
20 2007.
21     Executed on February 28, 2008, at Los Angeles, California.

                       /s/ Jon D. Corey
                       Jon D. Corey