1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
2  John B. Quinn (Bar No. 090378)
   (johnquinn@quinnemanuel.com)
   Michael T. Zeller (Bar No. 196417)
3  (michaelzeller@quinnemanuel.com)
   Jon D. Corey (Bar No. 185066)
4  (joncorey@quinnemanuel.com)
   Timothy L. Alger (Bar No. 160303)
5  (timalger@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
6  Los Angeles, California  90017-2543
   Telephone:  (213) 443-3000
7  Facsimile:  (213) 443-3100

8  Attorneys for Plaintiff and Cross-
   Defendant Mattel, Inc.
9

10                 UNITED STATES DISTRICT COURT

11                 CENTRAL DISTRICT OF CALIFORNIA

12                        EASTERN DIVISION

13  CARTER BRYANT, an              CASE NO. CV 04-9049 SGL (RNBx)
    individual,
14                                 Consolidated with Case Nos. CV 04-09059
                 Plaintiff,        and CV 05-02727
15
           vs.                     **PROOF OF SERVICE RE**
16
    MATTEL, INC., a Delaware       MATTEL, INC.'S MOTION TO COMPEL
17  corporation,                   MGA AND CARTER BRYANT TO
                                   RETURN PRIVILEGED DOCUMENT AND
18               Defendant.        FOR PROTECTIVE ORDER

19                                 Date:   TBA
    AND CONSOLIDATED               Time:   TBA
20  ACTIONS                        Place:  TBA

21                                 **Phase 1:**
                                   Discovery Cutoff:      January 28, 2008
22                                 Pre-Trial Conference:  May 5, 2008
                                   Trial Date:            May 27, 2008
23

24

25

26

27

28

07209/2416503.1

1

2

3

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017.

On February 28, 2008, I served true copies of the following documents described as:

## SEE DOCUMENT LIST

on the parties in this action as follows:

| | |
|---|---|
| Skadden, Arps, Slate, Meagher & Flom LLP<br>   Thomas J. Nolan, Esq.<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA  90071<br>Telephone:  213.687.5000<br>Facsimile:  213.687.5600 | **Attorneys for *MGA Entertainment, Inc., MGA Entertainment (HK) Ltd., Isaac Larian and MGAE de Mexico, S.R.L. de C.V.*** |
| Overland Borenstein Scheper & Kim, LLP<br>   Mark E. Overland, Esq.<br>   David C. Scheper, Esq.<br>   Alexander H. Cote, Esq.<br>300 South Grand Avenue, Suite 2750<br>Los Angeles, CA 90071<br>Telephone:  213.613.4655<br>Facsimile:  213.613.4656 | **Attorneys for *Carlos Gustavo Machado Gomez*** |
| Keker & Van Nest, LLP<br>   John W. Keker, Esq.<br>   Michael H. Page, Esq.<br>   Christa M. Anderson, Esq.<br>710 Sansome Street<br>San Francisco, CA 94111<br>Telephone:  415.391.5400<br>Facsimile:  415.397.7188 | **Attorneys for *Carter Bryant*** |

PROOF OF SERVICE RE MATTEL, INC.'S MOTION TO COMPEL MGA AND CARTER BRYANT
TO RETURN PRIVILEGED DOCUMENT AND FOR PROTECTIVE ORDER

1   [√]   **[PERSONAL]** by personally delivering the documents listed below to

2   the person(s) at the address(es) set forth above.

3

4   I declare that I am employed in the office of a member of the bar of this court

5   at whose direction the service was made.

6

7   Executed on February 28, 2008, at Los Angeles, California.

8

9   _____

10   David Quintana

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **DOCUMENT LIST**

1. MATTEL, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL MGA AND CARTER BRYANT TO RETURN PRIVILEGED DOCUMENT AND FOR PROTECTIVE ORDER; AND MEMORANDUM OF POINTS AND AUTHORITIES

2. DECLARATION OF TIMOTHY L. ALGER IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL MGA AND CARTER BRYANT TO RETURN PRIVILEGED DOCUMENT AND FOR PROTECTIVE ORDER

3. DECLARATION OF JON D. COREY IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL MGA AND CARTER BRYANT TO RETURN PRIVILEGED DOCUMENT AND FOR PROTECTIVE ORDER

4. DECLARATION OF JILL THOMAS IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL MGA AND CARTER BRYANT TO RETURN PRIVILEGED DOCUMENT AND FOR PROTECTIVE ORDER

07209/2416503.1