QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Hon. Edward Infante (Ret.) Pursuant To Order Of December 6, 2006]**<br><br>STIPULATION RE TAKING DEPOSITION OF LARRY MCFARLAND, LUCY ARANT, PETER MARLOW AND SARAH HALPERN; AND<br><br>[~~PROPOS~~ED] ORDER<br><br>Phase 1:<br>Discovery Cut-off:    January 28, 2008<br>Pre-trial Conference: May 5, 2008<br>Trial Date:               May 27, 2008 |

07209/2315718.1

STIPULATION RE DEPOSITIONS

1  WHEREAS, on February 25, 2008, Larry McFarland, counsel for Peter Marlow, Lucy Arant and Sarah Halpern, represented to Judge Larson that he would agree to accept service on behalf of himself and his clients;

4  WHEREAS, on February 25, 2008, Mattel, Inc., sent deposition subpoenas to Mr. McFarland's office for the depositions of Mr. McFarland and his individual clients;

6  WHEREAS, Mr. McFarland's office accepted the subpoenas, but advised that Mr. McFarland was not in the office;

8  WHEREAS, on February 26, an associate of Mr. McFarland's advised counsel for Mattel that he had to leave the state due to the health of his mother;

10  WHEREAS, the Parties wish to accommodate Mr. McFarland and to permit Mr. McFarland the opportunity to file any motions to quash or for a protective order relating to the subpoenas for the depositions of Mr. McFarland and his individual clients that he believes are appropriate, while also ensuring that Mattel, Inc. is not prejudiced by so accommodating him;

15  NOW, THEREFORE, Mattel, MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. de C.V., Isaac Larian and Carter Bryant (herein after each is individually referred to as a "Party" and collectively as the "Parties") hereby stipulate, by and through their counsel of record, as follows:

19  1.  No Party shall object to the depositions of Larry McFarland, Peter Marlow, Lucy Arant and Sarah Halpern going forward, if at all, on grounds that service of any subpoena served by Mattel on these third-parties was improper, untimely, inadequate or deficient in any way or that the deposition, if it occurs at all, occurred after the discovery cut-off date.

24  2.  No Party shall object to the use of the transcript of any deposition of Larry McFarland, Peter Marlow, Lucy Arant or Sarah Halpern, if any, for any purpose permitted by applicable law, including the Federal Rules of Civil Procedure and the Federal Rules of Evidence, on the grounds that the deposition occurred after the

1  discovery cut-off date or that the subpoenas to any of these third-parties were not
2  properly served by Mattel.
3       3.   Except as set forth above, all other rights or objections of any Party
4  or third-party to either the deposition or deposition transcript of Larry McFarland, Peter
5  Marlow, Lucy Arant or Sarah Halpern are preserved.
6       IT IS SO STIPULATED.

DATED: February 28, 2008        QUINN EMANUEL URQUHART OLIVER &
                                HEDGES, LLP

                                By /s/ Jon D. Corey
                                   Jon D. Corey
                                   Attorneys for Mattel, Inc.

DATED: February 28, 2008        KEKER & VAN NEST, LLP

                                By /s/ Matthew M. Werdegar
                                   Matthew M. Werdegar
                                   Attorneys for Carter Bryant

DATED: Febraury 28, 2008        SKADDEN ARPS SLATE MEAGHER &
                                FLOM, LLP

                                By /s/ Paul M. Eckles
                                   Paul M. Eckles
                                   Attorneys for MGA Entertainment, Inc.,
                                   MGA Entertainment (HK) Limited, MGAE
                                   de Mexico, S.R.L. de C.V., and Isaac
                                   Larian

# [PROPOSED] ORDER

IT IS HEREBY ORDERED

1. No Party shall object to the depositions of Larry McFarland, Peter Marlow, Lucy Arant and Sarah Halpern going forward, if at all, on grounds that service of any subpoena served by Mattel on these third-parties was improper, untimely, inadequate or deficient in any way or that the deposition, if it occurs at all, occurred after the discovery cut-off date.

