QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> MATTEL, INC., a Delaware corporation, <br><br> Defendant. <br><br> AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx) <br><br> Consolidated with <br> Case No. CV 04-09059 <br> Case No. CV 05-02727 <br><br> **DISCOVERY MATTER** <br><br> **[To Be Heard By Hon. Edward Infante (Ret.) Pursuant To Order Of December 6, 2006]** <br><br> STIPULATION RE TAKING DEPOSITION OF ANDREAS KOCH IN MARCH 2008; AND <br><br> [~~PROPOSED~~] ORDER <br><br> Phase 1: <br> Discovery Cut-off: January 28, 2008 <br> Pre-trial Conference: May 5, 2008 <br> Trial Date: May 27, 2008 |

07209/2315718.1

STIPULATION RE KOCH DEPOSITION

1        WHEREAS, on February 15, 2008, Mattel, Inc. ("Mattel") started the deposition of third-party witness Andreas Koch;

3        WHEREAS, counsel for the MGA defendants suspended the deposition to move for a protective order and the record concluded at 11:00 a.m.;

5        WHEREAS, the MGA defendants will not move for a protective order regarding Mr. Koch's deposition;

7        WHEREAS, the resumed deposition of Andreas Koch will go forward, but cannot until sometime in the month of March 2008;

9        NOW, THEREFORE, Mattel, MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. de C.V., Isaac Larian and Carter Bryant hereby stipulate, by and through their counsel of record, as follows:

12       1.     The deposition of third-party witness Andreas Koch may be resumed during the month of March 2008, and no party will object that the resumed deposition was, in any way, untimely, or that the transcript of the resumed deposition is inadmissible or otherwise improper because the resumed deposition occurred after the discovery cut-off date.

17       2.     No party will object to designations of portions of the transcript or transcripts of the deposition of Andreas Koch as "Confidential" or "Confidential-Attorneys Eyes Only" under the operative protective order.

20       IT IS SO STIPULATED.

DATED: February 28 2008        QUINN EMANUEL URQUHART OLIVER &
                               HEDGES, LLP

                               By /s/ Jon D. Corey
                                  Jon D. Corey
                                  Attorneys for Mattel, Inc.

| | | |
|---|---|---|
| 1 | DATED: February 28, 2008 | KEKER & VAN NEST, LLP |
| 2 | | |
| 3 | | By /s/ Matthew M. Werdegar |
| 4 | | Matthew M. Werdegar |
| 5 | | Attorneys for Carter Bryant |
| 6 | | |
| 7 | DATED: Febraury 28, 2008 | SKADDEN ARPS SLATE MEAGHER & FLOM, LLP |
| 8 | | |
| 9 | | |
| 10 | | By /s/ Paul M. Eckles |
| 11 | | Paul M. Eckles |
| 12 | | Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. de C.V., and Isaac Larian |
| 13 | | |

-2-

07209/2315718.1

STIPULATION RE KOCH DEPOSITION

# [PROPOSED] ORDER

IT IS HEREBY ORDERED

1. The deposition of third-party witness Andreas Koch may be resumed during the month of March 2008, and no party will object that the resumed deposition was, in any way, untimely, or that the transcript of the resumed deposition is inadmissible or otherwise improper because the resumed deposition occurred after the discovery cut-off date.

2. No party will object to designations of portions of the transcript or transcripts of the deposition of Andreas Koch as "Confidential" or "Confidential-Attorneys Eyes Only" under the operative protective order.

DATED: 2-28, 2008

Hon. Edward Infante (Ret.)

-3-

STIPULATION RE KOCH DEPOSITION

## PROOF OF SERVICE BY E-MAIL

I, Sandra Chan, not a party to the within action, hereby declare that on February 28, 2008, I served the attached: (1) STIPULATION AND ORDER TAKING DEPOSITION OF LARRY MCFARLAND, LUCY ARANT, PETER MARLOW AND SARAH HALPER; and (2) STIPULATION AND ORDER RE TAKING DEPOSITION OF ANDREAS KOCH IN MARCH 2008 in the within action by email addressed as follows:

| Name | Firm | Email |
|---|---|---|
| John W. Keker, Esq. | Keker & Van Nest | jkeker@kvn.com |
| Michael H. Page, Esq. | Keker & Van Nest | mhp@kvn.com |
| Christa Anderson, Esq. | Keker & Van Nest | cma@kvn.com |
| Matthew M. Werdegar, Esq. | Keker & Van Nest | mwerdegar@kvn.com |
| John E. Trinidad, Esq. | Keker & Van Nest | jtrinidad@kvn.com |
| Audrey Walton-Hadlock, Esq. | Keker & Van Nest | awalton-hadlock@kvn.com |
| John Quinn Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | johnquinn@quinnemanuel.com |
| Michael Zeller Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | michaelzeller@quinnemanuel.com |
| Jon Corey Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | joncorey@quinnemanuel.com |
| Duane Lyons Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | duanelyons@quinnemanuel.com |
| Timothy Alger Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | timalger@quinnemanuel.com |
| Dominic Surprenant Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | DominicSurprenant@QuinnEmanuel.com |
| B. Dylan Proctor Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | dylanproctor@quinnemanuel.com |
| Shane McKenzie Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | shanemckenzie@quinnemanuel.com |
| Bridget Hauler Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | bridgethauler@quinnemanuel.com |
| Tamar Buchakjian Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | tamarbuchakjian@quinnemanuel.com |
| Juan Pablo Alban, Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | juanpabloalban@quinnemanuel.com |
| John Gordon | Quinn, Emanuel, Urquhart, Oliver & Hedges | johngordon@quinnemanuel.com |
| Thomas J. Nolan, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | tnolan@skadden.com |
| Raoul D. Kennedy, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | rkennedy@skadden.com |
| Amy S. Park, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | apark@skadden.com |
| Harriet S. Posner, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | hposner@skadden.com |
| Carl Alan Roth, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | croth@skadden.com |
| Timothy A. Miller, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | tmiller@skadden.com |
| Marcus R. Mumford, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | Mmumford@skadden.com |
| Paul M. Eckles, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | Paul.eckles@skadden.com |
| Lance A. Etcheverry, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | Lance.etcheverry@skadden.com |
| Robert J. Herrington, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | Robert.herrington@skadden.com |
| Mark Overland, Esq. | Overland, Borenstein, et al. | moverland@obsklaw.com |
| Alexander Cote, Esq. | Overland, Borenstein, et al. | acote@obsklaw.com |
| Larry W. McFarland, Esq. | Keats, McFarland & Wilson | lmcfarland@kmwlaw.com |

I declare under penalty of perjury under the laws of the Untied States of America that the above is true and correct.

Executed on February 28, 2008, at San Francisco, California.

_____
Sandra Chan