QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff
Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>              Plaintiff,<br><br>    vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>              Defendant.<br><br>AND CONSOLIDATED CASES | Case No. CV 04-09049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>STIPULATION RE HEARING ON PHASE ONE MOTIONS FOR PARTIAL SUMMARY JUDGMENT<br><br>[[PROPOSED] ORDER LODGED CONCURRENTLY]<br><br>**Phase 1:**<br>Discovery Cut-off:    January 28, 2008<br>Pre-trial Conference: May 5, 2008<br>Trial Date:           May 27, 2008 |

07209/2419160.1

STIPULATION RE: HEARING ON SUMMARY JUDGMENT MOTIONS

# **STIPULATION**

WHEREAS, pursuant to an Order dated February 22, 2008, the Court has established April 23, 2008 as the hearing date for any Phase One motions for partial summary judgment;

WHEREAS, lead counsel for Mattel, John B. Quinn, is not available on April 23, 2008, due to preexisting business commitments out of state that day;

WHEREAS, Bryant and the MGA Parties have agreed, subject to Court approval, that the hearing on the parties' Phase One motions for partial summary judgment may be rescheduled as a professional courtesy;

NOW, THEREFORE, Mattel, Bryant, MGA Entertainment, Inc., MGA Entertainment (HK) Ltd., and Isaac Larian, by and through their counsel of record, hereby agree as follows, subject to the Court's approval:

(1) The hearing on the parties' Phase One motions for partial summary judgment, currently set for April 23, 2008, at 10:00 a.m., shall instead be heard on either April 21, 22, 24 or 25, 2008 at 10:00 a.m., or at such other date or time as may be designated by the Court

IT IS SO STIPULATED.

| | |
|---|---|
| DATED: February 29, 2008 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
| | By /s/ Dylan Proctor<br>B. Dylan Proctor<br>Attorneys for Mattel, Inc. |
| DATED: February 29, 2008 | SKADDEN ARPS SLATE MEAGHER & FLOM, LLP |
| | By /s/ Jason Russell<br>Jason Russell<br>Attorneys for MGA Entertainment, Inc., Isaac Larian, and MGA Entertainment (HK) Ltd. |
| DATED: February 29, 2008 | KEKER & VAN NEST, LLP |
| | By /s/ Matthew M. Werdegar<br>Matthew M. Werdegar<br>Attorneys for Carter Bryant |