1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10                    EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>                Plaintiff,<br><br>        vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>                Defendant. | Case No. CV 04-09049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>[PROPOSED] ORDER ON STIPULATION RE HEARING ON PHASE ONE MOTIONS FOR PARTIAL SUMMARY JUDGMENT |
| AND CONSOLIDATED CASES | **Phase 1:**<br>Discovery Cut-off:      January 28, 2008<br>Pre-trial Conference:   May 5, 2008<br>Trial Date:                   May 27, 2008 |

19

20

21

22

23

24

25

26

27

28

18298/2419307.1

**[Proposed] Order**

Based on the stipulation of the parties, and good cause appearing therefor, it is hereby ORDERED that:

(1)    The hearing on the parties' Phase One motions for partial summary judgment, currently set for April 23, 2008, at 10:00 a.m., shall instead be heard on [April 21] [April 22] [April 24] [April 25], 2008, at 10:00 a.m.

IT IS SO ORDERED.

DATED:                  . 2008

_____
Hon. Stephen G. Larson
United States District Court Judge