THOMAS J. NOLAN (Bar No. 66992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, California 90071-3144
Telephone:  (213) 687-5000
Facsimile:   (213) 687-5600
E-mail:   tnolan@skadden.com

RAOUL D. KENNEDY (Bar No. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Embarcadero Center, 38th Floor
San Francisco, CA 94111-5974
Telephone:  (415) 984-6400
Facsimile:   (415) 984-2698
Email:   rkennedy@skadden.com

Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE De Mexico, S.R.L. DE C.V., and Isaac Larian

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation<br><br>Defendant.<br><br>Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>**DISCOVERY MATTER**<br><br>**[To be heard by Discovery Master Hon. Edward A. Infante (Ret.)]**<br><br>**MGA'S NOTICE OF PARTIAL WITHDRAWAL OF MOTION TO STRIKE MATTEL'S REPLY IN SUPPORT OF ITS MOTION FOR RECONSIDERATION OF PORTIONS OF DISCOVERY MASTER'S DECEMBER 31, 2007 ORDER**<br><br>Hearing Date: TBD<br>Time: TBD<br>Place: TBD |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that MGA Entertainment, Inc. ("MGA") hereby withdraws the portion of its Motion to Strike Mattel's Reply in Support of Mattel's Motion for Reconsideration of Portions of the Discovery Master's December 31, 2007 Order relating to the timeliness of Mattel's Reply.

The Motion to Strike asks the court to strike Mattel's Reply as being (1) untimely and (2) improper (as relating only to stayed Phase Two discovery issues), and requests, in the alternative, that MGA be granted leave to file a surreply to address the Court's intervening, dispositive order staying Phase Two discovery. By withdrawing the portion of its Motion to Strike relating to timeliness, MGA explicitly does not withdraw its motion on any other grounds, including those relating to the impropriety of Mattel's reply as relating only to stayed Phase Two discovery issues. MGA also does not withdraw its request that, in the alternative, the Court grant MGA leave to file a surreply addressing the Court's intervening, dispositive order staying Phase Two discovery indefinitely.

DATED: February 29, 2008  Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By: /s/ Raoul D. Kennedy
RAOUL D. KENNEDY

Attorneys for Counter-Defendants
MGA ENTERTAINMENT, INC., MGA ENTERTAINMENT (HK) LIMITED, MGAE DE MEXICO, S.R.L. De C.V., and ISAAC LARIAN