1  THOMAS J. NOLAN (Bar No. 066992)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2  300 South Grand Avenue
   Los Angeles, California 90071-3144
3  Telephone:  (213) 687-5000
   Facsimile:   (213) 687-5600
4  E-mail:      tnolan@skadden.com

5  RAOUL D. KENNEDY (Bar No. 40892)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
6  Four Embarcadero Center, Suite 3800
   San Francisco, CA 94111
7  Telephone:  (415) 984-6400
   Facsimile:   (415) 984-2698
8  E-mail:      rkennedy@skadden.com

9  Attorneys for Counter-Defendants,
   MGA ENTERTAINMENT, INC.,
10 ISAAC LARIAN, MGA ENTERTAINMENT (HK) LIMITED,
   and MGAE de MEXICO S.R.L. de C.V.

11

12                UNITED STATES DISTRICT COURT

13                CENTRAL DISTRICT OF CALIFORNIA

14                        EASTERN DIVISION

15 | CARTER BRYANT, an individual           )  CASE NO.: CASE NO. CV 04-9049
                                            )  SGL (RNBx)
16 |              Plaintiff,                )
                                            )  Consolidated with Case No. 04-9059
17 |      v.                                )  and Case No. 05-2727
                                            )
18 | MATTEL, INC., a Delaware               )  **DISCOVERY MATTER**
     corporation                            )
19 |                                        )  **[To be heard by Discovery Master
                 Defendant.                 )  Hon. Edward A. Infante (Ret.)]**
20 |                                        )
                                            )  **PROOF OF SERVICE**
21 |_____    )
                                            )
22 | Consolidated with MATTEL, INC. v.      )  Hearing Date:  TBD
     BRYANT and MGA                         )  Time:          TBD
23 | ENTERTAINMENT, INC. v.                 )  Place:         TBD
     MATTEL, INC.                           )
24                                          )
                                            )
25

26

27

28

---
PROOF OF SERVICE                                        NO. CV 04-9049 SGL (RNBx)

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is 4 Embarcadero Center, Suite 3800, San Francisco, California 94111.

On **February 29, 2008**, I served the foregoing documents described as:

**SEE ATTACHED DOCUMENT LIST**

on the interested parties in this action addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒ (BY PERSONAL SERVICE) ☐ By personally delivering copies to the person served. (FEDERAL) (As Noted.)

☒ I caused such documents to be hand delivered to the office of the addressee. (FEDERAL) (As Noted.)

☒ (BY FEDERAL EXPRESS) I am readily familiar with the firm's practice for the daily collection and processing of correspondence for deliveries with the Federal Express delivery service and the fact that the correspondence would be deposited with Federal Express that same day in the ordinary course of business; on this date, the above-referenced document was placed for deposit at San Francisco, California and placed for collection and delivery following ordinary business practices. (As Noted.)

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed on **February 29, 2008** at San Francisco, California.

_____Pat Owens_____          _____Pat Owens_____
Print Name                                    Signature

-1-

PROOF OF SERVICE                    NO. CV 04-9049 SGL (RNBx)

## DOCUMENT LIST

1) **MGA'S NOTICE OF PARTIAL WITHDRAWAL OF MOTION TO STRIKE MATTEL'S REPLY IN SUPPORT OF ITS MOTION FOR RECONSIDERATION OF PORTIONS OF DISCOVERY MASTER'S DECEMBER 31, 2007 ORDER; and**

2) **PROOF OF SERVICE**

## SERVICE LIST

| | |
|---|---|
| John B. Quinn, Esq.<br>Michael T. Zeller, Esq.<br>Jon D. Corey, Esq.<br>Timothy L. Alger, Esq.<br>Quinn Emanuel Urquhart<br>  Oliver & Hedges, LLP<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017-2543<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br><br>Attorneys for Mattel, Inc.<br>[Personal Service] | John W. Keker, Esq.<br>Michael H. Page, Esq.<br>Keker & Van Nest, LLP<br>710 Sansome Street<br>San Francisco, CA 94111<br>Telephone: (415) 391-5400<br>Facsimile: (415) 397-7188<br><br>Attorneys for Carter Bryant<br>[Federal Express] |

Mark E. Overland, Esq.
Alexander H. Cote, Esq.
David C. Scheper, Esq.
Overland Borenstein Scheper & Kim
300 South Grand Avenue, Suite 2750
Los Angeles, CA 90071
Telephone: (213) 613-4655
Facsimile: (213) 613-4656

Attorneys for Carlos Gustavo
Machado Gomez
[Federal Express]

-3-

PROOF OF SERVICE

NO. CV 04-9049 SGL (RNBx)

201999-San Francisco Server 1A - MSW