Jon D. Cory
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
865 SOUTH FIGUEROA STREET
10th FLOOR
LOS ANGELES, CA 90017
(213) 443-3000

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>PLAINTIFF(S)<br>v.<br>MATTEL, INC., a Delaware corporation,<br><br>DEFENDANT(S). | CASE NUMBER:<br>CV 04-9049 SGL (RNBx)<br><br>NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
(1) Mattel, Inc.'s Notice of Motion and Motion to Compel Deposition & Production of Documents of Christensen, Glaser, et al.; (2) J.P. Alban Declaration in Support of Motion to Compel; (3) Separate Statement in Support of Motion to Compel Production of Documents of Christensen, Glaser, et al.; (4) Separate Statement in Support of Motion to Compel the Deposition of Christensen, et al.; (5) Application to File Under Seal; (6) [Proposed] Order Granting Application to file Under Seal

**Document Description:**

- [ ] Administrative Record
- [X] Exhibits
- [ ] Ex Part Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h))
- [X] Other  Portions of Motion and Separate Statements

**Reason:**

- [X] Under Seal
- [ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- [ ] Electronic versions are not available to filer
- [X] Per Court order dated  January 4, 2005
- [ ] Manual Filing required (*reason*):

March 3, 2008
Date

Jon D. Corey /pc
Attorney Name
Jon D. Corey
Mattel, Inc.
Party Represented

Note: File one Notice in each case, each time you manually file document(s).

G-92 (02/07)      NOTICE OF MANUAL FILING       CCD-G92