**QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP**
John B. Quinn (Bar No. 090378)
johnquinn@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
Timothy L. Alger (Bar No. 160303)
(timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> MATTEL, INC., a Delaware corporation, <br><br> Defendant. <br><br> AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx) <br><br> Consolidated with Case Nos. CV 04-09059 and CV 05-02727 <br><br> **PROOF OF SERVICE** |

07209/2316584.1

-1-

Case No. CV 04-9049 SGL (RNBx)
PROOF OF SERVICE

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is NOW Messenger Service, 1301 West Second Street, Suite 206, Los Angeles, California 90026.

On February 29, 2008, I served true copies of the following documents described as:

1. **MATTEL, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL DEPOSITION AND PRODUCTION OF DOCUMENTS OF CHRISTENSEN, GLASER, FINK, JACOBS, WEIL & SHAPIRO, LLP**

2. **MATTEL, INC.'S SEPARATE STATEMENT IN SUPPORT OF MOTION TO COMPEL THE DEPOSITION OF CHRISTENSEN, GLASER, FINK, JACOBS, WEIL & SHAPIRO, LLP**

3. **MATTEL, INC.'S SEPARATE STATEMENT IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS OF CHRISTENSEN, GLASER, FINK, JACOBS, WEIL & SHAPIRO, LLP**

4. **DECLARATION OF JUAN PABLO ALBAN IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL DEPOSITION AND PRODUCTION OF DOCUMENTS OF CHRISTENSEN, GLASER, FINK, JACOBS, WEIL & SHAPIRO, LLP**

5. **PROOF OF SERVICE**

on the parties in this action as follows:

Thomas J. Nolan, Esq.
**Skadden, Arps, Slate, Meagher & Flom LLP**
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071

Mark E. Overland, Esq.
David C. Scheper, Esq.
Alexander H. Cote, Esq.
**Overland Borenstein Scheper & Kim, LLP**
300 South Grand Avenue, Suite 2750
Los Angeles, CA 90071

Alisa Morgenthaler Lever, Esq.
**Christensen, Glaser, Fink, Jacobs, Weil & Shapiro, LLP**
10250 Constellation Blvd., 19th Fl.
Los Angeles, CA 90067

[√] [PERSONAL] by personally delivering the document listed above to the person(s) at the address(es) set forth above.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 29, 2008, at Los Angeles, California.

_____
Dave Quintana

07209/2316584.1 07209/22
99825.1

-2-

Case No. CV 04-9049 SGL (RNBx)

PROOF OF SERVICE

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017.

On February 29, 2008, I served true copies of the following documents described as:

1. **MATTEL, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL DEPOSITION AND PRODUCTION OF DOCUMENTS OF CHRISTENSEN, GLASER, FINK, JACOBS, WEIL & SHAPIRO, LLP**

2. **MATTEL, INC.'S SEPARATE STATEMENT IN SUPPORT OF MOTION TO COMPEL THE DEPOSITION OF CHRISTENSEN, GLASER, FINK, JACOBS, WEIL & SHAPIRO, LLP**

3. **MATTEL, INC.'S SEPARATE STATEMENT IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS OF CHRISTENSEN, GLASER, FINK, JACOBS, WEIL & SHAPIRO, LLP**

4. **DECLARATION OF JUAN PABLO ALBAN IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL DEPOSITION AND PRODUCTION OF DOCUMENTS OF CHRISTENSEN, GLASER, FINK, JACOBS, WEIL & SHAPIRO, LLP**

5. **PROOF OF SERVICE**

on the parties in this action as follows:

John W. Keker, Esq.
Michael H. Page, Esq.
Christina M. Anderson, Esq.
**Keker & Van Nest, LLP**
710 Sansome Street
San Francisco, CA 94111

[√]   **BY FEDEX:** I deposited such document(s) in a box or other facility regularly maintained by FedEx, or delivered such document(s) to a courier or driver authorized by FedEx to receive documents, in sealed envelope(s) or package(s) designated by FedEx with delivery fees paid or provided for, addressed to the person(s) being served.

Executed on On February 29, 2008, at Los Angeles, California.

*Lorraine Robles*

-3-   Case No. CV 04-9049 SGL (RNBx)

PROOF OF SERVICE

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is NOW Messenger Service, 1301 West Second Street, Suite 206, Los Angeles, California 90026.

On March 3, 2008, I served true copies of the following documents described as:

1. MATTEL, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL DEPOSITION AND PRODUCTION OF DOCUMENTS OF CHRISTENSEN, GLASER, FINK, JACOBS, WEIL & SHAPIRO, LLP;

2. MATTEL, INC.'S SEPARATE STATEMENT IN SUPPORT OF MOTION TO COMPEL THE DEPOSITION OF CHRISTENSEN, GLASER, FINK, JACOBS, WEIL & SHAPIRO, LLP;

3. MATTEL, INC.'S SEPARATE STATEMENT IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS OF CHRISTENSEN, GLASER, FINK, JACOBS, WEIL & SHAPIRO, LLP;

4. DECLARATION OF JUAN PABLO ALBAN IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL DEPOSITION AND PRODUCTION OF DOCUMENTS OF CHRISTENSEN, GLASER, FINK, JACOBS, WEIL & SHAPIRO, LLP;

5. MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL (1) PORTINS OF ITS MOTION TO COMPEL DEPOSITION AND PRODUCTION OF DOCUMENTS OF CHRISTENSEN, GLASER; (2) PORTIONS OF SEPARATE STATEMENTS IN SUPPORT THEREOF, AND (3) EXHIBITS 1, 2, 7 AND 11 TO THE DECLARATION OF JUAN PABLO ALBAN IN SUPPORT THEREOF;

6. [PROPOSED] ORDER GRANTING MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL (1) PORTIONS OF ITS MOTION TO COMPEL DEPOSITION AND PRODUCTION OF DOCUMENTS OF CHRISTENSEN, GLASER; (2) PORTIONS OF SEPARATE STATEMENTS IN SUPPORT THEREOF, AND (3) EXHIBITS 1, 2, 7 AND 11 TO THE DECLARATION OF JUAN PABLO ALBAN IN SUPPORT THEREOF

on the parties in this action as follows:

Alisa Morgenthaler-Lever, Esq.
Christensen, Glaser, Fink, Jacobs, Weil & Shapiro, LLP
10250 Constellation Blvd., 19th Fl.
Los Angeles, CA 90067

[√]   [PERSONAL] by personally delivering the document listed above to the person(s) at the address(es) set forth above.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 3, 2008, at Los Angeles, California.

_____
Dave Quintana

07209/2421776.1

-1-

Case No. CV 04-9049 SGL (RNBx)
PROOF OF SERVICE