THOMAS J. NOLAN (Bar No. 66992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600
Email: tnolan@skadden.com

RAOUL D. KENNEDY (Bar No. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Embarcadero Center, 38th Floor
San Francisco, CA 94111-5974
Telephone: (415) 984-6400
Facsimile: (415) 984-2698
Email: rkennedy@skadden.com

Attorneys for MGA Entertainment, Inc.,
MGA Entertainment (HK) Limited,
MGAE De Mexico, S.R.L. DE C.V., and
Isaac Larian

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation<br><br>Defendant.<br><br>Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>**DISCOVERY MATTER**<br><br>**[To be heard by Discovery Master Hon. Edward A. Infante (Ret.)]**<br><br>**DECLARATION OF TIMOTHY MILLER IN SUPPORT OF THE MGA PARTIES' MOTION FOR CLARIFICATION OF PORTIONS OF FEBRUARY 15, 2008, ORDER GRANTING IN PART AND DENYING IN PART MATTEL'S MOTION TO COMPEL RESPONSES TO INTERROGATORY NOS. 27-44 AND 46-50 BY THE MGA PARTIES**<br><br>Hearing Date: TBD<br>Time: TBD<br>Place: JAMS |

DECL. OF TIMOTHY MILLER ISO MGA PARTIES' MOTION FOR CLARIFICATION OF FEB. 15, 2008 ORDER

I, Timothy A. Miller, declare:

1. I am an attorney duly licensed to practice law in the State of California and am a member of the law firm of Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden"), counsel of record for MGA Entertainment Inc. ("MGA"), MGA Entertainment (HK) Limited ("MGA HK"), MGAE De Mexico, S.R.L. De C.V. ("MGA Mexico") and Isaac Larian (collectively, the "MGA Parties") in this action. Except where otherwise noted, I have personal knowledge of the facts set forth below and could competently testify thereto.

2. On December 20, 2007 Mattel filed a Motion to Compel Responses to Interrogatory Nos. 27-44 and 46-50 By the MGA Parties (the "Motion to Compel"). The MGA Parties submitted an opposition on December 31, 2007. Mattel submitted a reply on January 7, 2008, closing the briefing on the Motion to Compel.

3. On February 4, 2008, a hearing was held before Judge Larson. Following that hearing, Judge Larson issued a Minute Order. A true and correct copy of Judge Larson's February 4, 2008, Minute Order is attached hereto as Exhibit A.

4. On February 11, 2008, this Court held a telephonic hearing on the Motion to Compel and 10 other pending discovery motions. Attached hereto as Exhibit B is a true and correct copy of an excerpt of the transcript of the telephonic hearing.

5. On February 15, 2008, the Court issued its Order Granting in Part and Denying in Part Mattel's Motion to Compel Responses to Interrogatory Nos. 27-44 and 46-50 by the MGA Parties (the "February 15, 2008, Order"), a true and correct copy of which is attached hereto as Exhibit C.

6. On February 25, 2008, Judge Larson held a hearing on MGA's *Ex Parte* Application to Compel the Depositions of Matthew Bousquette and Tina Patel (the "MGA *Ex Parte* Application"). A true and correct copy of an excerpt of the Reporter's Transcript of those proceedings is attached hereto as Exhibit D. On

-1-

1  February 22, 2008, Mattel submitted to Judge Larson its Opposition to MGA
2  Defendants' *Ex Parte* Application to Compel the Depositions of Matthew
3  Bousquette and Tina Patel. A true and correct copy of an excerpt of that opposition
4  brief is attached hereto as Exhibit E.

5      7. In its opposition to the MGA Ex Parte Application, Mattel referred to a
6  July 2, 2007, Minute Order of Judge Larson regarding the classification of claims
7  into Phase 1 and Phase 2. A true and correct copy of Judge Larson's July 2, 2007,
8  Minute Order is attached hereto as Exhibit F. On page 2 of that July 2, 2007,
9  Minute Order, Judge Larson specifies the claims and counterclaims to be tried in
10 Phase 1 and those to be tried in Phase 2. Judge Larson adopted a modification
11 proposed by Mattel as set forth at pages 8-9 of Mattel's Memorandum Regarding
12 Trial Structure, filed June 20, 2007. A true and correct copy of an excerpt of
13 Mattel's June 20, 2007, Memorandum Regarding Trial Structure is attached hereto
14 as Exhibit G.

