| | |
|---|---|
| 1 | THOMAS J. NOLAN (Bar No. 66992)<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| 2 | 300 South Grand Avenue<br>Los Angeles, California  90071-3144 |
| 3 | Telephone:   (213) 687-5000<br>Facsimile:     (213) 687-5600 |
| 4 | E-mail:         tnolan@skadden.com |
| 5 | RAOUL D. KENNEDY (Bar No. 40892)<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| 6 | Four Embarcadero Center, 38th Floor<br>San Francisco, California  94111-5974 |
| 7 | Telephone:   (415) 984-6400<br>Facsimile:     (415) 984-2698 |
| 8 | E-mail:         rkennedy@skadden.com |
| 9 | Attorneys for Cross-Defendants |
| 10 | MGA Entertainment, Inc., MGA Entertainment (HK) Limited,<br>MGAE De Mexico, S.R.L. De C.V., and ISAAC LARIAN |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>                    Plaintiff,<br><br>       v.<br><br>MATTEL, INC., a Delaware corporation<br><br>                    Defendant.<br><br>Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>**DISCOVERY MATTER**<br>**[To be heard by Discovery Master Hon. Edward A. Infante (Ret.)]**<br><br>**[PROPOSED] ORDER CLARIFYING FEBRUARY 15, 2008, ORDER GRANTING IN PART AND DENYING IN PART MATTEL'S MOTION TO COMPEL RESPONSES TO INTERROGATORY NOS. 27-44 AND 46-50 BY THE MGA PARTIES**<br><br>Date:  TBD<br>Time:  TBD<br>Place:  JAMS<br>Phase 1:<br>Discovery Cut-Off:     January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date:                  May 27, 2008 |

[PROPOSED] ORDER CLARIFYING FEB. 15, 2008, ORDER

# [PROPOSED] ORDER

MGA Entertainment, Inc. ("MGA"), MGA Entertainment (HK) Limited ("MGA HK"), MGAE De Mexico, S.R.L. De C.V. ("MGA Mexico") and Isaac Larian (collectively, the "MGA Parties") move the Court for an order clarifying it's February 15, 2008, Order Granting in Part and Denying in Part Mattel's Motion to Compel Responses to Interrogatory Nos. 27-44 and 46-50 by the MGA Parties (the "February 15, 2008, Order").  Having considered the motion of the MGA Parties, and all papers and arguments made in support of and in opposition thereto, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1.     In light of Judge Larson's February 4, 2008, Minute Order that "[a]ll discovery related to Phase 2 . . . is STAYED until further order of the Court," any obligation of the MGA Parties under this Court's February 15, 2008, Order to provide supplemental responses to interrogatories that seek discovery related to Phase 2 is stayed until further order of Judge Larson.

2.     In particular, any obligation of the MGA Parties under the February 15, 2008, Order to provide supplemental responses to Interrogatories 41 (except with respect to Carter Bryant), 43 and 44 is stayed by operation of Judge Larson's February 4, 2008, Order, because the discovery sought in these interrogatories relates to Phase 2.  In addition, any obligation of MGA Mexico under the February 15, 2008, Order to provide supplemental responses to interrogatories is stayed by operation of Judge Larson's February 4, 2008, Order because discovery directed to Mattel's claims against MGA Mexico is related to Phase 2.

IT IS SO ORDERED.

DATED: _____, 2008     _____
Hon. Edward Infante
United States Magistrate Judge (Ret.)