KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
jkeker@kvn.com
MICHAEL H. PAGE - #154913
mpage@kvn.com
CHRISTA M. ANDERSON - #184325
canderson@kvn.com
MATTHEW M. WERDEGAR - #200470
mwerdegar@kvn.com
JOHN E. TRINIDAD - #250468
jtrinidad@kvn.com
AUDREY WALTON-HADLOCK- #250574
awaltonhadlock@kvn.com
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Plaintiff
CARTER BRYANT

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC. a Delaware Corporation,<br><br>Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC., v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No. CV 04-09049 SGL (RNBx) (consolidated with CV 04-9059 & 05-2727)<br><br>**DISCOVERY MATTER**<br><br>[To Be Heard by Discovery Master Hon. Edward Infante (Ret.)]<br><br>**[PROPOSED] ORDER GRANTING BRYANT'S MOTION TO STRIKE MATTEL, INC.'S REPLY IN SUPPORT OF MOTION FOR LEAVE TO OBTAIN DISCOVERY AFTER THE PHASE 1 DISCOVERY CUT-OFF IN RESPONSE TO A SUBPOENA SERVED ON PEOPLES BANK OF THE OZARKS**<br><br>Date:   TBA<br>Time:   TBA<br>Date Comp. Filed:  April 13, 2005<br>Discovery Cut-Off:  Jan. 28, 2008<br>Trial Date:  May 27, 2008 |

1

[PROPOSED] ORDER GRANTING BRYANT'S MOTION TO STRIKE MATTEL, INC.'S REPLY ISO MOTION FOR LEAVE TO OBTAIN DISCOVERY AFTER PHASE 1 DISCOVERY CUT-OFFCASE NO. CV 04-09049 SGL (RNBx)

412475.01

# [PROPOSED] ORDER

The Court GRANTS Bryant's Motion to Strike Mattel Inc.'s Reply in Support of Motion for Leave to Obtain Discovery After the Phase 1 Discovery Cut-off in Response to a Subpoena Served on Peoples Bank of the Ozarks. Mattel's Reply was not timely filed. Moreover, Mattel impermissibly seeks to introduce factual information withheld from its opening brief. Accordingly, Bryant's motion is GRANTED.

IT IS SO ORDERED.

Dated:

By:_____
HON. EDWARD A. INFANTE
Discovery Master

2

[PROPOSED] ORDER GRANTING BRYANT'S MOTION TO STRIKE MATTEL, INC.'S REPLY ISO MOTION FOR LEAVE TO OBTAIN DISCOVERY AFTER PHASE 1 DISCOVERY CUT-OFFCASE NO. CV 04-09049 SGL (RNBx)

412475.01

PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest, LLP, 710 Sansome Street, San Francisco, California 94111.

On March 3, 2008, I served the following document(s):

**[PROPOSED] ORDER GRANTING BRYANT'S MOTION TO STRIKE MATTEL, INC.'S REPLY IN SUPPORT OF MOTION FOR LEAVE TO OBTAIN DISCOVERY AFTER THE PHASE 1 DISCOVERY CUT-OFF IN RESPONSE TO A SUBPOENA SERVED ON PEOPLES BANK OF THE OZARKS**

by **FEDERAL EXPRESS**, by placing a true and correct copy in a sealed envelope addressed as shown below. I am readily familiar with the practice of Keker & Van Nest, LLP for correspondence for delivery by FedEx Corporation. According to that practice, items are retrieved daily by a FedEx Corporation employee for overnight delivery; and

by **E-MAIL VIA PDF FILE**, by transmitting on this date via e-mail a true and correct copy scanned into an electronic file in Adobe "pdf" format. The transmission was reported as complete and without error.

Hon. Edward A. Infante
JAMS
Two Embarcadero Center, Suite 1500
San Francisco, CA 94111
Tel: 415/774-2649
Fax: 415/982-5287
Email:   schan@jamsadr.com

John B. Quinn
Michael T. Zeller
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017-2543
Tel: 213/443-3000
Fax: 213/443-3100
Email:
    johnquinn@quinnemanuel.com
Email:
    michaelzeller@quinnemanuel.com

PROOF OF SERVICE
CASE NO. CV 04-09049 SGL (RNBx)

396176.01

| | |
|---|---|
| Thomas J. Nolan<br>Skadden Arps Slate Meagher & Flom<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071-3144<br>Tel:   213/687-5000<br>Fax:  213/687-5600<br>Email: tnolan@skadden.com | Alexander H. Cote<br>Overland Borenstein Scheper & Kim LLP<br>300 S. Grand Avenue, Suite 2750<br>Los Angeles, California 90071<br>Tel:   213/613-4660<br>Fax:  213/613-4656<br>Email :   acote@obsklaw.com |

Executed on March 3, 2008, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
Julie A. Selby

PROOF OF SERVICE
CASE NO. CV 04-09049 SGL (RNBx)