QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09039<br>Case No. CV 05-02727<br><br>MATTEL, INC.'S NOTICE OF LODGING IN SUPPORT OF MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER'S (1) FEBRUARY 15, 2008 ORDER REGARDING MATTEL'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES BY THE MGA PARTIES; AND (2) FEBRUARY 20, 2008 ORDER REGARDING MATTEL'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES BY CARTER BRYANT<br><br>Hearing Date:   March 24, 2008<br>Time:           10:00 a.m.<br>Place:          Courtroom 1<br><br>**Phase 1**<br>Discovery Cut-off:     January 28, 2008<br>Pre-trial Conference:  April 21, 2008<br>Trial Date:            May 27, 2008 |

07209/2420625.1

NOTICE OF LODGING

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE that plaintiff Mattel, Inc. hereby lodges the following documents with the Court in support of its Motion Objecting to Portions of Discovery Master's (1) February 15, 2008 Order Regarding Mattel's Motion to Compel Responses to Interrogatories by the MGA Parties; and (2) February 20, 2008 Order Regarding Mattel's Motion to Compel Responses to Interrogatories by Carter Bryant:

1. Mattel, Inc.'s Motion to Compel Responses to Interrogatories (Nos. 27-33, 36-40, 42, 45 and 47) by Carter Bryant, dated December 13, 2007, attached hereto as Exhibit 1.

2. Declaration of B. Dylan Proctor in Support of Mattel, Inc.'s Motion to Compel Responses to Interrogatories (Nos. 27-33, 36-40, 42, 45 and 47) by Carter Bryant, dated December 13, 2007, attached hereto as Exhibit 2.

3. Mattel, Inc.'s Motion to Compel Responses to Interrogatories (Nos. 27-44 and 46-50) by the MGA Parties, dated December 20, 2007, attached hereto as Exhibit 3.

4. Declaration of B. Dylan Proctor in Support of Mattel, Inc.'s Motion to Compel Responses to Interrogatories (Nos. 27-44 and 46-50) by the MGA Parties, dated December 20, 2007, attached hereto as Exhibit 4.

5. Carter Bryant's Opposition to Mattel, Inc.'s Motion to Compel Responses to Interrogatories (Nos. 27-33, 36-40, 42, 45 and 47), dated December 20, 2007, attached hereto as Exhibit 5.

6. Declaration of Matthew M. Werdegar in Support of Carter Bryant's Opposition to Mattel, Inc.'s Motion to Compel Responses to Interrogatories, dated December 20, 2007, attached hereto as Exhibit 6.

7. [Corrected] Reply in Support of Mattel, Inc.'s Motion to Compel Responses to Interrogatories (Nos. 27-33, 36-40, 42, 45 and 47) by Carter Bryant, dated December 27, 2007, attached hereto as Exhibit 7.

8. [Corrected] Supplemental Declaration of B. Dylan Proctor in Support of Mattel, Inc.'s Motion to Compel Responses to Interrogatories (Nos. 27-33, 36-40, 42, 45 and 47) by Carter Bryant, dated December 27, 2007, attached hereto as Exhibit 8.

9. Mattel, Inc.'s Consolidated Separate Statement in Support of Motion to Compel Responses to Interrogatories (Nos. 27-33, 36-40, 42, 45 and 47) by Carter Bryant, dated December 27, 2007, attached hereto as Exhibit 9.

10. MGA Entertainment, Inc.'s Opposition to Mattel, Inc.'s Motion to Compel Responses to Interrogatories (Nos. 27-44 and 46-50) by the MGA Parties, dated December 31, 2007, attached hereto as Exhibit 10.

11. Declaration of Timothy A. Miller in Support of MGA Entertainment, Inc.'s Opposition to Mattel, Inc.'s Motion to Compel Responses to Interrogatories (Nos. 27-44 and 46-50) by the MGA Parties, dated December 31, 2007, attached hereto as Exhibit 11.

12. Reply in Support of Mattel, Inc.'s Motion to Compel Responses to Interrogatories (Nos. 27-44 and 46-50) by the MGA Parties, dated January 7, 2008, attached hereto as Exhibit 12.

13. Supplemental Declaration of B. Dylan Proctor in Support of Mattel, Inc.'s Motion to Compel Responses to Interrogatories (Nos. 27-44 and 46-50) by the MGA Parties, dated January 7, 2008, attached hereto as Exhibit 13.

14. Declaration of Christopher Tayback in Support of Mattel, Inc.'s Motion to Compel Responses to Interrogatories (Nos. 27-44 and 46-50) by the MGA Parties, dated January 7, 2008, attached hereto as Exhibit 14.

15. Mattel, Inc.'s Consolidated Separate Statement in Support of Motion to Compel Responses to Interrogatories (Nos. 27-44 and 46-50) by the MGA Parties, dated January 7, 2008, attached hereto as Exhibit 15.

16. Supplemental Declaration of Stephen Hauss in Further Support of (1) Mattel, Inc.'s Motion to Compel Responses to Interrogatories (Nos. 27-44, 46-50) by the MGA Parties and (2) Mattel, Inc.'s Motion to Compel Responses to Interrogatories (Nos. 27-33, 36-40, 42, 45 and 47) by Carter Bryant, dated January 10, 2008, attached hereto as Exhibit 16.

17. Supplemental Werdegar Declaration in Support of Carter Bryant's Opposition to Mattel, Inc.'s Motion to Compel Responses to Interrogatories, dated February 6, 2008, attached hereto as Exhibit 17.

18. Supplemental Declaration of Timothy A. Miller in Support of MGA Entertainment, Inc.'s Opposition to Mattel, Inc.'s Motion to Compel Responses to Interrogatories (Nos. 27-44 and 46-50) by the MGA Parties, dated February 8, 2008.

DATED: March 3, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By_____
Bernard B. Smyth
Attorneys for Mattel, Inc.