QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.



FILED - EASTERN DIVISION
CLERK U.S. DISTRICT COURT
FEB 29 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>[To Be Heard By Discovery Master Hon. Edward Infante (Ret.) Pursuant To The Court's Order Of December 6, 2006]<br><br>ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S REPLY IN SUPPORT OF ITS MOTION TO COMPEL A COMPLETE RESPONSE TO MATTEL'S SUPPLEMENTAL INTERROGATORY RE TEST PROJECTS AND CERTAIN EXHIBITS TO THE DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL A COMPLETE RESPONSE TO MATTEL'S SUPPLEMENTAL INTERROGATORY RE TEST PROJECTS<br><br>Date: TBD<br>Time: TBD<br>Place: TBD<br><br>**Phase 1**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

## ORDER

Based on the concurrently filed Application To File Under Seal Mattel, Inc.'s Reply In Support Of Its Motion To Compel A Complete Response To Mattel's Supplemental Interrogatory Re Test Projects and Certain Exhibits To The Declaration of B. Dylan Proctor In Support of Mattel, Inc.'s Motion To Compel A Complete Response To Mattel's Supplemental Interrogatory Re Test Projects, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Mattel, Inc.'s Reply In Support Of Its Motion To Compel A Complete Response To Mattel's Supplemental Interrogatory Re Test Projects and Exhibits 1, 2 and 4 to the Declaration of B. Dylan Proctor In Support of Mattel, Inc.'s Motion To Compel A Complete Response To Mattel's Supplemental Interrogatory Re Test Projects are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED:   February 21, 2008

/s/ S. G. Larson

Hon. Stephen G. Larson
United States District Judge