QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100



Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>  Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>  Defendant. | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br>ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL<br><br>Date: N/A<br>Time: N/A<br>Place: N/A |
| AND CONSOLIDATED ACTIONS | **Phase 1**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

Case 2:04-cv-09049-DOC-RNB   Document 2394   Filed 02/29/08   Page 2 of 2   Page ID #:36524

## ORDER

Based on the concurrently filed Application to File Under Seal Exhibits 1, 2, 4 and 5 to the Confidential Supplemental Declaration of Jon D. Corey in Support of Reply in Support of Mattel, Inc.'s Cross-Motion to Compel (Corey Declaration), IT IS HEREBY ORDERED:

Exhibits 1, 2, 4, and 5 to the Corey Declaration are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED:   February 21, 2008

Hon. Stephen G. Larson
United States District Judge

07209/2362964.1                                        -2-

[PROPOSED] ORDER