QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>ORDER REGARDING MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL REPLY IN SUPPORT OF MOTION OF MATTEL, INC. FOR ORDER COMPELLING PRODUCTION OF WITHHELD MGA: (1) TRADEMARK SEARCH RESULTS, (2) DATE OF FIRST USE INFORMATION, AND (3) FACTUAL DATA COMMUNICATED FOR THE PURPOSE OF FILING TRADEMARK OR OTHER INTELLECTUAL PROPERTY APPLICATIONS, AND EXHIBIT 2 TO THE DECLARATION OF TAMARA JIH IN SUPPORT THEREOF<br><br>**Phase 1**<br>Discovery Cut-Off:   January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date:                 May 27, 2008 |

1

2

3

[PROPOSED] ORDER

Based on the concurrently filed Application to File Under Seal Reply in

4

5

Support of Motion of Mattel, Inc. for Order Compelling Production of Withheld

6

MGA: (1) Trademark Search Results, (2) Date of First Use Information, and (3)

7

Factual Data Communicated for the Purpose of Filing Trademark of Other

8

Intellectual Property Applications, and Exhibit 2 to the Declaration of Tamara Jih in

9

Support Thereof, and good cause appearing for the entry thereof, IT IS HEREBY

10

ORDERED:

11

Reply in Support of Motion of Mattel, Inc. for Order Compelling Production of

12

Withheld MGA: (1) Trademark Search Results, (2) Date of First Use Information, and (3) Factual

13

Data Communicated for the Purpose of Filing Trademark of Other Intellectual Property

14

Applications, and Exhibit 2 to the Declaration of Tamara Jih in Support Thereof

15

are ORDERED filed under seal pursuant to Local Rule 79-5.1.

16

17

DATED:    February 21, 2008

18

Hon. Stephen G. Larson
United States District Judge

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER