QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>ORDER GRANTING MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL CERTAIN EXHIBITS TO THE SUPPLEMENTAL DECLARATION OF OLEG STOLYAR IN SUPPORT OF MOTION OF MATTEL, INC. TO ENFORCE THE COURT'S ORDER OF MAY 15, 2007, TO COMPEL MGA TO PRODUCE COMPELLED CALENDARS, AND FOR SANCTIONS<br><br>[Local Rule 79-5.1]<br><br>**Phase 1**<br>Discovery Cut-Off:    January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date:    May 27, 2008 |

[PROPOSED] ORDER

ORDER

Based on Mattel, Inc.'s Application to File Under Seal Certain Exhibits to the Supplemental Declaration of Oleg Stolyar in support of Mattel's Motion to Enforce the Court's Order of May 15, 2007, to Compel MGA to Produce Compelled Documents, and for Sanctions, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Exhibits 1-6 to the Supplemental Declaration of Oleg Stolyar submitted in support of Mattel's Motion to Enforce the Court's Order of May 15, 2007, to Compel MGA to Produce Compelled Documents, and for Sanctions are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED:  February 21, 2008

_____
Hon. Stephen G. Larson
United States District Judge

07209/2240948.1

-2-

[PROPOSED] ORDER