**QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP**
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100



Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>ORDER REGARDING MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL CERTAIN PORTIONS OF ITS REPLY IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY ANNE WANG, AND EXHIBITS 2 AND 3 TO THE SUPPLEMENTAL DECLARATION OF B. DYLAN PROCTOR IN SUPPORT THEREOF<br><br>**Phase 1**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

1
2
3                        [PROPOSED] ORDER
4         Based on the concurrently filed Application to File Under Seal Certain
5  Portions of Its Reply in Support of Mattel, Inc.'s Motion to Compel Production of
6  Documents by Anne Wang, and Exhibits 2 and 3 to the Supplemental Declaration of
7  B. Dylan Proctor in Support Thereof, and good cause appearing for the entry
8  thereof, IT IS HEREBY ORDERED:
9         (1) the following portions of the Reply in Support of Mattel, Inc.'s Motion to
10 Compel Production of Documents by Anne Wang: 3:16-22; and
11        (2) Exhibits 2 and 3 to the Supplemental Declaration of B. Dylan Proctor in
12 Support of Mattel, Inc.'s Motion to Compel Production of Documents by Anne Wang
13 are ORDERED filed under seal pursuant to Local Rule 79-5.1.
14
15 DATED:    February 21, 2008
16                                              _____
                                                 Hon. Stephen G. Larson
17                                               United States District Judge
18
19
20
21
22
23
24
25
26
27
28