1  Hon. Edward A. Infante (Ret.)
   JAMS
2  Two Embarcadero Center
   Suite 1500
3  San Francisco, California  94111
   Telephone:    (415) 774-2611
4  Facsimile:    (415) 982-5287

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10                        EASTERN DIVISION

11

| | |
|---|---|
| 12  CARTER BRYANT, an individual, | CASE NO. CV 04-09049 SGL (RNBx) JAMS Reference No. 1100049530 |
| 13        Plaintiff, | |
| 14        v. | Consolidated with Case No. CV 04-09059 Case No. CV 05-2727 |
| 15  MATTEL, INC., a Delaware corporation, | |
| 16        Defendant. | **ORDER GRANTING MGA'S APPLICATION AND REQUEST FOR HEARING REGARDING MOTION TO COMPEL THE DEPOSITION TESTIMONY OF MATTHEW BOUSQUETTE AND TINA PATEL; SETTING BRIEFING SCHEDULE** |
| 17 | |
| 18 | |
| 19 | |
| 20  CONSOLIDATED WITH MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | |
| 21 | |
| 22 | |

23

24        On February 28, 2008, MGA Entertainment, Inc., Isaac Larian, MGA Entertainment (HK)

25  Limited, and MGAE de Mexico S.R.L. de C.V. (collectively "MGA") submitted an "Application

26  and Request for Hearing Regarding the Already Briefed Motion to Compel the Deposition

27  Testimony of Matthew Bousquette and Tina Patel."  Mattel submitted a response via e-mail and

28

1    thereafter MGA submitted a response to Mattel's e-mail.

2          Having considered all of the parties' submissions and good cause appearing, MGA's

3    application and request for a hearing are granted.  MGA's Motion to Compel the Depositions of

4    Matthew Bousquette and Tina Patel will be heard on March 10, 2008 at 8:30 a.m. in lieu of MGA

5    and Carter Bryant's Joint Motion to Compel an Unredacted Version of M0074400, Mattel's

6    Investigative File 02-299 and the Further Deposition of Richard De Anda.  Mattel shall file and

7    serve an opposition no later than March 7, 2008.  Bryant may file and serve a reply if there is time

8    prior to the scheduled hearing.

9          Pursuant to Paragraph 6 of the Stipulation and Order for Appointment of a Discovery

10   Master, MGA shall file this Order with the Clerk of Court forthwith.

11

12   Dated: February 29, 2008                          /s/Edward A. Infante
                                                 HON. EDWARD A. INFANTE (Ret.)
13                                                       Discovery Master

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                                                                        2
Bryant v. Mattel, Inc.,
CV-04-09049 SGL (RNBx)

## PROOF OF SERVICE BY E-MAIL

I, Sandra Chan, not a party to the within action, hereby declare that on February 29, 2008, I served the attached ORDER GRANTING MGA'S APPLICATION AND REQUEST FOR HEARING REGARDING MOTION TO COMPEL THE DEPOSITION TESTIMONY OF MATTHEW BOUSQUETTE AND TINA PATEL; SETTING BRIEFING SCHEDULE in the within action by email addressed as follows:

| | | |
|---|---|---|
| John W. Keker, Esq. | Keker & Van Nest | jkeker@kvn.com |
| Michael H. Page, Esq. | Keker & Van Nest | mhp@kvn.com |
| Christa Anderson, Esq. | Keker & Van Nest | cma@kvn.com |
| Matthew M. Werdegar, Esq. | Keker & Van Nest | mwerdegar@kvn.com |
| John E. Trinidad, Esq. | Keker & Van Nest | jtrinidad@kvn.com |
| Audrey Walton-Hadlock, Esq. | Keker & Van Nest | awalton-hadlock@kvn.com |
| John Quinn Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | johnquinn@quinnemanuel.com |
| Michael Zeller Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | michaelzeller@quinnemanuel.com |
| Jon Corey Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | joncorey@quinnemanuel.com |
| Duane Lyons Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | duanelyons@quinnemanuel.com |
| Timothy Alger Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | timalger@quinnemanuel.com |
| Dominic Surprenant Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | DominicSurprenant@QuinnEmanuel.com |
| B. Dylan Proctor Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | dylanproctor@quinnemanuel.com |
| Shane McKenzie Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | shanemckenzie@quinnemanuel.com |
| Bridget Hauler Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | bridgethauler@quinnemanuel.com |
| Tamar Buchakjian Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | tamarbuchakjian@quinnemanuel.com |
| Juan Pablo Alban, Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | juanpabloalban@quinnemanuel.com |
| John Gordon | Quinn, Emanuel, Urquhart, Oliver & Hedges | johngordon@quinnemanuel.com |
| Thomas J. Nolan, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | tnolan@skadden.com |
| Raoul D. Kennedy, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | rkennedy@skadden.com |
| Amy S. Park, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | apark@skadden.com |
| Harriet S. Posner, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | hposner@skadden.com |
| Carl Alan Roth, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | croth@skadden.com |
| Timothy A. Miller, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | tmiller@skadden.com |
| Marcus R. Mumford, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | Mmumford@skadden.com |
| Paul M. Eckles, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | Paul.eckles@skadden.com |
| Lance A. Etcheverry, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | Lance.etcheverry@skadden.com |
| Robert J. Herrington, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | Robert.herrington@skadden.com |
| Mark Overland, Esq. | Overland, Borenstein, et al. | moverland@obsklaw.com |
| Alexander Cote, Esq. | Overland, Borenstein, et al. | acote@obsklaw.com |

I declare under penalty of perjury under the laws of the Untied States of America that the above is true and correct.

Executed on February 29, 2008, at San Francisco, California.

Sandra Chan