THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, CA 90071-3144
Tel.: (213) 687-5000 / Fax: (213) 687-5600

RAOUL D. KENNEDY (Bar No. 40892)
(rkennedy@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Embarcadero Center, 38th Floor
San Francisco, CA 94111-5974
Tel.: (415) 984-6400 / Fax: (415) 984-2698

Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian

FILED - EASTERN DIVISION
CLERK U.S. DISTRICT COURT
FEB 29 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATED DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>　　　　　　Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>**ORDER TO FILE UNDER SEAL**<br><br>Honorable Stephen G. Larson |

## **ORDER**

Based on the Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the following documents be filed under seal pursuant to Local Rule 79-5.1: MGA's Reply in Further Support of Motion to Overrule Mattel's and Richard De Anda's Objections to Subpoena and To Compel Discovery, and Supplemental Declaration of Marcus R. Mumford in further support thereof.

DATED: February 21, 2008

_____
Hon. Stephen G. Larson
United States District Court Judge