Case 2:04-cv-09049-DOC-RNB   Document 2417   Filed 02/29/08   Page 1 of 2   Page ID #:36055

**QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP**
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.



## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>[To Be Heard By Discovery Master Hon. Edward Infante (Ret.) Pursuant To The Court's Order Of December 6, 2006]<br><br>ORDER RE: MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 2, 3, 4, 6, 7 AND 8 TO THE SUPPLEMENTAL DECLARATION OF MELISSA GRANT IN SUPPORT OF MOTION FOR ORDER ENFORCING JANUARY 25, 2007 ORDER COMPELLING BRYANT TO PRODUCE COMPUTER HARD DRIVES AND FOR SANCTIONS<br><br>Date: TBD<br>Time: TBD<br>Place: TBD<br><br>**Phase 1**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

## ORDER

Based on the concurrently filed Application to File Under Seal Exhibits 2, 3, 4, 6, 7 and 8 to the Supplemental Declaration of Melissa Grant in Support of Motion for Order Enforcing January 25, 2007 Order Compelling Bryant to Produce Computer Hard Drives and for Sanctions, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Exhibit 2, 3, 4, 6, 7 and 8 to the Supplemental Declaration of Melissa Grant in Support of Motion for Order Enforcing January 25, 2007 Order Compelling Bryant to Produce Computer Hard Drives and for Sanctions is ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: February 21, 2008

_____
Hon. Stephen G. Larson
United States District Judge