QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> MATTEL, INC., a Delaware corporation, <br><br> Defendant. <br><br> AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx) <br> Consolidated with <br> Case Nos. CV 04-09059 & CV 05-2727 <br><br> Hon. Stephen G. Larson <br><br> ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL <br><br> Date: N/A <br> Time: N/A <br> Place: N/A <br><br> **Phase 1** <br> Discovery Cut-Off: January 28, 2008 <br> Pre-Trial Conference: May 5, 2008 <br> Trial Date: May 27, 2008 |

1
2                                                    ORDER
3
4
5            Based on the concurrently filed Application to File Under Seal Exhibits
6    E, F, G, H and P to the Confidential Declaration of Christopher E. Price in Support
7    of Reply in Larry McFarland's Response to Order to Show Cause (Price
     Declaration), IT IS HEREBY ORDERED:
8
             Exhibits E, F, G, H, and P to the Price Declaration are ORDERED filed
9
     under seal pursuant to Local Rule 79-5.1.
10
11
12   DATED:    February 21, 2008                   _____
13
                                                   [signature]
14
15                                                 Hon. Stephen G. Larson
                                                   United States District Judge
16
17
18
19
20
21
22
23
24
25
26
27
28