ORIGINAL

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To be Heard by Discovery Master Hon. Edward Infante (Ret.) Pursuant to Court Order of December 6, 2006]**<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBIT O TO THE DECLARATION OF MELISSA GRANT IN SUPPORT OF MATTEL, INC.'S REPLY REGARDING MATTEL'S MOTION FOR LEAVE TO OBTAIN DISCOVERY AFTER THE PHASE 1 DISCOVERY CUT-OFF IN REPOSE TO A SUBPOENA SERVED ON PEOPLE'S BANK OF THE OZARKS<br><br>[Local Rule 79-5.1]<br><br>Date: TBA<br>Time: TBA<br>Place: TBA<br><br>**Phase 1**<br>Discovery Cut-Off: Jan. 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2418703.2
18703.1

APPLICATION TO FILE UNDER SEAL

### Application to File Under Seal

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, plaintiff Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal Exhibit O to the Declaration of Melissa Grant In Support Of Mattel, Inc.'s Reply Regarding Mattel's Motion For Leave To Obtain Discovery After The Phase 1 Discovery Cut-Off In Repose To A Subpoena Served On People's Bank Of The Ozarks.

Exhibit O is a collection of Bryant's financial documents that the parties -have designated as "Confidential" and/or "Confidential-Attorneys' Eyes Only" pursuant to the Protective Order. As these materials have been designated by the parties as "Confidential" and/or "Confidential-Attorneys' Eyes Only," Mattel requests that the Court order that Exhibit O to the Declaration of Melissa Grant In Support Of Mattel, Inc.'s Reply Regarding Mattel's Motion For Leave To Obtain Discovery After The Phase 1 Discovery Cut-Off In Repose To A Subpoena Served On People's Bank Of The Ozarks be filed under seal.

In the alternative, Mattel requests that the Court declare these materials to be outside the definition of "Confidential" and/or "Confidential-Attorneys' Eyes Only" as contained in the Stipulated Protective Order and order them lodged as part of the public record.

DATED: February 28, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By _Michael Zeller (cfg)_
Michael T. Zeller
Attorneys for Mattel, Inc.