QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>  Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>  Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL (1) PORTIONS OF MATTEL INC.'S MOTION TO COMPEL MGA AND CARTER BRYANT TO RETURN PRIVILEGED DOCUMENT AND FOR PROTECTIVE ORDER AND (2) PORTIONS OF AND CERTAIN EXHIBITS TO THE DECLARATIONS OF TIMOTHY L. ALGER AND JON D. COREY IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL MGA AND CARTER BRYANT TO RETURN PRIVILEGED DOCUMENT AND FOR PROTECTIVE ORDER<br><br>[Local Rule 79-5.1]<br><br>Hearing Date: T.B.D.<br>Time: T.B.D.<br>Place: T.B.D.<br><br>**Phase 1**<br>Discovery Cut-Off: Jan. 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2418158.1

APPLICATION TO FILE UNDER SEAL

## Application to File Under Seal

1. Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, plaintiff Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal (i) portions of Mattel Inc.'s Motion to Compel MGA And Carter Bryant to Return Privileged Document And For Protective Order (the "Motion"), (ii) portions of the Declaration of Timothy L. Alger in Support of Mattel Inc.'s Motion to Compel MGA And Carter Bryant to Return Privileged Document And For Protective Order (the "Alger Declaration"), (iii) Exhibits 11, 12, 13, 14, 15, 16 and 19 to the Alger Declaration, (iv) portions of the Declaration of Jon D. Corey in Support of Mattel Inc.'s Motion to Compel MGA And Carter Bryant to Return Privileged Document And For Protective Order (the "Corey Declaration"), and (v) Exhibits 1 and 2 to the Corey Declaration. The Motion, Alger Declaration and exhibits thereto, and Corey Declaration and exhibits thereto, are being filed concurrently with this Application.

The Motion, Alger Declaration and Corey Declaration all contain materials that Mattel, MGA Entertainment, Inc. ("MGA") and Carter Bryant ("Bryant") have designated as "Confidential" and/or "Confidential--Attorneys' Eyes Only" pursuant to the Stipulated Protective Order. The Alger Declaration and Corey Declaration attach as exhibits documents that Mattel, MGA and Bryant have designated as "Confidential" and/or "Confidential--Attorneys' Eyes Only" pursuant to the Stipulated Protective Order.

As portions of the Motion, Alger Declaration and Corey Declaration; Exhibits 11, 12, 13, 14 and 15 to the Alger Declaration and an attachment to Exhibits 16 and 19 to the Alger Declaration; and Exhibits 1 and 2 to the Corey Declaration, consist of materials designated by the parties as "Confidential" and/or "Confidential-Attorneys' Eyes Only," Mattel respectfully requests that the Court order that portions of the Motion, Alger Declaration and Corey Declaration;

///

1 | Exhibits 11, 12, 13, 14, 15, 16 and 19 to the Alger Declaration; and Exhibits 1 and 2
2 | to the Corey Declaration, be filed under seal.

DATED: February 29, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By _____
Timothy L. Alger
Attorneys for Mattel, Inc.