# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

To: ☒ U.S. District Judge / ☐ U.S. Magistrate Judge _Larson_

From: _A. Morris_____, Deputy Clerk     Date Received: _2/26/08_

Case No.: _CV04-9049 SGL_     Case Title: _Bryant -v- Mattel_

Document Entitled: _Exhibit 3, Exhibit 12, Exhibit 11 to Declaration_

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

- ☐ Local Rule 11-3.1    Document not legible
- ☐ Local Rule 11-3.8    Lacking name, address, phone and facsimile numbers, _Title Court, Case Caption_
- ☐ Local Rule 11-4.1    No copy provided for judge
- ☐ Local Rule 19-1      Complaint/Petition includes more than ten (10) Does or fictitiously named parties
- ☐ Local Rule 15-1      Proposed amended pleading not under separate cover
- ☐ Local Rule 11-6      Memorandum/brief exceeds 25 pages
- ☐ Local Rule 11-8      Memorandum/brief exceeding 10 pages shall contain table of contents
- ☐ Local Rule 7.1-1     No Certification of Interested Parties and/or no copies
- ☐ Local Rule 6.1       Written notice of motion lacking or timeliness of notice incorrect
- ☐ Local Rule 56-1      Statement of uncontroverted facts and/or proposed judgment lacking
- ☐ Local Rule 56-2      Statement of genuine issues of material fact lacking
- ☐ Local Rule 7-19.1    Notice to other parties of ex parte application lacking
- ☐ Local Rule 16-6      Pretrial conference order not signed by all counsel
- ☐ FRCvP Rule 5(d)      No proof of service attached to document(s)
- ☐ Other: _____

Note: Please refer to the court's Internet website at www.cacd.uscourts.gov for local rules and applicable forms.

## ORDER OF THE JUDGE/MAGISTRATE JUDGE
IT IS HEREBY ORDERED:

☒ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_2-29-08_                           _[signature]_
Date                                U.S. District Judge / ~~U.S. Magistrate Judge~~

☐ The document is **NOT** to be filed, but instead **REJECTED**, and is **ORDERED** returned to *counsel. *Counsel shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

_____                _____
Date                                U.S. District Judge / U.S. Magistrate Judge

*The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

CV-104A (12/03)     NOTICE OF DOCUMENT DISCREPANCIES

GPO  U.S. GOVERNMENT PRINTING OFFICE: 2006-572-754/59178