1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
2    John B. Quinn (Bar No. 90378)
     (johnquinn@quinnemanuel.com)
     Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
     Jon D. Corey (Bar No. 185066)
4    (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
6  Facsimile: (213) 443-3100

7  Attorneys for Mattel, Inc.

8                UNITED STATES DISTRICT COURT

9                CENTRAL DISTRICT OF CALIFORNIA

10                     EASTERN DIVISION

11  CARTER BRYANT, an individual,       | CASE NO. CV 04-9049 SGL (RNBx)
                                         | Consolidated with
12              Plaintiff,               | Case Nos. CV 04-09059 & CV 05-2727
13                                       | Hon. Stephen G. Larson
       vs.
14                                       | [PROPOSED] ORDER GRANTING
15  MATTEL, INC., a Delaware            | MATTEL, INC.'S APPLICATION TO
    corporation,                         | FILE UNDER SEAL (1) PORTIONS
16                                       | OF MATTEL INC.'S MOTION TO
                                         | COMPEL MGA AND CARTER
17              Defendant.               | BRYANT TO RETURN PRIVILEGED
                                         | DOCUMENT AND FOR
18                                       | PROTECTIVE ORDER AND (2)
                                         | PORTIONS OF AND CERTAIN
19  AND CONSOLIDATED ACTIONS            | EXHIBITS TO THE DECLARATIONS
                                         | OF TIMOTHY L. ALGER AND JON
20                                       | D. COREY IN SUPPORT OF
                                         | MATTEL, INC.'S MOTION TO
21                                       | COMPEL MGA AND CARTER
                                         | BRYANT TO RETURN PRIVILEGED
22                                       | DOCUMENT AND FOR
                                         | PROTECTIVE ORDER
23
                                         | [Local Rule 79-5.1]
24
                                         | **Phase 1**
25                                       | Discovery Cut-Off:   January 28, 2008
                                         | Pre-Trial Conference: May 5, 2008
26                                       | Trial Date:          May 27, 2008

27

28

07209/2418406.1

                                              [PROPOSED] ORDER

# [PROPOSED] ORDER

Based on Mattel, Inc.'s Application to File Under Seal (1) Portions of Mattel Inc.'s Motion to Compel MGA And Carter Bryant to Return Privileged Document And For Protective Order And (2) Portions of And Certain Exhibits to the Declarations of Timothy L. Alger And Jon D. Corey in Support of Mattel, Inc.'s Motion to Compel MGA And Carter Bryant to Return Privileged Document And For Protective Order, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

(1) Portions of Mattel Inc.'s Motion to Compel MGA And Carter Bryant to Return Privileged Document And For Protective Order (the "Motion"), (2) Portions of the Declaration of Timothy L. Alger in Support of Mattel Inc.'s Motion to Compel MGA And Carter Bryant to Return Privileged Document And For Protective Order (the "Alger Declaration"), (3) Exhibits 11, 12, 13, 14, 15, 16 and 19 to the Alger Declaration, (4) Portions of the Declaration of Jon D. Corey in Support of Mattel Inc.'s Motion to Compel MGA And Carter Bryant to Return Privileged Document And For Protective Order (the "Corey Declaration"), and (5) Exhibits 1 and 2 to the Corey Declaration, are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED:   FEB 2 9 2008 _____, 2008

Hon. Stephen G. Larson
United States District Judge

-2-

[PROPOSED] ORDER