QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To be Heard by Discovery Master Hon. Edward Infante (Ret.) Pursuant to Court Order of December 6, 2006]**<br><br>ORDER RE: MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBIT O TO THE DECLARATION OF MELISSA GRANT IN SUPPORT OF MATTEL, INC.'S REPLY REGARDING MATTEL'S MOTION FOR LEAVE TO OBTAIN DISCOVERY AFTER THE PHASE 1 DISCOVERY CUT-OFF IN REPOSE TO A SUBPOENA SERVED ON PEOPLE'S BANK OF THE OZARKS<br><br>[Local Rule 79-5.1]<br><br>Date:  TBA<br>Time:  TBA<br>Place: TBA<br><br>**Phase 1**<br>Discovery Cut-Off:      Jan. 28, 2008<br>Pre-Trial Conference:  May 5, 2008<br>Trial Date:                   May 27, 2008 |

## ORDER

Based on Mattel's concurrently filed Application to File Under Seal Exhibit O to the Declaration of Melissa Grant In Support Of Mattel, Inc.'s Reply Regarding Mattel's Motion For Leave To Obtain Discovery After The Phase 1 Discovery Cut-Off In Repose To A Subpoena Served On People's Bank Of The Ozarks, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that:

Exhibit O to the Declaration of Melissa Grant In Support Of Mattel, Inc.'s Reply Regarding Mattel's Motion For Leave To Obtain Discovery After The Phase 1 Discovery Cut-Off In Repose To A Subpoena Served On People's Bank Of The Ozarks is ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: February 29, 2008

_____
Hon. Stephen G. Larson
United States District Judge