QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
 John B. Quinn (Bar No. 90378)
 (johnquinn@quinnemanuel.com)
 Michael T. Zeller (Bar No. 196417)
 (michaelzeller@quinnemanuel.com)
 Jon D. Corey (Bar No. 185066)
 (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>    Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>[~~PROPOSED~~] ORDER GRANTING MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL (1) THE REPLY AND (2) EXHIBITS 2, 3, 4 AND 5 TO THE DECLARATION OF JUAN PABLO ALBAN IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY MGA IN RESPONSE TO MATTEL'S FIFTH SET OF REQUESTS FOR DOCUMENTS AND THINGS<br><br>[Local Rule 79-5.1]<br><br>Hearing Date: TBA<br>Time: TBA<br>Place: TBA<br><br>**Phase 1**<br>Discovery Cut-off: January 28, 2008<br>Pre-trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2392994.1

[PROPOSED] ORDER

## [~~PROPOSED~~] ORDER

Based on Mattel, Inc.'s Application To File Under Seal (1) the Reply and (2) Exhibits 2, 3, 4 And 5 to the Declaration Of Juan Pablo Albán In Support Of Mattel, Inc.'s Motion To Compel Production Of Documents By MGA In Response To Mattel's Fifth Set Of Requests For Documents And Things, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that:

(1) The Reply In Support Of Mattel, Inc.'s Motion To Compel Production Of Documents By MGA In Response To Mattel's Fifth Set Of Requests For Documents And Things; and

(2) Exhibits 2, 3, 4 and 5 to the Declaration of Juan Pablo Albán In Support Of Mattel, Inc.'s Motion To Compel Production Of Documents By MGA In Response To Mattel's Fifth Set Of Requests For Documents And Things

shall be filed under seal pursuant to Local Rule 79-5.1.

DATED: FEB 29 2008, 2008

_____
Hon. Stephen G. Larson
United States District Judge

07209/2392994.1

[PROPOSED] ORDER