

This document has been

UNSEALED

per Order of

Judge Stephen G. Larson

dated June 24, 2008.

This document may be

retrieved for viewing

and/or copying

at the Clerk's Office.

Case 2:04-cv-09049-DOC-RNB   Document 2439-2   Filed 02/29/08   Page 1 of 1   Page ID #:36590