| | |
|---|---|
| 1 | THOMAS J. NOLAN (Bar No. 66992)<br>(tnolan@skadden.com) |
| 2 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>300 South Grand Avenue |
| 3 | Los Angeles, CA 90071-3144 |
| 4 | Tel.: (213) 687-5000 / Fax: (213) 687-5600 |
| 5 | RAOUL D. KENNEDY (Bar No. 40892)<br>(rkennedy@skadden.com) |
| 6 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>4 Embarcadero Center, 38th Floor |
| 7 | San Francisco, CA 94111-5974<br>Tel.: (415) 984-6400 / Fax: (415) 984-2698 |
| 8 | Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, |
| 9 | MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian |

FILED
CLERK, U.S. DISTRICT COURT
FEB 29 2008
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

UNITED STATED DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>[PROPOSED] ORDER GRANTING MGA DEFENDANTS' *EX PARTE* APPLICATION TO COMPEL THE DEPOSITIONS OF MATTHEW BOUSQUETTE AND TINA PATEL<br><br>Honorable Stephen G. Larson<br><br>Hearing Date: TBD<br>Time: TBD<br>Place: Courtroom 1 |

2008 FEB 22 AM 10:30
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

LODGED

[PROPOSED] ORDER
Case No. CV 04-9049 SGL (RNBx)

Having received MGA Defendants' *Ex Parte* Application To Compel The Depositions of Matthew Bousquette and Tina Patel (the "Application"), and all other papers and arguments submitted in support of or opposition to the Application, and finding good cause therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Application is **GRANTED.** Mattel must produce Mr. Matthew Bousquette and Ms. Tina Patel for depositions immediately.
2. Failure to comply with this Order may result in the preclusion of evidence offered by Mattel, Inc. at trial, or other appropriate sanction, pursuant to Federal Rules of Civil Procedure 37.

Pursuant to Paragraph 6 of the Stipulation and Order for Appointment of a Discovery. MGA shall file this Order with the Clerk of the Court forthwith.

**IT IS SO ORDERED.**

DATED: February 27, 2008

_____
Hon. Stephen G. Larson
United States District Court Judge