
1  THOMAS J. NOLAN (Bar No. 66992)
   (tnolan@skadden.com)
2  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue
3  Los Angeles, CA 90071-3144
   Tel.: (213) 687-5000 / Fax: (213) 687-5600
4
5  RAOUL D. KENNEDY (Bar No. 40892)
   (rkennedy@skadden.com)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
6  4 Embarcadero Center, 38th Floor
   San Francisco, CA 94111-5974
7  Tel.: (415) 984-6400 / Fax: (415) 984-2698

8  Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited,
   MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian
9

10                UNITED STATED DISTRICT COURT

11                CENTRAL DISTRICT OF CALIFORNIA

12

13 | CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx)
14 |                 Plaintiff,     | Consolidated with Case No. 04-9059 and Case No. 05-2727
15 |        v.                      | [PROPOSED] ORDER TO FILE UNDER SEAL
16 | MATTEL, INC., a Delaware corporation, |
17 |                 Defendant.     | Honorable Stephen G. Larson
18 |                                | Hearing Date: TBD
                                      Time: TBD
19 | AND CONSOLIDATED ACTIONS       | Place: Courtroom 1

28                [PROPOSED] ORDER
         Case No. CV 04-9049 SGL (RNBx)

## ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the following documents be filed under seal pursuant to Local Rule 79-5.1: MGA Defedants' *Ex Parte* Application To Compel The Depositions of Matthew Bousquette and Tina Patel, and the associated Declarations of Robert J. Herrington and Paul M. Eckles, and related exhibits.

DATED: February 29, 2008

*/s/ S.G. Larson*

Hon. Stephen G. Larson
United States District Court Judge