UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>[PROPOSED] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBIT 5 TO THE SUPPLEMENTAL DECLARATION OF JON D. COREY IN SUPPORT OF MATTEL, INC.'S NOTICE OF NON-OPPOSITION BY CARTER BRYANT TO MATTEL, INC.'S MOTION FOR LEAVE TO TAKE ADDITIONAL DISCOVERY ON THE MGA DEFENDANTS' UNCLEAN HANDS AFFIRMATIVE DEFENSE; AND RESPONSE TO THE MGA DEFENDANTS' PRELIMINARY RESPONSE TO MATTEL, INC.'S MOTION FOR LEAVE TO TAKE ADDITIONAL DISCOVERY ON THE MGA DEFENDANTS' UNCLEAN HANDS AFFIRMATIVE DEFENSE |

FILED
CLERK, U.S. DISTRICT COURT
FEB 29 2008
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

ORIGINAL

07209/2412144.1

[PROPOSED] ORDER

# [~~PROPOSED~~] ORDER

Based on the concurrently filed Mattel, Inc.'s Application To File Under Seal Exhibit 5 to the Supplemental Declaration of Jon D. Corey In Support of Mattel, Inc.'s Notice Of Non-Opposition By Carter Bryant To Mattel, Inc.'s Motion For Leave To Take Additional Discovery On The MGA Defendants' Unclean Hands Affirmative Defense; and Response To The MGA Defendants' Preliminary Response To Mattel, Inc.'s Motion For Leave To Take Additional Discovery On The MGA Defendants' Unclean Hands Affirmative Defense, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Exhibit 5 to the Supplemental Declaration of Jon D. Corey In Support of Mattel, Inc.'s Notice Of Non-Opposition By Carter Bryant To Mattel, Inc.'s Motion For Leave To Take Additional Discovery On The MGA Defendants' Unclean Hands Affirmative Defense; and Response To The MGA Defendants' Preliminary Response To Mattel, Inc.'s Motion For Leave To Take Additional Discovery On The MGA Defendants' Unclean Hands Affirmative Defense is ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: FEB 29 2008 . 2008

_____
Hon. Stephen G. Larson
United States District Judge