**QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP**
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

FILED
CLERK, U.S. DISTRICT COURT
FEB 29 2008
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION          BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>　　　　Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>[~~PROPOSED~~] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL THE DECLARATION OF JON D. COREY IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA DEFENDANTS' *EX PARTE* APPLICATION TO COMPEL THE DEPOSITIONS OF MATTHEW BOUSQUETTE AND TINA PATEL<br><br>Date: TBD<br>Time: TBD<br>Place: TBD<br><br>**Phase 1**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2412439.1

[~~PROPOSED~~] ORDER

~~[PROPOSED]~~ ORDER

Based on the concurrently filed Mattel, Inc.'s Application To File Under Seal the Declaration Of Jon D. Corey In Support Of Mattel, Inc.'s Opposition To MGA Defendants' Ex Parte Application To Compel The Depositions Of Matthew Bousquette And Tina Patel, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

The Declaration Of Jon D. Corey In Support Of Mattel, Inc.'s Opposition To MGA Defendants' Ex Parte Application To Compel The Depositions Of Matthew Bousquette And Tina Patel is ORDERED filed under seal pursuant to <u>Local Rule</u> 79-5.1.

DATED: FEB 2 9 2008

_____
Hon. Stephen G. Larson
United States District Judge

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On February 25, 2008, I served true copies of the following document(s) described as **[PROPOSED] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL THE DECLARATION OF JON D. COREY IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA DEFENDANTS' *EX PARTE* APPLICATION TO COMPEL THE DEPOSITIONS OF MATTHEW BOUSQUETTE AND TINA PATEL** on the parties in this action as follows:

Thomas J. Nolan, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
300 So. Grand Ave.
Suite 3400
Los Angeles CA 90071

Mark E. Overland, Esq.
David C. Scheper, Esq.
Alexander H. Cote, Esq.
Overland, Borenstein, Scheper & & Kim, LLP
300 S. Grand Avenue, Suite 2750
Los Angeles, CA 90071

John W. Keker, Esq.
Michael H. Page, Esq.
Christa M. Anderson, Esq.
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111

**BY MAIL:** I am "readily familiar" with the practices of Quinn Emanuel Urquhart Oliver & Hedges for collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. I enclosed the foregoing in sealed envelope(s) addressed as shown above, and such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary business practices.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 25, 2008, at Los Angeles, California.

*/s/ Rita Turner*
Rita Turner