THOMAS J. NOLAN (Bar No. 066992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, CA 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600
E-mail: tnolan@skadden.com

RAOUL D. KENNEDY (Bar No. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Embarcadero Center, 38th Floor
San Francisco, California 94111-5974
Telephone: (415) 984-6400
Facsimile: (415) 984-2698
Email: rkennedy@skadden.com

Attorneys for Counter-Defendants,
MGA ENTERTAINMENT, INC., ISAAC LARIAN, MGA ENTERTAINMENT (HK) LIMITED, AND MGAE de MEXICO S.R.L. de C.V.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation<br><br>Defendant.<br><br>Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>**PROOF OF SERVICE** |

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 300 South Grand Avenue, 34th Floor, Los Angeles, CA 90071.

On February 28, 2008, I served the foregoing documents described as:

**SEE ATTACHED DOCUMENT LIST**

on the interested parties in this action addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒   (BY PERSONAL SERVICE)   ☐   By personally delivering copies to the person served. (FEDERAL)

☒   I caused such document to be hand delivered to the above addressees. (FEDERAL)

☒   (BY FEDERAL EXPRESS) I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing with Federal Express and the fact that the correspondence would be deposited with Federal Express that same day in the ordinary course of business; on this date, the above-referenced correspondence was placed for deposit at Los Angeles, California and placed for collection and mailing following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed on February 28, 2008 at Los Angeles, California.

_____Matthew Bowman_____        _____[signature]_____
PRINT NAME                                   SIGNATURE

## DOCUMENT LIST

(1) MGA DEFENDANTS' REPLY BRIEF IN FURTHER SUPPORT OF SUPPLEMENTAL AND SECOND AMENDED MOTION TO QUASH DEPOSITION SUBPOENAS

(2) DECLARATION OF AMY S. PARK IN SUPPORT OF MGA DEFENDANTS' REPLY IN SUPPORT OF THEIR SUPPLEMENTAL AND SECOND AMENDED MOTION TO QUASH DEPOSITION SUBPOENAS

(3) DECLARATION OF ALLEN L. LANSTRA IN SUPPORT OF MGA DEFENDANTS' REPLY IN SUPPORT OF THEIR SUPPLEMENTAL AND SECOND AMENDED MOTION TO QUASH DEPOSITION SUBPOENAS

PROOF OF SERVICE                                                                                   NO. CV 04-9049 SGL (RNBx)

1 | SERVICE LIST
2
3 | John B. Quinn, Esq.
     Michael T. Zeller, Esq.
4 | Jon D. Corey, Esq.
     Timothy L. Alger, Esq.
5 | Quinn Emanuel Urquhart Oliver &
     Hedges, LLP
6 | 865 South Figueroa Street, 10th Floor
     Los Angeles, CA 90017-2543
7 | (213) 443-3000
     (213) 443-3100 (Fax)
8
     Attorneys for Mattel, Inc.
9 | [Personal Service]

John W. Keker, Esq.
Michael H. Page, Esq.
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111
(415) 391-5400
(415) 397-7188 (Fax)

Attorneys for Carter Bryant
[Federal Express]

10
11
12 | Mark E. Overland, Esq.
     Alexander H. Cote, Esq.
     David C. Scheper, Esq.
13 | Overland Borenstein Scheper & Kim
     300 South Grand Avenue, Suite 2750
14 | Los Angeles, CA 90071
     (213) 613-4655
15 | (213) 613-4656 (Fax)
16 | [Federal Express]
17
18
19
20
21
22
23
24
25
26
27
28

- 4 -

PROOF OF SERVICE | NO. CV 04-9049 SGL (RNBx)