```
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
```

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>[PROPOSED] ORDER GRANTING MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL (1) PORTIONS OF ITS MOTION TO COMPEL DEPOSITION AND PRODUCTION OF DOCUMENTS OF CHRISTENSEN, GLASER; (2) PORTIONS OF SEPARATE STATEMENTS IN SUPPORT THEREOF, AND (3) EXHIBITS 1, 2, 7 AND 11 TO THE DECLARATION OF JUAN PABLO ALBAN IN SUPPORT THEREOF<br><br>[Local Rule 79-5.1]<br><br>Hearing Date: TBA<br>Time: TBA<br>Place: TBA<br><br>**Phase 1**<br>Discovery Cut-off: January 28, 2008<br>Pre-trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2421235.1

[PROPOSED] ORDER

## [PROPOSED] ORDER

Based on Mattel, Inc.'s Application To File Under Seal (1) Mattel's Motion To Compel Deposition And Production Of Documents Of Christensen, Glaser, Fink, Jacobs, Weil & Shapiro, LLP (the "Motion"); (2) the Separate Statement In Support Of Motion To Compel The Deposition Of Christensen, Glaser; (3) the Separate Statement In Support Of Motion To Compel Production Of Documents Of Christensen, Glaser (together with item 2, the "Separate Statements"); and (4) Exhibits 1, 2 and 7, and the attachment to Exhibit 11, to the Declaration of Juan Pablo Albán in Support Of Motion To Compel The Deposition And Production of Documents Of Christensen, Glaser ("Albán Declaration"), and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that:

(1) the Motion,

(2) the Separate Statements, and

(3) Exhibits 1, 2, 7 and the attachment to Exhibit 11, of the Albán Declaration,

shall be filed under seal pursuant to Local Rule 79-5.1.

DATED: MAR - 3 2008, 2008

_/s/ J.G. Larson_
Hon. Stephen G. Larson
United States District Judge