QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>DECLARATION OF LISSA FREED IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO BRYANT'S MOTION TO COMPEL RESPONSES TO DISCOVERY REQUESTS<br><br>Date: March 10, 2008<br>Time: 8:30 a.m.<br>Place: Telephonic<br><br>**Phase 1**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2421851.1

DECLARATION

# **DECLARATION OF LISSA FREED**

I, Lissa Freed, declare as follows:

1. I am a Director of Human Resources at Mattel, Inc. ("Mattel"), a party in the above-entitled action. I make this declaration in support of Mattel, Inc.'s Opposition to Carter Bryant's Motion To Compel Responses To Discovery Requests. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. My responsibilities include handling employee relations for the Girls Division at Mattel, hiring new staff, facilitating the exit of employees who leave Mattel, offering support to the executive team that manages the Girls Division, and otherwise assisting with various organizational and human resources issues.

3. I understand that Carter Bryant has requested information concerning Mattel's enforcement of its employment agreements as to its present and former employees in its El Segundo, California Design Center, since 1995. I also understand that Mr. Bryant requested that we review all the files of Mattel's Human Resources Department, its Legal Department and its Global Security Department, to ascertain such information.

4. In order to protect Mattel's confidential information and trade secrets, Mattel typically asks that all new employees joining its El Segundo headquarters, including its Design Center personnel, sign an Employee Confidential Information and Inventions Agreement, and fill out a Conflict of Interest Questionnaire. Currently, Mattel employs nearly 750 people in the Design Center alone. Since 1995, Mattel has employed more than 2000 employees at the Design Center.

5. To conduct a search of the files of Mattel's Human Resources, Legal and Security Departments to ascertain information as to those 2000 or more employees would potentially entail a review of more than 7000 files. These files generally are not kept in a central location and exist in various formats. Many are

07209/2421851.1

-1-

DECLARATION

1  maintained in paper format, requiring a manual review.  An unknown number of
2  documents are contained within each of those files.
3       6.   Although I cannot estimate this with precision, I am confident that, to
4  perform a search of all the files of Mattel's Human Resources, Legal and Security
5  Departments to ascertain information as to the 2000 or more employees in Mattel's
6  Design Center since 1995 would require at least many hundreds of hours of time, if
7  not many thousands.
8       I declare under penalty of perjury under the laws of the United States of
9  America that the foregoing is true and correct.
10      Executed on March 4, 2008, at Los Angeles, California.

*/s/ Lissa Freed*
Lissa Freed

07209/2421851.1

-2-