QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 90378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

FILED 2008 MAR -3 PM 2:53 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. RIVERSIDE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL (1) PORTIONS OF ITS MOTION TO COMPEL DEPOSITION AND PRODUCTION OF DOCUMENTS OF CHRISTENSEN, GLASER; (2) PORTIONS OF SEPARATE STATEMENTS IN SUPPORT THEREOF, AND (3) EXHIBITS 1, 2, 7 AND 11 TO THE DECLARATION OF JUAN PABLO ALBAN IN SUPPORT THEREOF<br><br>[[Proposed] Order filed concurrently]<br><br>[Local Rule 79-5.1]<br><br>Hearing Date: TBA<br>Time: TBA<br>Place: TBA<br><br>**Phase 1**<br>Discovery Cut-off: January 28, 2008<br>Pre-trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2421190.1

APPLICATION TO FILE UNDER SEAL

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal (1) Mattel's Motion To Compel Deposition And Production Of Documents Of Christensen, Glaser, Fink, Jacobs, Weil & Shapiro, LLP (the "Motion"); (2) the Separate Statement In Support Of Motion To Compel The Deposition Of Christensen, Glaser; (3) the Separate Statement In Support Of Motion To Compel Production Of Documents Of Christensen, Glaser (together with item 2, the "Separate Statements"); and (4) Exhibits 1, 2 and 7, and the attachment to Exhibit 11, to the Declaration of Juan Pablo Albán in Support Of Motion To Compel The Deposition And Production of Documents Of Christensen, Glaser ("Albán Declaration").

Exhibits 1, 2 and 7, and the attachment to Exhibit 11, to the Albán Declaration have been designated by MGA or Farhad Larian as "Confidential-- Attorneys' Eyes Only" pursuant to the Protective Order. The Motion and Separate Statements include substantive discussion of Exhibits 1, 2 and 7 to the Albán Declaration. The publicly filed Motion and Separate Statements have redacted only such substantive discussion of Exhibits 1, 2 and 7, and nothing else. Accordingly, Mattel respectfully requests that the Court order that the Motion, the Separate Statements, and Albán Declaration Exhibits 1, 2 and 7, and the attachment to Exhibit 11, be filed under seal. In the alternative, Mattel respectfully requests that the Court order such information be deemed not confidential.

DATED: March 3, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By_____
Juan Pablo Albán
Attorneys for Plaintiff
Mattel, Inc.