UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
CIVIL MINUTES -- GENERAL

Case No.    CV 04-09049 SGL(RNBx)                          Date:  March 4, 2008

Title:      CARTER BRYANT -v- MATTEL, INC.
================================================================
PRESENT:  HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

        Jim Holmes                           None Present
        Courtroom Deputy Clerk               Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANTS:

None present                           None present

PROCEEDINGS:   NOTICE VACATING FEBRUARY 26, 2009, ORDER GRANTING MGA'S EX
               PARTE APPLICATION, DOCKET NO. 2446
               (IN CHAMBERS)


        Counsel are hereby notified that due to an inadvertent clerical error, the February 26, 2008,
Order granting MGA's Ex Parte Application to Compel Deposition of Matthew Bousquette and Tina
Patel, is VACATED, and set aside.

        IT IS SO ORDERED.


MINUTES FORM 90                                              Initials of Deputy Clerk:  jh
CIVIL -- GEN                     Page 1