UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.     CV 04-09049 SGL(RNBx)                                                              Date:  March 5, 2008

Title:          CARTER BRYANT -v- MATTEL, INC.
==================================================================
PRESENT:  HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

      Jim Holmes                                           None Present
      Courtroom Deputy Clerk                Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

None present                                                              None present

PROCEEDINGS:     MINUTE ORDER (IN CHAMBERS)

     Counsel and/or parties are hereby notified that, Plaintiffs and Counterclaimant Mattel Inc.'s Motion for Review of Discovery Master's February 15, 2008, and February 20, 2008, Orders noticed for hearing March 24, 2008, is hereby continued on calendar to March 31, 2008, at 10:00 a.m., in Courtroom One of the above-referenced court.  The briefing schedule shall be in accordance with the Local Rules of Court.

     IT IS SO ORDERED.

**Judge Larson's E-Filing Memorandum Attachment**

  Counsel shall e-file all civil and criminal filings for Judge Larson pursuant to General Order 07-08, filed on November, 2007 (superseding General Order Nos. 03-06, 05-01 and 06-07). Although the procedure is set forth in great detail in General Order 07-08, generally, the procedure consists of the following three steps:

Step 1:   All *non-signature* items shall be e-filed in **.pdf format.**
     All *proposed signature items* shall be e-filed as **a separate document** in **.pdf format.**

Step 2:   In addition to being e-filed, all proposed *signature* items shall be e-mailed to the chambers electronic mailbox in **Microsoft Word** or **WordPerfect format**. **WordPerfect format is preferred**. The chambers e-mail address is **sgl_chambers@cacd.uscourts.gov**

Step 3:   A paper copy of all e-filed documents shall be delivered to chambers **no later than noon the day after e-filing**. All copies delivered to chambers shall have the Notice of E-filing attached thereto. For ease of use, declarations, notices, appendices, and similar documents that have multiple exhibits attached thereto shall separate the exhibits with numbered or lettered tabs.

### UNDER SEAL FILINGS

  Documents to be filed under seal may not be e-filed and are subject to different procedures. To file documents under seal, the following steps must be taken:

Step 1:   Manually file an ex parte application to file the documents under seal and concurrently lodge an original and one copy of the documents to be filed under seal.

Step 2:   E-file a Notice of Manual Filing.

Step 3:   E-mail a .pdf copy of that ex parte application to the chambers e-mail address together with a WordPerfect or Microsoft Word version of the proposed order for the Court's consideration. WordPerfect format is preferred.

### DO NOT OMIT ANY OF THE ABOVE STEPS.

  For any additional questions, please refer to the General Order or call the Helpline @ 213-894-0242.

(Revision date January 16, 2008)