```
 1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
      John B. Quinn (Bar No. 090378)
 2    johnquinn@quinnemanuel.com
      Michael T. Zeller (Bar No. 196417)
 3    (michaelzeller@quinnemanuel.com)
      Jon D. Corey (Bar No. 185066)
 4    (joncorey@quinnemanuel.com)
      Timothy L. Alger (Bar No. 160303)
 5    timalger@quinnemanuel.com
    865 South Figueroa Street, 10th Floor
 6  Los Angeles, California  90017-2543
    Telephone: (213) 443-3000
 7  Facsimile: (213) 443-3100

 8  Attorneys for Plaintiff and Counter-
    Defendant Mattel, Inc.
 9
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated With Case No. 04-9059 and Case No. 05-2727 |
| vs. | **DISCOVERY MATTER** |
| MATTEL, INC., a Delaware corporation, | [To Be Heard By Discovery Master Hon. Edward Infante (Ret.) Pursuant To The Court's Order Of December 6, 2006] |
| Defendant. | |
| AND CONSOLIDATED ACTIONS. | PROOF OF SERVICE |
| | Hearing Date: March 10, 2008<br>Time: 8:30 a.m.<br>Place: Telephonic |
| | **Phase I**<br>Discovery Cut-off: January 28, 2008<br>Pre-trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2394466.1

1
2
3
4    **PROOF OF SERVICE**

5    I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is
6    1301 West 2nd Street, Suite 206, Los Angeles, California 90026.

7    On March 4, 2008, I served true copies of the following document(s) described as :
8
         1.    OPPOSITION TO BRYANT'S MOTION TO STRIKE MATTEL'S
9    AMENDED REPLY MEMORANDUM IN SUPPORT OF MOTION OF
     MATTEL, INC. FOR AN ORDER ENFORCING COURT'S JANUARY 25, 2007
10   ORDER COMPELLING BRYANT TO PRODUCE COMPUTER HARD DRIVES
     AND FOR SANCTIONS
11
         2.    DECLARATION OF MELISSA GRANT IN SUPPORT OF
12   OPPOSITION TO BRYANT'S MOTION TO STRIKE MATTEL'S AMENDED
     REPLY MEMORANDUM IN SUPPORT OF MOTION OF MATTEL, INC. FOR
13   AN ORDER ENFORCING COURT'S JANUARY 25, 2007 ORDER
     COMPELLING BRYANT TO PRODUCE COMPUTER HARD DRIVES AND
14   FOR SANCTIONS

15       3.    SECOND SUPPLEMENTAL DECLARATION OF MELISSA
     GRANT IN SUPPORT OF MOTION OF MATTEL, INC. FOR AN ORDER
16   ENFORCING COURT'S JANUARY 25, 2007 ORDER COMPELLING BRYANT
     TO PRODUCE COMPUTER HARD DRIVES AND FOR SANCTIONS
17
18
     on the parties in this action as follows:
19
                              **SEE ATTACHED LIST**
20
21
     **BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of
22   the person(s) being served.

23   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
24
     Executed on March 4, 2008, at Los Angeles, California.
25
26
                                                _____
27                                              NOW LEGAL -- Dave Quintana
28

07209/2394466.107209/2
82576.

- 2 -

PROOF OF SERVICE

# SERVICE LIST

Thomas J. Nolan, Esq.
**Skadden, Arps, Slate, Meagher & Flom , LLP**
300 South Grand Ave., Ste. 3400
Los Angeles, California 90071
TEL: (213) 687-5000
FAX: (213) 687-5600
**tnolan@skadden.com**

Mark E. Overland, Esq.
David E. Scheper, Esq.
Alexander H. Cote, Esq.
**Overland Borenstein Scheper & Kim, LLP**
300 South Grand Avenue
Suite 2750
Los Angeles, CA 90071-3144
TEL: (213) 613-4655
FAX: (213) 613-4656
**moverland@obsklaw.com**

John W. Keker
Michael H. Page
Christa M. Anderson
**Keker & Van Nest, LLP**
710 Sansome Street
San Francisco, CA 94111
TEL: (415) 391-5400
FAX: (415) 397-7188
**jkeker@kvn.com**
**mhp@kvn.com**