QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S REPLY IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL DEPOSITION OF MGA ENTERTAINMENT (HK) LIMITED AND FOR SANCTIONS AND EXHIBITS 1-4 TO THE SUPPLEMENTAL DECLARATION OF BRIDGET A. HAULER IN SUPPORT OF MATTEL, INC.'S MOTION<br><br>[[Proposed] Order filed concurrently]<br><br>Date: TBA<br>Time: TBA<br>Place: Telephonic<br><br>**Phase 1**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2412184.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1    Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal Mattel, Inc.'s Reply In Support of Mattel, Inc.'s Motion to Compel Deposition of MGA Entertainment (HK) Limited and For Sanctions (the "Reply") and Exhibits 1-4 to the Supplemental Declaration of Bridget A. Hauler in support of Mattel, Inc.'s Motion (the "Declaration").

The Reply quotes and the Declaration attaches materials that MGA has designated as "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order. MGA Hong Kong has designated Exhibit 4 to the Declaration as "Confidential--Attorneys' Eyes Only." Accordingly, Mattel requests that the Court order that the Reply and Declaration be filed under seal.

In the alternative, Mattel requests that the Court declare that these materials are outside the definition of "Confidential--Attorneys' Eyes Only" as contained in the Stipulated Protective Order and order them to be filed as part of the public record.

DATED: February 29, 2008      QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By: /s/ Bridget A. Hauler
Bridget A. Hauler
Attorneys for Mattel, Inc.