QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Hon. Edward Infante (Ret.) Pursuant To The Court's Order of December 6, 2006]**<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBIT A TO THE DECLARATION OF JON COREY IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA'S MOTION TO STRIKE MATTEL'S REPLY IN SUPPORT OF ITS MOTION FOR RECONSIDERATION OF PORTIONS OF DISCOVERY MASTER'S DECEMBER 31, 2007 ORDER<br><br>[[Proposed] Order filed concurrently]<br><br>Date: TBD<br>Time: TBD<br>Place: TBD<br><br>**Phase 1**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

ORIGINAL

07209/2421830.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1 | Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2 | entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3 | requests that the Court order filed under seal Exhibit A to the Declaration of Jon
4 | Corey in Support of Mattel, Inc.'s Opposition to MGA's Motion to Strike Mattel's
5 | Reply in Support of its Motion for Reconsideration of Portions of Discovery
6 | Master's December 31, 2007 Order ("Exhibit A").

7 | Exhibit A includes materials that MGA and/or Bryant have designated
8 | as "Confidential" or "Confidential--Attorneys' Eyes Only" pursuant to the Protective
9 | Order. Accordingly, Mattel requests that the Court order that Exhibit A be filed
10 | under seal.

11 | In the alternative, Mattel requests that the Court declare that these
12 | materials are outside the definitions of "Confidential" and "Confidential--Attorneys'
13 | Eyes Only" as contained in the Stipulated Protective Order and order them to be
14 | filed as part of the public record.

DATED: March 3, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Jon D. Corey
Jon D. Corey
Attorneys for Mattel, Inc.