ORIGINAL

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL CERTAIN EXHIBITS TO THE DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER'S (1) FEBRUARY 15, 2008 ORDER REGARDING MATTEL'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES BY THE MGA PARTIES; AND (2) FEBRUARY 20, 2008 ORDER REGARDING MATTEL'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES BY CARTER BRYANT<br><br>[[Proposed] Order filed concurrently herewith]<br><br>Date: March 24, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 1<br><br>**Phase 1**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

1  Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order

2  entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully

3  requests that the Court order filed under seal Exhibits 5-9, 18 and 20-21 to the

4  Declaration of B. Dylan Proctor in Support of Mattel, Inc.'s Motion Objecting to

5  Portions of Discovery Master's (1) February 15, 2008 Order Regarding Mattel's

6  Motion to Compel Responses to Interrogatories by the MGA Parties; and (2)

7  February 20, 2008 Order Regarding Mattel's Motion to Compel Responses to

8  Interrogatories by Carter Bryant (the "Proctor Declaration").

9  Exhibits 6-10, 19 and 21-22 to the Proctor Declaration include

10  materials that Mattel or MGA have designated as "Confidential" or "Confidential--

11  Attorneys' Eyes Only" pursuant to the Protective Order.  Accordingly, Mattel

12  requests that the Court order that Exhibits 6-10, 19 and 21-22 to the Proctor

13  Declaration be filed under seal.

14

15  DATED:  March 3, 2008              QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

16

17                                     By_____

18                                        Bernard B. Smyth
                                          Attorneys for Mattel, Inc.

19

20

21

22

23

24

25

26

27

28