QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 8, 13 AND 17 TO THE DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO CARTER BRYANT'S MOTION TO COMPEL RESPONSES TO DISCOVERY REQUESTS<br><br>[[Proposed] Order filed concurrently herewith]<br><br>Date: TBD<br>Time: TBD<br>Place: TBD<br><br>**Phase 1**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

ORIGINAL

07209/2424081.1

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2  entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3  requests that the Court order filed under seal Exhibits 8, 13 and 17 to the
4  Declaration of B. Dylan Proctor in Support of Mattel, Inc.'s Opposition to Carter
5  Bryant's Motion to Compel Discovery Requests (the "Proctor Exhibits").

6  The Proctor Exhibits include materials that Mattel or Carter Bryant
7  have designated as "Confidential--Attorneys' Eyes Only" pursuant to the Protective
8  Order. Accordingly, Mattel requests that the Court order that the Proctor Exhibits
9  be filed under seal.

12  DATED: March 5, 2008          QUINN EMANUEL URQUHART OLIVER &
                                   HEDGES, LLP

14                                 By_____
15                                    B. Dylan Proctor
                                      Attorneys for Mattel, Inc.