QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br><u>Hon. Stephen G. Larson</u><br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 9 AND 10 TO THE DECLARATION OF MELISSA GRANT IN SUPPORT OF OPPOSITION TO BRYANT'S MOTION TO STRIKE MATTEL, INC.'S AMENDED REPLY MEMORANDUM IN SUPPORT OF MOTION FOR ORDER ENFORCING JANUARY 25, 2007 ORDER COMPELLING BRYANT TO PRODUCE COMPUTER HARD DRIVES AND FOR SANCTIONS<br><br>[[Proposed] Order filed concurrently herewith]<br><br>[Local Rule 79-5.1]<br><br>Date: TBD<br>Time: TBD<br>Place: TBD<br><br>**Phase 1**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2424067.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2  entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3  requests that the Court order filed under seal Exhibits 9 and 10 to the Declaration of
4  Melissa Grant in Support of Opposition to Bryant's Motion to Strike Mattel, Inc.'s
5  Amended Reply Memorandum in Support of Motion for Order Enforcing the
6  January 25, 2007 Order Compelling Bryant to Produce Computer Hard Drives and
7  for Sanctions (the "Grant Exhibits").
8  The Grant Exhibits include materials that MGA and/or Carter Bryant
9  have designated as "Confidential" or "Confidential--Attorneys' Eyes Only" pursuant
10 to the Protective Order. Accordingly, Mattel requests that the Court order that the
11 Grant Exhibits be filed under seal.

14 DATED: March 4, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By_____
Melissa Grant
Attorneys for Mattel, Inc.

07209/2424067.1

-2-
MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL