QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  timalger@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff and Counter-Defendant Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated With Case No. 04-9059 and Case No. 05-2727<br><br><u>Hon. Stephen G. Larson</u><br><br>PROOF OF SERVICE<br><br>Date: TBD<br>Time: TBD<br>Place: TBD<br><br>**Phase I**<br>Discovery Cut–off: January 28, 2008<br>Pre–trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

FILED 2008 MAR -5 PM 2:56 CLERK, U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. RIVERSIDE

ORIGINAL

07209/2423639.1

- 1 -
PROOF OF SERVICE

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 1301 West 2nd Street, Suite 206, Los Angeles, California 90026.

On March 5, 2008, I served true copies of the following document(s) described as :

1. MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 9 AND 10 TO THE DECLARATION OF MELISSA GRANT IN SUPPORT OF OPPOSITION TO BRYANT'S MOTION TO STRIKE MATTEL, INC.'S AMENDED REPLY MEMORANDUM IN SUPPORT OF MOTION FOR ORDER ENFORCING JANUARY 25, 2007 ORDER COMPELLING BRYANT TO PRODUCE COMPUTER HARD DRIVES AND FOR SANCTIONS

2. [PROPOSED] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 9 AND 10 TO THE DECLARATION OF MELISSA GRANT IN SUPPORT OF OPPOSITION TO BRYANT'S MOTION TO STRIKE MATTEL, INC.'S AMENDED REPLY MEMORANDUM IN SUPPORT OF MOTION FOR ORDER ENFORCING JANUARY 25, 2007 ORDER COMPELLING BRYANT TO PRODUCE COMPUTER HARD DRIVES AND FOR SANCTIONS

on the parties in this action as follows:

**SEE ATTACHED LIST**

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 5, 2008, at Los Angeles, California.

_____
NOW LEGAL -- Dave Quintana

07209/2423639.107209/23
94466.107209/2382576.

- 2 -

PROOF OF SERVICE

## SERVICE LIST

| | |
|---|---|
| Thomas J. Nolan, Esq.<br>**Skadden, Arps, Slate, Meagher & Flom , LLP**<br>300 South Grand Ave., Ste. 3400<br>Los Angeles, California 90071<br>TEL: (213) 687-5000<br>FAX: (213) 687-5600<br>**tnolan@skadden.com** | Mark E. Overland, Esq.<br>David E. Scheper, Esq.<br>Alexander H. Cote, Esq.<br>**Overland Borenstein Scheper & Kim, LLP**<br>300 South Grand Avenue<br>Suite 2750<br>Los Angeles, CA 90071-3144<br>TEL: (213) 613-4655<br>FAX: (213) 613-4656<br>**moverland@obsklaw.com** |
| John W. Keker<br>Michael H. Page<br>Christa M. Anderson<br>**Keker & Van Nest, LLP**<br>710 Sansome Street<br>San Francisco, CA 94111<br>TEL: (415) 391-5400<br>FAX: (415) 397-7188<br>**jkeker@kvn.com**<br>**mhp@kvn.com** | |