QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED CASES | Case No. CV 04-09049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>STIPULATION FOR PROVISIONAL FILING OF DOCUMENTS RELATING TO MOTIONS FOR SUMMARY JUDGMENT UNDER SEAL<br><br>[[Proposed] Order filed under separate cover.] |

07209/2426078.1

STIPULATION FOR PROVISIONAL FILING OF DOCUMENTS UNDER SEAL

# STIPULATION

WHEREAS, the Court entered a Stipulated Protective Order on January 4, 2005, which permits the parties to mark and treat as confidential testimony and documents marked as "CONFIDENTIAL" or "CONFIDENTIAL – ATTORNEYS EYES' ONLY" (collectively referred to herein as "Confidential Information") (a copy of which is attached as Exhibit A);

WHEREAS, the Stipulated Protective Order requires the parties to file any Confidential Information under seal and, except as otherwise authorized by statute or federal rule, seek the Court's approval of such filing under seal;

WHEREAS, the Stipulated Protective Order also requires the parties to consult prior to the filing of Confidential Information to determine whether the Confidential Information may be redesignated so as to avoid the need for a sealing request;

WHEREAS, the parties intend to file motions for summary judgment on March 7, 2008 that will include references to Confidential Information, and which will be supported by submission of evidence that includes Confidential Information;

WHEREAS, the parties have exchanged preliminary lists identifying Confidential Information that they anticipate submitting in conjunction with the motions for summary judgment, in compliance with the Stipulated Protective Order's requirement that they consult prior to filing of the materials;

WHEREAS, counsel for the parties have begun to meet-and-confer regarding possible redesignation of Confidential Information, but the quantity of Confidential Information that the parties anticipate submitting to the Court is substantial;

1        WHEREAS, the parties anticipate that the Confidential Information
2  submitted in conjunction with the summary judgment motions might expand as the
3  parties file opposition and reply briefs in coming weeks; and
4        WHEREAS, the parties understand and acknowledge the heightened
5  standard in this Circuit for filing under seal of documents in conjunction with
6  summary judgment motions, and counsel intend to continue to confer in good faith
7  to avoid or reduce the burden on the Court of determining motions to seal;
8        NOW, THEREFORE, SUBJECT TO THE CONSENT OF THE
9  COURT, THE PARTIES AGREE AS FOLLOWS:
10       1.    The parties will file their motions for summary judgment,
11 oppositions, replies, related papers, and all supporting evidence that constitutes,
12 references, or contains Confidential Information under seal;
13       2.    The parties will exchange final lists of Confidential Information
14 submitted in conjunction with the motions for summary judgment that they believe
15 in good faith should be redesignated within two Court days after reply briefs are
16 filed by all parties;
17       3.    The parties will promptly thereafter meet and confer for the
18 purpose of reaching agreement as to redesignation of Confidential Information filed
19 with the Court in conjunction with the motions for summary judgment;
20       4.    On or before April 14, 2008, the parties will:
21         A.    File a joint report to the Court identifying documents that
22         the parties agree should be redesignated and therefore no longer remain
23         under seal; and
24         B.    File public redacted copies of their motions for summary
25         judgments, oppositions, replies, and all related papers that correspond
26         with the parties' agreement regarding redesignation;
27
28

1     5.     On or before April 18, 2008, the parties will:

2     A.     As to that Confidential Information that the parties agree should remain under seal, the parties will file a joint application for an order maintaining that Confidential Information under seal; and

    B.     As to that Confidential Information that all parties do not agree should remain under seal, the party that wishes to keep the Confidential Information under seal shall file a motion for sealing pursuant to Local Rule 79-5.1.

IT IS SO STIPULATED.

DATED: March 6, 2008      QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By _____
Timothy L. Alger
Attorneys for Mattel, Inc.

DATED: March 6, 2008      KEKER & VAN NEST, LLP

By _____
Matthew M. Werdegar
Attorneys for Carter Bryant

DATED: March 6, 2008      SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By _____
Jason D. Russell
Attorneys for MGA Entertainment, Inc., Isaac Larian, MGA Entertainment (HK) Limited, and MGAE de Mexico S.R.L. de C.V.

-4-

STIPULATION FOR PROVISIONAL FILING OF DOCUMENTS UNDER SEAL