QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED CASES | Case No. CV 04-09049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>[PROPOSED] ORDER ON STIPULATION FOR PROVISIONAL FILING OF DOCUMENTS RELATING TO MOTIONS FOR SUMMARY JUDGMENT UNDER SEAL |

## [PROPOSED] ORDER

Based on the stipulation of the parties, and good cause having been shown, the Court orders as follows:

1. The parties shall submit, and the Clerk of the Court shall accept for filing, motions for summary judgment, oppositions, replies, related papers, and all supporting evidence that constitutes, references, or contains Confidential Information under seal;

2. The parties shall exchange final lists of Confidential Information submitted in conjunction with the motions for summary judgment that they believe in good faith should be redesignated within two Court days after reply briefs are filed by all parties;

3. The parties shall promptly thereafter meet and confer for the purpose of reaching agreement as to redesignation of Confidential Information filed with the Court in conjunction with the motions for summary judgment;

4. On or before April 14, 2008, the parties shall:

    A. File a joint report to the Court identifying documents that the parties agree should be redesignated and therefore no longer remain under seal; and

    B. File public redacted copies of their motions for summary judgments, oppositions, replies, and all related papers that correspond with the parties' agreement regarding redesignation;

5. On or before April 18, 2008:

    A. As to that Confidential Information that the parties agree should remain under seal, the parties shall file a joint application for an order maintaining that Confidential Information under seal; and

    B. As to that Confidential Information that the parties do not agree should remain under seal, the party that wishes to keep the

1 | Confidential Information under seal shall file a motion for sealing
2 | pursuant to Local Rule 79-5.1.
3 |     IT IS SO ORDERED.
4 | DATED:

_____
Hon. Stephen G. Larson
United States District Judge