1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     John B. Quinn (Bar No. 090378)
2    (johnquinn@quinnemanuel.com)
     Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
     Jon D. Corey (Bar No. 185066)
4    (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California  90017-2543
   Telephone:   (213) 443-3000
6  Facsimile:   (213) 443-3100

7  Attorneys for Mattel, Inc.

8                UNITED STATES DISTRICT COURT

9                CENTRAL DISTRICT OF CALIFORNIA

10                     EASTERN DIVISION

11 | CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx)
                                   | Consolidated with
12 |           Plaintiff,           | Case No. CV 04-09059
                                   | Case No. CV 05-02727
13 |     vs.                        |
                                   | Hon. Stephen G. Larson
14 | MATTEL, INC., a Delaware       |
   | corporation,                   | STIPULATION RE: APPEAL OF
15 |                                | DISCOVERY MASTER'S
   |           Defendant.           | FEBRUARY 25, 2008 ORDER
16 |_____| DENYING MATTEL'S *EX PARTE*
                                   | APPLICATION (1) TO STRIKE
17 | AND CONSOLIDATED ACTIONS       | CARTER BRYANT'S MOTION TO
                                   | COMPEL RESPONSES TO
18 |_____| DISCOVERY REQUESTS, AND (2)
                                   | TO STAY TO STAY TIME FOR
19                                   FILING ANY OPPOSITION
                                     THERETO PENDING REVIEW
20

21
                                     **Phase 1:**
22                                   Discovery Cut-Off:    January 28, 2008
                                     Pre-Trial Conference: May 5, 2008
23                                   Trial Date:           May 27, 2008

24

25

26

27

28

07209/2425784.1

STIPULATION RE: APPEAL OF DISCOVERY MASTER'S FEBRUARY 25, 2008 ORDER

# STIPULATION

WHEREAS, the Phase I fact discovery cut-off in this case was January 28, 2008;

WHEREAS, Carter Bryant ("Bryant") filed his Motion to Compel Responses to Discovery Requests (the "Motion") on February 8, 2008, which pertains to certain Phase I discovery requests;

WHEREAS, Mattel, Inc. ("Mattel") has contended that Bryant's motion was untimely, and Mattel filed an *Ex Parte* Application (1) to Strike Carter Bryant's Motion to Compel Responses to Discovery Requests, and (2) to Stay Time for Filing Any Opposition Thereto Pending Review on February 12, 2008, which Bryant opposed;

WHEREAS, the Discovery Master denied Mattel's *Ex Parte* Application on February 25, 2008, finding Bryant's motion to be timely, and ordered Mattel to file and serve its Opposition to Bryant's Motion no later than March 4, 2008;

WHEREAS, Mattel filed its Opposition to Bryant's Motion on March 4, 2008, and Bryant's Motion has been set for hearing on March 10, 2008;

WHEREAS, Mattel believes that the Discovery Master's February 25, 2008 Order is clearly erroneous or contrary to law, and, under L.R. 72-2.1, the deadline for Mattel to file a motion for review of the Discovery Master's ruling is currently March 10, 2008;

WHEREAS, the issues that would be raised by any appeal of the Discovery Master's February 25 2008 Order may be mooted if the Discovery Master denies Bryant's Motion after the upcoming hearing; and

WHEREAS, the parties wish to avoid needless motion practice and needlessly burdening the Court with a potentially moot appeal and/or piecemeal appeals;

1  NOW, THEREFORE, Mattel and Bryant hereby stipulate, by and through their counsel of record and subject to the Court's approval, that

(1) Mattel may challenge the Discovery Master's February 25, 2008 Order that Bryant's Motion to Compel Responses to Discovery Requests dated February 8, 2008 was timely filed in any timely filed motion for review of the Discovery Master's eventual ruling on Bryant's Motion, should Mattel appeal any such ruling, and

(2) Mattel shall not be deemed to have waived its right to object to the Discovery Master's February 25, 2008 Order by not separately appealing that Order, which right to object is hereby expressly preserved and may be asserted as set forth above.

IT IS SO STIPULATED.

DATED: March 6, 2008         QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By __*B. Dylan Proctor /sн*__
B. Dylan Proctor
Attorneys for Mattel, Inc.

DATED: March 6, 2008         KEKER & VAN NEST, LLP

By __*Matthew Werdegar /sн*__
Matthew Werdegar
Attorneys for Carter Bryant