UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>[PROPOSED] ORDER ON STIPULATION RE: APPEAL OF DISCOVERY MASTER'S FEBRUARY 25, 2008 ORDER DENYING MATTEL'S *EX PARTE* APPLICATION (1) TO STRIKE CARTER BRYANT'S MOTION TO COMPEL RESPONSES TO DISCOVERY REQUESTS, AND (2) TO STAY TO STAY TIME FOR FILING ANY OPPOSITION THERETO PENDING REVIEW<br><br>**Phase 1:**<br>Discovery Cut-Off:   January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date:               May 27, 2008 |

07209/2426414.1

[PROPOSED] ORDER

## [Proposed] Order

Based on the stipulation of the parties, and good cause appearing therefor, it is hereby ORDERED that:

(1) Mattel may challenge the Discovery Master's February 25, 2008 Order that Bryant's Motion to Compel Responses to Discovery Requests dated February 8, 2008 was timely filed in any timely filed motion for review of the Discovery Master's eventual ruling on Bryant's Motion to Compel Responses to Discovery Requests, should Mattel appeal any such ruling, and

(2) Mattel shall not be deemed to have waived its right to object to the Discovery Master's February 25, 2008 Order by not separately appealing that Order, which right to object is hereby expressly preserved and may be asserted as set forth above.

IT IS SO ORDERED.

DATED:            . 2008

_____
Hon. Stephen G. Larson
United States District Court Judge