THOMAS J. NOLAN (Bar No. 66992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, California 90071-3144
Telephone:  (213) 687-5000
Facsimile:   (213) 687-5600
Email:    tnolan@skadden.com

RAOUL D. KENNEDY (Bar No. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Embarcadero Center, 38th Floor
San Francisco, CA  94111-5974
Telephone:  (415) 984-6400
Facsimile:   (415) 984-2698
Email:    rkennedy@skadden.com

Attorneys for MGA Entertainment, Inc.,
MGA Entertainment (HK) Limited,
MGAE De Mexico, S.R.L. DE C.V., and Isaac Larian

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation<br><br>Defendant.<br><br>Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>**DISCOVERY MATTER**<br><br>**[To be heard by Discovery Master Hon. Edward A. Infante (Ret.)]**<br><br>**SUPPLEMENTAL DECLARATION OF RAOUL D. KENNEDY IN RESPONSE TO SUPPLEMENTAL DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF REPLY TO AMENDED OPPOSITION TO MOTION OF MATTEL, INC. TO COMPEL PRODUCTION OF DOCUMENTS WITHHELD AS PRIVILEGED BY MGA, ISAAC LARIAN AND THIRD PARTY DAVID ROSENBAUM**<br><br>Hearing Date:  TBD<br>Time:            TBD<br>Place:           TBD |

I, Raoul D. Kennedy, declare:

1. I am an attorney at law, duly authorized to practice before this Court. I am a partner in the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for Cross-Defendants MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE De Mexico, S.R.L. DE C.V., and Isaac Larian (collectively "MGA"). I have personal knowledge of the following and, if called upon to do so, could competently testify as follows:

2. I wrote the Amended Memorandum of Points and Authorities in Opposition to Motion of Mattel, Inc. to Compel Production of Documents Withheld as Privileged By MGA, Isaac Larian and Third Party David Rosenbaum, I also reviewed each of the documents referenced in that memorandum and made the ultimate decision as to which of those documents should and should not be produced or produced in redacted form.

3. Exhibit 1 to the Supplemental Declaration of B. Dylan Proctor in Support of Motion of Mattel, Inc. to Compel Production of Documents Improperly Withheld as Privileged by MGA, Isaac Larian and Third Party David Rosenbaum consists of MGA production numbers 3866042 through 3866058. Those are pages from documents 726, 840 and 867 on the MGA Revised, January 23, 2008 Privilege Log for Mattel's First Set of Document Production Requests to Isaac Larian. Item 726, 840 and 867 are all copies of the same September 14, 2000 fax from Carter Bryant to Mr. Rosenbaum.

4. Mattel asserts that it was improper to redact pages of its Reply Memorandum discussing Mr. Rosenbaum's notes from this September 14, 2000 fax. Mattel's Reply Memo. pp. 6:3-7:22.

5. If Mattel had spent a little more time reading what it has already received instead of trying to think up demands for more discovery, it would have found that items 726, 840 and 867 are not among the documents that were redacted to delete Mr. Rosenbaum's hand-written notations. Declaration of David S.

-1-

SUPPLEMENTAL DECLARATION OF RAOUL D. KENNEDY

-2-

Rosenbaum in Support of Opposition to Motion of Mattel, Inc. to Compel Production of Documents Withheld as Privileged by MGA, Isaac Larian and Third Party David Rosenbaum ¶¶ 4-5.

6.  The material that has been deleted from items 726, 840 and 867 on pages MGA3866042, MGA3866047 and MGA3866054, consists of hand-written notes that were made by attorneys or paralegals MGA in connection with their review of items 726, 840 and 867 in connection with responding to production requests by Mattel in the present case. The redaction of those notes was made at my direction.

7.  Mattel also suggests pages MGA3866045, MGA3866052 and 3866057, each of which is the same first page of a December 11, 1998 letter from Mattel to Mr. Bryant and which was a part of Mr. Bryant's September 14, 2000 fax to Mr. Rosenbaum have been inappropriately redacted to delete dollar amounts that Mattel paid to Mr. Bryant. To eliminate any confusion in this regard, those redactions were already on each of those pages when they were received by Skadden. In addition, Mattel makes no claim that it does not know what it paid Mr. Bryant or that it needs discovery to learn this information.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at San Francisco, California this 6th day of March, 2008.

　　　　　　　　　　　　　　　/s/ Raoul D. Kennedy
　　　　　　　　　　　　　　　RAOUL D. KENNEDY