QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
johnquinn@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case Nos. CV 04-09059 and CV 05-02727<br><br>**AMENDED PROOF OF SERVICE**<br><br>Hearing Date: TBA<br>Time: TBA<br>Courtroom : |
| AND CONSOLIDATED ACTIONS | **Phase 1**<br>Discovery Cut-off:   January 28, 2008<br>Pre-trial Conference: May 5, 2008<br>Trial Date:          May 27, 2008 |

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is NOW LEGAL SERVICE, 1301 W. 2nd Street, Suite 206, Los Angeles, California 90026.

On March 4, 2008, I served true copies of the following documents described as:

## LIST OF DOCUMENTS

on the parties in this action as follows:

| | |
|---|---|
| Thomas Nolan, Esq.<br>Carl Roth, Esq.<br>**SKADDEN ARPS SLATE MEAGHER & FLOM, LLP**<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071 | |
| Mark E. Overland, Esq.<br>Alexander H. Cote<br>**OVERLAND BORENSTEIN SCHEPER & KIM LLP**<br>300 South Grand Avenue, Suite 2750<br>Los Angeles, CA 90071-3144 | |

[√]   **BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 4, 2008, at Los Angeles, California.

_____
NOW LEGAL -- Dave Quintana

07209/2427048.1

-2-

Case No. CV 04-9049 SGL (RNBx)
AMENDED PROOF OF SERVICE

## PROOF OF SERVICE

1  I am employed in the County of San Francisco, State of California. I am over the age of eighteen years and not a party to the within action; my business address is A & A LEGAL SERVICE, 210 Sell Street, Suite 17, San Francisco, California 94102.

On March 4, 2008, I served true copies of the following documents described as:

## LIST OF DOCUMENTS

on the parties in this action as follows:

| | |
|---|---|
| John W. Keker, Esq.<br>Michael H. Page, Esq.<br>Christina M. Anderson, Esq.<br>**Keker & Van Nest, LLP**<br>710 Sansome Street<br>San Francisco, CA 94111 | |

[√]   BY PERSONAL SERVICE: I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 4, 2008, at San Francisco, California.

_____
A & A LEGAL SERVICE --
Jason Moody

07209/2427048.1

-3-

Case No. CV 04-9049 SGL (RNBx)
AMENDED PROOF OF SERVICE

## DOCUMENT LIST

1. MATTEL, INC.'S OPPOSITION TO BRYANT'S MOTION TO COMPEL RESPONSES TO DISCOVERY REQUESTS

2. DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO BRYANT'S MOTION TO COMPEL RESPONSES TO DISCOVERY REQUESTS

3. DECLARATION OF LISSA FREED IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO BRYANT'S MOTION TO COMPEL RESPONSES TO DISCOVERY REQUESTS

4. PROOF OF SERVICE