```
KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
jkeker@kvn.com
MICHAEL H. PAGE - #154913
mpage@kvn.com
CHRISTA M. ANDERSON - #184325
canderson@kvn.com
MATTHEW M. WERDEGAR - #200470
mwerdegar@kvn.com
JOHN E. TRINIDAD - #250468
jtrinidad@kvn.com
AUDREY WALTON-HADLOCK- #250574
awaltonhadlock@kvn.com
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188
```

Attorneys for Plaintiff
CARTER BRYANT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC. a Delaware Corporation,<br><br>Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC., v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No. CV 04-09049 SGL (RNBx) (consolidated with CV 04-9059 & 05-2727<br><br>**DISCOVERY MATTER**<br><br>[To Be Heard by Discovery Master Hon. Edward Infante (Ret.)]<br><br>**SUPPLEMENTAL DECLARATION OF MATTHEW M. WERDEGAR IN SUPPORT OF CARTER BRYANT'S MOTION TO COMPEL RESPONSES TO DISCOVERY REQUESTS**<br><br>Date: March 10, 2008<br>Time: 8:30 a.m.<br><br>**Phase I:**<br>Date Comp. Filed: April 13, 2005<br>Discovery Cut-Off: Jan. 28, 2008<br>Trial Date: May 27, 2008 |

412846.01

SUPPLEMENTAL DECLARATION OF MATTHEW M. WERDEGAR IN SUPPORT OF
CARTER BRYANT'S MOTION TO COMPEL RESPONSES TO DISCOVERY REQUESTS
CASE NO. CV 04-09049 SGL (RNBx)

I, MATTHEW WERDEGAR, declare and state that:

1. I am an attorney licensed to practice law in the State of California and am a member of the law firm of Keker & Van Nest LLP, located at 710 Sansome Street, San Francisco, California 94111, counsel for plaintiff Carter Bryant in the above-captioned action. I am duly admitted to practice law before this Court. Except where expressly stated, I have knowledge of the facts set forth herein, and if called to testify as a witness thereto, could do so competently under oath.

2. In January 2008, prior to the date Mattel's responses to Bryant's Second Set of Interrogatories, First and Second Sets of Requests for Admission, and Third Set of Requests for Production were due, I personally met and conferred telephonically with B. Dylan Proctor, counsel for Mattel, regarding objections and concerns raised by Mattel regarding certain of Bryant's discovery requests. During these conferences of counsel, and in the correspondence sent to me by Mr. Proctor relating to these conferences, counsel for Mattel never indicated that it had any objection to Bryant's Second Set of Requests for Admission, including in particular Request Nos. 116-133.

3. Attached hereto as Exhibit A is a true and correct copy of the proof of service accompanying (1) Reply in Support of Mattel, Inc.'s Renewed Notice of Motion and Motion for Reconsideration of the September 12, 2007 Order Granting in Part and Denying in Part MGA's Motion to Compel Production of Documents and (2) the Declaration of Rory S. Miller in Support of Mattel, Inc.'s Renewed Motion for Reconsideration of the September 12, 2007 Order Granting in Part and Denying in Part MGA's Motion to Compel Production of Documents.

4. Attached hereto as Exhibit B is a true and correct copy of the proof of service accompanying (1) Mattel, Inc.'s Notice of Motion and Motion Compelling Production of Third Party Communications Improperly Withheld Under a Claim of "Common Interest" Privilege; and Memorandum of Points and Authorities and (2)

1

SUPPLEMENTAL DECLARATION OF MATTHEW M. WERDEGAR IN SUPPORT OF
CARTER BRYANT'S MOTION TO COMPEL RESPONSES TO DISCOVERY REQUESTS
CASE NO. CV 04-09049 SGL (RNBx)

412846.01

1  Declaration of B. Dylan Proctor In Support of Motion Compelling Production of
2  Third Party Communications Improperly Withheld Under a Claim of "Common
3  Interest" Privilege.

4      5.    Attached hereto as Exhibit C is a true and correct copy of the proof of
5  service accompanying Notice of Motion and Motion of Plaintiff Mattel, Inc. for
6  Order Finding Waiver and to Compel Production of Documents Withheld as
7  Privileged; and Memorandum of Points and Authorities.

8      6.    Attached hereto as Exhibit D is a true and correct copy of Mattel's
9  Notice of Subpoena Issued to Foothill Business Services and accompanying proof
10 of service.

11     7.    Attached hereto as Exhibit E is a true and correct copy of Mattel's
12 Notice of Subpoena Issued to the Isaac and Angela Larian Trust and accompanying
13 proof of service.

14     8.    Attached hereto as Exhibit F is a true and correct copy of Mattel's
15 Notice of Subpoena Issued to the Isaac Larian Annuity Trust and accompanying
16 proof of service.

17     9.    Attached hereto as Exhibit G is a true and correct copy of relevant
18 excerpts of Mattel, Inc's Sixth Set of Requests for Admission to Carter Bryant.

19     I declare under penalty of perjury under the laws of the United States that
20 the foregoing is true and correct and that this declaration was executed on March 7,
21 2008, at San Francisco, California.

_____
MATTHEW WERDEGAR