# EXHIBIT A

Case 2:04-cv-09049-DOC-RNB   Document 2502-2   Filed 03/07/08   Page 1 of 4   Page ID #:38704

1 QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   John B. Quinn (Bar No. 90378)
2  (johnquinn@quinnemanuel.com)
   Michael T. Zeller (Bar No. 196417)
3  (michaelzeller@quinnemanuel.com)
   Jon D. Corey (Bar No. 185066)
4  (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
6  Facsimile: (213) 443-3100

7 Attorneys for Plaintiff and Counter-Defendant
  Mattel, Inc.
8

9                    UNITED STATES DISTRICT COURT

10                  CENTRAL DISTRICT OF CALIFORNIA

11                         EASTERN DIVISION

12 CARTER BRYANT, on behalf of               Case No. CV 04-09049 SGL (RNBx)
13 himself, all present and former
   employees of Mattel, Inc., and the        **PROOF OF SERVICE**
14 general public,
                                             Hon. Stephen G. Larson
15              Counter-Claimant,
                                             Date:  January 3, 2008
16        v.                                 Time:  1:30 p.m.
                                             Place: JAMS
17 MATTEL, INC., a Delaware                         Two Embarcadero Center
   Corporation,                                     Suite 1500
18                                                  San Francisco, California
                Counter-Defendant.
19                                           Discovery Cut-Off:     January 28, 2008
                                             Pre-Trial Conference: May 5, 2008
20                                           Trial Date:            May 27, 2008

21

22

23

24

25

26

27

28

07209/2336297.1                    PROOF OF SERVICE

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On December 27, 2007, I served true copies of the following document(s) described as

1) DECLARATION OF RORY S. MILLER IN SUPPORT OF MATTEL, INC.'S RENEWED MOTION FOR RECONSIDERATION OF THE SEPTEMBER 12, 2007 ORDER GRANTING IN PART AND DENYING IN PART MGA'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS

2) REPLY IN SUPPORT OF MATTEL, INC.'S RENEWED NOTICE OF MOTION AND RENEWED MOTION FOR RECONSIDERATION OF THE SEPTEMBER 12, 2007 ORDER GRANTING IN PART AND DENYING IN PART MGA'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS

on the parties in this action as follows:

> Michael Page, Esq.
> John E. Trinidad, Esq.
> **Keker & Van Nest**
> 710 Sansome Street
> San Francisco, CA 94111

[X] **BY FEDEX:** I deposited such document(s) in a box or other facility regularly maintained by FedEx, or delivered such document(s) to a courier or driver authorized by FedEx to receive documents, in sealed envelope(s) or package(s) designated by FedEx with delivery fees paid or provided for, addressed to the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 27, 2007, at Los Angeles, California.

_____
Shawna Allison

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On December 27, 2007, I served true copies of the following document(s) described as

1) DECLARATION OF RORY S. MILLER IN SUPPORT OF MATTEL, INC.'S RENEWED MOTION FOR RECONSIDERATION OF THE SEPTEMBER 12, 2007 ORDER GRANTING IN PART AND DENYING IN PART MGA'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS

2) REPLY IN SUPPORT OF MATTEL, INC.'S RENEWED NOTICE OF MOTION AND RENEWED MOTION FOR RECONSIDERATION OF THE SEPTEMBER 12, 2007 ORDER GRANTING IN PART AND DENYING IN PART MGA'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS

on the parties in this action as follows:

| | |
|---|---|
| Thomas J. Nolan, Esq.<br>Carl Roth, Esq.<br>**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**<br>300 S. Grand Ave., STE 3400<br>Los Angeles, CA 90071 | Alexander H. Cote, Esq.<br>**Overland Borenstein, Scheper & Kim, LLP**<br>300 South Grand Avenue, Suite 2750<br>Los Angeles, CA 90071 |

[X] **BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 27, 2007, at Los Angeles, California.

_____
Dave Quintana

07209/2336297.1                PROOF OF SERVICE--