# EXHIBIT B

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff and Counter-Defendant
Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, on behalf of himself, all present and former employees of Mattel, Inc., and the general public,<br><br>         Counter-Claimant,<br><br>   v.<br><br>MATTEL, INC., a Delaware Corporation,<br><br>         Counter-Defendant. | Case No. CV 04-09049 SGL (RNBx)<br><br>**PROOF OF SERVICE**<br><br>Hon. Stephen G. Larson<br><br>Date: February 8, 2008<br>Time: 9:30 a.m.<br>Place: TBA<br><br>Discovery Cut-Off: Jan. 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2364706.1

PROOF OF SERVICE

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On January 23, 2008, I served true copies of the following document(s) described as

1) DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MOTION COMPELLING PRODUCTION OF THIRD PARTY COMMUNICATIONS IMPROPERLY WITHHELD UNDER A CLAIM OF "COMMON INTEREST" PRIVILEGE

2) .) MATTEL, INC.'S NOTICE OF MOTION AND MOTION COMPELLING PRODUCTION OF THIRD PARTY COMMUNICATIONS IMPROPERLY WITHHELD UNDER A CLAIM OF "COMMON INTEREST" PRIVILEGE; AND MEMORANDUM OF POINTS AND AUTHORITIES

Michael Page, Esq.
John E. Trinidad, Esq.
**Keker & Van Nest**
710 Sansome Street
San Francisco, CA 94111

Judge Edward Infante
JAMS
c/o Sandra Chan
Two Embarracdero Center
Suite 1500
San Francisco, CA 94111

[X] **BY FEDEX:** I deposited such document(s) in a box or other facility regularly maintained by FedEx, or delivered such document(s) to a courier or driver authorized by FedEx to receive documents, in sealed envelope(s) or package(s) designated by FedEx with delivery fees paid or provided for, addressed to the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 23, 2008, at Los Angeles, California.

Shawna Allison

07209/2364706.1                            PROOF OF SERVICE

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On January 23, 2008, I served true copies of the following document(s) described as

1) DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MOTION COMPELLING PRODUCTION OF THIRD PARTY COMMUNICATIONS IMPROPERLY WITHHELD UNDER A CLAIM OF "COMMON INTEREST" PRIVILEGE

2) MATTEL, INC.'S NOTICE OF MOTION AND MOTION COMPELLING PRODUCTION OF THIRD PARTY COMMUNICATIONS IMPROPERLY WITHHELD UNDER A CLAIM OF "COMMON INTEREST" PRIVILEGE; AND MEMORANDUM OF POINTS AND AUTHORITIES

on the parties in this action as follows:

Thomas J. Nolan, Esq.
Carl Roth, Esq.
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
300 S. Grand Ave., STE 3400
Los Angeles, CA 90071

Alexander H. Cote, Esq.
**Overland Borenstein, Scheper & Kim, LLP**
300 South Grand Avenue, Suite 2750
Los Angeles, CA 90071

[X] BY PERSONAL SERVICE: I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 23, 2008, at Los Angeles, California.

_/s/ Dave Quintana_
Dave Quintana

07209/2364706.1

PROOF OF SERVICE--