QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09039<br>Case No. CV 05-02727<br><br>[PUBLIC REDACTED] DECLARATION OF JON COREY IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA'S MOTION TO STRIKE MATTEL'S REPLY IN SUPPORT OF ITS MOTION FOR RECONSIDERATION OF PORTIONS OF DISCOVERY MASTER'S DECEMBER 31, 2007 ORDER<br><br>Hearing Date: TBD<br>Time: TBD<br>Place: TBD<br><br>**Phase 1**<br>Discovery Cut-off: January 28, 2008<br>Pre-trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

# DECLARATION OF JON COREY

I, Jon D. Corey, declare as follows:

1. I am a member of the bar of the State of California and a partner of Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the Deposition of Carter Bryant, Vol. 1, dated November 4, 2004.

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the Deposition of Carter Bryant, Vol. 2, dated November 5, 2004.

4. Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the Deposition of Carter Bryant, Vol. 3, dated November 8, 2004.

5. Attached hereto as Exhibit 4 is a true and correct copy of excerpts from the Deposition of Carter Bryant, Vol. 4, dated January 23, 2008.

6. Attached hereto as Exhibit 5 is a true and correct copy of excerpts from the Deposition of Carter Bryant, Vol. 5, dated January 24, 2008.

7. Attached hereto as Exhibit 6 is a true and correct copy of excerpts from the Deposition of Ana Elise Cloonan, Vol. 1, dated December 14, 2007.

8. Attached hereto as Exhibit 7 are true and correct copies of excerpts from the Deposition Transcript of Christina Tomiyama, dated February 27, 2008.

9. Attached hereto as Exhibit 8 are true and correct copies of excerpts from the Deposition of Sheila Kyaw, dated January 24, 2008.

10. Attached hereto as Exhibit 9 are true and correct copies of excerpts from the Deposition of Steven Linker, dated September 13, 2006.

1  11.  Attached hereto as Exhibit 10 are true and correct copies of
2  excerpts from the Deposition of Rebecca Harris, Vol. 2, dated January 22, 2008.
3  12.  Attached hereto as Exhibit 11 are true and correct copies of
4  excerpts from the Deposition Transcript of Veronica Marlow, dated December 28,
5  2007.
6  13.  Attached hereto as Exhibit 12 are true and correct copies of
7  excerpts from the Deposition Transcript of Paula Garcia, Vol. 1, dated May 24,
8  2007.
9  14.  Attached hereto as Exhibit 13 are true and correct copies of
10 excerpts from the Deposition Transcript of Isaac Larian, dated July 18, 2006.
11 15.  Attached hereto as Exhibit 14 are true and correct copies of
12 excerpts from the Deposition Transcript of Victoria O'Connor, dated December 6,
13 2004.
14 16.  Attached hereto as Exhibit 15 are true and correct copies of
15 excerpts from the Deposition Transcript of Samir Khare, Vol. 3, dated January 25,
16 2008.
17 17.  Attached hereto as Exhibit 16 are true and correct copies of
18 excerpts from the Deposition Transcript of Rachel Harris, dated February 26, 2008.
19 18.  Attached hereto as Exhibit 17 are true and correct copies of
20 excerpts from the Deposition Transcript of Spencer Woodman, dated October 9,
21 2007.
22 19.  Attached hereto as Exhibit 18 are true and correct copies of
23 excerpts from the Deposition Transcript of Paula Garcia, Vol. 4, dated October 10,
24 2007.
25 20.  Attached hereto as Exhibit 19 are true and correct copies of
26 excerpts from the Deposition Transcript of Sarah Chui, dated September 28, 2007.
27
28

07209/2251217.1

-2-

DECLARATION OF COREY

1  21. Attached hereto as Exhibit 20 are true and correct copies of
2  excerpts from the Deposition Transcript of Paula Garcia, Vol. 2, dated May 25,
3  2007.
4  22. Attached hereto as Exhibit 21 are true and correct copies of
5  excerpts from the Deposition Transcript of Kerri Brode, Percipient, dated August
6  15, 2007.
7  23. Attached hereto as Exhibit 22 are true and correct copies of
8  excerpts from the Deposition Transcript of Paula Garcia, Vol. 3, dated October 9,
9  2007.
10  24. Attached hereto as Exhibit 23 are true and correct copies of
11  excerpts from the Deposition Transcript of Nana Ashong, dated January 28, 2008.
12  25. Attached hereto as Exhibit 24 are true and correct copies of
13  excerpts from the Deposition Transcript of Anna Rhee, Non-Confidential, dated
14  February 3, 2005.
15  26. Attached hereto as Exhibit 25 are true and correct copies of
16  excerpts from the Deposition Transcript of Anna Rhee, Confidential, dated
17  February 3, 2005.
18  27. Attached hereto as Exhibit 26 are true and correct copies of
19  excerpts from the Deposition Transcript of MGA Designee Kerri Brode, dated
20  January 19, 2007.
21  28. Attached hereto as Exhibit 27 are true and correct copies of
22  excerpts from the Deposition Transcript of Lisa Tonnu, Vol. 2, dated September
23  24, 2007.
24  29. Attached hereto as Exhibit 28 are true and correct copies of
25  excerpts from the Deposition Transcript of Sandra Yonemoto, Confidential,
26  ("Yonemoto Conf. Tr."), dated May 30, 2007.
27
28

|   |   |
|---|---|
| 1 | 30. Attached hereto as Exhibit 29 are true and correct copies of excerpts from the Deposition Transcript of David Rosenbaum, dated January 25, 2008. |
| 4 | 31. Attached hereto as Exhibit 30 are true and correct copies of excerpts from the Deposition Transcript of Jill Nordquist, dated July 31, 2007. |
| 6 | 32. Attached hereto as Exhibit 31 are true and correct copies of excerpts from the Deposition Transcript of Ivy Ross, dated January 17, 2008. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 7, 2008, at Los Angeles, California.

_____
Jon Corey

-4-