1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     John B. Quinn (Bar No. 090378)
2    johnquinn@quinnemanuel.com
     Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
     Jon D. Corey (Bar No. 185066)
4    (joncorey@quinnemanuel.com)
     Timothy L. Alger (Bar No. 160303)
5    (timalger@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
6  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
7  Facsimile: (213) 443-3100

8  Attorneys for Mattel, Inc.

9

10                 UNITED STATES DISTRICT COURT

11                CENTRAL DISTRICT OF CALIFORNIA

12                        EASTERN DIVISION

13 | CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx)
14 | Plaintiff, | Consolidated with
   |  | Case No. CV 04-09059
15 | vs. | Case No. CV 05-2727
16 | MATTEL, INC., a Delaware | [PUBLIC REDACTED]
   | corporation, | DECLARATION OF LEE LOETZ IN
17 |  | SUPPORT OF MATTEL, INC.'S
   | Defendant. | MOTION FOR PARTIAL SUMMARY
18 |  | JUDGMENT
19 | AND CONSOLIDATED ACTIONS |
20 |  | Date: April 23, 2008
   |  | Time: 10:00 a.m.
21 |  | Place: Courtroom 1
22 |  | **Phase 1**
   |  | Discovery Cut-Off: Jan. 28, 2008
23 |  | Pre-Trial Conference: May 5, 2008
   |  | Trial Date: May 27, 2008

07209/2421192.1

I, Lee Loetz, declare as follows: I make this declaration of personal, firsthand knowledge and if called and sworn as a witness, I could and would testify competently thereto.

### Qualifications

1. I have worked in the Toy Industry for twelve years. Spending the first ten years of my career at Disney Consumer Products, I was trained by experienced world-renowned Disney master artists and animators. Educated by these artists on how to draw and design characters to the highest possible level of commercial artistry, I reached a level that enabled me to become a recognized Disney artist (reaching the level of Art Director), and product designer in the toy industry. My artwork and designs have been used on thousands of Disney three-dimensional products and books, across all brands from Disney Princess to Mickey Mouse.

2. During my career at Disney, because of my facility in working with drawings that were to become three-dimensional products, I became the go-to artist when dealing with sculptors. I have reviewed thousands of toy sculpts across all categories, and given hands on direction, and sculpt corrections to numerous toy sculptors in the U.S. and Asia.

3. While at Disney I also became a recognized expert on drawing and character design. I have mentored many artists, and taught several in house art classes. As a teacher I have taught character design and drawing seminars at Art Center in Pasadena and Otis School of Design in El Segundo.

4. In the last two years as a design consultant, I have worked for industry leaders across all toy categories including fashion dolls. My artwork and designs have been implemented in countless toys and children's products.

5. As a student I studied art, life drawing, animal drawing, comparative anatomy, and character drawing from top experts in the field such as Glenn Vilpuu and Kevin Johnson.

6. I took intensive character design and drawing classes at the Animation Union in North Hollywood, California for five years from working professional artists. For two years I studied at the California Institute of the Arts in Valencia, CA. While at Cal Arts my focus was in character design and life drawing (with an emphasis on anatomy).

7. A copy of my resume is attached to this declaration as Exhibit 1.

## Opinions

8. Based upon my expertise as a designer, and based upon drawings by Carter Bryant and the first wave of Bratz dolls, I have come to the conclusion that the drawings are in essence the dolls in two-dimensional form and the dolls are based on Carter Bryant's drawings. For a designer, a drawing is his or her way to record and communicate his idea. When a designer has a concept he or she sketches it out. Drawings are the language of designers. The Bratz concept communicated in these first drawings was to have dolls with sultry looking faces and a funky urban style, on proportionally shorter curvy bodies, with big heads and feet. The drawings and the dolls lead me, in my expert opinion, to conclude that the dolls are a faithful execution of the drawings, including in proportion, style, posing, and face design. I discuss each below.

