# EXHIBIT 1

**LEE LOETZ**

**RESUME**

**Owner Popfly Design, Burbank CA** **May 2006 to current**

Developed new toy designs and initiatives for Toy industry leaders such as Playmates Toys, Fisher Price, Spin Master, CDI, and Disney.

Consulted on toy product lines in varied market segments from Girls Fashion Dolls, Activity Toys, Action Figures, Vehicles, Girls Role Play items, and Infant Preschool figures and playsets.

**Walt Disney Company, Burbank, CA** **August 1995 to May 2006**
**Consumer Products Division**

**Director Toy Design for New Business Models** (May 2004 to May 2006)

- **Disney World Toy Program-** Developed a complete line of IPS plastic toys for emerging markets around the world. Created new international brand look for Winnie the Pooh, and Mickey Mouse toys. Selected vendors, and distributors in Asia. Market research on price points and play patterns for Eastern Europe, South America, and Asia.

- Worked closely with Sales, Marketing, and New Business Model teams to develop a new supply chain management system for Disney Consumer Products World Toy Program.

- Personally made sales presentations at New York, Nuremburg, and Hong Kong Toy Fairs to international and domestic, distributors and retailers.

- Awarded new feature patent for Disney Shape Steppers preschool figures for World Toy Line.

**Senior Manager Toy Design** (August 2003 to May 2004)

- **Direct Source Plush Program-** Developed full line of plush, and juvenile products for Disney's new Direct Source business model. Partnered with sourcing agent Li and Fung to create quality, and high margin items.

- On site sales presentations to Wal Mart, Target, Kmart, Kaybee, TRU, and Sears.

- Responsible for innovation, safety, and creative content for whole of Disney Direct business.

- Developed new creative content for toy programs such as Disney Fairies.

EXHIBIT 1
PAGE 11

**Toy Design Manager** (October 2000 to August 2003)

- Worked closely with internal marketing team to develop and implement global strategic plan for Disney toys, and to develop creative content for retail merchandising and advertising programs.
- Responsible for creating new design initiatives for the following Disney global brands ESPN, X-Games, Disney Princesses, Mickey Mouse, and Winnie the Pooh.
- Lead manager in licensee discussions and product development decisions. Helped to ensure design, marketing, costing, and scheduling objectives are met for over 20 toy companies, including: Mattel, Hasbro, LEGO, Megablocks, Veriflex, Applause, and TOMY, and Neurosmith.

**Character Art Supervisor** (August 1995 to October 2000)

- Partnered and worked closely with major toy, gift, and stationary licensees in the design and development of Disney's core consumer brands, Mickey Mouse, Winnie the Pooh, and Disney Princess. Licensees included: Mattel, Hasbro, Little Tikes, Applause, Hallmark Cards, and Gund.
- Reviewed and corrected the aesthetics of licensee product submissions from concept through production. Responsible for ensuring the character integration, and overall creative strategy on approval submissions.
- Directed and trained art team in the development character art style guides, and revisions on product.
- Participated in licensee brainstorms for development if new product lines.
- Created new artwork, and concepts for product ideas upon licensee's request.

## EXTRACURRICULAR PROFESSIONAL EXPERIENCE

**<u>Otis school of Design,</u> El Segundo, CA** **Spring/Winter 2002 to current**

**Teacher of Toy Design**

- Developed curriculum and class content including an overview of the toy industry, toy design principles, and engineering and manufacturing limitations.
- Taught highly focused character design classes for Senior level Toy Design students.

**Art Center College of Design, Pasadena, CA** **Spring/Winter 2000**

**Teacher of Toy Design**

- Presented weekly lectures on different toy categories and associated play patterns, as well as the design and presentation of concepts.
- Encouraged students to develop skills in brainstorming, concept and play pattern development, and overall illustration techniques.

**Freelance**

- Illustrated children's books for Disney publishing, and personal projects.
- Developed new characters, and properties for children's television shows.

## EDUCATION

**Cal Arts, Valencia, CA** September 1993 to June 1994
Animation Program With a focus on Character Design.

**University of California, Davis, Davis, CA** June 1987 to December 1990
Bachelor of Arts, Political Science

# EXHIBIT 2

Exhibit 2
PAGE 14

# EXHIBIT 3

Hand Pose

Hand Pose

Exhibit 3

PAGE 15

# EXHIBIT 4





Exhibit 4

PAGE  16

# EXHIBIT 5





Exhibit 5   PAGE   17

# EXHIBIT 6



Exhibit 6

PAGE 18

# EXHIBIT 7

HIP HOP

Hip Hop

Exhibit 7

PAGE 19





# EXHIBIT 8



Exhibit 8

PAGE   20

# EXHIBIT 9

To give Zoe a whole new look for night, change her short dark brown hairstyle to her long blonde hairdo (included), change her pants to a skirt (also included) and change her sneakers to platform sandals (you get those too!)

Exhibit 9

# EXHIBIT 10

Layered & Cropped Shirt

# EXHIBIT 11





# Boot Design Detail & Color

Exhibit 11

PAGE 23

# EXHIBIT 12







Shoe Design & Detail

Exhibit 12

PAGE   24

# EXHIBIT 13

Angel
Angel

Angel

Exhibit 13
PAGE 25





# EXHIBIT 14

Shoe Detail & Design

Exhibit 14

PAGE 26

# EXHIBIT 15

Exhibit 15

PAGE 27



# EXHIBIT 16



Exhibit 16

PAGE 28

# EXHIBIT 17

Mole

Face Shape

Cheek Color & Placement

Exhibit 17

# EXHIBIT 18

Eye Shape

Pupil Placement

Eyeliner Design

Lip Shape

Exhibit 18






# EXHIBIT 19





Hair Bangs

Face Shape

Distance Between Eyebrows

Distance Between Eyes

Cheek Color Application

Width & Height

Exhibit 19