# EXHIBIT 20

Exhibit 20

PAGE 32









Eye Angle

Eye Shape

Upper Eyelash
& 3 Eyelashes

Eyebrow
Shape & Angle

Eyelid Height &
Distance From Top of Eye
to Bottom of Eyebrow

Lip Shape








# EXHIBIT 21

Exhibit 21

PAGE   33







Face Shape

Cheek Color & Placement

Distance Between Eyes

Face Length & Width

# EXHIBIT 22

Exhibit 22

PAGE  34







Eye Shape

Eye Angle

Eyes, Brows, Lids Measurements

Eyeliner Design

Lip Shape







# EXHIBIT 23





Exhibit 23

PAGE 35

Hairstyle:
Side parted hair with side swept long bangs

# EXHIBIT 24

Exhibit 24

PAGE 36



Face Shape




3 Eyelashes
&
Eyeliner Application







Eye Shape

Eye Angle

Lip Shape



# EXHIBIT 25

Exhibit 25
PAGE 37

# Denim Skirt Style & Length





## Floral Pattern Strip

# EXHIBIT 26

Exhibit 26

PAGE 38





Flare Pant Style

Pant Cuff Width

Side Stripe Detail

# EXHIBIT 27

Exhibit 27

PAGE   39



# EXHIBIT 28

Exhibit 28

PAGE   40





Hat Design

# EXHIBIT 29

Exhibit 29

PAGE 41





Denim Skirt Style

# EXHIBIT 30

Exhibit 30

PAGE  42





Striped Shirt Design & Colors

# EXHIBIT 31



Exhibit 31

PAGE   43

# EXHIBIT 32



Exhibit 32

PAGE 44





# EXHIBIT 33

Exhibit 33
PAGE  45





# EXHIBIT 34

Exhibit 34

PAGE 46





# EXHIBIT 35

Exhibit 35

PAGE 47





# EXHIBIT 36

Exhibit 36

PAGE  48





# EXHIBIT 37

**THIS EXHIBIT IS FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

# EXHIBIT 38

**THIS EXHIBIT IS FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

# EXHIBIT 39

## Exhibit 1

### Documents Considered in Forming Opinions

Deposition of Margaret Leahy taken on December 12, 2007 (and exhibits thereto)

Deposition of Carter Bryant taken on November 4, 5 and 8, 2004

MGA's Responses to Mattel, Inc.'s Amended Supplemental Interrogatory Regarding Defendants' Affirmative Defenses, dated January 7, 2008

Documents numbered:

M 0059698 - M 0059761
Bryant 00196
Bryant 00198
Bryant 00202
Bryant 00277
Bryant 00278
Bryant 00290
Bryant 00301
Bryant 01118
Bryant 01246
Bryant 01247
Bryant 00220
Bryant 00222
Bryant 00223
Bryant 00224
Bryant 00226
Bryant 00227
Bryant 00229
Bryant 00230
Bryant 00231
Bryant 00233
Bryant 00234
Bryant 00105
Bryant 00193
Bryant 00194
Bryant 00197
Bryant 00199
Bryant 00200
Bryant 00201
Bryant 00203
Bryant 00204
Bryant 00205
Bryant 00206
Bryant 00207

- 1 -

EXHIBIT ___39___

PAGE ___58___

Bryant 00208
Bryant 00209
Bryant 00210
Bryant 00212
Bryant 00213
Bryant 01243
SABW-M 00428

Photographs of certain original Carter Bryant drawings listed above (no bates numbers)

**Bratz dolls and/or images of Bratz dolls with the following Product Numbers:**

| PRODUCT | PRODUCT DESCRIPTION | PRODUCT NUMBER |
|---|---|---|
| Adventure Girlz | Sasha Doll | 352327 |
| Adventure Girlz | Jade Doll | 343691 |
| Adventure Girlz | Yasmin Doll | 343684 |
| Adventure Girlz | Cloe Doll | 343677 |
| Back to School | Phoebe Doll | 337959 |
| Back to School | Cloe Doll | 337942 |
| Beach Party | Jade | 254287 |
| Back to School | Yasmin | 337935 |
| Birthday | Sasha | 354727 |
| Birthday | Sasha Doll | 352310 |
| Birthday | Meygan Doll | 343646 |
| Birthday | Yasmin Doll | 343639 |
| Birthday | Cloe Doll | 343622 |
| Birthday | Jade Doll | 313496 |
| Birthday | Yasmin Doll | 313489 |
| Birthday | Cloe Doll | 313472 |

