QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>[PUBLIC REDACTED] DECLARATION OF RODNEY PALMER, JR. IN SUPPORT OF MATTEL, INC.'S MOTION FOR PARTIAL SUMMARY ADJUDICATION<br><br>Date:  April 23, 2008<br>Time:  10:00 a.m.<br>Place:  Courtroom 1<br><br>**Phase 1**<br>Discovery Cut-Off: Jan. 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2425299.4

Case No. CV 04-9049 SGL (RNBx)
DECLARATION OF RODNEY PALMER, JR.

## DECLARATION OF RODNEY PALMER, JR.

I, Rodney Palmer, Jr., declare as follows:

1.  I am an employee of Mattel, Inc. ("Mattel") and have been an employee of Mattel since 1996. I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2.  When I joined Mattel in 1996, Mattel used the Microcall software package to log information regarding all calls made from Mattel's El Segundo, California campus to external telephone numbers. During the course of my employment with Mattel, I became familiar with and use the Microcall software on a regular basis. While each call is occurring, the Microcall software package records in a database certain information regarding each call, including the originating extension, the time placed, the length of call and the external telephone number called. This logged information originates directly from the telephones switch that routes the call outside of Mattel's El Segundo campus and is recorded in the Microcall database.

3.  I have used the Microcall software to generate reports of call information using a variety of criteria, including the extension from which a call originates. Attached as Exhibit 1 (Bates number M 0001808-24) is a true and correct copy of a report, like many that I have generated from the Microcall software, containing information about external telephone calls made from Mattel

///
///
///
///
///
///

07209/2425299.4

-2-

Case No. CV 04-9049 SGL (RNBx)
DECLARATION OF RODNEY PALMER, JR.

```
 1 | extension 6099, which, for the time period covered by the report at Exhibit 1, was
 2 | the extension assigned to Carter Bryant.
 3 |         I declare under penalty of perjury under the laws of the United States of
 4 | America that the foregoing is true and correct.
 5 |         Executed on March 6, 2008, at El Segundo, California.
```

*[signature]*

Rodney Palmer, Jr.

07209/2425299.4

-3-

Case No. CV 04-9049 SGL (RNBx)
DECLARATION OF RODNEY PALMER, JR.

# Exhibit 1

This exhibit filed under seal pursuant to protective order.