QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>NOTICE OF LODGING OF NON-DOCUMENTARY EXHIBITS IN SUPPORT OF MATTEL, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT<br><br>Date: April 23, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 1<br><br>**Phase 1**<br>Discovery Cut-Off:   Jan. 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date:          May 27, 2008 |

07209/2427000.1

NOTICE OF LODGING

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE that pursuant to this Court's Local Rule 11-5.1 and in support of its Motion for Partial Summary Judgment, Mattel, Inc. hereby lodges the following exhibits with the Court:

1. A first generation Bratz "Cloe" doll in its original packaging, lodged herewith as Exhibit 1;
2. A first generation Bratz "Sasha" doll in its original packaging, lodged herewith as Exhibit 2;
3. A first generation Bratz "Jade" doll in its original packaging, lodged herewith as Exhibit 3; and
4. A first generation Bratz "Yasmin" doll in its original packaging, lodged herewith as Exhibit 4.

DATED: March 7, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By _____
Jon D. Corey
Attorneys for Mattel, Inc.

NOTICE OF LODGING