KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
jkeker@kvn.com
MICHAEL H. PAGE - #154913
mpage@kvn.com
CHRISTA M. ANDERSON - #184325
canderson@kvn.com
MATTHEW M. WERDEGAR - #200470
mwerdegar@kvn.com
JOHN E. TRINIDAD - #250468
jtrinidad@kvn.com
AUDREY WALTON-HADLOCK- #250574
awaltonhadlock@kvn.com
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff
CARTER BRYANT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC. a Delaware Corporation,<br><br>Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC., v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No. CV 04-09049 SGL (RNBx)<br>(consolidated with CV 04-9059 & 05-2727)<br><br>Hon. Stephen G. Larson<br><br>**[PUBLIC REDACTED]<br>CARTER BRYANT'S SEPARATE STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF BRYANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:        April 23, 2008<br>Time:       10:00 a.m.<br>Place:      Courtroom 1<br><br>**Phase I:**<br>Date Comp. Filed: April 13, 2005<br>Discovery Cut-Off: Jan. 28, 2008<br>Trial Date: May 27, 2008 |

412891.01

[PUBLIC REDACTED] BRYANT'S SEPARATE STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT
CASE NO. CV 04-09049 SGL (RNBx)

Pursuant to Local Rules 56-1, 56-4, and this Court's February 22, 2007 Scheduling Order, Plaintiff Carter Bryant ("Bryant") submits this Separate Statement of Undisputed Material Facts in support of Bryant's Motion for Partial Summary Judgment.[1]  Evidence cited in this statement can be found in the Declaration of Christa M. Anderson in Support of Bryant's Motion for Partial Summary Judgment, filed concurrently herewith.

| Undisputed Material Fact | Supporting Evidence |
|---|---|
| **Bryant returned to work for Mattel in early 1999 after spending several months pursuing a career as a freelance artist in Missouri.** | |
| 1. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | Anderson Decl. Ex. 1 ▓▓▓▓ |
| 2. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | Exs. 1 ▓▓▓▓ |
| 3. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | Ex. 3 ▓▓▓▓<br>Ex. 10 ▓▓▓▓ |
| 4. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | Ex. 2 ▓▓▓▓ |
| **On his first day of employment at Mattel in January 1999, Bryant was required to sign multiple form employment documents.** | |
| 5. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | Ex. 3 ▓▓▓▓<br>Ex. 6 ▓▓▓▓ |

---

[1] Pursuant to this Court's February 22, 2007 Scheduling Order, which requires that parties submit a "Separate Statement of Undisputed Facts" and directs that "no argument . . . be put forth" in that document, Bryant understands that Conclusions of Law are not to be included in the Separate Statement of Undisputed Facts.  Bryant is prepared to provide Conclusions of Law to the Court upon request.

[2] All exhibits are to the Declaration of Christa M. Anderson in Support of Bryant's Motion for Partial Summary Judgment unless otherwise specified.

1

| Undisputed Material Fact | Supporting Evidence |
|---|---|
| | ██████████ |
| 6. ██████████ | Ex. 6 ██████████ |
| | Ex. 11 ██████████ |
| | Ex. 7 ██████████ |
| 7. ██████████ | Ex. 11 ██████████ |
| | Ex. 7 ██████████ |
| | Ex. 8 ██████████ |
| | Ex. 9 ██████████ |
| 8. ██████████ | Ex. 6 ██████████ |
| | Ex. 7 ██████████ |

[PUBLIC REDACTED] BRYANT'S SEPARATE STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT
CASE NO. CV 04-09049 SGL (RNBx)

412891.01

| | Undisputed Material Fact | Supporting Evidence |
|---|---|---|
| | | ███ |
| | | Ex. 3 ███ |
| | The Employee Agreement and Questionnaire were non-negotiable form documents that were presented to Bryant as forms that he was required to sign in order to commence employment. | |
| | 9. ███ | Ex. 10 ███ |
| | 10. ███ | Ex. 10 ███ |
| | 11. ███ | Ex. 8 ███ |
| | | Ex. 11 ███ |
| | | Ex. 7 ███ |
| | 12. ███ | Ex. 12 ███ |
| | | Ex. 13 ███ |
| | 13. ███ | Ex. 8 ███ |
| | 14. ███ | Ex. 8 ███ |
| | 15. ███ | Ex. 12 ███ |

