KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
jkeker@kvn.com
MICHAEL H. PAGE - #154913
mpage@kvn.com
CHRISTA M. ANDERSON - #184325
canderson@kvn.com
MATTHEW M. WERDEGAR - #200470
mwerdegar@kvn.com
JOHN E. TRINIDAD - #250468
jtrinidad@kvn.com
AUDREY WALTON-HADLOCK- #250574
awaltonhadlock@kvn.com
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff
CARTER BRYANT

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>MATTEL, INC. a Delaware Corporation,<br><br>　　　　　　　Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC., v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No. CV 04-09049 SGL (RNBx)<br>(consolidated with CV 04-9059 & 05-2727)<br><br>Hon. Stephen G. Larson<br><br>**[PROPOSED] ORDER GRANTING CARTER BRYANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Dept:　Courtroom 1<br>Judge:　Hon. Stephen G. Larson<br><br>Date Comp. Filed: April 13, 2005<br><br>Discovery Cut-Off: Jan. 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

411931.01

[PROPOSED] ORDER GRANTING BRYANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT
CASE NO. CV 04-09049 SGL (RNBx)

## [PROPOSED] ORDER

The Court has carefully considered the parties' submissions and arguments concerning Carter Bryant's Motion for Partial Summary Judgment, and finds that the relief Bryant seeks is proper and necessary based on the applicable law and the undisputed material facts. Accordingly, the Court hereby GRANTS Bryant's Motion for Partial Summary Judgment in full, and ORDERS as follows:

1) The following claims against Bryant set forth in Mattel's Second Amended Answer and Counterclaims in Case No. 05-2727 ("AC") and Mattel's Complaint in Case No. 04-9059 ("MC")) are DISMISSED in their entirety: Copyright Infringement (AC 1), Breach of Fiduciary Duty (AC 7, MC 2), Unjust Enrichment (MC 4), Conversion (AC 11, MC 5), and Unfair Competition (AC 12);

3) Mattel's claims for Breach of Contract (AC 5, MC 1) are DISMISSED to the extent they rely on Mattel's alleged ownership of Bryant's Bratz idea and work product; and

4) Mattel's claim for Declaratory Relief (AC 13) is DISMISSED to the extent it seeks relief based on any of the claims dismissed under this Order.

IT IS SO ORDERED.

Dated: _____, 2008    _____
Hon. Stephen G. Larson
United States District Judge