1   KEKER & VAN NEST, LLP
    JOHN W. KEKER - #49092
2   jkeker@kvn.com
    MICHAEL H. PAGE - #154913
3   mpage@kvn.com
    CHRISTA M. ANDERSON - #184325
4   canderson@kvn.com
    MATTHEW M. WERDEGAR - #200470
5   mwerdegar@kvn.com
    JOHN E. TRINIDAD - #250468
6   jtrinidad@kvn.com
    AUDREY WALTON-HADLOCK- #250574
7   awaltonhadlock@kvn.com
    710 Sansome Street
8   San Francisco, CA  94111-1704
    Telephone:  (415) 391-5400
9   Facsimile:  (415) 397-7188

10  Attorneys for Plaintiff
    CARTER BRYANT

11

12                    UNITED STATES DISTRICT COURT

13                    CENTRAL DISTRICT OF CALIFORNIA

14                         EASTERN DIVISION

15

16
    CARTER BRYANT, an individual,          Case No. CV 04-09049 SGL (RNBx)
17                                         (consolidated with CV 04-9059 & 05-
                            Plaintiff,     2727
18
         v.                                [PUBLIC REDACTED]
19                                         DECLARATION OF CHRISTA M.
    MATTEL, INC. a Delaware                ANDERSON IN SUPPORT OF
20  Corporation,                           CARTER BRYANT'S MOTION
                                           FOR PARTIAL SUMMARY
21                          Defendant.     JUDGMENT

22                                         Date:    April 23, 2008
    CONSOLIDATED WITH MATTEL,              Time:    10:00 a.m.
23  INC., v. BRYANT and MGA               Dept:    Courtroom 1
    ENTERTAINMENT, INC. v.                 Judge:   Hon. Stephen G. Larson
24  MATTEL, INC.
                                           Date Comp. Filed:  April 13, 2005
25
                                           Discovery Cut-Off:  Jan. 28, 2008
26                                         Pre-Trial Conference:  May 5, 2008
                                           Trial Date:  May 27, 2008
27

28

1    I, Christa M. Anderson, declare and state that:

2    1.    I am an attorney licensed to practice law in the State of California and

3    am a partner of the law firm of Keker & Van Nest LLP, located at 710 Sansome

4    Street, San Francisco, California 94111, counsel for plaintiff Carter Bryant in the

5    above-captioned action.  I am duly admitted to practice law before this Court.

6    Except where expressly stated, I have knowledge of the facts set forth herein, and

7    if called to testify as a witness thereto, could do so competently under oath.

8    2.    On February 19, 2008, as part of the required meet and confer process

9    preceding the filing of summary judgment motions, I wrote to counsel for Mattel

10    requesting that Mattel confirm whether or not it was continuing to assert its claim

11    for unjust enrichment, originally asserted in its complaint in Case No. 04-9059.  To

12    date, Mattel's counsel has not responded to this request.

13    3.    Attached hereto as Exhibit 1 is a true and correct copy of excerpts of

14    the deposition of Carter Bryant, Volume I, dated November 4, 2004.

15    4.    Attached hereto as Exhibit 2 is a true and correct copy of excerpts of

16    the deposition of Carter Bryant, Volume II, dated November 5, 2004.

17    5.    Attached hereto as Exhibit 3 is a true and correct copy of excerpts of

18    the deposition of Carter Bryant, Volume III, dated November 8, 2004.

19    6.    Attached hereto as Exhibit 4 is a true and correct copy of excerpts of

20    the deposition of Carter Bryant, Volume IV, dated January 23, 2008.

21    7.    Attached hereto as Exhibit 5 is a true and correct copy of excerpts of

22    the deposition of Carter Bryant, Volume V, dated January 24, 2008.

23    8.    Attached hereto as Exhibit 6 is a true and correct copy of excerpts of

24    the deposition of Teresa Newcomb dated January 23, 2008.

25    9.    Attached hereto as Exhibit 7 is a true and correct copy of the

26    Declaration of Lissa Freed In Support of Mattel, Inc.'s Opposition to Bryant's

27    Motion to Compel Responses to Discovery Requests dated March 4, 2008.

28    10.    Attached hereto as Exhibit 8 is a true and correct copy of Mattel,

1

[PUBLIC REDACTED] DECLARATION OF CHRISTA M. ANDERSON IN SUPPORT OF CARTER
BRYANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT
CASE NO. CV 04-09049 SGL (RNBx)

412825.01

1  Inc.'s Employee Confidential Information and Inventions Agreement Signed by

2  Carter Bryant on January 4, 1999, produced by Mattel in this litigation as M

3  001596. This document is authenticated at Ex. 3 (Bryant Dep. 608:17-23).

