KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
jkeker@kvn.com
MICHAEL H. PAGE - #154913
mpage@kvn.com
CHRISTA M. ANDERSON - #184325
canderson@kvn.com
MATTHEW M. WERDEGAR - #200470
mwerdegar@kvn.com
JOHN E. TRINIDAD - #250468
jtrinidad@kvn.com
AUDREY WALTON-HADLOCK- #250574
awaltonhadlock@kvn.com
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff
CARTER BRYANT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC. a Delaware Corporation,<br><br>Defendant.<br><br>CONSOLIDATED WITH<br>MATTEL, INC., v. BRYANT and<br>MGA ENTERTAINMENT, INC. v.<br>MATTEL, INC. | Case No. CV 04-09049 SGL (RNBx)<br>(consolidated with CV 04-9059 & 05-2727)<br><br>Hon. Stephen G. Larson<br><br>PROOF OF SERVICE |

# PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest, LLP, 710 Sansome Street, San Francisco, California 94111.

On March 7, 2008, I served the following document(s):

1.   APPLICATION OF CARTER BRYANT FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL;

2.   CARTER BRYANT'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF;

3.   CARTER BRYANT'S SEPARATE STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF BRYANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT;

4.   DECLARATION OF CHRISTA M. ANDERSON IN SUPPORT OF CARTER BRYANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT

5.   [PROPOSED] ORDER RE APPLICATION OF CARTER BRYANT TO FILE AND LODGE CERTAIN DOCUMENTS UNDER SEAL

by **COURIER**, by placing a true and correct copy in a sealed envelope addressed as shown below, and dispatching a messenger from One Legal, whose address is 350 So. Figueroa Street, Suite 385, Los Angeles, California, with instructions to hand-carry the above and make delivery to the following during normal business hours, by leaving the package with the person whose name is shown or the person authorized to accept courier deliveries on behalf of the addressee.

```
 1  John B. Quinn                              Thomas J. Nolan
 2  Michael T. Zeller                          Skadden Arps Slate Meagher & Flom
    Quinn Emanuel Urquhart Oliver &            300 South Grand Avenue, Suite 3400
 3  Hedges, LLP                                Los Angeles, CA 90071-3144
 4  865 South Figueroa Street, 10th Floor      Tel:   213/687-5000
    Los Angeles, CA 90017-2543                 Fax:   213/687-5600
 5  Tel:   213/443-3000                        tnolan@skadden.com
    Fax:   213/443-3100
 6  johnquinn@quinnemanuel.com
 7  michaelzeller@quinnemanuel.com
 8
    Alexander H. Cote (via U.S. mail only)
 9  Overland Borenstein Scheper & Kim
    LLP
10  300 S. Grand Avenue, Suite 2750
11  Los Angeles, California 90071
    Tel:   213/613-4660
12  Fax:   213/613-4656
13  Email :      acote@obsklaw.com
```

14       Executed on March 7, 2008, at San Francisco, California.

15       I declare under penalty of perjury under the laws of the State of California
16  that the above is true and correct.

                                            _____
                                                    JULIE A. SELBY