UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CARTER BRYANT, an individual,

Plaintiff,

v.

MATTEL, INC., a Delaware corporation,

Defendant.

Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC.

CASE NO. CV 04-9049 SGL (RNBx)

Consolidated with Case No. 04-9059 and Case No. 05-2727

**STIPULATION REGARDING PRETRIAL DEADLINES**

Honorable Stephen G. Larson

**STIPULATION**

WHEREAS, the trial in this matter is set for May 27, 2008, the Final Pretrial Conference is set for May 5, 2008, and the disclosures required by Federal Rule of Civil Procedure 16 and Local Rules 16-2, 16-4 and 16-7 must be filed by April 21, 2008;

WHEREAS, pursuant to the Court's Standing Scheduling Order, the parties would be obligated to exchange proposed jury instructions and special verdict forms by March 12, 2008 and objections thereto by March 19, 2008;

WHEREAS, pursuant to Local Rule 16-2, the last day for the parties to have a meeting of counsel to address the issues set forth in Local Rules 16-2.1 thru 2.9 would be March 26, 2008;

WHEREAS, at the time of the March 26, 2008 meeting of counsel, Local Rule 16-2 requires that the parties exchange proposed stipulations of fact, exhibit lists, witness lists, deposition designations, and proposed contentions of fact and law;

WHEREAS, during the month of March 2008, the parties will be preparing briefing on their motions for summary judgment and conducting expert discovery, among other things;

WHEREAS, the parties wish to agree on a modified schedule for exchanging the pretrial disclosures required by the Federal Rules of Civil Procedures, the Local Rules, and the Court's Standing Scheduling Order.

NOW, THEREFORE, the MGA Defendants, Carter Bryant, and Mattel hereby stipulate, by and through their counsel of record and subject to the Court's approval, that:

1. The parties shall exchange proposed stipulations of fact, exhibit lists, witness lists, and deposition designations, as set forth in the Court's Standing Scheduling Order and Local Rule 16-2, by April 1, 2008, and any objections thereto by April 14, 2008;

2. The parties shall exchange jury instructions and special verdict forms, as set forth in the Court's Standing Scheduling Order, by April 4, 2008, and any objections thereto by April 14, 2008;

3. The parties shall exchange counter-deposition designations by April 10, 2008, and any objections thereto by April 14, 2008;

4. The parties shall conduct the meeting of counsel in accordance with Local Rule 16-2 by April 16, 2008;

5. The parties shall file the submissions required by Federal Rule of Civil Procedure 16 and Local Rule 16 by April 21, 2008; and

6. The Final Pretrial Conference shall be held on May 5, 2008.

IT IS SO STIPULATED.

Dated: March 7, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

Jon Corey /ee

Jon Corey
Attorneys for Mattel, Inc.

Dated: March 7, 2008

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

Thomas J. Nolan /ee

Thomas J. Nolan
Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico S.R.L. de C.V., and Isaac Larian (the "MGA Defendants")

Dated: March 7, 2008

KEKER & VAN NEST LLP

Matthew Werdegar /ee

Matthew Werdegar
Attorneys for Carter Bryant