1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     John B. Quinn (Bar No. 090378)
2    johnquinn@quinnemanuel.com
     Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
     Jon D. Corey (Bar No. 185066)
4    (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California  90017-2543
   Telephone:   (213) 443-3000
6  Facsimile:    (213) 443-3100

7
   Attorneys for Plaintiff
8  Mattel, Inc.

9                UNITED STATES DISTRICT COURT

10              CENTRAL DISTRICT OF CALIFORNIA

11                     EASTERN DIVISION

12 | CARTER BRYANT, an individual, | Case No. CV 04-09049 SGL (RNBx)
13 |         Plaintiff,            | Consolidated with
                                   | Case No. CV 04-09059
14 |    vs.                        | Case No. CV 05-02727
15 | MATTEL, INC., a Delaware      | Hon. Stephen G. Larson
    corporation,                   |
16 |                               | **STIPULATION RE BRIEFING OF PHASE ONE MOTIONS IN LIMINE**
    |        Defendant.            |
17 |                               | [[Proposed] Order lodged concurrently]
18 |                               |
19 | AND CONSOLIDATED CASES        | **Phase 1:**
                                   | Discovery Cut-off:   January 28, 2008
20 |                               | Pre-trial Conference: May 5, 2008
                                   | Trial Date:          May 27, 2008

07209/2428356.1

STIPULATION RE: BRIEFING OF MOTIONS IN LIMINE

## STIPULATION

WHEREAS, the Court has established May 19, 2008 as the hearing date for any Phase One motions *in limine*;

WHEREAS, the Court's Standing Order imposes a 5 motion *in limine* limit for each party;

WHEREAS, the parties have collectively designated approximately 20 purported expert witnesses, and the parties wish to raise *Daubert* challenges as to a number of those purported experts;

WHEREAS, the parties also wish to raise a number of non-expert issues *in limine*, which they believe will streamline the trial and provide other appropriate relief;

WHEREAS, the parties believe both the parties and the Court will benefit from an extended briefing schedule on the anticipated motions *in limine* beyond the schedule required by the Local Rules, to allow adequate time for presentation of the issues in opposition and reply briefs;

NOW, THEREFORE, Mattel, Inc. ("Mattel"), Carter Bryant ("Bryant"), MGA Entertainment, Inc., Isaac Larian, and MGA Entertainment (HK) Ltd. (collectively, the "MGA Parties"), by and through their counsel of record, hereby agree as follows, subject to the Court's approval:

1. Each "side" may file up to, but not more than, fifteen (15) Phase One motions *in limine*, including any and all *Daubert* motions or motions to preclude expert testimony or strike expert reports, with Mattel counting as one side, and Bryant and the MGA Parties counting as another side;

2. Any and all Phase One motions *in limine* shall be filed and served on or before April 14, 2008;

3. Any oppositions to such motions *in limine* shall be filed and served on or before April 28, 2008;

4. Any replies in support of such motions *in limine* shall be filed and served on or before May 8, 2008;

5. The hearing on the parties' Phase One motions *in limine* shall be held at the currently scheduled time, on May 19, 2008 at 10:00 a.m., or at such other time as may be designated by the Court.

IT IS SO STIPULATED.

DATED:  March 9, 2008               QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP


By /s/ B. Dylan Proctor
B. Dylan Proctor
Attorneys for Mattel, Inc.

DATED:  March 9, 2008               SKADDEN ARPS SLATE MEAGHER & FLOM, LLP


By /s/ Jason Russell
Jason Russell
Attorneys for MGA Entertainment, Inc., Isaac Larian, and MGA Entertainment (HK) Ltd.


DATED:  March 9, 2008               KEKER & VAN NEST, LLP


By /s/ Matthew M. Werdegar
Matthew M. Werdegar
Attorneys for Carter Bryant