QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Plaintiff
Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>          Plaintiff,<br><br>     vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>          Defendant.<br><br>AND CONSOLIDATED CASES | Case No. CV 04-09049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>[PROPOSED] ORDER ON STIPULATION RE BRIEFING OF PHASE ONE MOTIONS IN LIMINE<br><br>**Phase 1:**<br>Discovery Cut-off:     January 28, 2008<br>Pre-trial Conference:  May 5, 2008<br>Trial Date:            May 27, 2008 |

07209/2425998.1

[PROPOSED] ORDER ON STIPULATION RE: BRIEFING OF MOTIONS IN LIMINE

# [Proposed] Order

Based on the stipulation of the parties, and good cause appearing therefor, it is hereby ORDERED that:

1. Each "side" may file up to, but not more than, fifteen (15) Phase One motions *in limine*, including any and all *Daubert* motions or motions to preclude expert testimony or strike expert reports, with Mattel, Inc. counting as one side, and Carter Bryant and MGA Entertainment, Inc., Isaac Larian, and MGA Entertainment (HK) Ltd. counting as another side;

2. Any and all Phase One motions *in limine* shall be filed and served on or before April 14, 2008;

3. Any oppositions to such motions *in limine* shall be filed and served on or before April 28, 2008;

4. Any replies in support of such motions *in limine* shall be filed and served on or before May 8, 2008;

5. The hearing on the parties' Phase One motions *in limine* shall be held at the currently scheduled time, on May 19, 2008 at 10:00 a.m., or at such other time as may be designated by the Court.

IT IS SO ORDERED.

DATED:                . 2008

_____
Hon. Stephen G. Larson
United States District Court Judge

07209/2425998.1

-2-
[PROPOSED] ORDER ON STIPULATION RE: BRIEFING OF MOTIONS IN LIMINE