QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Hon. Edward Infante (Ret.) Pursuant To The Court's Order Of December 6, 2006]**<br><br>NOTICE OF LODGING MINUTE ORDER OF JUDGE STEPHEN G. LARSON RE: MATTEL, INC.'S OPPOSITION TO MGA'S SUPPLEMENTAL AND SECOND MOTION TO QUASH<br><br>Hearing Date: March 10, 2008<br>Time: 10:00 a.m.<br>Place: Telephonic<br><br>**Phase I**<br>Discovery Cut-off: January 28, 2008<br>Pre-trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2428382.1

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Mattel, Inc. ("Mattel") hereby lodges with the Discovery Master a copy of Judge Stephen G. Larson's February 25, 2008 Minute Order discharging the Order to Show Cause discussed on pages 15-16 of Mattel's Opposition to MGA's Supplemental and Second Motion to Quash. A true and correct copy of that Minute Order is attached as Exhibit A.

In this Minute Order, which the District Court issued after Mattel filed its Opposition, Judge Larson held, "the Court orders that counsel Larry McFarland be deemed timely served with a notice for his deposition and that he serve notices of deposition on his clients, Lucy Arant, Sarah Halpern, and Peter Marlow. Neither Mr. McFarland nor his clients may object to the taking of their depositions on the basis of notice, service, or timeliness, but may assert any other objections they may have thereto and may seek any appropriate protective orders from the Discovery Master."

DATED: March 9, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By [signature]
Jon D. Corey
Attorneys for Mattel, Inc.

-1-

NOTICE OF LODGING

07209/2428382.1

# Exhibit A

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA 92501
CIVIL MINUTES -- GENERAL

Case No.   CV 04-09049 SGL(RNBx)                              Date: February 25, 2008
Title:     CARTER BRYANT -v- MATTEL, INC.
           AND CONSOLIDATED ACTIONS
================================================================================

PRESENT:  HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

          Jim Holmes                              Anne Kielwasser
          Courtroom Deputy Clerk                  Court Reporter

ATTORNEYS PRESENT FOR CARTER             ATTORNEYS PRESENT FOR MATTEL:
BRYANT:

                                         John Quinn
                                         Jon D. Corey

                                         ATTORNEY PRESENT FOR THIRD-PARTY
ATTORNEYS PRESENT FOR MGA:               WITNESSES:

Thomas J. Nolan                          Larry McFarland
Carl A. Roth

PROCEEDINGS:   **ORDER GRANTING MOTION OBJECTING TO PORTIONS OF THE
               DISCOVERY MASTER'S DECEMBER 31, 2007, ORDER RE HARD DRIVES**

               **ORDER DISCHARGING ORDER TO SHOW CAUSE ON CONDITIONS**

               **ORDER STRIKING EX PARTE APPLICATION**

These matters were heard on February 25, 2008.

As set forth in the concurrently filed order, the Court **GRANTS** Mattel's motion objecting to portions of the Discovery Master's December 31, 2007, Order regarding hard drives.

As set forth on the record, the Court orders that counsel Larry McFarland be deemed timely served with a notice for his deposition and that he serve notices of deposition on his clients, Lucy Arant, Sarah Halpern, and Peter Marlow. Neither Mr. McFarland nor his clients may object to the

MINUTES FORM 90                                    Initials of Deputy Clerk __jh_____
CIVIL -- GEN                    1                  Time: 00/35

taking of their depositions on the basis of notice, service, or timeliness, but may assert any other objections they may have thereto and may seek any appropriate protective orders from the Discovery Master. Subject to these conditions, the Court **DISCHARGES** the order to show cause.

As for the final item, the Court **STRIKES** the ex parte application to compel the depositions of Matthew Bousquette and Tina Patel, for two reasons. First, the entire application and all exhibits thereto were filed under seal without the requisite showing of the necessity of filing it under seal. Putting aside for consideration on another day the much broader issue of the necessity of filing under seal the narrower category of all documents designated under the protective order as "Confidential" and/or "Attorneys Eyes Only", there is no possible justification for filing the present ex parte application under seal. Secondly, and importantly, the present ex parte application ignores the Court's previous orders that discovery matters must be presented in the first instance to the Discovery Master. It is **STRICKEN** for that reason.

**IT IS SO ORDERED.**