UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.    CV 04-09049 SGL(RNBx)                                    Date:  March 7, 2008

Title:    CARTER BRYANT -v- MATTEL, INC.

<u>Consolidated Actions</u>
Case No. CV 04-09039 SGL
Case NO. CV 05-02727 SGL
================================================================
PRESENT:    HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

    Jim Holmes                                      None Present
    Courtroom Deputy Clerk                     Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:       ATTORNEYS PRESENT FOR DEFENDANTS:

None present                                              None present

PROCEEDINGS:    NOTICE RE-SCHEDULING MOTION HEARING
                               (IN CHAMBERS)

      Counsel and/or parities are hereby notified that, due to the unavailability of the Judicial Officer, the hearing on Mattel, Inc.'s Noticed Motion Objecting to Portions of Discovery Master's February 15, 2008 Order, Docket No. 2386, is hereby re-scheduled for hearing on March 31, 2008, at 10:00 a.m., in Courtroom One of the above-referenced court.

      IT IS SO ORDERED.