| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
| | John B. Quinn (Bar No. 90378) |
| 2 | (johnquinn@quinnemanuel.com) |
| | Michael T. Zeller (Bar No. 196417) |
| 3 | (michaelzeller@quinnemanuel.com) |
| | Jon D. Corey (Bar No. 185066) |
| 4 | (joncorey@quinnemanuel.com) |
| | 865 South Figueroa Street, 10th Floor |
| 5 | Los Angeles, California 90017-2543 |
| | Telephone: (213) 443-3000 |
| 6 | Facsimile: (213) 443-3100 |
| 7 | Attorneys for Mattel, Inc. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| 11 | CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) Consolidated with Case Nos. CV 04-09059 & CV 05-2727 |
| 12 | Plaintiff, | |
| 13 | | **DISCOVERY MATTER** |
| 14 | vs. | [To Be Heard By Discovery Master Hon. Edward Infante (Ret.)] |
| 15 | MATTEL, INC., a Delaware corporation, | DECLARATION OF JON D. COREY IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA'S MOTION TO COMPEL THE DEPOSITION TESTIMONY OF MATTHEW BOUSQUETTE AND TINA PATEL |
| 16 | | |
| 17 | Defendant. | |
| 18 | | |
| 19 | AND CONSOLIDATED ACTIONS | Date: March 10, 2008 Time: 8:30 a.m. Place: Telephonic |
| 20 | | |
| 21 | | **Phase 1** Discovery Cut-Off: January 28, 2008 Pre-Trial Conference: May 5, 2008 Trial Date: May 27, 2008 |
| 22 | | |

07209/2426606.1

DECLARATION OF JON D. COREY

## DECLARATION OF JON D. COREY

I, Jon D. Corey, declare as follows:

1. I am a member of the bars of the State of California and the District of Columbia, and a partner of Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Attached as Exhibit 1 is a true and correct copy of the September 18, 2007 e-mail from my partner, Michael T. Zeller, to MGA's prior counsel, O'Melveny & Myers, stating that: "If you wish to serve a subpoena on any *former* [Mattel] executive or director, please let us know and we will attempt to locate them and get authority to accept service." (Emphasis in the original).

3. Attached as Exhibit 2 is a true and correct copy of page 63 from the February 4, 2008 Hearing Transcript.

4. Attached as Exhibit 3 are true and correct copies of the Court's Scheduling Orders, dated February 22, 2007.

5. Attached as Exhibit 4 is a true and correct copy of the Court's Order Regarding Mattel's Motion for Leave to Amend, dated January 11, 2007.

6. Attached as Exhibit 5 is a true and correct copy of the Amended Notice of Depositions and Service of Subpoenas to Adrienne Fontanella, Ivy Ross, Robert Eckert and Matt Bousquette, dated January 14, 2008.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 7, 2008, at Los Angeles, California.



Jon D. Corey

07209/2426606.1

-1-

DECLARATION OF JON D. COREY