LODGED

ORIGINAL

1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   John B. Quinn (Bar No. 090378)
2  (johnquinn@quinnemanuel.com)
   Michael T. Zeller (Bar No. 196417)
3  (michaelzeller@quinnemanuel.com)
   Jon D. Corey (Bar No. 185066)
4  (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
6  Facsimile: (213) 443-3100

7  Attorneys for Mattel, Inc.

                    UNITED STATES DISTRICT COURT
                   CENTRAL DISTRICT OF CALIFORNIA
                          EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Hon. Edward Infante (Ret.) Pursuant To The Court's Order of December 6, 2006]**<br><br>[~~PROPOSED~~] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBIT A TO THE DECLARATION OF JON COREY IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA'S MOTION TO STRIKE MATTEL'S REPLY IN SUPPORT OF ITS MOTION FOR RECONSIDERATION OF PORTIONS OF DISCOVERY MASTER'S DECEMBER 31, 2007 ORDER<br><br>Date: TBD<br>Time: TBD<br>Place: TBD<br><br>**Phase 1**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2421842.1

[PROPOSED] ORDER

## [PROPOSED] ORDER

Based on the concurrently filed Application to File Under Seal Exhibit A to the Declaration of Jon Corey in Support of Mattel, Inc.'s Opposition to MGA's Motion to Strike Mattel's Reply in Support of its Motion for Reconsideration of Portions of Discovery Master's December 31, 2007 Order, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Exhibit A to the Declaration of Jon Corey in Support of Mattel, Inc.'s Opposition to MGA's Motion to Strike Mattel's Reply in Support of its Motion for Reconsideration of Portions of Discovery Master's December 31, 2007 Order is ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: MAR - 6 2008, 2008  _____
Hon. Stephen G. Larson
United States District Judge

07209/2421842.1

-2-

[PROPOSED] ORDER