QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>[To Be Heard By Discovery Master Hon. Edward Infante (Ret.) Pursuant To The Court's Order Of December 6, 2006]<br><br>[PROPOSED] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S REPLY IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL DEPOSITION OF MGA ENTERTAINMENT (HK) LIMITED AND FOR SANCTIONS AND EXHIBITS 1-4 TO THE SUPPLEMENTAL DECLARATION OF BRIDGET A. HAULER IN SUPPORT OF MATTEL, INC.'S MOTION<br><br>**Phase 1**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2412295.1

[PROPOSED] ORDER

1

2  [~~PROPOSED~~] ORDER

3

4          Based on the concurrently filed Application to File Under Seal Mattel,
5  Inc.'s Reply In Support Of Mattel, Inc.'s Motion to Compel Deposition of MGA
6  Entertainment (HK) Limited and For Sanctions and Exhibits 1-4 to the
7  Supplemental Declaration of Bridget A. Hauler in support of Mattel, Inc.'s Motion,
8          IT IS HEREBY ORDERED:
9          Mattel, Inc.'s Reply In Support Of Mattel, Inc.'s Motion to Compel
10 Deposition of MGA Entertainment (HK) Limited and For Sanctions and Exhibits 1-
11 4 to the Supplemental Declaration of Bridget A. Hauler in support of Mattel, Inc.'s
12 Motion are ORDERED filed under seal pursuant to Local Rule 79-5.1.

13

14                                                    /s/ Larson

15 DATED: MAR - 6 2008   , 2008   _____
16                                 Hon. Stephen G. Larson
                                   United States District Judge
17

18

19

20

21

22

23

24

25

26

27

28