1 THOMAS J. NOLAN (Bar No. 66992)
  (tnolan@skadden.com)
2 SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
  300 South Grand Avenue
3 Los Angeles, CA 90071-3144
  Tel.: (213) 687-5000/Fax: (213) 687-5600
4
5 RAOUL D. KENNEDY (Bar No. 40892)
  (rkennedy@skadden.com)
  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
6 4 Embarcadero Center, 38th Floor
  San Francisco, CA 94111-5974
7 Tel.: (415) 984-6400 / Fax: (415) 984-2698

8 Attorneys for MGA Entertainment, Inc.

9
10
11               UNITED STATED DISTRICT COURT
12               CENTRAL DISTRICT OF CALIFORNIA
13                    EASTERN DIVISION

14 | CARTER BRYANT, an individual,      ) CASE NO. CV 04-9049 SGL (RNBx)
15 |                   Plaintiff,        ) **DISCOVERY MATTER**
16 |        v.                           ) [~~PROPOSED~~] ORDER
17 | MATTEL, INC., a Delaware            )
   | corporation,                        )
18 |                                     )
19 |                   Defendant.        )
20 | AND CONSOLIDATED ACTIONS            )
21

22
23
24
25
26
27
28

MGA's Motion To Compel Production of Documents from Third Party Right Management Consultants, Inc.
Case No. CV 04-9049 SGL (RNBx)

## ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the following documents be filed under seal pursuant to Local Rule 79-5.1: MGA's Notice Of Motion And Motion To Compel Production of Documents from Third Party Right Management Consultants, Inc., the associated Declaration of Lance A. Etcheverry and related exhibits.

DATED: March 6, 2008

                                   /s/ S. G. Larson
                                   _____
                                   Hon. Stephen G. Larson
                                   United States District Court Judge