QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>[~~PROPOSED~~] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 8, 13 AND 17 TO THE DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO CARTER BRYANT'S MOTION TO COMPEL RESPONSES TO DISCOVERY REQUESTS<br><br>Date: TBD<br>Time: TBD<br>Place: TBD<br><br>**Phase 1**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

LODGED

ORIGINAL

07209/2412144.1

[~~PROPOSED~~] ORDER

[~~PROPOSED~~] ORDER

Based on the concurrently filed Mattel, Inc.'s Application To File Under Seal Exhibits 8, 13 and 17 to the Declaration of B. Dylan Proctor in Support of Mattel, Inc.'s Opposition to Carter Bryant's Motion to Compel Discovery Requests, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Exhibits 8, 13 and 17 to the Declaration of B. Dylan Proctor in Support of Mattel, Inc.'s Opposition to Carter Bryant's Motion to Compel Discovery Requests are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: MAR -7 2008

Hon. Stephen G. Larson
United States District Judge