QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>[~~PROPOSED~~] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL CERTAIN EXHIBITS TO THE DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER'S (1) FEBRUARY 15, 2008 ORDER REGARDING MATTEL'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES BY THE MGA PARTIES; AND (2) FEBRUARY 20, 2008 ORDER REGARDING MATTEL'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES BY CARTER BRYANT<br><br>Date: March 24, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 1<br><br>**Phase 1**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

| | |
|---|---|
| 1 | [~~PROPOSED~~] ORDER |
| 2 | Based on the concurrently filed Mattel, Inc.'s Application To File |
| 3 | Under Seal the Certain Exhibits to the Declaration of B. Dylan Proctor in Support of |
| 4 | Mattel, Inc.'s Motion Objecting to Portions of Discovery Master's (1) February 15, |
| 5 | 2008 Order Regarding Mattel's Motion to Compel Responses to Interrogatories by |
| 6 | the MGA Parties; and (2) February 20, 2008 Order Regarding Mattel's Motion to |
| 7 | Compel Responses to Interrogatories by Carter Bryant, and good cause appearing |
| 8 | for the entry thereof, IT IS HEREBY ORDERED: |
| 9 | Exhibits 5-9, 18 and 20-21 to the Declaration of B. Dylan Proctor in |
| 10 | Support of Mattel, Inc.'s Motion Objecting to Portions of Discovery Master's (1) |
| 11 | February 15, 2008 Order Regarding Mattel's Motion to Compel Responses to |
| 12 | Interrogatories by the MGA Parties; and (2) February 20, 2008 Order Regarding |
| 13 | Mattel's Motion to Compel Responses to Interrogatories by Carter Bryant are |
| 14 | ORDERED filed under seal pursuant to Local Rule 79-5.1. |

DATED: MAR - 6 2008

/s/ S. G. Larson
Hon. Stephen G. Larson
United States District Judge