LODGED

ORIGINAL

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><hr>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>[PROPOSED] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 9 AND 10 TO THE DECLARATION OF MELISSA GRANT IN SUPPORT OF OPPOSITION TO BRYANT'S MOTION TO STRIKE MATTEL, INC.'S AMENDED REPLY MEMORANDUM IN SUPPORT OF MOTION FOR ORDER ENFORCING JANUARY 25, 2007 ORDER COMPELLING BRYANT TO PRODUCE COMPUTER HARD DRIVES AND FOR SANCTIONS<br><br>[Local Rule 79-5.1]<br><br>Hearing Date: TBA<br>Time: TBA<br>Place: TBA<br><br>**Phase 1**<br>Discovery Cut-off: January 28, 2008<br>Pre-trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2424072.1

~~[PROPOSED]~~ ORDER

Based on the Mattel's Application filed concurrently herewith, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Exhibits 9 and 10 to the Declaration of Melissa Grant in Support of Opposition to Bryant's Motion to Strike Mattel, Inc.'s Amended Reply Memorandum in Support of Motion for Order Enforcing January 25, 2007 Order Compelling Bryant to Produce Computer Hard Drives and for Sanctions, is ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: MAR -7 2008, 2008  _____
Hon. Stephen G. Larson
United States District Judge

07209/2424072.1

[PROPOSED] ORDER