KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
jkeker@kvn.com
MICHAEL H. PAGE - #154913
mpage@kvn.com
CHRISTA M. ANDERSON - #184325
canderson@kvn.com
MATTHEW M. WERDEGAR - #200470
mwerdegar@kvn.com
JOHN E. TRINIDAD - #250468
jtrinidad@kvn.com
AUDREY WALTON-HADLOCK - #250574
awaltonhadlock@kvn.com
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff
CARTER BRYANT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC. a Delaware Corporation,<br><br>Defendant. | Case No. CV 04-09049 SGL (RNBx)<br>(consolidated with CV 04-9059 & 05-2727)<br><br>Hon. Stephen G. Larson<br><br>**APPLICATION OF CARTER BRYANT FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL**<br><br>[[Proposed] Order filed concurrently herewith] |
| CONSOLIDATED WITH<br>MATTEL, INC., v. BRYANT and<br>MGA ENTERTAINMENT, INC. v.<br>MATTEL, INC. | Date: TBA<br>Time: TBA<br><br>**Phase I:**<br>Date Comp. Filed: April 13, 2005<br>Discovery Cut-Off: Jan. 28, 2008<br>Trial Date: May 27, 2008 |

Pursuant to *Local Rule* 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Carter Bryant ("Bryant") hereby respectfully requests that the Court order filed provisionally under seal the following documents:

1. Carter Bryant's Notice of Motion and Motion for Partial Summary Judgment; Memorandum of Points and Authorities in Support Thereof;

2. Exhibits 1-14, 16-29, and 31 to the Declaration of Christa M. Anderson in Support of Bryant's Motion for Partial Summary Judgment.

3. Carter Bryant's Separate Statement in Support of Bryant's Motion for Partial Summary Judgment.

The Motion and Separate Statement quote deposition testimony and documents designated by Mattel, Bryant, MGA Entertainment, Inc., and/or certain third-party witnesses as "Confidential" or "Confidential—Attorneys Eyes Only" pursuant to the Protective Order. Exhibits 1-14, 16-29, and 31 to the Declaration consist of materials designated by Mattel, Bryant, MGA Entertainment, Inc., and/or certain third-party witnesses as "Confidential" or "Confidential—Attorneys Eyes Only" pursuant to the Protective Order. Accordingly, Bryant requests that the Court order that the Motion, the Separate Statement, and Exhibits 1-14, 16-29, and 31 to the Declaration be filed provisionally under seal.

Pursuant to the Stipulation and [Proposed] Order jointly filed by the Parties with the Court on March 6, 2008 (Docket No. 2490), Bryant will continue to meet and confer with Mattel, MGA, and the effected third-parties in a good faith effort to de-designate as much of this material as possible so that it may be filed publicly.

Respectfully submitted,

Dated: March 7, 2008

KEKER & VAN NEST, LLP

By: /s/ Christa M. Anderson
Christa M. Anderson
Attorney for Plaintiff
CARTER BRYANT

---

1

APPLICATION OF CARTER BRYANT FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL
CASE NO. CV 04-09049 SGL (RNBx)

412699.01