QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
Timothy L. Alger (Bar No. 160303)
(timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL MOTION FOR PARTIAL SUMMARY JUDGMENT AND RELATED DOCUMENTS<br><br>[C.D. Rule 79-5.1]<br><br>[[Proposed] Order filed under separate cover.]<br><br>Hearing Date: April 23, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 1<br><br>**Phase 1**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

FILED
CLERK. U.S. DISTRICT COURT
MAR 10 2008
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION BY DEPUTY

ORIGINAL

07209/2425691.3

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

This Court entered a Stipulated Protective Order on January 4, 2005, that permits the parties to mark and treat as confidential testimony and documents marked as "CONFIDENTIAL" or "CONFIDENTIAL – ATTORNEYS EYES' ONLY" (collectively referred to herein as "Confidential Information"). By that Order, the parties must file any Confidential Information under seal and, except as otherwise authorized by statute or federal rule, must seek the Court's approval of such filing under seal. (A copy of the Stipulated Protective Order of January 4, 2005 is attached as Exhibit A.)

Pursuant to Central District Rule 79-5.1, counsel for the parties have begun to meet and confer to determine whether any Confidential Information documents may be redesignated, such that it need not be sealed. However, the number of documents being submitted by the parties in conjunction with their motions for summary judgment is substantial, and it is likely to grow with the filing of oppositions and replies. Accordingly, the parties have stipulated that they would continue to meet and confer, and submit appropriate applications pursuant to Rule 79-5.1, in conformance with this Circuit's heightened standards for filing under seal of motions for summary judgment and related documents, after briefing is complete. The parties are awaiting the Court's ruling as to this stipulation.

Accordingly, Mattel, Inc. submits the following documents and requests that they be filed under seal pursuant to the Stipulated Protective Order of January 4, 2005:

1. Mattel, Inc.'s Motion for Partial Summary Judgment and Memorandum of Points and Authorities (a public redacted copy of the motion and memorandum is being concurrently filed);

2. Mattel, Inc.'s Separate Statement of Uncontested Facts and Conclusions of Law in Support of Mattel, Inc.'s Motion for Partial Summary Judgment (a public redacted copy of this separate statement is being concurrently filed);

3. Declaration of B. Dylan Proctor in Support of Mattel, Inc.'s Motion for Partial Summary Judgment (a public redacted copy of this declaration is being concurrently filed);

4. Declaration of Jon Corey in Support of Mattel, Inc.'s Motion for Partial Summary Judgment (a public redacted copy of this declaration is being concurrently filed);

5. Declaration of Lee Loetz in Support of Mattel, Inc.'s Motion for Partial Summary Judgment (a public redacted copy of this declaration is being concurrently filed); and

6. Declaration of Rodney Palmer in Support of Mattel, Inc.'s Motion for Partial Summary Judgment (a public redacted copy of this declaration is being concurrently filed).

DATED: March 7, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Timothy L. Alger
Timothy L. Alger
Attorneys for Mattel, Inc.