QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
Timothy L. Alger (Bar No. 160303)
(timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

FILED
CLERK, U.S. DISTRICT COURT
MAR 10 2008
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION     BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>[PROPOSED] ORDER GRANTING MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL MOTION FOR PARTIAL SUMMARY JUDGMENT AND RELATED DOCUMENTS<br><br>[C.D. Rule 79-5.1]<br><br>Hearing Date: April 23, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 1<br><br>**Phase 1**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

1 |       Good cause having been shown in Mattel, Inc.'s concurrently filed
2 | Application to File Under Seal Motion for Partial Summary Judgment and Related
3 | Documents,
4 |       The following documents are ORDERED to be filed under seal
5 | pending further order of the Court:
6 |       1.    Mattel, Inc.'s Motion for Partial Summary Judgment;
7 |       2.    Mattel, Inc.'s Separate Statement of Uncontested Facts and
8 | Conclusions of Law in Support of Mattel, Inc.'s Motion for Partial Summary
9 | Judgment;
10 |       3.    Declaration of B. Dylan Proctor in Support of Mattel, Inc.'s
11 | Motion for Partial Summary Judgment;
12 |       4.    Declaration of Jon Corey in Support of Mattel, Inc.'s Motion for
13 | Partial Summary Judgment;
14 |       5.    Declaration of Lee Loetz in Support of Mattel, Inc.'s Motion for
15 | Partial Summary Judgment; and
16 |       6.    Declaration of Rodney Palmer in Support of Mattel, Inc.'s
17 | Motion for Partial Summary Judgment.
18 |       IT IS SO ORDERED.
19 | DATED:
20 | MAR 10 2008

_____
Hon. Stephen G. Larson
United States District Judge