Melissa Grant
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
865 SOUTH FIGUEROA STREET
10th FLOOR
LOS ANGELES, CA 90017
(213) 443-3000

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT, an individual, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) v. | CV 04-9049 SGL (RNBx) |
| MATTEL, INC., a Delaware corporation, | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**

Mattel Inc.'s Opposition to MGA's Motion to Compel Production of Documents From Third Party Right Management Consultants, Inc.; Declaration of William A. Morehead in Support of Mattel Inc.'s Opposition to MGA's Motion to Compel Production of Documents From Third Party Right Management Consultants, Inc; Application to File Under Seal; Proposed Order

**Document Description:**

- [ ] Administrative Record
- [ ] Exhibits
- [ ] Ex Part Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)
- [x] Other Opposition and Declaration of William A. Morehead

**Reason:**

- [x] Under Seal
- [ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- [ ] Electronic versions are not available to filer
- [x] Per Court order dated January 4, 2005
- [ ] Manual Filing required (*reason*):

March 11, 2008                                  /s/ Melissa Grant /WAM
Date                                            Attorney Name
                                                Melissa Grant
                                                Mattel, Inc.
                                                Party Represented

Note: File one Notice in each case, each time you manually file document(s).