Quinn Emanuel Urquhart Oliver & Hedges LLP
John B. Quinn (Bar No. 090378)
johquinn@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 South Figueroa St., 10th Fl.
Los Angeles, CA 90017-2543
tel: 213-443-3000 fax: 213-443-3100

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Carter Bryant, an individual<br><br>PLAINTIFF(S)<br>v.<br>Mattel Inc., a Delaware corporation<br><br>DEFENDANT(S). | CASE NUMBER:<br>CV-04-9049 SGL (RNBx)<br><br>**NOTICE OF MANUAL FILING** |

**PLEASE TAKE NOTICE:**

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
1) Mattels Opposition to Motion for Clarification; 2) Corey Declaration 3) Application to File Under Seal; 4) Proposed Order; 5) Proof of Service

**Document Description:**

- ☐ Administrative Record
- ☑ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)
- ☐ Other

**Reason:**

- ☑ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☐ Per Court order dated _____
- ☑ Manual Filing required (*reason*): Stipulated Protective Order; and Order dated 1/4/2005

| | |
|---|---|
| 3/11/08<br>Date | Jon D. Corey /s/<br>Attorney Name<br><br>Mattel Inc.<br>Party Represented |

Note: File one Notice in each case, each time you manually file document(s).