## Exhibit 1

CERTIFIED COPY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

CARTER BRYANT, AN INDIVIDUAL, )
)
               PLAINTIFF, )
)
      V. )
)
MATTEL, INC., A DELAWARE )
CORPORATION, )
)
        DEFENDANTS. )
——————————————— )
)
AND CONSOLIDATED ACTION (S). )
)

CASE NO.
CV 04-9040 SGL (RNBX)

CONSOLIDATED WITH
CASE NO. 04-9059

CASE NO.  05-2727

# TELEPHONIC TRANSCRIPT OF PROCEEDINGS

# FEBRUARY 11, 2008



COURT REPORTERS
515 S. Flower Street
Suite 3600
Los Angeles, California 90071
Office: (213) 955-0070
Fax: (213) 955-0077

**REPORTED BY:**
ANGELA DUPRE
CSR NO. 7804
JOB NO. 08AD008

EXHIBIT ___1___

PAGE ___3___

1    COURT.

2         THE SITUATION IS THE SAME FOR MR. BRYANT.

3    HE ALSO FILED VERY SUBSTANTIAL ADDITIONAL

4    RESPONSES, SO I QUESTION WHETHER WE REALLY EVEN

5    HAVE A TIMELY MOTION BEFORE US.

6         ON A PROCEDURAL FRONT ALSO, ON

7    FEBRUARY 4, JUDGE LARSON CLARIFIED, AND THAT

8    CLARIFICATION WAS NEEDED, THAT PHASE II DISCOVERY

9    IS BIFURCATED.  AND I SUBMIT, AT LEAST AS TO

10   QUESTIONS 43, 44, 48, 49, 50, ARE CLEARLY ALL

11   PHASE II, AND THERE MAY BE PORTIONS OF SOME OF THE

12   OTHERS THAT ARE AS WELL.

13        TO THE EXTENT THE COURT WILL ADDRESS THE

14   SUBSTANTIVE COMPLAINTS, I THINK THEY CAN BE

15   GROUPED.  THE BIGGEST ONE IS THE CONTENTION

16   INTERROGATORIES, IF I CAN CALL THEM THAT, ASKED FOR

17   ALL FACTS, EVIDENCE, ET CETERA, THAT YOU'RE GOING

18   TO RELY UPON AT THE TIME OF TRIAL.

19        I THINK IF THE COURT LOOKS PARTICULARLY

20   AT THE SUPPLEMENTAL RESPONSES THAT HAVE BEEN FILED

21   SINCE THIS MOTION WAS FILED, THE NAMES OF ALL

22   WITNESSES, THE CATEGORIES OF DOCUMENTS, THEORIES,

23   THEMES, ET CETERA, ARE SET FORTH, FULLY COMPLYING

24   WITH THE CASE.

25        MATTEL KEEPS COMPLAINING THAT THEY'RE

34

EXHIBIT ___1___

PAGE ___4___

```
 1    A FEW THIS MORNING.  I'VE TAKEN A COUPLE UNDER
 2    SUBMISSION.
 3              I REALLY THINK THAT THERE NEEDS TO BE A
 4    BETTER EFFORT WITH RESPECT TO MEETING AND
 5    CONFERRING.  I AM HEREBY ORDERING THE PARTIES, IN
 6    PERSON, AN IN-PERSON MEETING, TO MEET AND CONFER
 7    WITH RESPECT TO ALL PENDING MOTIONS.
 8              A LOT OF THESE MOTIONS GOT FILED ON THE
 9    VERY LAST DAY OF DISCOVERY IN JANUARY.  THERE ARE A
10    NUMBER OF THINGS THAT ARE MOVING TARGETS, BECAUSE
11    AS WE SAW THIS MORNING, JUDGE LARSON HAS STAYED THE
12    DISCOVERY AS TO PHASE II, AND I BELIEVE THAT I'M
13    HEREBY ORDERING YOU, PURSUANT TO RULE 37, FEDERAL
14    RULES OF CIVIL PROCEDURE AND LOCAL RULES OF THE
15    MUNICIPAL OF CALIFORNIA, TO CONDUCT AN IN-DEPTH
16    MEET AND CONFER SESSION, IN PERSON, REMAINING ALL
17    PENDING MOTIONS, AND REPORT BACK TO ME EITHER BY
18    JOINT LETTERS OR INDIVIDUAL LETTERS, THE
19    DISPOSITION OF ANY MOTION.
20              WHEN I RECEIVE THAT, I'LL BE GLAD TO GIVE
21    YOU A HEARING.  AND I'D LIKE TO KNOW CLEARLY WHAT
22    REMAINS IN ISSUE AT THAT POINT.
23              ARE THERE ANY QUESTIONS REGARDING THAT?
24       MR. KENNEDY:  NOT HERE, YOUR HONOR.
25       MR. ALGER:  YOUR HONOR, TIM ALGER, FOR MATTEL.
```

56

EXHIBIT ____1____

PAGE____5____

# **Exhibit 2**

```
 1                  UNITED STATES DISTRICT COURT

 2                  CENTRAL DISTRICT OF CALIFORNIA

 3                       EASTERN DIVISION

 4                          - - -

 5        HONORABLE STEPHEN G. LARSON, JUDGE PRESIDING

 6                          - - -

 7   CARTER BRYANT, ET. AL.,        )
                                    )
 8                  PLAINTIFFS,     )
                                    )
 9        VS.                       )   NO. ED CV 04-09049
                                    )   (LEAD LOW NUMBER)
10   MATTEL, INC., ET. AL.,         )
                                    )
11                  DEFENDANTS.     )   MOTION; OSC HEARING
                                    )
12   AND CONSOLIDATED ACTIONS,      )
                                    )

13

14

15          REPORTER'S TRANSCRIPT OF PROCEEDINGS

16                  RIVERSIDE, CALIFORNIA

17              MONDAY, FEBRUARY 25, 2008

18                    11:24 A.M.

19

20

21

22

23            THERESA A. LANZA, RPR, CSR
           FEDERAL OFFICIAL COURT REPORTER
24            3470 12TH STREET, RM. 134
           RIVERSIDE, CALIFORNIA  92501
25                951-274-0844
              WWW.THERESALANZA.COM
```

CERTIFIED COPY

FEBRUARY 25, 2008                    BRYANT V. MATTEL

EXHIBIT 2

PAGE 1

1   IT WAS GOING TO BE AN ALL-OUT WAR, AND ALL ATTRIBUTING IT TO
2   THE SUCCESS OF BRATZ.

3       **THE COURT:** I NEVER THOUGHT I'D HEAR THE WORD
4   'GENOCIDE' AND 'BARBIE' IN THE SAME SENTENCE. BUT YOU HAVE
5   SUCCEEDED IN DOING THAT.

6       **MR. NOLAN:** ACTUALLY THOSE AREN'T MY WORDS; THOSE
7   WERE THE WORDS WITHIN THE DEPARTMENT AT MATTEL.

8       NOW, MATTEL IS PROJECTING, OBVIOUSLY, A DIFFERENT
9   FRONT IN THIS LAWSUIT, AND UNDER THE EXPERT BRANDING REPORTS
10  THAT WERE SUBMITTED BY BOTH SIDES, BOUSQUETTE, AS WELL AS OUR
11  EXPERT REPORTS, IT ALL GOES TO A PROPORTIONALITY OF WHAT WILL
12  BE THE COPYRIGHT DAMAGES, IF ANY, THAT IS ALIGNED TO MATTEL.

13      **THE COURT:** PUTTING ASIDE THE SUBSTANCE OF THE
14  TESTIMONY FOR A MOMENT, WHAT I INDICATED TO YOU, CERTAINLY, WAS
15  THAT DURING THIS MONTH OF FEBRUARY, WHICH WE ARE ABOUT TO RUN
16  OUT, THAT THE FOCUS SHOULD BE ON PHASE ONE AND THAT I TRUSTED
17  THAT COUNSEL WOULD BE ABLE TO WORK THAT OUT AMONGST THEMSELVES,
18  AND THAT IF THERE WAS STILL SOME OVERLAP WITH PHASE ONE AND
19  PHASE TWO, THAT COULD GO FORWARD AS WELL, BUT LET'S TRY TO GET
20  PHASE ONE DEPOSITIONS.

21      LET ME ASK MR. QUINN.

22      IF MR. NOLAN IS SAYING THIS IS A PHASE ONE WITNESS
23  FOR HIM, WHY WAS THE DEPOSITION CANCELLED?

24      **MR. QUINN:** YOUR HONOR, MR. COREY IS PREPARED TO
25  ADDRESS THAT, IF THAT'S ALL RIGHT.

```
 1            THE COURT:  THAT'S FINE.

 2            MR. COREY:  IT WAS CANCELLED FOR THE REASON THAT IT'S

 3    A PHASE TWO DEPOSITION.

 4            THE COURT:  THAT'S NOT YOUR CALL TO MAKE.  THAT'S

 5    MR. NOLAN'S CALL TO MAKE.  I'M NOT GOING TO HAVE MR. NOLAN

 6    DECIDING YOUR WITNESS LIST OR WITNESS ORDER, AND I'M NOT GOING

 7    TO HAVE YOU DECIDING HIS.

 8            HOW COULD YOU KNOW WHAT HE'S GOING TO BE DOING IN

 9    PHASE ONE?

10            MR. COREY:  IF I MAY, BECAUSE HE'S TOLD ME WHAT HE'S

11    GOING TO DO -- LET ME TAKE A STEP BACK.

12            BECAUSE I KNOW FROM HIS INITIAL DISCLOSURES EXACTLY

13    WHAT HE IDENTIFIED WITH RESPECT TO MR. BOUSQUETTE.

14            IF I MAY READ, YOUR HONOR.

15            "MGA BELIEVES MR. BOUSQUETTE IS A FORMER PRESIDENT OF

16    MATTEL BRANDS.  MR. BOUSQUETTE MAY POSSESS KNOWLEDGE OF

17    MATTEL'S SERIAL COPYING OF MGA'S DISTINCTIVE TRADE DRESS,

18    TRADEMARKS, PRODUCT PACKAGING, THEMES, IDEAS AND ADVERTISING.

19    MATTEL'S DELUSION OF MGA'S FAMOUS MARKS; MATTEL'S INTERFERENCE

20    WITH MGA'S ADVERTISING EFFORTS; MATTEL'S THREATS AND

21    INTIMIDATION OF RETAILERS, SUPPLIERS, LICENSEES, DISTRIBUTORS,

22    MANUFACTURERS AND FORMER EMPLOYEES AND FREELANCERS; MATTEL'S

23    IMPROPER INFLUENCE OF STANDARD SETTING AND INDUSTRY

24    ORGANIZATIONS; MATTEL'S MANIPULATION OF MGA'S RETAIL DISPLAYS

25    AND OTHER ASPECTS OF MATTEL'S UNCLEAN HANDS."
```

EXHIBIT 2

PAGE 9

FEBRUARY 25, 2008                    BRYANT V. MATTEL

1       **MR. COREY:**  I TOLD HIM, YEAH, I TOLD HIM HE DIDN'T

2    HAVE TO APPEAR BECAUSE HE WAS PHASE TWO AND THE COURT HAD

3    STAYED IT.

4            **THE COURT:**  LET'S BE CAREFUL ON THIS, COUNSEL.

5            **MR. COREY:**  THE LAST POINT IS THAT I BELIEVE

6    MR. NOLAN REFERRED TO AN AGREEMENT THAT MR. BOUSQUETTE HAS WITH

7    MATTEL THAT'S ATTACHED AS AN EXHIBIT TO MR. HERRINGTON'S

8    SUPPLEMENTAL DECLARATION.

9            THAT AGREEMENT HAS EXPIRED.

10           THANK YOU, YOUR HONOR.

11           **THE COURT:**  ALL RIGHT.  I'LL BE ISSUING AN ORDER.

12   THIS IS ONE OF THOSE ORDERS THAT YOU'LL BE LOOKING FOR THAT

13   WILL ACTUALLY BE OF SUBSTANCE AND NOT JUST A SEALING, COUNSEL.

14           YOU'RE GOING TO TURN IN A PROPOSED ORDER?

15           **MR. QUINN:**  YES, YOUR HONOR.

16           **THE COURT:**  ANYTHING FURTHER?

17           **MR. COREY:**  NO, YOUR HONOR.

18                        CERTIFICATE

19

20   I HEREBY CERTIFY THAT PURSUANT TO SECTION 753, TITLE 28, UNITED
     STATES CODE, THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF
21   THE STENOGRAPHICALLY RECORDED PROCEEDINGS HELD IN THE
     ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS IN
22   CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL CONFERENCE OF
     THE UNITED STATES.

23

24

25   THERESA A. LANZA, RPR, CSR                    2-29-08
     FEDERAL OFFICIAL COURT REPORTER                 DATE

                                          EXHIBIT  2

                                          PAGE  10

         FEBRUARY 25, 2008                 BRYANT V. MATTEL

**Exhibit 3**

# CONFIDENTIAL - FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER

**Exhibit 4**

# CONFIDENTIAL – FILED UNDER SEAL
# PURSUANT TO PROTECTIVE ORDER

## **Exhibit 5**

# CONFIDENTIAL - FILED UNDER SEAL
# PURSUANT TO PROTECTIVE ORDER

# **Exhibit 6**

# CONFIDENTIAL – FILED UNDER SEAL
# PURSUANT TO PROTECTIVE ORDER

**Exhibit 7**

# CONFIDENTIAL - FILED UNDER SEAL
# PURSUANT TO PROTECTIVE ORDER

**Exhibit 8**

# CONFIDENTIAL - FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER