**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARTER BRYANT<br><br>PLAINTIFF(S)<br>v.<br>MATTEL, INC.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CV 04-9049 SGL (RNBx)<br><br>NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**

Mattel, Inc.'s Ex Parte Application for Protective Order Preventing MGA's Destructive Testing of the Prince Notary Book; Declaration of Diane C. Hutnyan in Support Thereof; Application to File Under Seal; [Proposed] Order

**Document Description:**

- ☐ Administrative Record
- ☑ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)
- ☑ Other  Ex Parte Application for Protective Order; Declaration; Application; Proposed Order

**Reason:**

- ☑ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☑ Per Court order dated January 4, 2005
- ☐ Manual Filing required (*reason*):

| | |
|---|---|
| March 11, 2008<br>Date | Diane C. Hutnyan<br>Attorney Name<br>Mattel, Inc.<br>Party Represented |

Note:  File one Notice in each case, each time you manually file document(s).

G-92 (02/08)                                    NOTICE OF MANUAL FILING