```
 1  THOMAS J. NOLAN (Bar No. 66992)
    (tnolan@skadden.com)
 2  JASON D. RUSSELL (Bar No. 169219)
    (jrussell@skadden.com)
 3  MARINA V. BOGORAD (Bar No. 217524)
    (mbogorad@skadden.com)
 4  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
    300 South Grand Avenue, Suite 3400
 5  Los Angeles, CA  90071
    Tel.: (213) 687-5000/Fax: (213) 687-5600
 6
    KENNETH PLEVAN (admitted pro hac vice)
 7  (kplevan@skadden.com)
    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
 8  Four Times Square
    New York, NY 10046
 9  Tel.: (212) 735-3000 / Fax: (212) 735-2000

10  Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited,
    MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian
11
                    UNITED STATED DISTRICT COURT
12
                   CENTRAL DISTRICT OF CALIFORNIA
13
                           EASTERN DIVISION
```

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with Case No. 04-9059 and Case No. 05-2727 |
| v. | Honorable Stephen G. Larson |
| MATTEL, INC., a Delaware corporation, | APPLICATION TO FILE UNDER SEAL MGA PARTIES' CORRECTED MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION FOR PARTIAL SUMMARY JUDGMENT |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | Hearing Date: April 23, 2008<br>Time: 10 a.m. |

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action on January 4, 2005, MGA Entertainment, Inc., Isaac Larian, MGA Entertainment (HK) Limited, and MGAE de Mexico S.R.L. de C.V. (collectively, the "MGA Parties") hereby respectfully request that the Court order the following documents be filed under seal: MGA Parties' Corrected Memorandum Of Points And Authorities In Support Of Their Motion For Partial Summary Judgment (the "Motion"). Good cause exists for filing this document under seal because certain exhibits attached to the previously filed Declarations have been designated as "Confidential" or "Confidential—Attorneys' Eyes Only" pursuant to the Protective Order, and the Motion references these exhibits. In the alternative, the MGA Parties request that the Court declare the exhibits to the Declaration to be outside the definitions of "Confidential" and "Confidential—Attorneys' Eyes Only" as contained in the Protective Order and order them, along with the Motion, to be filed as part of the public record.

DATED: March 10, 2008

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By: _____
Thomas J. Nolan
Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian