Hon. Edward A. Infante (Ret.)
JAMS
Two Embarcadero Center
Suite 1500
San Francisco, California 94111
Telephone:  (415) 774-2611
Facsimile:  (415) 982-5287

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant. | CASE NO. CV 04-09049 SGL (RNBx)<br>JAMS Reference No. 1100049530<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-2727<br><br>**ORDER RE MGA DEFENDANTS' MOTION TO QUASH DEPOSITION SUBPOENAS** |
| CONSOLIDATED WITH<br>MATTEL, INC. v. BRYANT and<br>MGA ENTERTAINMENT, INC. v. MATTEL, INC. | |

On January 23, 2008, MGA Entertainment, Inc., Isaac Larian, MGA Entertainment (HK) Limited, and MGAE de Mexico S.R.L. de C.V. (collectively, "MGA parties") submitted a motion to quash subpoenas issued by Mattel, Inc. ("Mattel") to several non-parties. On February 7, 2008, Mattel submitted an opposition. On February 14, 2008, the MGA parties submitted a supplemental and second amended motion to quash the subpoenas issued by Mattel to the following non-parties: (1) Lucy Arant, (2) Ana Isabel Cabrera, (3) Kami Gilmour, (4) Daphne

Gronich, (5) Sarah Halpern, (6) Rachel Harris, (7) Andreas Koch, (8) Cecilia Kwok, (9) Stephen Lee, (10) Peter Marlow, (11) Beatriz Morales, (12) Moss Adams, (13) Amy Myers, (14) NPD Group, Inc., (15) Maria Elena Salazar, (16) Joe Tiongco, (17) Mercedeh Ward, (18) Jeff Weiss, (19) Carol Witschell, (20) Wachovia Corporation, (21) Mel Woods and (22) Eric Yip. On February 22, 2008, Mattel submitted an opposition to the MGA parties' supplemental and second amended motion to quash, and on February 28, 2008, the MGA parties submitted a reply. The parties were directed to meet and confer further regarding the motion, which has been completed. The motion was heard on March 10, 2008.

Having considered all of the papers submitted by the parties and the comments of counsel at the hearing, it is ordered as follows:

1. Based upon the parties' representations at the hearing, the motion is moot with respect to the following individuals: Lucy Arant, Sarah Halpern, Rachel Harris, Andreas Koch, Peter Marlow, Jeff Weiss and Amy Myers.

2. Mattel acknowledges that it did not subpoena the following individuals before the January 28, 2008 discovery cut-off and that their depositions cannot be taken without seeking and obtaining leave of court: Cecilia Kwok, Stephen Lee, Mercedeh Ward, Carol Witschell and Eric Yip.

3. The parties agree that because the subpoenas served on Moss Adams and Wachovia Corporation are the subject of a separate discovery motion, the court should defer consideration of these two subpoenas until the separate motion is heard.

4. The MGA parties' motion to quash is denied as to Ana Isabel Cabrera, Kami Gilmour, Beatriz Morales and Maria Elena Salazar. Mattel served subpoenas on these individuals before the January 28, 2008 discovery cut-off. Although Mattel failed to provide the standard ten-day notice, the shortened notice was reasonable under the circumstances.

5. The MGA parties' motion to quash is denied as to Daphne Gronich, MGA's in-house counsel, and Joe Tiongco, an MGA "IT" employee. These witnesses have potentially relevant information regarding document retention, preservation and collection, and arguably

other issues in the case. However, in light of the substantial 30(b)(6) testimony Mattel has already received on the subject of document retention, preservation and collection, and to reduce the burden on the witnesses, each deposition is limited to 3 hours. Mattel may question Daphne Gronich and Joe Tiongco on any subject that is relevant within the meaning of Rule 26, Fed.R.Civ.P.

6. The MGA parties' motion to quash is denied as to NPD Group, Inc. and Mel Woods based upon Mattel's representation that these witnesses have potentially relevant information regarding damages for the Phase I trial.

7. Pursuant to Paragraph 6 of the Stipulation and Order for Appointment of a Discovery Master, the MGA parties shall file this Order with the Clerk of Court forthwith.

Dated: March 11, 2008

_____
HON. EDWARD A. INFANTE (Ret.)
Discovery Master

## PROOF OF SERVICE BY E-MAIL

I, Sandra Chan, not a party to the within action, hereby declare that on March 11, 2008, I served the attached ORDER RE MGA DEFENDANTS' MOTION TO QUASH DEPOSITION SUBPOENAS in the within action by email addressed as follows:

| Name | Firm | Email |
|---|---|---|
| John W. Keker, Esq. | Keker & Van Nest | jkeker@kvn.com |
| Michael H. Page, Esq. | Keker & Van Nest | mhp@kvn.com |
| Christa Anderson, Esq. | Keker & Van Nest | cma@kvn.com |
| Matthew M. Werdegar, Esq. | Keker & Van Nest | mwerdegar@kvn.com |
| John E. Trinidad, Esq. | Keker & Van Nest | jtrinidad@kvn.com |
| Audrey Walton-Hadlock, Esq. | Keker & Van Nest | awalton-hadlock@kvn.com |
| John Quinn Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | johnquinn@quinnemanuel.com |
| Michael Zeller Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | michaelzeller@quinnemanuel.com |
| Jon Corey Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | joncorey@quinnemanuel.com |
| Duane Lyons Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | duanelyons@quinnemanuel.com |
| Timothy Alger Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | timalger@quinnemanuel.com |
| Dominic Surprenant Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | DominicSurprenant@QuinnEmanuel.com |
| B. Dylan Proctor Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | dylanproctor@quinnemanuel.com |
| Shane McKenzie Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | shanemckenzie@quinnemanuel.com |
| Bridget Hauler Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | bridgethauler@quinnemanuel.com |
| Tamar Buchakjian Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | tamarbuchakjian@quinnemanuel.com |
| Juan Pablo Alban, Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | juanpabloalban@quinnemanuel.com |
| John Gordon | Quinn, Emanuel, Urquhart, Oliver & Hedges | johngordon@quinnemanuel.com |
| Thomas J. Nolan, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | tnolan@skadden.com |
| Raoul D. Kennedy, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | rkennedy@skadden.com |
| Amy S. Park, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | apark@skadden.com |
| Harriet S. Posner, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | hposner@skadden.com |
| Carl Alan Roth, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | croth@skadden.com |
| Timothy A. Miller, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | tmiller@skadden.com |
| Marcus R. Mumford, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | Mmumford@skadden.com |
| Paul M. Eckles, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | Paul.eckles@skadden.com |
| Lance A. Etcheverry, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | Lance.etcheverry@skadden.com |
| Robert J. Herrington, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | Robert.herrington@skadden.com |

I declare under penalty of perjury under the laws of the Untied States of America that the above is true and correct.

Executed on March 11, 2008, at San Francisco, California.

_____
Sandra Chan