KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
jkeker@kvn.com
MICHAEL H. PAGE - #154913
mpage@kvn.com
CHRISTA M. ANDERSON - #184325
canderson@kvn.com
MATTHEW M. WERDEGAR - #200470
mwerdegar@kvn.com
JOHN E. TRINIDAD - #250468
jtrinidad@kvn.com
AUDREY WALTON-HADLOCK- #250574
awaltonhadlock@kvn.com
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Plaintiff
CARTER BRYANT

**BY FAX**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>                    Plaintiff,<br><br>         v.<br><br>MATTEL, INC. a Delaware Corporation,<br><br>                    Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC., v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No. CV 04-09049 SGL (RNBx) (consolidated with CV 04-9059 & 05-2727)<br><br>Hon. Stephen G. Larson<br><br>[~~PROPOSED~~] ORDER RE APPLICATION OF CARTER BRYANT TO FILE AND LODGE CERTAIN DOCUMENTS UNDER SEAL<br><br>Dept:      Courtroom 1<br>Judge:     Hon. Stephen G. Larson<br><br>Date Comp. Filed: April 13, 2005<br><br>Discovery Cut-Off: Jan. 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

LODGED

2008 MAR -7  PH 2: 34
CLERK U.S. DIST. CT.
CENTRAL DIST. OF CALIF.
RIVERSIDE

ORIGINAL

412701.01

1    Based on the Application for Leave to File and Lodge Certain Documents

2  Under Seal, filed by Carter Bryant on March 7, 2008, and good cause appearing for

3  the entry thereof, IT IS HEREBY ORDERED:

4    Carter Bryant's Notice of Motion and Motion for Partial Summary

5  Judgment, Memorandum of Points and Authorities in Support Thereof, and

6  Exhibits 1-14, 16-29, and 31 to the Declaration of Christa M. Anderson in Support

7  Thereof are ORDERED filed provisionally under seal pursuant to *Local Rule* 79-

8  5.1.  Bryant's Separate Statement in Support of his Motion for Partial Summary

9  Judgment is ORDERED lodged provisionally under seal pursuant to *Local Rule*

10  79-5.1.

11    Consistent with the Stipulation and [Proposed] Order filed jointly by the

12  Parties on March 6, 2008 (Docket No. 2490), the Parties are to meet and confer in

13  good faith in an effort to de-designate as much of this material as possible so that it

14  may be filed publicly.

15

16  Dated:_____MAR 1 0 2008_____

17

18                                                    Hon. Stephen G. Larson
                                                      United States District Judge
19

20

21

22

23

24

25

26

27

28

1

412701