

2008 MAR -7 PM 3: 36

CLERK. U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

FILED
CLERK. U.S. DISTRICT COURT

MAR 1 0 2008

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION          BY DEPUTY

1   THOMAS J. NOLAN (Bar No. 66992)
    (tnolan@skadden.com)
2   JASON D. RUSSELL (Bar No. 169219)
    (jrussell@skadden.com)
3   MARINA V. BOGOROD (Bar No. 217524)
    (mbogorad@skadden.com)
4   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
    300 South Grand Avenue, Suite 3400
5   Los Angeles, CA 90071
    Tel.: (213) 687-5000/Fax: (213) 687-5600
6
    KENNETH PLEVAN (admitted *pro hac vice*)
7   (kplevan@skadden.com)
    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
8   Four Times Square
    New York, NY 10046
9   Tel.: (212) 735-3000 / Fax: (212) 735-2000

10  Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited,
    MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian

11                  UNITED STATED DISTRICT COURT

12                  CENTRAL DISTRICT OF CALIFORNIA

13                        EASTERN DIVISION

14  CARTER BRYANT, an individual,        )  CASE NO. CV 04-9049 SGL
                                         )  (RNBx)
15                     Plaintiff,        )
                                         )  Consolidated with Case No. 04-9059
16              v.                       )  and Case No. 05-2727
                                         )
17                                       )  Honorable Stephen G. Larson
    MATTEL, INC., a Delaware             )
18  corporation,                         )  REQUEST FOR JUDICIAL
                                         )  NOTICE IN SUPPORT OF MGA
19                     Defendant.        )  PARTIES' MOTION FOR
                                         )  PARTIAL SUMMARY
20  ─────────────────────────           )  JUDGMENT and MGA PARTIES'
                                         )  STATEMENT OF
21  AND CONSOLIDATED ACTIONS             )  UNCONTROVERTED FACTS
                                         )  AND CONCLUSIONS OF LAW
22                                       )
                                         )
23                                       )

24

25

26

27

28

                MGA Parties' Request for Judicial Notice
                   Case No. CV 04-9049 SGL (RNBx)

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Rule 201 of the Federal Rules of Evidence, Parties MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian (collectively, the "MGA Parties"), respectfully request that the Court take mandatory judicial notice of the following exhibits attached to the concurrently filed Declaration of Jason D. Russell:

1.    A true and correct copy of Margaret Talbot, <u>Little Hotties</u>, The New Yorker, Vol. 82 No. 40, Dec. 4, 2006, at 74, is attached to the concurrently filed Declaration of Jason D. Russell as **Exhibit 44.**

2.    A true and correct at copy of Jan Paschal, <u>Shopping: BRATZ target the 'tween scene</u>, Reuters, June 14, 2001, is attached to the concurrently filed Declaration of Jason D. Russell as **Exhibit 45.**

3.    A true and correct copy of <u>Tween scene: toymakers strive to capture young girls' fancy</u>, The New Jersey Record, Feb. 17, 2001, at Sect. Your Time, is attached to the concurrently filed Declaration of Jason D. Russell as **Exhibit 46.**

4.    A true and correct copy of <u>MGA Entertainment's 'Looking Better Than Ever' With the Introduction of Exciting New Toy Lines at New York Toy Fair</u>, Business Wire, Feb. 8, 2001, is attached to the concurrently filed Declaration of Jason D. Russell as **Exhibit 47.**

5.    A true and correct copy of Stephanie Strom, <u>Lots of Competition for 2001's Hit Toy</u>, New York Times, Nov. 22, 2001, at Sect. C, is attached to the concurrently filed Declaration of Jason D. Russell as **Exhibit 48.**

6.    A true and correct copy of <u>Playdate 2001 Unveils Retailers' Prediction for Holiday Season's Best Selling Toys and Games; More than 30 Leading Toy and Game Companies Showcase Their Hottest New Toys; Industry Bands Together to Donate Thousands of Toys to Kids in Distressed Situations (K.I.D.S.) Charity</u>, PR

Newswire, Oct. 16, 2001, is attached to the concurrently filed Declaration of Jason D. Russell as **Exhibit 49**.

7.   A true and correct copy of Jan Paschal, Shopping – A game buyer's guide and a BRATZ update, Reuters, Nov. 16, 2001, is attached to the concurrently filed Declaration of Jason D. Russell as **Exhibit 50**.

8.   A true and correct copy of The Hype; Where, Christmas 2002 is Job 1, Daily News of Los Angeles, Dec. 27, 2001, at LA Life, is attached to the concurrently filed Declaration of Jason D. Russell as **Exhibit 51**.

9.   A true and correct copy of Jan Paschal, With BRATZ, a toy maker's dreams come true, Reuters, Feb. 14, 2002, is attached to the concurrently filed Declaration of Jason D. Russell as **Exhibit 52**.

10.   A true and correct copy of Joan Verdon, The dish on the DOLLS; the claws come out in the fashion toy competition; The lowdown on the high-fashion dolls, The New Jersey Record, Nov. 23, 2002, at F01, is attached to the concurrently filed Declaration of Jason D. Russell as **Exhibit 53**.

11.   A true and correct copy of Lisa Bannon, Barbie Faces Sassy Rivals in BRATZ Dolls -- Upstart Collection Poses Threat to Mattel's Classic Luring 'Tween' Market, Wall Street Journal, Nov. 29, 2002, at A6, is attached to the concurrently filed Declaration of Jason D. Russell as **Exhibit 54**.

12.   A true and correct copy of Lisa Bannon, Fashion Coup?  New Doll Grabs Some of Barbie's Limelight, Wall Street Journal, Nov. 29, 2002, at A11, is attached to the concurrently filed Declaration of Jason D. Russell as **Exhibit 55**.

13.   A true and correct copy of Lisa Bannon, Is It a Fashion Coup?  Sassy BRATZ Grab Some of Barbie's Limelight -- Upstart is Reaching Preteens With Street-Smart Look for Toy, Wall Street Journal, Dec. 2, 2002, at A1, is attached to the concurrently filed Declaration of Jason D. Russell as **Exhibit 56**.

1  14.   A true and correct copy of Maureen Tkacik, <u>Dolled Up: To Lure Older</u>
2  <u>Girls, Mattel Brings in Hip-Hop Crowd; It Sees Stalwart Barbie Lose Market Share,</u>
3  <u>So 'Flavas' Will Take on the 'BRATZ'; Battle of the Big Heads,</u> Wall Street
4  Journal, July 18, 2003, at A1, is attached to the concurrently filed Declaration of
5  Jason D. Russell as **Exhibit 57**.

6  15.   A true and correct copy of Angela Moore, <u>BRATZ creator Larian aims</u>
7  <u>to win Barbie's core fans,</u> Reuters, Dec. 3, 2003, is attached to the concurrently
8  filed Declaration of Jason D. Russell as **Exhibit 58**.

9  16.   A true and correct copy of Abigail Goldman, <u>BRATZ Dolls' Little</u>
10  <u>Sisters to Challenge Barbie,</u> Los Angeles Times, Dec. 4, 2003, at C1, is attached to
11  the concurrently filed Declaration of Jason D. Russell as **Exhibit 59**.

12  17.   A true and correct copy of Brent Hopkins, <u>Look for BRATZ Story on</u>
13  <u>the Silver Screen,</u> The Daily News of Los Angeles, Feb. 13, 2004, at B3, is attached
14  to the concurrently filed Declaration of Jason D. Russell as **Exhibit 60**.

15  18.   A true and correct copy of Denise I. O'Neal, <u>BRATZ packers are</u>
16  <u>what's cool in a doll world,</u> Chicago Sun-Times, Mar. 5, 2004, at 55, is attached to
17  the concurrently filed Declaration of Jason D. Russell as **Exhibit 61**.

18  19.   A true and correct copy of Maureen Tkacik, <u>Mattel Tries Hip-Hop</u>
19  <u>Dolls – Firm's Stalwart Barbie Loses Market Share, so 'Flavas' Will Take on</u>
20  <u>Rivals the 'BRATZ,'</u> Wall Street Journal, July 21, 2003, at A8, is attached to the
21  concurrently filed Declaration of Jason D. Russell as **Exhibit 62**.

22  20.   A true and correct copy of Bruce Horovitz, <u>From kids to adults, the</u>
23  <u>USA is stuck on stickers,</u> USA Today, Feb. 14, 2001, at 1B, is attached to the
24  concurrently filed Declaration of Jason D. Russell as **Exhibit 63**.

25  21.   A true and correct copy of <u>Mattel, Inc. Showcases the Hottest Toys in</u>
26  <u>the Industry At Toy Fair 2001 in New York City!; The Premiere Toy Company</u>
27  <u>Highlights the Best of the Best In Family Entertainment Products,</u> PR Newswire,
28

1 | Feb. 12, 2001, is attached to the concurrently filed Declaration of Jason D. Russell
2 | as **Exhibit 64**.

3       22.   A true and correct copy of <u>Mattel, Inc. Showcases the Hottest Toys in
4 | the Industry at Toy Fair 2001 in New York City! The Premiere Toy Company
5 | Highlights the Best of the Best in Family Entertainment Products</u>, Business Wire,
6 | Feb. 9, 2001, is attached to the concurrently filed Declaration of Jason D. Russell as
7 | **Exhibit 65**.

8       23.   A true and correct copy of Glenn Collins, <u>Big Makers Scale Back At
9 | Toy Fair;  So the Little Guys Have More Room To Show Their Stuff</u>, New York
10 | Times, Feb. 8, 2001, at B1, is attached to the concurrently filed Declaration of
11 | Jason D. Russell as **Exhibit 66**.

12      24.   A true and correct copy CD of BRATZ appearing on a nationally
13 | syndicated clip of Toy Fair Highlights bearing bates number MGA3787469 is
14 | attached to the concurrently filed Declaration of Jason D. Russell as **Exhibit 67**.

15      25.   True and correct copies of publicly available Copyright Registrations
16 | VA 1-378-648, VA 1-378-649, VA 1-378-650, VA 1-378-651, VA 1-378-652, VA
17 | 1-378-653, VA 1-378-654, VA 1-378-655, VA 1-378-656, VA 1-378-657, VA 1-
18 | 378-658, VA 1-378-659, VA 1-378-660, VAu 715-270, VAu 715-271, and VAu
19 | 715-273, are attached to the concurrently filed Declaration of Jason D. Russell as
20 | **Exhibit 68**.

21      26.   A true and correct copy of <u>StreamCast Networks, Inc. v. Skype Techs.,
22 | S.A.</u>, No. CV 06-391 FMC (ex), Memorandum Opinion (C.D. Cal. Sept. 14, 2006),
23 | is attached to the concurrently filed Declaration of Jason D. Russell as **Exhibit 69**.

24      27.   A true and correct copy of Eric Clark, <u>The Real Toy Story: Inside the
25 | Ruthless Battle for America's Youngest Consumers</u>, Ch. 4, at 76-108 (2007) is
26 | attached to the concurrently filed Declaration of Jason D. Russell as **Exhibit 70**.

27

28

1

## ARGUMENT

2    Rule 201 of the Federal Rules of Evidence authorizes the Court to take
3 judicial notice of a fact that is "either (1) generally known within the territorial
4 jurisdiction of the trial court or (2) capable of accurate and ready determination by
5 resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid.
6 201(b). Further, upon proper notice, the Court is required to take judicial notice of
7 such documents if furnished with sufficient information to enable it to take judicial
8 notice. Fed. R. Evid. 201(d). Such judicial notice is appropriate at any stage in the
9 proceeding. Fed. R. Evid. 201(f). See, e.g., Ritter v. Hughes Aircraft Co., 58 F.3d
10 454, 458-59 (9th Cir. 1995) (court applying judicial notice in motion for summary
11 judgment).

12    Here, MGA Parties seek judicial notice of four categories of materials, which
13 are identified in the Request for Judicial Notice and attached to the Declaration of
14 Jason D. Russell; 1) media articles and books; 2) copyright registrations;
15 3) television broadcasts; and 4) an unpublished decision of the Central District of
16 California. Each document identified in the Request for Judicial Notice and
17 attached to the Declaration of Jason D. Russell is the proper subject of judicial
18 notice under Fed. R. Evid. 201.

19
### 1.    Media Article and Books:

20    The MGA Parties request that the Court take judicial notice of Exhibits 44-
21 66 and 70. It is well established that media articles and books are the proper
22 subject of judicial notice. See, e.g., Microsoft Corp. v. BEC Computer Co., 818 F.
23 Supp. 1313, 1319 (C.D. Cal. 1992) ("[T]his Court finds that it may properly take
24 judicial notice of the existence of the article and advertisements from *PC
25 Magazine*.").

26
### 2.    Copyright Registrations:

27    The Court should also take judicial notice of Exhibit 68, which are copyright
28

1   registrations filed in connection with the BRATZ, because copyright registrations
2   are the proper subject for judicial notice.   See, e.g., Warren v. Fox Family
3   Worldwide, Inc. et al., 171 F. Supp. 2d 1057, 1062 (C.D. Cal. 2001) (holding that
4   Copyright Registration is properly the subject of judicial notice).

5         3.   **Television Broadcasts:**

6         The MGA Parties request that the Court take judicial notice of Exhibit 67,
7   which contains television broadcasts.  Television broadcasts are capable of accurate
8   and ready determination through reliable sources and thus are the proper subject of
9   judicial notice.  See, e.g., Isuzu Motors Ltd. V. Consumers Union, 12 F. Supp. 2d
10  1035, 1042 (C.D. Cal. 1998) (taking judicial notice of television programs).

11        4.   **Unpublished Decision of the Central District of California:**

12        Finally, MGA Parties request that the Court take judicial notice of Exhibit 69,
13  which is an unpublished decision from a court in this District on issues that are
14  similar to those raised in the MGA Parties' Motion for Partial Summary Judgment.
15  Opinions of other courts are the proper subject of judicial notice. See, e.g., Wendt
16  v. Smith, 273 F. Supp. 2d 1078, 1082 (C.D. Cal. 2003) (taking judicial notice of
17  district court and unpublished Ninth Circuit opinions); see also Louie vs.
18  McCormick & Schmick Rest. Corp., 460 F. Supp. 2d 1153, 1156 n.4 (C.D. Cal.
19  2006) (noting that "We make take judicial notice of proceedings in other courts,
20  both within and without the federal judicial system."); Action Performance Co. v.
21  Bohbot, 420 F. Supp. 2d 1115, 1118 n.2 (C.D. Cal. 2006) (taking judicial notice of
22  a California Court of Appeals unpublished decision); accord. United States ex rel.
23  Robinson Rancheria Citizens Council v. Borneo, Inc., 971 F.2d 244, 248 (9th Cir.
24  1992) (stating that federal and state opinions are the proper subject of judicial

25
26
27
28

1 | notice and taking judicial notice of a state court decision).

2 | DATED: March 7, 2008

3 | SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP

5 | By: _____
Thomas J. Nolan

6 | Attorneys for MGA Entertainment, Inc.,
MGA Entertainment (HK) Limited, MGAE

7 | de Mexico, S.R.L. DE C.V., and Isaac
Larian