```
 1 | THOMAS J. NOLAN (Bar No. 66992)
   | (tnolan@skadden.com)
 2 | JASON D. RUSSELL (Bar No. 169219)
   | (jrussell@skadden.com)
 3 | MARINA V. BOGORAD (Bar No. 217524)
   | (mbogorad@skadden.com)
 4 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   | 300 South Grand Avenue
 5 | Los Angeles, CA 90071-3144
   | Telephone:  (213) 687-5000
 6 | Facsimile:  (213) 687-5600
 7 | KENNETH PLEVAN (admitted pro hac vice)
   | (kplevan@skadden.com)
 8 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   | Four Times Square
 9 | New York, NY 10046
   | Tel.: (212) 735-3000 / Fax: (212) 735-2000
10 |
   | Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited,
11 | MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian
```

FILED
CLERK, U.S. DISTRICT COURT
MAR 10 2008
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION
BY DEPUTY

LODGED

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, <br><br> Plaintiff, <br><br> v. <br><br> MATTEL, INC., a Delaware corporation <br><br> Defendant. <br><br> AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx) <br><br> Consolidated with Case No. 04-9059 and Case No. 05-2727 <br><br> Honorable Stephen G. Larson <br><br> **PROOF OF SERVICE** |

PROOF OF SERVICE
NO. CV 04-9049 SGL (RNBx)

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 300 South Grand Avenue, 34th Floor, Los Angeles, CA 90071.

On **March 7, 2008**, I served the foregoing documents described as:

**SEE ATTACHED DOCUMENT LIST**

on the interested parties in this action addressed as follows:

**SEE ATTACHED SERVICE LIST**

(x) (BY PERSONAL SERVICE)  ( ) By personally delivering copies to the person served. (FEDERAL)

(x) I caused such document to be hand delivered to the above addressees. (FEDERAL)

(X) (BY FEDERAL EXPRESS)

( ) (BY ELECTRONIC MAIL)

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed on **March 7, 2008**, in Los Angeles, California.

    Matthew T. Bowman
    PRINT NAME         SIGNATURE

## DOCUMENT LIST

**MGA PARTIES' NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

**MGA PARTIES' STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF THEIR MOTION FOR PARTIAL SUMMARY JUDGMENT**

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT THEREOF**

**DECLARATION OF JASON RUSSELL IN SUPPORT THEREOF**

**DECLARATION OF ISAAC LARIAN IN SUPPORT THEREOF**

**[PROPOSED] ORDER GRANTING MGA PARTIES' MOTION FOR PARTIAL SUMMARY JUDGMENT**

**PROOF OF SERVICE**

## SERVICE LIST

<u>VIA PERSONAL SERVICE</u>

John B. Quinn, Esq.
Michael T. Zeller, Esq.
Jon D. Corey, Esq.
Quinn Emanuel Urquhart Oliver &
Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
(213) 443-3000
(213) 443-3100 (Fax)

Attorneys for Mattel, Inc.

<u>VIA FEDERAL EXPRESS</u>

Mark E. Overland, Esq.
Alexander H. Cote, Esq.
David S. Scheper, Esq.
Overland Borenstein Scheper & Kim
300 South Grand Avenue, Suite 2750
Los Angeles, CA 90071
Telephone: (213) 613-4655
Facsimile: 9213) 613-4656

Attorneys for Carlos Gustavo Machado Gomez

<u>VIA FEDERAL EXPRESS</u>

John W. Keker, Esq.
Michael H. Page, Esq.
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111
(415) 391-5400
(415) 397-7188 (Fax)

Attorneys for Carter Bryant