```
 1 | THOMAS J. NOLAN (Bar No. 66992)
   | (tnolan@skadden.com)
 2 | JASON D. RUSSELL (Bar No. 169219)
   | (jrussell@skadden.com)
 3 | MARINA V. BOGORAD (Bar No. 217524)
   | (mbogorad@skadden.com)
 4 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   | 300 South Grand Avenue
 5 | Los Angeles, CA 90071-3144
   | Telephone: (213) 687-5000
 6 | Facsimile:  (213) 687-5600
 7 | KENNETH PLEVAN (admitted pro hac vice)
   | (kplevan@skadden.com)
 8 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   | Four Times Square
 9 | New York, NY 10046
   | Tel.: (212) 735-3000 / Fax: (212) 735-2000
10 |
   | Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited,
11 | MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian
12 |
```

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with Case No. 04-9059 and Case No. 05-2727 |
| v. | |
| MATTEL, INC., a Delaware corporation | Honorable Stephen G. Larson |
| Defendant. | **PROOF OF SERVICE** |
| AND CONSOLIDATED ACTIONS | |

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 300 South Grand Avenue, 34th Floor, Los Angeles, CA 90071.

On **March 10, 2008**, I served the foregoing documents described as:

## SEE ATTACHED DOCUMENT LIST

on the interested parties in this action addressed as follows:

## SEE ATTACHED SERVICE LIST

(x)  (BY PERSONAL SERVICE)   ( )   By personally delivering copies to the person served. (FEDERAL)

(x)   I caused such document to be hand delivered to the above addressees. (FEDERAL)

(X)  (BY FEDERAL EXPRESS)

0   (BY ELECTRONIC MAIL)

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed on **March 10, 2008**, in Los Angeles, California.

Matthew T. Bowman
PRINT NAME                    SIGNATURE

## DOCUMENT LIST

MGA PARTIES' CORRECTED NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT, MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF;

PROOF OF SERVICE

1 | SERVICE LIST

2 |

3 | **VIA PERSONAL SERVICE**  **VIA FEDERAL EXPRESS**

4 | John B. Quinn, Esq.  John W. Keker, Esq.
Michael T. Zeller, Esq.  Michael H. Page, Esq.
5 | Jon D. Corey, Esq.  Keker & Van Nest, LLP
Quinn Emanuel Urquhart Oliver &  710 Sansome Street
6 | Hedges, LLP  San Francisco, CA 94111
865 South Figueroa Street, 10th Floor  (415) 391-5400
7 | Los Angeles, CA 90017-2543  (415) 397-7188 (Fax)
(213) 443-3000
8 | (213) 443-3100 (Fax)  Attorneys for Carter Bryant

9 | Attorneys for Mattel, Inc.

10 |

11 | **VIA FEDERAL EXPRESS**

12 | Mark E. Overland, Esq.
Alexander H. Cote, Esq.
13 | David S. Scheper, Esq.
Overland Borenstein Scheper & Kim
14 | 300 South Grand Avenue, Suite 2750
Los Angeles, CA 90071
15 | Telephone: (213) 613-4655
Facsimile: 9213) 613-4656

16 | Attorneys for Carlos Gustavo Machado
Gomez

4

PROOF OF SERVICE
NO. CV 04-9049 SGL (RNBx)