QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated With Case No. 04-9059 and Case No. 05-2727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Hon. Edward Infante (Ret.)]**<br><br>[PUBLIC REDACTED] DECLARATION OF WILLIAM A. MOREHEAD IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM THIRD PARTY RIGHT MANAGEMENT CONSULTANTS, INC.<br><br>Hearing Date: TBD<br>Time: TBD<br><br>**Phase 1:**<br>Discovery Cut-off: January 28, 2008<br>Pre-trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

-1-
[PUBLIC REDACTED] DECLARATION OF WILLIAM A. MOREHEAD

18298/2430396.1

### DECLARATION OF WILLIAM A. MOREHEAD

I, William A. Morehead, declare as follows:

1. I am a member of the bar of the State of California and an associate for Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. I make this declaration in support of Mattel Inc.'s ("Mattel") Opposition to MGA Entertainment Inc.'s ("MGA") Motion to Compel Production of Documents from Third Party Right Management Consultants, Inc. ("Right"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. On January 16, 2008, Right provided to Mattel documents that Right had identified as being responsive to the outstanding documents requests in MGA's December 19, 2008 subpoena for documents.

3. On March 7, 2008, I reviewed these documents, which relate to Right's services in connection with Mattel's lay-offs of employees.

4. 

5. [redacted]

6. [redacted]

1
2
3
4   Executed on March 10, 2008, at Los Angeles, California.
5
6
7                                      _____
                                       William Morehead
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28