1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
    John B. Quinn (Bar No. 90378)
2   (johnquinn@quinnemanuel.com)
    Michael T. Zeller (Bar No. 196417)
3   (michaelzeller@quinnemanuel.com)
    Jon D. Corey (Bar No. 185066)
4   (joncorey@quinnemanuel.com)
    865 South Figueroa Street, 10th Floor
5  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
6  Facsimile: (213) 443-3100

7  Attorneys for Plaintiff and Counter-Defendant
   Mattel, Inc.
8

9                UNITED STATES DISTRICT COURT

10               CENTRAL DISTRICT OF CALIFORNIA

11                     EASTERN DIVISION

12 | CARTER BRYANT, on behalf of           | Case No. CV 04-09049 SGL (RNBx)
13 | himself, all present and former       |
   | employees of Mattel, Inc., and the    | **AMENDED PROOF OF SERVICE**
14 | general public,                       |
   |                                       | Hon. Edward Infante (Ret.)
15 |              Counter-Claimant,        |
   |                                       | Date:  TBA
16 |       v.                              | Time:  TBA.
   |                                       | Place: TBA
17 | MATTEL, INC., a Delaware              |
   | Corporation,                          | Discovery Cut-Off:    Jan. 28, 2008
18 |                                       | Pre-Trial Conference: May 5, 2008
   |              Counter-Defendant.       | Trial Date:           May 27, 2008
19

20

...

28

07209/2429722.1                PROOF OF SERVICE

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On March 10, 2008, I served true copies of the following document(s)

SEE ATTACHED LIST

on the parties in this action as follows:

| | |
|---|---|
| John W. Keker, Esq.<br>Michael Page, Esq.<br>John E. Trinidad, Esq.<br>**Keker & Van Nest**<br>710 Sansome Street<br>San Francisco, CA 94111 | Mark E. Overland, Esq.<br>Alexander H. Cote, Esq.<br>**Overland Borenstein, Scheper & Kim, LLP**<br>300 South Grand Avenue, Suite 2750<br>Los Angeles, CA 90071 |

[X] **BY MAIL:** I am "readily familiar" with the practices of Quinn Emanuel Urquhart Oliver & Hedges for collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. I enclosed the foregoing in sealed envelope(s) addressed as shown above, and such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary business practices.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 10, 2008, at Los Angeles, California.



John Erickson