QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
JOHN B. QUINN (State Bar No. 090378)
MICHAEL T. ZELLER (State Bar No. 196417)
JON D. COREY (State Bar No. 185066)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000; Facsimile: (213) 443-3100

STROOCK & STROOCK & LAVAN LLP
BARRY B. LANGBERG (State Bar No. 048158)
MICHAEL J. NIBORSKI (State Bar No. 192111)
2029 Century Park East, Suite 1600
Los Angeles, California 90067-3086
(lacalendar@stroock.com)
Telephone: (310) 556-5800; Facsimile: (310) 556-5959

Attorneys for MATTEL, INC.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>NOTICE OF LODGING IN SUPPORT OF MATTEL, INC.'S NOTICE OF MOTION AND MOTION OBJECTING TO DISCOVERY MASTER'S FEBRUARY 26, 2008 ORDER DENYING MATTEL'S MOTION TO COMPEL DEPOSITION OF CHRISTOPHER PALMERI<br><br>Date:  April 7, 2008<br>Time:  10:00 a.m.<br>Place: Courtroom 1 |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE that plaintiff Mattel, Inc. hereby lodges the following documents with the Court in support of its Motion Objecting to Discovery Master's February 26, 2008 Order Denying Mattel's Motion to Compel Deposition of Christopher Palmeri:

1. Mattel, Inc.'s Notice of Motion and Motion to Compel the Deposition of Christopher Palmeri, dated January 21, 2008, attached hereto as Exhibit 1.

2. Declaration of Michael J. Niborski in Support of Mattel, Inc.'s Notice of Motion and Motion to Compel the Deposition of Christopher Palmeri, dated January 20, 2008, attached hereto as Exhibit 2.

3. Opposition to Mattel's Motion to Compel the Deposition of Christopher Palmeri; Declaration of Chris Palmeri with Exhibits A-B; Declaration of Alonzo Wickers, dated January 29, 2008, attached hereto as Exhibit 3.

4. Mattel, Inc.'s Reply in Support of Motion to Compel the Deposition of Christopher Palmeri, attached hereto as Exhibit 4.

Dated: March 11, 2008

STROOCK & STROOCK & LAVAN LLP
BARRY B. LANGBERG
MICHAEL J. NIBORSKI

By: /s/ Michael J. Niborski
Michael J. Niborski
Attorneys for MATTEL, INC.