

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 90378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

**FILED**
**CLERK. U.S. DISTRICT COURT**

MAR 11 2008

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION       BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

CARTER BRYANT, an individual,

Plaintiff,

vs.

MATTEL, INC., a Delaware corporation,

Defendant.

AND CONSOLIDATED ACTIONS

CASE NO. CV 04-9049 SGL (RNBx)

Consolidated with
Case No. CV 04-09059
Case No. CV 05-02727

**DISCOVERY MATTER**

**[To be Heard by Discovery Master Hon. Edward Infante (Ret.) Pursuant to Court Order of December 6, 2006]**

[PROPOSED] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL: (1) MATTEL, INC.'S OPPOSITION TO MGA PARTIES' MOTION FOR CLARIFICATION REGARDING PORTIONS OF FEBRUARY 15, 2008 ORDER GRANTING IN PART AND DENYING IN PART MATTEL'S MOTION TO COMPEL RESPONSES TO INTERROGATORY NOS. 27-44 AND 46-50 BY THE MGA PARTIES; AND (2) EXHIBITS 3-8 TO THE DECLARATION OF JON D. COREY

[Local Rule 79-5.1]

**Phase 1**
Discovery Cut-Off:       Jan. 28, 2008
Pre-Trial Conference:    May 5, 2008
Trial Date:              May 27, 2008

[PROPOSED] ORDER

1

[PROPOSED] ORDER

2      Based on the concurrently filed Application to File Under Seal (1)

3    Mattel's Opposition to MGA Parties' Motion for Clarification Regarding Portions of

4    February 15, 2008 Order Granting in Part and Denying in Part Mattel's Motion to

5    Compel Responses to Interrogatory Nos. 27-44 and 46-50 By the MGA Parties; and

6    (2) Exhibits 3-8 of the concurrently filed Declaration of Jon D. Corey, IT IS

7    HEREBY ORDERED:

8      Mattel's Opposition to MGA Parties' Motion for Clarification

9    Regarding Portions of February 15, 2008 Order Granting in Part and Denying in

10   Part Mattel's Motion to Compel Responses to Interrogatory Nos. 27-44 and 46-50

11   By the MGA Parties; and Exhibits 3-8 of the concurrently filed Declaration of Jon

12   D. Corey are ORDERED filed under seal pursuant to Local Rule 79-5.1.

13

14

15   DATED:            MAR 11 2008            , 2008            _____

16                                                         Hon. Stephen G. Larson
                                                           United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

07209/2430357.1

-2-

[PROPOSED] ORDER