```
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
JOHN B. QUINN (State Bar No. 090378)
MICHAEL T. ZELLER (State Bar No. 196417)
JON D. COREY (State Bar No. 185066)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000; Facsimile: (213) 443-3100

STROOCK & STROOCK & LAVAN LLP
BARRY B. LANGBERG (State Bar No. 048158)
MICHAEL J. NIBORSKI (State Bar No. 192111)
2029 Century Park East, Suite 1600
Los Angeles, California 90067-3086
(lacalendar@stroock.com)
Telephone: (310) 556-5800; Facsimile: (310) 556-5959

Attorneys for MATTEL, INC.
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant. | Case No. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL CERTAIN EXHIBITS TO THE SUPPLEMENTAL DECLARATION OF MICHAEL J. NIBORSKI IN SUPPORT OF MATTEL, INC.'S NOTICE OF MOTION AND MOTION OBJECTING TO DISCOVERY MASTER'S FEBRUARY 26, 2008 ORDER DENYING MATTEL'S MOTION TO COMPEL DEPOSITION OF CHRISTOPHER PALMERI<br><br>[[Proposed] Order filed concurrently herewith] |

|   |   |
|---|---|
| AND CONSOLIDATED ACTIONS | Date: April 7, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 1 |

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal Exhibits 3, 4 and 5 to the Supplemental Declaration of Michael J. Niborski in Support of Mattel, Inc.'s Notice of Motion and Motion Objecting to Discovery Master's February 26, 2008 Order Denying Mattel's Motion to Compel Deposition of Christopher Palmeri (the "Supplemental Niborski Declaration").

Exhibits 3, 4 and 5 to the Supplemental Niborski Declaration include materials that Mattel or MGA have designated as "Confidential" or "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order. Accordingly, Mattel requests that the Court order that Exhibit 3, 4 and 5 to the Supplemental Niborski Declaration be filed under seal.

Dated: March 11, 2008

STROOCK & STROOCK & LAVAN LLP
BARRY B. LANGBERG
MICHAEL J. NIBORSKI


By: /s/ Michael J. Niborski
Michael J. Niborski

Attorneys for MATTEL, INC.

APPLICATION TO FILE UNDER SEAL