| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
| 2 | JOHN B. QUINN (State Bar No. 090378) |
|   | MICHAEL T. ZELLER (State Bar No. 196417) |
| 3 | JON D. COREY (State Bar No. 185066) |
| 4 | 865 South Figueroa Street, 10th Floor |
|   | Los Angeles, California  90017-2543 |
| 5 | Telephone: (213) 443-3000; Facsimile: (213) 443-3100 |
| 6 | |
| 7 | STROOCK & STROOCK & LAVAN LLP |
|   | BARRY B. LANGBERG (State Bar No. 048158) |
| 8 | MICHAEL J. NIBORSKI (State Bar No. 192111) |
|   | 2029 Century Park East, Suite 1600 |
| 9 | Los Angeles, California  90067-3086 |
| 10 | (lacalendar@stroock.com) |
|   | Telephone: (310) 556-5800; Facsimile: (310) 556-5959 |

Attorneys for MATTEL, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant. | Case No. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>[PROPOSED] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL CERTAIN EXHIBITS TO THE SUPPLEMENTAL DECLARATION OF MICHAEL J. NIBORSKI IN SUPPORT OF MATTEL, INC.'S NOTICE OF MOTION AND MOTION OBJECTING TO DISCOVERY MASTER'S FEBRUARY 26, 2008 ORDER DENYING MATTEL'S MOTION TO COMPEL DEPOSITION OF CHRISTOPHER PALMERI |

| | |
|---|---|
| 1  AND CONSOLIDATED ACTIONS | Date: April 7, 2008 |
| 2 | Time: 10:00 a.m. |
| 3 | Place: Courtroom 1 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

AND CONSOLIDATED ACTIONS

[PROPOSED] ORDER

[~~PROPOSED~~] ORDER

Based on the concurrently filed Mattel, Inc.'s Application To File Under Seal Certain Exhibits to the Supplemental Declaration of Michael J. Niborski in Support of Mattel, Inc.'s Notice of Motion and Motion Objecting to Discovery Master's February 26, 2008 Order Denying Mattel's Motion to Compel Deposition of Christopher Palmeri, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Exhibits 3, 4 and 5 to the Supplemental Declaration of Michael J. Niborski in Support of Mattel, Inc.'s Notice of Motion and Motion Objecting to Discovery Master's February 26, 2008 Order Denying Mattel's Motion to Compel Deposition of Christopher Palmeri are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: MAR 11 2008

_____
Hon. Stephen G. Larson
United States District Judge