QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
johnquinn@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
Timothy L. Alger (Bar No. 160303)
(timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>[~~PROPOSED~~] ORDER GRANTING MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL NOTICE OF ERRATA RE MATTEL, INC.'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT; MATTEL, INC.'S [CORRECTED] NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT; AND MATTEL, INC.'S [CORRECTED] SEPARATE STATEMENT OF UNCONTESTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF MATTEL, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT<br><br>[C.D. Rule 79-5.1]<br><br>Hearing Date: April 23, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 1 |

07209/2429214.1

-1-
[PROPOSED] ORDER GRANTING MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

Good cause having been shown in Mattel, Inc.'s concurrently filed Application to File Under Seal Notice of Errata Re Mattel, Inc.'s Notice of Motion and Motion for Partial Summary Judgment; Mattel, Inc.'s [Corrected] Notice of Motion and Motion for Partial Summary Judgment; and Mattel, Inc.'s [Corrected] Separate Statement of Uncontested Facts and Conclusions of Law In Support of Mattel, Inc.'s Motion for Partial Summary Judgment,

The following documents are ORDERED to be filed under seal pending further order of the Court:

1. Notice of Errata Re Mattel, Inc.'s Notice of Motion and Motion For Partial Summary Judgment;

2. Mattel, Inc.'s [Corrected] Notice of Motion and Motion for Partial Summary Judgment; and

3. Mattel, Inc.'s [Corrected] Separate Statement of Uncontested Facts and Conclusions of Law In Support of Mattel, Inc.'s Motion and Motion for Partial Summary Judgment.

IT IS SO ORDERED.

DATED: MAR 11 2008

_____
Hon. Stephen G. Larson
United States District Judge