1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
    John B. Quinn (Bar No. 090378)
2   (johnquinn@quinnemanuel.com)
    Michael T. Zeller (Bar No. 196417)
3   (michaelzeller@quinnemanuel.com)
    Jon D. Corey (Bar No. 185066)
4   (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
6  Facsimile: (213) 443-3100

7  Attorneys for Mattel, Inc.

8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10                    EASTERN DIVISION

11 CARTER BRYANT, an individual,        CASE NO. CV 04-9049 SGL (RNBx)
                                        Consolidated with
12           Plaintiff,                 Case Nos. CV 04-09059 & CV 05-2727
13     vs.                              **DISCOVERY MATTER**
14 MATTEL, INC., a Delaware             [To Be Heard By Discovery Master Hon.
   corporation,                         Edward Infante (Ret.) Pursuant To The
15                                      Court's Order of December 6, 2006]
             Defendant.
16                                      [PROPOSED] ORDER RE MATTEL,
                                        INC.'S APPLICATION TO FILE UNDER
17 AND CONSOLIDATED ACTIONS             SEAL MATTEL, INC.'S OPPOSITION TO
                                        MGA'S MOTION TO COMPEL
18                                      PRODUCTION OF DOCUMENTS FROM
                                        THIRD PARTY RIGHT MANAGEMENT
19                                      CONSULTANTS, INC. AND
                                        DECLARATION OF WILLIAM A.
20                                      MOREHEAD IN SUPPORT THEREOF

21                                      Date:  TBD
                                        Time:  TBD
22                                      Place: TBD

23                                      **Phase 1**
                                        Discovery Cut-Off:    January 28, 2008
24                                      Pre-Trial Conference: May 5, 2008
                                        Trial Date:           May 27, 2008
25

26

27

28

07209/2421842.1

[PROPOSED] ORDER

# [~~PROPOSED~~] ORDER

Based on the concurrently filed Application to File Under Seal Mattel's Opposition to MGA's Motion to Compel Production of Documents from Third Party Right Management Consultants, Inc. and the Declaration of William A. Morehead in support thereof, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Mattel's Opposition to MGA's Motion to Compel Production of Documents from Third Party Right Management Consultants, Inc. and the Declaration of William A. Morehead in support thereof is ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: MAR 11 2008, 2008

_____
Hon. Stephen G. Larson
United States District Judge