1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     John B. Quinn (Bar No. 090378)
2    johnquinn@quinnemanuel.com
     Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
     Jon D. Corey (Bar No. 185066)
4    (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California  90017-2543
   Telephone:  (213) 443-3000
6  Facsimile:   (213) 443-3100

7  Attorneys for Mattel, Inc.

8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10                         EASTERN DIVISION

11 | CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx)
12 | Plaintiff, | Consolidated with
   | | Case No. CV 04-09059
13 | vs. | Case No. CV 05-02727
14 | MATTEL, INC., a Delaware | **AMENDED PROOF OF SERVICE**
15 | corporation, | Date:  April 23, 2008
16 | Defendant. | Time:  10:00 a.m.
   |            | Place: Courtroom 1
17 |            |
   |            | **Phase 1**
18 |            | Discovery Cut-Off:     Jan. 28, 2008
   |            | Pre-Trial Conference:  May 5, 2008
19 |            | Trial Date:            May 27, 2008

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is NOW Messenger Service, 1301 West Second Street, Suite 206, Los Angeles, California 90026.

On March 11, 2008, I served true copies of the following documents described as: **MATTEL, INC.'S [CORRECTED] MOTION FOR PARTIAL SUMMARY JUDGMENT** on the parties in this action as follows:

John W. Keker, Esq.
Michael H. Page, Esq.
Christa M. Anderson, Esq.
**Keker & Van Nest, LLP**
710 Sansome Street
San Francisco, CA 94111

[√] **PERSONAL:** By personally delivering the document listed above to the person(s) at the address(es) set forth above.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made

Executed on March 11, 2008, at Los Angeles, California.

*/s/ Dave Quintana*
Dave Quintana