UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
|---|---|
| Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
| vs. | |
| MATTEL, INC., a Delaware corporation, | [~~PROPOSED~~] ORDER ON STIPULATION RE: EXPERT DISCOVERY FOR PHASE 1 |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | **Phase 1:**<br>Discovery Cut-Off:   January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date:           May 27, 2008 |

07209/2413738.1

[~~PROPOSED~~] ORDER ON STIPULATION RE: EXPERT DISCOVERY

## [~~Proposed~~] Order

Based on the stipulation of the parties, and good cause appearing therefor, it is hereby ORDERED that:

1. Each party shall provide the other parties with a list of the documents sought from each of the experts identified by the responding party (the "Expert Document Requests"). The Expert Document Requests shall not be interpreted to seek the following category of documents, nor shall they be the subject of discovery or inquiry at trial:

    (a) communications between the expert and counsel authored by the attorney or the expert or their respective staff members;

    (b) notes, drafts, preliminary reports or any other type of work done by or for experts authored by the attorney or the expert or their respective staff members.

These exclusions from the Expert Document Requests shall not apply to any material or information that the Expert relies upon for his or her opinion or opinions. In addition, these exclusions from the Expert Document Requests shall not apply to Tina Tomiyama.

2. The responding party shall produce documents responsive to the Expert Document Requests within seven (7) calendar days of the receipt by counsel of the Expert Document Requests;

3. The stipulation of the parties shall not constitute a waiver by any party to 1) submit more than one Expert Document Request or to request that a particular identified expert produce documents in addition to those included on any Expert Document Requests; or 2) object to any portion of the Expert Document Requests and to the production of documents responsive thereto;

4.  Experts located outside of this District shall be deposed at their city of residence or such other location that the parties may agree upon in writing;

IT IS SO ORDERED.

DATED: MAR 1 1 2008

_____
Hon. Stephen G. Larson
United States District Court Judge

-2-
[PROPOSED] ORDER ON STIPULATION RE: EXPERT DISCOVERY