UNITED STATED DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>                Plaintiff,<br><br>   v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>                Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>[PROPOSED] ORDER REGARDING PRETRIAL DEADLINES<br><br>Honorable Stephen G. Larson |

## [PROPOSED] ORDER

Pursuant to the Stipulation between the MGA Defendants, Carter Bryant, and Mattel ("The Parties"), by and through their counsel of record and subject to the Court's approval, IT IS SO ORDERED that:

1. The parties shall exchange proposed stipulations of fact, exhibit lists, witness lists, and deposition designations, as set forth in the Court's Standing Scheduling Order and Local Rule 16-2, by April 1, 2008, and any objections thereto by April 14, 2008;

2. The parties shall exchange jury instructions and special verdict forms, as set forth in the Court's Standing Scheduling Order, by April 4, 2008, and any objections thereto by April 14, 2008;

3. The parties shall exchange counter-deposition designations by April 10, 2008, and any objections thereto by April 14, 2008;

4. The parties shall conduct the meeting of counsel in accordance with Local Rule 16-2 by April 16, 2008;

5. The parties shall file the submissions required by Federal Rule of Civil Procedure 16 and Local Rule 16 by April 21, 2008; and

6. The Final Pretrial Conference shall be held on May 5, 2008. @ 11:00 a.m.

IT IS SO ORDERED:

Dated: MAR 11 2008

/s/ Larson

The Honorable Stephen G. Larson

[Proposed] Order
Case No. CV 04-9049 SGL (RNBx)