QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff and Cross-Defendant Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED CASES | Case No. CV 04-09049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>[~~PROPOSED~~] ORDER ON STIPULATION RE: SERVICE OF EXPERT REPORT OF WILLIAM J. FLYNN<br><br>**Phase 1:**<br>Discovery Cut-off: January 28, 2008<br>Pre-trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2387909.1

[~~PROPOSED~~] ORDER RE: SERVICE OF EXPERT REPORT OF WILLIAM J. FLYNN

# [PROPOSED] ORDER

The Mattel and defendants having so stipulated, and finding good cause hereto, IT IS HEREBY ORDERED THAT:

1. The time for Mattel to serve the initial expert report of William J. Flynn is extended to and including February 12, 2008;

1. The time for defendants to serve a rebuttal report to Mr. Flynn's report is extended to and including March 18, 2008.

DATED: MAR 1 1 2008

_____
HON. STEPHEN G. LARSON
U.S. District Court Judge