1

2

3

4

5

6

7

8                UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                    EASTERN DIVISION

| | |
|---|---|
| 11   CARTER BRYANT, an individual,<br><br>12            Plaintiff,<br><br>13        vs.<br><br>14   MATTEL, INC., a Delaware<br>corporation,<br><br>15<br>            Defendant.<br>16 | Case No. CV 04-09049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>[~~PROPOSED~~] ORDER ON<br>STIPULATION RE HEARING ON<br>PHASE ONE MOTIONS FOR<br>PARTIAL SUMMARY JUDGMENT |
| 17   AND CONSOLIDATED CASES<br>18 | **Phase 1:**<br>Discovery Cut-off:      January 28, 2008<br>Pre-trial Conference:   May 5, 2008<br>Trial Date:             May 27, 2008 |

19

20                        NOTE CHANGES MADE BY THE COURT

21

22

23

24

25

26

27

28

18298/2419307.1

**NOTE CHANGES MADE BY THE COURT**

1

**[~~Proposed~~] Order**

2

3

Based on the stipulation of the parties, and good cause appearing therefor, it is hereby ORDERED that:

4

(1)   The hearing on the parties' Phase One motions for partial

5

~~are reset~~                    **22**

summary judgment, ~~currently set~~ for April ~~23~~, 2008, at 10:00 a.m., ~~shall instead be~~

6

~~heard on [April 21] [April 22] [April 24] [April 25], 2008, at 10:00 a.m.~~

7

IT IS SO ORDERED.

8

9

10   DATED:   MAR 1 1 2008

11

12                                                    _____
                                                     Hon. Stephen G. Larson
13                                                   United States District Court Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

18298/2419307.1

[~~Proposed~~] ORDER ON STIPULATION RE: HEARING ON SUMMARY JUDGMENT MOTIONS