QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>　　　　　Defendant.<br><br>AND CONSOLIDATED CASES | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>AMENDED PROOFS OF SERVICE<br><br>Hearing Date: April 7, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 1 |

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action. My business address is Apex Attorney Services, 1055 West Seventh Street, Suite 250, Los Angeles, CA 90017.

On March 11, 2008, I served true copies of the following document(s) described as:

1. **SUPPLEMENTAL DECLARATION OF MICHAEL J. NIBORSKI IN SUPPORT OF MATTEL, INC.'S NOTICE OF MOTION AND MOTION OBJECTING TO DISCOVERY MASTER'S FEBRUARY 26, 2008 ORDER DENYING MATTEL'S MOTION TO COMPEL DEPOSITION OF CHRISTOPHER PALMERI**

2. **MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL CERTAIN EXHIBITS TO THE SUPPLEMENTAL DECLARATION OF MICHAEL J. NIBORSKI IN SUPPORT OF MATTEL, INC.'S NOTICE OF MOTION AND MOTION OBJECTING TO DISCOVERY MASTER'S FEBRUARY 26, 2008 ORDER DENYING MATTEL'S MOTION TO COMPEL DEPOSITION OF CHRISTOPHER PALMERI**

3. **[PROPOSED] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL CERTAIN EXHIBITS TO THE SUPPLEMENTAL DECLARATION OF MICHAEL J. NIBORSKI IN SUPPORT OF MATTEL, INC.'S NOTICE OF MOTION AND MOTION OBJECTING TO DISCOVERY MASTER'S FEBRUARY 26, 2008 ORDER DENYING MATTEL'S MOTION TO COMPEL DEPOSITION OF CHRISTOPHER PALMERI**

on the parties in this action as follows:

| | |
|---|---|
| Thomas J. Nolan, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>300 So. Grand Ave.<br>Suite 3400<br>Los Angeles CA 90071 | Mark E. Overland, Esq.<br>David C. Scheper, Esq.<br>Alexander H. Cote, Esq.<br>Overland, Borenstein, Scheper & Kim, LLP<br>300 S. Grand Avenue, Suite 2750<br>Los Angeles, CA 90071 |

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 11, 2008, at Los Angeles, California.

_Pedro Miranda_

07209/2429303.1

PROOFS OF SERVICE

## PROOF OF SERVICE

I am a contractor for Apex Attorney Services, 1055 West Seventh Street, Suite 250, Los Angeles, CA 90017. I am over the age of eighteen years and not a party to the within action.

On March 11, 2008, I served true copies of the following document(s) described as:

1. SUPPLEMENTAL DECLARATION OF MICHAEL J. NIBORSKI IN SUPPORT OF MATTEL, INC.'S NOTICE OF MOTION AND MOTION OBJECTING TO DISCOVERY MASTER'S FEBRUARY 26, 2008 ORDER DENYING MATTEL'S MOTION TO COMPEL DEPOSITION OF CHRISTOPHER PALMERI

2. MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL CERTAIN EXHIBITS TO THE SUPPLEMENTAL DECLARATION OF MICHAEL J. NIBORSKI IN SUPPORT OF MATTEL, INC.'S NOTICE OF MOTION AND MOTION OBJECTING TO DISCOVERY MASTER'S FEBRUARY 26, 2008 ORDER DENYING MATTEL'S MOTION TO COMPEL DEPOSITION OF CHRISTOPHER PALMERI

3. [PROPOSED] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL CERTAIN EXHIBITS TO THE SUPPLEMENTAL DECLARATION OF MICHAEL J. NIBORSKI IN SUPPORT OF MATTEL, INC.'S NOTICE OF MOTION AND MOTION OBJECTING TO DISCOVERY MASTER'S FEBRUARY 26, 2008 ORDER DENYING MATTEL'S MOTION TO COMPEL DEPOSITION OF CHRISTOPHER PALMERI

on the parties in this action as follows:

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

John W. Keker, Esq.
Michael H. Page, Esq.
Christa M. Anderson, Esq.
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 11, 2008, at San Francisco, California.

Toshinori Kawase

07209/2429902.1

PROOFS OF SERVICE

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action. My business address is Apex Attorney Services, 1055 West Seventh Street, Suite 250, Los Angeles, CA 90017.

On March 11, 2008, I served true copies of the following document(s) described as:

1. MATTEL, INC.'S NOTICE OF MOTION AND MOTION OBJECTING TO DISCOVERY MASTER'S FEBRUARY 26, 2008 ORDER DENYING MATTEL'S MOTION TO COMPEL DEPOSITION OF CHRISTOPHER PALMERI

2. [PUBLIC REDACTED] SUPPLEMENTAL DECLARATION OF MICHAEL J. NIBORSKI IN SUPPORT OF MATTEL, INC.'S NOTICE OF MOTION AND MOTION OBJECTING TO DISCOVERY MASTER'S FEBRUARY 26, 2008 ORDER DENYING MATTEL'S MOTION TO COMPEL DEPOSITION OF CHRISTOPHER PALMERI

3. MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL CERTAIN EXHIBITS TO THE SUPPLEMENTAL DECLARATION OF MICHAEL J. NIBORSKI IN SUPPORT OF MATTEL, INC.'S NOTICE OF MOTION AND MOTION OBJECTING TO DISCOVERY MASTER'S FEBRUARY 26, 2008 ORDER DENYING MATTEL'S MOTION TO COMPEL DEPOSITION OF CHRISTOPHER PALMERI

4. NOTICE OF LODGING IN SUPPORT OF MATTEL, INC.'S NOTICE OF MOTION AND MOTION OBJECTING TO DISCOVERY MASTER'S FEBRUARY 26, 2008 ORDER DENYING MATTEL'S MOTION TO COMPEL DEPOSITION OF CHRISTOPHER PALMERI

5. [PROPOSED] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL CERTAIN EXHIBITS TO THE SUPPLEMENTAL DECLARATION OF MICHAEL J. NIBORSKI IN SUPPORT OF MATTEL, INC.'S NOTICE OF MOTION AND MOTION OBJECTING TO DISCOVERY MASTER'S FEBRUARY 26, 2008 ORDER DENYING MATTEL'S MOTION TO COMPEL DEPOSITION OF CHRISTOPHER PALMERI

on the parties in this action as follows:

Alonzo Wickers IV, Esq.
Davis Wright Tremaine LLP
Suite 2400
865 South Figueroa Street
Los Angeles, California 90017-2566

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

07209/2430482.1

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 12, 2008, at Los Angeles, California.

_____/s/ Pedro Miranda_____