UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.   CV 04-09049 SGL(RNBx)                                    Date: March 12, 2008
Title:   CARTER BRYANT -v- MATTEL, INC.
         AND CONSOLIDATED ACTIONS
================================================================
PRESENT:   HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

|  |  |
|---|---|
| Jim Holmes | None Present |
| Courtroom Deputy Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR CARTER BRYANT: | ATTORNEYS PRESENT FOR MATTEL: |
|---|---|
| NONE PRESENT | NONE PRESENT |

ATTORNEYS PRESENT FOR MGA:

NONE PRESENT

PROCEEDINGS:   **ORDER STRIKING DECLARATION OF CHRISTA M. ANDERSON IN SUPPORT OF CARTER BRYANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT (UNDER SEAL VERSION)   [IN CHAMBERS]**

   The Court strikes the following document, filed under seal, for failure to comply with Local Rule 11-5.3, which requires exhibits to be tabbed in sequential order:

   Declaration of Christa M. Anderson in Support of Carter Bryant's Motion for Summary Judgment

This Order does not strike the public redacted version of this declaration, which was properly tabbed.

   Carter Bryant is granted five days' leave to file a corrected, under seal version of this document.  The Court's order granting leave to file the stricken document is amended to grant leave to file the corrected version under seal as well; an original and one copy of the corrected version may be presented directly to the courtroom deputy clerk, who shall file it under seal.

   **IT IS SO ORDERED.**