THOMAS J. NOLAN (Bar No. 66992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600
E-mail: tnolan@skadden.com

RAOUL D. KENNEDY (Bar No. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Embarcadero Center, 38th Floor
San Francisco, California 94111-5974
Telephone: (415) 984-6400
Facsimile: (415) 984-2698
E-mail: rkennedy@skadden.com

Attorneys for Counter-Defendants,
MGA ENTERTAINMENT, INC.,
ISAAC LARIAN, MGA ENTERTAINMENT (HK) LIMITED,
and MGAE de MEXICO S.R.L. de C.V.

# UNITED STATED DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, <br><br> Plaintiff, <br><br> v. <br><br> MATTEL, INC., a Delaware corporation, <br><br> Defendant. <br><br> Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | CASE NO. CV 04-9049 SGL (RNBx) <br><br> Consolidated with Case No. 04–9059 and Case No. 05–2727 <br><br> **APPLICATION TO FILE UNDER SEAL MGA ENTERTAINMENT, INC.'S OPPOSITION TO MATTEL, INC.'S MOTION TO COMPEL RESPONSES TO FIRST SET OF REQUESTS FOR ADMISSION PROPOUNDED TO MGA, ENTERTAINMENT INC.; CARTER BRYANT; MGA ENTERTAINMENT (HK) LIMITED; AND ISAAC LARIAN** <br><br> [[Proposed] Order filed concurrently herewith] <br><br> Hearing Date: TBD <br> Time: TBD <br> Place: TBD |

**ORIGINAL**

APPLICATION TO FILE UNDER SEAL  CASE NO. CV 04-9049 SGL (RNBx)

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by
2  the Court in this action, MGA Entertainment, Inc. ("MGA"), hereby respectfully
3  requests that the Court order the following documents be filed under seal: MGA
4  Entertainment, Inc.'s Opposition To Mattel, Inc.'s Motion To Compel Responses To
5  First Set of Requests For Admission Propounded To MGA, Entertainment Inc.;
6  Carter Bryant; MGA Entertainment (HK) Limited; and Isaac Larian, the associated
7  Declaration of Timothy A. Miller and related exhibits, and MGA's Response To
8  Mattel, Inc.'s Separate Statement No. 1.  Good cause exists for filing these
9  documents under seal, as they refer to certain documents that have been designated
10 as "Confidential" or "Confidential—Attorneys' Eyes Only" pursuant to the Protective
11 Order.  In the alternative, MGA requests that the Court declare the exhibits to be
12 outside the definitions of "Confidential" and "Confidential—Attorneys' Eyes Only"
13 as contained in the Stipulated Protective Order and order them to be filed as part of
14 the public record.

16 DATED: March 7, 2008

17                              SKADDEN, ARPS, SLATE, MEAGHER &
                                FLOM, LLP

                                By: _____
                                    Raoul D. Kennedy

                                Attorneys for Counter-Defendants,
                                MGA ENTERTAINMENT, INC.,
                                ISAAC LARIAN, MGA
                                ENTERTAINMENT (HK) LIMITED,
                                and MGAE de MEXICO S.R.L. de C.V.

-1-