FILED
Lodged (Proposed) order

1  THOMAS J. NOLAN (Bar No. 66992)
   (tnolan@skadden.com)
2  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue
3  Los Angeles, CA 90071-3144
   Tel.: (213) 687-5000 / Fax: (213) 687-5600
4
5  RAOUL D. KENNEDY (Bar No. 40892)
   (rkennedy@skadden.com)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
6  4 Embarcadero Center, 38th Floor
   San Francisco, CA 94111-5974
7  Tel.: (415) 984-6400 / Fax: (415) 984-2698

8  Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited,
   MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian
9
10 JOHN W. KEKER (Bar No. 49092)
   (jkeker@kvn.com)
   CHRISTA M. ANDERSON (Bar No. 184325)
11 (canderson@kvn.com)
   KEKER & VAN NEST LLP
12 710 Sansome St.
   San Francisco, CA 94111-1704
13 Tel.: (415) 391-5400 / Fax: (415) 397-7188

14 Attorneys for Carter Bryant

15                UNITED STATED DISTRICT COURT

16                CENTRAL DISTRICT OF CALIFORNIA

17 | CARTER BRYANT, an individual, | ) Consolidated with Case No. 04-9059
18 |                    Plaintiff,  | ) and Case No. 05-2727
19 |         v.                     | ) Honorable Stephen G. Larson
20 | MATTEL, INC., a Delaware       | ) **APPLICATION TO FILE UNDER SEAL MUMFORD**
   | corporation,                   | ) **DECLARATION IN SUPPORT OF**
21 |                                | ) **MGA ENTERTAINMENT, INC.**
22 |                    Defendant.  | ) **AND CARTER BRYANT'S**
   |                                | ) **OPPOSITION TO MATTEL,**
23 |                                | ) **INC.'S MOTION TO COMPEL**
24 | AND CONSOLIDATED ACTIONS       | ) **MGA AND CARTER BRYANT TO**
   |                                | ) **RETURN PRIVILEGED**
25 |                                | ) **DOCUMENT AND FOR**
26 |                                | ) **PROTECTIVE ORDER**
27
28

Application To File Under Seal
Case No. CV 04-9049 SGL (RNBx)

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, MGA Entertainment, Inc. ("MGA"), Isaac Larian ("Mr. Larian" or "Larian"), MGA Entertainment (HK) Limited ("MGA HK"), and MGAE de Mexico S.R.L. de C.V. ("MGA Mexico") (collectively, the "MGA Defendants") and Carter Bryant hereby respectfully request that the Court order the following documents be filed under seal: the Declaration of Marcus R. Mumford in support thereof. Good cause exists for filing these documents under seal because several exhibits attached to the declaration have been designated as "Confidential" or "Confidential—Attorneys' Eyes Only" by Mattel under the Protective Order. In the alternative, the MGA Defendants and Carter Bryant request that the Court declare the exhibits to the declaration to be outside the definitions of "Confidential" and "Confidential—Attorneys' Eyes Only" as contained in the Protective Order and order them, along with the Opposition and Declaration of Marcus R. Mumford in support thereof, to be filed as part of the public record.

DATED: March 11, 2008

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By: _____
Thomas J. Nolan
Attorneys for MGA Entertainment, Inc.