**QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP**
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S *EX PARTE* APPLICATION FOR PROTECTIVE ORDER PREVENTING MGA'S UNAUTHORIZED DESTRUCTIVE SAMPLING OF THE PRINCE NOTARY BOOK AND EXHIBITS 13, 14, 19, 22, 25-31 TO THE DECLARATION OF DIANE HUTNYAN IN SUPPORT OF MATTEL, INC.'S MOTION**<br><br>[[Proposed] Order filed concurrently]<br><br>Date: TBA<br>Time: TBA<br>Place: Telephonic<br><br>**Phase 1**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

ORIGINAL

07209/2412184.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1  Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order
2  entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3  requests that the Court order filed under seal Mattel, Inc.'s *Ex Parte* Application For
4  Protective Order Preventing MGA's Unauthorized Destructive Sampling Of The
5  Prince Notary Book (the "Motion") and Exhibits 13, 14, 19, 22, 25-31 to the
6  Declaration of Diane Hutnyan in support of Mattel, Inc.'s Motion (the
7  "Declaration").

8  The Motion quotes and the Declaration attaches materials that MGA
9  has designated as "Confidential--Attorneys' Eyes Only" pursuant to the Protective
10 Order. MGA has designated Exhibits 13, 14, 19, 22, 25-31 to the Declaration as
11 "Confidential--Attorneys' Eyes Only." Accordingly, Mattel requests that the Court
12 order that the Motion and Declaration be filed under seal.

13 In the alternative, Mattel requests that the Court declare that these
14 materials are outside the definition of "Confidential--Attorneys' Eyes Only" as
15 contained in the Stipulated Protective Order and order them to be filed as part of the
16 public record.

18 DATED: March 11, 2008        QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By _____
Diane Hutnyan
Attorneys for Mattel, Inc.