QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>　　　　　Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Hon. Edward Infante (Ret.) Pursuant To The Court's Order Of December 6, 2006]**<br><br>[PROPOSED] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S *EX PARTE* APPLICATION FOR PROTECTIVE ORDER PREVENTING MGA'S UNAUTHORIZED DESTRUCTIVE SAMPLING OF THE PRINCE NOTARY BOOK AND EXHIBITS 13, 14, 19, 22, 25-31 TO THE DECLARATION OF DIANE HUTNYAN IN SUPPORT OF MATTEL, INC.'S MOTION<br><br>**Phase 1**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2412295.1

[PROPOSED] ORDER

## [~~PROPOSED~~] ORDER

Based on the concurrently filed Application to File Under Seal Mattel, Inc.'s *Ex Parte* Application For Protective Order Preventing MGA's Unauthorized Destructive Sampling Of The Prince Notary Book and Exhibits 13, 14, 19, 22, 25-31 to the Declaration of Diane Hutnyan in support of Mattel, Inc.'s Motion.

IT IS HEREBY ORDERED:

Seal Mattel, Inc.'s *Ex Parte* Application For Protective Order Preventing MGA's Unauthorized Destructive Sampling Of The Prince Notary Book and Exhibits 13, 14, 19, 22, 25-31 to the Declaration of Diane Hutnyan in support of Mattel, Inc.'s Motion are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: MAR 12 2008, 2008

STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE
Hon. Stephen G. Larson
United States District Judge