1  THOMAS J. NOLAN (Bar No. 66992)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2  300 South Grand Avenue
   Los Angeles, California 90071-3144
3  Telephone:  (213) 687-5000
   Facsimile:   (213) 687-5600
4  E-mail:      tnolan@skadden.com

5  RAOUL D. KENNEDY (Bar No. 40892)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
6  Four Embarcadero Center, Suite 3800
   San Francisco, CA 94111
7  Telephone:  (415) 984-6400
   Facsimile:   (415) 984-2698
8  E-mail:      rkennedy@skadden.com

9  Attorneys for Counter-Defendants,
   MGA ENTERTAINMENT, INC.,
10 ISAAC LARIAN, MGA ENTERTAINMENT (HK) LIMITED,
   and MGAE de MEXICO S.R.L. de C.V.

11

12              UNITED STATES DISTRICT COURT

13             CENTRAL DISTRICT OF CALIFORNIA

14                     EASTERN DIVISION

| | |
|---|---|
| 15  CARTER BRYANT, an individual | CASE NO.: CASE NO. CV 04-9049 SGL (RNBx) |
| 16               Plaintiff, | |
| 17  v. | Consolidated with Case No. 04-9059 and Case No. 05-2727 |
| 18  MATTEL, INC., a Delaware corporation | **DISCOVERY MATTER** |
| 19               Defendant. | [To be heard by Discovery Master Hon. Edward A. Infante (Ret.)] |
| 20 | |
| 21 | **PROOF OF SERVICE** |
| 22  Consolidated with MATTEL, INC. v. BRYANT and MGA | Hearing Date: TBD |
| 23  ENTERTAINMENT, INC. v. MATTEL, INC. | Time:         TBD |
| 24 | Place:        JAMS |

25
26
27
28

PROOF OF SERVICE                          NO. CV 04-9049 SGL (RNBx)

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

 I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is 4 Embarcadero Center, Suite 3800, San Francisco, California 94111.

 On **March 13, 2008**, I served the foregoing documents described as:

### SEE ATTACHED DOCUMENT LIST

on the interested parties in this action addressed as follows:

### SEE ATTACHED SERVICE LIST

☒  (BY PERSONAL SERVICE)  ☐  By personally delivering copies to the person served. (FEDERAL) (As Noted.)

 ☒  I caused such documents to be hand delivered to the office of the addressee. (FEDERAL) (As Noted.)

☒  (BY FEDERAL EXPRESS) I am readily familiar with the firm's practice for the daily collection and processing of correspondence for deliveries with the Federal Express delivery service and the fact that the correspondence would be deposited with Federal Express that same day in the ordinary course of business; on this date, the above-referenced document was placed for deposit at San Francisco, California and placed for collection and delivery following ordinary business practices. (As Noted.)

 I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

 Executed on **March 13, 2008** at San Francisco, California.

  Pat Owens           */s/ Pat Owens*
  Print Name            Signature

-1-

PROOF OF SERVICE          NO. CV 04-9049 SGL (RNBx)

## DOCUMENT LIST

1) REPLY MEMORANDUM OF THE MGA PARTIES IN SUPPORT OF MOTION FOR CLARIFICATION REGARDING PORTIONS OF FEBRUARY 15, 2008, ORDER GRANTING IN PART AND DENYING IN PART MATTEL'S MOTION TO COMPEL RESPONSES TO INTERROGATORY NOS. 27-44 AND 46-50 BY THE MGA PARTIES; and

2) PROOF OF SERVICE

## SERVICE LIST

| | |
|---|---|
| John B. Quinn, Esq.<br>Michael T. Zeller, Esq.<br>Jon D. Corey, Esq.<br>Timothy L. Alger, Esq.<br>Quinn Emanuel Urquhart<br>  Oliver & Hedges, LLP<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017-2543<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br><br>Attorneys for Mattel, Inc.<br>[Personal Service] | John W. Keker, Esq.<br>Michael H. Page, Esq.<br>Keker & Van Nest, LLP<br>710 Sansome Street<br>San Francisco, CA 94111<br>Telephone: (415) 391-5400<br>Facsimile: (415) 397-7188<br><br>Attorneys for Carter Bryant<br>[Federal Express] |
| Mark E. Overland, Esq.<br>Alexander H. Cote, Esq.<br>David C. Scheper, Esq.<br>Overland Borenstein Scheper & Kim<br>300 South Grand Avenue, Suite 2750<br>Los Angeles, CA 90071<br>Telephone: (213) 613-4655<br>Facsimile: (213) 613-4656<br><br>Attorneys for Carlos Gustavo Machado Gomez<br>[Federal Express] | |

-3-

PROOF OF SERVICE          NO. CV 04-9049 SGL (RNBx)

201999-San Francisco Server 1A - MSW