RAOUL D. KENNEDY (Bar No. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Embarcadero Center, 38th Floor
San Francisco, CA 94111-5974
Tel.: (415) 984-6400 / Fax: (415) 984-2698:
rkennedy@skadden.com
Attorneys for MGA Entertainment, Inc., et al.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>PLAINTIFF(S)<br>v.<br>MATTEL, INC., a Delaware corporation<br><br>DEFENDANT(S). | CASE NUMBER:<br>CV 04-9049 SGL (RNBx)<br><br>NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
SUPPLEMENTAL DECLARATION OF TIMOTHY MILLER IN SUPPORT OF THE MGA PARTIES' MOTION FOR CLARIFICATION OF PORTIONS OF FEBRUARY 15, 2008, ORDER

**Document Description:**
☐ Administrative Record
☒ Exhibits
☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5 .4(h)
☒ Other

**Reason:**
☒ Under Seal
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☐ Per Court order dated _____
☐ Manual Filing required *(reason):*

| | |
|---|---|
| March 13, 2008<br>Date | Raoul D. Kennedy<br>Attorney Name<br>MGA ENTERTAINMENT, INC., et al.<br>Party Represented |

Note:   File one Notice in each case, each time you manually file document(s).

G-92 (02/07)   NOTICE OF MANUAL FILING

American LegalNet, Inc.
www.FormsWorkflow.com