1  THOMAS J. NOLAN (Bar No. 66992)
   (tnolan@skadden.com)
2  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue
3  Los Angeles, CA 90071-3144
   Tel.: (213) 687-5000 / Fax: (213) 687-5600
4
   RAOUL D. KENNEDY (Bar No. 40892)
5  (rkennedy@skadden.com)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
6  4 Embarcadero Center, 38th Floor
   San Francisco, CA 94111-5974
7  Tel.: (415) 984-6400 / Fax: (415) 984-2698

8  Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited,
   MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian
9

10

11              UNITED STATED DISTRICT COURT

12              CENTRAL DISTRICT OF CALIFORNIA

13

14  CARTER BRYANT, an individual,           )  CASE NO. CV 04-9049 SGL (RNBx)
                                            )
15                    Plaintiff,            )  Consolidated with Case No. 04-9059
                                            )  and Case No. 05-2727
16         v.                               )
                                            )
17  MATTEL, INC., a Delaware                )  APPLICATION TO FILE UNDER
    corporation,                            )  SEAL MGA'S OPPOSITION TO
18                                          )  MATTEL, INC.'S *EX PARTE*
                      Defendant.            )  APPLICATION FOR PROTECTIVE
19                                          )  ORDER PREVENTING MGA'S
                                            )  DESTRUCTIVE SAMPLING OF
20  AND CONSOLIDATED ACTIONS                )  THE PRINCE NOTARY BOOK
                                            )
21                                          )
                                               Honorable Stephen G. Larson
22

23

24

25

26

27

28

1   Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by

2   the Court in this action, the MGA Entertainment, Inc. ("MGA") hereby respectfully

3   requests that the Court order the following documents be filed under seal: MGA's

4   Opposition to Mattel, Inc.'s *Ex Parte* Application for Protective Order Preventing

5   MGA's Destructive Sampling of the Prince Notary Book, and the Declaration of

6   Matthew Sloan in support thereof.  Good cause exists for filing these documents

7   under seal, as certain exhibits attached to the Declaration of Matthew Sloan have

8   been designated as "Confidential" or "Confidential—Attorneys' Eyes Only" pursuant

9   to the Protective Order, and the Opposition references these exhibits, and/or the

10  documents contain or reference confidential information as defined under the

11  Stipulated Protective Order.  In the alternative, MGA requests that the Court declare

12  the documents and exhibits to the declarations to be outside the definitions of

13  "Confidential" and "Confidential—Attorneys' Eyes Only" as contained in the

14  Stipulated Protective Order and order them to be filed as part of the public record.

15

16  DATED:  March 12, 2008

17  SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

18  By: _____ (by AsL)

19  Raoul D. Kennedy
    Attorneys for MGA Entertainment, Inc.

20

21

22

23

24

25

26

27

28