THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, CA 90071-3144
Tel.: (213) 687-5000/Fax: (213) 687-5600

RAOUL D. KENNEDY (Bar No. 40892)
(rkennedy@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Embarcadero Center, 38th Floor
San Francisco, CA 94111-5974
Tel.: (415) 984-6400 / Fax: (415) 984-2698

Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. de C.V., and Isaac Larian

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>DECLARATION OF DR. ALBERT H. LYTER III IN SUPPORT OF MGA DEFENDANTS' *EX PARTE* APPLICATION FOR AN ORDER EXTENDING THE MARCH 17 DEADLINE FOR MGA TO SERVE ITS REBUTTAL EXPERT REPORT CONCERNING MS. PRINCE'S NOTARY BOOK OR, IN THE ALTERNATIVE, PRECLUDING MATTEL FROM INTRODUCING ANY EXPERT EVIDENCE REGARDING ITS EXAMINATION OF THE NOTARY BOOK<br><br>Date: TBD<br>Time: TBD<br>Place: TBD |

**DECLARATION OF DR. ALBERT H. LYTER IN SUPPORT OF MGA DEFENDANTS' *EX PARTE* APPLICATION FOR AN ORDER EXTENDING THE MARCH 17 DEADLINE**
Case No. CV 04-9049 SGL (RNBx)

I, Albert H. Lyter, III, hereby declare as follows:

1. I am the President of Federal Forensic Associates, Inc. ("FFA") and am a consultant and expert witness in the field of forensic document examination, including ink analysis. I have been retained by the law firm of Skadden, Arps, Slate, Meagher & Flom, LLP ("Skadden") to examine numerous documents at issue in this case and perform an analysis of the ink used in those documents. I submit this declaration in support of MGA Defendants' *Ex Parte* Application for an Order Extending the March 17 Deadline for MGA to Serve its Rebuttal Expert Report Concerning Ms. Prince's Notary Book or, in the Alternative, Precluding Mattel from Introducing Any Expert Evidence Regarding Its Examination of the Notary Book. I have personal knowledge of the facts set forth below and, if called as a witness, I could and would testify competently thereto.

2. In February 2008, I was asked by Skadden to examine certain portions of Jacqueline Prince's notary log book (the "notary book") in response to an expert report prepared by Mattel's Inc.'s expert, Valery Aginsky. Dr. Aginsky's report indicated that he had performed various visual and chemical examinations on the notary book, including chemical tests using the methods of thin-layer chromatography ("TLC") and gas-chromatography-mass spectrometry ("GC-MS"). Dr. Aginsky concluded on the basis of his GC-MS tests that two different inks had been used in the entries on pages 11 and 12 of the notary book.

3. In response to this report, I recommended to Skadden that I should perform my own visual and chemical analysis of ink samples from the notary book.

4. The chemical testing involves a two-step process. First, the examiner must take ink samples from the questioned document by using a device which punches tiny, hypodermic-sized hole punches, sometimes called "microplugs," out of the questioned document. Second, the examiner then takes the microplug samples and subjects them to analysis using sophisticated scientific devices to determine the

DECLARATION OF DR. ALBERT H. LYTER IN SUPPORT OF MGA DEFENDANTS' *EX PARTE* APPLICATION FOR AN ORDER EXTENDING THE MARCH 17 DEADLINE
Case No. CV 04-9049SGL (RNBx)
1

ink's different chemical components using the TLC, GC-MS or other scientific methods.

5. Because FFA does not have its own GC-MS instrument, I made arrangements to use a GC-MS instrument at nearby Duke University in Durham, North Carolina ("Duke").

6. I received the notary book by Federal Express from Ms. Prince's attorney, Daniel Warren, on or about March 6, 2008. I had previously made arrangements to take the microplug samples in FFA's facilities on March 10, 11, or 12 in the presence of Mattel's consultants. I had also made arrangements to use the GS-MS equipment at Duke on March 12 or 13, 2008.

7. On or about March 9, 2008, Ryan Weinstein, one of MGA's attorneys at Skadden, contacted me and told me that I should not perform any testing on the notary book because Mattel had just given MGA notice that it intended to file an ex parte application to prevent MGA from taking any microplug samples from the notary book. Since receiving this instruction from Mr. Weinstein, I have not performed any visual analysis or taken any samples from the notary book.

8. Once granted permission to proceed with my testing, I could take the "microplug" samples from the notary book in a matter of hours in FFA's laboratory. I would then perform the appropriate chemical testing in the course of 1 or 2 days, dependent upon instrument availability at Duke University.

9. Because I am handling numerous other cases, and have numerous responsibilities in connection with those cases in the coming months, however, I have recommended to Skadden that MGA seek at least a two week window in which I can complete my sampling and analysis of the notary book. This is necessary for three reasons. First, as indicated above, my own schedule is very busy, so I may not be able, due to other work and travel commitments, to begin work on any analysis immediately. Second, I understand that Mattel will likely want to send their own expert to observe the sampling process, and this may delay my ability to perform the

DECLARATION OF DR. ALBERT H. LYTER IN SUPPORT OF MGA DEFENDANTS' *EX PARTE* APPLICATION FOR AN ORDER EXTENDING THE MARCH 17 DEADLINE
Case No. CV 04-9049SGL (RNBx)
2

1 | sampling. Third, as stated above, FFA does not have its own GC-MS equipment, so
2 | I have to arrange to use the equipment at Duke. Although Duke usually tries to
3 | accommodate my requests, if the laboratory there is busy, it could take as much as a
4 | week or more for me to arrange to use Duke's equipment.

5 | I declare under penalty of perjury under the laws of the United States that the
6 | foregoing is true and correct.

7 | Executed this 14th day of March, 2008, in Raleigh, North Carolina.

*Albert H. Lyter, III*

DECLARATION OF DR. ALBERT H. LYTER IN SUPPORT OF MGA DEFENDANTS' *EX PARTE* APPLICATION FOR AN ORDER EXTENDING THE MARCH 17 DEADLINE FOR MGA TO SERVE ITS REBUTTAL EXPERT REPORT RE NOTARY BOOK

3