LODGED

2008 MAR 13 PM 12:02

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY ___

| | |
|---|---|
| 1 | THOMAS J. NOLAN (Bar No. 66992) |
| | (tnolan@skadden.com) |
| 2 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| | 300 South Grand Avenue, Suite 3400 |
| 3 | Los Angeles, CA 90071 |
| | Tel.: (213) 687-5000/Fax: (213) 687-5600 |
| 4 | |
| | KENNETH PLEVAN (admitted *pro hac vice*) |
| 5 | (kplevan@skadden.com) |
| | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| 6 | Four Times Square |
| | New York, NY 10036 |
| 7 | Tel.: (212) 735-3000 / Fax: (212) 735-2000 |
| 8 | Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, |
| | MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian |
| 9 | |
| | JOHN W. KEKER (Bar No. 49092) |
| 10 | (jkeker@kvn.com) |
| | CHRISTA M. ANDERSON (Bar No. 184325) |
| 11 | (canderson@kvn.com) |
| | KEKER & VAN NEST LLP |
| 12 | 710 Sansome St. |
| | San Francisco, CA 94111-1704 |
| 13 | Tel.: (415) 391-5400 / Fax: (415) 397-7188 |
| 14 | Attorneys for Carter Bryant |

UNITED STATED DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 17 | CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| 18 | Plaintiff, | Consolidated with Case No. 04-9059 and Case No. 05-2727 |
| 19 | v. | [~~PROPOSED~~] ORDER |
| 20 | MATTEL, INC., a Delaware corporation, | RE APPLICATION TO FILE UNDER SEAL MGA'S AND CARTER BRYANT'S MOTION FOR AN EVIDENTIARY HEARING REGARDING WITNESS TAMPERING |
| 21 | | |
| 22 | Defendant. | |
| 23 | AND CONSOLIDATED ACTIONS | |
| 24 | | |
| 25 | | Honorable Stephen G. Larson |
| 26 | | Hearing Date: April 14, 2008 |
| | | Time: 10:00 a.m. |
| 27 | | Place: Courtroom 1 |
| 28 | | |

## ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the following documents be filed under seal pursuant to Local Rule 79-5.1: MGA's and Carter Bryant's Motion for an Evidentiary Hearing Regarding Witness Tampering and the Declaration of Marcus R. Mumford in Support Thereof.

DATED: March 14, 2008

*/s/ Stephen G. Larson*
Hon. Stephen G. Larson
United States District Court Judge

---

[Proposed] Order Re App. To File Under Seal Motion for an Evidentiary Hearing Regarding Witness Tampering
Case No. CV 04-9049 SGL (RNBx)