1    THOMAS J. NOLAN (Bar No. 66992)
     (tnolan@skadden.com)
2    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
     300 South Grand Avenue
3    Los Angeles, CA 90071-3144
     Tel.: (213) 687-5000 / Fax: (213) 687-5600
4

5    RAOUL D. KENNEDY (Bar No. 40892)
     (rkennedy@skadden.com)
6    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
     4 Embarcadero Center, 38th Floor
     San Francisco, CA 94111-5974
7    Tel.: (415) 984-6400 / Fax: (415) 984-2698
8

     Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited,
     MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian

     UNITED STATED DISTRICT COURT

     CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>               Plaintiff,<br><br>     v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>               Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>[PROPOSED] ORDER TO FILE UNDER SEAL<br><br>Honorable Stephen G. Larson |

FILED
CLERK, U.S. DISTRICT COURT

MAR 14 2008

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION       BY DEPUTY

LODGED

## ORDER

Based on the Application filed with the Court, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the following documents be filed under seal pursuant to Local Rule 79-5.1: MGA's Opposition to Mattel, Inc.'s *Ex Parte* Application for Protective Order Preventing MGA's Destructive Sampling of the Prince Notary Book, and the Declaration of Matthew Sloan in support thereof.

DATED: MAR 14 2008 _____, 2008

_Larson_

Hon. Stephen G. Larson
United States District Court Judge