```
 1  THOMAS J. NOLAN (Bar No. 66992)
    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
 2  300 South Grand Avenue
    Los Angeles, CA 90071-3144
 3  Telephone:  (213) 687-5000
    Facsimile:  (213) 687-5600
 4  E-mail:     tnolan@skadden.com

 5  KENNETH PLEVAN (admitted pro hac vice)
    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
 6  Four Times Square
    New York, NY 10036
 7  Telephone:  (212) 733-3000
    Facsimile:  (212) 735-2000
 8  E-mail:     kplevan@skadden.com

 9  Attorneys for Counter-Defendants,
    MGA ENTERTAINMENT, INC., ISAAC LARIAN, MGA ENTERTAINMENT
10  (HK) LIMITED, AND MGAE de MEXICO S.R.L. de C.V.

11  JOHN W. KEKER (Bar No. 49092)
    (jkeker@kvn.com)
12  CHRISTA M. ANDERSON (Bar No. 184325)
    (cnabderson@kvn.com)
13  710 Sansome Street
    San Francisco, CA 94111
14  Telephone:  (415) 391-5400
    Facsimile:  (415) 397-7188
15
    Attorneys for Carter Bryant
16
```



FILED
2008 MAR 13 PM 12:01
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual <br><br> Plaintiff, <br><br> v. <br><br> MATTEL, INC., a Delaware corporation <br><br> Defendant. <br><br>――――――――――――― <br> Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | CASE NO. CV 04-9049 SGL (RNBx) <br><br> Consolidated with Case No. 04-9059 and Case No. 05-2727 <br><br> **PROOF OF SERVICE** <br><br> **Phase 1:** <br> Discovery Cut-Off:  January 28, 2008 <br> Pre-Trial Conference: May 5, 2008 <br> Trial Date:          May 27, 2008 |

PROOF OF SERVICE                                    NO. CV 04-9049 SGL (RNBx)

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 300 South Grand Avenue, Suite 3400, Los Angeles, California 90071.

On **March 12, 2008**, I served the foregoing documents described as:

**SEE ATTACHED DOCUMENT LIST**

on the interested parties in this action addressed as follows:

**SEE ATTACHED SERVICE LIST**

(X)   (BY PERSONAL SERVICE)   ☒   By personally delivering copies to the person served. (FEDERAL)

                                                                                ☒   I caused such document to be hand delivered to the above addressees. (FEDERAL)

(X)   (BY FEDERAL EXPRESS)

( )   (BY ELECTRONIC MAIL)

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed on **March 12, 2008**, in San Francisco, California.

Matthew Bowman                    [signature]
PRINT NAME                               SIGNATURE

## DOCUMENT LIST

(1)   MGA'S AND CARTER BRYANT'S MOTION FOR EVIDENTIARY HEARING REGARDING WITNESS TAMPERING;

(2)   DECLARATION OF MARCUS R. MUMFORD IN SUPPORT OF MGA'S AND CARTER BRYANT'S MOTION FOR EVIDENTIARY HEARING REGARDING WITNESS TAMPERING

## SERVICE LIST

Jon D. Corey, Esq.
Michael T. Zeller, Esq.
John Quinn, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
(213) 443-3000
(213) 443-3100 (Fax)

Attorneys for Mattel, Inc
[Personal Service]

Mark E. Overland, Esq.
Alexander H. Cote, Esq.
David C. Scheper, Esq.
Overland Borenstein Scheper & Kim
300 South Grand Avenue, Suite 2750
Los Angeles, CA 90071
(213) 613-4655
(213) 613-4656

John Trinidad, Esq.
John Keker, Esq.
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111
(415) 391-5400
(415) 397-7188 (Fax)

Attorneys for Carter Bryant
[Federal Express]

PROOF OF SERVICE                                      NO. CV 04-9049 SGL (RNBx)