QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>[To Be Heard By Discovery Master Hon. Edward Infante (Ret.)]<br><br>[PUBLIC REDACTED] DECLARATION OF STEPHEN HAUSS IN SUPPORT OF MATTEL, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL FURTHER DEPOSITION OF MARGARET HATCH-LEAHY, AND TO OVERRULE INSTRUCTIONS NOT TO ANSWER, AND FOR SANCTIONS<br><br>Date: TBA<br>Time: TBA<br>Place: Telephonic<br><br>Phase I<br>Discovery cutoff:  January 28, 2008<br>Pre-Trial Conference:  May 5, 2008<br>Trial Date:  May 27, 2008 |

07209/2435588.1

## DECLARATION OF STEPHEN HAUSS

I, Stephen Hauss, declare as follows:

1. I am a member of the bar of the State of California and an associate at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Attached as Exhibit 1 is a true and correct copy of MGA's and Carter Bryant's Joint Notice of Motion and Motion to Overrule Mattel's Relevance Objection and Compel Discovery Relevant to Mattel's Employee Agreements, dated December 19, 2007.

3. Attached as Exhibit 2 is a true and correct copy of relevant excerpts from the Margaret Hatch-Leahy's Unredacted Planner, marked as Exhibit 1137 to the Deposition of Margaret Hatch-Leahy.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 14, 2008, at Los Angeles, California.

_____
Stephen Hauss

-1-
HAUSS DECLARATION ISO MATTEL'S MOTION TO COMPEL FURTHER DEPOSITION OF MARGARET HATCH-LEAHY

**EXHIBIT 1**

# [FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER]

**EXHIBIT 2**

**[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER]**