QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case Nos. CV 04-09059 and CV 05-02727<br><br>**PROOF OF SERVICE**<br><br>Discovery Cutoff: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2434708.1

-1-

Case No. CV 04-9049 SGL (RNBx)
PROOF OF SERVICE

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is NOW Messenger Service, 1301 West Second Street, Suite 206, Los Angeles, California 90026.

On March 14, 2008, I served true copies of the following documents described as:

(1) **REPLY IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL FURTHER DEPOSITION OF MARGARET HATCH-LEAHY AND TO OVERRULE INSTRUCTIONS NOT TO ANSWER; AND FOR SANCTIONS**

(2) **DECLARATION OF STEPHEN HAUSS IN SUPPORT OF MATTEL, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL FURTHER DEPOSITION OF MARGARET HATCH-LEAHY, AND TO OVERRULE INSTRUCTIONS NOT TO ANSWER, AND FOR SANCTIONS**

on the parties in this action as follows:

Thomas J. Nolan, Esq.
Carl Roth, Esq.
**Skadden, Arps, Slate, Meagher & Flom LLP**
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071

John W. Keker, Esq.
Michael H. Page, Esq.
Christina M. Anderson, Esq.
**Keker & Van Nest, LLP**
710 Sansome Street
San Francisco, CA 94111

Larry McFarland, Esq.
Christian Dowell, Esq.
Keats, McFarland & Wilson LLP
9720 Wilshire Blvd.
Penthouse Suite
Beverly Hills, CA 90212

[PERSONAL] By personally delivering the document listed above to the person(s) at the address(es) set forth above.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made

Executed on March 14, 2008, at Los Angeles, California.

/s/ Dave Quintana
Dave Quintana

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On March 14, 2008, I served true copies of the following document(s) described as

    **(1) REPLY IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL FURTHER DEPOSITION OF MARGARET HATCH-LEAHY AND TO OVERRULE INSTRUCTIONS NOT TO ANSWER; AND FOR SANCTIONS**

    **(2) DECLARATION OF STEPHEN HAUSS IN SUPPORT OF MATTEL, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL FURTHER DEPOSITION OF MARGARET HATCH-LEAHY, AND TO OVERRULE INSTRUCTIONS NOT TO ANSWER, AND FOR SANCTIONS**

on the parties in this action as follows:

Mark E. Overland, Esq.
David C. Scheper, Esq.
Alexander H. Cote
**OVERLAND BORENSTEIN SCHEPER & KIM LLP**
300 South Grand Avenue
Suite 2750
Los Angeles, CA 90071-3144

**BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 14, 2008, at Los Angeles, California.

_____
Dina Comaduran