QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br>**DISCOVERY MATTER**<br><br>[To Be Heard By Discovery Master Hon. Edward Infante (Ret.) Pursuant To The Court's Order Of December 6, 2006]<br><br>**[PUBLIC REDACTED]** MATTEL, INC.'S REPLY IN SUPPORT OF MOTION TO COMPEL MGA ENTERTAINMENT, INC., MGA ENTERTAINMENT (HK) LIMITED, AND ISAAC LARIAN TO RESPOND TO MATTEL, INC.'S FIRST SET OF REQUESTS FOR ADMISSION PROPOUNDED TO MGA ENTERTAINMENT, INC.; CARTER BRYANT; MGA ENTERTAINMENT (HK)LIMITED; AND ISAAC LARIAN<br><br>[Supplemental Declaration of B. Dylan Proctor and Consolidated Separate Statement filed concurrently herewith]<br><br>Hearing Date: TBD<br>Time: TBD<br>Place: TBD<br>**Phase 1**<br>Discovery Cut-Off:    January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date:           May 27, 2008 |

07209/2433561.1

MATTEL, INC.'S REPLY IN SUPPORT OF MOTION TO COMPEL

1
2
3
4
5
6
7
8
9
10
11

**CONFIDENTIAL**

**THIS BRIEF FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER OF JANUARY 4, 2005**

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28