1   QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
      John B. Quinn (Bar No. 090378)
2       johnquinn@quinnemanuel.com
      Michael T. Zeller (Bar No. 196417)
3       (michaelzeller@quinnemanuel.com)
      Jon D. Corey (Bar No. 185066)
4       (joncorey@quinnemanuel.com)
    865 South Figueroa Street, 10th Floor
5   Los Angeles, California  90017-2543
    Telephone:  (213) 443-3000
6   Facsimile:   (213) 443-3100

7   Attorneys for Plaintiff Mattel, Inc.

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10                          EASTERN DIVISION

| | |
|---|---|
| 11  CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) Consolidated with |
| 12          Plaintiff, | Case No. CV 04-09059 Case No. CV 05-02727 |
| 13          vs. | **DISCOVERY MATTER** |
| 14  MATTEL, INC., a Delaware corporation, | **[Assigned to Hon. Edward Infante, Discovery Master]** |
| 15          Defendant. | |
| 16 | [PUBLIC REDACTED] CONSOLIDATED SEPARATE |
| 17  AND CONSOLIDATED ACTIONS | STATEMENT NO. 1 IN SUPPORT OF MATTEL, INC.'S MOTION TO |
| 18 | COMPEL MGA ENTERTAINMENT, INC., MGA ENTERTAINMENT (HK) |
| 19 | LIMITED, ISAAC LARIAN  TO RESPOND TO MATTEL, INC.'S |
| 20 | FIRST SET OF REQUESTS FOR ADMISSION PROPOUNDED TO |
| 21 | MGA ENTERTAINMENT, INC.; CARTER BRYANT; MGA |
| 22 | ENTERTAINMENT (HK) LIMITED; AND ISAAC LARIAN |
| 23 | |
| 24 | Date:    TBD Time:    TBD Place:   TBD |
| 25 | |
| 26 | **Phase 1** Discovery Cut-Off:   January 28, 2008 |
| 27 | Pre-Trial Conference: May 5, 2008 Trial Date:          May 27, 2008 |
| 28 | |

CONSOLIDATED SEPARATE STATEMENT NO. 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CONFIDENTIAL**

**FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER OF
1-4-2005**

CONSOLIDATED SEPARATE STATEMENT NO. 1