THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, CA 90071-3144
Tel.: (213) 687-5000/Fax: (213) 687-5600

RAOUL D. KENNEDY (Bar No. 40892)
(rkennedy@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Embarcadero Center, 38th Floor
San Francisco, CA 94111-5974
Tel.: (415) 984-6400 / Fax: (415) 984-2698

Attorneys for MGA Entertainment, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | **DISCOVERY MATTER** |
| v. | [PROPOSED] ORDER |
| MATTEL, INC., a Delaware corporation, | |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | |

MGA's Reply to Mattel's Opposition in Further Support of MGA's
Motion to Compel Production of Documents from Third Party Right Management Consultants, Inc.
Case No. CV 04-9049 SGL (RNBx)

## ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the following documents be filed under seal pursuant to Local Rule 79-5.1: MGA's Reply to Mattel's Opposition in Further Support of MGA's Motion To Compel Production of Documents from Third Party Right Management Consultants, Inc., and the associated Supplemental Declaration of Lance A. Etcheverry.

DATED: March 13, 2008

_____
Hon. Stephen G. Larson
United States District Court Judge

MGA's Reply to Mattel's Opposition in Further Support of MGA's
Motion to Compel Production of Documents from Third Party Right Management Consultants, Inc.
Case No. CV 04-9049 SGL (RNBx)
-2-

498472-Los Angeles Server 1A - MSW