THOMAS J. NOLAN (Bar No. 66992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600
E-mail: tnolan@skadden.com

RAOUL D. KENNEDY (Bar No. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Embarcadero Center, 38th Floor
San Francisco, California 94111-5974
Telephone: (415) 984-6400
Facsimile: (415) 984-2698
E-mail: rkennedy@skadden.com

Attorneys for Counter-Defendants,
MGA ENTERTAINMENT, INC.,
ISAAC LARIAN, MGA ENTERTAINMENT (HK) LIMITED,
and MGAE de MEXICO S.R.L. de C.V.

# UNITED STATED DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04–9059 and Case No. 05–2727<br><br>**APPLICATION TO FILE UNDER SEAL SUPPLEMENTAL DECLARATION OF TIMOTHY MILLER IN SUPPORT OF THE MGA PARTIES' MOTION FOR CLARIFICATION OF PORTIONS OF FEBRUARY 15, 2008, ORDER**<br><br>[[Proposed] Order filed concurrently herewith]<br><br>Hearing Date: TBD<br>Time: TBD<br>Place: JAMS |

ORIGINAL

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by
2  the Court in this action, MGA Entertainment, Inc., MGA Entertainment (HK)
3  Limited, MGAE de Mexico, S.R.L. de C.V. and Isaac Larian (collectively the "MGA
4  Parties"), hereby respectfully request that the Court order the following document be
5  filed under seal: Supplemental Declaration Of Timothy Miller In Support Of The
6  MGA Parties' Motion For Clarification Of Portions Of February 15, 2008, Order and
7  related exhibits.  Good cause exists for filing this document under seal, as it refers to
8  certain documents that have been designated as "Confidential" or "Confidential—
9  Attorneys' Eyes Only" pursuant to the Protective Order.  In the alternative, the MGA
10 Parties request that the Court declare the exhibits to be outside the definitions of
11 "Confidential" and "Confidential—Attorneys' Eyes Only" as contained in the
12 Stipulated Protective Order and order them to be filed as part of the public record.

DATED: March 13, 2008

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By: /s/ Raoul D. Kennedy

Attorneys for Counter-Defendants,
MGA ENTERTAINMENT, INC.,
ISAAC LARIAN, MGA
ENTERTAINMENT (HK) LIMITED,
and MGAE de MEXICO S.R.L. de C.V.

-1-