THOMAS J. NOLAN (Bar No. 66992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600
E-mail: tnolan@skadden.com

RAOUL D. KENNEDY (Bar No. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Embarcadero Center, 38th Floor
San Francisco, California 94111-5974
Telephone: (415) 984-6400
Facsimile: (415) 984-2698
E-mail: rkennedy@skadden.com

Attorneys for Counter-Defendants,
MGA ENTERTAINMENT, INC.,
ISAAC LARIAN, MGA ENTERTAINMENT (HK) LIMITED,
and MGAE de MEXICO S.R.L. de C.V.

**UNITED STATED DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04–9059 and Case No. 05–2727<br><br>[PROPOSED] ORDER GRANTING MGA PARTIES' APPLICATION TO FILE UNDER SEAL SUPPLEMENTAL DECLARATION OF TIMOTHY MILLER IN SUPPORT OF THE MGA PARTIES' MOTION FOR CLARIFICATION OF PORTIONS OF FEBRUARY 15, 2008, ORDER<br><br>Hearing Date: TBD<br>Time: TBD<br>Place: JAMS |

ORIGINAL

# [~~PROPOSED~~] ORDER

Based on the MGA Parties' Application To File Under Seal the Supplemental Declaration Of Timothy Miller In Support Of The MGA Parties' Motion For Clarification Of Portions Of February 15, 2008, Order, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the following document be filed under seal pursuant to Local Rule 79-5.1: Supplemental Declaration Of Timothy Miller In Support Of The MGA Parties' Motion For Clarification Of Portions Of February 15, 2008, Order and related exhibits.

DATED: March 14, 2008

_____
Hon. Stephen G. Larson
United States District Court Judge

-1-