1 THOMAS J. NOLAN (Bar No. 66992)
  (tnolan@skadden.com)
2 SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
  300 South Grand Avenue
3 Los Angeles, CA 90071-3144
  Tel.: (213) 687-5000 / Fax: (213) 687-5600
4
5 RAOUL D. KENNEDY (Bar No. 40892)
  (rkennedy@skadden.com)
6 SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
  4 Embarcadero Center, 38th Floor
7 San Francisco, CA 94111-5974
  Tel.: (415) 984-6400 / Fax: (415) 984-2698

8 Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited,
  MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with Case No. 04-9059 and Case No. 05-2727 |
| v. | APPLICATION TO FILE UNDER SEAL MGA DEFENDANTS' *EX PARTE* APPLICATION FOR AN ORDER EXTENDING THE MARCH 17 DEADLINE FOR MGA TO SERVE ITS REBUTTAL EXPERT REPORT CONCERNING MS. PRINCE'S NOTARY BOOK OR, IN THE ALTERNATIVE, PRECLUDING MATTEL FROM INTRODUCING ANY EXPERT EVIDENCE REGARDING ITS EXAMINATION OF THE NOTARY BOOK; AND DECLARATIONS OF MATTHEW SLOAN AND ALBERT LYTER IN SUPPORT THEREOF |
| MATTEL, INC., a Delaware corporation, | |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | |
| | Honorable Stephen G. Larson |

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, the MGA Entertainment, Inc. ("MGA") hereby respectfully requests that the Court order the following documents be filed under seal: MGA Defendants' *Ex Parte* Application For An Order Extending the March 17 Deadline for MGA to Serve Its Rebuttal Expert Report Concerning Ms. Prince's Notary Book or, In the Alternative, Precluding Mattel from Introducing Any Expert Evidence Regarding Its Examination of the Notary Book, and the Declarations of Matthew E. Sloan and Albert H. Lyter, III, in support thereof. Good cause exists for filing these documents under seal, as certain exhibits attached to the Declaration of Matthew E. Sloan have been designated as "Confidential" or "Confidential—Attorneys' Eyes Only" pursuant to the Protective Order, and the Application references these exhibits, and/or the documents contain or reference confidential information as defined under the Stipulated Protective Order. In the alternative, MGA requests that the Court declare the documents and exhibits to the declarations to be outside the definitions of "Confidential" and "Confidential—Attorneys' Eyes Only" as contained in the Stipulated Protective Order and order them to be filed as part of the public record.

DATED: March 14, 2008

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By: _____
Thomas J. Nolan
Attorneys for MGA Entertainment, Inc.