QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> MATTEL, INC., a Delaware corporation, <br><br> Defendant. <br><br> AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx) <br><br> Consolidated with Case Nos. CV 04-09059 and CV 05-02727 <br><br> **PROOF OF SERVICE** <br><br> Discovery Cutoff:  January 28, 2008 <br> Pre-Trial Conference:  May 5, 2008 <br> Trial Date:  May 27, 2008 |


## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is NOW Messenger Service, 1301 West Second Street, Suite 206, Los Angeles, California 90026.

On March 17, 2008, I served true copies of the following documents described as:

**(1) MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL PORTIONS OF REPLY IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL FURTHER DEPOSITION OF MARGARET HATCH-LEAHY AND TO OVERRULE INSTRUCTIONS NOT TO ANSWER AND FOR SANCTIONS; AND EXHIBITS 1 & 2 TO THE DECLARATION OF STEPHEN HAUSS IN SUPPORT THEREOF;** and

**(2) [PROPOSED] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL PORTIONS OF REPLY IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL FURTHER DEPOSITION OF MARGARET HATCH-LEAHY AND TO OVERRULE INSTRUCTIONS NOT TO ANSWER AND FOR SANCTIONS; AND EXHIBITS 1 & 2 TO THE DECLARATION OF STEPHEN HAUSS IN SUPPORT THEREOF**

on the parties in this action as follows:

Larry McFarland, Esq.
Christian Dowell, Esq.
Keats, McFarland & Wilson LLP
9720 Wilshire Blvd.
Penthouse Suite
Beverly Hills, CA  90212

[PERSONAL] By personally delivering the document listed above to the person(s) at the address(es) set forth above.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made

Executed on March 17, 2008, at Los Angeles, California.

Dave Quintana

07209/2304372.1 07209/2 34708.1

-2-

Case No. CV 04-9049 SGL (RNBx)

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On March 17, 2008, I served true copies of the following document(s) described as

(1) **MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL PORTIONS OF REPLY IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL FURTHER DEPOSITION OF MARGARET HATCH-LEAHY AND TO OVERRULE INSTRUCTIONS NOT TO ANSWER AND FOR SANCTIONS; AND EXHIBITS 1 & 2 TO THE DECLARATION OF STEPHEN HAUSS IN SUPPORT THEREOF**; and

(2) **[PROPOSED] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL PORTIONS OF REPLY IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL FURTHER DEPOSITION OF MARGARET HATCH-LEAHY AND TO OVERRULE INSTRUCTIONS NOT TO ANSWER AND FOR SANCTIONS; AND EXHIBITS 1 & 2 TO THE DECLARATION OF STEPHEN HAUSS IN SUPPORT THEREOF**

on the parties in this action as follows:

Mark E. Overland, Esq.
David C. Scheper, Esq.
Alexander H. Cote
**OVERLAND BORENSTEIN SCHEPER & KIM LLP**
300 South Grand Avenue
Suite 2750
Los Angeles, CA 90071-3144

John W. Keker, Esq.
Michael H. Page, Esq.
Christina M. Anderson, Esq.
**Keker & Van Nest, LLP**
710 Sansome Street
San Francisco, CA 94111

Thomas J. Nolan, Esq.
Carl Roth, Esq.
**Skadden, Arps, Slate, Meagher & Flom LLP**
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071

1  **BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 17, 2008, at Los Angeles, California.

*/s/ Dina Comaduran*
Dina Comaduran