KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
jkeker@kvn.com
MICHAEL H. PAGE - #154913
mpage@kvn.com
CHRISTA M. ANDERSON - #184325
canderson@kvn.com
MATTHEW M. WERDEGAR - #200470
mwerdegar@kvn.com
JOHN E. TRINIDAD - #250468
jtrinidad@kvn.com
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Plaintiff
CARTER BRYANT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>                     Plaintiff,<br><br>    v.<br><br>MATTEL, INC. a Delaware Corporation,<br><br>                     Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC., v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No. CV 04-09049 SGL (RNBx) (consolidated with CV 04-9059 & 05-2727<br><br>**[PROPOSED] ORDER DENYING MATTEL INC.'S MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER'S ORDERS**<br><br>Date:    March 31, 2008<br>Time:   10:00 a.m.<br>Dept:    Courtroom 1<br>Judge:  Hon. Stephen G. Larson<br><br>Date Comp. Filed:  April 13, 2005<br><br>Discovery Cut-Off:  Jan. 28, 2008<br>Pre-Trial Conference:  May 5, 2008<br>Trial Date:  May 27, 2008 |

413393.01

[PROPOSED] ORDER DENYING MATTEL INC.'S MOTION OBJECTING TO
PORTIONS OF DISCOVERY MASTER'S ORDERS
CASE NO. CV 04-09049 SGL (RNBx)

1  The Court has carefully considered the parties' submissions concerning Mattel, Inc.'s Motion Objecting to Portions of Discovery Master's (1) February 15, 2008 Order; and (2) February 20 Order. Mattel has not shown cause why the Discovery Master's February 20 Order is contrary to law or clearly erroneous. Accordingly, Mattel's motion is DENIED insofar as it objects to the February 20 Order.

Dated: _____

                                              Hon. Stephen G. Larson
                                              United States District Judge

413393.01

1

[PROPOSED] ORDER DENYING MATTEL INC.'S MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER'S ORDERS
CASE NO. CV 04-09049 SGL (RNBx)