| | |
|---|---|
| 1 | KEKER & VAN NEST, LLP |
| | JOHN W. KEKER - #49092 |
| 2 | jkeker@kvn.com |
| | MICHAEL H. PAGE - #154913 |
| 3 | mpage@kvn.com |
| | CHRISTA M. ANDERSON - #184325 |
| 4 | canderson@kvn.com |
| | MATTHEW M. WERDEGAR - #200470 |
| 5 | mwerdegar@kvn.com |
| | JOHN E. TRINIDAD - #250468 |
| 6 | jtrinidad@kvn.com |
| | AUDREY WALTON-HADLOCK- #250574 |
| 7 | awaltonhadlock@kvn.com |
| | 710 Sansome Street |
| 8 | San Francisco, CA  94111-1704 |
| | Telephone:  (415) 391-5400 |
| 9 | Facsimile:  (415) 397-7188 |

Attorneys for Plaintiff
CARTER BRYANT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>MATTEL, INC. a Delaware Corporation,<br><br>　　　　　　　　　　Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC., v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No. CV 04-09049 SGL (RNBx) (consolidated with CV 04-9059 & 05-2727<br><br>**NOTICE OF MANUAL FILING** |

NOTICE OF MANUAL FILING
CASE NO. CV 04-09049 SGL (RNBx)

413390.01

1  The Declaration of Rebekah Punak in Support of Carter Bryant's Opposition
2  to Mattel, Inc.'s Motion Objecting to Portions of Discovery Master's (1)
3  February 15, 2008 Order; and (2) February 20, 2008 Order, which includes
4  "Confidential" or "Confidential—Attorneys Eyes Only" Exhibits A, B, C, and E
5  was filed in hard copy form only and is being maintained in the case file in the
6  Clerk's office.  If you are a participant in this case, this filing will be served in hard
7  copy shortly.  For information on retrieving this filing directly from the court,
8  please see the court's main web site at http://www.cand.uscourts.gov under
9  Frequently Asked Questions (FAQ).
10   This filing was not e-filed for the following reason(s):
11  [_] Voluminous Document (PDF file size larger than the e-filing system allows)
12  [_] Unable to Scan Documents
13  [_] Physical Object (description): _____
14  [_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media
15  
16  [X] Item Under Seal
17  [_] Conformance with the Judicial Conference Privacy Policy (General Order 53).
18  [_] Other (description): _____
19  
20  Dated:  March 17, 2008                                     KEKER & VAN NEST, LLP
21  
22  
23                                                                     By:  /s/ Matthew Werdegar_____
                                                                          MATTHEW WERDEGAR
24                                                                        Attorneys for Plaintiff
                                                                          CARTER BRYANT
25  
26  
27  
28