KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
jkeker@kvn.com
MICHAEL H. PAGE - #154913
mpage@kvn.com
CHRISTA M. ANDERSON - #184325
canderson@kvn.com
MATTHEW M. WERDEGAR - #200470
mwerdegar@kvn.com
710 Sansome Street
San Francisco, CA  94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff
CARTER BRYANT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>                              Plaintiff,<br><br>v.<br><br>MATTEL, INC. a Delaware Corporation,<br><br>                              Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC., v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No. CV 04-09049 SGL (RNBx)<br>(consolidated with CV 04-9059 & 05-2727<br><br>**DISCOVERY MATTER**<br>[To Be Heard by Discovery Master Hon. Edward Infante (Ret.)]<br><br>**DECLARATION OF MICHAEL H. PAGE IN SUPPORT OF SURREPLY RE: MATTEL INC.'S MOTION FOR AN ORDER ENFORCING COURT'S JANUARY 25, 2007 ORDER COMPELLING BRYANT TO PRODUCE COMPUTER HARD DRIVES AND FOR SANCTIONS**<br><br>Judge:   Hon. Stephen G. Larson<br><br>Date Comp. Filed: April 13, 2005<br><br>Discovery Cut-Off: Jan. 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

I, MICHAEL H. PAGE, declare and state that:

1. I am an attorney licensed to practice law in the State of California and am a member of the law firm of Keker & Van Nest LLP, located at 710 Sansome Street, San Francisco, California 94111, counsel for plaintiff Carter Bryant in the above-captioned action. I am duly admitted to practice law before this Court. Except where expressly stated, I have knowledge of the facts set forth herein, and if called to testify as a witness thereto, could do so competently under oath.

2. Attached hereto as Exhibit 1 is a true and correct copy of the rebuttal expert report of Gary Funck and exhibits thereto, served on March 17, 2008.

3. Attached hereto as Exhibit 2 is a true and correct copy of a printout of the electronic final draft transcript of the March 13, 2008 deposition of Mark J. Menz.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on March 17, 2008, at San Francisco, California.

/s/ Michael H. Page
MICHAEL H. PAGE

# PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest, LLP, 710 Sansome Street, San Francisco, California 94111.

On March 17, 2008, I served the following document(s):

**DECLARATION OF MICHAEL H. PAGE IN SUPPORT OF SURREPLY RE: MATTEL INC.'S MOTION FOR AN ORDER ENFORCING COURT'S JANUARY 25, 2007 ORDER COMPELLING BRYANT TO PRODUCE COMPUTER HARD DRIVES AND FOR SANCTIONS**

by regular **UNITED STATES MAIL** by placing a true and correct copy in a sealed envelope addressed as shown below. I am readily familiar with the practice of Keker & Van Nest, LLP for collection and processing of correspondence for mailing. According to that practice, items are deposited with the United States Postal Service at San Francisco, California on that same day with postage thereon fully prepaid. I am aware that, on motion of the party served, service is presumed invalid if the postal cancellation date or the postage meter date is more than one day after the date of deposit for mailing stated in this affidavit; and

by **E-MAIL VIA PDF FILE**, by transmitting on this date via e-mail a true and correct copy scanned into an electronic file in Adobe "pdf" format. The transmission was reported as complete and without error.

| | |
|---|---|
| Hon. Edward A. Infante (via Fed Ex) | John B. Quinn |
| JAMS | Michael T. Zeller |
| Two Embarcadero Center, Suite 1500 | Quinn Emanuel Urquhart Oliver & |
| San Francisco, CA 94111 | Hedges, LLP |
| Tel: 415/774-2649 | 865 South Figueroa Street, 10th Floor |
| Fax: 415/982-5287 | Los Angeles, CA 90017-2543 |
| Email: schan@jamsadr.com | Tel: 213/443-3000 |
| | Fax: 213/443-3100 |
| | Email: johnquinn@quinnemanuel.com |
| | Email: michaelzeller@quinnemanuel.com |

396176.01

PROOF OF SERVICE
CASE NO. CV 04-09049 SGL (RNBx)

| | |
|---|---|
| Thomas J. Nolan | Alexander H. Cote |
| Skadden Arps Slate Meagher & Flom | Overland Borenstein Scheper & Kim LLP |
| 300 South Grand Avenue, Suite 3400 | 300 S. Grand Avenue, Suite 2750 |
| Los Angeles, CA 90071-3144 | Los Angeles, California 90071 |
| Tel: 213/687-5000 | Tel: 213/613-4660 |
| Fax: 213/687-5600 | Fax: 213/613-4656 |
| Email: tnolan@skadden.com | Email: acote@obsklaw.com |

Executed on March 17, 2008, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*/s/ Julie Selby*
Julie A. Selby