KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
jkeker@kvn.com
MICHAEL H. PAGE - #154913
mpage@kvn.com
CHRISTA M. ANDERSON - #184325
canderson@kvn.com
MATTHEW M. WERDEGAR - #200470
mwerdegar@kvn.com
JOHN E. TRINIDAD - #250468
jtrinidad@kvn.com
AUDREY WALTON-HADLOCK- #250574
awaltonhadlock@kvn.com
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Plaintiff
CARTER BRYANT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>                              Plaintiff,<br><br>    v.<br><br>MATTEL, INC. a Delaware Corporation,<br><br>                              Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC., v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No. CV 04-09049 SGL (RNBx) (consolidated with CV 04-9059 & 05-2727<br><br>**EXPERT REPORT OF GARY FUNCK**<br><br>Dept:        Courtroom 1<br>Judge:       Hon. Stephen G. Larson<br><br>Date Comp. Filed:  April 13, 2005<br><br>Discovery Cut-Off: Jan. 28, 2008<br>Pre-Trial Conference:  May 5, 2008<br>Trial Date:  May 27, 2008 |

# SUMMARY OF FINDINGS

As detailed below, I have reviewed the expert report of Mark Menz, as well as portions of Mattel's brief titled, "Amended Reply ISO Mattel's Motion to Enforce January 25, 2007 Order", which references Mr. Menz's report.  In my opinion, both Mattel's legal brief and Mr. Menz's expert report contain errors that stem from limitations in the investigative approach used by Mr. Menz and from Mattel's misunderstanding of important technical aspects of their expert's conclusions.

The limitations in investigative approach stem from a failure to investigate or understand how Evidence Eliminator works.  Mr. Menz does not mention that Evidence Eliminator, once installed, will launch automatically each time the user logs in, typically soon after the computer has been turned on.  At that time, the program places its icon into the system tray and performs no other action.

(continued on next page)

Mr. Menz and Mattel's counsel mistakenly imply that this passive launch process is an instance of Evidence Eliminator being "run" by the user. That misunderstanding, among others, led to the following errors and over-reaching statements:

- In reference to the desktop computer, Mr. Menz states "The program [Evidence Eliminator] was last run on or about the recorded date and time of the 13th of July 2004". Mattel's counsel extends this statement and states: "He [Bryant] used it [Evidence Eliminator] once on his Desktop resulting in an undetermined loss of data the day before the Desktop was imaged." Mr. Menz's use of the word "run" seems to imply that a human user of the computer ran Evidence Eliminator. Mattel asserts that this hypothetical computer user was Mr. Bryant, and further that his use of Evidence Eliminator resulted in "undetermined loss of data". With regard to these statements, I reach the following conclusions:

  ○ Evidence Eliminator was not used to erase any data on the desktop's hard drive at any time after July 29, 2002 at the latest.

  ○ Evidence Eliminator was "run" by the Windows operating system only in the trivial sense of the word. Windows launches the program for the sole purpose of placing the program's icon into the system tray and performing no other functions.

- In reference to Bryant's laptop computer, Mr. Menz states "At this time at least 9400+ filenames and/or folder names were overwritten as well as an undetermined amount of data on the drive." Mattel's counsel expands upon Mr. Menz's statement and states: "Actually, Bryant used a program called Evidence Eliminator and deleted over 9400 files …", and "he [Bryant] ran Evidence

413334.01

Eliminator on his laptop two days before and again the day it was imaged with the result that 9,400+ files and/or folders were forever deleted.".   With regard to these statements, I reach the following conclusions:

○   Mr. Menz correctly states that 9400+ file <u>names</u> and/or folder <u>names</u> were overwritten but does not clarify his statement by mentioning that file names can be overwritten by Evidence Eliminator without <u>any</u> actual <u>data</u> being overwritten.  This behavior is well known to anyone with a general knowledge of the NTFS file system and Mr. Menz's narrow statement above demonstrates that he understands the distinction between over-writing filenames and deleting file data.

○   Mr. Menz's statement that "an undetermined amount of data" was over-written is non-specific.  In short, Mr. Menz states that he cannot quantify how much data was deleted, and cannot determine if <u>any</u> actual data was deleted when Evidence Eliminator was run.

○   Mattel's counsel incorrectly states that "9,400+ files and/or folders were forever deleted [by Evidence Eliminator]". This statement is not supported by Mr. Menz's declaration or by any other evidence.  Mattel failed to differentiate between the operation of overwriting file <u>names</u>, and the operation of overwriting and deleting file <u>content</u>.

○   More subtly, Mattel's statement is over-specific when it seems to suggest that 9400+ files/folders and their data existed just before Evidence Eliminator was run, and that the act of running Evidence Eliminator deleted 9400+ files/folders and their data.  Neither Mr. Menz's report nor

3

413334.01

the evidence offer support for the claim that any specific number of files and their data were deleted or overwritten by Evidence Eliminator.

- Mr. Menz states that "the program [Evidence Eliminator] was run" and Mattel states that "he [Bryant] ran Evidence Eliminator … again the day it was imaged" on July 14, 2004. With regard to these statements, I reach the following conclusions:

  o Mr. Menz does not mention that Evidence Eliminator was "run" only by the Windows operating system, for the purpose of placing the program's icon into the system tray.

  o Mattel's counsel incorrectly states that Bryant ran Evidence Eliminator on that day.

  o The evidence indicates only that the computer was turned on by the technician who was creating the forensic image, and that Evidence Eliminator was not used by anyone to delete or overwrite any data.

- Mr. Menz states that a new USER.DAT file was created on Bryant's desktop computer in April, 2004, and notes that the previous USER.DAT file might have contained information with some forensic value. Mr. Menz does not show evidence that any user of the computer deliberately created a new USER.DAT file, but leaves open the possibility that the USER.DAT file might have been re-created by Mr. Bryant as a way of hiding evidence. With regard to Mr. Menz's statement, I reach the following conclusions:

  o Putting aside the fact that, as I understand it, Mr. Bryant did not even own the computer on that date, it is far more likely that the creation of a new USER.DAT file was the result of Windows ME's automated error recovery processes.

  o There is a "backup" copy of the USER.DAT file on the desktop computer's hard drive. The backup copy is dated just a few weeks earlier than the current USER.DAT file.

- Mr. Menz states that "the program [Evidence Eliminator] was run and that the configuration was changed" on Bryant's laptop on July 14, 2004. There are two problems with this statement:

  o Mr. Menz is non-specific when he uses the term "run"; it leaves open the possibility that Evidence Eliminator was run by a person using the computer, presumably Mr. Bryant. There is compelling evidence that Evidence Eliminator was "run" only by the Windows operating system when the user logged in. Further, the program simply placed its icon into the system tray and took no further action.

  o Mr. Menz states that "[Evidence Eliminator's] configuration was

5

EXPERT REPORT OF GARY FUNCK
CASE NO. CV 04-09049 SGL (RNBx)

413334.01

changed" but does not name any specific changes.  He notes only that the configuration file's "last modified" date/time was changed.  We have determined that Evidence Eliminator, each time a user logs in to the laptop, will automatically cause the date/time of its configuration file to be modified, just before it places its icon into the Windows system tray.  Thus, the fact the configuration file's last modified time has changed is not a valid indication that the configuration was changed.  Further, the change in the configuration file's "last modified" time occurs without any action by the user of the computer.

## Background

I am President and founder of Intrepid Technology, Inc. ("Intrepid"). Intrepid is a software consulting company with extensive experience in operating systems, development tools, and embedded systems software. During the past several years, numerous Silicon Valley companies have retained Intrepid's and my services to investigate and render opinions based upon our analysis of digitally encoded evidence stored in electronic devices. During such investigations, we practice and follow standards and procedures generally recognized for the collection and analysis of electronic evidence. Attached hereto as Exhibit "A" is a copy of my resume.

I submit this report to explain various analysis tasks performed by Intrepid on behalf of Mr. Carter Bryant and his counsel, Michael Page of Keker and Van Nest, LLP. Except as to those matters stated on information and belief, I have personal knowledge of the matters set forth herein and, if called upon to do so, I could and would competently testify thereto.

I was contacted by Michael Page of Keker and Van Nest, and was asked to review several images of computer hard drives that it is my understanding had been previously attached to two computers owned by Carter Bryant. Based upon my analysis of the hard drive images, the two computers in question are:

1.  Compaq Presario 2700 laptop

2.  HP Pavilion Desktop, serial 114117-0036280

I reviewed three hard drive image files: two (2) made from the HP desktop's disk drive, and one made from the Compaq laptop's drive, each made at different points in time. The hard drive images that I reviewed are detailed in the table below.

| Computer | Image Date | Image File Name / Hash |
|---|---|---|
| Compaq Presario laptop | 2004-07-14 | IT2\02 Carter Bryant.E01<br>Hash: 56c3f28918fccf52c030e9e21b09a25b |
| HP Pavilion mini-tower | 2004-07-13[1] | IT1\EnCase Files\Carter Bryant.E01<br>Hash: 75a548b473de77a553c209cb13340ff6 |
| HP Pavilion mini-tower | 2007-04-20 | Carter Bryant Pavillion DTP 04_20_2007\<br>Evidence\C Bryant Pavillion DTP 4_20_2007.E01<br>Hash: b7eab3b8ce486b8be940fe6c02f5f870 |

During the course of my work, I also reviewed four reports, authored by Mr. Mark Menz, a computer forensic expert retained by Mattel's counsel, detailed in the table below:

| File | Date | Title |
|---|---|---|
| QEUOH001-Rpt1.PDF | 2008-02-10 | Forensic Analysis Report 1 |
| QEUOH001-Rpt2.PDF | 2008-02-10 | Forensic Analysis Report 2 |
| QEUOH001-Rpt3.PDF | 2008-02-10 | Forensic Analysis Report 3 |
| QEUOH001-Rpt4.PDF | 2008-02-10 | Forensic Analysis Report 4 |

The Compaq Presario laptop image and the HP Pavilion desktop image made in July 2004 that I reviewed match the images that Mr. Menz reviews in his report #1 and #2 respectively.  The HP Pavilion image made April 20, 2007 that I reviewed apparently pre-dates, and has different content than, another image that Mr. Menz reviewed in his report #4.  I did not review the image of the Compaq Laptop made on 2007-09-13, mentioned in Mr. Menz's Report #3.

Much of the analysis documented in the reports authored by Mr. Menz focuses on file names, file dates and times, and other information related to the installation and operation of a program called "Evidence Eliminator".

---

[1]  The date of image mentioned in the EnCase file is 2000-01-01, which appears to be incorrect.  The last dated file on the image is 2004-07-13.

413334.01

## DETAILED FINDINGS

For brevity, in this report I will often use the abbreviation "EE" to refer to "Evidence Eliminator". Further, in the discussion below, I use the term "we" to refer to activities performed or observations made by either me, or by my business partner, Nenad Vukicevic.

It is my understanding that Mr. Bryant used the HP desktop computer in California until he moved to Springfield, MO in February 2002. We have no way of knowing if/when the time zone setting may have been changed by Mr. Bryant after the move. I note that in our review of the desktop hard drive that when we use the Central time zone as a point of reference that the times are generally two hours later than those that Mr. Menz references in his report #2. To resolve this potential ambiguity, I use Central time zone settings throughout. I do not believe that the different time zone offsets have a material affect on my conclusions.

EXPERT REPORT OF GARY FUNCK
CASE NO. CV 04-09049 SGL (RNBx)

413334.01

1

2 **Evidence Eliminator: Installation and Configuration**

3

4          To gain familiarity with the operation and behavior of Evidence Eliminator, we

obtained a copy of the installation file for the version installed on Mr. Bryant's laptop and

5

6 desktop computer hard drives.  Further, we purchased a license from the company that

7 sells and distributes Evidence Eliminator (evidence-eliminator.com).  We installed EE

8 and took screenshots of various installation and configuration menus (Exhibit B).

9          As noted in Menz's report #1 (p. 4), we observed that EE creates a log file named

10 "INSTALL.LOG" in the installation directory C:\Program Files\Evidence

11 Eliminator.  This installation log records the date of installation as well as files that

12 are created by the installer.

13          The initial installation screen (Fig. B-1) encourages the user to read the Help file

14 for the "Windows NT" topic.  After clicking "OK", the next screen is a Welcome screen

15 (Fig. B-2).  The user is encouraged to quit other programs that might interfere with the

16 installation.  Clicking "Next" leads to an installation reminder, (Fig. B-3) telling the user

17 to first click "Options" and then "Save" to initially configure the program, before running

18 it.  Clicking "OK" leads to the main start menu (Fig. B-4).  This is the same menu that

19 will appear when EE is run during the course of normal system operation.

20

21          Following the instructions of the installation reminder, clicking "Options" leads to

22 the main configuration menu (Fig. B-5).  The first Option mentioned on that page says:

23 "Eliminate Swap File (Recommended)".  Clicking the "Eliminate Swap File" option

24 leads to a dialog box that indicates that swap file cleaning will be enabled on every

25 shutdown (Fig. B-6).  Clicking "OK" clears the dialog.  Selecting the "IE" (Internet

26 Explorer) tab (Fig. B-7) will show the default options for clearing the Internet Explorer

27

28

EXPERT REPORT OF GARY FUNCK
CASE NO. CV 04-09049 SGL (RNBx)

413334.01

1  cache.  All boxes are checked except for the option to clear Internet Explorer Favorites.

2  Clicking the "Cookies" tab (Fig. B-8) brings up the default setting, which indicates that

3  Internet "cookies" will be cleaned.

4      We ran EE under the control of a monitoring program (*Process Monitor*, a tool

5  distributed by Microsoft at http://technet.microsoft.com/en-

6  us/sysinternals/bb896645.aspx) to determine the files and registry entries that EE

7  references.  We confirmed that EE records configuration settings in a file named

8  `Config.dat` under the `Data` directory in the installation directory.  A listing of the

9  `Config.dat` file found on the laptop hard drive is attached as Exhibit C.

10

11      Exhibit D shows the differences between the default configuration file that we

12  used in our tests, and the `Config.dat` file found in the EE installation directory on

13  Bryant's laptop.  After taking differing user names into account, and the fact that Outlook

14  Express was not installed on our test system, only one difference remains:

15

| **Default EE Configuration** | **EE Configuration on Bryant's laptop** |
|---|---|
| `chkWinSwap=0` | `chkWinSwap=1` |

16

17

18      This difference reflects the selection of the "Eliminate Swap File" option, as

19  recommended during the installation process noted above.  Other than that difference, the

20  configuration on EE on both of Mr. Bryant's computers at the time they were imaged was

21  the "default" configuration.

22      The EE help file discusses additional configuration settings in a section titled

23  "Options Window".  By experimentation, we determined that various configuration

24  options interact with other files in the `Data` folder under the EE installation directory.

25  All of these additional configuration files end with the extension ".dat". These files as

26  they exist on the laptop drive when it was imaged are summarized in the table below.

27

28

EXPERT REPORT OF GARY FUNCK
CASE NO. CV 04-09049 SGL (RNBx)

413334.01

| Filename | Size | Modified |
|---|---|---|
| Config.dat | 3860 | Jul 14 2004 |
| Drives.dat | 5 | Sep 10 2002 |
| Files.dat | 0 | Sep 10 2002 |
| FilesContents.dat | 0 | Sep 10 2002 |
| FolderScans.dat | 0 | Sep 10 2002 |
| Folders.dat | 0 | Sep 10 2002 |
| IECookiesKeep.dat | 0 | Sep 10 2002 |
| IEDownloadedKeep.dat | 0 | Sep 10 2002 |
| NSN4CookiesKeep.dat | 0 | Sep 10 2002 |
| OE5ChoiceList.dat | 70 | Sep 10 2002 |
| PlugInSelections.dat | 2108 | Sep 10 2002 |
| ScanMasks.dat | 60 | Sep 10 2002 |

We compared each ".dat" configuration file in the EE configuration directory on Bryant's laptop to the similarly named file in the default configuration directory on our test machine. We determined that all configuration files on Bryant's laptop were identical to the default configuration files on our test machine (except for the Config.dat file, which was discussed previously).

We observed the actions taken by EE just after the user sets the program's initial options. We determined that EE writes an entry into the Windows registry (Exhibit E) that will cause Windows to execute EE when the user's login session starts. The Windows registry key is:

HKEY_CURRENT_USER\Software\Microsoft\Windows\Run

EXPERT REPORT OF GARY FUNCK
CASE NO. CV 04-09049 SGL (RNBx)

413334.01

As described in this Microsoft support page,

http://support.microsoft.com/kb/314866, this registry key is listed as a "run key", and as

the reference states:

"Run keys cause programs to automatically run each time that a user logs on."

EE adds a sub-key named "Evidence Eliminator" to the run key with a string value:

```
C:\PROGRAM FILES\EVIDENCE ELIMINATOR\ee.exe /m
```

This will direct Windows to run EE every time a user logs in. The "/m" switch will

cause EE to run minimized in the system tray (ref: EE help file). The "system tray" is the

small area that is typically in the lower right corner of a Windows screen, where there are

various icons that can be used as a quick way to cause various programs to perform

various tasks. Upon startup, after the user logs in, that is all Evidence Eliminator does: it

places an icon in the system tray, and "wakes up" only when the user clicks on that icon

and makes a selection from its menu, or when the user enters a hot-key sequence or right-

clicks on a file/folder and selects an EE operation.

Based upon both our review of product documentation and our research into

Evidence Eliminator's behavior we conclude that EE performs its functions only when

the user explicitly issues command to the program. Unlike a virus scanning program for

example, EE will not silently perform file cleaning and deletion programs in the

background.

13

413334.01

1    As described in the EE help file, in the section titled "Main Window", EE

2  provides two primary methods for cleaning out temporary files and securely removing

3  previously deleted files, both of which are accessed via the system tray icon:

4    ***Safe Shutdown***

5    The most popular option for regular daily use. Safe Shutdown runs a full

6    elimination process, then shuts the machine down to finish the job completely. On

7    completion, your machine remains in DOS, thoroughly cleaned and ready to

8    switch off (Windows 95/98) or switches itself off (Windows ME, XP.)

9

10    ***Safe Restart***
    The same as Safe Shutdown, but on completion the system will reboot back into

11    Windows, thoroughly cleaned and ready to go.

12    When a user selects "safe shutdown" or "safe restart" instead of the Windows

13  "shutdown" or "restart," Evidence Eliminator performs whatever functions it has been

14  configured to perform.

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                      14

413334.01

## Review of Bryant's Compaq Laptop Hard Drive Image Dated 2004-07-14

I reviewed a hard drive image of a Compaq laptop, attributed to Mr. Bryant, made on 2004-07-14 (with particulars documented previously in the "Background" section). Further, I reviewed the expert report #1, authored by Mr. Menz, which describes his findings as of 2008-02-10, as they relate to the Compaq laptop hard drive image.

Mr. Menz's report #1 focuses on filenames, file dates/times, file contents, and other information that relate to the operation of a program called "Evidence Eliminator ™" (version 5.057). To provide an informed response, we ran a number of experiments to determine how Evidence Eliminator ("EE") interacts with the operating system and the file system that is accessed by the program. To perform those experiments, we installed EE on a test computer system with a known initial configuration, purchased a license, reviewed the user's manual, and then operated the program in a number of different scenarios. During the course of each experiment, we saved hard drive images, made screenshots, monitored the program, and captured its log file. I used the evidence that we collected and experience gained, to substantiate my opinions and conclusions, detailed below.

EXPERT REPORT OF GARY FUNCK
CASE NO. CV 04-09049 SGL (RNBx)

413334.01

**I.   There is a typographical error in Mr. Menz's Report #1 at point number 2.**

In Report #1 (page 1), Mr. Menz states:

> 2. The configuration of the program was accessed on or about the recorded date and time of the 12th of July 2004 at 10:49 CDT. This means that the user was interacting with the program however we do not know what changes if any were done.

There is an apparent typographical error in the statement above.  Referring to the supporting detail on page 12, the text reads:

> The configuration of the program was accessed on or about the recorded date and time of the 12th of July 2004 at 18:49.

This statement refers to the highlighted file last access times in the table shown on the same page.  This latter time of 18:49 CDT on July 12, 2004 agrees with my findings.

**II.   EE's safe shutdown and safe restart operations will overwrite all file and folder name entries that are marked as having previously been deleted.  The point in time that those files were deleted cannot be determined.  The entity (system or user) that deleted those files cannot be determined.**

To understand the difference between overwriting the filename of a previously deleted file and actually deleting a file and its contents, some basic knowledge about how an NTFS-formatted file system stores files and folders is required.  For every file and folder on the system, an NTFS-formatted file system will record an entry in the Master File Table (MFT).  The MFT itself is also a file, and like other files will grow, as more file entries are required.  In the Windows implementation, the MFT will never shrink.

413334.01

1   When a file is deleted, the Windows operating system will simply set a flag in the MFT

2   entry associated with the file, marking it as "deleted".  The space for the file is released

3   so that it can be later reused, but it will not necessarily be re-used immediately.

4        The following diagram illustrates how currently allocated and previously deleted

5   MFT entries might vary over time:

6
7
8                                                            
9                    60/40                    80/20                    40/60

10
11       Above, the shaded cells represent entries in the MFT that describe files and

12  folders that are in use.  The white cells represent MFT entries for files and folders that

13  previously existed and that are now marked as deleted.  The left column shows the

14  situation when there are currently 60 files/folders allocated and there are 40 entries for

15  files that have been previously deleted, or that are unused.  The middle column illustrates

16  the situation when 20 additional files/folders are allocated; only 20 free MFT entries

17  remain.  Finally, the rightmost column shows what happens when 40 files/folders are

18  deleted – the total number of MFT entries that are available for re-use will be 60.

19  (Ref. *File System Forensic Analysis* by Brian Carrier, Addison Wesley 2005,
20  Ch. 11-13)

21       From the diagram above, we can see that the number of MFT entries currently

22  marked as deleted has little correspondence to the number of files that were deleted at

23  some previous point in time.  Rather, the current total size of the MFT (which includes

24  allocated, previously deleted, and unused entries) serves as a high water mark for the

25  largest number of files/folders that have existed, at any given time since the NTFS file

26  system was installed on the drive.  The entries marked as previously deleted, may have

27

28
                                    17

413334.01

1    been in use at any point in time since the file system was installed on the drive.

2         Based upon the results of experiments that we performed (Exhibit F), we

3    determined that EE will overwrite the file name attributes of most MFT entries currently

4    marked as "deleted" with a name of the form:

5         <10-digit-sequence-number><233-random-characters>

6

7         The sequence number part of the file name is in sequential order, beginning with a

8    first sequence number that can vary across runs.

9         In one experiment that we ran (Fig. F-1), we determined that 4608 of the total

10   4676 deleted filename entries recovered by FTK had their filename entries overwritten

11   with the pattern used by Evidence Eliminator's safe shutdown/restart operation.  We

12   further determined that the file length associated with these file name entries was zero (0)

13   and that the file entries had modified/creation/accessed (so called MAC times) all set to a

14   time in the time span when Evidence Eliminator ran.

15

16        **Note:** Although 4676 files/folders are shown as having been deleted, these files

17   were *all* deleted without any explicit user action such as moving the files into the recycle

18   folder.

19        Next, we copied a collection of new files onto the drive, and then deleted 175 of

20   them. We then ran an Evidence Eliminator "safe shutdown" operation again.  We imaged

21   the drive, loaded the image into FTK, and then noted the following statistics (Fig. F-2).

22        Total files: 20452
23        Deleted files: 4882
         File/Folder names overwritten by EE: 4873

24        From this experiment, I determined that an EE safe shutdown/restart operation

25   will rewrite most file/folder name entries of files and folders that have been previously

26   deleted, even if EE has already rewritten those names in the past, either once or multiple

27

28                                        18

413334.01

1    times.

2         Note that, although we deleted only 175 files, the total number of recovered

3    deleted filename entries was 4882, and of those 4873 have names overwritten by

4    Evidence Eliminator.  Also, we can see (Fig. F-2) that Evidence Eliminator used different

5    random character strings than it had used when overwriting filename in the previous run.

6    Also, each filename entry's last modified, accessed and created times were changed to

7    reflect the time of the latest run of Evidence Eliminator.

8

9         Based upon our experiments described above, I conclude that the number of files

10   that may have been explicitly deleted by the user cannot be determined from the number

11   of filename entries overwritten by Evidence Eliminator, and their MAC times give no

12   information about when they may have been actually been deleted.

13

14   **III. It is unsurprising that a system that has been in use for two years would have**

15        **9400+ previously deleted file entries.**

16        To illustrate this point, we ran an experiment, where we first installed Windows

17   XP onto a personal computer hard drive, and also installed Evidence Eliminator and some

18   additional programs.  We updated the Windows XP operating system.  Then, we casually

19   browsed a few popular web sites.  We then ran Evidence Eliminator in safe shutdown

20   mode, and imaged the hard drive.  We then viewed the hard drive image in a forensics

21   analysis program, FTK, and it displayed the following statistics (Fig. F-1):

22

23        Total files: 20421
         Deleted files: 4676

24        The term "Deleted files" above refers to file or directory entries that FTK was

25   able to recover.

26

27

28                                    19

413334.01

1   As seen above, after only an hour or so of casual use and just after installing and updating

2   the operating system, roughly 20% of the files are shown as deleted, even though we had

3   not deleted any files ourselves.  As the system is used over time, it is reasonable to

4   assume that more files will come and go and that the number of previously deleted files

5   will increase.  After two (2) years of operation it should come as no surprise that the

6   number of deleted file entries might grow to 9,000+.

7

8

9   **IV. The contents of Evidence Eliminator's configuration file were not**

10      **changed on July 14, 2004 at 15:13 CDT.  Rather, Windows ran EE**

11      **automatically when the user logged in, and EE read its configuration**

12      **file at that time.  Further, EE placed itself in the system tray without user**

13

14      **interaction, and did not cause any files or filenames to be deleted.**

15   In Report #1 (page 1), Mr. Menz states:

16       4. The program was run and the configuration was changed on or about the

17       recorded date and time of the 14th of July 2004 at 15:13 CDT. Changes were made

18       to the basic configuration of the program. There is insufficient data to determine if

19       any files were deleted at this time however it should be noted that the duplicate

20       image of this drive was made later on this same day.

21

22   In the detailed findings section (p. 14), Mr. Menz states:

23       The program was run and the configuration was changed on or about the recorded

24       date and time of the 14th of July 2004 at 15:13 CDT. Changes were made to the

25       basic configuration of the program. It should be noted that the duplicate image of

26       this drive was made later in the day after the Evidence Eliminator program

27

28                                    20

413334.01

1    configuration was changed.

2       In the listing of the EE "Data" folder of the Compaq laptop in Mr. Menz's report

3    #1 (p. 14) the entry for the EE configuration file, Config.dat, is highlighted in bold-

4    face. A last written time of "07/14/04 15:13:04" is shown. Mr. Menz's opinion that EE's

5    configuration was changed on July 14, 2004 is based on this last written time.

6       Earlier in this report, I have presented facts and opinion that indicate that: (1) EE

7    is automatically run by the Windows operating system when the user logs in, and (2) that

8    EE is run with the "/m" switch which causes the program to place its icon into the system

9    tray and to take no further action. In particular, no files are deleted, and no system

10   cleaning actions are performed.

11

12      The fact that the last modified time of the Config.dat file is dated July 14,

13   2004 does not imply that any changes were made to the content of EE's configuration

14   file. Earlier in this report I noted that the current Config.dat contents of Mr. Bryant's

15   computers at the time of imaging show only one small difference from the default

16   settings, and that this difference reflects a setting recommended by the program's

17   manufacturer.

18

19      In various tests that we performed, we observed that when Evidence Eliminator is

20   installed on an NTFS-formatted disk volume attached to a system running the Windows

21   XP operating system, that the modification time of the Config.dat file reflects the

22   time when Evidence Eliminator is run automatically when the user logs onto the system.

23   Only the modification time is changed, no changes are made to the contents of the

24   Config.dat file. In other words, each time the computer is turned on, and the user

25   logs in, the modification time of the Config.dat file is changed, even though no

26   changes are made to that file.

27

28

413334.01

We performed tests to better understand the mechanism that EE uses when it updates the "last modified" date/time of the `Config.dat` file. Using the *Process Monitor* tool, we traced the file I/O calls made by EE when it is run automatically by Windows when the user logs in (Exhibit O). Figure O-1 is an excerpt from the file I/O trace; it shows that EE reads the `Config.dat` file and then re-writes the version number field, but otherwise leaves the file unchanged. As shown in the trace (Fig. O-1), EE first reads the entire content of the `Config.dat` file, and then writes 5 bytes at offset 19. Figures O-2 and O-3 show the contents of the `Config.dat` file, in hex. By analyzing the file I/O trace and the contents of the `Config.dat` file, we determined that EE is simply re-writing the version number back to its same value. This updates the "last modified" time, but leaves the contents of the file otherwise unchanged.

EXPERT REPORT OF GARY FUNCK
CASE NO. CV 04-09049 SGL (RNBx)

413334.01

**V.     The Technician who made the hard drive image booted the laptop on July 14, 2004 before making the image.**

By reviewing the system event logs present on the hard drive, I established that the laptop was booted at 15:12:28 on July 14, 2004; this is 36 seconds before the last modified time shown for EE's `Config.dat` file.  During this time period, the system is performing various start-up tasks, and in my opinion it would not be possible for the user to have run EE during that interval.  Rather, the 36 seconds represents the delay (as any Windows user can attest to) between turning on the computer and completing the various startup tasks.

Also of note is that the information associated with hard drive image file (ref. Menz Report #1, p. 2) indicates the hard drive imaging process began at roughly 15:30 on July 14, 2004 (18 minutes after the system was booted).

Further review of the files created at approximately 15:30 on 2004-14-07 led to the discovery of artifacts that an Encase "dongle" was installed at 15:25 (Exhibit P). The Encase program was run at 15:29; this is the creation time of the Windows pre-fetch file associated with the Encase executable.  The contents of the pre-fetch file are shown in Exhibit "P".

From the observations detailed above, I conclude that the computer laptop was likely in the custody and control of the technician who made the laptop hard drive image (Lee Curtis) from approximately 15:12 through 15:30 on July 14, 2007.

EXPERT REPORT OF GARY FUNCK
CASE NO. CV 04-09049 SGL (RNBx)

413334.01

## Review of Bryant's HP Pavilion Desktop Hard Drive Image Dated 2004-07-13

I reviewed a hard drive image of an HP Pavilion desktop computer, attributed to Mr. Bryant, made on/after 2004-07-13 (with particulars documented previously in the "Background" section).  Further, I reviewed the expert report #2, authored by Mr. Menz, which describes his findings as of 2008-02-10, as they relate to the HP desktop hard drive image.

**VI. Evidence Eliminator was not used as a means of erasing data on the HP desktop computer's hard drive at least as far back as July 29, 2002**

Whenever EE is invoked with the settings that were in force when Bryant's desktop was imaged, we determined that EE would remove Internet Explorer's cache in either "safe shutdown" or "safe restart" mode, which are EE's two primary modes for cleaning disk space on the hard drive.

The Internet Explorer cache is a directory that IE consults when the user browses web pages.  Windows ME™ is installed on Bryant's desktop computer; it keeps the IE browser cache in a directory named:

`C:\WINDOWS\Temporay Internet Files\Content.IE5`

Exhibit M lists the files under the Content.IE5 folder along with their various MAC times.

EXPERT REPORT OF GARY FUNCK
CASE NO. CV 04-09049 SGL (RNBx)

413334.01

1   The index.dat file in the IE cache directory is a key file used by Internet Explorer to

2   keep track of content that it has cached as the user browses the Internet.  This file

3   contains information that maps URL's to the place where IE copied the content.  The

4   content is copied into the directories just below the Content.IE5 directory.  Those

5   directories have unusual looking names such as "STCDJJGX".

6        When EE cleans the Internet Explorer cache, it will remove the index.dat file

7   along with the directories, and the contents of those directories, within the

8   Content.IE5 directory.  After the IE cache is cleaned, the index.dat file will be

9   re-created when the user first uses IE again to browse web pages.  Note also (Exhibit I)

10  that the Config.dat file has a creation date, and last modified date of 2002-07-24.

11  From this, I conclude that those settings have remained in force from that date forward,

12  because any change to the Config.dat would have updated its "last modified" time.

13       The creation date/time of the index.dat file on Mr. Bryant's desktop is 2002-

14  07-29 13:21:32. (Exhibit M)). If EE had been run at any time subsequent to that date, this

15  file would have been deleted and a new file would have been re-created some time later

16  when the user ran IE.  From this creation date, I conclude that Evidence Eliminator was

17  not used on the desktop computer at any time after 2002-07-29 at the latest.

18
    **VII.    Evidence Eliminator was run by the Windows operating system on the**
19
         **desktop computer only for the purposes of placing the program's icon into the**
20
         **system tray**
21

22  In Report #2 (p. 1), Mr. Menz states:

23       2. The program was last run on or about the recorded date and time of the 13th of

24       July 2004. There is insufficient data to determine if any files were deleted on this

25       day. It should be noted that the drive was imaged a short time later.

26

27

28
                                    25

413334.01

Further, in his detailed findings (p. 13), Mr. Menz states:

> The program was last run on or about the recorded date and time of the 13th of July 2004. At this time an undetermined amount of data on the drive was overwritten. This drive used a FAT32 file system and therefor the Last Access date only has a date and no time.

In the listing of the EE install folder of the HP desktop (p. 13) the entry for the EE executable file is highlighted in bold-face; it has a last access date of 2004-07-13. Mr. Menz's opinion that EE was run on July 13, 2004 is based on this last access date. As Mr. Menz notes, on this FAT32 volume, last access times are recorded only to the nearest day. Thus, we cannot determine the exact time of the day that the EE executable file was accessed.

As noted earlier in this declaration, EE sets a "run key" in the Windows registry, which will cause Windows to run EE when the user logs in. I determined that this run key entry is set in the Windows registry in the Windows ME™ operating system installed on the HP desktop's hard drive (Exhibit G).

I established that the Windows operating system installed on the HP desktop computer was booted at approximately 18:36:46 CDT on July 13, 2004 by noting the last modified time of a backup file, "rb003.cab" in the "WINDOWS\SYSBCKUP" folder. Windows ME™ creates backup file when the system boots (Exhibit H). Further, by reviewing the last modification times of the other registry backup files in the "SYSBACKUP" folder, I determined that the system was booted only once on July 13, 2004.

EXPERT REPORT OF GARY FUNCK
CASE NO. CV 04-09049 SGL (RNBx)

413334.01

1    Given that there is evidence that the HP desktop system was booted the evening of July

2    13, 2004 and that the EE executable file was accessed on that day, I conclude that it is

3    likely that EE was run automatically by the Windows operating system when the system

4    was booted.  Further, based upon my observations regarding EE's behavior when it starts,

5    and when it is passed the "/m" switch, EE merely placed itself in the system tray and

6    performed no file deletions or cleaning procedures.

7         In our experiments running the program, only when EE processes a user request

8    to perform secure file deletions or other system clean-up actions will it access the various

9

10   configuration files in its Data folder which end with a ".dat" suffix and various plugin

11   files in its Plug-Ins folder which end with a ".eep" suffix.

12        I reviewed the last access dates on the various EE configuration files under its

13   Data folder, and its plugin files under the Plug-Ins directory on the HP desktop system

14   (Exhibit I).  These files have a last access date of 2004-06-05.  Therefore, I conclude that

15   EE was not used on July 13, 2004 to remove any files.

16

17

18

19

20

21

22

23

24

25

26

27

28

27

413334.01

1

2  **VIII.  There are indications that a backup program was run on 2004-06-05**

3      Roughly 40% of the files on the HP desktop's hard drive have a last access date of

4  2004-06-05 (Exhibit K).   Such an extensive pattern of access is consistent with running a

5  backup program.  Based on my tests, EE reads and accesses the contents of just a few

6  files: namely, its configuration and plugin files and a small collection of files related to its

7  cleaning activities.

8      We found a Windows shortcut file (Exhibit L) in the Start menu, named

9

10 "Create CD" that links to "createcd.exe" in the "EZ CD Creator 4" directory under the

11 "C:\Program Files" directory with a modification time of 2004-06-05 15:46:44. Given

12 that EZ CD Creator is a program that is commonly used to back up files to CDs and

13 DVDs, the presence of this shortcut in combination with large number of files that were

14 accessed on that date adds support to the conclusion that a collection of files on the HP

15 desktop's hard drive were backed up on that date.

16

17 **IX.      Given the known unreliability of the Windows ME™ operating system, in my opinion, it is likely that the User's registry file on the HP desktop was restored**

18 **from a system maintained backup file on or about April 28, 2004.**

19 In report #2 (p. 1), Mr. Menz states:

20      3. On or about the 28th of April 2004 a new USER registry was created. This is

21      significant because it is in the registry that configuration data as well information on

22      mapped drives, attached USB thumb drives, installed software and automatic

23      processes are stored. Creating a new USER registry file could overwrite the old file

24      and effectively erase any prior data preventing recovery of that data.

25 In his related detail findings (p. 14), Mr. Menz states:

26

27

28
                                    28

413334.01

1   On or about the 28th of April 2004 at 13:59 CST[2] a new USER registry was created

2   (USER.DAT). This is significant because it is in the Registry that configuration data

3   as well information on mapped drives, attached USB thumb drives, installed software

4   and automatic processes are stored. Creating a new USER registry file could

5   overwrite the prior file and prevent the recovery of the prior data.  It is a common

6   method used to overwrite or hide data in the Registry by creating a new one.

7   In his statement above, Mr. Menz leaves open the possibility that the current user of the

8   system may have deliberately taken an action that caused the user's registry information

9

10  to be destroyed, thus erasing information that might have possible forensic value.

11       In my opinion, it is more likely that the Windows ME operating system

12  encountered a problem that caused it to restore the user's registry file, from a backup that

13  the operating system maintains for just this purpose.

14       This Microsoft reference, http://support.microsoft.com/default.aspx/kb/183887

15  describes the mechanism (scanreg.exe) that Windows 98 and Windows ME™ employ to

16  check the integrity of the registry and to possibly restore it from a backup copy when a

17  problem is detected.

18

19       For example, an error detected when installing new software might cause the user

20  registry file to be re-created from a backup (per Microsoft):

21           Windows Setup runs the Windows Registry Checker tool to verify

22           the integrity of the existing registry before it performs an upgrade.

23           If it detects registry damage, it tries to fix it automatically.

24

25

26  ─────────────────

27  [2] Note: Given that daylight savings time was in effect on April 28, 2004, it is likely that
    the reference to "CST" is a typographical error.

28
                                    29

413334.01

1    There are indications that a software package, "Reader Rabbit"

2  (Exhibit M) was installed four (4) days before the USER.DAT registry file was

3  re-created. Although we did not determine that installation of this program lead

4  to the re-creation of the USER.DAT file, it is worth noting that the program's

5  support documentation at

6  http://support.selectsoft.com/products/R/LLREAICRPJ.htm

7  mentions various recovery actions that the user might take to recover from an

8  installation problem.

9    I am informed that both Mr. Bryant and his niece Brooke Gilbert have

10  testified that Mr. Bryant gave the desktop computer to Ms. Gilbert in October or

11  November 2003, and that Ms. Gilbert has a young daughter who used this

12  computer. I have determined that several children's programs were installed on

13  the computer both before and after the date of the new USER.DAT registry file,

14  as follows (Fig. N-2):

| Program | Installation Date |
| --- | --- |
| The Learning Company/Reader Rabbit Kindergarten | 2003-12-29 |
| The Learning Company/Reader Rabbit® Reading Ages 6-9 | 2004-04-24 |
| The Learning Company/Reader Rabbit® Math Ages 6 - 9 | 2004-05-02 |

**X. There is a backup copy of the user's registry file, USER.DAT, dated April 6, 2004 at 22:08:26 that provides a near-dated copy of USER.DAT.**

    Regardless of the reason that the user's registry file (USER.DAT) was re-created

on April 28, 2004, there was no significant loss of information as a result of that

recreation, because there are other copies of USER.DAT present on the HP desktop's

hard drive. The Windows ME™ operating system creates backups of the registry files

and other system configuration files at various points in time.

30

EXPERT REPORT OF GARY FUNCK
CASE NO. CV 04-09049 SGL (RNBx)

413334.01

1

2          I found one such backup of the Windows registry files, under the directory

3      _RESTORE\ARCHIVE (Exhibit J). The file is named RG1081300092.CAB, and is

4      dated April 6, 2004.  I was able to extract a copy of USER.DAT also dated April 6, 2004

5      and was able to read the contents of this copy of this registry file.

6

7                                    *Gary Funck*

8      Dated:   March 17, 2008

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXPERT REPORT OF GARY FUNCK
CASE NO. CV 04-09049 SGL (RNBx)

413334.01