# EXPERT REPORT OF GARY FUNCK

# EXHIBIT A

# Exhibit A: Gary Funck: CV, Relevant Experience

## Gary Funck

Intrepid Technology, Inc.
2155 Park Blvd.
Palo Alto, CA 94306
Tel: (650) 319-0201 ext. 202

**EXPERIENCE**

| | | |
|---|---|---|
| 1987 - Present | Intrepid Technology | President |
| 1983 - 1987 | Ready Systems | Vice President, Engineering |
| 1980 - 1983 | Tandem Computers | Department Manager |
| 1977 - 1980 | Data General | Section Manager |
| 1974 - 1977 | Harris Computers | Senior Software Engineer |

**EDUCATION**

| | | |
|---|---|---|
| 1972 - 1974 | Indiana University | M. S. Computer Science |
| 1968 - 1972 | N. C. State University | B. S. Computer Science |

413336.01

# Gary Funck

**1987 – Present    Intrepid Technology        President**

Formed company specializing in technical consulting, contract software, and product development. Intrepid Technology specializes in systems software including operating systems, development tools, real-time systems, and communications subsystems.

**1983 - 1987      Ready Systems             Vice President, Engineering**

Directed all engineering activities. Planned, budgeted, and staffed the engineering organization. Formulated new product strategies.

Launched new business unit to design and develop a high performance Ada runtime system for use in real-time applications. Wrote business plan. Staffed and managed the engineering and marketing teams. Produced sales materials. Traveled to make sales presentations. Closed key accounts. Negotiated with third party suppliers. Worked with PR firm, hardware vendors, and conference organizers to ensure smooth product introduction.

**1980 - 1983      Tandem Computers          Department Manager**

Managed operating system development for a distributed, fault tolerant hardware architecture. Staffed and managed a group of twenty-five engineers. This group developed: (1) a message based kernel, (2) disk and tape access methods, (3) transaction oriented file system, and (4) user interfaces.

**1977 - 1980      Data General              Section Manager**

Managed operating systems group. Developed the operating system for an advanced hardware architecture. Met aggressive schedules, overcoming the problems of new hardware and tools.

**1974 - 1977      Harris Computer Systems   Senior Software Engineer**

Developed software for a real-time operating system.

413336.01

## Gary Funck: Summary of past litigation-related engagements

The summary below, describes some of the litigation-related projects that Mr. Funck, and his company Intrepid Technology, has participated in over the past fifteen years.

- 2007 - 2008: As a consultant to the Technical Committee assigned with the task of ensuring that Microsoft complies with a Federal court order, we developed an automated method of scanning millions of lines of source code to verify compliance, and to note potential variances.

- 2006: Archived and searched electronic data on plaintiff's servers and workstations to find information that might refute plaintiff's claims of patent infringement. Client company develops software and services that deliver multimedia content via the Internet.

- 2005 – 2006: Participated in two SEC-related inquiries into potential options grant irregularities. Archived and analyzed e-mail, interviewed employees, and provided assessment to counsel. Clients are high-tech Silicon Valley companies.

- 2005: Performed forensic analysis of various personal computers to demonstrate likely violation of employment agreements and misappropriation of confidential data. Wrote declaration. Civil case is pending in the state of California. Client company sells optical networking equipment.

- 2005: Neutral expert: As part of a settlement agreement, reviewed both plaintiff's and defendant's application source code to verify that defendant had independently developed its application. Also verified that the database being used by defendant had been derived from sources other than plaintiff. Both companies provide database-related services to large insurance companies.

- 2004: Reviewed plaintiff's source code to support counter-claims that plaintiff infringed defendant's patents. Client company develops large disk storage and data archiving systems.

- 2003 – 2004: Reverse engineered various versions of the Windows OS and applications to determine if these programs used the Intel CPU paging hardware in a way that infringed plaintiff's patents.

- 2004: Neutral expert: As part of a settlement agreement, reviewed defendant's product CD's to ensure that they no longer contained plaintiff's proprietary information. Submitted written report to both parties, documenting results of review.

- 2002 - 2004: Computer forensic investigation for a major corporation. Determined evidence of likely fraud and various other illegal activities.

413336.01

Evidence turned over to FBI and state Attorney General. Criminal case is pending in California.

- 2003: Due diligence: Analyzed acquired company's data, and interviewed employees to confirm that there were no unusual risks of acquisition.
- 2003: Collected and analyzed electronic evidence, and provided appraisal to counsel.
- 2002: Reverse-engineered optical network protocol software to demonstrate possible patent infringement and/or trade-secret misappropriation.
- 2000-2001: Collected and reviewed responsive electronic information. Worked with opposition's experts to demonstrate that company information had not been misappropriated.
- 2001: Analyzed extensive transaction logs for information which supported client's case. Wrote expert reports which were submitted to counsel. Client company develops specialty semiconductors.
- 2000-2001: Collected extensive electronic evidence responsive to discovery request. Analyzed evidence and wrote report for counsel. Implemented subsequent agreement to remove specific electronic information. Client company develops and sells optical networking equipment.
- 1999-2000: Reviewed opposition's microcontroller assembly language source code for possible patent infringement. Provided detailed report to counsel. Client company develops FLASH memory devices.
- 1999: Reverse-engineered object code to demonstrate likely misappropriation of source code. Work was performed for legal counsel on behalf of a major manufacturer of hand-held devices.
- 1997-2002: Reviewed software source code for copyright infringement and trade-secret misappropriation. Wrote declaration in related matter. Worked with Santa Clara District Attorney to collect and catalog evidence. Gave testimony to Grand Jury. Developed key exhibits used by other testifying experts. Participated in the technical review of opposition's expert declarations and testimony. Catalogued, archived, and coordinated extensive collection of electronic information used by team of experts.
- 1997-1999: Collected responsive electronic evidence, which was subsequently delivered to a Federal District Attorney. Wrote declaration. Participated in drafting and review of client's software patent application. Reviewed software source code to dispute claims of trade-secret misappropriation.

413336.01

- 1997- 1998: Court-appointed expert: Reviewed Java source code for possible trade-secret misappropriation in an early online gambling enterprise.
- 1997: Collected responsive electronic evidence. Reviewed evidence and provided assessment to counsel. Client company was a well-recognized search engine technology provider.
- 1997: Reviewed source code to dispute claim of infringement. Reviewed opposition's expert declaration, participated in deposition of opposition's expert and other deponents. Client company was a major provider of antivirus software.
- 1995: Collected and reviewed e-mail, files, and deleted files to confirm possible misappropriation of intellectual property. Wrote declaration. Deposed.
- 1995 - 1996: Visited facility of major disk drive technology provider. Searched workstations to ensure court-ordered removal of plaintiff's intellectual property. Wrote statement confirming same.
- 1994: Reviewed source code to dispute patent infringement in case involving two companies that produced networking software and hardware.
- 1994: Reviewed disk controller firmware source for possible patent infringement. Client company was a major disk drive manufacturer.
- 1994: Matched patent to prior art by reverse engineering a legacy disk drive controller. Client company was a major disk drive manufacturer.

- 1993: Reviewed source code for possible patent/copyright infringement and trade secret misappropriation involving ex-employees of a company which developed Network Attached Storage server hardware and software. Wrote declaration which was presented to a panel of special masters for review.

413336.01