# EXPERT REPORT OF GARY FUNCK

# EXHIBIT B

# Exhibit B: EE Installation and Configuration Menus



**Fig. B- 1 EE Inital Installation Screen**



**Fig. B- 2 EE Welcome Screen**



**Fig. B- 3 EE Installation Options Selection Reminder**

**Fig. B- 4 EE Start Up Menu**



**Fig. B- 5 EE General Configuration Menu**



**Fig. B- 6 EE Configuration Menu after Recommend Option Selection**

413336.01



**Fig. B- 7 EE Internet Explorer Configuration Menu**



**Fig. B- 8 EE Internet Explorer Cookies Configuration Menu**