# EXPERT REPORT OF GARY FUNCK


# EXHIBIT C

## Exhibit C: EE Configuration File, Config.dat extracted from Bryant laptop hard drive image dated 2004-07-12

```
[General]
Version=5.057
[frmOptions]
chkSMClickHistory=1
chkSMMenuOrder=1
chkSMRecent=1
chkSMRun=1
chkSMFindC=1
chkSMFindF=1
chkClipboard=1
chkMediaPlayerLibrary=1
chkMRUMediaPlayer=1
chkWinCommonDialogLastVisited=1
chkWinCommonDialogOpenSave=1
chkApplicationLogs=1
chkWinRegistryStreamsAllStreams=0
chkWinRegistryStreamsMRU=0
chkWinTemp=1
cboSwapDrive=C
chkWinSwap=1
chkNSN4CookiesTxt=1
txtNSN4CookiesTxt=C:\Program Files\Netscape\Users\default\cookies.txt
chkNSN3Typed=1
txtNSN3CookiesTxt=C:\Program Files\Netscape\Navigator\cookies.txt
chkNSN3CookiesTxt=1
chkNSN3NetscapeHst=1
txtNSN3NetscapeHst=C:\Program Files\Netscape\Navigator\netscape.hst
txtNSN3CachePath=C:\Program Files\Netscape\Navigator\Cache\
chkNSN3Cache=1
chkNSN4JavaScripts=1
txtNSN4JavaScripts=C:\Program Files\Netscape\Users\default\
txtNSN4HistoryDat=C:\Program Files\Netscape\Users\default\history.dat
chkNSN4HistoryDat=1
chkNSN4NetscapeHst=1
txtNSN4NetscapeHst=C:\Program Files\Netscape\Users\default\netscape.hst
txtNSN4CachePath=C:\Program Files\Netscape\Users\default\Cache\
chkNSN4Cache=1
chkIEFavoritesSubFolders=0
txtIEFavoritesPath=C:\Documents and Settings\Carter\Favorites\
chkIEFavorites=0
chkIEDownloaded=1
txtIEDownloadedPath=C:\WINDOWS\Downloaded Program Files\
chkIECookies=1
txtIECookiesPath=C:\Documents and Settings\Carter\Cookies\
chkIEErrorLogs=1
chkIEDownloadFolder=1
chkIEAutocomplete=1
chkIETyped=1
chkIEHistory=1
```

413336.01

```
txtIEHistoryPath=C:\Documents and Settings\Carter\Local
Settings\History\
chkIELocalSettings=1
txtIELocalSettingsPath=C:\WINDOWS\Local Settings\Temporary Internet
Files\
chkIECache=1
txtIECachePath=C:\Documents and Settings\Carter\Local
Settings\Temporary Internet Files\
txtModeDOSOverwrites=1
chkModeFileOverRide=0
chkModeWinFileNamesSizes=1
txtModeOverwrites=1
optModeWinMethod2=False
optModeWinMethod3=False
optModeWinMethod1=True
txtFolderScansAddMask=
txtFolderScansAdd=
chkFolderScans=0
chkCustomContents=0
txtCustomContentsAdd=
txtCustomFoldersAdd=
chkCustomFolders=0
chkCustomFiles=0
txtCustomFilesAdd=
txtOE5Path=C:\Documents and Settings\Carter\Local Settings\Application
Data\Identities\{3964E722-D6D4-4C21-8E20-
8B5B0700A047}\Microsoft\Outlook Express\
chkOE5=0
chkMailNSNSent=0
chkMailNSNDeleted=1
chkMailNSN4=1
chkMailNSN3=1
txtMailFolderNSN3=C:\Program Files\Netscape\Navigator\Mail\
txtMailFolderNSN4=C:\Program Files\Netscape\Users\default\Mail\
txtMailNSNSNMMask=*.snm
chkMailNSNSNM=1
cboMiscLogRefresh=1000
chkMiscLogRefresh=1
txtLogFolderAuto=
chkLogAuto=0
txtLogFolder=C:\Documents and Settings\Carter\Desktop\
chkRecycleConfirmation=1
chkShellProcessConfirmation=1
txtMiscRegCleanPath=
chkMiscRegClean=0
chkMiscRegCompaction=0
chkMiscRegbak=1
txtMiscRegbakPath=C:\WINDOWS\repair
txtMiscRegbakMask=*.*
txtATXCommand=C:\WINDOWS\command\power.com
chkATX=0
txtAIMUserName3=
txtAIMUserName10=
txtAIMUserName9=
txtAIMUserName8=
txtAIMUserName7=
txtAIMUserName6=
```

413336.01

```
txtAIMUserName5=
txtAIMUserName4=
txtAIMUserName2=
txtAIMUserName1=
chkAIM=0
chkMiscSafety=0
txtMiscSafety=200
optMiscInterceptReplaceIntelligent=False
optMiscInterceptReplaceRestart=False
optMiscInterceptReplaceShutdown=True
chkMiscIntercept=0
chkStealthHotKeyEnable=1
cboStealthHotKey=E
chkStealthStart=0
chkMiscDetailedLog=1
chkMiscStartWithWindows=1
chkMiscLogToggle=1
chkMiscSplash=1
chkMiscMinimize=1
chkMiscStartInSystemTray=0
chkMiscBeep=1
chkScreenSaverDisable=1
chkScreenSaverEnable=0
chkRecycle=1
chkRecycleHotKeyEnable=1
chkSpace=1
txtDrivesAdd=
chkSkipCryptext=1
chkDriveScan=1
chkSkipPaperPort=1
txtScanMasksAdd=
chkScrambleVerDLLs=0
sldScramblePast=6
chkScramble=0
sldScrambleFuture=1
chkHighPerformanceFileUnderWrite=0
chkHighPerformanceDirectoryUnderWrite=0
chkWarnWriteDetected=1
chkHighPerformance=1
txtSaved=Yes
```