# EXPERT REPORT OF GARY FUNCK

# EXHIBIT D

## Exhibit D: Differences between the EE configuration file, Config.dat extracted from the laptop and a default configuration file

Legend:
    '<' EE default configuration on test system
    '>' EE configuration on Bryant's laptop

```
20c20
< chkWinSwap=0
---
> chkWinSwap=1
39c39
< txtIEFavoritesPath=C:\Documents and Settings\User\Favorites\
---
> txtIEFavoritesPath=C:\Documents and Settings\Carter\Favorites\
44c44
< txtIECookiesPath=C:\Documents and Settings\User\Cookies\
---
> txtIECookiesPath=C:\Documents and Settings\Carter\Cookies\
50c50
< txtIEHistoryPath=C:\Documents and Settings\User\Local Settings\History\
---
> txtIEHistoryPath=C:\Documents and Settings\Carter\Local Settings\History\
54c54
< txtIECachePath=C:\Documents and Settings\User\Local Settings\Temporary Internet Files\
---
> txtIECachePath=C:\Documents and Settings\Carter\Local Settings\Temporary Internet Files\
71c71
< txtOE5Path=
---
> txtOE5Path=C:\Documents and Settings\Carter\Local Settings\Application Data\Identities\{3964E722-D6D4-4C21-8E20-8B5B0700A047}\Microsoft\Outlook Express\
85c85
< txtLogFolder=C:\Documents and Settings\User\Desktop\
---
> txtLogFolder=C:\Documents and Settings\Carter\Desktop\
```

413336.01