# EXPERT REPORT OF GARY FUNCK

# EXHIBIT E

# Exhibit E: EE Windows "run key" registry entry on the laptop

Presario laptop - Documents and Settings\Carter\NTUSER.DAT

Software\Microsoft\Windows\CurrentVersion\Run

| Last Written Time | 10/8/2003 23:36:47 UTC |
|---|---|

| Name | Type | Data |
|---|---|---|
| Microsoft Works Update Detection | REG_SZ | C:\Program Files\Microsoft Works\WkDetect.exe |
| Evidence Eliminator | REG_SZ | C:\Program Files\Evidence Eliminator\ee.exe /m |
| MSMSGS | REG_SZ | "C:\Program Files\Messenger\msmsgs.exe" /background |

413336.01