# EXPERT REPORT OF GARY FUNCK

# EXHIBIT F

# Exhibit F: Deleted file/folder names after subsequent EE Safe Shutdown Operations



Fig. F-1 File/folder entries overwritten by EE safe shutdown, after Windows installation, casual browsing and no explicit file deletions.



Fig. F-2 File/folder entries overwritten by EE safe shutdown, after copying 175 additional files and then explicitly deleting by moving them to the recycle bin.

413336.01