# EXPERT REPORT OF GARY FUNCK

# EXHIBIT G

## Exhibit G: EE Windows "run key" registry entry on the desktop

Pavilion - WINDOWS\USER.DAT

.DEFAULT\Software\Microsoft\Windows\CurrentVersion\Run

| Name | Type | Data |
|---|---|---|
| Evidence Eliminator | REG_SZ | C:\PROGRAM FILES\EVIDENCE ELIMINATOR\ee.exe /m |
| Yahoo! Pager | REG_SZ | C:\Program Files\Yahoo!\Messenger\ypager.exe -quiet |
| Microsoft Works Update Detection | REG_SZ | \WkDetect.exe |

413336.01