# EXPERT REPORT OF GARY FUNCK

# EXHIBIT H

## Exhibit H: Desktop registry backup file created by Windows ME™ when it boots

