# EXPERT REPORT OF GARY FUNCK

# EXHIBIT I

# Exhibit I: Listing of files in the Data folder under the EE installation folder on the HP desktop

| File Name | Mod Date | Acc Date | Cr Date | L-Size | MD5 Hash |
|---|---|---|---|---|---|
| ScanMasks.dat | 7/24/2002 1:36:32 PM | 6/5/2004 2:00:00 AM | 7/24/2002 1:35:16 PM | 60 | 2D61347C976949743C53FA1E63A7A3F3 |
| PluginSelections.dat | 7/24/2002 1:36:32 PM | 6/5/2004 2:00:00 AM | 7/24/2002 1:35:16 PM | 2,108 | FAF439873AB16568B6FF49C1DCE2972E |
| Plug-Ins | 7/24/2002 1:27:46 PM | 7/24/2002 2:00:00 AM | 7/24/2002 1:27:44 PM | 16,384 | N/A |
| OE6ChoiceList.dat | 7/24/2002 1:36:32 PM | 6/5/2004 2:00:00 AM | 7/24/2002 1:35:16 PM | 70 | 38A0032A68DB04A8C19515E492465956 |
| NSN4CookiesKeep.dat | 7/24/2002 1:36:32 PM | 6/5/2004 2:00:00 AM | 7/24/2002 1:35:16 PM | 0 | |
| IEDownloadedKeep.dat | 7/24/2002 1:36:32 PM | 6/5/2004 2:00:00 AM | 7/24/2002 1:35:16 PM | 0 | |
| IECookiesKeep.dat | 7/24/2002 1:36:32 PM | 6/5/2004 2:00:00 AM | 7/24/2002 1:35:16 PM | 0 | |
| FolderScans.dat | 7/24/2002 1:36:32 PM | 6/5/2004 2:00:00 AM | 7/24/2002 1:35:16 PM | 0 | |
| Folders.dat | 7/24/2002 1:36:32 PM | 6/5/2004 2:00:00 AM | 7/24/2002 1:35:16 PM | 0 | |
| FilesContents.dat | 7/24/2002 1:36:32 PM | 6/5/2004 2:00:00 AM | 7/24/2002 1:35:16 PM | 0 | |
| Files.dat | 7/24/2002 1:38:32 PM | 6/5/2004 2:00:00 AM | 7/24/2002 1:35:16 PM | 0 | |
| Drives.dat | 7/24/2002 1:38:32 PM | 6/5/2004 2:00:00 AM | 7/24/2002 1:35:16 PM | 5 | AD208436500D9760DA69255BB4B6939E2 |
| Config.dat | 7/24/2002 1:35:26 PM | 7/13/2004 2:00:00 AM | 7/24/2002 1:33:54 PM | 3,686 | DDCEFF60992CC6F22128E0A8AFFD163E |