# EXPERT REPORT OF GARY FUNCK

# EXHIBIT J

## Exhibit J: Backup of system registry files on the HP desktop, dated 2004-06

| File Name | RG1081300092.CAB |
|---|---|
| Mod Date | 4/6/2004 10:08:26 PM |
| Acc Date | 4/6/2004 2:00:00 AM |
| Cr Date | 4/6/2004 10:08:22 PM |
| L-Size | 9199616 |
| Full Path | Carter Bryant\Part_1\HP_PAVILION-FAT32\_RESTORE\ARCHIVE\RG1081300092.CAB |
| MD5 Hash | BDFE8A76D88960B10F54A61A6FA3023A |

413336.01