# EXPERT REPORT OF
# GARY FUNCK


# EXHIBIT K

# Exhibit K: Files on HP desktop with "last access" date of 2004-06-05

