# EXPERT REPORT OF GARY FUNCK

# EXHIBIT L

## Exhibit L: Evidence that EZ CD Creator was installed on HP desktop computer on 2004-06-05



| File Name | Create CD.lnk |
|---|---|
| Mod Date | 6/5/2004 3:46:44 PM |
| Acc Date | 7/13/2004 2:00:00 AM |
| Cr Date | 12/31/1969 5:59:59 PM |
| L-Size | 564 |
| Full Path | Carter Bryant\Part_1\HP_PAVILION-FAT32\WINDOWS\Start Menu\Programs\Adaptec Easy CD Creator 4\Create CD.lnk |
| MD5 Hash | C2A0723F3AAD4CAF5C15FC7E5B702193 |

413336.01