# EXPERT REPORT OF
# GARY FUNCK


# EXHIBIT M

# Exhibit M: Internet Explorer Cache on HP Desktop

