# EXPERT REPORT OF GARY FUNCK

# EXHIBIT N

# Exhibit N: Evidence that "Reader Rabbit" was installed onto the HP desktop



Fig. N-1 Reader Rabbit files on the laptop



Fig. N-2 Reader Rabbit Directories on the laptop

413336.01