# EXPERT REPORT OF GARY FUNCK

# EXHIBIT O

# Exhibit O: Analysis of changes to Config.dat's last modified time on Windows XP with NTFS formatted drive



Fig. O-1 Process monitor trace showing rewrite of version field Config.dat

Fig. O-2 Hex view of Config.dat

Fig. O-3 Hex view of Config.dat (zoom)

413336.01