# EXPERT REPORT OF GARY FUNCK

# EXHIBIT P

## Exhibit P: Evidence that technician booted the laptop on July 14, 2004 prior to making the hard drive image



413336.01