```
 1            UNITED STATES DISTRICT COURT

 2          CENTRAL DISTRICT OF CALIFORNIA

 3                 EASTERN DIVISION

 4     ------------------------

 5     CARTER BRYANT, an          )

 6     individual,               )

 7               Plaintiff,       )

 8        vs.                     )  No. CV 04-9049 SGL

 9     MATTEL, INC., a            )     (RNBx)

10     Delaware corporation,      )

11               Defendant.       )

12                               )

13     Consolidated with          )

14     MATTEL, INC. V. BRYANT     )

15     & MGA ENTERTAINMENT,       )

16     INC. V. MATTEL, INC.       )

17     ------------------------

18        Videotaped Deposition of MARK MENZ,

19        taken at 400 Capitol Mall, 30th Floor,

20        Sacramento, California, commencing

21        at 9:58 a.m., Thursday, March 13,

22        2008, before WENDY E. ARLEN,

23        CSR No. 4355, RMR, CRR.

24

25     Pages 1 - 163
```

```
 1    APPEARANCES OF COUNSEL:

 2

 3         FOR THE PLAINTIFF:

 4

 5              KEKER & VAN NEST LLP

 6              BY: MICHAEL H. PAGE, ESQ.

 7              710 Sansome Street

 8              San Francisco, California  94111-1704

 9              415.391.5400

10              E-mail:  mpage@kvn.com

11

12         FOR THE DEFENDANT:

13

14              QUINN EMANUEL

15              BY: CHRISTOPHER TAYBACK, ESQ.

16              865 South Figueroa Street, 10th Floor

17              Los Angeles, California  90017

18              213.443.3000

19              christayback@quinnemanuel.com

20

21         ALSO PRESENT:

22              Sean McAleer, Videographer

23

24

25
```

1          VIDEOGRAPHER:  Good morning.  My name is

2     Sean McAleer.  I will be videotaping this

3     proceeding on behalf of Veritext at 550 South

4     Hope Street, suite 1775 in Los Angeles,

5     California.  The date is March 13th, 2008.  The        09:58AM

6     time on the video monitor is 9:58 a.m.  Our

7     location is 400 Capitol Mall, Suite 3000 in

8     Sacramento, California.

9          We are here in the matter of Bryant versus

10    Mattel.  This is the deposition of Mark Menz.        09:58AM

11    The noticing attorney is Michael Page.  The court

12    reporter is Wendy Arlen of Veritext.

13          This is a single track recording.

14    Overlapping voices cannot be separated.  Private

15    discussions while on the record will also be        09:58AM

16    recorded.

17          Will counsel please identify yourselves

18    your firms and those you represent?

19          MR. PAGE:  Michael Page of Keker & Van

20    Nest on behalf of Carter Bryant.        09:58AM

21          MR. TAYBACK:  Christopher Tayback on

22    behalf of Mattel and representing witness for

23    purpose of the deposition.

24          VIDEOGRAPHER:  Please swear in the

25    witness.        09:58AM

1                        --oOo--

2                   MARK MENZ,

3     the witness, having been administered an oath in

4     accordance with CCP Section 2094, testified as

5     follows:

6                        --oOo--

7         MR. TAYBACK:  Before you start, can I just

8     put on the record the fact that Scadden Arps, who

9     represents MGA, had notice of this deposition.  I

10    communicated with them by e-mail.  They were          09:59AM

11    uncertain whether they were going to appear when

12    they communicated with me.  I gather they are not

13    planning on appearing based on the fact that they

14    aren't here.

15        MR. PAGE:  That's my understanding, and          09:59AM

16    I'll confirm that they were aware of the

17    deposition.  I also spoke to them.  They just

18    apparently don't think we're interesting enough.

19              EXAMINATION BY MR. PAGE

20        Q.   Mr. Menz, have you had your              09:59AM

21    deposition taken before?

22        A.   Yes, I have.

23        Q.   How many times?

24        A.   Probably five to ten times.

25        Q.   I assume you're familiar with the          09:59AM

```
 1    drill.  I won't give you all the basic

 2    instructions.  Just a couple of items.  One, if

 3    at any time you don't understand one of my

 4    questions, please say so.  This is an area where

 5    you're more of an expert than I am, I hope, so I   09:59AM

 6    may get things wrong.  If they're confusing, just

 7    say so.

 8         A.   All right.

 9         Q.   And if at any time you want to take a

10    break, just let me know.                           10:00AM

11         A.   Okay.

12         Q.   Prior to working on this case, had

13    you ever had any experience with a program called

14    Evidence Eliminator?

15         A.   Yes, I had.                              10:00AM

16         Q.   What experience had you had with

17    Evidence Eliminator prior to this matter?

18         A.   Prior to this matter, I had dealt

19    with it when I was at the National Criminal

20    Justice Lab.  So we had done a little bit of       10:00AM

21    research into it -- or I should say I had done a

22    little bit of research into it.  I've come across

23    it in other cases, and I actually was at a trial,

24    a civil trial prior -- a couple years ago now

25    where Evidence Eliminator was one of the focal     10:00AM
```

Page 6

```
 1      points of that trial.

 2           Q.   Okay.  Let me unpack that a little.

 3      First you say you were -- National Criminal

 4      Justice Lab.  What is the National Criminal

 5      Justice Lab?                                    10:00AM

 6           A.   The National Criminal Justice Lab is

 7      located here in Sacramento.  It's part of the

 8      SEARCH, which is a nonprofit organization

 9      organized by the government with board members

10      appointed by the governors of 50 states, and we   10:01AM

11      were tasked with the job of creating and

12      training -- creating the training and doing the

13      training of law enforcement nationwide in the

14      field of high tech crime computer forensics.

15           Q.   You mentioned you did some research    10:01AM

16      concerning Evidence Eliminator while you were

17      there; is that right?

18           A.   Right.

19           Q.   What was that research?

20           A.   Looking at the program, how it works,  10:01AM

21      getting familiar with it.

22           Q.   Okay.  When you say looking at the

23      program, in the course of that research, did you

24      ever install Evidence Eliminator on a computer?

25           A.   Yes.                                   10:01AM
```

1          Q.    So you're familiar with the

2     installation procedure?

3          A.    Installation procedure and how to

4     operate it.

5          Q.    And you've operated the program?        10:01AM

6          A.    Yes, I have.

7          Q.    Okay.   In the -- when you install

8     Evidence Eliminator -- strike that.

9          Once Evidence Eliminator has been

10    installed on a computer, how does the user        10:02AM

11    typically use it?

12         MR. TAYBACK:   Object to the form.

13         THE WITNESS:   In a broad way, I guess, you

14    have a couple options on how to use it.   One is

15    you can have it operating on a continuous basis   10:02AM

16    or you can operate it at specific points in time.

17         So as an example, a person may install it

18    on their computer and then use it to wipe data

19    off the drive.   Or you could also have it do it

20    as a background task as well.                     10:02AM

21         Q.    MR. PAGE:   I see.   In this case you

22    examined two computers that belonged to Carter

23    Bryant, correct?

24         A.    Correct.

25         Q.    On either of those computers, was      10:02AM

Page 8

```
 1       Evidence Eliminator configured to run

 2       automatically in the background?

 3            A.   I do not recall.  Once it's

 4       installed, it's running in background, and they

 5       were using -- the configurations that I saw were    10:03AM

 6       the stock configurations.

 7            Q.   And in the stock configuration, does

 8       Evidence Eliminator actually overwrite any

 9       evidence automatically?

10            A.   It will handle the -- well, there's a    10:03AM

11       number of things that it does.  So start off by

12       it can be -- it will be sitting there working on

13       the Internet history, deleting the Internet

14       history, cookies, things associated with Internet

15       surfing.  And then it will be -- when you delete    10:03AM

16       a file, it can be set up so when you delete a

17       file, then not only does it allow the file to be

18       deleted, but it will overwrite the file, and

19       there are a number of options that it has when it

20       does that.                                          10:03AM

21            So -- when it comes -- depending on --

22       again, there's different versions.  The version

23       that I saw that was on these machines, it's set

24       up to do work on the Internet history out of the

25       box and then everything else is -- I believe you    10:04AM
```

Page 9

1      have to make it run on files and folders.

2           Q.   Okay.  Actually, that's a good point.

3      I want to try to get some vocabulary here

4      because -- is it your understanding that as

5      Evidence Eliminator was configured on            10:04AM

6      Mr. Bryant's computers -- well, strike that.

7           As Evidence Eliminator was configured on

8      Mr. Bryant's computers -- and if there's a

9      difference between the two, just tell me -- did

10     Evidence Eliminator do anything when the user    10:04AM

11     turned on the computer and logged in?

12          A.   Evidence Eliminator as it was at that

13     point in time, what we do not know is what the

14     configuration was between the time it was

15     installed and the time that I looked at the      10:04AM

16     drives that I was looking at.  There was a period

17     of time between the two points.  So I can't

18     comment what it was set up to do because that

19     could have changed during that period of time.

20          Q.   Then let's first do it on a            10:05AM

21     hypothetical basis.  If you just installed this

22     version of Evidence Eliminator right out of the

23     box with the default configurations, thereafter,

24     what would -- what, if anything, would Evidence

25     Eliminator do when the user turned on the        10:05AM

Page 10

1    computer and logged in?

2         A.   That's the problem.  It depends on

3    the Evidence Eliminator which he received which I

4    don't -- it comes from a number of different

5    sources.  You can download it from various sites. 10:05AM

6    And I've seen Evidence Eliminator, one version,

7    be configured multiple different ways when it was

8    installed.  So...

9         Q.   So did you do anything to determine

10   what version was installed on Mr. Bryant's       10:05AM

11   computers?

12        A.   On this particular machine --

13   machines, I should say, it was version 5.05, and

14   there's one more number.  4.  5.054.

15        Q.   Does Evidence Eliminator version      10:06AM

16   5.054, once installed, run when you turn on the

17   computer and log in under its default

18   installation?

19        A.   I have had 5.054 do that.  Install it

20   and it's running in background.                  10:06AM

21        Q.   Okay.  That's the word what I want to

22   get defined, what run means.

23        A.   Oh, I'm sorry.

24        Q.   No, no, I haven't asked that

25   question.  Don't apologize.  I just meandered my 10:06AM

1     way towards it.

2          It's my understanding that the way this

3     version of Evidence Eliminator was set up on this

4     computer, at least the time it was imaged, that

5     any time a user logged in it would start Evidence      10:06AM

6     Eliminator, put an icon in the system tray and

7     sit there.

8          A.    Uh-huh.

9          Q.    Does that match your understanding?

10         A.    That is -- could be the case.  The         10:06AM

11    problem is, again, we do not know what the

12    configuration was at the time they installed this

13    version.  Again, we have a two-year time period

14    between that.  The way -- at the time it was

15    imaged means that's the way it was at that point      10:07AM

16    in time.

17         Q.    Okay.  Then that's fair.  Let's

18    concentrate -- first let's make it easy.  Let's

19    start with instead of doing two -- trying to sort

20    out two at the same time, let's concentrate on        10:07AM

21    the laptop, which is your Report No. 1.

22         A.    Thank you.  Okay.

23         Q.    And we'll just -- later on I'll see

24    if there are any differences with the desktop.

25    As Evidence Eliminator was configured on the          10:07AM

1    laptop at the time it was imaged, the image

2    you've seen, was Evidence Eliminator set up to,

3    on log-in, place an icon in the system tray and

4    then sit there waiting for instructions?

5         A.    It was using what appeared to be the    10:07AM

6    stock configuration for the machine -- for the

7    software at that time which I believe was that.

8    It just -- it would be in the icon tray and it

9    was sitting there as a background task.

10        Q.    Okay.  But that would not by itself    10:07AM

11   go in to overwrite any data, correct?

12        A.    As it was configured at that point in

13   time?

14        Q.    Correct.

15        A.    It would be doing -- I believe it was    10:08AM

16   set up to do Internet history and things of that

17   nature.

18        Q.    I see.  So as it was set up in the

19   image you saw, it would automatically clean out

20   Internet history and things like that, but it    10:08AM

21   would not overwrite file names.

22        A.    Are you talking about custom file

23   names?  Meaning like nonstock directories, things

24   of that nature?

25        Q.    I'm not sure.  Let me give you an    10:08AM

1    exhibit and ask.

2            (Deposition Exhibit 4526 marked for

3            identification.)

4        Q.   MR. PAGE:  You're -- well, here,

5    first, let me mark as Exhibit 4526 -- a          10:08AM

6    horrifying number -- can you take a look at

7    Exhibit 4526 and tell me if you recognize it?

8        A.   Yes, this is my Report No. 1.

9        Q.   Okay.  And this is your report on the

10   laptop image taken July 14th, 2004, correct?     10:09AM

11       A.   Yes.

12       Q.   In this report, you, if you take a

13   look at page 13, you identify -- you show a

14   sample of the 9400 plus file names that you say

15   were overwritten by Evidence Eliminator, correct? 10:09AM

16       A.    I say 9400 file name entries were

17   recovered from unallocated space.  The file names

18   recovered are indicative of the file names used

19   by Evidence Eliminator when it runs.

20       Q.   Here's that word again.  What do you    10:09AM

21   call these kind of file names?

22       A.   This -- this gets into how Evidence

23   Eliminator works.  These file names are file

24   names that are created by Evidence Eliminator

25   when it is wiping out data from the drive , and   10:10AM

Page 14

1    one of the ways it does that -- in fact, they

2    consider this -- I can't remember their exact

3    terminology -- an enhanced method in Evidence

4    Eliminator -- is to go in there and to overwrite

5    the file names with 255 characters.                    10:10AM

6          In addition to that -- so that you cannot

7    recover the names of those file names from the

8    drive.  So not only does it wipe files, which

9    means it overwrites the file with other data so

10   that it's unrecoverable by forensic software, but 10:11AM

11   it will overwrite the file name.

12         And since it doesn't know how long the

13   file name is, in order to make sure it gets the

14   entire file name, it will put 255 essentially

15   random characters -- there is a pattern to it -- 10:11AM

16   to override everything.  So, again, it becomes

17   unrecoverable.

18         Q.    Earlier when I asked you whether file

19   names were overwritten you asked whether I meant

20   custom file names, I believe you said.              10:11AM

21         A.    Right.

22         Q.    Is that -- what I mean is this.  And

23   the question is does that fit your definition of

24   custom file names?

25         A.    Okay.  What I meant by custom file     10:11AM

Page 15

1    names, one of the options you have with Evidence

2    Eliminator is to specify files folders or file

3    contents to be overwritten, wiped clean so it

4    cannot be recovered.

5         Q.   I see.                                10:11AM

6         A.   So that's an option section.  So

7    that's when I -- you know, splitting the two up.

8         Q.   Okay.  But when you said custom file

9    names, you meant specific files that had not

10   already been deleted that the user said go       10:12AM

11   overwrite, correct?  Is that what you mean?

12        A.   Repeat that?  I'm not sure.

13        Q.   When you say custom file names, were

14   you referring to specific files or folders that a

15   user might tell Evidence Eliminator to go        10:12AM

16   overwrite even though they hadn't been deleted?

17        A.   Yes.

18        Q.   Okay.  Did you find any evidence on

19   either of Carter Bryant's computers that he had

20   ever designated any custom file names to be      10:12AM

21   overwritten by Evidence Eliminator?

22        A.   There is no way to tell.

23        Q.   Wouldn't that be shown in the

24   Evidence Eliminator config.sys file?

25        A.   No, because again what we are looking  10:12AM

Page 16

1    at is a config.cyst file at a very specific point

2    in time, whereas it could have been -- could have

3    done that anywhere in that two-year period

4    between.

5         Q.   He could have done just about              10:13AM

6    anything.  My question is are you aware of any

7    evidence that he did?

8         A.   The only evidence I have I know that

9    files were overwritten and that he interacted

10   with the configuration is we have things of this  10:13AM

11   nature where using the 255 characters over the

12   file name.  We have remnants of files being wiped

13   and being deleted, and using the extra level that

14   Evidence Eliminator allows, I don't know what was

15   there.                                             10:13AM

16        Q.   Okay.  The config.sys files that

17   exist on Mr. Bryant's computers were not set to

18   delete any custom files, correct?

19        A.   The config.sys files that I saw on

20   the computer were set what appears to be a stock  10:13AM

21   format.

22        Q.   Right.  And in fact they were just as

23   they would have been if the user simply installed

24   them and took all the defaults, correct?

25        A.   I don't know, again, because I'm not   10:13AM

1    sure -- the config file does change with

2    different versions.  So -- but there were no

3    custom files listed in those.

4         Q.   So either Mr. Bryant left the

5    computer the same way it was -- the configuration  10:14AM

6    of Evidence Eliminator the same way it was when

7    it came out of the box or he was sufficiently

8    sophisticated to change to it delete specific

9    custom files and then change it back to the

10   default, correct?                              10:14AM

11        MR. TAYBACK:  Objection, argumentative,

12   compound, calls for speculation.

13        THE WITNESS:  Again, the term

14   sophisticated, I wouldn't know if I would use

15   that term.                                      10:14AM

16        Q.   MR. PAGE:  Okay.  Let me -- we'll

17   take that out.  There are two possibilities,

18   correct?  Either, A, Mr. Bryant left Evidence

19   Eliminator configured the way it is by default,

20   which doesn't eliminate specific files, or, B, he  10:14AM

21   changed the configuration to eliminate specific

22   files and then changed it back to the default

23   configuration, correct?

24        MR. TAYBACK:  Objection, argumentative,

25   compound, calls for speculation.  You can answer. 10:14AM

Page 18

1          THE WITNESS:  Someone, I don't know who,

2     ran the program within this two-year period.  The

3     configuration files that we looked at at the end

4     of the two-year point period, which is the end of

5     the time line, were not set to delete custom          10:15AM

6     files.

7          Q.   MR. PAGE:  Okay.

8          A.   Right.  We don't know what happened

9     before that and there is no way to tell other

10    than we have remnants of Evidence Eliminator       10:15AM

11    using the enhanced deletion mode.

12         Q.   And the enhanced deletion mode which

13    you say is reflected in these file names on page

14    11, correct?

15         A.   Right.                                              10:15AM

16         Q.   That's used by default out of the

17    box, correct?  If you don't change any of the

18    default configurations, this is what's going to

19    happen to deleted files, right?

20         A.   Some -- on some files -- again, I'm      10:15AM

21    not -- the configuration out of the box has

22    changed from various versions and I've seen it

23    done ten different ways, but typically this was

24    an option that you chose in Evidence Eliminator.

25    It was one of the options under options and          10:15AM

1    custom.  You would select a box.  In fact, the

2    box even says this is an enhanced or -- I forget

3    the exact terminology off the top of my head --

4    way of deleting files.

5         Q.   Okay.  Did you do anything to            10:16AM

6    determine whether that option was selected on

7    either of Mr. Bryant's computers?

8         A.   Again --

9         Q.   At the time they were imaged.

10        A.   Yeah, the configuration file does not   10:16AM

11   show that as being selected that I recall.

12   However, this is evidence that it was because

13   it's what was done.

14        Q.   And do you know whether the version

15   of Evidence Eliminator that Mr. Bryant used had   10:16AM

16   that option selected by default on installation?

17        A.   I do not know that.

18        Q.   Did you do anything to check?

19        A.   I looked at the configuration file,

20   and that was all I could do.                      10:16AM

21        Q.   Did you look at a new copy of the

22   same version of Evidence Eliminator?

23        A.   A new copy would not necessarily have

24   the same configuration, plus the new version of

25   Evidence Eliminator, Version 6, does operate      10:17AM

1    differently.

2         Q.   You could have gone and looked at a

3    copy of Version 5, right?

4         A.   But it depends on where that version

5    comes from as well.                          10:17AM

6         Q.   Are you aware of any version --

7    any -- I just want to make sure we get this

8    straight.  Do you know where in your report I can

9    find the version number of Evidence Eliminator?

10        A.   One spot I believe would be on the    10:17AM

11   install log.

12        Q.   That's where I was looking.  I didn't

13   find it.  You're talking about starting at page

14   4, correct?

15        A.   Yeah, I know it's listed in the       10:18AM

16   configuration file.  I just remember it being

17   5.054.

18             (Deposition Exhibit 4527 marked for

19             identification.)

20        Q.   MR. PAGE:  Let me mark as              10:18AM

21   Exhibit 4527, Exhibit 4527 is what I will -- what

22   was produced to us by you and which I will

23   confirm is the config.dat file for Evidence

24   Eliminator on Mr. Bryant's laptop from the

25   July 14th, 2004, image; is that correct?         10:18AM

1        A.    Yes, that's what it's listed here as.

2        Q.    Okay.  And it shows that the top

3    version equals 5.057, right?

4        A.    Right.

5        Q.    Are you aware of any version of 5.057    10:18AM

6    of Evidence Eliminator that does not by default

7    set the options to delete -- to overwrite file

8    names in the manner you show in your report?

9        A.    Specifically 5.057, I cannot -- I

10   don't know.  I don't remember the different        10:19AM

11   version numbers where I've seen different

12   configurations.

13       Q.    Are you aware of any Version 5 with

14   any suffix of Evidence Eliminator for which this

15   is not the default configuration?                  10:19AM

16       A.    I'd have to, again, do a comparison

17   again of different versions.

18       Q.    So as you sit here now, you don't

19   know.

20       A.    At this moment I don't know.  And,       10:19AM

21   again, it depends on where he got Evidence

22   Eliminator as well.

23       Q.    If you could take a look at this

24   config.dat file, can you identify to me anything

25   in this file, config.dat file, other than the     10:19AM

Page 22

1    name Carter that is not the default configuration

2    that one would get when installing Evidence

3    Eliminator straight out of the box?

4         A.    Again, I have seen different

5    config.sys files.  So I'd have to say -- and I      10:20AM

6    don't know these things line for line.  I just

7    know I've seen different configurations be

8    selected -- when I say out of the box, depends on

9    where you get it as well.  So this appears to be

10   a default configuration.                            10:20AM

11        Q.    And you didn't do anything to check

12   that.

13        MR. TAYBACK:  Objection, vague as to that.

14        Q.    MR. PAGE:  Did you do anything in the

15   course of preparing your report to determine        10:20AM

16   whether anything in the config.sys file for the

17   laptop was other than the default installation

18   configuration?

19        MR. TAYBACK:  Objection, asked and

20   answered.  You can answer.                           10:20AM

21        THE WITNESS:  Again, not knowing exactly

22   where he got the program, I'm not sure what the

23   default configuration would be other than looking

24   for any custom folders.

25        Q.    MR. PAGE:  I didn't ask you why you      10:21AM

```
 1      didn't.  I'm asking if you did anything to

 2      determine whether this -- whether there was

 3      anything in the configure.dat file that indicated

 4      anything other than the default installation of

 5      Evidence Eliminator.                        10:21AM

 6           A.   No.

 7           Q.   Now, under that default configuration

 8      Evidence Eliminator when started, when one logs

 9      in, starts -- well, we've been going way around.

10      I'm trying to get back to this question.  I'll  10:21AM

11      get there sooner or later.

12           Assume that Evidence Eliminator is running

13      on Mr. Bryant's computer as set forth in this --

14      this config.dat file.  Under this configuration,

15      when Mr. Bryant's computer is started and he logs 10:21AM

16      in, Evidence Eliminator will place an icon in the

17      system tray and will start cleaning cookies and

18      Internet history, correct?

19           A.   That's correct.

20           Q.   Do you call that -- would you refer    10:22AM

21      to that as Evidence Eliminator running?

22           A.   That is running, right, background

23      mode.

24           Q.   Running in background mode.  Okay.

25      And then if the user then does, for example, a   10:22AM
```

1    safe shutdown, right, are you familiar with a

2    safe shutdown on Evidence Eliminator?

3         A.    Okay.  Continue.

4         Q.    Evidence Eliminator -- Evidence

5    Eliminator under this configuration will then go    10:22AM

6    out and find deleted files and, among other

7    things, overwrite the file names as shown in your

8    report, correct?

9         A.    The versions I've seen you have to

10   set it to do the overwriting with the multiple    10:22AM

11   names, meaning you have to interact with it,

12   but --

13        Q.    I'm asking --

14        A.    -- it is possible, yes.

15        Q.    Well, let me then ask that.  As        10:22AM

16   Evidence Eliminator was set up on the laptop you

17   examined, how would a user go about causing file

18   names to be overwritten in the manner shown on

19   page 13 in your report?

20        A.    If it was preconfigured that way in    10:23AM

21   the original config.sys file, it would do that;

22   or you have to go in there and select that option

23   under options.

24        Q.    Okay.  Try to listen to the question.

25   Assuming that the computer is -- that Evidence     10:23AM

1    Eliminator is configured as shown in the

2    configure.dat file, how would a user cause it to

3    overwrite files as shown in your report?  What

4    steps would the user take?

5         A.   Using this config.sys file.          10:23AM

6         Q.   Yes.

7         A.   If I understand this correctly, and I

8    would have to check this again, but it appears

9    the way this configuration file is set up Windows

10   file names, sizes, since it has a one, that means 10:24AM

11   it would overwrite it again using the 255

12   character mask for the file names.

13        Q.   I'm asking, I think, a much simpler

14   question that you're not hearing.  If I'm a user

15   sitting at Mr. Bryant's laptop configured as      10:24AM

16   shown in this file and I want to make it do what

17   you show on page 13, what would I do?  How would

18   I -- what would I -- what would my hands do to

19   make that happen?

20        A.   There is a number of things you can     10:24AM

21   do to make that happen.

22        Q.   That's my question.

23        A.   One would be to set Evidence

24   Eliminator at that moment to go ahead and when it

25   deletes files do the long mask.  Two, you could   10:25AM

Page 26

1      have it go out and delete unallocated space.

2           Q.   Time out, because you're going down

3      the wrong road again.

4           MR. TAYBACK:   I think he's asking

5      literally physically what keys.                    10:25AM

6           Q.   MR. PAGE:   I'm not asking how you set

7      it up to do that.  Assume it's already set up.

8      Assume it's running on this config.dat.  This

9      config.dat.  I've turned on my computer.  There's

10     an icon in the system tray.  It's looking at       10:25AM

11     Internet cookies.  It's not doing anything else.

12     How would I make it actually do this?  What key

13     strokes or moves with my hands would I do to say,

14     Go do this now?

15          A.   Okay.  Now, I understand.  Nothing.      10:25AM

16     It's a function the program does.  If the option

17     has been set, it will overwrite the file names

18     with multiple characters.

19          Q.   And when will it do that?

20          A.   When it deletes a file and overwrites    10:25AM

21     it.

22          Q.   Just each time I delete a file it

23     will overwrite it?

24          A.   If it's set to do that, yes.

25          Q.   And was it set to do that?              10:26AM

Page 27

1          A.    If I am reading this correctly, it is

2     set to overwrite the file names, yes.

3          Q.    Okay.  So is it your testimony that

4     you think that from the data you've seen these

5     9400 files were actually deleted in the amount of 10:26AM

6     time you found one by one on Mr. Bryant's

7     computer and then overwritten individually?

8          MR. TAYBACK:  I'm going to object to the

9     form of the question, vague and confusing.  You

10    can answer.                                        10:26AM

11         Q.    MR. PAGE:  Do you understand the

12    question?

13         A.    There were 9400 file names or folder

14    names that were overwritten by Evidence

15    Eliminator that were on this machine.  There      10:26AM

16    would have been associated with those file names

17    or folder names data as well.  May have been, you

18    know, zero, may have been a huge file.  We don't

19    know because since Evidence Eliminator was run,

20    the only remnants we have is the fact that it      10:27AM

21    have -- we have these 9400 file names and folders

22    that were overwritten.  And something was

23    associated with those file names.  We don't know

24    because it's gone.

25         Q.    MR. PAGE:  That wasn't my question.    10:27AM

1    Are you familiar with the safe shutdown procedure

2    in Evidence Eliminator?

3         A.    Yes.

4         Q.    Okay.  Under that procedure, when one

5    does a safe shutdown of one's computer, Evidence      10:27AM

6    Eliminator goes out and looks on the hard drive

7    for any previously deleted files, correct?

8         A.    Correct.

9         Q.    Regardless of when they were deleted

10   and not at the time they were deleted, correct?      10:27AM

11        A.    Correct.

12        Q.    And for each one it finds, it

13   overwrites the file name, correct?

14        A.    Correct.

15        Q.    Okay.  How do I cause Evidence            10:28AM

16   Eliminator to do that physically?

17        A.    At that moment?

18        Q.    Any time I want to.  Suppose I have

19   it running on my computer, running in background.

20   How do I tell Evidence Eliminator go find all the    10:28AM

21   deleted files and overwrite them?

22        A.    By setting up the configuration --

23        Q.    No.

24        A.    -- of Evidence Eliminator.

25   Physically you don't have to do anything.  The       10:28AM

```
 1       program does that for you.

 2            Q.    When?

 3            A.    But you have to tell the program to

 4       do it at some point.

 5            Q.    And how do I tell the program to do      10:28AM

 6       it?

 7            A.    By having -- setting up the

 8       configuration.

 9            Q.    Assume that the configuration is

10       already set up.  Assume that the configuration     10:28AM

11       was set up the day I installed it two years ago.

12            A.    All right.

13            Q.    Right?  I'm sitting at my computer.

14       Evidence Eliminator is running in the background.

15       All it's doing is cleaning Internet files.  How    10:28AM

16       do I tell it to go look for all the deleted files

17       in my computer and overwrite the file names?  How

18       do I cause that process to actually start?

19            A.    You don't.  It does it automatically.

20       It does that automatically depending on what the   10:29AM

21       configuration is.

22            Q.    Over and over and over again

23       constantly?

24            A.    If it's configured for that, yes.

25            Q.    Was it configured for that in this      10:29AM
```

1    configuration?

2          MR. TAYBACK:   4527?

3          Q.   MR. PAGE:   Yeah.

4          A.   Well, in this configuration, it's

5    designed to go out and do Internet history, it's    10:29AM

6    also getting the recent information, recent files

7    recently opened, the run, most files you run

8    lately, the find files which means if there was

9    data about going out and finding files or finding

10   computers, any files associated with that are       10:30AM

11   deleted.

12         Q.   When she asks you to clarify, she's

13   not asking you to explain.  She's asking you

14   to --

15         A.   Slow down.                               10:30AM

16         Q.   -- resay the words that she didn't

17   hear.

18         A.   I'm sorry.  You're right.  It's

19   deleting the clipboard, it's deleting the media

20   player library, the last visited -- last number   10:30AM

21   dialed, last number dialed open, it's deleting

22   all the temporary files, it's deleting cookies,

23   it's looking to see if there are cookies in a

24   Netscape Navigator default directory, it's

25   deleting Java scripts, it's deleting anything in   10:30AM

1    the cache, it's deleting again Netscape history,

2    Internet Explorer history and cache.  Any

3    downloaded programs, also deleting things in the

4    cookies folder, in the error log folder, in the

5    Internet Explorer download folder.  If there's          10:31AM

6    any auto complete files there which is where it

7    automatically completes, like a password,

8    anything of that nature, it's deleting that.

9    It's deleting the history of 20 or so, whatever,

10   Web sites you have visited, it's deleting that          10:31AM

11   information.

12          It's deleting, let's see, history files,

13   the temporary Internet files and cache.  It

14   defaults -- if I again read this thing correctly

15   here off the top of my head, I believe this is         10:32AM

16   the Window file name sizes.  It's using the

17   extended delete, which means it overwrites the

18   file names.

19          Q.   Okay.

20          A.   Multiple.  It's using overwrite mode        10:32AM

21   one, which I believe is all zeros.  It's looking

22   for mail to delete.

23          Q.   Where are you now?

24          A.   That's on page 2.

25          Q.   Oh, in the Outlook Express line?            10:32AM

Page 32

1        A.    Express.

2        Q.    So just above that, you just blew by

3    the text custom.

4        A.    Yes.

5        Q.    Files and folders.  This is where one    10:32AM

6    would have set particular folders of files or

7    data to be deleted if one wanted to, correct?

8        A.    Yes, this is where --

9        Q.    And here it was not set.

10       A.    Here it was not set.                       10:32AM

11       Q.    Okay.  Go on.

12       A.    And then we have text log folders on

13   automatic.  Let's see.  Check the recycle bin for

14   confirmation.  So it's again deleting the recycle

15   bin.  Any listing of shell processes.  It's going  10:33AM

16   through the registry.  Then we get into IM user

17   name information.  None of that is set.  It's

18   blank because that's something you would custom

19   set.

20       Q.    Okay.  Now, when you say it's doing       10:33AM

21   these things, do you mean going along saying it's

22   doing X, it's doing Y?

23       A.    Yes.

24       Q.    Are these all things that it's doing

25   constantly over and over again, or are these       10:33AM

1    things that it will do upon receipt of a

2    particular command?

3         A.   You can with Evidence Eliminator

4    issue a hot key.  So that when you do the hot key

5    that it goes out and does its function.  And you      10:33AM

6    can do that either in a stealth mode or you can

7    do it in an overt mode.  So covert, overt.

8         Q.   What's the difference between covert

9    and overt?  Is it whether there's a screen

10   display?                                              10:34AM

11        A.   Overt -- yeah, overt will have a

12   screen display.  Covert, you know, someone's over

13   your shoulder and you don't want them to see

14   what's going on.

15        Q.   So the things that you've just said,        10:34AM

16   it's doing this, it's doing that, are things in

17   fact that it will do if you, for instance, issue

18   a hot key command, correct?

19        A.   Yes.

20        Q.   Okay.  It won't do that until you do        10:34AM

21   that.  It won't perform these functions until you

22   tell it to by, for example, hitting a hot key,

23   correct?

24        A.   That's one function.  You can have it

25   do it on the hot key.                                 10:34AM

1        Q.    And another way you can do it is to

2    have it set up so that -- is to issue what's

3    called a safe shutdown, correct?

4        A.    That is correct.

5        Q.    Which is when you're done with the          10:34AM

6    computer you, instead of doing your normal

7    shutdown, you do a safe shutdown and then it

8    executes these functions.

9        A.    Yes.

10       Q.    I'm looking for a way -- now, we're         10:35AM

11   back to the vocabulary.  I want to find two words

12   I can use, one that describes what Evidence

13   Eliminator does when you just turn on the

14   computer and one to describe what it does when

15   you either do the hot key or safe shutdown or      10:35AM

16   safe restart because right now I think we're

17   calling them both running and it's getting

18   confusing.

19        So I'm asking you for vocabulary we can

20   use so that we understand each other.  I want one  10:35AM

21   term for what Evidence Eliminator does when it

22   just sits in the background when you turn on the

23   computer and a different word for what it does

24   when you tell it to go do its functions.

25       A.    Evidence Eliminator is always -- it's     10:35AM

1      running.  Meaning it's in background running.

2           Q.   Right.

3           A.   And then at that point when you are

4      doing a safe shutdown or you issue the hot key

5      command, it then goes out and looks at what has        10:35AM

6      been done on the machine and does the function

7      that it's designed to, which is to go out and

8      wipe files and data.

9           Q.   Okay.  So will you understand me if I

10     call the former running and the later performing      10:36AM

11     its functions?  Is that a good shorthand?

12          A.   That's a good shorthand.

13          Q.   Took me so long to get there.

14     Anyway, can you show me -- is there somewhere in

15     the config.dat that shows the function of going       10:36AM

16     out looking for files that have already been

17     deleted and overwriting their names, or is that

18     just sort of implicit?

19          A.   I don't know the exact -- again,

20     these -- I don't know the exact config line for       10:36AM

21     that off the top of my head, for that -- for

22     these.

23          Q.   Okay.

24          A.   Again, it's an option you can get,

25     though, when you configure it.                        10:36AM

Page 36

1          Q.   You can tell it never to do this, but

2     obviously it's set up to.

3          Turning back to page 13 of your report

4     where -- and just for the record, what's on page

5     13 is just a chunk that you took out of the list    10:37AM

6     of 9400 files, correct?

7          A.   That's correct.

8          Q.   Let me actually just while I'm

9     thinking about it --

10              (Deposition Exhibit 4528 marked for        10:37AM

11              identification.)

12         Q.   MR. PAGE:  I will mark as

13    Exhibit 4528 -- make sure I don't cover up any of

14    this important data -- 4528 is, I'll represent to

15    you, the first five pages of a much longer file     10:37AM

16    that you produced to us which is, I believe,

17    where you got this stuff in the report.

18         Just for the record, can you explain for

19    me what 4528 is?

20         A.   This is a list, partial listing of        10:38AM

21    the file names that I found that had 255

22    characters as their file name.  Something that

23    again I recognize as being abnormal when I was

24    going through the list.

25         Q.   I see.  So the way you compiled this       10:38AM

```
 1      list was you searched the image for any file name

 2      of that length?

 3              A.   In a visual way, yes.  I sorted the

 4      file names and --

 5              Q.   Okay.  And each of these names, where    10:38AM

 6      did they exist on the computer?

 7              A.   These exist in the master file table

 8      or the directory.

 9              Q.   Okay.  So these aren't from the

10      individual files or sectors out on the drive.       10:38AM

11      These are names that are in the MFT, right?

12              A.   Yes.

13              Q.   And you've just sorted out the ones

14      that are the right length.

15              A.   Right, I took the ones that were the    10:38AM

16      largest.

17              Q.   When Evidence Eliminator goes to

18      overwrite the file names in the MFT, how does it

19      select which file names to overwrite?

20              A.   From the configuration file or what     10:39AM

21      you basically told it to go over.

22              Q.   Bad question.  Assuming that the

23      configuration file has told Evidence Eliminator

24      to overwrite the names of deleted files, how does

25      Evidence Eliminator decide which of the many file 10:39AM
```

Page 38

1    names in the MFT it should overwrite?

2        The point I'm getting at is some of the

3    file names in the MFT are going to be file names

4    of files that are still on the computer and

5    haven't been deleted and others are going to be      10:39AM

6    file names of files that have been deleted,

7    correct?

8        A.   Well, there are a number of ways --

9    right, you have files that are deleted that it's

10   going out and overwriting, you have files that      10:39AM

11   it's been told to go out and delete and then

12   overwrite, or you have unallocated space you told

13   it to go out and overwrite.

14       Q.   Okay.  Unallocated space isn't in the

15   MFT, correct?  That's elsewhere.                     10:40AM

16       A.   It's -- right, the MFT only has a

17   listing of active and inactive files or deleted

18   files.

19       Q.   I see.  So the MFT is a list of

20   basically all the files' names that have ever       10:40AM

21   been used in the computer right?

22       A.   No, it has a list of file names that

23   are on the machine that it's keeping track of at

24   that time.

25       Q.   Ah.  Okay.  But that includes both        10:40AM

Page 39

1    files that have been deleted by the user and

2    files that have not, correct?

3        A.   Some of the files are deleted by the

4    user, not all.  It does have -- it's got all the

5    active files in it at that moment in time, but    10:40AM

6    you could have also files names that are deleted

7    from past that have been overwritten or you could

8    have files that are deleted and the file name is

9    still there.

10       Q.   So the MFT is going to have, as I      10:40AM

11   understand what you just said, three categories

12   of file names, active file names, files that are

13   still on the computer, still in use, deleted file

14   names that still have their original names,

15   correct?                                          10:41AM

16       A.   Correct.

17       Q.   And deleted files that have already

18   been overwritten like these.

19       A.   Well, no.  The MFT has active file

20   names, it has deleted file names, and then it     10:41AM

21   would have -- and that's where you sit.  It's

22   active or deleted file names.

23       Q.   And some of the deleted file names

24   that you found on Mr. Bryant's computer looked

25   like this, the 25 -- 256-character --             10:41AM

1          A.    Yes.

2          Q.    -- Evidence Eliminator names.

3          A.    Correct.

4          Q.    Here's my question.  If I ran

5   Evidence Eliminator again five minutes after it        10:41AM

6   was run here or a day or a year, wouldn't

7   Evidence Eliminator overwrite these files' names

8   all over again?

9          A.    Yes, it could.

10          Q.    So the fact that these file names        10:42AM

11   were overwritten on July 12th, 2004, at 11:35 and

12   change doesn't mean that that's the first time

13   Evidence Eliminator overwrote them, correct?

14          A.    No, all we know is that it was

15   overwritten at this point in time.                     10:42AM

16          Q.    And from that --

17          A.    The recorded point in time that we

18   have.

19          Q.    And from that, all we can deduce is

20   that at some point between the time the computer      10:42AM

21   was purchased and the morning of July 12th, 2004,

22   the file that corresponds to this name was

23   deleted.

24          MR. TAYBACK:  Objection.

25          Q.    MR. PAGE:  Isn't that correct?          10:42AM

1          MR. TAYBACK:  Objection, it misstates the

2    evidence from the time the computer was

3    purchased.  You can answer.

4          Q.   MR. PAGE:  Fair enough.  Isn't all we

5    can determine from this list of file names that    10:42AM

6    are all dated July 12th, 2004, that at some point

7    between the time the operating system was

8    installed on the computer and July 12th, 2004,

9    the file that corresponds to each of these names

10   was deleted?                                       10:43AM

11         A.   What this printout shows is that on

12   July -- on the recorded date and time of

13   July 12th, Evidence Eliminator went out and

14   deleted these slots in the master file table,

15   whatever it was there, and overwrote that file     10:43AM

16   name with this string of 255 characters; and if

17   there was an associated file with that name, that

18   would have been wiped as well.

19         Q.   Okay.  And can you tell from this

20   data when the file -- the file that was            10:43AM

21   associated with this slot was itself deleted?

22         A.   No, all we know is on this date.  We

23   don't know -- if it happened prior, this

24   overwrites that.  So this is the last time it was

25   run, you might say, and did this work.             10:44AM

1    Q.   And it could have been the first time

2   Evidence Eliminator overwrote this name or it

3   could have been the one hundredth time it

4   overwrote the same name, correct?

5    A.   That is correct.                    10:44AM

6    Q.   From the data you've seen, you can't

7   tell me whether, for example, the file that

8   corresponds to the first entry on this page was

9   deleted on July 12th, 2004, or the first day the

10   computer was used with this operating system or    10:44AM

11   any time in between, correct?

12    A.   You can deduce from this -- all we

13   know is this file was -- this file was deleted on

14   this date.

15    Q.   I think you misspoke.               10:44AM

16    A.   Yeah, I'm trying to --

17    Q.   What do you mean by this file?  What

18   you mean is that this file name in the MFT was

19   overwritten on that date, correct?

20    A.   This file name in the MFT was        10:45AM

21   overwritten on this date.

22    Q.   You do not know when the file that

23   corresponded to that entry was deleted?

24    A.   If there was a file, yes.

25    Q.   Okay.  Can you tell me how the       10:45AM

Page 43

1    file -- how any of these files were deleted from

2    Mr. Bryant's computer?

3         MR. TAYBACK:  Objection, vague as to how.

4    You can answer.

5         THE WITNESS:  This could have -- this is      10:45AM

6    the remnants of -- could be the remnants of

7    several things.  One, file being deleted and

8    being overwritten and then being deleted and

9    overwritten again, or someone went out and wiped

10   unallocated space, which is something that a      10:45AM

11   person might normally -- a normal user does not

12   do, but the Evidence Eliminator program allows

13   you to have it go out and do that specifically,

14   in which case Evidence Eliminator creates a file,

15   writes out a whole -- a string of zeros or zeros  10:46AM

16   and ones or random characters, depending what you

17   selected, to overwrite the unallocated space and

18   then it deletes that file, and in that deletion

19   process it creates this name.

20        Q.   So let me see if I understand.  That    10:46AM

21   was what you meant when earlier you said if there

22   was a file associated with this name.

23        A.   I guess, technically there would have

24   been a file associated with it.  But there's a

25   difference in your terminology meaning a user     10:46AM

1    file a user created versus a file that Evidence

2    Eliminator created.

3          Q.   So you're identifying a special case

4    where Evidence Eliminator could itself create an

5    essentially dummy file for the unallocated space,  10:46AM

6    overwrite it and then delete it?

7          A.   Right, that's how it goes out and

8    wipes --

9          Q.   Let's put that special case aside.

10   Other than that special case, how -- strike that.  10:46AM

11         The normal operation of a computer creates

12   and deletes a large number of files every day,

13   correct?

14         A.   It does create and delete a large

15   number of files, large depending what you mean      10:47AM

16   by large, but --

17         Q.   Thousands.

18         A.   Anywhere from a couple hundred to a

19   couple thousand.

20         Q.   Right.  And, in fact, every time you    10:47AM

21   go to look at a Web page you create five or ten

22   or 20 files, correct?

23         A.   That's correct.

24         Q.   And every cookie you get is a

25   separate file, correct?                            10:47AM

Page 45

1        A.   That's correct.

2        Q.   And most programs create temp files

3   for every file they're working on, correct?

4        A.   That's correct.

5        Q.   And the normal operation of a browser   10:47AM

6   will every so many days go in and delete all of

7   those files that browsing pages has created.

8        A.   That's correct.

9        Q.   Over the course of a computer -- over

10   the course of the life of a computer, an MFT will   10:47AM

11   end up with thousands upon thousands of entries

12   for files that were just created and deleted

13   automatically, correct?

14        A.   It can, yes.

15        Q.   Okay.  And on the computer where        10:48AM

16   Evidence Eliminator is being run frequently,

17   Evidence -- you will continue to just pile up a

18   bigger and bigger number of file names that look

19   like this, correct?

20        A.    Well, I would have to say no from the   10:48AM

21   standpoint of when a file then becomes -- that

22   space becomes available, Evidence Eliminator

23   will -- or the Windows operating system will use

24   that deleted file space because that file space

25   is now available to be used.                     10:48AM

1          Q.    How much of the disk on Mr. Bryant's

2     laptop had been used versus how much was free

3     space?

4          A.    That I don't remember off the top of

5     my head, but we do have that, I believe.  I don't 10:48AM

6     recall off the top of my head.

7          Q.    But if I understood your previous

8     answer, names -- deleted -- names of deleted

9     files will stay in the MFT until the system gets

10    around to reusing that space for a different        10:49AM

11    file, correct?

12         A.    That's correct.

13         Q.    So there will be some number of names

14    that just sit there and then when that space gets

15    used, they'll go away.                              10:49AM

16         A.    That's correct.

17         Q.    Okay.  In the meantime while they're

18    sitting there, each time Evidence Eliminator runs

19    it will over and over again write a new file name

20    for that entry, correct?                            10:49AM

21         A.    If it's set to do that for deleted

22    files, yes.

23         Q.    And at least in the config.sys file

24    that you're looking at it's set to do that?

25         A.    Yes.                                     10:49AM

1          Q.   Let me give you a hypothetical, and

2     then I'm going to ask you if you are aware of any

3     evidence that disproves it.  The hypothetical is

4     Mr. Bryant installed Evidence Eliminator on his

5     laptop on the date that you show it being          10:49AM

6     installed, September 10th of 2002.  He uses the

7     computer normally, browses the Internet, writes

8     e-mails, does the normal things everybody does.

9     He never deliberately drags a single file into

10    the trash bin.  He makes a habit of shutting down  10:50AM

11    his computer by doing a safe shutdown, which

12    causes Evidence Eliminator to perform its

13    functions.  On July 12th of 2004, he turns on his

14    computer, he checks his e-mail and he does a safe

15    shutdown.  At no point in the life of the          10:50AM

16    computer has he ever deliberately deleted a

17    single file.

18         Are you aware of any evidence you've seen

19    that indicates that that is not precisely what

20    happened here?                                     10:50AM

21         A.   Yes.

22         Q.   What?

23         A.   One of the things you look at in this

24    is file identification numbers.  In this case for

25    these 9400 files, the file identification number  10:51AM

Page 48

1      is an increasing number, which means -- would

2      indicate, again not a hundred percent sure, but

3      would indicate that this is the results of

4      Evidence Eliminator going out and deleting

5      unallocated file space specifically.  Especially     10:51AM

6      when you see the order numbers 28, 40, 41, 44,

7      50, 64, 65, 66, you see these numbers going in

8      order in large blocks.

9              Q.   Where are you reading those numbers?

10     Are you talking about the first --                    10:51AM

11             A.   The number at the very end.

12             Q.   At the very end?  At the very end of

13     what?

14             MR. TAYBACK:  Pick one and then --

15             THE WITNESS:  Look on page 1, page 1 the       10:51AM

16     very top.

17             Q.   Of Exhibit 4528?

18             A.   Exhibit 4528, the very top.  It

19     starts off with a file name.

20             Q.   Yes.                                      10:52AM

21             A.   The description.

22             Q.   Uh-huh.

23             A.   The last access.  Excuse me.  The

24     last recorded access, written to and creation

25     dates and a file identifier.                          10:52AM

1      Q.   Uh-huh.

2      A.   That is a file identification number

3  from the MFT.

4      Q.   Okay.

5      A.   These files are in essentially order.  10:52AM

6  From my, again, experience over the last ten

7  years, what I'm looking at appears to be Evidence

8  Eliminator going out at least in part and

9  deleting unallocated file space.

10     Q.   Okay.  And unallocated -- first, what  10:52AM

11  is it in this data that tells you that?

12     A.   The close proximity of all the times

13  and dates and the file identification.

14     Q.   Okay.

15     A.   When Evidence Eliminator deletes     10:52AM

16  unallocated space, it creates files in a, you

17  know, in order, one, two, three, four, each file

18  being, I believe, 64 megabytes in size.

19     Q.   Okay.

20     A.   Fills it up with zeros or zeros and   10:53AM

21  ones or zeros, ones and random data.  Once it's

22  written that big file out there, it's now

23  overwritten what was unallocated space and made

24  it allocated, it deletes the file and again gives

25  it this big, long name.                  10:53AM

1        Q.   And when you say unallocated space,

2    you mean space that doesn't currently contain any

3    user files, right?

4        A.   No, space that is currently

5    unallocated by the file system but does have the    10:53AM

6    remnants of previously -- of files previously

7    there.  And it does that as a way to defeat

8    forensic software by overwriting that unallocated

9    space.

10       Q.   Now, the remnants of files that were    10:53AM

11   previously there could be files that Internet

12   Explorer created and deleted or anything else,

13   right?

14       A.   It could be anything.

15       Q.   Okay.  So what in what you just said    10:54AM

16   is contrary to the hypothesis I just gave you?

17       A.   Because to go out and delete

18   unallocated space of this magnitude is not

19   something that Evidence Eliminator normally does.

20   You have to say go delete unallocated space.       10:54AM

21       Q.   Doesn't it go out and look for any

22   remnants of deleted files and overwrite them

23   automatically?

24       A.   Based upon a file name.  You know,

25   this file is deleted, go out and overwrite it.     10:54AM

Page 51

1    Going out and overwriting unallocated space, it's

2    creating files, overwriting that space, and then

3    deleting the file.

4         So it isn't an existing file that you

5    created with a file name or somebody created.        10:54AM

6    It's actually creating the file in order to

7    overwrite that unallocated space.

8         Q.   And that's a configuration you can

9    set in Evidence Eliminator to do that or not to

10   do?                                                  10:55AM

11        A.   Yes.

12        Q.   And was it set to do this in this

13   config.dat?

14        MR. TAYBACK:  In Exhibit 4547.

15        THE WITNESS:  I do not know.  I'd have          10:55AM

16   to -- I don't recall off the top of my head what

17   I need -- which key it is to do unallocated

18   space.  That is something I'll have to -- I just

19   don't recall off the top of my head.

20        Q.   MR. PAGE:  Now, suppose it wasn't set      10:55AM

21   to overwrite unallocated space.  Would it -- and

22   it was just going out and finding deleted files,

23   right?

24        A.   Uh-huh.

25        Q.   Wouldn't it do that in numerical           10:55AM

1    order of the file number, file identifier?

2         A.   No, your file names, because you're

3    doing things in random order, they can be all

4    over the place because again it's replacing a

5    previously existing file.                      10:56AM

6         Q.   Yeah.

7         A.   So from my experience, again --

8         Q.   Wouldn't that explain why these

9    numbers aren't sequential, but skip big chunks?

10        A.   But we have such a huge number of     10:56AM

11   them all on the same date.  And, again, from my

12   experience with Evidence Eliminator, this is an

13   indication that someone went out to delete

14   unallocated space.

15        Q.   I know you've said that.  I don't     10:56AM

16   understand why you think so.  I mean, didn't we

17   just establish that Evidence Eliminator each time

18   you run it will go and write over all of the

19   previously deleted file names if they're still

20   there?                                         10:56AM

21        A.   If it's still there, yes.

22        Q.   And they're going to stay in the MFT

23   until the space is reused by some other name,

24   right?

25        A.   That is correct.                     10:57AM

1          Q.   And an MFT can have like thousands

2     and thousands of deleted file names, correct?

3          A.   It can.

4          Q.   All right.  And isn't that what you

5     see here, thousands of deleted file names that        10:57AM

6     have all been overwritten one after another?

7          A.   I do, but, again, from my experience

8     dealing with Evidence Eliminator, when I see the

9     numbers being this close and this large of

10    numbers within this range, within this range, and    10:57AM

11    with the times being so close, both on the

12    creation date as well as the last written to and

13    last access dates, that tells me -- because,

14    again, the creation date is when the file was

15    created.                                              10:57AM

16         So these files were all created on 7/12.

17    If Evidence Eliminator was only going in there

18    overwriting the file name, then the creation and

19    written to -- the creation date would be

20    different.                                            10:57AM

21         Q.   Are you sure about that?

22         A.   Just about.  I'd have to double-check

23    it, but I believe when it does -- hold on a

24    second.  Let me think about this for a second.

25         Q.   That would be a really bad Evidence       10:58AM

Page 54

1     Eliminator, wouldn't it?

2          A.   No, actually, it's really good

3     Evidence Eliminator.

4          Q.   Not if it tells you when the file --

5          A.   Hold on.  Hold on.                    10:58AM

6          Q.   Hang on.  Is your testimony --

7          MR. TAYBACK:  There's a question pending.

8     He's thinking about it.

9          THE WITNESS:  Again, I got to remember how

10    Evidence Eliminator does its work.  It on the       10:58AM

11    standard attributes changes the time and dates.

12    So, no, these are standard attributes.

13         Q.   MR. PAGE:  So that tells you nothing

14    about when these files were -- the original files

15    were actually created, right?                       10:58AM

16         A.   That is correct.

17         Q.   Because otherwise you'd have a

18    spoliation claim on he had created 9,000 files

19    and then deleted them.

20         MR. TAYBACK:  Is that a question?             10:58AM

21         MR. PAGE:  No.

22         Q.   So let's clear that up.  Evidence

23    Eliminator when it overwrites the names in MFT as

24    shown in Exhibit 4548 --

25         A.   That is correct, and the dates and

Page 55

1       times.

2           Q.   -- resets the dates and times to

3       whatever time it's overwriting the names.

4           A.   Yes.

5           Q.   So the underlying files that              10:59AM

6       correspond to the entries in this exhibit could

7       have been created and deleted at any time between

8       when the computer -- when the operating system

9       was loaded on the computer and the date that

10      Evidence Eliminator was run, correct?               10:59AM

11          A.   That is one possibility, yes.

12          Q.   Okay.  So let's go back to my

13      hypothetical.

14          A.   Okay.

15          Q.   Right?  Which is Mr. Bryant buys his       10:59AM

16      computer, uses it for a while, installs Evidence

17      Eliminator on the 10th of September 2002, runs it

18      every once in a while.  On July 12th of 2004, he

19      turns on his computer, which causes Evidence

20      Eliminator to run in background.  He then reads     10:59AM

21      his e-mail, he does a safe shutdown and Evidence

22      Eliminator then proceeds to find every deleted

23      file name in the MFT and overwrite it.  And at no

24      point in that string has Mr. Bryant ever dragged

25      a single file to the trash bin.                     11:00AM

Page 56

1          Is there any evidence that you have to

2     disprove that hypothetical?

3          A.   Not that I've seen to this point in

4     time.

5          MR. PAGE:  Good time for a break?          11:00AM

6          MR. TAYBACK:  Sure.

7          VIDEOGRAPHER:  We are going off the record

8     at 11:00 o'clock.

9          (Deposition recess taken.)

10         VIDEOGRAPHER:  We are back on the record    11:05AM

11    at 11:05.

12              (Deposition Exhibit 4529 marked for

13              identification.)

14         Q.   MR. PAGE:  I've marked as

15    Exhibit 4529 a two-page document Bates numbered   11:05AM

16    M-MM 00378 and 379.  Can you tell me what this

17    is?

18         A.   These are two invoices to Quinn

19    Emanuel for work.

20         Q.   And is it correct that you started     11:06AM

21    work on this project on January 16th?

22         A.   No.

23         Q.   When did you start work on this

24    project?

25         A.   I would have started work when I       11:06AM