1    first talked to the first attorney who called me

2    to find out if I was available and if I would --

3    if I knew anything about Evidence Eliminator and

4    forensics.

5         Q.   Okay.  Let's break that up.  Who was        11:06AM

6    the first attorney who called you on this matter?

7         A.   I wish I could remember her name.

8    She's no longer with Quinn Emanuel.  She left.

9         Q.   Okay.  I'm blanking out, too.

10        A.   Okay.  I don't feel so bad then.           11:06AM

11        Q.   Do you know when approximately that

12   was?

13        A.   It was the October-November time

14   frame.

15        Q.   Okay.  And at that time did -- well,        11:06AM

16   I take it this unidentified lawyer asked you if

17   you were able to work on the matter, correct?

18        A.   What she asked was -- yeah, if I was

19   available for work, and I told her, yes, I -- no

20   problem.                                              11:07AM

21        Q.   Did you do anything further at that

22   time?

23        A.   I sent her down a letter of

24   engagement.

25   ///                                                   11:07AM

Page 58

```
 1              (Deposition Exhibit 4530 marked for

 2              identification.)

 3        Q.   MR. PAGE:  Let me mark as

 4   Exhibit 4530 -- I have marked as Exhibit 4530 a

 5   three-page document, M-MM 00091 through 93, which   11:07AM

 6   is a December 20th, 2007, letter from you to

 7   Christopher Tayback.  Do you recognize this

 8   document?

 9        A.   Yes.

10        Q.   Is this the engagement letter you         11:07AM

11   just referred to?

12        A.   No, it is not.

13        Q.   Ah.  Had you sent an earlier

14   engagement letter to someone else?

15        A.   I had sent an earlier engagement          11:08AM

16   letter to an attorney's whose name I can't

17   remember.

18        Q.   Do you have a copy of that letter?

19        MR. TAYBACK:  It was in the documents

20   we've -- it was on the CD.  It's very similar.      11:08AM

21        MR. PAGE:  Okay.  Probably why I just blew

22   right by it.

23        Q.   How far -- strike that.

24        Why do you have two different engagement

25   letters?                                            11:08AM
```

```
 1        A.   On the first engagement letter I had

 2   an indemnity clause that was stock, and they

 3   wanted that taken out.  So...

 4        Q.   Braver man than I am.  So I take it

 5   this 4530 replaced that first one with the          11:08AM

 6   version without the indemnity clause?

 7        A.   Yes.

 8        Q.   Was this shortly after the first one

 9   or months or can you estimate?

10        A.   There was -- there was a period of        11:08AM

11   time of probably four weeks or so between when I

12   talked with her and sent the original engagement

13   letter and then I got contacted by Mr. Tayback.

14        Q.   I see.  At the time you send this

15   letter to Mr. Tayback on December 20th, 2007,       11:09AM

16   had you performed any substantive work?

17        A.   I did not send this letter to

18   Mr. Tayback on the 20th.  It was prior to that.

19   It was the 20th when we got this copy done.

20        Q.   Okay.  So you sent multiple versions      11:09AM

21   to Mr. Tayback as well?

22        A.   No, he had the original.  He fixed

23   that original and this is what we came up with.

24        Q.   Understood.  At the time that you

25   sent this, the replacement letter to             11:09AM
```

Page 60

```
 1      Mr. Tayback --

 2            A.    Yes.

 3            Q.    -- on December 20th --

 4            A.    Yes.

 5            Q.    -- had you performed any substantive      11:09AM

 6      work?

 7            A.    No.

 8            Q.    And I take it -- Mr. Tayback has

 9      signed it on December 20th.  What's the next

10      thing you did?                                        11:09AM

11            A.    Next thing I did after that was --

12      after the 20th was probably turn off my phone and

13      enjoy the holidays.

14            Q.    Let me ask a better question.  What's

15      the next thing you did in connection with this       11:10AM

16      matter after executing the engagement letter?

17            A.    Mr. Tayback arranged for delivery of

18      a hard drive with imaged files of two computers

19      on them, which I subsequently looked at.

20            Q.    Okay.  So returning to 4529, which is     11:10AM

21      your invoice, is January 16th the date on which

22      you started looking at that data?

23            A.    On or about that date.  I -- so it

24      was on or about that date.

25            Q.    Okay.  And you have entries on the        11:10AM
```

Page 61

```
 1      16th, 17th through the 28th of January concerning

 2      setting up, running and reviewing key word

 3      searches.  What were the keyword searches?

 4          A.   I had some keywords that I were given

 5      in relation to the case and also these categories  11:11AM

 6      of work aren't necessarily descriptive of the

 7      exact work that was done.  One-man operation, my

 8      invoicing kind of has general things that I do.

 9      So -- but there was a list of keywords which I

10      don't recall off the top of my head all of them    11:11AM

11      that were to -- that I ran on the case.

12          Q.   I see.  Did you communicate the

13      results of any of those keyword searches to

14      counsel?

15          A.   On this run, doing it here, the         11:11AM

16      keyword searches would have been primarily on

17      looking for what Evidence Eliminator, looking for

18      the key files for Evidence Eliminator.  So

19      running the types of keyword searches I do to

20      look to see if it has run, remnants of it being   11:12AM

21      out there.

22          Q.   I see.  So what sorts of keyword

23      searches did you do in order to determine whether

24      Evidence Eliminator had run?

25          A.   On Evidence Eliminator had run I        11:12AM
```

Page 62

1      looked for things like ee.exe, Evidence

2      Eliminator, wipe, and then there's three other

3      file names that I run to see if I can see

4      remnants of those.

5            Q.   I see.  You were actually just          11:12AM

6      searching for program to see if it was on the

7      computer?

8            A.   The keyword searches were looking to

9      see if Evidence Eliminator were there, yes.

10           Q.   Please don't tell me it took you        11:12AM

11     40 hours to figure out if Evidence Eliminator was

12     on these computers.

13           MR. TAYBACK:  Is that a question?

14           MR. PAGE:  No.

15           Q.   I assume you were doing something in    11:12AM

16     the course of this work from January 16th to

17     January 28th other than simply determining

18     whether Evidence Eliminator was on the computers,

19     correct?

20           A.   Well, I'm looking at the state of       11:13AM

21     drives at that time to see if there's anything

22     out there, again, if it was run, when it was run.

23     These were the two sets of drive images that I

24     looked at, which are Reports 3 and 4.

25           Q.   Have you done -- your second invoice    11:13AM

Page 63

1    goes through February 11th and I take it that

2    includes preparing your reports, correct?

3         A.   Yes.

4         Q.   So these invoices run up through

5    preparing your reports and stop there.                11:13AM

6         A.   That's correct.

7         Q.   Have you done any research or work

8    other than preparing for this deposition since

9    February 11th?

10        A.   Since February 11th, the only thing    11:13AM

11   I've done is again prepare for this deposition.

12        Q.   So you haven't -- you haven't formed

13   any subsequent opinions after creating your

14   reports; is that correct?

15        A.   No, I have -- the only opinions I      11:14AM

16   have formed in stone so far are in the reports.

17        Q.   Okay.  I just want to make sure there

18   wasn't more work that's been done since.

19        A.   No.

20        Q.   That makes it easy.  If you could      11:14AM

21   turn to 4526, which is your report.

22        MR. TAYBACK:  Report 1.

23        Q.   MR. PAGE:  Report 1.

24        A.   Okay.

25        Q.   I'm just going to refer to these as    11:14AM

1    Report 1 and Report 2, Report 3 since it's easier

2    than 4526.

3         In your summary of opinions on the first

4    page, number 1 is just you recite the

5    installation of the -- of the Evidence Eliminator   11:14AM

6    program.  Number 2 you say:  The configuration of

7    the program was accessed on or about the recorded

8    date and time of the 12th of July 2004 at 10:49

9    Central Daylight Time.  What do you mean by the

10   configuration was accessed?                         11:15AM

11        And for the record, I believe that 10:49

12   CDT is a typo.  If you look at your -- later on

13   you get it right, but you can correct me if

14   you're wrong -- if I'm wrong.

15        A.   10:49 --                                  11:15AM

16        MR. TAYBACK:  Well, there's no question.

17   I don't know if that's a question.

18        Q.   MR. PAGE:  Yeah.  The question is

19   what do you mean by the configuration of the

20   program was accessed, regardless of the time?       11:15AM

21        A.   So the -- what it means is some

22   changes were made to Evidence Eliminator's

23   configuration data that it has out there.  Some

24   change was made to it, and that's evident by the

25   fact, if you PlugInSelections.dat file as well as   11:16AM

Page 65

1    a ScanMasks.dat file were accessed on the 12th,

2    but also at 18:49.

3        Q.   Right.  I assume that what you meant

4    when you said 10:49 was 1849, correct?

5        A.   That is correct, yeah.              11:16AM

6        Q.   But what is it in -- for the record,

7    you're now looking at page 12, Details Finding 2;

8    is that correct?

9        A.   Uh-huh.

10       Q.   What is about the entries you've      11:17AM

11   highlighted in bold for PlugInSelections.dat and

12   ScanMasks.dat that leads you to think that

13   anything was changed?

14       A.   Well, if nothing was changed in them,

15   then they should have a date of 9/10,          11:17AM

16   September 10th.

17       Q.   For their last access date?

18       A.   Oh, excuse me.  Actually, I do have a

19   typo.  I'm sorry.  That is a typo.

20       Q.   That's a different question.          11:17AM

21       A.   It was a config.sys file that I was

22   referring to, which is 7/12 -- 7/14/04.

23       Q.   7/14.

24       A.   One second.  One second here.  Yeah,

25   the config.dat file was written to on 7/14/04.   11:18AM

1          MR. TAYBACK:  Which is not bolded on that

2     page.

3          THE WITNESS:  Which is not bolded on that.

4          Q.  MR. PAGE:  Uh-huh.  And what in that

5     makes you think that the configuration of the          11:18AM

6     program was changed on July 12th?

7          A.  Again, that must be a typo.  It was

8     the 14th of July.

9          Q.  Ah.  Okay.  Have you ever done any

10    experiments to determine when Evidence Eliminator 11:18AM

11    changes the last written date on the config.dat

12    file?

13          (Discussion off the record.)

14          THE WITNESS:  Okay.  So what I -- number

15    2 -- it is not.  I realize I also referred to it  11:19AM

16    number 4.  Number 2, the fact that the

17    configuration of the program was accessed on the

18    12th of July.  That is true.  The access dates

19    show July 12th as those two configuration

20    portions of Evidence Eliminator being accessed.    11:19AM

21          Q.  MR. PAGE:  Okay.

22          A.  So that's why they're in bold.  So

23    they show July 12th as being an access time.

24          Q.  Right.  And that doesn't indicate

25    that anything in those files was changed.  Just    11:19AM

```
 1    that the program needed --

 2          A.   Was accessed.

 3          Q.   -- to access those files, correct?

 4          A.   Right.  As I said, they were just

 5    accessed.                                    11:19AM

 6          Q.   And those are the files the program

 7    needs to access when it runs, correct?

 8          A.   PlugIn and ScanMasks, yes.

 9          Q.   So, in fact, this is no evidence that

10    anybody changed anything in the configuration of 11:20AM

11    the program, correct?

12          A.   No, not number 2.

13          Q.   Okay great.  While we're on that,

14    we'll move to number 4 where you say:

15               "The program was run and the          11:20AM

16               configuration was changed on or about the

17               recorded date and time of the 14th of

18               July at 1513 CDT.  Changes were made to

19               the basic configuration of the program."

20               What do you mean by that?            11:20AM

21          A.   The config.dat file had modifications

22    to the file as recorded on the 14th of July.

23          Q.   Really.

24          A.   So that file had somebody written to

25    it on the 14th.                                 11:20AM
```

Page 68

1       Q.   And how do you know that?  Or how do

2    you think you know that?

3       A.   It was accessed on the 14th and the

4    program, according to the way the file system

5    works, something was written to the file.  We      11:20AM

6    don't know what or how or why or who.  Just a

7    change was made.

8       Q.   Have you ever done anything to

9    determine under what circumstances the last

10   written date to Evidence Eliminator's config.dat  11:21AM

11   file is changed?

12      A.   To determine what changes it?

13      Q.   Under what -- at what points in the

14   normal operation of Evidence Eliminator does the

15   config.dat file get a new last written date?     11:21AM

16      A.   Any time the file is changed, as I

17   stated.  In order for that date to change, which

18   is a function of the operating system, not of

19   Evidence Eliminator, if there's a change to the

20   file that occurs, then the modification date kept 11:21AM

21   by the standard attributes changes.

22      Q.   Does that date also change when a

23   program locks and then unlocks the file?

24      A.   It only changes when the program --

25   when the -- the file itself is opened to be     11:21AM

1    modified.

2         Q.   Can it be changed without -- can it

3    be changed in a circumstance where the contents

4    of the file remain the same before and after?

5         A.   Can a -- okay.  I guess are you            11:22AM

6    asking me -- make sure I understand your

7    question.  Can a modification date be changed if

8    a file is not modified?

9         Q.   Correct.

10        A.   If a program opens a file to modify      11:22AM

11   it or the program itself changes the modification

12   date would be the two instances where you would

13   have that.

14        Q.   And when Evidence Eliminator

15   launches, when you log in and it runs in           11:23AM

16   background mode, does it open the config.dat

17   file?

18        A.   To read.  That would change the

19   access date and time.

20        Q.   And does it lock it to prevent other     11:23AM

21   programs from accessing it?

22        A.   Not to my knowledge, no.  Again, I

23   might not understand what you mean by locking.

24   So...

25        Q.   Have you ever done anything to           11:23AM

Page 70

```
1       determine whether when Evidence Eliminator simply

2       runs in background the last written date for its

3       config.dat file changes?

4            A.   To my knowledge, the only time

5       Evidence Eliminator modifies the config.sys file    11:23AM

6       is when it makes a change to it or it's opened to

7       be changed.

8            Q.   So if I told you that every time you

9       run Evidence Eliminator in background mode the

10      config.dat last written date updates, would you    11:24AM

11      tell me I'm wrong?

12           A.   I don't know.  I would have to

13      experiment to see if that's the case.

14           Q.   And you haven't done any experiment

15      to see if that's the case.                          11:24AM

16           A.   I have not done that, no.

17           Q.   Other than the fact that the

18      config.dat last written date is on 7/14, do you

19      have any evidence that Evidence Eliminator

20      performed any functions on this computer on         11:24AM

21      July 14th?

22           A.   The -- no.

23           Q.   And, in fact, you know that it didn't

24      because the last access dates on the

25      Plug-InSelections.dat and the ScanMasks.dat are     11:24AM
```

1    both July 12th, correct?

2         A.   That is correct.

3         Q.   So Evidence Eliminator on July 14th

4    never got so far as to access those files,

5    correct?                                    11:25AM

6         A.   Again, I don't know what changed the

7    configuration of the file.

8         Q.   That wasn't my question.

9         A.   Or --

10        Q.   My question is can't you tell from    11:25AM

11   the fact that the last access date on

12   PlugInSelections.dat and ScanMasks.dat is

13   July 12th that Evidence Eliminator did not

14   perform any functions, i.e., overwriting any file

15   names, on July 14th?                        11:25AM

16        A.   No, you're assuming that Evidence

17   Eliminator is the only thing that -- first

18   assumption is you're assuming that Evidence

19   Eliminator touches all those files when it runs.

20   You're assuming that Evidence Eliminator is the   11:25AM

21   only program that could change the config.sys

22   file -- or the config.dat file.  So --

23        Q.   The first of those is true.  Isn't it

24   true that in order to perform its functions

25   Evidence Eliminator needs to, as you put it,     11:26AM

1    touch the configuration files that you referenced

2    in finding 2 as evidence that it had been run on

3    the 12th before it performs its functions?

4         A.    Evidence Eliminator needs to address

5    the configure.sys file, access the config.sys        11:26AM

6    file when it runs.  I don't know if it

7    necessarily needs to access the plug-ins and the

8    ScanMasks unless those are being used.

9         Q.    Okay.  And when are those used?

10        A.    I would imagine the ScanMasks data is   11:26AM

11   used when either you make a change to the

12   ScanMask or you're going to do a scan and, you

13   know, look for files that have a mask because

14   that's how it reads that information.

15        Q.    And that's part of the process of        11:27AM

16   finding files to overwrite, the file names to

17   overwrite, correct?

18        A.    Files to overwrite, yes.

19        Q.    Okay.  So other than the last written

20   date shown in finding 4 for config.dat, do you      11:27AM

21   have any basis to say that the configuration of

22   the program was changed on the 14th of July?

23        A.    On the 14th of July, the file was

24   opened to be changed.  If changes were made, I

25   would not know what those changes are.  But based 11:28AM

Page 73

1    upon that information, that file was opened to be

2    modified.  That's what we know.

3         Q.   And you don't know whether that file

4    is opened to be modified automatically each time

5    Evidence Eliminator runs, correct?                11:28AM

6         A.   That is correct, I do not know that.

7         Q.   At the time the computer was imaged

8    on July 14th, it was running, right?

9         A.   I do not know.

10        Q.   You don't.                              11:28AM

11        A.   No, all I had was the images and

12   information on the images.

13        Q.   And you haven't looked at the

14   information on those images to determine whether

15   the computer was in fact running?                 11:28AM

16        A.   I would imagine it was running

17   earlier in that day, but I -- off the top of my

18   head I couldn't tell you.  I would -- I could

19   look and then tell you.

20        Q.   And if, in fact, the way it was       11:28AM

21   imaged was someone turned on the computer and

22   then took the image, Evidence Eliminator would

23   have been running in the background while the

24   image was taken, correct?

25        A.   That is not how a machine is imaged.   11:28AM

1      Q.   Well, if it's turned on, the Evidence

2   Eliminator runs in the background, correct?

3      A.   If the machine is turned on.

4      Q.   Right.

5      A.   Hold on one second.  In this          11:29AM

6   particular case, since this is an EnCase file,

7   the machine would have been on, but the operating

8   system would not have been running.  What

9   normally happens when you image a drive is you

10  boot up with either a safe boot CD or boot floppy 11:29AM

11  or you take the drive out of the computer, attach

12  it to another computer and use forensic tools and

13  write blocking to -- so no changes are made to

14  the drive during that process.  So it would not

15  be running in background.                    11:29AM

16     Q.   Do you know whether that's the case,

17  whether or not it was done properly in this case?

18     A.   In this case all I can say is if it's

19  an EO1 file that I have -- this is Report 1.  Do

20  we have Report 2?                            11:30AM

21     Q.   Report 2 is a different computer.

22     A.   I know.  I just want to --

23     Q.   Oh, you just want to compare it?

24  Sure.

25     A.   I just want to clarify it.          11:30AM

Page 75

1          Q.   Let me go ahead and mark it because

2     otherwise we'll lose track here.   I'm marking as

3     4531 --

4          A.   Oh, wait a second.   I just saw the

5     information that I need.                          11:30AM

6          Q.   Never mind.

7          A.   Okay.   In this particular case, the

8     examiner is Lee Curtis.

9          Q.   Yeah.

10         A.   And I would take for granted that Lee  11:30AM

11    Curtis would know how to properly image a drive

12    based upon his experience of working at the

13    Internal Revenue Service, his experience at being

14    trained by myself.   So I would say the chances

15    are pretty good that he did, though...            11:30AM

16         Q.   So you're saying your abilities as a

17    teacher are on the line here.

18         A.   So --

19         MR. TAYBACK:   Not a question.   Wait for

20    another question.                                 11:30AM

21         MR. PAGE:   Okay.   I see we have five

22    minutes of tape.   So we need to change the tape.

23    So let's take a short break.

24         VIDEOGRAPHER:   We're going off the record

25    at 11:41.   This is the end of tape number one.   11:31AM

Page 76

1          (Deposition recess taken.)

2          VIDEOGRAPHER:  We are back on the record

3     at 11:35.  This is the beginning of tape number

4     two in the deposition of Mark Menz.

5          (Deposition Exhibit 4531 marked for          11:36AM

6          identification.)

7          Q.   MR. PAGE:  Let me mark as exhibit --

8     oops.  What did I pull up?

9          A.   4531.

10         Q.   4531, I will represent to you, are          11:36AM

11    two lines that we pulled out of the registry on

12    Mr. Bryant's laptop, a key and a subkey.  The

13    words key and subkey I added.

14         A.   Right.

15         Q.   Can you explain what these lines do          11:36AM

16    in a registry?

17         A.   This is the -- inside the registry,

18    this is the run portion, which means it will

19    automatically run.  In this case it's a subkey

20    shows Evidence Eliminator program being loaded to 11:36AM

21    run.

22         Q.   So that means that on the laptop each

23    time it's -- each time the current user logs

24    in --

25         A.   It automatically runs.          11:36AM

Page 77

1          Q.    -- the Evidence Eliminator

2     automatically runs?

3          A.    It runs in background.

4          Q.    And the /M is what it means it's

5     running in background?                          11:37AM

6          A.    I don't remember off the top of my

7     head what the /M does.  I think it's manual mode,

8     but I could be wrong on that.  I'd have to look

9     at it.

10          Q.    Could it be minimize?                11:37AM

11          A.    Minimize could be the other one.  You

12     only would have an icon in the lower right

13     corner.

14          Q.    So assuming these are in fact from

15     the registry on the laptop, this would indicate   11:37AM

16     that every time the computer is turned on

17     Evidence Eliminator would run in background.

18          A.    That is correct.

19          Q.    Going back to your report, in number

20     4 you say that Evidence Eliminator was run on the  11:37AM

21     14th of July.  The files we looked at earlier

22     were from the 12th, correct?

23          A.    Correct.

24          Q.    Okay.  And you say there was

25     insufficient data to determine if any files were   11:37AM

1    deleted at this time.  Why do you say there is

2    insufficient data to determine if any files were

3    deleted at this time?

4         A.   Because I don't -- I didn't see any

5    remnants that I would know what went on.        11:38AM

6         Q.   And in Exhibit 4528, we saw all of

7    the overwritten file names from July 12th,

8    correct?

9         A.   That is correct.

10        Q.   If Evidence Eliminator had performed   11:38AM

11   its function, the functions that are set in the

12   config.dat file on July 14th, all of these dates

13   would say July 14th, wouldn't they?  All the

14   dates in Exhibit 4528.

15        A.   No, not necessarily.  Again, it        11:38AM

16   depends on what was being run at the time.  We

17   don't know what the configuration of that

18   Evidence Eliminator was prior to the 14th when it

19   was imaged.

20        Q.   Okay.  The behaviors you observed on    11:38AM

21   the 12th, right, are consistent with the

22   config.dat file in Exhibit 4527, correct?

23        MR. TAYBACK:  Objection, vague and

24   compound.  There's a lot of information on that,

25   but you can answer the question.                 11:39AM

1        Q.    MR. PAGE:   Can you answer?

2        A.    I believe that this configuration

3   file was different on the 12th, it was run

4   differently.   And I say that because, again, my

5   experience working with Evidence Eliminator, when   11:39AM

6   I see that many files being deleted with that

7   form, with the file numbers being so close that

8   it's going out and wiping unallocated space.

9   It's not just wiping deleted files.

10       Q.    And is it your testimony that the        11:39AM

11  config.dat file in 4527 is set so that Evidence

12  Eliminator wouldn't do that?

13       A.    Would not delete unallocated space?

14       Q.    Yeah.

15       A.    No, all I'm saying is it did             11:39AM

16  delete -- I believe it did delete unallocated

17  space on the 12th.

18       Q.    Okay.  And is there anything in the

19  config.dat file from the 14th that's inconsistent

20  with that behavior?                                 11:40AM

21       A.    Deleting unallocated space?

22       Q.    Yeah.

23       A.    Again, I don't remember exactly which

24  key.  I have to look that up.  So right now

25  sitting here, I don't remember which key to look   11:40AM

1    at to determine unallocated space being deleted

2    or not.

3         Q.   So you don't have any reason to think

4    that the fact unallocated space you think was

5    wiped on the 12th means that the config.dat file    11:40AM

6    was changed later, right?  Does that make sense?

7         A.   Well, from again dealing with ten

8    years of experience out here, actually, you know,

9    as far as what goes on, when you're wiping

10   unallocated space, that takes an exorbitant         11:40AM

11   amount of time, and I've never seen anyone do

12   that on a daily basis because that would mean if

13   you have in this case a 20- or 40-gigabyte drive

14   and you have, you know, multiple gigabytes of

15   space, every time it's doing a safe shutdown or     11:41AM

16   you're running it, it's going to go out there

17   create these file names and delete that space.

18        And the date we have on that is the 12th,

19   whereas we do -- we do have it running on the

20   14th and it appears a change was made to the        11:41AM

21   config.sys file, at least it was opened to be

22   changed on the 14th.

23        Q.   But as you sit here today, you can't

24   put anything in this config.dat file that's

25   different from a default installation of Evidence   11:41AM

Page 81

1     Eliminator, correct?

2          A.   That I'm aware of, but again I need

3     to familiarize myself more with the individual

4     keys as they are listed here to know which one

5     was set to overwrite unallocated space.          11:41AM

6          Q.   Okay.  So to get back to my question,

7     is there anything in this config.dat file or in

8     the behaviors as observed that tells you that it

9     was changed between July 12th and July 14th?

10         A.   The fact that the file was opened to   11:42AM

11    be changed on the 14th, the modification date was

12    changed to the 14th, means that the file was

13    available to be opened.  All I know is open -- it

14    was -- the file was opened in the modification

15    mode and a change could have been made or they    11:42AM

16    could have opened it -- what changes are made I

17    don't know.  All we know is it was opened to be

18    changed.

19         Q.   Assume for purposes of the question

20    that Evidence Eliminator when it runs in          11:42AM

21    background mode always changes the last modified

22    date of the config.dat.  Just assume that.

23         A.   You know, in my business --

24         Q.   If that's the case --

25         A.   In my business, I hate to make          11:42AM

Page 82

1    assumptions.

2         Q.   I know, but here I get to tell you

3    to.  Assume that to be the case.

4         A.   Okay.

5         Q.   Is there any other basis on which you      11:43AM

6    can opine that Evidence Eliminator performed any

7    functions on this computer on July 14th?

8         MR. TAYBACK:  Objection, asked and

9    answered.  You can answer.

10        THE WITNESS:  Sitting here right now, not      11:43AM

11   knowing -- I need to look up some of these keys,

12   I would have to say no, if you made that

13   assumption.

14             (Deposition Exhibit 4532 marked for

15             identification.)                           11:44AM

16        Q.   MR. PAGE:  I will mark as -- marking

17   as Exhibit 4532, a multipage un-Bates document.

18   I'll represent to you that these are a series of

19   screen shots we made in the process of installing

20   Evidence Eliminator version 5.0.  Have you ever      11:45AM

21   seen screens like this before?

22        A.   Actually, yes.

23        Q.   Okay.  And when have you seen these?

24        A.   Off the top of my head, I think it's

25   when we installed it, but can't tell you for         11:45AM

Page 83

1      sure.  They did look familiar.

2           Q.    I'm sorry.  I didn't understand.

3           A.    When I have installed it before.

4      These do look familiar.

5           Q.    Okay.  If you flip to the third        11:45AM

6      page -- no, sorry -- fifth page of this exhibit

7      where under general options it says, "Places

8      where evidence is stored," and there is an option

9      for eliminate swap file.

10          A.    Uh-huh.                                  11:46AM

11          Q.    That is unchecked.  What does

12     eliminate swap file mean?

13          A.    Swap file is virtual memory.  So it's

14     a file that's out there that the Windows

15     operating system creates.                           11:46AM

16          Q.    I see.  So it's virtual memory but

17     residing on the disk.

18          A.    Yes.

19          Q.    And if one checks this option, then

20     when performing its functions Evidence Eliminator 11:46AM

21     will wipe the swap file; is that correct?

22          A.    That's correct.

23          Q.    And during the installation process,

24     Evidence Eliminator recommends that you do --

25     that you choose this option, correct?             11:46AM

1          A.   You can do this either on

2     installation the first time you run it, or you

3     can go back in the configuration and make the

4     change whenever you want.

5          Q.   Right.  And if you flip to the next          11:46AM

6     page, this shows a user having checked eliminate

7     swap file, correct?

8          A.   Yes.

9          Q.   I assume if one does that on

10    installation as is recommended, that will make a    11:47AM

11    change in the config.dat file?

12         A.   Yes.

13         Q.   Okay.  And if you looked -- do you

14    know whether the config.dat file on the laptop

15    had that option chosen?                              11:47AM

16         A.   At the time that they imaged the

17    drive?

18         Q.   Yes.

19         A.   Which is the only one we have.  Yes,

20    swap -- yes, swap looks like it's selected.          11:47AM

21         Q.   And that's about 15 entries down on

22    the first page of 4527 where it says --

23         A.   Right.

24         Q.   -- chkwinswap=1?

25         A.   Yes.                                        11:47AM

Page 85

1      Q.   Other than this change, you're not

2   aware of anything in the config.dat file on the

3   laptop, Exhibit 4527, that is a change from the

4   out-of-the-box default other than that one

5   option, correct?                              11:48AM

6      MR. TAYBACK:  Objection, asked and

7   answered.

8      THE WITNESS:  Yeah, I -- again, it varies

9   with what -- I've seen variations.  So...

10     Q.   MR. PAGE:  Okay.  You just don't      11:48AM

11  know.

12     A.   I don't know at this point.

13     Q.   Is Evidence Eliminator ever marketed

14  as a means to cause your computer to run better

15  or faster?                                    11:48AM

16     A.   All the advertising that I have been

17  associated with or seen with Evidence

18  Eliminator -- and this is going over, again,

19  quite a large -- a large period of time -- it's

20  always been advertised as a way to wipe -- to be  11:48AM

21  a wipe tool and to wipe evidence off your machine

22  you don't want someone seeing.

23     It's not been advertised primarily as a

24  tool to make your system, i.e., run better.  When

25  you look at the advertising that's been sent out, 11:49AM

Page 86

1    hence, the name, Evidence Eliminator, the fact

2    that it goes to the process of going out and

3    overwriting files is a wiping tool.  It's

4    eliminating evidence from the drive.

5         To make a system -- the only -- again, the    11:49AM

6    advertising that I've seen, and as I read through

7    even their own advertising here, you know, it's

8    talking about defeating forensic equipment, it

9    talks about deleting and overwriting cache

10   histories and what have you.                        11:49AM

11        Occasionally you'll see a piece of

12   advertising that that will have a testimonial or

13   something that will talk about how it made their

14   system faster, but I've never seen anyone use it

15   for that purpose ever.  It's always for getting     11:49AM

16   rid of data on the drive.  And, in fact, the way

17   it works, it would make your system run slower

18   because, again, it's a wiping tool, not a

19   cleaning tool.

20        Q.   So to repeat my question, have you        11:50AM

21   ever seen Evidence Eliminator marketed as a tool

22   to make your PC run faster?

23        MR. TAYBACK:  Objection, asked and

24   answered.

25        MR. PAGE:  You're half right.                  11:50AM

Page 87

1       MR. TAYBACK:  You can answer the question.

2       THE WITNESS:  I have never seen it

3   advertised as a tool to make your PC run faster

4   as the primary reason to buy it.

5       Q.  MR. PAGE:  Okay.  Let me ask the        11:50AM

6   question again.  Have you ever seen it marketed

7   as a tool to make your PC run faster?  Without

8   the word primarily in my question.

9       MR. TAYBACK:  Objection, asked and

10  answered.                                        11:50AM

11      MR. PAGE:  No, he wrote a new question and

12  answered it.  I'd like him to answer mine.

13      Q.   Have you ever seen --

14      MR. TAYBACK:  Objection, asked and

15  answered.                                        11:50AM

16      Q.   Have you ever seen Evidence

17  Eliminator marketed as a tool to make your PC run

18  faster?

19      A.   And I have to ask what do you

20  actually mean by marketed?                       11:50AM

21      Q.   Contained in marketing material

22  distributed by the manufacturer.

23      A.   Yes, I have seen Evidence Eliminator

24  make -- again; in the side bar talking about part

25  of their advertising material that it made the   11:51AM

1     system run faster.

2          Q.   I see.  And in fact, on page 16 of

3     your report, you paste in the piece of marketing

4     material concerning Evidence Eliminator which in

5     part reads, "Get yourself a truly clean and          11:51AM

6     faster 'Like New' PC," don't you?

7          A.   On the right-hand side.

8          Q.   No, I'm talking right in the middle

9     right after the words "Defend yourself!  Make

10    your Internet access safer.  Get yourself a truly 11:51AM

11    clean and faster 'Like New' PC."  Correct?

12         A.   Yes, okay, right, defend yourself.

13         Q.   And this is marketing material

14    distributed by the --

15         A.   Yes.                                        11:51AM

16         Q.   -- manufacturer, correct?

17         A.   Yes.

18              (Deposition Exhibit 4533 marked for

19              identification.)

20         Q.   MR. PAGE:  I will mark as                   11:51AM

21    Exhibit 4533.  Have you ever seen Exhibit 4533

22    before?

23         A.   I have not seen this ad before.

24         Q.   Okay.  I'll represent to you that

25    this is the splash screen that appears each time 11:52AM

1   you start your computer when you've downloaded a

2   free version of Evidence Eliminator until you buy

3   it.

4          A.   Okay.

5          Q.   Can you read me the first feature      11:52AM

6   listed on the upper left side?

7          A.   Okay.  "Speeds-up your PC and makes

8   it safer to suffer the Internet!  Stops your

9   computer spying on you!"

10         Q.   You're down to the third one.  Just    11:52AM

11   the first one.

12         A.   One of the group.  Okay.  "Speed-up

13   your PC and make it safer to surf the Internet!"

14         Q.   And would you describe this as a

15   piece of marketing?                               11:52AM

16         A.   This is a piece of marketing.

17         MR. TAYBACK:  You don't want him to read

18   the rest of it.

19         MR. PAGE:  No.

20         THE WITNESS:  Okay.  I'm sorry.             11:53AM

21             (Deposition Exhibit 4534 marked for

22             identification.)

23         Q.   MR. PAGE:  I'll mark as Exhibit 4534

24   a document, a one-page document bearing the Bates

25   M-MM 00499.  Can you tell me what this is?        11:53AM

Page 90

1        A.    This is a printout from a file

2    folder, or files with dates and times.

3        Q.    Okay.  You're in a balloon up in the

4    air.  This is in fact a printout from the image

5    of Mr. Bryant's laptop, correct?                    11:54AM

6        A.    Was this one of the files provided on

7    the CD?

8        Q.    Yes.

9        A.    Yes.

10       Q.    This is a file you provided.            11:54AM

11       A.    Right.

12       Q.    Okay.  And on the config -- we've

13   already seen this data in your report.  I'm just

14   making sure we have this in the record.  But the

15   config.dat entry, which I think is the second one 11:54AM

16   on the page, shows access and written dates,

17   dates and times of July 14th, '04, at 15:13:04,

18   correct?

19       A.    That's correct.

20       Q.    So 3:13 in the afternoon, correct?      11:54AM

21       A.    Correct.

22       Q.    And that's the access and right time

23   that you rely on for your opinion that Evidence

24   Eliminator was run by Mr. Bryant on July 14th,

25   correct?                                            11:54AM

Page 91

1        A.    That's correct.

2        Q.    Do you have any reason to think --

3        A.    The configuration file was opened to

4   be modified on the 14th.

5        Q.    Okay.  Isn't it your opinion that        11:55AM

6   Evidence Eliminator was run on July 14th by

7   Mr. Bryant?

8        A.    Well, again, I would take for granted

9   it was run.

10        Q.    Okay.                                     11:55AM

11        A.    Unless he changed it by hand, but the

12   configuration file was opened to be modified on

13   the 14th.

14        Q.    Okay.  And do you have a reason to

15   think that was done by Mr. Bryant?               11:55AM

16        A.    Well, again, the user of the machine.

17        Q.    Okay.  So, in fact, you don't have --

18   you don't know who was using the machine at the

19   time, correct?

20        A.    That is correct.                          11:55AM

21        Q.    And you don't know whether Evidence

22   Eliminator actually performed any functions on

23   that day, correct?

24        A.    I do not know.

25        Q.    But you think it's a reasonable          11:55AM

Page 92

1    assumption that the config.dat file was opened by

2    program rather than manually.

3         A.   Yeah, I would say that normally would

4    be a reasonable assumption.

5              (Deposition Exhibit 4535 marked for        11:56AM

6              identification.)

7         Q.   MR. PAGE:  Okay.  Let me mark for you

8    4535.  4535 is also a document produced to us by

9    you, two pages, M-MM 00491 and 492.  Can you tell

10   me what this document is?                            11:56AM

11        A.   This is the printout from the -- when

12   the machine was imaged by Lee Curtis, this is a

13   printout, data that was collected at the time

14   that it was imaged.

15        Q.   So this is essentially a record of        11:56AM

16   the process Lee Curtis went through to image the

17   computer; is that accurate?

18        A.   Yes.

19        Q.   Is this data that's created by the

20   EnCase program?                                      11:56AM

21        A.   Yes.

22        Q.   Okay.  Can you tell me what date and

23   time Mr. Curtis imaged the laptop?

24        A.   The recorded date and time in his

25   report is 7/14 at 3:30 and 3:30 -- 3:30.            11:57AM

1          Q.    Okay.  And we just saw in the

2     previous exhibit that the access to the

3     configure.dat file on which you're relying on on

4     the same date at 3:13, correct?

5          A.    That is correct.                    11:57AM

6          Q.    So is it your belief that Mr. Bryant

7     used Evidence Eliminator on his computer

8     17 minutes before Mr. Curtis ran his imaging --

9          A.    No.

10         Q.    -- software?                         11:57AM

11         A.    Not at all.

12         Q.    What is your opinion?

13         A.    Number one, I have no idea if the

14    time and date on this report is accurate.

15         Q.    Okay.                                11:57AM

16         A.    Again this comes from a machine

17    that's doing the imaging of the laptop.  The only

18    thing I know on here is that the recorded time

19    and date of this change in the config.dat file

20    was the 14th of July at 15:13.                  11:58AM

21         Q.    Right.

22         A.    That's what I do know.  As far as,

23    again, this time and date, I don't know if this

24    is accurate and there is really no correlation

25    between the two.                                11:58AM

Page 94

1        Q.   Well, so, when you say there's no

2   correlation between the two, you're saying --

3   you're saying that you can't trust that

4   Mr. Curtis, who you trained, would have had the

5   right time on his software?                    11:58AM

6        A.   Or, again, I don't know which time

7   was right or wrong.  All I'm saying is the

8   recorded date and time on this hard drive

9   recorded this date and time for the file.

10       Q.   Right.                               11:58AM

11       A.   As far as what the clocks were set to

12   and all that, I have no idea.  I did not inspect

13   the machines.

14       Q.   Okay.  So is it accurate to say that

15   the config.dat file was accessed -- was -- strike 11:58AM

16   that.

17       Is it correct to say either the config.dat

18   file was accessed 17 minutes before the image was

19   taken or the clocks on one of the two computers

20   involved were wrong?                          11:59AM

21       A.   The only accurate thing you can state

22   at this time with this information would be that

23   the recorded date and time for the config.dat

24   file being opened for change was recorded at

25   15:13 on the 14th of July.                    11:59AM

Page 95

1      Q.   Okay.  And that's relying entirely on

2  whether the clock in the laptop was correct,

3  right?

4      A.   Or was correct at that moment in

5  time.                                    11:59AM

6      Q.   Right.  And, similarly, the data on

7  Mr. Curtis's computer when he did the image

8  reflects that it was imaged 17 minutes later,

9  assuming that that clock was correct.

10      A. · Well, also we need to know where they  11:59AM

11  were and what the time biases on the machines

12  were set to.  Was one aware of daylight savings

13  times, was one not, et cetera.  There's a lot of

14  unknowns if you want to start talking about the

15  clocks.                                    12:00PM

16      So the only thing we actually do know for

17  a fact that the recorded date and time for that

18  config.dat file is that date and time that is

19  shown there.  That's what was recorded on the

20  hard drive.                                12:00PM

21      Q.   Okay.  Time for another hypothetical.

22  On the 14th of July at 3:13 in the afternoon, Lee

23  Curtis turns on Mr. Bryant's computer, which

24  causes Evidence Eliminator to launch and run in

25  background mode, and then goes about examining   12:00PM

1    and taking an image of that computer.  17 minutes

2    later Mr. Curtis in fact causes EnCase to make

3    the image and then he turns off both computers

4    and goes home.

5         Do you have any evidence to contradict        12:01PM

6    that hypothetical?

7         A.    Okay.  So I want to understand this.

8    Hypothetically you're saying that Mr. Curtis went

9    to the laptop, turned it on for reasons I'm not

10   sure why, looked around on the machine?            12:01PM

11        Q.    Did whatever he -- did whatever he

12   did for the 17 minutes between the time that he

13   turned it on and that he ran the image.

14        A.    Okay.  So you're hypothetically

15   saying Mr. Curtis went in there, did something to  12:01PM

16   the machine and then 15 minutes later he elected

17   to image the machine.

18        Q.    I'm not saying he did anything to the

19   machine other than turn it on.

20        A.    He just turned it on.  That was it.     12:02PM

21        Q.    Turned it on, booted it up, and then

22   17 minutes later took an image of it and that the

23   only time Evidence Eliminator ran was because

24   Mr. Curtis turned the machine on and it runs

25   automatically.                                     12:02PM

Page 97

1          A.    But if Mr. Curtis was going to image

2     the laptop, normally you would not turn it on

3     unless you were booting up with a boot CD on its

4     own operating system, in which case Evidence

5     Eliminator would not run, or you remove the drive   12:02PM

6     from the laptop, boot it up on your own system,

7     in which case Evidence Eliminator would not run.

8          Q.    Okay.  So is it your theory that

9     Mr. Bryant turned on the computer at 3:13 on the

10    14th, having run Evidence Eliminator on the 12th,   12:02PM

11    did something on -- did something to Evidence

12    Eliminator, shut it down, handed it to Mr. Curtis

13    who then imaged it?

14         MR. TAYBACK:  Objection, argumentative as

15    phrased.  Misstates his testimony.  I think he's    12:03PM

16    made clear he's not saying it's Mr. Bryant.  He

17    said before he's not saying who.  You used that

18    in your question.

19         MR. PAGE:  That's fine with me.

20         Q.    Do you have any opinion as to who did    12:03PM

21    anything with this computer on July 14th?

22         MR. TAYBACK:  Asked and answered.

23         THE WITNESS:  All I know is on the 14th of

24    July -- the recorded date of the 14th of July at

25    15:13 the configuration.dat file was opened to be   12:03PM

1    modified.

2         Q.   And you also know that on July 14th

3    at 3:30 in the afternoon, according to

4    Mr. Curtis's computer, the computer was in his

5    possession and he was imaging it, correct?          12:03PM

6         A.   According to this document.  Again,

7    the recorded dates and times that are on this

8    document.

9              (Deposition Exhibit 4536 marked for

10             identification.)                           12:05PM

11        Q.   MR. PAGE:  Mark as 4536 -- oh, sorry.

12   I say I'm marking it, but I should probably make

13   it true.

14        4536 is a chunk of documents M-MM 14

15   through 22.  Can you identify these documents?       12:05PM

16        A.   They would have been pieces of paper

17   and notes within my -- my file.

18        Q.   And this is your file in this matter?

19        A.   Yes.

20        Q.   And on the first page QE refers to         12:05PM

21   Quinn Emanuel, I take it?

22        A.   Probably.

23        Q.   Who is Jon, J-o-n?

24        A.   I'm not sure why I wrote that down.

25        Q.   Who is David Antolin?                       12:06PM

1    A.   This note here, Southwest 1:15,

2    relates to a delivery of images of hard drives.

3    So they had someone come up and give me a drive

4    that was the images that I looked at.

5    Q.   Okay.  So David Antolin was just          12:06PM

6    somebody involved in getting the drives to you?

7    A.   Yes.  I would imagine.  Again, I'm

8    not sure who the guy's name was I met.

9    Q.   And Shane McKenzie?  Same for --

10    A.   I'm not sure who Shane is either.  It   12:06PM

11    would have been a name I was given -- a name to

12    call in case there was a problem.

13    Q.   Okay.  So independent of getting the

14    drives, you don't know these people.

15    A.   Right.                                    12:06PM

16    Q.   On the second page, Bates 15, in the

17    upper left corner there is some notation sort of

18    in a box.  Can you tell me what it says?

19    A.   Nope.  Looks like scribbling I do

20    when I'm on the phone.  These are coming from    12:07PM

21    just a note pad I have next to my desk that I jot

22    stuff on.  I tend to write when I'm on the phone.

23    Q.   I can read the first two lines.  The

24    next line it starts with an F something in 2005.

25    Can you tell me what that says?                  12:07PM

1          A.    Format, I think it's format in 2005

2     with current OS.

3          Q.    Okay.  Do you know what that's a

4     reference to?

5          A.    I don't.                              12:07PM

6          Q.    Okay.  And the next line, can you

7     tell me what that says?

8          A.    3/22/05.  I can't read the other two

9     things.

10         Q.    Okay.  In examining Mr. Bryant's       12:08PM

11    desktop computer -- switching gears here for a

12    second --

13         A.    Okay.

14         Q.    -- did you reach any conclusions to

15    whether the operating system on it had been       12:08PM

16    replaced at any time?

17         A.    Only what is in my report.  I have it

18    in my report.

19         Q.    Okay.  We'll take a look at that in a

20    minute.  And the next two pages are looks like a   12:08PM

21    business card from Guidance Software?

22         A.    Uh-huh.

23         Q.    Who is Guidance Software?

24         A.    They're a manufacturer of software as

25    well as a services company, and that was in the    12:08PM

1    box with the hard drive that I had.

2         Q.   And I guess when you look at the next

3    page, the letter to you from John Helton, you

4    received the hard drive from Guidance, correct?

5         A.   Correct.                          12:08PM

6         Q.   Okay.  Do you know where they got it?

7         A.   Well, I received it from the guy at

8    the airport and the drive apparently came from

9    Guidance.

10        Q.   Okay.  That's a precise answer.    12:09PM

11   There's one more handwritten page, the next to

12   last page, at 21.  Can you tell me what these

13   notes are?

14        A.   I believe I read through a deposition

15   by Carter Bryant, if I remember correctly, and so 12:09PM

16   I was just making notes to check, you know, what

17   was said with what I had seen.

18        Q.   That sounds like my cue.

19             (Deposition Exhibit 4537 marked for

20             identification.)                   12:10PM

21        Q.   MR. PAGE:  What I will mark as 4537

22   is a document M-MM 33 through 51 which is a cover

23   letter from Mr. Tayback and then depo exhibits.

24   Are these the depo exhibits you were reviewing

25   when you made these notes?                   12:10PM

1      A.   They may have been.  I don't have it

2   marked, so, but they may have been.

3      Q.   Did you receive other deposition

4   exhibits from Mr. Tayback?

5      A.   Whatever is inside my folder.          12:10PM

6      MR. TAYBACK:  Deposition excerpts, you

7   mean?  Excerpts?

8      Q.   MR. PAGE:  Excerpts, yes, thank you.

9      A.   Whatever is in my folder.

10      Q.   This is all I found.  I'm not aware    12:10PM

11   of any other.

12      A.   Yeah, I guess for depositions, again,

13   if that's the only one in there, that's the only

14   one I read through.  There's also other legal

15   papers.                                         12:10PM

16      Q.   Okay.  In reviewing this deposition

17   testimony and in preparing your reports, did you

18   come to the conclusion that any of the -- any of

19   Mr. Bryant's statements in this transcript are

20   false?                                          12:10PM

21      A.   I didn't read it looking for false or

22   truthful statements.  I was reading it just for

23   the statements themselves.

24      Q.   So you haven't formed an opinion as

25   to whether anything Mr. Bryant said in his      12:11PM

1    deposition is true or false; is that correct?

2         A.   No, the only thing I have formed an

3    opinion on is that which is in my reports at the

4    moment.  So...

5         Q.   Okay.  If you could go back to 4527,   12:11PM

6    the config.dat file off the laptop, and take a

7    look at the last page of it.  The third item

8    which is chkSpace=1?

9         A.   ChkSpace=1.

10        Q.   ChkSpace=1.  Do you know what that   12:12PM

11   option is?

12        A.   No, I do not.

13        Q.   And do you know whether that's the

14   default setting for that option?

15        A.   I do not know that.   12:12PM

16             (Deposition Exhibit 4538 marked for

17             identification.)

18        Q.   MR. PAGE:  I will mark as 4538 some

19   more of your handwritten notes, M-MM 00084

20   through 90.  Can you translate any of the -- any   12:13PM

21   of the handwriting on the first page of this

22   exhibit?

23        A.   Again, at the time I make these, it's

24   kind of like scratch pad for my memory.  At the

25   bottom we have newuser.dat on 4/28.  So that must   12:13PM

1        mean something I saw.  System something or sys,

2        look likes a DNA at 5/09, 5/19 -- 5/09/04.  I'm

3        not sure what that means.

4                Q.    What does sys DNA mean to you?

5                A.    The sys?                              12:14PM

6                Q.    Yes.

7                A.    I don't know.

8                Q.    I take it the first of those two are

9        a reference to your finding about the user.dat

10       file on the desktop; is that correct?           12:14PM

11               A.    The first two of what?

12               Q.    The first of those two lines.  The

13       new user.dat on 4/28/04.

14               A.    It should be.  I think -- I believe

15       that's what it was, but...                       12:14PM

16               Q.    Above that there's one -- two lines

17       up there's something that looks like S/M/W/CV/ --

18       is that uninstall?

19               A.    Yeah, not sure what that is.

20               Q.    Okay.  Okay.  And do you know what    12:14PM

21       the 213 phone number is?

22               A.    Nope, because I don't -- it's LA.

23               Q.    Yeah.

24               A.    Might be -- could be anyone.

25               Q.    On the next page EE installed on      12:14PM

Page 105

```
 1      7/24/02; is that correct?

 2           A.   Right.

 3           Q.   Last one was 7/13/04; is that

 4      correct?

 5           A.   That's what it says, yes.          12:15PM

 6           Q.   And it says OS installed on 6/16/00;

 7      is that correct?

 8           A.   Yes.

 9           Q.   Are these all -- do these all refer

10      to findings about the desktop as opposed to the  12:15PM

11      laptop?

12           A.   Don't know.

13           Q.   Okay.  Well, we'll look at that

14      later.

15           A.   Again, these are notes I make when    12:15PM

16      going through stuff.  They may or may not have

17      significance along the way.

18           Q.   Okay.  All right.  We'll put that

19      aside.  On I'll finish up with the laptop before

20      we move on.                                      12:16PM

21              (Deposition Exhibit 4539 marked for

22              identification.)

23           Q.   MR. PAGE:  Mark as 4539, Exhibit 4539

24      is a multipage document beginning 01328 through

25      01333.  Can you tell me what this is?            12:17PM
```

1        A.    It looks like the installation file

2    from an Evidence Eliminator being installed.

3        Q.    Is this the installation file from

4    the laptop?

5        A.    I don't know.  I have to compare it        12:17PM

6.   to what I have in my report.

7        Q.    Okay.  Can you do that?

8        A.    Which one is the laptop, one or two?

9        Q.    One.

10        A.    Briefly doing a compare here, okay,        12:17PM

11   briefly, it looks like it is.

12        Q.    Great.  Did you rely on the contents

13   of this installation file for any of your

14   opinions other than the date on which Evidence

15   Eliminator was installed?                            12:18PM

16        A.    The -- yeah, I used this as saying

17   that, again, Evidence Eliminator was installed on

18   this drive on the recorded date and time of

19   9/10/2002.  Part of that was the time and dates

20   of the files.  The other part was it's listed in   12:18PM

21   the installation file, and this is produced by

22   Evidence Eliminator when it installs.

23        Q.    For the purpose of your conclusions,

24   there is nothing else of interest in this other

25   than the date of the installation; is that          12:18PM

1    correct?

2         A.   What I used this for was again when

3    it was installed.

4         Q.   Okay.  Great.  4540.

5              (Deposition Exhibit 4540 marked for        12:19PM

6              identification.)

7         Q.   MR. PAGE:  Exhibit 4540 is -- well,

8    4540 is a four-page document, M-MM 00487.  Can

9    you tell me what this is?

10        A.   This is just the help file from          12:19PM

11   Evidence Eliminator.

12        Q.   Okay.  And this, I take it, is just

13   sort of a -- this is a file that ships with

14   Evidence Eliminator; is that correct?

15        A.   This one came off of, you know, this    12:19PM

16   drive.

17        Q.   Okay.  So this was on the laptop; is

18   that correct?

19        A.   Right.

20        Q.   And it -- and this just lists each of    12:19PM

21   the new features with each update of EE; is that

22   correct?

23        A.   It lists whatever they want to put in

24   it, it's features, it's marketing.

25        Q.   It's just sort of here's what's new     12:20PM

1    in this version, and then when they ship another

2    version, they go here's what's new with this

3    version, whatever they want to put in.

4          A.   Typically.  Whether they do that or

5    not I don't know, but typically.                    12:20PM

6          Q.   Okay.  Did you rely on any

7    information in this readme file or help file for

8    any of your --

9          A.   It's part of my report.  So it's --

10   it's additional information I placed under        12:20PM

11   subfinding number 5.

12         Q.   Oh, okay.  I see.  All right.  You

13   can put that aside.

14              (Deposition Exhibit 4541 marked for

15              identification.)                         12:21PM

16         Q.   MR. PAGE:  I will mark as

17   Exhibit 4541 a one-page document, M-MM 01334.

18   Can you tell me what this document is?

19         A.   This is a listing of file names, last

20   access written, file creation date and file        12:21PM

21   identifier numbers.

22         Q.   Okay.  And this is from the laptop,

23   correct?

24         A.   I don't know for sure.  I -- was this

25   on --                                               12:21PM

Page 109

1          Q.    This is data you produced to me at --
2     I'll represent that this was in the zip file that
3     was labeled as evidence for Report No. 1.
4          MR. TAYBACK:   I was going to say you can
5     tell by looking at the one page.                    12:22PM
6          Q.    MR. PAGE:   And I believe you can tell
7     by the dates and times on the backups, but
8     perhaps not.
9          About, let me see, one, two, three, four,
10    five, six, seven, about the ninth item down is     12:22PM
11    Evidence Eliminator; is that correct?
12         A.    That is the Evidence Eliminator
13    folder, yes.
14         Q.    Folder.   So this is -- so the
15    15:12:13 access time here would be the last         12:22PM
16    access of the folder as opposed to something in
17    its contents?
18         A.    This is the recorded date and time of
19    the folder being accessed.
20         Q.    I see.   And would that explain why it   12:22PM
21    differs very slightly from the access time that
22    we saw earlier for ee.exe?   Is that because one's
23    the folder and one's the program?   I'm sorry.   I
24    misspoke.   I'm comparing the access time of --
25    yeah, scratch that.   I'm going to start a new      12:23PM

1    question.

2         We were just looking at 4541 which showed

3    an access time of 15:12:13 for the Evidence

4    Eliminator folder.  And then comparing that to

5    Exhibit 4534 which showed an access time of          12:23PM

6    15:13:04, some number of seconds later for the

7    config.dat file, is it your understanding that

8    the difference between those times is because the

9    first shows the access time for the folder and

10   the second shows the access time for one of the      12:23PM

11   files within the folder?

12        A.   I don't know what would account for

13   the difference other than those are the recorded

14   date and times for both files.  Typically, you

15   know, the folder would be accessed first and then  12:24PM

16   it would look through the folder for a file and

17   you would access the file.

18        Q.   Okay.  So if you were starting up the

19   program, it would open the folder first, then it

20   would run -- then it would run the program, then    12:24PM

21   it would access whatever files the program asks

22   it access, correct?

23        A.   Goes to the folder, reads the folder,

24   accesses the folder, then it would look for the

25   program.  Get the information to load the            12:24PM

1    program.

2         Q.   And the last written date of 15:13:04

3    for config.dat is 51 seconds after the folder was

4    opened; is that correct?

5         A.   I'm sorry.  Which one are you looking    12:24PM

6    at?

7         Q.   I'm looking at the two of them

8    together.  Evidence eliminate for folder was

9    accessed -- strike that.

10        On a folder, what is the last written --    12:25PM

11   what does the last written date indicate?

12        A.   On a folder?

13        Q.   Yeah.

14        A.   When you've made a change to the

15   folder.                                           12:25PM

16        Q.   And what do you mean by made a change

17   to the folder?  Made a change to any of the files

18   in it?

19        A.   No.  No.

20        Q.   Or just a change to the folder?         12:25PM

21        A.   You made a change to the folder

22   itself.

23        Q.   I see.  By either moving it or

24   renaming it?

25        A.   That's one way.  There are other        12:25PM

1    things that can change it.

2         Q.   So the folder date doesn't update

3    when something that's inside it is written; is

4    that correct?

5         A.   It can.  Because if you make a change   12:25PM

6    to the -- I'll have to look back and see how that

7    works with this version of XP.  It varies with

8    each operating -- version of the operating

9    system.

10        Q.   After lunch, we'll get to that.      12:26PM

11        A.   So I would have to actually look that

12   up, see with this version what the interactions

13   are.

14        Q.   But the last access date for a

15   folder, will that indicate when -- when a file in 12:26PM

16   that folder was last accessed?

17        A.   It will indicate when the last time

18   that folder was accessed.  That's all I can say

19   at this time.

20        Q.   Okay.  Okay.  Put this aside.  I'm      12:26PM

21   just going to -- we're getting close to lunch.

22   I'm trying to finish up all the laptop stuff and

23   then we'll break and do the desktop after lunch.

24             (Deposition Exhibit 4542 marked for

25             identification.)                     12:27PM