```
1          Q.   MR. PAGE:   I just want to get all of

2     these authenticated.   I'll mark as 4542 -- 4542

3     is a one-page document, 01335.  Can you tell me

4     what this document is?

5          A.   This is a report from EnCase program    12:27PM

6     talking about the time and day of the clock.

7          Q.   This is the report for the -- this is

8     a report relating to the laptop, correct?

9          A.   Correct.

10         Q.   Okay.  And it says Lee Curtis at        12:28PM

11    7/14/04, 13:30:08.  What computer's clock is

12    that?

13         A.   This would be the -- Lee Curtis's

14    system.

15         Q.   Okay.  And the next line, the           12:28PM

16    computer system clock read 7/14/04, 15:31:14,

17    what computer was that?

18         A.   I think it would have been Lee

19    Curtis's computer.  I have to know how Lee Curtis

20    acquired the drive.                               12:29PM

21         Q.   So you think that both the 13:30:08

22    time and the 15:31:14 time are Lee Curtis's

23    computer?

24         A.   I would -- I would at this moment,

25    not knowing a lot of -- not knowing the          12:29PM
```

1    information specifically, it would lead me to

2    believe that because down below it says

3    acquisition notes:  "Image of laptop hard drive

4    taken from a Compaq Presario 2700."

5         Q.   What does that tell you?                 12:30PM

6         A.   It almost implies the hard drive was

7    taken out of the laptop, but I don't know.  So at

8    this point I would have to say we really don't

9    know conclusively, but normally that would be

10   Lee's machine.                                     12:30PM

11        Q.   Okay.  So we don't know whether the

12   acquisition means that the image was taken or the

13   drive was taken, right?

14        A.   Right, because there are multiple

15   ways to acquire it.                                12:30PM

16        Q.   Right.  So is it possible to run the

17   laptop at 3:13 and still get the hard drive out

18   in time to image it by 3:30, assuming the clocks

19   are correct?

20        A.   I don't know on a Presario 2700.  I'd   12:30PM

21   have to take a look at it.  If you told me it was

22   a Sony VAIO, I would say absolutely not.  But it

23   all depends --

24        Q.   I could do it that fast.  I just can

25   only do it once.                                   12:30PM

1          A.   I would have to look at the Presario

2     2700 to see how long it would take to pull the

3     drive out.  Also -- so, I don't know.

4          Q.   So you can't make any conclusion just

5     from your knowledge of how long it would take to    12:31PM

6     take out?

7          A.   Right, because I don't know on the

8     Presario 2700.

9               (Deposition Exhibit 4543 marked for

10              identification.)                          12:31PM

11         Q.   MR. PAGE:  Mark as Exhibit 4543.

12    Exhibit 4543 a one-page document M-MM 01336.  Can

13    you tell me what this is?

14         A.   Looks like a listing of files and

15    time and dates.                                     12:31PM

16         Q.   Uh-huh.  And you tell me what

17    computer these files and times and dates are

18    from?

19         A.   If it was provided to you with zip

20    file with Report 1 --                               12:32PM

21         Q.   It was.

22         A.   -- then the machine is listed in

23    Report 1.

24         Q.   The second item on this list, Compaq,

25    do you know what that is?  Is that a file or a      12:32PM

1    folder?

2         A.   It appears to be a folder, but I

3    don't know for sure.  I'd actually have to go

4    back and look to tell because you can have file

5    names without extensions.                    12:32PM

6         Q.   I see.  And this was a Compaq

7    computer, correct?

8         A.    Compaq Presario 2700 is what's

9    listed.

10        Q.   The next line cpqapp.  Do you know    12:32PM

11   what that is?

12        A.   I do not know.

13        Q.   The line after that, CPQDRV, do you

14   know what that is?

15        A.   I do not know.                    12:32PM

16        Q.   Is it a folder of drivers?

17        A.   I don't know.  Can't tell at this

18   point.

19        Q.   All right.  And the two lines

20   further -- well, two lines further down,      12:32PM

21   documents and settings 7/14/04, what is that?

22        A.   Documents and settings is the name of

23   a common folder on a computer.  But, again,

24   unless I had more information, I couldn't tell

25   you that for sure.                           12:33PM

1          Q.   Okay.  A few -- let me see one, two,

2     three, four, five lines town SYSTEM.SAV?

3          A.   SYSTEM.SAV?

4          Q.   Yeah, what is SYSTEM.SAV?

5          A.   It's a system file.  Part of Windows    12:33PM

6     XP.  I can't tell you specifically what it is.  I

7     can't remember off the top of my head.

8          Q.   Okay.  Do you know when Windows

9     writes to that file?

10         A.   Off the top of my head, I don't know.   12:33PM

11         Q.   Do you know whether it writes to that

12    file each time it shuts down?

13         A.   Again, there are thousands of files.

14    I don't know everything off the top of my head.

15         Q.   The next one, WINDOWS, what is that    12:33PM

16    file?

17         A.   It's either file or it's a folder.

18    We don't know which.

19         Q.   Okay.  And it's the operating system,

20    correct?                                          12:34PM

21         A.   There's a folder normally that would

22    have the operating system in it.  So...

23         Q.   Okay.  And when would a computer

24    access that -- if -- if the computer -- if the

25    hard drive was being imaged by being removed from 12:34PM

1      the computer and imaged on another computer as

2      opposed to being running, would there be an

3      access date and time to the Windows folder?

4              A.    There could be.

5              Q.    How would that happen?                    12:34PM

6              A.    If they're not using a write block.

7              Q.    I see.  Go down about, I don't know,

8      two-thirds of the way from there to the bottom,

9      about eight items up there's BOOT.INI what's

10     BOOT.INI?                                               12:35PM

11             A.    That's the boot initiation file.

12     Probably the boot process initiation.

13             Q.    I see.  And when is that accessed?

14             A.    When a program accesses it.

15             Q.    Is the BOOT.INI file accessed each       12:35PM

16     time a computer is booted?

17             A.    It is.

18             Q.    And what's the last access date on

19     BOOT.INI on this computer?

20             A.    7/12/04 at 14:06 is the recorded time    12:35PM

21     and date.

22             Q.    Okay.  Is that consistent with this

23     computer being run on 7/14?

24             A.    As far as the date goes, we know the

25     machine was run on 7/14, the Evidence Eliminator      12:35PM

1    program.  So the date is.  The timing -- the time

2    here appears to be, but I can't -- I don't know

3    for sure because you could also access the

4    BOOT.INI if a write block wasn't used.

5         Q.   Right, but the access date on         12:36PM

6    BOOT.INI is 7/12.

7         A.   That's correct.

8         Q.   Two days earlier.

9         A.   That's correct.  So it may not have

10   been accessed on 7/14.                           12:36PM

11        Q.   How could that be if the computer was

12   booted on 7/14?

13        A.   Again, I would have to look at this

14   version of Windows XP that was on the machine

15   and, you know, look at, you know, what the       12:36PM

16   processes are for it because it can change from

17   version to revision.

18        Q.   What is hiberfil.sys?

19        A.   Hiberfil.sys?  It's typically a file

20   you will find on laptops if they go into         12:36PM

21   hibernation.  It's part of the hibernation.

22        Q.   I see.  And when is that file written

23   to?

24        A.   That I don't know.  It varies on the

25   manufacturer of the laptop.  So...               12:37PM

1          Q.    Would the process of taking an image

2     of a hard drive write to a file such as

3     hiberfil.sys?

4          A.    Again, the process of imaging, if a

5     write block was used, then I would say no.          12:37PM

6          Q.    Suppose write block wasn't used?

7          A.    Then anything could happen.  If a

8     hardware write block wasn't used, then, again,

9     the drive is exposed.  So anything could happen.

10    You'd have to see if it was in a controlled          12:37PM

11    environment or it was used, how they did it, et

12    cetera.

13         Q.    Well, assume that you're using EnCase

14    and you're just taking an image in EnCase and

15    there was no write block involved, will EnCase      12:38PM

16    typically change the last written date of a file?

17         A.    I don't know, because, again, with

18    EnCase, they've done a number of things, but it's

19    also not EnCase.  It's the machine that you're

20    booting up with and using.  So, again, we don't      12:38PM

21    have enough information here to know what the

22    environment was.

23         MR. PAGE:  All right.  Probably make sense

24    to break for lunch now.

25         MR. TAYBACK:  Okay.                              12:38PM

```
 1          MR. PAGE:  Since we're at a logical break

 2     between Report 1 and Report 2.

 3          MR. TAYBACK:  Sure.

 4          VIDEOGRAPHER:  We're going off the record

 5     at 12:38.                                    12:38PM

 6          (Deposition recess taken.)

 7          VIDEOGRAPHER:  We are back on the record

 8     at 1:33.

 9            (Deposition Exhibit 4544 marked for

10            identification.)                      01:33PM

11          Q.   MR. PAGE:  Welcome back.  I have

12     marked and put in front of you Exhibit 4544.  Can

13     you tell me what this is?

14          A.   This is my Report No. 2.

15          Q.   Okay.  Sorry.                      01:33PM

16          A.   Just Report No. 2.

17          Q.   And this is the report that concerns

18     the July 2004 image of the desktop computer,

19     correct?

20          A.   It covers what I believe is the     01:33PM

21     desktop computer, a second machine, a Pavilion.

22          Q.   For shorthand, I will refer to it as

23     the desktop.  Your second conclusion, first half

24     of your second conclusion is that the program,

25     referring to Evidence Eliminator, was last run on 01:33PM
```

Page 122

1      or about the recorded date and time of the 13th

2      of July, 2004.

3              What do you mean by run?

4              A.   Run meaning the program was accessed.

5      So if the program's accessed, meaning it was          01:34PM

6      accessed and most likely run, meaning operated.

7      It was running.

8              Q.   Okay.  By operating you mean --

9              A.   The code was being executed.

10             Q.   Which is consistent with it simply        01:34PM

11     running in background upon start-up, correct?

12             A.   That would be one explanation, yes.

13             Q.   And you base that -- you base that

14     conclusion on the fact that there was an access

15     time for the -- well, on what do you base that        01:34PM

16     conclusion?  Let's do it that way.

17             A.   The file was accessed on the 13th of

18     July, last access time.

19             Q.   And by file you mean ee.exe?

20             A.   Ee.exe.                                   01:35PM

21             (Discussion off the record.)

22                  (Deposition Exhibit 4545 marked for

23                  identification.)

24             Q.   MR. PAGE:  Let me mark as 4545 a

25     one-page document, M-MM 01553.  Can you explain       01:35PM

1      to me what this document is?

2          A.   This appears to be a printout of a

3      directory.

4          Q.   And the first item on this directory

5      is for ee.exe, correct?                          01:35PM

6          A.   That is correct.

7          Q.   And it shows a last accessed date of

8      7/13/04?

9          A.   Yes.

10         Q.   Why is there no last accessed time on   01:36PM

11     this printout?

12         A.   This is a Windows ME box.  It only

13     keeps the last access date, not the time.

14         Q.   Other than the last access date of

15     7/13/04 for ee.exe, is there any other evidence   01:36PM

16     you rely upon for the conclusion that eliminator

17     was run on that date?

18         A.   That's the primary evidence I relied

19     upon.

20         Q.   As we discussed earlier, that could     01:36PM

21     simply mean the computer was booted up on that

22     date.

23         MR. TAYBACK:  Objection to the form of the

24     question.

25         Q.   MR. PAGE:  Is that correct?             01:36PM

Page 124

1          A.    No.

2          Q.    Correct.  It could simply mean that

3     the computer was booted up and someone logged in

4     on that date, correct?

5          A.    No.                                01:36PM

6          Q.    Why not?

7          A.    I guess I need to understand your

8     question.

9          Q.    Okay.  Let me see if I can rephrase

10    it then.  We saw earlier today on the laptop that 01:37PM

11    Evidence Eliminator was set up so that when a

12    user logged in it automatically ran, correct?

13         A.    On a prior machine it was set for

14    automatic, right, from the registry.

15         Q.    Was it set for automatic in the      01:37PM

16    registry on this machine as well?

17         A.    I don't remember.

18         Q.    Okay.  Assuming it was -- well,

19    strike that.

20         The default installation of EE sets itself 01:37PM

21    up so it auto runs from the registry, correct?

22         MR. TAYBACK:  Objection, asked and

23    answered.  Sorry.

24         THE WITNESS:  That's correct.

25         Q.    MR. PAGE:  Assuming that Evidence    01:37PM

Page 125

1      Eliminator was installed in that manner, the

2      access date of 7/13/04 for ee.exe could mean

3      simply that this machine was turned on and a user

4      logged in on that date, correct?

5            A.   Yes.                              01:38PM

6            Q.   Are you aware of any evidence that

7      anyone did anything with Evidence Eliminator on

8      that date other than simply turn on the machine

9      and log in?

10           A.   No.                               01:38PM

11           Q.   On Exhibit 4545, the next item is

12     INSTALL.LOG; is that correct?

13           A.   Had you.

14           Q.   Is that the installation log for

15     Evidence Eliminator?                         01:38PM

16           A.   I believe it is.

17                (Deposition Exhibit 4546 marked for

18                identification.)

19           Q.   MR. PAGE:  I will mark as Exhibit

20     4546.  4546 is M-MM 01570 through 575.  Can you  01:38PM

21     tell me what this document is?

22           A.   This looks like the install log from

23     the desktop that's listed in my Report No. 2.

24           Q.   And on what date was the Evidence

25     Eliminator installed on the desktop?         01:39PM

1          A.    The recorded date is 7/24/2002.

2          Q.    At 11:26 a.m., correct?

3          A.    11:26 a.m.

4          Q.    Why is the last access date on the

5     install.log June 5th, '04?                    01:39PM

6          A.    Because somebody on the recorded date

7     of June 5th, '04, accessed the install.log.

8          Q.    Did you notice a fair number of files

9     on this computer with access dates of June 5th,

10    '04?                                           01:39PM

11         MR. TAYBACK:  Objection, vague as to fair

12    number.

13         Q.    MR. PAGE:  Let me rephrase it.  In

14    examining this computer, did you notice that

15    there were a whole lot of files with access dates 01:39PM

16    of 6/05/04?

17         MR. TAYBACK:  Objection to whole lot,

18    vague.

19         THE WITNESS:  I see there are a four or

20    five of files here.  I don't recall of the top of 01:40PM

21    my head if there was a large number on 6/5/04.

22         Q.    MR. PAGE:  Wasn't it the case that

23    virtually every file on this machine had an

24    access -- strike that.

25         When someone runs a backup program, just a  01:40PM

1    normal backup program, does it change the access

2    dates of the files it backs up?

3           A.    Depends on that backup program.

4           Q.    Are you familiar with Adaptec

5    programs?                                          01:40PM

6           A.    Some of them.

7           Q.    Do they reset the access date when

8    they run?

9           A.    You'd have to be more specific.

10          Q.    Are you familiar with Adaptec EZ CD   01:40PM

11   creator?

12          A.    Yes.

13          Q.    Is that used -- that a product used

14   to create file backups?

15          A.    You can use it to create CD's.        01:41PM

16          Q.    And is that typically used in

17   connection with a backup program that you're

18   creating backup CD's?

19          A.    The way I'm familiar with using it is

20   you go out and you grab files off a machine, drag 01:41PM

21   them over to a side window on the left and it

22   creates a CD with those files on there.

23          Q.    So it's sort of a manual --

24          A.    I've always used it as a manual

25   process.                                           01:41PM

1          Q.   Sort of a manual backup.  You just

2    drag folders over and just burn them?

3          A.   That's correct.  That's one way to

4    use it.

5               (Deposition Exhibit 4547 marked for      01:41PM

6               identification.)

7          Q.   MR. PAGE:  I will mark as Exhibit

8    4547.  4547 is a one-page document M-MM 01552.

9    Do you recognize this document?

10         A.   This is a directory of a file listing  01:42PM

11   file names and dates.  Accessed, written and

12   created.

13         Q.   Okay.  And these are file names from

14   the Evidence Eliminator folder on the desktop,

15   correct?                                            01:42PM

16         A.   Yes.

17         Q.   And the first is the config.dat file

18   like the one we saw on the laptop, correct?

19         A.   Right.

20         Q.   And it shows that it was accessed on   01:42PM

21   July 13th, '04, correct?

22         A.   That's correct.

23         Q.   Towards the bottom you see

24   PlugInSelections.dat.

25         A.   Yes.                                    01:43PM

Page 129

```
 1          Q.   Do you see that?  Okay?  And what's

 2     its last access date?

 3          A.   6/5/04.

 4          Q.   And ScanMasks.dat, what its last

 5     access date?                                    01:43PM

 6          A.   6/5/04.

 7          Q.   And above that there's

 8     OE5ChoiceList.dat.  What is that file?

 9          A.   That would -- OE5, that I don't know

10     off the top of my head.  I don't know off the top 01:43PM

11     of my head.

12          Q.   Okay.  We saw earlier this morning

13     when we were looking at the laptop that when

14     Evidence Eliminator performs its funcions it

15     accesses PlugInSelections and ScanMask files,    01:44PM

16     correct?

17          A.   It can.

18          Q.   It can.  It needs to, doesn't it, to

19     know what to do?

20          A.   You're not using the ScanMasks.  I     01:44PM

21     don't know it if does -- if it accesses it,

22     they're not selected to be scanned.  So...

23          Q.   Okay.  And how would you determine

24     whether they're selected to be scanned?

25          A.   The config.sys file that's running at  01:44PM
```

Page 130

1        that time would have that in there.

2                 (Deposition Exhibit 4548 marked for

3                 identification.)

4        Q.    MR. PAGE:   Okay.   Let's mark at

5        Exhibit 4548 -- and I believe you said        01:44PM

6        config.sys.   You mean config.dat?

7        A.    I mean config.dat, I'm sorry.

8        Q.    Exhibit 4548 is the config.dat file

9        from the desktop on the date it was imaged in

10       July 2004, correct?                            01:44PM

11       A.    Yes.

12       Q.    At that time was it -- was it set in

13       such a way that it would need to access the

14       PlugInSelections and ScanMasks file if was -- if

15       it performed its functions?                    01:45PM

16       A.    I'm going to look to see if -- I

17       couldn't tell you at this time.   I'd have to look

18       at this more closely, make sure I know what the

19       proper keys are.   That I don't know off the top

20       of my head.                                    01:45PM

21       Q.    Okay.   Going back to 4547, at the top

22       under config.dat where we saw the last access

23       date was July 13th, '04, the last written date is

24       July 24th, '02, correct?

25       A.    That's what's recorded.                   01:46PM

Page 131

1          Q.    And that is also the installation

2     date of Evidence Eliminator on this computer,

3     correct?

4          A.    That's the installation date of --

5     that's listed in the installation file.          01:46PM

6          Q.    For this computer.

7          A.    On this machine.

8          Q.    Right.  Machine, computer, is there a

9     difference?

10         A.    Right, yes.                            01:46PM

11         Q.    So the config.dat, we know on this

12    computer the config.dat file wasn't changed from

13    the date it was installed to the date it was

14    imaged, correct?

15         A.    From the date it was installed --     01:46PM

16    from the time of this installation to -- it

17    appears -- according to the recorded date times

18    to this date, that is correct.

19         Q.    Right.  So whatever the config.dat

20    is -- was on the date it was imaged was the       01:46PM

21    config.dat throughout Evidence Eliminator's

22    lifetime on this computer, correct?

23         A.    That is not correct to say.

24         Q.    It's not correct because there could

25    have been an earlier installation?                01:47PM

1          A.    Yes.

2          Q.    Let me rephrase it then.   Whatever

3    the config.dat file was on the date it was imaged

4    was the configuration of Evidence Eliminator from

5    the time it was installed on July 24th, 2002,       01:47PM

6    through the date of the imaging, correct?

7          A.    Let me be clear on this.   We have a

8    recorded date and time of 7/24/02.   So using that

9    as the date and time and the recorded date and

10   time of its written to date, the config.dat file   01:47PM

11   was not changed since it was written on 7/24/02.

12   That's what we know.

13         Again, I'm not -- during that period of --

14   we don't know what was done during that two-year

15   period.   So all I know is the last recorded date   01:47PM

16   that's listed here as a change being made to that

17   file is 7/24/02.

18         Q.    Let's put it this way.   You have no

19   evidence that the configuration of Evidence

20   Eliminator on this computer was changed in any      01:48PM

21   way between July 24th, 2002, and July of 2004,

22   correct?

23         A.    Correct.

24         Q.    In this config.dat, Exhibit 4748

25   Evidence Eliminator is set to perform certain       01:48PM

1    functions on Internet Explorer files, correct?

2        A.    Which --

3        Q.    And I think those are two-thirds of

4    the way down on the first page?

5        MR. TAYBACK:  4548.                    01:48PM

6        Q.    MR. PAGE:  4548.

7        A.    Internet Explorer, yes.

8        Q.    And specifically Evidence Eliminator

9    is set so that if it performs its functions it

10   will clear out the Internet Explorer cache,      01:48PM

11   correct?

12       A.    Cache.  Yes, it's set for cache.

13       Q.    So if Internet Explorer -- sorry.  If

14   Evidence Eliminator were run on this computer,

15   what would it do to the Internet Explorer cache?  01:49PM

16       A.    Deletes it.

17       Q.    So if this computer has an Internet

18   Explorer cache on it intact, would that indicate

19   that Evidence Eliminator had not been run on any

20   date after the dates of the files in cache?     01:49PM

21       A.    It could.

22       Q.    Did you look at the Internet Explorer

23   cache on this computer?

24       A.    I do not -- I don't remember doing

25   that.  I may have.                              01:49PM

Page 134

1      Q.   You may want to.

2      A.   Okay.

3      Q.   And other than setting Evidence

4  Eliminator to clear the swap space which we

5  looked at on the other computer and I think is        01:49PM

6  also set here, are you -- can you show me

7  anything in this configure file that is not the

8  default install settings for Evidence Eliminator?

9      A.   Not knowing exactly what the default

10  settings are or should have been, I don't see        01:50PM

11  anything out of the ordinary here.

12      Q.   So you can't show me anything on here

13  other than the swap space that isn't the default

14  install; is that correct?

15      A.   At this moment, that's correct.        01:50PM

16      Q.   Did you find any evidence on this

17  computer of any file names having been

18  overwritten by Evidence Eliminator?

19      A.   No.

20      Q.   Did you look?        01:50PM

21      A.   Well, again, I didn't find any

22  remnants like we found on the first one.  That's

23  all I can say is -- that's the problem with a

24  program such as this, again, and especially over

25  the time period that we have, it could have been        01:51PM

Page 135

```
 1    run, it could have wiped out a whole bunch of

 2    stuff and then we have this period of time in

 3    between.  It's hard to tell.

 4         Q.   But if it had been run, in order for

 5    the computer to be in the state that you examined 01:51PM

 6    it, somehow all of the renamed file names would

 7    have had to have disappeared, correct?  And all

 8    of the configuration files would have had to have

 9    their access dates reset somehow, correct?

10         A.   The configuration file would have --   01:51PM

11         Q.   Not config.dat, but the ScanMask

12    file --

13         A.   Uh-huh.

14         Q.   -- would have to have somehow been

15    reset, correct?                                   01:51PM

16         A.   If it was run on that machine by that

17    machine.

18         Q.   Let me put it another way.  Is there

19    a shred of evidence on this computer that any

20    file name or file was ever overwritten by         01:52PM

21    Evidence Eliminator?

22         MR. TAYBACK:  Objection, argumentative as

23    phrased.

24         THE WITNESS:  Are there -- the fact that

25    it's installed on the system and it's designed to 01:52PM
```

1    do that I would tend to say it does its job

2    because as you turn it on, turn it off, it would

3    be deleting files and overwriting files.

4         I did not find the remnants on this drive

5    like I found on the first one.              01:52PM

6         Q.    MR. PAGE:   Let me take a -- when you

7    said when you turn it on and turn it off it would

8    be deleting files and overwriting files, how

9    would that happen?

10        A.    If Evidence Eliminator runs, all      01:52PM

11   right, and it's installed on this system.  So I

12   would take for granted if you install a program

13   on a system you run it.  So if that's the case,

14   then Evidence Eliminator by what it's designed to

15   do is overwrite files and overwrite data that's   01:53PM

16   on the drive.

17        Q.    Sorry.  I didn't understand that.

18   Are you saying that Evidence Eliminator, once

19   installed on this machine, deleted files and/or

20   file names automatically simply by being turned   01:53PM

21   on -- by the machine being turned on and turned

22   off?  Is that your testimony?

23        A.    What I'm saying is we don't know.

24   All we know for a fact on this machine is

25   Evidence Eliminator was installed on the system   01:53PM

Page 137

```
 1    and the fact that it was installed and, you know,

 2    it runs -- if it's set at boot up to run

 3    automatically, it's up and sits in the system

 4    tray box.  But the idea that someone installs a

 5    program like this on a system would imply that        01:54PM

 6    they've run it.

 7         Q.   So your evidence that this -- that

 8    files were ever deleted from -- files or file

 9    names from this computer were ever deleted by

10    Evidence Eliminator consists of if somebody           01:54PM

11    installed it, they probably ran it?  Is that it?

12         A.   If they installed the program, I

13    would -- I like to take for granted that they ran

14    it.  The fact they installed it also, that alone

15    will overwrite files during the installation         01:54PM

16    process because it's overwriting files that were

17    deleted prior to Evidence Eliminator being there.

18         Q.   Other than -- I mean, that's true of

19    any file, any program you install on a

20    computer --                                           01:54PM

21         A.   That's correct.

22         Q.   -- will overwrite something.

23         A.   That's correct.

24         Q.   That's not special to Evidence

25    Eliminator.                                           01:54PM
```

1       A.    No.

2       Q.    Putting that aside --

3       A.    Okay.

4       Q.    -- do you have any evidence that

5    Mr. Bryant ever did anything with Evidence        01:55PM

6    Eliminator on this computer other than install it

7    in 2002?

8       A.    No, I do not have -- there is no

9    remnants left that I can find at this moment.

10      Q.    And so when you say there is          01:55PM

11   insufficient data to determine if any files were

12   deleted on the 24th of July 2002, that's the same

13   as saying you have no evidence but it might have

14   happened; isn't that correct?

15      MR. TAYBACK:  Objection, argumentative.    01:55PM

16      Q.    MR. PAGE:  Isn't that correct?

17      MR. TAYBACK:  And asked and answered.  You

18   can answer the question.

19      THE WITNESS:  I stand by the way I worded

20   it here.  There is insufficient evidence to       01:55PM

21   show -- to determine if any files were deleted on

22   that day.

23      Q.    MR. PAGE:  And from that you will

24   conclude that files were deleted on that day?

25      MR. TAYBACK:  Objection, argumentative,    01:55PM

1    asked and answered.

2         THE WITNESS:  There is insufficient

3    evidence to determine if any files were deleted

4    on that day.

5         Q.   MR. PAGE:  Okay.  Is it your opinion    01:55PM

6    that any file or file names were deleted on this

7    day?

8         A.   We don't know either way.  There is

9    insufficient evidence to determine.

10        Q.   Okay.  You also have some testimony     01:56PM

11   here concerning the user registry on this

12   machine.  Your conclusion is:

13             "On or about the 28th of April 2004 a new

14             USER registry was created.  This is

15             significant because it is in the registry   01:56PM

16             the configuration data as well as

17             information on mapped drives, attached

18             USB thumb drives, installed software and

19             automatic processes are stored.  Creating

20             a new USER registry file could overwrite    01:56PM

21             the old file and effectively erase any

22             data preventing recovery of that data."

23        Can you explain to me how one overwrites

24   the user directory on an ME machine?

25        A.   Create a new user profile, delete an      01:57PM

```
 1      old one, create a new one, reinstall the
 2      operating system.
 3           Q.   Does the user directory contain any
 4      information about who the user is?
 5           A.   Mean the specific person or just --    01:57PM
 6           Q.   No.  No, when you create a new user
 7      directory, do you give it a new name or a name?
 8           A.   It depends on who's doing it.
 9           Q.   Did you -- is there a name attached
10      to the user.dat directory or this computer?      01:57PM
11           A.   No, this is the -- it's under the
12      standard.  Again, this is Windows ME.  So it's
13      general.
14           Q.   And it's set up for a single user, is
15      that correct, this machine?                      01:57PM
16           A.   I'm not sure if single user or dual
17      user.  Might be single user.  I remember looking
18      at that, but I don't remember what I saw when I
19      did that.
20           Q.   Do you know who owned this computer    01:58PM
21      on the 28th of April 2004?
22           A.   No, I don't remember off the top of
23      my head.  I know -- again, I was given the drives
24      and that they were part of this case.
25           Q.   You were also given Mr. Bryant's       01:58PM
```

Page 141

1    testimony to review, correct?

2        A.   Right.

3        Q.   Did you notice that in that testimony

4    he testified that he had given this computer to

5    his niece in October of 2003?                    01:58PM

6        A.   I believe I read something like that,

7    but I'd like to refresh my memory of the

8    testimony.  If you're telling me that's the

9    case --

10       Q.   I will tell you that's the case.        01:58PM

11       A.   Okay.

12       Q.   Did you do anything to determine

13   whether in fact Mr. Bryant or someone else owned

14   this computer at that time?

15       A.   No.                                      01:58PM

16       Q.   Did you look at any of the files on

17   the computer that were created around this time?

18       A.   No, I did not.

19       Q.   Does ME occasionally create a new

20   user.dat file when an old one is corrupted?       01:58PM

21       A.   Yes.

22       Q.   Did you look on this computer to see

23   if there was a backup of an older user.dat file

24   on the computer?

25       A.   I believe I did.                         01:59PM

1      Q.   And did you find it?

2      A.   I don't believe I did, but I may

3   have -- I thought I looked for that.  I may not

4   have.

5      Q.   Did you find one?                    01:59PM

6      A.   Again, I don't know at this moment.

7   I don't think I did.

8      Q.   Are you familiar with a program

9   called Reader Rabbit?

10     A.   Yes.                                 01:59PM

11     Q.   What is Reader Rabbit?

12     A.   It's an educational tool designed for

13   children.

14     Q.   Fairly young children?

15     A.   Yes.                                 01:59PM

16     Q.   Do you know if Mr. Bryant has any

17   children?

18     A.   I believe he does.  You said he has a

19   daughter.

20     Q.   No, I didn't.                        01:59PM

21     MR. TAYBACK:  He said a niece.

22     THE WITNESS:  I'm sorry.  Niece.

23     Q.   MR. PAGE:  Do you know if his niece

24   has any children?

25     A.   I do not.                            01:59PM

Page 143

1         Q.   She does.  Did you find any evidence

2    of a Reader Rabbit being installed on this

3    machine?

4         A.   I did not look for that specifically.

5         Q.   So you didn't look to see on what          01:59PM

6    date that installation was done, did you?

7         A.   I didn't look at the installation.

8         Q.   I'll tell you it was April 28th,

9    2004.

10        A.   Okay.                                        02:00PM

11        Q.   Other than the fact that a new

12   user.dat directory was created on April 24th,

13   2004, do you have any evidence to suggest that

14   anyone has somehow tampered with the data on this

15   machine?                                               02:00PM

16        MR. TAYBACK:  Objection, vague as to

17   tampered.

18        THE WITNESS:  From my experience, and

19   that's what it comes down to, the big picture

20   here is we have Evidence Eliminator installed on    02:00PM

21   a computer system.  So from my experience in the

22   past, that program's installed to be put onto a

23   computer, again, to eliminate data that's on the

24   drive.

25        So I look at that in the context of, okay,    02:00PM

Page 144

1    this is on there and it's normally on there to

2    eliminate files so that they cannot be recovered

3    in a forensic way.  So, again, the reason why

4    that's in there is from my experience in the past

5    when you see new user.dat files you have Evidence  02:01PM

6    Eliminator, it's significant to show both of

7    those things have occurred.  There are lots of

8    explanations, but again...

9         VIDEOGRAPHER:  I need to change the tape.

10   We are going off the record at 2:01.  This is the  02:01PM

11   end of tape number two.

12        (Deposition recess taken.)

13        VIDEOGRAPHER:  We are back on the record

14   at 2:03 p.m.  This is the beginning of tape

15   number three in the deposition of Mark Menz.      02:03PM

16        Q.   MR. PAGE:  I'll try one more

17   hypothetical with you.  Here's my hypothetical.

18   Carter Bryant on September 10th, 2002, Carter

19   Bryant downloads Evidence Eliminator, installs it

20   on his desktop, follows the installation          02:04PM

21   procedure and from then on he never does a safe

22   shutdown, a safe reboot, a hot key, never does

23   anything other than boot his computer up, use it

24   like normal and turn it off.

25        October 2003 he gives the computer to his    02:05PM

1    niece.  July of 2004, he borrows it back from his

2    niece to be imaged.  Is there any evidence you

3    can point to that can tell me that that

4    hypothetical isn't true?

5         A.   You're saying --                    02:05PM

6         MR. TAYBACK:  Objection as to form.  You

7    can answer the question.

8         THE WITNESS:  So instead of installing it

9    in July, you're saying he installed it in

10   October.                                        02:05PM

11        Q.   MR. PAGE:  No, installed on the date

12   he actually installed it, September 10th, 2002, I

13   believe was the date, right?  Let me

14   double-check.  Back up.

15        Evidence Eliminator was installed on the    02:05PM

16   desktop on September 10th, 2002, correct?

17        A.   No.

18        Q.   When was it installed?

19        A.   July 24th, 2002.  Has the recorded

20   date of July 24th, 2002.                         02:06PM

21        Q.   I'm sorry.  I must have flipped.  I'm

22   sorry.  Did I flip back to the wrong install log?

23        A.   I believe you did.

24        Q.   Okay.  Let me start that question

25   again then.  Here's the hypothetical.            02:06PM

1        A.    If I may, I'll write --

2        Q.    Thanks for fixing that for me.   On

3    July 24th, 2002, Carter Bryant downloads and

4    installs Evidence Eliminator on his desktop with

5    the configuration as shown in the config.dat file   02:06PM

6    we've looked at.   From then on, the only thing he

7    ever does with his computer is turn it on, use it

8    normally, check e-mail, turn it off.   In

9    October 2003, he gives the computer to his niece,

10   and in July 2004 he borrows it back from his        02:06PM

11   niece, turns it on, and then has it imaged.

12       Is there any evidence you can point to

13   that is inconsistent with that hypothetical?

14       MR. TAYBACK:   Objection to the form.   You

15   can answer the question.                            02:07PM

16       THE WITNESS:   Using just that data you

17   told me, it was turned on, it was running, gave

18   it to his niece, and then imaged in 2004.

19       Q.    MR. PAGE:   Uh-huh.

20       A.    So what we see here is the state of       02:07PM

21   the unit in July of 2004.   That -- this

22   information could support that hypothetical.

23       Q.    And in that hypothetical, Evidence

24   Eliminator has never been used to eliminate any

25   file or file name on the computer, correct?        02:07PM

1          A.    I wouldn't know that for sure.

2          Q.    Let me -- just to make sure I

3     understand you, let me put this another way.   Do

4     you have any evidence to suggest that Mr. Bryant

5     ever performed either a safe shutdown or a safe          02:08PM

6     restart or a hot key initiation of Evidence

7     Eliminator's functions on this machine?

8          MR. TAYBACK:   Objection to the form.

9          THE WITNESS:   No.

10         Q.    MR. PAGE:   Do you have any evidence     02:08PM

11    that Mr. Bryant ever deliberately deleted any

12    file or file name from the desktop machine?

13         MR. TAYBACK:   Objection to the form.

14         THE WITNESS:   With the data that I have

15    right now, no.                                      02:08PM

16              (Deposition Exhibit 4549 marked for

17              identification.)

18         Q.    MR. PAGE:   This is Exhibit 4550.

19    Exhibit 4550 is a pleading entitled Amended Reply

20    Memorandum in Support of Motion of Mattel, Inc.,   02:09PM

21    For an Order Enforcing the Court's January 25,

22    2007, Order Compelling Bryant to Produce Computer

23    Hard Drives and For Sanctions.

24         MR. TAYBACK:   Can I just stop you for a

25    second?   I think you skipped 4549.   You still     02:09PM

Page 148

1    have a sticker here.  I don't care.  Seems like

2    we have an infinite number of numbers.

3         MR. PAGE:  Still no reason to waste them.

4    Why did that come out that way?  Here, let me

5    have that back for a second.                    02:09PM

6         Let me correct the record.  I'm marking as

7    Exhibit 4549 the document I previously

8    identified.

9         Q.   MR. PAGE:  Have you seen this

10   document before?                                02:10PM

11        A.   I may have.  I don't recall.

12        Q.   It was filed quite recently.  Well,

13   not quite recently.  February 15th, 2008, if that

14   helps.

15        A.   I may have briefly seen this, yes.    02:10PM

16        Q.   Were you asked to review the factual

17   statements in this brief?

18        A.   No, I think it was just shown to look

19   at this and then I looked at that, what was said.

20        Q.   Did you look at it before it was      02:10PM

21   filed or after it was filed?

22        A.   I don't know.

23        Q.   Well, were you asked to give input

24   concerning the contents of this, or was it simply

25   to show you what had been done?                 02:10PM

1          A.    To show me what has been done and

2     that's it.

3          Q.    Okay.   Let me point you to the

4     second -- the third sentence on page 1 which

5     reads:                                          02:10PM

6          "Actually, Bryant used a program called

7          Evidence Eliminator and deleted over 9400

8          files right before two of his seven

9          computers were imaged for purposes of

10         this action."                              02:10PM

11         Is it your sworn testimony that this is

12    true, that statement?

13         MR. TAYBACK:   Objection, asked and

14    answered.   He's given his sworn testimony.   This

15    doesn't reflect his testimony.                  02:11PM

16         MR. PAGE:   If you have an objection, state

17    the objection.

18         MR. TAYBACK:   I did.   This isn't his

19    testimony.

20         MR. PAGE:   I understand that.   I'm asking  02:11PM

21    if his testimony agrees with it.

22         MR. TAYBACK:   Okay.   That's a different

23    question.

24         THE WITNESS:   My testimony doesn't agree

25    with that sentence.                             02:11PM

Page 150

 1      Q.   MR. PAGE:  Why not?

 2      A.   Because as listed farther down here,

 3   that 9400 plus files and folders' names were

 4   forever deleted.

 5      Q.   MR. PAGE:  And that's different from      02:11PM

 6   the files being deleted, correct?

 7      A.   Right.  Saying there were 9400 files

 8   is different than what I have in my report.

 9   Technically 9400 files were created and 9400

10   files were deleted because of the process         02:11PM

11   that's -- Evidence Eliminator, how it works.

12      Q.   I see.  But those were not data

13   files.  Those were files of gibberish that

14   Evidence Eliminator created and then deleted,

15   correct?                                          02:12PM

16      A.   We don't know what kind of files they

17   were.

18      Q.   The ones you were just referring to

19   were files that Evidence Eliminator created and

20   deleted, correct?                                 02:12PM

21      A.   If in those 94 files it was files

22   that it creates for the purpose of wiping the

23   unallocated space, then, yes, if they are within

24   those 9400 files.  If there were in other files

25   that were on the computer, then the answer would  02:12PM

1      be no.

2            Q.   Okay.   Either way, Evidence

3      Eliminator would only have operated on files that

4      had either already been deleted or ones it was

5      creating itself, correct?                          02:12PM

6            A.   When it's doing unallocated space?

7            Q.   When it's doing anything it was set

8      up to do on Mr. Bryant's laptop.

9            A.   When it was going through doing these

10     9400 files, again, if it's going out and deleting 02:12PM

11     stuff in unallocated space, what it's deleting

12     are the remnants of files that existed at one

13     time and then overwriting those remnants with new

14     data and then it's deleting those files that it

15     creates to overwrite that data.                    02:13PM

16           Q.   And as we saw this morning, those

17     remnants in the unallocated space could come from

18     files that were created at any time from when the

19     operating system was installed on the computer

20     until the date Evidence Eliminator was run,        02:13PM

21     correct?

22           A.   That is correct.

23           Q.   So it is not accurate to say that

24     those files were deleted right before his

25     computers were imaged, correct?                    02:13PM

1        A.    The 9400 files that were there with

2   the long file names were deleted, you know, on

3   the dates that are there for the file, the last

4   access date.  So those files, we just don't know

5   what was behind these files or below those files.  02:13PM

6        Q.    So to the extent that what was below

7   those files was actual user data, that data could

8   have been deleted from the computer at any time

9   between when the operating system was installed

10  and the date Evidence Eliminator was run,           02:14PM

11  correct?

12       A.    That's correct.

13       Q.    Two sentences later this brief says:

14  "He used it once on his Desktop, resulting in an

15  undetermined loss of data the day before the       02:14PM

16  Desktop was imaged."  Is that a true statement?

17       A.    Where do you see that?  Oh.  Line 9.

18  Desktop is this one, correct?

19       Q.    Yes, No. 2.  We just discussed it.

20       A.    One second.  May I have Report No. 4?  02:15PM

21       Q.    No.  I guess we'd better mark it

22  then.  I need another sticker because I wasted

23  one.  I can just write the number on and you can

24  fill it in later.

25       MR. TAYBACK:  We don't take handwritten      02:16PM

Page 153

1    evidence stickers here.

2         MR. PAGE:  And we are at 4551, right?

3    4550.

4         MR. TAYBACK:  4550.

5             (Deposition Exhibit 4550 marked for        02:16PM

6             identification.)

7         Q.   MR. PAGE:  Stick this on there, all

8    right?  On the front.

9         A.   So this is the desktop.

10        Q.   Yep.                                        02:17PM

11        A.   And this is stating --

12        MR. TAYBACK:  When you say this is the

13   desktop, I don't know what you're pointing at.

14        THE WITNESS:  Report No. 2.

15        Q.   MR. PAGE:  Report No. 2 is the             02:17PM

16   desktop.

17        A.   And that's what they're referring to

18   in here.  I didn't write this.  So -- and he did

19   run 13th of July.  Okay.  Using the last access

20   date as the time that Evidence Eliminator was       02:18PM

21   run, all right?

22        Q.   Yeah.

23        A.   So Evidence Eliminator was run.

24   There is remnants that Evidence Eliminator has

25   run in this machine besides that, which is in       02:18PM

1    Report No. 4, and the fact that we have a

2    reference to Evidence Eliminator in an error that

3    occurred because an application couldn't work

4    because Evidence Eliminator was there.

5         So based upon this date, 7/13, I would say    02:18PM

6    Evidence Eliminator was run on the 13th.  And,

7    again, but we don't know what it did on that

8    date.

9         Q.   And when you say it was run, you can

10   only testify that the computer was turned on and    02:18PM

11   a user logged in, which would automatically run

12   Evidence Eliminator in the sense of just running

13   it in the background, correct?

14        A.   Correct, I can only say that it

15   was -- the code was being executed.  That's all    02:19PM

16   I can say.

17        Q.   So all you can say about this machine

18   was that on date somebody turned it on and logged

19   in.

20        A.   Yes.                                       02:19PM

21        Q.   And when you say it resulted in an

22   un -- well, when Mattel's counsel says that it

23   was resulting in an undetermined loss of data,

24   that's about as accurate as saying that I've

25   killed an undetermined number of people this       02:19PM

1    morning because you have no evidence that I

2    killed any, correct?

3         MR. TAYBACK:  Objection, argumentative.

4    Sorry.  Objection.  Argumentative.

5         THE WITNESS:  I actually have evidence          02:19PM

6    here of the program running.  I just do not know

7    if it -- there is no evidence to show me one way

8    or the other if it deleted files or it did not.

9         Q.   MR. PAGE:  Great.  Would you describe

10   that piece of evidence as overwhelming evidence     02:19PM

11   of spoliation?

12        MR. TAYBACK:  Objection, vague as to that

13   piece of evidence.

14        Q.   MR. PAGE:  Well, the piece of

15   evidence that in July 2004 Mr. Bryant's desktop     02:20PM

16   was turned on and someone logged in and you can't

17   say whether they deleted any evidence.  Would you

18   describe that as overwhelming evidence of

19   spoliation?

20        MR. TAYBACK:  Objection, calls for a legal     02:20PM

21   conclusion.  You can answer the question.

22        THE WITNESS:  Again, I don't know what the

23   legal definition would be.  The fact that

24   Evidence Eliminator is on this machine I would

25   say is -- well, I don't know -- I don't know how    02:20PM

Page 156

1    to answer that because I really don't know what

2    overwhelming would be.

3        Q.   MR. PAGE:   Okay.   Earlier, you said

4    that something along the lines of once Evidence

5    Eliminator is running in background it will be        02:21PM

6    sitting there working on the Internet history or

7    something to that effect.   Does that make sense?

8        A.   Meaning that it has to be running in

9    background so that when you do a shutdown it goes

10   out there and then deletes Internet history,          02:21PM

11   things of that nature.

12       Q.   But if you don't do a smart shutdown,

13   if you just turn the computer on, log in and then

14   shut the computer down through the normal Windows

15   control, does Evidence Eliminator affect the          02:21PM

16   Internet history at all?

17       A.   If you don't do smart shutdown?

18       Q.   Yeah.

19       A.   And it's not designed to do it

20   automatically, no.                                    02:22PM

21       Q.   So the fact -- so when you -- when

22   you run Evidence Eliminator in background as a

23   result of simply having logged in, it won't

24   actually do anything unless you make some further

25   request that it do it, correct?                       02:22PM

```
 1        A.   If it's not set up to do it

 2   automatically, then you'd have to do it through a

 3   manual -- the hot key or manual.

 4        Q.   And have you seen any evidence that

 5   Evidence Eliminator on either of Mr. Bryant's      02:22PM

 6   machines was set up to do anything automatically?

 7        A.   Those configuration files show it to

 8   be not automatic.

 9        MR. PAGE:  Take a short break.

10        VIDEOGRAPHER:  We are going off the record  02:23PM

11   at 2:23.

12        (Deposition recess taken.)

13        VIDEOGRAPHER:  We are back on the record

14   at 2:27.

15        MR. PAGE:  Unless there's something else    02:27PM

16   you're dying to tell me, I have no further

17   questions.  And thank you.

18        MR. TAYBACK:  That's not a question.  So

19   don't --

20        MR. PAGE:  Thank you for coming.            02:27PM

21        MR. TAYBACK:  Is there a usual stipulation

22   on this case?

23        MR. PAGE:  There is.  Do I know what it

24   is?  No.  But we'll do the usual stipulation?

25        MR. TAYBACK:  Have you ever done a          02:27PM
```

1    deposition in this case?

2         MR. PAGE:  I can't remember.

3         MR. TAYBACK:  I mean, I can tell you what

4    I would typically do.

5         MR. PAGE:  Why don't we -- do you have      02:27PM

6    access to the other depositions -- do whatever

7    the standard stipulation has been on all the

8    depos in this case, that's fine by me.

9         MR. TAYBACK:  I guess unless the standard

10   is something onerous, I ask 30 days.  I don't     02:28PM

11   know if there is a reason to make it any quicker

12   than that he can have to review the transcript.

13        MR. PAGE:  If you don't object to me using

14   the rough for the brief I'm filing Monday.

15        MR. TAYBACK:  You can use whatever you're    02:28PM

16   going to use and the court will say whatever it

17   will say.

18        MR. PAGE:  Absolutely.

19        MR. TAYBACK:  You'll have 30 days from the

20   date of the preparation of the transcript,        02:28PM

21   provide to me, you have my contact information.

22   We can talk about that off the record.

23        VIDEOGRAPHER:  We're going off the record

24   at 2:28.  This is the end of tape number three

25   and ends of the deposition.                       02:28PM

Page 159

1          THE REPORTER:   Do you want a rough draft?

2          MR. TAYBACK:   Sure.   Yes, please.

3          (The deposition concluded at 2:28 p.m.)

4

5                      --oOo--

6

7          I declare under penalty of perjury

8     under the laws of the State of California

9     that the foregoing is true and correct.

10         Executed on,                    ,2008,

11    at                         ,California.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    REPORTER'S CERTIFICATE

2

3           I certify that the witness in the

4    foregoing deposition,

5                    MARK MENZ,

6    was by me duly sworn to testify in the

7    within-entitled cause; that said deposition was

8    taken at the time and place therein named; that

9    the testimony of said witness was reported by

10   me, a duly Certified Shorthand Reporter of the

11   State of California authorized to administer

12   oaths and affirmations, and said testimony was

13   thereafter transcribed into typewriting.

14           I further certify that I am not of

15   counsel or attorney for either or any of the

16   parties to said deposition, nor in any way

17   interested in the outcome of the cause named in

18   said deposition.

19           IN WITNESS WHEREOF, I have hereunto

20   set my hand this 14th day of March,2008.

21

22

23   _____

24           WENDY E. ARLEN, CSR No. 4355

25

```
 1                    INDEX OF EXAMINATIONS

 2

 3      THURSDAY, MARCH 13, 2008

 4

 5      EXAMINATION BY:                        Page

 6       MR. PAGE                               4

 7

 8                    INDEX OF EXHIBITS

 9

10      EXHIBIT NO.    DESCRIPTION            PAGE

11      Exhibit 4526  2/10/08 Forensic Analysis    13

12                    Report 1

13      Exhibit 4527  Config.dat file from Mr.    20

14                    Bryant's laptop, 7/14/04

15                    image

16      Exhibit 4528  Partial list of files names    36

17                    with 255-character names

18      Exhibit 4529  Invoice from M.J. Menz &    56

19                    Associates

20      Exhibit 4530  12/20/07 letter from Mr.    58

21                    Menz to Mr. Tayback

22      Exhibit 4531  Two lines from the laptop    76

23                    registry

24

25
```

```
1                         INDEX OF EXHIBITS

2

3    Exhibit 4532   Screen shots from              82

4                   installation of Evidence

5                   Eliminator 5.0

6    Exhibit 4533   Screen shot advertising        88

7                   Evidence Eliminator

8    Exhibit 4534   Printout from file folder on   89

9                   laptop

10   Exhibit 4535   Printout of data collected     92

11                  at imaging

12   Exhibit 4536   Witness's notes                98

13   Exhibit 4537   1/30/08 letter from Mr.        101

14                  Tayback to Mr. Menz

15                  transmitting excerpts of the

16                  deposition of Carter Bryant

17   Exhibit 4538   Witness's notes                103

18   Exhibit 4539   EE installation file form      105

19                  laptop

20   Exhibit 4540   Help file from Evidence        107

21                  Eliminator

22

23

24

25
```

Page 163

1                    INDEX OF EXHIBITS

2

3    Exhibit 4541   Listing of file names, last      108

4                   access written, file

5                   creation date and file

6                   identifier numbers from

7                   laptop

8    Exhibit 4542   EnCase Report                     112

9    Exhibit 4543   Listing of files and dates        115

10                  and time from laptop

11   Exhibit 4544   Forensic Analysis Report 2        121

12   Exhibit 4545   Printout of directory ee.exe      122

13   Exhibit 4546   Install log from desktop          125

14   Exhibit 4547   File directory                    128

15   Exhibit 4548   Config.dat file for desktop       130

16                  at imaging

17   Exhibit 4549   Amended Reply Memorandum in       147

18                  Support of Motion of Mattel,

19                  Inc. For and Order Enforcing

20                  Court's January 25, 2007

21                  Order Compelling BRYANT to

22                  Produce Coomputer Hard

23                  Drives and for Sanctions

24   Exhibit 4550   Forensic Analysis Report 4,       153

25                  2/10/08