KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
jkeker@kvn.com
MICHAEL H. PAGE - #154913
mpage@kvn.com
CHRISTA M. ANDERSON - #184325
canderson@kvn.com
MATTHEW M. WERDEGAR - #200470
mwerdegar@kvn.com
JOHN E. TRINIDAD - #250468
jtrinidad@kvn.com
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff
CARTER BRYANT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC. a Delaware Corporation,<br><br>Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC., v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No. CV 04-09049 SGL (RNBx) (consolidated with CV 04-9059 & 05-2727<br><br>**DECLARATION OF REBEKAH PUNAK IN SUPPORT OF CARTER BRYANT'S OPPOSITION TO MATTEL, INC.'S MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER'S (1) FEBRUARY 15, 2008 ORDER; AND (2) FEBRUARY 20, 2008 ORDER**<br><br>[PUBLICLY-FILED REDACTED VERSION]<br><br>Date:   March 31, 2008<br>Time:   10:00 a.m.<br>Dept:   Courtroom 1<br>Judge:  Hon. Stephen G. Larson<br><br>Date Comp. Filed: April 13, 2005<br><br>Discovery Cut-Off: Jan. 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

DECLARATION OF REBEKAH PUNAK ISO BRYANT'S OPPOSITION TO MATTEL, INC.'S MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER'S ORDERS
CASE NO. CV 04-09049 SGL (RNBx)

413265.01

I, REBEKAH PUNAK, declare and state that:

1.  I am an attorney licensed to practice law in the State of California and am an associate at the law firm of Keker & Van Nest LLP, located at 710 Sansome Street, San Francisco, California 94111, counsel for plaintiff Carter Bryant in the above-captioned action. I am duly admitted to practice law before this Court. I have knowledge of the facts set forth herein, and if called to testify as a witness thereto, could do so competently under oath.

2.  Attached hereto as Exhibit A is a true and correct copy of Bryant's response to Mattel Supplemental Interrogatory No. 67.

3.  Attached hereto as Exhibit B is a true and correct copy of the relevant portions of the transcript of Carter Bryant's deposition on November 5, 2004.

4.  Attached hereto as Exhibit C is a true and correct copy of the relevant portions of the transcript of Carter Bryant's deposition on January 23, 2008.

5.  Attached hereto as Exhibit D is a true and correct copy of Bryant's January 14, 2008 Declaration in Response to the Court's Request for Information Regarding Document Preservation.

6.  Attached hereto as Exhibit E is a true and correct copy of Mattel's Supplemental Objections and Resps. to MGA's Interrogatory to Mattel No. 30.

7.  Attached hereto as Exhibit F is a true and correct copy of Bryant's Opposition to Mattel's Motion for an Order Enforcing Court's January 25, 2007 Order Compelling Bryant to Produce Computer Hard Drives and for Sanctions.

8.  Attached hereto as Exhibit G is a true and correct copy of Bryant's Sur Reply to Mattel's Motion for an Order Enforcing Court's January 25, 2007 Order Compelling Bryant to Produce Computer Hard Drives and for Sanctions.

//
//
//
//

DECLARATION OF REBEKAH PUNAK ISO BRYANT'S OPPOSITION TO MATTEL, INC.'S MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER'S ORDER
CASE NO. CV 04-09049 SGL (RNBx)
413265.01

1  I declare under penalty of perjury under the laws of the United States that
2  the foregoing is true and correct and that this declaration was executed on
3  March 17, 2008, at San Francisco, California.

_____
REBEKAH PUNAK

2
DECLARATION OF REBEKAH PUNAK ISO BRYANT'S OPPOSITION TO MATTEL, INC.'S
MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER'S ORDER
CASE NO. CV 04-09049 SGL (RNBx)

413265.01