# APPENDIX 1

