QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
johnquinn@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff
Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED CASES | Case No. CV 04-09049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>STIPULATION REGARDING OPPOSITIONS TO MOTIONS FOR PARTIAL SUMMARY JUDGMENT<br><br>[[Proposed] Order lodged concurrently]<br><br>**Phase 1:**<br>Discovery Cut-off:    January 28, 2008<br>Pre-trial Conference: May 5, 2008<br>Trial Date:          May 27, 2008 |

## STIPULATION

WHEREAS on February 22, 2007, the Court entered an Order on the parties' stipulation regarding briefing of their respective motions for partial summary judgment (the "Order");

WHEREAS, pursuant to the Order, Carter Bryant ("Bryant") and MGA Entertainment, Inc., Isaac Larian, and MGA Entertainment (HK) Ltd. (collectively, the "MGA Parties") were permitted to file memoranda of points and authorities in support of their respective motions for partial summary judgment that were up to 50 pages in length, and Mattel, Inc. ("Mattel") was permitted to file a memorandum of points and authorities on its motion for partial summary judgment of up to 70 pages in length;

WHEREAS, on or about March 7, 2007, Bryant and the MGA Parties filed two separate motions for partial summary judgment, the memoranda of points and authorities in support of which were 45 and 50 pages, respectively, for a total of 95 pages, and Mattel filed a motion for partial summary judgment, the memorandum of points and authorities in support of which was 66 pages in length;

WHEREAS, under the Order, Mattel is entitled to file two memoranda of points and authorities in opposition to the MGA Parties' and Bryant's motions for partial summary judgment, each of which may be up to 40 pages in length;

WHEREAS, the MGA Parties' and Bryant's motions for partial summary judgment each incorporated certain arguments made in the other defendant's motion by reference, and Mattel believes that certain facts are relevant to both of defendants' motions;

WHEREAS, Mattel therefore believes that a single, omnibus opposition brief will provide the clearest presentation of the issues, and that judicial economy would be served if the Court were to permit Mattel to file a single memorandum of points and authorities in opposition to Bryant's and the MGA

Parties' motions for partial summary judgment of up to 80 pages in length, as opposed to two separate oppositions of up to 40 pages in length each;

WHEREAS, under the Order, the MGA Parties and Bryant are entitled to file two memoranda of points and authorities in opposition to Mattel's motion for partial summary judgment, each of which may be up to 40 pages in length; and

WHEREAS, Bryant and the MGA Parties may wish to adjust the page limits for their respective oppositions to Mattel's motion for partial summary judgment by allowing MGA to use up to 6 pages currently allotted to Bryant, to allow an orderly analysis of certain issues affecting both Bryant and the MGA Parties;

NOW, THEREFORE, Mattel, Bryant and the MGA Parties, by and through their counsel of record, hereby agree as follows, subject to the Court's approval:

1. Mattel may file a single memorandum of points and authorities in opposition to Bryant's and the MGA Parties' motions for partial summary judgment of up to 80 pages in length.

2. The MGA Parties may file a memorandum of points and authorities in opposition to Mattel's motion for partial summary judgment of up to 46 pages in length, so long as the MGA Parties' memorandum and Bryant's

memorandum in opposition to Mattel's motion for partial summary judgment, together, do not exceed 80 pages in length.

    IT IS SO STIPULATED.

DATED: March 17, 2008  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By *B. Dylan Proctor /SH*
B. Dylan Proctor
Attorneys for Mattel, Inc.

DATED: March 17, 2008  SKADDEN ARPS SLATE MEAGHER & FLOM, LLP

By *Jason Russell /SH*
Jason Russell
Attorneys for MGA Entertainment, Inc., Isaac Larian, and MGA Entertainment (HK) Ltd.

DATED: March 17, 2008  KEKER & VAN NEST, LLP

By *Matthew M. Werdegar /SH*
Matthew M. Werdegar
Attorneys for Carter Bryant