UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED CASES | Case No. CV 04-09049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>[PROPOSED] ORDER ON STIPULATION REGARDING OPPOSITIONS TO MOTIONS FOR PARTIAL SUMMARY JUDGMENT<br><br>**Phase 1:**<br>Discovery Cut-off:      January 28, 2008<br>Pre-trial Conference:   May 5, 2008<br>Trial Date:             May 27, 2008 |

07209/2436269.1

[PROPOSED] ORDER RE: OPPOSITIONS TO MOTIONS FOR PARTIAL SUMMARY JUDGMENT

## [Proposed] Order

Based on the stipulation of the parties, and good cause appearing therefor, it is hereby ORDERED that:

1. Mattel may file a single memorandum of points and authorities in opposition to Bryant's and the MGA Parties' motions for partial summary judgment of up to 80 pages in length.

2. The MGA Parties may file a memorandum of points and authorities in opposition to Mattel's motion for partial summary judgment of up to 46 pages in length, so long as the MGA Parties' memorandum and Bryant's memorandum in opposition to Mattel's motion for partial summary judgment, together, do not exceed 80 pages in length.

IT IS SO ORDERED.

DATED:                . 2008

_____
Hon. Stephen G. Larson
United States District Court Judge