QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>[PUBLIC REDACTED]<br>SUPPLEMENTAL DECLARATION OF DIANE C. HUTNYAN IN SUPPORT OF MATTEL, INC.'S REPLY RE EX PARTE APPLICATION FOR PROTECTIVE ORDER PREVENTING MGA'S UNAUTHORIZED DESTRUCTIVE SAMPLING OF THE PRINCE NOTARY BOOK<br><br>Hearing Date: TBA<br>Time: TBA<br>Place: TBA<br><br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2434690.1 07209/24
28437.1

-1-

SUPP. HUTNYAN DECLARATION ISO REPLY ISO EX PARTE PROTECTIVE ORDER

# DECLARATION OF DIANE C. HUTNYAN

I, Diane C. Hutnyan, declare as follows:

I am a member of the bar of the State of California, am admitted to practice before this court and am a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for plaintiff and cross-defendant Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

1.  Attached hereto as Exhibits 1 and 2 are true and correct copies of excerpts from the transcripts of the depositions of Ms. Lisa Tonnu that were held January 17, 2008, and January 28, 2008 respectively. I took these depositions and Mr. Ryan Weinstein was in attendance. Mr. Weinstein was clearly involved in Ms. Tonnu's preparation, and he is the lawyer who presented me with the pages that supposedly represented copies of the pages Mr. Speckin had taken plugs from, which was Deposition Exhibit 1723 and which was attached to my Declaration dated March 10, 2008 as Exhibit 26.

2.  Attached hereto as Exhibit 3 is a true and correct copy of a letter from Carl Roth to me, dated December 20, 2007. I tried to research Mr. Harner on the internet but could only find an actor by that name.

3.  Attached hereto as Exhibit 4 is a true and correct copy of an email from Ryan Weinstein to me dated December 28, 2007, at 12:30 p.m., enclosing Mr. Harner's C.V.

4.  Attached hereto as Exhibit 5 is a true and correct copy of an email from Ryan Weinstein to me dated January 3, 2008, at 9:44 a.m.

5.  Attached hereto as Exhibit 6 is a true and correct copy of an email from Ryan Weinstein to me dated January 10, 2008, at 4:21 p.m.

6.  Attached hereto as Exhibit 7 is a true and correct copy of MGA's Opposition to Mattel's Motion re 30(b)(6) Orders dated December 16, 2007.

7. Attached hereto as Exhibit 8 is a true and correct copy of a letter from R. Herrington to Dylan Proctor, dated December 24, 2007. Bryant's counsel is not copied on this letter.

8. Attached hereto as Exhibit 9 is a true and correct copy of a letter from Carl Roth to me dated December 26, 2007.

9. Attached hereto as Exhibit 10 is a true and correct copy of an email chain between me and Ryan Weinstein with six emails, starting with one that was sent on December 28, 2007 at 11:00 a.m. all relating to Mattel's proposed testing of the Prince notary book.

10. Attached hereto as Exhibit 11 is a true and correct copy of *In Camera* Declaration #1 As To Expert Examination And Testing Of Bryant's Original Documents, dated August 28, 2007, Mattel's submission regarding Dr. Valery Aginsky.

11. Attached hereto as Exhibit 12 is a true and correct copy of the Hearing Transcript on Mattel's request for expert examination of the Bryant original documents, dated August 23, 2007.

12. Attached hereto as Exhibit 13 is a true and correct copy of Carter Bryant's Opposition to Mattel's Motion to Make Original Documents Available for Expert Inspection dated July 16, 2007.

13. During the time that Dr. Aginsky had custody of the notary book, all parties' counsel were aware that he had it, as was Mr. Warren, Ms. Prince's counsel, and no one objected to that, or even asked for it.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 14th day of March, 2008, in Manhattan Beach, California.

*Diane Hutnyan (cts)*

Diane C. Hutnyan