QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>SECOND SUPPLEMENTAL DECLARATION OF DIANE C. HUTNYAN IN SUPPORT OF MATTEL, INC.'S REPLY RE EX PARTE APPLICATION FOR PROTECTIVE ORDER PREVENTING MGA'S UNAUTHORIZED DESTRUCTIVE SAMPLING OF THE PRINCE NOTARY BOOK<br><br>Hearing Date: TBA<br>Time: TBA<br>Place: TBA<br><br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

-1-

## DECLARATION OF DIANE C. HUTNYAN

I, Diane C. Hutnyan, declare as follows:

I am a member of the bar of the State of California, am admitted to practice before this court and am a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for plaintiff and cross-defendant Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

1. On page 9 of Mattel, Inc.'s Reply In Support of Ex Parte Application For Protective Order Preventing MGA's Unauthorized Destructive Sampling of the Prince Notary Book, I had explained with regard to Mattel's examination of the notary book that "the notary book . . . was to be treated as any other Bryant original . . . ." I was referring to the protocol set forth in the Discovery Master's August 30, 2007 Order Granting Mattel, Inc.'s Motion To Compel Bryant To Make Original Documents Available For Expert Examination and Testing. I am submitting this declaration to include some correspondence pertinent to this issue that I just located this morning.

2. Attached hereto as Exhibit A is a true and correct copy of the September 8, 2007 letter I sent to Mr. Warren and to Mr. Page, Bryant's counsel, requesting access for non-destructive testing of the notary book, along with the Court Order. I sent it to Mr. Bryant's counsel because Bryant had been in possession of the custody book for some period of time starting July 21, 2004 that had ended, according to Bryant's counsel, by May of 2007. I did not copy it to MGA's counsel as only non-destructive examination (viewing with special lenses, etc.) was being contemplated at that time. I assured Mr. Warren and Mr. Page that Mattel "would be willing to abide by the terms of the Discovery Master's order with respect to the notary book and stamp."

-2-

3. Attached hereto as Exhibit B is a true and correct copy of a subsequent email chain showing that Ms. Torres, MGA's then-counsel, was later copied on this correspondence. Neither Mr. Warren nor Mr. Page, nor Ms. Torres, ever objected with regard to Mattel's non-destructive examination of the notary book, to Mattel's Court-approved expert's retention of the notary book until requesting destructive testing in January 2008, or to Mattel's destructive sampling of the notary book.

4. Thus it is inaccurate for MGA to suggest that MGA was left out of the loop even with respect to Mattel's non-destructive examination of the notary book.. MGA's counsel was aware of, and had the opportunity to object to, Mattel's non-destructive examination of the notary book. Nor is it accurate for MGA to suggest that it would have objected to that examination. MGA was fully aware it was taking place and did not object.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 16th day of March, 2008, in Los Angeles, California.

*/s/ Diane C. Hutnyan*
Diane C. Hutnyan

-3-
SECOND SUPP. HUTNYAN DECLARATION ISO REPLY ISO EX PARTE PROTECTIVE ORDER