EXHIBIT A

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL: (213) 443-3000 FAX: (213) 443-3100

WRITER'S INTERNET ADDRESS
dianehutnyan@quinnemanuel.com

September 8, 2007

**VIA FACSIMILE AND EMAIL**

Michael H. Page, Esq.
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111-1704

Daniel Warren, Esq.
Sutherland, Asbill & Brennan LLP
999 Peachtree Street
Atlanta, GA 30309

Re:   Mattel v. MGA, et al.

Gentlemen:

First, again, thank you for your cooperation in allowing the May inspection and photographing of Ms. Prince's notary book and stamp.

Attached is a Court order issued in our case by Discovery Master Infante about the examination by our forensic document examination experts of certain of Mr. Bryant's original documents. Pursuant to its terms, we will be picking up the listed materials between 9:00 a.m. and 11:00 a.m. p.d.t. on September 12 for up to 35 days of examination and analysis.

We are also interested in having our experts examine Ms. Prince's notary book and stamp, which I gather is currently back in Mr. Warren's custody in Georgia. Assuming that is the case, we request that the notary book and stamp again be sent to Keker & Van Nest such that it will be available for pick up on September 12 along with the other materials. We would be willing to abide by the terms of the Discovery Master's order with respect to the notary book and stamp, and to afford Ms. Prince and Mr. Warren the same rights with respect to these materials that Mr. Bryant and his counsel enjoy with respect to Mr. Bryant's originals. At the end of the period, the notary book and stamp would be returned to Keker & Van Nest so that they could be safely shipped back to you.

EXHIBIT _____ A _____

**quinn emanuel urquhart oliver & hedges, llp**      PAGE _____ 4 _____

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL (212) 849-7000 FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL (415) 875-6600 FAX (415) 875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL (650) 801-5000 FAX (650) 801-5100

Michael H. Page, Esq.
September 8, 2007


I look forward to hearing from you.

Sincerely,


/s/

Diane C. Hutnyan


Enclosure

cc:  John Trinidad, Esq.

2

EXHIBIT_____A_____

PAGE_____5_____



1 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   John B. Quinn (Bar No. 090378)
2 | johnquinn@quinnemanuel.com
   Michael T. Zeller (Bar No. 196417)
3 | (michaelzeller@quinnemanuel.com)
   Jon D. Corey (Bar No. 185066)
4 | (joncorey@quinnemanuel.com)
   Timothy L. Alger (Bar No. 160303)
5 | (timalger@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
6 | Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
7 | Facsimile: (213) 443-3100

8 | Attorneys for Mattel, Inc.

9 |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| CARTER BRYANT, an individual, | Case No. CV 04-09049 SGL (RNBx) |
|---|---|
| Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
| vs. | |
| MATTEL, INC., a Delaware corporation, | **DISCOVERY MATTER** |
| Defendant. | Hon. Edward A. Infante (Ret.)<br>Discovery Master |
| AND CONSOLIDATED CASES | [PROPOSED] ORDER GRANTING MATTEL, INC.'S MOTION TO COMPEL BRYANT TO MAKE ORIGINAL DOCUMENTS AVAILABLE FOR EXPERT EXAMINATION AND TESTING |

Date: August 23, 2007
Time: 9:00 a.m.
Place: Telephonic

Discovery Cut-Off: October 22, 2007
Pre-Trial Conference: January 14, 2008
Trial Date: February 12, 2008

07209/2201994.1

[PROPOSED] ORDER

EXHIBIT ___A___

PAGE ___6___

1    Having considered Mattel, Inc.'s Motion To Compel Bryant To Make
2  Original Documents Available For Expert Examination and Testing (the "Motion"),
3  and all other papers and argument submitted in support of or opposition to the
4  Motion, and finding good cause therefore,

5        IT IS HEREBY ORDERED that:

6        1.    Mattel's Motion is GRANTED IN PART, as follows:

7        2.    The following materials were provided to the Discovery Master, at
8  his request, for *in camera* review:  the C.V. of the four experts who will be
9  conducting examination, inspection and testing of the documents; and statements
10 from each of them as to the location and nature of their laboratory facilities, as to
11 their individual practices with regard to the preservation of evidence, and as to their
12 understanding that they are fully accountable for Bryant's original documents while
13 those documents are in their custody.  The Discovery Master has found Mattel's
14 showing with respect to the experts satisfactory.

15       3.    Accordingly, Bryant shall produce to Mattel, within ten (10) Court
16 days of entry of this Order, on the day that Mattel specifies, the original documents
17 listed below for Mattel's experts' examination, testing and/or analysis:

18   • the originals of boxes 1 through 8 inclusive;

19   • from box 9: folders "Sugar Planet Spring 2003 Tropical" and "Sugar
20     Planet General 2001-2002?";

21   • from box 10: folders "Baby Bratz," "F 04 Retro Funk General," "Sugar
22     Planet Butterfly Purse & Character S 04," "Lipstixx 2003," Sugar Planet
23     Candyland Purse:  Character S 04" and "Sugar Planet Tropical 2001"

24   • from box 11:  folders entitled "Bratz Dollpack Fall 2003," "S04 Girls
25     Night Out," "Bratz New Accessories Etc. 2002," "Bratz Petz S04,"
       "Winter Wonderland F03 Dolls," "Bratz Spring 2002 7.99 molded
26     pieces," "S04 Sweetheart," "Jade Dollpack Spring 2003," "Jade Fall
27     2002," "Sasha Fall 2002," "Yasmin Fall 2002," "Cloe Fall 2002," "New

EXHIBIT _____A_____

PAGE _____7_____

1    Girl 2002 Fall," "Bratz $7.99 2002 Spring Break," and "Bratz Spring
2    2002 14.99 segment."

3    ~~If Mattel's experts determine that their analysis would potentially benefit~~
4    ~~from access to other original documents not listed above, Bryant will make those~~
5    ~~originals available to Mattel's counsel or Mattel's expert(s) at Mattel's counsel's~~
6    ~~direction upon five (5) Court days' notice.~~

7        4.    On the day specified, Mattel will pick up the documents listed
8    above from Keker & Van Nest's San Francisco office during normal business hours.
9    The next day after the documents are removed from Keker & Van Nest shall be the
10   first of 35 days that Mattel will have for the expert examination and testing of the
11   materials requested for preparation of its initial expert reports, which time period may
12   be extended upon a showing by Mattel of good cause by further Order of the
13   Discovery Master.  The documents shall be returned to Keker & Van Nest's San
14   Francisco office on the 35th day during normal business hours.

15       5.    The experts' examination, testing and analysis may take place at
16   the experts' laboratories.  Any shipping of the originals will be done by overnight
17   mail, for earliest delivery possible to the destination area, using Federal Express or
18   UPS or a similar service that Bryant selects.

19       6.    If any of Mattel's experts recommends that a form of destructive
20   testing (that is, any testing that would alter the documents' inherent physical status) be
21   conducted, the following procedure shall be used.  First, Mattel will send a request in
22   writing to Bryant and MGA explaining what would be tested and what test or tests
23   would be conducted.  Then Bryant and MGA will have five (5) Court days to object,
24   in which case the parties must meet and confer and, within three (3) more Court days,
25   file a joint statement with Judge Infante to seek resolution of the dispute.  Bryant and
26   MGA may also elect to have their own experts attend for any destructive testing
27   being done, so long as they make this election in writing to Mattel within the five-
28   Court-day objection period, and so long as the testing can take place within ten (10)

07209/2201994.1

-2-

PROPOSED ORDER

EXHIBIT _____ A _____

PAGE _____ 8 _____

1 Court days of the original request. If Bryant's or MGA's expert, while he or she is
2 observing the examination or destructive testing, raises any issues about sampling or
3 testing being done or any other aspects of the expert's or experts' process, the parties
4 will seek immediate resolution from this Court so that the sampling, testing or other
5 activity will not be delayed. If Bryant's counsel or MGA's counsel does not object or
6 seek attendance by its expert within five days of the request, the proposed destructive
7 testing shall be deemed as unobjectionable and may be carried out without further
8 delay.

9        7.    With the exception of alterations resulting from any destructive
10 testing, which would be conducted in accordance with the protocol above, all the
11 Bryant documents that are provided for inspection, examination and testing shall be
12 returned in the same condition, sequence and order in which they were received.

13        **IT IS SO ORDERED.**

15 DATED: *Aug 30*, 2007

18 Hon. Edward Infante (Ret.)
Discovery Master

07209/2201994.1

PROPOSED ORDER

EXHIBIT _____A_____

PAGE _____9_____

1

2  Prepared and respectfully submitted by:
   QUINN EMANUEL URQUHART
   OLIVER & HEDGES, LLP

3

4

5  Diane C. Hutnyan /SBK

6  Diane C. Hutnyan
   Attorneys for Mattel, Inc.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROPOSED ORDER

EXHIBIT _____ A _____

PAGE _____ 10 _____

## PROOF OF SERVICE BY E-MAIL

I, Sandra Chan, not a party to the within action, hereby declare that on August 30, 2007, I served the attached ORDER GRANTING MATTEL, INC'S MOTION TO COMPEL BRYANT TO MAKE ORIGINAL DOCUMENTS AVAILABLE FOR EXPERT EXAMINATION AND TESTING in the within action by e-mail addressed as follows:

| | | |
|---|---|---|
| John W. Keker, Esq. | Keker & Van Nest | jkeker@kvn.com |
| Michael H. Page, Esq. | Keker & Van Nest | mhp@kvn.com |
| Christa Anderson, Esq. | Keker & Van Nest | cma@kvn.com |
| John E. Trinidad, Esq. | Keker & Van Nest | jtrinidad@kvn.com |
| John Quinn Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | johnquinn@quinnemanuel.com |
| Michael Zeller Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | michaelzeller@quinnemanuel.com |
| Jon Corey Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | joncorey@quinnemanuel.com |
| Duane Lyons Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | duanelyons@quinnemanuel.com |
| Timothy Alger Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | timalger@quinnemanuel.com |
| Dominic Surprenant Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | DominicSurprenant@QuinnEmanuel.com |
| B. Dylan Proctor Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | dylanproctor@quinnemanuel.com |
| Shane McKenzie Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | shanemckenzie@quinnemanuel.com |
| Bridget Hauler Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | bridgethauler@quinnemanuel.com |
| Tamar Buchakjian Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | tamarbuchakjian@quinnemanuel.com |
| Juan Pablo Alban, Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | juanpabloalban@quinnemanuel.com |
| Dale Cendali Esq. | O'Melveny & Myers LLP | dcendali@omm.com |
| Diana Torres Esq. | O'Melveny & Myers LLP | dtorres@omm.com |
| James Jenal Esq. | O'Melveny & Myers LLP | jjenal@omm.com |
| Alicia Meyer Esq. | O'Melveny & Myers LLP | ameyer@omm.com |
| Jennifer Glad Esq. | O'Melveny & Myers LLP | jglad@omm.com |
| David Hurwitz, Esq. | O'Melveny & Myers LLP | dhurwitz@omm.com |
| Johanna Schmitt Esq. | O'Melveny & Myers LLP | jschmitt@omm.com |
| Michael C. Keats, Esq. | O'Melveny & Myers LLP | mkeats@omm.com |
| Kendall Burr, Esq. | O'Melveny & Myers LLP | kburr@omm.com |
| Melanie Bradley, Esq. | O'Melveny & Myers LLP | mbradley@omm.com |
| Marvin Putnam, Jr., Esq. | O'Melveny & Myers LLP | mputnam@omm.com |
| William Charron, Esq. | O'Melveny & Myers LLP | wcharron@omm.com |
| Marc Feinstein, Esq. | O'Melveny & Myers LLP | mfeinstein@omm.com |
| Patricia Glaser Esq. | Christensen, Glaser, Fink, Jacobs, Weil & Shapiro, LLP | pglaser@chrisglase.com |

I declare under penalty of perjury under the laws of the Untied States of America that the above is true and correct.

Executed on August 30, 2007, at San Francisco, California.

_Sandra Chan_

Sandra Chan

EXHIBIT ____ A ____

PAGE ____ 11 ____

# EXHIBIT B

Re: Letter regarding Ms. Prince's notary book & stamp

## Diane Hutnyan

| | |
|---|---|
| **From:** | Michael Page [MPage@KVN.com] |
| **Sent:** | Monday, September 10, 2007 7:26 AM |
| **To:** | Daniel.Warren@sablaw.com; Diane Hutnyan; John E. Trinidad |
| **Cc:** | Michael T Zeller; DTorres@OMM.com |
| **Subject:** | Re: Letter regarding Ms. Prince's notary book & stamp |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Green |

Bryant does not object. I'm copying MGA's counsel, as they have not been included in this thread.

-----Original Message-----
From: Warren, Daniel J. <Daniel.Warren@sablaw.com>
To: Michael Page; dianehutnyan@quinnemanuel.com <dianehutnyan@quinnemanuel.com>; John E. Trinidad
CC: michaelzeller@quinnemanuel.com <michaelzeller@quinnemanuel.com>
Sent: Mon Sep 10 06:35:12 2007
Subject: RE: Letter regarding Ms. Prince's notary book & stamp

All,

Unless one of the parties is objecting to the production of the book again, please let me know where you agree that I should send it.

Dan Warren

---

From: Michael Page [mailto:MPage@KVN.com]
Sent: Sunday, September 09, 2007 12:27 AM
To: dianehutnyan@quinnemanuel.com; Warren, Daniel J.; John E. Trinidad
Cc: michaelzeller@quinnemanuel.com
Subject: Re: Letter regarding Ms. Prince's notary book & stamp

If Ms. Prince wants to make her property available to Mattel yet again, that is between her and Mattel. I see no reason why Keker and Van Nest needs to be inserted into the chain of custody.

-----Original Message-----
From: Diane Hutnyan <dianehutnyan@quinnemanuel.com>
To: daniel.warren@sablaw.com <daniel.warren@sablaw.com>; Michael Page; John E. Trinidad
CC: Michael T Zeller <michaelzeller@quinnemanuel.com>
Sent: Sat Sep 08 19:26:01 2007
Subject: Letter regarding Ms. Prince's notary book & stamp

Gentlemen: Please find attached correspondence, the text of which has also been reproduced below for your convenience.

Hope you are having a good weekend.

Diane

****
Gentlemen:

EXHIBIT _____ B _____

PAGE _____ 12 _____

3/16/2008

First, again, thank you for your cooperation in allowing the May inspection and photographing of Ms. Prince's notary book and stamp.

Attached is a Court order issued in our case by Discovery Master Infante about the examination by our forensic document examination experts of certain of Mr. Bryant's original documents. Pursuant to its terms, we will be picking up the listed materials between 9:00 a.m. and 11:00 a.m. p.d.t. on September 12 for up to 35 days of examination and analysis.

We are also interested in having our experts examine Ms. Prince's notary book and stamp, which I gather is currently back in Mr. Warren's custody in Georgia. Assuming that is the case, we request that the notary book and stamp again be sent to Keker & Van Nest such that it will be available for pick up on September 12 along with the other materials. We would be willing to abide by the terms of the Discovery Master's order with respect to the notary book and stamp, and to afford Ms. Prince and Mr. Warren the same rights with respect to these materials that Mr. Bryant and his counsel enjoy with respect to Mr. Bryant's originals. At the end of the period, the notary book and stamp would be returned to Keker & Van Nest so that they could be safely shipped back to you.

I look forward to hearing from you.

CIRCULAR 230 DISCLOSURE: To comply with Treasury Department regulations, we inform you that, unless otherwise expressly indicated, any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i)avoiding penalties that may be imposed under the Internal Revenue Code or any other applicable tax law, or (ii) promoting, marketing or recommending to another party any transaction, arrangement, or other matter.

The information contained in this message from Sutherland Asbill & Brennan LLP and any attachments are confidential and intended only for the named recipient(s). If you have received this message in error, you are prohibited from copying, distributing or using the information. Please contact the sender immediately by return email and delete the original message.

EXHIBIT _____ B_____

PAGE _____ 13_____

3/16/2008