SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3144
Tel.: (213) 687-5000 / Fax: (213) 687-5600:
tnolan@skadden.com
Attorneys for MGA Entertainment, Inc., et al.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>PLAINTIFF(S)<br><br>v.<br><br>MATTEL, INC., a Delaware corporation<br><br>DEFENDANT(S). | CASE NUMBER:<br>CV 04-9049 SGL (RNBx)<br><br><br>**NOTICE OF MANUAL FILING** |

**PLEASE TAKE NOTICE:**

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**

(1) EXHIBITS 6, 7 AND 8 OF THE DECLARATION OF ROBERT HERRINGTON IN SUPPORT OF MGA DEFENDANTS' MOTION FOR PROTECTIVE ORDER FROM MATTEL INC.'S NOTICE OF DEPOSITION OF LUCY ARANT;

(2) PROOF OF SERVICE;

(3) APPLICATION TO FILE UNDER SEAL;

(4) PROPOSED ORDER TO FILE UNDER SEAL

**Document Description:**

- ☐ Administrative Record
- ☒ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5 .4(h)
- ☒ Other

**Reason:**

- ☒ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☐ Per Court order dated _____
- ☐ Manual Filing required *(reason):*

G-92 (02/07)                    NOTICE OF MANUAL FILING

American LegalNet, Inc.
www.FormsWorkflow.com

March 17, 2008

Date

 

Thomas J. Nolan

Attorney Name

MGA ENTERTAINMENT, INC., et al.

Party Represented

Note:   File one Notice in each case, each time you manually file document(s).

American LegalNet, Inc.
www.FormsWorkflow.com