1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   John B. Quinn (Bar No. 090378)
2  (johnquinn@quinnemanuel.com)
   Michael T. Zeller (Bar No. 196417)
3  (michaelzeller@quinnemanuel.com)
   Jon D. Corey (Bar No. 185066)
4  (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California  90017-2543
   Telephone:  (213) 443-3000
6  Facsimile:  (213) 443-3100

7  Attorneys for Mattel, Inc.

8              UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10                  EASTERN DIVISION

11  CARTER BRYANT, an individual,        CASE NO. CV 04-9049 SGL (RNBx)
                                         Consolidated with
12              Plaintiff,               Case Nos. CV 04-09059 & CV 05-2727

13       vs.                            **DISCOVERY MATTER**

14  MATTEL, INC., a Delaware            **[To Be Heard By Discovery Master Hon.
    corporation,                        Edward Infante (Ret.) Pursuant To The**
15                                      **Court's Order of December 6, 2006]**
                Defendant.
16                                      MATTEL, INC.'S APPLICATION TO FILE
                                        UNDER SEAL PORTIONS OF REPLY IN
17  AND CONSOLIDATED ACTIONS            SUPPORT OF MATTEL, INC.'S MOTION
                                        TO COMPEL FURTHER DEPOSITION
18                                      OF MARGARET HATCH-LEAHY AND
                                        TO OVERRULE INSTRUCTIONS NOT
19                                      TO ANSWER AND FOR SANCTIONS;
                                        AND EXHIBITS 1 & 2 TO THE
20                                      DECLARATION OF STEPHEN HAUSS
                                        IN SUPPORT THEREOF
21
                                        [[Proposed] Order filed concurrently]
22
                                        Date:    TBA
23                                      Time:    TBA
                                        Place:   Telephonic
24
                                        **Phase 1**
25                                      Discovery Cut-Off:    January 28, 2008
                                        Pre-Trial Conference: May 5, 2008
26                                      Trial Date:           May 27, 2008

27

28

07209/2435672.1

                                MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1            Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order

2 entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully

3 requests that the Court order filed under seal certain portions of the Reply in support

4 of Mattel's Motion to Compel Further Deposition of Margaret Hatch-Leahy and to

5 Overrule Instructions Not to Answer and For Sanctions ("Reply"), and Exhibits 1 &

6 2 to the Declaration of Stephen Hauss in support of Mattel's Motion to Compel

7 Further Deposition of Margaret Hatch-Leahy and to Overrule Instructions Not to

8 Answer and For Sanctions ("Exhibits").

9            The Reply at 6:11-7:12; 12:19-20; 16:9-20; 16:23-17:7; 17:10-20;

10 18:11-12; 20:7-16; 20:19-21:11; 21:14-24:3; 24:6-21; and the Exhibits include

11 materials that MGA and/or Bryant have designated as "Confidential" or

12 "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order.

13 Accordingly, Mattel requests that the Court order these portions of the Reply and the

14 Exhibits be filed under seal.

15            In the alternative, Mattel requests that the Court declare that these

16 materials are outside the definitions of "Confidential" and "Confidential--Attorneys'

17 Eyes Only" as contained in the Stipulated Protective Order and order them to be

18 filed as part of the public record.

19

20 DATED:  March 17, 2008        QUINN EMANUEL URQUHART OLIVER &
                                        HEDGES, LLP

21

22                           By <u>/s/ Michael T. Zeller</u>

23                              Michael T. Zeller
                             Attorneys for Mattel, Inc.

24

25

26

27

28

-2-