QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Hon. Edward Infante (Ret.) Pursuant To The Court's Order of December 6, 2006]**<br><br>[PROPOSED] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL PORTIONS OF REPLY IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL FURTHER DEPOSITION OF MARGARET HATCH-LEAHY AND TO OVERRULE INSTRUCTIONS NOT TO ANSWER AND FOR SANCTIONS; AND EXHIBITS 1 & 2 TO THE DECLARATION OF STEPHEN HAUSS IN SUPPORT THEREOF<br><br>Date:   TBA<br>Time:   TBA<br>Place:  Telephonic<br><br>**Phase 1**<br>Discovery Cut-Off:     January 28, 2008<br>Pre-Trial Conference:  May 5, 2008<br>Trial Date:            May 27, 2008 |

07209/2421842.1

[PROPOSED] ORDER

## [~~PROPOSED~~] ORDER

Based on the concurrently filed Application to File Under Seal Portions of the Reply in Support of Mattel, Inc.'s Motion to Compel Further Deposition of Margaret Hatch-Leahy and to Overrule Instructions Not to Answer and For Sanctions, and Exhibits 1 & 2 to the Declaration of Stephen Hauss in Support Thereof, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

The Reply in support of Mattel, Inc.'s Motion to Compel Further Deposition of Margaret Hatch-Leahy and to Overrule Instructions Not to Answer and For Sanctions at 6:11-7:12, 12:19-20, 16:9-20, 16:23-17:7, 17:10-20, 18:11-12, 20:7-16, 20:19-21:11, 21:14-24:3, and 24:6-21; and Exhibits 1 & 2 to the Declaration of Stephen Hauss in support of Mattel, Inc.'s Motion to Compel Further Deposition of Margaret Hatch-Leahy and to Overrule Instructions Not to Answer and For Sanctions are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: MAR 17 2008 , 2008    _____
Hon. Stephen G. Larson
United States District Judge

07209/2421842.1