KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
jkeker@kvn.com
MICHAEL H. PAGE - #154913
mpage@kvn.com
CHRISTA M. ANDERSON - #184325
canderson@kvn.com
MATTHEW M. WERDEGAR - #200470
mwerdegar@kvn.com
JOHN E. TRINIDAD - #250468
jtrinidad@kvn.com
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff
CARTER BRYANT

BY FAX

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC. a Delaware Corporation,<br><br>Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC., v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No. CV 04-09049 SGL (RNBx) (consolidated with CV 04-9059 & 05-2727<br><br>**CARTER BRYANT'S APPLICATION TO FILE UNDER SEAL EXHIBITS A, B, C, and E TO THE DECLARATION OF REBEKAH PUNAK IN SUPPORT OF BRYANT'S OPPOSITION TO MATTEL, INC.'S MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER'S ORDERS**<br><br>[[Proposed] Order filed concurrently herewith]<br><br>Date: March 31, 2008<br>Time: 10:00 a.m.<br><br>Dept: Courtroom 1<br>Judge: Hon. Stephen G. Larson<br><br>Date Comp. Filed: April 13, 2005<br><br>Discovery Cut-Off: Jan. 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

CARTER BRYANT'S APPLICATION TO FILE UNDER SEAL EXHIBITS A, B, C AND E TO THE DECLARATION OF REBEKAH PUNAK IN SUPPORT OF BRYANT'S OPPOSITION TO MATTEL, INC.'S MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER'S ORDERS
CASE NO. CV 04-09049 SGL (RNBx)

413269.01

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by
2  the Court in this action, Carter Bryant ("Bryant") hereby respectfully requests that
3  the Court order filed under seal Exhibits A, B, C, and E to the Declaration of
4  Rebekah Punak in support of Bryant's Opposition to Mattel, Inc.'s Motion
5  Objecting to Portions of Discovery Master's (1) February 15, 2008 Order; and (2)
6  February 20 Order ("Punak Declaration").

7  The Punak Declaration attaches as Exhibits A, B, C, and E documents that
8  have been designated as "Confidential" or "Confidential—Attorneys Eyes Only"
9  pursuant to the Protective Order that governs this case. Accordingly, Bryant
10 requests that the Court order that Exhibits A, B, C, and E to the Punak Declaration
11 be filed under seal.

Respectfully submitted,

Dated: March 17, 2008          KEKER & VAN NEST, LLP

By: _____
REBEKAH PUNAK
Attorneys for Plaintiff
CARTER BRYANT

1
CARTER BRYANT'S APPLICATION TO FILE UNDER SEAL EXHIBITS A, B, C AND E TO THE
DECLARATION OF REBEKAH PUNAK IN SUPPORT OF BRYANT'S OPPOSITION TO MATTEL, INC.'S
MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER'S ORDERS
CASE NO. CV 04-09049 SGL (RNBx)

413269.01