**QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP**
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>    Plaintiff,<br><br>  vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>    Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>APPLICATION TO FILE UNDER SEAL: (1) MATTEL, INC.'S REPLY IN SUPPORT OF MOTION TO COMPEL MGA ENTERTAINMENT, INC., MGA ENTERTAINMENT (HK) LIMITED, AND ISAAC LARIAN TO RESPOND TO MATTEL, INC.'S FIRST SET OF REQUESTS FOR ADMISSION PROPOUNDED TO MGA ENTERTAINMENT, INC.; CARTER BRYANT; MGA ENTERTAINMENT (HK)LIMITED; AND ISAAC LARIAN; (2) CONSOLIDATED SEPARATE STATEMENT NO. 1 IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL MGA ENTERTAINMENT, INC., MGA ENTERTAINMENT (HK) LIMITED, ISAAC LARIAN TO RESPOND TO MATTEL, INC.'S FIRST SET OF REQUESTS FOR ADMISSION PROPOUNDED TO MGA ENTERTAINMENT, INC.; CARTER BRYANT; MGA ENTERTAINMENT (HK)LIMITED; AND ISAAC LARIAN; AND (3) EXHIBIT 2 TO THE SUPPLEMENTAL DECLARATION OF B. DYLAN PROCTOR<br><br>[Local Rule 79-5.1]<br><br>**Phase 1**<br>Discovery Cut-Off:     Jan. 28, 2008<br>Pre-Trial Conference:  May 5, 2008<br>Trial Date:            May 27, 2008 |

ORIGINAL

07209/2435795.1

APPLICATION TO FILE UNDER SEAL

**Application to File Under Seal**

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order the following documents filed under seal: (1) Mattel, Inc.'s Reply In Support Of Motion To Compel MGA Entertainment, Inc., MGA Entertainment (HK) Limited, and Isaac Larian To Respond To Mattel, Inc.'s First Set Of Requests For Admission Propounded To MGA Entertainment, Inc.; Carter Bryant; MGA Entertainment (HK) Limited; and Isaac Larian (the "Reply Brief"); (2) Consolidated Separate Statement No. 1 In Support of Mattel, Inc.'s Motion to Compel MGA Entertainment, Inc., MGA Entertainment (HK) Limited, Isaac Larian to Respond To Mattel, Inc.'s First Set of Requests For Admission Propounded To MGA Entertainment, Inc.; Carter Bryant; MGA Entertainment (HK) Limited; and Isaac Larian (the "Separate Statement"); and (3) Exhibit 2 To The Supplemental Declaration of B. Dylan Proctor (the "Proctor Exhibit").

The Reply Brief and the Separate Statement quote from documents that MGA Entertainment, Inc. ("MGA"), MGA Entertainment (HK) Limited and Isaac Larian have designated as "Confidential-Attorneys' Eyes Only" pursuant to the Protective Order. Additionally, the Proctor Exhibit contains materials designated by MGA as "Confidential-Attorneys' Eyes Only." Mattel respectfully requests that the Court order that the Reply Brief, the Separate Statement and the Proctor Exhibit be filed under seal.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

In the alternative, Mattel requests that the Court declare the Reply Brief, the Separate Statement and the Proctor Exhibit to be outside the definition of "Confidential-Attorneys' Eyes Only" as contained in the Stipulated Protective Order and order it to be lodged as part of the public record.

DATED: March 17, 2008         QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

                              By _____
                              B. Dylan Proctor
                              Attorneys for Mattel, Inc.