QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys Mattel, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case Nos. CV 04-09059 and CV 05-02727<br><br>**PROOF OF SERVICE**<br><br>Hearing Date: TBA<br>Time: TBA<br>Place: Telephonic<br><br>**Phase 1**<br>Discovery Cut-off: January 28, 2008<br>Pre-trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

**ORIGINAL**

07209/2430057.1

-1-                                     Case No. CV 04-9049 SGL (RNBx)
                                        PROOF OF SERVICE

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is NOW LEGAL SERVICE, 1301 W. 2nd Street, Suite 206, Los Angeles, California 90026.

On March 13, 2008, I served true copies of the following documents described as:

## LIST OF DOCUMENTS

on the parties in this action as follows:

Thomas Nolan, Esq.
Carl Roth, Esq.
**SKADDEN ARPS SLATE MEAGHER & FLOM, LLP**
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071

Mark E. Overland, Esq.
Alexander H. Cote
**OVERLAND BORENSTEIN SCHEPER & KIM LLP**
300 South Grand Avenue, Suite 2750
Los Angeles, CA 90071-3144

[√]   **BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 13, 2008, at Los Angeles, California.

_____
NOW LEGAL – Dave Quintana

07209/2430057.1

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017.

On March 13, 2008, I served true copies of the following documents described as:

## LIST OF DOCUMENTS

on the parties in this action as follows:

| | |
|---|---|
| John W. Keker, Esq.<br>Michael H. Page, Esq.<br>Christina M. Anderson, Esq.<br>**Keker & Van Nest, LLP**<br>710 Sansome Street<br>San Francisco, CA 94111 | |

[√] **BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 13, 2008, at Los Angeles, California.

*Suzanne Johnson*
Suzanne Johnson

07209/2430057.1

-3-

Case No. CV 04-9049 SGL (RNBx)
PROOF OF SERVICE

## DOCUMENT LIST

1. MATTEL, INC.'S REPLY IN SUPPORT OF MOTION TO COMPEL MGA ENTERTAINMENT, INC., MGA ENTERTAINMENT (HK) LIMITED, AND ISAAC LARIAN TO RESPOND TO MATTEL, INC.'S FIRST SET OF REQUESTS FOR ADMISSION PROPOUNDED TO MGA ENTERTAINMENT, INC.; CARTER BRYANT; MGA ENTERTAINMENT (HK)LIMITED; AND ISAAC LARIAN

2. SUPPLEMENTAL DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S REPLY IN SUPPORT OF MOTION TO COMPEL MGA ENTERTAINMENT, INC., MGA ENTERTAINMENT (HK) LIMITED, AND ISAAC LARIAN, TO RESPOND TO MATTEL, INC.'S FIRST SET OF REQUESTS FOR ADMISSION PROPOUNDED TO MGA ENTERTAINMENT, INC.; CARTER BRYANT; MGA ENTERTAINMENT (HK)LIMITED; AND ISAAC LARIAN

3. PROOF OF SERVICE