1 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
2 | johnquinn@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
3 | (michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
4 | (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
5 | Los Angeles, California 90017-2543
Telephone: (213) 443-3000
6 | Facsimile: (213) 443-3100

7 | Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
|---|---|
| Plaintiff, | Consolidated with Case Nos. CV 04-09059 and CV 05-02727 |
| vs. | **PROOF OF SERVICE** |
| MATTEL, INC., a Delaware corporation, | Hearing Date: TBA<br>Time: TBA<br>Place: Telephonic |
| Defendant. | **Phase 1** |
| AND CONSOLIDATED ACTIONS | Discovery Cut-off: January 28, 2008<br>Pre-trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

**ORIGINAL**

07209/2391708.1

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On March 17, 2008, I served true copies of the following document(s) described as

**1) MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL: (1) MATTEL, INC.'S REPLY; (2) CONSOLIDATED SEPARATE STATEMENT NO. 1 ; AND (3) EXHIBIT 2 TO THE SUPPLEMENTAL DECLARATION OF B. DYLAN PROCTOR**

**2) [PROPOSED] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL: (1) MATTEL, INC.'S REPLY; (2) CONSOLIDATED SEPARATE STATEMENT NO. 1 ; AND (3) EXHIBIT 2 TO THE SUPPLEMENTAL DECLARATION OF B. DYLAN PROCTOR**

**3) PROOF OF SERVICE**

on the parties in this action as follows:

| | |
|---|---|
| Thomas J. Nolan<br>**Skadden, Arps, Slate, Meagher & Flom LLP**<br>300 South Grand Ave., Ste. 3400<br>Los Angeles, CA 90071 | Mark E. Overland<br>David C. Scheper<br>Alexander H. Cote<br>**Overland Borenstein Scheper & Kim LLP**<br>300 South Grand Avenue, Suite 2750<br>Los Angeles, CA 90071 |

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 17, 2008, at Los Angeles, California.

*[signature]*
NOW LEGAL -- Dave Quintana

07209/2391708.1                           -2-

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017.

On March 17, 2008, I served true copies of the following documents described as:

**1) MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL: (1) MATTEL, INC.'S REPLY; (2) CONSOLIDATED SEPARATE STATEMENT NO. 1; AND (3) EXHIBIT 2 TO THE SUPPLEMENTAL DECLARATION OF B. DYLAN PROCTOR**

**2) [PROPOSED] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL: (1) MATTEL, INC.'S REPLY; (2) CONSOLIDATED SEPARATE STATEMENT NO. 1; AND (3) EXHIBIT 2 TO THE SUPPLEMENTAL DECLARATION OF B. DYLAN PROCTOR**

**3) PROOF OF SERVICE**

on the parties in this action as follows:

John W. Keker, Esq.
Michael H. Page, Esq.
Christina M. Anderson, Esq.
**Keker & Van Nest, LLP**
710 Sansome Street
San Francisco, CA 94111

[√] **BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 17, 2008, at Los Angeles, California.

*Suzanne Johnson*
Suzanne Johnson