QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>[To Be Heard By Discovery Master Hon. Edward Infante (Ret.) Pursuant To The Court's Order Of December 6, 2006]<br><br>[PUBLIC REDACTED] DECLARATION OF CYRUS S. NAIM IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL ADDITIONAL DEPOSITION TESTIMONY AND PRODUCTION OF DOCUMENTS BY VERONICA MARLOW<br><br>Date:  TBA<br>Time:  TBA<br>Place:  Telephonic<br><br>**Phase 1:**<br>Discovery Cut-off:  January 28, 2008<br>Pre-trial Conference:  April 21, 2008<br>Trial Date:  May 27, 2008 |

07209/2433739.1

NAIM DEC ISO MATTEL'S MOTION TO COMPEL MARLOW DEPOSITION

## DECLARATION OF CYRUS S. NAIM

I, Cyrus S. Naim, declare as follows:

1. I am a member of the bar of the State of California and an associate at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. Attached as Exhibit 1 is a true and correct copy of excerpts of the Deposition Transcript of Veronica Marlow, dated December 28, 2007.

3. Attached as Exhibit 2 is a true and correct copy of excerpts of the transcript of the interview of Ana Cabrera, dated January 2, 2008.

4. Attached as Exhibit 3 is a true and correct copy of excerpts of the transcript of the interview of Beatriz Morales, dated January 14, 2008.

5. A review of the transcript of the interview of Ana Cabrera dated January 2, 2008 showed that she stated that she had or may have worked on fashions for 73 different Bratz dolls.

6. A review of the transcript of the interview of Beatriz Morales dated January 14, 2008 showed that she stated that she had or may have worked on fashions for 50 different Bratz dolls.

7. During the interview of Ana Cabrera dated January 3, 2008, Ms. Cabrera provided Mattel various time sheets and receipts for payment that she had received from Veronica Marlow for her work on Bratz. The parties are currently meeting and conferring on these documents, and as a result they have not yet been produced. Christian Dowell, counsel for Veronica Marlow, was provided an informal copy of these documents during a meeting on March 3, 2008. Most of these time sheets and payment receipts have not been produced by Veronica Marlow, or any other party in this action.

8. During the interview of Ana Cabrera dated January 3, 2008, Cabrera looked through her various records of payments from Veronica Marlow

1 | with Mattel's agents. A review of that transcript shows that she has records of
2 | payment for a total of approximately $109,489.
3 |     9.    Attached as Exhibit 4 is a true and correct copy of the Discovery
4 | Master's Order Denying Mattel's Ex Parte Application to Strike Carter Bryant's
5 | Motion to Compel Responses to Discovery Requests; Setting Briefing Schedule,
6 | dated February 25, 2008.
7 |
8 | I declare under penalty of perjury under the laws of the United States of
9 | America that the foregoing is true and correct.
10 | Executed this 14th day of March, 2008, at Los Angeles, California.
11 |
12 | /s/ Cyrus S. Naim
13 | Cyrus S. Naim