**EXHIBIT 1**

**THIS EXHIBIT IS FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

**EXHIBIT 2**

**THIS EXHIBIT IS FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

**EXHIBIT 3**

**THIS EXHIBIT IS FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

**EXHIBIT 4**

```
 1  Hon. Edward A. Infante (Ret.)
    JAMS
 2  Two Embarcadero Center
    Suite 1500
 3  San Francisco, California 94111
    Telephone:  (415) 774-2611
 4  Facsimile:  (415) 982-5287
 5
 6
 7
 8              UNITED STATES DISTRICT COURT
 9              CENTRAL DISTRICT OF CALIFORNIA
10                    EASTERN DIVISION
11
12  CARTER BRYANT, an individual,    CASE NO. CV 04-09049 SGL (RNBx)
                                     JAMS Reference No. 1100049530
13           Plaintiff,
14        v.                         Consolidated with
                                     Case No. CV 04-09059
15  MATTEL, INC., a Delaware         Case No. CV 05-2727
    corporation,
16                                   ORDER DENYING MATTEL'S EX
             Defendant.               PARTE APPLICATION TO STRIKE
17                                   CARTER BRYANT'S MOTION TO
                                     COMPEL RESPONSES TO
18                                   DISCOVERY REQUESTS; SETTING
                                     BRIEFING SCHEDULE
19
20  CONSOLIDATED WITH
    MATTEL, INC. v. BRYANT and
21  MGA ENTERTAINMENT, INC. v. MATTEL, INC.
```

Bryant v. Mattel, Inc.,
CV-04-09049 SGL (RNBx)

1

EXHIBIT 4

2/25/08 PAGE 80

1  On February 12, 2008, Mattel, Inc. ("Mattel") submitted an "Ex Parte Application (1) To Strike Carter Bryant's Motion To Compel Responses To Discovery Requests, And (2) To Stay Time for Filing Any Opposition Thereto Pending Review." Mattel contends that Carter Bryant's Motion to Compel Responses to Discovery Requests ("Motion") should be stricken as untimely because it was filed past the January 28, 2008 Phase One discovery cut-off date. On February 13, 2008, Carter Bryant ("Bryant") submitted an opposition to Mattel's ex parte application. On February 14, 2008, Mattel submitted a reply. Having considered all of the parties' briefs, Mattel's ex parte application to strike Bryant's Motion is denied.

The scheduling order issued by Judge Larson established January 28, 2008 as the discovery cut-off date. Although the order did not specify that January 28, 2008 was also the deadline for filing discovery motions, it is common practice among litigation counsel to use the discovery cut-off date as the discovery motion cut-off date when the local rules do not specify otherwise. Indeed, the parties' practice in this case strongly suggests that the parties understood that discovery motions should be filed by January 28, 2008.

Nevertheless, there are a few factors that weigh in favor of treating Bryant's Motion as timely filed. First, Bryant did not unduly delay filing his Motion, but instead acted diligently under the circumstances. Bryant served the interrogatories, requests for admission and document requests that are the subject of his Motion to Compel on December 26, 2007. On January 30, 2008, Bryant received Mattel's responses and requested a meet and confer conference. As soon as the parties met and conferred, Bryant filed his Motion to Compel. Bryant's motion was on file nine days after receiving Mattel's responses and eleven days after the January 28, 2008 discovery cut-off. Second, there is sufficient time left in the pre-trial schedule for the parties to address the merits of Bryant's Motion. Expert discovery is ongoing and the trial for Phase 1 is scheduled for May of 2008. Third, the prejudice to Mattel caused by Bryant's relatively brief delay in filing his Motion can be minimized by resetting the briefing schedule to allow Mattel reasonable time to respond substantively to the Motion.

Accordingly, Mattel's ex parte application to strike is denied. Mattel shall file and serve

Bryant v. Mattel, Inc.,
CV-04-09049 SGL (RNBx)

2

EXHIBIT 4
PAGE 81

1  an opposition addressing the merits of Bryant's Motion to compel no later than March 4, 2008.
2  Bryant may file and serve a reply no later than March 10, 2008. Pursuant to Paragraph 6 of the
3  Stipulation and Order for Appointment of a Discovery Master, Mattel shall file this Order with
4  the Clerk of Court forthwith.

6  Dated: February 25, 2008

_____
HON. EDWARD A. INFANTE (Ret.)
Discovery Master

Bryant v. Mattel, Inc.,
CV-04-09049 SGL (RNBx)

EXHIBIT 4

PAGE 82

3

## PROOF OF SERVICE BY E-MAIL

I, Sandra Chan, not a party to the within action, hereby declare that on February 25, 2008, I served the attached ORDER DENYING MATTEL'S EX PARTE APPLICATION TO STRIKE CARTER BRYANT'S MOTION TO COMPEL RESPONSES TO DISCOVERY REQUESTS; SETTING BRIEFING SCHEDULE in the within action by email addressed as follows:

| Name | Firm | Email |
|---|---|---|
| John W. Keker, Esq. | Keker & Van Nest | jkeker@kvn.com |
| Michael H. Page, Esq. | Keker & Van Nest | mhp@kvn.com |
| Christa Anderson, Esq. | Keker & Van Nest | cma@kvn.com |
| Matthew M. Werdegar, Esq. | Keker & Van Nest | mwerdegar@kvn.com |
| John E. Trinidad, Esq. | Keker & Van Nest | ltrinidad@kvn.com |
| Audrey Walton-Hadlock, Esq. | Keker & Van Nest | awalton-hadlock@kvn.com |
| John Quinn Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | johnquinn@quinnemanuel.com |
| Michael Zeller Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | michaelzeller@quinnemanuel.com |
| Jon Corey Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | joncorey@quinnemanuel.com |
| Duane Lyons Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | duanelyons@quinnemanuel.com |
| Timothy Alger Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | timalger@quinnemanuel.com |
| Dominic Surprenant Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | DominicSurprenant@QuinnEmanuel.com |
| B. Dylan Proctor Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | dylanproctor@quinnemanuel.com |
| Shane McKenzie Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | shanemckenzie@quinnemanuel.com |
| Bridget Hauler Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | bridgethauler@quinnemanuel.com |
| Tamar Buchakjian Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | tamarbuchakjian@quinnemanuel.com |
| Juan Pablo Alban, Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | juanpabloalban@quinnemanuel.com |
| John Gordon | Quinn, Emanuel, Urquhart, Oliver & Hedges | johngordon@quinnemanuel.com |
| Thomas J. Nolan, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | tnolan@skadden.com |
| Raoul D. Kennedy, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | rkennedy@skadden.com |
| Amy S. Park, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | apark@skadden.com |
| Harriet S. Posner, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | hposner@skadden.com |
| Carl Alan Roth, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | croth@skadden.com |
| Timothy A. Miller, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | tmiller@skadden.com |
| Marcus R. Mumford, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | Mmumford@skadden.com |
| Paul M. Eckles, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | Paul.eckles@skadden.com |
| Lance A. Etcheverry, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | Lance.etcheverry@skadden.com |
| Robert J. Herrington, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | Robert.herrington@skadden.com |

I declare under penalty of perjury under the laws of the Untied States of America that the above is true and correct.

Executed on February 25, 2008, at San Francisco, California.

_____
Sandra Chan

EXHIBIT 4

PAGE 83