## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual, <br> PLAINTIFF(S) <br> v. <br> MATTEL, INC., a Delaware corporation <br> DEFENDANT(S). | CASE NUMBER <br> CV 04-9049-SGL (RNBx) <br><br> **NOTICE OF CHANGE OF ATTORNEY INFORMATION** |

**The following information must be provided:**

I, __Nathan D, Meyer__ , __239850__ , __nmeyer@kayescholer.com__
       *Name*                              *CA Bar ID Number*              *E-mail Address*

☐ am counsel of record or ☐ out-of-state attorney in the above-entitled cause of action for the following party(s) counsel for non-party Kaye Scholer LLP

and am requesting the following change(s):

***SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:***

☐ TO UPDATE NAME OR FIRM INFORMATION:
  ☐ I am providing the following new information pursuant to Local Rule 83-2.7 to be updated on the above-entitled cause of action.
       PROVIDE ONLY THE INFORMATION THAT HAS CHANGED
  Attorney Name changed to _____
  New Firm/Government Agency Name _____
  New Address _____
  New Telephone Number _____ New Facsimile Number _____
  New E-mail address _____

☐ TO BE ADDED AS COUNSEL OF RECORD: CHECK ONE BOX
  ☐ I am counsel of record in the above-entitled action and should have been added to the docket in this case. I made my first appearance in this case on _____
  ☐ This constitutes my Notice of Appearance to appear as counsel of record for the party(s) listed above in the above-entitled action.
IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A NOTICE OF ASSOCIATION SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE, G-64 MUST BE FILED.

  Attorney Name _____ CA State Bar Number _____
  Firm/Government Agency Name _____
  Address: _____
  Telephone Number _____ Facsimile Number _____
  E-mail address _____

☑ **TO BE REMOVED FROM THE CASE: \*\***
I am no longer counsel of record in the above-entitled cause of action.
**CHECK ONE BOX**
- ☐ The order relieving me as counsel of record was filed on: _____.

- ☐ There is/are other attorney(s) from my current law firm/government agency who are counsel of record in this case.

- ☑ I am no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this case.

\*\*This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Rule 83-2.9 and form G-01, *Request for Substitution of Attorney* and G-01ORDER, *Order on Request for Substitution of Attorney*. At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated above in this action.

Date: 3/17/08

*Attorney Signature*

PLEASE NOTE: The information provided in this Notice will be used to update the above-entitled case only. A separate Notice must be completed for each case said change(s) is to be made. See Local Rule 83-2.7.

KAYE SCHOLER LLP
POS by Mail/State Court 9/90

|   |   |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | STATE OF CALIFORNIA ) |
|   | ) ss |
| 3 | COUNTY OF LOS ANGELES ) |

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is KAYE SCHOLER LLP, 1999 Avenue of the Stars, Suite 1700, Los Angeles, California 90067.

On **March 18, 2008**, I served the foregoing document described as follows: **NOTICE OF CHANGE OF ATTORNEY** by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| John B. Quinn, Esq.<br>Michael T. Zeller, Esq.<br>Jon D. Corey, Esq.*<br>Quinn Emanuel Urquhart Oliver & Hedges, LLP<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017 | Alan N. Goldberg<br>Stern & Goldberg<br>6345 Balboa Blvd., Suite 200<br>Encino, Ca 91316 |
| Larry McFarland, Esq.<br>Keats, McFarland & Wilson, LLP<br>9720 Wilshire Blvd.,<br>Penthouse Suite<br>Beverly Hills, CA 90212 | Alisa Morgenthaler Lever<br>Christensen, Glaser, Fink, Jacobs, Weil & Shapiro LLP<br>10250 Constellation Blvd., 19th Floor<br>Los Angeles, CA 90067 |

[X]        **BY ELECTRONIC SERVICE**

[ ]        **BY PERSONAL SERVICE** I caused such envelope to be delivered :

    ____ by hand to the addressee.
    ____ and left it at the offices of the addressee with a clerk or other person in charge thereof.
    ____ and left it in a conspicuous place in the offices of the addressee.

[ ]        **BY FACSIMILE** The above-referenced documents (without exhibits and attachments thereto) were transmitted via facsimile transmission to the addressee(s) as indicated above on the date thereof. The transmission was reported as completed and without error. Executed on **March 18, 2008** at Los Angeles, California.

[XXX]   **BY U.S. MAIL** (I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.) Executed on **March 18, 2008** at Los Angeles, California.

1

[ ]  **BY FEDERAL EXPRESS**  I am readily familiar with KAYE SCHOLER LLP's business practices of collecting and processing items for pick-up and next business day delivery by Federal Express. Under said practices, items to be delivered the next business day are either picked up by Federal Express or deposited in a box or other facility regularly maintained by Federal Express in the ordinary course of business on that same day with the cost thereof billed to KAYE SCHOLER LLP's account. I placed such sealed envelope for delivery by Federal Express to the offices of the addressee(s) as above on the date hereof following ordinary business practices.)  Executed on **March 18, 2008** at Los Angeles, California.

[]  **STATE**  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[XXX ]  **FEDERAL**  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **March 18, 2008** at Los Angeles, CA

Vickie J. Huntley

2