QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case Nos. CV 04-09059 and CV 05-02727<br><br>DISCOVERY MATTER<br>[To Be Heard By Discovery Master Hon. Edward Infante (Ret.) Pursuant To The Court's Order Of December 6, 2006]<br><br>[PUBLIC REDACTED] DECLARATION OF DIANE C. HUTNYAN IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA DEFENDANTS' EX PARTE APPLICATION FOR AN ORDER EXTENDING THE MARCH 17 DEADLINE FOR MGA TO SERVE ITS REBUTTAL EXPERT REPORT CONCERNING MS. PRINCE'S NOTARY BOOK OR, IN THE ALTERNATIVE, PRECLUDING MATTEL FROM INTRODUCING ANY EXPERT EVIDENCE REGARDING ITS EXAMINATION OF THE NOTARY BOOK<br><br>Date: TBA<br>Time: TBA<br>Place: TBA<br><br>Phase 1:<br>Discovery Cut-off:     January 28, 2008<br>Pre-trial Conference:  April 21, 2008<br>Trial Date:                   May 27, 2008 |

07209/2437122.1

HUTNYAN DEC ISO MATTEL'S MEMORANDUM RE INVESTIGATION OF CABRERA AND MORALES

# DECLARATION OF DIANE C. HUTNYAN

I, Diane C. Hutnyan, declare as follows:

1. I am a member of the bar of the State of California and a member of Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. The originals of at least 16 of Bryant's drawings have unexplained plug holes in them. Attached as Exhibit 1 is a true and correct copy of photocopies and photographs of documents produced by Carter Bryant with plugs removed.

3. Attached as Exhibit 2 is a true and correct copy of Mattel's Inc.'s Notice of Motion and Motion for Appointment of Expert Witnesses; and Memorandum of Points and Authorities dated June 19, 2006.

4. Attached as Exhibit 3 is a true and correct copy of Carter Bryant's Opposition to Mattel, Inc.'s Motion to Compel Bryant to Make Original Documents Available for Expert Testing and for Sanctions.

5. Attached as Exhibit 4 is a true and correct copy of the Discovery Master's Order Granting Mattel, Inc.'s Motion to Compel Bryant to Make Original Documents Available for Expert Examination and Testing, dated August 30, 2007.

6. Attached as Exhibit 5 is a true and correct copy of excerpts of the Hearing Transcript dated August 23, 2007.

7. Attached as Exhibit 6 is a true and correct copy of the *In Camera* Declaration #1 of Dr. Valery Aginsky As To Expert Examination And Testing Of Bryant's Original Documents, dated August 28, 2007.

8. Following the Discovery Master's August 30, 2007, Order, Mattel conducted non-destructive testing of eight boxes of documents provided by Carter Bryant. The non-destructive examination proceeded according to the August 30, 2007 Order and without any objection by Bryant or MGA.

1        9.    Attached as Exhibit 7 is a true and correct copy of a letter from Diane Hutnyan to Michael Page and Timothy Miller, dated December 13, 2007.

10.    Attached as Exhibit 8 is a true and correct copy of the Stipulation and Order dated January 11, 2008.

11.    Attached as Exhibit 9 is a true and correct copy of a letter from Diane Hutnyan to Daniel Warren, dated December 13, 2007.

12.    Attached as Exhibit 10 is a true and correct copy of a letter from Carl Alan Roth to Diane Hutnyan, dated December 20, 2007.

13.    Attached as Exhibit 11 is a true and correct copy of a letter from Diane Hutnyan to Daniel Warren, dated December 25, 2007.

14.    Attached as Exhibit 12 is a true and correct copy of an email from Daniel Warren to Diane Hutnyan, dated December 26, 2007.

15.    Attached as Exhibit 13 is a true and correct copy of a letter from Carl Roth to Diane Hutnyan dated December 26, 2007.

16.    Attached as Exhibit 14 is a true and correct copy of an email chain between me and Ryan Weinstein with six emails, starting with one that was sent on December 28, 2007 at 11:00 a.m. all relating to Mattel's proposed testing of the Prince notary book.

17.    Attached as Exhibit 15 is a true and correct copy of an email from Ryan Weinstein to Diane Hutnyan dated January 3, 2008 at 9:44 A.M.

18.    The testing of Ms. Prince's notary book was a relatively small project in comparison to the other examinations, amounting to less than 60 hypodermic-needle-sized microplugs from two pages. In advance of the ink sampling, I notified Mr. Warren and the parties of Mattel's intent to have its Court-approved expert, Dr. Aginsky, take the samples. Mr. Warren and MGA agreed with it, so long as MGS's consultant, Mr. Speckin, was permitted to attend and object as with the paper sampling. The notary book was returned to Mr. Warren in the same

condition it had arrived in with the exception of the agreed-upon microplugs that had been taken.

19. During the time that Dr. Aginsky had custody of the notary book, all parties' counsel were aware that he had it, as was Mr. Warren, Ms. Prince's counsel, and no one objected to that, or even asked for it.

20. Attached as Exhibit 16 is a true and correct copy of excerpts of the deposition transcript of Jacqueline Ramona Prince, dated December 21, 2004.

21. Attached as Exhibit 17 is a true and correct copy of deposition exhibit number 61.

22. Attached as Exhibit 18 is a true and correct copy of documents produced by Carter Bryant in this action and Bates numbered Bryant 00928-00929.

23. Attached as Exhibit 19 is a true and correct copy of excerpts from Deposition Transcript of Carter Bryant Deposition, dated November 5, 2004.

24. Attached as Exhibit 20 is a true and correct copy of the Court Order dated August 9, 2006.

25. Attached as Exhibit 21 is a true and correct copy of the Declaration of Erich J Speckin, dated July 21, 2006.

26. Attached as Exhibit 22 is a true and correct copy of the Second Notice of Deposition of MGA Entertainment, Inc. Pursuant to Federal Rule of Civil Procedure 30(b)(6), dated February 1, 2007.

27. Attached as Exhibit 23 is a true and correct copy of the Court Order dated January 8, 2008.

28. Attached as Exhibit 24 is a true and correct copy of excerpts from Deposition Transcript of Lisa Tonnu, dated January 17, 2008.

29. Attached as Exhibit 25 is a true and correct copy of excerpts from Deposition Transcript of Lisa Tonnu, dated January 24, 2008.

30. Attached as Exhibit 26 is a true and correct copy of deposition exhibit number 1723.

| | |
|---|---|
| 1 | 31. Attached as Exhibit 27 is a true and correct copy of deposition |
| 2 | exhibit number 1747. |
| 3 | 32. Attached as Exhibit 28 is a true and correct copy of deposition |
| 4 | exhibit number 1748. |
| 5 | 33. Attached as Exhibit 29 is a true and correct copy of deposition |
| 6 | exhibit number 1750. |
| 7 | 34. Attached as Exhibit 30 is a true and correct copy of deposition |
| 8 | exhibit number 1751. |
| 9 | 35. Attached as Exhibit 31 is a true and correct copy of deposition |
| 10 | exhibit number 1752. |
| 11 | 36. Attached as Exhibit 32 is a true and correct copy of a letter from |
| 12 | Ryan Weinstein to Daniel Warren, dated February 18, 2008. |
| 13 | 37. Attached as Exhibit 33 is a true and correct copy of a letter from |
| 14 | Diane Hutnyan to Daniel Warren, dated February 18, 2008. |
| 15 | 38. Attached as Exhibit 34 is a true and correct copy of a letter from |
| 16 | Diane Hutnyan to Ryan Weinstein and Daniel Warren, dated February 21, 2008. |
| 17 | 40. Attached as Exhibit 36 is a true and correct copy of an email to |
| 18 | Daniel Warren from Diane Hutnyan, dated February 22, 2008. |
| 19 | 41. Attached as Exhibit 37 is a true and correct copy of an email |
| 20 | from Ryan Weinstein to Diane Hutnyan, dated February 27, 2008, enclosing MGA's |
| 21 | proposed stipulation. |
| 22 | 42. Attached as Exhibit 38 is a true and correct copy of an email |
| 23 | from Diane C. Hutnyan to Matthew Sloan and copying Ryan Weinstein, dated |
| 24 | February 28, 2008. |
| 25 | 43. Attached as Exhibit 39 is a true and correct copy of a letter from |
| 26 | Ryan Weinstein to Diane Hutnyan, dated February 28, 2008. |
| 27 | 44. Attached as Exhibit 40 is a true and correct copy of a letter from |
| 28 | Diane Hutnyan to Ryan Weinstein dated March 3, 2008. |

45. Attached as Exhibit 41 is a true and correct copy of a letter from Matthew Sloan to Diane Hutnyan, attaching a revised proposed stipulation, dated March 3, 2008. The new version of the stipulation had the same deficiencies I had previously identified, but now also included a 35-day period for MGA to keep custody of the notary book. Mr. Sloan's letter stated that if Mattel would not agree to the new stipulation "as is" within 18 hours, MGA would subpoena the notary book directly and initiate the sampling and testing despite MGA's lack of Court authorization.

46. No reason was provided for the 35-day time period that was added to the revised stipulation. Attached as Exhibit 42 is a true and correct copy of copy of my response letter to Mr. Weinstein and Mr. Sloan, dated March 5, 2008. In it, I asked why MGA felt it needed 35 days for the sampling and testing. Neither of them responded to my inquiry. I believe MGA's intent was to keep Mattel from having access to the book for any rebuttal-related examination, or to subject the notary book to sampling and/or testing by other unnamed "experts," or both.

47. Attached as Exhibit 43 is a true and correct copy of a subpoena, dated March 5, 2008, that was issued by MGA to Jacqueline Prince c/o Daniel Warren.

48. Attached as Exhibit 44 is a true and correct copy of a letter from Matthew Sloan to Diane Hutnyan dated March 6, 2008.

49. Attached as Exhibit 45 is a true and correct copy of an email from Matt Sloan to Michael Zeller dated March 9, 2008.

50. MGA only told Dr. Lyter not to remove plugs from the notary book after Mattel announced it was filing an ex parte application for a protective order.

51. On January 4, 2008, MGA's consultant, Jason Harner, observed while microplugs were taken from pages 11 and 12 of the notary book.

52. Attached as Exhibit 46 is a true and correct copy of an email from Ryan Weinstein to Diane Hutnyan, dated January 3, 2008.

53. Attached as Exhibit 47 is a true and correct copy of a letter from Albert H. Lyter, III to Tania Krebs, dated January 20, 2005.

54. Attached as Exhibit 48 is a true and correct copy of a letter from Tania Krebs to Albert H. Lyter, III dated November 22, 2004.

55. Attached as Exhibit 49 is a true and correct copy of MGA's Opposition to Mattel's Ex Parte Application for a Protective Order, dated March 12, 2008.

56. Attached as Exhibit 50 is a true and correct copy of an email from Ryan Weinstein to Diane Hutnyan dated December 28, 2007 at 12:30 PM.

57. Attached as Exhibit 51 is a true and correct copy of the expert report of Dr. Valery N. Aginsky, dated February 8, 2008.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 18th day of March, 2008, at Los Angeles, California.

/s/ Diane C. Hutnyan
Diane C. Hutnyan