QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS<br><br>**[PUBLIC REDACTED]** | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MATTEL, INC.'S MOTION TO DISQUALIFY MGA ENTERTAINMENT, INC.'S COUNSEL SKADDEN ARPS AND EXPERT CHRISTINE TOMIYAMA<br><br>Date: April 14, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 1<br><br>**Phase 1**<br>Discovery Cut-Off:     Jan. 28, 2008<br>Pre-Trial Conference:  May 5, 2008<br>Trial Date:            May 27, 2008 |

## DECLARATION OF MICHAEL T. ZELLER

I, Michael T. Zeller, declare as follows:

1. I am a member of the bars of the States of California, New York and Illinois and a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for plaintiff and counter-defendant, Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. Attached as Exhibit 1 is a true and correct copy of excerpts from the deposition of Christina Tomiyama, taken February 27, 2008.

3. Attached as Exhibit 2 is a true and correct copy of Ms. Tomiyama's executed Employee Patent and Confidence Agreement with Mattel, dated October 21, 1991. Ms. Tomiyama's testimony authenticating this document is contained in Exhibit 1 at 345:17-346:16.

4. Attached as Exhibit 3 is a true and correct copy of Ms. Tomiyama's executed Separation and General Release Agreement, dated February 13, 2006. Ms. Tomiyama's testimony authenticating this document is contained in Exhibit 1 at 347:7-348:5.

5. Attached as Exhibit 4 is a true and correct copy of a letter from Robert Herrington, MGA's counsel, to Jon Corey, my partner, dated January 4, 2008.

6. Attached as Exhibit 5 is a true and correct copy of excerpts MGA's Fifth Set of Requests for Production, dated August 3, 2007.

7. Attached as Exhibit 6 is a true and correct copy of excerpts from MGA's Eighth Set of Requests for Production, dated December 28, 2007.

8. Attached as Exhibit 7 is a true and correct copy of excerpts from MGA's Complaint for False Designation of Origin, Affiliation, Association or Sponsorship, Unfair Competition, Dilution, and Unjust Enrichment, dated April 13, 2005.

1  | 9. Attached as Exhibit 8 is a true and correct copy of the Expert Report of Christina Tomiyama.

2  | 10. Attached as Exhibit 9 is a true and correct copy of Mattel's Subpoena to Christina Tomiyama, dated February 15, 2008.

3  | 11. Attached as Exhibit 10 is a true and correct copy of Ms. Tomiyama's Objections to Mattel's Subpoena for the Production of Documents, dated February 26, 2008.

12. [REDACTED]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 18, 2008, at Los Angeles, California.

_____
Michael T. Zeller