QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><hr>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>The Honorable Stephen G. Larson<br><br>**[PROPOSED] ORDER RE MATTEL, INC.'S *EX PARTE* APPLICATION FOR (1) RELIEF FROM THE TWENTY-DAY REQUIREMENT OF LOCAL RULE 7-3; AND (2) FOR AN EXPEDITED HEARING DATE OF APRIL 7, 2008**<br><br>Hearing Date: TBD<br>Time: TBD<br>Place: TBD<br><br>**Phase 1:**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2436591.1

### [Proposed] Order

Having considered Mattel's concurrently filed *ex parte* application seeking (1) relief from the twenty-day requirement of Local Rule 7-3; and (2) an expedited hearing date of April 7, 2008, and good cause having been shown, IT IS HEREBY ORDERED that:

(1) Mattel will be allowed to file its Motion prior to twenty-day requirement of Local Rule 7-3.

(2) Time shall be shortened to hear Mattel, Inc.'s motion. Any opposition to the requested relief shall be filed no later than Tuesday, March 25, 2008, Mattel, Inc.'s reply thereto shall be filed no later than Monday, March 31, 2008, and a hearing shall be held on the motion on April 7, 2008, at 10:00 a.m. in Courtroom 1.

DATED:                    , 2008

_____
Hon. Stephen G. Larson