ORIGINAL

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 1, 2, AND 3 TO DECLARATION OF CYRUS S. NAIM IN SUPPORT OF MATTEL, INC.'S MATTEL, INC.'S MOTION TO COMPEL ADDITIONAL DEPOSITION TESTIMONY AND PRODUCTION OF DOCUMENTS BY VERONICA MARLOW<br><br>[[Proposed] Order filed concurrently]<br><br>Date: TBA<br>Time: TBA<br>Place: Telephonic<br><br>**Phase 1**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2437585.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1       Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal Exhibits 1, 2, and 3 to the Declaration Of Cyrus S. Naim In Support Of Mattel, Inc.'s Motion To Compel Additional Deposition Testimony And Production Of Documents By Veronica Marlow (the "Declaration").

      The Declaration attaches materials that Mattel and third party Veronica Marlow have designated as "Confidential" or "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order. Veronica Marlow has designated Exhibit 1 as "Confidential." Mattel has designated Exhibits 2 and 3 as "Confidential--Attorneys' Eyes Only." Accordingly, Mattel requests that the Court order that the Declaration be filed under seal.

DATED: March 18, 2008       QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Cyrus S. Naim
   Cyrus S. Naim
   Attorneys for Mattel, Inc.

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On March 18, 2008, I served true copies of the following document(s) described as **MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 1, 2, AND 3 TO DECLARATION OF CYRUS S. NAIM IN SUPPORT OF MATTEL, INC.'S MATTEL, INC.'S MOTION TO COMPEL ADDITIONAL DEPOSITION TESTIMONY AND PRODUCTION OF DOCUMENTS BY VERONICA MARLOW** on the parties in this action as follows:

Thomas J. Nolan, Esq.
**Skadden, Arps, Slate, Meagher & Flom LLP**
300 So. Grand Ave.
Suite 3400
Los Angeles CA 90071

John W. Keker
Michael H. Page
Christa M. Anderson
**Keker & Van Nest, LLP**
710 Sansome Street
San Francisco, CA 94111
*Attorneys for CARTER BRYANT*

Mark E. Overland, Esq.
David E. Scheper, Esq.
Alexander H. Cote, Esq.
**Overland Borenstein Scheper & Kim, LLP**
300 South Grand Avenue
Suite 2750
Los Angeles, CA 90071-3144
*Attorneys for Carlos Gustavo Machado*

Larry McFarland, Esq.
**Keats McFarland & Wilson LLP**
9720 Wilshire Boulevard, Penthouse Suite
Beverly Hills, CA 90212

**BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 18, 2008, at Los Angeles, California.

Yalonda J. Dekle

07209/2359511.1