QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
|---|---|
| Plaintiff, | Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727 |
| vs. | |
| MATTEL, INC., a Delaware corporation, | MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL ITS OPPOSITION TO MGA DEFENDANTS' *EX PARTE* APPLICATION FOR AN ORDER EXTENDING THE MARCH 17 DEADLINE FOR MGA TO SERVE ITS REBUTTAL EXPERT REPORT CONCERNING MS. PRINCE'S NOTARY BOOK OR, IN THE ALTERNATIVE, PRECLUDING MATTEL FROM INTRODUCING ANY EXPERT EVIDENCE REGARDING ITS EXAMINATION OF THE NOTARY BOOK |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | |
| | [[Proposed] Order filed concurrently] |
| | Date: TBA<br>Time: TBA<br>Place: Telephonic |
| | **Phase 1**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

ORIGINAL

07209/2437394.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal its Opposition To MGA Defendants' Ex Parte Application For An Order Extending The March 17 Deadline For MGA To Serve Its Rebuttal Expert Report Concerning Ms. Prince's Notary Book Or, In The Alternative, Precluding Mattel From Introducing Any Expert Evidence Regarding Its Examination Of The Notary Book (the "Opposition"), and Exhibits 1, 2, 16, 18, 19, 21, 24, 25, 26, 27, 28, 29, 30, 31, and 49 to the Declaration Of Diane C. Hutnyan in Support (the "Declaration").

The Declaration attaches materials that Mattel, MGA, and Carter Bryant have designated as "Confidential" or "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order. Carter Bryant has designated Exhibits 1, 26, 27, 28, 29, 30, and 31 as "Confidential--Attorneys' Eyes Only," and Exhibits 18 and 19 as "Confidential." Mattel has designated Exhibit 2 as "Confidential." MGA has designated Exhibits 16, 24, 25, and 49 as "Confidential--Attorneys' Eyes Only," and Exhibit 21 as "Confidential." The Opposition quotes these exhibits. Accordingly, Mattel requests that the Court order that the Declaration and Opposition be filed under seal.

DATED: March 18, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Cyrus S. Naim
Cyrus S. Naim
Attorneys for Mattel, Inc.