LODGED

2008 MAR 17 PM 3:55
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>　　　　Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>[~~PROPOSED~~] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL: (1) MATTEL, INC.'S REPLY IN SUPPORT OF MOTION TO COMPEL MGA ENTERTAINMENT, INC., MGA ENTERTAINMENT (HK) LIMITED, AND ISAAC LARIAN TO RESPOND TO MATTEL, INC.'S FIRST SET OF REQUESTS FOR ADMISSION PROPOUNDED TO MGA ENTERTAINMENT, INC.; CARTER BRYANT; MGA ENTERTAINMENT (HK) LIMITED; AND ISAAC LARIAN; (2) CONSOLIDATED SEPARATE STATEMENT NO. 1 IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL MGA ENTERTAINMENT, INC., MGA ENTERTAINMENT (HK) LIMITED, ISAAC LARIAN TO RESPOND TO MATTEL, INC.'S FIRST SET OF REQUESTS FOR ADMISSION PROPOUNDED TO MGA ENTERTAINMENT, INC.; CARTER BRYANT; MGA ENTERTAINMENT (HK) LIMITED; AND ISAAC LARIAN; AND (3) EXHIBIT 2 TO THE SUPPLEMENTAL DECLARATION OF B. DYLAN PROCTOR<br><br>[**Local Rule** 79-5.1]<br><br>**Phase 1**<br>Discovery Cut-Off:　　Jan. 28, 2008<br>Pre-Trial Conference:　May 5, 2008<br>Trial Date:　　　　　　May 27, 2008 |

ORIGINAL

07209/2435870.1

[PROPOSED] ORDER

[~~PROPOSED~~] ORDER

Based on the concurrently filed Application to File Under Seal (1) Mattel, Inc.'s Reply In Support Of Motion To Compel MGA Entertainment, Inc., MGA Entertainment (HK) Limited, and Isaac Larian To Respond To Mattel, Inc.'s First Set of Requests For Admission Propounded To MGA Entertainment, Inc.; Carter Bryant; MGA Entertainment (HK) Limited; and Isaac Larian; (2) Consolidated Separate Statement No. 1 In Support of Mattel, Inc.'s Motion to Compel MGA Entertainment, Inc., MGA Entertainment (HK) Limited, Isaac Larian to Respond To Mattel, Inc.'s First Set of Requests For Admission Propounded To MGA Entertainment, Inc.; Carter Bryant; MGA Entertainment (HK) Limited; and Isaac Larian; and (3) Exhibit 2 to The Supplemental Declaration of B. Dylan Proctor, IT IS HEREBY ORDERED:

Mattel, Inc.'s Reply In Support Of Motion To Compel MGA Entertainment, Inc., MGA Entertainment (HK) Limited, and Isaac Larian To Respond To Mattel, Inc.'s First Set of Requests For Admission Propounded To MGA Entertainment, Inc.; Carter Bryant; MGA Entertainment (HK) Limited; and Isaac Larian; the Consolidated Separate Statement No. 1 In Support of Mattel, Inc.'s Motion to Compel MGA Entertainment, Inc., MGA Entertainment (HK) Limited, Isaac Larian to Respond To Mattel, Inc.'s First Set of Requests For Admission Propounded To MGA Entertainment, Inc.; Carter Bryant; MGA Entertainment (HK) Limited; and Isaac Larian; and Exhibit 2 To The Supplemental Declaration of B. Dylan Proctor are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: MAR 18 2008, 2008

_/s/ S. G. Larson_
Hon. Stephen G. Larson
United States District Judge