ORIGINAL LODGED

**QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP**
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>[To Be Heard By Discovery Master Hon. Edward Infante (Ret.) Pursuant To The Court's Order Of December 6, 2006]<br><br>[~~PROPOSED~~] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL ITS OPPOSITION TO MGA DEFENDANTS' EX PARTE APPLICATION FOR AN ORDER EXTENDING THE MARCH 17 DEADLINE FOR MGA TO SERVE ITS REBUTTAL EXPERT REPORT CONCERNING MS. PRINCE'S NOTARY BOOK OR, IN THE ALTERNATIVE, PRECLUDING MATTEL FROM INTRODUCING ANY EXPERT EVIDENCE REGARDING ITS EXAMINATION OF THE NOTARY BOOK<br><br>**Phase 1**<br>Discovery Cut-Off:   January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date:                 May 27, 2008 |

07209/2369708.1

[PROPOSED] ORDER

# [~~PROPOSED~~] ORDER

Based on the concurrently filed Mattel, Inc.'s Application to File Under Seal Its Opposition To MGA Defendants' Ex Parte Application For An Order Extending The March 17 Deadline For MGA To Serve Its Rebuttal Expert Report Concerning Ms. Prince's Notary Book Or, In The Alternative, Precluding Mattel From Introducing Any Expert Evidence Regarding Its Examination Of The Notary Book,

IT IS HEREBY ORDERED:

Mattel, Inc.'s Opposition To MGA Defendants' Ex Parte Application For An Order Extending The March 17 Deadline For MGA To Serve Its Rebuttal Expert Report Concerning Ms. Prince's Notary Book Or, In The Alternative, Precluding Mattel From Introducing Any Expert Evidence Regarding Its Examination Of The Notary Book; and Exhibits 1, 2, 16, 18, 19, 21, 24, 25, 26, 27, 28, 29, 30, 31, and 49 to the Declaration Of Diane C. Hutnyan in Support, are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: MAR 18 2008, 2008

_____
Hon. Stephen G. Larson
United States District Judge