KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
jkeker@kvn.com
MICHAEL H. PAGE - #154913
mpage@kvn.com
CHRISTA M. ANDERSON - #184325
canderson@kvn.com
MATTHEW M. WERDEGAR - #200470
mwerdegar@kvn.com
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff
CARTER BRYANT

BY FAX

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC. a Delaware Corporation,<br><br>Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC., v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No. CV 04-09049 SGL (RNBx)<br>(consolidated with CV 04-9059 & 05-2727)<br><br>Hon. Stephen G. Larson<br><br>[PROPOSED] ORDER RE APPLICATION OF CARTER BRYANT TO FILE CERTAIN DOCUMENTS UNDER SEAL<br><br>Dept: Courtroom 1<br>Judge: Hon. Stephen G. Larson<br><br>Date Comp. Filed: April 13, 2005<br><br>Discovery Cut-Off: Jan. 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

ORIGINAL

LODGED
2008 MAR 17 PM 3:58

413270.01

---

[PROPOSED] ORDER RE APPLICATION OF CARTER BRYANT
TO FILE CERTAIN DOCUMENTS UNDER SEAL
CASE NO. CV 04-09049 SGL (RNBx)

Based on the Application to File Under Seal Exhibits A, B, C, and E to the Declaration of Rebekah Punak in Support of Bryant's Opposition to Mattel, Inc.'s Motion Objecting to Portions of Discovery Master's Orders, filed by Carter Bryant on March 17, 2008, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Exhibits A, B, C, and E to the Declaration of Rebekah Punak in Support of Bryant's Opposition to Mattel, Inc.'s Motion Objecting to Portions of Discovery Master's Orders are ORDERED filed provisionally under seal pursuant to *Local Rule* 79-5.1.

Dated: MAR 18 2008

Hon. Stephen G. Larson
United States District Judge