QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
johnquinn@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
Timothy L. Alger (Bar No. 160303)
(timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
|---|---|
| Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
| vs. | |
| MATTEL, INC., a Delaware corporation,<br><br>Defendant. | MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL: (1) AN UNREDACTED VERSION OF ITS MOTION TO DISQUALIFY MGA ENTERTAINMENT, INC.'S COUNSEL SKADDEN ARPS AND EXPERT CHRISTINA TOMIYAMA; (2) THE DECLARATION OF MICHAEL MOORE; AND (3) CERTAIN EXHIBITS TO THE DECLARATION OF MICHAEL T. ZELLER |
| AND CONSOLIDATED ACTIONS | |

[Local Rule 79-5.1]

Date: April 14, 2008
Time: 10:00 a.m.
Place: Courtroom 1

**Phase 1**
Discovery Cut-Off: Jan. 28, 2008
Pre-Trial Conference: May 5, 2008
Trial Date: May 27, 2008

07209/2437057.1

Case No. CV 04-9049 SGL (RNBx)
APPLICATION TO FILE UNDER SEAL

## Application to File Under Seal

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, plaintiff Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal (1) an unredacted version of its Motion to Disqualify MGA Entertainment, Inc.'s Counsel Skadden Arps and Expert Christina Tomiyama; (2) the concurrently filed Declaration of Michael Moore; and (3) certain exhibits to the concurrently filed Declaration of Michael T. Zeller.

The Moore Declaration discusses confidential and privileged information relating to Mattel. Mattel's Opposition quotes from, and the Zeller Declaration attaches as exhibits, certain documents that the parties have designated as "Confidential" and/or "Confidential-Attorneys' Eyes Only" pursuant to the Protective Order. As the Moore Declaration and Exhibits 1, 2, 3, and 8 to the Zeller Declaration consist of materials designated the parties as "Confidential" and/or "Confidential-Attorneys' Eyes Only," Mattel requests that the Court order that the these materials be filed under seal.

In the alternative, Mattel requests that the Court declare these materials be outside the definition of "Confidential" and/or "Confidential-Attorneys' Eyes Only" as contained in the Stipulated Protective Order and order it to be lodged as part of the public record.

DATED: March 18, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By _____
John B. Quinn
Attorneys for Mattel, Inc.