THOMAS J. NOLAN (Bar No. 66992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-31444
Tel.: (213) 687-5000/ Fax: (213) 687-5600:
(tnolan@skadden.com
Attorneys for MGA Entertainment, Inc., et al.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>PLAINTIFF(S)<br>v.<br><br>MATTEL, INC., a Delaware corporation<br><br>DEFENDANT(S). | CASE NUMBER:<br>CV 04-9049 SGL (RNBx)<br><br><br>NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
(1) SUPPLEMENTAL DECLARATION OF MATTHEW E. SLOAN IN SUPPORT OF REPLY BRIEF IN FURTHER SUPPORT OF MGA DEFENDANTS' EX PARTE APPLICATION FOR AN ORDER EXTENDING THE MARCH 17 DEADLINE FOR MGA TO SERVE REBUTTAL EXPERT REPORT CONCERNING MS. PRINCE'S NOTARY BOOK OR, IN THE ALTERNATIVE, PRECLUDING MATTEL FROM INTRODUCING ANY EXPERT EVIDENCE REGARDING ITS EXAMINATION OF THE NOTARY BOOK; (2) PROOF OF SERVICE; (3) APPLICATION TO FILE SUPPLEMENTAL DECLARATION OF MATTHEW E. SLOAN UNDER SEAL; (4) [PROPOSED] ORDER TO FILE UNDER SEAL; (5) RECEIPT OF FILING FOR NOTICE OF MANUAL FILING

**Document Description:**
- ☐ Administrative Record
- ☒ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5 .4(h)
- ☒ Other

**Reason:**
- ☒ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☐ Per Court order dated _____
- ☐ Manual Filing required *(reason)*:

| | |
|---|---|
| March 19, 2008 | Thomas J. Nolan |
| Date | Attorney Name |

G-92 (02/07) — NOTICE OF MANUAL FILING — American LegalNet, Inc. www.FormsWorkflow.com

MGA ENTERTAINMENT, INC., et al.
_____
Party Represented

Note:   File one Notice in each case, each time you manually file document(s).