THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Tel.: (213) 687-5000/Fax: (213) 687-5600

RAOUL D. KENNEDY (Bar No. 40892)
(rkennedy@skadden@com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Embarcadero Center, Suite 3800
San Francisco, California 94111-5974
Tel.: (415) 984-6400/ Fax: (415) 984-2698

Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian

## UNITED STATED DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>**[PROPOSED] ORDER (1) GRANTING MATTEL, INC.'S EX PARTE APPLICATION FOR RELIEF FROM THE TWENTY-DAY REQUIREMENT OF LOCAL RULE 7-3; AND (2) DENYING THE APPLICATION FOR AN EXPEDITED HEARING DATE OF APRIL 7, 2008**<br><br>Honorable Stephen G. Larson<br><br>Hearing Date: April __, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 1 |

1

[PROPOSED] ORDER GRANTING RELIEF FROM LOCAL RULE 7-3 AND DENYING EXPEDITED HEARING
Case No. CV 04-9049 SGL (RNBx)

## [Proposed] Order

Having considered Mattel's *ex parte* application seeking (1) relief from the twenty-day requirement of Local Rule 7-3 and (2) an expedited hearing date; and MGA's opposition to the application; and good cause appearing; IT IS HEREBY ORDERED that:

(1) Mattel's application for relief from the twenty-day requirement is GRANTED. Mattel will be allowed to file its Motion without waiting twenty days as required by Local Rule 7-3.

(2) Mattel's application for an expedited hearing date is DENIED. Any opposition to Mattel's Motion to Disqualify shall be filed no later than Tuesday, April 1, 2008. Mattel, Inc.'s reply thereto shall be filed no later than Monday, April 7, 2008. A hearing shall be held on the Motion on April ___, 2008, at 10:00 a.m. in Courtroom 1.

DATED:                    , 2008

_____
Hon. Stephen G. Larson