DAVIS & GILBERT LLP
Cheryl Plambeck
(cplambeck@dglaw.com)
1740 Broadway
New York, New York 10019
Telephone: (212) 468-4965
Facsimile: (212) 621-0934
Attorneys for Right Management Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Hon. Edward Infante (Ret.) Pursuant To The Court's Order of December 6, 2006]**<br><br>DECLARATION OF CHERYL PLAMBECK IN SUPPORT OF RIGHT MANAGEMENT INC.'S OPPOSITION TO MGA'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM THIRD PARTY RIGHT MANAGEMENT CONSULTANTS, INC.<br><br>Hearing Date: TBD<br>Time: TBD<br><br>**Phase 1**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

DECLARATION OF CHERYL PLAMBECK

I, Cheryl Plambeck, declare as follows:

1. I am an associate with Davis & Gilbert LLP ("D&G"), counsel for non-party Right Management, Inc. ("Right"). I make this declaration in support of Right's Opposition to MGA Entertainment Inc.'s ("MGA") Motion to Compel Production of Documents from Third Party Right.

2. I met and conferred with MGA's counsel, Lance Etcheverry, Esq. on January 31, 2008 regarding the scope of the subpoena that MGA caused to be served upon Right (the "Subpoena").

3. Prior to this January 31, 2008 telephone conference, Mr. Etcheverry had advised Right that the discovery cut-off in this matter was January 28, 2008.

4. In order to allow additional time for negotiations concerning the scope of the Subpoena and Right's response, and in an effort to avoid unnecessary motion practice, counsel for the parties agreed to several extensions of time for MGA to make any motions concerning the Right subpoena.

5. On or about February 14, 2008, I learned that this matter had been split into two "phases", and that "Phase 1" discovery was over and "Phase 2" discovery stayed.

6. I spoke to Mr. Etcheverry on February 14, 2008. I informed Mr. Etcheverry of my belief that, based upon my review of the Subpoena and our prior discussions, it appeared to me that Right's documents fell squarely into "Phase 2", to the extent they were relevant at all. Mr. Etcheverry did not agree.

7. Counsel for both parties and I had a telephone conference on February 25, 2008, in which we discussed the Subpoena and MGA's theory of how the Right documents could possibly be relevant to Phase 1 of this action. I insisted that no personal identifying information would be produced by Right absent Court order, and Mr. Etcheverry agreed that names and identifying information would be redacted from anything Right produced, assuming the relevancy of the documents could be agreed upon. In our telephone conference, Mr. Etcheverry confirmed that

-2-    DECLARATION OF CHERYL PLAMBECK

MGA was abandoning its request for archived e-mails due to the magnitude of expense and effort associated with restoration and searching of the backup tapes on which such e-mails were stored. However, Mr. Etcheverry did not inform me that MGA was no longer seeking any of Right's electronic documents.

8. It is my understanding that MGA filed the instant motion on March 3, 2008, electronically.

9. I received a copy of MGA's redacted motion papers by e-mail on March 4, 2008, and a copy of MGA's redacted motion papers by Federal Express on March 5, 2008.

10. Neither Right nor I have ever agreed (in writing or otherwise) to accept service of motion papers by e-mail or Federal Express.

11. Neither Right nor I have ever an unredacted copy of the papers MGA has filed in connection with this motion.

12. I spoke to Mr. Etcheverry on March 7, 2008. It was MGA's position that Right's response was due on March 10, 2008. However, Mr. Etcheverry agreed to extend Right's time to respond until March 17, 2008, and subsequently agreed to further extend Right's time to respond until March 18, 2008.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 18, 2008, at New York, New York.

*/s/ Cheryl Plambeck*
Cheryl Plambeck