UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>                    Plaintiff,<br><br>     v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>                  Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-09049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>**ORDER GRANTING MGA DEFENDANTS'** *EX PARTE* **APPLICATION FOR AN ORDER EXTENDING THE MARCH 17 DEADLINE FOR MGA TO SERVE ITS REBUTTAL EXPERT REPORT CONCERNING MS. PRINCE'S NOTARY BOOK**<br><br>Honorable Stephen G. Larson |

## ORDER

The Court has reviewed the ex parte application of the MGA defendants, as well as Mattel's opposition thereto. Based on the Application filed with the Court, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that:

     1.    The *Ex Parte* Application For An Order Extending the March 17 Deadline for MGA to Serve Its Rebuttal Expert Report Concerning Ms. Prince's Notary Book is granted.

     2.    In order to allow MGA to serve a rebuttal expert report to the expert report of Valery Aginsky submitted by Mattel, Inc. ("Mattel"), the March 17, 2008

deadline for rebuttal expert reports set forth in the Scheduling Order entered October 31, 2007, is hereby extended for a period of fourteen (14) days following the entry of an Order by the Discovery Master resolving Mattel's pending *Ex Parte* Application for a Protective Order Preventing MGA's Destructive Sampling of the Prince Notary Book, filed March 10, 2008 (Docket No. 2563).

DATED:   March 19, 2008   _____

                        Hon. Stephen G. Larson
                        United States District Court Judge