1  THOMAS J. NOLAN (Bar No. 66992)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2  300 South Grand Avenue
   Los Angeles, California 90071-3144
3  Telephone: (213) 687-5000
   Facsimile: (213) 687-5600
4  E-mail:     tnolan@skadden.com

5  RAOUL D. KENNEDY (Bar No. 40892)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
6  Four Embarcadero Center, 38th Floor
   San Francisco, California 94111-5974
7  Telephone: (415) 984-6400
   Facsimile: (415) 984-2698
8  E-mail:     rkennedy@skadden.com

9  Attorneys for Cross-Defendants
   MGA Entertainment, Inc., MGA Entertainment (HK) Limited,
10 MGAE De Mexico, S.R.L. De C.V., and Isaac Larian

11               UNITED STATES DISTRICT COURT

12               CENTRAL DISTRICT OF CALIFORNIA

13                     EASTERN DIVISION

14 | CARTER BRYANT, an individual | CASE NO. CV 04-9049 SGL (RNBx)
15 |          Plaintiff,         | Consolidated with Case No. 04-9059
                                   and Case No. 05-2727
16 |   v.
                                  **DISCOVERY MATTER**
17 | MATTEL, INC., a Delaware
   | corporation                 | **ORDER RE THE MGA
18 |                              | DEFENDANTS' EX PARTE
   |          Defendant.          | APPLICATION TO COMPEL THE
19 |                              | DEPOSITIONS OF MATTHEW
20 | Consolidated with MATTEL, INC. v. | **BOUSQUETTE AND TINA PATEL**
   | BRYANT and MGA
21 | ENTERTAINMENT, INC. v.
   | MATTEL, INC.
22 |                              | Discovery Cut-Off:    January 28, 2008
                                    Pre-Trial Conference: May 5, 2008
23                                  Trial Date:           May 27, 2008

24

25

26

27

28

---

ORDER RE THE MGA DEFENDANTS' EX PARTE APPLICATION TO COMPEL DEPOSITIONS

1   The MGA Defendants' *ex parte* application to compel the depositions of Matthew Bousquette and Tina Patel, which was originally filed for hearing before the Honorable Steven G. Larson and which was reset for hearing before the Discovery Master pursuant to the MGA Defendants' application, which application was granted by the Discovery Master on February 29, 2008, came on regularly for hearing before the Discovery Master on March 10, 2008. The matter having been fully briefed and argued and good cause appearing:

IT IS ORDERED

1. The motion is granted as to Tina Patel. Ms. Patel is to be made available for deposition on or before April 8, 2008.

2. At the hearing, MGA was granted an exception to the January 28, 2008 discovery cut-off date for Phase I discovery and was granted leave to proceed to pursue Mr. Bousquette's deposition before the Phase I trial.

DATED: March 18, 2008

Hon. Edward A. Infante (Ret.)
Discovery Master

- 1 -
ORDER RE THE MGA DEFENDANTS' EX PARTE APPLICATION TO COMPEL DEPOSITIONS
204803.02-San Francisco Server 1A - MSW

## PROOF OF SERVICE BY E-MAIL

I, Maureen McCuaig, not a party to the within action, hereby declare that on March 18, 2008, I served the attached ORDER RE THE MGA DEFENDANTS' EX PARTE APPLICATION TO COMPEL THE DEPOSITIONS OF MATTHEW BOUSQUETTE AND TINA PATEL in the within action by email addressed as follows:

| Name | Firm | Email |
|---|---|---|
| John W. Keker, Esq. | Keker & Van Nest | jkeker@kvn.com |
| Michael H. Page, Esq. | Keker & Van Nest | mhp@kvn.com |
| Christa Anderson, Esq. | Keker & Van Nest | cma@kvn.com |
| Matthew M. Werdegar, Esq. | Keker & Van Nest | mwerdegar@kvn.com |
| John E. Trinidad, Esq. | Keker & Van Nest | jtrinidad@kvn.com |
| Audrey Walton-Hadlock, Esq. | Keker & Van Nest | awalton-hadlock@kvn.com |
| John Quinn Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | johnquinn@quinnemanuel.com |
| Michael Zeller Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | michaelzeller@quinnemanuel.com |
| Jon Corey Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | joncorey@quinnemanuel.com |
| Duane Lyons Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | duanelyons@quinnemanuel.com |
| Timothy Alger Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | timalger@quinnemanuel.com |
| Dominic Surprenant Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | DominicSurprenant@QuinnEmanuel.com |
| B. Dylan Proctor Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | dylanproctor@quinnemanuel.com |
| Shane McKenzie Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | shanemckenzie@quinnemanuel.com |
| Bridget Hauler Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | bridgethauler@quinnemanuel.com |
| Tamar Buchakjian Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | tamarbuchakjian@quinnemanuel.com |
| Juan Pablo Alban, Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | juanpabloalban@quinnemanuel.com |
| John Gordon | Quinn, Emanuel, Urquhart, Oliver & Hedges | johngordon@quinnemanuel.com |
| Thomas J. Nolan, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | tnolan@skadden.com |
| Raoul D. Kennedy, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | rkennedy@skadden.com |
| Amy S. Park, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | apark@skadden.com |
| Harriet S. Posner, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | hposner@skadden.com |
| Carl Alan Roth, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | croth@skadden.com |
| Timothy A. Miller, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | tmiller@skadden.com |
| Marcus R. Mumford, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | Mmumford@skadden.com |
| Paul M. Eckles, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | Paul.eckles@skadden.com |
| Lance A. Etcheverry, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | Lance.etcheverry@skadden.com |
| Robert J. Herrington, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | Robert.herrington@skadden.com |
| Mark Overland, Esq. | Overland, Borenstein, et al. | moverland@obsklaw.com |
| Alexander Cote, Esq. | Overland, Borenstein, et al. | acote@obsklaw.com |
| Christopher G. Caldwell | Caldwell Leslie & Proctor, PC | caldwell@caldwell-leslie.com |
| Larry W. McFarland | Keats, McFarland & Wilson | lmcfarland@kmwlaw.com |
| Christian Dowell | Keats, McFarland & Wilson | cdowell@kmwlaw.com |
| Craig E. Holden | MGA Entertainment, Inc. | cholden@mgae.com |
| Alan N. Goldberg | Stern & Goldberg | agoldberg@sgattys.com |

I declare under penalty of perjury under the laws of the Untied States of America that the above is true and correct.

Executed on March 18, 2008, at San Francisco, California.

_____
Maureen McCuaig