CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 21st day of March, 2008, the foregoing documents were filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system

1. **CHRISTENSEN, GLASER, FINK, JACOBS, WEIL & SHAPIRO, LLP'S RESPONSE TO MATTEL, INC.'S SEPARATE STATEMENT IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS OF CHRISTENSEN, GLASER, FINK, JACOBS, WEIL & SHAPIRO, LLP**

2. **CHRISTENSEN, GLASER, FINK, JACOBS, WEIL & SHAPIRO, LLP'S RESPONSE TO MATTEL, INC.'S SEPARATE STATEMENT IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS OF CHRISTENSEN, GLASER, FINK, JACOBS, WEIL & SHAPIRO, LLP**

3. **CHRISTENSEN, GLASER, FINK, JACOBS, WEIL & SHAPIRO, LLP'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MATTEL, INC.'S MOTION TO COMPEL DEPOSITION AND PRODUCTION OF DOCUMENTS OF CHRISTENSEN, GLASER, FINK, JACOBS, WEIL & SHAPIRO, LLP**

4. **DECLARATION OF SCOTT E. GIZER IN SUPPORT OF CHRISTENSEN, GLASER, FINK, JACOBS, WEIL & SHAPIRO, LLP'S OPPOSITION TO MATTEL, INC.'S MOTION TO COMPEL DEPOSITION AND PRODUCTION OF DOCUMENTS OF CHRISTENSEN, GLASER, FINK, JACOBS, WEIL & SHAPIRO, LLP**

Scott E. Gizer