1   THOMAS J. NOLAN (Bar No. 66992)
    (tnolan@skadden.com)
2   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
    300 South Grand Avenue
3   Los Angeles, CA  90071-3144
    Tel.: (213) 687-5000 / Fax: (213) 687-5600
4
    RAOUL D. KENNEDY (Bar No. 40892)
5   (rkennedy@skadden.com)
    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
6   4 Embarcadero Center, 38th Floor
    San Francisco, CA  94111-5974
7   Tel.: (415) 984-6400 / Fax: (415) 984-2698

8   Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited,
    MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian
9

```
                    FILED
          CLERK, U.S. DISTRICT COURT

                MAR 20 2008

          CENTRAL DISTRICT OF CALIFORNIA
          EASTERN DIVISION        BY DEPUTY
```

10              UNITED STATES DISTRICT COURT

11              CENTRAL DISTRICT OF CALIFORNIA

12

13  CARTER BRYANT, an individual,         )   CASE NO. CV 04-9049 SGL (RNBx)
                                          )
14                      Plaintiff,        )   Consolidated with Case No. 04-9059
                                          )   and Case No. 05-2727
15          v.                            )
                                          )   [PROPOSED] ORDER TO FILE
16  MATTEL, INC., a Delaware              )   UNDER SEAL
    corporation,                          )
17                                        )   Honorable Stephen G. Larson
                        Defendant.        )
18  _____         )   Hearing Date:  TBD
                                          )   Time:  TBD
19  AND CONSOLIDATED ACTIONS              )   Place:  Courtroom 1
                                          )
20

21

22

23

24

25

26

27

28

```
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF
RIVERSIDE CALIF.
2008 MAR 19  PM 3: 27
```

LODGED

## ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the following documents be filed under seal pursuant to Local Rule 79-5.1: Exhibits 8, 9, 10, and 11 of Robert Herrington's Declaration In Support of MGA Defendants' Motion To Quash Larry McFarland's Deposition Subpoena.

DATED: March 20, 2008

_S. G. Larson_

Hon. Stephen G. Larson
United States District Court Judge