THOMAS J. NOLAN (Bar No. 66992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3144
Tel.: (213) 687-5000 / Fax: (213) 687-5600:
tnolan@skadden.com
Attorneys for MGA Entertainment, Inc., et al.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT, an individual | CASE NUMBER: |
| --- | --- |
| PLAINTIFF(S) | CV 04-9049 SGL (RNBx) |
| v. | |
| MATTEL, INC., a Delaware corporation | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**

(1) MGA PARTIES' MEM. AND POINTS OF AUTHORITIES IN OPPOSITION TO MATTEL'S MOTION FOR SUMMARY JUDGMENT;
(2) MGA PARTIES' OPPOSITION TO MATTEL, INC.'S [CORRECTED] SEPARATE STATEMENT OF UNCONTESTED FACTS AND CONCLUSIONS OF LAW;
(3) DECLARATION OF THOMAS J. NOLAN IN OPPOSITION TO MATTEL'S MOTION FOR PARTIAL SUMMARY JUDGMENT(EXHIBITS VOLUME 1 AND 2);
(4) DECLARATION OF ROBERT TONNER IN OPPOSITION TO MATTEL'S MOTION FOR PARTIAL SUMMARY JUDGMENT;
(5) DECLARATION OF CARTER BRYANT IN OPPOSITION TO MATTEL'S MOTION FOR PARTIAL SUMMARY JUDGMENT;
(6) DECLARATION OF PETER S. MENELL IN OPPOSITION TO MATTEL'S MOTION FOR PARTIAL SUMMARY JUDGMENT;
(7) DECLARATION OF GLENN V. VILPPU IN OPPOSITION TO MATTEL'S MOTION FOR PARTIAL SUMMARY JUDGMENT;
(8) DECLARATION OF PAULA GARCIA IN OPPOSITION TO MATTEL'S MOTION FOR PARTIAL SUMMARY JUDGMENT;
(9) MGA PARTIES' EVIDENTIARY OBJECTIONS TO MATTEL, INC'S MOTION FOR PARTIAL SUMMARY JUDGMENT
(10) REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL'S INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT;
(11) MGA PARTIES' OPPOSITION TO MATTEL, INC.'S REQUEST FOR JUDICIAL NOTICE;
(12) [PROPOSED] ORDER GRANTING MGA PARTIES' EVIDENTIARY OBJECTIONS TO MATTEL, INC.'S MOTION FOR SUMMARY JUDGMENT;
(13) APPLICATION TO FILE UNDER SEAL;
(14) [PROPOSED] ORDER TO FILE UNDER SEAL;
(15) PROOF OF SERVICE

**Document Description:**

☐ Administrative Record

☒ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5 .4(h)

☒ Other

**Reason:**

☒ Under Seal

☒ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☐ Manual Filing required *(reason)*:

March 24, 2008
Date

Thomas J. Nolan
Attorney Name

MGA ENTERTAINMENT, INC., et al.
Party Represented

Note:   File one Notice in each case, each time you manually file document(s).

G-92 (02/07)                                    NOTICE OF MANUAL FILING                    American LegalNet, Inc.
                                                                                           www.FormsWorkflow.com