THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
JASON D. RUSSELL (Bar No. 169219)
(jrussell@skadden.com)
MARINA V. BOGOROD (Bar No. 217524)
(mbogorad@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Tel.: (213) 687-5000/Fax: (213) 687-5600

KENNETH PLEVAN (admitted *pro hac vice*)
(kplevan@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, NY 10046
Tel.: (212) 735-3000 / Fax: (212) 735-2000

Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian

UNITED STATED DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>Honorable Stephen G. Larson<br><br>REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Rule 201 of the Federal Rules of Evidence, MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian (collectively, the "MGA Parties"), respectfully request that the Court take mandatory judicial notice of the following exhibits attached to the concurrently filed Declaration of Thomas J. Nolan:

1. A true and correct print out of "Reports: Tokyo Toy Festival 2001", available at www.animaxis.com/en/zine/reports/tokyotoyfestival2001/ttf2001_1.asp, and attached as **Exhibit 111**.

2. A true and correct print out of "Saran Doll Hair", available at http://www.ucctokyo.co.jp/english/e_saran.html, and attached as **Exhibit 112**.

3. A true and correct copy of Molly Prior, Product geared to girl demo surfaces in boys' toy market, DSN Retailing Today, March 5, 2001, attached as **Exhibit 113**.

4. A true and correct copy of Doll Makers Get Back to Basics, The Toy Book, Mar. 2001, Vol. 17, No. 2, attached as **Exhibit 114**.

5. A true and correct copy of toys: What's Hot What's New What's Happening, DSN Retailing Today, Mar. 5, 2001, Vol. 40 No. 5, attached as **Exhibit 115**.

6. A true and correct copy of New Products, License!, May 2001, attached as **Exhibit 116**.

7. A true and correct copy of Licensing International 2001, kidScreen, June 2001, attached as **Exhibit 117**.

8. A true and correct copy of MGA Entertainment Introduces the Girls With a Passion for Fashion, BRATZ!, Business Wire, June 11, 2001, attached as **Exhibit 118**.

Case 2:04-cv-09049-DOC-RNB   Document 2758   Filed 03/24/08   Page 3 of 5   Page ID
#:42806

9. A true and correct copy of Amanda Burgess, Girls just want to be licensed, kidScreen, July 2001, attached as **Exhibit 119**.

10. A true and correct copy of Robert Haynes-Peterson, The Bratz Pack, DOLLS, Sept. 2001, attached as **Exhibit 120**.

11. A true and correct copy of What's Hot!, The Toy Book, Oct. 2001, attached as **Exhibit 121**.

12. A true and correct copy of SCORE!, BOP, Oct. 2001, Vol. 19, No. 6, attached as **Exhibit 122**.

13. A true and correct copy of an MGA Entertainment press release, MGA Entertainment Announces Exciting Licensees for The Girls with a Passion for Fasion, The Bratz™!, Nov. 5, 2001, attached as **Exhibit 123**.

14. A true and correct copy of Fun games ... and HARD WORK!, Inbound Logistics, Nov. 2001, attached as **Exhibit 124**.

15. A true and correct copy of Toy-Cast 2001, DSN Retailing Today, Nov. 5, 2001, Vol. 40 No. 21, attached as **Exhibit 125**.

16. A true and correct copy of Behind the Awards, TiGER beat, Nov. 2001, Vol. 46 No. 12 is attached hereto as **Exhibit 126**.

17. A true and correct copy of Top Ten Toys, FamilyFun, Nov. 2001, attached as **Exhibit 127**.

18. A true and correct copy of Hot Picks, Toy Wishes, Holiday 2001, attached as **Exhibit 128**.

## ARGUMENT

Rule 201 of the Federal Rules of Evidence authorizes the Court to take judicial notice of a fact that is "either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid.

MGA Parties' Request for Judicial Notice
Case No. CV 04-9049 SGL (RNBx)
-2-

201(b). Further, upon proper notice, the Court is required to take judicial notice of such documents if furnished with sufficient information to enable it to take judicial notice. Fed. R. Evid. 201(d). Such judicial notice is appropriate at any stage in the proceeding. Fed. R. Evid. 201(f). See, e.g., Ritter v. Hughes Aircraft Co., 58 F.3d 454, 458-59 (9th Cir. 1995) (court applying judicial notice in motion for summary judgment).

Here, the MGA Parties seek judicial notice of 1) internet sites; 2) magazines; and 3) a press release. Each document identified in the Request for Judicial Notice and attached to the Declaration of Thomas J. Nolan is the proper subject of judicial notice under Fed. R. Evid. 201.

**Internet Sites:**

The MGA Parties request that the Court take judicial notice of Exhibits 111-112. Courts regularly take judicial notice of materials readily available on the Internet. See, e.g., Woodfin Suite Hotels, LLC v. City of Emeryville, No. C 06-1254 SBA. 2007 WL 81911, at *3 (N.D. Cal. Jan. 9, 2007).

**Magazine Articles:**

The MGA Parties request that the Court take judicial notice of Exhibits 113-122, 124-132. It is well established that media articles and books are the proper subject of judicial notice. See, e.g., Microsoft Corp. v. BEC Computer Co., 818 F. Supp. 1313, 1319 (C.D. Cal. 1992) ("[T]his Court finds that it may properly take judicial notice of the existence of the article and advertisements from *PC Magazine*.").

**Press Release:**

The MGA Parties request that the Court take judicial notice of Exhibits 123. Courts regularly take judicial notice of press releases. See, e.g., In re Wet Seal, Inc.

Sec. Litig., 518 F. Supp. 2d 1148, 1157 (C.D. Cal. 2007) ("the Court may also take judicial notice of other matters of public record such as press releases").

DATED: March 24, 2008

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By: _____
Marina V. Bogorad
Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian