KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
jkeker@kvn.com
MICHAEL H. PAGE - #154913
mpage@kvn.com
CHRISTA M. ANDERSON - #184325
canderson@kvn.com
MATTHEW M. WERDEGAR - #200470
mwerdegar@kvn.com
JOHN E. TRINIDAD - #250468
jtrinidad@kvn.com
AUDREY WALTON-HADLOCK- #250574
awaltonhadlock@kvn.com
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Plaintiff
CARTER BRYANT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC. a Delaware Corporation,<br><br>Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC., v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No. CV 04-09049 SGL (RNBx)<br>(consolidated with CV 04-9059 & 05-2727)<br><br>**[PUBLIC REDACTED] DECLARATION OF MATTHEW M. WERDEGAR IN OPPOSITION TO MATTEL'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:       April 22, 2008<br>Time:      10:00 a.m.<br>Dept:      Courtroom 1<br>Judge:     Hon. Stephen G. Larson<br><br>Date Comp. Filed:  April 13, 2005<br><br>Discovery Cut-Off:  Jan. 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date:  May 27, 2008 |

[PUBLIC REDACTED] DECLARATION OF MATTHEW M. WERDEGAR IN OPPOSITION TO MATTEL'S MOTION FOR SUMMARY JUDGMENT
CASE NO. CV 04-09049 SGL (RNBx)

413924.01

I, Matthew M. Werdegar, declare and state that:

1.      I am an attorney licensed to practice law in the State of California and am a partner of the law firm of Keker & Van Nest LLP, located at 710 Sansome Street, San Francisco, California 94111, counsel for plaintiff Carter Bryant in the above-captioned action.  I am duly admitted to practice law before this Court.  Except where expressly stated, I have knowledge of the facts set forth herein, and if called to testify as a witness thereto, could do so competently under oath.

2.      Attached hereto as Exhibit 1 is a true and correct copy of excerpts of the deposition of Carter Bryant, Volume I, dated November 4, 2004.

3.      Attached hereto as Exhibit 2 is a true and correct copy of excerpts of the deposition of Carter Bryant, Volume II, dated November 5, 2004.

4.      Attached hereto as Exhibit 3 is a true and correct copy of excerpts of the deposition of Carter Bryant, Volume III, dated November 8, 2004.

5.      Attached hereto as Exhibit 4 is a true and correct copy of excerpts of the deposition of Carter Bryant, Volume IV, dated January 23, 2008.

6.      Attached hereto as Exhibit 5 is a true and correct copy of excerpts of the deposition of Janet Bryant dated September 25, 2007.

7.      Attached hereto as Exhibit 6 is a true and correct copy of excerpts of the deposition of Richard Irmen dated September 28, 2007.

8.      Attached hereto as Exhibit 7 is a true and correct copy of excerpts of the deposition of Sheila Kyaw dated January 24, 2008.

9.      Attached hereto as Exhibit 8 is a true and correct copy of Carter Bryant's check no. 1527 made out to Sheila Kyaw in the amount of $150.00 dated September 25, 2000, produced by Bryant in this litigation as BRYANT 01588. This document is authenticated at Ex. 4, 817:8-19.

10.     Attached hereto as Exhibit 9 is a true and correct copy of excerpts of the deposition of Adrienne Fontanella dated January 16, 2008.

11.     Attached hereto as Exhibit 10 is a true and correct copy of Mattel's

1  Worldwide Consumer Research Report dated January 9, 2002, produced by Mattel

2  in this litigation as M 0082147-53.  This document is authenticated at Ex. 11,

3  183:5 - 185:11.

4       12.    Attached hereto as Exhibit 11 is a true and correct copy of excerpts of

5  the deposition of Ivy Ross dated January 17, 2008.

6       13.    Attached hereto as Exhibit 12 is a true and correct copy of excerpts of

7  the deposition of Ann Driskill dated December 15, 2004.

8       14.    Attached hereto as Exhibit 13 is a true and correct copy of excerpts of

9  the deposition of Sandy Yonemoto dated May 30, 2007.

10      15.    Attached hereto as Exhibit 14 is a true and correct copy of Mattel's

11  Exit Interview Report of Carter Bryant dated October 19, 2000, produced by

12  Mattel in this litigation as M 0001654-55.  This document is authenticated at Ex.

13  15, 67:24 - 69:23.

14      16.    Attached hereto as Exhibit 15 is a true and correct copy of excerpts of

15  the deposition of Julia Jensen dated June 8, 2007.

16      17.    Attached hereto as Exhibit 16 is a true and correct copy of excerpts of

17  the deposition of Kathleen Simpson-Taylor dated February 23, 2008.

18      18.    Attached hereto as Exhibit 17 is a true and correct copy of excerpts of

19  the deposition of Veronica Marlow dated December 28, 2007.

20      19.    Attached hereto as Exhibit 18 is a true and correct copy of excerpts of

21  the deposition of Lisa Tonnu dated July 19, 2007.

22      I declare under penalty of perjury under the laws of the United States that

23  the foregoing is true and correct and that this declaration was executed on

24  March 24, 2008, at San Francisco, California.

25                                    /s/ Matthew M. Werdegar
                                      MATTHEW M. WERDEGAR
26

27

28

# TABLE OF CONTENTS

1.   Excerpts of the deposition of Carter Bryant, Volume I, dated November 4, 2004.

2.   Excerpts of the deposition of Carter Bryant, Volume II, dated November 5, 2004.

3.   Excerpts of the deposition of Carter Bryant, Volume III, dated November 8, 2004.

4.   Excerpts of the deposition of Carter Bryant, Volume IV, dated January 23, 2008.

5.   Excerpts of the deposition of Janet Bryant dated September 25, 2007.

6.   Excerpts of the deposition of Richard Irmen dated September 28, 2007.

7.   Excerpts of the deposition of Sheila Kyaw dated January 24, 2008.

8.   Copy of Carter Bryant's check no. 1527.

10.  Copy of Mattel's Worldwide Consumer Research Report dated January 9, 2002.

11.  Excerpts of the deposition of Ivy Ross dated January 17, 2008.

12.  Excerpts of the deposition of Ann Driskill dated December 15, 2004.

13.  Excerpts of the deposition of Sandy Yonemoto dated May 30, 2007.

14.  Copy of Mattel's Exit Interview Report of Carter Bryant dated October 19, 2000.

15.  Excerpts of the deposition of Julia Jensen dated June 8, 2007.

16.  Excerpts of the deposition of Kathleen Simpson-Taylor dated February 23, 2008.

17.  Excerpts of the deposition of Veronica Marlow dated December 28, 2007.

18.  Excerpts of the deposition of Lisa Tonnu dated July 19, 2007.

[PUBLIC REDACTED] DECLARATION OF MATTHEW M. WERDEGAR IN OPPOSITION TO MATTEL'S MOTION FOR SUMMARY JUDGMENT
CASE NO. CV 04-09049 SGL (RNBx)

413924.01

# EXHIBIT 1

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

# EXHIBIT 2

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

# EXHIBIT 3

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

# EXHIBIT 4

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

# EXHIBIT 5

1

1        IN THE UNITED STATES DISTRICT COURT

2          CENTRAL DISTRICT OF CALIFORNIA

3                 EASTERN DIVISION

4

5    CARTER BRYANT, an
     individual,

6                              Case No. CV 04-9049
          Plaintiff,           SGL (RNBx)
7                              Consolidated with:

     vs.
                               Case No.
8    MATTEL, INC., a Delaware  CV 04-09059
     corporation,

9                              Case No.
          Defendant.           CV 05-02727
10

11

12   VIDEOTAPED DEPOSITION OF MS. JANET L. BRYANT

13   produced, sworn, and examined on Tuesday,

14   September 25, 2007, at 9 a.m. of that day, at

15   the University Plaza Hotel & Convention Center,

16   333 John Q Hammons Parkway, in the City of

17   Springfield, County of Greene, and State of

18   Missouri, before me, KELLY R. HEISDORFFER, RPR,

19   CSR, CCR, in the above-captioned cause; taken on

20   behalf of the Defendant.

21

22

             ALPHA REPORTING SERVICE
23           3230-G South National
           Springfield, Missouri 65807
24             (417) 887-4110

25

                              Exh. 5 Page 61

32

1           they -- I take it they were actual drawings of

2           some kind --

3   A.      Yes.

4   Q.      -- that Carter showed you?  And were they in

5           color?  Were they black and white sketches?

6   A.      In color.

7   Q.      Back during that time period, did Carter, to

8           your knowledge, show your husband Tom any of his

9           drawings?

10  A.      Occasionally.  I know he saw the greeting cards.

11  Q.      Back in that time period when Carter was living

12          with you in Kimberling City, Missouri, did

13          Carter show Tom, to your knowledge, any drawings

14          that he did other than the greeting card

15          drawings?

16  A.      I don't know.

17  Q.      You're not aware of any others; is that true?

18  A.      I'm not aware of it.

19  Q.      Did you yourself show Tom any drawings that

20          Carter did back during that time period when

21          Carter was living with you in Kimberling City?

22  A.      To Tom?

23  Q.      Yes.

24  A.      Oh, yes.

25  Q.      And what did you show Tom?

                                        Exh. 5 Page 62

33

1    A.    Probably I showed him the cards I'm sure.   I

2          showed him whatever I was allowed to show him.

3    Q.    Well, is there anything else that you can

4          remember showing Tom that Carter had done --

5          well, I'm sorry.   I'll rephrase it.

6               During the time that Carter lived with you

7          in Kimberling City, Missouri, do you recall

8          showing Tom any drawings that Carter had done

9          other than the greeting card drawings?

10   A.    Yes.

11   Q.    And what other ones do you remember showing?

12   A.    The Bratz, the birth of them.

13   Q.    And what did you show Tom Bryant in connection

14         with the Bratz?

15   A.    The sketches he had done, I believe they were in

16         pencil, of the concept of the big head and the

17         big feet and the little bodies.

18   Q.    And these were pencil sketches or drawings that

19         Carter had made; is that correct?

20   A.    As far as I can recall initially.

21   Q.    And you were the one who showed those to Tom?

22   A.    Yes.

23   Q.    Did Carter show them to Tom?

24   A.    I don't know.                          Exh. 5 Page 63

25   Q.    Try and find a way of putting this question, but

40

1    Q.    That's a correct statement that I made that you

2          can't be sure?

3    A.    That's correct.

4    Q.    I take it that prior to the time that you showed

5          Tom one or potentially more drawings of Bratz

6          for the first time during this time period when

7          Carter was living with you in Kimberling City, I

8          take it that Carter showed you the drawings for

9          the first time; is that right?

10   A.    Yes.

11   Q.    And about how much in advance was that, the time

12         when you showed the drawing or drawings to Tom

13         on that initial occasion?

14   A.    I'm not sure, but probably as soon as he came

15         home.

16   Q.    So it's your expectation it was a very short

17         period of time?

18   A.    Yes.

19   Q.    Do you remember if it was on the same day or

20         not?

21   A.    I'm sorry.

22   Q.    Do you think it might have been on the same day

23         when Carter first showed you the drawings that

24         you then showed them to Tom?

25   A.    I don't believe it was the same day.    Exh. 5 Page 64

41

1    Q.    Please tell us what you can recall about the
2          occasion in which Carter first showed you any
3          Bratz drawings of any kind?
4    A.    He knocked on my bedroom door and said mom, I
5          want to show you something.  What do you think
6          of this idea?  What do you think of these?
7    Q.    And what happened next?
8    A.    And I said those are the cutest things I have
9          ever seen.
10   Q.    Anything else happen?
11   A.    He said I want to do the big heads, big feet.  I
12         just wanted to know what you thought.
13   Q.    Anything else happen on that occasion?
14   A.    Happen?
15   Q.    Yeah.  Did you say anything else to Carter about
16         them?  Did he say anything to you about them
17         beyond what you've already told me?
18   A.    I believe it was the same time he said I want
19         them to have big, big eyes and big lips, and
20         be -- and I had this idea for different
21         nationalities.
22   Q.    Anything else that you said to him or he said to
23         you on this occasion about the drawings?
24   A.    I said, Carter, all you need is one break.
25   Q.    Anything else said?

Exh. 5   Page 105

42

1   A.    I don't recall.  I was almost giddy.

2   Q.    So it's fair to say that you have told me

3         everything that you recall about what Carter

4         said to you and you said to Carter on that

5         occasion in which he first showed you Bratz

6         drawings; is that correct?

7   A.    Yes.

8             MR. PAGE:  When it's a good time for a

9         break, let me know.

10            MR. ZELLER:  Okay.  Probably a couple more

11        questions.

12  Q.    (By Mr. Zeller)  Did you know that the

13        drawings -- well, let me ask this first.

14            Do you remember how many drawings he showed

15        you on that occasion?  Was it one?  More than

16        one?

17  A.    You mean pieces of paper?

18  Q.    Yeah.

19  A.    I believe it was one.

20  Q.    It was one?

21  A.    I believe it was.

22  Q.    Do you remember what kind of paper it was on?

23  A.    No.                          Exh. 5 Page 66

24  Q.    So you're not sure if it was like a regular

25        plain piece of white paper or like a yellow

43

1          legal pad like I have here or transparency type

2          paper, tissue paper, butcher paper?  You

3          wouldn't be able to tell me what kind it was on?

4     A.   Not with certainty.

5     Q.   Well, when you say with certainty, do you have

6          any recollection at all?

7     A.   It was white is all I know.

8     Q.   Was it translucent paper of any kind?

9     A.   I don't remember.

10    Q.   At the time when you had this conversation with

11         Carter and he showed you the Bratz drawings, did

12         you know by then that they were called Bratz,

13         B-R-A-T-Z?

14    A.   No.

15    Q.   Did he call them by anything?

16    A.   No.

17    Q.   So it was later on when he first heard the word

18         "Bratz," B-R-A-T-Z in connection with what

19         Carter was doing?

20    A.   Yes.

21    Q.   Did Carter ever refer to them as Bratz, or did

22         you ever see it written down B-R-A-T-Z during

23         this time period when Carter was living with you

24         in Kimberling City, or was that all just later?

25    A.   I don't recall.

Exh. 5   Page 67

76

1        it pertained to licensing.  Do you remember

2        that?

3    A.    Yes.

4    Q.    Did Carter ever mention to you that he's not

5        being paid royalties or any money on licensed

6        Bratz product?

7    A.    Yes.

8    Q.    And that was -- was that an understanding you

9        learned during that conversation you had with

10        him in which he said, well, if it would require

11        me to work in these corporate offices in

12        California, I don't want anything to do with it?

13    A.    Yes, and to live in California, yes.

14    Q.    So it's your understanding that MGA was willing

15        to pay him money or license fees -- or excuse

16        me, royalties on licensing, but Carter was the

17        one who didn't want that?

18    A.    Yes.

19    Q.    And is this something Carter told you?

20    A.    Yes.

21    Q.    Have you ever had any conversation or discussion

22        or communication of any kind with Carter about

23        the origins of the Bratz name itself, B-R-A-T-Z?

24    A.    Yes.                                Exh. 5 Page 68

25    Q.    And when was the first time you had that

77

1          conversation with him?

2     A.   Oh, I don't recall.  The origin he told me that

3          when he designed these dolls, he wanted them to

4          kind of have a sweetness with an attitude, and

5          possibly the name, I don't know, it's conjecture

6          on my part that that's why he came up with that.

7     Q.   It's your understanding that Carter came up with

8          the Bratz name?

9     A.   I don't know for certain.

10    Q.   Did Carter ever say to you in words or substance

11         that he was the one who came up with the Bratz

12         name?

13    A.   I don't remember.

14    Q.   And it's fair to say that, as you sit here

15         today, you don't know one way or another whether

16         Carter was the one who came up with the Bratz

17         name; is that true?

18    A.   I can't say for certain.  I have moved too many

19         times.

20    Q.   Do you remember the first time Carter ever said

21         the word "Bratz" to you in connection with his

22         dolls?

23    A.   No.                          Exh. 5 Page 69

24    Q.   Do you know if it was when he was living with

25         you there in Kimberling City?

78

1    A.    No, I can't say for sure.  It could have been,

2          but I don't know for certain.

3    Q.    Did you see the word Bratz written down on any

4          of the drawings that Carter showed you back

5          during the time when he was living in Kimberling

6          City?

7    A.    I don't remember.

8    Q.    You don't remember that being on the drawings;

9          is that true?

10   A.    I don't remember, no.

11   Q.    It's a true statement?

12   A.    It is.

13   Q.    You don't remember seeing that?

14   A.    True, I don't remember.

15   Q.    I just want to make sure it's clear.

16   A.    I have seen it so many times it's hard to

17         remember.

18   Q.    Back when Carter showed you those drawings that

19         you saw when he was living there with you in

20         Kimberling City, did he talk about the names for

21         any of the characters of the dolls?

22   A.    Yes, I believe so.  Yes.

23   Q.    And what did he say about those?     Exh. 5 Page 70

24   A.    He wanted the name to fit their origin.  I

25         remember the name he thought was cute was Jade

79

1            and Chloe.   Those were the two I remember.

2    Q.    And you remember those two names as doll names

3            that Carter mentioned back in this time period

4            when he was living with you in Kimberling City?

5    A.    Yes.

6    Q.    And did he also see those names written down on

7            any of the drawings that he showed you?

8    A.    Yes.

9    Q.    So if I understand your testimony correctly, you

10           saw those names both on drawings that Carter

11           showed you and also he mentioned the names to

12           you during this time he was living with you in

13           Kimberling City?

14   A.    Yes.

15   Q.    We talked a little bit earlier about an occasion

16           in which Carter called you and told you about

17           this contact that he had with MGA the first

18           time, and if I understood you correctly -- and

19           please correct me if I'm wrong -- but that

20           conversation was after he already had contact

21           with MGA; is that right?

22   A.    Yes.

23   Q.    Did he tell you in advance that he was going to

24           go do this?

25   A.    Yes, I believe so, yes.

Exh. 5   Page 71

80

1   Q.   And so that was another occasion in which he

2        called you up and said I'm going to go pitch my

3        doll idea or take my doll idea to some other

4        company?

5   A.   Yes.

6   Q.   Did he mention it was MGA at the time?

7   A.   I don't recall that.  I wouldn't have known who

8        they were.

9   Q.   What did he say about what he was going to do?

10  A.   Present his idea.

11  Q.   Did he tell you how far in the future this was

12       going to happen?  In other words, does it sound

13       like it was imminent that he was going to be

14       doing this, or it was sometime out in the

15       future?

16  A.   Imminent.

17  Q.   So the chronology was is that he called you,

18       told you that he was going to go present his

19       idea to a doll company, and then it was shortly

20       thereafter you got another call from him saying

21       that he had gone and done it?

22  A.   Uh-huh.

23  Q.   Is that right?                    Exh. 5  Page 12

24  A.   Yes.  But it wasn't specifically a doll company.

25       It was a toy company what he told me.

96

1    MR. ZELLER:  Yeah, if we can have it read

2    back.

3        (The requested portion of the record was

4    read by the reporter.)

5   A.   Yes.

6   Q.   (By Mr. Zeller)  And who was that person?

7   A.   I don't recall their name.

8   Q.   Was it a lawyer?

9   A.   Yes.

10  Q.   Do you know if it was a lawyer for MGA or for

11       Carter or for somebody else?

12  A.   For Carter.

13  Q.   Was it someone at a law firm called Littler &

14       Mendelson?

15  A.   I'm not sure.

16  Q.   Does that name ring any bells?

17  A.   Yes.

18  Q.   Was the lawyer someone with O'Melveny & Myers?

19  A.   I'm not sure.

20  Q.   I take it it wasn't Mr. Page who asked you?

21  A.   No.

22  Q.   That presumably you would remember?

23       MR. PAGE:  One way.  Rings a bell.

24       MR. ZELLER:  Exactly.          Exh. 5  Page 73

25  Q.   (By Mr. Zeller)  So far we talked about the one

97

1       drawing you remember Carter initially showing

2       you of what you came to understand or learn was

3       Bratz at this particular these dolls.  Do you

4       recall that?

5    A.    Right.

6    Q.    And I think you said that in that first occasion

7       he knocked on your bedroom door and he came in

8       and he showed you the drawing; right?

9    A.    Yes.

10   Q.    And what was the next occasion in which you saw

11      any of Carter's drawings for this doll?

12   A.    I don't remember.

13   Q.    Did he show you more than one when he was still

14      there in Kimberling City?

15   A.    Yes.

16   Q.    So you do recall that he showed you more than

17      one drawing after that occasion in your bedroom

18      when he came and -- so focusing on the time

19      period when Carter was working -- excuse me,

20      living with you there in Kimberling City, you

21      mentioned the one specific occasion in which he

22      came, knocked on your bedroom door, showed you

23      the one drawing of the dolls that you at some

24      point came to understand were Bratz; right?

25   A.    Right.

Exh. 5  Page 74

98

1   Q.   And you do remember that Carter showed you other

2        drawings of the dolls while he was living with

3        you in Kimberling City?

4   A.   Yes.

5   Q.   And do you have an estimation as to the number

6        of drawings that he showed you when he was there

7        in Kimberling City?

8   A.   No.

9   Q.   So you're not sure if it was 10, less than 10,

10       more than 10?

11  A.   No.

12  Q.   On those subsequent occasions in which he showed

13       you drawings of the dolls, after he had shown

14       you that one initial drawing, did he show them

15       to you in batches, or were they one at a time?

16  A.   I don't recall.  I would be guessing.  I would

17       be curious to go see -- you know, as things

18       moved along.

19  Q.   Well, we'll show you some drawings, and we'll

20       see if that helps.  I'm trying to find out right

21       now what your recollection is about some of

22       these things, because it will help narrow it

23       down too potentially of the many drawings that

24       we have.  I won't have to show you everything in

25       these books.

Exh. 5 Page 75

99

```
 1    A.    What I meant -- I'm sorry, but what I meant was

 2          I would have out of a natural curiosity and

 3          excitement be looking to see anything new.

 4    Q.    And so it's, if I understand you correctly, part

 5          of what you are saying is that it may not have

 6          been just that Carter was showing them to you,

 7          it's you may have seen them on his drawing board

 8          or in his room or in some other location?

 9    A.    I may have, but usually I left it up to him to

10          show me.  He didn't --

11    Q.    Other than that -- I'm sorry.  I didn't mean to

12          cut you off.  Were you done?

13    A.    I didn't make it a habit of invading his room.

14    Q.    So the normal practice was as you allowed him to

15          come and show them to you?

16    A.    Yes.

17    Q.    Let me try it this way.  There is obviously this

18          was the situation or the episode you already

19          told me about where Carter came and showed you

20          that one drawing that you talked about in your

21          bedroom.

22                Do you have even if you can't remember how

23          many drawings there were, do you remember that

24          there were other occasions back in that time

25          period when he was living with you in Kimberling
```

100

1     City where he actually came and showed you other

2     drawings of the dolls?

3   A.   Yes.

4   Q.   So that you're sure of?

5   A.   Yes.

6   Q.   And I take it that Carter came and showed you

7     additional drawings on subsequent occasions

8     after that first one; right?

9   A.   Yes.

10   Q.   So this was something that was happening over

11     time?

12   A.   Yes.

13   Q.   And about how long was that time period where

14     Carter was -- where Carter was coming to you to

15     show you drawings of these dolls that you came

16     to know were Bratz?

17   A.   I couldn't tell you.  I couldn't tell you.

18   Q.   It was over the course of more than just a few

19     days though; right?

20   A.   Yes.

21   Q.   So it was periodically over the course of at

22     least many days and maybe longer; is that

23     correct?

24   A.   Yes.                    Exh. 5 Page 77

25   Q.   And you're not sure those occasions when he came

101

1          and would periodically show you the drawings of

2          these dolls that you know or subsequently

3          learned were Bratz as to how many he showed you

4          on any of these occasions whether it was one

5          more drawing or a batch of additional drawings?

6     A.   Correct.

7     Q.   When was it that Carter showed you that first

8          drawing of the dolls?

9     A.   I don't remember.

10    Q.   You're sure it was when you were living in

11         Kimberling City?

12    A.   Yes.

13    Q.   So but you're not sure during that time period

14         when Carter was living with you when he first

15         showed you that drawing?

16    A.   No.

17    Q.   Or any Bratz drawing?

18    A.   No, I am not.

19    Q.   Can you tell me what time of the year it was, I

20         mean, what season it was?  Was it spring?

21         Summer?  Fall?  Winter?

22    A.   No, I can't tell you.                    Exh. 5 Page 78

23    Q.   So I take it it's fair to say that there is no

24         time frame that you can put on when it was that

25         Carter came and showed you any of these Bratz

102

```
 1        drawings.  Is that true?

 2   A.   Yes.  I wish I could.  I wish I had written it

 3        down.  I would give a lot to have written it

 4        down.

 5   Q.   Well, that's my next question.  I assume you

 6        didn't create any documents or any documentation

 7        as to when you first saw these or saw any of

 8        those Bratz drawings; is that correct?

 9   A.   No.

10   Q.   I'm sorry, it's correct?

11   A.   It's correct what you said.

12   Q.   I know that you had mentioned that, of course,

13        at some point you showed a drawing maybe more to

14        Tom?

15   A.   Yes.

16   Q.   During this time period when Carter was living

17        in Kimberling City with you, did you show those

18        drawings to anyone else?

19   A.   Yes.

20   Q.   Who else did you show them to?

21   A.   My friend Jeanne.

22   Q.   And is that J-E-A-N?

23   A.   J-E-A-N-N-E Galvano, G-A-L-V-A-N-O.

24   Q.   G-A-L-V-A-N-O?

25   A.   Yes.
```

Exh. 5  Page 79

103

```
 1   Q.   And you had mentioned she's a friend of yours?

 2   A.   Yes.

 3   Q.   Was she living in Kimberling City at the time?

 4   A.   No.

 5   Q.   Where did she live?

 6   A.   Alaska.

 7   Q.   The state of Alaska I assume?

 8   A.   Yes.

 9   Q.   Was she down here visiting?

10   A.   Yes.

11   Q.   And she was visiting you?

12   A.   Yes.

13   Q.   And staying in your home?

14   A.   Yes.

15   Q.   And is she someone you are still in touch with?

16   A.   Yes.

17   Q.   I take it you met her when you lived up in

18        Alaska?

19   A.   Yes.

20   Q.   And you've kept in touch with her since then?

21   A.   Yes.

22   Q.   How did you meet her?           Exh. 5 Page 80

23   A.   Her husband installed the carpet in our home,

24        and after he had been there a few days, he said,

25        would you be willing to go visit my wife.  She's
```

152

1       look at Exhibit 708?  Do you need to take

2       another minute?

3    A.   No.  I'm okay.  Go ahead.

4    Q.   Are you sure?

5    A.   Yeah.

6          MR. PAGE:  You need to answer out loud.

7    Q.   (By Mr. Zeller)  That's a problem if you can't

8       answer out loud.

9    A.   I'm ready for the answer.

10   Q.   Well, let's start again then.

11   A.   Okay.

12   Q.   Have you seen -- you've had a chance to take a

13       look at Exhibit 708?

14   A.   Yes.

15   Q.   And is this a drawing that Carter Bryant has

16       ever shown you?

17   A.   Yes.

18   Q.   And when did Carter show you this drawing?

19   A.   When he had lived with us in Kimberling City.  I

20       don't remember the exact day.

21   Q.   Now, you'll see that there are four names that

22       are listed here?

23   A.   Yes.

24   Q.   Jade, Lupe, Zoe and Hallyday, H-A-L-L-Y-D-A-Y?

25   A.   Yes.

Exh. 5 Page 81

CONFIDENTIAL TESTIMONY          9/25/2007          ATTORNEYS' EYES ONLY

153

1    Q.   Were those names on this drawing at the time

2         that you saw it back when Carter was living in

3         Kimberling City?

4    A.   Yes.

5    Q.   Was this the first drawing that Carter showed

6         you in connection with Bratz?

7    A.   I don't believe it was the first one, no.

8    Q.   So this was one of the later ones then?

9    A.   Yes.

10        MR. ZELLER:  Please mark as --

11   Q.   And by the way with Exhibit 708, you recognize

12        Exhibit 708 a design drawings for the heads of

13        the Bratz dolls; is that correct?

14   A.   Yes.

15   Q.   The Bratz dolls that actually came out to

16        market?

17   A.   Are you asking me if they turned out exactly

18        like these faces or names?

19   Q.   Well, not exactly.  I'm talking about the faces,

20        not the names.  But I'm just asking with

21        Exhibit 708, you recognize these what is

22        depicted here on Exhibit 708 as the design for

23        the faces of the Bratz dolls that actually came

24        out?

25   A.   Yes.

Exh. 5 Page 82

REPORTER'S CERTIFICATE

STATE OF MISSOURI     )
                      )  ss
COUNTY OF GREENE      )

I, KELLY R. HEISDORFFER, Registered Professional Reporter, Certified Shorthand Reporter, and Certified Court Reporter, do hereby certify that the witness was duly sworn by me; that the facts stated by me in the caption hereof are true; that the said witness did make the above and foregoing answers in response to questions propounded as shown; that I did, in stenotype, report said proceedings; and that the above and foregoing typewritten pages contain a full, true, and correct transcription of my shorthand notes taken on such occasion.  That the signature to said deposition was by agreement of counsel and the witness waived; that said deposition is now herewith returned.

I further certify that I am neither attorney for, nor counsel for, nor related to, nor employed by any of the parties to the action in which this deposition was taken; and, further, that I am not a relative or employee of any attorney or counsel employed by the parties hereto, or financially interested in the action.

_Kelly R. Heisdorffer_
KELLY R. HEISDORFFER, RPR, CSR, CCR
                      CCR No. 1025


ALPHA REPORTING SERVICE
3230-G South National
Springfield, Missouri  65807
(417) 887-4110

Exh. 5 Page 83

# EXHIBIT 6

1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

2

3

4    CARTER BRYANT, an individual,

5              Plaintiff,

6         vs.                    No.  CV04-9049 SGL (RNBx)

7    MATTEL, INC., a Delaware
     corporation,

8

9              Defendants.

10

11

AND CONSOLIDATED ACTIONS.

12

13

14

15         VIDEOTAPED DEPOSITION OF RICHARD IRMEN,

16    taken on behalf of Plaintiff, at Keker & Van Nest,

17    710 Sansome Street, San Francisco, California

18    beginning at 9:36 a.m. and ending at 7:18 p.m., on

19    Friday, September 28, 2007, before Monica

20    Lepe-Georg, Certified Shorthand Reporter No. 11976

21

22

23

24

25

Exh. 6 Page 84

2

1    then.

2            MR. ZELLER:  I understand, but that's what

3    some people would want to say, but I'm not saying

4    that dolls had to be then existing.  Let me be very

5    clear about it.

15:49:37  6        Q.   Because part of where I'm heading is if I

7    want to find out if there was anything about the

8    Bratz name, the actual word Bratz.  The description

9    that you gave me previously as to how Carter

10   described how he came up with Bratz in the September

11   of 2000 was a description of the dolls as opposed to

12   the name; is that correct?

13           MS. ANDERSON:  Move to strike the first

14   part of the question which wasn't a question, but

15   you could try to answer the question.

16           THE WITNESS:  Carter came up with the

17   concept that ended up being dolls in 1998.  The name

18   Bratz, to the best of my knowledge, came up because

19   of their attitude -- the attitude and personalities

20   that he had given the characters.  And it's the only

21   name that I've ever known those characters, or now

22   the dolls, by.

23           MR. ZELLER:  Let's see if we can break that

24   down a little bit.

15:50:55  25       Q.   First, if I understand you correctly, the

Exh. _10_  Page _85_                                    202

1        I, the undersigned, a Certified Shorthand

2  Reporter of the State of California, do hereby certify:

3        That the foregoing proceedings were taken

4  before me at the time and place herein set forth; that

5  any witnesses in the foregoing proceedings, prior to

6  testifying, were duly sworn; that a record of the

7  proceedings was made by me using machine shorthand

8  which was thereafter transcribed under my direction;

9  that the foregoing transcript is a true record of the

10  testimony given.

11        Further, that if the foregoing pertains to

12  the original transcript of a deposition in a Federal

13  Case, before completion of the proceedings, review of

14  the transcript [  ] was [ X ] was not requested.

15        I further certify I am neither financially

16  interested in the action nor a relative or employee

17  of any attorney or party to this action.

18        IN WITNESS WHEREOF, I have this date

19  subscribed my name.

20

21  Dated: _____ OCT 12 2007.

22

23

24        MONICA LEPE-GEORG
           CSR No. 11976

25

Exh. 6  Page 86

# EXHIBIT 7

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

# EXHIBIT 8

# FILED UNDER SEAL
# PURSUANT TO
# PROTECTIVE ORDER

# EXHIBIT 9

# FILED UNDER SEAL
# PURSUANT TO
# PROTECTIVE ORDER

# EXHIBIT 10

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

# EXHIBIT 11

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

# EXHIBIT 12

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

# EXHIBIT 13

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

# EXHIBIT 15

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

# EXHIBIT 16

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

# EXHIBIT 14

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

# EXHIBIT 17

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

# EXHIBIT 18

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER