KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
jkeker@kvn.com
MICHAEL H. PAGE - #154913
mpage@kvn.com
CHRISTA M. ANDERSON - #184325
canderson@kvn.com
MATTHEW M. WERDEGAR - #200470
mwerdegar@kvn.com
JOHN E. TRINIDAD - #250468
jtrinidad@kvn.com
AUDREY WALTON-HADLOCK- #250574
awaltonhadlock@kvn.com
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff
CARTER BRYANT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>MATTEL, INC. a Delaware Corporation,<br><br>　　　　　　　　Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC., v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No. CV 04-09049 SGL (RNBx) (consolidated with CV 04-9059 & 05-2727<br><br>**PROOF OF SERVICE** |

413486.02

PROOF OF SERVICE
CASE NO. CV 04-09049 SGL (RNBx)

PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest, LLP, 710 Sansome Street, San Francisco, California 94111.

On March 24, 2008, I served the following document(s):

**APPLICATION OF CARTER BRYANT FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL**

**[PROPOSED] ORDER RE APPLICATION OF CARTER BRYANT TO FILE CERTAIN DOCUMENTS UNDER SEAL**

**BRYANT'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MATTEL'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

**BRYANT'S STATEMENT OF GENUINE ISSUES IN OPPOSITION TO MATTEL'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

**DECLARATION OF MATTHEW M. WERDEGAR IN OPPOSITION TO MATTEL'S MOTION FOR SUMMARY JUDGMENT**

by **COURIER**, by placing a true and correct copy in a sealed envelope addressed as shown below, and dispatching a messenger from Timemachine, whose address is 1533 Wilshire Blvd., Los Angeles, CA 90017, with instructions to hand-carry the above and make delivery to the following during normal business hours, by leaving the package with the person whose name is shown or the person authorized to accept courier deliveries on behalf of the addressee.

| | |
|---|---|
| John B. Quinn<br>Michael T. Zeller<br>Quinn Emanuel Urquhart Oliver & Hedges, LLP<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017-2543<br>Tel:   213/443-3000<br>Fax:  213/443-3100<br>Email: johnquinn@quinnemanuel.com<br>Email: michaelzeller@quinnemanuel.com | Thomas J. Nolan<br>Skadden Arps Slate Meagher & Flom<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071-3144<br>Tel:   213/687-5000<br>Fax:  213/687-5600<br>Email: tnolan@skadden.com |

413486.02

1 | Alexander H. Cote (via U.S. Mail)
2 | Overland Borenstein Scheper & Kim LLP
  | 300 S. Grand Avenue, Suite 2750
3 | Los Angeles, California 90071
  | Tel:   213/613-4660
4 | Fax:   213/613-4656
5 | Email :   acote@obsklaw.com

6 |    Executed on March 24, 2008, at San Francisco, California.

7 |    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.
8 |
9 | *Julie A. Selby* (signature)
  | Julie A. Selby