# EXHIBIT A

Feb 11 08 04:14p    Llc   W. Cunningham       760-  1-5227        p.2

**LLOYD CUNNINGHAM**
**FORENSIC DOCUMENT EXAMINER**
67 OAK MEADOW COURT, ALAMO, CA 94507
OFFICE PHONE: 925-831-0790
FAX: 925-831-0791

## CURRICULUM VITAE

Currently I am self-employed as a Forensic Document Examiner.

The following is a resume of my qualifications as they relate to my expertise. I would testify to these qualifications in a court of law as an expert in the examination of questioned handwriting and documents.

| | |
|---|---|
| 1963-1990 | Twenty-seven years of service with the San Francisco Police Department. Retired Inspector of Police. |
| 1977-1980 | Assigned to the San Francisco Police Department Fraud Unit, Embezzlement Investigations. |
| 1980 | Graduated from the United States Secret Service Questioned Documents Course in Washington, D.C. |
| 1980-1982 | Completed a 2-1/2 year course of studies as an intern with the Questioned Document Section of the United States Postal Crime Laboratory. |
| 1982 | Graduated from the F.B.I. Questioned Documents Course in Quantico, VA. |

Established the first full time Questioned Document Section within the San Francisco Police Department Crime Laboratory and supervised this section from 1980 – 1990.

Past president of the Southwestern Association of Forensic Document Examiners.

### MEMBER

Southwestern Association of Forensic Document Examiners.

Honorary Member of the American Society of Questioned Document Examiners.

International Association for Identification – Questioned Document Section. Life Member.

EXHIBIT ___A___

PAGE ___3___

## ATTEND FORENSIC WORKSHOPS SPONSORED BY:

Southwestern Association of Forensic Document Examiners
American Society of Questioned Document Examiners
American Board of Forensic Document Examiners
International Association for Identification
American Academy of Forensic Sciences

Prepared scientific research papers which were presented at forensic
seminars and published in forensic and law enforcement journals.

## LECTURED

San Francisco Police Department Academy
Oakland Police Department
District Attorney Investigator's Association
California District Attorney's Association
Trial Lawyer's Association
American Bar Association
California Department of Motor Vehicles Investigators
U.S.F Law School.  Hasting Law School
Numerous Bank Investigators and Investigative Associations.

## INSTRUCTOR

Certified by the California Commission of Peace Officer Standards and Training
to teach Questioned Document Investigative Techniques in the Institute of
Criminal Investigation.

Taught (POST) Questioned Document Investigative Techniques in conjunction
with the San Jose State University Administration of Justice Department from
1991 – 2003.

Examined items and prepared formal reports for approximately 6,000 questioned
document cases which were submitted by law enforcement investigators,
corporate security, civil attorneys, criminal defense attorneys, and for federal and
state agencies such as the F.B.I, Secret Service, I.R.S., U.S. Customs, D.E.A.,
California Highway Patrol, etc.

Testified and have been accepted as an expert Forensic Document Examiner in
excess of 500 times in State and Federal Courts, and in depositions and hearings.

EXHIBIT ___A___

PAGE ___4___

# EXHIBIT B

**THIS EXHIBIT IS FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER**