# EXHIBIT A

# WILLIAM J. FLYNN, B.S., D-ABFDE

### Forensic Document Examiner
### Curriculum Vitae

## EXPERIENCE (CIVIL):

October 1983 - Present:

### PRESIDENT AND CEO - AFFILIATED FORENSIC LABORATORY, INC.

Founded and Incorporated Affiliated Forensic Laboratories in 1983 to provide the legal and business communities with professional forensic questioned document services.

January 1973 - September 1983:

Private civil practice in Questioned Document Examination - Phoenix, Arizona

## EXPERIENCE (CRIMINAL):

Jan 1973 - July 1991:

### QUESTIONED DOCUMENT SUPERVISOR - ARIZONA DEPARTMENT OF PUBLIC SAFETY.

Supervising Analyst, Arizona Department of Public Safety, Questioned Document Laboratory. Was responsible for determining authorship of questioned handwritings and handprintings; detecting alterations, additions, interlineations, chemical and mechanical erasures, evidence of tracings or other tampering with original documents. Used stereoscopic microscopes, test plates, infrared, ultraviolet and other spectral devices and video conversion equipment. Conducted counterfeit detection, ink and paper analyses. Have qualified and rendered expert testimony in Federal, State, and Municipal courts throughout the United States. Prepared court exhibits to illustrate my conclusions at these judicial proceedings. Lectured on related subjects for law enforcement and citizen groups.

Supervised and evaluated subordinate document examiners, as well as trained apprentice examiners. Conducted research in the field to further the science of questioned document examination.

1

EXHIBIT ___A___
rev. 8/06

PAGE ___3___

February 1965 - December 1972:

## QUESTIONED DOCUMENT EXAMINER/SERGEANT - PHILADELPHIA POLICE DEPARTMENT CRIME LABORATORY

Initially hired as a Patrolman with the Philadelphia Police Department. After two and one half years was promoted to Detective and subsequently assigned to the Crime Laboratory as a Questioned Document Examiner trainee. Completed apprenticeship in 1970 and was promoted to Detective Sergeant/Questioned Document Examiner. Remained in that capacity until joining the Arizona State Crime Laboratory in January of 1973.

## SPECIALIZED TRAINING COURSES IN QUESTIONED DOCUMENTS:

### SOUTHWESTERN ASSOCIATION OF FORENSIC DOCUMENT EXAMINERS / ASQDE / ABFDE

a.  Medical/Legal Symposium on the Forensic Examination of Medical Records and Testimony Related to Medical Malpractice Cases – Miami, FL, May 1997.

b.  Identification of typewriter fonts utilizing the Bouffard Electronic Database System - Dr. Bouffard 1994

c.  Forensic Paper Identification Symposium - Mead Paper Co. 1992

### FEDERAL BUREAU OF INVESTIGATION, TRAINING ACADEMY, QUANTICO, VIRGINIA:

a.  Typewriter Identification School - 1987.

b.  International Symposium on Questioned Documents - 1985.

c.  Legal Aspects of Questioned Document Examination - 1978.

d.  Questioned Document Laboratory Photography - 1975

e.  Survey of Questioned Document Examiners - 1974.

### INSTITUTE OF PAPER CHEMISTRY, APPLETON WISCONSIN:

a.  Forensic Identification of Paper - 1973.

2

EXHIBIT ___A___

PAGE ___4___

## U.S. SECRET SERVICE, WASHINGTON, D.C.:

a.    Questioned Document School - 1970.

## PHILADELPHIA POLICE DEPARTMENT CRIME LABORATORY:

a.    Two year apprenticeship with the Chief Document Examiner for the Philadelphia Police Crime Laboratory - 1968 through 1970

## PENNSYLVANIA STATE POLICE DOCUMENT LABORATORY:

a.    Initial Questioned Document Training with the Chief Document Examiner for the Pennsylvania State Police Laboratories, 1968.

## CONTINUING TRAINING:

Over the past thirty four years, have attended, and/or conducted, more than ninety seminars, training workshops, scientific symposia, and professional meetings involving such organizations as: The American Academy of Forensic Sciences, American Society of Questioned Document Examiners, American Board of Forensic Document Examiners, Southwestern Association of Forensic Document Examiners, and the International Association for Identification.

3

EXHIBIT ___A___ rev. 8/06

PAGE ___5___

## PROFESSIONAL AFFILIATIONS:

Member - American Academy of Forensic Sciences

Member – American Society of Questioned Document Examiner

Member – Southwestern Association of Forensic Document Examiners (President 1985-1987)

Librarian/Historian - Southwestern Association of Forensic Document Examiners. (1981 - Present)

President - American Board of Forensic Document Examiners (1989 - 1991)

## EDUCATION and CERTIFICATIONS:

B.S.. University of Phoenix (Computer Information Systems)

Board Certified by the American Board of Forensic Document Examiners.

## COURT QUALIFICATIONS:

Qualified as a Questioned Document Examiner in Federal. State and Municipal Courts throughout the United States. Have also testified as an expert in Europe and the Middle East.

## PAPERS PUBLISHED:

a.  "The Illusion of Traced Forgery on Zinc Oxide Photocopy Paper" - *Journal of Police Science and Administration* - Vol. 2:No.3 Dec. 1974.

b.  "Forgery by Phone" - ibid. Vol. 4:No.3 Sept. 1976.

c.  "PaperMate's New Erasable Ink Pen" - ibid. Vol. 7:No.3 Sept. 1979.

d.  "Instant Winner Lottery Tickets - Examination and Testing Procedures" Presented at the AAFS Meeting Feb. 1988.

e.  "Laser Printers - Nemesis of the '90's" Co-authored with Robert G. Lockard. Presented at the ASQDE Meeting Aug. 1990.

f.  "Typography for Document Examiners" - Presented at the Fall 1991 meeting of the Southwestern Association of Forensic Document Examiners.

g.  "Light, Color. and Filters" – biannual publication of the Southwestern Association of Forensic Document Examiners - 1992.

h.  "Utilizing Computer Generated Graphics as an Aid to Expert Testimony"    Presented at the Fall 1992 meeting of the Southwestern Association of Forensic Document Examiners.

4

EXHIBIT ___A___

rev. 8/06

PAGE ___6___

i.    "Identification of Non-Impact Printing Devices" - Published as a series (1993-1994) in the *ABFDE NEWS* the quarterly publication of the American Board of Forensic Document Examiners.

j.    "Light, Color. and Filters Revisited" – biannual publication of the Southwestern Association of Forensic Document Examiners Vol. XII-#3, Fall 1993 co-authored with Gerald B. Richards, F.B.I. Laboratory. Wash. D.C.

k.    "Electronic Typography for Document Examiners (update)" - Presented at the 52nd annual meeting of the American Society of Forensic Document Examiners. August 1994

l.    "Production and Utilization of Computer Generated Court Exhibits for Document Examiners" Presented as a workshop at the Southwestern Association of Forensic Document Examiners meeting. Spring 1995

m.    "Widows and Orphans Provide Clues as to Facsimile Transmission Methodology" – *ABFDE NEWS* the quarterly publication of the American Board of Forensic Document Examiners (Spring 1995)

n.    "Measurement of Repeating Image Defects as a Method for the Identification of Hewlett Packard Laser Printers" – ibid. (Spring 1996)

o.    "Hewlett Packard's Printer Control Language - PCL" – ibid. (Summer 1996)

p.    "Using Digital Photography for Courtroom Presentations". Talk presented at the spring 1997 meeting of the Southwestern Association of Forensic Document Examiners.

q.    Co-author "Scientific Examination of Questioned Documents, Second Ed." Published 2006 by CRC Press Chapters - "The Examination of Computer Generated Documents" and "Typography."

## EXAMINATIONS:

During the past thirty four years I have either written or reviewed (as Senior Analyst) more than 19.500 Questioned Document laboratory reports including those for some of the following agencies:

### *FEDERAL AGENCIES*:

U.S. Treasury Dept.. U.S. Secret Service. Federal Bureau of Investigation, U.S. Dept. of Immigration and Naturalization, United States Attorney's Offices, U.S. Postal Service. United States Internal Revenue Service. U.S. Bureau of Alcohol Tobacco and Firearms, U.S. Drug Enforcement Administration. U.S. Army C.I.D.. U.S. Air Force O.S.I., U.S. Department of Agriculture, U.S. State Department, U.S. Department of Justice. U.S. Department of Defense.

### *STATE AGENCIES*:

rev. 8/06
EXHIBIT    A

PAGE    1

More than fifty (50) different State Agencies in Arizona, New Mexico, California, Nevada, Colorado, Utah, Montana, North Dakota, Georgia, Pennsylvania, Alaska and Guam.

### MUNICIPAL AGENCIES:

More than sixty (60) different Municipal Law Enforcement Agencies in Arizona as well as most of the Agencies in the five county area around Philadelphia, Pennsylvania.

### PRIVATE PRACTICE:

More than a fifteen hundred cases worked for attorneys in civil litigations, as clients of Affiliated Forensic Laboratory's private practice.

## AWARDS:

More than 220 letters of commendation from the various U.S. Government Agencies, State Agencies, County Government and Municipalities for whom documents have been examined and/or testimony rendered.

## TEACHING ACTIVITIES:

1990 - Present:

Guest lecturer, National Association of Legal Investigators Seminar, "Blazing the Investigative Trail," Scottsdale, AZ, 1/26/01

Guest lecturer, International Association of Internal Auditors Conference, Atlanta, GA.

Guest lecturer, International Association of Internal Auditors Conference, Phoenix, AZ.

Guest lecturer, American Medical Records Association, Casa Grande, AZ.

Guest speaker Medical Records Litigations (ATLA), Steamboat Springs, CO.

Conducted a series of seminars and workshops for forensic document examiners concerning computer printing devices and electronic typography (1992-Present)

Guest Lecturer, International Association of Credit Card Investigators, Scottsdale, AZ

1975 - 1991:

6

rev. 8/06

EXHIBIT ___A___

PAGE ___B___

## INSTRUCTOR - CRIMINAL JUSTICE AGENCIES:

Advanced Investigator's training for all law enforcement agencies in Arizona at
the ALETA Academy.

Numerous classes and symposia for Maricopa County Bar Association, American
Trial Lawyers Association, DES, Phoenix Police Academy, Arizona Attorney
General's Office, U.S. Internal Revenue Service, etc.

1973 - 1991:

## INSTRUCTOR - PHOENIX COLLEGE, AND AMERICAN
## INSTITUTE OF BANKING:

Conducted a course of instruction at Phoenix College for fourteen years. dealing
with investigation of document crimes, forgery and counterfeiting matters through
the Administration of Justice Department. Conducted Forgery and Counterfeiting
seminars for the American Institute of Banking. Taught Computer Science
courses at Gateway Community College - Beginning and Advanced Operating
Systems, and various computer program applications.

7

rev. 8/06

EXHIBIT A

PAGE 9

# EXHIBIT B

**THIS EXHIBIT IS FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**