QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>[PUBLIC REDACTED] DECLARATION OF GINGER S. MCRAE IN SUPPORT OF MATTEL, INC.'S CONSOLIDATED OPPOSITION TO DEFENDANTS' MOTIONS FOR PARTIAL SUMMARY ADJUDICATION<br><br>Date:   April 22, 2008<br>Time:   10:00 a.m.<br>Place:  Courtroom 1<br><br>**Phase 1**<br>Discovery Cut-Off:       Jan. 28, 2008<br>Pre-Trial Conference:   May 5, 2008<br>Trial Date:                  May 27, 2008 |

## DECLARATION OF GINGER S. MCRAE

I, Ginger S. McRae, declare as follows:

1.    I make this declaration of my personal and firsthand knowledge and, if called and sworn as a witness, I could and would testify competently hereto.

2.    I make this declaration in support of plaintiff Mattel, Inc.'s ("Mattel") Consolidated Opposition to Defendants' Motions for Partial Summary Adjudication.

3.    I have been retained as an expert on behalf of Mattel in this lawsuit. I have over 24 years experience in the legal and human resources areas. As evidence and proof of this experience, I attach a true and correct copy of my *curriculum vitae* as Exhibit A to this Declaration.

4.    Attached as Exhibit B is a true and correct copy of the expert report I prepared in this case, dated March 17, 2008. I certify that this report is true, accurate and correct, and accurately sets forth my opinions in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 21, 2008, at Decatur, Georgia.

*Ginger S. McRae*

_____

Ginger S. McRae