QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
| vs. | |
| MATTEL, INC., a Delaware corporation, | DECLARATION OF MICHAEL MOORE IN SUPPORT OF MATTEL, INC.'S CONSOLIDATED OPPOSITION TO DEFENDANTS' MOTIONS FOR PARTIAL SUMMARY JUDGMENT |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | Date: April 22, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 1 |
| | **Phase 1**<br>Discovery Cut-Off: Jan. 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

## DECLARATION OF MICHAEL MOORE

I, Michael Moore, declare as follows:

1. I have been an employee of Mattel, Inc. since December 2000. I am currently Expert Counsel in Mattel's Law Department. I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. By making this declaration, as Mattel's legal counsel, I hereby expressly reserve all rights, duties and privileges on behalf of Mattel and my own under the applicable law of California and federal law, including, but not limited to, California Evidence Code sections 950-962, Federal Rule of Evidence 501 and California Business Professions Code section 6068(e), which requires that I "maintain inviolate the confidence, and at every peril to [me], to preserve the secrets of [my] client."

3. I met with Cityworld's counsel Danny Yu and George Kesserling on November 24, 2003, at the offices of Bird & Bird in Hong Kong. At this meeting I received documents from Cityworld's counsel, including a copy of a contract between MGA Entertainment, Inc. and Carter Bryant dated as of September 18, 2000. To my knowledge Mattel had not received this document prior to that date. Attached as Exhibit 1 is a true and correct copy of the contract that I received from Cityworld on November 24, 2003, and which Mattel has produced in this action as Bates number M 0001547-52.

4. Also among the documents I received was the Affirmation of Lee Shiu Cheung, which, according to the Affirmation, attached copies of "17 initial concept and [d]esign drawings of the Bratz Dolls made by [Carter] Bryant in the year 2000." To my knowledge, Mattel had not received these drawings prior to that date. Attached as Exhibit 2 is a true and correct copy of the Affirmation of Lee Shiu Cheung with exhibit "LSC-3," which are attached drawings, as I received them from

1 | Cityworld on November 24, 2003, which Mattel has produced in this action as Bates
2 | number M 0001570-M 0001581 and M 0001489A-1505.
3
4 |     I declare under penalty of perjury under the laws of the United States of
5 | America that the foregoing is true and correct.
6 |     Executed on March 24, 2008, at Venice, California.

*[Signature]*
Michael Moore