1 QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   John B. Quinn (Bar No. 090378)
2   johnquinn@quinnemanuel.com
   Michael T. Zeller (Bar No. 196417)
3   (michaelzeller@quinnemanuel.com)
   Jon D. Corey (Bar No. 185066)
4   (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5 Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
6 Facsimile: (213) 443-3100

7 Attorneys for Mattel, Inc.

8

                    UNITED STATES DISTRICT COURT
9
                  CENTRAL DISTRICT OF CALIFORNIA
10
                        EASTERN DIVISION
11

12 CARTER BRYANT, an individual,      CASE NO. CV 04-9049 SGL (RNBx)

13            Plaintiff,              Consolidated with
                                      Case No. CV 04-09059
14       vs.                          Case No. CV 05-02727

15 MATTEL, INC., a Delaware           **Proof of Service**
   corporation,
16                                    Date:  April 23, 2008
              Defendant.             Time:  10:00 a.m.
17                                    Place: Courtroom 1

18                                    **Phase 1**
                                      Discovery Cut-Off:    Jan. 28, 2008
19                                    Pre-Trial Conference:  May 5, 2008
                                      Trial Date:            May 27, 2008
20

21

22

23

24

25

26

27

28

-1-

1

## PROOF OF SERVICE

2      I am employed in the County of Los Angeles, State of California.  I am over

3  the age of eighteen years and not a party to the within action; my business address is

4  NOW Messenger Service, 1301 West Second Street, Suite 206, Los Angeles,

5  California 90026.

6      On March 24, 2008, I served true copies of the following documents

7  described as:

8      ## SEE ATTACHED DOCUMENT LIST

9  on the parties in this action as follows:

10  Thomas J. Nolan, Esq.                    Mark E. Overland
    **Skadden, Arps, Slate, Meagher &**       David C. Sheper
11  **Flom LLP**                              Alexander H. Cote
    300 South Grand Avenue, Suite 3400        **Overland Borenstein Scheper & Kim**
12  Los Angeles, CA  90071                    **LLP**
                                              300 South Grand Avenue, Suite 2750
13                                            Los Angeles, CA 90071

    John W. Keker, Esq.
14  Michael H. Page, Esq.
    Christa M. Anderson, Esq.
15  **Keker & Van Nest, LLP**
    710 Sansome Street
16  San Francisco, CA 94111

17
        [√]   **PERSONAL**: By personally delivering the document listed above to
18  the person(s) at the address(es) set forth above.

19
        I declare that I am employed in the office of a member of the bar of this court
20  at whose direction the service was made

21
        Executed on March 24, 2008, at Los Angeles, California.
22

23

24  _____
    Dave Quintana
25

26

27

28

07209/2443280.1 07209/24
25910.1

-2-                                        Case No. CV 04-9049 SGL (RNBx)

PROOF OF SERVICE

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017.

On March 24, 2008, I served true copies of the following documents described as:

### SEE ATTACHED DOCUMENT LIST

on the parties in this action as follows:

John W. Keker, Esq.
Michael H. Page, Esq.
Christa M. Anderson, Esq.
**Keker & Van Nest, LLP**
710 Sansome Street
San Francisco, CA 94111

[√]     **BY MAIL:**  I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California.  The envelope was mailed with postage thereon fully prepaid.

Executed on March 24, 2008, at Los Angeles, California.

Andrea Hoeven

# DOCUMENT LIST

1.    MATTEL, INC.'S CONSOLIDATED OPPOSITION TO DEFENDANTS' MOTIONS FOR PARTIAL SUMMARY JUDGMENT

2.    MATTEL, INC.'S STATEMENT OF GENUINE ISSUES REGARDING BRYANT'S SEPARATE STATEMENT OF UNCONTESTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF BRYANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT

3.    MATTEL, INC.'S STATEMENT OF GENIUNE ISSUES REGARDING MGA PARTIES' [PROPOSED] STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF THEIR MOTION FOR PARTIAL SUMMARY JUDGMENT

4.    NOTICE OF LODGING IN SUPPORT OF MATTEL, INC.'S CONSOLIDATED OPPOSITION TO DEFENDANTS' MOTIONS FOR PARTIAL SUMMARY JUDGMENT

5.    DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MATTEL'S OPPOSITION TO DEFENDANTS' MOTIONS FOR PARTIAL SUMMARY JUDGMENT

6.    DECLARATION OF LLOYD CUNNINGHAM IN SUPPORT OF MATTEL'S OPPOSITION TO DEFENDANTS' MOTIONS FOR PARTIAL SUMMARY JUDGMENT

7.    DECLARATION OF WILLIAM FLYNN IN SUPPORT OF MATTEL'S OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT

8.    DECLARATION OF BRUCE STEIN IN SUPPORT OF MATTEL'S OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT

9.    DECLARATION OF SHEILA MCRAE IN SUPPORT OF MATTEL'S OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT

07209/2443280.107209/2
25910.1

-4-

Case No. CV 04-9049 SGL (RNBx)

PROOF OF SERVICE

1  10.    MATTEL, INC'S OBJECTIONS TO DEFENDANTS' REQUEST FOR

2  JUDICIAL NOTICE

3  11.    MATTEL, INC.'S CONSOLIDATED EVIDENTIARY OBJECTIONS TO

4  DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

5  12.    NOTICE OF LODGING OF THE PALMER DECLARATION IN SUPPORT

6  OF MATTEL, INC.'S CONSOLIDATED OPPOSITION TO DEFENDANTS'
   MOTIONS FOR PARTIAL SUMMARY JUDGMENT

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28