QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>[PUBLIC REDACTED]<br>NOTICE OF LODGING IN SUPPORT OF MATTEL, INC.'S CONSOLIDATED OPPOSITION TO DEFENDANTS' MOTIONS FOR PARTIAL SUMMARY ADJUDICATION<br><br>Date: April 22, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 1<br><br>**Phase 1**<br>Discovery Cut-Off: Jan. 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2440777.1

NOTICE OF LODGING

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE that Mattel, Inc. hereby lodges the following declarations with the Court in support of its Consolidated Opposition to Defendants' Motions for Partial Summary Adjudication:

1. Declaration of Jon Corey in support of Mattel, Inc.'s Motion for Partial Summary Judgment, dated March 7, 2008, attached hereto as Exhibit A.

2. Declaration of B. Dylan Proctor in support of Mattel, Inc.'s Motion for Partial Summary Judgment, Volume 1, dated March 7, 2008, attached hereto as Exhibit B.

3. Declaration of B. Dylan Proctor in support of Mattel, Inc.'s Motion for Partial Summary Judgment, Volume 2, dated March 7, 2008, attached hereto as Exhibit C.

4. Declaration of B. Dylan Proctor in support of Mattel, Inc.'s Motion for Partial Summary Judgment, Volume 3, dated March 7, 2008, attached hereto as Exhibit D.

DATED: March 24, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By_____
B. Dylan Proctor
Attorneys for Mattel, Inc.