1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   John B. Quinn (Bar No. 090378)
2  (johnquinn@quinnemanuel.com)
   Michael T. Zeller (Bar No. 196417)
3  (michaelzeller@quinnemanuel.com)
   Jon D. Corey (Bar No. 185066)
4  (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
6  Facsimile: (213) 443-3100

7  Attorneys for Mattel, Inc.

8

9                  UNITED STATES DISTRICT COURT

10                CENTRAL DISTRICT OF CALIFORNIA

11                        EASTERN DIVISION

| | |
|---|---|
| 12  CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| 13           Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
| 14      vs. | |
| 15  MATTEL, INC., a Delaware corporation, | DECLARATION OF BRUCE L. STEIN IN SUPPORT OF MATTEL, INC.'S CONSOLIDATED OPPOSITION TO DEFENDANTS' MOTIONS FOR PARTIAL SUMMARY ADJUDICATION |
| 16           Defendant. | |
| 17  | |
| 18  AND CONSOLIDATED ACTIONS | |
| 19  | Date:  April 22, 2008<br>Time:  10:00 a.m.<br>Place: Courtroom 1 |
| 20  | |
| 21  | **Phase 1**<br>Discovery Cut-Off:   Jan. 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date:           May 27, 2008 |

07209/2442081.1

Case No. CV 04-9049 SGL (RNBx)
DECLARATION OF BRUCE L. STEIN

## DECLARATION OF BRUCE L. STEIN

I, Bruce L. Stein, declare as follows:

1. I make this declaration of my personal and firsthand knowledge and, if called and sworn as a witness, I could and would testify competently hereto.

2. I make this declaration in support of plaintiff Mattel, Inc.'s ("Mattel") Consolidated Opposition to Defendants' Motions for Partial Summary Adjudication.

3. I have been retained as an expert on behalf of Mattel in this lawsuit. I have over 25 years experience in the toy industry.

4. Attached as Exhibit A is a true and correct copy of the expert report I prepared in this case, dated February 11, 2008. I certify that this report is true, accurate and correct, and accurately sets forth my opinions in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 2(, 2008, at _____.

_____
Bruce L. Stein