# EXHIBIT A

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>     Plaintiff,<br><br>  vs.<br><br>MATTEL, INC., a Delaware<br>corporation,<br><br>     Defendant. | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>EXPERT REPORT OF BRUCE L.<br>STEIN |

AND CONSOLIDATED ACTIONS

1

**EXHIBIT** A

**PAGE** 3

## Background

Before beginning my comments on commonly understood and accepted employment practices in the toy industry, I have copied a portion of a biography that I have used during the last year for SEC filings as a Director of a few companies:

>Bruce Stein brings a wealth of marketing and corporate strategy expertise through his experiences and accomplishments in small and Fortune 500 companies. Most recently Mr. Stein was the founder and Co-CEO of The Hatchery, llc., a company specializing in intellectual property development and entertainment production of kids and family franchises. Prior to this Mr. Stein served in various executive capacities within corporations such as Worldwide President, Chief Operating Officer and Board member of Mattel, Inc., Chief Executive Officer Sony Interactive Entertainment (Playstation), President of Kenner Products, a company he sold to and built within Hasbro Toys. He began his corporate marketing experiences at Dial Corp. and Ogilvy & Mather Advertising. Mr. Stein also was CEO of several small companies including The Hatchery and Radical Communication, a full service software provider of marketing solutions. He served as a consultant to Warner Bros. Consumer Products and at DreamWorks.

>Mr. Stein has held Board of Director seats on several public and private companies including Dreamlife, Mattel, MindArrow, Radical Communication, and continues to serve on the Board of ViewSonic. He also served as a trustee for the Toy Industry Foundation and as an advisor for the National Underground Railroad Freedom Center. Bruce is a former member of YPO, holds a bachelor's degree in psychology/biology from Pitzer College, and an MBA from the University of Chicago with concentrations in marketing and finance.

As of January 3, 2008, I also began serving as the CEO of Mandalay Media, a company whose mission is the acquisition, building and creation of broad based digital media management and distribution company.

2

EXHIBIT ___ A

PAGE ___ 4

Based on my more than 25 years of experience in the toy industry, I am very familiar with common industry practices with respect to the allocation of rights to inventions, ideas, and concepts, as well as measures typically taken by toy companies to ensure confidentiality and to identify and manage possible conflicts of interests by employees and independent inventors. I am also familiar with the types of benefits that creative personnel within a toy company typically receive in comparison to independent, non-employee designers.

I am being compensated for my work on this matter at the rate of $250 per hour.

A list of materials I considered in forming my opinions is attached as Appendix A.

## Statement of Opinions

Anyone who works at a toy company learns from their first day about the critical importance of protecting product ideas and designs, as they are the lifeblood of what a toy company sells. In my experiences at medium and large toy companies such as Kenner, Hasbro, Mattel, and consulting with very small toy companies, they are all alike in that they have strict procedures governing how ideas are presented, reviewed, discussed, developed.

The importance of protection extends not only to patentable inventions but also to product concepts, ideas, names, and other product or marketing concepts. Designers, engineers, marketers and virtually every discipline in a toy company abide by this strict practice. They understand that all ideas and product designs are confidential company property and typically sign paperwork upon beginning their employment that requires them to disclose if they have any conflicts of interest with adhering to this policy or if they have any competitive company conflicts or relationships. For example, both the Bryant/Mattel and Bryant/MGA contracts I reviewed in connection with this matter contain confidentiality provisions that by their terms extend beyond patentable inventions to other types of protectible and/or proprietary information. Similar provisions are contained in the other employment and consulting contracts used by both Mattel and MGA that were provided for my review. Other companies at which I previously worked required creative personnel to execute agreements containing similar confidentiality provisions, and based on my experience in the industry I believe such provisions are the norm, if not a universal requirement for employees and consultants.

EXHIBIT _____ A

PAGE _____ 5

Toy companies at any given moment are typically working on three product years at one time; the product line that is already in the market, the product line that is being prepared for next calendar year, and product concepts for two years out. Design groups are primarily focused on the two latter product line years and as part of their regular work they frequently meet about, discuss, and are exposed to, new product ideas by other designers from within the company and from outside the company through presentations by freelance or independent design and invention groups.

Although some design group employees inside the toy companies envy the lifestyle and individual fortunes made by the small group of successful inventors, the risks and trade-offs of this career choice are well known. While designers have the option to go the independent route, most choose not to based on their individual risk tolerance and lifestyle preferences. As part of a company they receive many benefits not offered to a solo inventor, such as a regular salary, performance bonuses, stock options, health insurance, vacation pay, disability plans, 401k plans, life insurance, paid holidays, sick days, etc. In exchange for these pay and benefit packages, it is industry practice for a toy company to require these design group employees to execute contracts that assign their work product solely to the company. The universality of this type of invention assignment agreement is reflected in the Bryant/Mattel and Bryant/MGA agreements, as well as the other employment and consulting contracts used by both Mattel and MGA that were provided for my review. As with the confidentiality provisions, the invention assignment clauses in those contracts appear by their terms to extend beyond patentable inventions to other types of protectible intellectual property. Based on my experience, the scope of these provisions is consistent with predominant industry practice, although obviously the precise wording and scope of such provisions varies.

Being an independent is an option that is always open to toy designers. Many designers give the freelance, independent inventing route a try. Some succeed but it is a very challenging road that most inventors barely earn a living at. Most product ideas are rejected, and even if accepted it often takes years for an idea to make it to market and begin generating royalty income for the inventor. Also, for many independent inventors, the absence of a broad group of talented peers and the team process negatively impacts the quality of their ideas, their productivity and their enjoyment of their work.

4

EXHIBIT ___A___

PAGE ___6___

Design jobs inside toy companies are thus coveted by many creative types. While company jobs in the toy industry often carry the pressures of intense schedules and constant product concept and line development work, it is a place for a creative designer to do their most creative work, have a company ready to bring their ideas to market, and have a lucrative set of benefits that remove the everyday worries of finances, health care, and the like from the joy they experience in being creative. In the end, in my experience, for most designers, the contracts they sign that give a toy company the rights to their work product are more liberating than restrictive.

Signed February 11, 2008 in _____, Los Angeles, California.


_____
Bruce L. Stein

EXHIBIT ____A____

PAGE ____7____

## Appendix A

## Documents Considered

Employee Patent and Confidence Agreement between Mattel Toys and Mercedeh Ward (undated)

Employee Confidential Information and Inventions Agreement between Mattel, Inc and Paula Treantafelles dated July 4, 1997

Confidential and No Conflict Agreement for temporary Assignment at a Mattel, Inc. Company between Mattel, Inc. and John Bloodworth dated June 1, 2006

Confidentiality and Non-Disclosure Agreement between John Bloodworth and Mattel, Inc. dated June 1, 2006

PrO Unlimited Non-Exempt Employee Services Agreement between John Bloodworth and PrO Unlimited dated June 1, 2006

Mattel, Inc. 2004 Code of Service Survey Agreement between Janine Brisbois and Mattel, Inc. dated June 7, 2005

Employee Confidential Information and Inventions Agreement between Mattel, Inc and Jorge R. Castilla dated October, 29, 1999

Employee Retention Agreement between Mattel, Inc. and Nick A. Contreras dated January 13, 2004

Employee Confidential Information and Inventions Agreement between Mattel, Inc and Dan Cooney dated May 20, 1997

Employee Confidential Information and Inventions Agreement between Mattel, Inc and Janet Han dated August 12, 2002

Employee Confidential Information and Inventions Agreement between Mattel, Inc and Jill Hatch dated June 24, 1994

Employee Confidential Information and Inventions Agreement between Mattel, Inc and Jill Hatch dated March 31, 2004

Employee Confidential Information and Inventions Agreement between Mattel, Inc and Robert Hudnut dated March 30, 1998

Employee Patent and Confidence Agreement between Mattel, Inc. and Jul Sybrant Carson dated September 14, 1990

- 1 -

EXHIBIT _____ A

PAGE _____ 8

Employee Confidential Information and Inventions Agreement between Mattel, Inc and Daniel Owen dated January 19, 1999

Employee Confidential Information and Inventions Agreement between Mattel, Inc and Ivy Arafiles dated September 26, 1999

Employee Confidential Information and Inventions Agreement between Mattel, Inc and Rene Pasko dated June 2, 1998

Confidentiality and Non-Disclosure Agreement between Phootipong Phoosopha and Mattel, Inc. dated December 12, 2002

Consulting Agreement between Abigail Belknap dated January 31, 2002

Employee Patent and Confidence Agreement between Mattel Toys and Leland Ratleff dated March 11, 1985

Employee Patent and Confidence Agreement between Mattel, Inc. and Scot A. Reyes dated January 5, 2004

Employee Confidential Information and Inventions Agreement between Mattel, Inc and Scot A. Reyes dated October 21, 2001

Employee Confidentiality and Inventions Agreement between Mattel and Harvey Scott dated March 22, 2004

Employee Confidential Information and Inventions Agreement between Mattel, Inc and Jier Su dated November 5, 1998

Employee Confidentiality and Inventions Agreement between Mattel and Jier Su dated March 22, 2004

Employee Confidentiality and Inventions Agreement between Mattel and Marla R. Thompson dated March 22, 2004

Employee Confidential Information and Inventions Agreement between Mattel, Inc and Dawn Whitaker dated May 17, 1099

Employee Confidential Information and Inventions Agreement between Mattel, Inc and Jenny Wong dated April 4, 2000

Employee Patent and Confidence Agreement between Mattel, Inc. and Eve Bennett dated May 21, 1984

Separation Agreement and General Release Agreement between Mattel, Inc. and Eve Bennett dated February 5, 2002

EXHIBIT _____ A

PAGE _____ 9

Employee Confidential Information and Inventions Agreement between Mattel, Inc and Andreas E. Koch dated April 19, 1998

Employee Confidential Information and Inventions Agreement between Mattel, Inc and Steve Cheng dated September 25, 1999

Employee Retention Agreement between Mattel, Inc. and Nick A. Contreras dated January 13, 2004

Separation Agreement and General Release Agreement between Mattel, Inc. and Steve Checg dated June 27, 2001

Confidentiality and Non-Disclosure Agreement between Margaret Leahy/3-DD, Inc. and Mattel, Inc. dated February 11, 2004

Services Agreement between Margaret Leahy/3-DD, Inc. and Mattel, Inc. dated April 1, 2004

Employee Confidential Information and Inventions Agreement between Mattel, Inc and Maria Veronica Brandao Marlow dated June 27, 1996

Consulting Agreement between Mattel, Inc and Veronica Marlow dated April 28, 1998

Offer Letter setting forth agreement as a "work-made-for-hire" between Mattel, Inc and Maria Veronica Brandao Marlow dated January 13, 1999

Consulting Agreement between Mattel, Inc and Veronica Marlow dated April 2, 1998

Separation Agreement and General Release Agreement between Mattel, Inc. and Susan G. McBride dated March 21, 2001

Consulting Agreement between Mattel, Inc and Rita Mullen/R Mullen Associates, Inc. dated April 13, 2000

Employee Confidential Information and Inventions Agreement between Mattel, Inc and Maureen Mullen dated May 12, 1997

Employee Patent Confidence Agreement between Mattel Toys and Wendy Wilson dated January 19, 1993

Employee Confidential Information and Inventions Agreement between Mattel, Inc and Danny Pestonji dated January 10, 1997

Services Agreement between Mattel, Inc. and South Bay Molds/Jesse Ramirez dated January 22, 2004

- 3 -

EXHIBIT _____ A

PAGE _____ 10

Engagement of Serivces between Mattel, Inc. and South Bay Molds/Jesse Ramirez dated
February 4, 2004

Services Agreement between Mattel, Inc. and Matthew C. Bousquette dated December 15, 2005

Executive Employment Agreement between Mattel, Inc. and Matthew C. Bousquette dated
January 31, 2000

Separation Agreement between Mattel, Inc. and Matt Bousquette dated December 15, 2005,
executed December 15, 2006

Employee Confidentiality and Inventions Agreement between Mattel, Inc. and Joseph Feldman
dated March 22, 2004

Separation Agreement and General Release Agreement between Mattel, Inc. and Joseph B.
Feldman dated April 4, 2004

Separation Agreement and General Release Agreement between Mattel, Inc. and Sarah Halpern
dated October 2, 1995

Employee Confidential Information and Inventions Agreement between Mattel, Inc and Kristen
Kirst dated December 4, 2000

Employee Confidential Information and Inventions Agreement between Mattel, Inc and Joyce
Kim dated September 21, 1998

Employment Agreement between Mattel Services and Mariana Trueba Almada dated November
3, 1997

Employee Confidential Information and Inventions Agreement between Mattel, Inc and
Christopher Hardouin dated August 9, 2004

Employee Confidential Information and Inventions Agreement between Mattel, Inc and Holly A.
Stinnett dated November 20, 1996

Employee Confidential Information and Inventions Agreement between Mattel, Inc and Chang-
Chin Wang dated September 20, 1999

Employee Confidential Information and Inventions Agreement between Mattel, Inc and Lisa
Tawil dated September 3, 1999

Separation Agreement and General Release Agreement between Mattel, Inc. and Lisa H. Tawil
dated February 13, 2001

Offer letter between MGA and Roger Rambeau dated April 4, 1998

EXHIBIT ___A___

PAGE ___M___

Confidentiality Agreement between MGA and Roger Rambeau dated June 1998

Confidential Information Agreement between ABC and Roger Rambeau dated May 13, 1996

Confidentiality and Inventions Assignment Agreement between ABC Int'l Traders, Inc. and Roger Rambeau dated February 13, 1997

Response Letter regarding Consulting Agreement between ABC Int'l traders Inc and Roger Rambeau dated April 21, 1998

Confidentiality and Inventions Assignment Agreement between MGA and Roger Rambeau dated April 15, 1998

Offer letter between MGA and Kami Gillmour dated May 4, 1999

Mutual Agreement to Mediate and/or Arbitrate between ABC Int'l Traders, Inc and Kami Gilmour dated May 24, 1999

Offer Letter between Andy Aryapour and MGA Entertainment dated October 20, 1999

Confidentiality and Inventions Assignment Agreement between ABC Int'l Traders, Inc and Daryoush Aryapour dated October 22, 1999

Acknowledgment of Receipt of Handbook between ABC Int'l Traders, Inc and Daryoush Aryapour dated October 25, 1999

Mutual Agreement to Mediate and/or Arbitrate between ABC Int'l Traders, Inc and Daryoush Aryapour dated October 22, 1999

Form MGA Entertainment Non-Disclosure Agreement

Offer Letter between MGA Entertainment and Paula Treantafelles dated April 4, 2000

Confidentiality and Inventions Assignment Agreement between ABC Int'l Traders, Inc and Paula Treantafelles dated April 17, 2000

Mutual Agreement to Mediate and/or Arbitrate between ABC Int'l Traders, Inc and Paula Treantafelles dated April 17, 2000

Application for Employment between MGA and Paula Treantafelles dated April 5, 2000

Application for Employment between MGA and Mercedeh Mirkazemi Ward dated September 29, 2000

Offer Letter between MGA Entertainment and Wendy LaVerne Reed dated November 1, 2000

- 5 -

EXHIBIT ___A___

PAGE ___12___

Proprietary Information Agreement and Mutual Agreement to Mediate and/or Arbitrate between MGA Entertainment and Wendy L. Reed dated November 6, 2000

Confidentiality and Inventions Assignment Agreement between ABC Int'l Traders, Inc. and Wendy L. Reed dated November 6, 2000

- Mutual Agreement to Mediate and/or Arbitrate between ABC Int'l Traders, Inc and Lon Ross dated November 13, 2000

Confidentiality and Inventions Assignment Agreement between ABC Int'l Traders, Inc and Lon Ross dated November 13, 2000

Acknowledgement of Receipt of Handbook between ABC Int'l Traders, Inc and Lon Ross dated November 13, 2000

Offer letter between Martin J. Hitch and MGA Entertainment dated December 28, 2000

Confidentiality and Inventions Assignment Agreement between ABC Int'l Traders, Inc and Martin Hitch dated January 4, 2001

Proprietary Information Agreement between ABC Int'l Traders, Inc and Martin Hitch dated January 4, 2001

Mutual Agreement to Mediate and/or Arbitrate between ABC Int'l Traders, Inc and Martin Hitch dated January 4, 2001

Non-disclosure Agreement between ABC Int'l Traders, Inc. and Martin Hitch dated December 6, 2000

Arbitration Agreement between MGA and Martin Hitch dated January 4, 2001

Acknowledgement of Receipt of Handbook between MGA and Martin Hitch dated January 4, 2001

Proprietary Information Agreement between MGA and Christopher J. Hardouin dated June 7, 2001

Confidentiality and Inventions Assignment Agreement between MGA and Christopher J. Hardouin dated April 10, 2001

Arbitration Agreement between MGA and Christopher J. Hardouin dated April 10, 2001

Acknowledgement of Receipt of Handbook between MGA and Christopher J. Hardouin dated June 4, 2001

Acceptance letter between MGA and Christopher J. Hardouin dated April 10, 2001

EXHIBIT ___ A

PAGE ___ 13

Confidentiality and Inventions Assignment Agreement between ABC Int'l Traders, Inc. and Christine Devine-Dailey dated May 7, 2001

Arbitration Agreement between ABC Int'l Traders, Inc. and Christine Devine-Dailey dated May 7, 2001

Proprietary Information Agreement between ABC Int'l Traders, Inc. and Christine Devine-Dailey dated May 7, 2001

Acknowledgement of Receipt of Handbook between ABC Int'l Traders, Inc. and Christine Devine-Dailey dated May 7, 2001

Offer Letter between MGA and Dena Schwartz dated May 15, 2001

Confidentiality and Inventions Assignment Agreement between MGA and Dena Schwartz dated May 15, 2001

Proprietary Information Agreement between MGA and Dena Schwartz dated May 15, 2001

Acknowledgement of Receipt of Handbook between MGA and Dena Schwartz dated May 15, 2001

Offer of Employment letter between MGA and Shirin Salemnia dated February 3, 2003

Team Member Health Benefits Plan between MGA and Shirin Salemnia dated February 17, 2003

Arbitration Agreement between MGA and Shirin Salemnia (undated)

Confidentiality and Inventions Assignment Agreement between ABC Int'l Traders, Inc. and Shirin Salemnia dated February 21, 2003

Non-Disclosure Agreement between MGA and Shirin Salemnia dated January 17, 2003

Proprietary Information Agreement between MGA and Shirin Salemnia dated February 21, 2003

Application for Employment between MGA and Maria Elena Salazar dated March 6, 2003

Notice and Disclosure between MGA and Maria Elena Salazar dated March 3, 2003

Authorization to Obtain Investigation Reports between MGA and Maria Elena Salazar dated March 3, 2003

Offer of Employment letter between MGA and Maria Elena Salazar dated March 17, 2003

- 7 -

EXHIBIT ___ A

PAGE ___ 14

Team Member Health Benefits Plan between MGA and Maria Elena Salazar dated March 20, 2003

Non-Disclosure Agreement between MGA and Maria Elena Salazar dated March 6, 2003

Annual Acknowledgement and Agreement between MGA and Maria Elena Salazar regarding receipt of Company's Employee Handbook dated May 19, 2005

Arbitration Agreement between MGA and Maria Elena Salazar (undated )

Confidentiality and Inventions Assignment Agreement between ABC Int'l Traders, Inc. and Maria Elena Salazar dated March 31, 2003

Proprietary Information Agreement between MGA and Maria Elena Salazar dated March 31, 2003

Confidentiality and Inventions Agreement between ABC Int'l Traders, Inc. and Lilia Brown dated March 31, 2003

Proprietary Information Agreement between MGA and Lilia Brown dated March 31, 2003

Non-Disclosure Agreement between MGA and Lilia Brown dated February 19, 2003

Acknowledgement of Receipt of Employee Handbook by Lilia Brown dated March 31, 2003

Non-Disclosure Agreement between MGA and Kristen Kirst dated March 3, 2003

Confidentiality Agreement between ABC Int'l Traders, Inc. and Kristen Kirst dated March 31, 2003

Proprietary Information Agreement between MGA and Kristen Kirst dated March 31, 2003

Non-Disclosure Agreement between MGA and Kristen Kirst dated May 24, 2004

Acknowledgement of Receipt of Employee Handbook between MGA and Kristen Kirst dated March 31, 2003
Non-Disclosure Agreement between MGA and Lui Domingo dated June 12, 2003

Confidentiality and Inventions Assignment Agreement between MGA and Lui Domingo dated July 23, 2003

Proprietary Information Agreement between MGA and Lui Domingo dated July 28, 2003

Acknowledgement of Receipt of Employee Handbook between MGA and Lui Domingo dated July 7, 2003

EXHIBIT _____ A

PAGE _____ 15

Offer of Employment letter between MGA and Lyn Mayer dated July 16, 2003

Proprietary Information Agreement between MGA and Lyn Mayer dated July 28, 2003

Confidentiality and Inventions Assignment Agreement between MGA and Lyn Mayer dated July
28, 2003

Arbitration Agreement between MGA and Lyn Mayer dated July 28, 2003

Acknowledgement of Receipt of Employee Handbook between MGA and Lyn Mayer dated July
21, 2003

Application for Employment between MGA and Alejandro (Alex) Gabriel Keossian dated July
18, 2003

Notice and Disclosure Agreement between MGA and Alex Keossian dated July 18, 2003

Authorization to Obtain Investigation Reports between MGA and Alex Keossian dated July 18,
2003

Temporary Employee Help Request between MGA and Dianna Eisenberg (undated) for work
overload help with anticipated start date on July 14, 2003

Offer of Employment letter between MGA and Holly Stinnett dated July 18, 2003

Proprietary Information Agreement between MGA and Holly Stinnett dated July 28, 2003

Acknowledgement of Receipt of Employee Handbook between MGA and Holly Stinnett dated
July 21, 2003

Confidentiality and Inventions Assignment Agreement between MGA and Holly Stinnett dated
July 28, 2003

Arbitration Agreement between MGA and Holly Stinnett dated July 28, 2003

Offer of Employment letter between MGA and Jose Otero dated August 8, 2003

Confidentiality and Inventions Assignment Agreement between MGA and Jose Otero dated
August 22, 2003

Proprietary Information Agreement between MGA and Jose Otero dated August 11, 2003

Arbitration Agreement between MGA and Jose Otero (undated)

Acknowledgement of Receipt of Employee Handbook between MGA and Jose Otero dated
August 11, 2003

EXHIBIT _____ A

PAGE _____ 16

Offer of Employment letter between MGA and Alejandro (Alex) Gabriel Keossian dated August 8, 2003

Non-Disclosure Agreement between MGA and Alex Keossian dated July 14, 2003

Non-Disclosure Agreement between MGA and Alex Keossian (undated)

Independent Contractor Agreement for Professional Services between MGA and Alex Keossian dated July 18, 2003

Independent Contractor Agreement for Professional Services between MGA and Alex Keossian dated July 14, 2003

Confidentiality and Inventions Assignment Agreement between MGA and Alex Keossian dated August 25, 2003

Proprietary Information Agreement between MGA and Alex Keossian dated August 25, 2003

Arbitration Agreement between MGA and Alejandro (Alex) Gabriel Keossian (undated)

Acknowledgement of Receipt of Employee Handbook between MGA and Alex Keossian dated August 11, 2003

Confidentiality and Inventions Assignment Agreement between MGA and Ellen Komatsu dated September 4, 2003

Proprietary Information Agreement between MGA and Ellen Komatsu dated September 4, 2003

Acknowledgement of Receipt of Employee Handbook between MGA and Ellen Komatsu dated August 25, 2003

Offer of Employment letter between MGA and Steffen J. Smith dated September 25, 2003

Non-Disclosure Agreement between MGA and Stephen Smith dated November 26, 2003

Confidentiality and Inventions Assignment Agreement between MGA and Steffen J. Smith dated October 15, 2003

Proprietary Information Agreement between MGA and Steffen J. Smith dated October 15, 2003

Arbitration Agreement between MGA and Steffen J. Smith (undated)

Employer Property Return Agreement between MGA and Steffen J. Smith dated October 13, 2003

- 10 -

EXHIBIT _____ A

PAGE _____ M

Acknowledgement of Receipt of Employee Handbook between MGA and Steffen J. Smith dated October 13, 2003

Non-Disclosure Agreement between MGA and Mari J. Bower dated September 18, 2003

Confidentiality and Inventions Assignment Agreement between MGA and Mari J. Bower dated October 15, 2003

Proprietary Information Agreement between MGA and Mari J. Bower dated October 15, 2003

Acknowledgement of Receipt of Employee Handbook between MGA and Mari J. Bower dated October 13, 2003

Work for Hire Agreement between MGA and Donald Pennington, Inc. (undated)

Offer of Employment letter between MGA and Poottipong Phoosopha dated December 1, 2003

Non-Disclosure Agreement between MGA and Poottipong Phoosopha dated November 21, 2003

Proprietary Information Agreement between MGA and Poottipong Phoosopha dated December 12, 2003

Confidentiality and Inventions Assignment Agreement between MGA and Poottipong Phoosopha  dated December 12, 2003

Arbitration Agreement between MGA and Poottipong Phoosopha dated December 12, 2003

Acknowledgement of Receipt of Employee Handbook between MGA and Poottipong Phoosopha dated December 8, 2003

Offer of Employment letter between MGA and Nicoletta Parasole dated December 22, 2003

Confidentiality and Inventions Assignment Agreement between MGA and Nicoletta Parasole dated January 7, 2004

Proprietary Information Agreement between MGA and Nicoletta Parasole dated January 7, 2003

Arbitration Agreement between MGA and Nicoletta Parasole dated March 10, 2003

Acknowledgement of Receipt of Employee Handbook between MGA and Nicoletta Parasole dated January 5, 2004

Employer Property Return Agreement between MGA and Nicoletta Parasole dated January 5, 2004

Bratz Non-Disclosure Agreement for invitees of Fall 2004 Bratz Line Review

- 11 -

EXHIBIT _____ A

PAGE _____ 18

Non-Disclosure Agreement between MGA and Young Kim dated December 18, 2003

Confidentiality and Inventions Assignment Agreement between MGA and Young R. Kim dated January 23, 2004

Proprietary Information Agreement between MGA and Young R. Kim dated January 23, 2004

Acknowledgement of Receipt of Employee Handbook between MGA and Young R. Kim dated January 19, 2004

Offer of Employment letter between MGA and Ivy Palijo dated February 9, 2004

Non-Disclosure Agreement between MGA and Ivy Palijo dated January 16, 2004

Confidentiality and Inventions Assignment Agreement between MGA and Ivy Palijo dated February 25, 2004

Proprietary Information Agreement between MGA and Ivy Palijo dated February 26, 2004

Letter from Bob Normile to MGA Chief Legal Counsel dated February 12, 2004 regarding enforcement of Employee Confidential Information and Inventions Agreement signed by Amelia Ivy Arafiles Palijo

MGA Arbitration Agreement dated February 26, 2004 (employee signature illegible)

Acknowledgement of Receipt of Employee Handbook between MGA and Ivy Palijo dated February 23, 2004

Offer Letter between MGA and Danny Pestonji dated March 17, 2004

Non-Disclosure Agreement between MGA and Danny Pestonji dated March 1, 2004

Acknowledgement of Receipt of Handbook between MGA and Danny Pestonji dated June 1, 2004

Confidentiality and Inventions Assignment Agreement between MGA and Danny Pestonji dated June 3, 2004

Proprietary Information Agreement between MGA and Danny Pestonji dated June 3, 2004

Arbitration Agreement between MGA and Danny Pestonji dated June 4, 2004

Offer Letter between MGA and Chang-Chin Wang dated March 25, 2004

Non-Disclosure Agreement between MGA and Chang-Chin Wang dated March 19, 2004

- 12 -

EXHIBIT ____ A

PAGE ____ 19

Confidentiality and Inventions Assignment Agreement between MGA and Chang-Chin Wang dated May 5, 2004

Proprietary Information Agreement between MGA and Chang-Chin Wang dated May 5, 2004

Arbitration Agreement between MGA and Chang-Chin Wang dated May 3, 2004

Offer Letter between MGA and Desiree Ronquillo dated April 7, 2004

Non-Disclosure Agreement between MGA and Desiree Ronquillo dated March 19, 2004

Confidentiality and Inventions Assignment Agreement between MGA and Desiree Ronquillo dated May 5, 2004

Proprietary Information Agreement between MGA and Desiree Ronquillo dated May 5, 2004

Arbitration Agreement between MGA and Desiree Ronquillo dated May 19, 2004

Acknowledgement of Receipt of Handbook between MGA and Desiree Ronquillo dated May 3, 2004

Offer Letter between MGA and Brandi Shaver dated April 14, 2004

Confidentiality and Inventions Assignment Agreement between MGA and Brandi Shaver dated May 5, 2004

Non-Disclosure Agreement between MGA and Brandi Shaver dated April 8, 2004

Proprietary Information Agreement between MGA and Brandi Shaver dated May 5, 2004

Acknowledgement of Receipt of Handbook between MGA and Brandi Shaver dated May 3, 2004

Arbitration Agreement between MGA and Brandi Shaver dated May 5, 2004

Annual Acknowledgment and Agreement regarding Employee Handbook between MGA and Brandi Shaver dated April 8, 2005

Offer Letter between MGA and Gary O'Brien dated April 19, 2004

Non-Disclosure Agreement between MGA and Gary O'Brien dated March 1, 2004

Acknowledgement of Receipt of Handbook between MGA and Gary O'Brien dated May 10, 2004

EXHIBIT _____ A

PAGE _____ 20

Confidentiality and Inventions Assignment Agreement between MGA and Gary O'Brien dated May 17, 2004

Proprietary Information Agreement between MGA and Gary O'Brien dated May 17, 2004

Arbitration Agreement between MGA and Gary O'Brien dated May 17, 2004

Offer Letter between MGA and Chau Tran dated April 22, 2004

Non-Disclosure Agreement between MGA and Chau Tran dated March 23, 2004

Confidentiality and Inventions Assignment Agreement between MGA and Chau Tran dated May 17, 2004

Proprietary Information Agreement between MGA and Chau Tran dated May 17, 2004

Arbitration Agreement between MGA and Chau Tran

Acknowledgement of Receipt of Handbook between MGA and Chau Tran dated May 10, 2004

Offer Letter between MGA and Janine Brisbois dated September 23, 2005

Understanding Regarding Compliance with Obligations to Former Employers Letter between MGA and Janine Brisbois dated September 23, 2005

Non-Disclosure Agreement between MGA and Janine Brisbois dated October 4, 2005

Employment Agreement Term Sheet between MGA Mexico and Susana Kuemmerle

Offer Letter between MGA and Ana Mancia Parkinson dated April 23, 2004

Non-Disclosure Agreement between MGA and Ana Mancia Parkinson dated April 23, 2004

Confidentiality and Inventions Assignment Agreement between MGA and Ana Mancia Parkinson dated May 17, 2004

Proprietary Information Agreement between MGA and Ana Mancia Parkinson dated May 17, 2004

Acknowledgement of Receipt of Handbook between MGA and Ana Mancia Parkinson dated May 10, 2004

Arbitration agreement between MGA and Ana Mancia Parkinson dated May 17, 2004

Non-Disclosure Agreement between MGA and Janet Blaser dated June 14, 2004

- 14 -

EXHIBIT _____ A

PAGE _____ 21

Proprietary Information Agreement between MGA and Janet Blaser dated June 14, 2004

Confidentiality and Inventions Assignment Agreement between MGA and Janet Blaser dated
June 14, 2004

Acknowledgement of Receipt of Handbook between MGA and Janet Blaser dated June 14, 2004

Offer letter between MGA and Micaela Ruiz dated February 6, 2006

Annual Acknowledgement and Agreement between MGA and Micaela Ruiz dated February 13,
2006

Confidentiality and Inventions Assignment Agreement between MGA and Micaela Ruiz dated
February 14, 2006

Proprietary Information Agreement between MGA and Micaela Ruiz dated February 14, 2006

Non-Disclosure Agreement between MGA and Micaela Ruiz dated February 14, 2006

Arbitration Agreement between MGA and Micaela Ruiz

MGA Mutual Non-Disclosure Agreement

Offer Letter between MGA and Melody Hansen dated February 24, 2006

Confidentiality and Inventions Assignment Agreement between MGA and Melody Hansen dated
March 17, 2006

Proprietary Information Agreement between MGA and Melody Hansen dated March 17, 2006

Non-Disclosure Agreement between MGA and Melody Hansen dated March 17, 2006

Arbitration Agreement between MGA and Melody Hansen dated March 17, 2006

Annual Acknowledgement and Agreement between MGA and Melody Hansen dated March 13,
2006

Letter between Bob Normile and Daphne Gronich dated March 14, 2006 regarding Mattel's
Confidentiality Agreement (employee Melody Hansen)

Offer Letter between MGA and Gustavo Machado Gomez dated March 6, 2006

Email between Linda Whaley and Gustavo Machado Gomez dated February 21, 2006
negotiating employment terms, and Employee Benefits Overview

Offer Letter between MGA and Gustavo Machado Gomez dated March 30, 2006

- 15 -

EXHIBIT _____ A

PAGE _____ 22

Employer Property Return Agreement between MGA and Gustavo Machado Gomez dated May 7, 2006

Arbitration Agreement between MGA and Gustavo Machado Gomez dated August 3, 2006

Confidentiality and Inventions Assignment Agreement between MGA and Gustavo Machado Gomez dated August 3, 2006

Proprietary Information Agreement between MGA and Gustavo Machado Gomez dated August 3, 2006

Non-Disclosure Agreement between MGA and Gustavo Machado Gomez dated July 5, 2006

Acknowledgement and Agreement (regarding receipt of Handbook) between MGA and Gustavo Machado Gomez dated August 3, 2006.

Handwritten Notes regarding office set-up, housing, and car rental for Gustavo Machado Gomez (not dated)

Email between Linda Whaley and Gustavo Machado dated July 19, 2006 regarding housing

New Hire Orientation Paperwork Checklist for Gustavo Machado dated July 5, 2006

Proprietary Information Agreement between MGA and Lisa Tawil dated April 12, 2002

Confidentiality and Inventions Assignment Agreement between MGA and Lisa Tawil dated April 12, 2002

Acknowledgement of Receipt of Handbook between MGA and Lisa Tawil dated April 8, 2002

Arbitration Agreement between MGA and Lisa Tawil dated April 12, 2002

Offer letter between MGA and Lisa Tawil dated March 22, 2002

Confidentiality and Inventions Assignment Agreement between MGA and Steve Cheng dated April 12, 2002

Proprietary Information Agreement between MGA and Steve Cheng dated April 12, 2002

Acknowledgement of Receipt of Handbook between MGA and Steve Cheng dated April 8, 2002

Notice and Disclosure between MGA and Steve Cheng dated March 18 (no year)

Authorization to Obtain Investigation Reports between MGA and Steve Cheng dated March 18, 2002

- 16 -

EXHIBIT ____ A

PAGE ____ 23

Notification of Request for Investigative Consumer Report between MGA and Steve Cheng dated March 26, 2002

Summary of Rights Under the Fair Credit Reporting Act

Non-Disclosure Agreement between MGA and Steve Cheng dated March 28, 2002

Offer letter between MGA and Fabienne Chonavel dated April 3, 2002

Application For Employment with MGA for Fabienne Chonavel dated March 13, 2002

Notice and Disclosure between MGA and Fabienne Chonavel dated March 21, 2002

Authorization to Obtain Investigative Reports between MGA and Fabienne Chonavel dated March 21, 2002

Proprietary Information Agreement between MGA and Gabriella Burlando dated March 10, 2002

Confidentiality and Inventions Assignment Agreement between MGA and Gabriella Burlando dated March 5, 2002

Confidentiality and Inventions Assignment Agreement (re-hire) between MGA and Gabriella Burlando dated June 13, 2003

Proprietary Information Agreement (re-hire) between MGA and Gabriella Burlando dated May 1, 2003

Acknowledgement of Receipt of Handbook between MGA and Gabriella Burlando dated May 1, 2003

Acknowledgement of Receipt of Handbook between MGA and Gabriella Burlando dated March 5, 2002

Offer Letter between MGA and Lance Ward dated July 20, 2004

Non-Disclosure Agreement between MGA and Lance Ward dated August 2, 2004

Acknowledgement of Receipt of Handbook between MGA and Lance Ward dated August 2, 2004

Annual Acknowledge and Agreement between MGA and Lance Ward dated April 7, 2005

Confidentiality and Inventions Assignment Agreement between MGA and Lance Ward dated August 3, 2004

- 17 -

EXHIBIT _____ A

PAGE _____ 94

Proprietary Information Agreement between MGA and Lance Ward dated August 3, 2004

Arbitration Agreement between MGA and Lance Ward dated August 3, 2004

Form Non-Disclosure Agreement between MGA and Employee undated

Offer Letter between MGA and Dan Owen dated August 23, 2004

Confidentiality and Inventions Assignment Agreement between MGA and Daniel Owen dated August 24, 2004

Proprietary Information Agreement between MGA and Daniel Owen dated August 24, 2004

Arbitration Agreement between MGA and Daniel Owen dated August 24, 2004

Non-Disclosure Agreement between MGA and Daniel Owen dated August 23, 2004

Acknowledgement of Receipt of Handbook between MGA and Daniel Owen dated August 23, 2004

Offer Letter between MGA and Ronald Brawer dated September 1, 2004

Letter Re: Understanding Regarding Compliance with Obligations to Former Employers between MGA and Ronald Brawer dated September 1, 2004

Executive Employment Agreement between MGA and Ronald Brawer dated as of October 5, 2004

Offer Letter between MGA and Ronald Brawer dated September 17, 2004

Annual Acknowledgement and Agreement between MGA and Ron Brawer (undated)

Acknowledgement of Receipt of Handbook between MGA and Ron Brawer dated October 5, 2004

Confidentiality and Inventions Assignment Agreement between MGA and Ron Brawer dated October 21, 2004

Non-Disclosure Agreement between MGA and Ron Brawer (undated)

Employer Property Return Agreement between MGA and Ron Brawer dated October 5, 2004

Arbitration Agreement between MGA and Ron Brawer (undated)

EXHIBIT _____ A

PAGE _____ 25

Amended and Restated Employment Agreement between MGA and Ronald Brawer dated as of
October 1, 2006

Amendment No. 1 to Amended and Restated Employment Agreement between MGA and
Ronald Brawer dated as of June 15, 2007

Attachment "A" to Amendment No. 1 to Amended and Restated Employment Agreement
between MGA and Ronald Brawer (undated)

Letter Re: Understanding Regarding Compliance with Obligations to Former Employers between
MGA and Ronald Brawer dated September 17,2004

Offer Letter between MGA and Nick Contreras dated October 28, 2004

Proprietary Information Agreement between MGA and Nick Contreras dated January 17, 2005

Confidentiality and Inventions Assignment Agreement between MGA and Nick Contreras dated
January 17, 2005

Non-Disclosure Agreement between MGA and Nick Contreras dated January 17, 2005

Non-Disclosure Agreement between MGA and Nick Contreras dated November 2, 2004

Acknowledgement of Receipt of Handbook between MGA and Nick Contreras dated November
29, 2004

Letter from Bob Normile to Daphne Gronich dated December 2, 2004 Re: Nick Contreras/
Confidentiality and Inventions Agreement with Mattel

Notice and Disclosure between MGA and Nick Contreras dated November 2, 2004

Authorization to Obtain Investigation Reports between MGA and Nick Contreras dated
November 2, 2004

Notification of request for Investigative Consumer Report between MGA and Nick Contreras
dated November 2, 2004

Summary of Your Rights Under the Fair Credit Reporting Act

Offer Letter between MGA and Dawn Whitaker dated November 15, 2004

Letter from Bob Normile to Daphne Gronich dated December 20, 2004 Re: Dawn Whitaker/
Confidentiality and Inventions Agreement with Mattel

Proprietary Information Agreement between MGA and Dawn Whitaker dated January 17, 2005

- 19 -

EXHIBIT _____ A
PAGE _____ 26

Confidentiality and Inventions Assignment Agreement between MGA and Dawn Whitaker dated January 17, 2005

Non-Disclosure Agreement between MGA and Dawn Whitaker dated January 17, 2005

Arbitration Agreement between MGA and Dawn Whitaker (undated)

Form Arbitration Agreement (undated)

Acknowledgement of Receipt of Handbook between MGA and Dawn Whitaker dated December 6, 2004

Annual Acknowledgement and Agreement between MGA and Dawn Whitaker dated April 12, 2005

Offer Letter between MGA and Ricardo Abundis dated November 15, 2004

Letter Re: Understanding Regarding Compliance with Obligations to Former Employers between MGA and Ricardo Abundis dated November 15,2004

Notice and Disclosure between MGA and Ricardo Abundis dated November 11,2004

Authorization to Obtain Investigation Reports between MGA and Ricardo Abundis dated November 11, 2004

Notification of Request for Investigative Consumer Report between MGA and Ricardo Abundis dated November 11, 2004

A Summary of Your Rights Under the Fair Credit Reporting Act

Letter from Bob Normile to Daphne Gronich dated December 6, 2004 Re: Ricardo Abundis / Confidentiality and Inventions Agreement with Mattel

Non- Disclosure Agreement between MGA and Ricardo Abundis dated January 17, 2005

Acknowledgement of Receipt of Handbook between MGA and Ricardo Abundis dated December 1, 2004

Proprietary Information Agreement between MGA and Ricardo Abundis dated January 17, 2005

Confidentiality and Inventions Assignment Agreement between MGA and Ricardo Abundis dated January 17, 2005

Application for Employment between MGA and Ricardo Abundis dated November 11, 2004

EXHIBIT _____ A

PAGE _____ 27

Letter from Bob Normile to Daphne Gronich dated September 5, 2006 Re: Jill Hatch/ Confidentiality and Inventions Agreement with Mattel

Letter from Bob Normile to Daphne Gronich dated July 5, 2005 Re: Michael Hinh / Confidentiality and Inventions Agreement with Mattel

Letter from Bob Normile to Daphne Gronich dated June 13,2005 Re: Michael Hinh Code of Conduct & Confidentiality with Mattel

Proprietary Information Agreement between MGA and Joseph Feldman dated January 17, 2005

Confidentiality and Inventions Assignment Agreement between MGA and Joseph Feldman dated January 17, 2005

Non-Disclosure Agreement between MGA and Joseph Feldman dated January 17, 2005

Annual Acknowledgement and Agreement between MGA and Joseph Feldman dated April 8, 2005

Offer Letter between MGA and Gord Terry dated September 21,2001

Signature Page between MGA and Gord Terry dated September 24, 2001

Arbitration Agreement between MGA and Gord Terry dated October 5, 2001

Confidentiality and Inventions Assignment Agreement between MGA and Gordon Terry dated October 1, 2001

Proprietary Information Agreement between MGA and Gordon Terry dated October 2, 2001

Acknowledgement of Receipt of Handbook between MGA and Gordon Terry dated October 1, 2001

Offer Letter between MGA and Dennis Soai dated February 26, 2002

Arbitration Agreement between MGA and Dennis Soai dated March 4, 2002

Proprietary Information Agreement between MGA and Dennis Soai dated March 10, 2002

Confidentiality and Inventions Assignment Agreement between MGA and Dennis Soai dated March 10, 2002

Confidentiality and Inventions Assignment and Agreement between MGA and Ken Kauffmann dated January 10, 2005

Proprietary Information Agreement between MGA and Ken Kauffmann dated January 10, 2005

EXHIBIT _____ A

PAGE _____ 29

- 21 -

Non-Disclosure Agreement between MGA and Ken Kauffman dated January 10, 2005

Email Re: Ken Kauffmann's notification to Mattel of his acceptance of position at MGA, between Daphne Gronich and Mel Woods dated January 4, 2005

Letter Re: Kauffmann Separation Agreement between Andrew Cipes and Alan Kaye dated December 23, 2004

Email Re: Alan Kaye's response to Andrew Cipes's letter re: Ken Kauffmann's employment with MGA, between Daphne Gronich and Mel Woods dated January 4, 2005

Fax Transmission of Letter Re: Alan Kaye of Mattel re: Mattel's response to Andrew Cipes's letter regarding Ken Kauffmann's Separation Agreement, between Andrew Cipes and Ken Kauffman, dated January 4, 2005

Letter Re: Understanding Regarding Compliance with Obligations to Former Employers between MGA and Ken Kauffman dated December 10, 2004

Authorization to Obtain Investigation Reports between MGA and Ken Kauffman dated October 25, 2004

Notice and Disclosure between MGA and Ken Kauffmann dated October 25, 2004

Non-Disclosure Agreement between MGA and Shirin Salemnia (undated)

Offer Letter between MGA and Alice Kao dated February 5, 2005

Letter Re: Understanding Regarding Compliance with Obligations to Former Employers between MGA and Alice Kao dated February 4, 2005

Letter Re: Alice Kao's Employee Confidential Information and Inventions Agreement with Mattel, between Mattel and MGA dated February 18, 2005

Confidentiality and Inventions Assignment Agreement between MGA and Alice Kao (undated)

Arbitration Agreement between MGA and Alice Kao dated February 21, 2005

Offer Letter between MGA and Margaret Leahy dated February 14, 2005

Proprietary Information Agreement between MGA and Margaret Leahy dated April 24, 2005

Non-Disclosure Agreement between MGA and Margaret Leahy dated April 24, 2005

Annual Acknowledge and Agreement between MGA and Margaret Leahy dated April 4, 2005

EXHIBIT _____ A

PAGE _____ 29

Non-Disclosure Agreement between MGA and Margaret Leahy dated February 14, 2005

Confidentiality and Inventions Assignment Agreement between MGA and Margaret Leahy dated April 24, 2005

Arbitration Agreement between MGA and Margaret Leahy dated April 24, 2005

Offer Letter between MGA and Mia Garcia dated February 17, 2005

Non-Disclosure Agreement between MGA and Mia Garcia dated February 17, 2005

Confidentiality and Inventions Assignment Agreement between MGA and Mia Garcia dated March 1, 2005

Proprietary Information Agreement between MGA and Mia Garcia dated March 1, 2005

Non-Disclosure Agreement between MGA and Mia Garcia dated March 1, 2005

Arbitration Agreement between MGA and Mia Garcia dated February 23, 2005

Non-Disclosure Agreement between MGA and Bo Lumabao dated January 18, 2005

Non-Disclosure Agreement between MGA and Bo Lumabao dated February 15, 2005

Proprietary Information Agreement between MGA and Bo Lumabao dated February 15, 2005

Confidentiality and Inventions Assignment Agreement between MGA and Bo Lumabao dated February 15, 2005

Acknowledgement of Receipt of Handbook between MGA and Bo Lumabao dated February 14, 2005

Offer Letter between MGA and Janet Hsu dated March 9, 2005

Letter Re: Understanding Regarding Compliance with Obligations to Former Employers, between MGA and Janet Hsu dated March 10, 2005

Letter Re: Janet Han's Employee Confidential Information and Inventions Agreement with Mattel, between Bob Normille and Daphne Gronich dated March 15, 2005

Letter Re: Janet Han's resignation from Mattel, between Mattel and Janet Han dated February 22, 2005

Law Department Memorandum Re: Reminder Regarding Mattel Confidential and Proprietary Information, between Mattel and Janet Han dated February 22, 2005

EXHIBIT _____ A

PAGE _____ 30

Exit Interview Checkout Form Re: Reminder Code of Conduct, between Mattel and Janet Han, dated February 2005

Proprietary Information Checkout between Mattel and Janet Han (undated)

Non-Disclosure Agreement between MGA and Jane Hsu dated March 29, 2005

Proprietary Information Agreement between MGA and Janet Hsu dated March 28, 2005

Confidentiality and Inventions Agreement between MGA and Janet Hsu dated March 29. 2005

Arbitration Agreement between MGA and Janet Hsu dated March 29, 2005

Independent Contractor Consulting Agreement between MGA and Mercedeh Ward dated March 15, 2006

Acknowledgement of Receipt of Handbook between MGA and Mercedeh Ward dated March 7, 2005

Offer Letter between MGA and Mercedeh Ward dated either February 28, 2005 or March 28, 2005

Confidentiality and Inventions Assignment Agreement between MGA and Mercedeh Ward dated March 7, 2005

Proprietary Information Agreement between MGA and Mercedeh Ward dated March 7, 2005

Non-Disclosure Agreement between MGA and Mercedeh Ward dated March 7, 2005

Letter Re: Joyce Kim's Employee Confidential Information and Inventions Agreement with Mattel, between Bob Normille and Daphne Gronich dated March 15, 2005

Proprietary Information Agreement between MGA and Joyce Kim dated March 1, 2005

Confidentiality and Inventions Assignment Agreement between MGA and Joyce Kim dated March 1, 2005

Non-Disclosure Agreement between MGA and Joyce Kim dated March 1, 2005

Employment Agreement between MGA and Janet Hsu dated March 9, 2005

Application for Employment between MGA and Janet Han (undated)

Notice and Disclosure Re: MGA obtaining investigative reports in connection with application for employment, between MGA and Janet Han (undated)

- 24 -

EXHIBIT ____ A

PAGE _____ 31

Authorization to Obtain Investigation Reports re: in connection with application for employment, between MGA and Janet Han (undated)

Offer Letter between MGA and Marla Thompson dated April 4, 2005

Letter Re: Understanding Regarding Compliance with Obligations to Former Employers, between MGA and Marla Thompson dated April 8, 2005

Letter Re: Marla Thompson's Employee Confidential Information and Inventions Agreement with Mattel, between Bob Normille and Daphne Gronich dated April 1, 2005

Envelope showing postmark, between Mattel and Daphne Gronich (date illegible)

Letter Re: Marla Thompson's Employee Confidential Information and Inventions Agreement with Mattel, between Bob Normille and Daphne Gronich dated April 1, 2005

Annual Acknowledgement and Agreement Re: receipt of company's employee handbook, between MGA and Marla Thompson dated April 4, 2005

Confidentiality and Inventions Assignment Agreement between MGA and Marla Thompson dated April 24, 2005

Proprietary Information Agreement between MGA and Marla Thompson dated April 24, 2005

Non-Disclosure Agreement between MGA and Marla Thompson dated April 24, 2005

Arbitration Agreement between MGA and Marla Thompson (undated)

Letter Re: Marla Thompson's Employee Confidential Information and Inventions Agreement with Mattel, between Bob Normille and Marla Thompson dated March 29, 2005

Confidentiality and Inventions Assignment Agreement between MGA and Christine Nigoghossian dated May 9, 2005

Proprietary Information Agreement between MGA and Christine Nigoghossian dated April 25, 2005

Non-Disclosure Agreement between MGA and Christine Nigoghossian dated May 6, 2005

Annual Acknowledgement and Agreement between MGA and Christine Nigoghossian dated April 25, 2005

Offer Letter between MGA and James Huntley dated May 23, 2005

Letter Re: Understanding Regarding Compliance with Obligations to Former Employers between MGA and James Huntley dated May 23, 2005

EXHIBIT _____ A

PAGE _____ 32

Arbitration Agreement between MGA and James Huntley dated May 25, 2005

Confidentiality and Inventions Assignment Agreement between MGA and James Huntley dated May 25, 2005

Proprietary Information Agreement between MGA and James Huntley dated May 25, 2005

Non-Disclosure Agreement between MGA and James Huntley dated May 25, 2005

Annual Acknowledgement and Agreement between MGA and James Huntley dated May 23, 2005

Confidentiality and Work for Hire Agreement between MGA and Freeshot LLC (Jim Huntley) dated August 17, 2006

Offer Letter between MGA and Gail Upshaw (undated)

Confidentiality and Inventions Agreement between MGA and Gail Upshaw dated May

Non-Disclosure Agreement between MGA and Gail Upshaw dated May 25, 2005

Proprietary Information Agreement between  MGA and Gail Upshaw dated May25, 2005

Non-Disclosure Agreement between MGA and Gail Upshaw dated May 25, 2005

Annual Acknowledgement and Agreement MGA and Gail Upshaw dated May 23, 2005

Arbitration Agreement between MGA and Gail Upshaw (undated)

Letter Re: Understanding Regarding Compliance with Obligations to Former Employees between MGA and Michael Hinh dated June 21, 2005

Letter Re: Michael Hinh's continued obligations to Mattel re: confidentiality, between Bob Normille and Daphne Gronich dated June 15, 2005

Letter Re: Michael Hinh's Employee Confidential Information and Inventions Agreement with Mattel, between Bob Normille and Daphne Gronich dated July 11, 2005

Offer Letter between MGA and Michael Hinh dated June 21, 2005

Annual Acknowledgement and Agreement between MGA and Michael Hinh dated June 28, 2005

Confidentiality and Inventions Agreement between MGA and Michael Hinh dated June 30, 2005

EXHIBIT ___ A

PAGE ___ 33

Proprietary Information Agreement between MGA and Michael Hinh dated June 30, 2005

Non-Disclosure Agreement between MGA and Michael Hinh dated June 25, 2005

Arbitration Agreement between MGA and Michael Hinh dated June 30, 2005

Offer Letter between MGA and Harvey Scott dated July 12, 2005

Letter Re: Understanding Regarding Compliance with Obligations to Former Employers between MGA and Harvey Scott dated 12, 2005

Annual Acknowledgement and Agreement between MGA and Harvey Scott dated August 1, 2005

Confidentiality and Inventions Agreement between MGA and Harvey Scott dated August 3, 2005

Proprietary Information Agreement between MGA and Harvey Scott dated August 3, 2005

Arbitration Agreement between MGA and Harvey Scott dated August 3, 2005

Non-Disclosure Agreement between MGA and Harvey Scott dated August 3, 2005

Letter: Re: Understanding Regarding Compliance with Obligations to Former Employers, between MGA and Dorothy Marks dated July 13, 2005

Application for Employment between MGA and Dorothy Marks dated July 13, 2005

Notice and Disclosure between MGA and Dorothy Marks dated July 13, 2005

Authorization to Obtain Investigation Reports re: application for employment, between MGA and Dorothy Marks dated September 1, 2005

Non-Disclosure Agreement between MGA and Dorothy Marks dated August 3, 2005

Annual Acknowledgement and Agreement between MGA and Dorothy Marks dated August 3, 2005

Confidentiality and Inventions Assignment Agreement between MGA and Dorothy Marks dated August 3, 2005

Proprietary Information Agreement between MGA and Dorothy Marks dated August 3, 2005

Letter: Re: Understanding Regarding Compliance with Obligations to Former Employers, between MGA and Jier Su dated August 1, 2005

- 27 -

EXHIBIT _____ A

PAGE _____ 34

Application for Employment between MGA and Jier Su dated June 24, 2005

Authorization to Obtain Investigative Reports re: application for employment between MGA and Jier Su dated June 24, 2005

Notice and Disclosure between MGA and Jier Su dated June 24, 2005

Notification Re: Request for Investigative Consumer Report, between MGA and Jier Su dated June 24, 2005

Summary of Your Rights Under the Fair Credit Reporting Act, between MGA and Jier Su (undated)

Letter: Re: Jier Su's Employee Confidentiality and Inventions Agreement with Mattel, between Bob Normille and Daphne Gronich dated August 16, 2005

Offer Letter between MGA and Jier Su dated August 1, 2005

Letter: Re: Understanding Regarding Compliance with Obligations to Former Employers, between MGA and Jier Su dated August 1, 2005

Letter: Re: Jier Su's Employee Confidentiality and Inventions Agreement with Mattel, between Bob Normille and Daphne Gronich dated August 16, 2005

Envelope showing Certified Mail Stamp, between Mattel and Daphne Gronich (date illegible)

Annual Acknowledgement and Agreement between MGA and Jier Su dated August 17, 2005

Confidentiality and Inventions Assignment Agreement between MGA and Jier Su dated August 25, 2005

Proprietary Information Agreement between MGA and Jier Su dated August 25, 2005

Non-Disclosure Agreement between MGA and Jier Su dated August 25, 2005


Arbitration Agreement between MGA and Jier Su (undated)

Offer Letter between MGA and Denise Paulino-Phelan dated January 7, 2005

Acknowledgement of Receipt of Handbook between MGA and Denise Paulino-Phelan dated January 18, 2005

Annual Acknowledgement and Agreement between MGA and Denise Paulino-Phelan dated April 15, 2005

EXHIBIT ___A___

PAGE ___35___

Confidentiality and Inventions Assignment Agreement between MGA and Denise Paulino-Phelan dated January 20, 2005

Proprietary Information Agreement between MGA and Denise Paulino-Phelan dated January 18, 2005

Non-Disclosure Agreement between MGA and Denise Paulino-Phelan dated January 18, 2005

Arbitration Agreement between MGA and Denise Paulino-Phelan dated January 20, 2005

Confidentiality and Work For Hire Agreement between MGA and Scrambled Eggz Productions dated October 1, 2006

Offer Letter between MGA and Robert Langer dated February 15, 2007

Amended and Restated Employment Agreement between MGa and Ronald Brawer dated October 1, 2006

Offer Letter between MGA and Raime Quick dated October 3, 2006

Offer Letter between MGA and Gerry Cody dated November 13, 2006

Arbitration Agreement between MGA and Gerry Cody dated November 28, 2006

Confidentiality and Inventions Assignment Agreement between MGA and Gerry Cody dated November 28, 2006

Proprietary Information Agreement between MGA and Gerry Cody dated November 28, 2006

Non-Disclosure Agreement between MGA and Gerry Cody dated November 28, 2006

Acknowledgement and Agreement between MGA and Gerry Cody dated November 20, 2006

Offer Letter between MGA and Leland Ratleff dated November 15, 2006

Arbitration Agreement between MGA and Leland Ratleff dated December 4, 2006

Confidentiality and Inventions Assignment Agreement between MGA and Leland Ratleff dated December 4, 2006

Proprietary Information Agreement between MGA and Leland Ratleff dated December 4, 2006

Non-Disclosure Agreement between MGA and Leland Ratleff dated December 4, 2006

Acknowledgement and Agreement between MGA and Leland Ratleff dated December 4, 2006

- 29 -

EXHIBIT _____ A

PAGE _____ 36

Letter re Compliance with Mattel's Confidentiality Agreement between MGA and Marvin
Natareno dated December 12, 2006

Arbitration Agreement between MGA and Marvin Natareno dated January 10, 2007

Confidentiality and Inventions Assignment Agreement between MGA and Marvin Natareno
dated January 10, 2007

Proprietary Information Agreement between MGA and Marvin Natareno dated January 10, 2007

Non-Disclosure Agreement between MGA and Marvin Natareno dated January 3, 2007

Non-Disclosure Agreement between MGA and Marvin Natareno dated September 27, 2006

Acknowledgment and Agreement between MGA and Marvin Natareno dated January 3, 2007

Arbitration Agreement between MGA and Jill Larson dated December 22, 2006

Confidentiality and Inventions Assignment Agreement between MGA and Jill Larson dated
December 22, 2006

Proprietary Information Agreement between MGA and Jill Larson dated December 22, 2006

Non-Disclosure Agreement between MGA and Jill Larson dated December 16, 2006

Letter re Compliance with Mattel's Confidentiality Agreement between MGA and Yumi
Nakamura dated January 4, 2007

Non-Disclosure Agreement between MGA and Yumi Nakamura dated January 27, 2007

Arbitration Agreement between MGA and Yumi Nakamura dated January 26, 2007

Confidentiality and Inventions Assignment Agreement between MGA and Yumi Nakamura
dated January 26, 2007

Proprietary Information Agreement between MGA and Yumi Nakamura dated January 26, 2007

Non-Disclosure Agreement between MGA and Yumi Nakamura dated January 22, 2006 (the
date should be 2007)

Acknowledgment and Agreement between MGA and Yumi Nakamura dated January 22, 2007

Letter Employment Agreement between MGA and Nanette Black dated January 8, 2007

MGA Application for Employment between MGA and Nanette Black dated December 21, 2006

- 30 -

EXHIBIT _____ A

PAGE _____ 39

Independent Contractor Services Agreement between MGA and LeapFrog Enterprises, Inc. dated June 22, 2004

Offer Letter between MGA Mexico and Alejandro Gurza Romay dated July 26, 2004

Offer Letter between MGA and Scot Reyes dated February 10, 2004

Arbitration Agreement between MGA and Scot Anthony Reyes dated February 11, 2004

Non-Diclosure Agreement between MGA and Scot Reyes dated January 30, 2004

Confidentiality and Inventions Assignment Agreement between MGA and Scot Reyes dated February 26, 2004

Proprietary Information Agreement between MGA and Scot Reyes dated February 25, 2004

Acknowledgment of Receipt of Handbook between MGA and Scot Reyes dated February 23, 2004

Non-Disclosure Agreement between MGA and Ray Martin dated February 17, 2004

Annual Acknowledgment and Agreement between MGA and Raymond Martin dated April 11, 2005

Confidentiality and Inventions Assignment Agreement between MGA and Raymond Martin dated February 25, 2004

Proprietary Information Agreement between MGA and Raymond Martin dated February 25, 2004

Offer Letter between MGA and Michael Pickard dated March 22, 2004

Non-Disclosure Agreement between MGA and Mike Pickard dated April 15, 2003

Confidentiality and Inventions Assignment Agreement between MGA and Michael Pickard dated March 30, 2004

Proprietary Information Agreement between MGA and Michael Pickard dated March 30, 2004

Arbitration Agreement between MGA and Michael Pickard dated March 30, 2004

Acknowledgement of Receipt of Handbook between MGA and Michael Pickard dated March 22, 2004

Letter between Daphne Gronich and Bob Normile re: Mattel's Confidentiality Agreement dated September 5, 2006 (employment offer to Jill Hatch)

EXHIBIT _____ A

- 31 -

PAGE _____ 36

Offer letter between MGA and Jill Hatch dated August 18, 2006

Arbitration Agreement between MGA and Jill Hatch dated September 26, 2006

Confidentiality and Inventions Assignment Agreement between MGA and Jill Hatch dated September 26, 2006

Proprietary Information Agreement between MGA and Jill Hatch dated September 26, 2006

Non-Disclosure Agreement between MGA and Jill Hatch dated August 22, 2006

Acknowledgement and Agreement between MGA and Jill Hatch dated September 25, 2006

Confidentiality and Work For Hire Agreement between MGA and Imagistic dated September 20, 2006

Acknowledgment and Agreement between MGA and Pamela Keller dated September 25, 2006

Arbitration Agreement between MGA and Pamela Keller dated September 26, 2006

Confidentiality and Inventions Assignment Agreement between MGA and Pamela Keller dated September 26, 2006

Proprietary Information Agreement between MGA and Pamela Keller dated September 26, 2006

Non-Disclosure Agreement between MGA and Pamela Keller dated September 25, 2006

Offer Letter between MGA and Maria De La Cruz dated February 7, 2007

Arbitration Agreement between MGA and Maria De La Cruz dated February 12, 2007

Confidentiality and Inventions Assignment Agreement between MGA and Maria De La Cruz dated February 12, 2007

Proprietary Information Agreement between MGA and Maria De La Cruz dated February 12, 2007

Non-Disclosure Agreement between MGA and Maria De La Cruz dated February 12, 2007

Acknowledgement and Agreement between MGA and Maria De La Cruz dated February 12, 2007

Offer Letter between MGA and Ronald Rae dated March 12, 2007

- 32 -

EXHIBIT _____ A

PAGE _____ 39

Letter between MGA and Ronald Rae re: Understanding Regarding Compliance with Obligations to Former Employers dated March 12, 2007 (re: Offer of Employment)

Arbitration Agreement between MGA and Ronald Rae dated March 14, 2007

Confidentiality and Inventions Assignment Agreement between MGA and Ronald Rae dated March 14, 2007

Proprietary Information Agreement between MGA and Ronald Rae dated March 14, 2007

Non-Disclosure Agreement between MGA and Ronald Rae dated March 12, 2007

Acknowledgement and Agreement MGA and Ronald Rae dated March 12, 2007

Confidentiality and Inventions Assignment Agreement between MGA and Nanette Black dated February 12, 2007

Non-Disclosure Agreement between MGA and Nanette Black dated December 8, 2006

Proprietary Information Agreement between MGA and Nanette Black dated February 12, 2007

Non-Disclosure Agreement between MGA and Nanette Black dated February 12, 2007

Acknowledgement and Agreement between MGA and Nanette Black dated February 12, 2007

Non-Disclosure Agreement between MGA and Karen Dixon dated January 17, 2007

Arbitration Agreement between MGA and Karen Dixon dated February 20, 2007

Confidentiality and Inventions Assignment Agreement between MGA and Karen Dixon dated February 20, 2007

Proprietary Information Agreement between MGA and Karen Dixon dated February 20, 2007

Non-Disclosure Agreement between MGA and Karen Dixon dated February 19, 2007

Acknowledgement and Agreement between MGA and Karen Dixon dated February 19, 2007

Offer Letter between MGA and Jenny Wong dated August 30, 2002

MGA Team Members Benefits Highlights 2002

Proprietary Information Agreement between MGA and Jenny Wong dated September 23, 2002

Arbitration Agreement between MGA and Jenny Wong dated July 18, 2002-no date for MGA

EXHIBIT _____ A

PAGE _____ 40

Confidentiality and Inventions Assignment Agreement between MGA and Jenny Wong dated September 23, 2002

Acknowledgement of Receipt of Handbook between MGA and Jenny Wong dated September 9, 2002

Letter between Jenny Wong and Jill Thomas dated July 2004 re: obligation of Mattel confidentiality agreement

Letter between Jill Thomas and Jenny Wong dated June 15, 2004 re: obligation of Mattel confidentiality agreement

Offer Letter between MGA and Randi Kagan dated September 5, 2002

Arbitration Agreement between MGA and Randi Kagan

Confidentiality and Inventions Assignment Agreement between ABC Int's Traders, Inc. and Randi Kagan dated September 29, 2002

Proprietary Information Agreement between MGA and Randi Kagan dated September 29, 2002

Receipt of Key Card to Building between MGA and Randi Kagan dated September 23, 2002

Offer Letter between MGA and Edward Gonzalez dated September 27, 2006

Arbitration Agreement between MGA and Edward Gonzalez dated October 20, 2006

Confidentiality and Inventions Assignment Agreement between MGA and Edward Gonzalez dated October 20, 2006

Proprietary Information Agreement between MGA and Edward Gonzalez dated October 20, 2006

Non-Disclosure Agreement between MGA and Edward Gonzalez dated October 20, 2006

Arbitration Agreement between MGA and prospective employee

Arbitration Agreement between MGA and prospective employee

Acknowledgement of Receipt of Handbook between MGA and Edward Gonzalez dated January 3, 2005

Acknowledgement and Agreement of Receipt of Employee Handbook between MGA and Edward Gonzalez dated October 20, 2006

Non-Disclosure Agreement between MGA and Edward Gonzalez dated December 17, 2004

- 34 -

EXHIBIT _____ A

PAGE _____ 41

Proprietary Information Agreement between MGA and Edward Gonzalez dated January 17, 2005

Non-Disclosure Agreement between MGA and Edward Gonzalez dated January 17, 2005

Confidentiality and Inventions Assignment Agreement between MGA and Edward Gonzalez
dated January 17, 2005

Offer Letter between MGA and Frank Mils dated March 20, 2006

Non-Disclosure Agreement between MGA and Frank Mils dated March 28, 2006

Confidentiality and Inventions Assignment Agreement between MGA and Frank Mils dated
March 28, 2006

Proprietary Information Agreement between MGA and Frank Mils dated March 28, 2006

Non-Disclosure Agreement between MGA and Frank Mils dated March 28, 2006

Annual Acknowledgement and Receipt of the Company's Employee Handbook between MGA
and Frank Mils dated March 20, 2006

Arbitration Agreement between MGA and Frank Mils dated March 28, 2006

Letter between Daphne Gronich and Bob Normille re: Mattel Confidentiality Agreement dated
March 27, 2006 (Re: Jorge Castilla)

Offer Letter between MGA to Jorge Castilla dated March 10, 2006

Related Offer Letter between MGA and Jorge Castilla re: Compliance with Obligations to
Former Employers dated March 10, 2006

Confidentiality and Inventions Assignment Agreement between MGA and Jorge Castilla

Proprietary Information Agreement between MGA and Jorge Castilla dated April 10, 2006

Non-Disclosure Agreement between MGA and Jorge Castilla dated April 10, 2006

Arbitration Agreement between MGA and Jorge Castilla dated April 10, 2006

Non-Disclosure Agreement between MGA and Jorge Castilla dated April 10, 2006

Annual Acknowledgement and Agreement of Employee Handbook between MGA and Aye Aye
Min dated April 17, 2006

- 35 -

EXHIBIT _____ A

PAGE _____ 42

Confidentiality and Inventions Assignment Agreement between MGA and Aye Aye Min dated April 26, 2006

Proprietary Information Agreement between MGA and Aye Aye Min dated April 24, 2006

Non-Disclosure Agreement between MGA and Aye Aye Min dated April 24, 2006

Related Offer Letter between MGA and Dan Cooney re: Compliance with Obligations to Former Employers accepted May 16, 2006

Offer Letter from MGA to Dan Cooney dated April 27, 2006

Confirmation of Obligation to Protect Proprietary Information and Confirmation of Employer's Ownership of Intellectual Property between Mattel and Dan Cooney dated March 8, 2004

Certification of Receipt of Mattel's Code of Conduct and Conflicts of Interest between Mattel and Dan Cooney dated March 8, 2004

Employee Confidential Information and Inventions Agreement between Mattel and Dan Cooney (undated)

Conflict of Interest Questionnaire between Mattel and Dan Cooney dated January 26, 2004

Email re: MGA Application between Schuyler Bacon to Dan Cooney dated May 1, 2005

Related Offer Letter between MGA to Dan Cooney re: Compliance with Obligations to Former Employers dated May 16, 2006

Non-Disclosure Agreement between MGA and Dan Cooney dated May 15, 2006

Confidentiality and Inventions Assignment Agreement between MGA and Dan Cooney dated May 15, 2006

Annual Acknowledgement and Agreement of Receipt of Employee Handbook between MGA and Dan Cooney dated May 12, 2006

Arbitration Agreement between MGA and Dan Cooney dated May 16, 2006

Letter between Bob Normille and Daphne Gronich re: Mattel's Confidentiality Agreement dated May 15, 2006 (re: Dan Cooney)

Copyright Assignment between MGA and Margaret Leahy signed (date unclear)

Non-Disclosure Agreement between MGA and Adrian Law dated May 2, 2006

- 36 -

EXHIBIT _____ A

PAGE _____ 43

Annual Acknowledgement and Agreement of receipt of Employee Handbook between MGA and Chi-Shing Law (Adrian Law) dated May 2, 2006

Confidentiality and Inventions Assignment Agreement between MGA and Chi-Shing Law dated May 1, 2006

Proprietary Information Agreement between MGA and Chi-Shing Law dated May 1, 2006

Non-Disclosure Agreement between MGA and Chi-Shing Law dated May 1, 2006

Related Offer Letter between MGA and Kam-Wah Cheng re: Compliance with Obligations to Former Employers dated May 3, 2006

Offer Letter between MGA and Craig Forrest dated May 12, 2006

Related Offer Letter between MGA and Craig Forrest re: Compliance with Obligations to Former Employers dated May 12, 2006

Non-Disclosure Agreement between MGA and Craig Forrest dated May 8, 2006

Proprietary Information Agreement between MGA and Craig Forrest dated May 15, 2006

Confidentiality and Inventions Assignment and Agreement between MGA and Craig Forrest dated May 15, 2006

Non-Disclosure Agreement between MGA and Craig Forrest dated May 15, 2006

Annual Acknowledgement and Agreement of receipt of Employee Handbook between MGA and Craig Forrest dated May 15, 2006

Non-Disclosure Agreement between MGA and Ian Bate dated August 6, 2006

Acknowledgement and Agreement of receipt of Employee Handbook between MGA and Ian Bate dated July 31, 2006

Arbitration Agreement between MGA and Ian Bate dated August 2, 2006

Proprietary Information Agreement between MGA and Ian Bate dated August 2, 2006

Confidentiality and Inventions Assignment Agreement between MGA and Ian Bate dated August 6, 2006

Non-Disclosure Agreement between MGA and Ian Bate dated August 2, 2006

Offer Letter between MGA and John Bloodworth dated August 7, 2006

- 37 -

EXHIBIT _____ A

PAGE _____ 44

Confidentiality and Work for Hire Agreement between MGA and North Side Studios dated August 8, 2006

Offer Letter between MGA and Jill Hatch dated August 18, 2006

Confidentiality and Inventions Assignment Agreement between MGA and Suzy Chang dated August 28, 2006

Proprietary Information Agreement between MGA and Suzy Chang dated August 28, 2006

Non-Disclosure Agreement between MGA and Suzy Chang dated August 28, 2006

Acknowledgement and Agreement of receipt of Employee Handbook between MGA and Suzy Chang dated August 28, 2006

Employment Agreement between MGA and Teresa Covington dated March 19, 2007

Offer Letter between MGA and Terry Kemper dated June 8, 2007

Non-Disclosure Agreement between MGA and Terry Kemper dated June 5, 2007

Fax between Terry Kemper and Schuyler Bacon re: Employment Application and NDA dated June 6, 2007

Arbitration Agreement between MGA and Terry Kemper dated June 26, 2007

Confidentiality and Inventions Assignment Agreement between MGA and Terry Kemper dated June 26, 2007

Proprietary Information Agreement between MGA and Terry Kemper dated June 26, 2007

Non-Disclosure Agreement between MGA and Terry Kemper dated June 26, 2007

Acknowledgement and Agreement of receipt of Employee Handbook between MGA and Terry Kemper dated June 26, 2007

Copyright Assignment between MGA and potential employee

Confidentiality and Inventions Assignment Agreement between MGA and Fabienne Chonavel dated April 12, 2002

Proprietary Information Agreement between MGA and Fabienne Chonavel dated April 12, 2002.

Offer Letter between MGA and Susan McBride dated May 14, 2002

- 38 -

EXHIBIT ____ A

PAGE ____ 45

Confidentiality and Inventions Assignment Agreement between MGA and Susan McBride dated June 10, 2002

Acknowledgement of Receipt of Handbook between MGA and Susan McBride dated October 7, 2003

Proprietary Information Agreement between MGA and Susan McBride dated June 10, 2002

Arbitration Agreement between MGA and Susan McBride dated June 14, 2002

Offer Letter between MGA and Kevin Bloomfield dated November 4, 2002

Notice and Disclosure between MGA and Kevin Bloomfield dated October 14, 2002

Arbitration and Agreement between MGA and Kevin Bloomfield dated November 25, 2002

Proprietary Information Agreement between MGA and Kevin Bloomfield dated November 25, 2002

Confidentiality and Inventions Assignment Agreement between MGA and Kevin Bloomfield dated November 25, 2002

Proprietary Information Agreement between MGA and Greg Dominguez dated April 3, 2002.

Confidentiality and Inventions Assignment Agreement between MGA and Greg Dominguez dated April 3, 2002

Acknowledgement of Receipt of Handbook between MGA and Greg Dominguez dated April 1, 2002

Notice and Disclosure between MGA and Greg Dominguez dated March 7, 2002

Authorization to Obtain Investigation Reports between MGA and Greg Dominguez dated March 7, 2002

Agreement between MGA and Anna Rhee dated January 27, 2004

Copyright Assignment between MGA and Anna Rhee dated June 12, 2003

Offer of Employment Letter from Lynne Robinson to Carter Bryant dated October 23, 1995

Employee Confidential Information and Inventions Agreement between Mattel, Inc. and Carter Bryant dated November 6, 1995

Conflict of Interest Questionnaire between Mattel, Inc. and Carter Bryant dated November 6, 1995

EXHIBIT _____ A

PAGE _____ 46

Confirmation of Acceptance Letter from Lynne Robinson to Carter Bryant dated December 11, 1998

Offer of Employment Letter from Lynne Robinson to Carter Bryant dated December 9, 1998

Employee Confidential Information and Inventions Agreement between Mattel, Inc. and Carter Bryant dated January 4, 1999

Conflict of Interest Questionnaire between Mattel, Inc. and Carter Bryant dated January 4, 1998

Proprietary Information Checkout between Mattel, Inc. and Carter Bryant dated October 19, 2000

Email from David Rosenbaum to Carter Bryant dated September 19, 2000 with attached draft of Consulting Agreement including Independent Contractor Agreement between MGA and Carter Bryant dated September 18, 2000 (footer - 9/19/2000) (DR 00156 - DR 00164)

Revised Consulting Agreement between MGA and Carter Bryant including Independent Contractor Agreement dated September 18, 2000 (footer - 10/4/2000) and emails to/from David Rosenbaum to/from Anne Wang dated between September 28, 2000 to October 4, 2000 re Consulting Agreement between MGA and Carter Bryant (DR 00045 - DR 00057)

Revised Consulting Agreement between MGA and Carter Bryant including Independent Contractor Agreement dated September 18, 2000 (footer - 10/4/2000)

Revised Consulting Agreement between MGA and Carter Bryant including Independent Contractor Agreement dated September 18, 2000 (footer - 10/4/2000)

Revision List of Anne Wang's revisions to the Consulting Agreement between MGA and Carter Bryant including Independent Contractor Agreement dated September 18, 2000 with footer - 9/19/2000

Emails to/from Victoria O'Connor to/from David Rosenbaum dated September 19, 2000

Email to/from David Rosenbaum to/from Victoria O'Connor dated September 19, 2000

Email from David Rosenbaum to Anne Wang dated September 28, 2000 with attached draft of Consulting Agreement including Independent Contractor Agreement between MGA and Carter Bryant dated September 18, 2000 (footer - 9/19/2000)

Email from David Rosenbaum to Victoria O'Connor dated September 29, 2000 with emails to/from Anne Wang to/from David Rosenbaum re Carter Bryant Proposed Agreement

Anne Wang Revised Consulting Agreement between MGA and Carter Bryant including Independent Contractor Agreement dated September 18, 2000 [footer - 9/19/2000], attached Revision List

- 40 -

EXHIBIT _____ A
PAGE _____ 47

Emails to/from David Rosenbaum to/from Anne Wang, dated October 4, 2000 with attached draft of Consulting Agreement including Independent Contractor Agreement between MGA and Carter Bryant dated September 18, 2000 (footer - 10/4/2000)

Email from David Rosenbaum to Victoria O'Connor dated October 3, 2000 with email from Anne Wang to David Rosenbaum with her revisions to the Consulting Agreement between MGA and Carter Bryant (footer 9/19/2000) and Revision List

Revised Consulting Agreement between MGA and Carter Bryant including Independent Contractor Agreement dated September 18, 2000 (footer - 10/4/2000) and Revision List

Consulting Agreement between MGA and Carter Bryant dated September 18, 2000 with "Final" (footer - 10/4/2000)

Consulting Agreement between MGA and Carter Bryant dated September 18, 2000 with "Final" (footer - 10/4/2000)

Consulting Agreement between MGA and Carter Bryant dated September 18, 2000 with "Final", "Confidential Seal" (footer - 10/4/2000)

Independent Contractor Agreement between MGA and Carter Bryant (footer - 9/19/2000)

Confidentiality Agreement between MGA and Carter Bryant dated April 11, 2001

Consulting Agreement between MGA and Carter Bryant and Veronica Marlow dated May 14, 2001

Confidentiality and Inventions Assignment Agreement between MGA and Carter Bryant dated April 25, 2002

Modification and Clarification of the Agreement Dated September 18, 2000 between MGA and Carter Bryant dated February 13, 2004

Modification and Clarification of the 2000 Agreement between MGA and Carter Bryant dated May 11, 2004

- 41 -

EXHIBIT _____ A

PAGE _____ 46