KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
jkeker@kvn.com
MICHAEL H. PAGE - #154913
mpage@kvn.com
CHRISTA M. ANDERSON - #184325
canderson@kvn.com
MATTHEW M. WERDEGAR - #200470
mwerdegar@kvn.com
JOHN E. TRINIDAD - #250468
jtrinidad@kvn.com
AUDREY WALTON-HADLOCK- #250574
awaltonhadlock@kvn.com
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff
CARTER BRYANT

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC. a Delaware Corporation,<br><br>Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC., v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No. CV 04-09049 SGL (RNBx) (consolidated with CV 04-9059 & 05-2727)<br><br>Hon. Stephen G. Larson<br><br>**[PROPOSED] ORDER DENYING MATTEL, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Dept:   Courtroom 1<br>Judge:  Hon. Stephen G. Larson<br><br>Date Comp. Filed: April 13, 2005<br><br>Discovery Cut-Off: Jan. 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

413903.02

# [PROPOSED] ORDER

The Court has carefully considered the parties' submissions and arguments concerning Mattel, Inc.'s Motion for Partial Summary Judgment. The Court finds either that the applicable law and the undisputed material facts compel summary judgment *against* Mattel and in Carter Bryant's favor, or that disputed issues of material fact preclude summary judgment in favor of Mattel, as to each of the claims and affirmative defenses for which Mattel seeks summary adjudication. Accordingly, the Court hereby DENIES Mattel's Motion for Partial Summary Judgment in its entirety.

IT IS SO ORDERED.

Dated:_____, 2008        _____
                                    Hon. Stephen G. Larson
                                    United States District Judge