THOMAS J. NOLAN (Bar No. 66992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600
E-mail:   tnolan@skadden.com

RAOUL D. KENNEDY (Bar No. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Embarcadero Center, 38th Floor
San Francisco, California 94111-5974
Telephone: (415) 984-6400
Facsimile: (415) 984-2698
E-mail:   rkennedy@skadden.com

Attorneys for Counter-Defendants,
MGA ENTERTAINMENT, INC.,
ISAAC LARIAN, MGA ENTERTAINMENT (HK) LIMITED,
and MGAE de MEXICO S.R.L. de C.V.

# UNITED STATED DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04–9059 and Case No. 05–2727<br><br>[~~PROPOSED~~] ORDER GRANTING MGA'S APPLICATION TO FILE UNDER SEAL ITS OPPOSITION TO MATTEL'S MOTION TO COMPEL DEPOSITION AND PRODUCTION OF DOCUMENTS OF CHRISTENSEN, GLASER, FINK, JACOBS, WEIL & SHAPIRO, LLP<br><br>Hearing Date: TBD<br>Time: TBD<br>Place: TBD |

ORIGINAL

## [~~PROPOSED~~] ORDER

Based on MGA's Application To File Under Seal Its Opposition To Mattel's Motion To Compel Deposition And Production Of Documents Of Christensen, Glaser, Fink, Jacobs, Weil & Shapiro, LLP, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the following documents be filed under seal pursuant to Local Rule 79-5.1: MGA's Memorandum Of Points And Authorities In Opposition To Mattel's Motion To Compel Deposition And Production Of Documents Of Christensen, Glaser, Fink, Jacobs, Weil & Shapiro, LLP, and the associated Declaration of Philip W. Marsh and related exhibits.

DATED: March 24, 2008

_____
Hon. Stephen G. Larson
United States District Court Judge

[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL CASE NO. CV 04-9049 SGL (RNBx)
205036.01-San Francisco Server 1A - MSW