KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
jkeker@kvn.com
MICHAEL H. PAGE - #154913
mpage@kvn.com
CHRISTA M. ANDERSON - #184325
canderson@kvn.com
MATTHEW M. WERDEGAR - #200470
mwerdegar@kvn.com
JOHN E. TRINIDAD - #250468
jtrinidad@kvn.com
AUDREY WALTON-HADLOCK - #250574
awaltonhadlock@kvn.com
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff
CARTER BRYANT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC. a Delaware Corporation,<br><br>Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC., v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No. CV 04-09049 SGL (RNBx)<br>(consolidated with CV 04-9059 & 05-2727)<br><br>Hon. Stephen G. Larson<br><br>**APPLICATION OF CARTER BRYANT FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL**<br><br>Date: April 22, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 1<br><br>**Phase I:**<br>Date Comp. Filed: April 13, 2005<br>Discovery Cut-Off: Jan. 28, 2008<br>Trial Date: May 27, 2008<br><br>**FILED BY FAX**<br>**CRC 2005** |

413761.01

APPLICATION OF CARTER BRYANT FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL
CASE NO. CV 04-09049 SGL (RNBx)

1  Pursuant to *Local Rule* 79-5.1 and the Stipulated Protective Order entered by
2  the Court in this action, Carter Bryant ("Bryant") hereby respectfully requests that
3  the Court order filed provisionally under seal the following documents:
4     1.   Bryant's Memorandum of Point and Authorities in Opposition to
5  Mattel's Motion for Partial Summary Judgment;
6     2.   Exhibits 1-4 and 7-18 to the Declaration of Matthew M. Werdegar in
7  Opposition to Mattel's Motion for Summary Judgment; and
8     3.   Bryant's Statement of Genuine Issues.
9     The Memorandum of Points and Authorities and Statement of Genuine
10 Issues quote deposition testimony and documents designated by Mattel, Bryant,
11 MGA Entertainment, Inc., and/or certain third-party witnesses as "Confidential" or
12 "Confidential—Attorneys Eyes Only" pursuant to the Protective Order. Exhibits
13 1-4 and 7-18 to the Declaration of Matthew M. Werdegar consist of materials
14 designated by Mattel, Bryant, MGA Entertainment, Inc., and/or certain third-party
15 witnesses as "Confidential" or "Confidential—Attorneys Eyes Only" pursuant to
16 the Protective Order. Accordingly, Bryant requests that the Court order that the
17 Motion, the Statement of Genuine Issues, and Exhibits 1-4 and 7-18 to the
18 Declaration be filed provisionally under seal.
19    Pursuant to the Stipulation and Order entered on March 11 2008 (Docket
20 No. 2615), Bryant will continue to meet and confer with Mattel, MGA, and the
21 effected third-parties in a good faith effort to de-designate as much of this material
22 as possible so that it may be filed publicly.

Respectfully submitted,

Dated: March 24, 2008

KEKER & VAN NEST, LLP

By: _____
MATTHEW M. WERDEGAR
Attorney for Plaintiff
CARTER BRYANT