KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
jkeker@kvn.com
MICHAEL H. PAGE - #154913
mpage@kvn.com
CHRISTA M. ANDERSON - #184325
canderson@kvn.com
MATTHEW M. WERDEGAR - #200470
mwerdegar@kvn.com
JOHN E. TRINIDAD - #250468
jtrinidad@kvn.com
AUDREY WALTON-HADLOCK- #250574
awaltonhadlock@kvn.com
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff
CARTER BRYANT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC. a Delaware Corporation,<br><br>Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC., v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No. CV 04-09049 SGL (RNBx) (consolidated with CV 04-9059 & 05-2727)<br><br>Hon. Stephen G. Larson<br><br>[PROPOSED] ORDER RE APPLICATION OF CARTER BRYANT TO FILE CERTAIN DOCUMENTS UNDER SEAL<br><br>Dept:   Courtroom 1<br>Judge:  Hon. Stephen G. Larson<br><br>Date Comp. Filed: April 13, 2005<br><br>Discovery Cut-Off: Jan. 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

FILED BY FAX
CRC 2005

ORIGINAL

1  Based on the Application for Leave to File Certain Documents Under Seal,
2  filed by Carter Bryant on March 24, 2008, and good cause appearing for the entry
3  thereof, IT IS HEREBY ORDERED:
4  Bryant's Memorandum of Points and Authorities in Opposition to Mattel's
5  Motion for Partial Summary Judgment; Exhibits 1-4 and 7-18 to the Declaration of
6  Matthew M. Werdegar; and Bryant's Statement of Genuine Issues are ORDERED
7  filed provisionally under seal pursuant to *Local Rule* 79-5.1.
8  Consistent with the Stipulation and Order entered on March 11, 2008
9  (Docket No. 2615), the Parties are to meet and confer in good faith in an effort to
10 de-designate as much of this material as possible so that it may be filed publicly.

Dated: MAR 24 2008

_____
Hon. Stephen G. Larson
United States District Judge

---

1

[PROPOSED] ORDER RE APPLICATION OF CARTER BRYANT
TO FILE CERTAIN DOCUMENTS UNDER SEAL
CASE NO. CV 04-09049 SGL (RNBx)