```
 1  THOMAS J. NOLAN (Bar No. 66992)
    (tnolan@skadden.com)
 2  JASON D. RUSSELL (Bar No. 169219)
    (jrussell@skadden.com)
 3  MARINA V. BOGORAD (Bar No. 217524)
    (mbogorad@skadden.com)
 4  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
    300 South Grand Avenue, Suite 3400
 5  Los Angeles, CA 90071
    Tel.: (213) 687-5000/Fax: (213) 687-5600
 6
    KENNETH PLEVAN (admitted pro hac vice)
 7  (kplevan@skadden.com)
    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
 8  Four Times Square, New York, NY 10046
    Tel.: (212) 735-3000 / Fax: (212) 735-2000
 9
    Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited,
10  MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian
```

## UNITED STATED DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>Honorable Stephen G. Larson<br><br>APPLICATION TO FILE UNDER SEAL:<br>1. MGA PARTIES' MEMORANDUM IN OPPOSITION TO MATTEL'S MOTION FOR PARTIAL SUMMARY JUDGMENT;<br>2. DECLARATIONS OF THOMAS J. NOLAN, ROBERT TONNER, PAULA GARCIA, GLENN V. VILPPU, PETER S. MENELL and CARTER BRYANT;<br>3. OPPOSITION TO MATTEL'S STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW;<br>4. EVIDENTIARY OBJECTIONS IN SUPPORT THEREOF<br>Hearing Date: April 22, 2008<br>Time: 10 a.m. |

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action on January 4, 2005, MGA Entertainment, Inc., Isaac Larian, MGA Entertainment (HK) Limited, and MGAE de Mexico S.R.L. de C.V. (collectively, the "MGA Parties") hereby respectfully request that the Court order the following documents be filed under seal: MGA Parties' Memorandum Of Points And Authorities In Opposition To Mattel, Inc.'s Motion For Partial Summary Judgment ("MGA Parties' Opposition"); Declarations of Thomas J. Nolan, Robert Tonner, Paula Garcia, Glenn V. Vilppu , Peter S. Menell and Carter Bryant (collectively, the "Declarations"); MGA Parties' Opposition to Mattel, Inc.'s Statement Of Uncontroverted Facts And Conclusions Of Law In Support Of Its Motion For Partial Summary Judgment ("Opposition Statement"); and Evidentiary Objections to Mattel, Inc.'s Motion for Partial Summary Judgment ("Evidentiary Objections"). Good cause exists for filing these documents under seal because certain exhibits attached to the Declarations have been designated as "Confidential" or "Confidential—Attorneys' Eyes Only" pursuant to the Stipulated Protective Order, and the MGA Parties' Opposition, Opposition Statement and Evidentiary Objections reference these exhibits. In the alternative, the MGA Parties request that the Court declare the exhibits to the Declarations to be outside the definitions of "Confidential" and "Confidential—Attorneys' Eyes Only" as contained in the Stipulated Protective Order and order them, along with the MGA Parties' Opposition, the Declarations, the Opposition Statement and the Evidentiary Objections, to be filed as part of the public record.

DATED: March 24, 2008

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By: _____
Marina V. Bogorad
Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian