LODGED

1  THOMAS J. NOLAN (Bar No. 66992)
   (tnolan@skadden.com)
2  JASON D. RUSSELL (Bar No. 169219)
   (jrussell@skadden.com)
3  MARINA V. BOGORAD (Bar No. 217524)
   (mbogorad@skadden.com)
4  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue, Suite 3400
5  Los Angeles, CA 90071
   Tel.: (213) 687-5000/Fax: (213) 687-5600
6
   KENNETH PLEVAN (admitted *pro hac vice*)
7  (kplevan@skadden.com)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
8  Four Times Square
   New York, NY 10046
9  Tel.: (212) 735-3000 / Fax: (212) 735-2000

10 Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited,
   MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian
11
                        UNITED STATED DISTRICT COURT
12
                       CENTRAL DISTRICT OF CALIFORNIA
13
                               EASTERN DIVISION
14

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with Case No. 04-9059 and Case No. 05-2727 |
| v. | Honorable Stephen G. Larson |
| MATTEL, INC., a Delaware corporation, | [~~PROPOSED~~] ORDER TO FILE UNDER SEAL |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | |

## ORDER

Based on the concurrently filed Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the following documents be filed under seal pursuant to Local Rule 79-5.1: MGA Parties' Memorandum Of Points And Authorities In Opposition To Mattel, Inc.'s Motion For Partial Summary Judgment; Declaration of Thomas J. Nolan *Vol(s) 1-2*; Declaration of Robert Tonner; Declaration of Paula Garcia; Declaration of Glenn V. Vilppu; Declaration of Peter S. Menell; Declaration of Carter Bryant; MGA Parties' Opposition to Mattel, Inc.'s *[CORRECTED]* Statement Of Uncontroverted Facts And Conclusions Of Law In Support Of Its Motion For Partial Summary Judgment; and Evidentiary Objections to Mattel, Inc.'s Motion for Partial Summary Judgment.

DATED: March 24, 2008

_____
Hon. Stephen G. Larson
United States District Court Judge