QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>             Plaintiff,<br><br>       vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>             Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>The Honorable Stephen G. Larson<br><br>**ORDER RE MATTEL, INC.'S *EX PARTE* APPLICATION FOR (1) RELIEF FROM THE TWENTY-DAY REQUIREMENT OF LOCAL RULE 7-3; AND (2) FOR AN EXPEDITED HEARING DATE OF APRIL 7, 2008** |

## Order

The Court has reviewed Mattel's *ex parte* application seeking (1) relief from the twenty-day requirement of Local Rule 7-3; and (2) an expedited hearing date of April 7, 2008, as well as the opposition thereto filed by the MGA defendants.

For good cause shown, IT IS HEREBY ORDERED that:

(1) Mattel will be allowed to file its Motion prior to twenty-day requirement of Local Rule 7-3.

(2) Time shall be shortened to hear Mattel's motion, but the Court has modified Mattel's proposed briefing schedule. Any opposition to the requested relief shall be filed no later than Monday, March 31, 2008, Mattel's reply thereto shall be filed no later than Wednesday, April 2, 2008. The Court will hear the motion on April 7, 2008, at 10:00 a.m. in Courtroom One.

DATED: March 20, 2008

Hon. Stephen G. Larson