ORIGINAL
LODGED

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>[~~PROPOSED~~] ORDER GRANTING MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL CONSOLIDATED OPPOSITION TO DEFENDANTS' MOTIONS FOR PARTIAL SUMMARY JUDGMENT AND RELATED DOCUMENTS<br><br>[C.D. Rule 79-5.1]<br><br>Hearing Date: April 22, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 1<br><br>**Phase 1**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

7209/2443563.1

[PROPOSED] ORDER GRANTING MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1	Good cause having been shown in Mattel, Inc.'s concurrently filed
2	Application to File Under Seal Consolidated Opposition to Defendants' Motions for
3	Partial Summary Judgment and Related Documents,
4	The following documents are ORDERED to be filed under seal
5	pending further order of the Court:
6	✓ 1.	Mattel, Inc.'s Consolidated Opposition to Defendants' Motions
7	for Partial Summary Judgment; *Decl. of Ginger G. McRae* ⫽
8	✓ 2.	Mattel, Inc.'s Statement Of Genuine Issues Regarding Bryant's
9	Separate Statement Of Uncontested Facts And Conclusions Of Law In Support Of
10	Bryant's Motion For Partial Summary Judgment;
11	✓ 3.	Mattel, Inc.'s Statement Of Genuine Issues Regarding MGA
12	Parties' [Proposed] Statement Of Uncontroverted Facts And Conclusions Of Law In
13	Support Of Their Motion For Partial Summary Judgment;
14	✓ 4.	Declaration of William Flynn In Support Of Mattel's Opposition
15	to Defendants' Motions for Partial Summary Judgment;
16	✓ 5.	Declaration of Michael T. Zeller In Support Of Mattel's
17	Opposition to Defendants' Motions for Partial Summary Judgment; *Rec'd (4) Sets*
18	✓ 6.	Declaration of Lloyd Cunningham In Support Of Mattel's
19	Opposition to Defendants' Motions for Partial Summary Judgment;
20	✓ 7.	Mattel, Inc.'s Evidentiary Objections to Carter Bryant's Motion
21	for Partial Summary Judgment; *(2) Received, including Obj's to Corrected Motion.*
22	✓ 8.	Rule 56(F) Declaration Of B. Dylan Proctor In Support Of
23	Mattel, Inc.'s Consolidated Opposition To Defendants' Motions For Partial
24	Summary Adjudication; and
25	✓ / *Mattel's Oppos to MGA Parties' and C.B.'s Motion for Partial S/J.*
26	/	IT IS SO ORDERED
27	/	Dated **MAR 25 2008**
28	/	[signature]
	United States District Judge

07209/2443563.1

-2-
[PROPOSED] ORDER GRANTING MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

| | |
|---|---|
| 1 | 9.   Notice of Lodging. |
| 2 | IT IS SO ORDERED. |
| 3 | DATED: |

Hon. Stephen G. Larson
United States District Judge

07209/2443563.1

-3-
[PROPOSED] ORDER GRANTING MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1  9.   Notice of Lodging.
2  IT IS SO ORDERED.
3  DATED:

Hon. Stephen G. Larson
United States District Judge

07209/2443563.1

-3-
[PROPOSED] ORDER GRANTING MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL