1  THOMAS J. NOLAN (Bar No. 066992)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2  300 South Grand Avenue
   Los Angeles, CA 90071-3144
3  Telephone: (213) 687-5000
   Facsimile: (213) 687-5600
4  E-mail:    tnolan@skadden.com

5  KENNETH A. PLEVAN (Admitted *Pro Hac Vice*)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
6  4 Times Square
   New York, NY 10036
7  Telephone: (212) 735-3000
   Facsimile: (212) 735-2000
8  E-mail:    kplevan@skadden.com

9  Attorneys for Counter-Defendants,
   MGA ENTERTAINMENT, INC.,
10 ISAAC LARIAN, MGA
   ENTERTAINMENT (HK) LIMITED,
11 and MGAE de MEXICO S.R.L. de C.V.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation<br><br>Defendant.<br><br>―――――――――――――<br>Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>**[PROPOSED] ORDER GRANTING MGA DEFENDANTS' MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER'S MARCH 11, 2008 ORDER RE MOTION TO QUASH DEPOSITION SUBPOENAS**<br><br>Date: April 28, 2008<br>Time: 10:00 a.m.<br>Judge: Honorable Stephen G. Larson<br>Place: Courtroom 1 |

1     Having received MGA Defendants' Motion Objecting to Portions of
2 Discovery Master's March 11, 2008 Order Re Motion to Quash Deposition
3 Subpoenas ("Motion"), and all other papers and arguments submitted in support of or
4 opposition to the Motion, and finding good cause therefore,

5     **IT IS HEREBY ORDERED THAT:**

6     The Motion is **GRANTED**.  The portion of the Discovery Master's Order Re
7 Motion to Quash Deposition Subpoenas dated March 11, 2008, denying the MGA
8 Defendants' Motion to Quash as to Ana Isabel Cabrera, Beatriz Morales, Maria
9 Elena Salazar and Mel Woods is hereby **SET ASIDE**.  The MGA Defendants'
10 Motion to Quash as to those four non-parties is **GRANTED**.

11     **IT IS SO ORDERED.**

13 DATED: _____

                                            Hon. Stephen G. Larson
                                            United States District Court Judge