QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>                   Plaintiff,<br><br>     vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>                   Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-2727<br><br>[CORRECTED] [PUBLIC REDACTED] DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT<br><br>Date: April 22, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 1<br><br>**Phase 1**<br>Discovery Cut-Off:   Jan. 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date:                May 27, 2008 |

# DECLARATION OF B. DYLAN PROCTOR

I, B. Dylan Proctor, declare as follows:

1. I am a member of the bar of the State of California and a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of an excerpt from Mattel's 2000 Annual Report.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Court's Order Granting Motions to Dismiss, dated July 17, 2006.

4. Attached hereto as Exhibit 3 is a true and correct copy of the Stipulation and Order Regarding Carter Bryant's Amended Reply to Mattel's Counterclaims, dated October 5, 2007.

5. Attached hereto as Exhibit 4 is a spreadsheet regarding Bratz Sales from 2001-2006, Bates-numbered MGA 0868723-865 and marked as Exhibit 660 in this action.

6. Attached hereto as Exhibit 5 is a true and correct copy of Mattel's Employee Confidential Information and Inventions Agreement, signed by Carter Bryant and Teresa Newcomb on January 4, 1999.

7. Attached hereto as Exhibit 6 are true and correct copies of excerpts from WEBSTER'S THIRD NEW INT'L DICTIONARY (1993).

8. Attached hereto as Exhibit 7 is a true and correct copy of Mattel's Proprietary Information Checkout form, signed by Carter Bryant on October 19, 2000.

9. Attached hereto as Exhibit 8 are true and correct copies of excerpts from the transcript of the Hearing regarding Mattel's Motion to Dismiss Bryant's Counter-claims, dated June 26, 2006.

10. Attached hereto as Exhibit 9 are true and correct copies of excerpts from the Expert Report of D. Jan Duffy, dated February 11, 2008.

11. Attached hereto as Exhibit 10 is a true and correct copy of a drawing Bates-numbered BRYANT 01975.

12. Attached hereto as Exhibit 11 is a true and correct copy of a drawing Bates-numbered BRYANT 01976.

13. Attached hereto as Exhibit 12 is a true and correct copy of a collection of Bryant drawings marked as Exhibits 716-19, 721-22, and 724-25 in this action.

14. Attached hereto as Exhibit 13 is a true and correct copy of the Affirmation of Lee Shiu Cheung, dated June 18, 2002.

15. Attached hereto as Exhibit 14 is a true and correct copy of Exhibit LSC-3 to the Affirmation of Lee Shiu Cheung.

16. Attached hereto as Exhibit 15 is a true and correct copy of a Bryant drawing produced in this action and Bates-numbered BRYANT 00278.

17. Attached hereto as Exhibit 16 is a true and correct copy of a collection of drawings produced by Steven Linker and marked as Exhibit 323 in this action.

18. Attached hereto as Exhibit 17 is a true and correct copy of the copyright registration marked as Exhibit 505 in this action.

19. Attached hereto as Exhibit 18 is a true and correct copy of the copyright registration marked as Exhibit 507 in this action.

20. Attached hereto as Exhibit 19 is a true and correct copy of the copyright registration marked as Exhibit 509 in this action.

21. Attached hereto as Exhibit 20 is a true and correct copy of the copyright registration marked as Exhibit 511 in this action.

22. Attached hereto as Exhibit 21 is a true and correct copy of the copyright registration marked as Exhibit 513 in this action.

23. Attached hereto as Exhibit 22 is a true and correct copy of the copyright registration produced by Mattel and Bates-numbered M 0059601-2.

24. Attached hereto as Exhibit 23 is a true and correct copy of the copyright application produced by Mattel and Bates-numbered M 0059734-7.

25. Attached hereto as Exhibit 24 is a true and correct copy of the copyright registration produced by Mattel and Bates-numbered M 0059585-6.

26. Attached hereto as Exhibit 25 is a true and correct copy of the copyright application produced by Mattel and Bates-numbered M 0059702-5.

27. Attached hereto as Exhibit 26 is a true and correct copy of the copyright registration produced by Mattel and Bates-numbered M 0059589-90.

28. Attached hereto as Exhibit 27 is a true and correct copy of the copyright application produced by Mattel and Bates-numbered M 0059710-3.

29. Attached hereto as Exhibit 28 is a true and correct copy of the copyright registration produced by Mattel and Bates-numbered M 0059591-2.

30. Attached hereto as Exhibit 29 is a true and correct copy of the copyright application produced by Mattel and Bates-numbered M 0059714-7.

31. Attached hereto as Exhibit 30 is a true and correct copy of the copyright registration produced by Mattel and Bates-numbered M 0059587-8.

32. Attached hereto as Exhibit 31 is a true and correct copy of the copyright application produced by Mattel and Bates-numbered M 0059706-9.

33. Attached hereto as Exhibit 32 is a true and correct copy of the copyright registration produced by Mattel and Bates-numbered M 0059609-10.

34. Attached hereto as Exhibit 33 is a true and correct copy of the copyright application produced by Mattel and Bates-numbered M 0059750-3.

| | |
|---|---|
| 1 | 35. Attached hereto as Exhibit 34 is a true and correct copy of the copyright registration produced by Mattel and Bates-numbered M 0059583-4. |
| 3 | 36. Attached hereto as Exhibit 35 is a true and correct copy of the copyright application produced by Mattel and Bates-numbered M 0059698-701. |
| 5 | 37. Attached hereto as Exhibit 36 is a true and correct copy of the copyright registration produced by Mattel and Bates-numbered M 0059593-4. |
| 7 | 38. Attached hereto as Exhibit 37 is a true and correct copy of the copyright application produced by Mattel and Bates-numbered M 0059718-21. |
| 9 | 39. Attached hereto as Exhibit 38 is a true and correct copy of the copyright registration produced by Mattel and Bates-numbered M 0059595-6. |
| 11 | 40. Attached hereto as Exhibit 39 is a true and correct copy of the copyright application produced by Mattel and Bates-numbered M 0059722-5. |
| 13 | 41. Attached hereto as Exhibit 40 is a true and correct copy of the copyright registration produced by Mattel and Bates-numbered M 0059597-8. |
| 15 | 42. Attached hereto as Exhibit 41 is a true and correct copy of the copyright application produced by Mattel and Bates-numbered M 0059726-9. |
| 17 | 43. Attached hereto as Exhibit 42 is a true and correct copy of the copyright registration produced by Mattel and Bates-numbered M 0059599-600. |
| 19 | 44. Attached hereto as Exhibit 43 is a true and correct copy of the copyright application produced by Mattel and Bates-numbered M 0059730-3. |
| 21 | 45. Attached hereto as Exhibit 44 is a true and correct copy of the copyright registration produced by Mattel and Bates-numbered M 0059603-4. |
| 23 | 46. Attached hereto as Exhibit 45 is a true and correct copy of the copyright application produced by Mattel and Bates-numbered M 0059738-41. |
| 25 | 47. Attached hereto as Exhibit 46 is a true and correct copy of the copyright registration produced by Mattel and Bates-numbered M 0059605-6. |

48. Attached hereto as Exhibit 47 is a true and correct copy of the copyright application produced by Mattel and Bates-numbered M 0059742-5.

49. Attached hereto as Exhibit 48 is a true and correct copy of the copyright registration produced by Mattel and Bates-numbered M 0059607-8.

50. Attached hereto as Exhibit 49 is a true and correct copy of the copyright application produced by Mattel and Bates-numbered M 0059746-9.

51. Attached hereto as Exhibit 50 is a true and correct copy of the copyright registration produced by Mattel and Bates-numbered M 0059581-2.

52. Attached hereto as Exhibit 51 is a true and correct copy of the copyright application produced by Mattel and Bates-numbered M 0059758-61.

53. Attached hereto as Exhibit 52 is a true and correct copy of the copyright registration produced by Mattel and Bates-numbered M 0059579-80.

54. Attached hereto as Exhibit 53 is a true and correct copy of the copyright application produced by Mattel and Bates-numbered M 0059754-7.

55. Attached hereto as Exhibit 54 is a true and correct copy of the Affidavit of Isaac Larian, dated July 2, 2002.

56. Attached hereto as Exhibit 55 are true and correct copies of Bratz sketches created by Bryant and marked as Exhibits 1107-1110 in this action.

57. Attached hereto as Exhibit 56 is a true and correct copy of an e-mail and attachments Bates-numbered MGA 0050733-36.

58. Attached hereto as Exhibit 57 is a true and correct copy of a collection of Bryant drawings marked as Exhibit 302 in this action.

59. Attached hereto as Exhibit 58 is a true and correct copy of an MGA copyright registration produced in this action and Bates-numbered M 0110155-9.

60. Attached hereto as Exhibit 59 is a true and correct copy of an MGA copyright registration produced in this action and Bates-numbered M 0110160-4.

61. Attached hereto as Exhibit 60 is a true and correct copy of an MGA copyright registration produced in this action and Bates-numbered M 0110165-9.

62. Attached hereto as Exhibit 61 is a true and correct copy of an MGA copyright registration produced in this action and Bates-numbered M 0110639-42.

63. Attached hereto as Exhibit 62 is a true and correct copy of an MGA copyright registration produced in this action and Bates-numbered M 0110174-8.

64. Attached hereto as Exhibit 63 is a true and correct copy of a Form CA produced in this action and Bates-numbered M 0110217-8.

65. Attached hereto as Exhibit 64 is a true and correct copy of a Form CA produced in this action and Bates-numbered M 0110219-20.

66. Attached hereto as Exhibit 65 is a true and correct copy of a Form CA produced in this action and Bates-numbered M 0110221-2.

67. Attached hereto as Exhibit 66 is a true and correct copy of a Form CA produced in this action and Bates-numbered M 0110223-4.

68. Attached hereto as Exhibit 67 is a true and correct copy of a Form CA produced in this action and Bates-numbered M 0110225-6.

69. Attached hereto as Exhibit 68 is a true and correct copy of the Affidavit of Daphne Gronich, dated December 6, 2005.

70. Attached hereto as Exhibit 69 is a true and correct copy of the Affirmation of Lee Shiu Cheung, dated June 18, 2003.

71. Attached hereto as Exhibit 70 are true and correct copies of excerpts from Carter Bryant's Responses to Mattel's Sixth Set of Requests for Admission.

72. Attached hereto as Exhibit 71 is a true and correct copy of the Agreement between Carter Bryant and MGA, dated as of September 18, 2000.

73. Attached hereto as Exhibit 72 is a true and correct copy of a 2004 Modification and Clarification of the 2000 Agreement, dated May 11, 2004.

74. Attached hereto as Exhibit 73 is a true and correct copy of a collection of Bratz drawings created by Bryant and marked as Exhibit 2 in this action.

75. Attached hereto as Exhibit 74 is a true and correct copy of an e-mail reminder regarding a meeting in Isaac Larian's office with attendees Paula Treantafelles and Victoria O'Connor regarding Bryant on September 1, 2000 and marked as Exhibit 301 in this action.

76. Attached hereto as Exhibit 75 is a true and correct copy of Bryant's Angel sketches, marked as Exhibit 393 in this action.

77. Attached hereto as Exhibit 76 is a true and correct copy of a Bryant invoice dated August 31, 2000 and marked as Exhibit 593 in this action.

78. Attached hereto as Exhibit 77 is a true and correct copy of correspondence between Bryant and Universal Commerce Corp, marked as Exhibit 30 in this action.

79. Attached hereto as Exhibit 78 are true and correct copies of Veronica Marlow's invoices to MGA for her work on Bratz beginning as early as September 29, 2000.

80. Attached hereto as Exhibit 79 is a true and correct copy of an October 12, 2000 e-mail from Liz Hogan to Paula Treantafelles and Carter Bryant, copying Steven Linker, marked as Exhibit 320 in this action.

81.  Attached hereto as Exhibit 80 is a true and correct copy of an October 14, 2000 e-mail from Hogan to Treantafelles copying Linker, marked as Exhibit 321 in this action.

82.  Attached hereto as Exhibit 81 are true and correct copies of Bratz designs with March and April 2000 fax headers, bearing Bates-numbers KMW-M 01647-8, MGA HK 0001928, MGA HK 0001935, KMW-M 007726, KMW-M 007729, KMW-M 007734 and BRYANT 00167.

83.  Attached hereto as Exhibit 82 is a true and correct copy of e-mail correspondence between Larian, O'Connor, Dennis Medici and Treantafelles, dated October 10, 2000, marked as Exhibit 305 in this action.

84.  Attached hereto as Exhibit 83 is a true and correct copy of an e-mail from Nana Ashong to O'Connor, Treantafelles and Martin Hitch, copying Jackie Bielke, dated September 6, 2001, marked as Exhibit 551 in this action.

85.  Attached hereto as Exhibit 84 are true and correct copies of Rhee's 2000-2001 invoices to MGA, Bates-numbered AR 0001-0058.

86.  Attached hereto as Exhibit 85 are true and correct copies of excerpts from the testimony of Isaac Larian in <u>Art Attacks v. MGA Entertainment, Inc</u>.

87.  Attached hereto as Exhibit 86 is a true and correct copy of a facsimile from Bryant to David Rosenbaum, dated September 14, 2000, Bates-numbered MGA007337-40.

88.  Attached hereto as Exhibit 87 is a true and correct copy of Mercedeh Ward's Confidentiality and Inventions Assignment Agreement with MGA, dated October 18, 2000 and Bates-numbered MGA001470-2.

89.  Attached hereto as Exhibit 88 is a true and correct copy of excerpts from Carter Bryant's Responses to Mattel, Inc.'s Third Set of Requests for Admission Propounded to All Defendants, dated February 4, 2008.

90. Attached hereto as Exhibit 89 is a true and correct copy of an internal MGA e-mail regarding setting Bryant up as a vendor, dated September 15, 2000 and Bates-numbered MGA001291.

91. Attached hereto as Exhibit 90 is a true and correct copy of Mattel's Exit Interview Report regarding Bryant's exit interview signed by Sandy Yonemoto on October 19, 2000.

92. Attached hereto as Exhibit 91 is a true and correct copy of Mattel's original complaint against Bryant in <u>Mattel, Inc. v. Carter Bryant</u>, Case No. BC314398, dated April 27, 2004.

93. Attached hereto as Exhibit 92 is a true and correct copy of Mattel's Answer to MGA's complaint in <u>MGA Entertainment, Inc. v. Mattel, Inc.</u>, Case No. CV 05-02727 NM (RNBx), dated May 13, 2005.

94. Attached hereto as Exhibit 93 are true and correct copies of excerpts from Mattel's Notice of Motion and Motion for Leave to File Amended Complaint, filed November 20, 2006.

95. Attached hereto as Exhibit 94 is a true and correct copy of the Court's Order Denying MGA's Motion for Terminating Sanctions, dated August 27, 2007.

96. Attached hereto as Exhibit 95 is a true and correct copy of the Court's Order Regarding Mattel's Motion for Leave to Amend, dated January 11, 2007.

97. Attached hereto as Exhibit 96 are true and correct copies of excerpts from Carter Bryant's Responses to Mattel, Inc.'s Amended Supplemental Interrogatory Regarding Defendants' Affirmative Defenses.

98. Attached hereto as Exhibit 97 is a true and correct copy of an e-mail from Isaac Larian dated March 12, 2002 to MGA personnel, Bates-numbered MGA 3801819-22.

99.  Attached hereto as Exhibit 98 is a true and correct copy of e-mail correspondence between Isaac Larian and Dee Dee Valencia dated February 6, 2003, Bates-numbered MGA 3801558-9.

100. Attached hereto as Exhibit 99 is a true and correct copy of an excerpt from the Affidavit of Isaac Larian in <u>MGA v. Metson</u>.

101. Attached hereto as Exhibit 100 is a true and correct copy of a collection of newspaper articles in which Larian claims that he created Bratz.

102. Attached hereto as Exhibit 101 is a true and correct copy of MGA's U.S. patent application for Bratz feet marked as Exhibit 500 in this action.

103. Attached hereto as Exhibit 102 is a true and correct copy of MGA's amendment to its U.S. patent application for Bratz feet marked as Exhibit 548 in this action.

104. Attached hereto as Exhibit 103 is a true and correct copy of MGA's patent registration for Bratz trapezoidal packaging marked as Exhibit 552 in this action.

105. Attached hereto as Exhibit 104 is a true and correct copy of MGA's patent application for Bratz trapezoidal packaging marked as Exhibit 615 in this action.

106. Attached hereto as Exhibit 105 is a true and correct copy of the Amended Answer and Affirmative Defenses of MGA Entertainment, Inc., MGA Entertainment (HK) Limited, and MGAE De Mexico S.R.L. De C.V. To Mattel, Inc.'s Second Amended Answer and Counterclaims, dated September 19, 2007.

107. Attached hereto as Exhibit 106 are true and correct copies of excerpts from MGA's Responses to Mattel's Third Set of Requests for Admission, dated March 30, 2007.

07209/2418157.2

- 10 -

PROCTOR DECLARATION

108. Attached hereto as Exhibit 107 is a true and correct copy of MGA's complaint in <u>MGA Entertainment, Inc. v. Mattel, Inc.</u>, Case No. CV 05-02727 CBM (RZx), dated April 13, 2005.

109. Attached hereto as Exhibit 108 are true and correct copies of excerpts from the Expert Report of Peter S. Menell, dated February 11, 2008.

110. Attached hereto as Exhibit 109 is a true and correct copy of excerpts from the [Proposed] First Amended Verified Complaint in <u>Larian v. Larian</u>.

111. Attached hereto as Exhibit 110 is a true and correct copy of an e-mail interview of Paula Treantafelles for "Dolls Magazine", dated April 25, 2001 and May 1, 2001, Bates-numbered MGA 0051255-7.

112. Attached hereto as Exhibit 111 is a true and correct copy of Bryant's actual expense report, receipts, and MGA's payment to Bryant for his Bratz expenses, Bates-numbered MGA 3786749-60.

113. Attached hereto as Exhibit 112 is a true and correct copy of an MGA spreadsheet listing former Mattel employees, Bates-numbered MGA 1134723-30.

114. Attached hereto as Exhibit 113 is a true and correct copy of MGA Entertainment, Inc.'s Supplemental and Amended Responses to Mattel, Inc.'s Third Set of Requests for Admission to MGA Entertainment, Inc., dated May 4, 2007.

115. Attached hereto as Exhibit 114 is a true and correct copy of excerpts from Bryant's Amended Reply to Mattel's Counterclaims, dated September 12, 2007.

116. Attached hereto as Exhibit 115 is a true and correct copy of excerpts from Mattel's Second Amended Answer in Case No. 05-2727, dated July 12, 2007.

117. Attached hereto as Exhibit 116 is a true and correct copy of the Certificate of Recordation recording Bryant's Employee Confidential Information and Inventions Agreement with the Copyright Office, dated November 6, 2006, produced by Mattel and bates-numbered M 0059686-88.

118. Attached hereto as Exhibit 117 is a true and correct copy of the Notice of Recordation, dated November 6, 2006, produced by Mattel and bates-numbered M0059681-85.

119. Attached hereto as Exhibit 118 is a true and correct copy of the Notice of Recordation, dated November 7, 2006, produced by Mattel and bates-numbered M0059689-93.

120. The parties met and conferred regarding Mattel's Motion for Partial Summary Judgment on February 15, 2008. Attached hereto as Exhibit 119 is a true and correct copy of a letter I sent to Michael Page and Thomas Nolan, dated February 5, 2008, requesting such a conference. As a result of the parties' meet and confer, the MGA parties agreed to withdraw their unclean hands defense as to Phase 1.

121. Attached hereto as Exhibit 120 is a true and correct copy of a letter from Matthew M. Werdegar to me, copy to Thomas Nolan, Paul Eckles and Alexander Cote, dated February 27, 2008.

122. Attached hereto as Exhibit 121 is a true and correct copy of MGA's Notice of Withdrawal of Unclean Hands Affirmative Defense as it Pertains to Phase 1, dated February 15, 2008.

123. Attached hereto as Exhibit 122 is a true and correct copy of the Affidavit of Daphne Gronich in <u>MGA Entertainment, Inc. v. Double Grand Corp. Ltd.</u>

124.   Attached hereto as Exhibit 123 is a true and correct copy of the Affirmation of Wai Lim Fan at ¶ 5(2) in <u>MGA Entertainment, Inc. v. Hunglam Toys Co. Ltd.</u>, dated July 24, 2003.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 26, 2008, at Los Angeles, California.

                                              /s/ B. Dylan Proctor
                                              B. Dylan Proctor