# EXHIBIT 14



HCA 2152/2002

IN THE HIGH COURT OF THE

HONG KONG SPECIAL ADMINISTRATIVE REGION

COURT OF FIRST INSTANCE

CIVIL ACTION NO. 2152 OF 2002

BETWEEN

    ABC INTERNATIONAL TRADERS, INC.    Plaintiff
    doing business as MGA ENTERTAINMENT

and

(1) TOYS & TRENDS (HONG KONG) LIMITED

(2) CITYWORLD LIMITED

(3) JURG WILLI KESSELRING    Defendants

This is the exhibit marked "LSC-3" referred to in the Affirmation of Lee Shiu Cheung dated the 18th day of June 2002.

| Description of document | Date | No. of pages |
|---|---|---|
| Copies of 17 initial concept and Design drawings of the BRATZ Dolls made by Mr. Bryant in the year 2000 | divers | 17 |

Before me,

*Chan Yiu Chee*

Solicitor, HKSAR

Chan Yiu Chee
Solicitor, Hong Kong SAR
C.L. Chow & Macksion Chan, Solicitors

DEPOSITION EXHIBIT

M 0001489A

EXHIBIT ____14____

PAGE ____229____



EXHIBIT 14

PAGE 230

All Rights Assigned to ABC International Traders d/b/a MGA Entertainment.

Isaac Larian, CEO

June 2000
Contract date: 9/18/2000

M 0001489



8/1998

EXHIBIT 14

PAGE 231

All Rights Assigned to ABC International Traders d/b/a MGA Entertainment.

Isaac Larian, CEO

Contract date: 9/15/00

M 0001490



EXHIBIT 14

PAGE 232

All Rights Assigned to ABC International Traders d/b/a MGA Entertainment.

Isaac Larian, CEO

Contract date: 9/18/00

M 0001491



8/1998

EXHIBIT 14
PAGE 233

All Rights Assigned to ABC International Traders d/b/a MGA Entertainment.

Isaac Larian, CEO

Contract date 9/18/00

M 0001492



© 1998

EXHIBIT 14
PAGE 234

All Rights Assigned to ABC International Traders d/b/a MGA Entertainment.

Isaac Larian, CEO

Contract date: 9/18/00

M 0001493



EXHIBIT 14
PAGE 235.

All Rights Assigned to ABC International Traders d/b/a MGA Entertainment.

Isaac Larian, CEO

Contract date: 9/18/00

M 0001494



©
8/1998

All Rights Assigned to ABC International Traders d/b/a MGA Entertainment.

Isaac Larian, CEO

Contract date 9/18/00

EXHIBIT 14

PAGE 236

M 0001495



8/1998

EXHIBIT 14
PAGE 237

All Rights Assigned to ABC International Traders d/b/a MGA Entertainment.

Isaac Larian, CEO

Contract date  9/18/00

M 0001496



8/1998

EXHIBIT 14

PAGE 238

All Rights Assigned to ABC International Traders d/b/a MGA Entertainment.

Isaac Larian, CEO

Contract date 9/18/00

M 0001497



(c)
All Rights Assigned to ABC International Traders d/b/a MGA Entertainment.

Isaac Larian, CEO
Contract date 9/15/00

EXHIBIT 14
PAGE 239

M 0001498





All Rights Assigned to ABC International Traders d/b/a MGA Entertainment.

Isaac Larian, CEO

EXHIBIT 14

PAGE 241

M 0001500



EXHIBIT 14
PAGE 242

All Rights Assigned to ABC International Traders d/b/a MGA Entertainment.

Isaac Larian, CEO

Contract date: 9/18/00

M 0001501



DOLL PIECE COUNT*

- LONG TEE
- SHORT TEE
- HAIRSTYLE #1
- JEANS
- SKIRT
- SNEAKERS
- MARY JANES
- HAIRSTYLE #2

TOTAL PIECES*
- LONG SLEEVED TEE SHIRT
- CUFFED "JEANS"
- SHORT SLEEVED TEE SHIRT
- SKIRT
- POP-ON/OFF SNEAKERS
- POP-ON/OFF MARY JANES
- BACKPACK
- LONG HAIRSTYLE "WIG" (POP-ON/OFF)
- SHORT HAIRSTYLE "WIG" (POP-ON/OFF)
- DOLL BODY/HEAD

\* DESIGN SUBJECT TO CHANGE

DRAWINGS NOT TO ACTUAL SIZE

EXHIBIT    14
PAGE   243

M 0001502



BODY

JOINTED HERE, @ SHOULDERS

POSSIBLE TWIST WAIST, BELOW BELLY BUTTON

JOINTED @ HIPS

SCULPTED FINGERNAILS

NOT ACTUAL SIZE

ACTUAL DOLL HEIGHT (WITH HEAD) APPX.. 9½" - 10"

BASIC SHOE SCULPT

M 0001503

EXHIBIT 14
PAGE 244



To give Zoe a whole new look for night, change her short dark brown hairstyle to her long blonde hairdo (included), change her pants to a skirt (also included) and change her sneakers to platform sandals (you get those too!)

M 0001504

EXHIBIT 14
PAGE 245



M 0001505

EXHIBIT 14
PAGE 246