**EXHIBIT 19**



LIBRARY OF CONGRESS

Copyright Office
of the United States

WASHINGTON, D.C.

**THIS IS TO CERTIFY** that the attached additional certificate is a claim of copyright for the work entitled **CLOE DRAWING** registered under number **VA 1-218-490**.

**THIS IS TO CERTIFY ALSO** that the attached photocopies are a true representation of the work entitled **CLOE DRAWING** deposited in the Copyright Office on December 22, 2003 registered under number **VA 1-218-490**.

**IN WITNESS WHEREOF**, the seal of this Office is affixed hereto on May 17, 2004.

Marybeth Peters
Register of Copyrights

By: Tracie M. Coleman
Head
Certifications and Documents
Section
Information and Reference
Division

Use of this material is governed by the U. S. copyright law 17 U.S.C. 101 et seq.

EXHIBIT 19

PAGE 307

DEP EX 509

M 0110193

**Additional Certificate (17 U.S.C. 706)**
# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-218-490

EFFECTIVE DATE OF REGISTRATION

DEC 22 2003
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

**1** Title of This Work ▼
CLOE Drawing

NATURE OF THIS WORK ▼ See instructions
color drawing

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical serial or collection give information about the collective work in which the contribution appeared Title of Collective Work ▼

If published in a periodical or serial give   Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2** NAME OF AUTHOR ▼
a  Carter Bryant

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☑ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of  U.S.A.
     { Domiciled in

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes  ☑ No
Pseudonymous? ☐ Yes  ☑ No
If the answer to either of these questions is "Yes" see detailed instructions

**NOTE**
Under the law the author of a work made for hire is generally the employer not the employee (see instructions) For any part of this work that was made for hire check Yes in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

Nature of Authorship Check appropriate box(es) See instructions
☐ 3 Dimensional sculpture    ☐ Map              ☐ Technical drawing
☑ 2 Dimensional artwork      ☐ Photograph       ☐ Text
☐ Reproduction of work of art ☐ Jewelry design   ☐ Architectural work

b  Name of Author ▼

Dates of Birth and Death
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of
     { Domiciled in

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No

Nature of Authorship Check appropriate box(es) See instructions
☐ 3 Dimensional sculpture    ☐ Map              ☐ Technical drawing
☐ 2 Dimensional artwork      ☐ Photograph       ☐ Text
☐ Reproduction of work of art ☐ Jewelry design   ☐ Architectural work

**3** a Year in Which Creation of This Work Was Completed
1998   Year    This information must be given in all cases

b Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published
Month February   Day 12   Year 2001
U.S.A.   Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

MGA Entertainment Inc  16730 Schoenborn Street
North Hills CA 91343 6122

APPLICATION RECEIVED
DEC 22 2003
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
DEC 22 2003
FUNDS RECEIVED

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼
Assignment

**MORE ON BACK ▶**  Complete all applicable spaces (numbers 5-8) on the reverse side of this page
See detailed instructions    Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ pages

EXHIBIT ___19___

PAGE ___308___

M 0110194

| EXAMINED BY | | FORM VA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

**PREVIOUS REGISTRATION** Has registration for this work or for an earlier version of this work already been made in the Copyright Office?

☐ Yes ☑ No If your answer is Yes why is another registration being sought? (Check appropriate box) ▼

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☐ This is a changed version of the work as shown by space 6 on this application

If your answer is Yes give Previous Registration Number ▼   Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work complete only 6b for a compilation

a Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

b Material Added to This Work Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼

**6**

a See instructions before completing this space

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account

Name ▼   Account Number ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent Name/Address/Apt/City/State/ZIP ▼

Larry W McFarland  Keats McFarland & Wilson LLP
9720 Wilshire Boulevard  Penthouse Suite
Beverly Hills  California  90212

b

Area code and daytime telephone number  (310) 248 3830       Fax number  (310) 860 0363

Email  lmcfarland@kmwlaw com

**CERTIFICATION*** I the undersigned hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  MGA Entertainment Inc
Name of author or other copyright claimant or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date

Larry W McFarland                                Date  December 16 2003

Handwritten signature (X) ▼

X [signature]

**8**

| Certificate will be mailed in window envelope to this address | Name ▼ Larry W McFarland  Keats McFarland & Wilson LLP |
|---|---|
| | Number/Street/Apt ▼ 9720 Wilshire Boulevard  Penthouse Suite |
| | City/State/ZIP ▼ Beverly Hills  California  90212 |

**YOU MUST**
Complete all necessary spaces
Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE**
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material
**MAIL TO**
Library of Congress
Copyright Office
101 Independence Avenue S E
Washington D C 20559-6000

**9**

17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

Rev June 2002—20 000  Web Rev June 2002  ♺ Printed on recycled paper                U S Government Printing Office 2000-461 113/20 021

EXHIBIT _____19_____

PAGE _____309_____

M 0110195

VA 1-218-490


LIBRARY OF CONGRESS
DEC 2 2 2003
COPYRIGHT OFFICE

EXHIBIT 19

PAGE 310

M 0110196



EXHIBIT 19

PAGE 311

M 0110197

# EXHIBIT 20



LIBRARY OF CONGRESS
Copyright Office
of the United States
WASHINGTON, D.C.

**THIS IS TO CERTIFY** that the attached additional certificate is a claim of copyright for the work entitled **YASMIN DRAWING** registered under number **VA 1-218-491**.

**THIS IS TO CERTIFY ALSO** that the attached photocopies are a true representation of the work entitled **YASMIN DRAWING** deposited in the Copyright Office on December 22, 2003 registered under number **VA 1-218-491**.

**IN WITNESS WHEREOF**, the seal of this Office is affixed hereto on May 17, 2004.

Marybeth Peters
Register of Copyrights

By: Tracie M. Coleman
Head
Certifications and Documents
Section
Information and Reference
Division

Use of this material is governed by the U. S. copyright law 17 U.S.C. 101 et seq.

EXHIBIT 20
PAGE 312

DEPO EX 511

M 0110198

**Additional Certificate (17 U.S.C. 706)**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-218-491**

EFFECTIVE DATE OF REGISTRATION

**DEC 22 2003**
Month   Day   Year

---

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

**1** Title of This Work ▼   NATURE OF THIS WORK ▼ See instructions
YASMIN Drawing                color drawing

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical serial or collection give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give   Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2** NAME OF AUTHOR ▼
a  Carter Bryant

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of  USA
     Domiciled in

Was This Author's Contribution to the Work
Anonymous?     ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No

**NOTE**
Under the law, the author of a work made for hire is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check Yes in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

Nature of Authorship Check appropriate box(es) See instructions
☐ 3 Dimensional sculpture     ☐ Map            ☐ Technical drawing
☑ 2 Dimensional artwork       ☐ Photograph     ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

b Name of Author ▼

Dates of Birth and Death
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of
     Domiciled in

Was This Author's Contribution to the Work
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

Nature of Authorship Check appropriate box(es) See instructions
☐ 3 Dimensional sculpture     ☐ Map            ☐ Technical drawing
☐ 2 Dimensional artwork       ☐ Photograph     ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**3** a Year in Which Creation of This Work Was Completed  1998  (This information must be given Year in all cases)
b Date and Nation of First Publication of This Particular Work (Complete this information ONLY if this work has been published)   Month February  Day 12  Year 2001  Nation U.S.A.

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

MGA Entertainment Inc  16730 Schoenborn Street
North Hills CA 91343 6122

APPLICATION RECEIVED
DEC 22 2003
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
DEC 22 2003
FUNDS RECEIVED

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼
Assignment

MORE ON BACK ▶ Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions   Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

EXHIBIT  20

PAGE  313

M 0110199

|  |  |
|---|---|
| EXAMINED BY | FORM VA |
| CHECKED BY | |
| ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a ☐ This is the first published edition of a work previously registered in unpublished form.
b ☐ This is the first application submitted by this author as copyright claimant.
c ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

b Material Added to This Work Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼

**6**
a
b

See instructions before completing this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name ▼         Account Number ▼

**7**
a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent Name/Address/Apt/City/State/ZIP ▼

Larry W McFarland  Keats McFarland & Wilson LLP
9720 Wilshire Boulevard  Penthouse Suite
Beverly Hills  California  90212

b

Area code and daytime telephone number  (310) 248 3830       Fax number  (310) 860 0363
Email  lmcfarland@kmwlaw.com

**CERTIFICATION*** I the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of MGA Entertainment Inc
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date
Larry W McFarland                                    Date  December 16 2003

Handwritten signature (X) ▼
X _____

| Certificate will be mailed in window envelope to this address | Name ▼ Larry W McFarland  Keats McFarland & Wilson LLP  Number/Street/Apt ▼ 9720 Wilshire Boulevard  Penthouse Suite  City/State/ZIP ▼ Beverly Hills  California  90212 | YOU MUST Complete all necessary spaces Sign your application in space 8  SEND ALL 3 ELEMENTS IN THE SAME PACKAGE 1 Application form 2 Nonrefundable filing fee in check or money order payable to Register of Copyrights 3 Deposit material  MAIL TO Library of Congress Copyright Office 101 Independence Avenue S E Washington D C 20559-6000 |

**9**

17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2,500

Rev June 2002—20,000  Web Rev June 2002  ⓔ Printed on recycled paper                                          U S Government Printing Office  2000-461-113/20,021

EXHIBIT ___20___

PAGE ___314___

M 0110200

VA 1-218-491

Yasmin

LIBRARY OF CONGRESS
DEC 2 2 2003
COPYRIGHT OFFICE

EXHIBIT _____20_____

PAGE _____315_____

M 0110201



8/1998

EXHIBIT _____ 20

PAGE _____ 316

M 0110202