QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>STIPULATION REGARDING DOCKET NUMBER 2504<br><br>**Phase 1**<br>Discovery Cut-off:   January 28, 2008<br>Pre-trial Conference: May 5, 2008<br>Trial Date:              May 27, 2008 |

1    **WHEREAS**, pursuant to the Protective Order entered by the Court as of January 4, 2005 (the "Protective Order"), the parties may designate certain documents as "CONFIDENTIAL" or "CONFIDENTIAL -- ATTORNEYS' EYES ONLY";

**WHEREAS**, pursuant to paragraph 12 of the Protective Order, the inadvertent or unintentional public disclosure of "CONFIDENTIAL" or "CONFIDENTIAL -- ATTORNEYS' EYES ONLY" materials shall not be deemed a waiver of any claim of confidentiality, and counsel for the parties are required, to the extent possible upon discovery of inadvertent error, to cooperate to restore the confidentiality of the "CONFIDENTIAL" or "CONFIDENTIAL -- ATTORNEYS' EYES ONLY" material that was inadvertently or unintentionally publicly disclosed;

**WHEREAS**, on March 7, 2008, Mattel, through inadvertence, publicly filed Exhibit 96 to the Declaration of B. Dylan Proctor in Support of Mattel, Inc.'s Motion for Partial Summary Judgment, which contains certain documents Carter Bryant has designated as "CONFIDENTIAL -- ATTORNEYS' EYES ONLY" pursuant to the Protective Order, and which is presently part of the public file at Docket No. 2504-6 through 2504-26;

**WHEREAS**, after having this matter brought to its attention, Mattel has attempted to rectify this inadvertent public filing, but has been informed by Court personnel that a Court Order is required to do so;

**WHEREAS**, on March 26, 2008, Mattel separately re-filed the items at Docket No. 2504-6 through 2504-26 in a corrected fashion, along with an Application to File Under Seal Exhibit 96 to the Declaration of B. Dylan Proctor in Support of Mattel's Motion for Partial Summary Judgment;

**NOW, THEREFORE**, the parties hereby stipulate, by and through their counsel of record and subject to Court approval, that the Court should either (1) direct the Clerk to return to Mattel Docket Number 2504-6 through 2504-26 in Case

1  No. 04-9049, filed on March 7, 2008, in their entirety, and/or (2) order Docket No.
2  2504-6 through 2504-26 to be filed under seal in their entirety.

**IT IS SO STIPULATED.**

DATED: March 26, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By *B. Dylan Proctor /SH*
B. Dylan Proctor
Attorneys for Mattel, Inc.

DATED: March 26, 2008

KEKER & VAN NEST, LLP

By *Matthew M. Werdegar /SH*
Matthew M. Werdegar
Attorneys for Carter Bryant

07209/2446422.1

-3-

STIPULATION RE DOCKET NUMBER 2504