QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
|---|---|
| Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
| vs. | [PROPOSED] ORDER ON STIPULATION REGARDING DOCKET NUMBER 2504 |
| MATTEL, INC., a Delaware corporation,<br>Defendant. | **Phase 1**<br>Discovery Cut-off:     January 28, 2008<br>Pre-trial Conference: May 5, 2008<br>Trial Date:                May 27, 2008 |
| AND CONSOLIDATED ACTIONS | |

# **ORDER**

Based on the stipulation of the parties, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

(1) The Clerk is directed to return to Mattel Docket Number 2504-6 through 2504-26 in Case No. 04-9049, filed on March 7, 2008, in their entirety, and/or (2) Docket No. 2504-6 through 2504-26 shall be filed under seal in their entirety.

DATED:_____, 2008

_____
Hon. Stephen G. Larson
United States District Judge