**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| Carter Bryant | CASE NUMBER: |
| --- | --- |
| PLAINTIFF(S) | CV 04-9049 |
| v. | |
| Mattel, Inc. | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**

Mattel, Inc.'s Corrected Opp. to the MGA Parties' and Carter Bryants' Motions for Partial Summary Judgment; [Corrected] Mattel, Inc.'s Statement of Genuine Issues Re MGA; [Corrected] Mattel, Inc.'s Statement of Genuine Issues Re Bryant; [Corrected] Decl. of Zeller; Application to File Under Seal; Proposed Order

**Document Description:**

- ☐ Administrative Record
- ☑ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)
- ☑ Other  Corrected Opp.; Corrected Statement of Genuine Issues Re Bryant; Corrected Statement of Genuine Issues Re MGA; Corrected Zeller Declaration; App. to File Under Seal; [Proposed] Order

**Reason:**

- ☑ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☑ Per Court order dated January 4, 2005
- ☐ Manual Filing required (*reason*):

March 26, 2008                                                     B. Dylan Proctor
Date                                                                        Attorney Name

                                                                               Mattel, Inc.
                                                                               Party Represented

Note:  File one Notice in each case, each time you manually file document(s).

G-92 (02/08)                                    NOTICE OF MANUAL FILING