| | |
|---|---|
| 1 | KEKER & VAN NEST, LLP |
| | JOHN W. KEKER - #49092 |
| 2 | jkeker@kvn.com |
| | MICHAEL H. PAGE - #154913 |
| 3 | mpage@kvn.com |
| | CHRISTA M. ANDERSON - #184325 |
| 4 | canderson@kvn.com |
| | MATTHEW M. WERDEGAR - #200470 |
| 5 | mwerdegar@kvn.com |
| | JOHN E. TRINIDAD - #250468 |
| 6 | jtrinidad@kvn.com |
| | AUDREY WALTON-HADLOCK- #250574 |
| 7 | awaltonhadlock@kvn.com |
| | 710 Sansome Street |
| 8 | San Francisco, CA 94111-1704 |
| | Telephone: (415) 391-5400 |
| 9 | Facsimile: (415) 397-7188 |

Attorneys for Plaintiff
CARTER BRYANT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC. a Delaware Corporation,<br><br>Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC., v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No. CV 04-09049 SGL (RNBx)<br>(consolidated with CV 04-9059 & 05-2727)<br><br>**CARTER BRYANT'S JOINDER IN MGA PARTIES' OPPOSITION TO MATTEL INC.'S REQUEST FOR JUDICIAL NOTICE**<br><br>Date:   April 22, 2008<br>Time:   10:00 a.m.<br>Place:   Courtroom 1<br><br>**Phase I:**<br>Date Comp. Filed: April 13, 2005<br>Discovery Cut-Off: Jan. 28, 2008<br>Trial Date: May 27, 2008 |

CARTER BRYANT'S JOINDER IN MGA PARTIES' OPPOSITION TO
MATTEL INC.'S REQUEST FOR JUDICIAL NOTICE
CASE NO. CV 04-09049 SGL (RNBx)

414073.01

1   Carter Bryant hereby joins in the MGA Parties' Opposition to Mattel, Inc.'s
2   Request for Judicial Notice in Support of Mattel Inc.'s Motion for Partial Summary
3   Judgment (Document No. 2759) ("MGA's Opposition").  Bryant agrees with the
4   arguments made in MGA's Opposition.  Specifically, Bryant opposes Mattel's
5   motion because there is no legal support for the Court to take judicial notice of
6   proceedings before the High Court of the Hong Kong Special Administrative
7   Region, and of the alleged statements made therein by certain of the MGA Parties,
8   as evidence of the truth of the matters asserted.

   For all the reasons set forth in MGA's Opposition, the Court should DENY
10  Mattel's Request for Judicial Notice.

12                                     Respectfully submitted,
13  Dated:  March 26, 2008             KEKER & VAN NEST, LLP

16                                     By:  /s/ Matthew Werdegar
                                            MATTHEW WERDEGAR
                                            Attorneys for Plaintiff
17                                          CARTER BRYANT

414073.01

1
CARTER BRYANT'S JOINDER IN MGA PARTIES' OPPOSITION TO
MATTEL INC.'S REQUEST FOR JUDICIAL NOTICE
CASE NO. CV 04-09049 SGL (RNBx)