1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
2    John B. Quinn (Bar No. 90378)
     (johnquinn@quinnemanuel.com)
3    Michael T. Zeller (Bar No. 196417)
     (michaelzeller@quinnemanuel.com)
4    Jon D. Corey (Bar No. 185066)
     (joncorey@quinnemanuel.com)
5  865 South Figueroa Street, 10th Floor
   Los Angeles, California 90017-2543
6  Telephone: (213) 443-3000
   Facsimile: (213) 443-3100
7
   Attorneys for Mattel, Inc.
8
                    UNITED STATES DISTRICT COURT
9
                   CENTRAL DISTRICT OF CALIFORNIA
10
                          EASTERN DIVISION
11

| | |
|---|---|
| 12  CARTER BRYANT, an individual, | Case No. CV 04-09049 SGL (RNBx) |
| 13               Counter-Claimant, | Consolidated with Case No. 04-9059 and Case No. 05-2727 |
| 14        v. | Honorable Stephen G. Larson |
| 15  MATTEL, INC., a Delaware Corporation, | [PUBLIC REDACTED] CORRECTED MATTEL, INC.'S STATEMENT OF GENUINE ISSUES REGARDING MGA PARTIES' [PROPOSED] STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF THEIR MOTION FOR PARTIAL SUMMARY JUDGMENT |
| 16               Counter-Defendant. | |
| 17 | |
| 18 | |
| 19 | |
| 20  AND CONSOLIDATED ACTIONS | Hearing Date:      April 22, 2008 |
| 21 | Time:                  10:00 a.m. Place:                 Courtroom 1 |
| 22 | **Phase 1** Discovery Cut-Off:    Jan. 28, 2008 |
| 23 | Pre-Trial Conference:  May 5, 2008 Trial Date:             May 27, 2008 |
| 24 | |

25
26
27
28

07209/2447527.1

Pursuant to Local Rules 56-1 and 56-4, Mattel, Inc. ("Mattel") submits the following Response to MGA Parties' Statement of Uncontroverted Facts and Conclusions of Law in support of its Opposition to MGA's Motion for Partial Summary Judgment.

# I.   MATERIAL FACTS

| | MGA MATERIAL FACTS AND EVIDENCE CITED | MATTEL'S RESPONSE AND EVIDENCE OF DISPUTE |
|---|---|---|
| 1. | Carter Bryant's employment at Mattel commencing in January of 1999 was at-will. | Undisputed.<br><br>Ex. 25 (Letter from Mattel to Bryant dated December 11, 1998 stating that "▇▇▇▇▇▇▇▇▇▇▇▇");<br><br>Ex. 36 (Bryant Deposition Exhibit 25);<br><br>Ex. 1 (Bryant) at 608:16-22. |
| 2. | Bryant showed his drawings to Veronica Marlow before she began work as a freelance designer for MGA in the spring of 2000. | Disputed.<br><br>Ex. 3 (Marlow) at 116:4-14, 116:19-117:4 (Marlow testimony that Bryant showed her drawings he created in Missouri in the Mattel parking lot);<br><br>Ex. 1 (Bryant) at 158:18-24 (confirming Marlow had seen drawings prior to meeting with MGA);<br><br>Ex. 3 (Marlow) at 28:17-29:3, 36:8-15, 37:11-18 (after leaving Mattel in 1998, Marlow was working as independent contractor when she started in MGA in spring of 2000).<br><br>**The cited evidence does not support the facts for which it is cited.  See Ex. 1.**<br><br>Bryant's testimony shows that Marlow saw his drawings shortly before the August 2000 pitch meeting *because it was as a result of seeing the drawings that Marlow arranged for the pitch* |

| | MGA MATERIAL FACTS AND EVIDENCE CITED | MATTEL'S RESPONSE AND EVIDENCE OF DISPUTE |
|---|---|---|
| | | *meeting to take place.*  Deposition Transcript of Carter Bryant Vol. 1 ("Bryant Tr. Vol. 1"), dated November 4, 2004, at 158:23-159:2 ("███████████████████████ ███████"). <br><br> **Evidentiary Objections** <br><br> Objection to the supporting deposition transcript of Veronica Marlow at: 116:4-14 based on hearsay.  Fed. R. Evid. 801, 802. |
| 3. | Marlow was not an employee of MGA in 2000. | Disputed. <br><br> Ex. 1 (Bryant) at 5:20-6:2 (Bryant testimony that Marlow was not an MGA employee but performing freelance work for MGA); <br><br> Ex. 2 (O'Connor) at 53:25-54:4 (O'Connor testimony that Marlow was a freelance designer and was not an employee of MGA). <br><br> **Contrary evidence**: <br><br> However, Marlow was working for MGA in 2000.  Bryant 8:25-9:2, 157:18-28; Russell Dec., Exh. 1.  Marlow's invoices for 169 hours of work on Bratz for "████████████", Bates-numbered MGA 0072161-167, Zeller Dec., Exh. 79. |
| 4. | In July of 2000, while unpacking some moving boxes, Bryant found his BRATZ drawings and decided to shop them to a toy company. | Disputed <br><br> Ex. 1 (Bryant) at 156:25-157:11 (Bryant testimony that he found the drawings and that he "████████████████ ███████"); |

| | MGA MATERIAL FACTS AND EVIDENCE CITED | MATTEL'S RESPONSE AND EVIDENCE OF DISPUTE |
|---|---|---|
| | | Ex. 3 (Marlow) at 121:1-7 (Marlow testimony Bryant said he was cleaning out home office and found the drawings);<br><br>Ex. 17 (Irmen) 224:1-4, 225:17-226:3 (Irmen testimony that Bryant found BRATZ drawing while unpacking "███████ ███████████ ███████████ ██").<br><br>**Contrary evidence**:<br><br>Bryant had approached MGA and various people about working on Bratz before July 2000.  Anna Rhee testified that Bryant introduced Rhee to MGA in or about June 2000 and had her paint the faces of three-dimensional "Bratz" doll heads.  She submitted an invoice to MGA dated June 12, 2000 for that work.  Rhee testified that when she first began working on this "secret" project, she did not know the project by the name "Bratz," but that Bryant initially instead had called it "Angel," which is what she wrote on her invoice to MGA as well as on other invoices for her work on Bratz in September 2000.  Deposition Transcript of Anna Rhee ("Rhee Tr."), dated February 3, 2005 at 107:4-108:10, 109:5-25, 113:24-114:15, 127:8-14, 132:25-133:2, 138:9-22, 202-204, Zeller Dec., Exh. 66; Collection of Invoices from Anna Rhee to MGA, Bates numbered AR 0001-AR 0058, marked as Exhibit 201 in this action, Zeller Dec., Exh. 72.<br><br>Witnesses have testified that the name "Angel" was used internally at MGA to refer to the Bratz project.  See Deposition Transcript of Anna Rhee, dated February |

| | MGA MATERIAL FACTS AND EVIDENCE CITED | MATTEL'S RESPONSE AND EVIDENCE OF DISPUTE |
|---|---|---|
| | | 3, 2005 at 23:13-24:8 (Rhee, the face painter of Bratz, testified that invoices dated as early as June 12, 2000 -- far before MGA claims to have even met Bryant -- were for work she performed on Bratz for MGA under the "code name" of "Angel."), Zeller Dec., Exh. 66; <u>See also</u> Ashong Tr. at 214:3-18 (Ashong confirmed that "Angel" was a nickname used internally at MGA for one of the Bratz characters), Zeller Dec., Exh. 71. <br><br> **Evidentiary Objections** <br><br> Objection to the supporting deposition transcript of Richard Irmen at: 225:17-226:3 based on hearsay. Fed. R. Evid. 801, 802. |
| 5. | Bryant called Marlow to ask for help pitching his BRATZ idea. | Disputed. <br> Ex. 1 (Bryant) at 8:17-21, 157:19-158:2 (Bryant testimony); <br><br> Ex. 3 (Marlow) at 120:17-121:7 (Marlow testimony that Carter called her and asked for help). <br><br> **Evidentiary Objections** <br><br> Objection to the supporting deposition transcript of Veronica Marlow at: 120:7-121:17 based on hearsay. <u>Fed. R. Evid.</u> 801, 802. |
| 6. | Marlow suggested Bryant pitch the BRATZ concept to MGA. | Undisputed. <br> Ex. 1 (Bryant) at 8:25-9:2, 157:18-25 (Bryant testimony that Marlow told him █████████████████████████████████████"); |

|  | MGA MATERIAL FACTS AND EVIDENCE CITED | MATTEL'S RESPONSE AND EVIDENCE OF DISPUTE |
|---|---|---|
|  |  | Ex. 3 (Marlow) at 121:14-20 (Marlow testimony that she suggested MGA to Carter based on conversation with Garcia). |
| 7. | Bryant had never heard of MGA prior to his conversation with Marlow. | Disputed. Ex. 1 (Bryant) at 8:15-9:4, 157:8-158:9 (Bryant testimony: " ███████████████ "); Ex. 3 (Marlow) at 121:11-14 (Marlow testimony that she explained what MGA was to Carter). **Contrary evidence:** Bryant had approached MGA and various people about working on Bratz before July 2000.  Anna Rhee testified that Bryant introduced Rhee to MGA in or about June 2000 and had her paint the faces of three-dimensional "Bratz" doll heads.  She submitted an invoice to MGA dated June 12, 2000 for that work.  Rhee testified that when she first began working on this "secret" project, she did not know the project by the name "Bratz," but that Bryant initially instead had called it "Angel," which is what she wrote on her invoice to MGA as well as on other invoices for her work on Bratz in September 2000.  Deposition Transcript of Anna Rhee ("Rhee Tr."), dated February 3, 2005 at 107:4-108:10, 109:5-25, 113:24-114:15, 127:8-14, 132:25-133:2, 138:9-22, 202-204, Zeller Dec., Exh. 66; Collection of Invoices from Anna Rhee to MGA, Bates numbered AR 0001-AR 0058, marked as Exhibit 201 in this action, Zeller Dec., Exh. 72. |

| | MGA MATERIAL FACTS AND EVIDENCE CITED | MATTEL'S RESPONSE AND EVIDENCE OF DISPUTE |
|---|---|---|
| | | Witnesses have testified that the name "Angel" was used internally at MGA to refer to the Bratz project. See Deposition Transcript of Anna Rhee, dated February 3, 2005 at 23:13-24:8 (Rhee, the face painter of Bratz, testified that invoices dated as early as June 12, 2000 -- far before MGA claims to have even met Bryant -- were for work she performed on Bratz for MGA under the "code name" of "Angel."), Zeller Dec., Exh. 66; See also Ashong Tr. at 214:3-18 (Ashong confirmed that "Angel" was a nickname used internally at MGA for one of the Bratz characters), Zeller Dec., Exh. 71.  **Evidentiary Objections**  Objection to the supporting deposition transcript of Carter Bryant at: 8:15-9:4 based on hearsay. Fed. R. Evid. 801, 802.  Objection to the supporting deposition transcript of Veronica Marlow at: 121:11-14 based on hearsay. Fed. R. Evid. 801, 802. |
| 8. | Marlow set up a pitch meeting with Bryant, Garcia and O'Connor at MGA. | Disputed.  Ex. 1 (Bryant) at 9:25-10:6, 158:8-9 (Bryant testimony Marlow set up meeting);  Ex. 2 (O'Connor) at 54:13-17 (O'Connor testimony that Bryant first contacted MGA through Marlow);  Ex. 3 (Marlow) at 121:21-122:2 (Marlow testimony that she set up the meeting).  **Contrary evidence:** |

| | MGA MATERIAL FACTS AND EVIDENCE CITED | MATTEL'S RESPONSE AND EVIDENCE OF DISPUTE |
|---|---|---|
| | | Exactly when Bryant pitched his Bratz drawings to MGA and who was involved is disputed even as between Bryant and MGA's own witnesses.  Nor does the fact suggest that this pitch meeting was the first meeting between Bryant and MGA.

Larian v. Larian Arbitration Tr., Vol. 2 ("Larian v. Larian Tr."), dated November 17, 2005 at 227:10-228:5 (Former MGA Salesperson Jennifer Maurus testified that in the early summer of 2000 Garcia first introduced her to Bryant and showed her his Bratz drawings), Zeller Dec., Exh. 59; id. at 228:10-14 (at the point that Maurus saw the Bratz drawings Garcia told her that Garcia had already met with Larian about the concept).

Bryant Tr. (Vol 1) at 9:25-10:18; 11:6-11 (Bryant testifies that

), Zeller Dec., Exh. 1.

Cf. Garcia Tr. (Vol. 1) at 243:18-245:13, Zeller Dec., Exh. 67; Garcia Tr. (Vol. 2) at 325:16-326:6, Zeller Dec., Exh. 68.  Garcia testified that the first contact she had with Bryant was when she received an email from Bryant at the end of August 2000.  She testified that Bryant and her did not meet in person until the September 1, 2000 meeting.

Garcia Tr. (Vol. 2) at 308:21-309:10 (Garcia testified that she did not see Carter Bryant's illustrations prior to the |

| | MGA MATERIAL FACTS AND EVIDENCE CITED | MATTEL'S RESPONSE AND EVIDENCE OF DISPUTE |
|---|---|---|
| | | September 1, 2000 "pitch" meeting.); Zeller Dec., Exh. 68.  See also Garcia Tr. (Vol. 2) at 317:16-318:11, 323:3-7, 333:22-334:4, Zeller Dec., Exh. 68.<br><br>Garcia testified that she had received Bryant's Prayer Angel drawings prior to Bryant's September 1 pitch meeting with MGA.  Garcia Tr. (Vol. 1) at 244:1-245:15 (stating she had "▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮."), Zeller Dec., Exh. 67.<br><br>See also Bryant's Prayer Angel sketches, Bates-numbered BRYANT 00173-174, Proctor Dec., Exh. 75; Garcia Tr. Vol. 2 at 321:22-322:6, Corey Dec., Exh. 20; Bryant's August 31, 2000 invoice for Prayer Angels, MGA's corresponding purchase order, and MGA's corresponding requisiton, Bates-numbered MGA001294-96, Zeller Dec., Exh. 73; Deposition Transcript of Kerri Brode, Vol. 1 ("Brode Tr. Vol. 1"), dated August 18, 2007, at 117:18-24, Corey Dec., Exh. 21.<br><br>Cf. O'Connor Tr. at 46:18-23, 48:16-50:24, 52:24-53:11, 54:9-12, Zeller Dec., Exh. 46.  Victoria O'Connor testified that the first meeting between Bryant and Garcia took place at the end of August, early September 2000.  She testified that only Bryant, Garcia and herself were at this meeting.<br><br>See Koch Tr. at 30:6-24 (Koch first met Bryant at MGA at a meeting with Bryant and Garcia), Zeller Dec., Exh. 58; id. at 31:23-32:11, 32:19-48:6 (Koch, Garcia |

| | MGA MATERIAL FACTS AND EVIDENCE CITED | MATTEL'S RESPONSE AND EVIDENCE OF DISPUTE |
|---|---|---|
| | | and Bryant met at a conference table at the end of a row of cubicles; Bryant showed Garcia and Koch his portfolio of drawings; Garcia was "███████"). |
| 9. | Larian, Garcia, and O'Connor had never met or spoken to Bryant before he arrived at MGA for the first pitch meeting. | Disputed. Ex. 1 (Bryant) at 161:9-20 (Bryant testimony he had not met Garcia prior to first meeting); Ex. 2 (O'Connor) at 47:16-23, 49:14-17 (O'Connor testimony that she and Garcia did not meet Bryant until first meeting in August 2000); Ex. 5 (Larian) at 66:20-24 (Larian testimony he had not met Bryant until September meeting). **Contrary evidence:** Exactly when Bryant pitched his Bratz drawings to MGA and who was involved is disputed even as between Bryant and MGA's own witnesses. Larian v. Larian Arbitration Tr., Vol. 2 ("Larian v. Larian Tr."), dated November 17, 2005 at 227:10-228:5 (Former MGA Salesperson Jennifer Maurus testified that in the early summer of 2000 Garcia first introduced her to Bryant and showed her his Bratz drawings), Zeller Dec., Exh. 59; id. at 228:10-14 (at the point that Maurus saw the Bratz drawings Garcia told her that Garcia had already met with Larian about the concept). Garcia testified that she had received an e-mail from Bryant prior to Bryant's September 1 pitch meeting with MGA. Garcia Tr. (Vol. 1) at 244:1-245:15 (stating she had "████████ |

| | MGA MATERIAL FACTS AND EVIDENCE CITED | MATTEL'S RESPONSE AND EVIDENCE OF DISPUTE |
|---|---|---|
| | | ██████████████████ ██████████████████ ██████████████████ ██████████ "), Zeller Dec., Exh. 67. |

See also Bryant's Prayer Angel sketches, Bates-numbered BRYANT 00173-174, Proctor Dec., Exh. 75; Garcia Tr. Vol. 2 at 321:22-322:6, Corey Dec., Exh. 20; Bryant's August 31, 2000 invoice for Prayer Angels, MGA's corresponding purchase order, and MGA's corresponding requisition, Bates-numbered MGA001294-96, Proctor Dec., Exh. 73; Deposition Transcript of Kerri Brode, Vol. 1 ("Brode Tr. Vol. 1"), dated August 18, 2007, at 117:18-24, Corey Dec., Exh. 21.

Bryant Tr. (Vol 1) at 9:25-10:18; 11:6-11 (Bryant testifies that ██████ ██████████████████ ██████████████████ ██████████████████ ██████████████████ ██████████████████ ), Zeller Dec., Exh. 1.

Cf. Garcia Tr. (Vol. 1) at 243:18-245:13, Exh. 67; Garcia Tr. (Vol. 2) at 325:16-326:6, Zeller Dec., Exh. 68.  Garcia testified that the first contact she had with Bryant was when she received an email from Bryant at the end of August 2000. She testified that Bryant and her did not meet in person until the September 1, 2000 meeting.

Garcia Tr. (Vol. 2) at 308:21-309:10 (Garcia testified that she did not see

| | MGA MATERIAL FACTS AND EVIDENCE CITED | MATTEL'S RESPONSE AND EVIDENCE OF DISPUTE |
|---|---|---|
| | | Carter Bryant's illustrations prior to the September 1, 2000 "pitch" meeting.), Zeller Dec., Exh. 68. See also Garcia Tr. (Vol. 2) at 317:16-318:11, 323:3-7, 333:22-334:4, Zeller Dec., Exh. 68.<br><br>O'Connor Tr. at 46:18-23, 48:16-50:24, 52:24-53:11, 54:9-12, Zeller Dec., Exh. 46. Victoria O'Connor testified that the first meeting between Bryant and Garcia took place at the end of August, early September 2000. She testified that only Bryant, Garcia and herself were at this meeting.<br><br>See Koch Tr. at 30:6-24 (Koch first met Bryant at MGA at a meeting with Bryant and Garcia), Zeller Dec., Exh. 58; id. at 31:23-32:11, 32:19-48:6 (Koch, Garcia and Bryant met at a conference table at the end of a row of cubicles; Bryant showed Garcia and Koch his portfolio of drawings; Garcia was "███████").<br><br>Bryant had approached MGA and various people about working on Bratz before July 2000. Anna Rhee testified that Bryant introduced Rhee to MGA in or about June 2000 and had her paint the faces of three-dimensional "Bratz" doll heads. She submitted an invoice to MGA dated June 12, 2000 for that work. Rhee testified that when she first began working on this "secret" project, she did not know the project by the name "Bratz," but that Bryant initially instead had called it "Angel," which is what she wrote on her invoice to MGA as well as on other invoices for her work on Bratz in September 2000. Deposition Transcript of Anna Rhee ("Rhee Tr."), dated February 3, 2005 at 107:4-108:10, 109:5-25, 113:24-114:15, 127:8-14, 132:25-133:2, 138:9-22, 202-204, Zeller Dec., Exh. 66; Collection of Invoices |

| | MGA MATERIAL FACTS AND EVIDENCE CITED | MATTEL'S RESPONSE AND EVIDENCE OF DISPUTE |
|---|---|---|
| | | from Anna Rhee to MGA, Bates numbered AR 0001-AR 0058, marked as Exhibit 201 in this action, Zeller Dec., Exh. 72. |
| | | Witnesses have testified that the name "Angel" was used internally at MGA to refer to the Bratz project. <u>See</u> Deposition Transcript of Anna Rhee, dated February 3, 2005 at 23:13-24:8 (Rhee, the face painter of Bratz, testified that invoices dated as early as June 12, 2000 -- far before MGA claims to have even met Bryant -- were for work she performed on Bratz for MGA under the "code name" of "Angel."), Zeller Dec., Exh. 66; <u>See also</u> Ashong Tr. at 214:3-18 (Ashong confirmed that "Angel" was a nickname used internally at MGA for one of the Bratz characters), Zeller Dec., Exh. 71. |
| | | **Evidentiary Objections** |
| | | Objection to the supporting deposition transcript of Victoria O'Connor at: 49:14-17 on the grounds that it lacks foundation, lacks personal knowledge, and constitutes inadmissible hearsay. <u>Fed. R. Evid.</u> 104, 602, 801, 802. |
| 10. | Bryant currently gives Marlow a percentage of his BRATZ royalties in recognition of her role in introducing him to MGA. | Undisputed. Ex. 1 (Bryant) at 1110:2-9 (Bryant testimony confirming he is paying Marlow a percentage of his BRATZ royalties "███████████████ ███████████████"); Ex. 17 (Irmen) at 257:17-21, 263:1-12 (Irmen testimony that Bryant pays Marlow ten percent of his BRATZ income for her "introduction" of Bryant to MGA); |

| | | MGA MATERIAL FACTS AND EVIDENCE CITED | MATTEL'S RESPONSE AND EVIDENCE OF DISPUTE |
|---|---|---|---|
| | | | Ex. 3 (Marlow) at 188:19-22. |
| 11. | | At the first pitch meeting in August 2000, MGA employees Garcia and O'Connor were impressed with Bryant's BRATZ concept and asked him to return to meet Isaac Larian. | Disputed.<br><br>Ex. 1 (Bryant) at 160:2-5, 161:22-23 (Garcia and O'Connor asked Bryant to come back);<br><br>Ex. 2 (O'Connor) at 50:11-22 (O'Connor testimony that Garcia " ▬▬▬▬▬ ");<br><br>Ex. 2 (O'Connor) at 55:24-56:1 (O'Connor told Bryant they liked the concept but needed to talk to Larian);<br><br>Ex. 2 (O'Connor) at 78:4-5 (O'Connor privately thought the BRATZ concept was "beautiful" and "fantastic").<br><br>**Contrary evidence**:<br><br>Bryant had met Larian before and this was not Bryant's first meeting or communication with MGA representatives about Bratz.<br><br>Exactly when Bryant pitched his Bratz drawings to MGA and who was involved is disputed even as between Bryant and MGA's own witnesses.<br><br>Larian v. Larian Arbitration Tr., Vol. 2 ("Larian v. Larian Tr."), dated November 17, 2005 at 227:10-228:5 (Former MGA Salesperson Jennifer Maurus testified that in the early summer of 2000 Garcia first introduced her to Bryant and showed her his Bratz drawings), Zeller Dec., Exh. 59; id. at 228:10-14 (at the point that Maurus saw the Bratz drawings Garcia told her that Garcia had already met with Larian about the concept). |

| | MGA MATERIAL FACTS AND EVIDENCE CITED | MATTEL'S RESPONSE AND EVIDENCE OF DISPUTE |
|---|---|---|
| | | Garcia testified that she had received an e-mail from Bryant prior to Bryant's September 1 pitch meeting with MGA. Garcia Tr. (Vol. 1) at 244:1-245:15 (stating she had "███████████ ████████████████████ ████████████████████ ████████████████████ ████████████████"), Zeller Dec., Exh. 67. |
| | | See also Bryant's Prayer Angel sketches, Bates-numbered BRYANT 00173-174, Proctor Dec., Exh. 75; Garcia Tr. Vol. 2 at 321:22-322:6, Corey Dec., Exh. 20; Bryant's August 31, 2000 invoice for Prayer Angels, MGA's corresponding purchase order, and MGA's corresponding requisition, Bates-numbered MGA001294-96, Proctor Dec., Exh. 73; Deposition Transcript of Kerri Brode, Vol. 1 ("Brode Tr. Vol. 1"), dated August 18, 2007, at 117:18-24, Corey Dec., Exh. 21. |
| | | Bryant Tr. (Vol 1) at 9:25-10:18; 11:6-11 (Bryant testifies that ███████████ ████████████████████ ████████████████████ ████████████████████ ████████████████), Zeller Dec., Exh. 1. |
| | | Cf. Garcia Tr. (Vol. 1) at 243:18-245:13, Zeller Dec., Exh. 67; Garcia Tr. (Vol. 2) at 325:16-326:6, Zeller Dec., Exh. 68. Garcia testified that the first contact she had with Bryant was when she received |

| | MGA MATERIAL FACTS AND EVIDENCE CITED | MATTEL'S RESPONSE AND EVIDENCE OF DISPUTE |
|---|---|---|
| | | an email from Bryant at the end of August 2000. She testified that Bryant and her did not meet in person until the September 1, 2000 meeting. |
| | | Garcia Tr. (Vol. 2) at 308:21-309:10 (Garcia testified that she did not see Carter Bryant's illustrations prior to the September 1, 2000 "pitch" meeting.), Zeller Dec., Exh. 68. See also Garcia Tr. (Vol. 2) at 317:16-318:11, 323:3-7, 333:22-334:4, Zeller Dec., Exh. 68. |
| | | O'Connor Tr. at 46:18-23, 48:16-50:24, 52:24-53:11, 54:9-12, Zeller Dec., Exh. 46. Victoria O'Connor testified that the first meeting between Bryant and Garcia took place at the end of August, early September 2000. She testified that only Bryant, Garcia and herself were at this meeting. |
| | | See Koch Tr. at 30:6-24 (Koch first met Bryant at MGA at a meeting with Bryant and Garcia), Zeller Dec., Exh. 58; id. at 31:23-32:11, 32:19-48:6 (Koch, Garcia and Bryant met at a conference table at the end of a row of cubicles; Bryant showed Garcia and Koch his portfolio of drawings; Garcia was "████"). |
| | | Garcia testified "████████████████ ████████████████████████████████" Garcia Tr. (Vol. 1), at 243:18-21, Zeller Dec., Exh. 67; see also Garcia Tr. (Vol. 2), at 331:8-16, Zeller Dec., Exh. 68. |
| 12. | On September 1, 2000, Bryant met with Garcia, Marlow, O'Connor, and Larian at MGA. | Undisputed. Ex. 1 (Bryant) at 107:9-11; Ex. 5 (Larian) at 66:15-17. |
| 13. | At the September 1, 2000 | Undisputed. |

MATTEL'S STATEMENT OF GENUINE ISSUES RE MGA PARTIES

| | MGA MATERIAL FACTS AND EVIDENCE CITED | MATTEL'S RESPONSE AND EVIDENCE OF DISPUTE |
|---|---|---|
| | meeting, Bryant's employment at Mattel was discussed. | Ex. 5 (Larian) at 77:17-18 (Larian testimony that he asked where Bryant worked and was told Bryant worked at Mattel);<br><br>Ex. 1 (Bryant) at 88:21-89:1 (Bryant testimony that he told Larian he worked at Mattel);<br><br>Ex. 1 (Bryant) at 96:19-20 (Bryant testimony that O'Connor of MGA asked Bryant at the pitch meeting whether he "███████████████");<br><br>Ex. 2 (O'Connor) at 71:8-11 (O'Connor testimony that Bryant said he worked at Mattel at pitch meeting). |
| 14. | At the September 1, 2000 meeting, MGA asked Bryant whether Mattel had any rights to the BRATZ concept that Bryant presented. | Disputed.<br>Ex. 5 (Larian) at 46:16-19 (Larian testimony that he "████████████ ███████████████████ ██████████████");<br><br>Ex. 5 (Larian) at 77:22-78:1 ("█████ ███████████████████ ███████████████████ ████████████████");<br><br>Ex. 5 (Larian) at 78:13-16 (█████ ███████████████████ ████████████████");<br><br>Ex. 5 (Larian) at 78:22-24 ("████ ███████████████████ ████████████████");<br><br>Ex. 2 (O'Connor) at 73:8-20 (O'Connor testimony that she was concerned Bryant |

Case No. CV 04-09049 SGL (RNBx)
MATTEL'S STATEMENT OF GENUINE ISSUES RE MGA PARTIES

| | MGA MATERIAL FACTS AND EVIDENCE CITED | MATTEL'S RESPONSE AND EVIDENCE OF DISPUTE |
|---|---|---|
| | | may have developed BRATZ at while at Mattel); |
| | | Ex. 2 (O'Connor) at 219:2-15, 224:24–225:5 (MGA sought representation from Bryant " ▮▮▮▮▮ "). |
| | | **Evidentiary Objections** |
| | | Objection to the supporting deposition transcript of Isaac Larian at: 77:22-25 on the grounds of hearsay.  Fed. R. Evid. 801, 802. |
| | | Objection to the supporting deposition transcript of Victoria O'Connor at: 224:24-225:5 on the grounds that it is irrelevant, confusing, improper legal opinion by lay witness, and that it violates the best evidence rule.  Fed. R. Evid. 402, 403, 701, 1002, 1004, 1006. |
| 15. | In response to MGA questions, Bryant told MGA and Larian that what he had presented were his creations and Mattel did not own them. | Disputed.

Ex. 1 (Bryant) at 22:2-3 (Bryant testimony confirming he " ▮▮▮▮ ");

Ex. 1 (Bryant) at 24:9-12 (" ▮▮▮▮ ");

Ex. 1 (Bryant) at 111:14-17 (Bryant thought that the BRATZ was " ▮▮▮▮ ");

Ex. 1 (Bryant) at 267:11-268:10 (Bryant testimony that he confirmed he owned the BRATZ when asked when he had developed the idea); |

| | MGA MATERIAL FACTS AND EVIDENCE CITED | MATTEL'S RESPONSE AND EVIDENCE OF DISPUTE |
|---|---|---|
| | | Ex. 5 (Larian) at 77:22-25 (Larian testimony that he " ██████████████ "); |
| | | Ex. 5 (Larian) at 82:24-83:5, 87:13-14, 91:19-21 (Larian testimony that Bryant " ██████████████ "); |
| | | Ex. 5 (Larian) at 99:23-100:2 (" ██████████████ "). |

**Contrary evidence:**

Bryant did not state equivocally to MGA that he owned the rights to Bratz. Deposition Transcript of Carter Bryant, Vol. 1 ("Bryant Tr. Vol. 1"), dated November 4, 2004, at 21:25-22:3 ("██████████████ " Zeller Dec. Exh. 1.

The full quote of Bryant at Bryant Tr. Vol 1 at 24:10-12 states ("██████████████ ") (italics added.) Zeller Dec, Exh. 1.

In the testimony in Bryant Tr. Vol. 2 at 267:11-268:10 Bryant never states that he owned the rights to Bratz. He is merely answering the question "██████████████

| | MGA MATERIAL FACTS AND EVIDENCE CITED | MATTEL'S RESPONSE AND EVIDENCE OF DISPUTE |
|---|---|---|
| | | ███████████" Bryant then agrees that he told them that he had did this [created Bratz] back in 1998. Zeller Dec., Exh. 2. |
| | | Garcia testified that she never heard Victoria O'Connor, Isaac Larian or anyone at MGA discuss any concern about acquiring Bratz because Bryant was employed by Mattel.  Garcia Tr. (Vol. 2) at 328:11-329:3, Zeller Dec., Exh. 68. |
| | | **Evidentiary Objections** |
| | | Objection to the supporting deposition transcript of Carter Bryant at: 22:2-3 & 267:11-268:10 on the grounds of hearsay. Fed. R. Evid. 801, 802. |
| | | Objection to the supporting deposition transcript of Carter Bryant at: 24:9-12 on the grounds that the statement is irrelevant, confusing, and constitutes impermissible hearsay.  Fed. R. Evid. 402, 403, 801, 802. |
| | | Objection to the supporting deposition transcript of Isaac Larian at: 77:22-25, 87:13-14 & 99:23-100:2 on the grounds of hearsay.  Fed. R. Evid. 801, 802. |
| | | Objection to the supporting deposition transcript of Isaac Larian at: 91:19-21 on the grounds that it violates the best evidence rule and is impermissible hearsay.  Fed. R. Evid. 801, 802, 1002, 1004, 1006. |
| 16. | During the negotiations of Bryant's contract with MGA, MGA requested copies of | Undisputed. Ex.   1   (Bryant)   at   96:19-20   (Bryant |

| | MGA MATERIAL FACTS AND EVIDENCE CITED | MATTEL'S RESPONSE AND EVIDENCE OF DISPUTE |
|---|---|---|
| | Bryant's agreements with Mattel. | testimony that Victoria O' Connor of MGA asked him at the initial meeting whether he " ██████ ");

Ex. 1 (Bryant) at 97:14-98:1 (Bryant testimony that O'Connor asked for a copy of his agreements with Mattel);

Ex. 1 (Bryant) at 100:11-15 (Bryant testimony that MGA asked for copy of Bryant's agreements with Mattel);

Ex. 1 (Bryant) at 773:21-774:20;

Ex. 1 (Bryant) at 110:12-17 (Bryant testimony that MGA lawyers wanted to review his agreement with Mattel for " ███████ ");

Ex. 6 (Rosenbaum) at 98:13, 16-18, 100:8-9, 101:5-7 (Rosenbaum testimony that he asked to see a copy of Bryant's agreement with Mattel because he wanted to " ██████████ ██████████ ██████████ ██████ ");

Ex. 2 (O'Connor) at 81:14-20 (O'Connor testimony recollecting asking Bryant for a copy of confidentiality agreement). |
| 17. | MGA's attorney David Rosenbaum asked to see Bryant's agreements with Mattel. | Undisputed.
Ex. 6 (Rosenbaum) at 98:5, 98:8, 98:13-18 (Rosenbaum testimony that he asked to see a copy of Bryant's agreement with Mattel). |
| 18. | Rosenbaum wanted to verify that the BRATZ concept " ██████ | Undisputed.
Ex. 6 (Rosenbaum) at 98:13-18, 100:7-9, |

| | MGA MATERIAL FACTS AND EVIDENCE CITED | MATTEL'S RESPONSE AND EVIDENCE OF DISPUTE |
|---|---|---|
| | ▮▮▮▮▮ | 101:5-7 (Rosenbaum testimony that he asked to see a copy of Bryant's agreement with Mattel because he wanted to "▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮"). |
| 19. | Bryant was unable to provide a copy of his Employee Confidential Information and Inventions Agreement with Mattel because he had no copy in his possession. | Disputed.

Ex. 1 (Bryant) at 97:14-98:12, 100:11-15 (Bryant testimony O'Connor asked Bryant for a copy of his agreements with Mattel and Bryant did not have a copy in his possession);

Ex. 25 (Bryant Deposition Exhibit 1309) (letter dated September 14, 2000 from Carter Bryant to David Rosenbaum enclosing copy of offer letter and indicating he was unable to get a copy of his confidentiality agreement);

Ex. 6 (Rosenbaum) at 109:8-10 (Rosenbaum testimony that Bryant informed him that "▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮");

Ex. 6 (Rosenbaum) at 112:1-6 (Rosenbaum testimony that "▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮");

Ex. 2 (O'Connor) at 81:14-22 (O'Connor testimony recollecting asking Bryant for |

| | MGA MATERIAL FACTS AND EVIDENCE CITED | MATTEL'S RESPONSE AND EVIDENCE OF DISPUTE |
|---|---|---|
| | | a copy of confidentiality agreement and he did not have a copy).<br><br>**Contrary evidence:**<br><br>Bryant was not "█████" "because he had no copy in his possession":  Rather, Bryant did not provide a copy of his confidentiality agreement with Mattel because he did not want to "████ ████████" at Mattel.  See Facsimile from Bryant to David Rosenbaum, Bates-numbered MGA007337-40, Proctor Dec., Exh. 86.<br><br>**Evidentiary Objections**<br><br>Objection to the supporting deposition transcript of David Rosenbaum at: 112:1-6 on the grounds that it lacks foundation and is inadmissible hearsay.  Fed. R. Evid. 104, 801, 802. |
| 20. | Rosenbaum asked Bryant's patent attorney, Anne Wang, whether Bryant's development of the BRATZ concept fell outside the scope of Bryant's employment agreements with Mattel. | Disputed.<br><br>Ex. 7 (Wang) at 8:1-22 (Wang testimony describing patent and trademark law as "██████████████████ ████████");<br><br>Ex. 6 (Rosenbaum) at 72:12-16, 75:12-19, 76:7-15 (Rosenbaum testimony that he raised issues with Wang between the 15th and 18th of September regarding the status of Bryant's employment at Mattel, specifically, he "████████████ ████████████████████████ |

| | MGA MATERIAL FACTS AND EVIDENCE CITED | MATTEL'S RESPONSE AND EVIDENCE OF DISPUTE |
|---|---|---|
| | | ■■■■ ");<br><br>Ex. 6 (Rosenbaum) at 77:6-7 (Rosenbaum testimony that he spoke with Wang about "■■■■■■■■ ■■■■■■■■ ").<br><br>**Contrary evidence:**<br><br>Rosenbaum testified based on his knowledge of "■■■■■■■■ ■■■■■■■■ ■■■■■■■■ "<br><br>MGA itself used Inventions Agreement substantially similar to Mattel's David Rosenbaum ("Rosenbaum Tr."), dated January 25, 2008, at 88:19-90:24, Corey Dec., Exh. 29; see also Mercedeh Ward's Inventions Agreement with MGA, Bates-numbered MGA001470-2, Proctor Dec., Exh. 87.<br><br>Rosenbaum's inquiries to Wang were not comprehensive; he only asked her "■■■■ ■■■■■■■■ " about Bryant's development of Bratz.  The sum total of Rosenbaum's investigation of Mattel's preexisting rights to Bratz was a brief telephone conversation with Bryant's attorney, Anne Wang.  Wang purportedly said that Bryant created Bratz before commencing employment at Mattel.  Rosenbaum asked no questions about what investigation Wang had done to reach that conclusion.  He did not ask any specific questions about the time, manner or place Bryant allegedly developed the concept, whether it was expressed then in any tangible form, or whether Bryant could otherwise document ownership. Rosenbaum Tr. at 77:4-88 & 218:-220:3, Corey Dec., Exh. 29 |

| | MGA MATERIAL FACTS AND EVIDENCE CITED | MATTEL'S RESPONSE AND EVIDENCE OF DISPUTE |
|---|---|---|
| | | Wang conducted a limited review of the chronology of Bryant's development of Bratz, as her only discussions were with Bryant himself and the materials she reviewed were also provided by Bryant.<br><br>Wang reviewed "███████████" as well as "█████████" provided by Bryant.  Deposition Transcript of Anne Wang Vol. 1 ("Wang Tr. Vol. 1"), dated January 28, 2008, at 28:12-29:11, Zeller Dec., Exh. 74.<br><br>Moreover, she only interviewed Bryant. Wang Tr. Vol. 1 at 110:5-11, Zeller Dec., Exh. 74.<br><br>**Evidentiary Objections**<br><br>Objection to the supporting deposition transcript of David Rosenbaum at: 76:7-15 on the grounds of hearsay. Fed. R. Evid. 801, 802. |
| 21. | Wang told Rosenbaum that Bryant had created the BRATZ concept at a time period separate from his employment at Mattel and that it was his own separate creation. | Disputed.<br><br>Ex. 7 (Wang) at 47:23-48:18 (Wang testimony that she called Rosenbaum within two days after the "████████████████████████████████████████████████████████████████████████████ ");<br><br>Ex. 7 (Wang) at 53:21-54:1 (Wang testimony agreeing with characterization of Rosenbaum's testimony regarding the ownership conversation "███████████████████ |

| | MGA MATERIAL FACTS AND EVIDENCE CITED | MATTEL'S RESPONSE AND EVIDENCE OF DISPUTE |
|---|---|---|
| | | ██████████████████████<br>██████████████████<br>████████ ");<br><br>Ex. 6 (Rosenbaum) at 80:3-12 (Rosenbaum testimony that Wang "████████████████████<br>█████████████████████<br>██████████████<br>███ ");<br><br>Ex. 6 (Rosenbaum) at 82:15-18, 84:24-85:2 (Rosenbaum testimony that Wang told Rosenbaum "████████<br>████████████████████<br>████████████ ").<br><br>**Contrary evidence**:<br><br>Rosenbaum testified based on his knowledge of "██████████<br>████████████████<br>███████████ "<br><br>MGA itself used Inventions Agreement substantially similar to Mattel's David Rosenbaum ("Rosenbaum Tr."), dated January 25, 2008, at 88:19-90:24, Corey Dec., Exh. 29; see also Mercedeh Ward's Inventions Agreement with MGA, Bates-numbered MGA001470-2, Proctor Dec., Exh. 87.<br><br>Rosenbaum's inquiries to Wang were not comprehensive; he only asked her "██<br>██████ " about Bryant's development of Bratz. The sum total of Rosenbaum's investigation of Mattel's preexisting |

MATTEL'S STATEMENT OF GENUINE ISSUES RE MGA PARTIES

| | MGA MATERIAL FACTS AND EVIDENCE CITED | MATTEL'S RESPONSE AND EVIDENCE OF DISPUTE |
|---|---|---|
| | | rights to Bratz was a brief telephone conversation with Bryant's attorney, Anne Wang. Wang purportedly said that Bryant created Bratz before commencing employment at Mattel. Rosenbaum asked no questions about what investigation Wang had done to reach that conclusion. He did not ask any specific questions about the time, manner or place Bryant allegedly developed the concept, whether it was expressed then in any tangible form, or whether Bryant could otherwise document ownership. Rosenbaum Tr. at 77:4-88 & 218:-220:3, Corey Dec., Exh. 29

Wang conducted a limited review of the chronology of Bryant's development of Bratz, as her only discussions were with Bryant himself and the materials she reviewed were also provided by Bryant.

Wang reviewed "██████████" as well as "██████████" provided by Bryant. Deposition Transcript of Anne Wang Vol. 1 ("Wang Tr. Vol. 1"), dated January 28, 2008, at 28:12-29:11, Zeller Dec., Exh. 74.

Moreover, she only interviewed Bryant. Wang Tr. Vol. 1 at 110:5-11, Zeller Dec., Exh. 74.

**Evidentiary Objections**

Objection to the supporting deposition transcript of Anne Wang at: 47:23-48:18, 53:21-54:9 on the grounds of hearsay. Fed. R. Evid. 801, 802.

Objection to the supporting deposition transcript of David Rosenbaum at 82:15- |

| | MGA MATERIAL FACTS AND EVIDENCE CITED | MATTEL'S RESPONSE AND EVIDENCE OF DISPUTE |
|---|---|---|
| | | 18, 80:3-12 on the grounds of hearsay. Fed. R. Evid. 801, 802. |
| 22. | Wang told Rosenbaum that she reviewed the chronology of Bryant's development of the BRATZ concept and was satisfied it fell outside the scope of any obligations to Mattel. | Disputed.<br><br>Ex. 6 (Rosenbaum) at 82:15-18, 84:24–85:2 (Rosenbaum testimony that Wang told Rosenbaum "██████████████ ██████████████ ██████████████ ██████████████ ██████████");<br><br>Ex. 7 (Wang) at 53:21-54:1 (Wang testimony agreeing with characterization of Rosenbaum's testimony regarding the ownership conversation "██████████ ██████████████ ██████████████ ██████████████ ██████████████ ██████████").<br><br>**Contrary evidence:**<br><br>Rosenbaum testified based on his knowledge of "customary practice" in the industry, ██████████████ ██████████████ ██████████████ ██████████████ ██."<br><br>MGA itself used Inventions Agreement substantially similar to Mattel's David Rosenbaum ("Rosenbaum Tr."), dated January 25, 2008, at 88:19-90:24, Corey Dec., Exh. 29; see also Mercedeh Ward's Inventions Agreement with MGA, Bates-numbered MGA001470-2, Proctor Dec., Exh. 87.<br><br>Rosenbaum's inquiries to Wang were not comprehensive; he only asked her "██████ ██████████████" about Bryant's development of Bratz.  The sum total of Rosenbaum's |

| | MGA MATERIAL FACTS AND EVIDENCE CITED | MATTEL'S RESPONSE AND EVIDENCE OF DISPUTE |
|---|---|---|
| | | investigation of Mattel's preexisting rights to Bratz was a brief telephone conversation with Bryant's attorney, Anne Wang. Wang purportedly said that Bryant created Bratz before commencing employment at Mattel. Rosenbaum asked no questions about what investigation Wang had done to reach that conclusion. He did not ask any specific questions about the time, manner or place Bryant allegedly developed the concept, whether it was expressed then in any tangible form, or whether Bryant could otherwise document ownership. Rosenbaum Tr. at 77:4-88 & 218:-220:3, Corey Dec., Exh. 29

Wang conducted a limited review of the chronology of Bryant's development of Bratz, as her only discussions were with Bryant himself and the materials she reviewed were also provided by Bryant.

Wang reviewed "⬛⬛⬛⬛" as well as "⬛⬛⬛⬛" provided by Bryant. Deposition Transcript of Anne Wang Vol. 1 ("Wang Tr. Vol. 1"), dated January 28, 2008, at 28:12-29:11, Zeller Dec., Exh. 74.

Moreover, she only interviewed Bryant. Wang Tr. Vol. 1 at 110:5-11, Zeller Dec., Exh. 74.

**Evidentiary Objections**

Objection to the supporting deposition transcript of David Rosenbaum at 82:15-18 on the grounds of hearsay. Fed. R. Evid. 801, 802.

Objection to the supporting deposition |

| | MGA MATERIAL FACTS AND EVIDENCE CITED | MATTEL'S RESPONSE AND EVIDENCE OF DISPUTE |
|---|---|---|
| | | transcript of Wang at 53:21-54:9 on the grounds of hearsay.  Fed. R. Evid. 801, 802. |
| 23. | The contract Bryant signed with MGA on October 4, 2000 included a warranty from Bryant that:<br><br>(a) he has the right and is free to execute this Agreement, to grant the rights granted by him to MGA hereunder, and to perform each and every term and provision hereof;<br><br>(b)     neither the execution and delivery of this Agreement nor the performance by Bryant of any of his obligations hereunder will constitute a violation, breach or default under any agreement, arrangement or understanding, or any other restriction of any kind, to which Bryant is a party or by which Bryant is bound;<br><br>(c)     the Bryant Work Product shall be free of all liens and encumbrances and there will be no claims, demands or actions pending or threatened with respect thereto; and that the Bryant Work Product is original and no part thereof infringes or shall infringe upon any common law or statutory rights or intellectual property rights of any third party including, without limitation, contractual rights, patents, copyrights, mask-work rights, trade secrets, rights of privacy and other intellectual property rights; | Undisputed.<br>Ex. 26 at 5 (a)-(c), (e) (Bryant Deposition Exhibit 15) (MGA Agreement with Bryant dated October 4, 2000);<br><br>Ex. 1 (Bryant) at 22:6-8, 11, 23:16-20 (Bryant testimony confirming he signed agreement " ██████████ ██████ "). |

| | MGA MATERIAL FACTS AND EVIDENCE CITED | MATTEL'S RESPONSE AND EVIDENCE OF DISPUTE |
|---|---|---|
| | (e)  he shall indemnify and hold MGA harmless from and against any and all claims, losses, costs, judgments, settlements, damages and expenses (including reasonable counsel fees) arising from any breach by him of any of the warranties, representations and agreements made by him hereunder. | |
| 24. | MGA instructed Bryant to resign his job at Mattel immediately upon signing the contract with MGA. | Disputed.<br><br>Ex. 1 (Bryant) at 199:6-8 (Bryant testimony that Larian "███████ ████████"); <br><br>Ex. 5 (Larian) at 32:21-33:11 (Larian testimony that he understood Bryant was going to resign and leave on signing the contract with MGA because he "██████████████").<br><br>**Contrary evidence:**<br><br>Bryant, Marlow and Leahy, continued to perform Bratz work for MGA after Bryant gave resignation notice to Mattel but before he left Mattel.  An internal e-mail chain dated October 10, 2000 stated Bryant "████████████████ ███████" Bates-numbered MGA004717, Zeller Dec., Exh. 77; Deposition Transcript of Paula Garica Vol. 3 ("Garcia Tr. Vol. 3"), dated October 9, 2007, at 873:19-875:11, Zeller Dec., Exh. 78; Marlow's invoices for 169 hours of work on Bratz for "███████ ██████", Bates-numbered MGA 0072161-167, Zeller Dec., Exh. 79; Garcia Tr. Vol. 4 at 1276:16-21, Zeller Dec., Exh. 45; Bryant's actual expense |

| | MGA MATERIAL FACTS AND EVIDENCE CITED | MATTEL'S RESPONSE AND EVIDENCE OF DISPUTE |
|---|---|---|
| | | report, receipts, and MGA's payment to Bryant for his Bratz expenses from 9/23/00 to 10/11/00, Bates-numbered MGA 3786749-60, Zeller Dec., Exh. 80; Leahy testified that on October 6, 2000, Bryant, Marlow, and Garcia went to her home to give her feedback on the Bratz sculpt, Deposition Transcript of Margaret Leahy Vol. 1 ("Leahy Tr. Vol. 1"), dated December 12, 2007, at 221:22-222:19; Zeller Dec., Exh. 18; Gentle Giant Studios, Inc. invoice to Leahy regarding sculpting and molding dated October 11, 2000; Zeller Dec., Exh. 76; Leahy Tr. Vol. 1 at 193:14-194:5, Zeller Dec., Exh. 18; Bryant testified that Marlow created fashions before his last day at Mattel, Bryant Vol. 1 at 118:2-13, Zeller Dec., Exh. 1.

Former MGA Salesperson Jennifer Maurus testified that in the early summer of 2000 Garcia introduced her to Bryant and showed her his Bratz drawings. Larian v. Larian Arbitration Tr., Vol. 2 ("Larian v. Larian Tr."), dated November 17, 2005 at 227:10-228:5, Zeller Dec., Exh. 59; id. at 228:10-14 (at the point that Maurus saw the Bratz drawings Garcia told her that Garcia had already met with Larian about the concept).

While he was still employed by Mattel, Bryant placed dozens of phone calls to MGA from his extension at Mattel.  M 0001820-24  (Mattel phone records showing that Bryant called MGA's main line on 9/11/00, 9/12/00, 9/13/00, 9/14/00, 9/15/00, 9/18/00, 9/19/00, 9/20/00, 9/21/00, 9/25/00, 9/26/00, and 9/27/00, and that he called Isaac Larian on 9/27/00), attached as Exhibit 1 to the Declaration of Rodney Palmer, Jr. |

| | MGA MATERIAL FACTS AND EVIDENCE CITED | MATTEL'S RESPONSE AND EVIDENCE OF DISPUTE |
|---|---|---|
| | | ("Palmer Dec."), dated March 6, 2008. |

Bryant admitted creating Bratz doll drawings with eveningwear fashion designs in or about July 2000. See Drawing Bates-numbered BRYANT 00273 and a photograph of BRYANT 00273 marked as Exhibit 717 in this action, Zeller Dec., Exh. 24; Bryant Tr. Vol. 2 at 340:21-23, Corey Dec., Exh. 2; BRYANT 00228 and a photograph of BRYANT 00228 marked as Exhibit 719 in this action, Zeller Dec., Exh. 25; Bryant Tr. Vol. 2 at 301:25-302:3, Corey Dec., Exh. 2; BRYANT 00221 and a photograph of BRYANT 00221 marked as Exhibit 722 in this action, Zeller Dec., Exh. 26; Bryant Tr. Vol. 2 at 340:2-4, Corey Dec., Exh. 2; BRYANT 00297 and a photograph of BRYANT 00297 marked as Exhibit 725 in this action, Zeller Dec., Exh. 27; Bryant Tr. Vol. 2 at 358:2-358:4, Corey Dec., Exh. 2; see also Bryant Tr. Vol. 1 at 229:14-230:5, Corey Dec., Exh. 1; Bryant Tr. Vol. 2 at 302:4-19, Corey Dec., Exh. 2; Bryant's Responses to Mattel, Inc.'s Third Set of Requests for Admission Propounded to All Defendants at Response Nos. 9-12; Proctor Dec., Exh. 88.

Bryant testified that he drew a key sculptural drawing to give to the sculptor of Bratz to "████" her sculpt. Bratz program manager Paula Garcia testified that the same drawing was completed between October 4, 2000 and October 19, 2000, during Bryant's Mattel employment. Bryant Tr. Vol. 2 at 350:16-25, Corey Dec., Exh. 2; sculptural drawing Bates-numbered BRYANT 00278, Zeller Dec., Exh. 28; Deposition Transcript of Paula Garcia Vol. 2

| | MGA MATERIAL FACTS AND EVIDENCE CITED | MATTEL'S RESPONSE AND EVIDENCE OF DISPUTE |
|---|---|---|
| | | ("Garcia Tr. Vol. 2"), dated May 25, 2007, at 589:25-592:7 (Garcia testifies that she thinks the drawing was created in between October 4, 2000 and October 19, 2000, and that it was given to Margaret Leahy), Corey Dec., Exh. 20. |

Bryant does not dispute that he worked on his Bratz drawings while employed by Mattel. See collection of Bratz drawings marked as Exhibit 2 in this action, Proctor Dec., Exh. 73; Bryant Tr. Vol. 2 at 296:4-297:12 (Bryant admits to coloring the drawings collectively marked as Exhibit 2 in this action in 1999, and that, to his best recollection, he put them together to form a packet in 1999), Zeller Dec., Exh. 2; Werdeger letter to Proctor, dated February 27, 2008, Proctor Dec., Exh. 120.

Bryant represented to a third party vendor in Japan that he was working for MGA in September 2000, while he was still employed by Mattel.   Facsimile from Bryant to Universal Commerce Corp., Bates-numbered BRYANT 01200-03, Zeller Dec., Exh. 47; Bryant Tr. (Vol. 3) at 680:13-21, Zeller Dec., Exh. 3; see also ¶ 54.

See also ¶ 13, support for DISPUTED fact (Garcia's testimony regarding the fact she allegedly did not even know Bryant was a Mattel employee until 2004).

**Evidentiary Objections**

Objection to the supporting deposition

|  | MGA MATERIAL FACTS AND EVIDENCE CITED | MATTEL'S RESPONSE AND EVIDENCE OF DISPUTE |
|---|---|---|
|  |  | transcript of Carter Bryant at: 199:6-8 on the grounds of hearsay.  Fed. R. Evid. 801, 802. |
| 25. | MGA told Bryant that on signing the contract with MGA, Bryant should begin working "███████" on BRATZ. | Disputed. Declaration of Isaac Larian, Ex. A (October 5, 2000 e-mail from Larian to Bryant stating that Bryant needed to be working "███████████████████ ██████"); Ex. 27 (October 6, 2000 e-mail from Larian to Bryant telling him to "meet with Paula ASAP and work on this FULL TIME"); Ex. 1 (Bryant) at 199:6-8 (Bryant testimony that Larian "███████ ███████████████████████ ██████"); Ex. 5 (Larian) at 169:16-19 (Larian testimony that "████████████████ ██████████████████████████ ██████████████████████████ █████████████."); Ex. 2 (O'Connor) 115:12-23 (O'Connor testimony about discussion with Larian where Larian told her that "████████ ██████████████████████████ ████████"); Ex. 2 (O'Connor) at 107:1-6, 107:22-25 (O'Connor testimony that she told Bryant she "████████████████████████ █████████"). **Evidentiary Objections** |

| | MGA MATERIAL FACTS AND EVIDENCE CITED | MATTEL'S RESPONSE AND EVIDENCE OF DISPUTE |
|---|---|---|
| | | Objection to the supporting deposition transcript of Carter Bryant at: 199:6-8 on the grounds of hearsay. Fed. R. Evid. 801, 802. |
| | | Objection to the supporting deposition transcript of Victoria O'Connor at: 115:12-23 on the grounds of hearsay. Fed. R. Evid. 801, 802. |
| 26. | Bryant told MGA that once he signed the contract, he would resign from Mattel. | Disputed. |
| | | Ex. 5 (Larian) at 35:9-14 (Larian testimony that Bryant told Larian and Victoria O'Connor that he was going to resign and sign the contract); |
| | | Ex. 5 (Larian) at 168:18-25 (Larian testimony that Bryant told him he " ■■■■■■■■■■■■■■ "); |
| | | Ex. 5 (Larian) at 169:16-19 (Larian testimony that " ■■■■■■■■■■■■■■■■ ."); |
| | | Ex. 2 (O'Connor) at 106:22-107:6 (O'Connor testimony that, in response to MGA request for his help " ■■■■■■■■■■■■■■■■ "). |
| | | **Contrary evidence:** |
| | | Bryant, Marlow and Leahy, continued to perform Bratz work for MGA after Bryant gave resignation notice to Mattel |

| | MGA MATERIAL FACTS AND EVIDENCE CITED | MATTEL'S RESPONSE AND EVIDENCE OF DISPUTE |
|---|---|---|
| | | but before he left Mattel. An internal e-mail chain dated October 10, 2000 stated Bryant "████████████████████ ██████", Bates-numbered MGA004717, Zeller Dec., Exh. 77; Deposition Transcript of Paula Garica Vol. 3 ("Garcia Tr. Vol. 3"), dated October 9, 2007, at 873:19-875:11, Zeller Dec., Exh. 78; Marlow's invoices for 169 hours of work on Bratz for "█████ ██████", Bates-numbered MGA 0072161-167, Zeller Dec., Exh. 79; Garcia Tr. Vol. 4 at 1276:16-21, Zeller Dec., Exh. 45; Bryant's actual expense report, receipts, and MGA's payment to Bryant for his Bratz expenses from 9/23/00 to 10/11/00, Bates-numbered MGA 3786749-60, Zeller Dec., Exh. 80; Leahy testified that on October 6, 2000, Bryant, Marlow, and Garcia went to her home to give her feedback on the Bratz sculpt, Deposition Transcript of Margaret Leahy Vol. 1 ("Leahy Tr. Vol. 1"), dated December 12, 2007, at 221:22-222:19; Zeller Dec., Exh. 18; Gentle Giant Studios, Inc. invoice to Leahy regarding sculpting and molding dated October 11, 2000; Zeller Dec., Exh. 76; Leahy Tr. Vol. 1 at 193:14-194:5, Zeller Dec., Exh. 18; Bryant testified that Marlow created fashions before his last day at Mattel, Bryant Vol. 1 at 118:2-13, Zeller Dec., Exh. 1. |
| | | Former MGA Salesperson Jennifer Maurus testified that in the early summer of 2000 Garcia first introduced her to Bryant and showed her his Bratz drawings. Larian v. Larian Arbitration Tr., Vol. 2 ("Larian v. Larian Tr."), dated November 17, 2005 at 227:10-228:5, Zeller Dec., Exh. 59; id. at 228:10-14 (at the point that Maurus saw the Bratz drawings Garcia told her that Garcia had |

| | MGA MATERIAL FACTS AND EVIDENCE CITED | MATTEL'S RESPONSE AND EVIDENCE OF DISPUTE |
|---|---|---|
| | | already met with Larian about the concept). |
| | | While he was still employed by Mattel, Bryant placed dozens of phone calls to MGA from his extension at Mattel. M 0001820-24 (Mattel phone records showing that Bryant called MGA's main line on 9/11/00, 9/12/00, 9/13/00, 9/14/00, 9/15/00, 9/18/00, 9/19/00, 9/20/00, 9/21/00, 9/25/00, 9/26/00, and 9/27/00, and that he called Isaac Larian on 9/27/00), attached as Exhibit 1 to the Declaration of Rodney Palmer, Jr. ("Palmer Dec."), dated March 6, 2008. |
| | | Bryant admitted creating drawings of the Bratz characters wearing evening fashion designs in or about July 2000. See Drawing Bates-numbered BRYANT 00273 and a photograph of BRYANT 00273 marked as Exhibit 717 in this action, Zeller Dec., Exh. 24; Bryant Tr. Vol. 2 at 340:21-23, Corey Dec., Exh. 2; BRYANT 00228 and a photograph of BRYANT 00228 marked as Exhibit 719 in this action, Zeller Dec., Exh. 25; Bryant Tr. Vol. 2 at 301:25-302:3, Corey Dec., Exh. 2; BRYANT 00221 and a photograph of BRYANT 00221 marked as Exhibit 722 in this action, Zeller Dec., Exh. 26; Bryant Tr. Vol. 2 at 340:2-4, Corey Dec., Exh. 2; BRYANT 00297 and a photograph of BRYANT 00297 marked as Exhibit 725 in this action, Zeller Dec., Exh. 27; Bryant Tr. Vol. 2 at 358:2-358:4, Corey Dec., Exh. 2; see also Bryant Tr. Vol. 1 at 229:14-230:5, Corey Dec., Exh. 1; Bryant Tr. Vol. 2 at 302:4-19, Corey Dec., Exh. 2; Bryant's Responses to Mattel, Inc.'s Third Set of Requests for Admission Propounded to All Defendants at Response Nos. 9-12; |

| | MGA MATERIAL FACTS AND EVIDENCE CITED | MATTEL'S RESPONSE AND EVIDENCE OF DISPUTE |
|---|---|---|
| | | Proctor Dec., Exh. 88.<br><br>Bryant testified that he drew a key sculptural drawing to give to the sculptor of Bratz to "▮▮▮▮" her sculpt. Bratz program manager Paula Garcia testified that the same drawing was completed between October 4, 2000 and October 19, 2000. Bryant Tr. Vol. 2 at 350:16-25, Corey Dec., Exh. 2; sculptural drawing Bates-numbered BRYANT 00278, Zeller Dec., Exh. 28; Deposition Transcript of Paula Garcia Vol. 2 ("Garcia Tr. Vol. 2"), dated May 25, 2007, at 589:25-592:7 (Garcia testifies that she thinks the drawing was created in between October 4, 2000 and October 19, 2000, and that it was given to Margaret Leahy), Corey Dec., Exh. 20.<br><br>Bryant does not dispute that he worked on his Bratz drawings while employed by Mattel. See collection of Bratz drawings marked as Exhibit 2 in this action, Proctor Dec., Exh. 73; Bryant Tr. Vol. 2 at 296:4-297:12 (Bryant admits to coloring the drawings collectively marked as Exhibit 2 in this action in 1999, and that, to his best recollection, he put them together to form a packet in 1999), Zeller Dec., Exh. 2; Werdeger letter to Proctor, dated February 27, 2008, Proctor Dec., Exh. 120.<br><br>Bryant represented to a third party vendor in Japan that he was working for MGA while he was still employed by Mattel. Facsimile from Bryant to Universal Commerce Corp., Bates-numbered BRYANT 01200-03, Zeller Dec., Exh. 47; Bryant Tr. (Vol. 3) at 680:13-21, |

| | MGA MATERIAL FACTS AND EVIDENCE CITED | MATTEL'S RESPONSE AND EVIDENCE OF DISPUTE |
|---|---|---|
| | | Zeller Dec., Exh. 3; <u>see also</u> ¶ 54. |
| | | <u>See also</u> ¶ 13, support for DISPUTED fact (Garcia's testimony regarding the fact she did not even know Bryant was a Mattel employee until 2004). |
| | | **Evidentiary Objections** |
| | | Objection to the supporting deposition transcript of Isaac Larian at: 168:18-25 on the grounds of hearsay.  Fed. R. Evid. 801, 802 |
| | | Objection to the supporting deposition transcript of Isaac Larian at: 35:9-14 on the grounds that it lacks foundation, is speculative and is impermissible hearsay. Fed. R. Evid. 104, 602, 801, 802 |
| | | Objection to the supporting deposition transcript of Victoria O'Connor at: 106:22-107:6 on the grounds of hearsay. Fed. R. Evid. 801, 802. |
| 27. | As he was leaving Mattel, Bryant told Mattel that he leaving " ████████████ ." | Disputed. Ex. 1 (Bryant) at 209:15-211:5. **Contrary evidence:** Bryant testified that he thought he made this statement to Susan Bryant and Mina Mirkazemi, two Mattel employees. Bryant Vol. 1 at 209:15-211:5, Zeller Dec., Exh. 1.  Jill Nordquist testified that Mina Mirkazemi did not know where Bryant was going.  See Deposition Transcript of Jill Nordquist (Nordquist Tr.) at 127:3-13, Zeller Dec., Exh. 51. Nor has MGA offered confirming |

| | MGA MATERIAL FACTS AND EVIDENCE CITED | MATTEL'S RESPONSE AND EVIDENCE OF DISPUTE |
|---|---|---|
| | | declarations from these two.

Bryant told others at Mattel he was leaving to do non-competitive. ("Ross Tr."), dated January 17, 2008, at 87:5-23 (" ██████████████████████ "), Corey Dec., Exh. 31; id. at 88:17-19 (noting what Bryant described " █████████████████████ "); id. at 220:5-12 (Ross explains that Ron Longsdorf suggested ██████████████████████ ").

Nordquist testified that she was initially suspicious that Bryant was going to a competitor, but that he lied to her when she asked him directly. Deposition Transcript of Jill Nordquist ("Nordquist Tr."), dated July 31, 2007, at 145:1-9 (Nordquist testified that ██████████████████████ ").

Ivy Ross also testified that she did not complain to anyone at Mattel about Bratz or any aspect of Bratz, " ██████████████████ " Deposition Transcript of Ivy Ross ("Ross Tr.") dated January 17, 2008, at |

| | MGA MATERIAL FACTS AND EVIDENCE CITED | MATTEL'S RESPONSE AND EVIDENCE OF DISPUTE |
|---|---|---|
| | | 61:23-63:3, Zeller Dec., Exh. 60.<br><br>Cloonan testified that "███████████ ████████" that she became aware that Bryant might be involved with Bratz. (Cloonan Tr. at 158:15-16). Zeller Dec., Exh. 17. She also testified that when she was asked by others at Mattel in 2001 whether it was true that Bryant was involved with Bratz, she told them that she did not know. Cloonan Tr. at 325:10-19 "███████████████████" Zeller Dec., Exh. 17. |
| 28. | Mattel's 30(b)(6) witness, the former Marketing Manager for Mattel's Barbie Collectibles, stated that she understood Bryant was leaving Mattel to design dolls. | Disputed.<br><br>Ex. 22 (Nordquist) at 124:18-125:8, 134:18-135:1 ("████████████████████████████████████████████████████████████████████████████████████████").<br><br>**The evidence does not support the facts for which it is cited.**<br><br>The quote is taken out of context. Nordquist explained why she was initially suspicious that Bryant might be going to a competitor, but later testified that Bryant lied to her when she asked him directly.<br><br>**Contrary evidence:**<br><br>Bryant testified that he thought he made this statement to Susan Bryant and Mina Mirkazemi, two Mattel employees. Bryant Vol. 1 at 209:15-211:5, Zeller Dec., Exh. 1. Jill Nordquist testified that |

Case No. CV 04-09049 SGL (RNBx)

MATTEL'S STATEMENT OF GENUINE ISSUES RE MGA PARTIES

| | MGA MATERIAL FACTS AND EVIDENCE CITED | MATTEL'S RESPONSE AND EVIDENCE OF DISPUTE |
|---|---|---|
| | | Mina Mirkazemi did not know where Bryant was going. See Deposition Transcript of Jill Nordquist (Nordquist Tr.) at 127:3-13, Zeller Dec., Exh. 51. Nor has MGA offered confirming declarations from these two. |

Bryant told others at Mattel he was leaving to do non-competitive work. ("Ross Tr."), dated January 17, 2008, at 87:5-23 ("

███████████████████████████
███████████████████████████
███████████████████████████
███████████████████████████

"), Corey Dec., Exh. 31; id. at 88:17-19 (noting what Bryant described "

███████████████████████"); id. at 220:5-12 (Ross explains that Ron Longsdorf suggested

███████████████████████
███████████████████████

").

Nordquist testified that she was initially suspicious that Bryant was going to a competitor, but that he lied to her when she asked him directlyr. Deposition Transcript of Jill Nordquist ("Nordquist Tr."), dated July 31, 2007, at 145:1-9 (Nordquist testified that

███████████████████████
███████████████████████

").

Ivy Ross also testified that she did not complain to anyone at Mattel about Bratz or any aspect of Bratz, "████████████

-42-                    Case No. CV 04-09049 SGL (RNBx)

MATTEL'S STATEMENT OF GENUINE ISSUES RE MGA PARTIES

| | MGA MATERIAL FACTS AND EVIDENCE CITED | MATTEL'S RESPONSE AND EVIDENCE OF DISPUTE |
|---|---|---|
| | | ████ " Deposition Transcript of Ivy Ross ("Ross Tr.") dated January 17, 2008, at 61:23-63:3, Zeller Dec., Exh. 60.  Cloonan testified that "████████ ████████" that she became aware that Bryant might be involved with Bratz. (Cloonan Tr. at 158:15-16).  Zeller Dec., Exh. 17.  She also testified that when she was asked by others at Mattel in 2001 whether it was true that Bryant was involved with Bratz, she told them that she did not know.  Cloonan Tr. at 325:10-19 "████████████████" Zeller Dec., Exh. 17. |
| 29. | At the time Bryant was leaving Mattel, the former Marketing Manager for Mattel's Barbie Collectibles suspected that Bryant was leaving Mattel to join a competitor; she informed Bryant's direct supervisor, who "██████ ██████." | Disputed.  Ex. 22 (Nordquist) at 134:4-17, 135:14-22 ("████████ ████████ .") (" |

| | MGA MATERIAL FACTS AND EVIDENCE CITED | MATTEL'S RESPONSE AND EVIDENCE OF DISPUTE |
|---|---|---|
| | | ██████████████████████ ");

Ex. 37 (at exit interview, Bryant stated that he was going into business for himself in "████████████ ");

Ex. 20 (Kaye) at 284:2-5 (Kaye testimony that it was the practice of Mattel for its HR representative conducting the exit interview to fill out the exit interview form).

**Contrary evidence**:

Nordquist testified that she was initially suspicious that Bryant was going to a competitor, but that he lied to her when she asked him directly. Deposition Transcript of Jill Nordquist ("Nordquist Tr."), dated July 31, 2007, at 145:1-9 (Nordquist testified that ████████ ██████████ ").

Ivy Ross testified that she did not complain to anyone at Mattel about Bratz or any aspect of Bratz, "█████ ████" Deposition Transcript of Ivy Ross ("Ross Tr.") dated January 17, 2008, at 61:23-63:3, Zeller Dec., Exh. 60.

Deposition Transcript of Ivy Ross ("Ross Tr."), dated January 17, 2008, at 87:5-23 ("██████████████████████ |

| | MGA MATERIAL FACTS AND EVIDENCE CITED | MATTEL'S RESPONSE AND EVIDENCE OF DISPUTE |
|---|---|---|
| | | ██████████ "), Corey Dec., Exh. 31; id. at 88:17-19 (noting what Bryant described "████████ "); id. at 220:5-12 (Ross explains that Ron Longsdorf suggested ████████ ██████████ "). Deposition transcript of Elise Cloonan ("Cloonan Tr."), dated December 14, 2007, at 163:24-164:9 ████████ ██████████ "), Zeller Dec., Exh. 17.<br><br>Nordquist Tr. at 125:20-126:6, Zeller Dec. Exh. 51. In relating that she first heard that Bryant was resigning from Mina Mirkazemi, Nordquist states ████ ████████ "<br><br>Re: MGA's Ex. 37   In the Exit Interview report, under the question "████ ████████ ████████ " |
| 30. | In 2000, it was rumored within Mattel that Bryant was working for MGA. | Disputed.<br><br>Ex. 11 (Cloonan) at 116:9-21.<br><br>**Contrary Evidence:**<br><br>Cloonan first appears to get her dates mixed up regarding when she heard Bryant was working for MGA. Although |

| | MGA MATERIAL FACTS AND EVIDENCE CITED | MATTEL'S RESPONSE AND EVIDENCE OF DISPUTE |
|---|---|---|
| | | she states in 116:9-21 that in 2000 she heard a rumor that Bryant was working for MGA while he was working for Mattel, she goes on to clarify that she first heard about MGA "███████ ████," when she looked up the Bratz on the internet. (Cloonan Tr. at 117:9-25). Zeller Dec., Exh. 17.<br><br>Later she corrects her earlier testimony "█████████████████████████ ████████████████████████ ██████████████████ ████████████████████████ ████████████████████████ ██████████████████████ ████████████████████████ ██████████████." Cloonan Tr. at 124:17-125:1.<br><br>Cloonan continues to testify that "████████████████ ███████████" that she became aware that he might be involved with Bratz. (Cloonan Tr. at 158:15-16).  Zeller Dec., Exh. 17.  She also testified that when she was asked by others at Mattel in 2001 whether it was true that Bryant was involved with Bratz, she told them that she did not know.  Cloonan Tr. at 325:10-19  "████████████ ██████" Zeller Dec., Exh. 17.<br><br>**Evidentiary Objections** |

| | MGA MATERIAL FACTS AND EVIDENCE CITED | MATTEL'S RESPONSE AND EVIDENCE OF DISPUTE |
|---|---|---|
| | | Objection to the supporting deposition transcript of Elise Cloonan at: 116:9-21 on the grounds that it is irrelevant and confusing.  Fed. R. Evid. 402, 403. |
| 31. | MGA showed the BRATZ at the Hong Kong Toy Fair in January 2001. | Disputed.<br><br>Ex. 5 (Larian) at 152:16-21;<br><br>Ex. 44 (Talbot, Little Hotties, The New Yorker, Vol. 82 No. 40, at p. 74 (December 4, 2006)).<br><br>**Contrary Evidence**:<br><br>There is no evidence that the dolls were "████" or a Mattel employee ever visited MGA's private showroom.  Mateo Romano, an employee of Mattel de Mexico in 2001, a Mexican corporation and independent subsidiary of Latin America, saw Bratz prototypes in January 2001 at Hong Kong Toy Fair.  Mattel de Mexico occasionally distributed MGA products during that timeframe.  MGA approached Mr. Romano about the possibility of Mattel de Mexico distributing this product in Latin America.  Mr. Romano "did not share the information about Bratz beyond the product name and product number with anyone at Mattel, Inc. in El Sequndo."  Declaration of Mateo Ramano in support of Mattel, Inc.'s Consolidated Opposition to Defendants' Motion for Partial Summary Judgment, dated March 20, 2008 at ¶¶ 2-7.<br><br>**Evidentiary Objections**<br><br>Objection to Exhibit 44 attached to the supporting declaration of Jason D Russell on the grounds of hearsay.  Fed. R. Evid. |

| | MGA MATERIAL FACTS AND EVIDENCE CITED | MATTEL'S RESPONSE AND EVIDENCE OF DISPUTE |
|---|---|---|
| | | 801, 802 |
| 32. | MGA showed the BRATZ at the New York Toy Fair in February 2001. | Disputed. Ex. 4 (Garcia) at 476:11-13; Ex. 14 (Kilpin) at 119:17-19; Ex. 5 (Larian) at 156:5-14; Ex. 45 (Jan Paschal, Shopping: BRATZ target the 'tween scene, Reuters (June 14, 2001)). **Evidentiary Objections** Objection to Exhibit 45 attached to the supporting declaration of Jason D Russell on the grounds of hearsay. Fed. R. Evid. 801, 802 |
| 33. | The press reported the fact that MGA showed the BRATZ at the New York Toy Fair in February 2001. | Disputed. Ex. 47 (MGA Entertainment's 'Looking Better Than Ever' With the Introduction of Exciting New Toy Lines at New York Toy Fair, Business Wire (February 8, 2001)). **Contrary Evidence:** Although MGA and Isaac Larian received publicity in February 2001 regarding BRATZ, none of the articles cited make mention that Carter Bryant was the creator of the BRATZ. MGA and Bryant admit that no public statement even recognizing Bryant as Bratz's creator was issued until July 18, 2003, when the Wall Street Journal published an article with that information. See e.g., MGA Entertainment, Inc.'s Supplemental and |

| | MGA MATERIAL FACTS AND EVIDENCE CITED | MATTEL'S RESPONSE AND EVIDENCE OF DISPUTE |
|---|---|---|
| | | Amended Responses to Mattel, Inc.'s Third Set of Requests for Admission to MGA Entertainment, Inc., Nos. 183, 185, Proctor Dec., Exh. 113; see also Carter Bryant's Supplemental and Amended Responses to Mattel, Inc.'s Third Set of Requests for Admission to Carter Bryant Nos. 80-82, Zeller Dec., Exh. 82. **Evidentiary Objections** Objection to Exhibit 47 attached to the supporting declaration of Jason D Russell on the grounds of hearsay. Fed. R. Evid. 801, 802. |
| 34. | Mattel employees attended the New York Toy Fair in February 2001. | Disputed. Ex. 10 (Ross) at 8:18-9:8, 42:5-10 (Ross, who worked at Mattel from 1996-2003, testified that " ▮▮▮▮▮ "); Ex. 63 (Horovitz, From kids to adults, the USA is stuck on stickers, USA Today (February 14, 2001)); Ex. 38 (March 2, 2001 e-mail from Martin Hitch, Vice President of MGA's International Sales to Mateo Romano of Mattel, stating it " ▮▮▮▮▮ "); Ex. 39 (April 24, 2001 e-mail from Martin Hitch, Vice President of MGA's International Sales to Mateo Romano of Mattel, stating " ▮▮▮▮▮ "); |

| | MGA MATERIAL FACTS AND EVIDENCE CITED | MATTEL'S RESPONSE AND EVIDENCE OF DISPUTE |
|---|---|---|
| | | Ex. 64 (Mattel, Inc. Showcases the Hottest Toys in the Industry At Toy Fair 2001 in New York City! The Premiere Toy Company Highlights the Best of the Best In Family Entertainment Products, PR Newswire (February 12, 2001)); |
| | | Ex. 65 (Mattel, Inc. Showcases the Hottest Toys in the Industry At Toy Fair 2001 in New York City! The Premiere Toy Company Highlights the Best of the Best in Family Entertainment Products, Business Wire (February 9, 2001)); |
| | | Ex. 66 (Collins, Big Makers Scale Back At Toy Fair;  So the Little Guys Have More Room To Show Their Stuff, The New York Times (February 8, 2001)); |
| | | Ex. 42 (Barbie/Girls New York Toy Fair 2001 Press Materials); |
| | | Ex. 43 (Barbie Collectibles & Timeless Treasures Script from New York Toy Fair 2001. |
| | | **Contrary evidence**: |
| | | MGA relies on e-mail correspondence between Martin Hitch, MGA's Vice President of International Sales in 2001, and Mateo Romano, an employee of Mattel de Mexico in 2001, to claim that Mattel, Inc., passed on the opportunity to carry Bratz in 2001.  MGA never offered Bratz to Mattel, Inc.  Rather, at that time, MGA did not have a Latin American subsidiary and, thus, discussed with other companies the distribution of its goods in Latin America.  Mattel Latin America, a separate subsidiary, occasionally distributed MGA products during that timeframe.  Mateo Romano saw Bratz prototypes in January 2001 at Hong Kong Toy Fair, and MGA discussed with Mr. |

Case No. CV 04-09049 SGL (RNBx)
MATTEL'S STATEMENT OF GENUINE ISSUES RE MGA PARTIES

| | MGA MATERIAL FACTS AND EVIDENCE CITED | MATTEL'S RESPONSE AND EVIDENCE OF DISPUTE |
|---|---|---|
| | | Romano about the possibility of Mattel Latin America distributing this product in Latin America.  Mr. Romano "did not share the information about Bratz beyond the product name and product number with anyone at Mattel, Inc. in El Sequndo, California beyond submitting that information for inclusion in the system."  Further, at no time, did MGA or Larian inform Mr. Ramano "that the designer or creator of Bratz was Carter Bryant, that Carter Bryant had any involvement with Bratz, that Carter Bryant worked with MGA while he was employed by Mattel, Inc. or that Carter Bryant had worked on Bratz while he was employed by Mattel."  Declaration of Mateo Ramano in support of Mattel, Inc.'s Consolidated Opposition to Defendants' Motion for Partial Summary Judgment, dated March 20, 2008 at ¶¶ 2-7.  **Evidentiary Objections**  Objection to Exhibits 38-39 attached to the supporting Declaration of Jason Russell on the grounds that these documents have not been authenticated. Fed. R. Evid. 901.  Objection to Exhibits 63-66 attached to the supporting declaration of Jason D Russell on the grounds of hearsay.  Fed. R. Evid. 801, 802. |
| 35. | MGA received publicity in February 2001 about the BRATZ. | Disputed.  Ex. 67 (Nationally syndicated clip of Toy Fair highlights hosted by "Toy Guy" Chris Byrne); |

| | MGA MATERIAL FACTS AND EVIDENCE CITED | MATTEL'S RESPONSE AND EVIDENCE OF DISPUTE |
|---|---|---|
| | | Ex. 46 (<u>Tween scene: toymakers strive to capture young girls' fancy</u>, The New Jersey Record (February 17, 2001)); |
| | | Ex. 47 (<u>MGA Entertainment's 'Looking Better Than Ever' With the Introduction of Exciting New Toy Lines at New York Toy Fair</u>, Business Wire (February 8, 2001)). |
| | | **Contrary Evidence**: |
| | | Although MGA and Isaac Larian received publicity in February 2001 regarding BRATZ, none of the articles cited make mention that Carter Bryant was the creator of the BRATZ. |
| | | MGA and Bryant admit that no public statement even recognizing Bryant as Bratz's creator was issued until July 18, 2003, when the <u>Wall Street Journal</u> published an article with that information.  <u>See e.g.</u>, MGA Entertainment, Inc.'s Supplemental and Amended Responses to Mattel, Inc.'s Third Set of Requests for Admission to MGA Entertainment, Inc., Nos. 183, 185, Proctor Dec., Exh. 113; <u>see also</u> Carter Bryant's Supplemental and Amended Responses to Mattel, Inc.'s Third Set of Requests for Admission to Carter Bryant Nos. 80-82, Zeller Dec., Exh. 82. |
| | | **Evidentiary Objections** |
| | | Objection to Exhibits 46-47 & 67 attached to the supporting declaration of Jason D Russell on the grounds of hearsay.  <u>Fed. R. Evid.</u> 801, 802. |

| | | MGA MATERIAL FACTS AND EVIDENCE CITED | MATTEL'S RESPONSE AND EVIDENCE OF DISPUTE |
|---|---|---|---|
| | 36. | Isaac Larian was identified in press reports as speaking publicly on behalf of MGA about the BRATZ in February 2001. | Disputed.<br><br>Ex. 47 (MGA Entertainment's 'Looking Better Than Ever' With the Introduction of Exciting New Toy Lines at New York Toy Fair, Business Wire (February 8, 2001)).<br><br>**Contrary Evidence:**<br><br>Although MGA and Isaac Larian received publicity in February 2001 regarding BRATZ, none of the articles cited make mention that Carter Bryant was the creator of the BRATZ.  Many of them are affirmatively false about Bratz's creation.  In public statements, Larian identified himself, not Bryant, as the creator of Bratz.<br><br>See Affidavit of Isaac Larian in MGA v. Metson at p. 2, ¶ 8, Bates-numbered MGA 0868039-91 (Larian claiming he "was the inspiration behind the Bratz dolls."), Proctor Dec., Exh. 99; Woodman Tr. Vol. 1 at 218:1-21, Corey Dec., Exh. 17; Business Week article discussing Mattel and Bratz, Bates-numbered M 0074054-6, ("[Larian] got the idea for Bratz after seeing his own kids run around in navel-baring tops and hip-huggers."), Zeller Dec., Exh. 53; San Fernando Valley Business Journal article discussing Larian, (Larian states "It was Jason's idea for Bratz."), Zeller Dec., Exh. 54.<br><br>See Affidavit of Isaac Larian in MGA v. Metson at p. 2, ¶ 8, Bates-numbered MGA 0868039-91 (Larian claiming he "was the inspiration behind the Bratz dolls."), Zeller Dec., Exh. 92; Woodman |

| | MGA MATERIAL FACTS AND EVIDENCE CITED | MATTEL'S RESPONSE AND EVIDENCE OF DISPUTE |
|---|---|---|
| | | Tr. Vol. 1 at 218:1-21, Corey Dec., Exh. 17; Business Week article discussing Mattel and Bratz, Bates-numbered M 0074054-6, ████████████ ██████████████████████ ███████"), Zeller Dec., Exh. 53; San Fernando Valley Business Journal article discussing Larian, (Larian states "It was Jason's idea for Bratz."), Zeller Dec., Exh. 54. |
| | | See also e-mail from Isaac Larian dated March 12, 2002 instructing MGA personnel, Bates-numbered MGA 3801819-22 (Larian demanded that a Bratz website make no reference to Mattel or Bryant), Zeller Dec., Exh 95. |
| | | Similarly, Larian represented to the U.S. Patent and Trademark Office that he had created the Bratz feet and packaging: U.S. patent application for Bratz feet marked as Exhibit 500 in this action, Proctor Dec., Exh. 101; Amendment to U.S. patent application for Bratz feet marked as Exhibit 548 in this action, Proctor Dec., Exh. 102; Patent for trapezoidal packaging marked as Exhibit 552 in this action, Proctor Dec., Exh. 103; Patent application for trapezoidal packaging marked as Exhibit 615 in this action, Proctor Dec., Exh. 104. |
| | | MGA and Bryant admit that no public statement even recognizing Bryant as Bratz's creator was issued until July 18, 2003, when the Wall Street Journal published an article with that information. See e.g., MGA Entertainment, Inc.'s Supplemental and Amended Responses to Mattel, Inc.'s |

| | MGA MATERIAL FACTS AND EVIDENCE CITED | MATTEL'S RESPONSE AND EVIDENCE OF DISPUTE |
|---|---|---|
| | | Third Set of Requests for Admission to MGA Entertainment, Inc., Nos. 183, 185, Proctor Dec., Exh. 113; see also Carter Bryant's Supplemental and Amended Responses to Mattel, Inc.'s Third Set of Requests for Admission to Carter Bryant Nos. 80-82, Zeller Dec., Exh. 82. |
| | | **Evidentiary Objections** |
| | | Objection to Exhibit 47 attached to the supporting declaration of Jason D Russell on the grounds of hearsay.  Fed. R. Evid. 801, 802. |
| 37. | MGA offered Mattel the opportunity to carry BRATZ in March of 2001 but Mattel declined to do so because " ████████████ ." | Disputed. Ex. 38 (March 5, 2001 e-mail from Mateo Romano of Mattel to Martin Hitch, MGA's VP of International Sales). **Contrary Evidence**: MGA relies on e-mail correspondence between Martin Hitch, MGA's Vice President of International Sales in 2001, and Mateo Romano, an employee of Mattel de Mexico in 2001, to claim that Mattel, Inc., passed on the opportunity to carry Bratz in 2001.  MGA never offered Bratz to Mattel, Inc.  Rather, at that time, MGA did not have a Latin American subsidiary and, thus, discussed with other companies the distribution of its goods in Latin America.  Mattel Latin America, a separate subsidiary, occasionally distributed MGA products during that timeframe.  Mateo Romano saw Bratz prototypes in January 2001 at Hong Kong Toy Fair, and MGA discussed with Mr. Romano about the possibility of Mattel Latin America distributing this product in Latin America.  Mr. Romano "did not |

| | MGA MATERIAL FACTS AND EVIDENCE CITED | MATTEL'S RESPONSE AND EVIDENCE OF DISPUTE |
|---|---|---|
| | | share the information about Bratz beyond the product name and product number with anyone at Mattel, Inc. in El Segundo, California beyond submitting that information for inclusion in the system." Further, at no time, did MGA or Larian inform Mr. Ramano "that the designer or creator of Bratz was Carter Bryant, that Carter Bryant had any involvement with Bratz, that Carter Bryant worked with MGA while he was employed by Mattel, Inc. or that Carter Bryant had worked on Bratz while he was employed by Mattel." Declaration of Mateo Ramano in support of Mattel, Inc.'s Consolidated Opposition to Defendants' Motion for Partial Summary Judgment, dated March 20, 2008 at ¶¶ 2-7. <br><br> **Evidentiary Objections** <br><br> Objection to Exhibit 38 attached to the supporting Declaration of Jason Russell on the grounds that this document has not been authenticated. Fed. R. Evi. 901. |
| 38. | After Mattel declined MGA's offer to carry the BRATZ in March 2001, MGA wrote to Mattel in April 2001 noting that ███████████████████ ███████████████████ ███████████████████ ███████████████████ ███████████ ." | Disputed. Ex. 39 (April 24, 2001 e-mail from Martin Hitch, Vice President of MGA's International Sales to Mateo Romano of Mattel). <br><br> **Contrary Evidence:** <br><br> MGA relies on e-mail correspondence between Martin Hitch, MGA's Vice President of International Sales in 2001, and Mateo Romano, an employee of Mattel de Mexico in 2001, to claim that Mattel, Inc., passed on the opportunity to carry Bratz in 2001. MGA never offered Bratz to Mattel, Inc. Rather, at that time, |

| | MGA MATERIAL FACTS AND EVIDENCE CITED | MATTEL'S RESPONSE AND EVIDENCE OF DISPUTE |
|---|---|---|
| | | MGA did not have a Latin American subsidiary and, thus, discussed with other companies the distribution of its goods in Latin America. Mattel Latin America, a separate subsidiary, occasionally distributed MGA products during that timeframe.  Mateo Romano saw Bratz prototypes in January 2001 at Hong Kong Toy Fair, and MGA discussed with Mr. Romano about the possibility of Mattel Latin America distributing this product in Latin America.  Mr. Romano "did not share the information about Bratz beyond the product name and product number with anyone at Mattel, Inc. in El Sequndo, California beyond submitting that information for inclusion in the system."  Further, at no time, did MGA or Larian inform Mr. Ramano "that the designer or creator of Bratz was Carter Bryant, that Carter Bryant had any involvement with Bratz, that Carter Bryant worked with MGA while he was employed by Mattel, Inc. or that Carter Bryant had worked on Bratz while he was employed by Mattel."  Declaration of Mateo Ramano in support of Mattel, Inc.'s Consolidated Opposition to Defendants' Motion for Partial Summary Judgment, dated March 20, 2008 at ¶¶ 2-7.  **Evidentiary Objections**  Objection to Exhibit 38 attached to the supporting Declaration of Jason Russ.ell on the grounds that this document has not been authenticated.  Fed. R. Evi. 901 |
| 39. | MGA released the BRATZ in Spain in June 2001. | Undisputed. Ex. 5 (Larian) at 248:13-19; |

| | MGA MATERIAL FACTS AND EVIDENCE CITED | MATTEL'S RESPONSE AND EVIDENCE OF DISPUTE |
|---|---|---|
| | | Ex. 18 (Simpson-Taylor) at 99:8-13. |
| 40. | Adrianne Fontanella, Mattel's President of the Girls' Division, was aware of the release of the BRATZ in Spain in June 2001. | Undisputed. Ex. 41 (Mattel's Response to MGA's Interrogatory No. 9); Ex. 8 (Fontanella) at 93:3-7. |
| 41. | Members of Mattel's marketing group  saw the BRATZ in July 2001. | Undisputed. Ex. 41 (Mattel's Response to Interrogatory No. 9); Ex. 8 (Fontanella) at 93:13-94:10. |
| 42. | Mattel's Chairman and CEO, Robert Eckert, had heard about the BRATZ no later than 2001. | Undisputed. Ex. 9 (Eckert) at 33:10-22. |
| 43. | The BRATZ were released in the United States in the fall of 2001. | Undisputed. Ex. 18 (Simpson-Taylor) at 99:8-13. |
| 44. | Mattel's Chairman and CEO, Robert Eckert, understood that BRATZ had gained market share against Barbie in 2001. | Disputed. Ex. 9 (Eckert) at 7:11-14, 75:5-8. **Contrary evidence:** Mr. Eckert testified that he learned that Bratz was gaining market share against Barbie domestically " ▓▓▓▓▓▓▓▓ " Eckert Tr. at 75:5-76:15, Zeller Dec. Exh. 64. |
| 45. | Publicly available press and toy analysts reports stated that BRATZ was and would continue to be a top-seller during 2001. | Disputed. Ex. 48 (Strom, <u>Lots of Competition for 2001's Hit Toy</u>, New York Times (November 22, 2001)); Ex. 49 (<u>Playdate 2001 Unveils Retailers' Prediction for Holiday Season's Best Selling Toys and Games</u>, PR Newswire (October 16, 2001)); Ex. 50 (<u>Shopping – A game buyer's guide and a BRATZ update</u>, Reuters |

| | MGA MATERIAL FACTS AND EVIDENCE CITED | MATTEL'S RESPONSE AND EVIDENCE OF DISPUTE |
|---|---|---|
| | | (November 16, 2001)). **Evidentiary Objections** Objection to Exhibits 48-50 attached to the supporting declaration of Jason D Russell on the grounds of hearsay. Fed. R. Evid. 801, 802. |
| 46. | The press reported in 2001 that the BRATZ earned a Toy of the Year nomination in 2001 from the Toy Industry Association. | Disputed. Ex. 51 (The Hype; Where Christmas 2002 is Job 1, The Daily News of Los Angeles (December 27, 2001)). **Evidentiary Objections** Objection to Exhibit 51 attached to the supporting declaration of Jason D Russell on the grounds of hearsay. Fed. R. Evid. 801, 802. |
| 47. | Adrienna Fontanella and Jill Nordquist believed upon seeing the first BRATZ dolls in July 2001 that they had been copied from Mattel's line of "Diva Starz." | Undisputed. Ex. 8 (Fontanella) at 93:13-94:22 ("I remember my reaction was this looks just like Diva Starz"); Ex. 22 (Nordquist) at 195:5-17, 196:16-22 ("████████████████████████ ████████████████████████ ████████████████████████ ████████████████████████ ████████████████████████ ████████"). |
| 48. | Ivy Ross believed upon seeing the first BRATZ dolls that they had been copied from Mattel's line of "Diva Starz" and "Toon | Disputed. Ex. 10 (Ross) at 60:13-20. **Contrary Evidence:** |

| | MGA MATERIAL FACTS AND EVIDENCE CITED | MATTEL'S RESPONSE AND EVIDENCE OF DISPUTE |
|---|---|---|
| | Teens." | As to "copied": Ross testified that when she first saw Bratz she thought ███ ████████████████████ ████████████████████████ ███████████████ " Deposition Transcript of Ivy Ross Vol. 1 (" Ross Tr. Vol. 1"), dated July 18, 2006 at 60:13-20, Zeller Dec., Exh. 60.<br><br>**Evidentiary Objections**<br><br>Objection to the supporting deposition transcript of Ivy Ross at 60:13-20 on the grounds that the statement is irrelevant and confusing.  Fed. R. Evid. 402, 403. |
| 49. | Liy Martinez believed upon seeing the first BRATZ dolls in 2001 that they resembled her "Toon Teens" line of dolls. | Disputed.<br><br>Ex. 19 (Martinez) at 216:8-23;<br><br>Ex. 19 (Martinez) at 208:7-17;<br><br>Ex. 18 (Simpson-Taylor) at 120:9-18.<br><br>**Contrary Evidence:**<br><br>As to Simpson-Taylor testimony cited as Ex. 18: The testimony indicates that Lily Martinez only reported Bryant's comments to her supervisors.  The testimony from Simpson-Taylor at 120:9-18, Zeller Dec., Exh. 62 follows:<br><br>THE WITNESS:  Lily Martinez had spoken with Cassidy Park who I believe was her supervisor stating that -- what I've previously testified about Carter Bryant's comments made when he saw her project, and Lily communicated that to her supervisor who communicated that to Ivy Ross who was I believe Cassidy |

| | MGA MATERIAL FACTS AND EVIDENCE CITED | MATTEL'S RESPONSE AND EVIDENCE OF DISPUTE |
|---|---|---|
| | | Parks' supervisor and as a result of that there was this review of potential infringement of the Toon Teens idea, concept, project.<br><br>**Evidentiary Objections**<br><br>Objection to the supporting deposition transcript of Lily Martinez at 208:7-17 and 216:8-23 on the grounds that these statements are irrelevant and confusing. Fed. R. Evid. 402, 403.<br><br>Objection to the supporting deposition transcript of Simpson Taylor at 120:9-18 on the grounds that these statements are irrelevant and confusing. Fed. R. Evid. 402, 403. |
| 50. | Debbie Hastie [sic] informed Elise Cloonan that BRATZ looked like "Toon Teens" on August 14, 2001. | Disputed.<br><br>Ex. 28 (August 14, 2001 e-mail from Debbie Hastie [sic] to Elise Cloonan).<br><br>**Evidentiary Objections**<br><br>Objection to Exhibit 28 attached to the supporting Declaration of Jason D. Russell on the grounds that this document is irrelevant and confusing. Fed. R. Evid. 402, 403. |
| 51. | The media reported on the similarities between BRATZ and Diva Starz in June 2001. | Disputed.<br><br>Ex. 45 (Jan Paschal, Shopping: BRATZ target the 'tween scene, Reuters (June 14, 2001) (" ██████████████████████████████████ ██████████████████████████████████ ██████████████████████████████████ ██████")). |

| | MGA MATERIAL FACTS AND EVIDENCE CITED | MATTEL'S RESPONSE AND EVIDENCE OF DISPUTE |
|---|---|---|
| | | **Contrary evidence**:<br><br>Although MGA and Isaac Larian received publicity in February 2001 regarding BRATZ, none of the articles cited make mention that Carter Bryant was the creator of the BRATZ.<br><br>MGA and Bryant admit that no public statement even recognizing Bryant as Bratz's creator was issued until July 18, 2003, when the <u>Wall Street Journal</u> published an article with that information.  <u>See e.g.</u>, MGA Entertainment, Inc.'s Supplemental and Amended Responses to Mattel, Inc.'s Third Set of Requests for Admission to MGA Entertainment, Inc., Nos. 183, 185, Proctor Dec., Exh. 113; <u>see also</u> Carter Bryant's Supplemental and Amended Responses to Mattel, Inc.'s Third Set of Requests for Admission to Carter Bryant Nos. 80-82, Zeller Dec., Exh. 82.<br><br>**<u>Evidentiary Objections</u>**<br><br>Objection to Exhibit 45 attached to the supporting declaration of Jason D Russell on the grounds of hearsay.  <u>Fed. R. Evid.</u> 801, 802. |
| 52. | Ann Driskill, Mattel's Senior Director in the Collectibles Division, was informed of Carter Bryant's involvement with the BRATZ around the time of the BRATZ release in 2001. | Disputed.<br><br>Ex. 15 (Driskill) at 175:13-176:13;<br><br>Ex. 15 (Driskill) at 177:13-18.<br><br>**Contrary Evidence:**<br><br>This mischaracterizes the testimony. Ms. Driskill did not put a time frame on when she learned of Bryant's involvement, only that she learned Bryant |

| | MGA MATERIAL FACTS AND EVIDENCE CITED | MATTEL'S RESPONSE AND EVIDENCE OF DISPUTE |
|---|---|---|
| | | had some involvement in the creation of the Bratz dolls ▮▮▮▮▮<br>Deposition of Ann Driskill Vol. 1 dated December 15, 2004, ("Driskill Tr. Vol. 1"), at 175:13-176:6, Zeller Dec., Exh. 19. |
| 53. | During 2001, it was "▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮" within Mattel's Design Center that Bryant was involved with BRATZ. | Disputed.<br><br>Ex. 11 (Cloonan) at 308:4-309:7 ("▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮") (emphasis added);<br><br>Ex. 11 (Cloonan) at 132:4-133:1 ("▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮");<br><br>Ex. 11 (Cloonan) at 315:10-316:18 ("▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |

| | MGA MATERIAL FACTS AND EVIDENCE CITED | MATTEL'S RESPONSE AND EVIDENCE OF DISPUTE |
|---|---|---|
| | | ████████████████████████████████████████████████████████████████████████████████████████████████ ''). |

**Contrary Evidence:**

As to Cloonan Tr. at 132:4-133:1, although Cloonan states that she heard through the "████████████" that Bryant was involved with Bratz, Cloonan goes on to add, "████████████ ████████████." Deposition Transcript of Elise Cloonan, Vol. 1 ("Cloonan Tr. Vol. 1:) dated December 14, 2007, at 133:1-3, Zeller Dec., Exh. 17. She also testified that when she was asked by others at Mattel in 2001 whether it was true that Bryant was involved with Bratz, she told them

| | MGA MATERIAL FACTS AND EVIDENCE CITED | MATTEL'S RESPONSE AND EVIDENCE OF DISPUTE |
|---|---|---|
| | | that she did not know.  Cloonan Tr. at 325:10-19 "█████████████" Zeller Dec., Exh. 17. |

Jill Nordquist denied that it was "████████████" after Bratz first launched that Bryant was involved with Bratz. Nordquist Tr., 187:12 - 187:18 ("████████████"), Zeller Dec., Exh. 51.

It was not "████████████████" within Mattel's Design Center that Bryant was involved with Bratz, as many Design Center employees had never heard of Carter Bryant.  Deposition Transcript of Joni Pratte ("Pratte Tr."), dated June 1, 2007, at 70:11-18 (Pratte testified that she did not know Carter Bryant and had never met him. "████████████"), Zeller Dec., Exh. 83.  Kislap Ongchangco, another Design Center employee did not know Bryant either. Deposition of Kislap Ongchangco  ("Ongchangco Tr.") dated April 24, 2007, at 147:22:-148:2 (Ongchangco testified that he did not know Bryant "████████████"), Zeller Dec., Exh. 84.  Further, Ongchangco goes on to testify that he only heard that Bryant had any involvement in the Bratz dolls when there was a lawsuit pending. "████████████████" (Ongchangco Tr.) at 193:19-194:20., Zeller Dec., Exh.

| | MGA MATERIAL FACTS AND EVIDENCE CITED | MATTEL'S RESPONSE AND EVIDENCE OF DISPUTE |
|---|---|---|
| | | 84.<br><br>See also ¶ 13, support for DISPUTED fact (Garcia's testimony regarding the fact she did not even know Bryant was a Mattel employee until 2004).<br><br>**Evidentiary Objections**<br><br>Objection to the supporting deposition transcript of Elise Cloonan at 132:4-133:1, 308:4-309:7, 315:10-316:8 on the grounds that her statements lack foundation, are speculative, and constitute inadmissible hearsay.  Fed. R. Evid. 104, 602, 801, 802. |
| 54. | It was widely rumored within Mattel between Bryant's departure in October 2000 and the release of BRATZ in 2001 that Bryant was involved with MGA on the BRATZ. | Disputed.<br><br>Ex. 18 (Simpson-Taylor) at 97:6-16 ("<br><br>");<br><br>Ex. 18 (Simpson-Taylor) at 98:5-100:23 (" |



| | MGA MATERIAL FACTS AND EVIDENCE CITED | MATTEL'S RESPONSE AND EVIDENCE OF DISPUTE |
|---|---|---|
| | | ██████████ ");  Ex. 22 (Nordquist) at 186:1-14 ("██████████ ");  Ex. 15 (Driskill) at 175:13-176:13, 177:13-18;  Ex. 40 (Mattel's Supplemental Response to MGA's Interrogatory No. 10, dated December 7, 2007).  **Contrary Evidence**:  None of the cited evidence supports the conclusion that Mattel knew of Bryant's involvement with Bratz before it was released in June of 2001. Jill Nordquist denied that it was "████████" after Bratz first launched that Bryant was involved with Bratz. Nordquist Tr., 187:12 - 187:18 ("██████████ |

| | MGA MATERIAL FACTS AND EVIDENCE CITED | MATTEL'S RESPONSE AND EVIDENCE OF DISPUTE |
|---|---|---|
| | | ▬▬"), Zeller Dec., Exh. 51. |

Although Cloonan states that she heard through the "▬▬▬▬" that Bryant was involved with Bratz, she testified, "▬▬▬▬ ▬▬▬▬▬▬▬" Deposition Transcript of Elise Cloonan, Vol. 1 ("Cloonan Tr. Vol. 1:) dated December 14, 1007, at 133:1-3, Zeller Dec., Exh. 17. Cloonan testified that "▬▬▬ ▬▬▬" that she became aware that Bryant might be involved with Bratz. (Cloonan Tr. at 158:15-16). Zeller Dec., Exh. 17.

It was not "▬▬▬▬" within Mattel's Design Center that Bryant was involved with Bratz, as many Design Center employees had never heard of Carter Bryant. Deposition Transcript of Joni Pratte ("Pratte Tr."), dated June 1, 2007, at 70:11-18 (Pratte testified that she did not know Carter Bryant and had never met him. "▬▬▬ ▬▬▬"), Zeller Dec., Exh. 83. Kislap Ongchangco, another Design Center employee did not know Bryant either. Deposition of Kislap Ongchangco ("Ongchangco Tr.") dated April 24, 2007, at 147:22:-148:2 (Ongchangco testified that he did not know Bryant "▬▬▬ ▬▬▬."), Zeller Dec., Exh. 84. Further, Ongchangco goes on to testify that he only heard that Bryant had any involvement in the Bratz dolls when there was a lawsuit pending. "▬▬ ▬▬▬ ▬▬▬" (Ongchangco

| | MGA MATERIAL FACTS AND EVIDENCE CITED | MATTEL'S RESPONSE AND EVIDENCE OF DISPUTE |
|---|---|---|
| | | Tr.) at 193:19-194:20., Zeller Dec., Exh. 84.

See also ¶ 13, support for DISPUTED fact (Garcia's testimony regarding the fact she did not even know Bryant was a Mattel employee until 2004).

**Evidentiary Objections**

Objection to the supporting deposition transcript of Simpson Taylor at 97:6-16, 98:5-100:23 on the grounds that her statements lack foundation, are speculative, and constitute impermissible hearsay.  Fed. R. Evid. 104, 602, 801, 802. |
| 55. | In the summer of 2001, after Margaret Leahy had left Mattel and done work for MGA, a friend from Mattel, Roxanna Powell, asked Leahy about Carter Bryant's and Paula Garcia's involvement in the BRATZ. | Disputed.

Ex. 16 (Leahy) at 204:22-205:21, 205:25-206:4 (" ███████████████ ████████████████ ").

**Contrary evidence**:

Roxanna Powell did not tell anyone at Mattel that Margaret Hatch Leahy told her that Bryant created Bratz.

See Deposition of Ivy Ross ("Ross Tr.), dated January 17, 2008 at 120:18-121:2 (Ross knew Roxanna Powell but did not recall ever having any discussions with Roxanna Powell " ██████████ ██████ "), Zeller Dec., Exh. 60; see |

| | MGA MATERIAL FACTS AND EVIDENCE CITED | MATTEL'S RESPONSE AND EVIDENCE OF DISPUTE |
|---|---|---|
| | | also Deposition Transcript of Richard De Anda ("De Anda Tr."), dated December 19, 2007 at 211:4-19 (De Anda did not know Powell's name or recall anyone mentioning her name to him during the March 2002 investigation), Zeller Dec., Exh. 61; Deposition Transcript of Christina Tomiyama ("Tomiyama Tr."), dated February 27, 2008 at 289:21-290:12 (Powell's name sounds "██████" familiar to Tomiyama, but she does not have any memory of discussing Bryant, MGA or this lawsuit with Powell), Zeller Dec., Exh. 15; Deposition of Ana Elise Cloonan ("Cloonan Tr."), dated December 14, 2007 at 308:17-309:7 (Cloonan testified that she talked to Powell sometime in 2001 about the fact that Bryant "probably" designed Bratz), Zeller Dec., Exh. 17; id. at 315:10-23 (Cloonan testified that "███████ ████████████████████ ████████████████████ ████████████████ ██"). |
| | | Roxanna Powell was not a supervisor at Mattel. Ross Tr. at 120:20-23 (Powell was "████████████"), Zeller Dec., Exh. 60. |
| | | **Evidentiary Objections** |
| | | Objection to the supporting deposition transcript of Leahy at 204:22-205:21 on the grounds that her statements lack foundation and are speculative. Fed. R. Evid. 104, 602. |
| 56. | Toward the end of 2001 and continuing into early 2002, Mattel's Legal Department | Disputed. Ex. 11 (Cloonan) at 318:1-6; |

| | MGA MATERIAL FACTS AND EVIDENCE CITED | MATTEL'S RESPONSE AND EVIDENCE OF DISPUTE |
|---|---|---|
| | became involved in Mattel's ongoing inquiry into the potential infringement of "Toon Teens." | Ex. 18 (Simpson-Taylor) at 187:13-188:5.<br><br>**The evidence does not support the facts for which it is cited:**<br><br>Cloonan acknowledged that she personally had no involvement in 2002 related to any investigation of Toon Teens. Cloonan Tr. at 316:19-318:22, Zeller Dec. Exh. 17.<br><br>Simpson-Taylor testified that Ivy Ross had a meeting with Mattel Security about the potential infringement of Toon Teens. She testified that there was a meeting with Michele McShane, from Mattel legal, "███████████████████ ███████████████████" at that time. Simpson Taylor Tr. at 186:13-187:22, Zeller Dec., Exh. 62.<br><br>Deposition Transcript of Kathleen Simpson-Taylor ("Simpson Tr."), dated February 23, 2008, at 75:8-24 (Simpson testified when asked "████████████ ███████████████████████ ███████████████████████ ███████████████████████ ███████████████████████ ███████████████████████ ███████████████████████ ███████████████████████ ███████████████"), Zeller Dec., Exh. 62. In fact, Simpson-Taylor clarified that it was not her recollection that at the time that the review was initiated by Mattel, it was known that Carter Bryant was the creator of Bratz. "███████████████████" Zeller Dec., Exh. 62; id. at 75:21-24<br><br>Mattel conducted an investigation in |

| | MGA MATERIAL FACTS AND EVIDENCE CITED | MATTEL'S RESPONSE AND EVIDENCE OF DISPUTE |
|---|---|---|
| | | Spring 2002 based on allegations that Bryant may have plagiarized Toon Teens and created Bratz dolls for MGA, not whether Mr. Bryant created Bratz or worked with MGA during his Mattel employment.  Richard de Anda, who conducted the investigation regarding the potential infringement of Toon Teens, testified that he first heard of Bryant, MGA and Larian in March 2002. De Anda Tr. at 166:5-167:9, Zeller Dec., Exh. 61.  He testified that he received a phone call in March 2002 regarding "█████████████████████████████" De Anda Tr. at 167:10-169:5, Zeller Dec., Exh. 61.  As part of that investigation, Mattel investigated allegations that Carter Bryant may have gone to work for MGA. However, Mattel did not discover any evidence showing that Carter Bryant worked for MGA.  See Ex. 1195 at M 0074372, Zeller Dec., Exh. 86; De Anda Vol. 1 at 173:12-17 (noting it was his understanding that "████████████"), Zeller Dec., Exh. 61; De Anda Vol. 1 at 243:24-244:14 (When asked whether "█████████████████████████████"), Zeller Dec., Exh. 61. See also Mattel, Inc.'s  Supplemental Response to MGA's First Set of Interrogatories, Nos. 10 & 11, dated December 7, 2007, Zeller Dec., Exh. 87. |

| | MGA MATERIAL FACTS AND EVIDENCE CITED | MATTEL'S RESPONSE AND EVIDENCE OF DISPUTE |
|---|---|---|
| | | **Evidentiary Objections** |
| | | Objection to the supporting deposition transcript of Elise Cloonan at 318:1-6 on the grounds that this testimony is irrelevant, confusing, and lacks foundation. Fed. R. Evid. 104, 402, 403. |
| 57. | On March 15, 2002, Robert Simoneau, a Mattel employee in charge of Mattel's internal investigations, opened a formal "Incident Report" to investigate the alleged theft of Mattel's proprietary information by Carter Bryant. | Disputed.<br><br>Ex. 12 (Simoneau) at 122:24-123:8;<br><br>Ex. 29 (Mattel Incident Report dated March 20, 2002 regarding Isaac Larian and MGA).<br><br>**Contrary evidence:**<br><br>The "fact" is not precise. On March 15, 2002, Mr. Simoneau prepared an incident report to investigate whether Bratz infringed Mattel's rights in Toon Teens. Deposition transcript of Robert Simoneau (Simoneau Tr.), dated 1/28/08, at 138:24-139:8 (Simoneau testifying regarding the March 2002 incident report that he met with Cassidy Park to get more information on the MGA issue and that she "███████████████████████ ████████████████████████ ████████████████████████ ████████████████████████ ████████████████████████ ████████████████████████ ███████") Zeller Dec., Exh. 85; id. at 139:4-17.<br><br>Deposition Transcript of Kathleen Simpson-Taylor ("Simpson Tr."), dated |

| | MGA MATERIAL FACTS AND EVIDENCE CITED | MATTEL'S RESPONSE AND EVIDENCE OF DISPUTE |
|---|---|---|
| | | February 23, 2008, at 75:8-24 (Simpson testified when asked "███████ ████████████ ████████████ ████████████ ████████████ ████████████ ██████████ "). In fact, Simpson-Taylor clarified that it was not her recollection that at the time that the review was initiated by Mattel, it was known that Carter Bryant was the creator of Bratz. "████████████" Zeller Dec., Exh. 62; id. at 75:21-24 |

In March 2002, Mattel investigated allegations that Bratz dolls may have been "██████" Toon Teens. Deposition Exhibit 1195 at M 0074310, Zeller Dec., Exh. 86.

The investigation was to determine if someone at MGA may have had access to these internal Mattel drawings. As part of that investigation, Mattel investigated allegations that Carter Bryant may have gone to work for MGA. However, Mattel did not discover any evidence showing that Carter Bryant worked for MGA. Id. at M 0074372, Zeller Dec., Exh. 86. De Anda Vol. 1 at 173:12-17 (noting it was his understanding that "████████████ ██████"), Zeller Dec., Exh. 61; De Anda Vol. 1 at 243:24-244:14 (When asked whether "████████████ ████████████ ████████████ ████████████ "), Zeller Dec.,

| | MGA MATERIAL FACTS AND EVIDENCE CITED | MATTEL'S RESPONSE AND EVIDENCE OF DISPUTE |
|---|---|---|
| | | Exh. 61. The investigation did not concern any allegation that Bryant created Bratz while employed by Mattel, used Mattel resources to create Bratz, nor entered into contract with MGA while still employed by Mattel. See id.; see also Mattel, Inc.'s Supplemental Response to MGA's First Set of Interrogatories, Nos. 10 & 11, dated December 7, 2007, Zeller Dec., Exh. 87.<br><br>**Evidentiary Objections**<br><br>Objection to the supporting deposition transcript of Ms. Simpson-Taylor at 187:13-188:5 on the grounds that the statements are irrelevant and confusing. Fed. R. Evid. 402, 403.<br><br>Objection to the supporting deposition transcript of Robert Simoneau at 122:24-123:8 on the grounds that the statements are irrelevant and confusing. Fed. R. Evid. 402, 403.<br><br>Objection to exhibit 29 attached to the supporting declaration of Jason Russell on the grounds that this document is irrelevant and confusing. Fed. R. Evid. 402, 403. |
| 58. | Mattel opened Case No. 02-115 to look into ██████████ ████████████████████ ████████████████████ ████████████████████ ████████████████████ ████████████████████ | Disputed.<br><br>Ex. 29 (Mattel Incident Report dated March 20, 2002 regarding Isaac Larian and MGA).<br><br>**Contrary Evidence:**<br><br>In March 2002, Mattel investigated allegations that Bratz dolls may have |

MATTEL'S STATEMENT OF GENUINE ISSUES RE MGA PARTIES

| | MGA MATERIAL FACTS AND EVIDENCE CITED | MATTEL'S RESPONSE AND EVIDENCE OF DISPUTE |
|---|---|---|
| | ██████████ " | been "██████" from Toon Teens. Deposition Exhibit 1195 at M 0074310, Zeller Dec., Exh. 86.<br><br>The investigation was to determine if someone at MGA may have had access to Toon Teens. As part of that investigation, Mattel investigated allegations that Carter Bryant may have gone to work for MGA. However, Mattel did not discover any evidence showing that Carter Bryant worked for MGA. Id. at M 0074372, Zeller Dec., Exh. 86. De Anda Vol. 1 at 173:12-17 (noting it was his understanding that "██████████"), Zeller Dec., Exh. 61; De Anda Vol. 1 at 243:24-244:14 ("When asked whether "████████████ ██████████████ ██████████████ ██████████████ " de Anda responded "██████ ████████████"), Zeller Dec., Exh. 61. The investigation did not concern any allegation that Bryant created Bratz while employed by Mattel, used Mattel resources to create Bratz, nor entered into contract with MGA while still employed by Mattel. See id.; see also Mattel, Inc.'s Supplemental Response to MGA's First Set of Interrogatories, Nos. 10 & 11, dated December 7, 2007, Zeller Dec., Exh. 87.<br><br>**Evidentiary Objections**<br><br>Objection to exhibit 29 attached to the supporting declaration of Jason Russell on the grounds that this document is irrelevant and confusing. Fed. R. Evid. 402, 403. |

| | MGA MATERIAL FACTS AND EVIDENCE CITED | MATTEL'S RESPONSE AND EVIDENCE OF DISPUTE |
|---|---|---|
| 59. | Isaac Larian is listed on Mattel's March 20, 2002 Incident Report as a "███." | Disputed.<br><br>Ex. 29 (Mattel Incident Report dated March 20, 2002 regarding Isaac Larian and MGA);<br><br>Ex. 13 (De Anda) at 179:11-180:9 ("████ ████████████████ ████████").<br><br>**Contrary Evidence:**<br><br>The Incident Report does not state that Mattel was suspicious that Bryant created Bratz while at Mattel. The Incident Report narrative states that "████████████████ ████████████████ ████████████████ ████████████" Exhibit 1195 at M 0074310-11, Zeller Dec., Exh. 86.<br><br>In March 2002, Mattel investigated allegations that Bratz dolls may have been "████████" from Toon Teens. Deposition Exhibit 1195 at M 0074310, Zeller Dec., Exh. 86.<br><br>As part of that investigation, Mattel investigated allegations that Carter Bryant may have gone to work for MGA. However, Mattel did not discover any evidence showing that Carter Bryant worked for MGA. Id. at M 0074372, Zeller Dec., Exh. 86. De Anda Vol. 1 at 173:12-17 (noting it was his understanding that "████████████"), Zeller Dec., |

| | MGA MATERIAL FACTS AND EVIDENCE CITED | MATTEL'S RESPONSE AND EVIDENCE OF DISPUTE |
|---|---|---|
| | | Exh. 61; De Anda Vol. 1 at 243:24-244:14 (When asked whether " ██████████████████ "), Zeller Dec., Exh. 61. The investigation did not concern any allegation that Bryant created Bratz while employed by Mattel, used Mattel resources to create Bratz, nor entered into contract with MGA while still employed by Mattel. See id.; see also Mattel, Inc.'s Supplemental Response to MGA's First Set of Interrogatories, Nos. 10 & 11, dated December 7, 2007, Zeller Dec., Exh. 87.<br><br>**Evidentiary Objections**<br><br>Objection to exhibit 29 attached to the supporting declaration of Jason Russell on the grounds that this document is irrelevant and confusing. Fed. R. Evid. 402, 403.<br><br>Objection to the supporting deposition transcript of Richard de Anda at 172:2-180:9 on the grounds that this testimony is irrelevant and confusing. Fed. R. Evid. 402, 403. |
| 60. | On March 20, 2002, Robert Simoneau met with Ivy Ross "██████se." | Disputed.<br><br>Ex. 29 at MGA0074372B ("██████████ .").<br><br>**The evidence does not support the facts for which it is cited:**<br><br>In March 2002, Mattel investigated allegations that Bratz dolls may have |

MATTEL'S STATEMENT OF GENUINE ISSUES RE MGA PARTIES

| | MGA MATERIAL FACTS AND EVIDENCE CITED | MATTEL'S RESPONSE AND EVIDENCE OF DISPUTE |
|---|---|---|
| | | been "█████" from Toon Teens. Deposition Exhibit 1195 at M 0074310, Zeller Dec., Exh. 86.<br><br>As part of that investigation, Mattel investigated allegations that Carter Bryant may have gone to work for MGA. However, Mattel did not discover any evidence showing that Carter Bryant worked for MGA. Id. at M 0074372, Zeller Dec., Exh. 86; De Anda Vol. 1 at 173:12-17 (noting it was his understanding that "████████ ██████"), Zeller Dec., Exh. 61; De Anda Vol. 1 at 243:24-244:14 (When asked whether "███ ██████████████ ██████████████ ██████████████ ██████████████ █████████"), Zeller Dec., Exh. 61. The investigation did not concern any allegation that Bryant created Bratz while employed by Mattel, used Mattel resources to create Bratz, nor entered into contract with MGA while still employed by Mattel. See id.; see also Mattel, Inc.'s Supplemental Response to MGA's First Set of Interrogatories, Nos. 10 & 11, dated December 7, 2007, Zeller Dec., Exh. 87.<br><br>**Evidentiary Objections**<br><br>Objection to exhibit 29 attached to the supporting declaration of Jason Russell on the grounds that this document is irrelevant and confusing. Fed. R. Evid. 402, 403. |
| 61. | On March 28, 2002, Robert | Disputed. |

| | MGA MATERIAL FACTS AND EVIDENCE CITED | MATTEL'S RESPONSE AND EVIDENCE OF DISPUTE |
|---|---|---|
| | Simoneau met with Cassidy Park, who alleged that Bryant had "███████" an earlier design by Lilly Martinez when he created BRATZ for MGA. | Ex. 29 at MGA0074372B ("████████ ███████████"); |

Ex. 12 (Simoneau) at 136:16-137:1 (describing March 20, 2002 report).

**Contrary Evidence:**

In March 2002, Mattel investigated allegations that Bratz dolls may have been "██████" from Toon Teens. Deposition Exhibit 1195 at M 0074310, Zeller Dec., Exh. 86.

The investigation was to determine if someone at MGA may have had access to these internal Mattel drawings. As part of that investigation, Mattel investigated allegations that Carter Bryant may have gone to work for MGA. However, Mattel did not discover any evidence showing that Carter Bryant worked for MGA. Id. at M 0074372, Zeller Dec., Exh. 86. De Anda Vol. 1 at 173:12-17 (noting it was his understanding that "████████"), Zeller Dec., Exh. 61; De Anda Vol. 1 at 243:24-244:14 (When asked whether "████████ ██████████"), Zeller Dec., Exh. 61. The investigation did not concern any allegation that Bryant created Bratz while employed by Mattel, used Mattel resources to create Bratz, nor

| | MGA MATERIAL FACTS AND EVIDENCE CITED | MATTEL'S RESPONSE AND EVIDENCE OF DISPUTE |
|---|---|---|
| | | entered into contract with MGA while still employed by Mattel.  See id.; see also Mattel, Inc.'s Supplemental Response to MGA's First Set of Interrogatories, Nos. 10 & 11, dated December 7, 2007, Zeller Dec., Exh. 87. |
| | | **Evidentiary Objections** |
| | | Objection to the supporting deposition transcript of Robert Simoneau at 136:16-137:1 on the grounds that this testimony is irrelevant and confusing.  Fed. R. Evid. 402, 403. |
| | | Objection to exhibit 29 attached to the supporting declaration of Jason Russell on the grounds that this document is irrelevant and confusing.  Fed. R. Evid. 402, 403. |
| 62. | According to Richard De Anda, head of Mattel's Security, Mattel's investigation of Bryant and MGA, as " ███████ ███████ " for their work on BRATZ, began in March 2002. | Disputed.  Ex. 13 (De Anda) at 179:11-180:9.  **Contrary Evidence:**  In March 2002, Mattel investigated allegations that Bratz dolls may have been " ████████ " from Toon Teens.  Deposition Exhibit 1195 at M 0074310, Zeller Dec., Exh. 86.  As part of that investigation, Mattel investigated allegations that Carter Bryant may have gone to work for MGA.  However, Mattel did not discover any evidence showing that Carter Bryant worked for MGA.  Id. at M 0074372, Zeller Dec., Exh. 86.  De Anda Vol. 1 at 173:12-17 (noting it was his understanding that " ████████████ |

| | MGA MATERIAL FACTS AND EVIDENCE CITED | MATTEL'S RESPONSE AND EVIDENCE OF DISPUTE |
|---|---|---|
| | | ▉▉▉"), Zeller Dec., Exh. 86; De Anda Vol. 1 at 243:24-244:14 (When asked whether "▉▉▉ ▉▉▉ ▉▉▉ ▉▉▉"), Zeller Dec., Exh. 86. The investigation did not concern any allegation that Bryant created Bratz while employed by Mattel, used Mattel resources to create Bratz, nor entered into contract with MGA while still employed by Mattel. See id.; see also Mattel, Inc.'s Supplemental Response to MGA's First Set of Interrogatories, Nos. 10 & 11, dated December 7, 2007, Zeller Dec., Exh. 87.<br><br>**Evidentiary Objections**<br><br>Objection to the supporting deposition transcript of Richard De Anda at 179:11-180:9 on the grounds that this testimony lacks foundation, is speculative, and is irrelevant and confusing. Fed. R. Evid. 104, 402, 403, 602. |
| 63. | De Anda had a phone call in March 2002 with either Ivy Ross or Cassidy Park where he testified that "▉▉▉ ▉▉▉ ▉▉▉ ▉▉▉ ▉▉▉" | Disputed.<br><br>Ex. 13 (De Anda) at 172:2-178:17.<br><br>**Contrary Evidence**:<br><br>In March 2002, Mattel investigated allegations that Bratz dolls may have been "▉▉▉" from Toon Teens. Deposition Exhibit 1195 at M 0074310, Zeller Dec. Exh. 86.<br><br>As part of that investigation, Mattel investigated allegations that Carter |

| | MGA MATERIAL FACTS AND EVIDENCE CITED | MATTEL'S RESPONSE AND EVIDENCE OF DISPUTE |
|---|---|---|
| | | Bryant may have gone to work for MGA. However, Mattel did not discover any evidence showing that Carter Bryant worked for MGA. _Id._ at M 0074372, Zeller Dec., Exh. 86. De Anda Vol. 1 at 173:12-17 (noting it was his understanding that " ███████ "), Zeller Dec., Exh. 61; De Anda Vol. 1 at 243:24-244:14 (When asked whether " ██████████ "), Zeller Dec., Exh. 61. The investigation did not concern any allegation that Bryant created Bratz while employed by Mattel, used Mattel resources to create Bratz, nor entered into contract with MGA while still employed by Mattel.  _See id._; _see also_ Mattel, Inc.'s Supplemental Response to MGA's First Set of Interrogatories, Nos. 10 & 11, dated December 7, 2007, Zeller Dec., Exh. 87. <br><br> **Evidentiary Objections** <br><br> Objection to the supporting deposition transcript of Richard De Anda at 172:2-178:17 on the grounds that this testimony lacks foundation, is speculative, and is irrelevant and confusing.  _Fed. R. Evid._ 104, 402, 403, 602. |
| 64. | Mattel's Legal department was involved in the March 2002 investigation. | Disputed. <br><br> Ex. 18 (Simpson-Taylor) at 187:13-188:5 (" ██████████ |

| | MGA MATERIAL FACTS AND EVIDENCE CITED | MATTEL'S RESPONSE AND EVIDENCE OF DISPUTE |
|---|---|---|
| | |  |

**Contrary Evidence:**

In March 2002, Mattel investigated allegations that Bratz dolls may have been "          " from Toon Teens. Deposition Exhibit 1195 at M 0074310, Zeller Dec., Exh. 86.

As part of that investigation, Mattel investigated allegations that Carter Bryant may have gone to work for MGA. However, Mattel did not discover any evidence showing that Carter Bryant worked for MGA. <u>Id</u>. at M 0074372, Zeller Dec., Exh. 86. De Anda Vol. 1 at 173:12-17 (noting it was his understanding that "          "), Zeller Dec., Exh. 61; De Anda Vol. 1 at 243:24-244:14 (When asked whether "          "), Zeller Dec., Exh. 61. The investigation did not concern any

| | MGA MATERIAL FACTS AND EVIDENCE CITED | MATTEL'S RESPONSE AND EVIDENCE OF DISPUTE |
|---|---|---|
| | | allegation that Bryant created Bratz while employed by Mattel, used Mattel resources to create Bratz, nor entered into contract with MGA while still employed by Mattel.  See id.; see also Mattel, Inc.'s Supplemental Response to MGA's First Set of Interrogatories, Nos. 10 & 11, dated December 7, 2007, Zeller Dec., Exh. 87.<br><br>De Anda testified that he did not know whether the Law Department was conducting its own investigation of the accusations.  De Anda Tr. at 284:7-19, Zeller Dec. Exh. 61.  Rather, to the extent they were involved, De Anda understood that legal was not conducting a factual investigation of the claim.  De Anda Tr. at 206:3-207:17 ("███████████████████████████████████████████████████████.") Zeller Dec., Exh. 61.<br><br>**Evidentiary Objections**<br><br>Objection to the supporting deposition transcript of Simpson-Taylor at 187:13-188:5 on the grounds that this testimony is irrelevant and confusing.  Fed. R. Evid. 402, 403. |
| 65. | As part of his follow up, De Anda contacted an attorney in Mattel's Legal Department, Michelle McShane, who informed him she was already aware of the issue, and they arranged a meeting with Ivy Ross, Cassidy Park and Robert | Disputed.<br><br>Ex. 13 (De Anda) at 182:3-21, 200:21-201:16, 205:12-207:17.<br><br>**Contrary evidence:**<br><br>De Anda testified that he did not know |



| | MGA MATERIAL FACTS AND EVIDENCE CITED | MATTEL'S RESPONSE AND EVIDENCE OF DISPUTE |
|---|---|---|
| | Simoneau " ████████████ ████████████ ████████████ ████████████ ████████████ ████████████ ████████████ " in the investigation. | whether the Law Department was conducting its own investigation of the accusations. De Anda Tr. at 284:7-19, Zeller Dec. Exh. 61. Rather, to the extent they were involved, De Anda understood that legal was not conducting a factual investigation of the claim. De Anda Tr. at 206:3-207:17 (" ████████████ ████████████ ████████████ ████████████ ████████████ ████████████ ") (emphasis added), Zeller Dec., Exh. 61.

**Evidentiary Objections**

Objection to the supporting deposition transcript of Richard De Anda at 183:2-21, 200:21-201:6, and 205:12-207:17 on the grounds that this testimony is irrelevant and confusing.  Fed. R. Evid. 402, 403. |
| 66. | De Anda followed up with several, regular phone calls concerning the investigation with Ms. McShane and was told that it was in the hands of outside counsel. | Disputed.

**Evidentiary Objections**

Objection to the supporting deposition transcript of Richard De Anda at 230:15:20 on the grounds that this testimony is irrelevant and confusing. Fed. R. Evid. 402, 403.

Objection to the supporting deposition transcript of Richard De Anda at 258:25-259:15 on the grounds that this testimony |

| | MGA MATERIAL FACTS AND EVIDENCE CITED | MATTEL'S RESPONSE AND EVIDENCE OF DISPUTE |
|---|---|---|
| | | is irrelevant and confusing. Fed. R. Evid. 402, 403. |
| 67. | Mattel's investigation, including looking into the activities of Carter Bryant and Isaac Larian, continued into the spring of 2002. | Disputed. Ex. 40 (Mattel's Supplemental Response to MGA's Interrogatory No. 10, dated December 7, 2007). **Contrary evidence**: In March 2002, Mattel investigated allegations that Bratz dolls may have been "███████" from Toon Teens. Deposition Exhibit 1195 at M 0074310, Zeller Dec., Exh. 86. As part of that investigation, Mattel investigated allegations that Carter Bryant may have gone to work for MGA. However, Mattel did not discover any evidence showing that Carter Bryant worked for MGA. Id. at M 0074372, Zeller Dec., Exh. 86. De Anda Vol. 1 at 173:12-17 (noting it was his understanding that "████████████ ████████████"), Zeller Dec., Exh. 61; De Anda Vol. 1 at 243:24-244:14 (When asked whether "███████ ██████████████████ ██████████████████ ██████████████████ ██████████████████ ███████"), Zeller Dec., Exh. 61. The investigation did not concern any allegation that Bryant created Bratz while employed by Mattel, used Mattel resources to create Bratz, nor entered into contract with MGA while still employed by Mattel. See id.; see also Mattel, Inc.'s Supplemental Response to MGA's First Set of Interrogatories, Nos. 10 & 11, dated December 7, 2007, Zeller Dec., |

|  | MGA MATERIAL FACTS AND EVIDENCE CITED | MATTEL'S RESPONSE AND EVIDENCE OF DISPUTE |
|---|---|---|
|  |  | Exh. 87. **Evidentiary Objections** Objection to Exhibit 40 attached to the supporting Declaration of Jason D. Russell on the grounds that it is irrelevant and confusing. Fed. R. Evid. 402, 403. |
| 68. | Michael Zeller, of Quinn, Emanuel, was involved in the "Toon Teens" investigation on behalf of Mattel as early as the summer of 2002. | Disputed. Ex. 18 (Simpson-Taylor) at 112:15-23 (" ■■■■■■ "); Ex. 18 (Simpson-Taylor) at 113:19-114:3 (" ■■■■■■ "); Ex. 18 (Simpson-Taylor) at 191:14-19 (" ■■■■■■ "). |

| | | MGA MATERIAL FACTS AND EVIDENCE CITED | MATTEL'S RESPONSE AND EVIDENCE OF DISPUTE |
|---|---|---|---|
| | | | **Evidentiary Objections** |
| | | | Objection to the supporting deposition transcript of Simpson-Taylor at 112:15-23, 113:19-114:3, 191:14-19 on the grounds that this testimony is irrelevant and confusing. Fed. R. Evid. 402, 403. |
| | 69. | In August 2002, Mattel CEO Robert Eckert received an anonymous letter, in which Carter Bryant is accused of having created BRATZ while employed by Mattel and bringing it to MGA. | Disputed. Ex. 30 (anonymous letter addressed to Robert Eckert stamped "Received" August 5, 2002); Ex. 9 (Eckert) at 131:1-132:12. **Contrary Evidence**: On or about August 5, 2002, an anonymous letter addressed to Mattel's CEO was received. The anonymous author alleges that Bryant created Bratz and agreed to sell the concept to MGA and hide Mattel's true ownership of Bratz in exchange for secret payments from MGA. M0074401 (Deposition Exhibit 1193), Zeller Dec. Exh. 63. Mattel's CEO, Robert Eckert, testified that he believes that he has received more than 50 anonymous letters during his tenure at Mattel. Deposition Transcript of Robert Eckert ("Eckert Tr."), dated January 28, 2008 at 129:20-130:10, Zeller Dec., Exh. 64. Neither Mr. Eckert nor Mattel's Vice President of Human Resources, Alan Kaye, recall receiving the letter. Eckert Tr. at 129:11-132:21, Zeller Dec., Exh. 64; M0074401 (Deposition Exhibit 1193), Zeller Dec., Exh. 63; Kaye Tr. at 13:10-17:7, Zeller Dec. Exh. 65. |

| | MGA MATERIAL FACTS AND EVIDENCE CITED | MATTEL'S RESPONSE AND EVIDENCE OF DISPUTE |
|---|---|---|
| | | The head of Mattel Worldwide Security, Richard De Anda, testified that since the letter was anonymous, investigations into the author and follow-up could not be conducted. De Anda Tr. at 247:16 - 247:23, 248:9-23, Zeller Dec. Exh. 61.<br><br>de Anda understood that the anonymous letter was accusing Bryant of having plagiarized Toon Teens after he left Mattel. See Deposition Exhibit 1194, Zeller Dec., Exh. 100; De Anda Tr. at 249:2-15; 256:12-258:3; 258:13-259:23; 267:17-268:11; 280:12-281:9; 282:18-283:22, Zeller Dec., Exh. 61.<br><br>**Evidentiary Objections**<br><br>Objection to Exhibit 30 attached to the supporting declaration of Jason Russell on the grounds that this document is irrelevant and confusing.  Fed. R. Evid. 402, 403. |
| 70. | Alan Kaye, Senior Vice President of Mattel's Human Resources Department, received the anonymous August 2002 letter from an assistant to Robert Eckert. | Undisputed.<br><br>Ex. 20 (Kaye) at 390:19-20. |
| 71. | Alan Kaye forwarded the anonymous August 2002 letter to Richard De Anda, Mattel's' Head of Security, for further investigation. | Undisputed.<br><br>Ex. 13 (De Anda) at 225:9-14. |
| 72. | Mattel admits that if the allegations in the letter were true, then Mattel would have been on notice of the same claims that it is asserting in this | Disputed.<br><br>Ex. 18 (Simpson-Taylor)-- at 242:12-243:1 (" ████████████ |

| | MGA MATERIAL FACTS AND EVIDENCE CITED | MATTEL'S RESPONSE AND EVIDENCE OF DISPUTE |
|---|---|---|
| | case. | ██████████████ ██████████ "). **Contrary Evidence**: Disputed as to "then Mattel would have been on notice of the same claims that it is asserting in this case" and supporting cite: Simpson-Taylor did not take the anonymous letter at face value, but was asked to assume facts by MGA's counsel. Moreover, she did not testify that Mattel would have been on notice if the facts in the anonymous letter were true. Testimony from Simpson-Taylor at 241:9-243:1, Zeller Dec., Exh. 62 follows: Q. ████████ |

| | MGA MATERIAL FACTS AND EVIDENCE CITED | MATTEL'S RESPONSE AND EVIDENCE OF DISPUTE |
|---|---|---|
| | | ███████████████████████<br><br>De Anda understood that the anonymous letter was accusing Bryant of having plagiarized Toon Teens after he left Mattel. See Deposition Exhibit 1194, Zeller Dec., Exh. 100; De Anda Tr. at 249:2-15; 256:12-258:3; 258:13-259:23; 267:17-268:11; 280:12-281:9; 282:18-283:22, Zeller Dec., Exh. 61. |
| 73. | De Anda wrote to Kaye regarding the letter, indicating that he had been "██████████████ ████████████████████ ████████████████████ ████████████████████ ██████████████████" | Disputed.<br><br>Ex. 31 (undated e-mail from Richard De Anda to Alan Kaye regarding Bryant investigation);<br><br>Ex. 13 (De Anda) at 249:6-8.<br><br>**Contrary evidence:**<br><br>In March 2002, Mattel investigated allegations that Bratz dolls may have |

| | MGA MATERIAL FACTS AND EVIDENCE CITED | MATTEL'S RESPONSE AND EVIDENCE OF DISPUTE |
|---|---|---|
| | | been "▮▮▮▮▮" from Toon Teens. Deposition Exhibit 1195 at M 0074310, Zeller Dec., Exh. 86.<br><br>As part of that investigation, Mattel investigated allegations that Carter Bryant may have gone to work for MGA. However, Mattel did not discover any evidence showing that Carter Bryant worked for MGA. Id. at M 0074372, Zeller Dec., Exh. 86. De Anda Vol. 1 at 173:12-17 (noting it was his understanding that "▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮"), Zeller Dec., Exh. 61; De Anda Vol. 1 at 243:24-244:14 (When asked whether "▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮"), Zeller Dec., Exh. 61. The investigation did not concern any allegation that Bryant created Bratz while employed by Mattel, used Mattel resources to create Bratz, nor entered into contract with MGA while still employed by Mattel. See id.; see also Mattel, Inc.'s Supplemental Response to MGA's First Set of Interrogatories, Nos. 10 & 11, dated December 7, 2007, Zeller Dec., Exh. 87.<br><br>De Anda understood that the anonymous letter was accusing Bryant of plagiarizing Toon Teens after he left Mattel. See Deposition Exhibit 1194, Zeller Dec., Exh. 100; De Anda Tr. at 249:2-15; 256:12-258:3; 258:13-259:23; 267:17-268:11; 280:12-281:9; 282:18-283:22, Zeller Dec., Exh. 61. |
| 74. | By 2003, the media was reporting on Barbie's loss of | Disputed.<br><br>Ex. 62 (Tkacik, Mattel Tries Hip-Hop |

| | MGA MATERIAL FACTS AND EVIDENCE CITED | MATTEL'S RESPONSE AND EVIDENCE OF DISPUTE |
|---|---|---|
| | market share to BRATZ. | Dolls – Firm's Stalwart Barbie Loses Market Share, so 'Flavas' Will Take on Rivals the 'BRATZ,' Wall Street Journal (July 21, 2003)).<br><br>**Evidentiary Objections**<br><br>Objection to Exhibit 62 attached to the supporting declaration of Jason D Russell on the grounds of hearsay. Fed. R. Evid. 801, 802. |
| 75. | In October 2003, Mattel hired Tim Kilpin to head up its Girls' Division. | Undisputed.<br>Ex. 14 (Kilpin) at 148:19-25;<br><br>Ex. 9 (Eckert) at 45:23-46:2. |
| 76. | Tim Kilpin, who was with Disney in 2001, met Isaac Larian at the New York Toy Fair in 2001 and congratulated him on BRATZ beating Barbie in December 2001. | Undisputed.<br>Ex. 32 (December 11, 2001 e-mail from Kilpin congratulating Larian on BRATZ "██████████");<br><br>Ex. 14 (Kilpin) 119:17-19. |
| 77. | Tim Kilpin instituted a plan of action to help Barbie regain market share. | Disputed.<br><br>**Evidentiary Objections**<br><br>Objection to the supporting deposition transcript of Tim Kilpin at 235:19-22 on the grounds that this testimony is irrelevant and confusing. Fed. R. Evid. 402, 403. |
| 78. | Major media sources reported on MGA and Larian's involvement in the BRATZ enterprise from 2002 through 2004. | Disputed.<br><br>Ex. 52 (Paschal, With BRATZ, a toy maker's dreams come true, Reuters (February 14, 2002));<br><br>Ex. 53 (Verdon, The dish on the DOLLS; the claws come out in the fashion toy |

| | MGA MATERIAL FACTS AND EVIDENCE CITED | MATTEL'S RESPONSE AND EVIDENCE OF DISPUTE |
|---|---|---|
| | | competition; The lowdown on the high-fashion dolls, The New Jersey Record (November 23, 2002)); |
| | | Ex. 54 (Bannon, Barbie Faces Sassy Rivals in BRATZ Dolls -- Upstart Collection Poses Threat to Mattel's Classic Luring 'Tween' Market, Wall Street Journal (November 29, 2002)); |
| | | Ex. 55 (Bannon, Fashion Coup?  New Doll Grabs Some of Barbie's Limelight, Wall Street Journal (November 29, 2002)); |
| | | Ex. 56 (Bannon, Is It a Fashion Coup? Sassy BRATZ Grab Some of Barbie's Limelight – Upstart is Reaching Preteens With Street-Smart Look for Toy, Wall Street Journal (December 2, 2002)); |
| | | Ex. 57 (Tkacik, Dolled Up: To Lure Older Girls, Mattel Brings in Hip-Hop Crowd; It Sees Stalwart Barbie Lose Market Share, So 'Flavas' Will Take on the 'BRATZ'; Battle of the Big Heads, Wall Street Journal (July 18, 2003)); |
| | | Ex. 58 (Moore, BRATZ creator Larian aims to win Barbie's core fans, Reuters (December 3, 2003)); |
| | | Ex. 59 (Goldman, BRATZ Dolls' Little Sisters to Challenge Barbie, Los Angeles Times (December 4, 2003)); |
| | | Ex. 60 (Hopkins, Look for BRATZ Story on the Silver Screen, The Daily News of Los Angeles (February 13, 2004)); |
| | | Ex. 61 (O'Neal, BRATZ packers are what's cool in a doll world, Chicago Sun-Times (March 5, 2004)). |

07209/2447527.1

| | MGA MATERIAL FACTS AND EVIDENCE CITED | MATTEL'S RESPONSE AND EVIDENCE OF DISPUTE |
|---|---|---|
| | | **The evidence does not support the facts for which it is cited.** |
| | | Although MGA and Isaac Larian received publicity in February 2001 regarding the launch of BRATZ, none of the articles prior to July 18, 2003 make mention that Carter Bryant was the creator of the BRATZ. |
| | | MGA and Bryant admit that no public statement even recognizing Bryant as Bratz's creator was issued until July 18, 2003, when the Wall Street Journal published an article with that information.  See e.g., MGA Entertainment, Inc.'s Supplemental and Amended Responses to Mattel, Inc.'s Third Set of Requests for Admission to MGA Entertainment, Inc., Nos. 183, 185, Proctor Dec., Exh. 113; Carter Bryant's Supplemental and Amended Responses to Mattel, Inc.'s Third Set of Requests for Admission to Carter Bryant Nos. 80-82, Zeller Dec., Exh. 82. |
| | | **Evidentiary Objections** |
| | | Objection to Exhibits 52-61 attached to the supporting declaration of Jason D Russell on the grounds of hearsay.  Fed. R. Evid. 801, 802. |
| 79. | Mattel attributed its loss in market share to the success of BRATZ. | Undisputed. Ex. 35 ("2005 Barbie Spring Line Review," dated April 15, 2004); Ex. 34 (Barbie® 2004 Marketing Plan dated October 28, 2003); Ex. 33 (April 2, 2004 e-mail from S. Ross to T. Kilpin). |

MATTEL'S STATEMENT OF GENUINE ISSUES RE MGA PARTIES

| MGA MATERIAL FACTS AND EVIDENCE CITED | MATTEL'S RESPONSE AND EVIDENCE OF DISPUTE |
|---|---|
| 80. Mattel registered its alleged copyrights in Bryant's drawings in October 30, 2006. | Undisputed. Ex. 68 (Mattel Copyright Registrations VA 1-378-648, VA 1-378-649, VA 1-378-650, VA 1-378-651, VA 1-378-652, VA 1-378-653, VA 1-378-654, VA 1-378-655, VA 1-378-656, VA 1-378-657, VA 1-378-658, VA 1-378-659, VA 1-378-660, VAu 715-270, VAu 715-271, and VAu 715-273). |

| MATTEL ADDITIONAL MATERIAL FACTS | EVIDENTIARY SUPPORT |
|---|---|
| 81. Exactly when Bryant pitched his Bratz drawings to MGA and who was involved is disputed even as between Bryant and MGA's own witnesses. | Garcia testified that she had received Bryant's Prayer Angel drawings prior to Bryant's September 1 pitch meeting with MGA. Garcia Tr. (Vol. 1) at 244:1-245:15 (stating she had " ████████ "), Zeller Dec., Exh. 67. See also Bryant's Prayer Angel sketches, Bates-numbered BRYANT 00173-174, Proctor Dec., Exh. 75; Garcia Tr. Vol. 2 at 321:22-322:6, Corey Dec., Exh. 20; Bryant's August 31, 2000 invoice for Prayer Angels, MGA's corresponding purchase order, and MGA's corresponding requisition, Bates-numbered MGA001294-96, Proctor Dec., Exh. 73; Deposition Transcript of Kerri Brode, Vol. 1 ("Brode Tr. Vol. 1"), dated August 18, 2007, at 117:18-24, Corey Dec., Exh. 21. Bryant Tr. (Vol 1) at 9:25-10:18; 11:6-11 (Bryant testifies that he met with Garcia and Victoria O'Connor prior to the September 1, 2000 "pitch" meeting.  He |

| | MATTEL ADDITIONAL MATERIAL FACTS | EVIDENTIARY SUPPORT |
|---|---|---|
| | | testifies that he met with Garcia and O'Connor "███████████████████" and showed them his drawings.  He testified that this was the first time he met with Garcia), Zeller Dec., Exh. 1. |
| | | Garcia Tr. (Vol. 1) at 243:18-245:13, Zeller Dec., Exh. 67; Garcia Tr. (Vol. 2) at 325:16-326:6, Zeller Dec., Exh. 68. Garcia testified that the first contact she had with Bryant was when she received an email from Bryant at the end of August 2000.  She testified that Bryant and her did not meet in person until the September 1, 2000 meeting. |
| | | Garcia Tr. (Vol. 2) at 308:21-309:10 (Garcia testified that she did not see Carter Bryant's illustrations prior to the September 1, 2000 "pitch" meeting.), Zeller Dec., Exh. 68.  See also Garcia Tr. (Vol. 2) at 317:16-318:11, 323:3-7, 333:22-334:4, Zeller Dec., Exh. 68. |
| | | One former MGA project manager recalled from the Bryant's pitch that "[███████████████████" The project manager explained that Bryant presented the "████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████" Deposition Transcript of Andreas Koch ("Koch Tr."), dated February 15, 2008 at 35:4-36:8, Zeller Dec., Exh. 58. |

| | MATTEL ADDITIONAL MATERIAL FACTS | EVIDENTIARY SUPPORT |
|---|---|---|
| | | O'Connor Tr. at 46:18-23, 48:16-50:24, 52:24-53:11, 54:9-12, Zeller Dec., Exh. 46. Victoria O'Connor testified that the first meeting between Bryant and Garcia took place at the end of August, early September 2000. She testified that only Bryant, Garcia and herself were at this meeting. See Koch Tr. at 30:6-24 (Koch first met Bryant at MGA at a meeting with Bryant and Garcia), Zeller Dec., Exh. 58; id. at 31:23-32:11, 32:19-48:6 (Koch, Garcia and Bryant met at a conference table at the end of a row of cubicles; Bryant showed Garcia and Koch his portfolio of drawings; Garcia was "▮▮▮▮"). |
| | | Larian v. Larian Arbitration Tr., Vol. 2 ("Larian v. Larian Tr."), dated November 17, 2005 at 227:10-228:5 (Former MGA Salesperson Jennifer Maurus testified that in the early summer of 2000 Garcia first introduced her to Bryant and showed her his Bratz drawings), Zeller Dec., Exh. 59; id. at 228:10-14 (at the point that Maurus saw the Bratz drawings Garcia told her that Garcia had already met with Larian about the concept). |
| 82. | Rosenbaum testified based on his knowledge of "▮▮▮▮▮▮" in the industry, ▮▮▮▮ ▮▮▮▮▮▮▮▮▮ " MGA itself used Inventions Agreement substantially similar to Mattel's | David Rosenbaum ("Rosenbaum Tr."), dated January 25, 2008, at 88:19-90:24, Zeller Dec., Exh. 75; see also Mercedeh Ward's Inventions Agreement with MGA, Bates-numbered MGA001470-2, Proctor Dec., Exh. 87. |
| 83. | Rosenbaum's inquiries to Wang were not comprehensive; he only asked her "▮▮▮▮▮ ▮▮▮" about Bryant's development of Bratz. The sum | Rosenbaum Tr. at 77:4-88:18 & 218:18-220:3, Corey Dec., Exh. 29. |

| | MATTEL ADDITIONAL MATERIAL FACTS | EVIDENTIARY SUPPORT |
|---|---|---|
| | total of Rosenbaum's investigation of Mattel's preexisting rights to Bratz was a brief telephone conversation with Bryant's attorney, Anne Wang. Wang purportedly said that Bryant created Bratz before commencing employment at Mattel. Rosenbaum asked no questions about what investigation Wang had done to reach that conclusion. He did not ask any specific questions about the time, manner or place Bryant allegedly developed the concept, whether it was expressed then in any tangible form, or whether Bryant could otherwise document ownership. | |
| 84. | Wang conducted a limited review of the chronology of Bryant's development of Bratz, as her only discussions were with Bryant himself and the materials she reviewed were also provided by Bryant. | Wang reviewed "███████████" as well as "███████████" provided by Bryant and "███████████." Deposition Transcript of Anne Wang Vol. 1 ("Wang Tr. Vol. 1"), dated January 28, 2008, at 28:12-29:11, Zeller Dec., Exh. 74.<br><br>Moreover, she only interviewed Bryant. Wang Tr. Vol. 1 at 110:5-11, Zeller Dec., Exh. 74. |
| 85. | Mattel expert William Flynn found that the tracings that Bryant testified were his original 1998 Bratz drawings were created _after_ the color Bratz drawings Bryant testified that he "colorized" in 1999. | Expert Report of William Flynn ("Flynn Report"), dated February 11, 2008, at 8, (noting "███████████ ███████████ ███████████ ███████████"); see also Flynn Report at 7; _with_ Bryant Vol. 2 at 334:9-10 (regarding BRYANT 0199, "███████████ |

| | MATTEL ADDITIONAL MATERIAL FACTS | EVIDENTIARY SUPPORT |
|---|---|---|
| | | ▮"); and Bryant Vol. 2 at 339:14-340:1 (regarding BRYANT 00220, "▮ ▮g"). |
| 86. | Bryant admitted that the handwritten "▮" on each of his colorized 1999 drawings was added at some later date after the drawings were completed. | Bryant Tr. Vol. 2 at 297:17-303:3, & BRYANT 00222 - BRYANT 00234 (Bryant does not recall when the handwritten "▮" notation on his drawings was added.), Zeller Dec., Exh. 41; Bryant Tr. Vol. 2 at 300:20-301:7 & BRYANT 00223 (part of Deposition Exhibit 3), Zeller Dec., Exh. 41; Bryant Tr. Vol. 2 at 339:13-340:1 & BRYANT 00222 (part of Deposition Exhibit 3), Zeller Dec., Exh. 41; Bryant Tr. Vol. 2 at 414:15-415:12 & MGA 000455 - MGA000464 (Deposition Exhibit 8), Zeller Dec., Exh. 88; Bryant Tr. Vol. 2 at 418:20-420:20 & MGA 000465-481 (Deposition Exhibit 9), Zeller Dec., Exh. 89, MGA 000455- 000464 (Deposition Exhibit 8) (Bryant testifies that he did not add the handwritten "▮" notation on his drawings), Zeller Dec., Exh. 88. |
| 87. | Bryant testified that he had certain of his drawings notarized in August 1999 by a notary who worked at Mattel. | Deposition Transcript of Carter Bryant Vol. I ("Bryant Tr. Vol. I"), dated November 4, 2004 at 53:5-8, 53:14-54:17 (testifying that he showed the drawings to Ramona Prince, a co-worker, because he wanted to get them notarized.), Zeller Dec., Exh.1; Bryant Tr. Vol. IV at 842: 18-22 (testifying that he went to Ramona to notarize some drawings), Zeller Dec. Exh. 4. |
| 88. | In the notary's notary book, there is a handwritten entry stating, "▮ ▮ ▮" | Deposition Transcript of Carter Bryant, Vol. IV ("Bryant Tr. Vol. IV"), dated January 23, 2008 at 847: 3-14, Zeller Dec., Exh.4; Prince Tr. at 112:4-20, Zeller Dec. Exh. 55; Deposition Exhibit 60, Zeller Dec. Exh. 90. |
| 89. | Mattel expert Valerie Aginsky found that the line stating | Declaration of Valerie Aginsky, dated |

| | MATTEL ADDITIONAL MATERIAL FACTS | EVIDENTIARY SUPPORT |
|---|---|---|
| | " ███████████████████ ." | March 24, 2007, at 3. |
| 90. | Wang attempted to remove the warranty from the Bryant-MGA Agreement in which Bryant represented that the Bryant work product was original and did not infringe the legal rights of any third parties. Nonetheless, Rosenbaum did not consider that attempt to be a " ███████ ." | Rosenbaum Tr. at 169:6-170:22, Zeller Dec., Exh. 75. |
| 91. | Bryant, Marlow and Leahy continued to perform Bratz work for MGA after Bryant gave resignation notice to Mattel but before he left Mattel. | An internal e-mail chain dated October 10, 2000 stated Bryant "███████████ ", Bates-numbered MGA004717, Zeller Dec., Exh. 77; Deposition Transcript of Paula Garica Vol. 3 ("Garcia Tr. Vol. 3"), dated October 9, 2007, at 873:19-875:11, Zeller Dec., Exh. 78; Marlow's invoices for 169 hours of work on Bratz for "████████ ", Bates-numbered MGA 0072161-167, Zeller Dec., Exh. 79; Garcia Tr. Vol. 4 at 1276:16-21, Zeller Dec., Exh. 45; Bryant's actual expense report, receipts, and MGA's payment to Bryant for his Bratz expenses from 9/23/00 to 10/11/00, Bates-numbered MGA 3786749-60, Zeller Dec., Exh. 80; Leahy testified that on October 6, 2000, Bryant, Marlow, and Garcia went to her home to give her feedback on the Bratz sculpt, Deposition Transcript of Margaret Leahy Vol. 1 ("Leahy Tr. Vol. 1"), dated December 12, 2007, at 221:22-222:19; Zeller Dec., Exh. 18; Gentle Giant Studios, Inc. invoice to Leahy regarding sculpting and molding dated October 11, |

| | MATTEL ADDITIONAL MATERIAL FACTS | EVIDENTIARY SUPPORT |
|---|---|---|
| | | 2000; Zeller Dec., Exh. 76; Leahy Tr. Vol. 1 at 193:14-194:5, Zeller Dec., Exh. 18; Bryant testified that Marlow created fashions before his last day at Mattel, Bryant Vol. 1 at 118:2-13, Zeller Dec., Exh. 1. See also ¶ 13, support for DISPUTED fact (Garcia's testimony regarding the fact she did not even know Bryant was a Mattel employee until 2004). |
| 92. | At the time Bryant was leaving Mattel, Nordquist did not know that he was going to a competitor. | Nordquist testified that she was initially suspicious that Bryant was going to a competitor, but that he lied to her when she asked him directly. Deposition Transcript of Jill Nordquist ("Nordquist Tr."), dated July 31, 2007, at 145:1-9 (Nordquist testified that ████████ ████████ ████████ ████████"), Corey Dec., Exh. 30; id. at 127:22-128:9 (when asked whether Bryant was going to a competitive doll company, Bryant responded "████ ████") |
| 93. | Although MGA and Isaac Larian received publicity in February 2001 regarding the launch of BRATZ, none of the articles cited prior to July 18, 2003 make mention that Carter Bryant was the creator of the BRATZ. MGA and Bryant admit that no public statement even recognizing Bryant as Bratz's creator was issued until July 18, 2003, when the Wall Street Journal published an article with that information. | See e.g., MGA Entertainment, Inc.'s Supplemental and Amended Responses to Mattel, Inc.'s Third Set of Requests for Admission to MGA Entertainment, Inc., Nos. 183, 185, Proctor Dec., Exh. 113; see also Carter Bryant's Supplemental and Amended Responses to Mattel, Inc.'s Third Set of Requests for Admission to Carter Bryant Nos. 80-82, Zeller Dec., Exh. 82. |
| 94. | Intentionally Left Blank | Intentionally Left Blank |
| 95. | There were Mattel employees who worked in the Design Center that did not even know | It was not "common knowledge" within Mattel's Design Center that Bryant was involved with Bratz, as many Design |

| MATTEL ADDITIONAL MATERIAL FACTS | EVIDENTIARY SUPPORT |
|---|---|
| who Carter Bryant was, much less whether he was involved with Bratz. | Center employee's had never heard of Carter Bryant.  Deposition Transcript of Joni Pratte ("Pratte Tr."), dated June 1, 2007, at 70:11-18 (Pratt testified that she did not know Carter Bryant and had never met him. "▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮"), Zeller Dec., Exh. 83.  Kislap Ongchangco, another Design Center employee did not know Bryant either. Deposition of Kislap Ongchangco ("Ongchangco Tr.") dated April 24, 2007, at 147:22:-148:2 (Ongchangco testified that he did not know Bryant "▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮"), Zeller Dec., Exh. 84.  Further, Ongchangco goes on to testify that he only heard that Bryant had any involvement in the Bratz dolls when there was a lawsuit pending. "▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮" (Ongchangco) at 193:19-194:20, Zeller Dec., Exh. 84.  Although, Cloonan states that she heard through the "▮▮▮▮▮▮▮" that Bryant was involved with Bratz, Cloonan goes on to add, "▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮." Deposition Transcript of Elise Cloonan, Vol. 1 ("Cloonan Tr. Vol. 1:) dated December 14, 1007, at 133:1-3, Zeller Dec., Exh. 17.  She also testified that when she was asked by others at Mattel in 2001 whether it was true that Bryant was involved with Bratz, she told them that she did not know.  Cloonan Tr. at 325:10-19  "I'm not sure what Carter is doing ..." Zeller Dec., Exh. 17.  Jill Nordquist denied that it was "▮▮▮ ▮▮▮" after Bratz first launched that |

| | MATTEL ADDITIONAL MATERIAL FACTS | EVIDENTIARY SUPPORT |
|---|---|---|
| | | Bryant was involved with Bratz. Nordquist Tr., 187:12 - 187:18 ("█████████████████████████████████████████████████████████████████████ "), Zeller Dec., Exh. 51. |
| 96. | In public statements, Larian identified himself, not Bryant, as the creator of Bratz. | See Affidavit of Isaac Larian in MGA v. Metson at p. 2, ¶ 8, Bates-numbered MGA 0868039-91 (Larian claiming he "██████████ "), Zeller Dec., Exh. 92; Woodman Tr. Vol. 1 at 218:1-21, Zeller Dec., Exh. 93; Business Week article discussing Mattel and Bratz, Bates-numbered M 0074054-6, ("[Larian] got the idea for Bratz after seeing his own kids run around in navel-baring tops and hip-huggers."), Zeller Dec., Exh. 53; San Fernando Valley Business Journal article discussing Larian, (Larian states "It was Jason's idea for Bratz."), Zeller Dec., Exh. 54; Reuters article discussing Bratz ("Larian, a doting father of two boys and a girl, named one of the dolls Yasmin after his own daughter.") Zeller Dec., Exh. 94. |
| 97. | In an e-mail dated March 12, 2002, from Isaac Larian to MGA personnel, regarding inquiries about Bratz, Larian stated that:"████████████████████████████████████████████████ " | E-mail from Isaac Larian dated March 12, 2002 instructing MGA personnel, Bates-numbered MGA 3801819-22, Zeller Dec., Exh. 95. |
| 98. | In response to an e-mail from Larian proposing development of a collectible Bratz doll, Dee Dee Valencia proposed creating a limited edition model that | E-mail from Isaac Larian to Dee Dee Valencia dated February 6, 2003, Bates-numbered MGA 3801558-9, Zeller Dec., Exh. 96. |

| | MATTEL ADDITIONAL MATERIAL FACTS | EVIDENTIARY SUPPORT |
|---|---|---|
| | would create a marketing "▮▮▮▮▮" | |
| 99. | De Anda testified that his March 2002 conversation with Ivy Ross and/or Cassidy Park did <u>not</u> involve an accusation that Bryant created Bratz during his Mattel employment. | Deposition Transcript of Richard De Anda Vol. 1 ("De Anda Tr. Vol. 1"), dated December 19, 2007, at 243:24-244:14, Zeller Dec., Exh. 61. |
| 100. | The incident referred to in the Incident Report was to investigate a possible infringement of Mattel's "Toon Teens" designs, not whether Bryant created Bratz or worked with MGA during his Mattel employment. The potential claims investigated in 2002 did not give Mattel any knowledge, or even reason to believe, that Bryant worked for MGA and/or conceived of Bratz while a Mattel employee. "▮▮▮▮▮" | Mattel's Supplemental Response to MGA's Interrogatory No. 10, dated December 7, 2007, Zeller Dec., Exh. 87. |
| 101. | Ivy Ross testified that she did not complain to anyone at Mattel about Bratz or any aspect of Bratz, "▮▮▮▮" | Deposition Transcript of Ivy Ross ("Ross Tr.") dated January 17, 2008, at 61:23-63:3, Zeller Dec., Exh. 60. |
| 102. | Intentionally Left Blank | Intentionally Left Blank |
| 103. | Mattel's CEO, Robert Eckert, testified that he believes that he has received more than 50 anonymous letters during his tenure at Mattel. | Deposition Transcript of Robert Eckert ("Eckert Tr."), dated January 28, 2008 at 129:20-130:10, Zeller Dec., Exh. 64. |
| 104. | Neither Mr. Eckert nor Mattel's Vice President of Human | Eckert Tr. at 129:11-132:21, Zeller Dec. Exh. 64; M0074401 (Deposition Exhibit |

| | MATTEL ADDITIONAL MATERIAL FACTS | EVIDENTIARY SUPPORT |
|---|---|---|
| | Resources, Alan Kaye, recall receiving the anonymous August 5, 2002 letter. | 1193), Zeller Dec. Exh. 63; Kaye Tr. at 13:10-17:7, Zeller Dec., Exh. 65. |
| 105. | The head of Mattel Worldwide Security, Richard De Anda, testified that since the letter was anonymous, investigations into the author and follow-up could not be conducted. | De Anda Tr. at 248:9-23, Zeller Dec. Exh. 61. |
| 106. | Garcia testified that she never heard Victoria O'Connor, Isaac Larian or anyone at MGA discuss any concern about acquiring Bratz because Bryant was employed by Mattel. | Garcia Tr. (Vol. 2) at 328:11-329:3, Zeller Dec., Exh. 68. |
| 107. | Garcia testified that it was only sometime in 2004 that she learned Bryant was employed by Mattel at the time of the September 1, 2000 meeting. | Garcia Tr. (Vol. 1) at 271:18-272:2, Zeller Dec., Exh. 67. |
| 108. | Garcia testified that it is her best recollection that prior to April 2004, she was unaware that Bryant had been employed by Mattel as of September 19, 2000. | Garcia Tr. (Vol. 1) at 275:18-22, Zeller Dec., Exh. 67. |
| 109. | Garcia stated that aside from information provided to her by attorneys, she is unable to answer how she came to know Bryant was a designer at Mattel at the time she met with him. | Garcia Tr. (Vol. 1) at 273:6-19, Zeller Dec., Exh. 67. |
| 110. | MGA never offered Bratz to Mattel, Inc. Rather, at that time, Mattel Latin America, a separate subsidiary, occasionally distributed MGA products during that timeframe. Mateo Romano, an employee of Mattel Latin America in 2001, saw Bratz in January 2001 at Hong Kong Toy Fair, and | Declaration of Mateo Ramano in support of Mattel, Inc.'s Consolidated Opposition to Defendants' Motion for Partial Summary Judgment, dated March 20, 2008 at ¶¶ 2-7. |

| MATTEL ADDITIONAL MATERIAL FACTS | EVIDENTIARY SUPPORT |
|---|---|
| discussed with MGA the possibility of Mattel Latin America distributing this product in Latin America. | |
| 111. Roxanna Powell did not tell anyone at Mattel that Margaret Hatch Leahy told her that Bryant created Bratz. | See Deposition of Ivy Ross ("Ross Tr.), dated January 17, 2008 at 120:18-121:2 (Ross knew Roxanna Powell but did not recall ever having any discussions with Roxanna Powell "▮▮▮▮▮▮▮ ▮▮▮▮▮▮."), Zeller Dec., Exh. 60; see also Deposition Transcript of Richard De Anda ("De Anda Tr."), dated December 19, 2007 at 211:4-19 (De Anda did not know Powell's name or recall anyone mentioning her name to him during the March 2002 investigation), Zeller Dec., Exh. 61; Deposition Transcript of Christina Tomiyama ("Tomiyama Tr."), dated February 27, 2008 at 289:21-290:12 (Powell's name sounds "▮▮▮▮" familiar to Tomiyama, but she does not have any memory of discussing Bryant, MGA or this lawsuit with Powell), Zeller Dec., Exh. 15; Deposition of Ana Elise Cloonan ("Cloonan Tr."), dated December 14, 2007 at 308:17-309:7 (Cloonan testified that she talked to Powell sometime in 2001 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮), Zeller Dec., Exh. 17; id. at 315:10-23 (Cloonan testified that "▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮"). |
| 112. In March 2002, Mattel investigated allegations that Bratz dolls may have been "▮▮▮▮▮" from Toon Teens. | Exhibit 1195 at M 0074310, Zeller Dec., Exh. 86. |
| 113. The investigation was to determine if someone at MGA may have had access to Toon Teens. As part of that | Exhibit 1195 at M 0074372, Zeller Dec., Exh. 86. De Anda Vol. 1 at 173:12-17 (noting it was his understanding that "▮▮▮▮▮▮▮ |

| | MATTEL ADDITIONAL MATERIAL FACTS | EVIDENTIARY SUPPORT |
|---|---|---|
| | investigation, Mattel investigated allegations that Carter Bryant may have gone to work for MGA. However, Mattel did not discover any evidence showing that Carter Bryant worked for MGA. | ███ "), Zeller Dec., Exh. 61; De Anda Vol. 1 at 243:24-244:14 (When asked whether "███ ██████████ ██████████ ███ "), Zeller Dec., Exh. 61. |
| 114. | The investigation did not concern any allegation that Bryant created Bratz while employed by Mattel, used Mattel resources to create Bratz, and/or entered into contract with MGA while still employed by Mattel. | See id.; see also Mattel, Inc.'s Supplemental Response to MGA's First Set of Interrogatories, Nos. 10 & 11, dated December 7, 2007, Zeller Dec., Exh. 87. |
| 115. | Bryant had approached MGA and various people about working on Bratz before July 2000. Anna Rhee testified that Bryant introduced Rhee to MGA in or about June 2000 and had her paint the faces of three-dimensional "Bratz" doll heads. She submitted an invoice to MGA dated June 12, 2000 for that work. Rhee testified that when she first began working on this "secret" project, she did not know the project by the name "Bratz," but that Bryant initially instead had called it "Angel," which is what she wrote on her invoice to MGA as well as on other invoices for her work on Bratz in September 2000. | Deposition Transcript of Anna Rhee ("Rhee Tr."), dated February 3, 2005 at 107:4-108:10, 109:5-25, 113:24-114:15, 127:8-14, 132:25-133:2, 138:9-22, 202-204, Zeller Dec., Exh. 66; Collection of Invoices from Anna Rhee to MGA, Bates numbered AR 0001-AR 0058, marked as Exhibit 201 in this action, Zeller Dec., Exh. 72. |
| 116. | The name "Angel" was used internally at MGA to refer to the Bratz project. | See Deposition Transcript of Anna Rhee, dated February 3, 2005 at 23:13-24:8 (Rhee, the face painter of Bratz, testified that invoices dated as early as June 12, |

MATTEL'S STATEMENT OF GENUINE ISSUES RE MGA PARTIES

| | | MATTEL ADDITIONAL MATERIAL FACTS | EVIDENTIARY SUPPORT |
|---|---|---|---|
| | | | 2000 -- far before MGA claims to have even met Bryant -- were for work she performed on Bratz for MGA under the "code name" of "Angel."), Zeller Dec., Exh. 66; See also Ashong Tr. at 214:3-18 (Ashong confirmed that "Angel" was a name used internally at MGA for one of the Bratz characters), Zeller Dec., Exh. 71. |
| | 117. | Larian testified that he directed MGA's Victoria O'Connor to determine the "truth" of Bryant's statements that Mattel had no rights in the Bratz works; however, O'Connor denied that Larian directed her to do so. | See Deposition Transcript of Victoria O'Connor, dated December 6, 2004 at 237:12-24 (O'Connor testified that it would be an untrue statement if Larian said that he told O'Connor to "███████████████ ████"), Zeller Dec., Exh. 46.<br><br>Cf., Deposition Transcript of Isaac Larian, dated July 18, 2006 at 48:22-49:10 (Larian testified that he instructed O'Connor to "████████████ ████████"), Zeller Dec., Exh. 81. |
| | 118. | Bryant acknowledged at deposition that both MGA and Larian knew that he was a Mattel employee at the time he pitched his ideas to them, accepted payments from them, and worked for them, and entered into an agreement with them. | Bryant Tr. Vol. 1 at 88:21-89:3 (Larian knew Bryant was employed by Mattel when they met); see also MGA001297, Zeller Dec. Exh. 80 (MGA's payment to Bryant for his Bratz expenses incurred from 9/23-10/11/00) |
| | 119. | In 2003, Larian told the Wall Street Journal reporter that "he chose Mr. Bryant's idea for the Bratz over several others after holding a sort of fashion-doll design contest in late 1999." | Wall Street Journal article from July 18, 2003, Zeller Dec. Exh. 118 |
| | 120. | Anna Rhee testified that Bryant personally described his work on the Bratz designs to her as | Deposition of Anna Rhee, Feb. 3, 2005, at 204:3-4, Zeller Dec. Exh. 66. |

| | MATTEL ADDITIONAL MATERIAL FACTS | EVIDENTIARY SUPPORT |
|---|---|---|
| | "inventing." | |
| 121. | Roxanna Powell was not a supervisor at Mattel. | Ross Tr. at 120:20-23 (Powell was "█ ████████"), Zeller Dec., Exh. 60. |
| 122. | Larian claimed MGA obtained documentation form Bryant to verify the date of creation of Bratz. But when asked to produce it, MGA's lawyers confirmed no such document exists. | Letter from B. Dylan Proctor to Diana Torres, dated July 19, 2007, Zeller Dec., Exh. 97; letter from Diana Torres to B. Dylan Proctor, dated July 25, 2007, Zeller Dec., Exh. 98; e-mail from B. Dylan Proctor to William Charron, dated August 1, 2007, Zeller Dec., Exh. 99; Larian Tr. at 89:23-92:6, Zeller Dec., Exh. 81 (Larian claimed MGA obtained documentation from Bryant to verify the date of creation of Bratz). |
| 123. | MGA's Rachel Harris, who herself had meetings with Bryant and Larian, testified that she and others knew at the time that Bryant was a Mattel employee and that it would be "t█████" for Bryant if Mattel learned he was presenting drawings to MGA while still employed by Mattel. | Rachel Harris Tr. at 167:6-169:11 (both Garcia and Ward separately told Harris that Bryant's involvement in Bratz was confidential and that it would not be very good for him if Mattel knew he showed Bratz to MGA), Zeller Dec., Exh. 52. |
| 124. | Bryant and the MGA witnesses dispute among themselves exactly when Bryant pitched Bratz to MGA, but all agree that Bryant initially pitched his designs to a small group of people at MGA. | Garcia testified that she had received Bryant's Prayer Angel drawings prior to Bryant's September 1 pitch meeting with MGA. Garcia Tr. (Vol. 1) at 244:1-245:15 (stating she had "█ ████████████████████████ ████████████████████████ ████████████████████████ ████████████████████████ ████████████████████████ ██████████████."), Zeller Dec., Exh. 67.<br><br>See also Bryant's Prayer Angel sketches, Bates-numbered BRYANT 00173-174, |

| | MATTEL ADDITIONAL MATERIAL FACTS | EVIDENTIARY SUPPORT |
|---|---|---|
| | | Proctor Dec., Exh. 75; Garcia Tr. Vol. 2 at 321:22-322:6, Corey Dec., Exh. 20; Bryant's August 31, 2000 invoice for Prayer Angels, MGA's corresponding purchase order, and MGA's corresponding requisition, Bates-numbered MGA001294-96, Proctor Dec., Exh. 73; Deposition Transcript of Kerri Brode, Vol. 1 ("Brode Tr. Vol. 1"), dated August 18, 2007, at 117:18-24, Corey Dec., Exh. 21. |
| | | Bryant Tr. (Vol 1) at 9:25-10:18; 11:6-11 (Bryant testifies that he met with Garcia and Victoria O'Connor prior to the September 1, 2000 "pitch" meeting.  He testifies that he met with Garcia and O'Connor "█████████████" for "████████████████████" and showed them his drawings.  He testified that this was the first time he met with Garcia), Zeller Dec., Exh. 1. |
| | | Garcia Tr. (Vol. 1) at 243:18-245:13, Zeller Dec., Exh. 67; Garcia Tr. (Vol. 2) at 325:16-326:6, Zeller Dec., Exh. 68. Garcia testified that the first contact she had with Bryant was when she received an email from Bryant at the end of August 2000.  She testified that Bryant and her did not meet in person until the September 1, 2000 meeting. |
| | | Garcia Tr. (Vol. 2) at 308:21-309:10 (Garcia testified that she did not see Carter Bryant's illustrations prior to the September 1, 2000 "pitch" meeting.), Zeller Dec., Exh. 68.  See also Garcia Tr. (Vol. 2) at 317:16-318:11, 323:3-7, 333:22-334:4, Zeller Dec., Exh. 68. |
| | | O'Connor Tr. at 46:18-23, 48:16-50:24, 52:24-53:11, 54:9-12, Zeller Dec., Exh. 46.  Victoria O'Connor testified that the |

| | MATTEL ADDITIONAL MATERIAL FACTS | EVIDENTIARY SUPPORT |
|---|---|---|
| | | first meeting between Bryant and Garcia took place at the end of August, early September 2000. She testified that only Bryant, Garcia and herself were at this meeting. See Koch Tr. at 30:6-24 (Koch first met Bryant at MGA at a meeting with Bryant and Garcia), Zeller Dec., Exh. 58; id. at 31:23-32:11, 32:19-48:6 (Koch, Garcia and Bryant met at a conference table at the end of a row of cubicles; Bryant showed Garcia and Koch his portfolio of drawings; Garcia was "▮▮▮"). |
| | | Larian v. Larian Arbitration Tr., Vol. 2 ("Larian v. Larian Tr."), dated November 17, 2005 at 227:10-228:5 (Former MGA Salesperson Jennifer Maurus testified that in the early summer of 2000 Garcia first introduced her to Bryant and showed her his Bratz drawings), Zeller Dec., Exh. 59; id. at 228:10-14 (at the point that Maurus saw the Bratz drawings Garcia told her that Garcia had already met with Larian about the concept). |
| 125. | De Anda understood the August 5, 2002 anonymous letter was accusing Bryant of plagiarizing Toon Teens after he left Mattel. | De Anda understood that the anonymous letter was related to the Toon Teens investigation. See Deposition Exhibit 1194, Zeller Dec., Exh. 100; De Anda Tr. at 249:2-15; 256:12-258:3; 258:13-259:23; 267:17-268:11; 280:12-281:9; 282:18-283:22, Zeller Dec., Exh. 61. |
| 126. | There is no evidence that the dolls were "shown" or a Mattel employee ever visited MGA's private showroom. Mateo Romano, an employee of Mattel de Mexico in 2001, a Mexican corporation and independent subsidiary of Latin America, saw Bratz prototypes in January 2001 at Hong Kong Toy Fair. Mattel de Mexico occasionally | Declaration of Mateo Ramano in support of Mattel, Inc.'s Consolidated Opposition to Defendants' Motion for Partial Summary Judgment, dated March 20, 2008 at ¶¶ 2-7. |

| | MATTEL ADDITIONAL MATERIAL FACTS | EVIDENTIARY SUPPORT |
|---|---|---|
| | distributed MGA products during that timeframe. MGA approached Mr. Romano about the possibility of Mattel de Mexico distributing this product in Latin America. Mr. Romano "did not share the information about Bratz beyond the product name and product number with anyone at Mattel, Inc. in El Segundo." | |
| 127. | Mattel knew nothing that put it on notice of the facts underlying this lawsuit until November 24, 2003, when it obtained a copy of Bryant's contract with MGA and several doll drawings that Bryant had purported to assign to MGA. | Declaration of Michael Moore, dated March 24, 2008 ("Moore Dec."), at ¶ 3-4. |
| 128. | Anne Wang, Bryant's attorney did not give MGA's attorney any substantive response when he inquired regarding Bryant's ownership of Bratz and said that she would check with Bryant. | Deposition Transcript of Anne Wang ("Wang Tr."), dated January 28, 2008 at 44:25-48:18 ("▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮"), Zeller Dec., Exh. 74 |
| 129. | Rosenbaum understood that the work that Bryant did for Mattel, would be owned by Mattel. | Deposition Transcript of David Rosenbaum ("Rosenbaum Tr."), dated January 25, 2008, at 88:19-90:17 (MGA's attorney acknowledging that Bryant ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮", Zeller Dec., Exh. 75. |
| 130. | The testimony of the MGA principals involved is disputed as to whether or not Larian tasked O'Connor to investigate the truth of Bryant's claims regarding his ownership of the | See Deposition Transcript of Victoria O'Connor, dated December 6, 2004 at 237:12-24 (O'Connor testified that it would be an untrue statement if Larian said that he told O'Connor to "▮▮▮▮▮▮▮▮▮▮▮▮▮ |

| | MATTEL ADDITIONAL MATERIAL FACTS | EVIDENTIARY SUPPORT |
|---|---|---|
| | Bratz works. | ████ "), Zeller Dec., Exh. 46.<br><br>Deposition Transcript of Isaac Larian, dated July 18, 2006 at 48:22-49:10 (Larian testified that he instructed O'Connor to "████ ████ "), Zeller Dec., Exh. 81. |
| 131. | In other litigation, MGA represented that the Bryant-MGA Agreement was a "████ ████." | Statement of Claim Filed in the High Court of the Hong Kong Special Administrative Region Court of First Instance, dated September 16, 2003, Zeller Dec. Exh. 115 at ¶ G. |
| 132. | Garcia, the Program Manager of Bratz, asked Bryant for information regarding hair materials before he even signed the contract with MGA. | Garcia Tr. (Vol. 3) at 840:6-15, Zeller Dec. Exh. 78. |
| 133. | Garcia e-mailed MGA Hong Kong personnel on September 27, 2000 and informed them that she sent a package of materials relating to the Bratz project. | Garcia Tr. (Vol. 3) at 879:10- 880:11, Zeller Dec. Exh. 78. |
| 134. | Garcia e-mailed MGA Hong Kong personnel on October 16, 2000 and attached a picture of a Bratz sculpt that she sent to MGA Hong Kong via Fed Ex | Exhibit 1105, Bates-numbered MGA HK 0011155-56, Zeller Dec. Exh. 117. |
| 135. | Larian told Bryant to work "████ ████" on the Bratz project while Bryant was still employed by Mattel. | Larian Tr. at 168:18 - 169:19, Zeller Dec. Exh. 81. |
| 136. | Defendants have not produced any evidence that Mattel knew: (1) that Bryant created Bratz, (2) that he developed Bratz | Defendants have not produced any evidence. |

| | | MATTEL ADDITIONAL MATERIAL FACTS | EVIDENTIARY SUPPORT |
|---|---|---|---|
| | | while at Mattel, using Mattel resources,<br>(3) that he and MGA entered into a contract while he was still employed by Mattel, or<br>(4) that MGA knew when it entered into the contract with Bryant that he was a Mattel employee and that Mattel owned Bratz | |
| | 137. | On July 18, 2003, the <u>Wall Street Journal</u> publishes an article reporting, <u>inter alia</u>, that "Bratz were designed by Carter Bryant"; "some are convinced the Bratz borrow liberally from a Mattel project that was scrapped at the testing stage in 1998"; and "Bryant didn't work on the line that Mattel scrapped." | Wall Street Journal article from July 03, Ex. 11, Zeller Dec. Exh. 118. |
| | 138. | The article did not state that Bryant conceived of Bratz or created Bratz related materials during his Mattel tenure. | Wall Street Journal article from July 03, Ex. 11, Zeller Dec. Exh. 118. |
| | 139. | On November 24, 2003, Mattel receives in discovery in an unrelated action a copy of a MGA-Bryant contract dated "9/14/00" and thus pre-dating Bryant's resignation from Mattel. | Moore Dec. Exh. 1-2 & ¶2-4, Bates-numbered M 0001547. |

| | MATTEL ADDITIONAL MATERIAL FACTS | EVIDENTIARY SUPPORT |
|---|---|---|
| 140. | Another MGA employee confirmed that the creation date of the actual Bratz dolls was September 18, 2000. | Deposition Exhibit 551, MGA 0069426-27, Email from Nana Ashong to Victoria O'Connor and Paula Tranteafalles (stating "▇▇▇▇▇▇▇▇▇▇▇▇▇▇"), Zeller Dec. Exh. 121. |

DATED:  March 24, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP


By /s/ Jon D. Corey
   Jon D. Corey
   Attorneys for Mattel, Inc.