1 QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   John B. Quinn (Bar No. 090378)
2  johnquinn@quinnemanuel.com
   Michael T. Zeller (Bar No. 196417)
3  (michaelzeller@quinnemanuel.com)
   Jon D. Corey (Bar No. 185066)
4  (joncorey@quinnemanuel.com)
   Timothy L. Alger (Bar No. 160303)
5  (timalger@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
6  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
7  Facsimile: (213) 443-3100

8 Attorneys for Plaintiff and Cross-
  Defendant Mattel, Inc.

9

10                UNITED STATES DISTRICT COURT

11                CENTRAL DISTRICT OF CALIFORNIA

12                       EASTERN DIVISION

13 CARTER BRYANT, an           | CASE NO. CV 04-9049 SGL (RNBx)
   individual,
14                             | Consolidated with Case Nos. CV 04-09059
              Plaintiff,       | and CV 05-02727
15
        vs.                    | **AMENDED PROOF OF SERVICE**
16
   MATTEL, INC., a Delaware
17 corporation,                | Discovery Cutoff:      January 14, 2008
                               | Pre-Trial Conference:  April 7, 2008
18            Defendant.       | Trial Date:            April 29, 2008

19
   AND CONSOLIDATED
20 ACTIONS

21

22

23

24

25

26

27

28

07209/2447093.1

-1-

Case No. CV 04-9049 SGL (RNBx)
AMENDED PROOF OF SERVICE

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is NOW Messenger Service, 1301 West Second Street, Suite 206, Los Angeles, California 90026.

On March 26, 2008, I served true copies of the following documents described as: **SEE ATTACHED DOCUMENT LIST** on the parties in this action as follows:

John W. Keker, Esq.
Michael H. Page, Esq.
Christa M. Anderson, Esq.
**Keker & Van Nest, LLP**
710 Sansome Street
San Francisco, CA 94111

[√]   **PERSONAL**: By personally delivering the document listed above to the person(s) at the address(es) set forth above.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made

Executed on March 26, 2008, at Los Angeles, California.

Dave Quintana

07209/2447093.1

-2-

Case No. CV 04-9049 SGL (RNBx)
AMENDED PROOF OF SERVICE

# DOCUMENT LIST

1. MATTEL INC.'S CORRECTED OPPOSITION TO THE MGA PARTIES' AND CARTER BRYANT'S MOTIONS FOR PARTIAL SUMMARY JUDGMENT;

2. [CORRECTED] MATTEL, INC.'S STATEMENT OF GENUINE ISSUES REGARDING BRYANT'S SEPARATE STATEMENT OF UNCONTESTED FACTS IN SUPPORT OF BRYANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT;

3. [CORRECTED] MATTEL, INC.'S STATEMENT OF GENUINE ISSUES REGARDING MGA PARTIES' [PROPOSED] STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF THEIR MOTION FOR PARTIAL SUMMARY JUDGMENT