UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Carter Bryant, an individual,<br><br>PLAINTIFF(S)<br>v.<br>Mattel, Inc., a Delaware corporation<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CV 04-9049 SGL (RNBx)<br><br>NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
Non-Party Journalist Chris Palmeri's Response to Mattel, Inc.'s Motion Objecting to Discovery Master's February 26, 2008 Order Denying Mattel's Motion to Compel Deposition of Christopher Palmeri

**Document Description:**
- ☐ Administrative Record
- ☐ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)
- ☑ Other  Non-Party Journalist Response to Motion.

**Reason:**
- ☐ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☐ Per Court order dated _____
- ☑ Manual Filing required (*reason*):
  Journalist Chris Palmeri is not a party and is not listed in the efiling system at this time.

| | |
|---|---|
| March 24, 2008<br>Date | Robyn Aronson<br>Attorney Name<br><br>Non-Party Journalist Chris Palmeri<br>Party Represented |

Note:   File one Notice in each case, each time you manually file document(s).

G-92 (02/08)                                         NOTICE OF MANUAL FILING

## PROOF OF SERVICE BY FEDERAL EXPRESS

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Davis Wright Tremaine, LLP, Suite 2400, 865 South Figueroa Street, Los Angeles, California 90017-2566. I am familiar with the practice at my place of business for collection and processing of correspondence for overnight delivery by Federal Express. Such correspondence will be deposited with a facility regularly maintained by Federal Express for receipt on the next business day.

On March 24, 2008, I served the following document(s): **NOTICE OF MANUAL FILING** by placing a **true copy or original** in a separate envelope for each addressee named below, with the name and address of the person served shown on the envelope as follows:

See attached service list.

and by sealing the envelope and placing it for collection and delivery by Federal Express with delivery fees paid or provided for in accordance with ordinary business practices.

Executed on March 24, 2008, at Los Angeles, California.

☐ State     I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

☑ Federal     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

      Frank M. Romero               *[signature: Frank M. Romero]*
         Print Name                                Signature

## SERVICE LIST
## USDC-CASE NO. CV 04-9049

John B. Quinn, Esq.
Michael T. Zeller, Esq.
Jon D. Corey, Esq.
Anthony Algers, Esq.
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017

Barry B. Langberg, Esq.
Michael J. Niborski, Esq.
STROOCK & STROOCK & LAVAN LLP
2049 Century Park East, Suite 1600
Los Angeles, CA 90067

Thomas J. Nolan, Esq.
Michael H. Page, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Ave., Suite 3400
Los Angeles, CA 90071

Mark E. Overland, Esq.
David C. Scheper, Esq.
Alexander H. Cote, Esq.
OVERLAND BORENSTEIN SCHEPER & KIM, LLP
300 South Grand Ave., Suite 2750
Los Angeles, CA 90071

John W. Keker, Esq.
Michael H. Page, Esq.
Christa M. Anderson, Esq.
KEKER & VAN NEST, LLP
710 Sansome Street
San Francisco, CA 94111

LAX 574249v1 3930059-000040