THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
JASON D. RUSSELL (Bar No. 169219)
(jrussell@skadden.com)
MARINA V. BOGORAD (Bar No. 217524)
(mbogorad@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, CA 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

KENNETH PLEVAN (admitted *pro hac vice*)
(kplevan@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, NY 10046
Tel.: (212) 735-3000 / Fax: (212) 735-2000

Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited,
MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian



**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>Honorable Stephen G. Larson<br><br>**PROOF OF SERVICE** |

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

     I am employed in the county of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 300 South Grand Avenue, 34th Floor, Los Angeles, CA 90071.

     On **March 24, 2008**, I served the foregoing documents described as:

**SEE ATTACHED DOCUMENT LIST**

on the interested parties in this action addressed as follows:

**SEE ATTACHED SERVICE LIST**

(x)    (BY PERSONAL SERVICE)  ( )    By personally delivering copies to the person served. (FEDERAL)

                                (x)    I caused such document to be hand delivered to the above addressees. (FEDERAL)

(X)    (BY FEDERAL EXPRESS)

0    (BY ELECTRONIC MAIL)

     I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

     Executed on **March 24 2008,** in Los Angeles, California.

       Matthew T. Bowman
       PRINT NAME                   SIGNATURE

## DOCUMENT LIST

(1)  MGA PARTIES' MEM. AND POINTS OF AUTHORITIES IN OPPOSITION TO MATTEL'S MOTION FOR SUMMARY JUDGMENT;

(2)  MGA PARTIES' OPPOSITION TO MATTEL, INC.'S [CORRECTED] SEPARATE STATEMENT OF UNCONTESTED FACTS AND CONCLUSIONS OF LAW;

(3)  DECLARATION OF THOMAS J. NOLAN IN OPPOSITION TO MATTEL'S MOTION FOR PARTIAL SUMMARY JUDGMENT(EXHIBITS VOLUME 1 AND 2);

(4)  DECLARATION OF ROBERT TONNER IN OPPOSITION TO MATTEL'S MOTION FOR PARTIAL SUMMARY JUDGMENT;

(5)  DECLARATION OF CARTER BRYANT IN OPPOSITION TO MATTEL'S MOTION FOR PARTIAL SUMMARY JUDGMENT;

(6)  DECLARATION OF PETER S. MENELL IN OPPOSITION TO MATTEL'S MOTION FOR PARTIAL SUMMARY JUDGMENT;

(7)  DECLARATION OF GLENN V. VILPPU IN OPPOSITION TO MATTEL'S MOTION FOR PARTIAL SUMMARY JUDGMENT;

(8)  DECLARATION OF PAULA GARCIA IN OPPOSITION TO MATTEL'S MOTION FOR PARTIAL SUMMARY JUDGMENT;

(9)  MGA PARTIES' EVIDENTIARY OBJECTIONS TO MATTEL, INC'S MOTION FOR PARTIAL SUMMARY JUDGMENT

(10)  REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL'S INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT;

(11)  MGA PARTIES' OPPOSITION TO MATTEL, INC.'S REQUEST FOR JUDICIAL NOTICE;

(12)  [PROPOSED] ORDER GRANTING MGA PARTIES' EVIDENTIARY OBJECTIONS TO MATTEL, INC.'S MOTION FOR SUMMARY JUDGMENT;

(13)  APPLICATION TO FILE UNDER SEAL;

(14)  [PROPOSED] ORDER TO FILE UNDER SEAL; and

(15)  PROOF OF SERVICE

PROOF OF SERVICE
NO. CV 04-9049 SGL (RNBx)

SERVICE LIST

**VIA PERSONAL SERVICE**

John B. Quinn, Esq.
Michael T. Zeller, Esq.
Jon D. Corey, Esq.
Quinn Emanuel Urquhart Oliver &
Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017-2543
(213)  443-3000
(213)  443-3100 (Fax)

Attorneys for Mattel, Inc.


**VIA FEDERAL EXPRESS**

Mark E. Overland, Esq.
Alexander H. Cote, Esq.
David S. Scheper, Esq.
Overland Borenstein Scheper & Kim
300 South Grand Avenue, Suite 2750
Los Angeles, CA 90071
Telephone:  (213) 613-4655
Facsimile:  9213) 613-4656

Attorneys for Carlos Gustavo Machado
Gomez

**VIA FEDERAL EXPRESS**

John W. Keker, Esq.
Michael H. Page, Esq.
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA  94111
(415)  391-5400
(415)  397-7188 (Fax)

Attorneys for Carter Bryant