THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
JASON D. RUSSELL (Bar No. 169219)
(jrussell@skadden.com)
MARINA V. BOGORAD (Bar No. 217524)
(mbogorad@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Los Angeles, CA  90071-3144
Tel.: (213) 687-5000 / Fax: (213) 687-5600

KENNETH PLEVAN (admitted *pro hac vice*)
(kplevan@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square, New York, NY 10046
Tel.: (212) 735-3000 / Fax: (212) 735-2000

Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. de C.V., and Isaac Larian

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>Honorable Stephen G. Larson<br><br>STIPULATION REGARDING REPLY BRIEFS ON MOTIONS FOR PARTIAL SUMMARY JUDGMENT<br><br>[Proposed] Order lodged concurrently]<br><br>Hearing Date: April 22, 2008; Time: 10:00 a.m. |

## STIPULATION

**WHEREAS**, on February 22, 2007, the Court entered an Order on the parties' stipulation regarding briefing of their respective motions for partial summary judgment (the "February 22, Order");

**WHEREAS**, on March 24, 2007, the Court entered an Order on the parties' stipulation regarding briefing of their respective motions for partial summary judgment (the "March 24 Order");

**WHEREAS**, pursuant to the March 24 Order, Carter Bryant ("Bryant") and MGA Entertainment, Inc., Isaac Larian, and MGA Entertainment (HK) Ltd. (collectively, the "MGA Parties") were permitted to file memoranda of points and authorities in opposition to Mattel's motion for partial summary judgment that were up to 40 pages in length, and Mattel, Inc. ("Mattel") was permitted to file a consolidated memorandum of points and authorities in opposition to Bryant's and the MGA Parties' respective motions for partial summary judgment of up to 80 pages in length;

**WHEREAS**, on or about March 24, 2007, Bryant and the MGA Parties filed two separate oppositions to Mattel's motion for partial summary judgment, the memoranda of points and authorities in support of which were 36 and 40 pages, respectively, for a total of 76 pages, and Mattel filed a consolidated opposition to Bryant's and the MGA Parties' respective motions for partial summary judgment, the memorandum of points and authorities in support of which was 80 pages in length;

**WHEREAS**, under the February 22 Order, Mattel is entitled to file two reply memoranda of points and authorities in to support of its motion for partial summary judgment, one responding to the MGA Parties' opposition and one responding to Bryant's opposition, each of which may be up to 25 pages in length;

**WHEREAS**, the MGA Parties' and Bryant's oppositions to Mattel's motion for partial summary judgment each incorporated certain arguments made in the other defendant's motion by reference, and Mattel believes that certain facts are relevant to both of defendants' oppositions;

**WHEREAS**, Mattel therefore believes that a single, omnibus reply brief will provide the clearest presentation of the issues, and that judicial economy would be served if the Court were to permit Mattel to file a single memorandum of points and authorities in reply to the opposition briefs filed by Bryant and the MGA Parties of up to 50 pages in length, as opposed to two separate reply briefs of up to 25 pages in length each;

**WHEREAS**, under the Order, the MGA Parties and Bryant are each entitled to file a reply memoranda of points and authorities in support of their respective motions for partial summary judgment, each of which may be up to 25 pages in length; and

**WHEREAS**, Bryant and the MGA Parties believe that, due to the manner in which Mattel has allocated its arguments in its consolidated opposition brief, they may wish to adjust the page limits for their respective reply briefs in support of their respective motions for partial summary judgment by allowing MGA to use up to 5 pages currently allotted to Bryant, to allow an orderly analysis of certain issues affecting both Bryant and the MGA Parties;

**NOW, THEREFORE**, Mattel, Bryant and the MGA Parties, by and through their counsel of record, hereby agree as follows, subject to the Court's approval:

1. Mattel may file a single reply memorandum of points and authorities in support of its motion for partial summary judgment of up to 50 pages in length.

2. The MGA Parties may file a reply memorandum of points and authorities in support of its motion for partial summary judgment of up to 30 pages in length, so long as the MGA Parties' reply memorandum and Bryant's reply memorandum in support of their respective motions for partial summary judgment, together, do not exceed 50 pages in length.

**IT IS SO STIPULATED.**

DATED: March 26, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ B. Dylan Proctor (with permission)
B. Dylan Proctor
Attorneys for Mattel, Inc.

DATED: March 26, 2008

SKADDEN ARPS SLATE MEAGHER & FLOM, LLP

By /s/ Jason D. Russell (with permission)
Jason D. Russell
Attorneys for MGA Entertainment, Inc., Isaac Larian, and MGA Entertainment (HK) Ltd.

DATED: March 26, 2008

KEKER & VAN NEST, LLP

By /s/ Matthew M. Werdegar (with permission)
Matthew M. Werdegar
Attorneys for Carter Bryant