**OVERLAND BORENSTEIN SCHEPER & KIM LLP**
MARK E. OVERLAND (State Bar No. 38375)
moverland@obsklaw.com
DAVID C. SCHEPER (State Bar No. 120174)
dscheper@obsklaw.com
ALEXANDER H. COTE (State Bar No. 211558)
acote@obsklaw.com
300 South Grand Avenue, Suite 2750
Los Angeles, CA  90071-3144
Telephone: (213) 613-4655
Facsimile:  (213) 613-4656

**Attorneys for**
**Carlos Gustavo Machado Gomez**

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, <br><br>  Plaintiff, <br><br> v. <br><br> MATTEL, INC., <br><br>  Defendant. <br><br> AND CONSOLIDATED CASES | CASE NO. 04-9049 SGL (RNBx) <br><br> Consolidated with CV 04-9059 and CV 05-2727 <br><br> **CARLOS GUSTAVO MACHADO GOMEZ'S NOTICE OF POSITION REGARDING DOCUMENT CONFIDENTIALITY** <br><br> **Phase 1** <br> Discovery Cut Off: January 28, 2008 <br> Pre-Trial Conf.:    May 5, 2008 <br> Trial Date:           May 27, 2008 |

## NOTICE OF POSITION

On March 24, 2008, the Court ordered all parties to "efile notices setting forth their respective positions on this issue" of "redesignating the confidentiality level of documents currently designated as Confidential - Attorneys Eyes Only to allow for review of these documents by the parties and/or their principals."

Carlos Gustavo Machado Gomez has not designated any part of his document production as "Confidential – Attorneys Eyes Only." Moreover, Mr. Machado takes no position regarding the redesignation of the confidentiality level of documents so designated by other parties.

DATED: March 27, 2008  OVERLAND BORENSTEIN SCHEPER & KIM LLP
MARK E. OVERLAND
ALEXANDER H. COTE


By: _____/s/_____
Alexander H. Cote
Attorneys for CARLOS GUSTAVO MACHADO GOMEZ