LODGED

1  THOMAS J. NOLAN (Bar No. 66992)
   (tnolan@skadden.com)
2  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue
3  Los Angeles, CA 90071-3144
   Tel.: (213) 687-5000/Fax: (213) 687-5600
4
   RAOUL D. KENNEDY (Bar No. 40892)
5  (rkennedy@skadden.com)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
6  4 Embarcadero Center, 38th Floor
   San Francisco, CA 94111-5974
7  Tel.: (415) 984-6400 / Fax: (415) 984-2698

8  Attorneys for MGA Entertainment, Inc.

9

10             UNITED STATES DISTRICT COURT

11             CENTRAL DISTRICT OF CALIFORNIA

12                    EASTERN DIVISION

13

14  CARTER BRYANT, an individual,      ) CASE NO. CV 04-9049 SGL (RNBx)
                                       )
15                  Plaintiff,         ) **DISCOVERY MATTER**
                                       )
16         v.                          ) [~~PROPOSED~~] ORDER
                                       )
17  MATTEL, INC., a Delaware           )
    corporation,                       )
18                                     )
                                       )
19                  Defendant.         )
                                       )
20  AND CONSOLIDATED ACTIONS           )
                                       )
21  ─────────────────────────────────

22

23

24

25

26

27

28  ─────────────────────────────────
    MGA's Reply to Third Party Right Management Consultants, Inc. in Further Support of MGA's
    Motion to Compel Production of Documents
    Case No. CV 04-9049 SGL (RNBx)

# ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the following documents be filed under seal pursuant to Local Rule 79-5.1: MGA's Reply to Third Party Right Management Consultants, Inc. in Further Support of MGA's Motion To Compel Production of Documents and the associated Second Supplemental Declaration of Lance A. Etcheverry.

DATED: March 27, 2008

*[signature]*

Hon. Stephen G. Larson
United States District Court Judge

MGA's Reply to Third Party Right Management Consultants, Inc. in Further Support of MGA's
Motion to Compel Production of Documents
Case No. CV 04-9049 SGL (RNBx)
-2-

499827-Los Angeles Server 1A - MSW