QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>　　　　　Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>ORDER ON STIPULATION REGARDING DOCKET NUMBER 2504<br><br>**Phase 1**<br>Discovery Cut-off:　January 28, 2008<br>Pre-trial Conference: May 5, 2008<br>Trial Date:　　　　　May 27, 2008 |

07209/2447110.1

[PROPOSED ORDER] RE STIPULATION RE DOCKET NUMBER 2504

## ORDER

Based on the stipulation of the parties, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

(1) The Clerk is directed to file under seal Docket Number 2504-6 through 2504-26 in Case No. 04-9049, filed on March 7, 2008, in their entirety.

DATED: March 26, 2008

*/s/ S. G. Larson*

Hon. Stephen G. Larson
United States District Judge