QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

CARTER BRYANT, an individual,

Plaintiff,

vs.

MATTEL, INC., a Delaware corporation,

Defendant.

AND CONSOLIDATED ACTIONS

CASE NO. CV 04-9049 SGL (RNBx)

Consolidated with
Case Nos. CV 04-09059 & CV 05-2727

[PROPOSED] ORDER GRANTING MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL CORRECTED CONSOLIDATED OPPOSITION TO DEFENDANTS' MOTIONS FOR PARTIAL SUMMARY JUDGMENT AND RELATED DOCUMENTS

[C.D. Rule 79-5.1]

Hearing Date: April 23, 2008
Time: 10:00 a.m.
Place: Courtroom 1

**Phase 1**
Discovery Cut-Off: January 28, 2008
Pre-Trial Conference: May 5, 2008
Trial Date: May 27, 2008

-1-
[PROPOSED] ORDER GRANTING MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL CORRECTED CONSOLIDATED OPPOSITION AND RELATED DOCUMENTS

1 | Good cause having been shown in Mattel, Inc.'s concurrently filed
2 | Application to File Under Seal Corrected Consolidated Opposition to Defendants'
3 | Motions for Partial Summary Judgment and Related Documents,
4 | The following documents are ORDERED to be filed under seal
5 | pending further order of the Court:
6 |     1.    Mattel, Inc.'s Corrected Consolidated Opposition to Defendants'
7 | Motions for Partial Summary Judgment;
8 |     2.    ~~Corrected Mattel, Inc.'s Statement Of Genuine Issues Regarding~~
9 | Bryant's Separate Statement Of Uncontested Facts And Conclusions Of Law In
10 | Support Of Bryant's Motion For Partial Summary Judgment;
11 |     3.    Corrected Mattel, Inc.'s Statement Of Genuine Issues Regarding
12 | MGA Parties' [Proposed] Statement Of Uncontroverted Facts And Conclusions Of
13 | Law In Support Of Their Motion For Partial Summary Judgment; and
14 |     4.    Corrected Declaration of Michael T. Zeller In Support Of
15 | Mattel's Opposition to Defendants' Motions for Partial Summary Judgment.
16 | IT IS SO ORDERED.
17 | DATED:

MAR 27 2008

*[signature: S.G. Larson]*
Hon. Stephen G. Larson
United States District Judge