KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
jkeker@kvn.com
MICHAEL H. PAGE - #154913
mpage@kvn.com
CHRISTA M. ANDERSON - #184325
canderson@kvn.com
MATTHEW M. WERDEGAR - #200470
mwerdegar@kvn.com
JOHN E. TRINIDAD - #250468
jtrinidad@kvn.com
AUDREY WALTON-HADLOCK- #250574
awaltonhadlock@kvn.com
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff
CARTER BRYANT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC. a Delaware Corporation,<br><br>Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC., v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No. CV 04-09049 SGL (RNBx) (consolidated with CV 04-9059 & 05-2727)<br><br>**CARTER BRYANT'S NOTICE OF POSITION IN RESPONSE TO MARCH 24, 2008 ORDER**<br><br>Date: March 31, 2008<br>Time: 10:00 a.m.<br>Dept: Courtroom 1<br>Judge: Hon. Stephen G. Larson<br><br>Date Comp. Filed: April 13, 2005<br><br>Discovery Cut-Off: Jan. 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

In accordance with this Court's March 24, 2008 Order, suggesting a re-designation of the confidentiality of documents for purposes of upcoming settlement discussions, Carter Bryant sets forth his position as follows:

Carter Bryant would agree to re-designate the confidentiality level of all documents produced in this litigation with the designation "Confidential – Attorney Eyes Only" to "Confidential," thereby permitting the parties and/or their principals to review these documents, with the exception of documents regarding Mr. Bryant's personal information (including personal financial information).

Mr. Bryant's counsel will be prepared to address these issues at the hearing on March 31, 2008, and will be prepared to address the de-designation of evidence for use in future pretrial proceedings and at trial.

Dated: March 27, 2008

Respectfully submitted

KEKER & VAN NEST, LLP

By: /s/ Matthew M. Werdegar
MATTHEW M. WERDEGAR
Attorneys for Plaintiff
CARTER BRYANT

414171.01

CARTER BRYANT'S NOTICE OF POSITION IN RESPONSE TO MARCH 24, 2008 ORDER
CASE NO. CV 04-09049 SGL (RNBx)