QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Hon. Edward Infante (Ret.) Pursuant To The Court's Order Of December 6, 2006]**<br><br>DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S MOTION FOR PROTECTIVE ORDER RE: MATTHEW BOUSQUETTE<br><br>Hearing Date: TBA<br>Time:        TBA<br>Place:       Telephonic<br><br>**Phase 1**<br>Discovery Cut-Off:   January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date:           May 27, 2008 |

07209/2448027.1

DECLARATION OF B. DYLAN PROCTOR

# DECLARATION OF B. DYLAN PROCTOR

I, B. Dylan Proctor, declare as follows:

1. I am a member of the bar of the State of California and a partner of Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration in support of Mattel's Motion for Protective Order Re: Matthew Bousquette. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. On February 15, 2008, I met and conferred with Jason Russell, counsel for MGA, and others regarding Mattel's contemplated motion for summary judgment. At that time, Mattel contemplated moving for partial summary judgment on the MGA parties' unclean hands defense insofar as it relates to Phase 1.

3. During our call, Mr. Russell advised me that he thought it likely that MGA would be withdrawing that defense as to Phase 1. He acknowledged that, if it was going to stay in Phase 1, then MGA owed Mattel "a bunch of discovery" on it. Later that day, the MGA parties filed a notice of withdrawal of the defense as to Phase 1. Attached as Exhibit 1 is a true and correct copy of MGA's Notice of Withdrawal of Unclean Hands Affirmative Defense as it Pertains to Phase 1, dated February 15, 2008.

4. In a letter dated December 11, 2007, a true and correct copy of which is attached as Exhibit 2, counsel for Mattel discussed MGA's counsel's representation that MGA's document production in this case was "substantially complete." Since that date, MGA has produced more than 609,434 pages of documents. Moreover, Mattel has numerous motions to enforce the Court's Orders granting discovery and motions to compel discovery pending as of the present date.

5. Attached as Exhibit 3 is a true and correct copy of the Order For Appointment Of A Discovery Master, dated December 6, 2006.

6. Attached as Exhibit 4 is a true and correct copy of excerpts from the February 13, 2007 Hearing Transcript.

7. Attached as Exhibit 5 is a true and correct copy of the Reply in support of MGA Defendants' *Ex Parte* Application to Compel the Depositions of Matthew Bousquette and Tina Patel, dated February 24, 2008.

8. Attached as Exhibit 6 is a true and correct copy of the Court's Order Regarding Mattel's Motion for Leave to Amend, dated January 11, 2007.

9. Attached as Exhibit 7 are true and correct copies of the Court's Scheduling Orders, dated February 22, 2007.

10. Attached as Exhibit 8 is a true and correct copy of the Court's July 2, 2007 Minute Order.

11. Attached as Exhibit 9 is a true and correct copy of Mattel's Memorandum Regarding Trial Structure, dated June 20, 2007.

12. Attached as Exhibit 10 is a true and correct copy of MGA's Application and Request for Hearing Regarding the Already Briefed Motion to Compel the Deposition Testimony of Matthew Bousquette and Tina Patel, dated February 28, 2008.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 27, 2008, at Los Angeles, California.

/s/ B. Dylan Proctor

B. Dylan Proctor