1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     John B. Quinn (Bar No. 090378)
2    (johnquinn@quinnemanuel.com)
     Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
     Jon D. Corey (Bar No. 185066)
4    (joncorey@quinnemanuel.com)
     865 South Figueroa Street, 10th Floor
5  Los Angeles, California 90017-2543
   Telephone:  (213) 443-3000
6  Facsimile:   (213) 443-3100

7  Attorneys for Mattel, Inc.

8

                 UNITED STATES DISTRICT COURT
9
             CENTRAL DISTRICT OF CALIFORNIA
10
                      EASTERN DIVISION
11

12
   CARTER BRYANT, an individual,      CASE NO. CV 04-9049 SGL (RNBx)
13
                 Plaintiff,           Consolidated with Case Nos. CV 04-09059
14                                    and CV 05-02727
           vs.
15                                    **PROOF OF SERVICE**
   MATTEL, INC., a Delaware
16 corporation,
                                      Discovery Cutoff:     January 28, 2008
17               Defendant.           Pre-Trial Conference: May 5, 2008
                                      Trial Date:           May 27, 2008
18
   AND CONSOLIDATED
19 ACTIONS

20

21

22

23

24

25

26

27

28

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is NOW Messenger Service, 1301 West Second Street, Suite 206, Los Angeles, California 90026.

On March 27, 2008, I served true copies of the following documents described as:

**(1)  MATTEL, INC.'S NOTICE OF MOTION AND MOTION FOR PROTECTIVE ORDER RE: MATTHEW BOUSQUETTE;** and

**(2)  DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S NOTICE OF MOTION AND MOTION FOR PROTECTIVE ORDER RE: MATTHEW BOUSQUETTE**

on the parties in this action as follows:

Thomas J. Nolan, Esq.
Carl Roth, Esq.
**Skadden, Arps, Slate, Meagher & Flom LLP**
300 South Grand Avenue, Suite 3400
Los Angeles, CA  90071

[PERSONAL] By personally delivering the document listed above to the person(s) at the address(es) set forth above.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made

Executed on March 27, 2008, at Los Angeles, California.

Dave Quintana

07209/2304372.107209/24
34708.1

-2-

Case No. CV 04-9049 SGL (RNBx)

PROOF OF SERVICE

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On March 27, 2008, I served true copies of the following document(s) described as

**(1) MATTEL, INC.'S NOTICE OF MOTION AND MOTION FOR PROTECTIVE ORDER RE: MATTHEW BOUSQUETTE; and**

**(2) DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S NOTICE OF MOTION AND MOTION FOR PROTECTIVE ORDER RE: MATTHEW BOUSQUETTE**

on the parties in this action as follows:

| | |
|---|---|
| Mark E. Overland, Esq.<br>David C. Scheper, Esq.<br>Alexander H. Cote<br>**OVERLAND BORENSTEIN SCHEPER & KIM LLP**<br>300 South Grand Avenue<br>Suite 2750<br>Los Angeles, CA 90071-3144 | John W. Keker, Esq.<br>Michael H. Page, Esq.<br>Christina M. Anderson, Esq.<br>**Keker & Van Nest, LLP**<br>710 Sansome Street<br>San Francisco, CA 94111 |

**BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 27, 2008, at Los Angeles, California.

_____
Dina Comaduran

07209/2304372.107209/24
34708.1

-3-

Case No. CV 04-9049 SGL (RNBx)

PROOF OF SERVICE

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On March 27, 2008, I served true copies of the following document(s) described as

**(1) MATTEL, INC.'S NOTICE OF MOTION AND MOTION FOR PROTECTIVE ORDER RE: MATTHEW BOUSQUETTE; and**

**(2) DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S NOTICE OF MOTION AND MOTION FOR PROTECTIVE ORDER RE: MATTHEW BOUSQUETTE**

on the parties in this action as follows:

John W. Keker, Esq.
Michael H. Page, Esq.
Christina M. Anderson, Esq.
**Keker & Van Nest, LLP**
710 Sansome Street
San Francisco, CA 94111

**BY FEDEX:** I deposited such document(s) in a box or other facility regularly maintained by FedEx, or delivered such document(s) to a courier or driver authorized by FedEx to receive documents, in sealed envelope(s) or package(s) designated by FedEx with delivery fees paid or provided for, addressed to the person(s) being served.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 27, 2008, at Los Angeles, California.

_____
Dina Comaduran

07209/2304372.1 07209/24
34708.1

-4-

Case No. CV 04-9049 SGL (RNBx)