THOMAS J. NOLAN (Bar No. 066992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, CA 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600
E-mail: tnolan@skadden.com

KENNETH A. PLEVAN (Admitted *Pro Hac Vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Times Square
New York, NY 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
E-mail: kplevan@skadden.com

Attorneys for Counter-Defendants,
MGA ENTERTAINMENT, INC.,
ISAAC LARIAN, MGA
ENTERTAINMENT (HK) LIMITED,
and MGAE de MEXICO S.R.L. de C.V.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>    Plaintiff,<br><br>    v.<br><br>MATTEL, INC., a Delaware corporation<br><br>    Defendant.<br><br>Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>**NOTICE OF POSITION IN RESPONSE TO MARCH 24, 2008 ORDER** |

1   In accordance with this Court's March 24, 2008 Order, suggesting a redesignation of the confidentiality of documents for purposes of upcoming settlement discussions, MGA Entertainment Inc., Isaac Larian, MGA Entertainment (HK) Limited, and MGAE de Mexico, S.R.L. de C.V. (collectively, the "MGA Defendants"), set forth their position as follows:

The MGA Defendants would agree to redesignate the confidentiality level of <u>all</u> documents produced with the designation "Confidential – Attorney Eyes Only" to "Confidential" <u>except</u> documents that fall in the following limited categories: (i) Isaac Larian's personal information (including personal financial information); (ii) MGA financial information; and (iii) documents that concern MGA's upcoming product lines for 2008 and beyond.

The MGA Defendants will be prepared to address these issues at the hearing on March 31, 2008, and will be prepared to address the dedesignation of evidence for use in future pretrial proceedings and at trial.

DATED:  March 27, 2008

        SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP


By:     /s/ Thomas J. Nolan
        Thomas J. Nolan

Attorneys for Counter-Defendants, MGA ENTERTAINMENT, INC., ISAAC LARIAN, MGA ENTERTAINMENT (HK) LIMITED, and MGAE de MEXICO S.R.L. de C.V.