DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST.
SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
TELEPHONE (213) 633-6800
FAX (213) 633-6899

ALONZO WICKERS IV (State Bar No. 169454)
   alonzowickers@dwt.com
ROBYN ARONSON (State Bar No. 228613)
   robynaronson@dwt.com

Attorneys for Non-Party Journalist
CHRIS PALMERI

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>　　　　　Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. **CV 04-9049 SGL (RNBx)**<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**NOTICE OF LODGING OF CORRECTED [PROPOSED] ORDER DENYING MATTEL, INC.'S MOTION OBJECTING TO DISCOVERY MASTER'S 02/26/08 ORDER DENYING MOTION TO COMPEL DEPOSITION OF CHRISTOPHER PALMERI** |

NOTICE OF LODGING
LAX 640153v1 3930059-000040

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that non-party journalist Chris Palmeri hereby lodges the Corrected [Proposed] Order Denying Mattel, Inc.'s Motion Objecting to Discovery Master's 02/26/08 Order Denying Motion to Compel Deposition of Christopher Palmeri, which is attached to this Notice.

DATED: March 28, 2008

DAVIS WRIGHT TREMAINE LLP
ALONZO WICKERS IV
ROBYN ARONSON

By: _____/s/_____
Robyn Aronson
Attorneys for Non-Party Journalist
CHRIS PALMERI

NOTICE OF LODGING
LAX 640153v1 3930059-000040

1

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899