DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST.
SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
TELEPHONE (213) 633-6800
FAX (213) 633-6899

ALONZO WICKERS IV (State Bar No. 169454)
  alonzowickers@dwt.com
ROBYN ARONSON (State Bar No. 228613)
  robynaronson@dwt.com

Attorneys for Non-Party Journalist
CHRIS PALMERI

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>  Plaintiff,<br><br>  vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>  Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. **CV 04-9049 SGL (RNBx)**<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**CORRECTED [PROPOSED] ORDER DENYING MATTEL, INC.'S MOTION OBJECTING TO DISCOVERY MASTER'S 02/26/08 ORDER DENYING MOTION TO COMPEL DEPOSITION OF CHRISTOPHER PALMERI**<br><br>Date:         April 7, 2008<br>Time:        10:00 a.m.<br>Courtroom: 1 |

[PROPOSED] ORDER
LAX 620102v1 3930059-000040

1  The Motion Objecting to Discovery Master's February 26, 2008 Order
2 Denying Motion to Compel Deposition of Christopher Palmeri ("Motion") brought
3 by defendant Mattel, Inc. ("Mattel") came on regularly for hearing on April 7, 2008,
4 at 10:00 a.m. in Courtroom 1 of the United States District Court for the Central
5 District of California, the Honorable Stephen G. Larson presiding.
6  After full consideration of the briefs and arguments of counsel, and all other
7 matters presented, the Court DENIES the Motion.
8  IT IS SO ORDERED.
9
10 DATED: _____, 2008    _____
11                                  The Honorable Stephen G. Larson
                                    United States District Judge
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER
LAX 620102v1 3930059-000040

1

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

1 | Respectfully submitted,
2 |
3 | DATED: March 28, 2008　　　　　　DAVIS WRIGHT TREMAINE LLP
4 |　　　　　　　　　　　　　　　　　　ALONZO WICKERS IV
　　　　　　　　　　　　　　　　　　　ROBYN ARONSON
5 |
6 |
7 |　　　　　　　　　　　　　　　　　　By: _____/s/_____
8 |　　　　　　　　　　　　　　　　　　　　　　Robyn Aronson
9 |　　　　　　　　　　　　　　　　　　Attorneys for Non-Party Journalist
10 |　　　　　　　　　　　　　　　　　　CHRIS PALMERI

[PROPOSED] ORDER
LAX 620102v1 3930059-000040

2

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899