QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED CASES | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>NOTICE OF ERRATA RE <u>RULE 56(F) DECLARATION OF B. DYLAN PROCTOR</u> IN SUPPORT OF MATTEL, INC.'S CONSOLIDATED OPPOSITION TO DEFENDANTS' MOTIONS FOR PARTIAL SUMMARY JUDGMENT<br><br>Date: April 23, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 1<br><br>**Phase 1:**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2449853.1

NOTICE OF ERRATA RE RULE 56(F) DECLARATION

1 | TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2 |     PLEASE TAKE NOTICE that the <u>Rule</u> 56(f) Declaration Of B. Dylan

3 | Proctor In Support Of Mattel, Inc.'s Consolidated Opposition To Defendants'

4 | Motions For Partial Summary Judgment (the "Declaration") contained errors in

5 | Paragraph 12.  Mattel submits the corrected page herewith, attached as Exhibit 1.

7 | DATED:  March 28, 2008      QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

9 |     By /s/ B. Dylan Proctor
10 |       B. Dylan Proctor
      Attorneys for Mattel, Inc.

07209/2449853.1

-1-
NOTICE OF ERRATA RE RULE 56(F) DECLARATION