# EXHIBIT 1

11. Mattel is also awaiting outstanding discovery regarding MGA's agreements with Bryant.  Over the years, Mattel has repeatedly requested that MGA produce documents relating to any agreement between MGA and Bryant.  <u>See</u> <u>e.g</u>. Mattel's First Set of Requests for Production to MGA dated March, 14, 2005, Request No. 1, a true and correct copy of which is attached hereto as Exhibit 11.  In February 2007, Mattel filed a motion to compel MGA to produce all communications with Bryant prior to January 1, 2001 and related documents, including calendars that memorialize such communications.  The Discovery Master granted Mattel's Motion on May 15, 2007, and ordered MGA to produce these materials.  <u>See</u> Order Granting Mattel's Motion to Compel Production of Documents and Interrogatory Responses by MGA, dated May 15, 2007, a true and correct copy of which is attached hereto as Exhibit 12.

12. Despite the Discovery Master's Order, MGA has yet to produce many electronic calendars.  MGA has continued to violate the Order, despite confirming that it should possess Isaac Larian's and other employees' electronic calendars for 2000 which are responsive to the requests.  Bryant claimed that he met with a representative from MGA in August 2000, yet Mattel has no documents referencing this meeting or others, prior to the September 18, 2000 agreement between Defendants.  Bryant Depo. at 9:25-11:17.  These withheld documents likely contain relevant information regarding MGA's knowledge of Bryant's obligations to Mattel and MGA's early involvement with Bryant and Bratz.

13. Mattel awaits outstanding production of tangible items and things related to Bratz early development and manufacturing that MGA has been compelled to produce.  Mattel has noticed for April 4, 2008 a hearing on its application for an order enforcing the prior order compelling production of those tangible items.  A true and correct copy of Mattel, Inc.'s Notice Of Change Of Hearing On Application To Enforce Court Orders Compelling Production Of