QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
JOHN B. QUINN (State Bar No. 090378)
MICHAEL T. ZELLER (State Bar No. 196417)
JON D. COREY (State Bar No. 185066)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000; Facsimile: (213) 443-3100

STROOCK & STROOCK & LAVAN LLP
BARRY B. LANGBERG (State Bar No. 048158)
MICHAEL J. NIBORSKI (State Bar No. 192111)
2029 Century Park East, Suite 1600
Los Angeles, California 90067-3086
(lacalendar@stroock.com)
Telephone: (310) 556-5800; Facsimile: (310) 556-5959

Attorneys for MATTEL, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED CASES | Case No. CV 04-09049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>STIPULATION RE SCHEDULING OF HEARING ON MOTION OBJECTING TO DISCOVERY MASTER'S FEBRUARY 26, 2008 ORDER DENYING MATTEL'S MOTION TO COMPEL DEPOSITION OF CHRISTOPHER PALMERI |

07209/2449255.1

STIPULATION RE SCHEDULING OF HEARING ON MOTION

**STIPULATION**

WHEREAS, Mattel, Inc. ("Mattel") has filed a Motion Objecting to Discovery Master's February 26, 2008 Order Denying Mattel's Motion to Compel Deposition of Christopher Palmeri ("Motion"); and

WHEREAS, deposition scheduling in this case has created unavoidable conflicts for counsel for Mattel on the date initially noticed for the hearing, April 7, 2008; and

WHEREAS, counsel for Mr. Palmeri has no objection to a brief postponement of the hearing;

NOW, THEREFORE, SUBJECT TO THE CONSENT OF THE COURT, MATTEL AND MR. PALMERI STIPULATE AS FOLLOWS:

1. Hearing on the Motion shall be continued to April 14, 2008, at 10:00 a.m.; and

2. Mattel's reply in support of the Motion shall be filed on or before April 3, 2008.

IT IS SO STIPULATED.

DATED: March 28, 2008          STROOK & STROOK & LAVAN LLP

                               By /s/ Michael J. Niborski
                                  Michael J. Niborski
                                  Attorneys for Mattel, Inc.

DATED: March 28, 2008          DAVIS WRIGHT TREMAINE LLP

                               By /s/ Alonzo Wickers IV
                                  Alonzo Wickers IV
                                  Attorneys for Christopher Palmeri