Jon D. Corey (Bar No. 185066)
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
865 SOUTH FIGUEROA STREET
10th FLOOR
LOS ANGELES, CA 90017
(213) 443-3000

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT, an individual, | CASE NUMBER: |
| --- | --- |
| PLAINTIFF(S) v. | CV 04-9049 SGL (RNBx) |
| MATTEL, INC., a Delaware corporation, | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**

Application To File Under Seal Portions Of Mattel, Inc.'s Opposition To the MGA Defendants' Motion For Protective Order From Mattel, Inc.'s Notice of Deposition of Lucy Arant and Exhibits 4, 5, 12, 13 & 14 of the Declaration Of Jon Corey In Support Thereof; Portions of Mattel, Inc.'s Opposition To MGA Defendant's Motion To Quash Larry McFarland's Deposition Subpoena & Exhibits 5, 6, and 15 of the Declaration Of Jon Corey In Support Thereof

**Document Description:**

- [ ] Administrative Record
- [X] Exhibits
- [ ] Ex Part Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h))
- [X] Other  Portions of Mattel, Inc.'s Opposition Briefs

**Reason:**

- [X] Under Seal
- [ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- [ ] Electronic versions are not available to filer
- [X] Per Court order dated January 4, 2005
- [ ] Manual Filing required (reason):

March 28, 2008
Date

_/s/ Jon D. Corey_
Attorney Name
Jon D. Corey
Mattel, Inc.
Party Represented

Note: File one Notice in each case, each time you manually file document(s).