UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>　　　　　　Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-09049 SGL (RNBx)<br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>Honorable Stephen G. Larson<br><br>ORDER ON STIPULATION REGARDING REPLY BRIEFS ON MOTIONS FOR PARTIAL SUMMARY JUDGMENT<br><br>Hearing Date: April 22, 2008; Time: 10:00 a.m. |

[Proposed] Order on Stipulation re: Reply Briefs on Motions for Partial Summary Judgment

**ORDER**

Based on the stipulation of the parties, and good cause appearing therefore, it is hereby ORDERED that: Carter Bryant ("Bryant") and

1. Mattel, Inc. ("Mattel") may file a single reply memorandum of points and authorities in support of its motion for partial summary judgment of up to 50 pages in length.

2. MGA Entertainment, Inc., Isaac Larian, and MGA Entertainment (HK) Ltd. (collectively, the "MGA Parties") may file a reply memorandum of points and authorities in support of its motion for partial summary judgment of up to 30 pages in length, so long as the MGA Parties' reply memorandum and Carter Bryant's reply memorandum in support of their respective motions for partial summary judgment, together, do not exceed 50 pages in length.

**IT IS SO ORDERED**.

DATED: March 28, 2008

*/s/ S.G. Larson*

Hon. Stephen G. Larson
United States District Court Judge