QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemnauel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

[Additional Counsel Listed On Following Page]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
|---|---|
| Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
| vs. | **DISCOVERY MATTER** |
| MATTEL, INC., a Delaware corporation, | **JOINT REPORT TO DISCOVERY MASTER REGARDING PENDING DISCOVERY MOTIONS** |
| Defendant. | |
| CONSOLIDATED ACTIONS | **Phase 1:**<br>Discovery Cut-off: January 28, 2008<br>Pre-trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2445768.1

1 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
    Thomas J. Nolan (Bar No. 066992)
2 | 300 South Grand Avenue
    Los Angeles, California 90071-3144
3 | Telephone: (213) 687-5000
    Facsimile: (213) 687-5600
4 | E-mail: tnolan@skadden.com

5 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
    Raoul D. Kennedy (Bar No. 40892)
6 | Four Embarcadero Center, Suite 3800
    San Francisco, California 94111
7 | Telephone: (415) 984-6400
    Facsimile: (415) 984-2698
8 | E-mail: rkennedy@skadden.com

9 | Attorneys for MGA Entertainment, Inc., Isaac Larian, MGA Entertainment (HK)
    Limited, and MGAE de Mexico S.R.L. de C.V.
10

11 | KEKER & VAN NEST, LLP
     John W. Keker (Bar No. 49092)
12 | Michael H. Page (Bar No. 154913)
     Christa M. Anderson (Bar No. 184325)
13 | 710 Sansome Street
     San Francisco, California 94111
14

     Attorneys for Carter Bryant
15

16

17

18

19

20

21

22

23

24

25

26

27

28

07209/2445768.1                               -2-

Pursuant to the Discovery Master's request, Carter Bryant, MGA Entertainment, Inc., Isaac Larian and Mattel have met and conferred regarding the currently pending discovery motions. The parties have agreed as follows:

**Motions That Have Been Resolved**

Mattel's Motion to Enforce the 5/15/07 Order of the Discovery Master Re Production of Larian v. Larian Documents and for Sanctions (filed 12/21/07)

Mattel will agree to withdraw this motion without prejudice.

Mattel's Motion to Compel Deposition of MGA Hong Kong and for Sanctions (filed 1/28/08)

This Motion will be resolved by stipulation.

Mattel's Motion to Enforce the Court's 5/15/07 Order, to Compel MGA to Produce Compelled Calendars, and for Sanctions (filed 1/28/08)

Mattel will agree to withdraw this motion without prejudice.

Mattel's Motion to Compel Production of Fee Agreements and Privilege Logs from Leahy, Cloonan, Halpern and Marlow (filed 1/28/08)

1 | Mattel will agree to withdraw this motion without prejudice upon
2 | receipt of the fee agreements and certain representations
3 | regarding documents being withheld.

Mattel's Motion for Leave to Obtain Discovery After the Phase 1 Discovery Cut-Off in Response to Subpoenas Served on Doll Bag, Inc., Veronica Marlow, Inc., Marlow Techno-Logic, Inc., People's Bank of the Ozarks and Washington Mutual Bank (1/28/08)

This Motion will be resolved by stipulation.

Non-Party Veronica Marlow's Motion to Compel Mattel to Purge Itself of Private Bank Records (filed 1/28/08)

This Motion will be resolved by stipulation.

**Motions To Be Taken Off Calendar Because They Relate Exclusively to Phase 2 Issues**

Mattel's Motion to Compel: 1) Deposition of Carlos Gustavo Machado Gomez; and 2) Consent to Production of Electronic Mail Messages (filed 11/15/07)

MGA's Motion to Compel Mattel to Produce Documents Responses to MGA's Requests for Production Nos. 526 and 528 (filed 1/16/08)

Mattel's Motion to: 1) Enforce the Court's 8/13/07 Order and to Compel; and 2) for an Award of Monetary Sanctions (filed 1/22/08)

**Motions That The Parties Have Been Unable To Resolve Or Narrow And Should Be Decided In Their Entirety**

MGA's Motion to Compel Mattel to Produce E-Mail (filed 1/16/08)

MGA, MGA HK, MGA Mexico and Isaac Larian's Motion to Quash Subpoenas or, in the Alternative, for Protective Order [re Mattel's subpoenas to ConsumerQuest, Deloitte & Touche, Ernst & Young, the Isaac and Angela Larian Trust, the Isaac Larian Annuity Trust, Moss Adams, Wachovia, and Wells Fargo] and Mattel's Countermotion to Compel Production (motion filed 12/21/07; counter motion filed 1/18/08);

Mattel's Motion for Reconsideration of Portions of Discovery Master's 12/31/07 Order (filed 1/16/08)

Mattel's Motion to Compel Production of Documents and Things by MGA and for Award of Monetary Sanctions [Mattel's Third Set of Requests for Production] (filed 1/28/08)

Mattel's Motion to Compel Production of Documents by MGA in Response to Mattel's Fifth Set of Requests for Documents and Things to MGA (filed 1/28/08)

Mattel's Motion to Compel Further Deposition of Margaret Hatch-Leahy and to Overrule Instructions Not to Answer (filed 1/28/08)

| | |
|---|---|
| 1 | MGA Defendants' Motion to Quash Subpoena to Bank of America or, |
| 2 | in the alternative, for Protective Order (filed 1/29/08) |
| 3 | |
| 4 | Mattel's Motion to Compel MGA to Produce Communications |
| 5 | Regarding this Action (filed 2/5/08) |
| 6 | |
| 7 | Mattel's Motion to Compel Production of Electronic Media From Third |
| 8 | Parties Elise Cloonan, Margaret Hatch-Leahy and Veronica Marlow (ex |
| 9 | parte briefing filed 2/6/08) |
| 10 | |
| 11 | Mattel's Application to Enforce Court Orders Compelling Production of |
| 12 | Tangible Items (notice of change of hearing filed 2/20/08) |
| 13 | |
| 14 | Mattel's Motion to Compel MGA and Carter Bryant to Return |
| 15 | Privileged Documents and for Protective Order (filed 2/28/08) |
| 16 | |
| 17 | Mattel's Motion to Compel Deposition and Production of Documents of |
| 18 | Christensen Glaser Fink Jacobs Weil & Shapiro LLP (filed 2/29/08) |
| 19 | |
| 20 | Motion of MGA Parties for Clarification re Portions of 2/15/08 Order |
| 21 | Granting in Part and Denying in Part Mattel's Motion to Compel |
| 22 | Responses to Interrogatory Nos. 27-44 and 46-50 by the MGA Parties |
| 23 | (filed 3/3/08) |
| 24 | |
| 25 | MGAs' Motion to Compel Production of Documents from Third Party |
| 26 | Rights Management Consultants, Inc. (filed 3/10/08) |
| 27 | |
| 28 | |

...

Mattel's Ex Parte Application For Protective Order Preventing MGA's Unauthorized Destructive Sampling Of The Prince Notary Book (filed 3/10/08)

MGA Defendants' Motion To Quash Larry Mcfarland's Deposition Subpoena (filed 3/17/08)

MGA Defendants' Motion For Protective Order From Mattel's Notice Of Deposition Of Lucy Arant (filed    3/17/08)

Third-Party Matthew Bousquette's Motion to Quash Subpoena Seeking the Deposition or, alternatively, Motion for Protective Order (filed 3/27/08)

Mattel's Motion for Protective Order re: Matthew Bousquette (filed 3/27/08)

**Motions That The Parties Have Been Able To Narrow And Are Now Ripe For Decision**

MGA's Motion to Compel Mattel to Produce Witnesses Pursuant to Notice of Deposition Under Rule 30(b)(6), or in the Alternative, for Leave to Serve Such Notice (filed 12/21/07)

<u>Requests No Longer at Issue (without prejudice to MGA's right to seek testimony on these topics in Phase 2)</u>

  MGA withdraws its request as to Topics 21-23, 48, 60, 65, and 71-85.

<u>Requests that remain at issue as drafted:</u>

Topics 8-9, 12-17, 19-20, 24, 27-32, 48, 58, 69

<u>Requests that remain at issue but that have been narrowed (without prejudice to MGA's right to seek further testimony on these topics in Phase 2):</u>

Topic 18: MGA limits its request to testimony regarding Mattel's policies and practices (as opposed to questions regarding specific employees).

Topic 26: MGA limits its request to people employed in the Mattel design center from 1995 to the present (consistent with Judge Infante's February 11, 2008 Order on Mattel's motion for reconsideration).

Topic 39: MGA limits its request to copying or infringement issues (as opposed to theft of trade secrets issues).

Topics 42 & 47: MGA limits its request to DIVA STARZ.

Topic 70: MGA limits its request as to communications with third-parties.

MGA's Motion to Overrule Mattel's Relevance Objection and Compel Discovery Relevant to Statute of Limitations and Laches Defenses (filed 1/17/08)

  By this Motion, MGA seeks to compel Mattel to supplement certain discovery responses based on the Court's January 9, 2008 order overruling Mattel's

-8-

relevance objection to discovery relating to MGA's statute of limitations and laches defenses.

<u>Requests No Longer at Issue</u>

During the meet and confer, Mattel represented that it has not withheld any documents based on its relevance objection. Based on Mattel's representation, MGA withdraws its motion as to the documents requests.

Mattel also represented that its response to Interrogatory No. 5 is complete and that it will supplement its response if it receives additional responsive information. Based on Mattel's representation, MGA withdraws its motion as to Interrogatory No. 5.

<u>Requests Still at Issue</u>

Mattel's responses to Interrogatories Nos. 9-11 and Requests for Admission No. 241, 243 and 245 remain at issue.

Mattel's Motion to Compel Production of Documents Improperly Withheld as Privileged by MGA, Isaac Larian and Third-Party David Rosenbaum (filed 1/28/08)

MGA has agreed to produce some of the withheld documents originally at issue in this motion. Mattel has withdrawn the motion as to others. However, the parties continue to dispute whether certain documents are privileged.

07209/2445768.1 -9-

Mattel's Motion to Compel Production of Documents by Anne Wang (filed (1/28/08)

Post-filing, the parties resolved all aspects of this motion except as to one document withheld by Wang on a claim of privilege. The opposition and reply papers address this document specifically.

Mattel's Motion to Compel Additional Deposition Testimony and Production of Documents by Veronica Marlow (filed 1/28/08)

The documents aspect of this motion will be resolved by stipulation. The deposition aspect of the Motion, however, will need to be resolved by the Discovery Master.

MGA's Motion to Overrule Mattel's and Richard De Anda's Objections to Subpoena and to Compel Discovery (filed 1/28/08)

MGA has narrowed its motion to Request Nos. 5, 6 and 11. With respect to Request Nos 5 and 6, MGA is seeking documents sufficient to show (1) how much time Mr. De Anda has been devoting to his business, and (2) what type of work he has been doing in connection with his business. MGA agrees that Mr. De Anda may redact any private information pertaining to client identification. With respect to Request No. 11, MGA is seeking any employment agreements between MGA and Mr. De Anda.

Mattel's Motion to Compel MGA, MGA Hong Kong, Isaac Larian, and Carter Bryant to Respond to Mattel's First Set of Requests for Admission Propounded to MGA, Carter Bryant, MGA Hong Kong and Isaac Larian (filed 2/7/08)

> Mattel has withdrawn this motion as to Carter Bryant, based on his supplemental responses. The motion remains at issue as to MGA, MGA Hong Kong and Isaac Larian. They have also served supplemental responses, but the parties disagree whether those responses are adequate.

**Motions About Which The Parties Are Continuing To Meet And Confer**

Mattel's Motion to Compel Deposition of Littler Mendelson (filed 12/14/07)

MGA and MGA Mexico's Motion for Protective Order from Mattel's Fourth Notice of Deposition of MGA and Notice of Deposition of MGA Mexico (filed 1/18/08)

Mattel's Motion to Compel Documents Only Portions of Which Are Allegedly Privileged (1/22/08)

Mattel's Motion for Order Compelling Production of Withheld MGA (1) Trademark Search Results, (2) Date of First Use Information, and (3) Factual Data Communicated for the Purpose of Filing Trademark or Other Intellectual Property Applications (filed 1/23/08)

Mattel's Motion Compelling Production of Third-Party Communications Improperly Withheld Under Claim of "Common Interest" Privilege (filed 1/23/08)

For the convenience of the Discovery Master, counsel have attached as Exhibit A a document setting forth the parties' desired order of priority for the motions to be heard.

Respectfully submitted.

Dated: March 28, 2008

*/s/ Michael Page*
Michael Page
Keker & Van Nest, LLP
Attorneys For CARTER BRYANT

Dated: March 28, 2008

*/s/ Paul Eckles*
Paul Eckles
Skadden Arps Slate Meagher & Flom, LLP
Attorneys For MGA ENTERTAINMENT, INC.; ISAAC LARIAN; MGA ENTERTAINMENT (HK), LIMITED; AND MGA DE MEXICO S.R.L. DE C.V.

Dated: March 28, 2008

*/s/ Jon D. Corey*
Jon D. Corey
Quinn Emanuel Urquhart Oliver & Hedges, LLP
Attorneys for MATTEL, INC.

**EXHIBIT A**

# Exhibit A

1. Mattel's Motion to Compel Production of Electronic Media From Third Parties Elise Cloonan, Margaret Hatch-Leahy and Veronica Marlow (ex parte briefing filed 2/6/08)

2. MGA's Motion to Compel Mattel to Produce E-Mail (filed 1/16/08)

3. Mattel's Application to Enforce Court Orders Compelling Production of Tangible Items (notice of change of hearing filed 2/20/08)

4. MGA's Motion to Compel Discovery as to Issues as to Which Mattel has Waived the Attorney-Client and Work Product Privileges by Claims Assertion (filed 1/18/08)

5. Mattel's Motion to Compel Production of Documents and Things by MGA and for Award of Monetary Sanctions [Mattel's Third Set of Requests for Production] (filed 1/28/08)

6. MGA's Motion to Compel Mattel to Produce Witnesses Pursuant to Notice of Deposition Under Rule 30(b)(6), or in the Alternative, for Leave to Serve Such Notice (filed 12/21/07)

7. Mattel's Motion to Compel Production of Documents by MGA in Response to Mattel's Fifth Set of Requests for Documents and Things to MGA (filed 1/28/08)

8. MGA's Motion to Overrule Mattel's Relevance Objection and Compel Discovery Relevant to Statute of Limitations and Laches Defenses (filed 1/17/08)

9. Mattel's Motion to Compel MGA to Produce Communications Regarding this Action (filed 2/5/08)

10. MGAs' Motion to Compel Production of Documents from Third Party Rights Management Consultants, Inc. (filed 3/10/08)

11. Mattel's Motion to Compel Additional Deposition Testimony and Production of Documents by Veronica Marlow (filed 1/28/08)

12. MGA's Motion to Overrule Mattel's and Richard De Anda's Objections to Subpoena and to Compel Discovery (filed 1/28/08)

13. Mattel's Motion to Compel Further Deposition of Margaret Hatch-Leahy and to Overrule Instructions Not to Answer (filed 1/28/08)

14. MGA's and Carter Bryant's Motion to Compel An Unredacted Version Of M0074400, Mattel's Investigative File 02-299 And The Further Deposition Of Richard De Anda (filed 1/4/08)

15. Mattel's Motion to Compel Deposition and Production of Documents of Christensen Glaser Fink Jacobs Weil & Shapiro LLP (filed 2/29/08)

16. MGA Defendants' Motion to Quash Subpoena to Bank of America or, in the alternative, for Protective Order (filed 1/29/08)

17. MGA, MGA HK, MGA Mexico and Isaac Larian's Motion to Quash Subpoenas or, in the Alternative, for Protective Order [re Mattel's subpoenas to ConsumerQuest, Deloitte & Touche, Ernst & Young, the Isaac and Angela Larian Trust, the Isaac Larian Annuity Trust, Moss Adams, Wachovia, and Wells Fargo] and Mattel's Countermotion to Compel Production (motion filed 12/21/07; counter motion filed 1/18/08);

18. Motion of MGA Parties for Clarification re Portions of 2/15/08 Order Granting in Part and Denying in Part Mattel's Motion to Compel Responses to Interrogatory Nos. 27-44 and 46-50 by the MGA Parties (filed 3/3/08)

19. MGA and MGA Mexico's Motion for Protective Order from Mattel's Fourth Notice of Deposition of MGA and Notice of Deposition of MGA Mexico (filed 1/18/08)

20. MGA Defendants' Motion For Protective Order From Mattel's Notice Of Deposition Of Lucy Arant (filed 3/17/08)

21. MGA Defendants' Motion To Quash Larry Mcfarland's Deposition Subpoena (filed 3/17/08)

22. Third-Party Matthew Bousquette's Motion to Quash Subpoena Seeking the Deposition or, alternatively, Motion for Protective Order (filed 3/27/08)

23. Mattel's Motion for Protective Order re: Matthew Bousquette (filed 3/27/08)

07209/2445768.1                                    -14-