THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, CA 90071-3144
Tel.: (213) 687-5000/Fax: (213) 687-5600

RAOUL D. KENNEDY (Bar No. 40892)
(rkennedy@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Embarcadero Center, 38th Floor
San Francisco, CA 94111-5974
Tel.: (415) 984-6400 / Fax: (415) 984-2698

Attorneys for Counter-Defendants
MGA ENTERTAINMENT, INC., MGA ENTERTAINMENT (HK) LIMITED, MGAE DE MEXICO, S.R.L. DE C.V., AND ISAAC LARIAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>**PROOF OF SERVICE**<br><br>**DISCOVERY MATTER**<br>[To be heard by Discovery Master Hon. Edward A. Infante (Ret.)] |

PROOF OF SERVICE
NO. CV 04-9049 SGL (RNBx)

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 300 South Grand Avenue, 34th Floor, Los Angeles, CA 90071.

On **March 17, 2008**, I served the foregoing documents described as:

**SEE ATTACHED DOCUMENT LIST**

on the interested parties in this action addressed as follows:

**SEE ATTACHED SERVICE LIST**

(x)  (BY PERSONAL SERVICE)   ( )   By personally delivering copies to the person served. (FEDERAL)

(x)   I caused such document to be hand delivered to the above addressees. (FEDERAL)

(x)  (BY FEDERAL EXPRESS) I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing with Federal Express and the fact that the correspondence would be deposited with Federal Express that same day in the ordinary course of business; on this date, the above-referenced correspondence was placed for deposit at Los Angeles, California and placed for collection and mailing following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed on **March 17, 2008**, in Los Angeles, California.

BECKY ISOMOTO
PRINT NAME                         SIGNATURE

---
1
PROOF OF SERVICE
NO. CV 04-9049 SGL (RNBx)

|    |                                                                                                                                                      |
|----|------------------------------------------------------------------------------------------------------------------------------------------------------|
| 1  | <u>DOCUMENT LIST</u>                                                                                                                                  |
| 2  |                                                                                                                                                      |
| 3  | **MGA DEFENDANTS' NOTICE OF MOTION AND MOTION TO QUASH LARRY MCFARLAND'S DEPOSITION SUBPOENA;**                                                        |
| 4  | **DECLARATION OF ROBERT HERRINGTON IN SUPPORT OF MGA DEFENDANTS' MOTION TO QUASH LARRY MCFARLAND'S**                                                   |
| 5  | **DEPOSITION SUBPOENA;**                                                                                                                              |
| 6  | **DECLARATION OF LARRY MCFARLAND IN SUPPORT OF MGA DEFENDANTS' MOTION TO QUASH LARRY MCFARLAND'S**                                                     |
| 7  | **DEPOSITION SUBPOENA;**                                                                                                                              |
| 8  | **MGA DEFENDANTS' NOTICE OF MOTION AND MOTION FOR PROTECTIVE ORDER FROM MATTEL INC.'S NOTICE OF DEPOSITION**                                           |
| 9  | **OF LUCY ARANT;**                                                                                                                                   |
| 10 | **DECLARATION OF ROBERT HERRINGTON IN SUPPORT OF MGA DEFENDANTS' MOTION FOR PROTECTIVE ORDER FROM MATTEL**                                             |
| 11 | **INC.'S NOTICE OF DEPOSITION OF LUCY ARANT and**                                                                                                     |
| 12 | **PROOF OF SERVICE**                                                                                                                                 |

1  SERVICE LIST

2

3  John B. Quinn, Esq.  
   Michael T. Zeller, Esq.  
4  Jon D. Corey, Esq.  
   Timothy L. Alger, Esq.  
5  Quinn Emanuel Urquhart Oliver &  
   Hedges, LLP  
6  865 South Figueroa Street, 10th Floor  
   Los Angeles, CA  90017-2543  
7  (213) 443-3000  
   (213) 443-3100 (Fax)  
8

9  Attorneys for Mattel, Inc.  
   [Personal Service]

John W. Keker, Esq.  
Michael H. Page, Esq.  
Keker & Van Nest, LLP  
710 Sansome Street  
San Francisco, CA  94111  
(415) 391-5400  
(415) 397-7188 (Fax)

Attorneys for Carter Bryant  
[Federal Express]

10

11

12  Mark E. Overland, Esq.  
   Alexander H. Cote, Esq.  
13  David C. Scheper, Esq.  
   Overland Borenstein Scheper & Kim  
14  300 South Grand Avenue, Suite 2750  
   Los Angeles, CA  90071  
15  (213) 613-4655  
   (213) 613-4656 (Fax)

16

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE  
NO. CV 04-9049 SGL (RNBx)

508291.02-Los Angeles Server 2A - MSW