1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
    John B. Quinn (Bar No. 090378)
2   (johnquinn@quinnemanuel.com)
    Michael T. Zeller (Bar No. 196417)
3   (michaelzeller@quinnemanuel.com)
    Jon D. Corey (Bar No. 185066)
4   (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
6  Facsimile: (213) 443-3100

7  Attorneys for Mattel, Inc.

8              UNITED STATES DISTRICT COURT
9             CENTRAL DISTRICT OF CALIFORNIA
10                    EASTERN DIVISION

| 11 | CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
|---|---|---|
| 12 | Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
| 13 | vs. | |
| 14 | MATTEL, INC., a Delaware corporation, | NOTICE OF LODGING OF DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL WITHHELD MGA DOCUMENTS THAT PROVE MGA WAS DEVELOPING BRATZ AS EARLY AS JUNE 2000 |
| 15 | Defendant. | |
| 16 | | |
| 17 | AND CONSOLIDATED ACTIONS | |
| 18 | | |
| 19 | **CONFIDENTIAL - ATTORNEYS' EYES ONLY**<br>**FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER** | Date: TBA<br>Time: TBA<br>Place: TBA |
| 20 | | |
| 21 | | **Phase 1**<br>Discovery Cut-Off: Jan. 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |
| 22 | | |

07209/2449488.1

NOTICE OF LODGING OF PROCTOR DECLARATION

1  TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF
2  RECORD, PLEASE TAKE NOTICE that Mattel, Inc. hereby lodges the following
3  declaration with the Court in support of its Opposition to the MGA Defendants'
4  Motion For Protective Order From Mattel, Inc.'s Notice Of Deposition of Lucy
5  Arant:

6    1.    Declaration Of B. Dylan Proctor In Support Of Mattel, Inc.'s Notice Of
7  Motion And Motion To Compel Withheld MGA Documents That
8  Prove MGA Was Developing Bratz As Early As June 2000, dated
9  August 23, 2007, attached hereto as Exhibit A.

DATED: March 27, 2008

QUINN EMANUEL URQUHART OLIVER &
HEDGES, LLP

By_____
Jon Corey
Attorneys for Mattel, Inc.

07209/2449488.1

-2-
NOTICE OF LODGING OF PROCTOR DECLARATION