EXHIBIT 7

1   QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
      John B. Quinn (Bar No. 090378)
2     (johnquinn@quinnemanuel.com)
      Michael T. Zeller (Bar No. 196417)
3     (michaelzeller@quinnemanuel.com)
      Jon D. Corey (Bar No. 185066)
4     (joncorey@quinnemanuel.com)
    865 South Figueroa Street, 10th Floor
5   Los Angeles, California 90017-2543
    Telephone: (213) 443-3000
6   Facsimile: (213) 443-3100

7   Attorneys for Mattel, Inc.

8                UNITED STATES DISTRICT COURT

9                CENTRAL DISTRICT OF CALIFORNIA

10                     EASTERN DIVISION

11

12  CARTER BRYANT, an individual,        CASE NO. CV 04-9049 SGL (RNBx)

            Plaintiff,

13
                                          SECOND NOTICE OF DEPOSITION
14          vs.                           OF MGA ENTERTAINMENT, INC.
                                          PURSUANT TO FEDERAL RULE OF
15                                        CIVIL PROCEDURE 30(B)(6)

16  MATTEL, INC., a Delaware
    corporation,
                                          Discovery Cut-off: None Set
17          Defendant.                    Pre-trial Conference: None Set
                                          Trial Date: None Set

18
    AND CONSOLIDATED ACTIONS
19

20

21

22

23

24

25

26

27

28

EXHIBIT _____ 7 _____

PAGE _____ 203 _____
                            2 1

7209/2048031.1

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

     PLEASE TAKE NOTICE that on February 15, 2007 beginning on 9:30 a.m. Mattel, Inc. ("Mattel") will take the deposition upon oral examination of defendant MGA Entertainment, Inc. at the offices of Quinn Emanuel Urquhart Oliver & Hedges LLP, 865 S. Figueroa Street, 10th Floor, Los Angeles, CA 90017. Pursuant to Fed. R. Civ. P. 30(b)(6), MGA Entertainment, Inc. shall designate one or more officers, directors, managing agents or other persons who consent to testify on its behalf concerning each of the topics set forth in Exhibit A hereto.

     PLEASE TAKE FURTHER NOTICE that the deposition will take place before a duly authorized notary public or other officer authorized to administer oaths at depositions, and will continue from day to day, Sundays, Saturdays and legal holidays excepted, until completed.

     PLEASE TAKE FURTHER NOTICE that, pursuant to Fed. R. Civ. P. 30(b)(2), the deposition will be videotaped.

DATED: February 1, 2007     QUINN EMANUEL URQUHART OLIVER &
                                      HEDGES, LLP

                           By _____
                            Michael T. Zeller
                            Attorneys for Mattel, Inc.

EXHIBIT _____ 7 _____

PAGE _____ 204 _____

-1-

EXHIBIT _____7_____

PAGE _____205_____

Exhibit A

# **EXHIBIT A**

1.     "YOU," "YOUR" or "MGA" means MGA Entertainment, Inc., any of its current or former employees, officers, directors, agents, representatives, attorneys, parents,      subsidiaries,      divisions,      affiliates,      predecessors-in-interest      and successors-in-interest, and any other PERSON acting on its behalf, pursuant to its authority or subject to its control.

2.     "BRYANT" means Carter Bryant, any of his current or former agents, representatives, attorneys, employees, partners, joint venturers, predecessors-in-interest and successors-in-interest, and any other PERSON acting on his behalf, pursuant to his authority or subject to his control.

3.     "BRATZ" means any project ever known by that name (whether in whole or in part and regardless of what such project is or has been also, previously or subsequently called) and any product or doll or any portion thereof that is now or has ever been known as, or sold or marketed under, the name or term "Bratz" (whether in whole or in part and regardless of what such product or doll or portion thereof is or has been also, previously or subsequently called) or that is now or has ever been sold or marketed as part of the "Bratz" line, and each EMBODIMENT of such doll or any portion thereof.  As used herein, "product or doll or any portion thereof" also includes without limitation any names, fashions, accessories, artwork, packaging or any other works, materials, matters or items included or associated therewith.

4.     "DESIGN" or "DESIGNS" means any and all works, designs, artwork, sketches, drawings, illustrations, representations, depictions, blueprints, schematics, diagrams, descriptions, sculptures, prototypes, models, samples, reductions to    practice,    developments,    know-how,    ideas,    concepts,    inventions    and/or improvements, as well as all other items, things and DOCUMENTS in which any of the

EXHIBIT ____7____

PAGE ____206____

NOTICE OF DEPOSITION OF MGA ENTERTAINMENT, INC.

7209/2048031.

foregoing are or have been expressed, embodied, contained, fixed or reflected in any manner, whether in whole or in part.

5.    "EMBODIMENT" means any representation, whether two-dimensional or three-dimensional, and whether in tangible, digital, electronic or other form, including but not limited to all works, designs, artwork, sketches, drawings, illustrations, representations, depictions, blueprints, schematics, diagrams, images, sculptures, prototypes, models, samples, reductions to practice, developments, inventions and/or improvements, as well as all other items, things and DOCUMENTS in which any of the foregoing are or have been expressed, embodied, contained, fixed or reflected in any manner, whether in whole or in part.

6.    The DRAWINGS means those documents produced as Bates Nos. MGA000053-57,    MGA000392-395,    MGA000435-439,    MGA000455-481 MGA004606, MGA004608, MGA004640, MGA005065, MGA006423-6426, MGA006432-6436, MGA006438-06440, MGA006442-6467, and SL00016-45.

7.    "BASED ON" means copied or reproduced from, substantially similar to, based on or derived from in any manner, whether in whole or in part.

8.    "CREATED" means produced, prepared, created, authored, conceived of or reduced to practice, whether in whole or in part and whether alone or jointly with others.

9.    "IDENTIFY" or "IDENTITY" means the following:

(a)    With reference to an individual, means such individual's name, current or last known business title, current or last known business affiliation, current or last known relationship to YOU, current or last known residential and business address, and current or last known telephone number.

(b)    With reference to an entity or governmental organization, means such entity's or organization's name, present or last-known address, and present

EXHIBIT _____ 7 _____

PAGE _____ 207 _____

-3-

NOTICE OF DEPOSITION OF MGA ENTERTAINMENT, INC.

1  or last-known telephone number and the IDENTITY of each individual who has served

2  or participated as a contact for or on behalf of such entity or organization.

3       (c)     With reference to an EMBODIMENT, means the IDENTITY

4  of the individual author(s) or creator(s) of the EMBODIMENT as well as of each other

5  individual who contributed in any manner to the EMBODIMENT; the form, material

6  and medium of the EMBODIMENT (*e.g.*, preliminary three-dimensional resin

7  sculpture, final three-dimensional wax sculpture, digitized file of final three-

8  dimensional wax sculpture, two-dimensional design drawing on paper); each title or

9  name of the EMBODIMENT; the start and end date(s) of the EMBODIMENT's

10  creation or preparation; and the current location of the EMBODIMENT.

11       10.     "COMMUNICATION" or "COMMUNICATIONS" means and

12  includes any disclosure, transfer or exchange of information between two or more

13  PERSONS, whether orally or in writing, including, without limitation, any conversation

14  or discussion by means of meeting, letter, telephone, note, memorandum, telegraph,

15  telex, telecopier, electronic mail, or any other electronic or other medium, including

16  without limitation in written, audio or video form.

17       11.     "ACTION" shall mean this action now consolidated under Case

18  No. 04-9049 before the Hon. Stephen Larson and formerly *Mattel v. Bryant, Inc.*, first

19  filed in Los Angeles County Superior Court; *Bryant v. Mattel, Inc.*; and *MGA*

20  *Entertainment, Inc. v. Mattel, Inc.*; and all counterclaims, cross-claims and defenses

21  therein.

22       12.     "DIGITAL INFORMATION" shall mean any information created

23  or stored digitally, including but not limited to electronically, magnetically or optically.

24       13.     "SYSTEM" or "SYSTEMS" shall mean any computer or network

25  of computers or other network devices that allow a two or more computers to share

26  information and equipment, including but not limited to local area networks, wide area

27  networks, storage area networks, client-server networks or peer-to-peer networks. The

28

EXHIBIT _____ 7

-4-     PAGE _____ 208

use of the term "SYSTEM" or "SYSTEMS" shall also include the brand, model number, technical specifications, and capacities of the computers who are part of each such SYSTEM.

14.    "REFER OR RELATE TO" means constituting, embodying, containing, referring to, commenting on, evidencing, regarding, discussing, describing, mentioning, reflecting, expressing, pertaining to, concerning, supporting, contradicting, negating, revoking or otherwise relating to in any manner.

15.    "DOCUMENT" means all "WRITINGS" and "RECORDINGS" as those terms are defined in Rule 34 of the Federal Rules of Civil Procedure and Rule 1001 of the Federal Rules of Evidence, including, but not limited to, all writings and records of every type and description including, but not limited to, contracts, agreements, correspondence, memoranda, letters, facsimiles, electronic mail ("e-mail"), records of telephone conversations, handwritten and typewritten notes of any kind, statements, reports, minutes, recordings, transcripts and summaries of meetings, voice recordings, pictures, photographs, drawings, computer cards, tapes, discs, printouts and records of all types, studies, instruction manuals, policy manuals and statements, books, pamphlets, invoices, canceled checks and every other device or medium by which or through which information of any type is transmitted, recorded or preserved.  Without any limitation on the foregoing, the term "DOCUMENT" shall include all copies that differ in any respect from the original or other versions of the DOCUMENT, including, but not limited to, all drafts and all copies of such drafts or originals containing initials, comments, notations, insertions, corrections, marginal notes, amendments or any other variation of any kind.

16.    "PERSON" or "PERSONS" means all natural persons, partnerships, corporations, joint ventures and any kind of business, legal or public entity or organization, as well as its, his or her agents, representatives, employees, officers and

EXHIBIT _____ 7 _____

PAGE _____ 209 _____

NOTICE OF DEPOSITION OF MGA ENTERTAINMENT, INC.

directors and any one else acting on its, his or her behalf, pursuant to its, his or her authority or subject to its, his or her control.

17.    The singular form of a noun or pronoun includes within its meaning the plural form of the noun or pronoun so used, and *vice versa*; the use of the masculine form of a pronoun also includes within its meaning the feminine form of the pronoun so used, and *vice versa*; the use of any tense of any verb includes also within its meaning all other tenses of the verb so used, whenever such construction results in a broader request for information; and "and" includes "or" and *vice versa,* whenever such construction results in a broader disclosure of documents or information.

### Topics of Examination

1.    The origin, conception, creation, design, sculpting, development, engineering, rotocasting, modeling and prototyping of BRATZ and BRATZ DESIGNS CREATED prior to June 30, 2001 (regardless of when or whether such was released in any form to the public), including without limitation the timing thereof, the IDENTITY of each PERSON with knowledge thereof, the IDENTITY of each PERSON involved therein, and the nature, extent and time period(s) of each such PERSON's involvement.

2.    The circumstances under which BRATZ or any BRATZ DESIGN first came to YOUR attention, including without limitation the timing, method and manner thereof and the IDENTITY of each PERSON with knowledge thereof.

3.    The identity of each doll, product, work or item produced, developed, manufactured, licensed, sold or offered for sale by or for YOU or on YOUR behalf that was BASED ON any BRATZ DESIGN which BRYANT CREATED.

4.    To the extent not covered by Topic 3, each EMBODIMENT of any doll, doll accessory or toy that BRYANT CREATED prior to June 30, 2001.

5.    The work, activities and/or services that BRYANT performed for or with YOU or on YOUR behalf prior to June 30, 2001.

EXHIBIT _____ 7 _____

PAGE _____ 210 _____

NOTICE OF DEPOSITION OF MGA ENTERTAINMENT, INC.

1    6.    The origin, conception and creation of DESIGNS that BRYANT
2  CREATED prior to June 30, 2001 and in which YOU claim to have, or have ever
3  claimed to have, any right, title or interest (whether in whole or in part).

4    7.    The identity of, and the design, development, sculpting,
5  development, engineering, rotocasting, modeling, prototyping and first sale of, any doll,
6  product, work or item that has been produced, developed, manufactured, licensed, sold
7  or offered for sale by, for or on behalf of YOU and that was BASED ON any DESIGN
8  referenced in Topic 6.

9    8.    Each EMBODIMENT of BRATZ that was CREATED prior to June
10  30, 2001 or that was at any time BASED ON any BRATZ DESIGN which was
11  CREATED prior to June 30, 2001.

12    9.    The DRAWINGS, including without limitation the authorship,
13  creation, dissemination and use thereof and the source, meaning, authenticity and
14  timing of any dates thereon.

15    10.    The IDENTITY of each vendor or third party who performed or
16  contributed, or who was considered, solicited, requested, proposed or contemplated by
17  YOU or BRYANT to perform or contribute, any activities, work or services in
18  connection with BRATZ or BRATZ DESIGNS prior to June 30, 2001, YOUR
19  COMMUNICATIONS therewith, and the nature, extent and timing of such activities,
20  work or services.

21    11.    The exhibition, or proposed, offered, contemplated or requested
22  exhibition, of BRATZ or any BRATZ DESIGN to any third party prior to June 30,
23  2001, including without limitation each instance in which BRATZ or any BRATZ
24  DESIGN was marketed, offered for sale, pitched, shown or disclosed to, or otherwise
25  discussed with or communicated to, any retailer, wholesaler or distributor and the
26  DOCUMENTS that REFER OR RELATE thereto.

27    12.    The actual, proposed, requested or contemplated manufacture,
28  fabrication or tooling (including the production of molds) of BRATZ, including without

1   limitation the timing thereof and the IDENTITY of each manufacturer and potential
2   manufacturer used, proposed or considered.

3        13.    COMMUNICATIONS prior to June 30, 2001 between YOU and
4   any manufacturer, distributor, wholesaler, retailer, or any contemplated, proposed or
5   potential manufacturer, distributor, wholesaler or retailer, that REFER OR RELATE
6   TO BRATZ or any BRATZ DESIGN.

7        14.    When and where BRATZ was first manufactured, shipped,
8   distributed and sold, and the IDENTITIES and roles of PERSONS involved therein.

9        15.    The licensing, including without limitation the proposed or
10  requested licensing, of BRATZ or any BRATZ DESIGN prior to December 31, 2001,
11  including without limitation the timing thereof, the IDENTITY of each such licensee or
12  proposed or requested licensee and the product(s) or proposed product(s) involved.

13       16.    COMMUNICATIONS between YOU and BRYANT prior to
14  January 1, 2001, including without limitation the content, means and timing of such
15  COMMUNICATIONS, the IDENTITY of the PERSONS who were parties thereto and
16  the DOCUMENTS that REFER OR RELATE TO such COMMUNICATIONS.

17       17.    COMMUNICATIONS that BRYANT made for YOU or on YOUR
18  behalf with any PERSON other than YOU that REFER OR RELATE TO BRATZ prior
19  to June 30, 2001.

20       18.    YOUR agreements and contracts with BRYANT, including without
21  limitation the timing thereof, the negotiations, drafts and COMMUNICATIONS that
22  REFER OR RELATE thereto, and any actual or proposed amendments thereto.

23       19.    Each agreement or contract between YOU and any PERSON other
24  than BRYANT that REFERS OR RELATES TO BRATZ or BRATZ DESIGNS that
25  REFERS OR RELATES to the time period prior to December 31, 2001 (regardless of
26  when such agreement or contract was negotiated or executed), including without
27  limitation the timing thereof, the negotiations, drafts and COMMUNICATIONS that
28  REFER OR RELATE thereto, and any actual or proposed amendments thereto.

EXHIBIT _____

-8-

2/2

NOTICE OF DEPOSITION OF MGA ENTERTAINMENT, INC.

PAGE

1      20.    YOUR knowledge, prior to April 29, 2004, of BRYANT's contracts
2  and agreements with, and his obligations to, MATTEL.

3      21.    YOUR knowledge of, and access to, non-public MATTEL DIVA
4  STARZ project information and DESIGNS prior to June 30, 2001.

5      22.    The payment of money or anything of value by or for YOU or on
6  YOUR behalf that has been made to, for or on behalf of BRYANT (a) for work,
7  services or activities performed by BRYANT prior to January 1, 2001 (regardless of
8  when such payment was actually made), (b) for DESIGNS CREATED by BRYANT
9  prior to January 1, 2001 (regardless of when such payment was actually made) or (c) in
10  connection with BRATZ or any BRATZ DESIGN at any time, including without
11  limitation the timing, manner and amount(s) thereof and the reasons therefor.

12      23.    The payment of royalties to, for or on behalf of BRYANT made by
13  or for YOU or on YOUR behalf, including the timing, manner and amounts of such
14  payments and the reasons therefor.

15      24.    Any indemnification and fee arrangement that YOU and/or
16  BRYANT has sought, proposed, requested or obtained in connection with this
17  ACTION.

18      25.    YOUR revenues and profits from BRATZ, including without
19  limitation YOUR gross and net profits, and YOUR costs associated therewith.

20      26.    YOUR net worth.

21      27.    The payment of money or anything of value that YOU have made or
22  offered to make to, for or on behalf of Elise Cloonan, or that has been requested, sought
23  or received by, for or on behalf of Elise Cloonan, and the timing, manner, amount(s)
24  and reasons therefor.

25      28.    COMMUNICATIONS between YOU and Elise Cloonan that
26  REFER OR RELATE TO BRYANT, MATTEL, BRATZ and/or Anna Rhee, including
27  the DOCUMENTS that REFER OR RELATE TO such COMMUNICATIONS.

28                     EXHIBIT _____ 7 _____

1        29.    COMMUNICATIONS made by, for or on behalf of YOU, whether
2 directly or indirectly, with Anna Rhee, including without limitation since February
3 2005 (but not including any such COMMUNICATIONS with her legal counsel).

4        30.    COMMUNICATIONS between YOU and Veronica Marlow,
5 Margaret Hatch (also known as Margaret Leahy and/or Margaret Hatch-Leahy), Sarah
6 Halpern, Steve Linker, Liz Hogan and/or Jesse Ramirez that REFER OR RELATE TO
7 BRYANT, MATTEL, BRATZ and/or Anna Rhee, including without limitation all
8 DOCUMENTS that REFER OR RELATE TO such COMMUNICATIONS.

9        31.    The IDENTITY of each PERSON who, at any time since January 1,
10 1998, has performed any work or services for, by or on behalf of YOU while such
11 PERSON was employed by MATTEL, the nature and timing of each such PERSON's
12 work or services and the amount(s) paid by YOU to each such PERSON.

13        32.    COMMUNICATIONS between YOU and BRYANT that REFER
14 OR RELATE TO MATTEL or REFER OR RELATE TO any DOCUMENT that was
15 prepared, authored or created by MATTEL that BRYANT has ever provided to, shown,
16 described to, communicated to or disclosed in any manner to YOU.

17        33.    The applications for registration and the registrations for copyright,
18 patent, trademark or any other right that REFER OR RELATE TO BRATZ or BRATZ
19 DESIGNS sought, made or obtained by, for or on behalf of YOU or BRYANT,
20 including without limitation COMMUNICATIONS pertaining thereto.

21        34.    Other than those previously filed and served in this ACTION or in
22 which Mattel, Inc.'s counsel in this ACTION was in attendance, the testimony,
23 transcripts, declarations, affidavits and other sworn written statements of any other type
24 by or from YOU or made on YOUR behalf that REFER OR RELATE TO BRATZ
25 THAT REFER OR RELATE TO the time period prior to June 30, 2001 (regardless of
26 when such testimony or sworn statement was taken, given, signed, made or filed).

27        35.    COMMUNICATIONS between YOU and Universal Commerce
28 Corp., Ltd. prior to June 30, 2001.

EXHIBIT _____ 7 _____

1      36.    The source, meaning and authenticity of SL00013-14, including

2 without limitation the timing of its creation and the handwriting thereon.

3      37.    YOUR corporate structure since January 1, 1999, including without

4 limitation the relationship between MGA Entertainment, Inc. and any of its

5 predecessors, affiliates and subsidiaries.

6      38.    The retention or destruction policies, procedures and practices for

7 YOUR DOCUMENTS and DIGITAL INFORMATION that REFER OR RELATE TO

8 BRATZ since January 1, 1999, including without limitation the retention or destruction

9 of DOCUMENTS and DIGITAL INFORMATION when (a) hardware is replaced,

10 modified or upgraded and (b) when PERSONS leave YOUR employ.

11      39.    The preservation, collection, destruction, removal, transfer, loss or

12 impairment of YOUR DOCUMENTS and DIGITAL INFORMATION in connection

13 with the ACTION and/or any DOCUMENTS requested by MATTEL in the ACTION.

14      40.    The preservation, collection, destruction, removal, transfer, loss or

15 impairment of YOUR DOCUMENTS and DIGITAL INFORMATION since January 1,

16 1999 that REFER OR RELATE TO MATTEL (including without limitation to any

17 MATTEL product, plan or information) that YOU received in any manner from any

18 PERSON who was at the time an employee of MATTEL or who had previously been

19 an employee of MATTEL.

20      41.    The testing of or sampling from DOCUMENTS that REFER OR

21 RELATE TO BRATZ or BRYANT, including without limitation such testing or

22 sampling in connection with any ink, paper or chemical analysis performed or

23 attempted to be performed to date, any DOCUMENTS that REFER OR RELATE

24 thereto and all results and reports relating thereto.

25      42.    YOUR DIGITAL INFORMATION data backup policies, practices

26 and procedures from January 1, 1999 to the present, including without limitation the

27 location and specifications of any media used to preserve YOUR DIGITAL

28

EXHIBIT _____ 7

𝒹/5

-11-

1 INFORMATION and the software, if any, used to preserve YOUR DIGITAL
2 INFORMATION.

3      43.   The DIGITAL INFORMATION SYSTEMS and the application
4 software that YOU have used since January 1, 1999 that REFER OR RELATE TO
5 design, development, planning, inventory, manufacturing, sales, shipping and
6 accounting, including without limitation the common or shared storage for such
7 DIGITAL INFORMATION SYSTEMS, remote access of such DIGITAL
8 INFORMATION SYSTEMS, and any changes, modifications or upgrades to such
9 DIGITAL INFORMATION SYSTEMS or application software.

10      44.   The IDENTITY of PERSONS, including without limitation
11 vendors, who since January 1, 1999 have been responsible for or supported YOUR
12 DIGITAL INFORMATION SYSTEMS, including without limitation the IDENTITY of
13 such PERSON who serviced or provided hardware for YOUR DIGITAL
14 INFORMATION SYSTEMS, hosted, stored, archived or maintained YOUR DIGITAL
15 INFORMATION, including but not limited to internet service providers, and provided
16 analytical, training or implementation services with respect to YOUR DIGITAL
17 INFORMATION SYSTEMS.

18      45.   The electronic messaging SYSTEMS used by YOUR employees
19 within the scope of their employment between January 1, 1999 and the present,
20 including but not limited to electronic mail, instant messenger, telephone or voice-mail,
21 and the routing of such electronic messages to, from or within MGA.

22      46.   YOUR policies, practices and procedures regarding the use of
23 transportable media that contain or are capable of containing DIGITAL
24 INFORMATION, including but not limited to floppy discs, compact discs, DVDs, USB
25 drives, portable hard drives, digital cameras and personal digital assistants.

26

27

28

209/2048031.

EXHIBIT _____ 7

-12-  PAGE _____ 216

NOTICE OF DEPOSITION OF MGA ENTERTAINMENT, INC.

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On February 1, 2007, I served true copies of the following document(s) described as **SECOND NOTICE OF DEPOSITION OF MGA ENTERTAINMENT, INC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(B)(6)** on the parties in this action as follows:

**BY MAIL TO:**

Keith A. Jacoby, Esq.
Littler Mendelson
2049 Century Park East, 5th Floor
Los Angeles, CA 90067-3107
Telephone: (310) 553-0308
Facsimile: (310) 553-5583

I enclosed the foregoing as well as a **COURTESY COPY** into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid. (Courtesy copy

**BY PERSONAL SERVICE ON:**

Diana M. Torres, Esq.
O'Melveny & Meyers
400 So. Hope Street
Los Angeles, CA 90071
Telephone: (213) 430-6000
**Facsimile: (213) 430-6407**

I delivered such envelope(s) **(COURTESY COPY INCLUDED)** by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 1, 2007, at Los Angeles, California.

_____
Mia Albert

_____
Dave Quintana

EXHIBIT ____7____

PAGE ____217____

07209/2049386.1

# EXHIBIT 8



LIBRARY OF CONGRESS

*Copyright Office*
*of the United States*

WASHINGTON, D.C.

THIS IS TO CERTIFY that the attached additional certificate is a claim of copyright for the work entitled JADE DRAWING registered under number VA 1-218-487.

THIS IS TO CERTIFY ALSO that the attached photocopies are a true representation of the work entitled JADE DRAWING deposited in the Copyright Office on December 22, 2003 registered under number VA 1-218-487.

IN WITNESS WHEREOF, the seal of this Office is affixed hereto on May 17, 2004.

Marybeth Peters
Register of Copyrights

By: Tracie M. Coleman
Head
Certifications and Documents
Section
Information and Reference
Division

Use of this material is governed by the U. S. copyright law 17 U.S.C. 101 et seq.



EXHIBIT _____ 8 _____

PAGE _____ 218 _____

M 0110179

**Additional Certificate (17 U.S.C. 706)**
# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-218-487**

EFFECTIVE DATE OF REGISTRATION

**DEC 22 2003**

Month        Day        Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** Title of This Work ▼
JADE Drawing

NATURE OF THIS WORK ▼ See instructions
color drawing

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2 a** NAME OF AUTHOR ▼
Carter Bryant

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of __USA__
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es) See instructions
☐ 3 Dimensional sculpture    ☐ Map    ☐ Technical drawing
☑ 2 Dimensional artwork     ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**b** Name of Author ▼

Dates of Birth and Death
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es) See instructions
☐ 3 Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2 Dimensional artwork     ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**NOTE**
Under the law, the author of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**3 a** Year in Which Creation of This Work Was Completed
1998  Year
This information must be given in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month February  Day 12  Year 2001
U.S.A.  Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
MGA Entertainment Inc  16730 Schoenborn Street
North Hills CA 91343 6122

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Assignment

APPLICATION RECEIVED
DEC 22 2003
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
DEC 22 2003
FUNDS RECEIVED

See instructions before completing this space.

MORE ON BACK ▶   Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
See detailed instructions.   Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ pages

**EXHIBIT** _8_

**PAGE** _219_

M 0110180

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form
b. ☐ This is the first application submitted by this author as copyright claimant
c. ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is "Yes," give: **Previous Registration Number** ▼    **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼

**6**

a

See instructions
before completing
this space.

b. **Material Added to This Work** Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼    **Account Number** ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Larry W McFarland Keats McFarland & Wilson LLP
9720 Wilshire Boulevard Penthouse Suite
Beverly Hills California 90212

b

Area code and daytime telephone number ( 310 ) 248 3830    Fax number ( 310 ) 860 0363

Email  lmcfarland@kmwlaw com

**CERTIFICATION** I, the undersigned, hereby certify that I am the

check only one ►
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of _MGA Entertainment Inc_
    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Larry W McFarland    Date December 16 2003

Handwritten signature (X) ▼

X _[signature]_

Certificate
will be
mailed in
window
envelope
to this
address

**Name** ▼
Larry W McFarland Keats McFarland & Wilson LLP
**Number/Street/Apt** ▼
9720 Wilshire Boulevard Penthouse Suite
**City/State/ZIP** ▼
Beverly Hills California 90212

**9**

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev June 2002—20,000  Web Rev June 2002  ⊕ Printed on recycled paper    U.S. Government Printing Office 2002-461-113/20 021

EXHIBIT ___8___

PAGE ___220___

M 0110181

VA 1-218-467



EXHIBIT _____ 8 _____          M 0110182

PAGE _____ 221 _____



EXHIBIT _____ 8 _____      M 0110183

PAGE _____ 222 _____



LIBRARY OF CONGRESS

*Copyright Office*
*of the United States*

WASHINGTON, D.C.

**THIS IS TO CERTIFY** that the attached additional certificate is a claim of copyright for the work entitled **SASHA DRAWING** registered under number **VA 1-218-488**.

**THIS IS TO CERTIFY ALSO** that the attached photocopies are a true representation of the work entitled **SASHA DRAWING** deposited in the Copyright Office on December 22, 2003 registered under number **VA 1-218-488**.

**IN WITNESS WHEREOF**, the seal of this Office is affixed hereto on May 17, 2004.

Marybeth Peters
Register of Copyrights

*Tracie M. Coleman*

By:    Tracie M. Coleman
Head
Certifications and Documents
Section
Information and Reference
Division

Use of this material is governed by the U. S. copyright law 17 U.S.C. 101 et seq.



M 0110184

EXHIBIT _____ 8 _____

PAGE _____ 223 _____

**Additional Certificate (17 U.S.C. 706)**
Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-218-488

EFFECTIVE DATE OF REGISTRATION

DEC 22 2003

Month       Day       Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

Title of This Work ▼

SASHA Drawing

NATURE OF THIS WORK ▼ See instructions

color drawing

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2**

**a**

NAME OF AUTHOR ▼

Carter Bryant

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of U.S.A.
Domiciled in

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See instructions
☐ 3 Dimensional sculpture   ☐ Map   ☐ Technical drawing
☑ 2 Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**b**

Name of Author ▼

Dates of Birth and Death
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of
Domiciled in

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

Nature of Authorship Check appropriate box(es). See instructions
☐ 3 Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2 Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

NOTE
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**3**

**a**

Year in Which Creation of This Work Was Completed
1998

This information must be given ONLY if this work has been published.

Date and Nation of First Publication of This Particular Work
Complete this information Month February   Day 12   Year 2001
Nation U.S.A.

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

MGA Entertainment Inc 16730 Schoenborn Street
North Hills CA 91343 6122

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

Assignment

APPLICATION RECEIVED
DEC 22 2003
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
DEC 22 2003

FUNDS RECEIVED

MORE ON BACK ▶   Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
See detailed instructions.   Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

EXHIBIT _____ 8

PAGE _____ 224

M 0110185

VA 1-218-488



LIBRARY OF CONGRESS
DEC 2 2 2003
COPYRIGHT OFFICE

EXHIBIT _____ 8 _____     M 0110186

PAGE _____ 225 _____



EXHIBIT _____ 8 _____ M 0110187

PAGE _____ 226 _____



LIBRARY OF CONGRESS

*Copyright Office*
*of the United States*
WASHINGTON, D.C.

**THIS IS TO CERTIFY** that the attached additional
certificate is a claim of copyright for the work entitled **CLOE
DRAWING** registered under number **VA 1-218-490.**

**THIS IS TO CERTIFY ALSO** that the attached
photocopies are a true representation of the work entitled **CLOE
DRAWING** deposited in the Copyright Office on December 22, 2003
registered under number **VA 1-218-490.**

**IN WITNESS WHEREOF**, the seal of this Office is
affixed hereto on May 17, 2004.

Marybeth Peters
Register of Copyrights

By: Tracie M. Coleman
Head
Certifications and Documents
Section
Information and Reference
Division

Use of this material is governed by the U. S. copyright law 17 U.S.C.
101 et seq.



M 0110193

EXHIBIT _____ 8 _____

PAGE _____ 227 _____

Additional Certificate (17 U.S.C. 706)
## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-218-490

EFFECTIVE DATE OF REGISTRATION

**DEC 22 2003**
Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

**1**
Title of This Work ▼
CLOE Drawing

NATURE OF THIS WORK ▼ See instructions
color drawing

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical serial or collection give information about the collective work in which the contribution appeared Title of Collective Work ▼

If published in a periodical or serial give   Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2**

**NOTE**
Under the law the author of a work made for hire is generally the employer not the employee (see instructions) For any part of this work that was made for hire check "Yes" in the space provided give the employer (or other person for whom the work was prepared) as "Author" of that part and leave the space for dates of birth and death blank

**a**
NAME OF AUTHOR ▼
Carter Bryant

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☑ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of   USA
     Domiciled in

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes" see detailed instructions

Nature of Authorship Check appropriate box(es) See Instructions
☐ 3 Dimensional sculpture       ☐ Map           ☐ Technical drawing
☑ 2 Dimensional artwork         ☐ Photograph    ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design ☐ Architectural work

**b**
Name of Author ▼

Dates of Birth and Death
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of
     Domiciled in

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

Nature of Authorship Check appropriate box(es) See Instructions
☐ 3 Dimensional sculpture       ☐ Map           ☐ Technical drawing
☐ 2 Dimensional artwork         ☐ Photograph    ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design ☐ Architectural work

---

**3**
**a**
Year in Which Creation of This Work Was Completed
1998
Year  This information must be given  Year in all cases

Date and Nation of First Publication of This Particular Work
**b**
Complete this information  Month February  Day 12  Year 2001
ONLY if this work has been published  Nation U.S.A.

---

**4**
See instructions before completing this space

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
MGA Entertainment Inc  16730 Schoenborn Street
North Hills CA 91343 6122

APPLICATION RECEIVED
DEC 22 2003
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
DEC 22 2003
FUNDS RECEIVED

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼
Assignment

---

MORE ON BACK ▶   Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions   Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ pages

---

EXHIBIT _____ 8 _____

PAGE _____ 228 _____

M 0110194

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No  If your answer is Yes, why is another registration being sought? (Check appropriate box) ▼
a ☐ This is the first published edition of a work previously registered in unpublished form
b ☐ This is the first application submitted by this author as copyright claimant
c ☐ This is a changed version of the work, as shown by space 6 on this application
If your answer is Yes, give Previous Registration Number ▼      Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work, complete only 6b for a compilation
a Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

**6**

See instructions
before completing
this space

b Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

**a**

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name ▼      Account Number ▼

**7**

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent  Name/Address/Apt/City/State/ZIP ▼

Larry W McFarland  Keats McFarland & Wilson LLP
9720 Wilshire Boulevard Penthouse Suite
Beverly Hills California 90212

**b**

Area code and daytime telephone number  ( 310 ) 248 3830      Fax number  ( 310 ) 860 0363

Email  lmcfarland@kmwlaw.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  MGA Entertainment Inc
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date

Larry W McFarland      Date  December 16 2003

Handwritten signature (X) ▼

X

**9**

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼
Larry W McFarland  Keats McFarland & Wilson LLP
Number/Street/Apt ▼
9720 Wilshire Boulevard Penthouse Suite
City/State/ZIP ▼
Beverly Hills California 90212

17 U.S.C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500

Rev June 2002—20,000  Web Rev June 2002  ⊕ Printed on recycled paper      U S Government Printing Office 2000-461 113/20 021

M 0110195

EXHIBIT _____8_____

PAGE _____229_____

VA 1 – 218 – 490



LIBRARY OF CONGRESS
DEC 2 2 2003   TT
COPYRIGHT OFFICE

**EXHIBIT** _____ X _____          **M 0110196**

**PAGE** _____ 230 _____



EXHIBIT _____ 8 _____  **M 0110197**

PAGE _____ 231 _____

LIBRARY OF CONGRESS

## Copyright Office
### of the United States
WASHINGTON, D.C.

**THIS IS TO CERTIFY** that the attached additional certificate is a claim of copyright for the work entitled **YASMIN DRAWING** registered under number **VA 1-218-491.**

**THIS IS TO CERTIFY ALSO** that the attached photocopies are a true representation of the work entitled **YASMIN DRAWING** deposited in the Copyright Office on December 22, 2003 registered under number **VA 1-218-491.**

**IN WITNESS WHEREOF**, the seal of this Office is affixed hereto on May 17, 2004.

Marybeth Peters
Register of Copyrights

By: Tracie M. Coleman
Head
Certifications and Documents Section
Information and Reference Division

Use of this material is governed by the U. S. copyright law 17 U.S.C. 101 et seq.

EXHIBIT 511
Deponent ARMSTRONG
Date 7/18/07 Rptr. ACC
WWW.DEPOBOOK.COM

M 0110198

EXHIBIT _____ 8 _____

PAGE _____ 232 _____

**Additional Certificate (17 U.S.C. 706)**
## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-218-491

EFFECTIVE DATE OF REGISTRATION

**DEC 22 2003**

Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET

**1**
Title of This Work ▼
YASMIN Drawing

NATURE OF THIS WORK ▼ See instructions
color drawing

Previous or Alternative Titles ▼

Publication as a Contribution  If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared  Title of Collective Work ▼

If published in a periodical or serial give  Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**
NAME OF AUTHOR ▼
**a** Carter Bryant

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

**NOTE**
Under the law the author of a work made for hire is generally the employer not the employee (see instructions) For any part of this work that was made for hire check Yes in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

Was this contribution to the work a work made for hire?
☐ Yes
☒ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _USA_
{ Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?      ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes" see detailed instructions

Nature of Authorship  Check appropriate box(es) See Instructions
☐ 3 Dimensional sculpture      ☐ Map            ☐ Technical drawing
☒ 2 Dimensional artwork         ☐ Photograph   ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

Name of Author ▼
**b**

Dates of Birth and Death
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
{ Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?      ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

Nature of Authorship  Check appropriate box(es) See Instructions
☐ 3 Dimensional sculpture      ☐ Map            ☐ Technical drawing
☐ 2 Dimensional artwork         ☐ Photograph   ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

**3**
**a** Year in Which Creation of This Work Was Completed
1998
This information must be given in all cases

**b** Date and Nation of First Publication of This Particular Work
Complete this information only if this work has been published
Month _February_  Day _12_  Year _2001_
_U.S.A._    Nation

**4**
COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
MGA Entertainment Inc  16730 Schoenborn Street
North Hills  CA  91343 6122

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2  give a brief statement of how the claimant(s) obtained ownership of the copyright ▼
Assignment

APPLICATION RECEIVED
DEC 22 2003
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
DEC 22 2003
FUNDS RECEIVED

MORE ON BACK ▶  Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions    Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ pages

M 0110199

EXHIBIT _____8_____

PAGE _____233_____

| EXAMINED BY | | FORM VA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5** PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼   Year of Registration ▼

**6** DERIVATIVE WORK OR COMPILATION Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**7** DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼   Account Number ▼

a.

CORRESPONDENCE Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
Larry W. McFarland  Keats McFarland & Wilson LLP
9720 Wilshire Boulevard  Penthouse Suite
Beverly Hills  California  90212

b.

Area code and daytime telephone number   (310) 248-3830.     Fax number   (310) 860-0363
Email   lmcfarland@kmwlaw.com

**8** CERTIFICATION* I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of   MGA Entertainment, Inc.
    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Larry W. McFarland     Date   December 16, 2003

Handwritten signature (X) ▼

**9** Certificate will be mailed in window envelope to this address:
Name ▼
Larry W. McFarland  Keats McFarland & Wilson LLP
Number/Street/Apt ▼
9720 Wilshire Boulevard  Penthouse Suite
City/State/ZIP ▼
Beverly Hills  California  90212

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. June 2002—30,000  Web Rev. June 2002  ⊖ Printed on recycled paper     U.S. Government Printing Office: 2000-461-113/20,021

M 0110200

EXHIBIT _____ 8 _____

PAGE _____ 234 _____

VA 1-218-491

LIBRARY OF CONGRESS
DEC 2 2 2003
COPYRIGHT OFFICE



M 0110201

EXHIBIT _____ 8 _____

PAGE _____ 235 _____



8/1998

EXHIBIT _____ 8 _____    **M 0110202**

PAGE _____ 236 _____



LIBRARY OF CONGRESS

*Copyright Office*
*of the United States*

WASHINGTON, D.C.

**THIS IS TO CERTIFY** that the attached additional certificate is a claim of copyright for the work entitled **BRATZ GROUP DRAWING** registered under number **VA 1-218-489.**

**THIS IS TO CERTIFY ALSO** that the attached photocopies are a true representation of the work entitled **BRATZ GROUP DRAWING** deposited in the Copyright Office on December 22. 2003 registered under number **VA 1-218-489.**

**IN WITNESS WHEREOF**. the seal of this Office is affixed hereto on May 17, 2004.

Marybeth Peters
Register of Copyrights

By:      Tracie M. Coleman
Head
Certifications and Documents
Section
Information and Reference
Division

Use of this material is governed by the U. S. copyright law 17 U.S.C. 101 et seq.



M 0110188

EXHIBIT _____ 8 _____

PAGE _____ 237 _____

**Additional Certificate (17 U.S.C. 706)**
## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts

VA 1-218-489

EFFECTIVE DATE OF REGISTRATION

**DEC 22 2003**

Month   Day   Year

---

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

**1**

Title of This Work ▼
BRATZ Group Drawing

NATURE OF THIS WORK ▼ See Instructions
color drawing

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical serial or collection give information about the collective work in which the contribution appeared Title of Collective Work ▼

If published in a periodical or serial give Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2**

NAME OF AUTHOR ▼

**a** Carter Bryant

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ___ U.S.A ___
{ Domiciled in ___

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes   ☑ No
Pseudonymous?   ☐ Yes   ☑ No
If the answer to either of these questions is "Yes" see detailed instructions

**NOTE**

Under the law the author of a work made for hire is generally the employer not the employee (see instructions) For any part of this work that was made for hire check "Yes" in the space provided give the employer (or other person for whom the work was prepared) as "Author" of that part and leave the space for dates of birth and death blank

Nature of Authorship Check appropriate box(es) See Instructions
☐ 3 Dimensional sculpture   ☐ Map   ☐ Technical drawing
☑ 2 Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**b** Name of Author ▼

Dates of Birth and Death
Year Born ▼   Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ___
{ Domiciled in ___

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

Nature of Authorship Check appropriate box(es) See Instructions
☐ 3 Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2 Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**3**

**a** Year in Which Creation of This Work Was Completed
1998   This information must be given Year in all cases

Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published
Month February   Day 12   Year 2001
U.S.A.   Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
MGA Entertainment Inc  16730 Schoenborn Street
North Hills CA 91343 6122

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼
Assignment

See instructions before completing this space

APPLICATION RECEIVED
DEC 22 2003
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
DEC 22 2003
FUNDS RECEIVED

---

MORE ON BACK ▶   Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions   Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ pages

M 0110189

EXHIBIT ___8___

PAGE ___238___

| EXAMINED BY | | FORM VA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE ☐ Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work or for an earlier version of this work already been made in the Copyright Office?

☐ Yes  ☐ No  If your answer is "Yes" why is another registration being sought? (Check appropriate box.) ▼

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is "Yes," give: Previous Registration Number ▼ _____ Year of Registration ▼ _____

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation

a Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

**6**

a _See instructions before completing this space_

b Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼ _____ Account Number ▼ _____

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Larry W McFarland  Keats McFarland & Wilson LLP
9720 Wilshire Boulevard  Penthouse Suite
Beverly Hills  California  90212

b

Area code and daytime telephone number ( 310 ) 248 3830       Fax number ( 310 ) 860 0363

Email  lmcfarland@kmwlaw com

**CERTIFICATION** I the undersigned hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  MGA Entertainment  Inc
   _Name of author or other copyright claimant, or owner of exclusive right(s) ▲_

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date

Larry W McFarland _____ Date December 16 2003

Handwritten signature (X) ▼

X _____

Certificate will be mailed in window envelope to this address

Name ▼
Larry W McFarland  Keats McFarland & Wilson LLP

Number/Street/Apt ▼
9720 Wilshire Boulevard  Penthouse Suite

City/State/ZIP ▼
Beverly Hills  California  90212

**9**

17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev June 2002—20,000  Web Rev June 2002  ⊕ Printed on recycled paper       U.S. Government Printing Office 2000 461-113/20 021

EXHIBIT _____ 8

PAGE _____ 239

M 0110190

VA 1-218-489



M 0110191

EXHIBIT _____ 8

PAGE _____ 240

M 0110192

EXHIBIT 8

PAGE 2/41



8/14/98

EXHIBIT 9

LIBRARY OF CONGRESS

*Copyright Office*

*of the United States*

WASHINGTON, D.C.

THIS IS TO CERTIFY that the attached additional certificate is a claim of copyright for the work entitled **JADE DOLL CONFIGURATION, ACCESSORIES AND PACKAGING** registered under number **VA 1-090-287**.

THIS IS TO CERTIFY ALSO   that   the attached photocopies are a true representation of the work entitled **JADE DOLL CONFIGURATION, ACCESSORIES AND PACKAGING** deposited in the Copyright Office on July 18, 2001 registered under number **VA 1-090-287**.

IN WITNESS WHEREOF, the seal of this Office is affixed hereto on May 17, 2004.

Marybeth Peters
Register of Copyrights

By:   Tracie M. Coleman
Head
Certifications and Documents
Section
Information and Reference
Division

Use of this material is governed by the U. S. copyright law 17 U.S.C. 101 et seq.



△ π EXHIBIT 557
Deponent _Armstrong_
Date _8/1/07_ Rptr. _AC_
WWW.DEPOBOOK.COM

M 0110155

EXHIBIT _____ 9 _____

PAGE _____ 242 _____

Additional Certificate (17 U.S.C. 706)
## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-090-287

EFFECTIVE DATE OF REGISTRATION

JUN 1 8 2001

Month        Day        Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**TITLE OF THIS WORK ▼**                                      NATURE OF THIS WORK ▼ see instructions

Jade Doll Configuration, Accessories and Packaging

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**NAME OF AUTHOR ▼**
ABC International Traders, Inc. d/b/a
MGA Entertainment

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶
      Domiciled in ▶ U., S., A. ▶

**Was This Author's Contribution to the Work**
Anonymous?      ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☒ 3-Dimensional sculpture        ☐ Map                ☐ Technical drawing
☐ 2-Dimensional artwork          ☐ Photograph         ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design     ☐ Architectural work

NOTE
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶
      Domiciled in ▶

**Was This Author's Contribution to the Work**
Anonymous?      ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture        ☐ Map                ☐ Technical drawing
☐ 2-Dimensional artwork          ☐ Photograph         ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design     ☐ Architectural work

---

**Year in Which Creation of This Work Was Completed**
2000
Year in all cases

**Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month February    Day 12    Year 2001
United States of America    ◀ Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
ABC International Traders, Inc. d/b/a
MGA Entertainment
16730 Schoenborn Street, North Hills, CA 91343

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
JUL 13 2001
ONE DEPOSIT RECEIVED
JUL 18 2001
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

557-2

M 0110156

**EXHIBIT** _____9_____

**PAGE** _____243_____

EXAMINED BY _____   FORM VA

CHECKED BY

☐ CORRESPONDENCE
  Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼         Year of Registration ▼

DERIVATIVE WORK OR COMPILATION Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                    Account Number ▼

CORRESPONDENCE Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼
Lucy B. Arant c/o Russ, August, Kabat & Kent
12424 Wilshire Boulevard, Suite 1200
Los Angeles, California  90025

Area code and daytime telephone number ▶ (310 826-7474, ext. 270      Fax number ▶ 310 826-4415
Email▶ larant@raklaw.com

CERTIFICATION* I, the undersigned, hereby certify that I am the
check only one ▶  ☐ author
                  ☐ other copyright claimant
                  ☐ owner of exclusive right(s)
                  ☒ authorized agent of  ABC International Traders, Inc.
                     Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Lucy B. Arant                                      Date▶ 7/16/01

Handwritten signature (X) ▼
X _____ Lucy B. Arant

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Lucy B. Arant c/o Russ, August, Kabat & Kent
Number/Street/Apt ▼
12424 Wilshire Boulevard, Suite 1200
City/State/ZIP ▼
Los Angeles, California  90025

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/71

EXHIBIT ____9____

PAGE ____244____

M 0110157





EXHIBIT _____9_____

PAGE _____245_____

M 0110158   557- 4



EXHIBIT ——— 9

PAGE ——— 246

M 0110159

LIBRARY OF CONGRESS

*Copyright Office*
*of the United States*
WASHINGTON, D.C.

    **THIS IS TO CERTIFY** that the attached additional certificate is a claim of copyright for the work entitled **SASHA DOLL CONFIGURATION, ACCESSORIES AND PACKAGING** registered under number **VA 1-090-288.**

    **THIS IS TO CERTIFY ALSO**   that the attached photocopy is a true representation of the work entitled **SASHA DOLL CONFIGURATION, ACCESSORIES AND PACKAGING** deposited in the Copyright Office on July 18, 2001 registered under number **VA 1-090-288.**

    **IN WITNESS WHEREOF,** the seal of this Office is affixed hereto on May 17, 2004.

Marybeth Peters
Register of Copyrights

By:   Tracie M. Coleman
Head
Certifications and Documents
Section
Information and Reference
Division

Use of this material is governed by the U. S. copyright law 17 U.S.C. 101 et seq.

Δ π EXHIBIT 557
Deponent *Armstron x*
Date *8/1/07* Rptr. *AC*
WWW.DEPOBOOK.COM

M 0110160

EXHIBIT _____ 9 _____

PAGE _____ 247 _____

**Additional Certificate [17 U.S.C. 706]**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-097-096

EFFECTIVE DATE OF REGISTRATION

**JUN 18 2001**

| Month | Day | Year |

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**TITLE OF THIS WORK ▼**

Sasha Doll Configuration, Accessories and Packaging

**NATURE OF THIS WORK ▼** See instructions

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼** | **Number ▼** | **Issue Date ▼** | **On Pages ▼**

---

**NAME OF AUTHOR ▼**
ABC International Traders, Inc. d/b/a
MGA Entertainment

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶
Domiciled in ▶ U.S.A.

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☒ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

---

**Year in Which Creation of This Work Was Completed**
2000   ◀ Year   *This information must be given in all cases.*

**Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.   **Month** February   **Day** 12   **Year** 2001
**Nation** United States of America

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
ABC International Traders, Inc. d/b/a
MGA Entertainment
16730 Schoenborn Street, North Hills, CA 91343

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
JUL 18 2001
**ONE DEPOSIT RECEIVED**
JUL 18 2001
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

---

M 0110161

EXHIBIT _____9_____

PAGE _____248_____

559-2

EXAMINED BY

CHECKED BY

CORRESPONDENCE

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

PREVIOUS REGISTRATION

PREVIOUS OR ALTERNATIVE TITLES

DERIVATIVE WORK OR COMPILATION

DEPOSIT ACCOUNT

CORRESPONDENCE
Lucy J. Arant c/o Ruger August, Kabat & Kent
12424 Wilshire Boulevard, Suite 1200
Los Angeles, California 90025

Area code and daytime telephone number ► 310 826-7474 ext. 270        Fax number ► 310 826-4415

Email ► LArant@raklaw.com

CERTIFICATION

☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of ... ABC International Traders, Inc.

Typed or printed name and date

Handwritten signature

EXHIBIT _____ 9 _____        M 0110162

PAGE _____ 249 _____        559-3

PAGE _____ 350

EXHIBIT _____ 6

M 0110163

55-4









EXHIBIT _____ 9 _____

PAGE _____ 251 _____

M 0110164

559-5

LIBRARY OF CONGRESS

*Copyright Office*

*of the United States*

WASHINGTON, D.C.

**THIS IS TO CERTIFY** that the attached additional
certificate is a claim of copyright for the work entitled **CLOE DOLL
CONFIGURATION, ACCESSORIES AND PACKAGING** registered
under number **VA 1-090-289**.

**THIS IS TO CERTIFY ALSO** that the attached
photocopies are a true representation of the work entitled **CLOE
DOLL CONFIGURATION, ACCESSORIES AND PACKAGING**
deposited in the Copyright Office on July 18, 2001 registered under
number **VA 1-090-289**.

**IN WITNESS WHEREOF**, the seal of this Office is
affixed hereto on May 17, 2004.

Marybeth Peters
Register of Copyrights

By:    Tracie M. Coleman
Head
Certifications and Documents
Section
Information and Reference
Division

Use of this material is governed by the U. S. copyright law 17 U.S.C.
101 et seq.

Δ π EXHIBIT _Cle 1_
Deponent _Armstrong_
Date _2/1/07_ Rptr. _AC_
WWW.DEPOBOOK.COM

**M 0110165**

EXHIBIT _____9_____

PAGE _____252_____

**Additional Certificate (17 U.S.C. 706)**
## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-090-289

**EFFECTIVE DATE OF REGISTRATION**

JUN 1 8 2001

Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**TITLE OF THIS WORK ▼**                                **NATURE OF THIS WORK ▼** See instructions

Cloe Doll Configuration, Accessories and Packaging

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give    Volume ▼        Number ▼        Issue Date ▼        On Pages ▼

---

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR ▼**
ABC International Traders, Inc. d/b/a
MGA Entertainment

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ U.S.A.

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes  ☒ No    If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?  ☐ Yes  ☒ No

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☒ 3-Dimensional sculpture        ☐ Map            ☐ Technical drawing
☐ 2-Dimensional artwork          ☐ Photograph     ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design ☐ Architectural work

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes  ☐ No    If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?  ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture        ☐ Map            ☐ Technical drawing
☐ 2-Dimensional artwork          ☐ Photograph     ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design ☐ Architectural work

---

**Year in Which Creation of This Work Was Completed**    2000    Year    This information must be given ONLY if this work has been published.

**Date and Nation of First Publication of This Particular Work**
Complete this information    Month  February    Day  12    Year  2001
United States of America                            ◀ Nation

---

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
ABC International Traders, Inc. d/b/a
MGA Entertainment
16730 Schoenborn Street, North Hills, CA  91343

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
JUL 16, 2001
**ONE DEPOSIT RECEIVED**
JUL 16, 2001
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions    • Sign the form at line 8

**DO NOT WRITE HERE**
Page 1 of ___ pages

---

EXHIBIT _____ 9

PAGE _____ 253

M 0110166
561 - 2

EXHIBIT _____ 9

PAGE _____ 254

M 0110167

561-3





EXHIBIT _____ 9 _____

PAGE _____ 255 _____

M 0110168
561-4



M 0110169

561-5

EXHIBIT _____ 4

PAGE _____ 256



**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-098-290

EFFECTIVE DATE OF REGISTRATION

JUN 1 8 2001

Month        Day        Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**TITLE OF THIS WORK ▼**                    NATURE OF THIS WORK ▼ See instructions

Yasmin Doll Configuration, Accessories and Packaging

**PREVIOUS OR ALTERNATIVE TITLES ▼**

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2**

**NAME OF AUTHOR ▼**
ABC International Traders, Inc. d/b/a
MGA Entertainment

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ U.S.A.

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes   ☒ No
Pseudonymous?   ☐ Yes   ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NATURE OF AUTHORSHIP Check appropriate box(es). See instructions
☒ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**NAME OF AUTHOR ▼**

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

---

**3**

Year in Which Creation of This Work Was Completed
2000
◀ Year    This information must be given in all cases.

Date and Nation of First Publication of This Particular Work
Complete this information    Month February    Day 12    Year 2001
ONLY if this work has been published.    United States of America    ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
ABC International Traders, Inc. d/b/a
MGA Entertainment
16730 Schoenborn Street, North Hills, CA 91343

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
JUL 18 2001
ONE DEPOSIT RECEIVED
JUL 18 2001
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.    DO NOT WRITE HERE
• See detailed instructions.    • Sign the form at line 8.    Page 1 of ___ pages

---

Δ π EXHIBIT 563
Deponent Armstrong
Date 8/1/03 Rptr. AC
WWW.DEPOBOOK.COM

M 0110639

EXHIBIT _____ 9

PAGE _____ 257

EXAMINED BY _____ FORM VA

CHECKED BY _____

CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

CORRESPONDENCE
Lucy B. Arant c/o Russ, August, Kabat & Kent
12424 Wilshire Boulevard, Suite 1200
Los Angeles, California  90025

310 826-7474, ext. 270     310 826-4415

larant@raklaw.com

CERTIFICATION

ABC International Traders, Inc.

Lucy B. Arant     Date 7/16/01

Lucy B. Arant c/o Russ, August, Kabat & Kent
12424 Wilshire Boulevard, Suite 1200
Los Angeles, California  90025

M 0110640

EXHIBIT ____ 9     563-2

PAGE ____ 258



M 0110641

EXHIBIT _____ 9 _____  563-3

PAGE _____ 259 _____







M 0110642

EXHIBIT _____ 9 _____ 56 3·4

PAGE _____ 260 _____