QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS<br><br>**CONFIDENTIAL - ATTORNEYS' EYES ONLY**<br>**FILED UNDER SEAL**<br>**PURSUANT TO PROTECTIVE ORDER** | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>NOTICE OF LODGING OF DECLARATION OF JON D. COREY IN SUPPORT OF MATTEL, INC.'S REPLY BRIEF IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND THINGS BY MGA ENTERTAINMENT, INC. AND FOR AWARD OF MONETARY SANCTIONS<br><br>Date:  TBA<br>Time:  TBA.<br>Place:  TBA<br><br>**Phase 1**<br>Discovery Cut-Off:  Jan. 28, 2008<br>Pre-Trial Conference:  May 5, 2008<br>Trial Date:  May 27, 2008 |

1            TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF
2 RECORD, PLEASE TAKE NOTICE that Mattel, Inc. hereby lodges the following
3 declaration with the Court in support of its Opposition to the MGA Defendants'
4 Motion to Quash Larry McFarland's Deposition Subpoena:

5      1.     Declaration of Jon D. Corey In Support Of Mattel, Inc.'s Reply Brief In
6            Support Of Motion To Compel Production Of Documents And Things
7            By MGA Entertainment, Inc. And For Award Of Monetary Sanctions,
8            dated February 15, 2008 attached hereto as Exhibit A.

11 DATED: March 27, 2008         QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Jon D. Corey
Jon Corey
Attorneys for Mattel, Inc.