1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     John B. Quinn (Bar No. 090378)
2    johnquinn@quinnemanuel.com
     Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
     Jon D. Corey (Bar No. 185066)
4    (joncorey@quinnemanuel.com)
     865 South Figueroa Street, 10th Floor
5  Los Angeles, California 90017-2543
   Telephone:  (213) 443-3000
6  Facsimile:  (213) 443-3100

7  Attorneys for Mattel, Inc.

8

9                    UNITED STATES DISTRICT COURT

10                 CENTRAL DISTRICT OF CALIFORNIA

11                        EASTERN DIVISION

12 | CARTER BRYANT, an individual,       | CASE NO. CV 04-9049 SGL (RNBx)

13 |            Plaintiff,               | Consolidated with
                                           Case No. CV 04-09059
14 |       vs.                           | Case No. CV 05-02727

15 | MATTEL, INC., a Delaware            | **DISCOVERY MATTER**
      corporation,
16 |                                     | **[To Be Heard By Discovery Master
            Defendant.                     Hon. Edward Infante (Ret.) Pursuant
17 |                                       To The Court's Order Of December
                                           6, 2006]**
18 | AND CONSOLIDATED ACTIONS
                                         | **EVIDENTIARY OBJECTION TO
19                                         THE DECLARATION OF LARRY
                                           MCFARLAND IN SUPPORT OF
20                                         MGA DEFENDANTS' MOTION TO
                                           QUASH LARRY MCFARLAND'S
21                                         DEPOSITION SUBPOENA**

22

23                                         Hearing Date:     TBA
                                           Time:             TBA
24                                         Place:            Telephonic

25                                         **Phase 1**
                                           Discovery Cut-off:    January 28, 2008
26                                         Pre-trial Conference: April 21, 2008
                                           Trial Date:           May 27, 2008

27

28

Mattel, Inc. ("Mattel") hereby objects to Paragraph 1 of the Declaration of Larry McFarland in Support of MGA Defendants' Motion to Quash Larry McFarland's Deposition Subpoena (the "McFarland Declaration").

## SPECIFIC OBJECTION TO THE MCFARLAND DECLARATION

| DECLARATION | OBJECTION |
|---|---|
| Paragraph 1: "I have represented MGA for years in various matters, including this matter." | Vague and ambiguous as to whether Mr. McFarland presently represents, or has represented MGA only in the past, in the matter of Carter Bryant v. Mattel, Inc., and consolidated actions, and in what capacity.  Specifically, and without limitation, it is unclear whether he has acted as trial counsel, at any point in time, for MGA in this matter.  For the same reasons this paragraph is unintelligible and incoherent. |

DATED:  March 27, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP


By_____
Jon D. Corey
Attorneys for Mattel, Inc.