UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT,<br><br>PLAINTIFF(S)<br><br>v.<br><br>MATTEL, INC.,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV 04-09049 SGL<br><br>NOTICE OF CHANGE OF<br>ATTORNEY INFORMATION |
|---|---|

**The following information must be provided:**

I, <u>Alan N. Goldberg</u>, <u>112836</u>, <u>agoldberg@sgattys.com</u>
      *Name*                   *CA Bar ID Number*            *E-mail Address*

☒ am counsel of record or ☐ out-of-state attorney in the above-entitled cause of action for the following party(s) <u>non-party and movant Stern & Goldberg</u>

and am requesting the following change(s):

***SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:***

☐ TO UPDATE NAME OR FIRM INFORMATION:
    ☐ I am providing the following new information pursuant to Local Rule 83-2.7 to be updated on the above-entitled cause of action.
          PROVIDE ONLY THE INFORMATION THAT HAS CHANGED
    Attorney Name changed to _____
    New Firm/Government Agency Name _____
    New Address _____
    New Telephone Number _____ New Facsimile Number _____
    New E-mail address _____

☐ TO BE ADDED AS COUNSEL OF RECORD: CHECK ONE BOX
    ☐ I am counsel of record in the above-entitled action and should have been added to the docket in this case. I made my first appearance in this case on _____
    ☐ This constitutes my Notice of Appearance to appear as counsel of record for the party(s) listed above in the above-entitled action.

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A NOTICE OF ASSOCIATION SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE, G-64 MUST BE FILED.

    Attorney Name _____ CA State Bar Number _____
    Firm/Government Agency Name _____
    Address: _____
    Telephone Number _____ Facsimile Number _____
    E-mail address _____

☑ **TO BE REMOVED FROM THE CASE: \*\***
I am no longer counsel of record in the above-entitled cause of action. *
CHECK ONE BOX

☐ The order relieving me as counsel of record was filed on: _____.

☐ There is/are other attorney(s) from my current law firm/government agency who are counsel of record in this case.

☐ I am no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this case.

**\*\*This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Rule 83-2.9 and form G-01, *Request for Substitution of Attorney* and G-01ORDER, *Order on Request for Substitution of Attorney*. At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated above in this action.**

* STERN & GOLDBERG is not a party to the case and its involvement is concluded.

Date: March 27, 2008                           _____
                                                *Attorney Signature*
                                               Alan N. Goldberg, Esq.

PLEASE NOTE: The information provided in this Notice will be used to update the above-entitled case only. A separate Notice must be completed for each case said change(s) is to be made. See Local Rule 83-2.7.

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | **STATE OF CALIFORNIA, COUNTY OF LOS ANGELES** |

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 6345 Balboa Boulevard, Suite 200, Encino, California 91316.

On March 28, 2008, I served the foregoing document described in this action as:

**NOTICE OF CHANGE OF ATTORNEY INFORMATION**

<u>XX</u>  **BY MAIL**                                                              __ **BY FACSIMILE**

<u>XX</u>   by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list.

__   by placing __ the original ___ a true copy thereof enclosed in sealed envelopes addressed as follows:

SEE ATTACHED PROOF OF SERVICE

<u>XX</u>   As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Encino, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on March 28, 2008, at Encino, California.

<u>XX</u>   (Federal)   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*Cynthia Nava*

---
1
PROOF OF SERVICE OF NOTICE OF CHANGE OF ATTORNEY INFORMATION

## SERVICE LIST

Michael T. Zeller, Esq.
Juan Pablo Alban, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Tel.: (213) 443-3000
Fax: (213) 624-0643

Jose R. Allen, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Embarcadero Center
San Francisco, California 94111-4144
Tel: (415) 984-6442
Fax: (888) 329-1260

Patricia L. Glaser, Esq.
Alisa Morgenthaler Lever, Esq.
Christensen, Glaser, Fink, Jacobs, Weil & Shapiro, LLP
10250 Contellation Blvd., 19th Floor
Los Angeles, California 90067
Tel.: (310) 282-6217
Fax: (310) 556-2920

Bryant S. Delgadillo, Esq.
Kaye Scholer, LLP
1999 Avenue of The Stars, Suite 1700
Los Angeles, California 90067-6048
Fax: (310) 788-1200
Phone: (310) 788-1341

Larry W. McFarland, Esq.
Keats, McFarland & Wilson, LLP
9720 Wilshire Boulevard
Penthouse Suite
Beverly Hills, California 90212
Telephone: (310) 248-3830
Facsimile: (310) 860-0363

Mark E. Overland, Esq.
Overland Borenstein Scheper & Kim
300 S. Grand Ave., Suite 2750
Los Angeles, California 90071
Tel: (213) 613-4680
Fax: (213) 613-4656