THOMAS J. NOLAN (Bar No. 66992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3144
Tel.: (213) 687-5000 / Fax: (213) 687-5600:
tnolan@skadden.com
Attorneys for MGA Entertainment, Inc., et al.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>PLAINTIFF(S)<br><br>v.<br><br>MATTEL, INC., a Delaware corporation<br><br>DEFENDANT(S). | CASE NUMBER:<br>CV 04-9049 SGL (RNBx)<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
(1) MGA'S RESPONSE IN OPPOSITION TO MATTEL'S MOTION TO DISQUALIFY ;
(2) DECLARATION OF PAUL M. ECKLES IN SUPPORT OF MGA'S RESPONSE IN OPPOSITION TO MATTEL'S MOTION TO DISQUALIFY;
(3) DECLARATION OF KENNETH A. PLEVAN IN SUPPORT OF MGA'S RESPONSE IN OPPOSITION TO MATTEL'S MOTION TO DISQUALIFY
(4) DECLARATION OF CRAIG HOLDEN IN SUPPORT OF MGA'S RESPONSE IN OPPOSITION TO MATTEL'S MOTION TO DISQUALIFY
(5) DECLARATION OF MICHELLE CAMPANA IN SUPPORT OF MGA'S RESPONSE IN OPPOSITION TO MATTEL'S MOTION TO DISQUALIFY
(6) PROOF OF SERVICE
(7) APPLICATION TO FILE UNDER SEAL
(8) PROPOSED ORDER TO FILE UNDER SEAL

**Document Description:**
- ☐ Administrative Record
- ☒ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5 .4(h)
- ☒ Other

**Reason:**
- ☒ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☐ Per Court order dated _____

G-92 (02/07)     NOTICE OF MANUAL FILING

American LegalNet, Inc.
www.FormsWorkflow.com

☐ Manual Filing required *(reason):*

March 31, 2008
Date

Thomas J. Nolan
Attorney Name

MGA ENTERTAINMENT, INC., et al.
Party Represented

Note: File one Notice in each case, each time you manually file document(s).