QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>　　　　Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**[PUBLIC REDACTED]**<br>**DECLARATION OF CYRUS S. NAIM IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA AND CARTER BRYANT'S MOTION FOR AN EVIDENTIARY HEARING REGARDING WITNESS TAMPERING**<br><br>Hearing Date:　April 14, 2008<br>Time:　　　　10:00 a.m.<br>Court Room:　Courtroom 1<br><br>**Phase I**<br>Discovery Cut-off:　January 28, 2008<br>Pre-trial Conference:　May 5, 2008<br>Trial Date:　May 27, 2008 |

07209/2449978.1

I, Cyrus S. Naim, declare as follows:

1. I am a member of the bar of the State of California and an associate with Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for plaintiff and counter-defendant, Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. Mattel produced a videotape of the inspection of the boxes of evidence provided by Ana Cabrera at Bates number M 0262583, and they were sealed thereafter. Mattel produced the transcripts of the interviews of Ana Cabrera and Beatriz Morales at Bates range M 0261971 - M 0262394. Mattel produced the audiotapes of these interviews at Bates number M 0262585 (see Exh. 33). Mattel provided the audiotapes of the interviews of Ana Cabrera and Beatriz Morales to Ramit Mizrahi, counsel for these witnesses, on February 6, 2008.

3. Mattel did not unseal the boxes of evidence provided by Ana Cabrera prior to March 3, 2008. On that date, counsel for all interested parties attended an inspection of the contents of the boxes, to determine whether any party wished to make a claim as to their contents. Present at that meeting were Maria Diaz, counsel for Ana Cabrera, Christian Dowell, counsel for Veronica Marlow, Marcus Mumford, counsel for MGA, and James J. Webster and myself, counsel for Mattel.

4. At that inspection, on March 3, 2008, Mattel also presented the originals of the time sheets and receipts Ms. Cabrera provided to Mattel for inspection by counsel. At Ms. Diaz's request, I provided her with the originals of these documents, though Mattel maintained its own copies.

5. Attached as Exhibit 1 is a true and correct copy of MGA's And Carter Bryant's Opposition To Mattel's Ex Parte Applications To Compel Additional Depositions, dated January 30, 2008.

6. Attached as Exhibit 2 is a true and correct copy of MGA Defendants' Supplemental and Second Amended Motion to Quash, dated February 14, 2008.

7. Attached as Exhibit 3 is a true and correct copy of excerpts of the Transcript of the Deposition of Veronica Marlow dated December 28, 2007.

8. Attached as Exhibit 4 is a true and correct copy of excerpts of the Transcript of the Deposition of Carter Bryant dated November 4, 2004, and November 5, 2004.

9. Attached as Exhibit 5 is a true and correct copy of excerpts of the deposition transcript of Lisa Tonnu, dated September 24, 2007.

10. Attached as Exhibit 6 is a true and correct copy of excerpts of MGA's Supplemental Responses to Mattel's Revised Third Set of Interrogatories.

11. Attached as Exhibit 7 is a true and correct copy of an Application for Employment for Maria Elena Salazar, dated March 6, 2003, and produced by MGA in this action at Bates range MGA 0886442-8.

12. Attached as Exhibit 8 is a true and correct copy of excerpts of the transcript of the interview of Ana Cabrera, dated January 2, 2008, and produced by Mattel at Bates number M 0261971.  A review of the transcript of the interview of Ana Cabrera dated January 2, 2008 showed that she stated that she had or may have worked on fashions for 73 different Bratz dolls.

13. During the interview of Ana Cabrera dated January 3, 2008, Cabrera looked through her various records of payments from Veronica Marlow with Mattel's agents.  A review of that transcript shows that she has records of payment for a total of approximately $109,489.  The audio recording for that interview (see Exh. 33) runs for a length of 50 minutes and 14 seconds.

14. Attached as Exhibit 9 is a true and correct copy of excerpts of the transcript of the interview of Beatriz Morales, dated January 14, 2008, and produced by Mattel at Bates number M 0262230.  A review of the transcript of the interview

of Beatriz Morales dated January 14, 2008 showed that she stated that she had or may have worked on fashions for 50 different Bratz dolls.

15. Attached as Exhibit 10 is a true and correct copy of a facsimile from James J. Webster to Maria G. Diaz, dated January 23, 2008.

16. Attached as Exhibit 11 is a true and correct copy of a facsimile from James J. Webster to Thomas Nolan, Maria Diaz, Larry McFarland, and Michael Page, dated February 6, 2008.

17. Attached as Exhibit 12 is a true and correct copy of a letter from James J. Webster to Ramit Mizrahi, counsel for Ana Cabrera and Beatriz Morales, dated February 8, 2008.

18. Attached as Exhibit 13 is a true and correct copy of a facsimile from Maria Diaz to James J. Webster. dated March 10, 2008.

19. Attached as Exhibit 14 is a true and correct copy of a facsimile from Maria Diaz to James J. Webster, dated March 19, 2008, at 10:55 a.m.

20. Attached as Exhibit 15 is a true and correct copy of a facsimile from James J. Webster to Maria Diaz, Thomas J. Nolan, Alexander H. Cote, and Michael H. Page, dated February 19, 2008.

21. Attached as Exhibit 16 is a true and correct copy of a subpoena served on Ana Cabrera on January 16, 2008.

22. Attached as Exhibit 17 is a true and correct copy of a subpoena served on Beatriz Morales on January 16, 2008.

23. Attached as Exhibit 18 is a true and correct copy of a subpoena served on Maria Salazar on January 22, 2008.

24. Attached as Exhibit 19 is a true and correct copy of a facsimile from Maria Diaz to James Webster dated January 23, 2008.

25. Attached as Exhibit 20 is a true and correct copy of a facsimile from James J. Webster to Maria G. Diaz, Thomas J. Nolan, Alexander H. Cote, and Michael H. Page, dated January 24, 2008.  My colleague James J. Webster phoned

Ms. Diaz on January 24, 2008, and left a voicemail asking for her to return his call. Neither I, Mr. Webster, nor to my knowledge any other counsel for Mattel, received any response to Mr. Webster's phone call or letter.

26. Attached as Exhibit 21 is a true and correct copy of a letter from Paul M. Eckles to Jon D. Corey dated January 24, 2008.

27. Attached as Exhibit 22 is a true and correct copy of an email from James Webster to Paul M. Eckles dated January 25, 2008.

28. Attached as Exhibit 23 is a true and correct copy of Mattel, Inc.'s Ex Parte Application To Compel The Appearance For Deposition Of Ana Cabrera, Beatriz Morales, And Maria Salazar, dated January 28, 2008 (without Memorandum of Points and Authorities).

29. Attached as Exhibit 24 is a true and correct copy of excerpts of the hearing transcript dated February 4, 2008.

30. Attached as Exhibit 25 is a true and correct copy of excerpts of the hearing transcript dated February 11, 2008.

31. Attached as Exhibit 26 is a true and correct copy of Order Re MGA Defendants' Motion to Quash Deposition Subpoenas, dated March 11, 2008.

32. Attached as Exhibit 27 is a true and correct copy of an email from Marcus Mumford to James J. Webster and Matthew Werdegar, dated March 25, 2008, at 5:32 p.m.

33. Attached as Exhibit 28 is a true and correct copy of a facsimile from Maria Diaz to James J. Webster, dated March March 21, 2008.

34. Attached as Exhibit 29 is a true and correct copy of a time sheet for work done by Ana Cabrera from October 27, 2001, to November 3, 2001, produced by Veronica Marlow in this action at Bates number KMW-M 007117.

35. Attached as Exhibit 30 is a true and correct copy of an article titled "Barbie Lawyer Tries to Remove Bratz Counsel," from the Daily Journal, written by Jason W. Armstrong and dated March 24, 2008.

36. Attached as Exhibit 31 is a true and correct copy of the MGA Defendants' Notice of Motion and Motion Objecting to Portions of Discovery Master's March 11, 2008 Order Re Motion to Quash Deposition Subpoenas, dated March 25, 2008.

37. Attached as Exhibit 32 is a true and correct copy of a facsimile from James J. Webster to Maria Diaz, Marcus Mumford, and Michael H. Page, dated March 25, 2008.

38. Attached as Exhibit 33 is a true and correct copy of the audio of the interviews of Ms. Cabrera and Ms. Morales, produced in this action at Bates number M 0262585.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 31 day of March, 2008, at Los Angeles, California.

      /s/ Cyrus S. Naim
      Cyrus S. Naim