THOMAS J. NOLAN (Bar No. 66992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3144
Tel.: (213) 687-5000 / Fax: (213) 687-5600:
tnolan@skadden.com
Attorneys for MGA Entertainment, Inc., et al.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>PLAINTIFF(S)<br>v.<br><br>MATTEL, INC., a Delaware corporation<br><br>DEFENDANT(S). | CASE NUMBER:<br>CV 04-9049 SGL (RNBx)<br><br>NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**

(1)  MGA'S AND CARTER BRYANT'S NOTICE OF MOTION AND MOTION OBJECTING TO DISCOVERY MASTER'S MARCH 17, 2008 ORDER RE MOTION TO COMPEL PRODUCTION OF DOCUMENT NOS. M0199767-78 AND M0199769-70; AND MEMORANDUM IN SUPPORT
(2)  DECLARATION OF MARCUS R. MUMFORD IN SUPPORT OF MGA'S AND CARTER BRYANT'S NOTICE OF MOTION AND MOTION OBJECTING TO DISCOVERY MASTER'S MARCH 17, 2008 ORDER RE MOTION TO COMPEL PRODUCTION OF DOCUMENT NOS. M0199767-78 AND M0199769-70;
(3)  PROOF OF SERVICE;
(4)  APPLICATION TO FILE UNDER SEAL;
(5)  [PROPOSED]ORDER TO FILE UNDER SEAL

**Document Description:**

☒ Administrative Record

☒ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5 .4(h)

☒ Other

**Reason:**

☒ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☐ Manual Filing required *(reason):*

---

G-92 (02/07)     NOTICE OF MANUAL FILING     American LegalNet, Inc.
www.FormsWorkflow.com

| | |
|---|---|
| March 31, 2008 | Thomas J. Nolan |
| Date | Attorney Name |
| | MGA ENTERTAINMENT, INC., et al. |
| | Party Represented |

Note:   File one Notice in each case, each time you manually file document(s).

G-92 (02/07)     **NOTICE OF MANUAL FILING**

American LegalNet, Inc.
www.FormsWorkflow.com