THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, California  90071-3144
Tel.: (213) 687-5000/Fax: (213) 687-5600

RAOUL D. KENNEDY (Bar No. 40892)
(rkennedy@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Embarcadero Center, Suite 3800
San Francisco, California  94111-5974
Tel.:  (415) 984-6400/Fax:  (415) 984-2698

Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited,
MGAE de Mexico, S.R.L. de C.V., and Isaac Larian

UNITED STATED DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| CARTER BRYANT, an individual,<br><br>                          Plaintiff,<br><br>            v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>                          Defendant. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>[PUBLIC REDACTED] DECLARATION OF PAUL M. ECKLES IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL'S MOTION TO DISQUALIFY<br><br>Hearing Date: April 7, 2008<br>Time: 10:00 a.m. |
| AND CONSOLIDATED ACTIONS |  |

1    I, Paul M. Eckles, hereby declare as follows:

2        1.    I am an attorney licensed to practice law in the State of California and

3    am a partner at the law firm of Skadden, Arps, Slate, Meagher & Flom LLP,

4    attorneys of record for MGA Entertainment, Inc., Isaac Larian, MGA Entertainment

5    (HK) Limited, and MGAE de Mexico S.R.L. de C.V. (collectively, the "MGA

6    Defendants") in the above-captioned matter.  Unless otherwise stated, I have

7    personal knowledge of the facts set forth below and, if called as a witness, I could

8    and would testify competently thereto.

9        2.    Mattel was placed on notice that Christina Tomiyama may serve as a

10   witness for MGA on January 7, 2008.  On that date, MGA served on Mattel its

11   Second Supplemental Responses to Mattel, Inc.'s Revised Third Set of

12   Interrogatories, a true an accurate copy of which is attached as Exhibit A to this

13   declaration.  On pages 19, 49, 56, 70, and 98 of that response, MGA identified Ms.

14   Tomiyama as a witness with knowledge of facts relevant to several issues in the case.

15   To the best of my knowledge, until her deposition on February 27, 2008, at no point

16   did Mattel either inquire as to whether MGA had contacted Ms. Tomiyama or

17   express any concern about MGA contacting her in the future to have her serve as a

18   witness for MGA.

19       3.    Attached as Exhibit B is a true and correct copy of excerpts from the

20   deposition of Christina Tomiyama, taken February 27, 2008.

21       4.    Out of an abundance of caution, shortly after learning of the concerns

22   Mattel expressed at Ms. Tomiyama's deposition and afterwards, Skadden took

23   substantial measures to maintain the status quo pending a resolution of this matter.

24   On March 3, 2008, Skadden promptly took steps to sequester or destroy all copies of

25   Ms. Tomiyama's expert report and exhibits, as well as her deposition transcript and

26   exhibits.  Additionally, Ms. Tomiyama's expert report and deposition were removed

27   from Skadden's electronic databases.  Since March 3, 2008, only those few Skadden

28

---

1  attorneys involved in responding to Mattel's motion for disqualification have had
2  access to those materials.

3      5.    In MGA's Fifth Set of Requests for the Production of Documents and
4  Things in Case No. 05-2727, MGA requested production of "ALL DOCUMENTS
5  REFERRING TO OR RELATING TO any SIMBA LITIGATION." Request 472 of
6  Exhibit 5 to the Declaration of Michael T. Zeller filed on March 18, 2008. In
7  response to this request for production, Mattel did not produce the photo montage
8  that Ms. Tomiyama attached to her expert report to demonstrate her credentials. Nor
9  has it ever claimed, in any of its privilege logs, any sort of privilege as justification
10  for its failure to produce the photo montage—even in its most recent supplemental
11  privilege log, sent to us on March 7, 2008, over a week after Ms. Tomiyama's
12  deposition.

13      I declare under penalty of perjury under the laws of the United States that the
14  foregoing is true and correct.

15      Executed this 31st day of March, 2008, in New York, New York.

16

17

18                                        Paul M. Eckles

19

20

21

22

23

24

25

26

27

28
_____
Declaration of Paul M. Eckles in Support of MGA's Opposition to Mattel's Motion to Disqualify
Case No. CV 04-9049 SGL (RNBx)
2

<u>**CONFIDENTIAL – ATTORNEYS' EYES ONLY**</u>

**Exhibit A**

## <u>CONFIDENTIAL – ATTORNEYS' EYES ONLY</u>

**Exhibit B**