Jon D. Corey (Bar No. 185066)
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
865 SOUTH FIGUEROA STREET
10th FLOOR
LOS ANGELES, CA 90017
(213) 443-3000

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT, an individual, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) v. | CV 04-9049 SGL (RNBx) |
| MATTEL, INC., a Delaware corporation, | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**

Application To File Under Seal Portions Of Mattel, Inc.'s Reply in Support of Motion to Compel Deposition & Production of Documents of Christensen, Glaser, et al & Supplemental Declaration; Reply in Support of of Mattel's Motion to Compel Deposition & Production of Documents of Christensen, et al.; Supplemental Declaration Of Juan Pablo Alban In Support of Motion to Compel; Proposed Order Granting Application

**Document Description:**

☐ Administrative Record
☒ Exhibits
☐ Ex Part Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)
☒ Other Portions of Mattel, Inc.'s Reply in Support of Motion to Compel

**Reason:**

☒ Under Seal
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☒ Per Court order dated January 4, 2005
☐ Manual Filing required (*reason*):

April 1, 2008
Date

*Jon D. Corey* /pa
Attorney Name
Jon D. Corey
Mattel, Inc.
Party Represented

Note: File one Notice in each case, each time you manually file document(s).