QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
Michael T. Zeller (Bar No. 196417)
Jon D. Corey (Bar No. 185066)
Timothy L. Alger (Bar No. 160303)
Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>PLAINTIFF(S)<br>v.<br>MATTEL, INC., a Delaware corporation<br><br>DEFENDANT(S) | CASE NUMBER:<br>CASE NO. CV 04-9049 SGL (RNBx)<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**

Reply ISO Mot. for Partial Summary Judgment; Consol. Sep. Stmnt. of Uncont. Facts, Vols. 1-2; Evid. Objs. to MGA Parties' Opp.; Evid. Objs. to Bryant's Opp.; Consol. Responses to Evidentiary Objs.; Supp. Decl. of B. Dylan Proctor; Supp. Decl. of Jon D. Corey; Notice of Lodging, Vols. 1-6; App. under seal, prop. order

**Document Description:**

☐ Administrative Record
☐ Exhibits
☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)
☑ Other

**Reason:**

☑ Under Seal
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☑ Per Court order dated  January 4, 2005
☐ Manual Filing required (*reason*):

April 1, 2008                                             Cyrus Naim
Date                                                           Attorney Name

                                                                   Mattel, Inc.
                                                                   Party Represented

Note:   File one Notice in each case, each time you manually file document(s).

G-92 (02/07)                               **NOTICE OF MANUAL FILING**