THOMAS J. NOLAN (Bar No. 66992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3144
Tel.: (213) 687-5000 / Fax: (213) 687-5600:
tnolan@skadden.com
Attorneys for MGA Entertainment, Inc., et al.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual | CASE NUMBER:<br>CV 04-9049 SGL (RNBx) |
| PLAINTIFF(S) | |
| v. | |
| MATTEL, INC., a Delaware corporation | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
(1)  MGA PARTIES' REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN FURTHER SUPPORT OF THEIR MOTION FOR PARTIAL SUMMARY JUDGMENT;
(2)  MGA PARTIES' REPLY TO MATTEL, INC.'S [CORRECTED] STATEMENT OF GENUINE ISSUES;
(3)  DECLARATION OF MARINA V. BOGORAD;
(4)  DECLARATION OF MARTIN HITCH;
(5)  SUPPLEMENTAL DECLARATION OF ISAAC LARIAN;
(6)  DECLARATION OF CARTER BRYANT;
(7)  MGA PARTIES' OPPOSITION TO MATTEL, INC.'S EVIDENTIARY OBJECTIONS;
(8)  PROOF OF SERVICE;
(9)  APPLICATION TO FILE UNDER SEAL;
(10) [PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL.

**Document Description:**

☐   Administrative Record

☒   Exhibits

☐   Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5 .4(h)

☒   Other

**Reason:**

☒   Under Seal

☐   Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐   Electronic versions are not available to filer

☐   Per Court order dated _____

☐   Manual Filing required *(reason)*:

American LegalNet, Inc.<br>www.FormsWorkflow.com

April 1, 2008
_____
Date

Thomas J. Nolan
_____
Attorney Name

MGA ENTERTAINMENT, INC., et al.
_____
Party Represented

Note:   File one Notice in each case, each time you manually file document(s).

American LegalNet, Inc.
www.FormsWorkflow.com