QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>[PROPOSED] ORDER RE MATTEL, INC.'S APPLICATION FOR LEAVE TO SUBMIT APPENDIX TO MATTEL, INC.'S REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN FURTHER SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT<br><br>Hearing Date: April 22, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 1<br><br>**Phase 1**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

# **ORDER**

Based on Mattel, Inc.'s concurrently-filed Application for Leave to Submit Appendix to Mattel, Inc.'s Reply Memorandum of Points and Authorities in Further Support of its Motion for Partial Summary Judgment, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Mattel, Inc. may file an appendix to its concurrently-filed Reply Memorandum of Points and Authorities in Further Support of Its Motion for Partial Summary Judgment

DATED:_____, 2008      _____

                                                                      Hon. Stephen G. Larson
                                                                      United States District