THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
JASON D. RUSSELL (Bar No. 169219)
(jrussell@skadden.com)
MARINA V. BOGOROD (Bar No. 217524)
(mbogorad@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Tel.: (213) 687-5000/Fax: (213) 687-5600

KENNETH PLEVAN (admitted *pro hac vice*)
(kplevan@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square, New York, NY 10046
Tel.: (212) 735-3000 / Fax: (212) 735-2000

Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian

UNITED STATED DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>Honorable Stephen G. Larson<br><br>REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF (1) MGA PARTIES' REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN FURTHER SUPPORT OF THEIR MOTION FOR PARTIAL SUMMARY JUDGMENT; and (2) MGA PARTIES' REPLY TO MATTEL, INC.'S STATEMENT OF GENUINE ISSUES RE MGA PARTIES' MOTION FOR PARTIAL SUMMARY JUDGMENT |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Rule 201 of the Federal Rules of Evidence, MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian (collectively, the "MGA Parties") respectfully request that the Court take mandatory judicial notice of the following exhibits attached to the concurrently filed Declaration of Marina V. Bogorad ("Bogorad Decl."):

1. A true and correct copy of registrations with the Copyrights office in Rio de Janeiro, Brazil for Jade, Yasmin and Cloe of the BRATZ dolls dated September 26, 2002 and certified translations, attached to Bogorad Decl. as **Exhibit 141**.

2. A true and correct copy of an excerpt of The Toy Book, February 2001, Vol. 17, No. 1, attached to Bogorad Decl. as **Exhibit 142**.

## ARGUMENT

Rule 201 of the Federal Rules of Evidence authorizes the Court to take judicial notice of a fact that is "either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). Further, upon proper notice, the Court is required to take judicial notice of such documents if furnished with sufficient information to enable it to take judicial notice. Fed. R. Evid. 201(d). Such judicial notice is appropriate at any stage in the proceeding. Fed. R. Evid. 201(f). See, e.g., Ritter v. Hughes Aircraft Co., 58 F.3d 454, 458-59 (9th Cir. 1995) (court applying judicial notice in motion for summary judgment).

Here, MGA Parties seek judicial notice of two categories of materials, which are identified in the Request for Judicial Notice and attached to Bogorad Decl.: 1) the BRATZ advertisement; and 2) the BRATZ copyright registrations filed with the Copyrights office in Brazil. Each document identified in the Request for Judicial

Notice and attached to Bogorad Decl. is the proper subject of judicial notice under Fed. R. Evid. 201.

1.  **Advertisements:**

The MGA Parties request that the Court take judicial notice of Exhibit 142. It is well established that advertisements are the proper subject of judicial notice. See, e.g., Microsoft Corp. v. BEC Computer Co., 818 F. Supp. 1313, 1319 (C.D. Cal. 1992) ("[T]his Court finds that it may properly take judicial notice of the existence of the article and advertisements from *PC Magazine*.").

2.  **Copyright Registrations:**

The Court should also take judicial notice of Exhibit 141, which are the copyright registrations filed in connection with the BRATZ in Brazil. It is well established that publicly filed foreign government documents are the proper subject for judicial notice. See In re Wet Seal, Inc. Sec. Litig., 518 F. Supp. 2d 1148, 1158-59 (C.D. Cal. 2007) (holding that documents filed publicly pursuant to the laws of a foreign jurisdiction are properly the subject of judicial notice).

DATED: April 1, 2008

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By: _____
Jason D. Russell
Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian