KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
jkeker@kvn.com
MICHAEL H. PAGE - #154913
mpage@kvn.com
CHRISTA M. ANDERSON - #184325
canderson@kvn.com
MATTHEW M. WERDEGAR - #200470
mwerdegar@kvn.com
JOHN E. TRINIDAD - #250468
jtrinidad@kvn.com
AUDREY WALTON-HADLOCK- #250574
awaltonhadlock@kvn.com
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Plaintiff
CARTER BRYANT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC. a Delaware Corporation,<br><br>Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC., v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No. CV 04-09049 SGL (RNBx) (consolidated with CV 04-9059 & 05-2727)<br><br>**[PUBLIC REDACTED] SUPPLEMENTAL DECLARATION OF CHRISTA M. ANDERSON IN SUPPORT OF CARTER BRYANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:      April 22, 2008<br>Time:      10:00 a.m.<br>Dept:      Courtroom 1<br>Judge:     Hon. Stephen G. Larson<br><br>Date Comp. Filed:  April 13, 2005<br><br>Discovery Cut-Off: Jan. 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

[PUBLIC REDACTED] SUPPLEMENTAL DECLARATION OF CHRISTA M. ANDERSON IN SUPPORT OF CARTER BRYANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT
CASE NO. CV 04-09049 SGL (RNBx)

414417.01

I, Christa M. Anderson, declare and state that:

1.     I am an attorney licensed to practice law in the State of California and am a partner of the law firm of Keker & Van Nest LLP, located at 710 Sansome Street, San Francisco, California 94111, counsel for plaintiff Carter Bryant in the above-captioned action.  I am duly admitted to practice law before this Court. Except where expressly stated, I have knowledge of the facts set forth herein, and if called to testify as a witness thereto, could do so competently under oath.

2.     Attached hereto as Exhibit 1 is a true and correct copy of excerpts of the deposition of Carter Bryant, Volume III, dated November 8, 2004.

3.     Attached hereto as Exhibit 2 is a true and correct copy of excerpts of the deposition of Carter Bryant, Volume IV, dated January 23, 2008.

4.     Attached hereto as Exhibit 3 is a true and correct copy of excerpts of the deposition of Alan Kaye dated December 10, 2004.

5.     Attached hereto as Exhibit 4 is a true and correct copy of excerpts of the deposition of Adrienne Fontanella dated January 16, 2008.

6.     Attached hereto as Exhibit 5 is a true and correct copy of excerpts of the deposition of Maureen Tafoya dated January 28, 2008.

7.     Attached hereto as Exhibit 6 is a true and correct copy of excerpts of the deposition of Cassidy Park dated March 2, 2005.

8.     Attached hereto as Exhibit 7 is a true and correct copy of excerpts of the deposition of Kevin Farr dated January 28, 2008.

9.     Attached hereto as Exhibit 8 is a true and correct copy of excerpts of Mattel Inc.'s Form 10-K Annual Report filed March 24, 2003 produced as Exhibit 2506 to the deposition of Kevin Farr.  This document is authenticated at Ex. 7 (Farr Dep. 142:19-143:7).

10.     Attached hereto as Exhibit 9 is a true and correct copy of excerpts of the deposition of Hoi Hoffman-Briggs dated January 21, 2008.

11.     Attached hereto as Exhibit 10 is a true and correct copy of excerpts of

1

414417.01

1 | the deposition of Richard De Anda dated December 19, 2007.

2 | 12.   Attached hereto as Exhibit 11 is a true and correct copy of excerpts of
3 | the deposition of Sandy Yonemoto dated May 30, 2007.

4 | 13.   Attached hereto as Exhibit 12 is a true and correct copy of excerpts of
5 | the deposition of Jill Nordquist dated July 31, 2007.

6 | 14.   Attached hereto as Exhibit 13 is a true and correct copy of excerpts of
7 | the deposition of Ann Driskill dated December 15, 2004.

8 | 15.   Attached hereto as Exhibit 14 is a true and correct copy of excerpts of
9 | the deposition of Elise Cloonen dated December 14, 2007.

10 | 16.   Attached hereto as Exhibit 15 is a true and correct copy of excerpts of
11 | the deposition of Margaret Leahy dated December 12, 2007.

12 | 17.   Attached hereto as Exhibit 16 is a true and correct copy of excerpts of
13 | the deposition of Veronica Marlow dated December 28, 2007.

14 | 18.   Attached hereto as Exhibit 17 is a true and correct copy of excerpts of
15 | the deposition of Kislap Ongchanco dated April 24, 2007.

16 | 19.   Attached hereto as Exhibit 18 is a true and correct copy of an article
17 | from the Wall Street Journal dated February 14, 2000 produced by Mattel in this
18 | litigation as M 0052437.

19 | 20.   Attached hereto as Exhibit 19 is a true and correct copy of excerpts of
20 | the deposition of Richard Irmen dated September 28, 2007.

21 | 21.   Attached hereto as Exhibit 20 is a true and correct copy of excerpts of
22 | the deposition of Steven Linker dated September 13, 2006.

23 | I declare under penalty of perjury under the laws of the United States that
24 | the foregoing is true and correct and that this declaration was executed on March
25 | 31, 2008, at Phoenix, Arizona.

26 |

27 | /s/ Christa M. Andersen
28 | CHRISTA M. ANDERSON

2

414417.01

# TABLE OF CONTENTS

1.   Excerpts of the deposition of Carter Bryant, Volume III, dated November 8, 2004.

2.   Excerpts of the deposition of Carter Bryant, Volume IV, dated January 23, 2008.

3.   Excerpts of the deposition of Alan Kaye dated December 10, 2004.

4.   Excerpts of the deposition of Adrienne Fontanella dated January 16, 2008.

5.   Excerpts of the deposition of Maureen Tafoya dated January 28, 2008.

6.   Excerpts of the deposition of Cassidy Park dated March 2, 2005.

7.   Excerpts of the deposition of Kevin Farr dated January 28, 2008.

8.   Excerpts of Mattel Inc.'s Form 10-K Annual Report filed March 24, 2003.

9.   Excerpts of the deposition of Hoi Hoffman-Briggs dated January 21, 2008.

10.  Excerpts of the deposition of Richard De Anda dated December 19, 2007.

11.  Excerpts of the deposition of Sandy Yonemoto dated May 30, 2007.

12.  Excerpts of the deposition of Jill Nordquist dated July 31, 2007.

13.  Excerpts of the deposition of Ann Driskill dated December 15, 2004.

14.  Excerpts of the deposition of Elise Cloonen dated December 14, 2007.

15.  Excerpts of the deposition of Margaret Leahy dated December 12, 2007.

16.  Excerpts of the deposition of Veronica Marlow dated December 28, 2007.

17.  Excerpts of the deposition of Kislap Ongchanco dated April 24, 2007.

18.  Article from the Wall Street Journal dated February 14, 2000.

---

[PUBLIC REDACTED]  SUPPLEMENTAL DECLARATION OF CHRISTA M. ANDERSON IN SUPPORT OF
CARTER BRYANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT
CASE NO. CV 04-09049 SGL (RNBx)

414417.01

1     19.   Excerpts of the deposition of Richard Irmen dated September 28,

2           2007.

3     20.   Excerpts of the deposition of Steven Linker dated September 13,

4           2006.

# EXHIBIT 1

# EXHIBIT 1

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

# EXHIBIT 2

# EXHIBIT 2

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

# EXHIBIT 3

# EXHIBIT 3

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

# EXHIBIT 4

# EXHIBIT 4

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

# EXHIBIT 5

# EXHIBIT 5

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

# EXHIBIT 6

# EXHIBIT 6

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

# EXHIBIT 7

# EXHIBIT 7

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

# EXHIBIT 8



# FORM 10-K

## MATTEL INC /DE/ - mat

**Filed: March 24, 2003 (period: December 31, 2002)**

Annual report which provides a comprehensive overview of the company for the past year

Exh. _8_ Page _40_



EXHIBIT

2506

1-28-08

## PART I

| | |
|---|---|
| Item 1. | Business. |
| Item 2. | Properties. |
| Item 3. | Legal Proceedings. |
| Item 4. | Submission of Matters to a Vote of Security Holders. |

## PART II

| | |
|---|---|
| Item 5. | Market for the Registrant s Common Equity and Related Stockholder Matters. |
| Item 6. | Selected Financial Data. |
| Item 7. | Management s Discussion and Analysis of Financial Condition and Results of Operations. |
| Item 7A. | Quantitative and Qualitative Disclosures About Market Risk. |
| Item 8. | Financial Statements and Supplementary Data. |
| Item 9. | Changes in and Disagreements with Accountants on Accounting and Financial Disclosure. |

## PART III

| | |
|---|---|
| Item 10. | Directors and Executive Officers of the Registrant. |
| Item 11. | Executive Compensation. |
| Item 12. | Security Ownership of Certain Beneficial Owners and Management. |
| Item 13. | Certain Relationships and Related Transactions. |
| Item 14. | Controls and Procedures. |

## PART IV

| | |
|---|---|
| Item 15. | Exhibits, Financial Statement Schedules and Reports on Form 8-K. |

SIGNATURES

CERTIFICATIONS

EX-10.2 (DISTRIBUTION AGREEMENT DTD 11/12/97)

EX-10.61 (FORM OF OPTION GRANT AGMT(INITIAL GRANT))

EX-10.62 (FORM OF OPTION GRANT AGMT(ANNUAL GRANT))

EX-10.63 (FORM OF OPTION GRANT AGMT(3-YR VESTING/96 PLAN))

EX-10.64 (FORM OF OPTION GRANT AGMT(DUTCH NATIONAL/96 PLAN))

EX-10.65 (FORM OF OPTION GRANT AGMT(NETHERLANDS/96 PLAN))

Exh. 8 Page 41

EX-10.78 (FORM OF OPTION GRANT AGMT(3-YR VESTING/99 PLAN))

EX-10.79 (FORM OF OPTION GRANT AGMT(DUTCH NATIONAL/99 PLAN))

EX-10.80 (FORM OF OPTION GRANT AGMT(NETHERLANDS/99 PLAN))

EX-11.0 (COMPUTATION OF INCOME PER SHARE)

EX-12.0 (COMPUTATION OF RATIO OF EARNINGS)

EX-21.0 (SUBSIDIARIES)

EX-23.0 (CONSENT OF PRICEWATERHOUSECOOPERS LLP)

Exh. 8 Page 42

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## FORM 10-K

(Mark One)

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the fiscal year ended December 31, 2002

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from _____ to _____

Commission File Number 001-05647

# MATTEL, INC.
(Exact name of registrant as specified in its charter)

| Delaware | 95-1567322 |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

333 Continental Boulevard
El Segundo, California 90245-5012
(Address of principal executive offices)

(310) 252-2000
(Registrant's telephone number)

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Name of each exchange on which registered |
|---|---|
| Common Stock, $1.00 par value | New York Stock Exchange<br>Pacific Exchange, Inc. |

Securities registered pursuant to Section 12(g) of the Act:
NONE

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒   No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statement incorporated by reference in Part III of this Form 10-K or any amendment of this Form 10-K. ☐

Indicate by check mark whether registrant is an accelerated filer (as defined in Rule 12b-2 of the Act). Yes ☒   No ☐

The aggregate market value of the voting and non-voting common equity held by non-affiliates of the registrant calculated using the market price as of the close of business on June 28, 2002 was $9,206,740,402.

Number of shares outstanding of registrant's common stock, $1.00 par value, as of March 21, 2003:

439,120,200 shares

## DOCUMENTS INCORPORATED BY REFERENCE

Portions of the Mattel, Inc. 2003 Notice of Annual Meeting of Stockholders and Proxy Statement, to be filed with the Securities and Exchange Commission within 120 days after the close of the registrant's fiscal year (Incorporated into Part III).

Source: MATTEL INC /DE/, 10-K, March 24, 2003

Exh. 8 Page 43

MATTEL, INC. AND SUBSIDIARIES

| | | Page |
|---|---|---|
| **Part I** | | |
| Item 1. | Business | 3 |
| Item 2. | Properties | 13 |
| Item 3. | Legal Proceedings | 13 |
| Item 4. | Submission of Matters to a Vote of Security Holders | 13 |
| **Part II** | | |
| Item 5. | Market For the Registrant's Common Equity and Related Stockholder Matters | 14 |
| Item 6. | Selected Financial Data | 15 |
| Item 7. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 16 |
| Item 7A. | Quantitative and Qualitative Disclosures About Market Risk | 43 |
| Item 8. | Financial Statements and Supplementary Data | 45 |
| Item 9. | Changes in and Disagreements With Accountants on Accounting and Financial Disclosure | 83 |
| **Part III** | | |
| Item 10. | Directors and Executive Officers of the Registrant | 84 |
| Item 11. | Executive Compensation | 84 |
| Item 12. | Security Ownership of Certain Beneficial Owners and Management | 84 |
| Item 13. | Certain Relationships and Related Transactions | 84 |
| Item 14. | Controls and Procedures | 84 |
| **Part IV** | | |
| Item 15. | Exhibits, Financial Statement Schedules, and Reports on Form 8-K | 85 |
| | Signatures | 92 |
| | Certifications | 94 |

2

Source: MATTEL INC /DE/, 10-K, March 24, 2003

Exh. 8 Page 44

Item 7.   Management's Discussion and Analysis of Financial Condition and Results of Operations.

Summary

The following discussion should be read in conjunction with the consolidated financial statements and the related notes. See Item 8 "Financial Statements and Supplementary Data." Mattel's consolidated financial statements for all periods present the Consumer Software segment as a discontinued operation. See "Discontinued Operations." Unless otherwise indicated, the following discussion relates only to Mattel's continuing operations. Mattel's consolidated statements of operations for 2001 and 2000 have been restated from the prior year presentation to classify interest income and other non-operating expense, net below operating income to conform to the 2002 presentation. Additionally, Mattel's consolidated statements of operations for 2001 and 2000 have been restated to include reclassifications of certain customer benefits and allowances to conform to the income statement requirements of Emerging Issues Task Force ("EITF") Issue No. 01-09, *Accounting for Consideration Given by a Vendor to a Customer.* Effective January 2002, Mattel ceased amortization of its goodwill in accordance with Statement of Financial Accounting Standards ("SFAS") No. 142, *Goodwill and Other Intangible Assets.* To facilitate the comparison of current year segment results to that of the prior year, the segment income was restated from prior year presentation to exclude goodwill amortization.

In February 2003, Mattel announced the consolidation of its US Girls and US Boys–Entertainment segments into one segment, renamed Mattel Brands. Additionally, Pleasant Company, which was previously part of the US Girls segment, is now a separate segment for management reporting purposes in 2003. Any discussion of segment information in this Annual Report on Form 10-K is based on the segments evaluated by management during 2002.

Mattel designs, manufactures, and markets a broad variety of toy products worldwide through sales to retailers (i.e., "customers") and directly to consumers. Mattel's business is dependent in great part on its ability each year to redesign, restyle and extend existing core products and product lines, to design and develop innovative new products and product lines, and successfully to market those products and product lines. Mattel plans to continue to focus on its portfolio of traditional brands that have historically had worldwide sustainable appeal, to create new brands utilizing its knowledge of children's play patterns and to target customer and consumer preferences around the world. Mattel also intends to expand its core brands through the Internet, and licensing and entertainment partnerships.

Mattel's portfolio of brands and products are grouped in the following categories:

*Girls*—including Barbie® fashion dolls and accessories, Polly Pocket®, Diva Starz™, What's Her Face!™, ello™, and American Girl®

*Boys-Entertainment*—including Hot Wheels®, Matchbox®, and Tyco® Radio Control vehicles and playsets (collectively "Wheels"), and Nickelodeon®, Harry Potter™, Yu-Gi-Oh!™, He-Man® and Masters of the Universe®, and games and puzzles (collectively "Entertainment")

*Infant & Preschool*—including Fisher-Price®, Power Wheels®, Sesame Street®, Disney preschool and plush, Winnie the Pooh, Blue's Clues™, Rescue Heroes™, Barney™, See 'N Say®, Magna Doodle®, Dora the Explorer™, and View-Master®

Results of Continuing Operations

2002 Compared to 2001

*Consolidated Results*

Income from continuing operations for 2002 was $455.0 million or $1.03 per diluted share as compared to income from continuing operations of $310.9 million or $0.71 per diluted share in 2001. Profitability in 2002 was impacted by a pre-tax charge of $48.3 million ($31.9 million after-tax) related to the financial realignment plan. Profitability in 2001 was impacted by a pre-tax charge of $50.2 million ($35.2 million after-tax) related to the

16

Source: MATTEL INC /DE/, 10-K, March 24, 2003

Exh. 8 Page 45

financial realignment plan and a $5.5 million after-tax charge related to loss on derivative instruments. Included in the reported results for 2001 was a pre-tax goodwill amortization charge of $46.1 million ($34.7 million after-tax). The combined effect of these items resulted in an after-tax charge totaling $75.4 million.

Mattel faced several challenges during 2002, in its largest market, the US, including an uncertain retail environment, weak consumer confidence, higher unemployment, labor unrest at West Coast ports and the threat of continued terrorism and war. These factors caused most of Mattel's customers to have actual sales performance below expectations and several customers announced store closures and reorganization plans. Mattel improved its performance despite these challenges by executing four strategic priorities: (i) strengthening core brand momentum; (ii) executing the financial realignment plan and cutting costs; (iii) improving supply chain performance; and (iv) developing people. As retailers continued to focus on just-in-time inventory management, Mattel improved the alignment of its shipment of product to retailers with consumer demand. This strategy resulted in a higher proportion of US shipments occurring in the second half of the year when consumer demand peaks. As in 2002, Mattel anticipates that this initiative will put downward pressure on first half 2003 US shipments, but should have no impact on full year sales. Additionally, as part of the financial realignment plan, Mattel lowered costs by closing and consolidating certain of its manufacturing and distribution facilities and reducing headcount at its US-based headquarters locations.

Mattel expects that the challenging retail and consumer environment will likely continue in 2003. To optimize its business and mitigate the impact of the aforementioned challenges, Mattel intends to continue its emphasis in 2003 on the following strategic initiatives:

- *Core brands*—focusing on traditional core brand categories, extending product lines, initiating core brand promotional programs and targeting profitable licensing arrangements.

- *Channels*—strengthening relationships with retailers, providing quality service to customers and optimizing its supply chain.

- *Costs*—controlling costs to help mitigate the impact of anticipated rising commodity, transportation, employee benefits, and insurance costs.

- *Cash*—generating and opportunistically deploying cash using a disciplined approach.

The following table provides a comparison of the reported results for 2002 and 2001 along with charges related to the financial realignment plan, 2001 goodwill amortization and other nonrecurring charges (in millions):

| | For the Year | | | |
| | 2002 | | 2001 | |
| | Reported Results | Charges | Reported Results | Charges & Goodwill |
|---|---|---|---|---|
| Net sales | $ 4,885.3 | $ — | $ 4,687.9 | $ — |
| Gross profit | $ 2,361.0 | $ (10.4) | $ 2,148.9 | $ (28.2) |
| Advertising and promotion expenses | 552.5 | — | 543.6 | 0.3 |
| Other selling and administrative expenses | 1,050.3 | 13.3 | 964.2 | 6.0 |
| Amortization of goodwill | — | — | 46.1 | 46.1 |
| Restructuring and other charges | 24.6 | 24.6 | 15.7 | 15.7 |
| Operating income | 733.6 | (48.3) | 579.3 | (96.3) |
| Interest expense | 113.9 | — | 155.1 | — |
| Interest (income) | (17.7) | — | (15.5) | — |
| Other non-operating expense, net | 15.9 | — | 9.7 | 5.5 |
| Income from continuing operations before income taxes | $ 621.5 | $ (48.3) | $ 430.0 | $ (101.8) |

17

Source: MATTEL INC /DE/, 10-K, March 24, 2003

Exh. 8 Page 46

Net sales from continuing operations for 2002 increased 4% to $4.9 billion, from $4.7 billion in 2001. Gross sales within the US increased 1% from 2001 and accounted for 64% of consolidated gross sales in 2002 compared to 67% in 2001. In 2002, gross sales internationally increased 12% from 2001. Excluding the favorable impact of foreign currency exchange, international gross sales were up 11% compared to 2001. Mattel's strategic focus on globalization of brands is one of the primary drivers for continued growth in the International segment. Management expects that sales growth internationally will continue to outpace US sales growth for the foreseeable future.

Worldwide gross sales in the Girls category increased 6%, or 5% in local currency, to $2.3 billion in 2002. Domestic sales declined by 2% and international sales increased by 18%, or 16% in local currency. Sales growth in Barbie® internationally, Polly Pocket!™, What's Her Face!™, and American Girl® was partially offset by declines in US Barbie®, Diva Starz™ and large dolls. The discontinuation of Cabbage Patch Kids™ in 2002 contributed to the decrease in total large doll sales. Worldwide Barbie® sales were up 6% in 2002, reflecting an increase of 16% in international sales and a decline of 2% in domestic sales. The decline in domestic sales for Barbie® was driven by the strategic initiative to reduce shipments of adult-targeted collector and holiday dolls. Barbie® holiday doll shipments in 2002 were approximately one-half the amount shipped in 2001. Excluding these adult-targeted lines, domestic Barbie® sales increased 2% in 2002.

Worldwide gross sales in the Boys-Entertainment category grew 2%, to $1.3 billion. Domestic sales remained flat with 2001, while international sales increased by 6%, or 7% in local currency. The worldwide Wheels business increased 3% due to growth in Matchbox® products and increased international sales of Hot Wheels® and Tyco® Radio Control brands. Domestic Wheels sales declined by 2% and international sales grew by 13%. The worldwide Entertainment business grew 2%, reflecting strong sales from licensed properties such as He-Man® and Masters of the Universe®, Yu-Gi-Oh!™, and SpongeBob SquarePants™ lines, and games and puzzles, which more than offset the elimination of Disney entertainment properties and a decline in Harry Potter™ sales. In July 2002, Mattel and Warner Bros. Consumer Products announced comprehensive, multi-year agreements granting Mattel master toy licenses for several of Warner Bros.' core franchises, including Looney Tunes™, Baby Looney Tunes™, Batman™, Superman™ and Justice League™. The agreements, which took effect in January 2003, cover all global territories except Asia and include rights to market products based on any related theatrical releases or television programs that are produced during the period covered by the agreements.

Worldwide gross sales in the Infant & Preschool category increased 5%, or 4% in local currency, to $1.7 billion. Domestic sales increased by 3% and international sales were up 10%, or 7% in local currency. Growth in sales of core Fisher-Price® and Power Wheels® products was partially offset by a decline in licensed character brands in both domestic and international markets. Strong sales of Baby Gear, Rescue Heroes™ and Little People® lines contributed to the increase in core Fisher-Price® sales.

Gross profit, as a percentage of net sales, was 48.3% in 2002 compared to 45.8% in 2001. Gross profit was positively impacted by savings realized from the financial realignment plan and supply chain initiatives. Specifically, gross profit benefited from lower commodity and logistics costs, reduced manufacturing overhead costs, lower material costs due to improved design and engineering processes, and lower product costs due to movement of production to Mexico and Asia. In 2003, Mattel expects increases in commodity and logistics costs may have a negative impact on its gross profit, mitigated in part or wholly by further progress in its supply chain and procurement initiatives. Cost of sales in 2002 includes a $10.4 million financial realignment plan charge, largely related to the closure of the Murray, Kentucky, manufacturing and distribution facilities ("North American Strategy"). Cost of sales in 2001 includes a $28.2 million financial realignment plan charge, largely related to the North American Strategy and termination of a licensing agreement.

Advertising and promotion expense was 11.3% of net sales for 2002, compared to 11.6% in 2001. The decrease in 2002 compared to 2001 was largely due to lower prices charged by media companies on a cost per rating point basis. Mattel expects advertising and promotion expense as a percentage of net sales for 2003 will rise, reflecting a combination of media prices leveling off and Mattel's plan for increased spending to support the launch of several new product lines.

18

Other selling and administrative expenses were $1.1 billion or 21.5% of net sales in 2002 compared to $964.2 million or 20.6% of net sales in 2001. Other selling and administrative expenses increased in 2002 primarily due to higher incentive compensation accruals of approximately $63 million. Mattel's incentive compensation plans are based on net operating profit after-taxes less a capital charge, and substantial progress was made in improving this metric since 2001. Other selling and administrative expenses also increased due to financial realignment plan charges of $13.3 million in 2002 compared to $6.0 million in 2001, largely associated with streamlining back office functions and asset writedowns and other costs associated with implementing the North American Strategy. Offsetting the increase in other selling and administrative expenses were cost savings resulting from continued execution of the financial realignment plan and tight management of costs.

Total bad debt expense was $53.4 million in 2002 compared to $57.7 million in 2001. Each quarter, management evaluates Mattel's credit exposure as it relates to all of its customers. Considering this review, Mattel recorded an additional $33.5 million adjustment in 2002 to write down the Kmart pre-bankruptcy petition accounts receivable. In the fourth quarter of 2001, Mattel recorded an initial $22.1 million charge related to the bankruptcy filing of Kmart in January 2002 and approximately $9 million in bad debt expense in the third quarter of 2001, largely related to the bankruptcy declared by another US retailer. To estimate the net realizable value of the Kmart pre-bankruptcy petition accounts receivable, management considered the current post-petition market price for the Kmart bank debt, bonds and trade receivables at the end of each quarter. In the fourth quarter of 2002, Mattel decided to sell its Kmart pre-bankruptcy petition accounts receivable and, accordingly, wrote them down to liquidation value. Mattel's remaining pre-bankruptcy petition net accounts receivable from Kmart at December 31, 2002, after offsetting the reserve for customer benefits that were not earned by Kmart, was $2.7 million. The $2.7 million reflects Mattel's best estimate of the net realizable value of its pre-bankruptcy petition trade claim as of December 31, 2002, considering the actual proceeds Mattel received upon the sale of this trade claim in March 2003 to an unrelated third party.

The following is a summary of the activity related to Mattel's net Kmart pre-bankruptcy petition accounts receivable balance through December 31, 2002 (in millions):

|  |  |
|---|---|
| Gross Kmart accounts receivable before bankruptcy filing | $ 73.1 |
| Balance of reserve, reclamation claim and unearned customer benefits accrued at time of Kmart's bankruptcy filing | $ (14.8) |
| Writedown for bad debt recorded in 2001 | (22.1) |
| Writedown for bad debt recorded in 2002 | (33.5) |
| Total reserves and unearned customer benefits at December 31, 2002 | (70.4) |
| Net Kmart pre-bankruptcy petition accounts receivable at December 31, 2002 | $ 2.7 |

*Non-Operating Items*

Interest expense was $113.9 million in 2002 compared to $155.1 million in 2001 due to lower average borrowings resulting from improvements in working capital and higher cash at the beginning of the year, repayment of approximately $422 million in long-term debt, and lower short-term interest rates. Interest income was $17.7 million in 2002 compared to $15.5 million in 2001. Other non-operating expense, net was $15.9 million in 2002 versus $9.7 million in 2001. Included in 2002 was a $25.4 million charge recorded in the fourth quarter resulting from the settlement of shareholder litigation related to the 1999 acquisition of the Learning Company. See Item 7 "Management's Discussion and Analysis of Financial Condition and Results of Operations—Litigation—Litigation Related to Learning Company" and Item 8 "Financial Statements and Supplementary Data—Note 9 to the Consolidated Financial Statements." Excluding this charge, the decrease in other non-operating expense, net was largely due to net foreign currency exchange gains totaling $10.5 million in 2002 compared to net foreign currency exchange losses totaling $8.8 million in 2001. Gains and losses on unhedged intercompany receivables and payables balances denominated in a currency other than the applicable

19

Source: MATTEL INC /DE/, 10-K, March 24, 2003

Exh. 8 Page 48

# EXHIBIT 9

# EXHIBIT 9

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

# EXHIBIT 10

# EXHIBIT 10

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

# EXHIBIT 11

# EXHIBIT 11

# FILED UNDER SEAL
# PURSUANT TO
# PROTECTIVE ORDER

# EXHIBIT 12

# EXHIBIT 12

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

# EXHIBIT 13

# EXHIBIT 13

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

# EXHIBIT 14

# EXHIBIT 14

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

# EXHIBIT 15

# EXHIBIT 15

# FILED UNDER SEAL
# PURSUANT TO
# PROTECTIVE ORDER

# EXHIBIT 16

# EXHIBIT 16

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

# EXHIBIT 17

# EXHIBIT 17

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

# EXHIBIT 18

WALL STREET JOURNAL
(EASTERN EDITION)

NEW YORK, NY
MONDAY   776,153
FEB 14 2000

BURRELLE'S

472
.xxeaa          1

BH
.e-9.n

# Major Roles at This Year's Toy Fair Are Played By High Tech and Past Hits

NEW YORK (AP)—Will talking dogs or dolls be the must-have toys of 2000? How about Web-linked games or Harry Potter action figures?

Only a few toys will ever become nationwide selling sensations, but the scouts are ready to start figuring out which may be this year's hot toys. The hunt began this weekend in New York when the nation's toy makers and retailers gathered at the American International Toy Fair.

What will surely catch their eye: the plethora of high-tech toys that have vast interactive capabilities, as well as lots of extensions of popular toys of years past, including Pokemon, Furby and Barbie.

"Technology is everywhere. That's a given these days," said Chris Byrne, a New York based toy-industry consultant. "But there are a lot of other fun things out there that may pique their interests."

**Strong 1999**

Last year was a strong one for the toy industry, as it recovered from a disappointing 1998. Toy stores were crowded throughout the year—not just during Christmas—thanks to a number of popular items that enticed shoppers.

Among the big hits was anything linked to the popular Japanese cartoon Pokemon and the new "Star Wars" movie. Even the interactive Furby dolls, introduced in 1998, flew off store shelves, with more than 12 million units sold last year.

But now toy makers are challenged to keep the excitement going, something analysts say may not be too easy.

Jim Silver, editor of the trade magazine The Toy Book, said this may be a tough year for the toy business because there aren't any movies creating a buzz, like "Star Wars: Episode I: The Phantom Menace" did in 1999.

In addition, he said, there aren't many toys being talked about as the gotta-get items for 2000.

"It is not just about selling toys during Christmas. What exciting toys are they going to put out there that will bring people to the store during the other nine months of the year?" Mr. Silver said.

Still, toy makers are confident that they have new and interesting products to show at Toy Fair, which began yesterday.

**'Smart Toys'**

Technology again plays an important—and fast-growing—role. Many manufacturers are stepping up their offerings of "smart toys," most of which are embedded with computer chips or link with computers.

Mattel Inc.'s newest dolls are called Diva Starz, four figurines dressed in hip clothing that move their heads, eyes and eyelids and can speak with whomever is playing with them and to each other. Its Fisher-Price unit has a yet-to-be-named robotic dog for preschoolers that responds only to her owner's voice.

A number of manufacturers, including Playmates Toys Inc., Mattel and Hasbro Inc., are featuring interactive baby dolls, which can react to sound and touch. Some also speak, and their speech improves the more a child plays with them.

Toy makers are also making a push into cyberspace with a number of new toys that connect to the Internet to be updated with new games and activities.

Radica Games Ltd.'s Norm Nutman is a sports-trivia game that can tap the Web for fresh data. Hasbro's eSpecially My Barney is a plush purple dinosaur that can link online to get new games, songs and nursery rhymes.

"We are starting to see the toy makers get more and more advanced when it comes to technology, and they are making playtime so much more exciting for kids," said Mr. Byrne, the toy-industry consultant.

**Links to Past Hits**

But new technology isn't the only thing that will be showcased at Toy Fair.

As is always the case at the toy expo, many manufacturers will feature toys tied to popular past hits.

The Pokemon mania continues in 2000. Marvel Enterprises Inc.'s Toy Biz has collector marbles representing the 150 Pokemon characters. Hasbro's Wizards of the Coast is expanding its widely popular Pokemon trading cards with 82 new cards and an instructional CD-ROM to help kids learn how to play the card game.

Hasbro's Tiger Electronics introduces a new companion to Furby with Shelby, an interactive doll that lives in a shell that can speak to other Furby and Shelby dolls and

also expands its vocabulary as children play with it.

The latest addition to the Barbie craze is Mattel's Jewel Girl Barbie, who wears trendy fashions and has a more realistic body, including wider hips and a belly button—the first time a Barbie has had one.

Sesame Street's Elmo will be back again with Let's Pretend Elmo by Fisher-Price. Kids can pose the red, furry doll like a monster or an airplane, and he will emulate the sounds of that thing.

And there won't a be shortage of toys tied to popular movies and television shows. Toy makers like these products because they receive free advertising from the heavy publicity that these shows get.

Tiger has an electronic tabletop game based on the TV show, "Who Wants to Be a Millionaire." Playmates will have action figures, plush dolls and electronic toys based on "The Grinch Who Stole Christmas," due out this holiday season.

Last week, Mattel won the much sought-after rights to make dolls, action figures and high-tech toys based on Harry Potter, the widely successful book series that is being made into a movie.

Exh. 18  Page 100

M 0052437

# EXHIBIT 19

# EXHIBIT 19

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

# EXHIBIT 20

# EXHIBIT 20

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER