QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
   johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
   (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
   (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
   (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>MATTEL, INC.'S NOTICE OF *IN CAMERA* SUBMISSION OF THE SUPPLEMENTAL DECLARATIONS OF MICHAEL MOORE AND MICHAEL T. ZELLER IN SUPPORT OF MATTEL, INC.'S MOTION TO DISQUALIFY MGA ENTERTAINMENT, INC.'S COUNSEL SKADDEN ARPS AND EXPERT CHRISTINA TOMIYAMA<br><br>Date: April 7, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 1<br><br>**Phase 1**<br>Discovery Cut-Off: Jan. 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE that plaintiff Mattel, Inc. has submitted the following documents to the Court for an *in camera* review pursuant to Judge Larson's directive of Monday, March 31, 2008:

    1.    Supplemental *In Camera* Declaration of Michael Moore in Support of Mattel, Inc.'s Motion to Disqualify MGA Entertainment, Inc.'s Counsel Skadden Arps and Expert Christina Tomiyama.

    2.    Supplemental *In Camera* Declaration of Michael T. Zeller in Support of Mattel, Inc.'s Motion to Disqualify MGA Entertainment, Inc.'s Counsel Skadden Arps and Expert Christina Tomiyama.

DATED: April 1, 2008        QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By Jon D. Corey /s/
Jon D. Corey
Attorneys for Mattel, Inc.