KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
jkeker@kvn.com
MICHAEL H. PAGE - #154913
mpage@kvn.com
CHRISTA M. ANDERSON - #184325
canderson@kvn.com
MATTHEW M. WERDEGAR - #200470
mwerdegar@kvn.com
JOHN E. TRINIDAD - #250468
jtrinidad@kvn.com
AUDREY WALTON-HADLOCK- #250574
awaltonhadlock@kvn.com
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Plaintiff
CARTER BRYANT

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC. a Delaware Corporation,<br><br>Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC., v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No. CV 04-09049 SGL (RNBx) (consolidated with CV 04-9059 & 05-2727)<br><br>**[PUBLIC REDACTED] CARTER BRYANT'S RESPONSE TO MATTEL, INC.'S STATEMENT OF GENUINE ISSUES**<br><br>Date:      April 22, 2008<br>Time:      10:00 a.m.<br>Dept:      Courtroom 1<br>Judge:     Hon. Stephen G. Larson<br>Date Comp. Filed:  April 13, 2005<br><br>Discovery Cut-Off:  Jan. 28, 2008<br>Pre-Trial Conference:  May 5, 2008<br>Trial Date:  May 27, 2008 |

[PUBLIC REDACTED] CARTER BRYANT'S RESPONSE TO MATTEL, INC.'S STATEMENT OF GENUINE ISSUES
CASE NO. CV 04-09049 SGL (RNBx)

414421.02

Pursuant to Local Rules 56-1, 56-4, and this Court's February 22, 2007 Scheduling Order, Carter Bryant submits his Response to Mattel, Inc.'s Corrected Statement of Genuine Issues Regarding Bryant's Separate Statement of Uncontested Facts in Support of Bryant's Motion for Partial Summary Judgment.

| Material Fact | Response To Mattel's "Contrary Evidence" |
|---|---|
| ███████████████████████████████ | |
| 1 ████████████████████ | **Disputed by Mattel**<br><br>Anderson Decl. Ex. 1 (Bryant Dep. 143:2-16)[2]<br><br>**Mattel's "Contrary Evidence":**<br><br>████████████████████ Deposition Transcript of Carter Bryant Vol. 1 ("Bryant Tr. Vol. 1"), dated November 4, 2004, at 143:12-16 (clarifying that ████████████████████<br><br>**(MISCHARACTERIZES TESTIMONY; IRRELEVANT; INCOMPLETE EXCERPT.)**<br><br>████████████████. Deposition of Carter Bryant in <u>Gunther-Wahl Productions, Inc. v. Mattel, Inc.</u>, dated September 9, 2003, at 89:23-90:7, |

[1] The summary headings in Bryant's Separate Statement of Undisputed Facts in Support of his Motion for Partial Summary Judgment are provided for clarity and the convenience of the Court. They are not identified as independent undisputed facts, nor are they intended as such. Mattel cites no authority in support of its assertion that such headings are improper.

[2] All exhibits cited to by Bryant are to the Declaration of Christa M. Anderson in Support of Bryant's Motion for Partial Summary Judgment ("Anderson Dec.") unless otherwise specified.

414421.02

| Material Fact | Response To Mattel's "Contrary Evidence" |
|---|---|
| | Zeller Dec., Exh. 6.  **(IRRELEVANT.)** |
| | **Mattel's "Contrary Evidence" does not raise a dispute as to the stated fact:** |
| | Bryant testified that he ███████ █████ ███████ ██ First, ████ ██████ [Corrected] Dec. of Michael T. Zeller in Support of Mattel, Inc.'s Consolidated Opp'n to Defendants' Mots. for Partial Summary Judgment ("Zeller Dec."), Ex. 1 (Bryant), 139:23-140:2 ████████████ . Second, ████████████████████████ ███████████ *Id.* at 143:6-16 ██████ ; 144:16-145:12 ███████████████████████ Anderson Dec., Exh. 3 (Bryant), 613:15-19 ████████████ . Third, ████████████ *Id.*, Zeller Dec., Exh. 1 (Bryant), at 143:6-16 ████████████ . |
| | The testimony cited by Mattel is taken out of context and mischaracterized. The complete relevant passage is as follows: ████████████████████ ████████████████████ |

414421.02

| Material Fact | Response To Mattel's "Contrary Evidence" |
|---|---|
| | ████████████████ |
| | ██████████████████████ |
| | ████████████████████████ |
| | ██████████████████████ |
| | ████████████████████████████████ |
| | *Id.* at 143:12-16. |
| **2** ████████████████ | **Undisputed by Mattel**<br><br>Exs. 1 (Bryant Dep. 150:1-14), 3 (Bryant Dep. 610:12-22, 611:13-22) |
| **3** ████████████████ | **Undisputed by Mattel**<br><br>Ex. 3 (Bryant Dep. 612-5-614:19)<br>Ex. 10 (BRYANT 001198-001199)<br>█████████████████ |
| **4** ████████████████<br>████████████████████████████ | **Undisputed by Mattel**<br><br>Ex. 2 (Bryant Dep. 442:15-18) |
| **5** ████████████████ | **Disputed by Mattel**<br><br>Ex. 3 (Bryant Dep. 615:4-5) ████<br>Ex. 6 (Newcomb Dep. 31:1-34:19) |

3

414421.02

| Material Fact | Response To Mattel's "Contrary Evidence" |
|---|---|
| | 

Mattel's "Contrary Evidence":

Deposition Transcript of Lissa Freed ("Freed Tr."), dated May 3, 2007 at 37:7-18

Zeller Dec., Exh. 57. **(INCOMPLETE EXCERPT.)**

**Mattel's "Contrary Evidence" does not raise a dispute as to the stated fact:**

Mattel has not offered any evidence that Bryant was in fact mailed a copy of either the Employee Agreement or the Conflict of Interest Questionnaire until after he had accepted Mattel's offer of employment.

Lissa Freed testified

But Ms. Freed further testified |

4

[PUBLIC REDACTED] CARTER BRYANT'S RESPONSE TO MATTEL, INC.'S STATEMENT OF GENUINE ISSUES
CASE NO. CV 04-09049 SGL (RNBx)

414421.02

| Material Fact | Response To Mattel's "Contrary Evidence" |
|---|---|
| | ██████████████ |
| | Zeller Dec., Exh. 57, (Freed), at 36:4-20. Mattel has cited no evidence showing when, if ever, it ████████████████ |
| 6 ████████████ ████████ | **Disputed by Mattel**<br><br>Ex. 6 (Newcomb Dep. 43:21-45:14, 18:9-25)<br>██████████████<br><br>Ex. 11 (Freed Dep. 36:6-37:25)<br>██████████████<br><br>Ex. 7 (Decl. of Lissa Freed in Support of Mattel's Opp. to Bryant's Mot. to Compel Resps. to Disc. Reqs.) ("Freed Decl."), ¶ 4 (████████████<br>██████████████<br><br>**Mattel's "Contrary Evidence":**<br><br>A prospective employee has the option of signing the on-boarding paperwork if he or she wishes to become a Mattel employee.  The prospective employee is free not to join Mattel and not sign the paperwork.  **(NO ADMISSIBLE EVIDENCE CITED.)**<br><br>**Mattel's "Contrary Evidence" does not raise a dispute as to the stated fact:**<br><br>Mattel admits that in order to work at |

[PUBLIC REDACTED] CARTER BRYANT'S RESPONSE TO MATTEL, INC.'S STATEMENT OF GENUINE ISSUES
CASE NO. CV 04-09049 SGL (RNBx)

414421.02

| Material Fact | Response To Mattel's "Contrary Evidence" |
|---|---|
| | Mattel Bryant was required to sign the on-boarding paperwork; his only alternative to signing the paperwork was not to work at Mattel. Zeller Dec., Exh. 3 (Bryant), 633:17-20. |
| 7 ████████████████████ | **Undisputed by Mattel**<br><br>Ex. 11 (Freed Dep. 36:6-37:25)<br>████████████████<br><br>Ex. 7 (Freed Decl.), ¶ 4<br>████████████<br><br>Ex. 8 ████████<br>Ex. 9 ████████ |
| 8 ████████████████████ | **Disputed by Mattel as to** ████████<br><br>Ex. 6 (Newcomb Dep. 15:11-16:23, 43:21-45:14, 48:9-25, 250:2-22)<br>████████████<br><br>Ex. 7 (Freed Decl.), ¶ 4<br>████████████<br><br>Ex. 3 (Bryant Dep. 632:7-633:25)<br>████████████<br><br>**Mattel's "Contrary Evidence":**<br><br>Deposition Transcript of Carter Bryant Vol. 3 ("Bryant Tr. Vol. 3"), dated November 8, 2004, at 633:17-20 (Bryant testified that ████████ |

[PUBLIC REDACTED] CARTER BRYANT'S RESPONSE TO MATTEL, INC.'S STATEMENT OF GENUINE ISSUES
CASE NO. CV 04-09049 SGL (RNBx)

414421.02

| Material Fact | Response To Mattel's "Contrary Evidence" |
|---|---|
| | ███████████████ Zeller Dec., Exh. 3; id. at 634:12-635:22 ████████ ███████████ , Zeller Dec., Exh. 3. **(MISCHARACTERIZES TESTIMONY; IRRELEVANT.)** **Mattel's dispute as to** ████████ ████ **is immaterial and does not raise a dispute issue as to the stated fact.** **Mattel's "Contrary Evidence" does not raise a dispute as to the stated fact:** Bryant testified that ████████ ████████████ He did not testify ████████████████ |
| | ████████████████████████ |
| 9 ███████████████ | **Undisputed by Mattel** Ex. 10 (BRYANT 001198-001199) ████████████ |
| 10 ███████████ | **Disputed by Mattel** Ex. 10 (BRYANT 001198-001199) ████████████ **Mattel asserts that the evidence cited does not support the stated proposition:** The ████████████ from |

7

[PUBLIC REDACTED] CARTER BRYANT'S RESPONSE TO MATTEL, INC.'S STATEMENT OF GENUINE ISSUES
CASE NO. CV 04-09049 SGL (RNBx)

414421.02

| Material Fact | Response To Mattel's "Contrary Evidence" |
|---|---|
| | Mattel to Bryant reflects an intention to enter into a confidential relationship. Mattel's Vice President of Human Resources states ███████████ ██████████████████████ ████████████████████████ ██████████████████████ ██████████████████ (emphasis added), Anderson Dec., Exh. 10. **(MISCHARACTERIZES EVIDENCE.)** **Mattel's "Contrary Evidence" does not raise a dispute as to the stated fact:** Mattel's ███████ █████████████████████ █████████████████████ █████████████████ Anderson Decl. Ex. 10 (BRYANT 001198-001199). *See also, supra,* at ¶ 5. |
| 11 ████████████████ ██████████████ | **Disputed by Mattel** Ex. 8 (M 001596 – ████████ Ex. 11 (Freed Dep. 31:10-17; 32:6-12) ███████████████████████ ████████████████████████ Ex. 7 (Freed Decl.), ¶ 4 ████ █████████████████████ ███████████████████ **Contrary Evidence:** |

414421.02

| Material Fact | Response To Mattel's "Contrary Evidence" |
|---|---|
| | ███████████████ Bryant Tr. Vol. 3 at 631:9-639:22, Zeller Dec., Exh. 3. **(MISCHARACTERIZES TESTIMONY; IRRELEVANT.)** |
| | ██████ Alan Kaye testified ████████████████████ Deposition Transcript of Alan Kaye, Vol. 1 ("Kaye Tr."), December 10, 2004, at 215:3-216:23, Zeller Dec., Exh. 65 **(MISCHARACTERIZES TESTIMONY; IRRELEVANT; INCOMPLETE EXCERPT.)**; <u>see also</u> Deposition Transcript of Adrienne Fontanella ("Fontanella Tr."), dated January 16, 2008, at 26:11-28:3, Zeller Dec., Exh. 114. **(HEARSAY, IRRELEVANT.)** |
| | Robert Hudnut. ████████████████ Bates-numbered M 0098318-9. ████████, Zeller Dec., Exh. 7; Hudnut's side letter, Bates-numbered M 0098320-1, Zeller Dec., Exh. 8; Hudnut's Questionnaire, Bates-numbered M 0098322-3. ██████, Zeller Dec., Exh. 9; Deposition Transcript of Robert Hudnut Vol. 1 ("Hudnut Tr. Vol. 1"), dated July 13, 2007, at 209:14-211:15, 216:25-220:3, Zeller Dec., Exh. 10. **(HEARSAY; IRRELEVANT.)** |
| | **Mattel's "Contrary Evidence" does not raise a dispute as to the stated fact:** |

414421.02

| Material Fact | Response To Mattel's "Contrary Evidence" |
|---|---|
| | In the testimony cited by Mattel from Bryant's deposition transcript, Vol. 3, at 631-639:22, Bryant ███████████ ██████████████████████ ██████████████████████████

Even if Bryant had so testified, such testimony does not raise a dispute as to the fact that ████████████████ ███████████████████████ █████████████

The cited testimony of Alan Kaye also does not raise a dispute as to the stated fact. Kaye testified that ████ ██████████████████████ ██████████████████████████ ██████████████████████████ ██████████████████████████ ██████████. Specifically, Kaye testified as follows: |

[PUBLIC REDACTED] CARTER BRYANT'S RESPONSE TO MATTEL, INC.'S STATEMENT OF GENUINE ISSUES
CASE NO. CV 04-09049 SGL (RNBx)

414421.02

| Material Fact | Response To Mattel's "Contrary Evidence" |
|---|---|



11

414421.02

| Material Fact | Response To Mattel's "Contrary Evidence" |
|---|---|
| | ████████████████ |
| | Suppl. Anderson Decl., Exh.3 (Kaye, Dec. 10, 2004 Depo. Tr., at 215:10-218:1). |
| | Similarly, ████████████████████ ████████████████████████ ████████████████████████ *See* Zeller Decl., Exhs 7, 8, and 9. Mr. ████████████████████████ ███████████████ *Id.* Exh. 7. |
| | Additionally, Mr. Hudnut ██████ ████████████████████████ ████████████████████████ ██████████████████ *Id.* Exh. 8.  Mr. Hudnut was also ███████████████████ *Id.* Exh. 9 (Hudnut), at 211:12-15, 212:10-20. |
| | Adrienne Fontanella also ██████ Zeller Decl. Exh. 114 (Fontanella), at 26:11-28:3.  There is no evidence that ████████████████████████ █████████ Additionally, Fontanella, like Hudnut, ███████████████████ ████████████████████████ Suppl. Anderson Decl., Exh. 4 (Fontanella), at 13:2-6, 14:8-15:23. |
| | Mattel has submitted no evidence showing that any rank and file Mattel employee was able to, or did, negotiate the wording or terms of Mattel's ████████████ Employee Agreement. |
| | To the contrary, Maureen Tafoya, ███████████████████████ ████████████████████████ |

[PUBLIC REDACTED] CARTER BRYANT'S RESPONSE TO MATTEL, INC.'S STATEMENT OF GENUINE ISSUES
CASE NO. CV 04-09049 SGL (RNBx)

414421.02

| Material Fact | Response To Mattel's "Contrary Evidence" |
|---|---|
| | ████████████████ |
| | ████████████ |
| | Anderson Decl., Exh. 14 (Tafoya, Jan. 28, 2008 Depo. Tr.), at 31:19-32:11; ; *see also* Suppl. Anderson Decl., Exh. 5 (Tafoya), at 38:22-39:10 ███████ |
| 12 ████████████ | **Undisputed by Mattel**<br><br>Ex. 12 (Mattel's Responses to MGA's Fifth Set of Reqs. for Admis.), Nos. 26, 27 (████████████ )<br><br>Ex. 13 (Simpson-Taylor dep. 65:4-14, 52:17-53:25) (████████ ) |

13

414421.02

| Material Fact | Response To Mattel's "Contrary Evidence" |
|---|---|
| 13 ▮▮▮▮▮▮▮▮▮▮ | **Disputed by Mattel as to "or options"** |
| | Ex. 8 (M 001596 ▮▮▮▮▮▮ ▮▮▮▮▮▮ ) |
| | **Mattel's "Contrary Evidence":** |
| | ▮▮▮▮▮▮▮▮▮▮ Bryant Tr. Vol. 3 at 631:9-639:22, Zeller Dec., Exh. 3. |
| | Mattel employee ▮▮▮▮▮▮ ▮▮▮▮▮▮ Kaye Tr. at 215:3-216:23, Zeller Dec., Exh. 65; see also Fontanella Tr. at 26:11-28:3, Zeller Dec., Exh. 114. **(MISCHARACTERIZES TESTIMONY; IRRELEVANT; INCOMPLETE EXCERPT.)** |
| | Robert Hudnut ▮▮▮▮▮▮ ▮▮▮▮▮▮ Bates-numbered M 0098318-9, (▮ ▮▮▮▮▮▮ ), Zeller Dec., Exh. 7; Hudnut's side letter, Bates-numbered M 0098320-1, Zeller Dec., Exh. 8; Hudnut's Questionnaire, Bates-numbered M 0098322-3, (▮▮▮▮▮▮ ▮▮▮▮▮▮ ), Zeller Dec., Exh. 9; Hudnut Tr. Vol. 1 at 209:14-211:15, 216:25-220:3, Zeller Dec., Exh. 10. **(HEARSAY; IRRELEVANT.)** |
| | **Mattel's "Contrary Evidence" does not raise a dispute as to the stated** |

414421.02

| Material Fact | Response To Mattel's "Contrary Evidence" |
|---|---|
| | fact: |
| | None of the "Contrary Evidence" cited by Mattel indicates or suggests that ▮▮▮▮▮▮ |
| | *See also,* Bryant UF No. 11, *supra.* |
| 14 ▮▮▮▮▮▮▮▮ | **Disputed by Mattel** |
| ▮▮▮▮▮▮ | Ex. 8 (M 001596 ▮▮▮▮▮) |
| | **Mattel asserts that the evidence cited does not support the stated proposition:** |
| | ▮▮▮▮▮▮▮▮▮ Inventions Agreement (emphasis added), Anderson Dec., Exh. 8. **(MISCHARACTERIZES EVIDENCE; IRRELEVANT.)** |
| | **Mattel's "Contrary Evidence" does not raise a dispute as to the stated fact:** |

414421.02

| Material Fact | Response To Mattel's "Contrary Evidence" |
|---|---|
| | Nowhere in the Employee Agreement is the term ████████ mentioned or used.   The language quoted by Mattel does not reference ██████████ |
| 15 ████████████ | **Undisputed by Mattel**<br><br>Ex. 12 (Mattel's Responses to MGA's Fifth Set of Reqs. for Admis.), Nos. 28, 29 (██████████████)<br><br>Ex. 14 (Tafoya dep. 88:9-14) (████████)<br><br>Ex. 9 (M 0001621 ████████) |
| 16 ████████████ | **Disputed by Mattel**<br><br>Ex. 12 (Mattel's Responses to MGA's Fifth Set of Reqs. for Admis.), No. 11.<br><br>**Mattel's "Contrary Evidence":**<br><br>Mattel admitted that ████████ ████████████████ ████████████████ ████████████████ <u>See</u> Mattel's Response to Bryant's Request for Admission No. 11, Anderson Dec., Exh. 12.  (**MISCHARACTERIZES EVIDENCE; IRRELEVANT; FED. R. CIV. P.  36(B).)**<br><br>The Inventions Agreement reads, *inter alia,* ████████████ ████████████████ Inventions Agreement at ¶ 2(b), Anderson Dec., Exh. 8.  (**MISCHARACTERIZES** |

414421.02

| Material Fact | Response To Mattel's "Contrary Evidence" |
|---|---|
| | EVIDENCE; IRRELEVANT.) |
| | **Mattel's "Contrary Evidence" does not raise a dispute as to the stated fact:** |
| | None of the evidence cited by Mattel is contrary to the fact that the Employee Agreement does not reference any particular invention that falls under it. |
| 17 ███████████████ ████████████████ ███████████ | **Disputed by Mattel** |
| | Ex. 1 (Bryant Dep. 30:21-31:25) (██████████████████ ██) |
| | Ex. 14 (Tafoya Dep. 38:22-39:10) (████████████████████ ███████████████████ ██████████████) |
| | Ex. 6 (Newcomb Dep. 115:12-24) (██ █████████████████) |
| | Ex. 14 (Tafoya Dep. 31:14-18) (██ ████████████████████) |
| | Ex. 7 ("Freed Decl."), ¶ 4 (██ ████████████████████ ██████████████████ ██) |
| | **Mattel asserts that the evidence cited in Ex. 14 does not support the stated proposition:** |
| | In the first portion of Ms. Tafoya's testimony cited by Bryant, she states ██████████████████████ ████████████████████ Deposition Transcript of |

17

414421.02

| Material Fact | Response To Mattel's "Contrary Evidence" |
|---|---|
| | Maureen Tafoya ("Tafoya Tr."), dated January 28, 2008, at 38:22- 39:10, Anderson Dec., Exh. 14.

**Mattel's "Contrary Evidence":**

█████████████████
█████████████ Bryant Tr. Vol. 3 at 631:9-639:22, Zeller Dec., Exh. 3. **(MISCHARACTERIZES TESTIMONY; IRRELEVANT.)**

██████████████████
██████████████████
██████████████████ Kaye Tr. at 215:3-216:23, Zeller Dec., Exh. 65 **(MISCHARACTERIZES TESTIMONY; IRRELEVANT; INCOMPLETE EXCERPT.)**; see also Fontanella Tr. at 26:11-28:3, Zeller Dec., Exh. 114. **(IRRELEVANT; HEARSAY.)**

████████████████████
████████████████████
████████████████████
Bates-numbered M 0098318-9, (███
████████████████████
████), Zeller Dec., Exh. 7; ███████
███████████, Bates-numbered M 0098320-1, Zeller Dec., Exh. 8; ████████████████, Bates-numbered M 0098322-3, (████████
████████████), Zeller Dec., Exh. 9; Hudnut Tr. Vol. 1 at 209:14-211:15, 216:25-220:3, Zeller Dec., Exh. 10. **(IRRELEVANT; HEARSAY.)**

The Court found previously that Bryant |

414421.02

| Material Fact | Response To Mattel's "Contrary Evidence" |
|---|---|
| | could not state a claim based on unconscionability. Court's Order Granting Motion to Dismiss, dated July 17, 2006, at 14, ("It is not surprising or overly harsh that Mattel would expect its trade secrets and proprietary information to be kept confidential; the same is true regarding Mattel's expectation that the works of its design staff - created by Mattel employees, using Mattel's resources, during time for which Mattel paid the employee - be considered its property. Therefore, Bryant cannot state a claim based on unconscionability."), Zeller Dec., Exh. 105. **(MISCHARACTERIZES EVIDENCE; IRRELEVANT.)** |
| | **Response to Mattel's assertion that the evidence cited by Bryant in Ex. 14 does not support the stated proposition:** |
| | Bryant inadvertently cited the incorrect portion of the deposition testimony of Maureen Tafoya in his opening Separate Statement of Uncontested Facts, Anderson Decl. Exh. 14, in support of this undisputed fact. The correct citation for the referenced testimony is Tafoya Jan. 28, 2008 Depo. Tr., at 29:20-23, wherein she testifies as follows: |
| | Suppl. Anderson Decl., Exh. 5, (Tafoya), 29:20-23. |
| | **Mattel's "Contrary Evidence" does not raise a dispute as to the stated fact:** |
| | *See* explanation and evidence set forth |

414421.02



| Material Fact | Response To Mattel's "Contrary Evidence" |
|---|---|
| | with respect to Mattel's "Contrary Evidence" to Bryant Undisputed Fact ("UF") No. 11, *supra*. |
| 18 ███████████████████████████ ████████████████████████ ██████████████████ | **Disputed by Mattel as to** ██████████ **and as to Tafoya testimony**<br><br>Ex. 7 (Freed Decl.), ¶ 4 (██████████ █████████████████████████ ████████████). <br>Ex. 7 (Freed Decl.), ¶ 4 (███████ ███████████████████████████ ███████████████████████████ █████████████).<br>Ex. 15 (2000 Mattel, Inc. Annual Report, 16) (Mattel has over 30,000 employees worldwide)<br>Ex. 14 (Tafoya Dep. 30:4-21, 40:14-41:5) (█████████████████████ ██████████████████)<br>Ex. 16 (Park Dep. 240:25-241:4) (█████████████████████████ █)<br>Ex. 17 (Mattel's Supplemental Resps. to Bryant's Second Set of Interrogs.), No. 20 (███████████████████████ █████████████████)<br><br>**Mattel asserts that the evidence cited does not support the stated proposition:**<br><br>Bryant does not present any evidence that ████████████████████████ ██████████████████<br><br>In the testimony of Ms. Tafoya cited, ███████████████████████████ ████████████████████████ |

414421.02

| Material Fact | Response To Mattel's "Contrary Evidence" |
|---|---|
|  | ████████████████ Tafoya Tr. at 30:4-21, 40:14-41:5. **Mattel's "Contrary Evidence":** ████████████ Bryant Tr. Vol. 3 at 631:9-639:22, Zeller Dec., Exh. 3. **(MISCHARACTERIZES TESTIMONY; IRRELEVANT.)** ████████████ Tr. at 215:3-216:23, Zeller Dec., Exh. 65 **(MISCHARACTERIZES TESTIMONY; IRRELEVANT; INCOMPLETE EXCERPT.);** see also Fontanella Tr. at 26:11-28:3, Zeller Dec., Exh. 114. **(IRRELEVANT; HEARSAY.)** ████████████ Bates-numbered M 0098318-9, (████ ████), Zeller Dec., Exh. 7; ████, Bates-numbered M 0098320-1, Zeller Dec., Exh. 8; ████████, Bates-numbered M 0098322-3, (████ ████), Zeller Dec., Exh. 9; Hudnut Tr. Vol. 1 at 209:14-211:15, 216:25-220:3, Zeller Dec., Exh. 10. **(IRRELEVANT; HEARSAY.)** **Mattel's dispute as to "even tens of thousands" is immaterial and does not raise a dispute issue as to the** |

414421.02

| Material Fact | Response To Mattel's "Contrary Evidence" |
|---|---|
|  | stated fact: |
|  | Mattel only disputes whether ████████████ ████████████████████████ |
|  | **Response to Mattel's assertion that the evidence cited by Bryant does not support the stated proposition:** |
|  | Bryant inadvertently cited the incorrect portion of the deposition testimony of Maureen Tafoya in his opening Separate Statement of Uncontested Facts, Anderson Decl. Exh. 14, in support of this undisputed fact. The correct citation for the referenced testimony is Tafoya Jan. 28, 2008 Depo. Tr., at 31:19-32:11, wherein she testifies as follows: |
|  | Anderson Decl., Exh. 14; *see also* Suppl. Anderson Decl., Exh. 5 (Tafoya), at 38:22-39:10 |

414421.02



| Material Fact | Response To Mattel's "Contrary Evidence" |
|---|---|
| | **Mattel's "Contrary Evidence" does not raise a dispute as to the stated fact:**<br><br>None of the "Contrary Evidence" cited by Mattel relates to ▮▮▮▮▮▮▮<br><br>*See also* explanation and evidence set forth with respect to Mattel's "Contrary Evidence" to Bryant UF No. 11, *supra*. |
| 19 ▮▮▮▮▮▮▮ | **Disputed by Mattel**<br><br>Ex. 1 (Bryant Dep. 30:21-31:25) ▮▮<br><br>Ex. 14 (Tafoya Dep. 38:22-39:10) ▮▮▮▮<br><br>Ex. 14 (Tafoya Dep. 31:14-18) (▮▮▮▮ )<br><br>Ex. 7 ("Freed Decl."), ¶ 4 (▮▮▮▮ )<br><br>**The evidence cited in Ex. 14 does not support the stated proposition:**<br><br>In the first portion of Ms. Tafoya's testimony cited by Bryant, she states ▮▮▮▮ Tafoya Tr. at 38:22- 39:10, Anderson Dec., Exh. 14. |

23

[PUBLIC REDACTED] CARTER BRYANT'S RESPONSE TO MATTEL, INC.'S STATEMENT OF GENUINE ISSUES
CASE NO. CV 04-09049 SGL (RNBx)

414421.02

| Material Fact | Response To Mattel's "Contrary Evidence" |
|---|---|
| | **Mattel's contradictory evidence:** |
| | ████████████████████████ ████████████████████████ ████████████████████████ Bates-numbered M 0098318-9, (█ █████), Zeller Dec., Exh. 7; ████, Bates-numbered M 0098320-1, Zeller Dec., Exh. 8; ████████, Bates-numbered M 0098322-3, (o████████ █████), Zeller Dec., Exh. 9; Hudnut Tr. Vol. 1 at 209:14-211:15, 216:25-220:3, Zeller Dec., Exh. 10. **(HEARSAY; IRRELEVANT.)** |
| | In addition, the Court found previously that Bryant could not state a claim based on unconscionability.  Court's Order Granting Motion to Dismiss, dated July 17, 2006, at 14, ("It is not surprising or overly harsh that Mattel would expect its trade secrets and proprietary information to be kept confidential; the same is true regarding Mattel's expectation that the works of its design staff - created by Mattel employees, using Mattel's resources, during time for which Mattel paid the employee - be considered its property. Therefore, Bryant cannot state a claim based on unconscionability."), Zeller Dec., Exh. 105. **(MISCHARACTERIZES EVIDENCE; IRRELEVANT.)** |
| | **Response to Mattel's assertion that the evidence cited by Bryant in Ex. 14 does not support the stated proposition:** |

| Material Fact | Response To Mattel's "Contrary Evidence" |
|---|---|
| | Bryant inadvertently cited the incorrect portion of the deposition testimony of Maureen Tafoya in his opening Separate Statement of Uncontested Facts, Anderson Decl. Exh. 14, in support of this undisputed fact.  The correct citation for the referenced testimony is Tafoya Jan. 28, 2008 Depo. Tr., at 31:19-32:11, wherein she testifies as follows: |

Anderson Decl., Exh. 14; *see also* Suppl. Anderson Decl. (Tafoya), Exh. 5, at 38:22-39:10

**Mattel's "Contrary Evidence" does not raise a dispute as to the stated**

25

[PUBLIC REDACTED] CARTER BRYANT'S RESPONSE TO MATTEL, INC.'S STATEMENT OF GENUINE ISSUES
CASE NO. CV 04-09049 SGL (RNBx)

414421.02

| Material Fact | Response To Mattel's "Contrary Evidence" |
|---|---|
| | fact: |
| | *See* explanation and evidence set forth with respect to Mattel's "Contrary Evidence" to Bryant UF No. 11, *supra*. |
| 20 ███████████████ ███████████████ ███████████ | **Disputed by Mattel** |
| | Ex. 6 (Newcomb Dep. 43:17-20) ████████████████ ████████████████ |
| | Ex. 6 (Newcomb Dep. 113:12-19) (████████████████ ████████████████ ████████ ) |
| | Ex. 6 (Newcomb Dep. 114:7-12) (████████████████ ████████████ ██████ ) |
| | Ex. 11 (Freed Dep. 39:21-40:24) (████████████████ ) |
| | Ex. 14 (Tafoya Dep. 31:19-32:11) (████████████████ ) |
| | **Mattel asserts that the evidence cited in Exh. 14 does not support the stated proposition:** |
| | Tafoya explained that ████████████ ████████████ Anderson Dec., Exh. 14 at 31:19-25. |
| | **Mattel's "Contrary Evidence":** ████████████████ |

[PUBLIC REDACTED] CARTER BRYANT'S RESPONSE TO MATTEL, INC.'S STATEMENT OF GENUINE ISSUES
CASE NO. CV 04-09049 SGL (RNBx)

414421.02

| Material Fact | Response To Mattel's "Contrary Evidence" |
|---|---|
| | Bryant Tr. Vol. 3 at 631:9-639:22, Zeller Dec., Exh. 3. **(MISCHARACTERIZES TESTIMONY; IRRELEVANT.)** |
| | Alan Kaye testified ▮▮▮▮▮▮ Kaye Tr. at 215:3-216:23, Zeller Dec., Exh. 65 **(MISCHARACTERIZES TESTIMONY; IRRELEVANT; INCOMPLETE EXCERPT.);** see also Fontanella Tr. at 26:11-28:3, Zeller Dec., Exh. 114. **(IRRELEVANT; HEARSAY.)** |
| | Newcomb did not ▮▮▮▮▮▮. See Newcomb Tr. at 42:25-43:20, Zeller Dec., Exh. 14. |
| | Nonetheless, ▮▮▮▮▮▮ See ▮▮▮▮▮▮, Bates-numbered M 0098318-9, (▮▮▮▮▮▮), Zeller Dec., Exh. 7; ▮▮▮▮▮▮, Bates-numbered M 0098320-1, Zeller Dec., Exh. 8; ▮▮▮▮▮▮ Bates-numbered M 0098322-3, (▮▮▮▮▮▮), Zeller Dec., Exh. 9; Hudnut Tr. Vol. 1 at 209:14-211:15, 216:25-220:3, Zeller Dec., Exh. 10. **(IRRELEVANT;** |

414421.02

| Material Fact | Response To Mattel's "Contrary Evidence" |
|---|---|
| | HEARSAY.) |
| | **Response to Mattel's assertion that the evidence cited by Bryant does not support the stated proposition:** |
| | The cited testimony of Tafoya supports the stated fact.  Tafoya testified: |
| | **Mattel's "Contrary Evidence" does not raise a dispute as to the stated fact:** |
| | In the testimony cited by Mattel from Bryant's deposition transcript, Vol. 3, at 631-639:22, Bryant was not asked, and he does not state, that |

414421.02



| Material Fact | Response To Mattel's "Contrary Evidence" |
|---|---|
| | Even if Bryant had so testified, such testimony does not raise a dispute as to the fact that |
| | The cited testimony of Alan Kaye also does not raise a dispute as to the stated fact. |
| | Specifically, Kaye testified as follows: |

29

414421.02



| Material Fact | Response To Mattel's "Contrary Evidence" |
|---|---|
|  |  |

Suppl. Anderson Decl., Exh. 3 (Kaye), at 215:10-218:1.

[PUBLIC REDACTED] CARTER BRYANT'S RESPONSE TO MATTEL, INC.'S STATEMENT OF GENUINE ISSUES
CASE NO. CV 04-09049 SGL (RNBx)

414421.02



| Material Fact | Response To Mattel's "Contrary Evidence" |
|---|---|
| | Mattel admits that |
| | The |
| | *See* Zeller Decl. Exh's 7, 8, and 9. |
| | *Id.* Exh. 7. |
| | Additionally, |
| | *Id.* Exh. 8. |
| | *Id.* Exh. 9 (Hudnut Depo. Tr., Vol. 1, at 211:12-15, 212:10-20). |
| | To the contrary, Maureen Tafoya, |
| | Specifically, she testified: |

[PUBLIC REDACTED] CARTER BRYANT'S RESPONSE TO MATTEL, INC.'S STATEMENT OF GENUINE ISSUES
CASE NO. CV 04-09049 SGL (RNBx)

414421.02

| Material Fact | Response To Mattel's "Contrary Evidence" |
|---|---|
| | [REDACTED] |
| | Anderson Decl., Exh. 14 (Tafoya, Jan. 28, 2008 Depo. Tr.), at 31:19-32:11; *see also* Suppl. Anderson Decl., Exh. 5 (Tafoya), at 38:22-39:10 [REDACTED] |
| 21 [REDACTED] | **Disputed by Mattel** |
| | Ex. 14 (Tafoya Dep. 31:19-32:11) [REDACTED] |
| | Ex. 11 (Freed Dep. 40:16-20) [REDACTED] |
| | **Mattel asserts that the evidence cited does not support the stated proposition:** |
| | Tafoya explained that [REDACTED] Anderson Dec., Exh. 14 at 31:19-25. |
| | Freed testified that [REDACTED] Anderson Dec., Exh. 11 at 40:16-20. |

414421.02

| Material Fact | Response To Mattel's "Contrary Evidence" |
|---|---|
| | ▮▮▮▮▮▮▮▮▮▮▮ Bryant Tr. Vol. 3 at 631:9-639:22, Zeller Dec., Exh. 3. **(MISCHARACTERIZES TESTIMONY; IRRELEVANT.)** |
| | ▮▮▮ Alan Kaye ▮▮▮▮▮▮▮▮▮ Kaye Tr. at 215:3-216:23, Zeller Dec., Exh. 65 **(MISCHARACTERIZES TESTIMONY; IRRELEVANT; INCOMPLETE EXCERPT)**; see also Fontanella Tr. at 26:11-28:3, Zeller Dec., Exh. 114. **(IRRELEVANT; HEARSAY.)** |
| | ▮▮▮▮▮▮▮▮ Bates-numbered M 0098318-9, (▮▮▮▮▮▮"), Zeller Dec., Exh. 7; ▮▮▮, Bates-numbered M 0098320-1, Zeller Dec., Exh. 8; ▮▮▮▮▮▮, Bates-numbered M 0098322-3, (▮▮▮▮▮▮), Zeller Dec., Exh. 9; Hudnut Tr. Vol. 1 at 209:14-211:15, 216:25-220:3, Zeller Dec., Exh. 10. **(IRRELEVANT; HEARSAY.)** |
| | **Response to Mattel's assertion that the evidence cited by Bryant does not support the stated proposition:** |
| | The cited testimony of Tafoya supports the stated fact. ▮▮▮▮▮▮▮▮ |

33

414421.02



| Material Fact | Response To Mattel's "Contrary Evidence" |
|---|---|
| | Anderson Decl., Exh. 14 (Tafoya, Jan. 28, 2008 Depo. Tr.), at 31:19-32:11 |
| | Freed testified that ▓▓▓▓▓▓▓▓▓▓▓▓ Anderson Decl., Exh. 11, at 40:16-20. She further testified ▓▓▓▓▓▓ *Id.* at 40:22-24. |
| | Similarly, Tavofa testified that s▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓ Suppl. Anderson Decl., Exh. ▓▓▓, (Tafoya, Jan. 28, 2008 Depo. Tr.), at 38:22-39:10. |
| | *See also* explanation and evidence set forth with respect to Mattel's "Contrary Evidence" to Bryant UF No. 20, *supra*. |
| 22 ▓▓▓▓▓▓▓▓▓▓ | **Disputed by Mattel**<br><br>Ex. 6 (Newcomb Dep. 113:12-19) |

[PUBLIC REDACTED] CARTER BRYANT'S RESPONSE TO MATTEL, INC.'S STATEMENT OF GENUINE ISSUES
CASE NO. CV 04-09049 SGL (RNBx)

414421.02

| Material Fact | Response To Mattel's "Contrary Evidence" |
|---|---|
| | ▮▮▮▮▮▮▮▮ )<br>Ex. 6 (Newcomb Dep. 43:21-44:9)<br>( ▮▮▮▮▮▮▮▮ )<br><br>**Mattel's "Contrary Evidence":**<br><br>▮▮▮▮▮▮▮▮ Bryant Tr. Vol. 3 at 631:9-639:22, Zeller Dec., Exh. 3. **(MISCHARACTERIZES TESTIMONY; IRRELEVANT.)**<br><br>▮▮▮▮▮▮▮▮ Alan Kaye testified ▮▮▮▮▮▮▮▮ Kaye Tr. at 215:3-216:23, Zeller Dec., Exh. 65 **(MISCHARACTERIZES TESTIMONY; IRRELEVANT; INCOMPLETE EXCERPT.);** see also Fontanella Tr. at 26:11-28:3, Zeller Dec., Exh. 114. **(HEARSAY; IRRELEVANT.)**<br><br>▮▮▮▮▮▮▮▮ See ▮▮▮, Bates-numbered M 0098318-9, ( ▮▮▮▮▮▮▮▮ ), Zeller Dec., Exh. 7; ▮▮▮, Bates-numbered M 0098320-1, Zeller Dec., Exh. 8; ▮▮▮, Bates-numbered M 0098322-3, ( ▮▮▮▮▮▮▮▮ ), Zeller Dec., Exh. 9; Hudnut Tr. Vol. 1, at |

414421.02

| Material Fact | Response To Mattel's "Contrary Evidence" |
|---|---|
| | 209:14-211:15, 216:25-220:3, Zeller Dec., Exh. 10. **(HEARSAY; IRRELEVANT.)** **Mattel's "Contrary Evidence" does not raise a dispute as to the stated fact:** *See* explanation and evidence set forth with respect to Mattel's "Contrary Evidence" to Bryant UF No. 20, *supra*. |
| ▆▆▆▆▆▆▆▆▆▆▆ | |
| 23 ▆▆▆▆▆▆▆▆ | **Disputed by Mattel** Ex. 6 (Newcomb Dep. 221:18-223:11) (▆▆▆▆▆▆) Ex. 6 (Newcomb Dep. 223:12-225:20) (▆▆▆▆) Ex. 6 (Newcomb Dep. 15:21-16:23) (▆▆▆▆) Ex. 14 (Tafoya Dep. 41:3-5) (▆▆▆▆) **Mattel's "Contrary Evidence":** ▆▆▆▆ Bryant Tr. Vol. 3 at 631:9- |

414421.02

| Material Fact | Response To Mattel's "Contrary Evidence" |
|---|---|
| | 639:22, Zeller Dec., Exh. 3. **(MISCHARACTERIZES TESTIMONY; IRRELEVANT.)** |
| | Deposition Transcript of Amy Myers ("Myers Tr."), dated February 22, 2008, at 216:19-23 (███████████ ████████ ), Zeller Dec., Exh. 12. **(MISCHARACTERIZES TESTIMONY; IRRELEVANT.)** |
| | ████████████████████ Newcomb Tr. at 223:12-15, Anderson Dec., Exh. 6; <u>see also</u> Tafoya Tr. at 31:19-25, Anderson Dec., Exh. 14.  Newcomb further testified ████████ ███████████████████ Newcomb Tr. at 223:16-21, Anderson Dec., Exh. 6. |
| | **Mattel's "Contrary Evidence" does not raise a dispute as to the stated fact:** |
| | In the testimony cited by Mattel from Bryant's deposition transcript, Vol. 3, at 631-639:22, Bryant was not asked, and he does not state, ████████ ████████████████████ |
| | Even if Bryant had so testified, such testimony does not raise a dispute as to the fact that ████████ ████████████████████ ████████████ |
| | Although Amy Myers ████████ ████████████████████ |

[PUBLIC REDACTED] CARTER BRYANT'S RESPONSE TO MATTEL, INC.'S STATEMENT OF GENUINE ISSUES
CASE NO. CV 04-09049 SGL (RNBx)

414421.02



| Material Fact | Response To Mattel's "Contrary Evidence" |
|---|---|
| | Zeller Decl., Exh. 12 (Myers Feb. 22, 2008 Depo. Tr.), at 217:20-218:3. |
| | Ms. Myers also testified as follows: |
| | *Id.* at 216:25-217:10. |
| 24 | **Disputed by Mattel as to** **and** Ex. 6 (Newcomb Dep. 221:18-223:11) ( |

414421.02

| Material Fact | Response To Mattel's "Contrary Evidence" |
|---|---|
| | ███████████████ |
| | ███████) |
| | **Mattel's "Contrary Evidence":** |
| | ████████ Freed Tr. at 37:7-18, Zeller Dec., Exh. 57 (████████████). **(IRRELEVANT.)** |
| | ███████ 1995 Inventions Agreement, Zeller Dec., Exh. 33. **(IRRELEVANT; MISCHARACTERIZES EVIDENCE IRRELEVANT.)** |
| | ████████████, Bates-numbered KMW-M 007635-8, at 007636 (██████████████); Zeller Dec., Exh. 13 |

39

414421.02

| Material Fact | Response To Mattel's "Contrary Evidence" |
|---|---|
| | **(MISCHARACTERIZES EVIDENCE; IRRELEVANT.);** Deposition Transcript of Carter Bryant Vol. 4 ("Bryant Tr. Vol. 4"), dated January 23, 2008, at 861:18-862:2, Zeller Dec., Exh. 4. **(MISCHARACTERIZES TESTIMONY; IRRELEVANT.)** |
| | ███████████████████████████ |
| | Inventions Agreement, Proctor Dec., Exh. 5. **(IRRELEVANT; MISCHARACTERIZES EVIDENCE; IRRELEVANT; INCOMPLETE EXCERPT.)** |
| | **Mattel's "Contrary Evidence" does not raise a dispute as to the stated fact:** |
| | Mattel does not cite any evidence showing that █████████ |
| | Mattel also does not cite any evidence showing that ████████ |
| | Bryant testified that ████████ |

40

414421.02

| Material Fact | Response To Mattel's "Contrary Evidence" |
|---|---|
| | ██████████████████ |
| | ███████████████ |
| | ███████ ██████████ |
| | ████ ███████████ |
| | ████████████ |
| | ███████████████ |
| | ██████ █████████ |
| | ████████ ████████ |
| | ████████ ████████ |
| | Anderson Decl. (Bryant), at 31:4-12. |
| | Bryant's purported understanding ███ |
| | ████████████████ |
| | █████████████ |
| | Zeller Decl. Exh. 4. |
| | The language from the Employee Agreement cited by Mattel does not ████ |
| | Proctor Decl., Exh. 5. |
| 25 ██████████████ | **Disputed by Mattel** |
| ████████████ | Ex. 6 (Newcomb Dep. 223:12-225:20) |
| ████████ | (██████████████ |
| | ███████████████ |
| | ███████████ |
| | ███████████) |
| | **Mattel asserts that the evidence cited does not support the stated proposition:** |
| | The parenthetical summarizing Ex. 6 is misleading. While the cited testimony of Newcomb does state ████ |

414421.02

| Material Fact | Response To Mattel's "Contrary Evidence" |
|---|---|
| | ███████████████ ██████████████████ ██████████████████ ██████████████████ ██████████████████ _____See___ Newcomb Tr. at 223:12-225:20, Anderson Dec., Exh. 6. |
| | **Mattel's "Contrary Evidence":** |
| | _____ Amy Myers testified that ████████████████ ████████ Myers Tr. at 216:19-23, Zeller Dec., Exh. 12. **(MISCHARACTERIZES TESTIMONY; IRRELEVANT; INCOMPLETE EXCERPT.)** |
| | **Response to Mattel's assertion that the evidence cited by Bryant does not support the stated proposition:** |
| | Mattel admits that ████████████████ ████████████████ ████████████████ Mattel's summary of her additional testimony is inaccurate and misleading. ████████████████ ████████████████ ████████████████ _____Anderson Decl., Ex. 6, at 223:19-21. |
| | **Mattel's "Contrary Evidence" does not raise a dispute as to the stated fact:** |
| | Although Amy Myers ████████████████ ████████████████ |

414421.02

| Material Fact | Response To Mattel's "Contrary Evidence" |
|---|---|
| | 

Zeller Decl., Exh. 12 (Myers Feb. 22, 2008 Depo. Tr.), at 217:20-218:3.

Ms. Myers also testified as follows:

*Id.* at 216:25-217:10. |
| 26 | **Disputed by Mattel**

Ex. 6 (Newcomb Dep. 15:21-16:23)

**Mattel's "Contrary Evidence":**

Amy Myers testified that Myers Tr. at |

43

[PUBLIC REDACTED] CARTER BRYANT'S RESPONSE TO MATTEL, INC.'S STATEMENT OF GENUINE ISSUES
CASE NO. CV 04-09049 SGL (RNBx)

414421.02

| Material Fact | Response To Mattel's "Contrary Evidence" |
|---|---|
| | 216:19-23, Zeller Dec., Exh. 12. **(IRRELEVANT; MISCHARACTERIZES TESTIMONY; INCOMPLETE EXCERPT.)** **Mattel's "Contrary Evidence" does not raise a dispute as to the stated fact:** *See* explanation and evidence set forth with respect to Mattel's "Contrary Evidence" to Bryant UF No. 25, *supra*. |
| 27 ███████████ | **Disputed by Mattel as to "higher-end dolls for adult collectors."** Ex. 10 (BRYANT 001198-001199) (███████████) Ex. 18 (Nordquist Dep. 57:11-18) (███████████) Ex. 19 (Hoffman-Briggs Dep. 54:7-14) (███████████) **Mattel's "Contrary Evidence":** ███████████ *See* Tomiyama Tr. at 48:19-49:3, Zeller Dec., Exh. 15. **Mattel's dispute as to whether s████ ███████████ is immaterial and does not raise a dispute as to the stated fact.** **Mattel's "Contrary Evidence" does not raise a dispute as to the stated fact:** |

[PUBLIC REDACTED] CARTER BRYANT'S RESPONSE TO MATTEL, INC.'S STATEMENT OF GENUINE ISSUES
CASE NO. CV 04-09049 SGL (RNBx)

414421.02

| Material Fact | Response To Mattel's "Contrary Evidence" |
|---|---|
| | ███████████████████. _See_ Supp. Dec. of Christa M. Anderson Decl. in Support of Bryant's Motion for Partial Summary Judgment ("Supp. Anderson Dec."), Exh. 6 (Park), 55:18-24 (████████████████████████████ ) (emphasis added); Exh. 8, Mattel, Inc. 10-K, dated March 24, 2003 (██████████████ ) (emphasis added). |
| 28 ████████████████████ ██████████████ | **Disputed by Mattel** <br><br> Ex. 20 (Driskill Dep. 302:9) (██████ ) <br><br> Ex. 1 (Bryant Dep. 241:13-25) (████████████████ ) <br><br> Ex. 19 (Hoffman-Briggs Depo. 54:23-55:12) (█████████████ ) <br><br> **Mattel's "Contrary Evidence":** |

[PUBLIC REDACTED] CARTER BRYANT'S RESPONSE TO MATTEL, INC.'S STATEMENT OF GENUINE ISSUES
CASE NO. CV 04-09049 SGL (RNBx)

414421.02

| Material Fact | Response To Mattel's "Contrary Evidence" |
|---|---|
| | , ("Tomiyama Tr."), dated February 27, 2008, at 34:19-36:20 (████████████████ ████████████████ ████████████████ ), Zeller Dec., Exh. 15. **(MISCHARACTERIZES TESTIMONY; IRRELEVANT.)** |
| | ████████████████ ████████████████ Deposition Transcript of Rene Pasko, ("Pasko Tr."), dated June 13, 2007, at 50:21-52:21, Zeller Dec., Exh. 16. **(MISCHARACTERIZES TESTIMONY; IRRELEVANT.)** |
| | ████████████████ Tomiyama Tr. at 37:25-39:8 (████████████████ ████████████████ ), Zeller Dec., Exh. 15. **(MISCHARACTERIZES TESTIMONY; IRRELEVANT.)** |
| | Pasko Tr. at 51:22-52:12 (████████████████ ████████████████ ████████████████ ), Zeller Dec., Exh.16 . **(MISCHARACTERIZES TESTIMONY; IRRELEVANT.)** ████████████████ |

414421.02

| Material Fact | Response To Mattel's "Contrary Evidence" |
|---|---|
| | Bryant Tr. Vol. 5 at 1093:14-1094:7 (█████████ █████████████████ █████████████████ █████████████████ █████████████████); Zeller Dec., Exh. 5; Bryant Tr. Vol. 5 at 1094:8-1095:13 (█████████████████ ███████████), Zeller Dec., Exh. 5. **(MISCHARACTERIZES TESTIMONY; IRRELEVANT.)** **Mattel's Evidentiary Objections** Objection to the supporting deposition transcript of Ann Driskill at 302:7-9 on the grounds that it is an incomplete excerpt. Fed. R. Evid. 106. **Mattel's "Contrary Evidence" does not raise a dispute as to the stated fact:** None of the "Contrary Evidence" cited by Mattel indicates or suggests that ████████████████████ ████████████████████ ████████████████ The portion of Ms. Tomiyama's deposition cited by Mattel ████████ ████████████████████ █████████████. Specifically, Ms. Tomiyama testified: ████████████████████ ████████████████████ ████████████████████ ████████████████████ |

[PUBLIC REDACTED] CARTER BRYANT'S RESPONSE TO MATTEL, INC.'S STATEMENT OF GENUINE ISSUES
CASE NO. CV 04-09049 SGL (RNBx)

414421.02

| Material Fact | Response To Mattel's "Contrary Evidence" |
|---|---|
| | ████████████████████████ ████████████████████████ ████████████████████████ ████████████████████████ |
| | Zeller Dec., Exh. 15 (Tomiyama), 34:19-25. |
| | Moreover, Ms. Tomiyama ████ ████████████████████████ ████████████████████████ |
| | ████████████████████████ ████████████████████████ ████████████████████████ ████████████████████████ ████████████████████████ ████████████████████████ ████████████████████████ ████████████████████████ ████████████████████████ ████████████████████████ ████████████████████████ ████████████████████████ ████████████████████████ |
| | *Id.*, at 45:16-46:3. |
| | Mattel's characterization of Renee's Pasko deposition is similarly misleading. The cited portions of |

414421.02



| Material Fact | Response To Mattel's "Contrary Evidence" |
|---|---|
|  | Renee Pasko's deposition ███████. ██████ Rather, those portions of Ms. Pasko's testimony concern ███████ ██████ ███████ ███████ ███████ ███████ ███████ ███████ ███████ ███████ See Zeller Decl., Exh. 16 (Pasko), at 50:15-21 (emphasis added); see also Supp. Anderson Decl., Exh. 9 (Hoffman-Briggs) 230:22-231:6 (███████ ███████ ███). The cited testimony of Ms. Tomiyama does not state that "███████ ███████ ███" ███████ ███████ ███████ ███████ ███████ ███████ |

414421.02

| Material Fact | Response To Mattel's "Contrary Evidence" |
|---|---|
|  | ██████████████████████ ███████████████████████ ███████████████████████ ███████████████████████ ███████████████████ ████████████ ████████████████ ██████████████ Zeller Dec., Exh. 15 (Tomiyama Tr.), at 38:7-16. |
| 29 ████████████████ ████████████████ ████████████████ ███████████ | **Disputed by Mattel** Ex. 20 (Driskill Dep. 302:9) (Bryant's former supervisor explaining "it takes a big village to build a doll" ) Ex. 1 (Bryant Dep. 241:13-25) █████████████████ █████████████████████ █████████████████████ Ex. 19 (Hoffman-Briggs Depo. 54:23-55:12) ████████████████████ █████████████████████ ███████████████ **Mattel's Evidentiary Objections** Objection to the supporting deposition transcript of Ann Driskill at 302:7-9 on the grounds that it is an incomplete excerpt.  Fed. R. Evid. 106. **Mattel offers no contrary evidence in dispute of this material fact.** |
| 30 ███████████████ ████ | **Disputed by Mattel** Ex. 1 (Bryant Dep. 241:13-25) |

414421.02

| Material Fact | Response To Mattel's "Contrary Evidence" |
|---|---|
| | ████████████████ |
| | Ex. 19 (Hoffman-Briggs Depo. 55:16-56:4) |
| | Ex. 19 (Hoffman-Briggs Depo. 54:23-55:12) |
| | **Mattel's "Contrary Evidence":** |
| | Tomiyama Tr. at 34:19-36:20 |
| | , Zeller Dec., Exh. 15. **(MISCHARACTERIZES TESTIMONY; IRRELEVANT.)** |
| | Also, see testimony of Pasko (stating that ██████████ Pasko Tr., dated June 13, 2007, at 50:21-52:21, Zeller Dec., Exh. 16. **(MISCHARACTERIZES TESTIMONY; IRRELEVANT.)** |

[PUBLIC REDACTED] CARTER BRYANT'S RESPONSE TO MATTEL, INC.'S STATEMENT OF GENUINE ISSUES
CASE NO. CV 04-09049 SGL (RNBx)

414421.02

| Material Fact | Response To Mattel's "Contrary Evidence" |
|---|---|
| | Tomiyama Tr. at 37:25-39:8 ████████████████████ Zeller Dec., Exh. 15. **(MISCHARACTERIZES TESTIMONY; IRRELEVANT.)** Pasko Tr. at 51:22-52:12 (███████████████████████████████), Zeller Dec., Exh. 16 . **(MISCHARACTERIZES TESTIMONY; IRRELEVANT.)** Bryant ███████████████. Bryant Tr. Vol. 5 at 1093:14-1094:7 (██████████████████████████████); Zeller Dec., Exh. 5; _id._ at 1094:8-1095:13 (████████████████████). **(MISCHARACTERIZES TESTIMONY; IRRELEVANT.)** ████████████████████████████ Bryant Tr. Vol. 5 at 1091:17-1093:12 (████████████████), Zeller Dec., Exh. 5. **(MISCHARACTERIZES TESTIMONY; IRRELEVANT.)** |

414421.02

| Material Fact | Response To Mattel's "Contrary Evidence" |
|---|---|
| | ████████████████████████ |
| | Tomiyama Tr. at 50:18-53:22, Zeller Dec., Exh. 15. **(MISCHARACTERIZES TESTIMONY; IRRELEVANT.)** |
| | **Mattel's "Contrary Evidence" does not raise a dispute as to the stated fact:** |
| | None of the evidence cited by Mattel is contrary to the fact that ████████ |
| | The portion of Ms. Tomiyama's deposition cited by Mattel *supports* the fact that ████████████ Specifically, Ms. Tomiyama testified: |
| | ████████████████████████ |
| | Zeller Dec., Exh. 15 (Tomiyama), 34:19-25. |
| | Moreover, Ms. Tomiyama ████████ |

53

[PUBLIC REDACTED] CARTER BRYANT'S RESPONSE TO MATTEL, INC.'S STATEMENT OF GENUINE ISSUES
CASE NO. CV 04-09049 SGL (RNBx)

414421.02

| Material Fact | Response To Mattel's "Contrary Evidence" |
|---|---|
| |  |

*Id.*, at 45:16-46:3.

Mattel's characterization of Renee's Pasko deposition is similarly misleading. The cited portions of Renee Pasko's deposition

[PUBLIC REDACTED] CARTER BRYANT'S RESPONSE TO MATTEL, INC.'S STATEMENT OF GENUINE ISSUES
CASE NO. CV 04-09049 SGL (RNBx)

414421.02

| Material Fact | Response To Mattel's "Contrary Evidence" |
|---|---|
| |  |

*See* Zeller Decl., Exh. 16 (Pasko), at 50:15-21 (emphasis added); *see also* Supp. Anderson Decl., Exh. 9 (Hoffman-Briggs) 230:22-231:6 (                                     ).

The cited testimony of Ms. Tomiyama does not state that

Zeller Dec., Exh. 15 (Tomiyama), at 38:7-16.

Similarly, the cited testimony of

414421.02



| Material Fact | Response To Mattel's "Contrary Evidence" |
|---|---|
| | Zeller Dec., Exh. 15 (Tomiyama), at 53:10-15 |
| 31 | **Disputed by Mattel**<br><br>Ex. 1 (Bryant Dep. 241:13-25)<br><br>Ex. 19 (Hoffman-Briggs Depo. 55:16-56:4)<br><br>Ex. 19 (Hoffman-Briggs Depo. 54:23-55:12)<br><br>**Mattel's "Contrary Evidence":** |

[PUBLIC REDACTED] CARTER BRYANT'S RESPONSE TO MATTEL, INC.'S STATEMENT OF GENUINE ISSUES
CASE NO. CV 04-09049 SGL (RNBx)

414421.02

| Material Fact | Response To Mattel's "Contrary Evidence" |
|---|---|
| | ████████████████████<br>████████████████████████<br>█████████████████████████<br>████████████████████ Tomiyama Tr. Vol. 1 at 46:9-21, Zeller Dec., Exh. 15. **(MISCHARACTERIZES TESTIMONY; IRRELEVANT; INCOMPLETE EXCERPT.)**<br><br>████████████████████████<br>█████████████████████████<br>████████████████████████<br>█████████████████ Tomiyama Tr. Vol. 1 at 34:16-36:20, Zeller Dec., Exh. 15. **(MISCHARACTERIZES TESTIMONY; IRRELEVANT; INCOMPLETE EXCERPT.)**<br><br>███████████████████████<br>██████████████████████<br>███████████████████ Tomiyama Tr. Vol. 1 at 45:6-15, Zeller Dec., Exh. 15. **(MISCHARACTERIZES TESTIMONY; IRRELEVANT; INCOMPLETE EXCERPT.)**<br><br>█████████████████████████<br>████████████████████████ Tomiyama Tr. at 50:18-53:22, Zeller Dec., Exh. 15. **(MISCHARACTERIZES TESTIMONY; IRRELEVANT; INCOMPLETE EXCERPT.)**<br><br>**Mattel's "Contrary Evidence" does not raise a dispute as to the stated fact:** |

[PUBLIC REDACTED] CARTER BRYANT'S RESPONSE TO MATTEL, INC.'S STATEMENT OF GENUINE ISSUES
CASE NO. CV 04-09049 SGL (RNBx)

414421.02

| Material Fact | Response To Mattel's "Contrary Evidence" |
|---|---|
| | None of the evidence cited by Mattel is contrary to the fact that  |
| | Mattel's evidence is mischaracterized in an argumentative fashion.  Ms. Tomiyama |
| | Zeller Decl., Exh. 15 (Tomiyama), at 45:16-46:3. |
| | Moreover, |

414421.02

| Material Fact | Response To Mattel's "Contrary Evidence" |
|---|---|
| |  *Id.*, at 35:4-10. Similarly, the cited testimony of Ms. Tomiyama Zeller Dec., Exh. 15 (Tomiyama Dep.), at 53:10-15 ( |
| 32 | **Undisputed by Mattel** Ex. 19 (Hoffman-Briggs Depo. 55:6-58:14, 60:14-16) Ex. 3 (Bryant Dep. 544:14-23; 545:2-21) |
| 33 | **Disputed by Mattel** Ex. 20 (Driskill Dep. 302:1-12) **Mattel's "Contrary Evidence":** Tomiyama Tr. at 50:18-53:22, Zeller Dec., Exh. 15. **(MISCHARACTERIZES** |

414421.02

| Material Fact | Response To Mattel's "Contrary Evidence" |
|---|---|
| | TESTIMONY; IRRELEVANT.)<br><br>■■■■■■■■■■ Tomiyama Tr. Vol. 1, at 46:9-21, Zeller Dec., Exh. 15.<br>**(MISCHARACTERIZES TESTIMONY; IRRELEVANT.)**<br><br>■■■■■■■■■■ Tomiyama Tr. Vol. 1 at 34:16-36:20, Zeller Dec., Exh. 15.<br>**(MISCHARACTERIZES TESTIMONY; IRRELEVANT.)**<br><br>■■■■■■■■■■ Tomiyama Tr. Vol. 1 at 45:6-15, Zeller Dec., Exh. 15.<br>**(MISCHARACTERIZES TESTIMONY; IRRELEVANT.)**<br><br>■■■■■■■■■■ Tomiyama Tr. Vol. 1 at 34:19-36:20<br><br>Zeller Dec., Exh. 15. |

414421.02

| Material Fact | Response To Mattel's "Contrary Evidence" |
|---|---|
| | (MISCHARACTERIZES TESTIMONY; IRRELEVANT.) |
| | Pasko Tr. at 50:21-52:21, Zeller Dec., Exh. 16  (MISCHARACTERIZES TESTIMONY; IRRELEVANT.) |
| | Zeller Dec., Exh. 15. (MISCHARACTERIZES TESTIMONY; IRRELEVANT.) |
| | Zeller Dec., Exh. 16. (MISCHARACTERIZES TESTIMONY; IRRELEVANT.) |
| | Bryant Tr. Vol. 5 at 1093:14-1094:7 |
| | Zeller Dec., Exh. 5; Bryant Tr. Vol. 5 at 1094:8-1095:13 |

[PUBLIC REDACTED] CARTER BRYANT'S RESPONSE TO MATTEL, INC.'S STATEMENT OF GENUINE ISSUES
CASE NO. CV 04-09049 SGL (RNBx)

414421.02

| Material Fact | Response To Mattel's "Contrary Evidence" |
|---|---|
| | ▮▮▮▮ Zeller Dec., Exh. 5. **(MISCHARACTERIZES TESTIMONY; IRRELEVANT.)** |
| | ▮▮▮▮ Bryant Tr. Vol. 5 at 1091:17-1093:12 (▮▮▮▮), Zeller Dec., Exh. 5. **(MISCHARACTERIZES TESTIMONY; IRRELEVANT.)** |
| | **Mattel's Evidentiary Objections** |
| | Objection to the supporting deposition transcript of Ann Driskill at 302:1-12 on the grounds that it is an incomplete excerpt. <u>Fed. R. Evid.</u> 106. |
| | **Mattel's "Contrary Evidence" does not raise a dispute as to the stated fact:** |
| | Mattel has not offered any evidence that B▮▮▮▮ |
| | Mattel mischaracterizes the cited evidence in an argumentative manner. The cited testimony of Ms. Tomiyama ▮▮▮▮ |

[PUBLIC REDACTED] CARTER BRYANT'S RESPONSE TO MATTEL, INC.'S STATEMENT OF GENUINE ISSUES
CASE NO. CV 04-09049 SGL (RNBx)

414421.02

| Material Fact | Response To Mattel's "Contrary Evidence" |
|---|---|
|  | |

Zeller Dec., Exh. 15 (Tomiyama), at 53:10-15.

The portion of Ms. Tomiyama's deposition cited by Mattel *supports* the fact that ███████████████ ████████████ Specifically, Ms. Tomiyama testified:

Zeller Dec., Exh. 15 (Tomiyama), 34:19-25.

Moreover, Ms. Tomiyama specifically

414421.02

| Material Fact | Response To Mattel's "Contrary Evidence" |
|---|---|
|  | |

*Id.*, at 45:16-46:3.

Zeller Dec., Exh. 15 (Tomiyama), at 35:4-10.

[PUBLIC REDACTED] CARTER BRYANT'S RESPONSE TO MATTEL, INC.'S STATEMENT OF GENUINE ISSUES
CASE NO. CV 04-09049 SGL (RNBx)

414421.02

| Material Fact | Response To Mattel's "Contrary Evidence" |
|---|---|
| | ██████████████ |
| | *See* Zeller Dec., Exh. 16 (Pasko), at 50:15-21 (emphasis added); *see also* Supp. Anderson Dec., Ex. 9 (Hoffman-Briggs) 230:22-231:6 (████ ██████████████████████ █████████████████████). |
| | ██████████████████████ ██████████████████████ ██████████████████████ |
| | ██████████████████████ ██████████████████████ ██████████████████████ ██████████████████████ ██████████████████████ ██████████████████████ █████████████████████ |
| | Zeller Dec., Exh. 15 (Tomiyama Tr.), at 38:7-16. |
| 34 ████████████ ██████ | **Undisputed by Mattel**<br><br>Ex. 13 (Simpson-Taylor Dep. 299:9- |

65

[PUBLIC REDACTED] CARTER BRYANT'S RESPONSE TO MATTEL, INC.'S STATEMENT OF GENUINE ISSUES
CASE NO. CV 04-09049 SGL (RNBx)

| Material Fact | Response To Mattel's "Contrary Evidence" |
|---|---|
|  | 13) |
| 35 ██████████████ ██████ | **Disputed by Mattel**<br><br>Ex. 19 (Hoffman Briggs Dep. 64:23-65:15) (████████████████ ████████████████ ) <br><br>Ex. 3 (Bryant Dep. 545:22-546:19) (█████████████ ) <br><br>Ex. 5 (Bryant Dep. 1094:1-17) (████████████ ) <br><br>**Mattel's "Contrary Evidence":**<br><br>██████████████ ████████████████ Tomiyama Tr. at 46:9-21, Zeller Dec., Exh. 15. **(MISCHARACTERIZES TESTIMONY; IRRELEVANT.)**<br><br>██████████████ ████████████████ Tomiyama Tr. at 34:16-36:20, Zeller Dec., Exh. 15. **(MISCHARACTERIZES TESTIMONY; IRRELEVANT.)**<br><br>█████████████ |

414421.02

| Material Fact | Response To Mattel's "Contrary Evidence" |
|---|---|
| | ███████████████ Tomiyama Tr. at 45:6-15, Zeller Dec., Exh. 15. **(MISCHARACTERIZES TESTIMONY; IRRELEVANT.)** |
| | ████████████████ Tomiyama Tr. at 34:19-36:20 (████████████████), Zeller Dec., Exh. 15. **(MISCHARACTERIZES TESTIMONY; IRRELEVANT.)** |
| | ████████████████ Pasko Tr. at 50:21-52:21, Zeller Dec., Exh. 16. **(MISCHARACTERIZES TESTIMONY; IRRELEVANT.)** |
| | ████████████████ Tomiyama Tr. Vol. 1 at 37:25-39:8 (████████████████), Zeller Dec., Exh. 15. **(MISCHARACTERIZES TESTIMONY; IRRELEVANT.)** |
| | Pasko Tr. at 51:22-52:12 (████████████████ |

[PUBLIC REDACTED] CARTER BRYANT'S RESPONSE TO MATTEL, INC.'S STATEMENT OF GENUINE ISSUES
CASE NO. CV 04-09049 SGL (RNBx)

414421.02

| Material Fact | Response To Mattel's "Contrary Evidence" |
|---|---|
|  | ), Zeller Dec., Exh. 16. **(MISCHARACTERIZES TESTIMONY; IRRELEVANT.)** |
| | Bryant Tr. Vol. 5 at 1093:14-1094:7 ( |
| | ); Zeller Dec., Exh. 5; id. at 1094:8-1095:13 |
| | **(MISCHARACTERIZES TESTIMONY; IRRELEVANT.)** |
| | **Mattel's "Contrary Evidence" does not raise a dispute as to the stated fact:** |
| | Mattel has not offered any evidence that |

414421.02

| Material Fact | Response To Mattel's "Contrary Evidence" |
|---|---|
| |   *Id.*, at 45:16-46:3.  Similarly, the portion of Ms. Tomiyama's deposition cited by Mattel  Ms. Tomiyama testified:  Zeller Dec., Exh. 15 (Tomiyama), 34:19-25. |

69

[PUBLIC REDACTED] CARTER BRYANT'S RESPONSE TO MATTEL, INC.'S STATEMENT OF GENUINE ISSUES
CASE NO. CV 04-09049 SGL (RNBx)

414421.02

| Material Fact | Response To Mattel's "Contrary Evidence" |
|---|---|
| | ███████████████████ ██████████████████ ████████ Zeller Dec., Exh. 15 (Tomiyama), at 35:4-10. |
| | The cited portions of Renee Pasko's deposition ████████████ ████████████████ Rather, those portions of Ms. Pasko's testimony concern ███████████████ ████████████ |
| | ████████████████████ ████████████████████ ████████████████████ ████████████████████ ████████████████████ ████████████████████ ████████████████████ |
| | *See* Zeller Dec., Exh. 16 (Pasko), at 50:15-21 (emphasis added); *see also* Supp. Anderson Dec., Exh. 9 (Hoffman-Briggs) 230:22-231:6 (███████████████████ ███████████████████ ███████████████ ). |
| | The cited testimony of Ms. Tomiyama does not state that "████████ ████████████████████ ████████████████ Ms. Tomiyama's ███████ ████████████ in that portion of her deposition is as follows: ████████████████████ ████████████████████ |

414421.02

| Material Fact | Response To Mattel's "Contrary Evidence" |
|---|---|
|  | ███████████████<br>███████████████<br>███████████████<br>███████████████<br>███████████████<br>███████████████<br>███████████████<br>███████████████<br>███████████████<br><br>Zeller Dec., Exh. 15 (Tomiyama Tr.), at 38:7-16. |
| **36** ████████<br>████████████<br>███████████ | **Disputed by Mattel**<br><br>Ex. 13 (Simpson-Taylor Dep. 300:3-14) (███████████████<br>███████████)<br>Ex. 13 (Simpson-Taylor Dep. 305:17-21) (████████████████<br>████████)<br><br>**Mattel's Evidentiary Objections**<br><br>Objection to the supporting deposition transcript of Kathleen Simpson-Taylor at 300:3-14 and 305:17-21 on the grounds that these are incomplete excerpts. <u>Fed. R. Evid.</u> 106.<br><br>**Mattel offers no evidence contrary to the stated fact.** |
| ████████████████████████<br>██████████ | |
| **37** ██████████████<br>████████████ | **Disputed by Mattel**<br><br>Ex. 21 (Cloonan Dep. 100:21-107:2) |

71

414421.02

| Material Fact | Response To Mattel's "Contrary Evidence" |
|---|---|
| ████████████████ | (████████████████████████████████) Ex. 21 (Cloonan Dep. 304:20-305:16) (████████████) Ex. 22 (Leahy Dep. 179:14-191:12) (████████████████) |

**Mattel's "Contrary Evidence":**

████████ Deposition Transcript of Elise Cloonan Vol. 1 ("Cloonan Tr. Vol. 1"), dated December 14, 2007 at 100:12-18 (████████████████████), Zeller Dec., Exh. 17.  See also id. at 106:22-107:2, Zeller Dec., Exh. 17.

████████████████

Deposition Transcript of Margaret Leahy ("Leahy Tr."), dated December 12, 2007, at 186:23-187:21, Zeller Dec., Exh. 18.
**(MISCHARACTERIZES TESTIMONY; IRRELEVANT.)**

**Mattel's Evidentiary Objections**

414421.02

| Material Fact | Response To Mattel's "Contrary Evidence" |
|---|---|
| | Objection to the supporting deposition transcript of Elise Cloonan at 100:21-107:2 on the grounds that the statement lacks foundation and personal knowledge, is irrelevant, speculative, an incomplete excerpt, and constitutes inadmissible hearsay. Fed. R. Evid. 104, 106, 602, 801, 802.

Objection to the supporting deposition transcript of Margaret Hatch-Leahy at 179:14-188:14 on the grounds that the statement lacks foundation, is speculative and constitutes inadmissible hearsay. Fed. R. Evid. 104, 602, 801, 802.

**Mattel's "Contrary Evidence" does not raise a dispute as to the stated fact:**

Margaret Leahy testified that ██████████████████████ |

73

414421.02

| Material Fact | Response To Mattel's "Contrary Evidence" |
|---|---|
| |  Anderson Decl., Ex. 22, at 179:12-180:8. Additionaly, ███████████████, Michael Hebden. *Id.*, at 183:22-185:10. |
| 38 ██████████████ ████████ | **Disputed by Mattel** Ex. 23 (Marlow Dep. 47:8-49:23) (█████████████ █) Ex. 22 (Leahy Dep. 179:14-191:12) (██████████████ █) **Mattel's "Contrary Evidence":** ██████████████ ██████████████ █████████ Leahy Tr. Vol. 1 at 186:23-187:21, Zeller Dec., Exh. 18. **(MISCHARACTERIZES TESTIMONY; IRRELEVANT.)** |

74

[PUBLIC REDACTED] CARTER BRYANT'S RESPONSE TO MATTEL, INC.'S STATEMENT OF GENUINE ISSUES
CASE NO. CV 04-09049 SGL (RNBx)

414421.02

| Material Fact | Response To Mattel's "Contrary Evidence" |
|---|---|
| | ███████████████████████████████ ███████████████████████████████ ███████████████████████████████ ███████████████████████████. See Marlow Tr. at 47:8-49:23, Anderson Dec., Exh. 23; see also Cloonan Tr. at 105:23-106:22, Zeller Dec., Exh. 17; Bryant Tr. Vol. 4 at 866:21-870:12. |
| | **Mattel's Evidentiary Objections** |
| | Objection to the supporting deposition transcript of Veronica Marlow at 48:7-49:23 on the grounds that the statement lacks foundation, is speculative and constitutes inadmissible hearsay. Fed. R. Evid. 104, 602, 801, 802. |
| | Objection to the supporting deposition transcript of Leahy at 179:14-11:14 on the grounds that the statement lacks foundation and personal knowledge, is speculative and constitutes inadmissible hearsay. Fed. R. Evid. 104, 602, 801, 802. |
| | **Mattel's "Contrary Evidence" does not raise a dispute as to the stated fact:** |
| | *See* explanation and evidence set forth with respect to Mattel's "Contrary Evidence" to Bryant UF No. 37, *supra*. |
| 39 ███████████████████████ ████████████████████████ █████████████ | **Disputed by Mattel** Ex. 23 (Marlow dep. 58:7-59:11) (███████████████████████ ██████████████████████ ███████████) Ex. 24 (De Anda dep. of 12/19/2007, 160:16-162:14) (██████████████ |

[PUBLIC REDACTED] CARTER BRYANT'S RESPONSE TO MATTEL, INC.'S STATEMENT OF GENUINE ISSUES
CASE NO. CV 04-09049 SGL (RNBx)

414421.02

| Material Fact | Response To Mattel's "Contrary Evidence" |
|---|---|
| | ███████████████ e) Ex. 25 (Ongchangco Dep. 250:7-22.) (███████████ ) |
| | **Mattel asserts that the evidence cited does not support the stated proposition:** |
| | Neither De Anda's nor Ongchangco's ████████. De Anda Tr. at 160:16-162:14, Anderson Dec., Exh. 24; Ongchangco Tr. at 250:7-22, Anderson Dec., Exh. 25. |
| | **Mattel's "Contrary Evidence":** |
| | ██████████████ Deposition Transcript of Janet Bryant, Vol. 1 ("J. Bryant Vol. 1"), dated September 25, 2007 at 83:20-86:22, Zeller Dec., Exh. 20. **(IRRELEVANT)** |
| | ████████████ Cloonan Tr. Vol. 1 at 131:8-23 (██████████ ), Zeller Dec., Exh. 17. **(MISCHARACTERIZES TESTIMONY; IRRELEVANT.)** ████████ |

76

[PUBLIC REDACTED] CARTER BRYANT'S RESPONSE TO MATTEL, INC.'S STATEMENT OF GENUINE ISSUES
CASE NO. CV 04-09049 SGL (RNBx)

414421.02

| Material Fact | Response To Mattel's "Contrary Evidence" |
|---|---|
| | ██████ Cloonan Tr. Vol. 1 at 99:4-100:10, Zeller Dec., Exh. 17. |
| | ████████ Leahy Tr. Vol. 1 at 186:23-187:21, Zeller Dec., Exh. 18. **(MISCHARACTERIZES TESTIMONY; IRRELEVANT.)** |
| | ████████ Tomiyama Tr. at 149:6-9 (██ ██), Zeller Dec., Exh. 15. **(MISCHARACTERIZES TESTIMONY; IRRELEVANT.)** |
| | ████████ Deposition Transcript of Ann Driskill ("Driskill Tr. Vol. 1") dated December 15, 2004, at 34:1-25 ("████ ██████."), Zeller Dec., Exh. 19. |
| | **Mattel's Evidentiary Objections**<br><br>Objection to the supporting deposition transcript of Veronica Marlow at 58:7-59:11 on the grounds that the statement is irrelevant and confusing and constitutes improper opinion by lay witness. Fed. R. Evid. 402, 403, 701. |

414421.02

| Material Fact | Response To Mattel's "Contrary Evidence" |
|---|---|
| | Objection to the supporting deposition transcript of Richard De Anda at 160:16-162:14 on the grounds that the statement is irrelevant and confusing and constitutes improper opinion by lay witness. Fed. R. Evid. 402, 403, 701. |
| | Objection to the supporting deposition transcript of Kislap Ongchangco at 250:8-22 on the grounds that the statement is irrelevant and confusing and constitutes improper opinion by lay witness. Fed. R. Evid. 402, 403, 701. |
| | **Response to Mattel's assertion that the evidence cited by Bryant does not support the stated proposition:** |
| | Suppl. Anderson Decl., Exh. 10 (De Anda), at 27:1-30:7; 152:114. |
| | *Id.* at 43:8-17. |
| | **Mattel's "Contrary Evidence" does not raise a dispute as to the stated fact:** |
| | Mattel's evidence does not create any material, genuine dispute because Bryant does not claim that ▮▮▮▮▮ A contrary belief by others (even if true) is not material. |
| | The portion of Janet Bryant's testimony cited by Mattel is irrelevant and immaterial. |

78

[PUBLIC REDACTED] CARTER BRYANT'S RESPONSE TO MATTEL, INC.'S STATEMENT OF GENUINE ISSUES
CASE NO. CV 04-09049 SGL (RNBx)

414421.02

| Material Fact | Response To Mattel's "Contrary Evidence" |
|---|---|
| | Zeller Dec., Exh. 20 (J. Bryant), 84:6-7.  Janet Bryant's testimony does not support the claim that In fact, Bryant testified Dec. of Thomas J. Nolan in Support of MGA Parties' Opp'n to Mattel's Mot. for Partial Summary Judgment ("Nolan Dec."), Exh. 74 (Bryant), at 28:24-29:9. Zeller Decl., Exh. 15 (Tomiyama), at 149:6-9 (emphasis added). |

[PUBLIC REDACTED] CARTER BRYANT'S RESPONSE TO MATTEL, INC.'S STATEMENT OF GENUINE ISSUES
CASE NO. CV 04-09049 SGL (RNBx)

414421.02

| Material Fact | Response To Mattel's "Contrary Evidence" |
|---|---|
| No evidence suggests that Mattel established any routines or processes to identify, investigate, punish or prevent "moonlighting" work. | |
| 40 ██████████████ | **Disputed by Mattel**<br><br>Ex. 22 (Leahy dep. 183:22-185:6)<br><br>**Mattel asserts that the evidence cited does not support the stated proposition.**<br><br>Mattel provides no explanation or evidence in support of its assertion that the evidence cited does not support the stated proposition.<br><br>**Mattel's "Contrary Evidence":**<br><br>Margaret Hatch Leahy ██████ ████████████████████ ████████████████████ ████████████████████ Leahy Tr. Vol. 1 at 186:23-187:21, Zeller Dec., Exh. 18. **(MISCHARACTERIZES TESTIMONY; IRRELEVANT.)**<br><br>**Mattel's Evidentiary Objections**<br><br>Objection to the supporting deposition transcript of Margaret Hatch-Leahy at 183:22-185:6 on the grounds that the statement is irrelevant and confusing, an incomplete excerpt and inadmissible hearsay. Fed. R. Evid. 402, 403, 106, 801, 802.<br><br>**Response to Mattel's assertion that the evidence cited by Bryant does not support the stated proposition:**<br><br>The cited testimony of Margaret Leahy directly supports the stated fact. ██████ ██████ ██████████████████ |

414421.02

| Material Fact | Response To Mattel's "Contrary Evidence" |
|---|---|



[PUBLIC REDACTED] CARTER BRYANT'S RESPONSE TO MATTEL, INC.'S STATEMENT OF GENUINE ISSUES
CASE NO. CV 04-09049 SGL (RNBx)

414421.02



| Material Fact | Response To Mattel's "Contrary Evidence" |
|---|---|
| | ███████████████████ ██████████████ ████████ ████████████ ███████████████ ███████████ ████████████ ██████████████ ███████ ████████ |
| | Anderson Decl., Ex. 22 (Leahy Dec. 12, 2007 Depo. Tr.), at 183:22-185:10 (emphasis added). |
| | **Mattel's "Contrary Evidence" does not raise a dispute as to the stated fact:** |
| | None of the evidence cited by Mattel is contrary to the fact that ████████ ████████████ |
| 41 ██████████████ ███████████ ███████ | **Disputed by Mattel** |
| | Ex. 24 (De Anda dep. 157:20-25) |
| | **Mattel's "Contrary Evidence":** |
| | After De Anda was deposed, his department investigated allegations of moonlighting by Ana Isabel Cabrera, Beatrice Morales and Maria Salazar ████████ |

82

[PUBLIC REDACTED] CARTER BRYANT'S RESPONSE TO MATTEL, INC.'S STATEMENT OF GENUINE ISSUES
CASE NO. CV 04-09049 SGL (RNBx)

414421.02



| Material Fact | Response To Mattel's "Contrary Evidence" |
|---|---|
| | ███████ Witness Interview of Isabel Ana Cabrera, dated January 2, 2008 at 1:1-4:3, Zeller Dec., Exh. 103; see also Witness Interview of Beatriz Morales, dated January 14, 2008 at 1:1-4:1, Zeller Dec., Exh. 104.<br><br>███████ Marlow Tr. at 286:23-290:13 (regarding Cabrera), 306:14-308:1 (regarding Morales), 363:15-364:9 (regarding Salazar), Zeller Dec., Exh. 21.<br><br>**Mattel's "Contrary Evidence" does not raise a dispute as to the stated fact:**<br><br>Mattel's contrary evidence does not raise a dispute as the stated fact that ████████████<br><br>Mattel has not offered any evidence that ████████████ |
| **42** ████████████ | **Undisputed by Mattel**<br><br>Ex. 26 (Fontanella dep. 52:2-8) |
| ████████████ | |
| **43** ████████████ | **Undisputed by Mattel**<br><br>Ex. 11 (Freed dep. 42:24-43:21) |
| **44** ████████████ | **Undisputed by Mattel**<br><br>Ex. 27 (M 0001604 ████████ ) |

[PUBLIC REDACTED] CARTER BRYANT'S RESPONSE TO MATTEL, INC.'S STATEMENT OF GENUINE ISSUES
CASE NO. CV 04-09049 SGL (RNBx)

414421.02

| Material Fact | Response To Mattel's "Contrary Evidence" |
|---|---|
| 45 ██████████████████ | **Disputed by Mattel**<br><br>There is no evidence that ████████<br>████████████████<br><br>**Mattel cites no contrary evidence:**<br><br>Mattel ████████████████<br>████████████████<br><br>**Response to Mattel's assertion that there is no evidence to support the stated fact:**<br><br>████████████████<br>████████████████<br><br>*See* Suppl. Anderson Decl., Exh. 11 (Yonemoto), at 48:10-20, 49:20-50:6. |
| 46 ██████████████████ | **Undisputed**<br><br>Ex. 12 (Mattel's Responses to MGA's Fifth Set of Reqs. for Admis.), No 39. |
| 47 ██████████████████ | **Disputed by Mattel**<br><br>Ex. 11 (Freed Dep. 31:4-7; 42:17-21)<br><br>**Mattel asserts that the evidence cited does not support the stated proposition:**<br><br>████████████████<br>See Freed Tr. at 31:4-7; 42:17-21, Anderson Dec., Exh. 11. |

[PUBLIC REDACTED] CARTER BRYANT'S RESPONSE TO MATTEL, INC.'S STATEMENT OF GENUINE ISSUES
CASE NO. CV 04-09049 SGL (RNBx)

414421.02

| Material Fact | Response To Mattel's "Contrary Evidence" |
|---|---|
| | **Mattel's "Contrary Evidence":**<br><br>Mattel's Responses to MGA's Fifth Set of Requests for Admission at Response No. 40, Anderson Dec., Exh. 12. **(HEARSAY.)**<br><br>**Response to Mattel's assertion that the evidence cited by Bryant does not support the stated proposition:**<br><br>████████████████<br>████████████████<br>████████████████<br>████████████████<br>████████████ Anderson Decl., Exh. 11, at 42:24-43:5 (emphasis added)<br>████████████████<br>████████████████<br>████████████████<br>██████████ *Id.* at 43:22-44:11.<br><br>**Mattel's "Contrary Evidence" does not raise a dispute as to the stated fact:**<br><br>Even if it were admissible evidence, Mattel's Response to MGA's Fifth Set of Requests for Admission No. 40, Anderson Decl., Exh. 12, consists only of objections. Mattel does not provide a substantive response to the request. |
| ███████████████████████ | |
| 48 ██████████████<br>██████████████<br>██████████ | **Disputed by Mattel**<br><br>Ex. 31 (M 0079346-M 0079350 ████<br>████████████<br>████ )<br>Ex. 11 (Freed Dep. 55:21-56:8). |

[PUBLIC REDACTED] CARTER BRYANT'S RESPONSE TO MATTEL, INC.'S STATEMENT OF GENUINE ISSUES
CASE NO. CV 04-09049 SGL (RNBx)

414421.02

| Material Fact | Response To Mattel's "Contrary Evidence" |
|---|---|
| | **Mattel's Evidentiary Objections** |
| | Objection to the supporting deposition transcript of Lissa S. Freed at 55:21-56:8 on the grounds that the statement is irrelevant and confusing.  <u>Fed. R. Evid.</u> 402, 403. |
| | **Mattel cites no contrary evidence.** |
| 49 ▮▮▮▮▮▮▮▮▮ | **Disputed by Mattel** |
| | Ex. 31 (▮▮▮▮▮▮▮▮) |
| | Ex. 8 (M 001596 ▮▮▮▮▮▮▮t) |
| | **Mattel's Evidentiary Objections** |
| | Objection to the Exhibit 31 to the supporting declaration of Christa Anderson on the grounds that this document is irrelevant and confusing. <u>Fed. R. Evid.</u> 402, 403. |
| | **Mattel cites no contrary evidence.** |
| ▮▮▮▮▮▮▮▮▮ | |
| 50 ▮▮▮▮▮▮▮ | **Undisputed by Mattel** |
| | Ex. 26 (Fontanella Dep. 32:9-11) |
| 51 ▮▮▮▮▮ | **Undisputed by Mattel** |

[3] Bryant does not believe that the following facts (UF Nos. 50-52) are material to resolution of his motion for partial summary judgment.  These facts are included in this statement to comport with the Court's requirement that no factual evidence be cited directly within the brief.

414421.02

| Material Fact | Response To Mattel's "Contrary Evidence" |
|---|---|
|  | Ex. 26 (Fontanella Dep. 33:2-39:24) |
| 52 | **Undisputed by Mattel**<br><br>Ex. 28 (Ross Dep. 76:23-77:12) |

| Additional Material Facts | Evidentiary Support |
|---|---|
| 53  | **Disputed that this "material fact" is relevant to any issue before the Court with respect to Bryant's Motion for Partial Summary Judgment; disputed in that Bryant's Bratz idea was influenced by other, additional, sources.**<br><br>**Mattel's Evidence:**<br><br>Deposition Transcript of Carter Bryant Vol 1 ("Bryant Tr. Vol. 1), November 4, 204 at 140:9-142:13, Zeller Dec., Exh.1.<br><br>**Contrary Evidence:**<br><br>Declaration of Carter Bryant in Opposition to Mattel's Motion for |

[PUBLIC REDACTED] CARTER BRYANT'S RESPONSE TO MATTEL, INC.'S STATEMENT OF GENUINE ISSUES
CASE NO. CV 04-09049 SGL (RNBx)

414421.02

| | | |
|---|---|---|
| 1 | | Partial Summary Judgment (Docket No. 2782), ¶¶ 5-10 ( ███████ |
| 2 | | ████████████████████ |
| 3 | | ████████████████████ |
| 4 | | ██████████████ ). |
| 5 | 54 ███████████████ | |
| 6 | ███████████████ | Disputed that this "material fact" is relevant to any issue before the |
| 7 | ███████████ | Court with respect to Bryant's Motion for Partial Summary |
| 8 | | Judgment; disputed that Bryant's testimony is inconsistent. |
| 9 | | |
| 10 | | Mattel's Evidence: |
| 11 | | ████████████████ |
| 12 | | ████████ Bryant Tr. Vol. 1 at |
| 13 | | 143:12-16 ( ███████████ |
| 14 | | ████████████████ |
| 15 | | ████████ ). (MISCHARACTERIZES TESTIMONY; IRRELEVANT.) |
| 16 | | Cf. ████████████████ |
| 17 | | ██████ Deposition of |
| 18 | | Carter Bryant in Gunther-Wahl Productions, Inc. v. Mattel, Inc., dated September 9, 2003, at 89:23-90.7, |
| 19 | | Zeller Dec., Exh. 6. |
| 20 | | (MISCHARACTERIZES TESTIMONY; IRRELEVANT.) |
| 21 | | |
| 22 | | Contrary Evidence: |
| 23 | | ████████████████ |
| 24 | | ████████████████ |
| 25 | | ████████ Zeller Dec. Exh. 1 (Bryant Dep.), 139:23-140:2 ( ██████ |
| 26 | | ████████████████ ). |
| 27 | | ████████████████ |
| 28 | | ████ Id. at 143:6-16 ( ████ |

[PUBLIC REDACTED] CARTER BRYANT'S RESPONSE TO MATTEL, INC.'S STATEMENT OF GENUINE ISSUES
CASE NO. CV 04-09049 SGL (RNBx)

414421.02

); 144:16-145:12 (

); 613:15-19 (

). Third,

Id. at 143:6-16 (

).

55

**Disputed that this "material fact" is relevant to any issue before the Court with respect to Bryant's Motion for Partial Summary Judgment;**

**Mattel's Evidence:**

Deposition Transcript of Sheila Kyaw, Vol. I, ("Kyaw Transcript Vol. 1"), January 24, 2008 at 299:22-301:3, Corey Dec., Exh. 8. **(MISCHARACTERIZES TESTIMONY; IRRELEVANT.)**

**Contrary Evidence:**

The evidence cited does not support the stated proposition.

Werdegar Dec., Exh. 7 (Kyaw), 300: 24-3 (

).

89

[PUBLIC REDACTED] CARTER BRYANT'S RESPONSE TO MATTEL, INC.'S STATEMENT OF GENUINE ISSUES
CASE NO. CV 04-09049 SGL (RNBx)

414421.02

| | |
|---|---|
| | ████████████████████ Zeller Dec. Exh. 1 (Bryant), at 169:22-24, 170:3-10; Nolan Dec., Exh. 85 (Kyaw), at 174:19-175:7, 175:23-176:8, 259:17-19 (████████████████ ). |
| | ████████████████ Anderson Dec., Exh. 3 (Bryant), at 817:8-19; Dec. of Thomas J. Nolan in Support of MGA Parties' Opp. to Mattel's Mot. for Partial Summary Judgment ("Nolan Dec."), Exh. 110; Dec. of Matthew M. Werdegar in Opp. to Mattel's Mot. for Summary Judgment ("Werdegar Dec. "), Exh. 8. |
| 56 ████████████ | **Disputed** |
| | **Mattel's Evidence** |
| | ████████████████████ Mattel 1998 Offer letter (emphasis added), Bates-numbered M 0001613-4, Zeller Dec., Exh. 11. **(MISCHARACTERIZES EVIDENCE; IRRELEVANT.)** |
| | **Contrary Evidence:** |

414421.02

| | |
|---|---|
| | The evidence cited does not support the stated proposition. ███████████ |
| | Anderson Decl. Ex. 10 (BRYANT 001198-001199).  See also, supra, at ¶ 5. |
| | Moreover, ████████████ Anderson Decl. Ex. 3 (Bryant Dep. 615:4-5) (████████████), Ex. 6 (████████████). |
| | *See also*, Bryant UF Nos. 5, 10, *supra*. |
| | **Evidentiary objection:** |
| | Objection to the description of ████████████ on grounds that it is an incomplete and inaccurate summary.  Fed. R. Evid. 1006. |
| 57 ████████████ | **Disputed** |
| | **Mattel's Evidence:** |
| | ████████████ Kaye Tr., Dec. 10, 2004, at 215:3-216:23, Zeller Dec., Exh. 65 **(MISCHARACTERIZES** |

91

[PUBLIC REDACTED] CARTER BRYANT'S RESPONSE TO MATTEL, INC.'S STATEMENT OF GENUINE ISSUES
CASE NO. CV 04-09049 SGL (RNBx)

414421.02

**TESTIMONY; IRRELEVANT; INCOMPLETE EXCERPT.);** see also Fontanella Tr., Jan. 16, 2008, at 26:11-28:3. **(IRRELEVANT; HEARSAY.)**

Bates-numbered M 0098318-9, (

), Zeller Dec., Exh. 7; , Bates-numbered M 0098320-1, Zeller Dec., Exh. 8; , Bates-numbered M 0098322-3, (

), Zeller Dec., Exh. 9; Hudnut Tr. at 209:14-211:15, 216:25-220:3, Zeller Dec., Exh. 10. **(IRRELEVANT; HEARSAY.)**

**The cited evidence does not support the stated "fact":**

[PUBLIC REDACTED] CARTER BRYANT'S RESPONSE TO MATTEL, INC.'S STATEMENT OF GENUINE ISSUES
CASE NO. CV 04-09049 SGL (RNBx)

414421.02

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PUBLIC REDACTED] CARTER BRYANT'S RESPONSE TO MATTEL, INC.'S STATEMENT OF GENUINE ISSUES
CASE NO. CV 04-09049 SGL (RNBx)

414421.02

Suppl. Anderson Decl., Exh. 3__ (Kaye), at 215:10-218:1.

Similarly, the ████████████ ████████████████████████ ████████████████████████ ████████████████████████

*See* Zeller Decl., Exhs 7, 8, and 9. Mr. ████████████████████████ ████████ *Id.* Exh. 7.

Additionally, ████████████ ████████████████████████ ████████████████████████ ████████████████████ *Id.* Exh. 8. ████████████████ ████████████████████ *Id.* Exh. 9 (Hudnut Depo. Tr., Vol. 1, at 211:12-15, 212:10-20).

Mattel has submitted no evidence showing that ████████████████ ████████████████████████ ████████████████████████

**Contrary Evidence:**

*See* evidence in support of Bryant's UF Nos. 5-8, 10-15, 17-26, and Bryant's explanation and evidence in response to Mattel's "Contrary Evidence" to these UFs, *supra.*

Anderson Decl., Ex. 6 (Newcomb Dep.

94

[PUBLIC REDACTED] CARTER BRYANT'S RESPONSE TO MATTEL, INC.'S STATEMENT OF GENUINE ISSUES
CASE NO. CV 04-09049 SGL (RNBx)

414421.02

43:17-20) (███████████████

████████████████████████████
████████████████████████████
███████);

Anderson Decl., Ex. 6 (Newcomb Dep.
113:12-19) (████████████████
████████████████████████████
█████████████████
██████████);

Anderson Decl., Ex. 6 (Newcomb Dep.
114:7-12) (██████████████████
████████████████████████████
████████████████);

Ex. 1 (Bryant Dep. 30:21-31:25)
(████████████████);

Ex. 14 (Tafoya Dep. 31:14-18) (████
████████████████████████████
███████████);

Ex. 7 ("Freed Decl."), ¶ 4 (███████
████████████████████████████
██████████████).

████████████████████████████
████████████████████████████
████████████████████████████
████████████████████████████

████████████████████████████
████████████████████████████
████████████████████████████
████████████████████████████

414421.02

1
2
3
4
5
6
7
8
9    Anderson Decl., Exh. 14 (Tafoya), at
10   31:19-32:1.
11   Suppl. Anderson Decl., Exh. 5
12   (Tafoya), at 38:22-39:10
13
14
15   *Id.* at 29:20-23
16
17   **Evidentiary objection:**
18   Objection to the supporting deposition
19   of Alan Kaye, at 215:3-216:23, on
     grounds that it is an incomplete
20   excerpt. Fed. R. Evid. 106.

58   **Disputed as to any use or
21   characterization of quoted contract
22   language in isolation from the
     contract and its surrounding
23   circumstances; undisputed that the
24   Employee Agreement contains the
     quoted text.**
25
26   **Disputed as to the legal significance
     of this language and as to**
27
     **Mattel's Evidence:**
28

414421.02

The opening paragraph of the agreement states, among other things,

██████████████████
██████████████████
██████████████████
██████████████████

Further,

████████████████████
████████████████████
████████████████████
████████████████████
████████████████████
████████████████████
████████████████████ Inventions Agreement (emphasis added), Proctor Dec., Exh. 5. **(MISCHARACTERIZES EVIDENCE; IRRELEVANT.)**

**Contrary Evidence:**

*See* evidence in support of Bryant's UF Nos. 5-8, 10-15, 17-26, and Bryant's explanation and evidence in response to Mattel's "Contrary Evidence" to these UFs, *supra.*

**Evidentiary objection:**

Objection to the description of the Employee Agreement on grounds that it is an incomplete and inaccurate summary.  Fed. R. Evid. 1006.

| 59 | ████████████████ | **Disputed that this "material fact" is relevant to any issue before the Court with respect to Bryant's Motion for Partial Summary Judgment; disputed.** |
| | ████████ | |
| | | **Mattel's Evidence:** |
| | | ████████████████ |

97

[PUBLIC REDACTED] CARTER BRYANT'S RESPONSE TO MATTEL, INC.'S STATEMENT OF GENUINE ISSUES
CASE NO. CV 04-09049 SGL (RNBx)

414421.02

[black redacted box]

See Freed Tr. at 37:7-18,
Zeller Dec., Exh. 57.
**(INCOMPLETE EXCERPT;
IRRELEVANT.)**

**The cited evidence does not support
the stated "fact":**

[black redacted box]

[black redacted box] Zeller
Decl., Exh. 57 (Freed), at 37:7-18.

[black redacted box] Zeller Dec., Exh. 57
(Freed), 36:4-20.

**Contrary Evidence:**

Anderson Decl., Exh. 3 (Bryant Dep.
615:4-5) ([black redacted]).

Anderson Decl., Exh. 6 (Newcomb
Dep. 31:1-34:19) ([black redacted])

| 60 [black redacted] | **Disputed** |
| --- | --- |
| | **Mattel's Evidence:** |
| | [black redacted box] |

414421.02

1

2              , Tomiyama Tr. at 34:19-36:20

3   (

4

5   ), Zeller Dec., Exh. 15.
**(MISCHARACTERIZES**

6   **TESTIMONY; IRRELEVANT.)**

7

8

9

10   Pasko Tr. at 50:21-52:21, Zeller Dec.,
Exh. 16 **(MISCHARACTERIZES**

11   **TESTIMONY; IRRELEVANT.)**

12

13   Tomiyama Tr. at 37:25-39:8

14   (

15   ),

16   Zeller Dec., Exh. 15.
**(MISCHARACTERIZES**

17   **TESTIMONY; IRRELEVANT.)**

18   Pasko Tr. at 51:22-52:12 (

19

20

21

22

23   ), Zeller Dec., Exh.16 .
**(MISCHARACTERIZES**

24   **TESTIMONY; IRRELEVANT.)**

25

26   Bryant Tr. Vol. 5 at

27   1093:14-1094:7 (

28

[PUBLIC REDACTED] CARTER BRYANT'S RESPONSE TO MATTEL, INC.'S STATEMENT OF GENUINE
ISSUES
CASE NO. CV 04-09049 SGL (RNBx)

414421.02

); Zeller Dec., Exh. 5; id. at 1094:8-1095:13 (

).

**(MISCHARACTERIZES TESTIMONY; IRRELEVANT.)**

**The evidence cited by Mattel does not support the stated proposition:**

Zeller Dec., Exh. 15 (Tomiyama), at 38:7-16.

100

414421.02

*See* Zeller Decl., Exh. 16 (Pasko), at 50:15-21 (emphasis added); *see also* Supp. Anderson Decl., Exh. 9 (Hoffman-Briggs) 230:22-231:6 (

).

**Contrary Evidence:**

Anderson Dec., Ex. 20 (Driskill Dep. 302:9) (

); Ex. 1 (Bryant Dep. 241:13-25) (

); Ex. 19 (Hoffman-Briggs Depo. 54:23-55:12) (

)

*See also*, Bryant UF Nos. 27-36, *supra*.

[PUBLIC REDACTED] CARTER BRYANT'S RESPONSE TO MATTEL, INC.'S STATEMENT OF GENUINE ISSUES
CASE NO. CV 04-09049 SGL (RNBx)

414421.02



| 61 | [REDACTED] | Disputed that this "material fact" is relevant to any issue before the Court with respect to Bryant's Motion for Partial Summary Judgment; disputed as to [REDACTED] |

**Mattel's Evidence:**

See Mattel, Inc.'s Statement of Genuine Issues Regarding MGA Parties' [Proposed] Separate Statement of Undisputed Statements of Fact and Conclusions of Law at Additional Material Fact ("AMF"), ¶ 81. **(MISCHARACTERIZES EVIDENCE; HEARSAY.)**

**The cited evidence does not support the stated "fact":**

That the witnesses whose testimony is cited [REDACTED] is immaterial.

Additionally, Bryant joins in, and incorporates herein by reference, MGA Parties' Reply to Mattel, Inc.'s Statement of Genuine Issues Re MGA's Parties' Motion for Partial Summary Judgment ("MGA Reply SGI"). ¶ 81, 124.

**Contrary Evidence:**

See MGA Reply SGI, ¶¶ 81, 124.

| 62 | [REDACTED] | Disputed that this "material fact" is relevant to any issue before the Court with respect to Bryant's Motion for Partial Summary Judgment; disputed as to the term "model," use of Mattel resources, |

102

414421.02

and suggestion that Mattel employee worked on dummy during her Mattel employment.

**Mattel's Evidence:**

Bryant Tr. Vol. 3 at 666:5-667:9, Corey Dec., Exh. 3; Bryant Tr. Vol. 1 at 166:10-170:15 ( ), Corey Dec., Exh. 1;  id. at 165:6-8 ( ); Deposition Transcript of Carter Bryant, Vol. 4 ("Bryant Tr. Vol. 4"), dated January 23, 2008, at 817:8-19 ( ), Corey Dec., Exh. 4 **(MISCHARACTERIZES TESTIMONY; IRRELEVANT.);** see also Kyaw Tr. at 169:23-170:21, 173:24-176:8, 251:3-4, 251:24-252:1, Corey Dec., Exh. 8. **(MISCHARACTERIZES TESTIMONY; IRRELEVANT.)**

**Contrary Evidence:**

*See* Bryant's Statement of Genuine Issues in Opposition to Mattel's Motion for Partial Summary Judgment ("Bryant SGI"), ¶ 6.

---

63

**Disputed that this "material fact" is relevant to any issue before the Court with respect to Bryant's Motion for Partial Summary Judgment; disputed to the extent Mattel suggests**

**Mattel's Evidence:**

Bryant Tr. Vol. 1 at 169:18-170:10 (



414421.02

), Zeller Dec., Exh. 1.
**(MISCHARACTERIZES TESTIMONY; IRRELEVANT.)**

**Contrary Evidence:**

Zeller Dec.. Exh. 1 (Bryant), at 169:22-24, 170:3-10; Nolan Dec., Exh. 85 (Kyaw), at 174:19-175:7, 175:23-176:8, 259:17-19 ( ).

Nolan Dec., Exh. 110 (Bryant), at 817:8-19; Dec. of Matthew M. Werdegar in Opp. to Mattel's Mot. for Summary Judgment ("Werdegar Dec."), Exh. 8.

| 64 | | Disputed that this "material fact" is relevant to any issue before the Court with respect to Bryant's Motion for Partial Summary Judgment; disputed as to ; disputed that statement is material. |

**Mattel's Evidence:**

, Bates-numbered KMW-M 01647-8, MGA HK 0001928, MGA HK 0001935, KMW-M 007726, KMW-M 007729, KMW-M 007734 & BRYANT 00167, Proctor Dec., Exh. 8 **(LACKS FOUNDATION; IRRELEVANT; MISCHARACTERIZES EVIDENCE.)**; see also Bryant Tr. Vol. 2 at 317:17-23, Corey Dec., Exh. 2. **(MISCHARACTERIZES**

414421.02

| | | |
|---|---|---|
| 1 | | TESTIMONY; IRRELEVANT.) |
| 2 | | **Contrary Evidence:** |
| 3 | | *See* Bryant SGI, ¶ 58, MGA SGI ¶ 58. |
| 4-8 | 65 ████████████████ | **Disputed that this "material fact" is relevant to any issue before the Court with respect to Bryant's Motion for Partial Summary Judgment; disputed that** ████████ |
| 9-16 | | **Mattel's Evidence:** Bryant Tr. Vol. 1 at 71:10-76:21, 107:19-110:11, Zeller Dec., Exh. 1 **(MISCHARACTERIZES TESTIMONY; IRRELEVANT.);** Bryant Tr. Vol. 2 at 341:18-342:11 (████████), Corey Dec., Exh. 2. **(MISCHARACTERIZES TESTIMONY; IRRELEVANT.)** |
| 17-23 | 66 ████████████ | **Disputed that this "material fact" is relevant to any issue before the Court with respect to Bryant's Motion for Partial Summary Judgment; otherwise undisputed.** Bryant Tr. Vol. 1 at 133:9-15, Corey Dec., Exh. 1;  *see also* id. at 135:25-136:1 (████████). |
| 24-28 | 67 ████████ | **Disputed that this "material fact" is relevant to any issue before the Court with respect to Bryant's Motion for Partial Summary Judgment; disputed as stated in Bryant's Statement of Genuine Issues Regarding Mattel's Motion** |

414421.02

for Partial Summary Judgment ("Bryant SGI"), ¶ 8

**Mattel's Evidence:**

M 0001820-24 (███████████████████████████████████), attached as Exhibit 1 to the Declaration of Rodney Palmer, Jr. ("Palmer Dec."), dated March 6, 2008. **(IRRELEVANT.)**

**Contrary Evidence:**

*See* Bryant SGI, ¶ 8

---

68 ████████████████████████

**Disputed that this "material fact" is relevant to any issue before the Court with respect to Bryant's Motion for Partial Summary Judgment; disputed as stated in Bryant SGI, ¶ 19**

**Mattel's Evidence:**

████████████████████████████

See Drawing Bates-numbered BRYANT 00273 and a photograph of BRYANT 00273 marked as Exhibit 717 in this action, Zeller Dec., Exh. 24; Bryant Tr. Vol. 2 at 340:21-23, Corey Dec., Exh. 2; BRYANT 00228 and a photograph of BRYANT 00228 marked as Exhibit 719 in this action, Zeller Dec., Exh. 25; Bryant Tr. Vol. 2 at 301:25-302:3, Corey Dec., Exh. 2; BRYANT 00221 and a photograph of BRYANT 00221 marked as Exhibit 722 in this action, Zeller Dec., Exh. 26; Bryant Tr. Vol. 2 at 340:2-4, Corey Dec., Exh. 2; BRYANT 00297 and a photograph of BRYANT 00297 marked as Exhibit 725 in this action,

414421.02

| | |
|---|---|
| | Zeller Dec., Exh. 27; Bryant Tr. Vol. 2 at 358:2-358:4, Corey Dec., Exh. 2; <u>see also</u> Bryant Tr. Vol. 1 at 229:14-230:5, Corey Dec., Exh. 1; Bryant Tr. Vol. 2 at 302:4-19, Corey Dec., Exh. 2; Bryant's Responses to Mattel, Inc.'s Third Set of Requests for Admission Propounded to All Defendants at Response Nos. 9-12; Proctor Dec., Exh. 88.  **(AUTHENTICATION; IRRELEVANT; MISCHARACTERIZES EVIDENCE.)** |
| | **Contrary Evidence:** |
| | *See* Bryant SGI, ¶ 19 |
| 69 ███████████████████ ██████████████████████ ██████████████████████ ██████████████████████ ████████████ | **Disputed that this "material fact" is relevant to any issue before the Court with respect to Bryant's Motion for Partial Summary Judgment; disputed as stated in Bryant SGI, ¶ 21** |
| | **Mattel's Evidence:** |
| | Bryant Tr. Vol. 2 at 350:16-25, Corey Dec., Exh. 2 **(MISCHARACTERIZES TESTIMONY; IRRELEVANT.)**; sculptural drawing Bates-numbered BRYANT 00278, Zeller Dec., Exh. 28 **(LACKS FOUNDATION; AUTHENTICATION.)**;  Deposition Transcript of Paula Garcia Vol. 2 ("Garcia Tr. Vol. 2"), dated May 25, 2007, at 589:25-592:7 (████████ ██████████████████████ ██████████████████████ ██████████████████), Corey Dec., Exh. 20. |
| | **Contrary Evidence:** |
| | *See* Bryant SGI, ¶ 21 |
| 70 ███████████████████ | **Disputed that this "material fact" is** |

107



relevant to any issue before the Court with respect to Bryant's Motion for Partial Summary Judgment; disputed as stated in Bryant SGI, ¶ 22.

**Mattel's Evidence:**

See Collection of drawings marked as Exhibit 323 in this action at SL00044, Proctor Dec., Exh. 16 **(LACKS FOUNDATION; AUTHENTICATION.)**; see also Deposition Transcript of Steven Linker ("Linker Tr."), dated September 13, 2006 at 77:11-13 (            ), Corey Dec., Exh. 9; id. at 89:11-21 (

), Corey Dec., Exh. 9. **(IMPROPER LAY OPINION; LACKS FOUNDATION.)**

**Contrary Evidence:**

See Bryant SGI, ¶ 22

71

**Disputed that this "material fact" is relevant to any issue before the Court with respect to Bryant's Motion for Partial Summary Judgment; disputed as stated in Bryant SGI, ¶ 54**

**Mattel's Evidence:**

See collection of Bratz drawings marked as Exhibit 2 in this action, Proctor Dec., Exh. 73 **(LACKS**

414421.02

FOUNDATION; AUTHENTICATION.); Bryant Tr. Vol. 2 at 296:4-297:12 (█████████████), Zeller Dec., Exh. 2 **(MISCHARACTERIZES EVIDENCE.);** Werdeger letter to Proctor, dated February 27, 2008, Proctor Dec., Exh. 120. **(HEARSAY; ARGUMENT OF COUNSEL IS NOT EVIDENCE.)**

**Contrary Evidence:**

*See* Bryant SGI, ¶ 54

| | |
|---|---|
| 72 ████████████ | Disputed that this "material fact" is relevant to any issue before the Court with respect to Bryant's Motion for Partial Summary Judgment; disputed as stated in Bryant SGI, ¶ 81 **Mattel's Evidence:** Bryant Tr. Vol. 4 at 885:3-18, Zeller Dec., Exh. 4. **(MISCHARACTERIZES TESTIMONY; IRRELEVANT.)** **Contrary Evidence:** *See* Bryant SGI, ¶ 81 |
| 73 ████████████ | Disputed that this "material fact" is relevant to any issue before the Court with respect to Bryant's Motion for Partial Summary Judgment; disputed as stated in Bryant SGI, ¶ 95 **Mattel's Evidence:** ███████████, Bates-numbered MGA007337-40, Proctor Dec., Exh. |

[PUBLIC REDACTED] CARTER BRYANT'S RESPONSE TO MATTEL, INC.'S STATEMENT OF GENUINE ISSUES
CASE NO. CV 04-09049 SGL (RNBx)

414421.02



| | |
|---|---|
| ▮▮▮▮▮▮▮▮▮▮ | **86.  (LACKS FOUNDATION; MISCHARACTERIZES EVIDENCE.)**<br><br>**Contrary Evidence:**<br><br>*See* Bryant SGI, ¶ 95 |
| **74** ▮▮▮▮▮▮▮▮▮▮ | **Disputed that this "material fact" is relevant to any issue before the Court with respect to Bryant's Motion for Partial Summary Judgment; disputed as stated in Bryant SGI, ¶ 55**<br><br>**Mattel's Evidence:**<br><br>MGA's [Proposed] Statement of Uncontroverted Facts and Conclusions of Law in Support of Their Motion for Partial Summary Judgment ("MGA UF") at ¶¶ 8-9, 11-12.<br><br>**Contrary Evidence:**<br><br>*See* Bryant SGI, ¶ 55 |
| **75** ▮▮▮▮▮▮▮▮▮▮ | **Disputed that this "material fact" is relevant to any issue before the Court with respect to Bryant's Motion for Partial Summary Judgment; disputed as stated in Bryant SGI, ¶ 47**<br><br>**Mattel's Evidence:**<br><br>Agreement between Carter Bryant and MGA ("Bryant-MGA Agreement") at 1, Bates-numbered BRYANT 00794-799, Zeller Dec., Exh. 30.<br><br>**Contrary Evidence:**<br><br>*See* Bryant SGI, ¶ 47 |

110

[PUBLIC REDACTED] CARTER BRYANT'S RESPONSE TO MATTEL, INC.'S STATEMENT OF GENUINE ISSUES
CASE NO. CV 04-09049 SGL (RNBx)

414421.02



| 76 | Disputed that this "material fact" is relevant to any issue before the Court with respect to Bryant's Motion for Partial Summary Judgment; disputed as stated in Bryant SGI, ¶ 46 |
| | **Mattel's Evidence:** |
| | Bryant-MGA Agreement at ¶ 3(a), Zeller Dec., Exh. 30. **(MISCHARACTERIZES EVIDENCE; IRRELEVANT.)** |
| | **Contrary Evidence:** |
| | *See* Bryant SGI, ¶ 46 |
| 77 | Disputed as stated in Bryant SGI, ¶ 10 |
| | **Mattel's Evidence:** |
| | Mattel's Employee Confidential Information and Inventions Agreement at ¶2 (a) ("Inventions Agreement"), Bates-numbered M 0001596, Zeller Dec., Exh. 31. **(MISCHARACTERIZES EVIDENCE; IRRELEVANT; INCOMPLETE EXCERPT.)** |
| | **Contrary Evidence:** |
| | *See* Bryant SGI, ¶ 10 |
| 78 | Disputed as stated in Bryant SGI, ¶ 130 |
| | **Mattel's Evidence:** |
| | Conflict of Interest Questionnaire ("COI Questionnaire), Bates-numbered M 0001621, Zeller Dec., Exh. 32. **(MISCHARACTERIZES EVIDENCE; IRRELEVANT; INCOMPLETE EXCERPT.)** |

[PUBLIC REDACTED] CARTER BRYANT'S RESPONSE TO MATTEL, INC.'S STATEMENT OF GENUINE ISSUES
CASE NO. CV 04-09049 SGL (RNBx)

414421.02



| | |
|---|---|
| | **Contrary Evidence:** |
| | *See* Bryant SGI, ¶ 130 |
| 79 ████████ | **Undisputed** |
| | **Mattel's Evidence:** |
| | Bryant's 1995 Employee Confidential Information and Inventions Agreement ("1995 Inventions Agreement"), Zeller Dec., Exh. 33; Bryant's Employment Application, ██████████, Zeller Dec., Exh 34. **(MISCHARACTERIZES EVIDENCE; IRRELEVANT; INCOMPLETE EXCERPT.)** |
| 80 ████████ | **Disputed that this "material fact" is relevant to any issue before the Court with respect to Bryant's Motion for Partial Summary Judgment; disputed that** ████████ |
| | **Mattel's Evidence:** |
| | News article about Teen Skipper, Bates-numbered BRYANT 00943-4 (noting Bryant at BRYANT 00944), Zeller Dec., Exh. 35. **(LACKS FOUNDATION; IRRELEVANT; INCOMPLETE EXCERPT.)** *See also* Bryant's cover letter to Hasbro, dated July 14, 1998, Bates-numbered BRYANT 00377 (████████), Zeller Dec., Exh. 36 **(LACKS FOUNDATION; IRRELEVANT; INCOMPLETE EXCERPT.)**; Bryant's Resume, Bates-numbered BRYANT 00871-2, (████ |

[PUBLIC REDACTED] CARTER BRYANT'S RESPONSE TO MATTEL, INC.'S STATEMENT OF GENUINE ISSUES
CASE NO. CV 04-09049 SGL (RNBx)

414421.02



), Zeller Dec., Exh. 37. **(LACKS FOUNDATION; IRRELEVANT; INCOMPLETE EXCERPT.)**

Bryant's Cover Letter to Leggett & Platt, Bates-numbered BRYANT 04647, (

), Zeller Dec., Exh. 38. **(LACKS FOUNDATION; IRRELEVANT; INCOMPLETE EXCERPT.)**

**The evidence cited by Mattel does not support the stated proposition**

The news article cited by Mattel does not credit Bryant with the body of Mattel's fashion doll "Teen Skipper." Zeller Dec., Exh. 35.  Rather, the letter references Bryant only as a "[t]alented fashion illustrator" who "prepared these preliminary sketches of this new teen doll." *Id.*

Similarly, i

Zeller Dec., Exh. 36 (emphasis added).

It is undisputed that

---

113

[PUBLIC REDACTED] CARTER BRYANT'S RESPONSE TO MATTEL, INC.'S STATEMENT OF GENUINE ISSUES
CASE NO. CV 04-09049 SGL (RNBx)

414421.02



Supp. Anderson Dec., Exh. __ (Bryant), 549:20-550:7 (emphasis added).

**Contrary Evidence:**

Bryant

Anderson Dec., Ex. 1 (Bryant), 544:8-546:3.

81

**Disputed in that this statement in**  **undisputed that** **contains quoted language.**

**Mattel's Evidence:**

114
[PUBLIC REDACTED] CARTER BRYANT'S RESPONSE TO MATTEL, INC.'S STATEMENT OF GENUINE ISSUES
CASE NO. CV 04-09049 SGL (RNBx)

414421.02



Bates-numbered BRYANT 04674, Zeller Dec., Exh. 38. **(LACKS FOUNDATION; IRRELEVANT; INCOMPLETE EXCERPT.)**

**Contrary Evidence:**

*See* Bryant UF Nos. 27-36, *supra*.

82

**Disputed that this "material fact" is relevant to any issue before the Court with respect to Bryant's Motion for Partial Summary Judgment; disputed that**

**Mattel's Evidence:**

J. Bryant Vol. 1 at 83:20-86:22, Zeller Dec., Exh. 20 **(IRRELEVANT).**

**Contrary Evidence:**

The portion of Janet Bryant's testimony cited by Mattel is irrelevant and immaterial.

In fact, Bryant testified

414421.02

Nolan Dec., Exh. 74 (Bryant), at 28:24-29:9.

83

Disputed that this "material fact" is relevant to any issue before the Court with respect to Bryant's Motion for Partial Summary Judgment; disputed

**Mattel's Evidence:**

Bates-numbered KMW-M 007635-8, at 007636

Zeller Dec., Exh. 13; Bryant Tr. Vol. 4 at 861:18-862:2, Zeller Dec., Exh. 4. **(LACKS FOUNDATION; IRRELEVANT; INCOMPLETE EXCERPT.)**

**The evidence cited by Mattel does**

116

[PUBLIC REDACTED] CARTER BRYANT'S RESPONSE TO MATTEL, INC.'S STATEMENT OF GENUINE ISSUES
CASE NO. CV 04-09049 SGL (RNBx)

414421.02

| | |
|---|---|
| | **not support the stated proposition:** |
| | Mattel offers no evidence in support of its assertion that ███████████████ |
| | Mattel offers no evidence that ████████ |
| | Bryant's interpretation of his ████████ |
| 84 ██████████████ | **Disputed that this "material fact" is relevant to any issue before the Court with respect to Bryant's Motion for Partial Summary Judgment; disputed that Bryant created designs for all of the projects listed; undisputed that Bryant does not claim ownership over designs relating to those projects.**<br><br>**Mattel's Evidence:**<br><br>Defendants have not provided any facts to dispute this.<br><br>**Contrary Evidence:**<br><br>████████████████ |
| 85 ██████████████ | **Disputed that this "material fact" is relevant to any issue before the Court with respect to Bryant's Motion for Partial Summary Judgment; disputed that witness accounts are "conflicting"** |

[PUBLIC REDACTED] CARTER BRYANT'S RESPONSE TO MATTEL, INC.'S STATEMENT OF GENUINE ISSUES
CASE NO. CV 04-09049 SGL (RNBx)

414421.02

**Mattel's Evidence:**

Deposition Transcript of Richard Irmen Vol. 1 ("Irmen Tr. Vol. 1"), dated September 28, 2007, at 46:6-48:16

Zeller Dec., Exh. 39 **(MISCHARACTERIZES TESTIMONY; IRRELEVANT; INCOMPLETE EXCERPT.);** J. Bryant Tr. Vol. 1 at 23:14-25:13

Zeller Dec., Exh. 20 **(MISCHARACTERIZES TESTIMONY; IRRELEVANT; INCOMPLETE EXCERPT.);** Bryant Tr. Vol. 1 at 145:13-146:13

Zeller Dec., Exh. 1. **(MISCHARACTERIZES TESTIMONY; IRRELEVANT; INCOMPLETE EXCERPT.)**

**The cited evidence does not support the stated proposition.**

The testimony concerning

Zeller Dec., Exh. 20, (Bryant), 145:15-19.

Mr. Irmen testified

Supp. Anderson Dec., Exh. 19 (Irmen), 43:16-20.

118

[PUBLIC REDACTED] CARTER BRYANT'S RESPONSE TO MATTEL, INC.'S STATEMENT OF GENUINE ISSUES
CASE NO. CV 04-09049 SGL (RNBx)

414421.02

Similarly, Janet Bryant testified:

█████████████████████████

Zeller Dec., Exh. 20 (J. Bryant), 23:14-24.

86 █████████████████

**Disputed that this "material fact" is relevant to any issue before the Court with respect to Bryant's Motion for Partial Summary Judgment; disputed that** ████

Bryant Tr. Vol. 1 at 140:9-141:14

149:2-15

Zeller Dec., Exh. 1.

**(MISCHARACTERIZES TESTIMONY; IRRELEVANT; INCOMPLETE EXCERPT.)**

**Contrary Evidence:**

The cited testimony does not

Zeller Dec., Exh. 1 (Bryant), at 149:2-15, *see*



| | |
|---|---|
| | *also*, Werdegar Dec., Exh. 1 (Bryant) 151:12-153:15. |
| 87 ████████████████ | Disputed that this "material fact" is relevant to any issue before the Court with respect to Bryant's Motion for Partial Summary Judgment; disputed as to characterization that Bryant "created" any Bratz drawings in 1999; disputed as stated by MGA.<br><br>**Mattel's Evidence:**<br><br>████████████████ Bryant 0220."); see also Flynn Report at 7 **(HEARSAY; MISCHARACTERIZES EVIDENCE; LACKS FOUNDATION; INCOMPLETE EXCERPT.)**; *with* Bryant Vol. 2 at 334:9-10 (regarding BRYANT 0199, ████████████ ); and Bryant Vol. 2 at 339:14-340:1 ( ████████████ ).<br><br>**Contrary Evidence:**<br>*See* MGA Reply SGI, ¶ 85. |
| 88 ████████████████ | Disputed that this "material fact" is relevant to any issue before the Court with respect to Bryant's Motion for Partial Summary Judgment; disputed.<br><br>**Mattel's Evidence:**<br><br>Expert Report of Lloyd Cunningham |

414421.02



("Cunningham Report"), dated February 11, 2008, at 2 ("

█████████████████████████ ), where Q-4 has been marked as Exhibit 1155 in these proceedings; id. at 3-4 (

█████████████████████████

); id. at 4 (

█████████████████████████ ). **(HEARSAY; MISCHARACTERIZES TESTIMONY; LACKS FOUNDATION; INCOMPLETE EXCERPT.)**

Cf. Bryant Tr. Vol. 2 at 328:4-329:1 (

█████████████████████████ ); Zeller Dec., Exh. 2; id. at 394:25-395:13 (

█████████████████████████

█████████████████████████ ); Zeller Dec., Exh. 2; ██████████ referenced in Cunningham's Report, marked as Exhibit 1155 in these proceedings (and which, notably, includes BRYANT 00334), Zeller Dec., Exh. 40.
**(MISCHARACTERIZES EVIDENCE; IRRELEVANT; INCOMPLETE EXCERPT; LACKS FOUNDATION.)**

89 ████████████████████████

**Disputed that this "material fact" is relevant to any issue before the Court with respect to Bryant's Motion for Partial Summary Judgment; disputed as stated by MGA.**

[PUBLIC REDACTED] CARTER BRYANT'S RESPONSE TO MATTEL, INC.'S STATEMENT OF GENUINE ISSUES
CASE NO. CV 04-09049 SGL (RNBx)

414421.02



**Mattel's Evidence:**

Expert Report of Valery Aginsky ("Aginsky Report") dated February 8, 2008, at 8 (███████████████

███████████); id. at 7, Attachment 1 (███████████████

███████); id. at 3-4 (███████████

███████████████████████).

**(MISCHARACTERIZES TESTIMONY; IRRELEVANT; LACKS FOUNDATION; INCOMPLETE EXCERPT; HEARSAY.)**

**Contrary Evidence:**
*See* MGA Reply SGI, ¶ 89.

90 ███████████████

███████████████

███████████

**Disputed that this "material fact" is relevant to any issue before the Court with respect to Bryant's Motion for Partial Summary Judgment; disputed that** ███████

**Mattel's Evidence:**

Collection of drawings that ███████████, Bates-numbered BRYANT 00222-34 and marked as Exhibit 3 in these proceedings, Zeller Dec., Exh. 41 **(MISCHARACTERIZES EVIDENCE; IRRLEVANT; LACKS FOUNDATION; AUTHENTICATION.)**; Bryant Vol. 2 at 297:17-301:7, Zeller Dec., Exh. 2. **(MISCHARACTERIZES TESTIMONY; IRRELEVANT.)**

**Contrary Evidence:**

███████████████

[PUBLIC REDACTED] CARTER BRYANT'S RESPONSE TO MATTEL, INC.'S STATEMENT OF GENUINE ISSUES
CASE NO. CV 04-09049 SGL (RNBx)

414421.02

| | |
|---|---|
| | ████████████ *See* MGA Parties' Opp'n to Mattel, Inc.'s [Corrected] Separate Statement of Uncontested Facts ("MGA SGI"), ¶ 135. ████████████ Zeller Dec., Exh. 2 (Bryant), 298:19-20. |
| 91 ████████████ | **Disputed that this "material fact" is relevant to any issue before the Court with respect to Bryant's Motion for Partial Summary Judgment; otherwise undisputed.** **Mattel's Evidence:** Bryant Vol. 2 at 297:17-301:7, Zeller Dec., Exh. 2. |
| 92 ████████████ | **Disputed that this "material fact" is relevant to any issue before the Court with respect to Bryant's Motion for Partial Summary Judgment;** ████████████ **This "fact" is vague and ambiguous as to** ████████████ **Mattel's Evidence:** Collection of drawings, Bates-numbered BRYANT 00310-19, marked as Exhibit 2 in these proceedings, Proctor Dec., Exh. 73 **(LACKS FOUNDATION, LACKS PERSONAL KNOWLEDGE, NOT** |

123
[PUBLIC REDACTED] CARTER BRYANT'S RESPONSE TO MATTEL, INC.'S STATEMENT OF GENUINE ISSUES
CASE NO. CV 04-09049 SGL (RNBx)

414421.02

| | | |
|---|---|---|
| 1 | | PROPERLY AUTHENTICATED); Bryant Tr. Vol. 2 at 296:4-297:14, Zeller Dec., Exh. 2. |
| 4 | 93 ▮▮▮▮▮▮▮▮▮ | Disputed that this "material fact" is relevant to any issue before the Court with respect to Bryant's Motion for Partial Summary Judgment; otherwise undisputed |
| 7 | | Bryant Tr. Vol. 1 at 149:16-20, Zeller Dec., Exh. 1. |
| 9 | 94 ▮▮▮▮▮▮▮▮▮ | Disputed that this "material fact" is relevant to any issue before the Court with respect to Bryant's Motion for Partial Summary Judgment; disputed, and utterly unsupported by Mattel's "evidence." |
| 13 | | Mattel's Evidence: |
| 14 | | E.g., J. Bryant Vol. 1 at 160:14-161:1 (▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮); Zeller Dec., Exh. 20 (INACCURATE SUMMARY). |
| 18 | | Cf. Bryant Tr. Vol. 2 at 315:19-317:2 (▮▮▮▮▮▮▮▮▮▮▮▮▮), Zeller Dec., Exh. 2. |
| 20 | | See also J. Bryant Tr. Vol. 1 at 198:3-12 (▮▮▮▮▮▮▮▮▮▮▮▮▮), Zeller Dec., Exh. 20. |
| 24 | | Cf. Bryant Tr. Vol. 2 at 328:4-6 (▮▮▮▮▮▮▮▮▮▮▮▮▮▮), Zeller Dec., Exh. 2. |
| 28 | | The cited evidence does not support |



124

414421.02

| | |
|---|---|
| | **the stated proposition.** |
| | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| | ▮▮▮▮▮▮▮▮▮▮▮▮ |
| | J. Bryant Vol. 1 at 198:7-12, Zeller Dec., Exh. 20. |
| | ▮▮▮▮▮▮▮▮▮▮ |
| 95 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | **Undisputed** |
| | Bryant's Employment Application, dated January 1, 1999, Zeller Dec., Exh 34; Inventions Agreement, Zeller Dec., Exh. 31; Bryant Tr. Vol. 2 at 274:13-14, Zeller Dec., Exh. 2. |
| 96 ▮▮▮▮▮▮▮▮▮▮▮ | **Undisputed that** ▮▮▮▮ |

414421.02

| | |
|---|---|
| 1 | ██████████████████ |
| 2 | ██████████████ |
| 3 | |
| 4 | ██████████████████ |
| 5 | |
| 6 | Mattel offer letter dated December 9, 1998, Bates-numbered BRYANT 001198-9, Zeller Dec., Exh. 11. |
| 7 | |
| 8 | 97 ████████████ |
| 9 | ████████████ |
| 10 | Disputed that this "material fact" is relevant to any issue before the Court with respect to Bryant's Motion for Partial Summary Judgment; disputed, and utterly unsupported by Mattel's "evidence." |
| 11 | |
| 12 | **Mattel's Evidence:** |
| 13 | 1995 Inventions Agreement, Zeller Dec., Exh. 33 **(IRRELEVANT, MISLEADING)** |
| 14 | |
| 15 | **The cited evidence does not support the stated proposition:** |
| 16 | |
| 17 | *Compare* Employee Agreement, Zeller Dec., Exh. 31 *with* 1995 Employment Agreement, Zeller Dec., Exh. 33. |
| 18 | |
| 19 | 98 ████████████ |
| 20 | Disputed that this "material fact" is relevant to any issue before the Court with respect to Bryant's Motion for Partial Summary Judgment; disputed |
| 21 | |
| 22 | |
| 23 | **Mattel's Evidence:** |
| 24 | Myers Tr. at 214:17-215:2 (██ |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

126

414421.02



),
Zeller Dec., Exh. 12.; Rosenbaum Tr. at 231:3-16, Zeller Dec., Exh. 75 **(LACKS PERSONAL KNOWLEDGE)**; Expert Report of Stein at ¶ 3, Stein Dec., Exh. 1 **(MISCHARACTERIZES EVIDENCE, HEARSAY)**;  Expert Report of McRae at ¶ 7, McRae Dec., Exh. 2 **(MISCHARACTERIZES EVIDENCE, HEARSAY)**.

**The cited evidence does not support the stated proposition.**

The cited testimony of Ms. Myers indicates only that

*See*, Bryant UF Nos. 50-52, *supra*.

99   Disputed

**Mattel's Evidence:**

Kaye Tr., Dec. 10, 2004, at 215:3-216:23, Zeller Dec., Exh. 65; see also

[PUBLIC REDACTED] CARTER BRYANT'S RESPONSE TO MATTEL, INC.'S STATEMENT OF GENUINE ISSUES
CASE NO. CV 04-09049 SGL (RNBx)

414421.02

Fontanella Tr. at 26:11-28:3 **(IRRELEVANT; INCOMPLETE EXCERPT)**.

Bates-numbered M 0098318-9, (

), Zeller Dec., Exh. 7; , Bates-numbered M 0098320-1, Zeller Dec., Exh. 8; , Bates-numbered M 0098322-3, (

), Zeller Dec., Exh. 9; Hudnut Tr. at 209:14-211:15, 216:25-220:3, Zeller Dec., Exh. 10.

**The evidence cited does not support the stated proposition.**

---

128

414421.02

[PUBLIC REDACTED] CARTER BRYANT'S RESPONSE TO MATTEL, INC.'S STATEMENT OF GENUINE ISSUES
CASE NO. CV 04-09049 SGL (RNBx)

414421.02

Suppl. Anderson Decl., Exh. 3 (Kaye), 215:10-218:1.

*See* Zeller Decl., Exhs 7, 8, and 9. Mr.

*Id.* Exh. 7.

*Id.* Exh. 9 (Hudnut), at 211:12-15, 212:10-20.

| 100 | Disputed |
| --- | --- |
| | **Mattel's Evidence** |
| | Leahy Tr. Vol. 1 at 186:23-187:5, Zeller Dec., Exh. 18 **(MISLEADING SUMMARY, INCOMPLETE EXCERPT)**. |
| | **Contrary Evidence:** |

130

[PUBLIC REDACTED] CARTER BRYANT'S RESPONSE TO MATTEL, INC.'S STATEMENT OF GENUINE ISSUES
CASE NO. CV 04-09049 SGL (RNBx)

414421.02

| | |
|---|---|
| 101 | Disputed that this "material fact" is relevant to any issue before the Court with respect to Bryant's Motion for Partial Summary Judgment; disputed in that interpretation of an MGA contract is irrelevant to the meaning of terms in Mattel's contract of adhesion; disputed that agreements used by MGA are "analogous"; disputed as to characterization of documents without considering the precise text and the circumstances under which the they were signed. |

**Mattel's Evidence:**

Deposition Transcript of Edmond Lee Vol. 1 ("Lee Tr. Vol. 1"), dated October 4, 2007, at 65:14-70:8, Zeller Dec., Exh. 42 **(MISLEADING SUMMARY, INCOMPLETE EXCERPT).**

**The evidence cited by Mattel does not support the stated proposition:**

Mattel introduces no evidence for the proposition that agreements used by MGA are comparable in scope to the Mattel Employee Agreement signed by Bryant.

*See,* Bryant UF Nos. 50-52, *supra.*

**Contrary Evidence:**

The agreements used by MGA and the

414421.02

| | | |
|---|---|---|
| | | Employee Agreement contain numerous distinct terms and fall far short of being "analogous." *Compare*, Proctor Dec. Exh. 87 *with* Proctor Dec. Exh. 5. |
| 102 | ████████████████ | **Disputed that this "material fact" is relevant to any issue before the Court with respect to Bryant's Motion for Partial Summary Judgment; disputed in that interpretation of an MGA contract is irrelevant to the meaning of terms in Mattel's contract of adhesion; disputed that agreements signed by Gilmour and Garcia are analogous to agreements signed at Mattel; disputed as to characterization of documents without considering the precise text and the circumstances under which the they were signed.** |
| | | **Mattel's Evidence:** |
| | | Collection of documents referencing Kami Gillmour's Confidentiality and Inventions Agreement with MGA, Bates-numbered MGA 0886848-51 (noting "The Agreement states in pertinent part that you agree 'to never discuss or disclose [any] trade secrets, confidential information or property, either directly or indirectly, with or in the presence of persons outside the Company, either during employment, or at any time thereafter...."), Zeller Dec., Exh. 43 **(LACKS PERSONAL KNOWLEDGE; IRRELEVANT)**; Garcia's offer letter and employment terms, Bates-numbered MGA 0876578-85 and marked as Exhibit 1117 in these proceedings, Zeller Dec., Exh. 44 **(LACKS PERSONAL KNOWLEDGE; IRRELEVANT)**; Deposition Transcript of Paula Garcia Vol. 4 ("Garcia Tr. Vol. 4"), dated October 10, 2007, at 1219:21-1222:15, Zeller Dec., Exh. 45 **(MISCHARACTERIZES** |

132
[PUBLIC REDACTED] CARTER BRYANT'S RESPONSE TO MATTEL, INC.'S STATEMENT OF GENUINE ISSUES
CASE NO. CV 04-09049 SGL (RNBx)

414421.02

TESTIMONY).

**The evidence cited by Mattel does not support the stated proposition:**

The evidence cited by Mattel does not support the proposition that agreements used by MGA are analogous in scope to the Mattel Employee Agreement signed by Bryant.  Neither Kami Gillmour nor Paula Garcia testified that their agreements with MGA were analogous to those they signed at Mattel.

Mattel seeks to interpret the terms of the Employee Agreement very broadly to include any creative idea, strategy, or anything that's produced. *See*, Bryant UF Nos. 50-52, *supra*.  None of the evidence cited by Mattel indicates that the MGA agreements adopt a similar scope.

**Contrary Evidence:**

The agreements used by MGA and the Employee Agreement contain numerous distinct terms and fall far short of being "analogous." *Compare*, Proctor Dec. Exh. 87 *with* Proctor Dec. Exh. 5.

**Disputed that this "material fact" is relevant to any issue before the Court with respect to Bryant's Motion for Partial Summary Judgment; disputed in that interpretation of an MGA contract is irrelevant to the meaning of terms in Mattel's contract of adhesion;** disputed that ████████ ████████████████ **disputed as to characterization of documents without considering the precise text and the circumstances under which the they were signed.**

414421.02

**Mattel's Evidence:**

Bryant-MGA Agreement at ¶ 3 (a), Zeller Dec., Exh. 30 **(MISCHARACTERIZES EVIDENCE; IRRELEVANT).**

**The evidence cited by Mattel does not support the stated proposition:**

The evidence cited by Mattel does not support the proposition that ████████████████████████ ████████████████████████ ████████████████████████ ████████████ *See*, Bryant UF Nos. 50-52, *supra*. ████████████

**Contrary Evidence:**

The agreements used by MGA and the Employee Agreement ████████████████ Among other important differences, ████████████████████████ *Compare*, Proctor Dec. Exh. 87 *with* Proctor Dec. Exh. 5.

| 104 | **Disputed that this "material fact" is relevant to any issue before the Court with respect to Bryant's Motion for Partial Summary Judgment; disputed in that interpretation of an MGA contract is irrelevant to the meaning of terms in Mattel's contract of adhesion; disputed that** |

[PUBLIC REDACTED] CARTER BRYANT'S RESPONSE TO MATTEL, INC.'S STATEMENT OF GENUINE ISSUES
CASE NO. CV 04-09049 SGL (RNBx)

414421.02



**disputed as to characterization of documents without considering the precise text and the circumstances under which the they were signed.**

**Mattel's Evidence**

Bryant-MGA Agreement at ¶ 2, Zeller Dec., Exh. 30 **(MISCHARACTERIZES EVIDENCE; IRRELEVANT).**

**The evidence cited by Mattel does not support the stated proposition:**

The evidence cited by Mattel does not support the

*See*, Bryant UF Nos. 50-52, *supra.* None of the evidence cited by Mattel indicates that the MGA agreements adopt a similar scope.

**Contrary Evidence:**

The agreements used by MGA and the Employee Agreement Among other important differences,

*Compare*, Proctor Dec. Exh. 87 *with* Proctor Dec. Exh. 5.

105 **Disputed that this "material fact" is relevant to any issue before the Court with respect to Bryant's Motion for Partial Summary Judgment; disputed as inadmissible.**

135

414421.02

| | |
|---|---|
| | **Mattel's Evidence:**<br><br>Deposition Transcript of Victoria O'Connor Confidential ("O'Connor Tr. Conf"), dated December 6, 2004, at 79:3-11 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮)(emphasis added), Zeller Dec., Exh. 46 **(HEARSAY)**. |
| 106 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | **Undisputed**<br><br>**Mattel's Evidence:**<br><br>Inventions Agreement, Zeller Dec., Exh. 31; Conflict of Interest Questionnaire, ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮, Bates-numbered M 0001621, Zeller Dec., Exh. 32; Bryant Tr. Vol. 3 at 646:20-648:2 (▮▮▮▮▮▮▮▮▮▮▮▮▮▮), Zeller Dec., Exh. 3. |
| 107 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | **Disputed**<br><br>**Mattel's Evidence:**<br><br>Myers Tr. Vol. 1 at 216:19-23, Zeller Dec., Exh. 12 **(INACCURATE SUMMARY; INCOMPLETE EXCERPT)**.<br><br>**The cited evidence does not support the stated proposition.**<br><br>▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |

[PUBLIC REDACTED] CARTER BRYANT'S RESPONSE TO MATTEL, INC.'S STATEMENT OF GENUINE ISSUES
CASE NO. CV 04-09049 SGL (RNBx)

Zeller Decl., Exh. 12 (Myers Feb. 22, 2008 Depo. Tr.), at 217:20-218:3.

Ms. Myers also testified as follows:

*Id.* at 216:25-217:10.

**Contrary Evidence:**

*See* Bryant UF Nos. 23-26, *supra*.

| 108 | Disputed as to use or characterization of the quoted contract language in isolation from the contract and its surrounding circumstances; undisputed that the Employee Agreement contains the quoted excerpt. **Mattel's Evidence:** Inventions Agreement, Zeller Dec., Exh. 31 (**TAKEN OUT OF CONTEXT, MISCHARACTERIZED**). |

137

[PUBLIC REDACTED] CARTER BRYANT'S RESPONSE TO MATTEL, INC.'S STATEMENT OF GENUINE ISSUES
CASE NO. CV 04-09049 SGL (RNBx)

414421.02

| | |
|---|---|
| | **Contrary Evidence:** Anderson Decl. Ex. 8 (complete document). |
| 109 ▉▉▉▉▉▉▉▉▉▉▉ | **Disputed as to use or characterization of the quoted contract language in isolation from the contract and its surrounding circumstances; undisputed that the Employee Agreement contains the quoted excerpt.**<br><br>**Mattel's Evidence:**<br><br>Inventions agreement, Zeller Dec., Exh. 31 **(TAKEN OUT OF CONTEXT, MISCHARACTERIZED).**<br><br>**Contrary Evidence:** Anderson Decl. Ex. 8 (complete document). |
| ▉▉▉▉▉▉▉▉▉▉▉ | **Disputed as stated in Bryant SGI, ¶ 67.**<br><br>**Mattel's Evidence:**<br>Inventions Agreement, Zeller Dec., Exh. 31 **(TAKEN OUT OF CONTEXT, MISCHARACTERIZED).**<br><br>**Contrary Evidence:** Anderson Decl. Ex. 8 (complete document). |
| 111 ▉▉▉▉▉▉▉▉▉▉▉ | **Disputed as misleading characterization of language in isolation from the contract and its surrounding circumstances; undisputed that the Employee Agreement contains the quoted excerpt.**<br><br>**Mattel Evidence:**<br><br>Inventions Agreement at ¶ 2(b), Zeller Dec., Exh. 31 **(TAKEN OUT OF CONTEXT, MISCHARACTERIZED).** |

[PUBLIC REDACTED] CARTER BRYANT'S RESPONSE TO MATTEL, INC.'S STATEMENT OF GENUINE ISSUES
CASE NO. CV 04-09049 SGL (RNBx)

414421.02

| | |
|---|---|
| | **Contrary Evidence:** Anderson Decl. Ex. 8 (complete document). |
| 112 ▮▮▮▮▮▮▮ | **Disputed as misleading characterization of language in isolation from the contract and its surrounding circumstances.**<br><br>**Mattel's Evidence:**<br><br>Inventions Agreement at ¶ 2(a), Zeller Dec., Exh. 31.<br><br>**Contrary Evidence:** Anderson Decl. Ex. 8 (complete document). |
| 113 ▮▮▮▮▮▮▮ | **Disputed as misleading characterization of language in isolation from the contract and its surrounding circumstances.**<br><br>**Mattel's Evidence:**<br><br>Inventions Agreement at ¶ 1(a)-(d), Zeller Dec., Exh. 31 **(TAKEN OUT OF CONTEXT, MISCHARACTERIZED).**<br><br>**Contrary Evidence:** Anderson Decl. Ex. 8 (complete document). |
| 114 ▮▮▮▮▮▮▮ | **Disputed as misleading characterization of language in isolation from the contract and its surrounding circumstances; undisputed that the Employee Agreement contains the quoted excerpt.**<br><br>**Mattel's Evidence:**<br><br>Inventions Agreement at ¶ 3(a), Zeller Dec., Exh. 31 **(TAKEN OUT OF CONTEXT, MISCHARACTERIZED).**<br><br>**Contrary Evidence:** Anderson Decl. Ex. 8 (complete document). |

414421.02

| | | |
|---|---|---|
| 115 |  | Disputed as misleading characterization of language in isolation from the contract and its surrounding circumstances.<br><br>**Mattel's Evidence:**<br><br>Inventions Agreement at ¶ 3(a), Zeller Dec., Exh. 31 **(TAKEN OUT OF CONTEXT, MISCHARACTERIZED).**<br><br>**Contrary Evidence:** Anderson Decl. Ex. 8 (complete document). |
| 116 | | Disputed as stated in Bryant SGI, ¶ 80.<br><br>**Mattel's Evidence:**<br><br>COI Questionnaire, Zeller Dec., Exh. 32 **(TAKEN OUT OF CONTEXT, MISCHARACTERIZED, IRRELEVANT).**<br><br>**Contrary Evidence:**<br><br>*See* Bryant SGI, ¶ 80 |
| 117 | | Disputed that this "material fact" is relevant to any issue before the Court with respect to Bryant's Motion for Partial Summary Judgment; disputed to the extent that Bryant's understanding of the yes and no questions comports with Mattel's current asserted interpretation of those questions.<br><br>**Mattel's Evidence:**<br><br>Bryant Tr. Vol. 3 at 656:12-19, Zeller Dec., Exh. 3. |
| 118 | | Disputed<br><br>**Mattel's Evidence:** |

414421.02

| | |
|---|---|
| | ████████████████ |
| | Bryant Tr. Vol. 3 at 648:14-650:25, Zeller Dec., Exh. 3 **(MISLEADING, INACCURATE SUMMARY, INCOMPLETE).** |
| | ████████████ Bryant Tr. Vol. 4 at 858:11-859:24, Zeller Dec., Exh. 4 **(MISLEADING, INACCURATE SUMMARY, INCOMPLETE).** |
| | **The cited evidence does not support the stated proposition.** |
| | Zeller Dec., Exh. 3 (Bryant), 648:14-650:25. |
| | *Id.* 858:11-859:24. The cited deposition testimony is not inconsistent. |
| 119 ████████████████ | **Disputed that this "material fact" is relevant to any issue before the Court with respect to Bryant's Motion for Partial Summary Judgment; disputed as stated in Bryant SGI, ¶ 45.** **Mattel's Evidence:** |

414421.02

| | |
|---|---|
| | Bryant Tr. Vol. 4 at 885:3-8, Zeller Dec., Exh. 4 **(MISCHARACTERIZES TESTIMONY, VAGUE AND AMBIGUOUS)**. **Contrary Evidence:** *See* Bryant SGI, ¶ 45 |
| 120 ███████████ | **Disputed as stated in Bryant SGI, ¶ 53.** **Mattel's Evidence:** Bryant Tr. Vol. 1 at 17:5-6 ("███████ ██████"), Corey Dec., Exh. 1; <u>id.</u> at 14:20-16:8 (███████████ ███████████), Corey Dec., Exh. 1; Bryant Tr. Vol. 4 at 822:1-826:20 (███████████), Corey Dec., Exh. 7; <u>id.</u> at 828:11-830:15 (███████████), Corey Dec., Exh. 4; Bryant Tr. Vol. 5 at 1095:15- 1097:4 (███████████), Corey Dec., Exh. 5 **(MISCHARACTERIZES TESTIMONY)**. **Contrary Evidence:** *See* Bryant SGI, ¶ 53 |
| 121 ███████████ | **Disputed that this "material fact" is relevant to any issue before the Court with respect to Bryant's** |

142

[PUBLIC REDACTED] CARTER BRYANT'S RESPONSE TO MATTEL, INC.'S STATEMENT OF GENUINE ISSUES
CASE NO. CV 04-09049 SGL (RNBx)

414421.02

| | |
|---|---|
| 1 | **Motion for Partial Summary Judgment; disputed** |
| 2 | |
| 3 | **Mattel's Evidence:** |
| 4 | Tomiyama Tr. at 46:9-21, Zeller Dec., Exh. 15 **(INCOMPLETE AND** |
| 5 | **INACCURATE SUMMARY).** |
| 6 | **Contrary Evidence:** |
| 7 | Mattel mischaracterizes and |
| 8 | misrepresents Ms. Tomiyama's testimony in an argumentative fashion. |
| 9 | Ms. Tomiyama |



Zeller Decl., Exh. 15 (Tomiyama), at 45:16-46:3.

*See also*, Bryant UF Nos. 27-36, *supra*.

414421.02

| 122 | ████████████ | Disputed that this "material fact" is relevant to any issue before the Court with respect to Bryant's Motion for Partial Summary Judgment; disputed

**Mattel's Evidence:**

Tomiyama Tr. Vol. 1 at 34:16-36:20, Zeller Dec., Exh. 15 **(MISCHARACTERIZES TESTIMONY).**

**Contrary Evidence:**

Mattel mischaracterizes and misrepresents Ms. Tomiyama's testimony in an argumentative fashion. ████████████ Zeller Dec., Exh. 15 (Tomiyama), at 35:4-10. |
| 123 | ████████████ | Disputed that this "material fact" is relevant to any issue before the Court with respect to Bryant's Motion for Partial Summary Judgment; disputed in that Ms. Tomiyama's testimony ████████

**Mattel's Evidence:**

Tomiyama Tr. Vol. 1 at 45:6-15, Zeller Dec., Exh. 15 **(INCOMPLETE AND INACCURATE SUMMARY).**

**Contrary Evidence:** |

[PUBLIC REDACTED] CARTER BRYANT'S RESPONSE TO MATTEL, INC.'S STATEMENT OF GENUINE ISSUES
CASE NO. CV 04-09049 SGL (RNBx)

414421.02



Zeller Dec., Exh. 15 (Tomiyama), at 45:16-46:3.

124 ▮▮▮▮▮

**Disputed that this "material fact" is relevant to any issue before the Court with respect to Bryant's Motion for Partial Summary Judgment; disputed.**

**Mattel's Evidence:**

<u>See, e.g.,</u> ▮▮▮▮▮

▮▮▮ Proctor Dec., Exh. 76 **(LACKS PERSONAL KNOWLEDGE; IRRELEVANT);** Brode Percipient Tr. at 117:10-118:6, Corey Dec., Exh. 21 **(LACKS**

414421.02

PERSONAL KNOWLEDGE; HEARSAY);

████████████████████████

Proctor Dec., Exh. 89; Deposition Transcript of MGA Designee Kerri Brode ("Brode Designee Tr.") dated January 19, 2007, at 53:6-14, Corey Dec., Exh. 26 **(MISCHARACTERIZES TESTIMONY);** ████████████

████████████████████████

██████████ Proctor Dec., Exh. 111 **(LACKS FOUNDATION; IRRELEVANT).**

**The evidence cited by Mattel does not support the stated proposition:**

███████████████████████

████████ Proctor Dec., Exh. 76.

███████████████████████

███████ Werdegar Decl. Ex. 1, (Bryant), 178:3-14; *id.* Ex. 2 (Bryant), 323:17-324:18.

*Id.* Ex. 2 (Bryant Depo. 325:2-326:17). *See also,* Bryant SGI, ¶ 56.

███████████████████████

██████ Dec. of Jon Corey in Support of Mattel, Inc.'s Mot. for Partial Summary Judgment, Dec., Exh. 26 (Brode), 53:6-14. ██████████

██████████████████████

█████████████████████████

[PUBLIC REDACTED] CARTER BRYANT'S RESPONSE TO MATTEL, INC.'S STATEMENT OF GENUINE ISSUES
CASE NO. CV 04-09049 SGL (RNBx)

414421.02



*See* Bryant SGI, ¶¶ 147,149.

**125**

**Disputed that this "material fact" is relevant to any issue before the Court with respect to Bryant's Motion for Partial Summary Judgment;**

**Mattel's Evidence:**

Leahy Tr. Vol. 1 at 158:3-8 ▮▮▮▮, Zeller Dec., Exh. 18; id. at 222:8-19 ▮▮▮▮ Zeller Dec., Exh. 18 **(INCOMPLETE TESTIMONY).**

**The evidence cited does not support the stated proposition:**

▮▮▮▮ Zeller Dec., Exh. 18 (Leahy), 158:3-8. ▮▮▮▮

Nolan Dec., Ex. 87 (Leahy) at 152:10-11. ▮▮▮▮ *Id.*, 155:1-2.

▮▮▮▮ *Id.*, 222:8-19.

**126**

**Disputed that this "material fact" is relevant to any issue before the**

147

[PUBLIC REDACTED] CARTER BRYANT'S RESPONSE TO MATTEL, INC.'S STATEMENT OF GENUINE ISSUES
CASE NO. CV 04-09049 SGL (RNBx)

414421.02

| | |
|---|---|
| 1 | **Court with respect to Bryant's Motion for Partial Summary Judgment; disputed as mischaracterization of facsimile.** |
| 2 | |
| 3 | **Mattel's Evidence:** |
| 4 | |
| 5 | Bates-numbered |
| 6 | BRYANT 01200-03, Zeller Dec., Exh. 47; <u>see also</u> ¶ 54 (**IRRELEVANT;** |
| 7 | **INACCURATE SUMMARY; INCOMPLETE EXCERPT;** |
| 8 | **HEARSAY).** |
| 9 | |
| 10 | **The cited evidence does not support the stated proposition.** |
| 11 | |
| 12 | |
| 13 | |
| 14 | Zeller Dec., Exh. 47 (emphasis added). |
| 15 | |
| 16 | *See also,* Bryant's SGI ¶¶ 135, 139-151. |
| 17 | 127  **Disputed that this "material fact" is relevant to any issue before the** |
| 18 | **Court with respect to Bryant's Motion for Partial Summary** |
| 19 | **Judgment; disputed and entirely unsupported by Mattel's "evidence"** |
| 20 | |
| 21 | **Mattel's Evidence:** |
| 22 | |
| 23 | |
| 24 | Zeller Dec., Exh. 48 (**HEARSAY**); Linker Tr. Vol. |
| 25 | 1 at 57:7-21, Corey Dec. Exh. 9 (**MISCHARACTERIZES** |
| 26 | **TESTIMONY);** |
| 27 | |
| 28 | Zeller Dec., Exh. 49; |

414421.02

1 | Linker Tr. Vol. 1 at 66:16-67:9, Corey
2 | Dec., Exh. 9 **(LACKS PERSONAL
  | KNOWLEDGE' IRRELEVANT;
3 | HEARSAY)**; Bryant Tr. Vol. 1 at
  | 221:21-222:11 ████████████████
4 | ████████████████████████████
5 | ████████████████████ Corey
  | Dec., Exh. 1.

**The evidence cited by Mattel does
not support the stated proposition:**

████████████████████████████
████████████████████ *See* Zeller Dec.,
Exhs. 48, 49.

████████████████████████████
████████████████████████████
████████████████████████████
████████████████████████████
Corey Dec. Exh. 9 (Linker), 57:7-21
████████████████ 66:16-67:9 ████
████████████████████████████
████████████████████████████
████████████████████████████

████████████████████████████
████████████████████████████
Corey Dec., Exh. 1 (Bryant), 221:21-
222:11.

**Contrary Evidence:**

████████████████████████████
████████████████████████████
████████████████████████████
████████████████████████████
Supp. Anderson Dec., Ex. 20 (Linker),

414421.02

| | |
|---|---|
| 1 | 60:6-8. |
| 2 | **128** ████████████ | **Disputed that this "material fact" is relevant to any issue before the Court with respect to Bryant's Motion for Partial Summary Judgment; disputed as entirely unsupported by Mattel's "evidence"** |
| 6 | | **Mattel's Evidence:** |
| 7 | | Linker Tr. Vol. 1 at 63:22-64:3 (testifying ████████████ ████████████ ████████████ Zeller Dec., Exh. 50. See also id. at 64:4-9 (adding ████████████ ████████████ ████████████, Zeller Dec., Exh. 50 ████ **(LACKS FOUNDATION; MISCHARACTERIZES TESTIMONY).** |
| 16 | | **Contrary Evidence:** |
| 17 | | The evidence cited does not support the proposition that Bryant "misrepresented" anything. ████████████ ████████████ Supp. Anderson Dec., Exh. 20 (Linker), 60:16-21. ████████████ ████████████ Zeller Dec., Exh. 50 (Linker), 63:22-64:3. ████████████ ████████████ *See* Bryant's SGI, ¶ 151. |
| 26 | **129** ████████████ | **Disputed that this "material fact" is relevant to any issue before the Court with respect to Bryant's Motion for Partial Summary** |

414421.02

| | |
|---|---|
| | Judgment; disputed as stated in Bryant SGI, ¶ 78. |
| | **Mattel's Evidence:** |
| | Bryant Tr. Vol. 1. at 208:22-24, Corey Dec., Exh. 1 **(RULE 403)**. |
| | **Contrary Evidence:** |
| | *See* Bryant SGI, ¶ 78 |
| 130 ▮▮▮▮▮▮▮▮▮▮ | Disputed that this "material fact" is relevant to any issue before the Court with respect to Bryant's Motion for Partial Summary Judgment; disputed as stated in Bryant SGI, ¶ 79. |
| | **Mattel's Evidence:** |
| | Deposition Transcript of Sandra Yonemoto, Confidential ("Yonemoto Conf. Tr. Vol. 1"), dated May 30, 2007, at 67:16-19, Corey Dec., Exh. 28 **(MISCHARACTERIZES TESTIMONY; SPECULATION; 403)**. |
| | **Contrary Evidence:** |
| | *See* Bryant SGI, ¶ 79 |
| 131 ▮▮▮▮▮▮▮▮▮▮ | Disputed that this "material fact" is relevant to any issue before the Court with respect to Bryant's Motion for Partial Summary Judgment; disputed as stated in Bryant SGI, ¶ 101. |
| | **Mattel's Evidence:** |
| | Bryant Tr. Vol. 1 at 209:16-17 (▮▮▮▮▮▮▮▮▮▮▮), Corey Dec., Exh. 1 **(MISCHARACTERIZES TESTIMONY)**; Deposition Transcript |

151

414421.02

of Jill Nordquist ("Nordquist Tr."), dated July 31, 2007, at 145:1-9 (█████████████████████ █████████████████████), Corey Dec., Exh. 30; id. at 127:22-128:9 (████████████ ███████████████████ ████████████████), Corey Dec., Exh. 30 **(INCOMPLETE EXCERPT)**; Deposition Transcript of Ivy Ross ("Ross Tr."), dated January 17, 2008, at 87:5-23 (█████████ ████████████████████ ████████████████████ ████████████████████ ████████████████████ ████████████████████ ████████████████████), Corey Dec., Exh. 31; id. at 88:17-19 (████████████████████ ████████████████████), Corey Dec., Exh. 31; id. at 220:5-12 (████████████████████ ████████████████████ ████████████████████ ████████████████████), Corey Dec., Exh. 31 **(MISCHARACTERIZES TESTIMONY, HEARSAY)**.

**Contrary Evidence:**

*See* Bryant SGI, ¶ 101

132 ███████████████████████ ███████████████████████ ███████████████████████

**Disputed that this "material fact" is relevant to any issue before the Court with respect to Bryant's Motion for Partial Summary Judgment; disputed as inadmissible.**

**Mattel's Evidence:**

414421.02

| | |
|---|---|
| 1 2 | Nordquist Tr. Vol. 1 at 125:20-126:6, Zeller Dec., Exh. 51 **(HEARSAY)**. |
| 3 4 5 6 7 8 9 10 11 | 133 [REDACTED] — **Disputed that this "material fact" is relevant to any issue before the Court with respect to Bryant's Motion for Partial Summary Judgment; disputed as stated in Bryant SGI, ¶ 102.**<br><br>**Mattel's Evidence:**<br><br>O'Connor Conf. Tr., dated December 6, 2004, at 18:13-18, Corey Dec., Exh. 14.<br><br>**Contrary Evidence:**<br><br>*See* Bryant SGI, ¶ 102 |
| 12 13 14 15 16 17 18 19 20 21 22 | 134 [REDACTED] — **Disputed that this "material fact" is relevant to any issue before the Court with respect to Bryant's Motion for Partial Summary Judgment; disputed as inadmissible as to Bryant; disputed as stated in Bryant SGI, ¶ 107.**<br><br>**Mattel's Evidence:**<br><br>[REDACTED], Bates-numbered MGA 1134723-30, at 26, Proctor Dec., Exh. 112 **(LACKS PERSONAL KNOWLEDGE; IRRELEVANT)**.<br><br>**Contrary Evidence:**<br><br>*See* Bryant SGI, ¶ 107 |
| 23 24 25 26 27 28 | 135 [REDACTED] — **Disputed that this "material fact" is relevant to any issue before the Court with respect to Bryant's Motion for Partial Summary Judgment; disputed as inadmissible as to Bryant.**<br><br>**Mattel's Evidence:** |

414421.02

| | |
|---|---|
| | Deposition Transcript of Rachel Harris Vol. 1 ("Rachel Harris Tr. Vol. 1"), dated February 26, 2008, at 170:12-172:10, Zeller Dec., Exh. 52; id. at 262:25-263:17, Zeller Dec., Exh. 52 **(IRRELEVANT, HEARSAY).** |
| 136 ████████████████ | Disputed that this "material fact" is relevant to any issue before the Court with respect to Bryant's Motion for Partial Summary Judgment; disputed as inadmissible as to Bryant.<br><br>**Mattel's Evidence:**<br><br>████████████████,<br>Bates-numbered MGA 3801819-22, Proctor Dec., Exh. 97 **(LACKS PERSONAL KNOWLEDGE; MISCHARACTERIZES DOCUMENT).**<br><br>**Contrary Evidence:**<br><br>*See* MGA Reply SGI, ¶ 97. |
| 137 ████████████████ | Disputed that this "material fact" is relevant to any issue before the Court with respect to Bryant's Motion for Partial Summary Judgment; disputed as inadmissible as to Bryant.<br><br>**Mattel's Evidence:**<br><br>Rachel Harris Tr. Vol. 1 at 265:24-267:15, Zeller Dec., Exh. 52. |
| 138 ████████████████ | Disputed that this "material fact" is relevant to any issue before the Court with respect to Bryant's Motion for Partial Summary Judgment; disputed as inadmissible as to Bryant.<br><br>**Mattel's Evidence:** |

[PUBLIC REDACTED] CARTER BRYANT'S RESPONSE TO MATTEL, INC.'S STATEMENT OF GENUINE ISSUES
CASE NO. CV 04-09049 SGL (RNBx)

414421.02

Bates-numbered MGA 3801558-9, Proctor Dec., Exh. 98 (**LACKS PERSONAL KNOWLEDGE; MISCHARACTERIZES DOCUMENT; HEARSAY**).

**Contrary Evidence:**

*See* MGA Reply SGI, ¶ 98.

| 139 | ██████████████ |
| --- | --- |

**Disputed that this "material fact" is relevant to any issue before the Court with respect to Bryant's Motion for Partial Summary Judgment; disputed as inadmissible as to Bryant.**

**Mattel's Evidence:**

See Affidavit of Isaac Larian in <u>MGA v. Metson</u> at p. 2, ¶ 8, Bates-numbered MGA 0868039-91 (██████████████), Proctor Dec., Exh. 99; Woodman Tr. Vol. 1 at 218:1-21, Corey Dec., Exh. 17 (**HEARSAY; IRRELEVANT; LACKS FOUNDATIONS; LACKS PERSONAL KNOWLEDGE**); Business Week article discussing Mattel and Bratz, Bates-numbered M 0074054-6, ("[Larian] got the idea for Bratz after seeing his own kids run around in navel-baring tops and hip-huggers."), Zeller Dec., Exh. 53; San Fernando Valley Business Journal article discussing Larian, (Larian states "It was Jason's idea for Bratz."), Zeller Dec., Exh. 54 (**HEARSAY; IRRELEVANT; LACKS FOUNDATIONS; LACKS PERSONAL KNOWLEDGE**).

Similarly, Larian represented to the U.S. Patent and Trademark Office that he had created the Bratz feet and packaging: U.S. patent application for

414421.02

Bratz feet marked as Exhibit 500 in this action, Proctor Dec., Exh. 101; Amendment to U.S. patent application for Bratz feet marked as Exhibit 548 in this action, Proctor Dec., Exh. 102; Patent for trapezoidal packaging marked as Exhibit 552 in this action, Proctor Dec., Exh. 103; Patent application for trapezoidal packaging marked as Exhibit 615 in this action, Proctor Dec., Exh. 104. <u>See also</u>

Bates-numbered MGA 3801819-22 ( ), Proctor Dec., Exh 97 **(HEARSAY; IRRELEVANT; LACKS FOUNDATIONS; LACKS PERSONAL KNOWLEDGE).**

**Contrary Evidence:**
*See* MGA Reply SGI, ¶ 96.

---

**140**

**Disputed as stated in Bryant SGI, ¶ 108**

**Mattel's Evidence:**

MGA Entertainment, Inc.'s Supplemental and Amended Responses to Mattel, Inc.'s Third Set of Requests for Admission to MGA Entertainment, Inc., Proctor Dec., Exh. 106 **(HEARSAY).**

**Contrary Evidence:**

*See* Bryant SGI, ¶ 108; MGA Response SGI, ¶ 93.

---

**141**

**Disputed as stated in Bryant SGI, ¶ 86.**

**Mattel's Evidence:**

Inventions Agreement at ¶ 4 (a), Zeller Dec., Exh. 31.

---

[PUBLIC REDACTED] CARTER BRYANT'S RESPONSE TO MATTEL, INC.'S STATEMENT OF GENUINE ISSUES
CASE NO. CV 04-09049 SGL (RNBx)

414421.02

| | |
|---|---|
| 1 | **Contrary Evidence:** |
| 2 | *See* Bryant SGI, ¶ 86 |
| 3    142 ██████████ | **Disputed in that** ██████ |
| 4 | |
| 5 | |
| 6 | |
| 7 | **Mattel's Evidence:** |
| 8 | Cloonan Tr. at 105:23-106:22, Zeller Dec., Exh. 17 |
| 9 | **(MISCHARACTERIZES TESTIMONY).** |
| 10 | |
| 11 | **Contrary Evidence:** |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | *See* Anderson Dec., Exh. 12 (Cloonan), |
| 18 | 102:12- 104:1. |
| 19 | She further testified: |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | *Id.*, 101:6-17. |
| 28 | |

157

[PUBLIC REDACTED] CARTER BRYANT'S RESPONSE TO MATTEL, INC.'S STATEMENT OF GENUINE ISSUES
CASE NO. CV 04-09049 SGL (RNBx)

414421.02



*Id.*, 104:18-19.

**143** [REDACTED]

**Undisputed that** [REDACTED]

**disputed that** [REDACTED]

**Mattel's Evidence:**

Myers Tr. at 62:10-23, Zeller Dec., Exh. 12.

**The evidence cited by Mattel does not support the** [REDACTED]

Zeller Dec., Exh. 17 (Cloonan), 105:25-106:7.

**144** [REDACTED]

**Disputed as to the relevance of "after a break in his deposition in which he talked with counsel"; otherwise undisputed.**

**Mattel's Evidence:**

Bryant Tr. Vol. 4 at 866:21-870:12, Zeller Dec., Exh. 4.

**145** [REDACTED]

**Disputed**

**Mattel's Evidence:**

See, e.g., Carter Bryant's Responses to Mattel, Inc.'s Third Set of Requests for Admission Propounded to All Defendants at 35 ([REDACTED]), Proctor Dec.,

[PUBLIC REDACTED] CARTER BRYANT'S RESPONSE TO MATTEL, INC.'S STATEMENT OF GENUINE ISSUES
CASE NO. CV 04-09049 SGL (RNBx)

414421.02

Exh. 88 **(MISCHARACTERIZES EVIDENCE)**.

**Contrary Evidence:**

Anderson Decl., Ex. 22, at 179:12-180:8.

159

414421.02

| | |
|---|---|
| | [REDACTED] |
| | *Id.*, at 183:22-185:10. |
| 146 [REDACTED] | **Disputed.** |
| | **Mattel's Evidence:** |
| | Leahy Tr. Vol. 1 at 186:23-187:21, Zeller Dec., Exh. 18 **(INCOMPLETE EXCERPT; MISCHARACTERIZES TESTIMONY)**. |
| | **The cited evidence does not support the stated proposition:** |
| | [REDACTED] |
| | *Id.*, at 183:22-185:10. |
| | *See also*, explanation and evidence set forth with respect to Mattel's "Contrary Evidence" to Bryant UF No. 37, *supra*. |
| 147 [REDACTED] | **Disputed that this "material fact" is relevant to any issue before the Court with respect to Bryant's Motion for Partial Summary Judgment.** |
| | **Mattel's Evidence:** |
| | [REDACTED] ("Marlow Tr."), on December 28, 2007, at 286:23-290:13 (regarding Cabrera), 306:14-308:1 (regarding Morales), 363:15-364:9 (regarding Salazar), Zeller Dec., Exh. 21. |
| | [REDACTED] |

[PUBLIC REDACTED] CARTER BRYANT'S RESPONSE TO MATTEL, INC.'S STATEMENT OF GENUINE ISSUES
CASE NO. CV 04-09049 SGL (RNBx)

414421.02

See e.g., Bryant Tr. Vol. 2 at 286:25-287:5, Zeller Dec., Exh. 2; Deposition Transcript of Lisa Tonnu Vol. 2 ("Tonnu Tr. Vol. 2"), dated, at 301:2-17, Zeller Dec., Exh. 22; MGA's Supplemental Responses to Mattel's Revised Third Set of Interrogatories at 64-70, Zeller Dec., Exh. 23.

**(MISLEADING; INCOMPLETE TESTIMONY)**

Bryant Tr. Vol. 2 at 286:25-287:5, Zeller Dec., Exh. 2.

Marlow Tr. Vol. 1 at 296:18-24, Zeller Dec., Exh. 21.

Tonnu Tr. Vol. 2 at 301:2-17, Zeller Dec., Exh. 22.

MGA's Supplemental Responses to Mattel's Revised Third Set of Interrogatories at 64-70, Zeller Dec., Exh. 23. **(MISLEADING)**

**Contrary Evidence:**

[PUBLIC REDACTED] CARTER BRYANT'S RESPONSE TO MATTEL, INC.'S STATEMENT OF GENUINE ISSUES
CASE NO. CV 04-09049 SGL (RNBx)

414421.02

*See supra*, at ¶¶ 40-42.

The evidence cited by Mattel is not contrary to this fact, and is mischaracterized in an argumentative fashion.

Corey Dec., Exh. 4 (Bryant), 831:11-23.

Specifically, she testified:

[PUBLIC REDACTED] CARTER BRYANT'S RESPONSE TO MATTEL, INC.'S STATEMENT OF GENUINE ISSUES
CASE NO. CV 04-09049 SGL (RNBx)

414421.02

Zeller Dec. Exh. 21 (Marlow), 295:15-22.

Zeller, Dec., Exh. 2 (Bryant), 286:25-287:5.

Zeller Dec., Exh. 22 (Tonnu), 301:2-17.

148

**Disputed that**

**Mattel's Evidence:**

, Tomiyama Tr. at 34:19-36:20 (

),

Zeller Dec., Exh. 15 **(INCOMPLETE EXCERPT; MISCHARACTERIZES TESTIMONY)** .

163

[PUBLIC REDACTED] CARTER BRYANT'S RESPONSE TO MATTEL, INC.'S STATEMENT OF GENUINE ISSUES
CASE NO. CV 04-09049 SGL (RNBx)

414421.02

Also, see testimony of Pasko (

)

Pasko Tr. at 50:21-52:21, Zeller Dec., Exh. 16 **(MISCHARACTERIZES TESTIMONY; IRRELEVANT)**.

**Contrary Evidence:**

*See* Bryant UF Nos. 27-36, *supra.*

Zeller Dec., Exh. 15 (Tomiyama), 34:19-25.

414421.02

*Id.*, at 45:16-46:3.

165

414421.02

*See* Zeller Decl., Exh. 16 (Pasko), at 50:15-21 (emphasis added); *see also* Supp. Anderson Decl., Exh. 9 (Hoffman-Briggs) 230:22-231:6 ████████████

| 149 | ████████████ |
|---|---|

**Disputed**

**Mattel's Evidence:**

Tomiyama Tr. at 37:25-39:8 ████████████

Zeller Dec., Exh. 15 **(MISCHARACTERIZES TESTIMONY, INCOMPLETE EXCERPT).**

Pasko Tr. at 51:22-52:12 ████████████ Zeller Dec., Exh. 16 **(MISCHARACTERIZES TESTIMONY, IRRELEVANT).**

**Contrary Evidence:**

The cited testimony of Tomiyama ████████████

414421.02

Zeller Dec., Exh. 15 (Tomiyama Tr.), at 38:7-16.

| 150 | ████████████ | **Disputed to the extent statement implies that** ████ ████████ **undisputed that** ████ |

**Mattel's Evidence:**

Bryant Tr. Vol. 5 at 1093:14-1094:7 ████████████████████████ Zeller Dec., Exh. 5; id. at 1094:8-1095:13 ████████████████ Zeller Dec., Exh. 5.

**Contrary Evidence:**
*See* explanation and evidence set forth with respect to Mattel's "Contrary Evidence" to Bryant UF Nos. 27-36, *supra*.

[PUBLIC REDACTED] CARTER BRYANT'S RESPONSE TO MATTEL, INC.'S STATEMENT OF GENUINE ISSUES
CASE NO. CV 04-09049 SGL (RNBx)

414421.02



| 151 | ▮▮▮▮▮▮▮▮▮▮▮ | **Disputed to the extent statement implies that Bryant's responsibilities with respect to vendors were a primary or frequent aspect of his work at Mattel.** |
|---|---|---|

**Mattel's Evidence:**

Deposition Transcript of Carter Bryant Vol. 5 ("Bryant Tr. Vol. 5"), dated, at 1091:17-1093:12 (▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮), Zeller Dec., Exh. 5 **(INACCURATE SUMMARY; INCOMPLETE EXCERPT).**

**Contrary Evidence:**

Bryant testified that ▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮ *See* Zeller Dec., Exh. 5 (Bryant), at 1092:5-22.

| 152 | ▮▮▮▮▮▮▮▮▮▮▮ | **Disputed that this "material fact" is relevant to any issue before the Court with respect to Bryant's Motion for Partial Summary Judgment; undisputed that** ▮▮▮▮▮▮; **disputed to the extent Mattel implies that** ▮▮▮▮▮▮▮▮▮▮ |
|---|---|---|

**Mattel's Evidence:**

Bryant Tr. Vol. 1 at 53:24-54:10 (▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮), Zeller Dec., Exh. 1 **(MISCHARACTERIZES**

414421.02

**TESTIMONY; INCOMPLETE EXCERPT).**

**Contrary Evidence:**

The evidence cited by Mattel misrepresents Bryant's testimony in an argumentative way. The cited portion of Bryant's deposition clearly indicates that ████████████████████████ ████████████████████████ ████████████ The relevant portion of his testimony is as follows:

Zeller Dec., Exh. 1 (Bryant), 53:24-54:6.

153

**Disputed that this "material fact" is relevant to any issue before the Court with respect to Bryant's Motion for Partial Summary Judgment; disputed to the extent Mattel implies that Bryant's decision to get his drawings notarized was somehow illicit or improper.**

**Mattel's Evidence:**

Prince Tr. Vol. 1 at 138:20-159:21, Zeller Dec., Exh. 55 (**INACCURATE SUMMARY**.

**Contrary Evidence:**

169

[PUBLIC REDACTED] CARTER BRYANT'S RESPONSE TO MATTEL, INC.'S STATEMENT OF GENUINE ISSUES
CASE NO. CV 04-09049 SGL (RNBx)

414421.02

| | |
|---|---|
| | ██████████████████████ ██████████████████████ ██████████████████████ ██████████ Zeller Dec., Exh. 55 (Prince), 139:6-8. |
| 154 ████████████████████ ██████████████ | Disputed that this "material fact" is relevant to any issue before the Court with respect to Bryant's Motion for Partial Summary Judgment; undisputed that Bryant's father testified ████████████ ████████████████████ ██████████████ **Mattel's Evidence:** Deposition Transcript of Thomas Bryant ("T. Bryant Tr."),dated September 26, 2007, at 57:13-60:21 (████████████████████ ████████), Zeller Dec., Exh. 56 **(INCOMPLETE EXCERPT).** |
| 155 ████████████████ ████████████ ██████████████ | Disputed that this "material fact" is relevant to any issue before the Court with respect to Bryant's Motion for Partial Summary Judgment; disputed as to Mattel's characterization of the evidence. **Mattel's Evidence:** T. Bryant at 150:23-152:16 (██ ████████████████████ ████████████████████ ████████████), Zeller Dec., Exh. 56 **(INACCURATE SUMMARY).** **The cited evidence does not support** |

170

414421.02

the stated proposition.

[REDACTED]

Zeller Dec., Exh. 1 (Bryant), 53:24-54:6.

**Evidentiary Ojections:**

156 [REDACTED]

Disputed that this "material fact" is relevant to any issue before the Court with respect to Bryant's Motion for Partial Summary Judgment; disputed as to Mattel's characterization of Ms. Cloonan's testimony.

**Mattel's Evidence:**

Cloonan Tr. at 132:10-133:3, Zeller Dec., Exh. 17.

**Contrary Evidence:**

Ms. Cloonan testified that [REDACTED] Zeller Dec., Exh. 17 (Cloonan), 133:1. Specifically, she testified:

[REDACTED]

171

414421.02

1

2

3

4

5

6   *Id.*, 132:18-133:1.

7   *See also* Russel Dec. in Support of

8   MGA Parties' Motion for Summary
    Judgment, Ex. 11 (Cloonan), 308:4-

9   309:7

10

11

12

13

14   (emphasis added);

15   157   **Disputed that this "material fact" is**

16   **relevant to any issue before the**
     **Court with respect to Bryant's**

17   **Motion for Partial Summary**
     **Judgment; disputed.**

18   **Mattel's Evidence:**

19

20   Cloonan Tr. at 158:15-17, Zeller Dec.,
     Exh. 17 **(MISCHARACTERIZES**

21   **TESTIMONY).**

22   **The cited evidence does not support**
     **the stated proposition.**

23

24   The portion of Cloonan's deposition
     cited by Mattel states only that:

25

26

27

28

414421.02

| | |
|---|---|
| ████████████ | ████████████ |
| | Zeller Dec., Exh 17 (Cloonan), 158:12-17. |
| 158 ██████████ | **Disputed that this "material fact" is relevant to any issue before the Court with respect to Bryant's Motion for Partial Summary Judgment; disputed as to implication that** ████████████ **otherwise undisputed.** |
| | **Mattel's Evidence:** |
| | Cloonan Tr. at 129:54-160:7 ████████████ Zeller Dec, Exh. 17. |
| 159 ██████████ | **Disputed that this "material fact" is relevant to any issue before the Court with respect to Bryant's Motion for Partial Summary Judgment; disputed characterization of Ms. Cloonan's testimony; disputed as to implication that** ████████████ |
| | **Mattel's Evidence:** |
| | Cloonan Tr. at 160:4-6, Corey Dec, Exh.6; see id. at 161:11-19 ████ Zeller Dec. Exh. 17 **(MISCHARACTERIZES TESTIMONY).** |

414421.02

**The cited testimony does not support the stated proposition:**

The portion of Ms. Cloonan's deposition cited by Mattel ███████

Cloonan, 160:5-7, *see also id.* at 160:12-15

**Disputed that this "material fact" is relevant to any issue before the Court with respect to Bryant's Motion for Partial Summary Judgment;** ███████ **disputed as to implication that Bryant had duty to discuss Bratz with Ms. Cloonan.**

**Mattel's Evidence:**

Cloonan Tr. at 131:8-20, Zeller Dec., Exh. 17.

**Contrary Evidence:**

Ms. Cloonan testified that ███████

160

174

[PUBLIC REDACTED] CARTER BRYANT'S RESPONSE TO MATTEL, INC.'S STATEMENT OF GENUINE ISSUES
CASE NO. CV 04-09049 SGL (RNBx)

414421.02

Zeller Dec., Exh. 17 (Cloonan), 163:24-165:9.

Moreover, Ms. Cloonan testified that

Anderson Decl., Ex. 21 (Cloonan), 102:8-11.

161

Disputed that this "material fact" is relevant to any issue before the Court with respect to Bryant's Motion for Partial Summary Judgment; disputed

**Mattel's Evidence:**

Cloonan Tr. at 325:10-19 Zeller Dec., Exh. 17 (**MISCHARACTERIZES TESTIMONY**).

**Contrary Evidence:**

175

414421.02



Zeller Dec., Exh. 17 (Cloonan), 325:1-9 (emphasis added).

*See also*, MGA SUF, ¶¶ 27, 28, 30, 53.

| 162 | **Disputed as to any use or characterization of quoted language in isolation from the document and its surrounding circumstances; undisputed that Agreement contains the quoted language.**<br><br>**Mattel's Evidence:**<br><br>Proprietary Information Checkout, Bates-numbered M 0001597, Proctor Dec., Exh. 7 **(QUOTED LANGUAGE TAKEN OUT OF CONTEXT).**<br><br>**Contrary Evidence:**<br><br>Anderson Dec., Ex. 27 (complete document) |

| 163 | **Disputed that this "material fact" is relevant to any issue before the Court with respect to Bryant's Motion for Partial Summary Judgment; disputed as inadmissible.**<br><br>**Mattel's Evidence:**<br><br>Bates-number MGA0829297, Zeller Dec., Exh. 119 **(LACKS PERSONAL KNOWLEDGE, HEARSAY, MISCHARACTERIZES DOCUMENT, IRRELEVANT).** |

| 164 | **Disputed that this "material fact" is relevant to any issue before the Court with respect to Bryant's Motion for Partial Summary** |

176

[PUBLIC REDACTED] CARTER BRYANT'S RESPONSE TO MATTEL, INC.'S STATEMENT OF GENUINE ISSUES
CASE NO. CV 04-09049 SGL (RNBx)

414421.02

| | |
|---|---|
| | Judgment; disputed as inadmissible as to Bryant; disputed as inadmissible. |
| | **Mattel's Evidence:** |
| | MGA Entertainment, Inc. (1st Plaintiff), MGA Entertainment (HK) Limited (2nd Plaintiff) and Double Grand Corporation Limited (Defendant), Bates numbered MGA 0885348-MGA 0885418 at 0885376, Zeller Dec., Exh. 120 (**HEARSAY, NOT PROPERLY AUTHENTICATED, LACKS PERSONAL KNOWLEDGE**). |
| 165 ██████████████████ ██████████████████ ██████████████████ ██████████ | Disputed that this "material fact" is relevant to any issue before the Court with respect to Bryant's Motion for Partial Summary Judgment; disputed as inadmissible; disputed as stated by MGA. |
| | **Mattel's Evidence:** |
| | Bates-numbered M00125293-M0012617 at M0012596, Zeller Dec., Exh. 115 (**HEARSAY, NOT PROPERLY AUTHENTICATED; LACKS PERSONAL KNOWLEDGE**). |
| | **Contrary Evidence:** |
| | *See* MGA Reply SGI, ¶ 131. |
| 166 ██████████████████ ██████████████████ ██████████████ | Disputed that this "material fact" is relevant to any issue before the Court with respect to Bryant's Motion for Partial Summary Judgment; disputed that the cited evidence ████████████ ████████████████████ ████████████████████ |
| | **Mattel's Evidence:** |

[PUBLIC REDACTED] CARTER BRYANT'S RESPONSE TO MATTEL, INC.'S STATEMENT OF GENUINE ISSUES
CASE NO. CV 04-09049 SGL (RNBx)

414421.02



| | |
|---|---|
| | Deposition Transcript of Jill Nordquist Vol, 1 ("Nordquist Tr. Vol. 1"), July 31, 2007, at 110:114-111:17, Zeller Dec., Exh. 51 (**LACKS FOUNDATION**). |
| 167 ▮▮▮▮▮▮ | **Disputed that this "material fact" is relevant to any issue before the Court with respect to Bryant's Motion for Partial Summary Judgment; disputed in that the** ▮▮▮▮▮▮ |
| | **Mattel's Evidence:** |
| | Bryant Tr. Vol. 3 at 631:9-639:22, Zeller Dec., Exh. 3 (**MISCHARACTERIZES TESTIMONY**). |
| | **Contrary Evidence:** |
| | The evidence cited by Mattel does not support the stated proposition. ▮▮ ▮▮▮ Vol. 3 at 631-639:22. ▮▮▮ |
| | Even if Bryant had so testified, such testimony does not raise a dispute as to the fact that the Employee Agreement signed by Bryant is ▮▮▮▮▮ |
| | *See* explanation and evidence set forth with respect to Mattel's "Contrary Evidence" to Bryant UF No. 11, *supra.; see also* Bryant UF Nos. 9-22, *supra.* |
| 168 ▮▮▮▮▮ | **Disputed that this "material fact" is relevant to any issue before the** |

[PUBLIC REDACTED] CARTER BRYANT'S RESPONSE TO MATTEL, INC.'S STATEMENT OF GENUINE ISSUES
CASE NO. CV 04-09049 SGL (RNBx)

414421.02

| | |
|---|---|
| 1 ▮▮▮▮▮▮▮▮▮▮▮ 2 | Court with respect to Bryant's Motion for Partial Summary Judgment; disputed. |
| 3 | **Mattel's Evidence:** |
| 4 5 6 7 | See 1995 Conflict of Questionnaire, Zeller Dec., Exh. 101; see also 1999 COI Questionnaire, Zeller Dec., Exh. 32 **(MISCHARACTERIZES DOCUMENT; IRRELEVANT).** |
| 8 9 | **The cited evidence does not support the stated proposition:** |
| 10 11 | See 1995 Conflict of Questionnaire, Zeller Dec., Exh. 101; see also 1999 COI Questionnaire, Zeller Dec., Exh. 32. |
| 12 **169** ▮▮▮▮ 13 ▮▮▮▮▮▮▮▮▮ | **Undisputed** |
| 14 | **Mattel's Evidence:** |
| 15 16 | Conflict of Interest Questionnaire, dated November 6, 1995, Zeller Dec. Exh 101 **(IRRELEVANT).** |
| 17 **170** ▮▮▮▮▮▮ 18 ▮▮▮▮▮▮▮▮ 19 ▮▮▮▮▮▮▮▮ 20 ▮▮▮▮▮▮▮ | **Disputed that this "material fact" is relevant to any issue before the Court with respect to Bryant's Motion for Partial Summary Judgment; disputed that** ▮▮▮▮▮ ▮▮▮▮▮▮▮ **disputed as to characterization of Bryant's actions as "notabl[e]"; undisputed that** ▮▮▮▮▮▮ 21 22 23 ▮▮▮▮▮ |
| 24 | **Mattel's Evidence:** |
| 25 26 | COI Questionnaire, Zeller Dec., Exh. 32. |
| 27 **171** ▮▮▮▮▮▮ 28 ▮▮▮▮▮▮▮ | **Disputed as to Mattel's legal characterization of the Inventions Agreement, and/or its interpretation** |

414421.02



| | |
|---|---|
| | for purposes of this litigation of that Agreement, as "in compliance with California Labor Code § 2780." |
| | *See* Bryant's Request for Judicial Notice in Support of Bryant's Opposition to Mattel's Motion for Partial Summary Judgment, Exs. A-E (excerpts from legislative history of Section 2870) |
| | **Mattel's Evidence:** |
| | Inventions Agreement, Anderson Dec., Exh. 8. |
| 172 | Disputed that this "material fact" is relevant to any issue before the Court with respect to Bryant's Motion for Partial Summary Judgment; disputed that Bryant had some duty of disclosure; |
| | **Mattel's Evidence:** |
| | Bryant Tr. Vol. 4 at 885:3-18, Corey Dec., Exh. 4; Bryant Tr. Vol. 1 at 209:18-23, Corey Dec., Exh. 1 **(MISCHARACTERIZES TESTIMONY).** |
| | **Contrary Evidence:** |
| | *See* MGA Parties [Proposed] Statement of Untroverted Facts and Conclusions of Law in Support of their Motion for Partial Summary Judgment ("MGA SUF"), ¶¶ 27-30. |

[PUBLIC REDACTED] CARTER BRYANT'S RESPONSE TO MATTEL, INC.'S STATEMENT OF GENUINE ISSUES
CASE NO. CV 04-09049 SGL (RNBx)

414421.02

Corey Dec., Exh. 1 (Bryant), 209:16-21.

173 ▮▮▮▮▮▮▮▮▮▮▮▮

**Disputed that this "material fact" is relevant to any issue before the Court with respect to Bryant's Motion for Partial Summary Judgment;** ▮▮▮▮▮▮▮▮

**Mattel's Evidence:**

Carter Bryant's Responses to Mattel, Inc.'s Fifth Set of Requests for Admission at Response Nos. 27-29, Zeller Dec., Exh. 102.

**The cited evidence does not support the stated proposition:**

Mattel mischaracterizes the cited evidence in an argumentative manner. The entire relevant portion of Bryant's Response to Mattel's Request for Admission is as follows:

Carter Bryant's Responses to Mattel, Inc.'s Fifth Set of Requests for

[PUBLIC REDACTED] CARTER BRYANT'S RESPONSE TO MATTEL, INC.'S STATEMENT OF GENUINE ISSUES
CASE NO. CV 04-09049 SGL (RNBx)

414421.02

| | |
|---|---|
| | Admission at Response Nos. 27-29, Zeller Dec., Exh. 102. |
| 174 ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | **Disputed that this "material fact" is relevant to any issue before the Court with respect to Bryant's Motion for Partial Summary Judgment.  Undisputed that Bryant testified,** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ **Zeller Dec., Exh. 5 (Bryant), 948:21-22.** <br><br>Bryant Vol. 5 at 948:17-949:24, Zeller Dec., Exh. 5. |
| 175 ▇▇▇▇▇▇▇▇▇▇▇▇ | **Disputed that this "material fact" is relevant to any issue before the Court with respect to Bryant's Motion for Partial Summary Judgment; disputed as stated in Bryant SGI, ¶ 11.** <br><br>**Mattel's Evidence:** <br><br>Deposition Transcript of Carter Bryant, Vol. 4 ("Bryant Tr. Vol. 4"), dated January 23, 2008, at 861:4-13, Corey Dec., Exh. 4. <br><br>**Contrary Evidence:** <br><br>*See* Bryant SGI, ¶ 11 |
| 176 ▇▇▇▇▇▇▇▇▇▇▇▇▇ | **Disputed that this "material fact" is relevant to any issue before the Court with respect to Bryant's Motion for Partial Summary Judgment; disputed to the extent statement implies that** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ **statement is vague and ambiguous as to** ▇▇▇ |

**Mattel's Evidence:**

<u>See</u> Bryant Time Record, marked as Exhibit 350 at the Deposition of Arnold Artavia, at 6, Zeller Dec., Exh. 124; Deposition Transcript of Arnold Artavia at 95:6-96:9, 105:24-106:1, Zeller Dec., Exh. 125 **(MISCHARACTERIZES TESTIMONY; LACKS PERSONAL KNOWLEDGE).**

**The cited evidence does not support the stated proposition:**

**Contrary Evidence:**

<u>See</u> Bryant SGI, ¶¶ 147, 149.

414421.02



| 177 [REDACTED] | Disputed that this "material fact" is relevant to any issue before the Court with respect to Bryant's Motion for Partial Summary Judgment; disputed.<br><br>**Mattel's Evidence:**<br><br>Bryant Tr. Vol. 2 at 292:14-293:3, Zeller Dec., Exh. 2 **(INCOMPLETE EXCERPT)**; Cloonan Tr. at 129:14-132:5, Zeller Dec., Exh. 17 **(MISCHARACTERIZES TESTIMONY, INCOMPLETE EXCERPT).**<br><br>**Contrary Evidence**<br><br>The evidence cited by Mattel misrepresents Ms. Cloonan's testimony in an argumentative way. Ms. Cloonan testified that [REDACTED] |

184

[PUBLIC REDACTED] CARTER BRYANT'S RESPONSE TO MATTEL, INC.'S STATEMENT OF GENUINE ISSUES
CASE NO. CV 04-09049 SGL (RNBx)

414421.02



Zeller Dec., Exh. 17 (Cloonan), at 129:14-130:7 (emphasis added).

Similarly,

Zeller Dec., Exh. 2 (Bryant), at 293:23-25.

**178**

**Disputed as to characterization of the document without considering the circumstances under which it was signed.  Undisputed that the Employee Agreement includes the quoted language.**

**Mattel's Evidence:**

Inventions Agreement, Proctor Dec., Exh. 5.

**Contrary Evidence:**

Anderson Decl. Ex. 8 (complete document).

**179**

**Disputed that this "material fact" is relevant to any issue before the Court with respect to Bryant's Motion for Partial Summary Judgment; disputed as to**

185

414421.02

| | |
|---|---|
| 1 | characterization of the document without considering the precise text of the document and the circumstances under which it was signed; disputed as to meaning of ████████; disputed that ████ |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | **Mattel's Evidence:** |
| 9 | Proprietary Information Checkout Form, Proctor Dec., Exh. 7 |
| 10 | **(MISCHARACTERIZES DOCUMENT).** |
| 11 | |
| 180 | **Disputed that this "material fact" is relevant to any issue before the Court with respect to Bryant's Motion for Partial Summary Judgment; disputed as stated in Bryant's SGI, ¶ 15.** |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | **Mattel's Evidence:** |
| 17 | Transcript of Hearing Regarding Mattel's Motion to Dismiss Bryant's Counter-claims, dated June 26, 2006, at 12:23-25, Proctor Dec., Exh. 8 **(IRRELEVANT; MISCHARACTERIZES STATEMENT; NOT EVIDENCE).** |
| 18 | |
| 19 | |
| 20 | |
| 181 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | **Mattel's Evidence:** |
| 25 | Bryant Tr. Vol. 1 at 44:24-45:3, Zeller Dec., Exh. 1. |
| 26 | |
| 182 | **Disputed that this "material fact" is relevant to any issue before the Court with respect to Bryant's Motion for Partial Summary** |
| 27 | |
| 28 | |

186

414421.02

**Judgment; disputed that** ████████

████████████████████

████████████████████████

██████████

**Mattel's Evidence:**

O'Connor Tr. at 222:1-7, Zeller Dec., Exh. 46.

**Contrary Evidence:**

███████████████████████

███████████████████████

█████████

████████████████████████

████████████████████████

████ *See* Nolan Decl. Ex. 94
(Tafoya) at 231:11-21 (███

████████████████████████

████████████████████████

████████████████████████

████████████████████████

████████████████████ ).

---

187

[PUBLIC REDACTED] CARTER BRYANT'S RESPONSE TO MATTEL, INC.'S STATEMENT OF GENUINE ISSUES
CASE NO. CV 04-09049 SGL (RNBx)

414421.02

1

2     Dated:  April 1, 2008

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully Submitted,

KEKER & VAN NEST, LLP


By:  /s/ Christa M. Anderson
       CHRISTA M. ANDERSON
       Attorneys for Plaintiff
       CARTER BRYANT

[PUBLIC REDACTED] CARTER BRYANT'S RESPONSE TO MATTEL, INC.'S STATEMENT OF GENUINE ISSUES
CASE NO. CV 04-09049 SGL (RNBx)

414421.02