```
 1  KEKER & VAN NEST, LLP
    JOHN W. KEKER - #49092
 2  jkeker@kvn.com
    MICHAEL H. PAGE - #154913
 3  mpage@kvn.com
    CHRISTA M. ANDERSON - #184325
 4  canderson@kvn.com
    MATTHEW M. WERDEGAR - #200470
 5  mwerdegar@kvn.com
    JOHN E. TRINIDAD - #250468
 6  jtrinidad@kvn.com
    AUDREY WALTON-HADLOCK- #250574
 7  awaltonhadlock@kvn.com
    710 Sansome Street
 8  San Francisco, CA  94111-1704
    Telephone:  (415) 391-5400
 9  Facsimile:  (415) 397-7188

10  Attorneys for Plaintiff
    CARTER BRYANT
11
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>MATTEL, INC. a Delaware Corporation,<br><br>　　　　　　　　　　Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC., v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No. CV 04-09049 SGL (RNBx) (consolidated with CV 04-9059 & 05-2727<br><br>**PROOF OF SERVICE** |

413486.02

PROOF OF SERVICE
CASE NO. CV 04-09049 SGL (RNBx)

PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest, LLP, 710 Sansome Street, San Francisco, California 94111.

On April 1, 2008, I served the following document(s):

1. APPLICATION OF CARTER BRYANT FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL;

2. [PROPOSED] ORDER RE APPLICATION OF CARTER BRYANT TO FILE CERTAIN DOCUMENTS UNDER SEAL;

3. REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF BRYANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT (Under Seal);

4. CARTER BRYANT'S RESPONSE TO MATTEL, INC.'S STATEMENT OF GENUINE ISSUES (Under Seal);

5. SUPPLEMENTAL DECLARATION OF CHRISTA M ANDERSON IN SUPPORT OF CARTER BRYANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT (Under Seal);

6. CARTER BRYANT'S RESPONSE TO MATTEL, INC.'S EVIDENTIARY OBJECTIONS TO BRYANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT(Under Seal); and

7. CARTER BRYANT'S EVIDENTIARY OBJECTIONS TO MATTEL, INC.'S SEPARATE STATEMENT OF GENUINE ISSUES REGARDING BRYANT'S SEPARATE STATEMENT OF UNCONTESTED FACTS IN SUPPORT OF BRYANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT; AND NOTICE OF JOINDER IN THE MGA PARTIES' OBJECTIONS(Under Seal).

1

2  by **COURIER**, by placing a true and correct copy in a sealed envelope addressed
3  as shown below, and dispatching a messenger from Timemachine, whose address
   is 1533 Wilshire Blvd., Los Angeles, CA 90017, with instructions to hand-carry
4  the above and make delivery to the following during normal business hours, by
5  leaving the package with the person whose name is shown or the person authorized
   to accept courier deliveries on behalf of the addressee.
6

7  John B. Quinn                                  Thomas J. Nolan
   Michael T. Zeller                              Skadden Arps Slate Meagher & Flom
8  Quinn Emanuel Urquhart Oliver &                300 South Grand Avenue, Suite 3400
   Hedges, LLP                                    Los Angeles, CA 90071-3144
9  865 South Figueroa Street, 10th Floor          Tel:  213/687-5000
10 Los Angeles, CA 90017-2543                     Fax:  213/687-5600
   Tel:  213/443-3000                             Email: tnolan@skadden.com
11 Fax:  213/443-3100
12 Email: johnquinn@quinnemanuel.com
   Email: michaelzeller@quinnemanuel.com
13

14 Alexander H. Cote (via U.S. Mail)
   Overland Borenstein Scheper & Kim LLP
15 300 S. Grand Avenue, Suite 2750
   Los Angeles, California 90071
16 Tel:  213/613-4660
17 Fax:  213/613-4656
   Email :   acote@obsklaw.com
18

19      Executed on April 1, 2008, at San Francisco, California.

20      I declare under penalty of perjury under the laws of the State of California
   that the above is true and correct.
21
                                        /s/ Julie Selby
22                                      Julie A. Selby

23

24

25

26

27

28

413486.02

2
PROOF OF SERVICE
CASE NO. CV 04-09049 SGL (RNBx)