QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> MATTEL, INC., a Delaware corporation, <br><br> Defendant. <br><br> AND CONSOLIDATED CASES | CASE NO. CV 04-9049 SGL (RNBx) <br><br> Consolidated with Case No. CV 04-09059 and Case No. CV 05-02727 <br><br> Honorable Stephen G. Larson <br><br> **[PUBLIC REDACTED]** <br> **MATTEL, INC.'S EVIDENTIARY OBJECTIONS TO CARTER BRYANT'S OPPOSITION TO MATTEL'S MOTION FOR PARTIAL SUMMARY JUDGMENT** <br><br> Hearing Date: April 23, 2008 <br> Time: 10:00 a.m. <br> Place: Courtroom 1 <br><br> Discovery Cut-off: January 28, 2008 <br> Pre-trial Conference: May 5, 2008 <br> Trial Date: May 27, 2008 |

## TABLE OF CONTENTS

**Page**

I.  EVIDENCE SUBMITTED TO THE COURT IN SUPPORT OF A MOTION MUST BE ADMISSIBLE IF OFFERED AT TRIAL. ................... 1

II. OBJECTIONS TO CARTER BRYANT'S STATEMENT OF GENUINE ISSUES IN OPPOSITION TO MATTEL'S MOTION FOR PARTIAL SUMMARY JUDGMENT ............................................................. 2

Mattel, Inc. ("Mattel") respectfully submits the following Evidentiary Objections to Carter Bryant's Opposition to Mattel's Motion for Partial Summary Judgment.

## I. EVIDENCE SUBMITTED TO THE COURT IN SUPPORT OF A MOTION MUST BE ADMISSIBLE IF OFFERED AT TRIAL.

Evidence submitted to the Court on motion practice must meet all requirements for admissibility of evidence if offered at the time of trial. Beyene v. Coleman Sec. Services, Inc., 854 F.2d 1179, 1181-1182 (9th Cir. 1988); Travelers Cas. & Sur. Co. of America v. Telstar Const. Co., Inc., 252 F. Supp. 2d 917, 923 (D. Ariz. 2003). See also Fed. R. Evid. 101 (Rules of Evidence apply to all proceedings in the courts of the United States); Fed. R. Evid. 1101 (listing exceptions to Rule 101). Here, much of the evidence submitted in support of Bryant's motion for partial summary judgment is inadmissible.[1]

Bryant has also purported to "join[] in MGA's response and evidence opposing" Mattel's Motion for Partial Summary Judgment. See Carter Bryant's Statement of Genuine Issues in Opposition to Mattel's Motion for Partial Summary Judgment ("SGI"), ¶¶ 1-134. Accordingly, for reasons of judicial economy and convenience, Mattel incorporates its Evidentiary Objections to MGA Parties' Opposition to Mattel's Motion for Partial Summary Judgment into this document.

---

[1] Additionally, Local Rule 32-1 requires questions and answers relied upon to be marked by "bracketing in the margins the questions and answers" that the party intends to offer as evidence. Id.; see also Local Rule 16-2.7. None of the deposition excerpts Bryant offers into evidence is marked as required.

-1-
MATTEL'S EVIDENTIARY OBJECTIONS TO BRYANT'S OPPOSITION TO MATTEL'S MSJ

## II. OBJECTIONS TO CARTER BRYANT'S STATEMENT OF GENUINE ISSUES IN OPPOSITION TO MATTEL'S MOTION FOR PARTIAL SUMMARY JUDGMENT



**PAGES 3-81 ARE FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

DATED: April 1, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Tim Alger
Tim Alger
Attorneys for Mattel, Inc.

---

[3] Standing Order, dated April 14, 2006, at 5:22-27, Supp. Proctor Dec. Exh. 31.