QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
|---|---|
| Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
| vs. | |
| MATTEL, INC., a Delaware corporation, | [PUBLIC REDACTED]<br>NOTICE OF LODGING IN SUPPORT OF MATTEL, INC.'S REPLY IN FURTHER SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | Date: April 22, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 1 |
| | **Phase 1**<br>Discovery Cut-Off:   Jan. 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date:   May 27, 2008 |

|   |   |
|---|---|
| 1 | TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF |
| 2 | RECORD, PLEASE TAKE NOTICE that Mattel, Inc. hereby lodges the following |
| 3 | declarations with the Court in support of its Reply in Further Support of its Motion |
| 4 | for Partial Summary Judgment: |

    1.    [Corrected] Declaration of Michael T. Zeller in support of Mattel, Inc.'s Consolidated Opposition to Defendants' Motions for Partial Summary Adjudication, Volume 1, dated March 25, 2008, attached hereto as Exhibit A.

    2.    [Corrected] Declaration of Michael T. Zeller in support of Mattel, Inc.'s Consolidated Opposition to Defendants' Motions for Partial Summary Adjudication, Volume 2, dated March 25, 2008, attached hereto as Exhibit B.

    3.    [Corrected] Declaration of Michael T. Zeller in support of Mattel, Inc.'s Consolidated Opposition to Defendants' Motions for Partial Summary Adjudication, Volume 3, dated March 25, 2008, attached hereto as Exhibit C.

    4.    [Corrected] Declaration of Michael T. Zeller in support of Mattel, Inc.'s Consolidated Opposition to Defendants' Motions for Partial Summary Adjudication, Volume 4, dated March 25, 2008, attached hereto as Exhibit D.

    5.    Declaration of Valery Aginsky in support of Mattel, Inc.'s Consolidated Opposition to Defendants' Motions for Partial Summary Adjudication, dated March 21, 2008, attached hereto as Exhibit E.

    6.    Declaration of Lloyd W. Cunningham in support of Mattel, Inc.'s Consolidated Opposition to Defendants' Motions for Partial Summary Judgment, dated March 21, 2008, attached hereto as Exhibit F.

7. Declaration of William Flynn in support of Mattel, Inc.'s Consolidated Opposition to Defendants' Motions for Partial Summary Adjudication, dated March 21, 2008, attached hereto as Exhibit G.

8. Declaration of Ginger S. McRae in support of Mattel, Inc.'s Consolidated Opposition to Defendants' Motions for Partial Summary Adjudication, dated March 21, 2008, attached hereto as Exhibit H.

9. Declaration of Bruce L. Stein in support of Mattel, Inc.'s Consolidated Opposition to Defendants' Motions for Partial Summary Adjudication, dated March 21, 2008, attached hereto as Exhibit I.

10. Declaration of Mateo Romano in support of Mattel, Inc.'s Consolidated Opposition to Defendants' Motions for Partial Summary Adjudication, dated March 20, 2008, attached hereto as Exhibit J.

11. Declaration of Michael Moore in support of Mattel, Inc.'s Consolidated Opposition to Defendants' Motions for Partial Summary Judgment, dated March 24, 2008, attached hereto as Exhibit K.

DATED: April 1, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By_____
B. Dylan Proctor
Attorneys for Mattel, Inc.