Case 2:04-cv-09049-DOC-RNB   Document 2888-6   Filed 04/01/08   Page 1 of 4   Page ID #:48179



EXHIBIT B

PAGE 18

# Attachment 2

## Reduced copy of page 12

## of document A-1

EXHIBIT_____B_____

PAGE_____19_____

EXHIBIT B

PAGE 20

[Notary journal page, rotated. Handwritten annotations in red:]

- 13 drawings — 12
- Each drawing stamped & signed to attest. Sig. of Copy. — 17
- 8 pages — some docu's — 13
- Signature notarized.

[Entry in column 3:] Victoria B—

[Signatures in columns 1 and 2]

[Faint watermark text: "...ges 1 through 12 of document A-..."]

# Attachment 3

# Reduced copies of the cover page and pages 1 through 12 of document A-1

EXHIBIT B
PAGE 21