OFFICIAL Journal of Notarial Acts

B

| # | Date | Type | Description | Name/Address |
|---|---|---|---|---|
| 1 | 1/15/96 1:45 p.m. | Acknowledgment | Letter of Authorization | John Kocis % Western States Mechanical 1005 W 190th St. Gardena CA 90248 |
| 2 | 1/23/96 8:30 a.m. | Acknowledgment | Unconditional Release | Rick Luff % SMARDAN 14009 Halldale Ave. Gardena CA 90248 |
| 3 | 2/16/96 11:35 a.m. | General Release Acknowledgment | General Release for Turner Construction | Karen Roach % Western States Mechanical 1005 W. 190th St. Gardena CA 90248 |
| 4 | 2/29/96 | Affidavit/Declaration for Collection of Decedent's Deposit Account | For sole beneficiary | Kurt Weston 4044 Miraleste Dr. Rancho Palos Verdes, CA 90275 |
| 5 | 3/14/96 | Acknowledgment | Letter of Authorization | John Kocis % Western States Mechanical 1005 W 190th Street Gardena CA 90248 |
| 6 | 4/9/96 | Acknowledgment | Letter of Authorization | John Kocis % Western States Mechanical 1005 W 190th Street Gardena CA 90248 |
| 7 | 5/3/96 | General Release Acknowledgment | Unconditional Release | Rick Luff % SMARDAN 14009 Halldale Ave. Gardena CA 90248 |
| 8 | 5/13 PM | Acknowledgment | Letter of Authorization | Lewis Johnson % Western States Mechanical 1005 W 190th Street Gardena CA |