| | | | | | | | |
|---|---|---|---|---|---|---|---|
| V.P. for W.S.M. | V.P. of Medical Facilities<br>Western States Wash. | V.P. Implant Facilities | Controller | V.P. Implant Facilities | President for Western States | | |
| N/A<br>0 | N/A<br>0 | N/A<br>0 | N/A<br>0 | N/A<br>0 | N/A<br>0 | N/A<br>0 | |