

| # | Date | Type | Date2 | Document | Name/Address of Signer |
|---|------|------|-------|----------|------------------------|
| 1 | 7/2/96 | Acknowledgment | 6/27/96 | Grant Deed | Elizabeth Ann Kocis |
| 2 | 8/22/96 | Acknowledgment | 7/20/96 | Mechanics Lien | Lewis Johnson, Vice President / Western Status R, 1885 W. 190th Street, Gardena CA 90248 |
| 3 | 8/22/96 | Acknowledgment | 7/29/96 | Mechanics Lien | John Kocis, Western Status Mechanical Ins us, Gardena, CA 90248 |
| 4 | 11/19/96 | Affidavit Acknowledgment | 11/19/96 | Affidavit | Daniel Fink, c/o Image Media Entertainment, 1635 16th Street, Santa Monica CA |
| 5 | 11/19/96 | Acknowledgment | 11/19/96 | Affidavit | Daniel Fink, c/o Image Media Entertainment, 1635 16th Street, Santa Monica CA |
| 6 | 11/19/96 | Acknowledgment | 11/19/96 | Affidavit | Daniel Fink, c/o Image Media " " |
| 7 | 1/21/07 | Acknowledgment | 1/21/07 | Power of Attorney | Mark J. Kubicek |
| 8 | 2/05/07 | " " | 2/05/07 | Proof of Loss | Joseph " " |

