

| # | Date | Acknowledgment | Document | Name / Address |
|---|---|---|---|---|
| 1 | 2/10/98 | Acknowledgment | Power of Attorney Transfer from son-Mark J. Kubict | 2201 Atari Blvd Redondo Beach, CA |
| 2 | 2/10/98 | " | Power of Attorney To verify Joseph Kubick transfer from Olga LaSuva Florida saw Harry J. Berber signature | |
| 3 | 8/11/98 | " | Power of Attorney International Trade Guarantee Forwarding | 450 N. Rossmore Ave Los Angeles |
| 4 | 8/20/98 | " | Marital Settlement Agreement | 918 S. Leland St San Pedro |
| 5 | 8/20/98 | " | Judgement Dissolution of Marriage | " |
| 6 | 10/27/98 | " | Dept. Arizona Motor Vehicle Div AZ | Victoria Polzin |
| 7 | 11/4/98 | " | Claim Form | Shawn Zickerman 1414 2nd Street #15 Inglewood, CA |
| 8 | 1/20/99 | " | Detangle Pursuant to California Probate code §13100 | Hermosa Beach, CA Robert Allen Cakman |



B
32