| # | Date | Type | Description |
|---|------|------|-------------|
| 1 | 8/26/99 | Acknowledgement 8/26/99 | Original sketches of doll ideas - characters & names, hair styles, Jade, Lupe, Hallie, Zoe, Kiana | Carter Bryant 1319 W. 160th St. Gardena, CA 90247 |
| 2 | 9/14/99 | Acknowledgement 9/14/99 | Power of Attorney | Jennifer Josef Kubick |
| 3 | 9/14/99 | Acknowledgement 9/10/99 | Letter | Victoria Polzin |

EXHIBIT B
PAGE 33

(Page rotated; handwritten notes on a signature/notary form)

- Carter Bryant (signature)
- (signature)
- x Victoria Roj—

13 drawings
Each drawing stamped
& signed to attain Sig. of Carter

8 Pages – Some docum.
Signature notarized

EXHIBIT B
34