

EXHIBIT 2
PAGE 23

All Rights Assigned to ABC International Traders d/b/a MGA Entertainment.

Isaac Larian, CEO

June 2000
Contract date: 9/18/2000

M 0001489



8/1998

All Rights Assigned to ABC International Traders d/b/a MGA Entertainment.

Isaac Larian, CEO

Contract date 9/15/00

M 0001490

EXHIBIT 2

PAGE 24



EXHIBIT 2
PAGE 25

All Rights Assigned to ABC International Traders d/b/a MGA Entertainment.

Isaac Larian, CEO
Contract date 9/15/00

M 0001491



8/1998

All Rights Assigned to ABC International Traders d/b/a MGA Entertainment.

Isaac Larian, CEO

Contract date 9/18/00

EXHIBIT 2
PAGE 74

M 0001492



© 1998

EXHIBIT 2
PAGE 27

All Rights Assigned to ABC International Traders d/b/a MGA Entertainment.

Isaac Larian, CEO

Contract date 9/15/00

M 0001493



EXHIBIT 2
PAGE 28

All Rights Assigned to ABC International Traders d/b/a MGA Entertainment.

Isaac Larian, CEO

Contract date 9/18/00

M 0001494



© 8/1998

EXHIBIT 2
PAGE 29

All Rights Assigned to ABC International Traders d/b/a MGA Entertainment.

Isaac Larian, CEO

Contract date 9/15/00

M 0001495