

8/1998

EXHIBIT 2
PAGE 30

All Rights Assigned to ABC International Traders d/b/a MGA Entertainment.

Isaac Larian, CEO

Contract date  9/18/00

M 0001496



8/1998

EXHIBIT 2
PAGE 31

All Rights Assigned to ABC International Traders d/b/a MGA Entertainment.

Isaac Larian, CEO

Contract date 9/18/00

M 0001497



EXHIBIT 2

PAGE 32

All Rights Assigned to ABC International Traders d/b/a MGA Entertainment.

Isaac Larian, CEO

Contract date 9/15/00

M 0001498



EXHIBIT 2
PAGE 33

All Rights Assigned to ABC International Traders d/b/a MGA Entertainment.

Isaac Larian, CEO
Contract date: 9/18/00

M 0001499



All Rights Assigned to ABC International Traders d/b/a MGA Entertainment.

Isaac Larian, CEO

EXHIBIT 2
PAGE 34

M 0001500



EXHIBIT 2
PAGE 35

All Rights Assigned to ABC International Traders d/b/a MGA Entertainment.

Isaac Larian, CEO

Contract date: 9/18/00

M 0001501