

8/1998

EXHIBIT ___2___

PAGE ___3D___

All Rights Assigned to ABC International Traders d/b/a MGA Entertainment.

Isaac Larian, CEO

Conveyed date   9/18/00

M 0001496



8/1998

EXHIBIT _____ 2
PAGE _____ 31

All Rights Assigned to ABC International Traders
d/b/a MGA Entertainment.

Isaac Larian, CEO

Contract date 9/18/00

M 0001497



All Rights Assigned to ABC International Traders
d/b/a MGA Entertainment.

Isaac Larian, CEO

Contract date 9/15/00

EXHIBIT 2

PAGE 32

M 0001498



EXHIBIT _____ 2 _____

PAGE _____ 33 _____

All Rights Assigned to ABC International Traders d/b/a MGA Entertainment.

Isaac Larian, CEO

Contract date: 9/18/00

M 0001499

All Rights Assigned to ABC International Traders d/b/a MGA Entertainment.

Isaac Larian, CEO



EXHIBIT _2_

PAGE _34_

M 0001500



**EXHIBIT** 2

**PAGE** 35

All Rights Assigned to ABC International Traders d/b/a MGA Entertainment.

Isaac Larian, CEO

Contract date: 9/18/00

M 0001501