

DOLL PIECE COUNT*

HAIRSTYLE #1
LONG TEE
SHORT TEE
JEANS
SKIRT
SNEAKERS
MARY JANES
HAIRSTYLE #2
BACKPACK

TOTAL PIECES*
- LONG SLEEVED TEE SHIRT
- CUFFED "JEANS"
- SHORT SLEEVED TEE SHIRT
- SKIRT
- POP-ON/OFF SNEAKERS
- POP-ON/OFF MARY JANES
- BACKPACK
- LONG HAIRSTYLE "WIG" (POP-ON/OFF)
- SHORT HAIRSTYLE "WIG" (POP-ON/OFF)
- DOLL BODY/HEAD

* DESIGN SUBJECT TO CHANGE

DRAWINGS NOT TO ACTUAL SIZE

EXHIBIT 2
PAGE 36

M 0001502

BODY

JOINTED NECK, @ SHOULDERS

POSSIBLE TWIST WAIST, BELOW BELLY BUTTON

JOINTED @ HIPS

SCULPTED FINGERNAILS

NOT ACTUAL SIZE

ACTUAL DOLL HEIGHT (WITH HEAD) APPX. 9½" - 10"

BASIC SHOE SCULPT

M 0001503

EXHIBIT 2

PAGE 37



To give Zoe a whole new look for night, change her short dark brown hairstyle to her long blonde hairdo (included), change her pants to a skirt (also included) and change her sneakers to platform sandals (you get those too)

M 0001504

EXHIBIT 2

PAGE 38

