```
 1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
      John B. Quinn (Bar No. 090378)
 2    (johnquinn@quinnemanuel.com)
      Michael T. Zeller (Bar No. 196417)
 3    (michaelzeller@quinnemanuel.com)
      Jon D. Corey (Bar No. 185066)
 4    (joncorey@quinnemanuel.com)
    865 South Figueroa Street, 10th Floor
 5  Los Angeles, California  90017-2543
    Telephone:  (213) 443-3000
 6  Facsimile:  (213) 443-3100

 7  Attorneys for Mattel, Inc.
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>  Plaintiff,<br><br>  vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>  Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MATTEL, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT<br><br>Date: April 22, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 1<br><br>**Phase 1**<br>Discovery Cut-Off:       Jan. 28, 2008<br>Pre-Trial Conference:  May 5, 2008<br>Trial Date:                   May 27, 2008 |

07209/2441061.1

Case No. CV 04-9049 SGL (RNBx)
DECLARATION OF MICHAEL T. ZELLER

# DECLARATION OF MICHAEL T. ZELLER

I, Michael T. Zeller, declare as follows:

1. I am a member of the Bars of the States of California, New York and Illinois, am admitted to practice before this Court and am a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for plaintiff and cross-defendant Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. Mattel has produced internal investigation files regarding Mattel's investigations into Bratz and/or Carter Bryant undertaken prior to this lawsuit. These files and the testimony of Mattel witnesses show that Mattel did not know that Carter Bryant had assisted MGA while employed by Mattel until November 24, 2003 when it obtained a copy of the MGA-Bryant agreement.

3. At a February 11, 2008 hearing before the Discovery Master, Mattel represented that it has not and will not take the position that its underlying knowledge or any underlying facts regarding Topic Nos. 15 and 21 of Bryant's Notice of Deposition of Mattel are privileged. Hearing Tr. at 10:25-13:14. Attached hereto as Exhibit 1 are true and correct excerpts from the Hearing Transcript dated February 11, 2008.

4. Consistent with Mattel's representation to the Discovery Master, I did not instruct Mattel's Rule 30(b)(6) designee, Kathleen Simpson-Taylor, on Mattel's knowledge or the underlying facts with respect to those Topics at her deposition on February 23, 2008. MGA counsel, Thomas Nolan, does not say otherwise in his declaration, and defendants have not filed any motion with the Discovery Master asserting that Mattel had improperly withheld such facts at that deposition, which occurred more than a month ago.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 31, 2008, at Washington, D.C.

_/s/ Michael T. Zeller_
Michael T. Zeller

-3-

Case No. CV 04-9049 SGL (RNBx)
DECLARATION OF MICHAEL T. ZELLER