1   QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
      John B. Quinn (Bar No. 090378)
2      (johnquinn@quinnemanuel.com)
      Michael T. Zeller (Bar No. 196417)
3      (michaelzeller@quinnemanuel.com)
      Jon D. Corey (Bar No. 185066)
4      (joncorey@quinnemanuel.com)
    865 South Figueroa Street, 10th Floor
5   Los Angeles, California  90017-2543
    Telephone:   (213) 443-3000
6   Facsimile:    (213) 443-3100

7   Attorneys for Mattel, Inc.

8

9                   UNITED STATES DISTRICT COURT

10                 CENTRAL DISTRICT OF CALIFORNIA

11                        EASTERN DIVISION

12   CARTER BRYANT, an individual,         CASE NO. CV 04-9049 SGL (RNBx)

13            Plaintiff,                   Consolidated with
                                           Case No. CV 04-09059
14       vs.                               Case No. CV 05-02727

15   MATTEL, INC., a Delaware              DECLARATION OF KENNETH
     corporation,                          HOLLANDER IN SUPPORT OF
16                                         MATTEL, INC.'S CONSOLIDATED
              Defendant.                   OPPOSITION TO DEFENDANTS'
17                                         MOTIONS FOR PARTIAL
                                           SUMMARY ADJUDICATION
18   AND CONSOLIDATED ACTIONS

19                                         Date:   April 22, 2008
                                           Time:   10:00 a.m.
20                                         Place:  Courtroom 1

21                                         **Phase 1**
                                           Discovery Cut-Off:      Jan. 28, 2008
22                                         Pre-Trial Conference:   May 5, 2008
                                           Trial Date:              May 27, 2008

23

24

25

26

27

28

## DECLARATION OF KENNETH HOLLANDER

I, Kenneth Hollander, declare as follows:

1.      I make this declaration of my personal and firsthand knowledge and, if called and sworn as a witness, I could and would testify competently hereto.

2.      I make this declaration in support of plaintiff Mattel, Inc.'s ("Mattel") Motion for Partial Summary Adjudication.

3.      I have been retained on behalf of Mattel to conduct survey research to determine the extent to which, if any, girls aged 8-13 recognize certain Carter Bryant drawings as looking like Bratz dolls.  I have over 20 years experience in conducting market research.  A true and correct copy of my *curriculum vitae* as attached as Exhibit A to this Declaration.

4.      Attached as Exhibit B is a true and correct copy of the expert report I prepared in this case, dated March 17, 2008.  I certify that this report is true, accurate and correct, and accurately sets forth my opinions in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 1, 2008, at Mendocino, California.

Kenneth Hollander

07209/2453843.1

-2-

Case No. CV 04-9049 SGL (RNBx)
DECLARATION OF KENNETH HOLLANDER