## PROTOCOL

25. This survey employed a Test and Control protocol in order to account for what survey researchers refer to as "noise," that is, any exogenous and unmeasureable respondent issues such as going-in knowledge and/or preconceived opinions. The way around these potentially confounding influences is to use a control group.

26. The Test Group saw two different screens of Bryant drawings: one screen displayed a different drawing in each quadrant of the screen (the "Quadrant" screen); the second screen displayed a group drawing (the "Group" screen). The Control Group saw two analogous screens except the Quadrant and Group screens were non-contested "Cherry Merry Muffin" drawings.

27. Respondents were assigned either to the Test Group or the Control Group on an every-other-interview basis. The respondents in both the Test Group and the Control Group were asked identical questions in an identical order.

28. This protocol ensures that if there are different "Bratz" answers for the Test and Control Groups, they are not caused by "noise," or by differences between the respondents themselves, or by the questions asked of these respondents.

EXHIBIT B
PAGE 14

## SCREENER AND QUESTIONNAIRE

29. The "screening" questionnaire established that: no one in the household worked for a prohibited firm (Question A); there was a girl aged 8-13 living in the household (Questions B and C); a Bratz doll had been bought in the past 12 months for a girl aged 8-13 living in the household (Questions D and E); and a girl aged 8-13 for whom a doll had been bought in the past 12 months was available to take the survey (Questions F1 and F2).

SCREENER [COMPLETED BY THE ADULT PANEL MEMBER]

A. Do you yourself or does any member of your immediate household work for....

|  | Yes | No |  |
|---|---|---|---|
| A manufacturer of children's apparel | O | O |  |
| A marketing or marketing research firm | O | O | IF "YES" TERMINATE |
| An advertising or public relations agency | O | O | IF "YES" TERMINATE |
| A law firm | O | O | IF "YES" TERMINATE |
| A newspaper, radio or TV station | O | O | IF "YES" TERMINATE |
| A manufacturer, distributor, or retailer of children's dolls | O | O | IF "YES" TERMINATE |
| A manufacturer, distributor, or retailer of children's toys or games | O | O |  |

B. Do you currently have children living in your home?

O Yes *[CONTINUE]*
O No *[TERMINATE]*

EXHIBIT B
PAGE 15

---

Kenneth Hollander Associates                Page 9                March 17, 2008

C. How many of the children currently living in your home are:

| Girls | 0 | 1 | 2 | 3 or more |
|---|---|---|---|---|
| Under 8 yrs. old | O | O | O | O |
| 8-13 yrs. old | O | O | O | O |
| 14-18 yrs. old | O | O | O | O |

| Boys | 0 | 1 | 2 | 3 or more |
|---|---|---|---|---|
| Under 8 yrs. old | O | O | O | O |
| 8-13 yrs. old | O | O | O | O |
| 14-18 yrs. old | O | O | O | O |

**[TERMINATE IF GIRLS 8-13 YRS. OLD IS '0']**

D. In the past 12 months, which of the following items (if any) have you or anyone in your immediate household bought <u>for an 8-13 year-old girl</u> currently living in your home? (please select all that apply) [ROTATE LIST ITEMS]

- ☐ A doll *[TERMINATE IF NOT SELECTED]*
- ☐ A dress
- ☐ Shoes
- ☐ Athletic equipment
- ☐ An electronic game
- ☐ None of the above

E. In the past 12 months, what brand or brands of dolls were bought <u>for an 8-13 year-old girl</u> currently living in your home?

[QT=OE]
[FIVE OPEN END TEXT BOXES; RESPONDENT CAN ONLY CONTINUE IF ONE OF THE QUALIFYING VARIATIONS OF "BRATZ SPELLING" IS INCLUDED]

*Qualifying variations of BRATZ DOLL (not case sensitive):*
- Bratz
- Brats
- Brat
- Braz
- Bras
- Bratt
- Brattz
- Bratts
- Brazz
- Brass

EXHIBIT __B__
PAGE __16__

- *Bratz Doll*
- *Brats Doll*
- *Brat Doll*
- *Braz Doll*
- *Bras Doll*
- *Bratt Doll*
- *Brattz Doll*
- *Bratts Doll*
- *Brazz Doll*
- *Brass Doll*

*F1. Is the 8-13 year old girl for whom a doll was purchased available to participate in the study?*

  ○ *Yes [SHOW INFO NODE G2]*
  ○ *No [TERMINATE]*

*F2. Please invite the 8-13 year old girl for whom a doll was purchased to join you at the computer and have **her** answer the following questions. [CONTINUE TO MAIN QUESTIONNAIRE]*

30. The girl aged 8-13 completed the Main Questionnaire:

<u>MAIN QUESTIONNAIRE</u>

*Hello!*

*Thank you for participating in our study.*

*How old are you?*
  ○ *Age 8*
  ○ *Age 9*
  ○ *Age 10*
  ○ *Age 11*
  ○ *Age 12*
  ○ *Age 13*

*As soon as you are ready to begin, click the >> button.*

**[ON AN EVERY-OTHER BASIS, ASSIGN RESPONDENT TO ONE OF THE FOLLOWING CELLS]**

  ○ *Cell M*
  ○ *Cell N*

EXHIBIT ___B___
PAGE ___17___

H1. *We're going to show you some drawings and ask you a few questions about them. If you don't know an answer, it's okay. There are no right or wrong answers, so you won't need to guess.*

---

H2. *Please look at the drawings on the following two screens. Take as much time as you wish looking at each. When you're finished looking at each screen, click the "NEXT" button.*

---

**IMAGE 1**
IF CELL=M, IMAGE = m1.jpg
IF CELL=N, IMAGE = n1.jpg

---

**IMAGE 2**
IF CELL=M, IMAGE = m2.jpg
IF CELL=N, IMAGE = n2.jpg

---

*You just saw two screens of drawings. What, if anything, do these drawings look like to you?*

- ☐ Angie dolls
- ☐ Barbie dolls
- ☐ Bratz dolls
- ☐ Cabbage Patch dolls
- ☐ Cherry Merry Muffin dolls
- ☐ Madam Alexander dolls
- ☐ Strawberry Shortcake dolls
- ☐ None of the above
- ☐ Don't know

*[1. ROTATE 1ST 7 RESPONSES (Angie - Strawberry Shortcake dolls)*
*2. ANCHOR LAST 2 RESPONSES ("None of the above" & "Don't know")*
*3. ALLOW MULTIPLE RESPONSES (EXCEPT "None of the above" and "Don't know")]*

EXHIBIT **B**
PAGE **18**

## PERIOD OF INTERVIEWING

31. Interviewing was conducted from March 4 to March 7, 2008. Given the nature of Internet interviewing, respondents completed their interview at a time and place convenient to them, which means that they had no constraints of either time or place to interfere with their giving considered answers to the questions.

## "DOUBLE-BLIND" PROCEDURES

32. Because of the way the questions were crafted, neither the survey programmer nor the respondents knew the purpose of this survey. That is, no question suggested the survey's sponsor or purpose.

33. Thus, neither the programmer nor the respondents could either advertently or inadvertently influence the results.

EXHIBIT __B__

PAGE __19__

## RECAPITULATION OF SURVEY NEUTRALITY

34. All nine of the Design Principles and Standards delineated in Paragraph 11 were observed in this survey and have been referenced in the discussion of each applicable issue. Furthermore, the following additional five safeguards were observed:

   A. Respondents were told that it was permissible to have no opinion about a subject, and thus that they shouldn't feel the need to guess at an answer.

   B. The Test and Control protocol accounted for any unknown and, therefore, unmeasureable "noise" factors.

   C. Answers that included names were rotated on an every-other-interview basis to eliminate position bias.

   D. Adults who themselves had potentially atypical knowledge because of their profession, or who had family members with such atypical knowledge, were excluded from the survey.

   E. Finally, neither the survey company nor the respondents knew the sponsor or the purpose of the study; thus, neither could attempt to influence the results.

EXHIBIT B
PAGE 20

# DETAILED FINDINGS

35. The table below shows that a net of 91.1% identified the Bryant drawings as Bratz dolls. Statistically, this result could occur by chance only once in 100 occurrences; that is, the result is "statistically significant" at the 99% confidence level.

**Drawings Look Like...**

|  | Test Group | Control Group |
|---|---|---|
| Base=Total in Each Group.......... | (200) | (200) |
|  | % | % |
| Angie dolls only | 0.0 | 0.0 |
| Barbie dolls only | 0.5 | 0.0 |
| **Bratz dolls only** | 92.1† | 1.0 |
| Cabbage Patch dolls only | 0.0 | 1.9 |
| Cherry Merry Muffin dolls only | 0.0 | 9.2 |
| Madam Alexander dolls only | 0.5 | 1.0 |
| Strawberry Shortcake dolls only | 0.0 | 55.6 |
| More than one doll | 4.4 | 26.6 |
| None of the above | 2.0 | 2.4 |
| Don't know | <u>0.5</u> | <u>2.4</u> |
|  | 100.0 | 100.0 |

*Q. What, if anything, do these drawings look like to you?*

†Significantly higher than Control Group at 99% confidence level

EXHIBIT B
PAGE 21

# APPENDIX A
Resume of Kenneth A. Hollander

EXHIBIT B

PAGE 22

# BIOGRAPHICAL MATERIAL

### -Kenneth A. Hollander-

**CAREER**

- *Procter & Gamble, Cincinnati*
  - Research Brand Manager

- *Hallmark Cards, Kansas City*
  - Associate Research Director

- *Young & Rubicam, Chicago*
  - Research Director

- *Interpublic Group of Companies, Atlanta*
  - Vice President, Director of Communications Planning Group

- *Kenneth Hollander Associates*
  - Chief Executive Officer

**ACADEMIC INVOLVEMENT**

- *University of Georgia Graduate School of Business*
  - Lecturer
  - Chairman, Board of Advisors, Masters of Marketing Research Program
  - Distinguished Practitioner, Department of Marketing

- *Emory University Graduate School of Business*
  - Lecturer

- *Stanford University Graduate School of Business*
  - Lecturer

**PUBLICATION**

- Contributing Editor, <u>Advertising</u>, McGraw Hill

**SPEAKER**

- *American Marketing Association*
- *Association of National Advertisers*
- *Advertising Research Foundation*
- *Marketing Research Association*

**EDUCATION**

- *B.S.*   The Ohio State University
- *MBA*   The University of Missouri

## Kenneth Hollander Deposition and/or Trial Testimony: 2003-2007

### 2003

US District Court of Nevada. Hartl Crushek LLP v. Erin Systems, Hartl Anlagerbau GmbH. CV:S-02-0379-LDG-LRL

US District Court of South Florida. Nitro Leisure Products v. Acushnet Company. CV:02-14008-CIV Middlebrooks/Lynch

US District Court Southern District of Texas—Houston Division. TXU v. Encore Bank. CV:H-02-3463

US District Court of South Florida—Miami Division. Doral Golf Resort & Spa v. International Doral Miami, CV:01-23425

### 2004

US District Court Southern District of Florida—Fort Lauderdale Division. Bank of America v. Nations Mortgage and Investments, Inc. 03-62037 CIV-ZLOCH

### 2005

US District Court of Nevada. R&R Partners v. Dorothy Tovar. CV-N-04-0145-LRH-VPC

US District Court Southern District of California. Votivo v. Archieligo. CV03-230L

### 2006

US District Court for Western District of Washington. Richard Bach and Russell v. Forever Living Products U.S., Inc., C05-0970P

US District Court Central District of California, Southern Division, Lamoon, Inc. v. Lamour Nail Products, Inc., SAV05-191 AHS (ANx).

US District Court of South Florida, Miami Division. Manpower Software v. Manpower, Inc., 04-22997.

US District Court of Nevada. Hansen Beverage v. Rockstar, Inc.  CV 2:06-cv-00733

U.S. District Court for the Eastern District of North Carolina Western Division. Georgia-Pacific Corporation v. Von Drehle Corporation, 5-05-CV-478-BO(1)

### 2007

U. S. District Court for Central District of California Western Division. Nissan Motor Co. Ltd. and Nissan North America, Inc. v. Nissan Computer Corporation and The Internet Center, Inc., CV 99-12980 DDP (Mcx).

U.S. District Court District of New Jersey. IDT Telecom Inc. and Union Telecard Alliance, LLC v. CVT Prepaid Solutions, Inc. CV 07-1076

U.S. District Court Central District of California. TrafficSchool.Com, Inc. v. Edriver, Inc. CV06-7561 PA (Cwx)

U.S. District Court Southern District of California. Brighton Collectibles, Inc. v. Renaissance Group International and Ralph's Grocery Company, CV-06-1115 H POR

U.S. District Court Northern District of Illinois Eastern Division, Luster Products v. Intimate Beauty Corporation and V. Secret Catalogue, Inc, CV05C-4527

EXHIBIT B
PAGE 24

# APPENDIX B
## Questionnaires & Images

EXHIBIT __B__

PAGE __25__

# GIRLS DOLL STUDY

<u>SCREENER (TO BE COMPLETED BY THE PARENT)</u>

A. Do you yourself or does any member of your immediate household work for....

|  | Yes | No |  |
|---|---|---|---|
| A manufacturer of children's apparel | O | O |  |
| A marketing or marketing research firm | O | O | IF "YES" T&T |
| An advertising or public relations agency | O | O | IF "YES" T&T |
| A law firm | O | O | IF "YES" T&T |
| A newspaper, radio or TV station | O | O | IF "YES" T&T |
| A manufacturer, distributor, or retailer of children's dolls | O | O | IF "YES" T&T |
| A manufacturer, distributor, or retailer of children's toys or games | O | O |  |

B. Do you currently have children living in your home?

  O  Yes [CONTINUE]
  O  No  [T&T]

C. How many of the children currently living in your home are:

| Girls | 0 | 1 | 2 | 3 or more |
|---|---|---|---|---|
| Under 8 yrs. old | O | O | O | O |
| 8-13 yrs. old | O | O | O | O |
| 14-18 yrs. old | O | O | O | O |

| Boys | 0 | 1 | 2 | 3 or more |
|---|---|---|---|---|
| Under 8 yrs. old | O | O | O | O |
| 8-13 yrs. old | O | O | O | O |
| 14-18 yrs. old | O | O | O | O |

[IF GIRLS 8-13 YRS. OLD IS '0' T&T]

D. In the past 12 months, which of the following items (if any) have you or anyone in your immediate household bought <u>for an 8-13 year-old girl</u> currently living in your home? (please select all that apply) [ROTATE LIST ITEMS]

  ☐ A doll [IF NOT SELECTED, T&T]
  ☐ A dress
  ☐ Shoes
  ☐ Athletic equipment
  ☐ An electronic game
  ☐ None of the above

EXHIBIT __B__

PAGE __26__

E. In the past 12 months, what brand or brands of dolls were bought <u>for an 8-13 year-old girl</u> currently living in your home?

[QT=OE]
[include 5 open end text boxes; respondent can only continue if one of the qualifying variations of "Bratz spelling" is included]

    Qualifying variations of BRATZ DOLL (not case sensitive):
- Bratz
- Brats
- Brat
- Braz
- Bras
- Bratt
- Brattz
- Bratts
- Brazz
- Brass
- Bratz Doll
- Brats Doll
- Brat Doll
- Braz Doll
- Bras Doll
- Bratt Doll
- Brattz Doll
- Bratts Doll
- Brazz Doll
- Brass Doll

F1. Is the 8-13 year old girl for whom a doll was purchased available to participate in the study?

    O  Yes [show info node G2]
    O  No [TERMINATE]

F2. Please invite the 8-13 year old girl for whom a doll was purchased to join you at the computer and have **_her_** answer the following questions. [continue to main questionnaire]

**[PAGE BREAK]**

Hello!

Thank you for participating in our study.

EXHIBIT B

PAGE 27

How old are you?

- ○ Age 8
- ○ Age 9
- ○ Age 10
- ○ Age 11
- ○ Age 12
- ○ Age 13

As soon as you are ready to begin, click the >> button.

EXHIBIT B

PAGE 28

## MAIN QUESTIONNAIRE

ON AN EVERY-OTHER BASIS, ASSIGN RESPONDENT TO ONE OF THE FOLLOWING CELLS

○ Cell M
○ Cell N

H1. We're going to show you some drawings and ask you a few questions about them. If you don't know an answer, it's okay. There are no right or wrong answers, so you won't need to guess.

---

H2. Please look at the drawings on the following two screens. Take as much time as you wish looking at each. When you're finished looking at each screen, click the "NEXT" button.

---

**IMAGE 1**
IF CELL=M, IMAGE = m1.jpg
IF CELL=N, IMAGE = n1.jpg

---

**IMAGE 2**
IF CELL=M, IMAGE = m2.jpg
IF CELL=N, IMAGE = n2.jpg

---

You just saw two screens of drawings. What, if anything, do these drawings look like to you?

☐ Angie dolls
☐ Barbie dolls
☐ Bratz dolls
☐ Cabbage Patch dolls
☐ Cherry Merry Muffin dolls
☐ Madam Alexander dolls
☐ Strawberry Shortcake dolls
☐ None of the above
☐ Don't know

[1. ROTATE 1ST 7 RESPONSES (Angie - Strawberry Shortcake dolls)
2. ANCHOR LAST 2 RESPONSES ("None of the above" & "Don't know")
3. ALLOW MULTIPLE RESPONSES (EXCEPT "None of the above" and "Don't know")]

EXHIBIT  B
PAGE  29

# Test Group Images
## (Cell M)

EXHIBIT B

PAGE 30