

EXHIBIT B
PAGE 31



EXHIBIT   B
PAGE   32

# Control Group Images
# (Cell N)

EXHIBIT B

PAGE 33



EXHIBIT B

PAGE 34



EXHIBIT   B

PAGE   35

# APPENDIX C
## Computer Tabular Output

EXHIBIT B

PAGE 36

| | Test Group | Control Group |
|---|---|---|
| Base=Total in Each Group.......... | 203 | 207 |
| Angie dolls only | 0.0 | 0.0 |
| Barbie dolls only | 0.5 | 0.0 |
| Bratz dolls only | 92.1 | 1.0 |
| Cabbage Patch dolls only | 0.0 | 1.9 |
| Cherry Merry Muffin dolls only | 0.0 | 9.2 |
| Madam Alexander dolls only | 0.5 | 1.0 |
| Strawberry Shortcake dolls only | 0.0 | 55.6 |
| More than one doll | 4.4 | 26.6 |
| None of the above | 2.0 | 2.4 |
| Don't know | 0.5 | 2.4 |
| | 100.0 | 100.0 |

EXHIBIT B

PAGE 37

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On March 17, 2008, I served true copies of the following document(s) described as **EXPERT REBUTTAL REPORT OF KENNETH HOLLANDER** on the parties in this action as follows:

Mark E. Overland, Esq.
David C. Scheper, Esq.
Alexander H. Cote
**Overland Borenstein Scheper & Kim LLP**
300 South Grand Avenue
Suite 2750
Los Angeles, CA 90071-3144

John W. Keker, Esq.
Michael H. Page, Esq.
Christina M. Anderson, Esq.
**Keker & Van Nest LLP**
710 Sansome Street
San Francisco, CA 94111

Thomas J. Nolan, Esq.
Carl Roth, Esq.
**Skadden, Arps, Slate, Meagher & Flom LLP**
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 17, 2008, at Los Angeles, California.

_____
NOW LEGAL -- Dave Quintana

EXHIBIT B
PAGE 38