QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-2727 |
| vs. | |
| MATTEL, INC., a Delaware corporation, | REPLY IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MATTEL, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT |
| Defendant. | Date:    April 23, 2008<br>Time:   10:00 a.m.<br>Place:  Courtroom 1 |
| AND CONSOLIDATED ACTIONS | **Phase 1**<br>Discovery Cut-Off:      Jan. 28, 2008<br>Pre-Trial Conference:  May 5, 2008<br>Trial Date:                  May 27, 2008 |

07209/2451976.1

REPLY ISO REQUEST FOR JUDICIAL NOTICE

On March 24, 2008, the MGA Parties submitted an Opposition to Mattel, Inc.'s Request for Judicial Notice in Support of Mattel, Inc.'s Motion for Partial Summary Judgment ("Opposition").  In the Opposition, MGA argued that Mattel was asking the Court to take judicial notice of statements made before a foreign court "for the truth of the matters discussed therein."  (Opp. at 1.)  MGA misconstrues Mattel's arguments, and the purpose for which Mattel asks that these proceedings be judicially noticed. Mattel's request for judicial notice should be granted, and MGA's objections should be overruled.

Mattel seeks judicial notice of the Judgment in the matter <u>MGA Entertainment, Inc. v. Double Grand Corp., Ltd.</u>, HCA1883/2003, in support of its arguments that MGA should be judicially estopped from taking positions in this case that conflict with those it has made -- and prevailed on -- in another court.  Mattel seeks judicial notice of the facts (1) that an order was issued in the case <u>MGA Entertainment, Inc. v. Double Grand Corp., Ltd.</u>, (2) that the court ruled in favor of MGA, and (3) the court relied on certain statements made by MGA in making that ruling.  These facts are enough to establish judicial estoppel.  The truth or falsity of MGA's assertions before that Court are irrelevant to this argument.  What matters is the fact that these statements were *made*, and were included in the opinion in MGA's favor.

In other words, Mattel only seeks judicial notice of the proceedings themselves, not judicial notice of the truth of the statements made by MGA in those proceedings. Mattel's request is proper under <u>Fed. R. Evid.</u> 201.  <u>San Luis v. Badgley</u>, 136 F. Supp. 2d 1136, 1146 (E.D. Cal. 2000) (federal courts may "take notice of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to the matters at issue.");  <u>U.S. v. Garland</u>, 991 F.2d 328, 332 (6th Cir. 1993) ("The Ghanian judgment is admissible in evidence to prove that it was rendered and as prima facie evidence of the facts adjudicated.");  <u>A. I. Trade Fin., Inc. v. Centro Internationale Handelsbank AG</u>, 926 F. Supp. 378, 388 (S.D.N.Y. 1996) ("[T]he Court

take judicial notice of the Vienna Judgment for the purpose of recognizing its existence as an official statement, usable as evidence of the facts and opinions state therein."). The MGA Parties concede that this is perfectly appropriate:  "The MGA Parties do not dispute that this Court may take judicial notice of proceedings in foreign courts."  (Opp. at 3.)  That is all Mattel asks this Court to do.

As the Opposition concedes that this Court may take judicial notice of that which *has* been requested, Mattel respectfully requests that the Court grant its Request for Judicial Notice.

DATED:  March 31, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Timothy L. Alger
Timothy L. Alger
Attorneys for Mattel, Inc.

07209/2451976.1

- 2 -