1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     John B. Quinn (Bar No. 090378)
2    johnquinn@quinnemanuel.com
     Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
     Jon D. Corey (Bar No. 185066)
4    (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
6  Facsimile: (213) 443-3100

7  Attorneys for Mattel, Inc.

8                  UNITED STATES DISTRICT COURT

9                 CENTRAL DISTRICT OF CALIFORNIA

10                        EASTERN DIVISION

11

| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
|---|---|
| Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
| vs. | |
| MATTEL, INC., a Delaware corporation, | **Proof of Service** |
| Defendant. | Date: April 23, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 1 |
| | **Phase 1**<br>Discovery Cut-Off: Jan. 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

1

## **PROOF OF SERVICE**

2     I am employed in the County of Los Angeles, State of California. I am over

3 the age of eighteen years and not a party to the within action; my business address is

4 NOW Messenger Service, 1301 West Second Street, Suite 206, Los Angeles,

5 California 90026.

6     On April 1, 2008, I served true copies of the following documents described

7 as:

8                **SEE ATTACHED DOCUMENT LIST**

9 on the parties in this action as follows:

10 Thomas J. Nolan, Esq.             Mark E. Overland
**Skadden, Arps, Slate, Meagher &**    David C. Sheper

11 **Flom LLP**                    Alexander H. Cote
300 South Grand Avenue, Suite 3400   **Overland Borenstein Scheper & Kim**

12 Los Angeles, CA 90071           **LLP**
                              300 South Grand Avenue, Suite 2750

13                               Los Angeles, CA 90071
John W. Keker, Esq.

14 Michael H. Page, Esq.
Christa M. Anderson, Esq.

15 **Keker & Van Nest, LLP**
710 Sansome Street

16 San Francisco, CA 94111

17

18     [√]   **PERSONAL**: By personally delivering the document listed above to
the person(s) at the address(es) set forth above.

19

20     I declare that I am employed in the office of a member of the bar of this court

at whose direction the service was made
21

22     Executed on April 1, 2008, at Los Angeles, California.

23

24                        _Dave Quintana_ (signature)

25                      Dave Quintana

26

27

28

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017.

On April 1, 2008, I served true copies of the following documents described as:

## SEE ATTACHED DOCUMENT LIST

on the parties in this action as follows:

John W. Keker, Esq.
Michael H. Page, Esq.
Christa M. Anderson, Esq.
**Keker & Van Nest, LLP**
710 Sansome Street
San Francisco, CA 94111

[√]     **BY MAIL:**  I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California.  The envelope was mailed with postage thereon fully prepaid.

Executed on April 1, 2008, at Los Angeles, California.

_Andrea Hoeven_
Andrea Hoeven

07209/2454486

Case No. CV 04-9049 SGL (RNBx)
PROOF OF SERVICE

# DOCUMENT LIST

1.    MATTEL, INC.'S REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN FURTHER SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT

2.    MATTEL, INC.'S CONSOLIDATED SEPARATE STATEMENT OF UNCONTESTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF MATTEL'S MOTION FOR PARTIAL SUMMARY JUDGMENT, VOL. 1

3.    MATTEL, INC.'S CONSOLIDATED SEPARATE STATEMENT OF UNCONTESTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF MATTEL'S MOTION FOR PARTIAL SUMMARY JUDGMENT, VOL. 2

4.    MATTEL, INC.'S CONSOLIDATED RESPONSES TO MGA PARTIES' AND BRYANT'S EVIDENTIARY OBJECTIONS IN SUPPORT OF MATTEL, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT

5.    NOTICE OF LODGING IN SUPPORT OF MATTEL, INC.'S REPLY IN FURTHER SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT

6.    SUPPLEMENTAL DECLARATION OF JON COREY IN SUPPORT OF MATTEL, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT

7.    SUPPLEMENTAL DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT

8.    MATTEL, INC.'S EVIDENTIARY OBJECTIONS TO MGA PARTIES' OPPOSITION TO MATTEL'S MOTION FOR PARTIAL SUMMARY JUDGMENT

9.    MATTEL, INC.'S EVIDENTIARY OBJECTIONS TO CARTER BRYANT'S OPPOSITION TO MATTEL'S MOTION FOR PARTIAL SUMMARY JUDGMENT

10.    MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN FURTHER SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT AND RELATED DOCUMENTS

1

2   11.   [PROPOSED] ORDER GRANTING MATTEL, INC.'S APPLICATION TO
FILE UNDER SEAL MATTEL, INC.'S REPLY MEMORANDUM OF POINTS

3   AND AUTHORITIES IN FURTHER SUPPORT OF ITS MOTION FOR

4   PARTIAL SUMMARY JUDGMENT AND RELATED DOCUMENTS

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28