1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
    John B. Quinn (Bar No. 090378)
2   johnquinn@quinnemanuel.com
    Michael T. Zeller (Bar No. 196417)
3   (michaelzeller@quinnemanuel.com)
    Jon D. Corey (Bar No. 185066)
4   (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California  90017-2543
   Telephone: (213) 443-3000
6  Facsimile:  (213) 443-3100

7  Attorneys for Mattel, Inc.

8

9                UNITED STATES DISTRICT COURT

10              CENTRAL DISTRICT OF CALIFORNIA

11                       EASTERN DIVISION

| | |
|---|---|
| 12  CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| 13           Plaintiff, | Consolidated with<br>Case No. CV 04-09039<br>Case No. CV 05-02727 |
| 14       vs. | |
| 15  MATTEL, INC., a Delaware corporation, | [PUBLIC REDACTED]<br>SUPPLEMENTAL DECLARATION<br>OF JON COREY IN SUPPORT OF<br>MATTEL, INC.'S MOTION FOR<br>PARTIAL SUMMARY JUDGMENT |
| 16 | |
| 17           Defendant. | |
| 18  AND CONSOLIDATED ACTIONS | Date:  April 23, 2008<br>Time:  10:00 a.m.<br>Place: Courtroom 1 |
| 19 | |
| 20 | **Phase 1**<br>Discovery Cut-Off:   Jan. 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date:          May 27, 2008 |

07209/2451881.1

SUPPLEMENTAL COREY DECLARATION

# SUPPLEMENTAL DECLARATION OF JON COREY

I, Jon D. Corey, declare as follows:

1. I am a member of the bar of the State of California and a partner of Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the Deposition of Carter Bryant, Vol. 1, dated November 4, 2004.

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the Deposition of Carter Bryant, Vol. 2, dated November 5, 2004.

4. Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the Deposition of Carter Bryant, Vol. 4, dated January 23, 2008.

5. Attached hereto as Exhibit 4 is a true and correct copy of excerpts from the Deposition of Samir Khare, Vol. 1, dated August 20, 2007.

6. Attached hereto as Exhibit 5 is a true and correct copy of excerpts from the Deposition of Nana Ashong, dated January 28, 2008.

7. Attached hereto as Exhibit 6 is a true and correct copy of excerpts from the Deposition of Isaac Larian, Vol. 2, dated March 26, 2008.

8. Attached hereto as Exhibit 7 is a true and correct copy of excerpts from the Deposition of Jean Galvano, Vol. 1, dated December 18, 2007.

9. Attached hereto as Exhibit 8 is a true and correct copy of excerpts from the Deposition of Paula Garcia in <u>Art Attacks, Inc. v. MGA Entertainment, Inc.</u>, dated January 27, 2006, Bates-numbered MGA 0874112-309.

10. Attached hereto as Exhibit 9 is a true and correct copy of excerpts from the Deposition of Robert Hudnut, Vol. 1, dated July 13, 2007.

11. Attached hereto as Exhibit 10 is a true and correct copy of excerpts from the Deposition of Richard De Anda, Vol. 1, dated December 19, 2007.

12. Attached hereto as Exhibit 11 is a true and correct copy of excerpts from the Deposition of Christina Tomiyama, Vol. 1, dated February 7, 2008.

13. Attached hereto as Exhibit 12 is a true and correct copy of excerpts from the Deposition of Rachel Harris, dated February 26, 2008.

14. Attached hereto as Exhibit 13 is a true and correct copy of excerpts from the Deposition of Adrienne Fontenalla, Vol. 1, dated January 16, 2008.

15. Attached hereto as Exhibit 14 is a true and correct copy of excerpts from the Deposition of Ivy Ross, Vol. 1, dated January 17, 2008.

16. Attached hereto as Exhibit 15 is a true and correct copy of excerpts from the Deposition of Jill Nordquist, dated July 31, 2007.

17. Attached hereto as Exhibit 16 is a true and correct copy of excerpts from the Deposition of Rene Pasko, dated June 13, 2007.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 1, 2008, at Los Angeles, California.

_____
Jon D. Corey