THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
JASON D. RUSSELL (Bar No. 169219)
(jrussell@skadden.com)
MARINA V. BOGORAD (Bar No. 217524)
(mbogorad@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Los Angeles, CA 90071-3144
Tel.: (213) 687-5000 / Fax: (213) 687-5600

KENNETH PLEVAN (admitted *pro hac vice*)
(kplevan@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square, New York, NY 10046
Tel.: (212) 735-3000 / Fax: (212) 735-2000

Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. de C.V., and Isaac Larian

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>Honorable Stephen G. Larson<br><br>STIPULATION REGARDING WAIVER OF FILING OF MEMORANDA OF CONTENTIONS OF LAW AND FACT;<br><br>[PROPOSED] ORDER LODGED CONCURRENTLY HEREWITH. |

# STIPULATION

**WHEREAS**, on March 11, 2008, the Court entered an Order on the parties' stipulation regarding pretrial deadlines (the "March 11 Order");

**WHEREAS**, pursuant to the March 11 Order, MGA Entertainment, Inc., Isaac Larian, and MGA Entertainment (HK) Ltd. (collectively, the "MGA Parties"), Mattel, Inc. ("Mattel"), and Carter Bryant ("Bryant") (collectively, the "Parties") stipulated to file their Memoranda of Contentions of Law and Fact pursuant to L.R. 16-2.8 by April 21, 2008;

**WHEREAS**, the Parties believe that their Motions for Partial Summary Judgment, which are still pending, address most or all of the parties' contentions of law and fact that would be addressed in their respective Memoranda of Contentions of Law and Fact, if filed;

**WHEREAS**, the Court's ruling on the Parties' respective Motions for Partial Summary Judgment would be likely to have an impact on each of their respective Memoranda of Contentions of Law and Fact, if filed, and might eliminate or render irrelevant substantial portions of one or more of those memoranda;

**WHEREAS**, the Court will not even hear argument on the Parties' respective Motions for Partial Summary Judgment until after the parties are currently obligated to file their Memoranda of Contentions of Law and Fact;

**WHEREAS**, the Parties do not want to burden the Court with additional, redundant memoranda and wish to preserve the Court's and their own resources;

**NOW, THEREFORE**, Mattel, Bryant and the MGA Parties, by and through their counsel of record, hereby agree as follows, subject to the Court's approval:

1. The Parties agree to waive the filing of Memoranda of Contentions of Law and Fact and shall not do so.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED: April 2, 2008 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP<br><br>By _____<br>B. Dylan Proctor<br>Attorneys for Mattel, Inc. |
| DATED: April 2, 2008 | SKADDEN ARPS SLATE MEAGHER & FLOM, LLP<br><br>By _____<br>Jason D. Russell<br>Attorneys for MGA Entertainment, Inc., Isaac Larian, and MGA Entertainment (HK) Ltd. |
| DATED: April 2, 2008 | KEKER & VAN NEST, LLP<br><br>By _____<br>Matthew M. Werdegar<br>Attorneys for Carter Bryant |