1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>                Plaintiff,<br><br>    v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>               Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>Honorable Stephen G. Larson<br><br>[PROPOSED] ORDER ON STIPULATION REGARDING WAIVER OF FILING MEMORANDA OF CONTENTIONS OF LAW AND FACT |

# [PROPOSED] ORDER

Based on the stipulation of the parties, and good cause appearing therefore, it is hereby ORDERED that:

1. MGA Entertainment, Inc., Isaac Larian, and MGA Entertainment (HK) Ltd. (collectively, the "MGA Parties"), Mattel, Inc. ("Mattel"), and Carter Bryant ("Bryant") may dispense with the filing of Memoranda of Contentions of Law and Fact.

**IT IS SO ORDERED.**

DATED:             , 2008

_____
Hon. Stephen G. Larson
United States District Court Judge