


1  KEKER & VAN NEST, LLP
   JOHN W. KEKER - #49092
2  jkeker@kvn.com
   MICHAEL H. PAGE - #154913
3  mpage@kvn.com
   CHRISTA M. ANDERSON - #184325
4  canderson@kvn.com
   MATTHEW M. WERDEGAR - #200470
5  mwerdegar@kvn.com
   710 Sansome Street
6  San Francisco, CA 94111-1704
   Telephone: (415) 391-5400
7  Facsimile: (415) 397-7188

8  Attorneys for Plaintiff
   CARTER BRYANT

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC. a Delaware Corporation,<br><br>Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC., v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No. CV 04-09049 SGL (RNBx) (consolidated with CV 04-9059 & 05-2727)<br><br>**CARTER BRYANT'S JOINDER IN MGA PARTIES' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF (1) MGA PARTIES' REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN FURTHER SUPPORT OF THEIR MOTION FOR PARTIAL SUMMARY JUDGMENT AND (2) MGA PARTIES' REPLY TO MATTEL, INC.'S STATEMENT OF GENUINE ISSUES RE MGA PARTIES' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date: April 22, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 1<br><br>**Phase I:**<br>Date Comp. Filed: April 13, 2005<br>Discovery Cut-Off: Jan. 28, 2008<br>Trial Date: May 27, 2008 |

Carter Bryant hereby joins in the MGA Parties' Request for Judicial Notice in Support of (1) MGA Parties' Reply Memorandum of Points and Authorities in Further Support of Their Motion for Partial Summary Judgment; and (2) MGA Parties' Reply to Mattel, Inc.'s Statement of Genuine Issues re MGA Parties' Motion for Partial Summary Judgment (Document No. 2880) ("MGA Parties' Request"). Bryant agrees with the arguments made in MGA's Request. Specifically, Bryant agrees that there are sufficient grounds to grant judicial notice of the advertisement and copyright registrations that are the subject of the MGA Parties' Request.

For all the reasons set forth in MGA Parties' Request, the Court should GRANT the MGA Parties' Request for Judicial Notice.

Dated: April 2, 2008

Respectfully submitted,

KEKER & VAN NEST, LLP

By: /s/ Matthew Werdegar
MATTHEW WERDEGAR
Attorneys for Plaintiff
CARTER BRYANT