QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>           Plaintiff,<br><br>     vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>           Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-2727<br><br>[PUBLIC REDACTED]<br>SUPPLEMENTAL DECLARATION OF<br>B. DYLAN PROCTOR IN SUPPORT OF<br>MATTEL, INC.'S MOTION FOR<br>PARTIAL SUMMARY JUDGMENT<br><br>Date:  April 22, 2008<br>Time:  10:00 a.m.<br>Place: Courtroom 1<br><br>**Phase 1**<br>Discovery Cut-Off:     Jan. 28, 2008<br>Pre-Trial Conference:  May 5, 2008<br>Trial Date:            May 27, 2008 |

07209/2451880.1

SUPPLEMENTAL PROCTOR DECLARATION

# SUPPLEMENTAL DECLARATION OF B. DYLAN PROCTOR

I, B. Dylan Proctor, declare as follows:

1. I am a member of the bar of the State of California and a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Court's Scheduling Order dated February 23, 2007.

3. Attached hereto as Exhibit 2 is a true and correct copy of MGA Entertainment, Inc.'s Objections and Responses to Mattel, Inc. Supplemental Set of Interrogatories, Supplemental Interrogatory, dated November 19, 2007.

4. Attached hereto as Exhibit 3 is a true and correct copy of excerpts from Mattel's Third Set of Requests for Admission to MGA Entertainment, Inc., dated March 1, 2007.

5. Attached hereto as Exhibit 4 is a true and correct copy of an e-mail from Isaac Larian to Carter Bryant, dated October 5, 2000, Bates-numbered MGA 0064575.

6. Attached hereto as Exhibit 5 is a true and correct copy of an e-mail from Isaac Larian to Carter Bryant, dated October 6, 2000, Bates-numbered MGA 0046778.

7. Attached hereto as Exhibit 6 is a true and correct copy of Carter Bryant's Reply to Mattel's Counterclaims, dated August 13, 2007.

8. Attached hereto as Exhibit 7 is a true and correct copy of a MGA internal e-mail chain, dated October 26, 2000, Bates-numbered MGA 001483B.

9. Attached hereto as Exhibit 8 is a true and correct copy of an e-mail, dated November 13, 2002, Bates-numbered MGA 0141949-50.

10. Attached hereto as Exhibit 9 is a true and correct copy of an

e-mail, dated September 19, 2003, Bates-numbered MGA 0205711.

11. Attached hereto as Exhibit 10 is a true and correct copy of an e-mail, dated August 14, 2000, Bates-numbered MGA 4369237.

12. Attached hereto as Exhibit 11 is a true and correct copy of an e-mail, dated January 19, 2005, Bates-numbered MGA 0254471-2.

13. Attached hereto as Exhibit 12 is a true and correct copy of an e-mail, dated February 5, 2003, Bates-numbered MGA 0142614-6.

14. Attached hereto as Exhibit 13 is a true and correct copy of an e-mail chain, dated July 5, 2002, Bates-numbered MGA 0140515-6.

15. Attached hereto as Exhibit 14 is a true and correct copy of a Chicago Sun-Times article by Denise O'Neal entitled "Bratz Packers Are What's Cool in a Doll World," dated March 5, 2004, and marked as Exhibit 927 in this action.

16. Attached hereto as Exhibit 15 is a true and correct copy of the drawing marked as Exhibit 710 in this action, Bates-numbered BRYANT 00186.

17. Attached hereto as Exhibit 16 is a true and correct copy of the drawing marked as Exhibit 758 in this action, Bates-numbered BRYANT 00203.

18. Attached hereto as Exhibit 17 is a true and correct copy of the drawing marked as Exhibit 761 in this action, Bates-numbered BRYANT 00200.

19. Attached hereto as Exhibit 18 is a true and correct copy of the drawing marked as Exhibit 774 in this action, Bates-numbered BRYANT 00194.

20. Attached hereto as Exhibit 19 is a true and correct copy of the drawing marked as Exhibit 778 in this action, no Bates number.

21. Attached hereto as Exhibit 20 is a true and correct copy of the drawing marked as Exhibit 779 in this action, Bates-numbered BRYANT 00222.

22. Attached hereto as Exhibit 21 is a true and correct copy of a MGA internal e-mail chain, dated November 6, 2000, Bates-numbered MGA 000043-45.

23. Attached hereto as Exhibit 22 is a true and correct copy of an e-mail, dated December 18, 2000, Bates-numbered MGA 006398.

24. Attached hereto as Exhibit 23 is a true and correct copy of an e-mail, dated December 26, 2000, Bates-numbered MGA 0046222.

25. Attached hereto as Exhibit 24 is a true and correct copy of an e-mail, dated May 15, 2001, Bates-numbered MGA 0051385-6.

26. Attached hereto as Exhibit 25 is a true and correct copy of a MGA internal e-mail chain, dated November 2, 2000, Bates-numbered MGA 0009407 B- 9409 B.

27. Attached hereto as Exhibit 26 is a true and correct copy of an e-mail, dated January 19, 2005, Bates-numbered MGA 0254471-2.

28. Attached hereto as Exhibit 27 is a true and correct copy of the Declaration of Paula D. Garcia in Support of Carter Bryant and MGA's Request for Clarification, Reconsideration and/or Further Protection, dated February 23, 2007.

29. Attached hereto as Exhibit 28 is a true and correct copy of the Stipulation to Modify Protective Order; And Proposed Order Thereon, dated April 23, 2007.

30. Attached hereto as Exhibit 29 is a true and correct copy of Mattel, Inc.'s Opposition to MGA And Carter Bryant's Motion for an Evidentiary Hearing Regarding Witness Tampering, dated March 31, 2008.

31. Attached hereto as Exhibit 30 is a true and correct copy of the Mattel Toys 2001 Catalog, Bates numbered M 0019011-M 0019161.

32. Attached hereto as Exhibit 31 is a true and correct copy of the Court's Standing Order, dated April 14, 2006.

| | |
|---|---|
| 1 | 33. Attached hereto as Exhibit 32 is a true and correct copy of Mattel, Inc.'s Supplemental Interrogatory Regarding Defendants' Affirmative Defenses, dated December 3, 2007. |
| 4 | 34. Attached hereto as Exhibit 33 is a true and correct copy of the Court's Order Granting Motion for Leave to Serve a Supplemental Interrogatory, dated December 3, 2007. |
| 7 | 35. Attached hereto as Exhibit 34 is a true and correct copy of excerpts from MGA's Response to Mattel's Supplemental Interrogatory Regarding Defendants' Affirmative Defenses, dated January 7, 2008. |
| 10 | 36. Attached hereto as Exhibit 35 is a true and correct copy of Mattel, Inc.'s Supplemental Interrogatory Pursuant to Order Dated September 25, 2007, dated October 19, 2007. |
| 13 | 37. Attached hereto as Exhibit 36 is a true and correct copy of excerpts from the Hearing Transcript Re: Mattel, Inc.'s Motion to Amend Complaint, dated January 8, 2007. |
| 16 | 38. Attached hereto as Exhibit 37 is a true and correct copy of the Designer Project List noting projects on which Carter Bryant worked on while at Mattel, dated July 6, 2000, Bates-numbered M 0014332-42 and marked as Exhibit 357 in this action. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 1, 2008, at Los Angeles, California.

_____
B. Dylan Proctor