

# Barbie

### Jam 'N Glam™ Barbie® Dolls

Barbie®, Christie® and Teresa® dolls are cool rockers with trendy looks on stage and off. Each doll also has a fun hairstyle that flips to an outrageous color. Girls will love getting Barbie doll ready for the show by transforming her clothes, turning her hair purple, adding hair extensions and slipping on her headset. Dolls also have the twisty Ever-Flex™ waist. Now Barbie doll's ready to perform in the Jam 'n Glam Tour Bus™! Each doll comes with an on - stage look, off - stage look, three hair extensions, headset, sunglasses, two CDs and a poster.

- Window box.
- Ages 3 and over.
- TV

**50257 (BARBIE®) STD. PAK 6**
UPC CODE: 74299-50257-6
**50258 (CHRISTIE®) STD. PAK 6**
UPC CODE: 74299-50258-3
**50259 (TERESA®) STD. PAK 6**
UPC CODE: 74299-50259-0



EXHIBIT 30

PAGE 142

11

M 0019023

*Barbie*

### School Cool™ Barbie® Dolls

Hip, trendy fashions for Barbie®
doll plus school accessories.
Everything comes packed in a
cool reusable play environment
carrier girls can really wear! Now
Barbie® doll and girls can go
back to school in style! This
reusable carrier is filled with the
latest looks for Barbie doll, two
miniature pencils, paper
and a ruler.

• Carrier packaging.
• Ages 3 and over.

**29183 (BARBIE®) STD. PAK 12**
UPC CODE: 74299-29183-8
**29184 (TERESA®) STD. PAK 12**
UPC CODE: 74299-29184-5
**29185 (CHRISTIE®) STD. PAK 6**
UPC CODE: 74299-29185-2



12

EXHI̶ ̶ ̶ ̶ ̶ 3D

PAGE ̶ ̶ ̶ 143

M 0019024



*Barbie*

Fashion Party™ Teen Skipper®

**Fashion Party™ Teen Skipper® Dolls**

Skipper®, Courtney® and Nikki® doll are getting ready for their dates with mix-and-match fashions, hair and make-up fun! Each doll comes with five great fashion pieces for over twenty cool looks. Skipper and her friends have extra-long hair and three hair decorations. Each doll also comes with make-up to share with the girl.

● Window box.
● Ages 3 and over.
● TV

**29938 (SKIPPER®) STD. PAK 6**
UPC CODE: 74299-29938-4
**29104 (COURTNEY®) STD. PAK 6**
UPC CODE: 74299-29104-3
**29105 (NIKKI®) STD. PAK 6**
UPC CODE: 74299-29105-0

EXHIBIT _____ 3D

PAGE _____ 144

13

M 0019025

*Barbie*

Flower Power



### Flower Power™ Barbie® Doll

Flashback to the '60's! Barbie® doll looks far-out in a groovy floral-print fashion. Girls will love styling Barbie® doll's hair and dressing her in these trendy, retro fashions. Each fashion comes with a coordinating hat and purse.

• Window box.
• Ages 3 and over.

**29002 (BLOND) STD. PAK 6**
UPC CODE: 74299-29002-2
**29003 (AFRICAN-AMERICAN) STD. PAK 6**
UPC CODE: 74299-29003-9
**29004 (BRUNETTE) STD. PAK 6**
UPC CODE: 74299-29004-6



### Volkswagen® New Beetle® Assortment

Barbie® dolls Volkswagen® New Beetle® is cooler than ever with great new colors for 2001! It comes with colorful flower stickers, so girls can customize it any way they want. Barbie doll's New Beetle® has doors that really open, a trunk that holds Barbie doll's luggage and even has a girl-sized Volkswagen® key on a key chain with a miniature Volkswagen® New Beetle®. When girls put the key in the trunk lock, the trunk pops open! Comes with a doll-sized suitcase, hatbox, sunglasses, purse, passport, money, camera, water bottle, wallet, two cans of Coca-Cola®, stickers, key chain and key, plus spare key. Seats two dolls.

• Dolls not included.
• Window box.
• Ages 3 and over.

**A28262 ASST. PAK 4**
UPC CODE: 74299-28262-1

14

EXHIBIT _____ 30

PAGE _____ 145

M 0019026

*Barbie*



### Movie Date™ Ken® Doll

Ken® doll's looking cool, and he's ready to take Barbie® doll to see the biggest blockbuster of the year! He looks terrific in a trendy outfit – perfect for a date at the movies. Girls will love playing out casual dates with Barbie doll.
Comes with two cups, popcorn, tickets and snack holder.
● Window box.
● Ages 3 and over.

**28731 (CAUCASIAN) STD. PAK 6**
UPC CODE: 74299-74299-28731-3
**29261 (AFRICAN-AMERICAN) STD. PAK 6**
UPC CODE: 74299-29261-3

### Quinceanera Barbie® Doll

Now girls can dream and play out the perfect Quinceanera with Barbie® doll! Barbie looks absolutely breathtaking as she celebrates this very special birthday. She wears a spectacular full-length gown and a beautiful flower crown in her hair. In honor of the occasion, she even comes with a gift box, picture frame, and symbolic last doll.
The assortment includes:
–50285 Blond
–50286 Brunette
● Window box.
● Ages 3 and over.

**A50711 ASST. PAK 6**
UPC CODE: 74299-50711-3



EXHIBIT 3D

PAGE 146

15

M 0019027

*Barbie*

### Surf City™ Dolls

Surf's up, and Barbie® doll and her friends are ready for an awesome day. These low-priced dolls look terrific, wearing the latest, trendiest swimwear that shows off their hot new bodies. Check out their bellybuttons!
● Window box.
● Ages 3 and over.

**28417 (BARBIE®) STD. PAK 12**
UPC CODE: 74299-28417-5
**28418 (CHRISTIE®) STD. PAK 6**
UPC CODE: 74299-28418-2
**28419 (TERESA®) STD. PAK 6**
UPC CODE: 74299-28419-9
**28420 (KIRA®) STD. PAK 6**
UPC CODE: 74299-28420-5
**28421 (MIDGE®) STD. PAK 6**
UPC CODE: 74299-28421-2
**28422 (KEN®) STD. PAK 6**
UPC CODE: 74299-28422-9
**28423 (STEVEN®) STD. PAK 6**
UPC CODE: 74299-28423-6





### Beach Cruiser™

This sporty off-road vehicle is refreshed to coordinate with the Surf City™ Barbie® Dolls. Perfect for cruising around in style, it's got lots of realistic details, including rugged all-terrain Goodyear tires. Holds Barbie® doll and a friend.
● Dolls not included.
● Closed box.
● Ages 3 and over.
● Direct import.

**67385-91 STD. PAK 6**
UPC CODE: 74299-67385-0

16

EXHIBIT _____ 30
PAGE _____ 147

M 0019028



*Barbie*

**Hip 2 Be Square™ Barbie® Dolls**

Barbie® doll looks groovy in a trendy, retro fashion. Girls will love playing out shopping scenes and hanging out with friends. This low-priced Barbie® doll offers fun hair play and a totally cool outfit. Comes with a box purse that really opens, sunglasses and shopping bag.

• Window box.
• Ages 3 and over.

**28313 (BLOND) STD. PAK 12**
UPC CODE: 74299-28313-0

**28314 (AFRICAN-AMERICAN) STD. PAK 6**
UPC CODE: 74299-28314-7

**28315 (BRUNETTE) STD. PAK 6**
UPC CODE: 74299-28315-4

**28316 (REDHEAD) STD. PAK 6**
UPC CODE: 74299-28316-1

**Star Splash™ Barbie® Doll**

Girls will love creating their own designs on Barbie® doll's swimsuit with the cool washable crayons. Barbie® doll also has a fun color-change surprise—when girls dip her in warm water, the stars on her swimsuit disappear! Comes with stencils, washable crayons, crayon box and star sponge.

• Window box.
• Ages 3 and over.
• TV

**29260 (CAUCASIAN) STD. PAK 6**
UPC CODE: 74299-29260-6

**29308 (AFRICAN-AMERICAN) STD. PAK 6**
UPC CODE: 74299-29308-5



17

EXHIBIT _____

PAGE _____ 148

M 0019029



*Barbie.*

**McDonald's Fun Time Barbie® and Kelly® Dolls**

This complete set has everything girls need to play out working and eating at their favorite restaurant – McDonald's! Barbie® doll proudly wears her McDonald's uniform as she takes orders, makes change at the cash register and serves up a delicious meal for Kelly® doll. Comes with Barbie and Kelly dolls, cash register, plastic tray and chip art food.

- Window box.
- Ages 3 and over.

**29395 (CAUCASIAN) STD. PAK 6**
UPC CODE: 74299-29395-5

**29396 (AFRICAN-AMERICAN) STD. PAK 6**
UPC CODE: 74299-29396-2

*McDonald's*

**McDonald's Playset**

The only Barbie® sized McDonald's restaurant where Barbie® doll and Kelly® doll can enjoy their favorite fast food! Comes with a table and two chairs, food trays and cash register plus lots of McDonald's pretend food–french fries, a Happy Meal®, apple pie and more.

- Closed box.
- Ages 3 and over.

**88811 STD. PAK 6**
UPC CODE: 74299-88811-3

18

EXHIBIT ___3D___

PAGE ___149___

M 0019030



*Barbie*

The scale "really works!"

**Doctor Barbie® and Kelly® Dolls**

Doctor Barbie® doll is giving Kelly® doll a fun check-up, complete with a lollipop at the end. Kelly doll features a real kicking knee! Barbie loves nurturing and taking care of her favorite little patient, and she comes with everything she needs to give Kelly an exam – eye and ear checkers, stethoscope, reflex hammer, pencil, medicine bottle, three tongue depressors and clipboard. She also comes with fun chip art play pieces and sticker bandages for Kelly doll.

• Window box.

• Ages 3 and over.

**29461 (CAUCASIAN)**
STD. PAK 6
UPC CODE: 74299-29461-7

**29462 (AFRICAN-AMERICAN)**
STD. PAK 6
UPC CODE: 74299-29462-4

**50488 (ASIAN)**
STD. PAK 6
UPC CODE: 74299-50488-4

**52893 (HISPANIC)**
STD. PAK 6
UPC CODE: 74299-52893-4

*Kelly has a kicking knee feature*

EXHIBIT _____ 30

PAGE _____ 150

19

M 0019031

*Barbie*

## Scrub-A-Dub-Dub™ Krissy™ Doll

Girls will love helping Barbie® doll care for and bathe her baby sister, Krissy™ doll! Krissy™ comes with her very own tub. Girls can fill it with water and give Krissy a bath. After Krissy™ doll's bath, girls can dry Krissy™ off with her soft hooded towel, change her diaper, then dress her in a cute play outfit. Comes with a bathtub, hooded towel, diaper, rubber ducky, washcloth, lotion, tissue box, food plate, bottle and toy.
• Window box.
• Ages 3 and over.

**26897 (CAUCASIAN) STD. PAK 6**
UPC CODE: 74299-26897-7
**27244 (AFRICAN-AMERICAN) STD. PAK 6**
UPC CODE: 74299-27244-8



Scrub-A-Dub-Dub™ Krissy™

20

EXHIBIT __30__

PAGE __151__

M 0019032





### Bedtime Baby™ Barbie® and Krissy™ Dolls

Barbie® doll loves rocking Krissy™ doll to sleep before placing her in her musical glow-in-the-dark crib! Barbie® doll is specially designed, so she can really rock Krissy™doll in her arms. And when Barbie® places Krissy™ in her crib, Krissy™ rocks while the crib plays a soothing melody. The crib also has a glow-in-the-dark canopy for fun lights-out play.
● Window box.
● TV

**28516 (CAUCASIAN) STD. PAK 6**
UPC CODE: 74299-28516-5

**28885 (AFRICAN-AMERICAN) STD. PAK 6**
UPC CODE: 74299-28885-2

### Barbie® Baby Krissy™ Playroom

This adorable playroom is filled with everything girls need to help Barbie® doll nurture and play with her baby sister, Krissy™ doll. There are lots of Fisher-Price® branded accessories, including a 2-in-1 playpen, baby gym, baby carrier that turns into a bassinette and a swing that really works. There's also a rocking chair for Barbie® doll, a toy chest filled with toys, plus lots of other accessory play pieces.
● Barbie® doll not included.
● Partial window box.
● Ages 3 and over.

**88814 STD. PAK 6**
UPC CODE: 74299-88814-4





EXHIBIT _____ 3D

PAGE _____ 152

21

M 0019033

# *Barbie*



### *Fashion Designer* Barbie® Doll

Barbie® doll is a hot new fashion designer who loves designing new clothes and trying on all her trendy mix-and-match fashions. She comes with everything she needs to design all the latest looks – a portfolio, an art box with paint and scissors, fashion illustrations, pattern sheet and chip art magazines.

• Window box.

• Ages 3 and over.

**29399 (CAUCASIAN) STD. PAK 6**
UPC CODE: 74299-29399-3

**29400 (AFRICAN-AMERICAN) STD. PAK 6**
UPC CODE: 74299-29400-6



22



EXHIBIT _____ 30
PAGE _____ 153

M 0019034



*Barbie*

**Skiing Sisters Vacation™**

Now girls can join sisters Barbie®, Stacie® and Kelly® dolls for their skiing holiday! The sisters are ready to hit the slopes, wearing trendy winter outfits with matching hats and sunglasses and cool pop-off skis. Barbie loves to ski, and now she's having fun teaching Stacie and Kelly. Girls can help them ride up the mountain on the real working chair lift.
• Window box.
• Ages 3 and over.

**29347 (CAUCASIAN) STD. PAK 6**
UPC CODE: 74299-29347-4
**29348 (AFRICAN-AMERICAN) STD. PAK 6**
UPC CODE: 74299-29348-1

***Ballet Star* Barbie® Doll**

Little girls will love giving Barbie® doll dance lessons to help her get ready for her big recital! Girls can role play as ballerinas ready to put on a fabulous show. Barbie doll comes with everything she needs to practice her ballet routine and perform in her big recital, including two complete outfits.
• Window box.
• Ages 3 and over.

**29195 (CAUCASIAN) STD. PAK 6**
UPC CODE: 74299-29195-1
**29196 (AFRICAN-AMERICAN) STD. PAK 6**
UPC CODE: 74299-29196-8



Does not include water bottle, towel, or hair extension.

EXHIBIT _____ 30

PAGE _____ 154

23

M 0019035

*Barbie*



### Kelly Club™ Dolls

Kelly® doll and her friends are part of the coolest club around—the Kelly Club™! This exciting club continues to grow with more fun themes and exciting adventures for 2001. To encourage collecting, there will be a rolling mix of four waves throughout the year. Wave 1 includes surfer, springtime, sailor and kitty fun themes. Wave 2 features gymnast, winter fun, rainy day and spring cleaning. Wave 3 includes amusement park fashions. Wave 4 theme is the circus. Each doll comes with accessories, and a special Kelly Club™hang tag.

• Window box.
• Ages 3 and over.

**A16058 (CAUCASIAN) ASST. PAK 12**
UPC CODE: 74299-16058-5
**A17324 (ETHNIC) ASST. PAK 6**
UPC CODE: 74299-17324-0









Kelly
❋ Club™



EXHIBIT 30
PAGE 155
M 0019036



### Cuddly Soft Kelly® and Friends

Kelly®, Jenny® and Keeya® dolls are soft and cuddly. And each one comes with her own high-chair that transforms into an activity desk for feeding and playtime fun! Each doll also comes with a juice box, food items, paintbrush and holder and three sheets of watercolor paper with paint at the top of each sheet.

- Window box.
- Unassembled.
- Ages 3 and over.
- TV

**50441 (KELLY®) STD. PAK 2**
UPC CODE: 74299-50441-9
**50442 (KEEYA®) STD. PAK 2**
UPC CODE: 74299-50442-6
**50443 (JENNY®) STD. PAK 2**
UPC CODE: 74299-50443-3

### Love 'n Care™ Kelly® Doll

Girls can make Kelly® doll's chicken pox go away by nurturing and caring for her! When girls use the "cootie bug" to put warm water on Kelly® doll's face, she breaks out in chicken pox. When girls apply cold water with the sponge, Kelly doll's chicken pox go away! Kelly comes with two fashions—a nightgown for when she's sick and a dress for going back to school. She also comes with a bed, blanket, pillow, tray with chicken soup, thermometer and tissue box.

- Window box.
- Ages 3 and over.
- TV

**27039 (CAUCASIAN) STD. PAK 6**
UPC CODE: 74299-27039-0
**29243 (AFRICAN-AMERICAN) STD. PAK 6**
UPC CODE: 74299-29243-9

*Barbie*



High chair transforms to activity desk!







EXHIBIT 3

PAGE 156

25

M 0019037



*Barbie*
*Nutcracker*

**Sugarplum Princess Barbie® and Ken® as Prince Eric Dolls**

Barbie® doll and Ken® doll let girls play out the beauty and romance of Barbie doll's first feature length movie, "Barbie in the Nutcracker™," with magical transformations and fun dancing features. Barbie transforms from a ballerina into a princess, and Ken transforms from a nutcracker into a prince. When girls put them on Barbie doll's special stand, Barbie and Ken can dance together just like in the movie.
• Window box.
• Ages 3 and over.

**50792 (BARBIE® CAUCASIAN) STD. PAK 6**
UPC CODE: 74299-50792-2
**52690 (BARBIE® AFRICAN-AMERICAN) STD. PAK 6**
UPC CODE: 74299-52690-9
**50793 (KEN® CAUCASIAN) STD. PAK 6**
UPC CODE: 74299-50793-9
**52689 (KEN® AFRICAN-AMERICAN) STD. PAK 6**
UPC CODE: 74299-52689-3



**Barbie® in The Nutcracker Marzipan and the Candy Sleigh**

Girls will love re-creating their favorite scenes from the feature length movie, "Barbie and the Nutcracker™." This beautiful candy-inspired carriage looks like the one in the movie, sparkling with "candy jewels." Girls will love combing the horse's long, beautiful hair and decorating it with the pretty pink hair ribbon barrettes.
• Closed box.
• Dolls not included.
• Ages 3 and over.

**50309 STD. PAK 4**
UPC CODE: 74299-50309-2



EXHIBIT _____ 30
PAGE _____ 157

M 0019038



*Barbie*
*Nutcracker*

### Nutcracker Kelly® Assortment

Girls will love playing out the whole magical story of "Barbie in the Nutcracker™"
with Kelly® doll and her friends. Each of these adorable dolls has a stand that
snaps into Barbie's dance stand (sold separately), so the dolls can really
dance just like in the movie.
The assortment includes:
–50794 Tommy® doll as Gingerbread Boy
–50795 Kelly® doll as Snow Fairy
–50796 Tommy® doll as Major Mint
–50797 Jenny® doll as Flower Fairy
–50798 Kelly® doll as Peppermint Girl
–50799 Tommy® doll as Colonel Candy
• Window box.
• Ages 3 and over.

**A50682 ASST. PAK 12**
UPC CODE: 74299-50682-6

EXHIBIT ___30___

PAGE ___158___

27

M 0019039



## Barbie in The Nutcracker™ Gift Set

This beautiful gift set comes with everything girls need to play out the romantic story of "Barbie in The Nutcracker™." It includes a magical *Sugarplum Princess* Barbie® doll with a princess gown, ballerina outfit and dance stand, plus a magnificently illustrated, 32-page hardcover book about Barbie and her enchanting Nutcracker world.

• Window box.
• Ages 3 and over.

**50791 STD. PAK 4**
UPC CODE: 74299-50791-5





### Nutcracker Fashion Gift Pack

Now girls can play out the many roles of Barbie® doll in her first movie, *Barbie in The Nutcracker™*. Girls will love dressing Barbie doll in a traditional Victorian-style party dress, and the pretty day dress with matching pantaloons.

• Window box.
• Ages 3 and over.

**68801 STD. PAK 1**
UPC CODE: 74299-68801-0

EXHIBIT _____ 310

PAGE _____ 159

M 0019040

28



My Size® Barbie® Sugarplum Princess

The royal garbed Barbie® doll that lets a girl wear and share fashion and accessories with Barbie while playing out all the magic of "Barbie in The Nutcracker™." Barbie® doll looks beautiful in a shimmery ballet outfit, a sparkly crown, golden locket and lace-up ballet slippers. Girls can share this experience with Barbie doll – they can wear the stretch-to-fit ballet outfit, the crown and the locket.

• Closed box.

• Ages 3 and over.

54191 STD. PAK 1

UPC CODE: 74299-54191-9

EXHIBIT **30**

PAGE **160**

N 0019041



*Barbie*



### Barbie Grand Hotel™

Whenever Barbie® doll's in town, she stays at this luxurious two-story hotel with cool, interactive phone features. Barbie can call Room Service to order food, the Grand Salon for a hair appointment, or even call room to room! The main entrance has a manual elevator with an electronic bell. More than 100 phrase combinations for the interactive phones. Also prompts play with random phone calls and messages. Each room is beautifully detailed and furnished just like a real hotel, including the Penthouse, Deluxe Suite, Grand Salon, Terrace Cafe and Lobby.

- Dolls not included.
- Requires three "AA" batteries, not included.
- Closed box.
- Ages 3 and over.

**29248 STD. PAK 1**
UPC CODE: 74299-29248-4

# Accessories



30

EXHIBIT _____ 30
Pror _____ 161

M 0019042



## *Barbie*

### Magi-Key™ House

Barbie® doll's romantic house has a magical key with lights and sounds to unlock lots of surprises! Place the Magi-Key™ at the front door and the key lights up and a doorbell sound plays. Place the key in the jewelry box and hear a tune. Use the key to open the window in the bathroom and hear the birds chirping.

- Doll not included.
- Partial window box.
- Ages 3 and over.
- TV

29623 STD. PAK 2
UPC CODE: 74299-29623-9





EXHIBIT 30
PAGE 162

M 0019043



*Barbie*

### All Around Home™ Family Room

An intricately detailed family room for Barbie® doll with a couch, bookcase, chair and TV cart. New for 2001 with a contemporary look and lots of great play pieces. For even more fun, it attaches to other Barbie furniture to create a 360-degree play environment. Comes with bookshelves with drawers, a soft butterfly chair, TV stand and lots of family room themed play pieces.

- Dolls not included.
- Partial window box.
- Ages 3 and over.
- Direct import.

**67553-95 STD. PAK 6**
UPC CODE: 74299-67553-3

### All Around Home™ Kitchen

An intricately detailed kitchen for Barbie® doll with a refrigerator, serving cart and counter area. New for 2001 with a contemporary look and lots of great play pieces. For even more fun, it attaches to other Barbie furniture to create a 360-degree play environment. Comes with a refrigerator, serving cart, counter with fold-out ironing board, sink, range, play food pieces, wastebasket and lots of kitchen utensils.

- Dolls not included. Unassembled.
- Partial window box.
- Ages 3 and over.
- Direct import.

**67554-95 STD. PAK 6**
UPC CODE: 74299-67554-0

EXHIBIT ___30___

PAGE ___143___

M 0019044



**All Around Home™ Dining Room**

An intricately detailed dining room for Barbie® doll with a dining table and hutch. New for 2001 with a contemporary look and lots of great play pieces. For even more fun, it attaches to other Barbie furniture to create a 360-degree play environment. Comes with a pull-out table with two chairs and china hutch with opening doors, filled with accessories.

• Dolls not included. Unassembled.
• Partial window box.
• Ages 3 and over.
• Direct import.

**67551-96 STD. PAK 6**
UPC CODE: 26676-67551-9

*Barbie*

sories

**All Around Home™ Bedroom**

An intricately detailed bedroom for Barbie® doll with a bed, desk and clothes rack. New for 2001 with a contemporary look and lots of great play pieces. For even more fun, it attaches to other Barbie furniture to create a 360-degree play environment. Comes with a soft pillow and bedspread, phone, fish bowl, computer, pretend CD player, bed, desk with shelves, clothes rack and pet.

• Doll not included. Unassembled.
• Partial window box.
• Ages 3 and over.
• Direct import.

**67552-96 STD. PAK 6**
UPC CODE: 74299-67552-6

EXHIBIT 30

PAGE 164

M 0019045

# Barbie



### All Around Home™ Kelly® Bedroom

This cute bedroom playset has a new contemporary look and comes with tons of toys for Kelly® doll. For even more fun, it attaches to other Barbie® doll furniture to create a 360-degree play environment. Comes with a bed, folding table, bookshelves, toy box and computer. Also comes with fun toys, including a tricycle, slide, teddy bear and keyboard.
• Unassembled. Doll not included.
• Window box.
• Ages 3 and over.
• Direct import.

**88703 STD. PAK 6**
UPC CODE: 74299-88703-1

Acces

### All Around Home™ Bathroom

An intricately detailed bathroom for Barbie® doll with a bathtub and sink. New for 2001 with a contemporary, look lots of great play pieces. For even more fun, it attaches to other Barbie® furniture to create a 360-degree play environment. Comes with realistic bath and beauty accessories including a soft towel, hair dryer and scale plus a luxurious bathtub and sink.
• Unassembled. Doll not included.
• Partial window box.
• Ages 3 and over.
• Direct import.

**67555-96 STD. PAK 6**
UPC CODE: 74299-67555-7



34

EXHIBIT _____

PAGE _____ 165

M 0019046



*Barbie*



Beach Bonanza



Birthday Blast

**So Much Stuff™ Assortment**

The only accessory collections for
Barbie® doll that include lots of
beautifully detailed, themed play pieces.
The assortment includes:
–Birthday Blast Collection
–Beach Bonanza Collection
–Wedding Wishes Collection
–Trendy Touches Collection
● Unique structure box.
● Ages 3 and over.

**A88815 ASST. PAK 24**
UPC CODE: 74299-88815-1

sories



Wedding Wishes



Trendy Touches

EXHIBIT 30

PAGE 146

35

M 0019047

*Barbie*

### Barbie® Bath Works

Girls can have lots of fun with the Barbie® bath toy that has a Barbie-sized shower and vanity. The bath toy can stand alone or attach to a bath wall or mirror. Girls can use the rubber duck to make the shower work. There are also stampers and a bubble blower for more bath time fun.

- Doll not included.
- Closed box.
- Ages 3 and over.

**88807 STD. PAK 6**
UPC CODE: 74299-88807-6





Cool stampers!



Bubble blower for girls.





36

EXHIBIT ___30___

PAGE ___147___

M 0019048



*Barbie*

### Barbie® Chic Shoe Store

Barbie® doll loves shopping at the trendy shoe store. Girls can help Barbie doll choose from an assortment of ten stylish shoes, four coordinating hand bags, and hip sunglasses. Barbie can have her shoes boxed and bagged at the cash-wrap area when she is done with her shopping spree.

- Doll not included.
- Closed box.
- Ages 3 and over.

**88810 STD. PAK 6**
UPC CODE: 74299-88810-6



### Talk 'n Shop™ Supermarket

Girls can help Barbie® doll with her grocery shopping at this realistically-styled supermarket. Barbie doll can select from lots of brand name products and checkout at the pop-out cash register. There's even a talking shopping cart to help Barbie doll with her grocery shopping.

- Requires three button-cell batteries, included.
- Dolls not included. Unassembled.
- "Try me" partial window box.
- Ages 3 and over.
- Direct import.

**67095-91 STD. PAK 6**
UPC CODE: 26676-67095-8



EXHIBIT 30

PAGE 168

37

M 0019049

*Barbie*





**Scoop 'n Swirl Ice Cream Shop™**

Barbie® doll loves to visit the ice cream
shop where she can create lots of pretend
ice cream treats. Girls love it too, because
they can scoop tubs of "dough" ice cream to
make their own pretend sundaes. Comes
with an ice cream counter with awning, table
and two chairs, ice cream twister and cash
register.

• Dolls not included. Unassembled.
• Closed box.
• Ages 3 and over.
• Direct import.

**88706 STD. PAK 6**
UPC CODE: 74299-88706-2



EXHIBIT _____
PAGE _____ 169

M 0019050



*Barbie*

### Friends From the Sea

Barbie doll loves playing with her sea friends—whale, dolphin, seal, and turtle. She can also explore the sea in her inflatable raft. Comes with diving mask, flippers, camera, and workstation.

- Doll not included.
- Partial window box.
- Ages 3 and over.
- Direct import.

**88894 STD. PAK 6**
UPC CODE: 74299-88814-4

sories 



### Fabulous Fountain™ Pool

This luxurious rectangular pool is refreshed for 2001 with beautiful new colors to coordinate with the Surf City™ Barbie® dolls. Girls can fill it up for hours of fun water play. There are real working waterfalls and a water slide.

- Dolls not included. Unassembled.
- Closed box.
- Ages 3 and over.
- Direct import.

**67390-91 STD. PAK 6**
UPC CODE: 26676-67390-4

EXHIBIT 30
PAGE 170

39

M 0019051

*Barbie*



### Barbie® Style 'n Color™ Styling Head

This refreshed Barbie® styling head lets girls create lots of great hairstyles using color-change hair extensions, trendy hair jewels and pretty barrettes. Girls can use the hair accessories on the styling head or on themselves!
- Window box.
- Ages 3 and over.
- Direct import.

**88836 (BARBIE®) STD. PAK 6**
UPC CODE: 74299-88836-6
**88838 (TERESA®) STD. PAK 6**
UPC CODE: 74299-88838-0
**88839 (CHRISTIE®) STD. PAK 6**
UPC CODE: 74299-88839-7

# Accessories



### Makeover Magic™ Deluxe Styling Head

Now Barbie® doll really talks to girls, asking them to help her transform into a princess or a bride. When girls press her heart-shaped jewel pin, Barbie says one of 12 phrases, such as "Let's put on my crown" or "Can you put on my eyeshadow?" Comes with fun color-change makeup and over 20 accessory pieces that girls can use on the styling head or wear themselves.
- Window box.
- Ages 3 and over.
- TV

**88816 (CAUCASIAN) STD. PAK 4**
UPC CODE: 74299-88816-8
**88840 (ETHNIC) STD. PAK 4**
UPC CODE: 74299-88840-3





EXHIBIT _____ 30

PAGE _____ 171

M 0019052

**Sparkle Beauties™**

A new assortment of glamorous horses for Barbie® doll with long, beautiful hair. Each horse has sparkling barrettes decorated with a different pretend "gemstone" plus a matching saddle and reins. There are four to choose from—amethyst, emerald, blue diamond and pink crystal.
Each horse comes with barrettes, saddle, saddle blanket, reins and brush.
● Dolls not included.
● Window box.
● Ages 3 and over.
● Direct import.

**A67387-92 ASST. PAK 8**
UPC CODE: 74299-67387-4



**Miniature Horses**

Girls will love collecting and displaying these miniature replicas of actual Barbie® doll horses. These detailed horses have long hair for girls to comb and style. There are three fun themes, each with three mini horses. The assortment includes:
–Sparkle Beauties
–Stable Family
–Fantasy
● Window box.
● Ages 3 and over.
● Direct import.

**A88812 ASST. PAK 12/24**
UPC CODE: 74299-88812-4



EXHIBIT ___30___

PAGE ___172___

41

M 0019053

*Barbie*

### Zoo Babies

Barbie® doll loves to nurture and care for these plush Zoo Babies. Each one comes with an accessory that transforms from a nurturing play piece to a fun activity play piece.
The assortment includes:
–28938 Ping Ping™ (baby panda): Has a highchair that transforms into a swing.
–28935 Tika™ (baby white tiger): Has a rocking chair that transforms into a slide.
–28936 Chika™ (baby chimpanzee): Has a crib that transforms into a jungle gym. Also has a pacifier that fits in her mouth and fabric-fastener paws, so she can hug Barbie® doll or the jungle gym.
• Window box.
• TV

**A28934 ASST. PAK 6**
UPC CODE: 74299-28934-7





Acces





EXHIBIT 30
PAGE 173

42

M 0019054

**Zoo Babies Playset**

This playset lets girls [...] lots of fun, nurturing play patterns [...] Barbie® doll and four adorable [...] Zoo Babies–two koalas, a se[...] and otter. The otter and seal [...] swim and play in the water area which has a slide for even more fun. When Barbie® doll's not playing with the animals, she's nurturing them in the care station which has a changing area, scale and washing bin.

● Dolls not included.
● Partial window box.
● Ages 3 and over.
● Direct import.

**88716 STD. PAK 6**
UPC CODE: 74299-88716-1



sories



**Dress-Up™ Pets Assortment**

These adorable pets wear pet-sized fashions themed to the beach, wedding, ballet, and birthday. Each set comes with two pets, themed fashions and accessories.
The assortment includes:
–Beach: A dog and cat dressed in Hawaiian-style beach wear ready for cool surfing and sunbathing fun.
–Wedding: A boy dog handsomely dressed in a black and white tux and a blushing dog bride in a white wedding gown are ready to walk down the aisle.
–Ballet: Two pretty poodles dressed in tutu's are ready to practice for their upcoming recital.
–Birthday: Two puppy dogs dressed in their party hats are ready to celebrate at the birthday party.

● Window box.
● Ages 3 and over.
● Direct import.



**A07588-9B ASST. PAK 2**
UPC CODE: 74299-[...]





EXHIBIT 3D
43
PAGE 174
M 0019855

*Barbie*

### Kelly® Fun Fair™ Amusement Park
### Kelly® Kiddie Coaster

This themed playset lets Kelly® doll and her friends enjoy fun amusement park rides and munch on all their favorite snacks! Use the hand crank to turn the ferris wheel and move the cars to the top of the roller coaster. When Kelly and her friends get hungry, they can visit the snack stand.

- Dolls not included. Unassembled.
- Partial window box.
- Ages 3 and over.
- TV
- Direct import.

**88808 STD. PAK 6**
UPC CODE: 74299-88808-3






## Accessories

### Kelly® Fun Fair™Amusement Park
### Kelly® Kiddie Rides

Kelly® doll and her friends can really ride the carousel and bumper cars in her very own fun fair! Comes with a carousel, two bumper cars and a bumper car boundary ring.

- Dolls not included. Unassembled.
- Closed box.
- Ages 3 and over.
- Direct import.

**88705 STD. PAK 6**
UPC CODE: 74299-88705-5



44

EXHIBIT 30
PAGE 175
M 0019056

*Barbie*



**Kelly® Playland**

This is one of Kelly® doll's favorite places, because she can play on all the colorful and modern playground equipment. This fun playland has a slide that detaches and reattaches to different platforms on the playset. It also has an area filled with colorful playground balls. There's even a table with familiar fast food, so Kelly and her friends can grab a quick snack. Comes with a slide, ten balls, bag and pretend food–hamburger, french fries and drink.

- Dolls not included. Unassembled.
- Closed box.
- Ages 3 and over.
- Direct Import.

**88704 STD. PAK 6**
UPC CODE: 74299-88704-8

EXHIBIT 3D
PAGE 176

45

M 0019057

*Barbie*

### Ride 'n Shine Bicycle™

Barbie® doll's cool new bike looks and sounds just like the real thing. It has a working LED front light, and when the wheels turn, they make a clicking sound. This realistically – styled bike also has a basket where Barbie can put her groceries.

• Doll not included. Unassembled.
• "Try me" window box.
• Ages 3 and over.
• Direct import.

**67560-94 STD. PAK 12**
UPC CODE: 74299-67560-1



# Acces

### Convertible Mustang

Now Barbie® doll can put the top down and cruise around town in her very own Ford Mustang convertible! This realistically – styled car looks just like the real thing, with opening doors, chrome wheels and Goodyear tires. It even has a working rag top that girls will love putting up and down. Seats Barbie and a friend.

• Dolls not included.
• Closed box.
• Ages 3 and over.
• Direct import.

**67391-91 STD. PAK 6**
UPC CODE: 74299-67391-1



46

EXHIBIT _____ 30 _____
PAGE _____ 177 _____

M 0019058



**R/C Jeep® Wrangler™**

This sporty, licensed 4 x 4 Jeep® can take Barbie® doll and her friends on lots of exciting off-road adventures. It has a tighter turning radius than the competition and a radio control unit that looks like a cell phone. It boasts genuine Jeep® branding, cool wheels with rugged tires and working headlights. Girls can make the car go forward or turn in reverse. Seats Barbie and a friend.

- Requires four "C" and one 9-volt batteries, not included.
- Doll not included.
- Window box.
- Ages 3 and over.
- Direct import.

**67262 STD. PAK 4**
UPC CODE: 74299-67262-4

*Barbie*

sories

**R/C Ferrari 355 Spyder**

Barbie® doll looks great cruising around in her cool radio-controlled Ferrari with real working parking lights! This hot red sportscar looks like the real thing, with sleek styling and genuine Ferrari branding on the car and even the R/C unit. Girls can make the car go forward or turn in reverse. Seats two dolls.

- Batteries not included.
- Doll not included.
- Window box.
- Ages 3 and over.
- Direct import.

**67263 STD. PAK 4**
UPC CODE: 74299-67263-1

EXHIBIT 30
PAGE 178

M 0019059

*Barbie*

# FASHIONS

**Fashion Avenue™**
**Movin' to Music™**

Trendy dance theme outfits for Barbie® doll, each with its own music CD–a great new interactive way for girls to play with Barbie® doll! There are three cool themes–hip hop, salsa and ice dancing. Each themed fashion comes with an instrumental music CD for the girl.

- Fashions fit most Barbie dolls. Each sold separately.Dolls not included.
- Blister card.
- Ages 3 and over.

**A29069 ASST. PAK 6**
UPC CODE: 75399-29069-8





EXHIBIT __3p__

PAGE __179__

48

M 0019060







**Fashion Avenue™ Animation Assortment**

Cool, hip fashions for Barbie® doll which capitalize on the animation trend. Girls will love the fun animated characters printed on every fashion. Each outfit comes with matching shoes and a trading card.
The assortment includes:
–29152 Jumpkey™
–29153 Bloo Bear™
–29154 Floff™
–29156 Bashfull Bunny™
• Fashions fit most Barbie® dolls. Each sold separately. Dolls not included.
• Window box.
• Ages 3 and over.
**A29150 ASST. PAK 6**
UPC CODE: 74299-29150-0



**Fashion Avenue™ Accessory Bonanza™**

The latest fashion accessories and realistic play pieces that let girls play out lots of lifestyle play patterns with Barbie® doll. Each pack features several fun themes such as gardening or vacationing and comes with lots of accessories plus plastic and chip art pieces.
• Fashions fit most Barbie® dolls. Each sold separately. Dolls not included.
• Window box.
• Ages 3 and over.
**A28868 ASST. PAK 6**
UPC CODE: 74299-28868-5





49

EXHIBIT ___ 30

PAGE ___ 180

M 0019061

*Barbie*

**Fashion Avenue™ Metro™**

The coolest styles, fabrics and colors, designed to give Barbie® doll's wardrobe a hip, new look. The collection features trendy styles girls will love, including casual and dress looks. Each fashion comes with shoes and accessories.

• Fashions fit most Barbie® dolls. Each sold separately. Dolls not included.
• Window box.
• Ages 3 and over.

**A25701 ASST. PAK 6**
UPC CODE: 74299-25701-8

  

  

# FASHIONS

**Fashion Avenue™ Ken®**

Cool, hip looks that make Ken® doll look great, whether he's playing his favorite sport, going out with Barbie® doll or just hanging out with friends. Each fashion comes with shoes and accessories.

• Fashions fit most Ken® dolls. Each sold separately. Dolls not included.
• Window box.
• Ages 3 and over.

**A25752 ASST. PAK 6**
UPC CODE: 74299-25752-0



EXHIBIT _____ 30
PAGE _____ 181

M 0019062