*Barbie*



**Fashion Avenue™ Kelly®**

A collection of cute mix-and-match fashions for Kelly® doll and her friends. Adorable looks for every occasion, including going to school, playing at the beach or dressing up for a costume party. Each fashion comes with shoes and accessories.

- Fashions fit most Kelly® dolls. Each sold separately. Dolls not included.
- Window box.
- Ages 3 and over.

**A25754 ASST. PAK 6**
UPC CODE: 74299-25754-4

# FASHIONS





**Fashion Avenue™ Charm**

A collection of sweet, pretty fashions for Barbie® doll, designed especially with younger girls in mind. Girls will love the romantic feel of these outfits, many with delicate fabrics and sparkly highlights. Each fashion comes with shoes and accessories.

- Fashions fit most Barbie® dolls. Each sold separately. Dolls not included.
- Window box.
- Ages 3 and over.

**A25702 ASST. PAK 6**
UPC CODE: 74299-25702-5



EXHIBIT **30**

PAGE **142**

51

M 0019063

# Barbie

**Fashion Avenue™ Skipper®**

All the latest looks for Skipper® doll, the coolest teen in high school! The collection includes casual and dress outfits, so Skipper doll will look great for all her different activities. Each fashion comes with shoes and accessories.

- Fashions fit most Skipper® dolls. Each sold separately. Dolls not included.
- Window box.
- Ages 3 and over.

**A25753 ASST. PAK 6**
UPC CODE: 74299-25753-7

## FASHIONS

**Fashion Avenue™ Dazzle™**

A collection of truly spectacular, full-length gowns for Barbie® doll, including a beautiful bridal ensemble. Girls will love these breathtaking special occasion outfits with luxurious fabrics and intricate detailing.

- Fashions fit most Barbie® dolls. Each sold separately. Dolls not included.
- Window box.
- Ages 3 and over.

**A25755 ASST. PAK 6**
UPC CODE: 74299-25755-1








52

EXHIBIT 3

PAGE 183

M 0019064

# FASHIONS

*Barbie*

**Fashion Avenue™
Mix 'n Match Assortment**

A collection of trendy mix-and-match separates for Barbie® doll that lets girls create their own cool outfits—up to eight different looks! Each themed fashion comes with shoes, accessories and play pieces.

- Fashions fit most Barbie® dolls. Each sold separately. Dolls not included.
- Window box.
- Ages 3 and over.

**A27849 ASST. PAK 6**
UPC CODE: 74299-27849-5









EXHIBIT __30__

PAGE __184__

53

M 0019065

# Barbie

**Six-Fashion Gift Packs**

Six complete fashions that let girls give Barbie® doll a variety of different looks, from casual, to dressy, to formal. Each gift pack includes six fashions and three pairs of shoes.
- Fashions fit most Barbie® dolls. Each pack sold separately.
  Dolls not included.
- Window box.
- Ages 3 and over.
- Direct import.

**A68073-5 ASST. PAK 12**
UPC CODE: 26676-68073-5



EXHIBIT **30**

PAGE **185**

54

M 0019066

# FASHIONS

















**Three-Fashion Gift Packs**

A collection of mini wardrobes, featuring three cool looks for Barbie® doll! Each gift pack includes one pretty dress, one party dress, one casual outfit and two pairs of shoes.

- Fashions fit most Barbie® dolls. Each pack sold separately. Dolls not included.
- Peggable window box.
- Ages 3 and over.
- Direct import.

A68585-7 ASST. PAK 12
UPC CODE: 26676-68585-3





EXHIBIT _____ 3D

PAGE _____ 186

55

M 0019067

# Barbie

**Fashion Favorites®**

A collection designed especially with younger girls in mind, featuring six Easy To Dress® fashions for Barbie® doll. Each fashion comes with coordinating shoes.

- Fashions fit most Barbie® dolls. Each sold separately.
  Dolls not included.
- Blister card.
- Ages 3 and over.
- Direct import.

**A68000-1 ASST. PAK 72**
UPC CODE: 26676-68000-1

**Dreamy Touches™ Fashions**

A collection of pretty outfits for Barbie® doll, perfect for sleeping or lounging. Girls will love getting Barbie® doll ready for fun slumber parties!

- Fashions fit most Barbie® dolls. Each sold separately.
  Dolls not included.
- Blister card.
- Ages 3 and over.
- Direct import.

**A68089-4 ASST. PAK 48**
UPC CODE: 26676-68089-6



# FASHIONS

EXHIBIT 30

PAGE 187

M 0019068



*Barbie*

### Go in Style® Fashions

A collection of six trendy, up-to-the-minute styles for Barbie® doll. All the newest looks, including casual and dress fashions. Each fashion includes coordinating shoes.

- Fashions fit most Barbie® dolls. Each sold separately. Dolls not included.
- Blister card.
- Ages 3 and over.
- Direct import.

**A68014-7/8 ASST. PAK 48**
UPC CODE: 26676-68014-8



### Sun and Sea Fashions

Cool, casual looks for Barbie® doll—perfect for relaxing at the beach or by the pool. The collection features all the latest casual and swim fashions, including maillots and two-piece bathing suits.

- Fashions fit most Barbie® dolls. Each sold separately. Dolls not included.
- Blister card.
- Ages 3 and over.

**A68781 ASST. PAK 48**
UPC CODE: 26676-68781-5



EXHIBIT _____ 30

PAGE _____ 188

57

M 0019069

# *Barbie*

**Kelly® and Tommy™ Fashions**

Cute, casual outfits that let Kelly® doll and Tommy™ doll look their very best. The assortment includes four pretty styles for Kelly® doll and two handsome looks for Tommy™ doll. Each fashion includes coordinating shoes.

- Fashions fit most Kelly® or Tommy™ dolls. Each sold separately. Dolls not included.
- Blister card.
- Ages 3 and over.
- Direct import.

**A68230-5 ASST. PAK 72**
UPC CODE: 26676-68230-2








**Skipper® Fashions**

A collection of hot, trendy fashions for Skipper® doll— the best-dressed teen around. Each fashion includes coordinating shoes.

- Fashions fit most Skipper® dolls. Each sold separately. Dolls not included.
- Blister card.
- Ages 3 and over.
- Direct import.

**A68028-1/2 ASST. PAK 48**
UPC CODE: 26676-68028-5



# FASHIONS

EXHIBIT 30

PAGE 189

M 0019070



*Barbie*

**Ken® Stylin' Looks™ Fashions**

A collection of trendy, casual looks for Ken® doll—perfect for watching a ballgame or taking Barbie® doll out to lunch. Each fashion features realistic touches and coordinating shoes.
• Fashions fit most Ken® dolls. Each sold separately. Dolls not included.
• Blister card.
• Ages 3 and over.
• Direct import.

**A68040-8 ASST. PAK 48**
UPC CODE: 26676-68040-7

# FASHIONS



**Totally Sports™ Fashions**

Everything Barbie® doll needs to make her look like a winner, whether she's showing off her backhand or kicking in the winning goal! Each fashion comes with sports equipment and shoes.
The assortment includes:
–Tennis
–Soccer
–Polo
–Skateboarding
• Fashions fit most Barbie® dolls. Each sold separately. Dolls not included.
• Blister card.
• Ages 3 and over.
• Direct import.

**A68312-3 ASST. PAK 48**
UPC CODE: 26676-68312-5

# FASHIONS

EXHIBIT ___30___

PAGE ___190___

59

M 0019071



# *Barbie*

## Jeans Fashions

A collection of four contemporary denim-look fashions, designed exclusively for Barbie® doll. Each fashion features Barbie® doll's own cool logo and comes with coordinating shoes.
- Fashions fit most Barbie® dolls. Each sold separately. Dolls not included.
- Blister card.
- Ages 3 and over.
- Direct import.

**A68084-3 ASST. PAK 36**
UPC CODE: 26676-68084-1

## Little Extras™

A complete wardrobe of shoes or two kinds of hangers for Barbie® doll and her friends. The shoe packs feature seven pairs of shoes, including casual, dressy and sport styles. The hanger packs feature three clip-on and three regular hangers. There are packs for Barbie® doll, Barbie doll's sisters, Ken® doll and all of their friends.
- Blister card.
- Ages 3 and over.
- Direct import.

**A68715 ASST. PAK 48**
UPC CODE: 26676-68715-6

# FASHIONS

60

EXHIBIT _____ 30

PAGE _____ 191

M 0019072





**Bridal Fashions**

A collection of exquisitely detailed bridal fashions designed to make Barbie® doll's wedding absolutely perfect. Each wedding gown comes with a veil, flower bouquet and shoes. Ken® doll's tuxedo comes with coordinating shoes.

- Fashions fit most Barbie® dolls. Each sold separately. Dolls not included.
- Blister card.
- Ages 3 and over.
- Direct import.

A68065-5 ASST. PAK 36
UPC CODE: 26676-68065-0

# FASHIONS



**Fantasy Costumes™ Fashions**

A collection of four glamorous, sparkly fashions that make Barbie® doll the prettiest girl at any costume party. The assortment includes:
–Angel
–Butterfly
–Fairy
–Ballerina

- Fashions fit most Barbie® dolls. Each sold separately. Dolls not included.
- Blister card.
- Ages 3 and over.
- Direct import.

A68087-1 ASST. PAK 36
UPC CODE: 74299-68087-2

EXHIBIT **30**

PAGE **192**   61

M 0019073





**Grand Entrance™ Barbie® Doll**

A new series that showcases original fashions by Barbie® designers and comes with a special guide to collecting. This year's stunning doll was designed by Carter Bryant and features Barbie doll wearing a magnificent gown in steel blue taffeta.

- Collector Edition.
- Doll stand included.
- Window box.
- Ages 14 and over.

**28533 (CAUCASIAN) STD. PAK 2**
UPC CODE: 74299-28533-2

**29662 (AFRICAN-AMERICAN) STD. PAK 2**
UPC CODE: 74299-29662-8

EXHIBIT ___30___

PAGE ___193___

M 0019074





### Barbie® Doll 2001

Second in a series that celebrates the first decade of the new millennium, Barbie® doll looks magnificent in a dazzling seafoam organza gown. Barbie® doll's long, full dress is accented at the waist with a satin bow and she wears matching colored evening gloves and pumps. Her finishing touches are crystal stud earrings and a spectacular rhinestone tiara that reads, "2001."

- Collector Edition.
- Doll stand Included.
- Window box.
- Ages 14 and over.

**50841 (CAUCASIAN) STD. PAK 2**
UPC CODE: 74299-50841-7
**50842 (AFRICAN-AMERICAN) STD. PAK 2**
UPC CODE: 74299-50842-4



EXHIBIT ___ **30**

PAGE ___ **194**

M 0019075





### Day in the Sun™ Barbie®

Barbie® doll looks glamorous reading scripts by the pool in her leopard-print swim ensemble. Third in the Hollywood Movie Star™ collection. Barbie doll wears a shirred maillot, sheer black sarong and a dramatic large-brimmed hat. Completing her elegant look are lace-up sandals, bangle bracelets and sunglasses. Comes with two "scripts."

- Collector Edition.
- Window box.
- Ages 14 and over.

**26925 STD. PAK 2**
UPC CODE: 74299-26925-7

### Publicity Tour™ Barbie®

Barbie® doll is ready to meet the press in a classic suit inspired by the golden era of Hollywood. Fourth in the Hollywood Movie Star™ collection. Exuding star quality, Barbie doll wears a stunning houndstooth-design ensemble, accented with pink satin cuffs. For added glamour Barbie wears a large-brimmed black hat and a long, coral pink satin scarf, trimmed with faux fur.
- Collector Edition.
- Doll stand included.
- Other dolls shown are not available.
- Open window box.
- Ages 14 and over.

**27685 STD. PAK 2**
UPC CODE: 74299-27685-9





### Hollywood Cast Party™ Barbie®

Sixth in the Hollywood Movie Star™ collection, Barbie® doll is ready to celebrate the wrapping of her last film at a glamorous cast party. Barbie® doll exudes sophistication in a head-turning ensemble. She wears a stunning red charmeuse gown that falls gracefully to the floor, accented with a matching red belt with golden buckle. Around her shoulders, her red marabou shrug shimmers with golden threads. Completing her ensemble are red gloves, a golden necklace with two rhinestones and golden earrings.
- Collector Edition.
- Doll stand included.
- Window box.
- Ages 14 and over.

**50825 STD. PAK 2**
UPC CODE: 74299-50825-7

EXHIBIT __30__
PAGE __/75__

M 0019076





**Romantic Wedding™ 2001**

Barbie® doll's breathtaking ensemble combines traditional bridal motifs with modern day elements. Second in The Bridal Collection, featuring Barbie® doll as a beautiful bride wearing classic and contemporary bridal fashions. Barbie wears an off-white gown, set off with a soft yellow floral design.

• Collector Edition.
• Doll stand included.
• Window box.
• Ages 14 and over.

**29438 (CAUCASIAN) STD. PAK 2**
UPC CODE: 74299-29438-9
**29439 (AFRICAN-AMERICAN) STD. PAK 2**
UPC CODE: 74299-29439-6

**40th Anniversary Ken®**

Commemorating Ken® doll's 40th anniversary, Ken wears a smart tuxedo and is the perfect accompaniment to the 40th Anniversary Barbie® doll (1999). Ken is dressed for the occasion, in an elegant black tuxedo, complete with a white satin shawl collar and pink boutonniere. Ken also comes with a boxed mini replica of the very first Ken doll wearing his red bathing suit and yellow towel, circa 1961.

• Collector Edition.
• Doll stand included.
• Window box.
• Ages 14 and over.

**50722 STD. PAK 2**
UPC CODE: 74299-50722-9
**52967 (AFRICAN-AMERICAN) STD.PAK 2**
UPC CODE: 74299-52967-2

65

EXHIBIT ___ 30
19 6

M 0019077



**Barbie COLLECTIBLES**

### *Coca-Cola®* Barbie® Doll

Barbie® doll roots for her favorite team wearing an adorable COCA-COLA® cheerleading uniform. Comes complete with pom-pom, megaphone, and letterman jacket featuring her boyfriend's name, Ken®. Fourth in a series that brings together Barbie® and COCA-COLA®.

- Collector Edition.
- Doll stand included.
- Window box.
- Ages 14 and over.

**28376 STD. PAK 2**
UPC CODE: 74299-28376-5



### Ferrari Barbie® Doll

Inspired by the lifestyle and sophistication of Ferrari, Barbie® doll is ready to drive off in style. She wears a red faux leather suit with the unmistakable Scuderia Ferrari logo, and holds the "key" to her very own Ferrari.

- Collector Edition.
- Doll stand included. Car not included.
- Window box.
- Ages 14 and over.

**28534 STD. PAK 2**
UPC CODE:
74299-28534-9





### Peace and Love '70s™ Barbie® Doll

Barbie® doll captures the spirit of the '70s, wearing an earthy ensemble and raising her hand in the familiar peace gesture. From the Great Fashions of the 20th Century series, Barbie® doll looks groovy in a fringed vest and "patchwork" bellbottoms.

- Collector Edition.
- Doll stand included.
- Open window box.
- Ages 14 and over.

**27677 STD. PAK 2**
UPC CODE: 74299-27677-4

66

EXHIBIT _____ **30**

PAGE _____ **197**

M 0019078





**Barbie® as Jeannie from *I Dream of Jeannie*™**

Barbie® doll is ready to weave some mischievous "magic" as the lovable Jeannie from the classic TV show, *I Dream of Jeannie*. Barbie looks absolutely adorable, dressed in a reproduction of Jeannie's authentic pink costume. She wears a cropped pink vest over a pink bandeau top, sheer harem pants and golden shoes. Her long blond hair is worn up in a blond ponytail, accented with a pink headdress and sheer pink scarf. True to her character, she has her arms crossed in Jeannie's signature pose. And because Jeannie would never wander too far from home, Barbie® doll even comes with her own genie bottle.

• Collector Edition.
• Doll stand included.
• Window box.
• Ages 14 and over.

**29913 STD. PAK 2**
UPC CODE: 74299-29913-1

**Barbie® and Ken® as *The Munsters***

Barbie® doll and Ken® doll as Lily and Herman Munster are perfect as the beloved, offbeat couple from the famous 1960s TV show, *The Munsters*. Barbie is elegantly ghoulish as Lily Munster, complete with Lily's raven black hair and signature ivory streak. She wears a flowing light pink gown that sets off the eerie shade of her greenish skin. The dress is an authentic reproduction, featuring wing-like cut-outs at the arms. A bat hanging from her necklace and black fingernails complete her look. In his brown suit and over-sized boots, Ken doll is a dead giveaway for the frightful but good-natured Herman Munster. True to the character, he features a flat top and exaggerated forehead and even includes the distinctive pair of bolts that attach to Herman's neck.

• Collector Edition.
• Doll stand included.
• Window box.
• Ages 14 and over.

**50544 STD. PAK 2**
UPC CODE: 74299-50544-7



EXHIBIT _____ 30
PAGE _____ 198

M 0019079





### Fairy of the Garden Barbie®

Barbie® doll is a vision of iridescence and color, wearing a flowing dress inspired by hues found in the petals of a flower. Second in the Enchanted World of Fairies™ collection. Barbie doll's dress is softly draped, with a hem reminiscent of petals. Glitter-dusted wings and soft, pointed "fairy" shoes complete her costume.

- Collector Edition.
- Doll stand included.
- Window box.
- Ages 14 and over.

**28799 STD. PAK 2**
UPC CODE: 74299-28799-2



### Holiday Angel Barbie®

Barbie® doll is a beautiful angel wearing a stunning ensemble inspired by the holiday season. Second in the "Holiday Angel" series. Barbie doll looks angelic with her golden and red gown, delicate golden wings and shiny golden halo.

- Collector Edition.
- Doll stand included.
- Window box.
- Ages 14 and over.

**29769 (CAUCASIAN) STD. PAK 2**
UPC CODE: 74299-29769-4
**29770 (AFRICAN-AMERICAN) STD. PAK 2**
UPC CODE: 74299-29770-0



EXHIBIT 30
PAGE 199

M 0019080





**Barbie® as Flower Ballerina™ from**
*The Nutcracker*

Barbie® doll looks ravishing as Flower Ballerina, one of the most popular ballerinas from the beloved ballet, "The Nutcracker." Fifth in the Classic Ballet Series®. Barbie® doll gets rave reviews in her glittering pink ballerina costume. She has specially-sculpted legs, so girls can pose her in actual "on-toe" ballet positions.
● Collector Edition.
● Doll stand included.
● Window box.
● Ages 3 and over.

**28375 STD. PAK 4**
UPC CODE: 74299-28375-8

*Princess and the Pea* **Barbie®**

Barbie® doll is the beautiful princess from the classic children's tale, "The Princess and the Pea," carrying a pillow upon which rests the famous "pea." Barbie doll's enchanting gown has a light green satin bodice and glittery cream skirt, topped by a lavender overskirt with golden floral highlights.
● Collector Edition.
● Doll stand included.
● Window box.
● Ages 3 and over.

**28800 STD. PAK 4**
UPC CODE: 74299-28800-5



EXHIBIT ___3D___
PAGE ___200___

M 0019081



*Barbie*
COLLECTIBLES

### Princess of India™ Barbie® Doll

The popular Dolls of the World® series will begin a new era as Dolls of the World –The Princess Collection, featuring Barbie® dolls as beautiful princesses from different regions of the world. From this new series, Barbie is an exotic beauty inspired by princesses of India.

● Collector Edition.
● Doll stand included.
● Window box.
● Ages 3 and over.

**28374 STD. PAK 4**
UPC CODE: 74299-28374-1



### Princess of the Incas™ Barbie®

The popular Dolls of the World® series will begin a new era as Dolls of the World–The Princess Collection, featuring Barbie® dolls as beautiful princesses from different regions of the world. From this new series, Barbie looks magnificent, inspired by princesses of the Incan Empire.

● Collector Edition.
● Doll stand included.
● Window box.
● Ages 3 and over.

**28373 STD. PAK 4**
UPC CODE: 74299-28373-4

EXHIBIT ___3 D___

PAGE_____201_____

M 0019082



### Princess of the French Court™ Barbie® Doll

The popular Dolls of the World® series will begin a new era as Dolls of the World –The Princess Collection, featuring Barbie® dolls as beautiful princesses from different regions of the world. From this new series, Barbie doll is a royal beauty inspired by the princesses of Europe during the middle ages. She wears a purple and golden floral-print gown topped by a deep purple panné layer. The panné over-layer wraps around her shoulders, is caught with a golden medallion, and then falls gracefully to the ground. Her sheer purple sleeves flow from her shoulders to the floor. A golden crown and elaborate golden waistband add the final touches. Packaging features educational information about Europe during the Middle Ages.

- Collector Edition.
- Doll stand included.
- Window box.
- Ages 3 and over.

**28372 STD. PAK 4**
UPC CODE: 74299-28372-7



EXHIBIT **3D**

PAGE **202**

71

M 0019083



### Barbie COLLECTIBLES

### Birthday Wishes™ Barbie® #3

Barbie® doll is the perfect gift for any girl celebrating her very special day. Third in a series that celebrates birthdays, Barbie looks gorgeous in a glittering light blue gown with a fitted peplum bodice, and a sparkly tulle overskirt. Truly the perfect birthday present, Barbie doll even carries with her a doll-sized "gift bag."

- Collector Edition.
- Doll stand included.
- Open window box.
- Ages 3 and over.

**28434 (CAUCASIAN) STD. PAK 4**
UPC CODE: 74299-28434-2

**28435 (AFRICAN-AMERICAN) STD. PAK 2**
UPC CODE: 74299-28435-9



### Barbie® and Curious George

Barbie® doll is adorable as a fan of the monkey who gets himself into – and out of – lots of amusing adventures. Second in the Keepsake Treasures™ Collection featuring Barbie and characters from popular children's literature. Barbie doll wears an outfit featuring illustrations from the "Adventures of Curious George" and comes with her own plush Curious George monkey.

- Collector Edition.
- Doll stand included.
- Window box.
- Ages 3 and over.

**28798 STD. PAK 4**
UPC CODE: 74299-28798-5

EXHIBIT __30__

PAGE __203__

M 0019084





### Hansel and Gretel

Hansel and Gretel are precious as collectibles inspired by the classic children's story. Second in the Storybook Favorites series, these beautifully detailed dolls look absolutely adorable in Bavarian-inspired costumes. Alluding to the story, Gretel carries a basket with "bread."

• Collector Edition.
• Window box.
• Ages 3 and over.

**28535 STD. PAK 4**
UPC CODE: 74299-28535-6

### Goldilocks and the Three Bears

Goldilocks is adorable as the golden-haired girl of the classic fairy tale. Third in the Storybook Favorites series, Goldilocks comes with baby bear, perched in a highchair and wearing a blue bib. She and baby bear each come with a bowl of "porridge" and a spoon.

• Collector Edition.
• Window box.
• Ages 3 and over.

**29605 STD. PAK 4**
UPC CODE: 74299-29605-5



EXHIBIT _____ 30

PAGE _____ 204

M 0019085



**Timeless Treasures™**
FROM MATTEL



**Scarlett O'Hara™**
**Barbecue at Twelve Oaks™**

This incredibly detailed doll wears an authentic re-creation of the famous floral-printed voile gown Scarlett wore to the barbecue at Twelve Oaks. First in a series featuring Scarlett as portrayed by Vivien Leigh in the epic film, *Gone With the Wind*™.

• Window box.
• Ages 14 and over.

**29910 STD. PAK 2**
UPC CODE: 74299-29910-0

**Scarlett O'Hara™**
**On Peachtree Street-The Drapery Dress**

This beautiful doll wears an authentic re-creation of the striking gown Scarlett made out of green velvet curtains in a desperate attempt to impress Rhett Butler. Second in a series featuring Scarlett as portrayed by Vivien Leigh in the epic film, *Gone With the Wind*™.

• Window box.
• Ages 14 and over.

**29771 STD. PAK 2**
UPC CODE: 74299-29771-7

EXHIBIT 30

PAGE 205

M 0019086





**I Love Lucy® 50th Anniversary**

This authentic reproduction celebrates the *I Love Lucy®* show's 50th anniversary – the episode in which Ricky sings, "We're Having a Baby, My Baby and Me." Fourth in a series depicting Lucille Ball as Lucy Ricardo. In this gift set, featuring Desi Arnaz as Lucy's husband, Ricky, the couple are portrayed in authentic reproductions of the costumes they wore during this famous episode.

• Window box.

• Ages 14 and over.

**28553 STD. PAK 2**
UPC CODE: 74299-28553-0

EXHIBIT __3D__

PAGE __206__

M 0019087

*Timeless Treasures*™
FROM MATTEL



### James Dean–American Legend™

This incredibly detailed doll commemorates the short but memorable life and career of James Dean. A stunning likeness of the film icon, the doll captures James Dean in a characteristically nonchalant pose and is sculpted with his signature furrowed brow.

- Window box.
- Ages 14 and over.

**27786 STD. PAK 4**
UPC CODE: 27786-3

### Frank Sinatra–The Recording Years™

Frank Sinatra is captured here in incredible detail, right down to his famous blue eyes and sculpted pinky ring. This authentic re-creation depicts the legendary singer in a handsome navy blue suit. Comes with a music stand and miniature sheet music.

- Microphone not included.
- Window box.
- Ages 14 and over.

**26419 STD. PAK 4**
UPC CODE: 74299-26419-1

EXHIBIT __30__

PAGE __207__

76

M 0019088

*Timeless Treasures™*
FROM MATTEL



**Cher**

Introducing an incredible likeness of Cher in a spectacular ensemble designed especially for her by Bob Mackie. Famous as much for her bold fashion statements as for her work on stage and screen, Cher is depicted here in a midriff-baring creation with a fitted mermaid skirt in periwinkle blue.

• Window box.
• Ages 14 and over.

**29049 STD. PAK 4**
UPC CODE: 74299-29049-7

**Elvis®–Eagle Jumpsuit**

Third in a series designed to commemorate the life and career of Elvis Presley®, this detailed re-creation features the King of Rock 'n Roll® in his memorable "Aloha from Hawaii" TV special. Authentic in every way, the doll captures the legendary singer as he appeared on stage and even comes with a "microphone." Wearing his famous white jumpsuit decorated with eagle designs, Elvis looks ready to thrill his audience. His carefully re-created costume has a large stand-up collar, flared sleeves and flared legs with red inset panels. To complete his stage costume, Elvis wears an eagle belt buckle, white boots and a red scarf around his neck.

• Window box.
• Ages 14 and over.

**28570 STD. PAK 4**
UPC CODE: 74299-28570-7

EXHIBIT ___30___
PAGE ___208___

77

M 0019089





*Timeless Treasures*™
FROM MATTEL

# Introducing

the new "When I Read, I Dream™" series, celebrating the best in children's literature and highlighting enduring characters who have inspired young minds throughout the years. Looking as if they just stepped out of the pages of their books, these beautiful collectibles bring timeless tales and memorable heroines to life. The first character in this very special series is Jo from "Little Women," followed by Heidi and other classic figures in 2002.

## Jo, Inspired By The Classic Story Little Women

"Little Women," enjoyed by generations of children, is the story of four sisters with completely different personalities. Impulsive, vivacious Jo, has always been a favorite with little girls. Jo, inspired by the classic story Little Women is a new 8" doll with brown eyes and brown hair decorated with light blue satin bows. She wears an off-white dress blooming with light blue flowers and accented with a lace-trimmed light blue apron. White tights and black shoes complete her ensemble.

- Window box.
- Ages 8 and over.

**50723 STD. PAK 4**
UPC CODE: 74299-50723-6

EXHIBIT ___ 3D
79
PAGE ___ 210

M 0019091



**DISNEY**
COLLECTOR DOLLS

### Summer Seas™ Ariel

Mermaid Ariel is the embodiment of summer, with her long, flowing red hair and exquisitely detailed ensemble. First in the Disney Enchanted Seasons Series. Ariel looks beautiful with her signature seashell bikini top, crushed velvet tail and "coral" headpiece adorned with "found" things from the human world. She comes with a sun medallion on a wired cord.

• Window box.

• Ages 14 and over.

**29192 STD. PAK 4**
UPC CODE: 74299-29192-0





### Autumn Rose™ Belle

Belle pays tribute to the beauty of autumn, wearing a persimmon colored dress, dark red crepe cape and burgundy panné velvet hood. Second in the Disney Enchanted Seasons Series. An authentic re-creation of one of Disney's most beloved characters, Belle wears an ensemble designed to look right at home in a quaint French village.

• Window box.

• Ages 14 and over.

**29612 STD. PAK 4**
UPC CODE: 74299-29612-3

EXHIBIT _____ 3D

PAGE _____ 211

M 0019092



### Disney COLLECTOR DOLLS

**Winter Frost Sleeping Beauty**

Third in the Disney Enchanted Seasons Series, Sleeping Beauty celebrates the magical splendor of winter wearing an icy blue, silver and white ensemble. She looks magnificent in an iridescent cape of palest blue, embellished with a silvery and white metallic braid and finished with a filigree snowflake brooch. Her light blue jacquard bodice is accented with pointed sleeves. Her stunning icy blue skirt in two-toned satin is trimmed with a white flocked snowflake-patterned fabric.

• Window box
• Ages 14 and over.

50783 STD. PAK 4
UPC CODE: 74299-50783-0

**Spring Blossom Mulan**
Coming in 2002
29191 STD.PAK. 4
UPC CODE: 74299-29191-3

81

M 0019093



# Disney
## COLLECTOR DOLLS



**Spirit of Neverland™ Tinker Bell**

A beautifully detailed doll that faithfully captures the mischievous personality of Disney's Tinker Bell, right down to her impish expression from the film. Tinker Bell wears an elaborate replica of her classic pixie dress and silky chartreuse shoes, accented with pom-poms. Completing her ensemble are beautiful iridescent wings.

- Window box.
- Ages 14 and over.

**29735 STD. PAK 4**
UPC CODE: 74299-29735-9

**Fabulous Flapper™ Minnie**

From a series which depicts Minnie in historical fashions, Minnie looks sassy in a spirited 1920s ensemble. Her glittery, printed satin flapper dress is trimmed with blue and pink beaded fringe at the hem. She wears a pleated "turban" headband in periwinkle blue, embellished with a dazzling brooch and finished with a pink feather.

- Window box.
- Ages 14 and over.

**29734 STD. PAK 2**
UPC CODE: 74299-29734-2

EXHIBIT ___30___

PAGE ___213___

M 0019094

### Santa's Helper™ Mickey

Mickey wears an elf costume and looks adorable as Santa's Helper™. Mickey is dressed for the North Pole in a festive red, green and white costume. On his head is a red and white striped stocking cap, trimmed with a jingle bell, green holly leaves and red beads. His striped stockings match his hat, and his shoes are classic elf shoes, with pointed toes and jingle bells. Always ready to make more of Santa's toys, Mickey wears a leather-like apron which holds all of his essential tools – a hammer, screwdriver and candy cane. In his hand, he holds a paintbrush to give his toys the finishing touches.

● Window box.
● Ages 14 and over.

**50929 STD. PAK 2**
UPC CODE: 74299-50929-2



**DISNEP**
COLLECTOR DOLLS



83

M 0019095



EXHIBIT **3D**

PAGE **215**

M 0019096



EXHIBIT 30

PAGE 216

M 0019097



*Belle*

Disney
PRINCESS

**My Favorite Fairytale™ Collection**

A collection of 11 1/2" fashion dolls, featuring Disney princesses wearing authentic, detailed fashions from their films. Jasmine is new for 2001. Sold only in an assortment which includes each of the five princesses plus an extra Cinderella doll.
The assortment includes:
–29175 Cinderella
–29176 Snow White
–28177 Sleeping Beauty
–28178 Belle
–28965 Jasmine
• Window box.
• Ages 3 and over.

**A29174 ASST. PAK 6**
UPC CODE: 74299-29174-8

*Cinderella*

EXHIBIT 31
PAGE 217
85

M 0019098

# DISNEP PRINCESS

**Dazzling Princess™ Assortment**

A collection of favorite Disney princesses dressed in sparkly versions of their signature gowns. Each one has a sound and light-up feature consistent with her story, so girls can make their favorite scenes "come to life."

The assortment includes:

−50752 Cinderella with light-up "glass" slippers

−50753 Sleeping Beauty with a light-up crown

−50754 Belle with a light-up rose

• Window box.

• Ages 3 and over.

**A50571 ASST. PAK 4**
UPC CODE: 74299-50751-3







86

EXHIBIT 30

PAGE 218

M 0019099



### Dısney PRINCESS

**Seaside Holiday™ Ariel**

Ariel celebrates the holiday season with a sparkly, festive interpretation of her signature look. She wears a spectacular costume in holiday colors, accented with glittery "seaweed-like" pieces at her wrists and neck. Ariel comes with her fish friend, Flounder.

● Window box.

● Ages 3 and over.

**29398 STD. PAK 4**
UPC CODE: 74299-29398-6

EXHIBIT 3D

PAGE 219

87

M 0019100



**Fashion Sandals™**

Girls can never have too many pairs of shoes! And now girls and Barbie® doll can dress up in matching Fashion Sandals™. There are four styles in the assortment.

● Blister card.
● Ages 3 and over.
● Direct import.

**A87570 ASST. PAK 24**
UPC CODE: 26676-67570-0

EXHIBIT _____ 30 _____

PAGE _____ 220 _____

86

N 0019101

## Glamour Heels™

These beautiful shoes are perfect for any dress-up outfit. Each set includes glamorous girl-sized shoes with furry embellishments plus a coordinating pair for Barbie® doll. Girls will love sharing the same shoe styles with Barbie® doll. There are three styles in the assortment.

- Blister card.
- Ages 3 and over.
- Direct import.

**A88742 ASST. PAK 24**
UPC CODE: 74299-88742-0



*Glamour Heels™*

M 0019102



*Barbie & Me*

**Dress and Dream™ Sets**

Girls will love sharing glamorous costumes with Barbie® doll and creating a unique fantasy world of play. Each set includes a beautiful costume with matching bracelet for the girl plus a matching costume for Barbie® doll.
The assortment includes:
–Sparkle Fairy
–Glitter Princess
• Dolls and Barbie dolls slippers not included.
• Window box.
• Ages 3 and over.
• Direct import.

**A88789 ASST. PAK 6**
UPC CODE: 74299-88789-5

EXHIBIT
PAGE

90



*Barbie & Me*

**Dress & Dream™ Wigs**

Now a girl can have that "Barbie® doll look" with a fabulous wig. Available in blonde, brunette and auburn, so girls can have one to match her own hair color and two more just for fun! One size fits most children.

- Peggable window box.
- Ages 3 and over.
- Direct import.

**88792 STD. PAK 6**
UPC CODE: 74299-88792-9

# Pony Tails!

**Dress & Dream™ Ponytails**

Now a girl can have long, beautiful hair just like Barbie® doll for hours of glamorous hair play fun! This long, curled ponytail is made of beautiful hair, just like Barbie® doll's and is finished with a beautiful satin ribbon bow. The ponytail attaches to the girl's hair with a fabric-fastener closure. Available in blonde, brunette and auburn.

- Peggable polybag.
- Ages 3 and over.
- Direct import.

**88793 STD. PAK 12**
UPC CODE: 74299-88793-6

EXHIBIT ___30___

PAGE ___223___

M 0019104

*Barbie & Me*

### Sweet Tea™ Sets

Now girls and Barbie® can host enchanting tea parties with real girl-sized tea sets and matching sets for Barbie® doll! Each set includes a girl-sized tray, teapot, sugar and creamer set, four cups, four saucers and four spoons, plus a special doll-sized tea set for Barbie doll, including a teapot and two cups and saucers. There are two colors in the assortment, purple and pink.
- Window box.
- Ages 3 and over.
- Direct import.

**A67561 ASST. PAK 6**
UPC CODE: 26676-67561-8



Matching sets for Barbie Dolls

EXHIBIT ___3D___

PAGE ___224___

M 0019105



*Barbie & Me*

**Musical Wedding Party™ Set**

Girls will love marching down the aisle as the music plays! This set comes with everything a girl needs to host a beautiful wedding party, from wedding invitations and a ring, to toasting glasses and a towering cake that plays "The Wedding March." There's even a bouquet and gift box for Barbie® doll.

- Window box.
- Ages 3 and over.
- Direct import.

**88798 STD. PAK 6**
UPC CODE: 74299-88798-7

Bouquet and Gift Box for Barbie® Dolls

EXHIBIT 30
PAGE 225

M 0019106

**Glitter & Stick™ Jewelry Kit**

Lets girls create their own cool glittery jewelry that they can wear over and over again, including bracelets, rings, earrings and decorative shapes. The kit comes with enough supplies to create over 35 jewelry pieces, and each piece is reusable up to three times.

- Requires two "AA" batteries, not included.
- Closed box.
- Ages 5 and over.
- TV

**29084 STD. PAK 4**
UPC CODE: 74299-29064-0

Glitter & Stick™ Jewelry Kit

94

EXHIBIT _____ 30

PAGE _____ 224

M 0019107





## Cool Compacts™

Lets girls add sparkly "gems" and feathers to create personalized compacts, complete with mirrors and real lip gloss! Each one makes a perfect gift.
The assortment includes:
  –Butterfly
  –Purse
• Closed box.
• Ages 5 and over.
• Direct import.

**A88785 ASST. PAK 6**
UPC CODE: 74299-88785-7







EXHIBIT **30**

PAGE **227** 95

M 0019108



# Bead Blast™

**Barbie** it's a start

### Bead Blast™ Kit

Lets girls make a trendy beaded purse or cool necklaces, bracelets and more—all, using easy pop-together beads! It's fast and fun! Girls can pop the beads together any way they want, then add decorative touches with Barbie® stickers. Girls can create lots of jewelry and accessories, wear them, then take them apart and start all over again!

• Closed box.
• Ages 5 and over.
• Direct import.

**88773 STD. PAK 6**
**UPC CODE: 74299-88773-4**



## Click & Style

**Magnets**

### Click & Style Jewelry Kit

Now girls can design and make their own jewelry with cool magnets. The magnets are interchangeable, so they can make new jewelry over and over again!

• Closed box.
• Ages 5 and over.
• Direct import.

**88772 STD. PAK 6**
**UPC CODE: 74299-88772-7**

96

EXHIBIT _____ 30
PAGE _____ 228

M 0019109



**Decorate 'n Dazzle™ Kits**

Lets girls create trendy jewelry and accessories with cool Barbie® styling. The assortment includes:

–Wrap 'n Wear™ kit: Makes two bracelets and two hair ties

–Jewel 'n Wear™ kit: Makes a hair band and ponytail holder

–Hair Charm Clips™ kit: Makes four charm barrettes

• Closed box.

• Ages 5 and over.

• Direct import.

**A88774 ASST. PAK 6**
UPC CODE: 74299-88774-1

EXHIBIT _____ 30      97

PAGE _____ 229

M 0019110



### Finger Frames™ Kits

Girls love trendy nail fashions, and now they can create all the latest looks with Barbie® doll flair! Each kit includes jewelry to decorate and wear. The assortment includes:

–Metallic Designs: Has metallic nails and decorating markers.
–Finger Frames™: Has a real frame on each nail!
–Sparkles 'n Faux Fur™: Has feathers and "gems."

• Acetate purse package.
• Ages 5 and over.
• Direct import.

**A88771 ASST. PAK 6**
UPC CODE: 74299-88771-0

Finger Frames™ Kits

Sparkles 'n Faux Fur™

Sparkles 'n Faux Fur™

Finger Frames™

Metallic Designs

EXHIBIT 3D
PAGE 230

98

M 0019111



**Deluxe Nailz™**

A complete nail kit that comes with everything girls need to make fun, trendy nails—even fun decals and wild colors!

- Window box.
- Ages 5 and over.
- Direct import.

**88818 STD. PAK 6**
UPC CODE: 74299-88818-2

**Glitzy Nails™ Nail Kits**

Girls can change their nail fashions to match their fashions and their moods, even when they're away from home! There are five kits in the assortment—two with nail polish and three with nail stickers.

- Blister card.
- Ages 5 and over.
- Direct import.

**A88775 ASST. PAK 6**
UPC CODE: 74299-88775-8

EXHIBIT ___ 3D
PAGE ___ 231

99

M 0019112