

**Speed Search™**

An electronic scavenger hunt that challenges girls to race against the clock to find items around the house – the fastest time wins! The scavenger hunt items are totally unpredictable – everything from a pen to something fuzzy. With over 200 prerecorded scavenger hunt items, girls can play it over and over again! The game instantly calculates the time spent finding each item and automatically totals up the time to announce the winner. The losing team has to perform fun random acts, and of course, put all the items back!

• Requires two "AA" batteries, not included.

• Pegged J-hook.

• Ages 5 and over.

**29477 STD. PAK 4**
UPC CODE: 74299-29477-8

EXHIBIT ___3D___

PAGE ___232___

M 0019113

Keeps favorite treasures totally safe!

Accessories not included.

**Secret Keeper™ Electronic Memory Box**

The coolest high-tech memory box with an electronic key card, two-way mirror and flashing lights to keep favorite treasures totally safe! When a girl wants to gain access, she simply waves the electronic flower-shaped key in front of the magical two-way mirror. The lights flicker, the treasures behind the mirror are revealed, and the door magically opens! There's also a fortune mode with fun "psychic" answers and a bank in back. You can even hide your key in the secret hiding place in the back and cover it with a photo.

• Requires three "AA" batteries, not included.

• J-hook with footer.

• Ages 5 and over.

**50359 STD. PAK 4**
UPC CODE: 74299-50359-7

*Secret Keeper™*

*Electronic Memory Box*

Barbie

EXHIBIT **3D**

PAGE **233**

101

M 0019114

## Personal Fashion Assistant™

It recognizes clothing and accessory colors to give girls high-tech fashion advice, fortunes and more! Girls can scan their clothes to see if they match. After pink and black are scanned, she may hear, "Perfect combination." If she's wearing red, she may hear a fortune like, "Red is the color of love. Someone has a crush on you!" This sleek electronic fashion assistant is so portable, a girl can even take it to the mall to scan before she buys!

• Requires four "AAA" batteries, not included.
• J-hook with footer.
• Ages 5 and over.

**50705 STD. PAK 4**
UPC CODE: 74299-50705-2

*Portable! Take it anywhere!*

102

EXHIBIT 3N
PAGE 234

Product discontinued for 2001

M 0019115



**Store up to ten of your favorite CDs!**

**Totally Talkin'™ CD Case**

The ultimate electronic CD case that lets a girl store up to ten of her favorite CDs and decorate with stickers that talk! There are seven sheets of stickers that have hidden messages, sounds and words that can only be revealed with the scanner pen. Some of the stickers even have NSYNC photos and phrases! By scanning and saving stickers with hidden sound bites, a girl can even create her own songs! There's also an external speaker so girls can plug in their own CD player for all their friends to hear.

• Requires three "AA" batteries, not included.
• Pegged J-hook.
• Ages 5 and over.
• CDs and CD player not included.

**50354 STD. PAK 4**
UPC CODE: 74299-50354-2

**Scan and save hidden sound bites! Create your own songs!**

*Bonus CD on initial quantities*

Totally Talkin'™ CD Case

103

PAGE 235

30

M 0019116



**Barbie® Perfectly Plush™ Fashion Puppy™ Assortment**

Adorable talking plush puppies who come with lots of cool fashions and accessories and love to play dress up! When a girl pats a pup's head, the pup barks and talks, prompting the girl to dress her up. Each pup comes with a travel bag, so a girl can take her pup everywhere!
The assortment includes:
–29860 Pink pup
–29861 White pup
• "Try me" package.
• Ages 3 and over.
• TV

**A29858 ASST. PAK 1**
UPC CODE: 74299-29858-2

Puppy and Kitty really walk when you attach their pretty leash!

*Puppies & Kitties*

**Barbie® Perfectly Plush™ Fashion Kitty™ Assortment**

Now a girl can play dress up with her very own talking plush kitty! These adorable talking plush kitties come with lots of trendy fashions and accessories. When a girl pats the kitty's head, the kitty meows and talks, prompting the girl to dress her up. Each kitty comes with a travel bag, so a girl can take her kitty everywhere!
The assortment includes:
–88700 Pink kitty
–89481 White kitty
• "Try me" package.
• Ages 3 and over.
• TV

**A88689 ASST. PAK 1**
UPC CODE: 74299-88689-8

104

EXHIBIT _____ 30

PAGE _____ 236

M 0019117

**Barbie® Minis**

Collectible mini plush pets with trendy fashions and cute purses, so girls can tote them around everywhere! There are three dogs and three kittles in the assortment – girls will want to collect all six!

● Hang tag.
● Ages 3 and over.
● Direct import.

**A88646 ASST. PAK 6**
UPC CODE: 74299-88646-1

**Pillow Surprise™**

Squeezably soft pillows with a fun surprise – they turn into adorable plush pets! These huggable pillows are perfect for slumber parties. Best of all, each one unfolds to reveal a lovable plush animal just waiting for a little girl's love and care.
The assortment includes:
–Bella Bear™
–Kylie Kitty™ (not shown)
–Babette Bunny™
● Platform tray.
● Ages 3 and over.
● Direct import.

**A88699 ASST. PAK 3**
UPC CODE:
74299-88699-7

EXHIBIT 30
PAGE 227

105

M 0019118



*Barbie*

PLAYTIME

KIDdesign, Inc.
732-382-1760
Cash Register

KIDdesign, Inc.
732-382-1760
Answering Machine

Tara Toy
Corporation
631-273-8697
Take-a-long

Tara Toy Corporation
631-273-8697
Kitchen Accessories,
"Bake with Me" Oven

EXHIBIT 30
PAGE 238

106

M 0019119



*Barbie*

**Oregon Scientific**
203-352-1318
Fun on the Go B-Book

**KIDdesign, Inc.**
732-382-1760
Telephone, Clock/Radio

# ELECTRONIC FUN



**Oregon Scientific**
203-352-1318
Math 'n Secrets Tech Bracelet



**Oregon Scientific**
203-352-1318
B-Book



**KIDdesign, Inc.**
732-382-1760
Stereo CD, Clock/Radio

**American Character Classics**
212-279-4150
Sportswear

EXHIBIT ___3D___

PAGE ___239___

107

M 0019120

*Barbie*

**Tri-Coastal**
212-779-8980
Paper Covered Boxes/Stationery

**Cosrich**
973-566-6240
Bath Products

# Girls' Club ™

**Cosrich**
973-566-6240
Cosmetics

**Franco Manufacturing Co.**
732-494-0500
Bath Towels

**Colibri**
401-943-2100
Wooden Jewelry Box

**Franco Manufacturing Co.**
732-494-0500
Plush Pillows

EXHIBIT **3D**

PAGE **240**

108

M 0019121



**IMT Accessories**
212-695-5878 Sunglasses



**Processed Plastics**
800-323-6165 On-The-Go Picnic Basket



*Barbie*

Fün



**Processed Plastics**
800-323-6165
Splash 'n Fun Sprinkler



**Franco Manufacturing Co.**
732-494-0500   Sand Chair, Beach Towels

**American Character Classics**
212-279-4150
Swimwear



**Dover Kidz**
212-594-4130
Beach Tote



**Seneca Sports, Inc.**
508-634-3616
Swim Inflatables



**The Thermos Company**
847-240-3209
Coolers



**Franco Manufacturing Co.**
732-494-0500
Beach Towels and Bath Towels



**Processed Plastics**
800-323-6165
Doodle Chalk

109

EXHIBIT  30

PAGE _____ 241

M 0019122

*Barbie*

# You're Invited



**Anagram**
914-784-8341
Mylar Balloons

**Tiffen**
636-532-4511
35mm Camera

**Hallmark**
816-274-5092
Party Products

**American Character Classics**
212-279-4150
Sportswear

**Buster Brown**
314-854-2977
Shoes

**Tara Toy Corporation**
631-273-8697
Party Favors

**Tara Toy Corporation**
631-273-8697
Party Activity Kits

**Lucks**
253-383-4815
Edible Image Cake Decorations

**Hallmark**
816-274-5092
Gift Wrap and Bags

110

M 0019123



**Golden Books**
818-995-6001
Books





*Barbie*

# School

**SII Marketing International**
800-443-3617
Watches



**Modern Publishing**
212-826-0850
Educational
Workbooks

Tools



**The Thermos Company**
847-240-3209
Lunch Kits



**RoseArt Industries**
973-535-1313
Glitter Pencils,
Fashion Erasers



**Pyramid Accessories**
212-563-9093
Backpack

**Pyramid Accessories**
212-563-9093
School Supplies

EXHIBIT 30
PAGE 243

111

M 0019124



*Barbie*

**Bell Sports**
469-417-9000
Aluminum Horn

**Girls On The Go**

**Rand**
631-249-6000
16" Bike

**Haddad**
212-630-5400
Sportswear

**Bell Sports**
469-417-9000
Helmet Value Pack

**Brookfield Athletic Company**
508-634-3616
Skates

**Bell Sports**
469-417-9000
Protective Gear Value Pack

**Brookfield Athletic Company**
508-634-3616
Scooterboard

112

EXHIBIT 30

PAGE 244

M 0019125



Tara Toy Corporation 631-273-8697 Mini Stationery Sets



Barbie



Tara Toy Corporation 631-273-8697 Stamper Sets

# Awesome

**Activities**

Tara Toy Corporation
631-273-8697
Fun On The Go Activity Kits





**Rose Art**
973-535-1313
Gel Pens and
Writing Tablets





**Reader's Digest**
914-244-4826
Mini Craft Kits

**American
Character Classics**
212-279-4150
Sportswear

Dorling Kindersley
212-213-4800 x217
Activity Books



**Tara Toy Corporation**
631-273-8697
Friendship Bracelet
Activity Kits

EXHIBIT 30

PAGE 245

113



# GeneRATIoN L

For the first time ever, each Generation Girl™ comes in her own personalized room with fun furniture, a cool pillow and lots of play pieces that enhance each Generation Girl friend's personality. Plus, each comes with a great trendy fashion and the Generation Beat™ magazine, issue #3.

**Generation Girl™ My Room Barbie®**

Barbie® doll wears a leopard-print knit top, sparkly denim-like jeans, socks, earrings, sunglasses, bracelet and mules. Her bedroom includes a bed, popcorn bowl, soda, videophone, boom box, VHS videotape, remote control, scripts, chip art side wall and a star shaped pillow.
- Window blister box.
- Ages 6 and over.
- TV

**28986 STD. PAK 4**
UPC CODE: 74299-28986-6

**Generation Girl™ My Room Tori™**

Tori™ doll wears an orange mesh sport top, orange and pink camouflage-print skirt, cross-trainer shoes and a silvery bead and yarn necklace. Her bedroom includes a bunk bed, scooter, pillow, trophy, videophone, headset, two CDs, bench chair, helmet and chip art magazines.
- Window blister box.
- Ages 6 and over.
- TV

**28988 STD. PAK 4**
UPC CODE: 74299-28988-0

EXHIBIT __30__

PAGE __246__

114

M 0019127





## Generation Girl™ My Room Nichelle™

Nichelle™ doll wears a yellow and pink glitter-print dress, yellow mule slippers and cord necklace. Her bedroom includes a chaise lounge, portable vanity, videophone, lamp, clock, back massager, chip art closet, two nail polishes, nail files and a faux fur-textured pillow.
- Window blister box.
- Ages 6 and over.
- TV

**28967 STD. PAK 4**
UPC CODE: 74299-28987-3



## Generation Girl™ My Room Ana™

Ana™ doll wears a terry cloth jacket, printed dress, jelly flip-flop sandals, braided anklet and sunglasses. Her bedroom includes an inflatable bed and pillow, an "aquarium" with fish and coral, fish scoop, fish food, tiki cup with straw and umbrella, ukulele, three shells, videophone and chip art side wall.
- Available only in an assortment.
- Window blister box.
- Ages 6 and over.
- TV

**A29685 ASST. PAK 4**
UPC CODE: 74299-29685-7





EXHIBIT 30

PAGE 247

M 0019128



### Generation Girl™ My Room Mari™

Mari™ doll wears a knit top, printed pants, clogs and earrings. Her nails come painted with yellow nail polish. Her bedroom includes two chairs, joystick controls, keyboard, robo rabbit, videophone, green fuzzy pillow and chip art side wall.

• Available only in an assortment.
• Window blister box.
• Ages 6 and over.
• TV

**A29685 ASST. PAK 4**
UPC CODE: 74299-29685-7

### Generation Girl™ My Room Lara™

Lara™ doll wears a tube top, fringe-trim poncho, patchwork pants, socks and sneakers. Her bedroom includes a bed, footboard, art table, sculpting tools, caliper, pencils, videophone, chip art side wall and ballerina sculpture.

• Available only in an assortment.
• Window blister box.
• Ages 6 and over.
• TV

**A29685 ASST. PAK 4**
UPC CODE: 74299-29685-7





EXHIBIT _____ 3D

PAGE _____ 248

118

M 0019129



**Generation Girl™**
**My Room Blaine™**

Blaine™ doll wears a printed shirt, cord shorts, necklace and sneakers. His studio includes a chair, electric guitar, amplifier, videophone, three chip art music magazines, three pages of chip art music sheets, one chip art race car, chip art side wall, sunglasses and red plush pillow.
• Available only in an assortment.
• Window blister box.
• Ages 6 and over.
• TV

A29685 ASST. PAK 4
UPC CODE: 74299-29685-7

**Generation Girl™ Fashions**

A collection of trendy, hip fashions designed exclusively for the Generation Girl™ friends. Each look reflects the unique personality and interests of each Generation Girl™ friend—comes with cool accessories for the doll and a trendy cloth bracelet for the girl that matches the doll's fashion.
• The assortment includes:
- 29479 Barbie® fashion
- 29480 Nichelle® fashion
- 29481 Tori™ fashion
- 29482 Lara™ fashion
- 29483 Mari™ fashion
- 29484 Ana™ fashion
• Dolls not included.
• J-hook window box.
• Ages 6 and over.

A26758 ASST. PAK 6
UPC CODE: 74299-26758-1

EXHIBIT 3D
PAGE 249

117

M 0019130

# brandy



**Stylin' Hair™ Brandy Doll**

This cool doll extends the world of Brandy with lots of trendy hair play. Girls will love role playing as the famous pop star while they give Brandy all the newest hairstyles. Brandy comes with everything girls need to style Brandy's hair in lots of different ways—one hair extension that adds color, two extensions that give body and curl, two hair knots and a bandana. Brandy looks hip wearing a pink cap, pretty pink top, lacy pink pants and square purse.

• Window box.
• Ages 3 and over.

28432 STD. PAK 4
UPC CODE: 74299-28432-8



**Superstar Brandy Doll**

Girls will love role playing with this trendy doll that looks just like the famous pop star seen on TV, in movies and magazines. This low-priced Brandy doll is fun, hip and ready for hours of imaginative play. Brandy wears a cool green top, funky green printed pants, stylish orange plush purse and orange platform shoes.

• Window box.
• Ages 3 and over.

29015 STD. PAK 4
UPC CODE: 74299-29015-2

EXHIBIT 30

PAGE 250

118

M 0019131



*mary-kate* **and** *ashley*

**Mary-Kate and Ashley** *Movie Magic*™ **Dolls**

These dolls let girls role play as the famous actresses, behind the scenes of their new movie and dressing up for their movie premiere. Each of these popular celebrities comes with two complete outfits—a casual look for movie-making fun and a glamorous, dressy ensemble for the movie premiere.

The assortment includes:

–29364 Mary-Kate: Comes with a vanity mirror, beauty accessories and director's chair

–29365 Ashley: Comes comes with a film camera, film reels, clapper board, megaphone and director's chair

• Window box.
• Ages 3 and over.
• TV

**A26777 ASST. PAK 6**
UPC CODE: 74299-26777-2



EXHIBIT  30

PAGE  251

119

M 0019132

mary-kate**and**ashley

**Mary-Kate and Ashley Travel In Style Gift Set**

Lets girls role play as their favorite teen celebrities, traveling the world, from sunny beaches to snowy ski resorts. Each doll wears a trendy outfit and comes with fun accessories. For the sun, the dolls come with swimsuits, swim flippers, a bodyboard and sunglasses. For the snow, the dolls come with winter fashions, a snowboard and boots, ice skates and ski goggles.

• Window box.
• Ages 3 and over.

**50731 STD. PAK 6**
UPC CODE: 74299-50731-1









mary-kate**and**ashley

EXHIBIT _____ 30
PAGE _____ 252

M 0019133



mary-kate**and**ashley

**Mary-Kate and Ashley Fashion Assortment**

Themed mix-and-match fashions that let girls create lots of different looks for the popular teen stars. Each set includes fashions, accessories and play pieces for both Mary-Kate and Ashley. The assortment includes:
–26563 Party Time
–26564 Beach Fun
–50906 Campus Chic
–50907 Girls' Night
–50970 Cool Shopping
● Window box.
● Ages 3 and over.

**A26565 ASST. PAK 6**
UPC CODE: 74299-26565-5

Cool Shopping

Campus Chic

Girls' Night

**Mary-Kate and Ashley
Let's Hang Out Room Accessory**

Now girls can role play as the popular teen stars relaxing and hanging out at home! This totally hip room has everything Mary-Kate and Ashley need to watch TV, listen to CDs or browse through their favorite magazines. Comes with beanbag chairs, TV with replaceable screens, four exclusive photos, lots of chip art play pieces including videos, CDs and more, featuring Mary-Kate and Ashley.
● Window box.
● Ages 3 and over.

**88903 STD. PAK 6**
UPC CODE: 74299-88903-5

EXHIBIT _____ 30

PAGE _____ 263

121

M 0019134



122

EXHIBIT____30____

PAGE____254____

M 0019135



What's her Face!

**What's Her Face™ Doll Assortment**

The only fashion doll brand that lets a girl actually create her very own unique fashion doll by changing the doll's face, hairstyle and fashion over and over again! With the expression stampers, markers and glitter stickers, a girl can give her doll different faces and expressions. For even more creative change, each doll comes with two wigs in cool colors and different styles, plus a fashion that is completely transformable. Includes ten washable ink expression stampers, four colored markers, face mask, glitter stickers, face wheel and two pairs of glasses.
The assortment includes:
–29454 Sweet
–29456 Glam
–29457 Hip
–29455 Cool (Open stock only)
• Window box.
• Ages 5 and over.

**A52682 ASST. PAK 6**
UPC CODE: 74299-52662-6

Glam

Change your doll's face, hair style and fashion over and over again!

EXHIBIT 30

PAGE 255

123

M 0019136



### What's Her Face™ Doll Accessory Packs

Extend the fun play of the What's Her Face™ doll with these fashionable accessory packs! Available in four different styles, you can create even more new cool looks on your What's Her Face™ doll. Each accessory pack comes with a brand new colorful, styled wig, two washable markers, three new expression stampers, and a set of stickers for more fun fashion play.

- Stackable footed blister card.
- Ages 5 and over.

**52618 STD. PAK 6**
UPC CODE: 74299-52618-3

Sunglasses not included.

124

EXHIBIT 30
PAGE 1 - 256

M 0019137



**What's Her Face™ Doll Gift Set**

Lets a girl create a full day of celebration with three completely different looks for her What's Her Face™ doll—from sleepwear, to casual fun wear, to a glamorous party fashion! With twelve expression stampers, four washable pens and hair jewels expressions. This set comes with three complete  fashions, plus three cool wigs in fun colors—orange, purple and green! Also includes expression wheel, face mask, glasses, sunglasses and an environmental piece with three different scenes. (Customizable)

* Window box.
* Ages 5 and over.

**50732 STD. PAK 6**
UPC CODE: 74299-50732-8



3 Fashions: Casual, party and pajamas.





Take your doll from her bedroom...



...to the outdoors



...and to a fun party!

EXHIBIT ___30___
PAGE ___257___

125

M 0019138



EXHIBIT __30__

PAGE __258__

M 0019139



**Diva Starz™** We know what's up!

**Diva Starz™ 2001 Dolls**

Interactive cool talkin' teens that really know what's up! Alexa™, Nikki®, Summer™ and Tia™ all have trendy new looks, fashions and accessories. They also have lots of hip new things to talk about, including music, sending and receiving e-mail, new words of the day, secrets, dreams and much more! The dolls have nine minutes of speech for life-like conversations with girls, and now they talk even more to each other! There's even a new imagination mode of play, which allows girls to enjoy fashion and hair play without having to chat with the doll. Each doll comes with fourteen additional pieces! The assortment includes:

- 50832 Alexa™
- 50833 Nikki®
- 50834 Summer™
- 50835 Tia™ (available open stock.)
- Requires four "AA" batteries, not included.
- Window box.
- Ages 6 and over.

A52688 ASST. PAK 4
UPC CODE: 74299-52688-3

TIA
UPC CODE: 74299-50835-6

Summer™

Alexa™

EXHIBIT ___ 30

PAGE ___ 259

127

M 0019140



# Scooter-iffic™

## Sounds, Light and Motion

**Scooter-iffic™**

The Diva Starz collectible dolls have new scooters with cool sounds, lights and motion! There are three different sounds, a headlight that turns on when a mini Diva Starz™ stands on the scooter and lots of working parts—the handle bars steer and the wheels turn. It even comes with a pet and helmet!

• Requires three "AAA" batteries, not included.
• Window box.
• Ages 6 and over.
• TV

**A50245 ASST. PAK 6**
UPC CODE: 74299-50245-3

EXHIBIT ___30___

PAGE ___260___

128

M 0019141



**Ultra Cool Looks!**

*DivaStarz*
We know what's up!

**Diva Starz™ Collectible Dolls**

The ultracool look and attitude of the Diva Starz™ dolls in a smaller collectible size. These 6" dolls have poseable bodies and lips that light up when they talk. Each doll says four fun phrases like "Hi, I'm Alexa, Diva-licious!" And they come with cool accessories for fashion and hair play.

- The assortment includes:
  - –28838 Alexa™
  - –29989 Nikki®
  - –28840 Summer™
  - –28841 Tia™(open stock only)
- Requires three button-cell batteries.
- Collectible series dolls do not interact with each other or other Diva Starz dolls.
- "Try me" window box.
- Ages 6 and over.
- TV

**A28837 ASST. PAK 6**
UPC CODE: 74299-28837-1
**TIA**
UPC CODE: 74299-28841-8

Summer™

Tia™

Alexa™

Fun Accessories!

Nikki®

EXHIBIT 30

PAGE 261

129

M 0019142



**Diva Starz™ Soft Dolls**

Soft, cuddly dolls with the cool looks and personalities of the Diva Starz™ dolls. Each doll has long hair for hours of hair play fun and comes with her own brush and permanently attached barrettes.
The assortment includes:
–29415 Alexa™
–29416 Summer™
–29417 Nikki®
–29418 Tia™(Not part of the assortment – open stock)
● Open platform box.
● All ages.
● Direct import.
● Dolls cannot stand alone.

**A29414 ASST. PAK 4**
UPC CODE: 74299-29414-3
TIA UPC CODE: 74299-29418-1

Summer™

Soft, Cuddly and Cool!

Tia™

Alexa™

Nikki®

EXHIBIT _____ 30 _____

PAGE _____ 242 _____

130

M 0019143



Alexa™



### Diva Starz™ Fashions

All new fashions for 2001, this fashion assortment for the Diva Starz™ interactive dolls offers more ultra hip, trendy looks. The Diva Starz friends react, respond and interact when girls dress them in these cool fashions. Each Diva Starz™ friend has her own individual fashion sense and has a distinct reaction to outfits that are not her own. The fashions are interchangeable and can be worn by all the dolls. Each pack includes six fashion pieces. The assortment includes:

–50836 Alexa™ fashion
–50837 Nikki® fashion
–50838 Summer™ fashion
–50839 Tia™ fashion (Not part of the assortment – open stock)
• J-hook blister card.
• Ages 6 and over.

**28453 ASST. PAK 6**
UPC CODE: 74299-28453-3

**TIA**
UPC CODE: 74299-50839-4



Summer™

Hip, Trendy Looks



Tia™





Nikki®

EXHIBIT ___30___
PAGE ___263___



131

M 0018144



**Totally Trendy™ Doll Assortment**

These cool doll packs have everything Polly and her friends need for a day at the beach, a sleepover or a sports outing. Each one has a different theme and comes with Polly or a friend plus seven Polly-stretch™ fashions and accessories for endless on-the-go fun.
The assortment includes:
–29926 Sensational Suns: A beach theme with Lila
–29927 Magnificent Moons: A slumber party theme with Polly
–29928 Super Spirals: A sports theme with Lea
–29998 Zig Zags: A skateboard theme with Rick (not shown)

● Blister card.
● Ages 3 and over.
● Direct import.

**A22019-9995 ASST. PAK 6**
UPC CODE: 74299-22019-7





Totally Trendy™





EXHIBIT _____ 30
PAGE _____ 244

132

M 0019145





## Day to Night Fashions Assortment

Everything Polly and Rick need to make the ultimate fashion statement, whether they're hanging out during the day or dressing up for a night on the town. Each themed pack includes Polly or Rick plus 19 Polly-stretch™ fashions and accessories. The assortment includes:

–50575 Polly:
Time to Shop,
Time for the Beach,
Time to Go,
Time to Dance,
Time to Party.
–52000 Rick:
Time for the Beach,
Time for Soccer,
Time to Work Out,
Time for a Drive,
Time for a Casual Date.
● Blister card.
● Ages 4 and over.

**A50882 ASST. PAK 6**
UPC CODE: 74299-50882-0









EXHIBIT _30_

PAGE _265_

133

M 0019146



**Styles To Go Purse Assortment**

A collection of super-stylish purses,
filled with Polly or a friend plus seven
Polly-stretch™ fashions and accessories.
Fashions, match the bags with cool
flower, heart, or star patterns, for
on-the-go fun.

The assortment includes:

29245 Flowers: A flower-themed bag with Lea
29245 Hearts: A heart-themed bag with Polly
29245 Stars: A star-themed bag with Shani

• Blister card
• Ages 3 and over

ASST ASST. PAK 6
UPC CODE: 74299-29117-8

Flowers

Stars

Hearts

**Dance World™ Fashion Pack**

This clear vinyl backpack comes with Polly and all
the latest Polly-stretch™ dance fashions for the
ultimate in dance performance fun! The backpack
unzips and folds down to create a dance studio
with a permanent exercise bar. When playtime's
over, everything stores inside. There are 26
fashions and accessories for gymnastics, jazz,
tap, ballet, exercise and after class.

• Backpack packaging.
• Ages 3 and over.
• TV

29245 STD. PAK 4
UPC CODE: 74299-29245-3

26 Fashions

Unzip to reveal
dance studio

134



Super- hip bedroom



### Super Stylin' Bedroom

It looks like an adorable purse, but it opens to reveal Polly's super-hip bedroom with eight Polly-stretch™ fashions and accessories. Polly's bedroom is filled with hidden surprises, including an armoire that folds into a bed, a closet that folds into a "hang out" area and a dresser that turns into a chair.

● Window box.

● Ages 3 and over.

**28690 STD. PAK 4**
UPC CODE: 74299-28690-2



Hidden surprises!



EXHIBIT ___30___

PAGE ___247___

135

M 0019148

Polly Pocket!



Phone Fun

**Magic Movin'™ Assortment**

Cool places that open to reveal
exciting miniature environments
that let Polly and her friends move
in a whole new way!
The assortment includes:
−29430 Phone Fun−Polly & Lila®
live next to each other and chat on
the phone all day long
−29431 Sports Shop−Polly shops
at Rick's Sport Shop, searching for
sunglasses while Rick works
the register
−29432 Video Party–It's a party at
Polly's house, where she and Lila®
catch all the latest video action
• Window box.
• Ages 4 and over.

**A29429 ASST. PAK 6**
UPC CODE: 74299-29429-7



Sports Shop

Cool Magic Movin'™ City





Video Party

136

EXHIBIT ____ 30

PAGE _____ 248

M 0019149





### Magic Movin'™ Clubhouse

Opens to reveal a clubhouse where Polly and her friends love to hang out. At the touch of a button, Polly, Lea™, Lila® and Rick can move and do lots of fun things. They can play musical instruments and dance to flashing lights on the dance floor, play table tennis, use the blow dryer that makes real sounds, climb the stairs to the top floor, swing on the patio and even wash the dog!
- Window box.
- Ages 4 and over.
- TV

**29434 STD. PAK 3**
UPC CODE: 74299-29434-1

# Magic Movin'™ Clubhouse!



EXHIBIT _____ 30   137

PAGE _____ 269

M 0019150



**Super Stylin' Mall**

This stylish carrying case opens to reveal Polly and Lila with real color change hair and stores filled with Polly-stretch™ fashions, hair decorations and accessories. There are four cool shopping areas, a hair salon, a fashion boutique and café. Each one has lots of detailed accessories for endless on-the-go fashion fun.
- Partial window box.
- Ages 3 and over.
- TV

**50625 STD. PAK 4**
UPC CODE: 74299-50625-3

Super Stylin' Mall

Hair salon

Fashion boutique

EXHIBIT __30__

PAGE __270__

Cool cafe'

138

M 0019151



**Fruit Surprises™ Assortment**

Closed, they look like real fruit, but they open up to reveal fantastic fruit worlds, filled with hidden secrets and surprises and adorable fairies that smell like the fruit. Each Fruit Surprise™ comes on a color coordinated ribbon, so girls can carry them anywhere.

Assortment A28718 includes:

–28652 Cherry: Opens to reveal a soda shop where Polly is a rollerskating waitress

–28653 Lemon: Opens to reveal a lemon tree and baskets full of lemons

Assortment A28719 includes:

–28654 Apple: Opens to reveal a garden with an apple tree that folds up to the middle of the playset

–28655 Strawberry: Opens to reveal a strawberry patch with hidden jars of jam

• Blister card.
• Ages 3 and over.
• TV
• Direct import.

**A28718 ASST. PAK 6**
UPC CODE: 74299-28718-3

**A28719 ASST. PAK 6**
UPC CODE: 74299-28719-0

*Fashion Polly!*

*Fruit Surprises™*

**Sea Splash™ Assortment**

Inflatable, floating sea icons full of magical undersea adventures for Polly and her friends. Each one includes mermaid Polly, a friend and a sea critter that fills with water for squirting fun. The assortment includes:

–24860 Dolphin Ride
–24861 Water Slide
–24862 Carousel

• Window box.
• Ages 3 and over.
• TV

**A24863 ASST. PAK 6**
UPC CODE: 74299-24863-4

*Sea Splash™*

EXHIBIT __30__

PAGE __271__

139

M 0019152