
# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Carter Bryant, an Individual | CASE NUMBER |
|---|---|
| Plaintiff(s) | CV 04-9049 SGL (RNBx) |
| v. | |
| Mattel, Inc., a Delaware corporation AND CONSOLIDATED ACTIONS | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |
| Defendant(s). | |

The Court, having reviewed the accompanying Application of **Amy R. Sabrin**,
*Applicant's Name*

of **Skadden, Arps, Slate, Meagher & Flom LLP, 1440 New York Ave., Washington, DC 20005-2111**
*Firm Name / Address*

**202.371.7699**                                    **amy.sabrin@skadden.com**
*Telephone Number*                                  *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of  ☐ Plaintiff   ☐ Defendant

**MGA Entertainment, Inc., et al.**

and the designation of **Thomas J. Nolan (State Bar No. 66992)**
*Local Counsel Designee /State Bar Number*

of **Skadden, Arps, Slate, Meagher & Flom LLP, 300 South Grand Avenue, Los Angeles, CA 90071-3144**
*Local Counsel Firm / Address*

**213.687.5000**                                    **tnolan@skadden.com**
*Telephone Number*                                  *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☐ GRANTED

☐ DENIED.  Fee, if paid, shall be returned by the Clerk.


Dated _____           _____
                                       U. S. District Judge/U.S. Magistrate Judge


G-64 ORDER (01/08)    ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE