# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Carter Bryant, an Individual<br><br>Plaintiff(s)<br>v.<br><br>Mattel, Inc., a Delaware corporation<br>AND CONSOLIDATED ACTIONS<br><br>Defendant(s). | CASE NUMBER<br><br>CV 04-9049 SGL (RNBx)<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed the accompanying Application of __David William Foster__,
                                                                          *Applicant's Name*

of __Skadden, Arps, Slate, Meagher & Flom LLP, 1440 New York Ave., Washington, DC 20005-2111__
              *Firm Name / Address*

__202.371.7626__                                              __david.foster@skadden.com__
   *Telephone Number*                                                *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff    ☐ Defendant

__MGA Entertainment, Inc., et al.__

and the designation of __Thomas J. Nolan (State Bar No. 66992)__
                                   *Local Counsel Designee /State Bar Number*

of __Skadden, Arps, Slate, Meagher & Flom LLP, 300 South Grand Avenue, Los Angeles, CA 90071-3144__
              *Local Counsel Firm / Address*

__213.687.5000__                                              __tnolan@skadden.com__
   *Telephone Number*                                                *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☐ GRANTED
☐ DENIED. Fee, if paid, shall be returned by the Clerk.


Dated _____          _____
                                        U. S. District Judge/U.S. Magistrate Judge


G-64 ORDER (01/08)    ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE