Name and address
Michael P. Kelly
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W.
Washington, DC 20005-2111

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Carter Bryant, an individual | CASE NUMBER |
|---|---|
| Plaintiff(s) | CV 04-9049 SGL (RNBx) |
| v. | |
| Mattel, Inc., a Delaware Corporation AND CONSOLIDATED ACTIONS | APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |
| Defendant(s). | |

NOTICE: Effective June 1, 2004, the fee for *Pro Hac Vice* Appearance is $185.00 for **each case** application. Please submit the fee with your application. Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk. If no Appointment Affidavit is on file, submission of the application is required.

I, _____ Michael P. Kelly _____, hereby apply to the Court under Local Rule 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff    ☐ Defendant: _____ MGA Entertainment, Inc., et al. _____ by whom I have been retained.

My *out-of-state* business information is as follows:

Skadden, Arps, Slate, Meagher & Flom LLP
*Firm Name*

1440 New York Avenue, N.W.
*Street Address*

Washington, DC 20005-2111          mikelly@skadden.com
*City, State, Zip*                           *E-Mail Address*

202.371.7282                                 202.393.5760
*Telephone Number*                    *Fax Number*

I am a member in good standing and eligible to practice before the following courts:

| Title of Court | Date of Admission |
|---|---|
| New York state courts | January 25, 2000 |
| District of Columbia courts | July 9, 2001 |
| United States District Court for the District of Columbia | December 13, 2001 |
| (see addendum) | |

I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of California. I am not currently suspended or disbarred in any court.

I have concurrently, or within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions:

| Case Number | Ttitle of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
| N/A | | | |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:

I designate _____ Thomas J. Nolan _____ as local counsel, whose business information is as follows:

Skadden, Arps, Slate, Meagher & Flom LLP
*Firm Name*
300 South Grand Avenue
*Street Address*
Los Angeles, CA 90071-3144           tnolan@skadden.com
*City, State, Zip*                                *E-Mail Address*
213.687.5000                          213.687.5600
*Telephone Number*                    *Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence.

Dated March 30, 2008

Michael P. Kelly
*Applicant's Name (please print)*

*Applicant's Signature*

I hereby consent to the foregoing designation as local counsel.

Dated March 31, 2008

Thomas J. Nolan
*Designee's Name (please print)*

*Designee's Signature*
66992
*Designee's California State Bar Number*

**NOTE:** COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (**G-64** ORDER) ALONG WITH THIS APPLICATION.

**Addendum to Application by Michael P. Kelly for Leave to Appear Pro Hac Vice**
**United States District Court for the Central District of California**
**Civil Action No. 04-9049 and Consolidated Actions**

I am a member in good standing and eligible to practice before the following courts:

| Title of Court | Date Admitted |
| --- | --- |
| United States Court of Appeals for the Sixth Circuit | March 6, 2007 |
| United States Court of Appeals for the Second Circuit | September 18, 2006 |
| United States Court of Appeals for the Fourth Circuit | July 21, 2006 |
| United States Court of Appeals for the Ninth Circuit | October 17, 2003 |
| United States District Court for the Southern District of New York | October 7, 2003 |
| United States District Court for the Eastern District of New York | October 7, 2003 |
| United States Court of Appeals for the District of Columbia Circuit | September 5, 2003 |
| United States Court of Appeals for the Fifth Circuit | February 19, 2001 |