1 Patricia Glaser, State Bar No. 55668
Alisa Morgenthaler Lever, State Bar No. 146940
2 Scott E. Gizer, State Bar No. 229162
CHRISTENSEN, GLASER, FINK, JACOBS,
3  WEIL & SHAPIRO, LLP
10250 Constellation Boulevard, 19th Floor
4 Los Angeles, California 90067
Telephone: (310) 553-3000
5 Facsimile: (310) 556-2920

6 Attorneys for Non-Party Christensen, Glaser, Fink,
Jacobs, Weil & Shapiro, LLP

7

8          UNITED STATES DISTRICT COURT

9          CENTRAL DISTRICT OF CALIFORNIA

10                 EASTERN DIVISION

| | |
|---|---|
| 11 CARTER BRYANT, an individual, | Case No. CV 04-9049 SGL (RNBx) |
| 12    Plaintiff, | Consolidated with<br>Case No. CV 04-09059 |
| 13    v. | Case No. CV 05-02727 |
| 14 MATTEL, INC., a Delaware corporation, | **DISCOVERY MATTER** |
| 15 | **CHRISTENSEN, GLASER, FINK, JACOBS, WEIL & SHAPIRO, LLP'S EVIDENTIARY OBJECTIONS TO EXHIBITS 14 AND 15 TO MATTEL, INC.'S REPLY RE MOTION TO COMPEL DEPOSITION AND PRODUCTION OF DOCUMENTS OF CHRISTENSEN, GLASER, FINK, JACOBS, WEIL & SHAPIRO, LLP** |
| 16    Defendant. | |
| 17 AND CONSOLIDATED CASES | |
| 18 | |
| 19 | |
| 20 | [Filed concurrently with Christensen Glaser's Sur-Reply] |
| 21 | |
| 22 | Date:  TBA<br>Time:  TBA<br>Place: Telephonic |
| 23 | |

622797

1    Non-Party Christensen, Glaser, Fink, Jacobs, Weil & Shapiro, LLP ("Christensen Glaser") respectfully objects to the two articles labeled Exhibits 14 and 15 that were filed with Mattel, Inc.'s ("Mattel") Reply In Support of its Motion to Compel the Deposition and Production of Documents of Christensen Glaser.

Exhibit 14 is a blog entry posted by Eriq Gardner of THR, Esq. Entertainment & Media Law Blog. Exhibit 15 is an article posted on KNBC.com. These exhibits have not been properly authenticated, and Mattel has not laid the proper foundation for these exhibits. FRE §§104, 901; *A.I. Credit Corp. v. Legion Ins. Co.*, 265 F.3d 630, 637 (7th Cir. 2001). Further, these exhibits constitute inadmissible hearsay, and no exception to the hearsay rule applies here. FRE §802.

DATED: April 2, 2008

Patricia L. Glaser
Alisa Morgenthaler Lever
Scott E. Gizer
CHRISTENSEN, GLASER, FINK, JACOBS,
  WEIL & SHAPIRO, LLP

By: _____
    Scott E. Gizer
Attorneys for Non-Party Christensen, Glaser, Fink, Jacobs, Weil & Shapiro, LLP

622797

1

CHRISTENSEN GLASER'S EVIDENTIARY OBJECTIONS TO EXHIBITS 14 AND 15 TO MATTEL'S REPLY

1  I hereby certify under penalty of perjury that on April 2, 2008, the foregoing
2  documents were filed electronically. I understand that notice of this filing will be sent
3
4  to all parties by operation of the Court's electronic filing system. Parties may access
5  this filing through the Court's system

**CHRISTENSEN, GLASER, FINK, JACOBS, WEIL & SHAPIRO, LLP'S EVIDENTIARY OBJECTIONS TO EXHIBITS 14 AND 15 TO MATTEL, INC.'S REPLY RE MOTION TO COMPEL DEPOSITION AND PRODUCTION OF DOCUMENTS OF CHRISTENSEN, GLASER, FINK, JACOBS, WEIL & SHAPIRO, LLP**

_/s/ SCOTT E. GIZER_

## PROOF OF SERVICE

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES

    I am employed in the County of Los Angeles, State of California; I am over the age of 18 and not a party to the within action; my business address is 10250 Constellation Boulevard, Nineteenth Floor, Los Angeles, California 90067.

    On April 2, 2008, I served the foregoing document(s) described as:

**CHRISTENSEN, GLASER, FINK, JACOBS, WEIL & SHAPIRO, LLP'S EVIDENTIARY OBJECTIONS TO EXHIBITS 14 AND 15 TO MATTEL, INC.'S REPLY RE MOTION TO COMPEL DEPOSITION AND PRODUCTION OF DOCUMENTS OF CHRISTENSEN, GLASER, FINK, JACOBS, WEIL & SHAPIRO, LLP**

on the interested parties to this action by placing a copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| John B. Quinn, Esq.<br>Michael T. Zeller, Esq.<br>Juan Pablo Alban, Esq.<br>Jon D. Corey, Esq.<br>Timothy L. Alger, Esq.<br>QUINN EMANUEL URQUHARD<br>  OLIVER & HEDGES, LLP<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, CA 90017<br>Fax No.: (213) 443-3100<br>johnquinn@quinnemanuel.com | Jose Allen, Esq.<br>Amy Park, Esq.<br>SKADDEN ARPS SLATE MEAGHER &<br>FLOM, LLP<br>Four Embarcadero center<br>Suite 3800<br>San Francisco, California 94111<br>jose.allen@skadden.com |

☐   (BY MAIL) I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. This correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business at our Firm's office address in Los Angeles, California. Service made pursuant to this paragraph, upon motion of a party served, shall be presumed invalid if the postal cancellation date of postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this affidavit.

☐   (BY PERSONAL SERVICE) I caused such envelope to be delivered by hand to the offices of the above named addressee(s).

☒   (BY E-MAIL) I caused such documents to be delivered via electronic transmission to the offices of the addressee(s) at the e-mail addresses listed.

    Executed this on April 2, 2008, at Los Angeles, California.

    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*/s/ Scott E. Gizer*
Scott E. Gizer

605587-1