# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Carter Bryant, an Individual <br><br> Plaintiff(s) <br> v. <br><br> Mattel, Inc., a Delaware corporation <br> AND CONSOLIDATED ACTIONS <br><br> Defendant(s). | CASE NUMBER <br><br> CV 04-9049 SGL (RNBx) <br><br> ORDER ON <br> APPLICATION OF NON-RESIDENT ATTORNEY <br> TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed the accompanying Application of <u>David William Foster</u>,
<i>Applicant's Name</i>

of <u>Skadden, Arps, Slate, Meagher & Flom LLP, 1440 New York Ave., Washington, DC 20005-2111</u>
<i>Firm Name / Address</i>

<u>202.371.7626</u>                                   <u>david.foster@skadden.com</u>
*Telephone Number*                                       *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff  ☐ Defendant

<u>MGA Entertainment, Inc., et al.</u>

and the designation of <u>Thomas J. Nolan (State Bar No. 66992)</u>
<i>Local Counsel Designee /State Bar Number</i>

of <u>Skadden, Arps, Slate, Meagher & Flom LLP, 300 South Grand Avenue, Los Angeles, CA 90071-3144</u>
<i>Local Counsel Firm / Address</i>

<u>213.687.5000</u>                                   <u>tnolan@skadden.com</u>
*Telephone Number*                                       *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☐ GRANTED

☐ DENIED. Fee, if paid, shall be returned by the Clerk.

Dated _____        _____

U. S. District Judge/U.S. Magistrate Judge

G-64 ORDER (01/08)    ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE