# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Carter Bryant, an Individual<br><br>                              Plaintiff(s)<br>v.<br><br>Mattel, Inc., a Delaware corporation<br>AND CONSOLIDATED ACTIONS<br><br>                              Defendant(s). | CASE NUMBER<br><br>CV 04-9049 SGL (RNBx)<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed the accompanying Application of <u>David William Foster</u>,
*Applicant's Name*

of <u>Skadden, Arps, Slate, Meagher & Flom LLP, 1440 New York Ave., Washington, DC 20005-2111</u>
*Firm Name / Address*

<u>202.371.7626</u>                                                  <u>david.foster@skadden.com</u>
*Telephone Number*                                                  *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of  ☐ Plaintiff   ☐ Defendant
<u>MGA Entertainment, Inc., et al.</u>

and the designation of <u>Thomas J. Nolan (State Bar No. 66992)</u>
*Local Counsel Designee /State Bar Number*

of <u>Skadden, Arps, Slate, Meagher & Flom LLP, 300 South Grand Avenue, Los Angeles, CA 90071-3144</u>
*Local Counsel Firm / Address*

<u>213.687.5000</u>                                                  <u>tnolan@skadden.com</u>
*Telephone Number*                                                  *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☐ GRANTED
☐ DENIED. Fee, if paid, shall be returned by the Clerk.


Dated _____                    _____
                                                U. S. District Judge/U.S. Magistrate Judge