Name and address

Lauren E. Aguiar
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Carter Bryant, an individual | CASE NUMBER |
|---|---|
| Plaintiff(s) | CV 04-9049 SGL (RNBx) |
| v. | |
| Mattel, Inc., a Delaware Corporation AND CONSOLIDATED ACTIONS | APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |
| Defendant(s). | |

NOTICE: Effective June 1, 2004, the fee for *Pro Hac Vice* Appearance is $185.00 for **each case** application. Please submit the fee with your application. Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk. If no Appointment Affidavit is on file, submission of the application is required.

I, _____Lauren Aguiar_____ , hereby apply to the Court under Local Rule 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff   ☐ Defendant: _____MGA Entertainment, Inc. et al._____ by whom I have been retained.

My *out-of-state* business information is as follows:

_____Skadden Arps Slate Meagher & Flom LLP_____
*Firm Name*
_____4 Times Square_____
*Street Address*
_____New York, NY 10036_____     _____laguiar@skadden.com_____
*City, State, Zip*                              *E-Mail Address*
_____212-735-2235_____         _____917-777-2235_____
*Telephone Number*               *Fax Number*

I am a member in good standing and eligible to practice before the following courts:

| Title of Court | Date of Admission |
|---|---|
| New York State Courts (1st Dep't. App. Div.) | 6/11/1996 |
| Southern District of New York and Eastern District of New York | 1/20/1998 |
| U. S. Court of Federal Claims | 10/14/2003 |
| U.S. Court of Appeals (Federal Circuit) | 6/4/2007 |

I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of California. I am not currently suspended or disbarred in any court.

I have concurrently, or within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions:

| Case Number | Ttitle of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:

I designate _____ Thomas J. Nolan _____ as local counsel, whose business information is as follows:

Skadden Arps Slate Meagher & Flom LLP
*Firm Name*
300 South Grand Avenue
*Street Address*
Los Angeles, CA 90071-3144                    tnolan@skadden.com
*City, State, Zip*                              *E-Mail Address*
213-687-5000                                 213-687-5600
*Telephone Number*                              *Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence.

Dated April 1, 2008

Lauren Aguiar
*Applicant's Name (please print)*
/s/ Lauren Aguiar
*Applicant's Signature*

I hereby consent to the foregoing designation as local counsel.

Dated April __, 2008

Thomas J. Nolan
*Designee's Name (please print)*

_____
*Designee's Signature*
66992
*Designee's California State Bar Number*

**NOTE:** COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* **(G-64 ORDER)** ALONG WITH THIS APPLICATION.