# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Carter Bryant, an Individual | CASE NUMBER |
|---|---|
| Plaintiff(s) | CV 04-9049 SGL (RNBx) |
| v. | |
| Mattel, Inc., a Delaware corporation AND CONSOLIDATED ACTIONS | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |
| Defendant(s). | |

The Court, having reviewed the accompanying Application of <u>Lauren Aguiar</u>,
*Applicant's Name*

of <u>Skadden Arps Slate Meagher & Flom LLP, 4 Times Square, New York, NY  10036</u>
*Firm Name / Address*

<u>212-735-2235</u>                                       <u>laguiar@skadden.com</u>
*Telephone Number*                                       *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff    ☐ Defendant

<u>MGA Entertainment, Inc., et. al.</u>

and the designation of <u>Thomas J. Nolan (State Bar No. 66992)</u>
*Local Counsel Designee /State Bar Number*

of <u>Skadden Arps Slate Meagher & Flom LLP, 300 South Grand Avenue, Los Angeles, CA 90071-3144</u>
*Local Counsel Firm / Address*

<u>213-687-5000</u>                                       <u>tnolan@skadden.com</u>
*Telephone Number*                                       *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☐ GRANTED

☐ DENIED.  Fee, if paid, shall be returned by the Clerk.

Dated _____          _____

U. S. District Judge/U.S. Magistrate Judge

G-64 ORDER (01/08)     ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE