QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL PORTIONS OF MATTEL, INC.'S OPPOSITION TO THE MGA DEFENDANTS' MOTION FOR PROTECTIVE ORDER FROM MATTEL, INC.'S NOTICE OF DEPOSITION OF LUCY ARANT AND EXHIBITS 4, 5, 12, 13, AND 14 TO THE DECLARATION OF JON COREY IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO THE MGA DEFENDANTS' MOTION FOR PROTECTIVE ORDER FROM MATTEL, INC.'S NOTICE OF DEPOSITION OF LUCY ARANT**<br><br>[[Proposed] Order filed concurrently herewith]<br><br>Date: TBD<br>Time: TBD<br>Place: TBD<br><br>**Phase 1**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

ORIGINAL

07209/2450196.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1 | Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order
2 | entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3 | requests that the Court order filed under seal (i) pages 13:8-15 and 13:21-15:1 of
4 | Mattel, Inc.'s Opposition To the MGA Defendants' Motion For Protective Order
5 | From Mattel, Inc.'s Notice of Deposition of Lucy Arant ( "Mattel's Opposition");
6 | and (ii) Exhibits 4, 5, 12, 13, and 14 of the Declaration Of Jon Corey In Support Of
7 | Mattel, Inc.'s Opposition To the MGA Defendants' Motion For Protective Order
8 | From Mattel, Inc.'s Notice of Deposition of Lucy Arant (the "Corey Exhibits").

Mattel's Opposition and the Corey Exhibits include materials that MGA has designated as "Confidential" or "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order. Accordingly, Mattel requests that the Court order that pages 13:8-15 and 13:21-15:1 of Mattel's Opposition and the Corey Exhibits be filed under seal.

In the alternative, Mattel requests that the Court declare that these materials are outside the definitions of "Confidential" and "Confidential--Attorneys' Eyes Only" as contained in the Stipulated Protective Order and order them to be filed as part of the public record.

DATED: March 28, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By *[signature]*
Jon D. Corey
Attorneys for Mattel, Inc.