QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
johnquinn@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys Mattel, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case Nos. CV 04-09059 and CV 05-02727<br><br>**PROOF OF SERVICE**<br><br>Hearing Date: TBA<br>Time: TBA<br>Place: Telephonic<br><br>**Phase 1**<br>Discovery Cut-off: January 28, 2008<br>Pre-trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

ORIGINAL

-1-

Case No. CV 04-9049 SGL (RNBx)
PROOF OF SERVICE

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017.

On March 28, 2008, I served true copies of the following documents described as:

**SEE ATTACHED DOCUMENT LIST**

on the parties in this action as follows:

| | |
|---|---|
| Thomas J. Nolan<br>**Skadden, Arps, Slate, Meagher & Flom LLP**<br>300 South Grand Ave., Ste. 3400<br>Los Angeles, CA 90071 | Mark E. Overland<br>David C. Scheper<br>Alexander H. Cote<br>**Overland Borenstein Scheper & Kim LLP**<br>300 South Grand Avenue, Suite 2750<br>Los Angeles, CA 90071 |
| John W. Keker, Esq.<br>Keker & Van Nest LLP<br>710 Sansome Street<br>San Francisco, CA 94111 | |

[√] **BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on March 28, 2008, at Los Angeles, California.

*Suzanne Johnson*
Suzanne Johnson

## DOCUMENT LIST

1. MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL PORTIONS OF MATTEL, INC.'S OPPOSITION TO MGA DEFENDANT'S MOTION TO QUASH LARRY MCFARLAND'S DEPOSITION SUBPOENA AND EXHIBITS 5 6, AND 15 TO THE DECLARATION OF JON COREY IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA'S MOTION TO QUASH LARRY MCFARLAND'S DEPOSITION SUBPOENA

2. [PROPOSED] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL PORTIONS OF MATTEL, INC.'S MATTEL, INC.'S OPPOSITION TO MGA DEFENDANT'S MOTION TO QUASH LARRY MCFARLAND'S DEPOSITION SUBPOENA AND EXHIBITS 5, 6, AND 15 TO THE DECLARATION OF JON COREY IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA'S MOTION TO QUASH LARRY MCFARLAND'S DEPOSITION SUBPOENA

3. MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL PORTIONS OF MATTEL INC.'S OPPOSITION TO THE MGA DEFENDANTS' MOTION FOR PROTECTIVE ORDER FROM MATTEL, INC.'S NOTICE OF DEPOSITION OF LUCY ARANT AND EXHIBITS 4 5, 12 13, AND 14 TO THE DECLARATION OF JON COREY IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO THE MGA DEFENDANTS' MOTION FOR PROTECTIVE ORDER FROM MATTEL, INC.'S NOTICE OF DEPOSITION OF LUCY ARANT

4. [PROPOSED] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL PORTIONS OF MATTEL, INC.'S OPPOSITION TO THE MGA DEFENDANTS' MOTION FOR PROTECTIVE ORDER FROM MATTEL, INC.'S NOTICE OF DEPOSITION OF LUCY ARANT AND EXHIBITS 4, 5, 12, 13, AND 14 TO THE DECLARATION OF JON COREY IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO THE MGA DEFENDANTS' MOTION FOR PROTECTIVE ORDER FROM MATTEL, INC.'S NOTICE OF DEPOSITION OF LUCY ARANT

5. PROOF OF SERVICE