ORIGINAL

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> MATTEL, INC., a Delaware corporation, <br><br> Defendant. | CASE NO. CV 04-9049 SGL (RNBx) <br><br> Consolidated with Case Nos. CV 04-09059 and CV 05-02727 <br><br> **PROOF OF SERVICE** <br><br> Hearing Date: TBA <br> Time: TBA <br> Place: Telephonic |
| AND CONSOLIDATED ACTIONS | **Phase 1** <br> Discovery Cut-off: January 28, 2008 <br> Pre-trial Conference: May 5, 2008 <br> Trial Date: May 27, 2008 |

-1-

Case No. CV 04-9049 SGL (RNBx)
PROOF OF SERVICE

## PROOF OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of eighteen years and not a party to the within action; my business address is A & A LEGAL SERVICE, 210 Fell Street, Suite 17, San Francisco, California 94102.

On March 28, 2008, I served true copies of the following documents described as:

## LIST OF DOCUMENTS

on the parties in this action as follows:

| John W. Keker, Esq.<br>Michael H. Page, Esq.<br>Christina M. Anderson, Esq.<br>**Keker & Van Nest, LLP**<br>710 Sansome Street<br>San Francisco, CA 94111 | |

[✓]   **BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 28, 2008, at San Francisco, California.

_____
A & A LEGAL SERVICE -
Jason Moody

## DOCUMENT LIST

1. MATTEL, INC.'S OPPOSITION TO THE MGA DEFENDANTS' MOTION FOR PROTECTIVE ORDER FROM MATTEL, INC.'S NOTICE OF DEPOSITION OF LUCY ARANT

2. DECLARATION OF JON COREY IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO THE MGA DEFENDANTS' MOTION FOR PROTECTIVE ORDER FROM MATTEL, INC.'S NOTICE OF DEPOSITION OF LUCY ARANT

3. MATTEL, INC.'S OPPOSITION TO MGA DEFENDANTS' MOTION TO QUASH LARRY MCFARLAND'S DEPOSITION SUBPOENA

4. DECLARATION OF JON COREY IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA DEFENDANTS' MOTION TO QUASH LARRY MCFARLAND'S DEPOSITION SUBPOENA

5. EVIDENTIARY OBJECTION TO THE DECLARATION OF LARRY MCFARLAND IN SUPPORT OF MGA DEFENDANTS' MOTION TO QUASH LARRY MCFARLAND'S DEPOSITION SUBPOENA

6. NOTICE OF LODGING OF DECLARATION OF JON D. COREY IN SUPPORT OF MATTEL, INC.'S REPLY BRIEF IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND THINGS BY MGA ENTERTAINMENT, INC. AND FOR AWARD OF MONETARY SANCTIONS

7. NOTICE OF LODGING OF DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL WITHHELD MGA DOCUMENTS THAT PROVE MGA WAS DEVELOPING BRATZ AS EARLY AS JUNE 2000

8. PROOF OF SERVICE

PROOF OF SERVICE