QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL ITS OPPOSITION TO MGA AND CARTER BRYANT'S MOTION FOR AN EVIDENTIARY HEARING REGARDING WITNESS TAMPERING AND DECLARATION OF CYRUS S. NAIM IN SUPPORT<br><br>[[Proposed] Order filed concurrently]<br><br>Hearing Date: April 14, 2008<br>Time: 10:00 a.m.<br>Court Room: Courtroom 1<br><br>**Phase I**<br>Discovery Cut-off: January 28, 2008<br>Pre-trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2452440.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1         Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal Mattel Inc.'s Opposition To MGA And Carter Bryant's Motion For An Evidentiary Hearing Regarding Witness Tampering (the Opposition), and Exhibits 1, 2, 3, 4, 5, 6, 7, 8, 9, 29, and 33 to the Declaration of Cyrus S. Naim in Support (the "Declaration").

        The Declaration attaches materials that Mattel, MGA, Carter Bryant, and third party Veronica Marlow have designated as "Confidential" or "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order, and the Opposition quotes from these documents. MGA has designated Exhibits 1, 2, 5, 6, and 7 as "Confidential--Attorneys' Eyes Only." Carter Bryant has designated Exhibit 4 as "Confidential." Mattel has designated Exhibits 8, 9, and 33 as ""Confidential--Attorneys' Eyes Only." Veronica Marlow has designated Exhibits 3 and 33 as ""Confidential--Attorneys' Eyes Only." Accordingly, Mattel requests that the Court order that the Opposition and Declaration be filed under seal.

DATED: March 31, 2008         QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

        By /s/ Cyrus S. Naim
        Cyrus S. Naim
        Attorneys for Mattel, Inc.