1 | THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
2 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
3 | Los Angeles, California 90071
Tel.: (213) 687-5000/Fax: (213) 687-5600
4 |
5 | JAMES E. LYONS (Bar No. 112582)
(James.Lyons@skadden.com)
6 | RAOUL D. KENNEDY (Bar No. 40892)
(rkennedy@skadden.com)
7 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Embarcadero Center, Suite 3800
8 | San Francisco, California 94111-5974
Tel.: (415) 984-6400/Fax: (415) 984-2698
9 |
AMY R. SABRIN (pro hac vice admission pending)
10 | (Amy.Sabrin@skadden.com)
MICHAEL P. KELLY (pro hac vice admission pending)
11 | (mikelly@skadden.com)
DAVID W. FOSTER (pro hac vice admission pending)
12 | (David.Foster@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
13 | 1440 New York Avenue, N.W.
Washington, DC 20005-2111
14 | Tel: (202) 371-7000/Fax: (202) 393-5760

15 | Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited,
MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian

16 | UNITED STATED DISTRICT COURT

17 | CENTRAL DISTRICT OF CALIFORNIA

18 | CARTER BRYANT, an individual,           ) CASE NO. CV 04-9049 SGL (RNBx)
19 |                  Plaintiff,             ) Consolidated with Case No. 04-9059
                                             ) and Case No. 05-2727
20 |       v.                                )
                                             ) MGA'S APPLICATION TO SEAL
21 | MATTEL, INC., a Delaware                ) ITS OPPOSITION TO MATTEL'S
    corporation,                             ) MOTION TO DISQUALIFY AND
22 |                                         ) ACCOMPANYING
                  Defendant.                 ) DECLARATIONS
23 |                                         )
24 | AND CONSOLIDATED ACTIONS                ) Honorable Stephen G. Larson
25 |                                         ) Hearing Date: TBD
                                             ) Time: TBD
26 |                                         ) Place: TBD

27
28

APPLICATION TO FILE UNDER SEAL MGA'S OPPOSITION TO MOTION TO DISQUALIFY
Case No. CV 04-9049 SGL (RNBx)

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, MGA Entertainment, Inc. ("MGA") hereby respectfully requests that the Court order the following documents be filed under seal:

MGA's Opposition to Mattel's Motion to Disqualify and Accompanying Declarations of Kenneth A. Plevan, Michelle M. Campana, Craig Holden, and Paul M. Eckles.

Good cause exists for filing these documents under seal, as these documents discuss the deposition transcript of Christina Tomiyama and her expert report which have been designated as "Confidential" or "Confidential—Attorneys' Eyes Only" pursuant to the Protective Order, and/or the documents potentially contain or reference confidential information as defined under the Stipulated Protective Order. In the alternative, MGA requests that the Court declare the documents and exhibits to the declarations to be outside the definitions of "Confidential" and "Confidential—Attorneys' Eyes Only" as contained in the Stipulated Protective Order and order them to be filed as part of the public record.

DATED: March 31, 2008

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____
Thomas J. Nolan
Attorneys for MGA Entertainment, Inc.