FILED

2008 MAR 31  PM 4:00

CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

BY _____

1  THOMAS J. NOLAN (Bar No. 66992)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2  300 South Grand Avenue
   Los Angeles, CA  90071-3144
3  Telephone:  (213) 687-5000
   Facsimile:  (213) 687-5600
4  E-mail:      tnolan@skadden.com

5  RAOUL D. KENNEDY (Bar No. 40892)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
6  Four Embarcadero Center, Suite 3800
   San Francisco, CA  94111
7  Telephone:  (415) 984-6400
   Facsimile:  (415) 984-2698
8  E-mail:      rkennedy@skadden.com

9  Attorneys for Counter-Defendants,
   MGA ENTERTAINMENT, INC., ISAAC LARIAN, MGA ENTERTAINMENT
10 (HK) LIMITED, AND MGAE de MEXICO S.R.L. de C.V.

11
12              UNITED STATES DISTRICT COURT

                CENTRAL DISTRICT OF CALIFORNIA
13
                     EASTERN DIVISION
14

15 CARTER BRYANT, an individual       )  CASE NO. CV 04-9049 SGL (RNBx)
                                       )
16              Plaintiff,             )  Consolidated with Case No. 04-9059
                                       )  and Case No. 05-2727
17      v.                             )
                                       )  **DISCOVERY MATTER**
18 MATTEL, INC., a Delaware            )
   corporation                         )
19                                     )  **PROOF OF SERVICE**
                Defendant.             )
20                                     )
                                       )  Hearing Date:   April 7, 2008
21 Consolidated with MATTEL, INC. v.   )  Time: 10:00 a.m.
   BRYANT and MGA                      )
22 ENTERTAINMENT, INC. v.              )
   MATTEL, INC.                        )
23                                     )

24
25
26
27
28

---

PROOF OF SERVICE                                    NO. CV 04-9049 SGL (RNBx)

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the county of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 300 South Grand Avenue, Suite 3400, Los Angeles, California 90071.

On **March 31, 2008**, I served the foregoing documents described as:

### SEE ATTACHED DOCUMENT LIST

on the interested parties in this action addressed as follows:

### SEE ATTACHED SERVICE LIST

(X)     (BY PERSONAL SERVICE)      ☒      By personally delivering copies to the person served. (FEDERAL)

☒      I caused such document to be hand delivered to the above addressees. (FEDERAL)

(X)     (BY FEDERAL EXPRESS)

( )     (BY ELECTRONIC MAIL)

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed on **March 31, 2008**, in San Francisco, California.

Matthew Bowman
PRINT NAME                                SIGNATURE

PROOF OF SERVICE

2

NO. CV 04-9049 SGL (RNBx)

DOCUMENT LIST

(1)     MGA'S RESPONSE IN OPPOSITION TO MATTEL'S MOTION TO DISQUALIFY ;

(2)     DECLARATION OF PAUL M. ECKLES IN SUPPORT OF MGA'S RESPONSE IN OPPOSITION TO MATTEL'S MOTION TO DISQUALIFY;

(3)     DECLARATION OF KENNETH A. PLEVAN IN SUPPORT OF MGA'S RESPONSE IN OPPOSITION TO MATTEL'S MOTION TO DISQUALIFY

(4)     DECLARATION OF CRAIG HOLDEN IN SUPPORT OF MGA'S RESPONSE IN OPPOSITION TO MATTEL'S MOTION TO DISQUALIFY

(5)     DECLARATION OF MICHELLE CAMPANA IN SUPPORT OF MGA'S RESPONSE IN OPPOSITION TO MATTEL'S MOTION TO DISQUALIFY

(6)     PROOF OF SERVICE

PROOF OF SERVICE

NO. CV 04-9049 SGL (RNBx)

1

2  <u>SERVICE LIST</u>

3

4  Jon D. Corey, Esq.
   Michael T. Zeller, Esq.                    John Trinidad, Esq.
5  John Quinn, Esq.                           John Keker, Esq.
   Quinn Emanuel Urquhart Oliver &            Keker & Van Nest, LLP
6  Hedges, LLP                                710 Sansome Street
   865 South Figueroa Street, 10th Floor      San Francisco, CA 94111
7  Los Angeles, CA 90017-2543                 (415) 391-5400
   (213) 443-3000                             (415) 397-7188 (Fax)
8  (213) 443-3100 (Fax)
                                              Attorneys for Carter Bryant
9  Attorneys for Mattel, Inc                  [Federal Express]
   [Personal Service]

10

11 Mark E. Overland, Esq.
   Alexander H. Cote, Esq.
12 David C. Scheper, Esq.
   Overland Borenstein Scheper & Kim
13 300 South Grand Avenue, Suite 2750
   Los Angeles, CA 90071
14 (213) 613-4655
   (213) 613-4656
15
   Attorneys for Carlos Gustavo Machado
16 Gomez

17

18

19

20

21

22

23

24

25

26

27

28

4