KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
jkeker@kvn.com
MICHAEL H. PAGE - #154913
mpage@kvn.com
CHRISTA M. ANDERSON - #184325
canderson@kvn.com
MATTHEW M. WERDEGAR - #200470
mwerdegar@kvn.com
JOHN E. TRINIDAD - #250468
jtrinidad@kvn.com
AUDREY WALTON-HADLOCK - #250574
awaltonhadlock@kvn.com
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff
CARTER BRYANT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC. a Delaware Corporation,<br><br>Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC., v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No. CV 04-09049 SGL (RNBx)<br>(consolidated with CV 04-9059 & 05-2727)<br><br>Hon. Stephen G. Larson<br><br>**APPLICATION OF CARTER BRYANT FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL**<br><br>Date: April 22, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 1<br><br>**Phase I:**<br>Date Comp. Filed: April 13, 2005<br>Discovery Cut-Off: Jan. 28, 2008<br>Trial Date: May 27, 2008<br><br>FILED BY FAX<br>CRC 2005 |

1   Pursuant to *Local Rule* 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Carter Bryant ("Bryant") hereby respectfully requests that the Court order filed provisionally under seal the following documents:

1.  Reply Memorandum of Points and Authorities in Support of Bryant's Motion for Partial Summary Judgment;
2.  Carter Bryant's Response to Mattel, Inc.'s Statement of Genuine Issues;
3.  Supplemental Declaration of Christa M Anderson in Support of Carter Bryant's Motion for Partial Summary Judgment;
4.  Carter Bryant's Response to Mattel, Inc.'s Evidentiary Objections to Bryant's Motion for Partial Summary Judgment;
5.  Carter Bryant's Evidentiary Objections to Mattel, Inc.'s Separate Statement of Genuine Issues Regarding Bryant's Separate Statement of Uncontested Facts in Support of Bryant's Motion for Partial Summary Judgment; and Notice of Joinder in the MGA Parties' Objections.

The Memorandum of Points and Authorities, Response to Mattel's Statement of Genuine Issues, Response to Mattel's Evidentiary Objections, and Bryant's Evidentiary Objection quote deposition testimony and documents designated by Mattel, Bryant, MGA Entertainment, Inc., and/or certain third-party witnesses as "Confidential" or "Confidential—Attorneys Eyes Only" pursuant to the Protective Order. Exhibits 1-7, 9-17, 19-20 to the Supplemental Declaration of Christa M. Anderson consist of materials designated by Mattel, Bryant, MGA Entertainment, Inc., and/or certain third-party witnesses as "Confidential" or "Confidential—Attorneys Eyes Only" pursuant to the Protective Order. Accordingly, Bryant requests that the Court order that the Motion, the Statement of Genuine Issues, and Exhibits 1-7, 9-17, 19-20 to the Declaration be filed provisionally under seal.

Pursuant to the Stipulation and Order entered on March 11 2008 (Docket

1  No. 2615), Bryant will continue to meet and confer with Mattel, MGA, and the
2  effected third-parties in a good faith effort to de-designate as much of this material
3  as possible so that it may be filed publicly.

                                          Respectfully submitted,

5  Dated: April 1, 2008                     KEKER & VAN NEST, LLP

By: _____
MATTHEW M. WERDEGAR
Attorney for Plaintiff
CARTER BRYANT