1  THOMAS J. NOLAN (Bar No. 66992)
   (tnolan@skadden.com)
2  JASON D. RUSSELL (Bar No. 169219)
   (jrussell@skadden.com)
3  MARINA V. BOGORAD (Bar No. 217524)
   (mbogorad@skadden.com)
4  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue
5  Los Angeles, CA 90071-3144
   Telephone: (213) 687-5000
6  Facsimile: (213) 687-5600

7  KENNETH PLEVAN (admitted *pro hac vice*)
   (kplevan@skadden.com)
8  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   Four Times Square, New York, NY 10046
9  Telephone: (212) 735-3000
   Fax:       (212) 735-2000
10
   Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited,
11 MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian

12
              UNITED STATES DISTRICT COURT
13
              CENTRAL DISTRICT OF CALIFORNIA
14
                    EASTERN DIVISION
15

16 | CARTER BRYANT, an individual        ) CASE NO. CV 04-9049 SGL (RNBx)
                                         )
17 |        Plaintiff,                   ) Consolidated with Case No. 04-9059
                                         ) and Case No. 05-2727
18 |    v.                               )
                                         ) Honorable Stephen G. Larson
19 | MATTEL, INC., a Delaware            )
   | corporation                         )
20 |                                     ) **PROOF OF SERVICE**
   |        Defendant.                   )
21 |_____)
                                         )
22 | AND CONSOLIDATED ACTIONS            )
   |                                     )
23 |_____)

24
25
26
27
28

PROOF OF SERVICE
NO. CV 04-9049 SGL (RNBx)

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 300 South Grand Avenue, 34th Floor, Los Angeles, CA 90071.

On **April 1, 2008**, I served the foregoing documents described as:

**SEE ATTACHED DOCUMENT LIST**

on the interested parties in this action addressed as follows:

**SEE ATTACHED SERVICE LIST**

| | | | |
|---|---|---|---|
| (x) | (BY PERSONAL SERVICE) | ( ) | By personally delivering copies to the person served. (FEDERAL) |
| | | (x) | I caused such document to be hand delivered to the above addressees. (FEDERAL) |

(X) (BY FEDERAL EXPRESS)

( ) (BY ELECTRONIC MAIL)

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed on **April 1, 2008**, in Los Angeles, California.

    Matthew T. Bowman
    PRINT NAME                    SIGNATURE

| | |
|---|---|
| 1 | <u>DOCUMENT LIST</u> |
| 2 | (1) MGA PARTIES' REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN FURTHER SUPPORT OF THEIR MOTION FOR PARTIAL SUMMARY JUDGMENT; |
| 3 | |
| 4 | (2) MGA PARTIES' REPLY TO MATTEL, INC.'S [CORRECTED] STATEMENT OF GENUINE ISSUES; |
| 5 | |
| 6 | (3) DECLARATION OF MARINA V. BOGORAD; |
| 7 | (4) DECLARATION OF MARTIN HITCH; |
| 8 | (5) SUPPLEMENTAL DECLARATION OF ISAAC LARIAN; |
| 9 | (6) DECLARATION OF CARTER BRYANT; |
| 10 | (7) MGA PARTIES' REQUEST FOR JUDICIAL NOTICE; |
| 11 | (8) MGA PARTIES' OPPOSITION TO MATTEL, INC.'S EVIDENTIARY OBJECTIONS; |
| 12 | (9) MGA PARTIES' OPPOSITION TO MATTEL, INC.'S OBJECTIONS TO MGA PARTIES' REQUEST FOR JUDICIAL NOTICE; |
| 13 | |
| 14 | (10) PROOF OF SERVICE. |

# SERVICE LIST

| VIA PERSONAL SERVICE | VIA FEDERAL EXPRESS |
|---|---|
| John B. Quinn, Esq.<br>Michael T. Zeller, Esq.<br>Jon D. Corey, Esq.<br>Quinn Emanuel Urquhart Oliver & Hedges, LLP<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017-2543<br>(213) 443-3000<br>(213) 443-3100 (Fax)<br><br>Attorneys for Mattel, Inc. | John W. Keker, Esq.<br>Michael H. Page, Esq.<br>Keker & Van Nest, LLP<br>710 Sansome Street<br>San Francisco, CA 94111<br>(415) 391-5400<br>(415) 397-7188 (Fax)<br><br>Attorneys for Carter Bryant |

### VIA FEDERAL EXPRESS

Mark E. Overland, Esq.
Alexander H. Cote, Esq.
David S. Scheper, Esq.
Overland Borenstein Scheper & Kim
300 South Grand Avenue, Suite 2750
Los Angeles, CA 90071
Telephone: (213) 613-4655
Facsimile: 9213) 613-4656

Attorneys for Carlos Gustavo Machado Gomez