2. No Party shall object to the use of the transcript of any deposition of Larry McFarland, Peter Marlow, Lucy Arant or Sarah Halpern, if any, for any purpose permitted by applicable law, including the Federal Rules of Civil Procedure and the Federal Rules of Evidence, on the grounds that the deposition occurred after the discovery cut-off date or that the subpoenas to any of these third-parties were not properly served by Mattel.

3. Except as set forth above, all other rights or objections of any Party or third-party to either the deposition or deposition transcript of Larry McFarland, Peter Marlow, Lucy Arant or Sarah Halpern are preserved.

DATED: 2-28, 2008

Hon. Edward Infante (Ret.)

## PROOF OF SERVICE BY E-MAIL

I, Sandra Chan, not a party to the within action, hereby declare that on February 28, 2008, I served the attached: (1) STIPULATION AND ORDER TAKING DEPOSITION OF LARRY MCFARLAND, LUCY ARANT, PETER MARLOW AND SARAH HALPER; and (2) STIPULATION AND ORDER RE TAKING DEPOSITION OF ANDREAS KOCH IN MARCH 2008 in the within action by email addressed as follows:

| Name | Firm | Email |
|---|---|---|
| John W. Keker, Esq. | Keker & Van Nest | jkeker@kvn.com |
| Michael H. Page, Esq. | Keker & Van Nest | mhp@kvn.com |
| Christa Anderson, Esq. | Keker & Van Nest | cma@kvn.com |
| Matthew M. Werdegar, Esq. | Keker & Van Nest | mwerdegar@kvn.com |
| John E. Trinidad, Esq. | Keker & Van Nest | jtrinidad@kvn.com |
| Audrey Walton-Hadlock, Esq. | Keker & Van Nest | awalton-hadlock@kvn.com |
| John Quinn Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | johnquinn@quinnemanuel.com |
| Michael Zeller Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | michaelzeller@quinnemanuel.com |
| Jon Corey Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | joncorey@quinnemanuel.com |
| Duane Lyons Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | duanelyons@quinnemanuel.com |
| Timothy Alger Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | timalger@quinnemanuel.com |
| Dominic Surprenant Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | DominicSurprenant@QuinnEmanuel.com |
| B. Dylan Proctor Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | dylanproctor@quinnemanuel.com |
| Shane McKenzie Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | shanemckenzie@quinnemanuel.com |
| Bridget Hauler Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | bridgethauler@quinnemanuel.com |
| Tamar Buchakjian Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | tamarbuchakjian@quinnemanuel.com |
| Juan Pablo Alban, Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | juanpabloalban@quinnemanuel.com |
| John Gordon | Quinn, Emanuel, Urquhart, Oliver & Hedges | johngordon@quinnemanuel.com |
| Thomas J. Nolan, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | tnolan@skadden.com |
| Raoul D. Kennedy, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | rkennedy@skadden.com |
| Amy S. Park, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | apark@skadden.com |
| Harriet S. Posner, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | hposner@skadden.com |
| Carl Alan Roth, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | croth@skadden.com |
| Timothy A. Miller, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | tmiller@skadden.com |
| Marcus R. Mumford, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | Mmumford@skadden.com |
| Paul M. Eckles, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | Paul.eckles@skadden.com |
| Lance A. Etcheverry, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | Lance.etcheverry@skadden.com |
| Robert J. Herrington, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | Robert.herrington@skadden.com |
| Mark Overland, Esq. | Overland, Borenstein, et al. | moverland@obsklaw.com |
| Alexander Cote, Esq. | Overland, Borenstein, et al. | acote@obsklaw.com |
| Larry W. McFarland, Esq. | Keats, McFarland & Wilson | lmcfarland@kmwlaw.com |

I declare under penalty of perjury under the laws of the Untied States of America that the above is true and correct.

Executed on February 28, 2008, at San Francisco, California.

Sandra Chan