15     8. The chart of Phase 1 and Phase 2 claims proposed by Mattel and
16 adopted by Judge Larson in his July 2, 2007, Minute Order refers to Mattel's Claims
17 in *Mattel v. Bryant* as "MC," Mattel's Counterclaims in *MGA v. Mattel* as "AC," and
18 MGA's Claims in *MGA v. Mattel* as "UC" (the key to these abbreviations is found at
19 the bottom of page 7 of Mattel's Memorandum Regarding Trial Structure, Exhibit G
20 hereto). As reflected in the chart adopted by Judge Larson, all claims by MGA
21 against Mattel ("UC") have been deferred to Phase 2.

22     9. "UC" refers to MGA's Complaint for False Designation of Origin,
23 Affiliation, Associate or Sponsorship (15 U.S.C. § 1125(a)); Unfair Competition (15
24 U.S.C. § 1125(a), Cal. Bus. & Prof. Code § 17200 et seq. and California Common
25 Law); Dilution (15 U.S.C. § 1125(c), Cal. Bus. & Prof. Code § 14330 and California
26 Common Law); and Unjust Enrichment, a true and correct copy of which is attached
27 hereto as Exhibit H.

28

10. AC refers to Mattel Inc.'s Second Amended Answer in Case No. 05-2727 and Counterclaims for: 1. Copyright Infringement; 2. Violation of Racketeer Influenced and Corrupt Organizations Act; 3. Conspiracy to Violate the Racketeer Influenced and Corrupt Organizations Act; 4. Misappropriation of Trade Secrets; 5. Breach of Contract; 6. Intentional Interference with Contract; 7. Breach of Fiduciary Duty; 8. Aiding and Abetting Breach of Fiduciary Duty; and 9. Breach of Duty of Loyalty, a true and correct copy of which is attached hereto as Exhibit I.

11. This Court set February 26, 2008, as the original date by which the MGA Parties were to provide the supplemental interrogatory responses compelled under the Court's February 15, 2008, Order. On February 25, 2008, I conferred by telephone with Dylan Proctor of the Quinn Emanuel firm, counsel for Mattel in this action. In that conference, I raised several issues regarding the February 15, 2008, Order, including the view of the MGA Parties that certain obligations to provide supplemental responses under that order had been stayed by operation of Judge Larson's February 4, 2008, Minute Order.

12. Mr. Proctor and I agreed to extend the time for the MGA Parties to move for clarification of the February 15, 2008, Order, initially agreeing to extend time to Thursday, February 28, 2008, and then again agreeing to extend time to March 3, 3008. Attached hereto as Exhibit J is a true and correct copy of the Stipulation Regarding February 15, 2008, Order Granting in Part and Denying in Part Mattel's Motion to Compel Responses to Interrogatory Nos. 27-44 and 46-50 By The MGA Parties, which was approved by the Court by order dated February 26, 2008, extending the time to bring this motion to March 3, 3008. Attached hereto as Exhibit K is a true and correct copy of the Second Stipulation Regarding February 15, 2008, Order Granting in Part and Denying in Part Mattel's Motion to Compel Responses to Interrogatory Nos. 27-44 and 46-50 By The MGA Parties, extending the time to make this motion to March 3, 3008. We have not yet received a response from the Court to the Second Stipulation.

-3-

DECL. OF TIMOTHY MILLER ISO MGA PARTIES' MOTION FOR CLARIFICATION OF FEB. 15, 2008 ORDER

13. I continued my conference with Mr. Proctor on these issues on February 27, 2008, and February 29, 2008. Mr. Proctor and I were unable to resolve the issues raised in this motion.

14. Attached hereto as Exhibit L is a true and correct copy of Mattel's Amended Fourth Set of Interrogatories, which contains Interrogatories 43 and 44.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 3rd day of March, 2008, in San Francisco, California.

_____
Timothy A. Miller
-4-

DECL. OF TIMOTHY MILLER ISO MGA PARTIES' MOTION FOR CLARIFICATION OF FEB. 15, 2008 ORDER
204370-San Francisco Server 1A - MSW