## PROPORTION

9. When designing a new toy/character, especially a toy which is human in appearance, the measurements of body proportions is a key factor in distinguishing one design from another. The body proportions of Carter Bryant's drawings are virtually identical to the dolls.

10. While drawing or sculpting a human figure, even a stylized figure, the artist uses major body landmarks to help him or her put body parts in their correct place to achieve the desired result. Some of these landmarks are, for example, the chin, shoulders, chest, waist, crotch, knees and ankles. The placement of these anatomical landmarks in a design is no accident. In art school, the artist is taught

these surface anatomical landmarks in comparison based on age and gender in life drawing classes. As the human body grows from child to adult, the body proportions lengthen from top to bottom. A designer is taught that by manipulating body proportions a design could look older or younger.

11. Carter Bryant's drawings had heads and faces that looked sultry in their features and style, with proportionally shorter bodies than traditional fashion dolls. To get this across in a sculpt, the drawings had to be followed closely.

12. In Exhibit 37 attached hereto, I have placed side by side a picture of a first wave Bratz doll unclothed next to a front sculpt drawing done by Carter Bryant. This comparison shows the major anatomical landmarks line up on a horizontal plane. As between the drawing and the doll, the chins, shoulders, chests, waists, crotch, knees, and ankles line up on a horizontal plane. In addition, this side-by-side comparison Exhibit 37 shows that on the arms, the elbows and wrists between of the drawing and doll line up. These alignments are too numerous to be coincidental.

13. Exhibit 2 attached hereto, which is another side by side comparison of a first wave doll and one of Carter Bryant's drawings from a three quarter view, shows how the identical nature of the dolls and drawings work even when the character is posed in a different way and viewed from an alternate angle. This view also demonstrates that the doll closely followed the curves of the drawing.

14. This is a telling comparison. To reiterate, the placement of anatomical measuring points is an important tool in a designer's language. They are not carelessly placed in designs. To have all of these major body landmarks line up shows that the sculptor used the drawings as a direct reference in completing the dolls. No sculptor would "happen" upon these, because they are not just similar. From a design perspective, they are the virtually same. The sculptor used these drawings as a guide while sculpting this design, which is a proportionally large head on a smaller body. In point of fact, this is the industry standard for sculptors, and they are judged on their ability to accurately execute drawings.

-4-

## POSING

15. In Carter Bryant's sketches, the Bratz figures are posed in an unusual way, which denoted their knowing urban, hip, attitude. The Bratz characters have an angular waist pose with knock-knees, pigeon toes, and hands upturned at the wrist. Although it is difficult to exactly reproduce a sketched pose in a three-dimensional doll that is supposed to have the ability to have its clothes removed and changed, the final dolls match to a remarkable degree the poses in Carter Bryant's concept sketches. Exhibits 4, 5, 7, 9 and 16 attached hereto show how the dolls match the attitude and look of the concept drawings when posed. The dolls were made to be posed in this way. Because of the removable feet, the shoes can be rotated inwards to imitate the pigeon toed style in the illustrations. Especially in Exhibit 10 we can see a direct comparison. The particular upturned hands at the wrists evident in Carter Bryant's drawings were faithfully executed in the three dimensional Bratz dolls.

## FACE DESIGN

16. The Bratz dolls faithfully executed the face design of Carter Bryant's drawings to a remarkable extent. This includes the eyes, hair, lips, and makeup design in the drawings. Also the proportional placement of these features on the faces of the drawings and dolls match to an exceptional degree. The culmination of these facial features defined the sultry look of the Bratz dolls, which is the same in both the drawings and the dolls.

17. The proportional placement of features on the face of a doll design are a key factor in how that design develops its own look. To vary the placement of features on a face is to change who the character will be. Think of the compressed features of a cute baby, and then think of the elongated features in a traditional "evil witch" character face. There are endless variations in between. Carter Bryant gave the Bratz designs compacted features in his drawings to create a pleasing attractive look. In Exhibit 6 attached hereto, I have placed the doll face next to the face of

one of Carter Bryant's sketches. This side-by-side comparison shows the eyes, nose, lips, and nose all fall on the same horizontal plane. This does not happen by chance. The sculptor used the drawings as direct reference, which she accurately matched.

18. Referencing Exhibits 17, 19, 21, and 24 attached hereto, the parallel in feature placement also is remarkable from a three quarter view. The eyes are a similar distance apart. The eyebrows are a similar distance apart. The cheek color application is in the same place. The faces have a similar shape, from the brow down to indenture of the eye socket, to the outward curve of the cheek. In Exhibit 17 attached hereto, we can see that the moles are even in the same location on the face. And lastly the faces have a similar length and width. The face sculpt is a faithful execution of the drawing.

19. The Bratz sketches were drawn with oversized almond shaped eyes, with heavy lids, outlined with makeup lines. In Exhibits 20 and 22 attached hereto, we can see that the eyes of Carter Bryant's drawing and the eyes of the dolls share the almond shape, which is angled upward at its outside edge. Exhibit 18 attached hereto shows how the pupils are placed in a similar location on the horizontal as well as vertical plane. The fact that in both the doll and the drawing the pupils are fifty percent covered by the eyelid is especially noteworthy. This confirms that the dolls were an execution of the drawings, because this is not a detail that would be coincidentally the same.

20. There are multiple other details about the eyes of the drawings, which were faithfully executed in the dolls. The eyebrows in Exhibit 20 are accurately rendered from the drawing to the doll. The eyebrows of both share the same distance from the eye, and the same angular shape.

21. The makeup on the eyes in Carter Bryant's drawings was meticulously executed on the doll. In Exhibit 20, we can see that there are three eyelashes on the eye in the drawing, and three eyelashes on the doll eye. Exhibit 22 shows that there

are similarities in placement and design of the eye makeup. Exhibit 24 displays the similarity of eyeliner design in its painterly thickness and sweeping upward curves. The eye makeup style and design, which may be difficult to quantify with a measurement, is exceptional in correlation from drawing to doll. The various colors of makeup and the placement, size and shape of the makeup applications gives the look of a girl who has too much eye makeup on. This overly made up style is executed from drawing to sculpt. The face painter executed Carter Bryant's drawings for the face paint, as is the industry standard for face painters. They are judged professionally on their ability to recreate in three dimensions the design in a flat sketch.

22. Exhibits 8, 18, 20, 22, and 24 attached hereto show the shape and relative size of the lips of the dolls were a faithful rendering from Carter Bryant's drawings. Both have large over inflated lips with the widest portion being in the middle of the lips. Additionally the shapes of the lips are alike. The lower curve of the bottom lip is a full even curve from one corner of the mouth to the other. The top curve of the upper lips resembles more of a hill like line quickly rising from one corner to a height in the middle then quickly descending to the opposite corner of the mouth. These two opposing curves taken together create the lips. In the dolls, this design was accurately executed from the drawings. Exhibit #23 also shows the noticeable correlation in makeup style on the lips. The glossy lips with a dark distinctive outline are apparent on both doll and drawing. The lips are essentially the same in Carter Bryant's drawings and the dolls.

23. Hair styling is also shared in both Carter Bryant's drawings and the dolls, as shown in Exhibits 17, 19, 23 attached hereto. Exhibit 17 shows similar braided hairstyles on a dark haired Bratz character. Exhibit 19 shows pigtailed hairstyles with the same length bangs on a dark haired character.

24. From the proportional sizing of the face, feature placement on the face, the size and shape of the eyes, to the makeup and hairstyles, the faces of the dolls

1  are a faithful rendition of the drawings. Any artist or character designer knows that the face is the most important thing in developing an original look. All of the parallels between the drawings and doll faces are not coincidental, but the result of executing the drawings in the dolls.

## STYLE

25. The Bratz drawings incorporated a trendy, younger urban style in the fashions. The clothes in the drawings were more colorful, more flared, more decorative in patterns, and more revealing. Cropped shirts and layered tops are among the fashions. This urban funky styling evident in the drawings is not defined by any one piece of clothing. It is a style that creates an attitude of funky youthful freshness, which can be carried through in endless specific clothing variations. Having said that, the first wave of Bratz doll fashions and style were faithfully executed from Carter Bryant's concept sketches in detail.

26. Side by side comparisons of the concept drawings and dolls demonstrate the closeness of the fashions. Exhibits 4 and 5 attached hereto show that the urban fashions of short skirts, layered tops, high heeled shoes in the drawings were followed in manufacturing the dolls. Comparisons in Exhibit 26 attached hereto show how the pants of the dolls and drawings share the same flared style with wide cuffs and striped details. In Exhibit 29 attached hereto, we can see similar denim skirts. Exhibit 25 attached hereto shows a similar floral pattern shirt, with similar style and length denim skirt. A shared knit hat style between drawing and doll is visible in Exhibit 28, attached hereto. Exhibit 30 attached hereto shows similar striped shirts. In Exhibit 10 attached hereto we can see that the doll and drawing both have layered and cropped shirts. All of these style correlations show how the Bratz drawings directly led to the dolls.

27. The Bratz accessories also were more youthful and funky in style, especially in the use of colorful backpacks and bags. In Exhibit 27 attached hereto

1 | we can see several times over that the bags in the drawings were executed in the
2 | final doll fashion bags.
3 |     28.    In Exhibits 7, 13, and 16 attached hereto, we can see the resemblances
4 | between the graphics on the fashions in the drawings, and the final fashion graphics
5 | for the dolls. There is a kitten on a cropped t-shirt, and a bunny on a backpack.
6 |     29.    Similarity in shoe detail is shown in Exhibits 10, 11, 12, 14, and 15
7 | attached hereto. These include sneaker style and design, high heels, open toes, and
8 | belt straps. One consistent feature in both the drawings and dolls is the use of high
9 | heels on the shoes.
10 |     30.    The shoe fashions show other shared elements. The oversized nature of
11 | the shoes/feet to the rest of the body is a feature in common between the drawings
12 | and dolls. In Exhibit 3 attached hereto, the oversized proportional nature of the
13 | shoes/feet are closely followed from the drawings to the dolls. In addition, as
14 | Exhibit 9 attached hereto demonstrates, the fact that the shoes are removable at the
15 | ankle of the doll illustrates that the drawings were accurately executed.
16 |     31.    It is the industry standard when creating a new toy, especially an
17 | original human based doll, to have the originating artist draw sketches which are
18 | given to the sculptor and painters to execute in three dimensions. Anatomical
19 | proportions and landmark placements, facial features and designs, fashions,
20 | hairstyles, paint designs, and figure posing are all tools in the designer's toolbox
21 | which he uses to create a doll. Face painters and sculptors study for years to
22 | recreate the style and design inherent in a sketch. Their professional reputations are
23 | staked on this ability. Carter Bryant's drawings were more than just a "starting
24 | point" – they were executed in the dolls, including in their details. Why else hire
25 | Carter Bryant to oversee the creative execution of his concept? As Carter Bryant
26 | said in his deposition, creatively the best way for him "to communicate was through
27 | drawing" (Deposition Transcript of Carter Bryant, Vol. 3 ("Bryant Tr. Vol. 3"),
28 | dated November 8, 2004, at 578:23-24, a true and correct copy of excerpts of which

1  is attached as Exhibit 38). His drawings were used to communicate the look of the
2  Bratz dolls, which were a faithful execution of Carter Bryant's drawings. In fact, of
3  the many hundreds of projects I have seen go from drawings to three dimensional
4  form, the first wave Bratz dolls represent one of the most faithful executions of the
5  drawings.
6      I declare under penalty of perjury under the laws of the United States of
7  America that the foregoing is true and correct. Executed on March 6, 2008, at
8  Los Angeles, California.

_____
Lee Loetz