- 2 -

| | | |
|---|---|---|
| Birthday Bash | Sasha | 303558 |
| Birthday Bash | Phoebe Doll | 303541 |
| Birthday Bash | Cloe Doll | 303534 |
| Birthday Bash | Yasmin Doll | 303527 |
| Blind Date | Jade Doll | 277927P |
| Blind Date | Cloe Doll | 277903P |
| Bratz | Yasmin | Asst# 248521 # 248569 |
| Bratz | Cloe | Asst# 248521 # 248538 |
| Bratz | Sasha | Asst# 248521 # 248569 |
| Bratz | Jade | Asst# 248521 # 248545 |
| Bratz | Jade | 248545 |
| Bratz | Sasha | 250517 |
| Bratz | Sasha | 248552 |
| Bratz Babyz Sitter | Alicia, Lana Dolls | 334224 |
| Bratz the Movie | Jade | N/A |
| Bratz the Movie | Bratz Doll | MGA 3772193 |
| Bratz the Movie | Bratz Doll | MGA 3772098 |
| Bratz the Movie | Jade | 358435 |
| Twiins | Twins/Nona | 300328 |
| Bratz World Collector's Edition | Kumi | 277798 |
| Bratz World Collector's Edition | Kumi | 283898 |
| Campfire | Felicia Doll | 306054 |
| Campfire | Dana Doll | 306047 |
| Campfire | Yasmin Doll | 306030 |

EXHIBIT _____39_____

_____60_____

| | | |
|---|---|---|
| Campfire | Phoebe Doll | 306023 |
| Campfire | Cloe Doll | 306016 |
| Costume Party | Lela | 333746 |
| Costume Party | Yasmin | 333739 |
| Costume Party | Yasmin/costume pty | 354611 |
| Design Your Own | Cloe | 324720 |
| Design Your Own | Yasmin | 324737 |
| Dynamite | Nevra | 303473 |
| Dynamite | Cloe | 303466 |
| Dynamite | | 303840 |
| Exclusive Limited Collector's Edition | Meygan Doll | 304142 |
| Exclusive Limited Collector's Edition | Cloe Doll | 277958 |
| Exclusive Limited Collector's Edition | Yasmin Doll | 26060 |
| Feeling Pretty | Sasha Doll | 313328 |
| Feeling Pretty | Dana Doll | 313311 |
| Feeling Pretty | Cloe Doll | 313281 |
| Flashback Fever | Sasha Doll | 283782 |
| Flashback Fever | Fiann Doll | 277705 |
| Flashback Fever | Jade Doll | 277699 |
| Flashback Fever | Yasmin Doll | 277682 |
| Flashback Fever | Cloe Doll | 277675 |
| Forever Diamondz | Sharidan Doll | 334118 |
| Forever Diamondz | Jade Doll | 334101 |
| Forever Diamondz | Yasmin Doll | 334095 |

- 4 -

EXHIBIT _____ 39

PAGE _____ 61

| | | |
|---|---|---|
| Forever Diamondz | Cloe Doll | 334088 |
| Forever Diamondz | Sasha Doll | 333944 |
| Forever Diamondz Micro Bratz | Sharidan | 100515 |
| Forever Diamondz Micro Bratz | Cloe | 100478 |
| Formal Funk | Jade | 260431 |
| Formal Funk | Dana | 260424 |
| Formal Funk | Cloe Doll with Accessories | 260400 |
| Formal Funk Limited Edition | Sasha Doll | 260448 |
| Formal Funk Limited Edition | Jade Doll | 260431 |
| Formal Funk Limited Edition | Yasmin Doll | 260417 |
| Formal Funk Runway Disco | | 257790 |
| Funk N Glow | Dana Doll | 267133 |
| Funk N Glow | Sasha  Doll | 264439 |
| Funk N Glow | Jade Doll | 264415 |
| Funk N Glow | Yasmin Doll | 264408 |
| Funk N Glow | Cloe Doll | 264392 |
| Funk N Glow | Sasha Doll | 255505 |
| Funk N Glow | Meygan Doll | 255499 |
| Funk N Glow | Jade Doll | 255482 |
| Funk N Glow | Yasmin Doll | 255475 |
| Funk N Glow | Cloe Doll | 255468 |
| Funk Out Fashion Collection | Yasmin Doll | 269397 |
| Funk Out Fashion Collection | Fianna | 273394 |

- 5 -

EXHIBIT _____ 39

PAGE _____ 62

| | | |
|---|---|---|
| Funk Out Fashion Collection | Nevra Doll | 273387 |
| Funk Out Fashion Collection | Sasha Doll | 269427 |
| Funk Out Fashion Collection | Dana Doll | 269410 |
| Funk Out Fashion Collection | Jade Doll | 269403 |
| Funk Out Fashion Collection | Cloe | 257219 |
| Genie Magic | Sasha Doll | 313601 |
| Genie Magic | Meygan Doll | 313595 |
| Genie Magic | Cloe Doll | 313588 |
| Genie Magic | Jade Doll | 313571 |
| Genie Magic | Yasmin Doll | 313564 |
| Girlfriendz | Cloe Doll | 405160 |
| Girlfriendz | Phoebe | 408771 |
| Girlfriendz | Sasha/girlfriendz | 408888 |
| Girls Night Out | Sasha Doll | 269687 |
| Girls Night Out | Dana Doll | 269670 |
| Girls Night Out | Jade Doll | 269663 |
| Girls Night Out | Yasmin Doll | 269656 |
| Girls Night Out | Cloe Doll | 269649 |
| Holiday | Trinity Doll | 334200 |
| Hollywood Style | Phoebe Doll | 321712 |
| Hollywood Style | Yasmin Doll | 321705 |
| Hollywood Style | Dana | 312192 |
| Hollywood Style | Cloe | 312185 |

EXHIBIT ___39___

PAGE ___63___

| | | |
|---|---|---|
| Hollywood Style | Cloe | 297086 |
| Hot Summer Dayz | Sasha | 348849 |
| Hot Summer Dayz | Jade | 348832 |
| Hot Summer Dayz | Yasmin | 348825 |
| Hot Summer Dayz | Cloe | 348818 |
| I Candy | Phoebe Doll | 291930 |
| I Candy | Yasmin | 291909 |
| I-Candy | Cloe | 291893 |
| Ice Champions | Maribel Doll- RC Skating Rink | 528766250 |
| Ice Champions | Vinessa Doll | 334149 |
| Ice Champions | Dana Doll | 334132 |
| Ice Champions | Yasmin Doll | 334125 |
| Lil Bratz | Nightime Style | 278221 |
| Live in Concert | Dana | 291985 |
| Live in Concert | Jade Doll | 297048 |
| Live in Concert | Nevra/Live in concert | 297031 |
| Live in Concert | Sasha Doll | 291978 |
| Live in Concert | Yasmin Doll | 291961 |
| Live in Concert | Cloe/Live in concert | 291954 |
| Magic Hair | Sasha  Doll | 352297 |
| Magic Hair | Jade Doll | 343738 |
| Magic Hair | Yasmin Doll | 343721 |
| Magic Hair | Cloe Doll | 343714 |
| Midnight Dance | Meygan | 303671 |

- 7 -

EXHIBIT _____ 39

PAGE _____ 64

| | | |
|---|---|---|
| Midnight Dance | Megyan Doll | 303664 |
| Midnight Dance | Yasmin Doll | 303657 |
| Motorcycle Style | Motorcycle style | 272977 |
| Motorcycle Style | | 272960 |
| Motorcycle Style | Cloe Doll | 271444 |
| Motorcycle Style | | 271345 |
| Nighttime Style | Lil Bratz | 278221 |
| Nighty Nite Collection | Sasha Doll | 277507 |
| Nighty Nite Collection | Yasmin Doll | 277491 |
| Nighty Nite Collection | Jade Doll | 277484 |
| Nighty Nite Collection | Yasmin Doll | 277477 |
| Nighty Nite Collection | Fianna | 277491 |
| Nighty Nite Collection | Cloe Doll | 277460 |
| Ooh La La | Kumi Doll | 303978 |
| Ooh La La | Dana Doll | 303961 |
| Ooh La La | Cloe Doll | 303954 |
| Pampered Pupz | Cloe/Pampered pups | 343585 |
| Passion 4 Fashion | Cloe | 354741 |
| Passion 4 Fashion | Sasha | 341246 |
| Passion 4 Fashion | Jade Doll | 341239 |
| Passion 4 Fashion | Cloe Doll | 341215 |
| Passion 4 Fashion | Cloe | 341222 |
| Passion 4 Fashion | Cloe Doll | 333814 |
| Passion 4 Fashion | Yasmin Doll | 333807 |

- 8 -

EXHIBIT _____ 39

PAGE _____ 65

| | | |
|---|---|---|
| Passion 4 Fashion | Sasha | 333821 |
| Passion 4 Fashion | Jade | 333838 |
| Play Sportz | Tess | 362357 |
| Play Sportz | Yasmin/sportz | 354550 |
| Play Sportz Basketball | Dana Doll | 296676 |
| Play Sportz Blazin Bowlin | Meygan Doll | 294115 |
| Play Sportz Cheerleader | Cloe Doll | 319795 |
| Play Sportz Cheerleader | Sasha Doll | 294122 |
| Play Sportz Dance | Fianna Doll | 350644 |
| Play Sportz Gymnast | Yasmin Doll | 313168 |
| Play Sportz In Line Skating | Sasha Doll | 352334 |
| Play Sportz In Line Skating | Yasmin Doll | 343615 |
| Play Sportz Racecar Driving | Katia Doll | 333715 |
| Play Sportz Skiing | Yasmin Doll | 333708 |
| Play Sportz Snowboarding | Lilee Doll | 333692 |
| Play Sportz Snowboarding | Roxanne Doll | 296669 |
| Play Sportz Soccer | Cloe Doll | 350651 |
| Play Sportz Soccer | Yasmin Doll | 294092 |
| Play Sportz Softball | Phoebe Doll | 313182 |
| Play Sportz Teamz | Cloe, Roxxi Dolls | 337911 |
| Play Sportz Teamz | Dana, Leah Dolls | 337874 |
| Play Sportz Teamz | Dana, Cloe Dolls | 337867 |
| Play Sportz Teamz | Cloe, Yasmin Dolls | 337850 |
| Play Sportz Teamz | Cloe, Katia  Dolls | 334262 |

39

PAGE    66

| | | |
|---|---|---|
| Play Sportz Teamz | Yasmin, Meygan Dolls | 325802 |
| Play Sportz Teamz | Cloe, Meygan Dolls | 325796 |
| Play Sportz Teamz | Cloe, Jade Dolls | 325789 |
| Play Sportz Teamz | Jade, Meygan Dolls | 325772 |
| Play Sportz Teamz | Yasmin, Jade Dolls | 325765 |
| Play Sportz Teamz | Cloe, Yasmin Dolls | 325758 |
| Play Sportz Teamz | Jade, Meygan Dolls | 325710 |
| Play Sportz Teamz | Yasmin, Jade Dolls | 325703 |
| Play Sportz Teamz | Cloe, Yasmin Dolls | 324706 |
| Play Sportz Tennis | Cloe Doll | 357353 |
| Play Sportz Tennis Ace | Fianna Doll | 295587 |
| Pretty N Punk | Megyan Doll | 292050 |
| Pretty N Punk | Jade Doll | 292043 |
| Pretty N Punk | Yasmin Doll | 292029 |
| Pretty N Punk | Cloe Doll | 292012 |
| Princess | Cloe Doll | 313632 |
| Princess | Nina Doll | 313670 |
| Princess | Fianna Doll | 313663 |
| Princess | Jade Doll | 313656 |
| Princess | Yasmin Doll | 313649 |
| Rock Angelz | Sasha Doll | 303916 |
| Rock Angelz | Jade Doll | 303909 |
| Rock Angelz | Cloe | 303886 |
| Rock Angelz | Yasmin Doll | 297079 |
| Rodeo | Sorya Doll | 528426250 |
| Rodeo | Cloe Doll | 334002 |
| Rodeo | Yasmin Doll | 333999 |
| Secret Date | Yasmin Doll | 277910 |

- 10 -

39
67

| Secret Date | Cloe Doll | 277903 |
| Secret Date | Secret Date | 277521 |
| Secret Date | Jade Doll | 277927 |
| Secret Date | Yasmin Doll | 277514 |
| Sisterz | Lilani, Kiani Dolls | 321125 |
| Sleep Over | Jade Doll | 339793 |
| Sleep Over | Yasmin Doll | 339786 |
| Sleep Over | Cloe Doll | 339779 |
| Sleep Over | Sasha Doll | 340911 |
| Slumber Party | Yasmin Doll | 256342 |
| Slumber Party | Jade Doll | 256335 |
| Slumber Party | Sasha | 256311 |
| Slumber Party | Cloe Doll | 256328 |
| Sportz | Sasha Doll | 294122 |
| Sportz | Cloe | 294085 |
| Sportz | Yasmin | 294092 |
| Space Angelz | Dana | 291985 |
| Spring Break | Leah Doll | 320968 |
| Spring Break | Yasmin Doll | 320951 |
| Spring Break | Cloe Doll | 320944 |
| Step Out | Meygan Doll | 297093 |
| Step Out | Sasha Doll | 297000 |
| Step Out | Cloe Doll | 296980 |
| Step Out | Jade | 296997 |
| Step Out | Yasmin | 283898 |
| Strut It | Cloe | 269380 |
| Strut It | Jade | 257233 |
| Strut It | Sasha | 257240L |
| Strut It | Yasmin | 257226 |
| Strut it Fashion Collection | Meygan Doll | 257257 |
| Strut it Fashion Collection | Sasha Doll | 257240 |
| Style It Fashion Collection | Sasha Doll | 258322 |
| Style It Fashion Collection | Dana Doll | 258315 |
| Style It Fashion Collection | Jade Doll | 258308 |
| Style It Fashion Collection | Yasmin Doll | 258292 |
| Style It Fashion Collection | Cloe Doll | 258285 |
| Style It Fashion Collection | Sasha | 258322 |
| Styling Salon N Spa | | 264729 |
| Sun-Kissed Summer | Dana | 269557 |
| Sun-Kissed Summer | Yasmin | 269533 |
| Sun-Kissed Summer | Cloe | 269526 |
| Sun-Kissed Summer Collection | Sasha Doll | 269564 |
| Sun-Kissed Summer Collection | Jade Doll | 269540 |

- 11 -

EXHIBIT _____ 39

_____ 68

| | | |
|---|---|---|
| Sweet Dreamz Pajama Party | Felicia Doll | 313458 |
| Sweet Dreamz Pajama Party | Kuma Doll | 313441 |
| Sweet Dreamz Pajama Party | Siernna Doll | 313434 |
| Sweet Dreamz Pajama Party | Yasmin Doll | 313427 |
| Sweet Dreamz Pajama Party | Cloe Doll | 313410 |
| Sweetheart | Phoebe Doll | 344100 |
| Sweetheart | Yasmin Doll | 344094 |
| Sweetheart | Cloe Doll | 344087 |
| Sweetheart | Sasha Doll | 344070 |
| Talking Bratz | Sasha Doll | 338406 |
| Talking Bratz | Jade Doll | 338390 |
| Talking Bratz | Yasmin Doll | 334194 |
| Talking Bratz | Cloe Doll | 334187 |
| Tokyo a go go | Sasha | 277835 |
| Tokyo a go go | Fianna | 277828 |
| Tokyo A Go Go | Jade Doll | 277811 |
| Tokyo a go go | Yasmin | 277804 |
| Treasures | Roxxi Doll | 294214 |
| Treasures | Cloe Doll | 294184 |
| Treasures! | Yasmin | 294191 |
| Triiiplets | Triiiplets | 334279 |
| Twiins | Nona/Tess | 300328 |
| Twiins | Lela, Krysta Dolls | 321118 |
| Twiins | Phoebe, Roxxi Dolls | 277941 |
| Twiins 3rd Edition | | 301226 |
| Welcome to Fabulous | Yasmin | 292098 |
| Welcome Bienvenue | Sasha | 292081 |
| Welcome to Fabulous | Fianna Doll | 292104 |
| Welcome to Fabulous | Cloe Doll | 292074 |
| Wicked Twiins | Ciara, Diona Dolls | 313700 |
| Wild Life Safari | Nevra Doll | 273462 |
| Wild Life Safari | Cloe Doll | 284031 |
| Wild Life Safari | Meygan Doll | 273486 |
| Wild Life Safari | Fianna Doll | 273479 |
| Wild Wild West | Fianna Doll | 306498W |
| Wild Wild West | Kiana Doll | 309017 |
| Wild Wild West | Dana Doll | 309000 |
| Wild Wild West | Cloe Doll | 306481 |
| Wild Wild West | Yasmin Doll | 306474 |

- 12 -

39

69

| | | |
|---|---|---|
| Wintertime Wonderland | Jade | 277569 |
| Wintertime Wonderland | Yasmin | 277552 |
| Wintertime Wonderland | Sasha Doll | 260394 |
| Wintertime Wonderland | Yasmin | 260363 |
| Wintertime Wonderland | Cloe | 260356 |
| Wintertime Wonderland | Dana Doll | 277576 |
| Wintertime Wonderland | Jade Doll | 260387 |
| Wintertime Wonderland | Dana Doll | 260370 |
| Xpress It | Yasmin | 254027 |
| xPress It! | Meygan | 254065 |
| xPress It! | Sasha | 254058 |
| xPress It! | Jade | 254034 |
| xPress It! | Cloe | 255499 |