3

[PUBLIC REDACTED] BRYANT'S SEPARATE STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT
CASE NO. CV 04-09049 SGL (RNBx)

412891.01

| Undisputed Material Fact | Supporting Evidence |
|---|---|
| ■■■ | ■■■ |
| | Ex. 14 ■■■ |
| | Ex. 9 ■■■ |
| 16. ■■■ | Ex. 12 ■■■ |
| 17. ■■■ | Ex. 1 ■■■ |
| | Ex. 14 ■■■ |
| | Ex. 6 ■■■ |
| | Ex. 14 ■■■ |
| | Ex. 7 ■■■ |
| 18. ■■■ | Ex. 7 ■■■ |
| | Ex. 7 ■■■ |
| | Ex. 15 (2000 Mattel, Inc. Annual Report, 16) (Mattel has over 30,000 |

4

[PUBLIC REDACTED] BRYANT'S SEPARATE STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT
CASE NO. CV 04-09049 SGL (RNBx)

412891.01

| | Undisputed Material Fact | Supporting Evidence |
|---|---|---|
| 1 | | |
| 2 | | employees worldwide) |
| 3 | | Ex. 14 ████ |
| 4 | | ████ |
| 5 | | |
| 6 | | Ex. 16 ████ |
| 7 | | |
| 8 | | Ex. 17 ████ |
| 9 | | ████ |
| 10 | | |
| 11 | 19. ████ | Ex. 1 ████ |
| 12 | ████ | |
| 13 | | Ex. 14 ████ |
| 14 | | ████ |
| 15 | | |
| 16 | | Ex. 14 ████ |
| 17 | | ████ |
| 18 | | |
| 19 | | Ex. 7 ████ |
| 20 | | ████ |
| 21 | | |
| 22 | 20. ████ | Ex. 6 ████ |
| 23 | ████ | ████ |
| 24 | ████ | |
| 25 | | Ex. 6 ████ |
| 26 | | ████ |
| 27 | | |
| 28 | | Ex. 6 ████ |

5

[PUBLIC REDACTED] BRYANT'S SEPARATE STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT
CASE NO. CV 04-09049 SGL (RNBx)

412891.01

| Undisputed Material Fact | Supporting Evidence |
|---|---|
| | ████████████████ Ex. 11 ████████ Ex. 14 ████████ |
| 21. ████████████████ | Ex. 14 ████████ Ex. 11 ████████ |
| 22. ████████████████ | Ex. 6 ████████ Ex. 6 ████████ |
| **Mattel did nothing to ensure that Bryant understood the terms of the Employee Agreement.** | |
| 23. ████████████████ | Ex. 6 ████████ Ex. 6 ████████ |

412891.01

| Undisputed Material Fact | Supporting Evidence |
|---|---|
| | Ex. 6 [redacted] |
| | Ex. 14 [redacted] |
| 24. [redacted] | Ex. 6 [redacted] |
| 25. [redacted] | Ex. 6 [redacted] |
| 26. [redacted] | Ex. 6 [redacted] |
| **Bryant's position at Mattel did not entail managerial or real discretionary authority.** | |
| 27. [redacted] | Ex. 10 [redacted] |
| | Ex. 18 [redacted] |
| | Ex. 19 [redacted] |

7

[PUBLIC REDACTED] BRYANT'S SEPARATE STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT
CASE NO. CV 04-09049 SGL (RNBx)

412891.01



8

[PUBLIC REDACTED] BRYANT'S SEPARATE STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT
CASE NO. CV 04-09049 SGL (RNBx)

412891.01

| Undisputed Material Fact | Supporting Evidence |
|---|---|
|  | ■■■ |
| 31. ■■■ | Ex. 1 ■■■ |
|  | Ex. 19 ■■■ |
|  | Ex. 19 ■■■ |
| 32. ■■■ | Ex. 19 ■■■ |
|  | Ex. 3 ■■■ |
| 33. ■■■ | Ex. 20 ■■■ |
| 34. ■■■ | Ex. 13 ■■■ |
| 35. ■■■ | Ex. 19 ■■■ |

[PUBLIC REDACTED] BRYANT'S SEPARATE STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT
CASE NO. CV 04-09049 SGL (RNBx)

412891.01

| Undisputed Material Fact | Supporting Evidence |
|---|---|
| | Ex. 3 ■■■ |
| | Ex. 5 ■■■ |
| 36. ■■■ | Ex. 13 ■■■ |
| | Ex. 13 ■■■ |
| **During Bryant's employment at Mattel, Mattel did not assert ownership rights to employees' moonlight or personal portfolio work** | |
| 37. ■■■ | Ex. 21 ■■■ |
| | Ex. 21 ■■■ |
| | Ex. 22 ■■■ |
| 38. ■■■ | Ex. 23 ■■■ |
| | Ex. 22 ■■■ |
| 39. ■■■ | Ex. 23 ■■■ |

[PUBLIC REDACTED] BRYANT'S SEPARATE STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT
CASE NO. CV 04-09049 SGL (RNBx)

412891.01

| Undisputed Material Fact | Supporting Evidence |
|---|---|
| ■■■ | ■■■ Ex. 24 ■■■ Ex. 25 ■■■ |
| **No evidence suggests that Mattel established any routines or processes to identify, investigate, punish or prevent "moonlighting" work.** ||
| 40. ■■■ | Ex. 22 ■■■ |
| 41. ■■■ | Ex. 24 ■■■ |
| 42. ■■■ | Ex. 26 ■■■ |
| **Mattel did not provide Bryant with any payment or other consideration for signing Mattel's "Proprietary Information Checkout."** ||
| 43. ■■■ | Ex. 11 ■■■ |
| 44. ■■■ | Ex. 27 ■■■ |
| 45. ■■■ | |

| Undisputed Material Fact | Supporting Evidence |
|---|---|
| | |
| 46. ■■■■■■■■■■■■■■■ | Ex. 12 ■■■■■■■■■■■■■■■ |
| 47. ■■■■■■■■■■■■■■■ | Ex. 11 ■■■■■■■■■■■■■■■ |
| **Mattel substantially expanded the scope of the Employee Agreement in March 2004.** | |
| 48. ■■■■■■■■■■■■■■■ | Ex. 31 ■■■■■■■■■■■■■■■<br><br>Ex. 11 ■■■■■■■■■■■■■■■ |
| 49. ■■■■■■■■■■■■■■■ | Ex. 31 ■■■■■■■■■■■■■■■<br><br>Ex. 8 ■■■■■■■■■■■■■■■ |
| **Mattel seeks to interpret the term "inventions" in the 1999 Employee Agreement very broadly.[3]** | |
| 50. ■■■■■■■■■■■■■■■ | Ex. 26 ■■■■■■■■■■■■■■■ |
| 51. ■■■■■■■■■■■■■■■ | Ex. 26 ■■■■■■■■■■■■■■■ |

---

[3] Bryant does not believe that the following facts (SUF ¶¶ 50-52) are material to resolution of his motion for partial summary judgment. These facts are included in this statement to comport with the Court's requirement that no factual evidence be cited directly within the brief.

12

[PUBLIC REDACTED] BRYANT'S SEPARATE STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT
CASE NO. CV 04-09049 SGL (RNBx)

412891.01

| Undisputed Material Fact | Supporting Evidence |
|---|---|
| ▮▮▮▮▮▮▮▮" | |
| 52. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | Ex. 28 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |

Dated: March 7, 2008

KEKER & VAN NEST, LLP

By: /s/ Christa M. Anderson
CHRISTA M. ANDERSON
Attorney for Plaintiff
CARTER BRYANT

13

[PUBLIC REDACTED] BRYANT'S SEPARATE STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT
CASE NO. CV 04-09049 SGL (RNBx)

412891.01