4        11.    Attached hereto as Exhibit 9 is a true and correct copy of Mattel Inc.'s

5  Conflict of Interest Questionnaire signed by Carter Bryant and dated January 4,

6  1998, produced by Mattel in this litigation as M 0001621. This document is

7  authenticated at Ex. 3 (Bryant Dep. 626:20-627:1).

8        12.    Attached hereto as Exhibit 10 is a true and correct copy of Mattel's

9  offer employment letter to Carter Bryant dated December 9, 1998, produced by

10  Bryant in this litigation as BRYANT 001198-001199. This document is

11  authenticated at Ex. 13 (Simpson-Taylor Dep. 275:18-277:10).

12        13.    Attached hereto as Exhibit 11 is a true and correct copy of excerpts of

13  the deposition of Lissa Freed dated May 3, 2008.

14        14.    Attached hereto as Exhibit 12 is a true and correct copy of excerpts of

15  Mattel Inc.'s Responses to MGA's Fifth Set of Requests for Admission, Nos. 11,

16  26-29 and 39, dated February 4, 2008.

17        15.    Attached hereto as Exhibit 13 is a true and correct copy of excerpts of

18  the deposition of Kathleen Simpson-Taylor dated February 23, 2008.

19        16.    Attached hereto as Exhibit 14 is a true and correct copy of excerpts of

20  the deposition of Maureen Tafoya dated January 28, 2008.

21        17.    Attached hereto as Exhibit 15 is a true and correct copy of excerpts of

22  the 2000 Mattel, Inc. Annual Report, obtained at my direction from Mattel's

23  website at

24  <http://www.shareholder.com/mattel/downloads/Mattel_Inc_200_A_R.pdf>.

25        18.    Attached hereto as Exhibit 16 is a true and correct copy of excerpts of

26  the deposition of Cassidy Park dated March 2, 2005.

27        19.    Attached hereto as Exhibit 17 is a true and correct copy of Mattel

28  Inc.'s Supplemental Responses to Second Set of Interrogatories Propounded By

2

1   Carter Bryant, No. 20, dated March 4, 2008 .

2       20.     Attached hereto as Exhibit 18 is a true and correct copy of excerpts of

3   the deposition of Jill Nordquist dated July 31, 2007.

4       21.     Attached hereto as Exhibit 19 is a true and correct copy of excerpts of

5   the deposition of Hoi Hoffman-Briggs dated January 21, 2008.

6       22.     Attached hereto as Exhibit 20 is a true and correct copy of excerpts of

7   the deposition of Ann Driskill dated January 23, 2008.

8       23.     Attached hereto as Exhibit 21 is a true and correct copy of excerpts of

9   the deposition of Elise Cloonan dated December 14, 2007.

10      24.     Attached hereto as Exhibit 22 is a true and correct copy of excerpts of

11   the deposition of Margaret Leahy dated December 12, 2007.

12      25.     Attached hereto as Exhibit 23 is a true and correct copy of excerpts of

13   the deposition of Veronica Marlow dated December 28, 2007.

14      26.     Attached hereto as Exhibit 24 is a true and correct copy of excerpts of

15   the deposition of Richard De Anda dated December 19, 2007.

16      27.     Attached hereto as Exhibit 25 is a true and correct copy of excerpts of

17   the deposition of Kislap Ongchanco dated April 14, 2007.

18      28.     Attached hereto as Exhibit 26 is a true and correct copy of excerpts of

19   the deposition of Adrienne Fontanella dated January 16, 2008.

20      29.     Attached hereto as Exhibit 27 is a true and correct copy of Mattel

21   Inc.'s Proprietary Information Checkout signed by Carter Bryant and dated

22   October 19, 2000, produced by Mattel in this litigation as M 0001604.  This

23   document is authenticated at Ex. 3 (Bryant Dep. 657:13-20).

24      30.     Attached hereto as Exhibit 28 is a true and correct copy of excerpts of

25   the deposition of Ivy Ross dated January 17, 2008.

26      31.     Attached hereto as Exhibit 29 is a true and correct copy of excerpts of

27   Mattel Inc.'s Second Amended Answer and Counterclaims in Case No. 05-2727

28   dated July 12, 2007.

3

412825.01

1      32.     Attached hereto as Exhibit 30 is a true and correct copy of excerpts of

2   Mattel, Inc.'s Summons and Complaint against Carter Bryant dated April 27, 2004.

3      33.     Attached hereto as Exhibit 31 is a true and correct copy of a version of

4   Mattel Inc.'s Employee Confidentiality and Inventions Agreement that was used

5   by the company in 2004 and produced by Mattel in this litigation as M 0079346-

6   50.  This document is authenticated at Ex. 11 (Freed Dep. 48:18-50:10, 55:21-

7   56:8).

8

9      I declare under penalty of perjury under the laws of the United States that

10   the foregoing is true and correct and that this declaration was executed on March 7,

11   2008, at San Francisco, California.

12

13                                          /s/ Christa M. Anderson
                                         CHRISTA M. ANDERSON
14

412825.01   [PUBLIC REDACTED] DECLARATION OF CHRISTA M. ANDERSON IN SUPPORT OF CARTER BRYANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT
CASE NO. CV 04-09049 SGL (RNBx)

# EXHIBIT 1

# EXHIBIT 1

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

EXHIBIT 2

# EXHIBIT 2

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

EXHIBIT 3

# EXHIBIT 3

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

# EXHIBIT 4

# EXHIBIT 4

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

# EXHIBIT 5

# EXHIBIT 5

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

# EXHIBIT 6

# EXHIBIT 6

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

EXHIBIT 7

# EXHIBIT 7

# FILED UNDER SEAL
# PURSUANT TO
# PROTECTIVE ORDER

# EXHIBIT 8

# EXHIBIT 8

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

EXHIBIT 9

# EXHIBIT 9

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

EXHIBIT 10

# EXHIBIT 10

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

EXHIBIT 11

# EXHIBIT 11

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

EXHIBIT 12

# EXHIBIT 12

# FILED UNDER SEAL
# PURSUANT TO
# PROTECTIVE ORDER

# EXHIBIT 13

# EXHIBIT 13

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

EXHIBIT 14

# EXHIBIT 14

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

EXHIBIT 15



# Refocus.

*MATTEL, INC. 2000 ANNUAL REPORT*

*fourteen*

# Develop.

*WE WILL INVEST IN THE DEVELOPMENT OF OUR EMPLOYEES AND PROVIDE THEM WITH AMPLE OPPORTUNITIES FOR GROWTH.*

There are over 30,000 employees worldwide behind the Mattel name, and it is their creativity and talent that makes us the world's largest and most innovative toy company today. Much like our brands, our people also need development and growth opportunities. We plan to focus on their needs as one of our most vital objectives going forward.

A comprehensive people development program, unveiled in 2000, will address training, professional development, reward and promotion. Employees will be given an opportunity to have their achievements measured and their accomplishments rewarded while receiving training for the next job level. Emphasis will also be placed on goal development and "best practice" sharing.

Mattel, Inc.
333 Continental Boulevard
El Segundo, California 90245



# EXHIBIT 16

# EXHIBIT 16

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

# EXHIBIT 17

EXHIBIT 17

FILED UNDER SEAL
PURSUANT TO
PROTECTIVE ORDER

EXHIBIT 18

# EXHIBIT 18

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

# EXHIBIT 19

# EXHIBIT 19

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

# EXHIBIT 20

# EXHIBIT 20

# FILED UNDER SEAL
# PURSUANT TO
# PROTECTIVE ORDER

# EXHIBIT 21

# EXHIBIT 21

# FILED UNDER SEAL
# PURSUANT TO
# PROTECTIVE ORDER

# EXHIBIT 22

# EXHIBIT 22

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

# EXHIBIT 23

# EXHIBIT 23

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

EXHIBIT 24

# EXHIBIT 24

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

# EXHIBIT 25

# EXHIBIT 25

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

# EXHIBIT 26

# EXHIBIT 26

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

# EXHIBIT 27

# EXHIBIT 27

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

# EXHIBIT 28

# EXHIBIT 28

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

EXHIBIT 29

# EXHIBIT 29

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

# EXHIBIT 30

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

|  | FOR COURT USE ONLY |
| --- | --- |
|  | (SOLO PARA USO DE LA CORTE) |

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
CARTER BRYANT, an individual *and DOES 1 through 10, inclusive*
1303 South Farm Road #115
Springfield, MO 65802

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
MATTEL, INC. *a Delaware corporation,*
333 Continental Blvd.
El Segundo, CA 90245

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol) o poniéndose en contacto con la corte o el colegio de abogados locales.

| The name and address of the court is: | CASE NUMBER: |
| *(El nombre y dirección de la corte es):* | *(Número del Caso):* BC 314398 |
| Los Angeles Superior Court | |
| Central Branch | |
| 111 N. Hill Street | |
| Los Angeles, CA 90012-3011 | |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Michael T. Zeller (Bar No. 196417)          213-443-3000
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 S. Figueroa Street
Los Angeles, CA 90017

| DATE: April 27, 2004 | John A. Clarke | Clerk, by | S. Cristob | , Deputy |
| *(Fecha)* | | *(Secretario)* | | *(Adjunto)* |

(For proof of service of this summons, use Proof of Service of Summons (POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. [ ] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify):*

3. [ ] on behalf of *(specify):*

   under: [ ] CCP 416.10 (corporation)         [ ] CCP 416.60 (minor)
          [ ] CCP 416.20 (defunct corporation)  [ ] CCP 416.70 (conservatee)
          [ ] CCP 416.40 (association or partnership) [ ] CCP 416.90 (authorized person)
          [ ] other *(specify):*
4. [ ] by personal delivery on *(date):*

Page 1 of 1

| Form Adopted for Mandatory Use | | Code of Civil Procedure §§ 412.20, 465 |
| Judicial Council of California | SUMMONS | |
| SUM-100 [Rev. January 1, 2004] | | Legal Solutions Plus |

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

NOTICE TO DEFENDANT:
(AVISO AL DEMANDADO):
CARTER BRYANT, an individual *and Does 1 through 10 inclusive*
1303 South Farm Road #115
Springfield, MO 65802

YOU ARE BEING SUED BY PLAINTIFF:
(LO ESTA DEMANDANDO EL DEMANDANTE):
MATTEL, INC. *a Delaware Corporation*
333 Continental Blvd.
El Segundo, CA 90245

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.
There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.
Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

| | |
|---|---|
| The name and address of the court is:<br>(El nombre y dirección de la corte es):<br>Los Angeles Superior Court<br>Central Branch<br>111 N. Hill Street<br>Los Angeles, CA 90012-3011 | CASE NUMBER:<br>(Número del Caso):<br>BC314398 |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):
Michael T. Zeller (Bar No. 196417)          213-443-3000
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 S. Figueroa Street
Los Angeles, CA 90017

DATE: April 27, 2004      John A. Clarke      Clerk, by _____, Deputy
(Fecha)                   (Secretario)                          (Adjunto)

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).

NOTICE TO THE PERSON SERVED: You are served
1. [X] as an individual defendant.
2. [ ] as the person sued under the fictitious name of (specify):

3. [ ] on behalf of (specify):

under: [ ] CCP 416.10 (corporation)        [ ] CCP 416.60 (minor)
       [ ] CCP 416.20 (defunct corporation) [ ] CCP 416.70 (conservatee)
       [ ] CCP 416.40 (association or partnership) [ ] CCP 416.90 (authorized person)
       [ ] other (specify):
4. [X] by personal delivery on (date):

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

# SUMMONS

Legal
Solutions
& Plus

Code of Civil Procedure §§ 412.20, 465

Special Process Server

Sent by: quinn,emanuel                                          04/27/   5:40PM; JetFax #517;Page 1/35

COPY

1 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     John B. Quinn (Bar No. 90378)
2 |   Michael T. Zeller (Bar No. 196417)
     865 South Figueroa Street, 10th Floor
3 | Los Angeles, California 90017
     Telephone:   (213) 443-3000
4 | Facsimile:    (213) 443-3100

5 | Attorneys for Plaintiff
   | Mattel, Inc.
6

CONFORMED COPY
OF ORIGINAL FILED
Los Angeles Superior Court

APR 2 7 2004

John A. Clarke, Executive Officer/Clerk
By _____ Deputy
          SUE GABB

7

8 |              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9 |                    FOR THE COUNTY OF LOS ANGELES

10

11 | MATTEL, INC., a Delaware corporation,     )   CASE NO.    BC314398
12 |                                           )
    |                  Plaintiff,              )   COMPLAINT FOR:
13 |                                           )
    |           v.                             )   (1) BREACH OF CONTRACT;
14 |                                           )   (2) BREACH OF FIDUCIARY
    |                                          )       DUTY;
15 | CARTER BRYANT, an individual; and         )   (3) BREACH OF DUTY OF
16 | DOES 1 through 10, inclusive,             )       LOYALTY;
    |                                          )   (4) UNJUST ENRICHMENT; AND
17 |                  Defendants.              )   (5) CONVERSION
    |                                          )
18 |                                           )
19

20

21

22

23

24

25

26

27

28

12209/579342.1

COMPLAINT

Plaintiff Mattel, Inc. ("Mattel") brings this action against defendants Carter
Bryant ("Bryant") and Does 1 through 10 (all defendants being collectively referred to as
"defendants") and alleges as follows:

Parties

1.    Mattel is a corporation organized and existing under the laws of the
State of Delaware and has its principal place of business in El Segundo, California.

2.    Mattel is informed and believes, and on that basis alleges, that defendant
Bryant is an individual currently residing in Springfield, Missouri.

3.    The true names and capacities of defendants sued herein as Does 1
through 10, inclusive, are unknown to Mattel, which therefore sues said defendants by such
fictitious names. Mattel will amend this Complaint to allege their true names and capacities
when the same are ascertained.

4.    Mattel is informed and believes, and on that basis alleges, that at all
times relevant herein, defendants, and each of them, were acting in concert and active
participation with each other in committing the wrongful acts alleged herein, and were the
agents of each other, and in doing the things alleged herein, each defendant was acting
within the course and scope of his, her or its agency and was subject to and under the
supervision of, and was acting with the knowledge of, his, her or its co-defendants.

Jurisdiction and Venue

5.    During the time of the acts complained of herein, Bryant was employed
by Mattel in, and was a resident of, Los Angeles County. Bryant's contracts with Mattel that
are at issue in this action were executed, performed and breached by Bryant in Los Angeles
County. In addition, defendants committed the tortious conduct alleged herein while
physically located in Los Angeles County, and Mattel felt the effects of Bryant's breach and

-2-

07209/579342.1                                                                        COMPLAINT

Sent by: quinn, emanuel                                              04/2        5:41PM; JetFax #517; Page 13/35

defendants' other wrongful acts in Los Angeles County. Accordingly, this Court has personal jurisdiction over defendants.

6. Venue is proper pursuant to Code of Civil Procedure §§ 393 and 395(a), as the causes of action arose in Los Angeles County, the contractual obligations at issue were incurred, were to be performed and were breached by Bryant in Los Angeles County, and Bryant does not currently reside in California.

## Factual Background

7. Mattel is a long standing and successful independent manufacturer and marketer of toys, dolls, games and stuffed toys and animals. Mattel was founded in 1945 by Elliot and Ruth Handler and Harold "Matt" Mattson. The name of the company was created by incorporating the names of two of its founders, "MATT-son" and "EL-liot." Originating from the Handlers' garage in Southern California, the company greatly expanded its operations following World War II and soon began to thrive as its reputation for producing high-quality toys spread. During the next several decades, Mattel became world famous for producing high-quality products at reasonable prices. Today, some of Mattel's most famous brands include BARBIE, HOT WHEELS, MATCHBOX and FISHER-PRICE.

8. Critical to Mattel's success, and to the livelihood of its employees, is Mattel's ability to design and develop new products. Mattel invests many millions of dollars in product design and development annually, and it introduces hundreds of new products each year. In El Segundo, California alone, Mattel maintains a 180,000 square-foot design center that houses more than 850 designers, sculptors, painters and other artists, whom Mattel pays to work exclusively and full-time to create the products that Mattel sells and on which Mattel's business depends.

9. Defendant Bryant was employed by Mattel from September 1995 through April 1998, and then again from January 1999 through October 2000, as a product designer at Mattel's design center in El Segundo, California.

G.    Award such other and further relief as this Court deems just and proper.

DATED:  April 27, 2004

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By _____
   Michael T. Zeller
   Attorneys for Plaintiff
   Mattel, Inc.

# EXHIBIT 31

# EXHIBIT 31

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER