```
 1  THOMAS J. NOLAN (Bar No. 66992)
    (tnolan@skadden.com)
 2  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
    300 South Grand Avenue
 3  Los Angeles, CA 90071-3144
    Tel.: (213) 687-5000 / Fax: (213) 687-5600
 4
    RAOUL D. KENNEDY (Bar No. 40892)
 5  (rkennedy@skadden.com)
    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
 6  4 Embarcadero Center, 38th Floor
    San Francisco, CA 94111-5974
 7  Tel.: (415) 984-6400 / Fax: (415) 984-2698

 8  Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited,
    MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian
 9
10                  UNITED STATES DISTRICT COURT
11                 CENTRAL DISTRICT OF CALIFORNIA
12
13
14  CARTER BRYANT, an individual,     )  CASE NO. CV 04-9049 SGL (RNBx)
                                      )
15                  Plaintiff,        )  APPLICATION TO FILE UNDER
                                      )  SEAL MGA'S AND CARTER
16        v.                          )  BRYANT'S MOTION OBJECTING
                                      )  TO DISCOVERY MASTER'S
17  MATTEL, INC., a Delaware          )  MARCH 17, 2008 ORDER RE
    corporation,                      )  MOTION TO COMPEL
18                                    )  PRODUCTION OF DOCUMENT
                    Defendant.        )  NOS. M0199767-78 AND M0199769-
19                                    )  70; AND MEMORANDUM IN
                                      )  SUPPORT
20  AND CONSOLIDATED ACTIONS          )
                                      )
21
22
23
24
25
26
27
28
```

Application To File Under Seal
Case No. CV 04-9049 SGL (RNBx)

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, MGA Entertainment, Inc. ("MGA") and Carter Bryant ("Bryant") hereby respectfully request that the Court order the following documents be filed under seal: MGA's and Carter Bryant's Notice of Motion And Motion Objecting To Discovery Master's March 17, 2008 Order Re Motion To Compel Production Of Document Nos. M0199767-68 And M0199769-70, the associated Declaration of Marcus R. Mumford and related exhibits. Good cause exists for filing these documents under seal, as they refer to certain documents that have been designated as "Confidential" or "Confidential—Attorneys' Eyes Only" pursuant to the Protective Order. In the alternative, MGA requests that the Court declare the exhibits to the declaration to be outside the definitions of "Confidential" and "Confidential—Attorneys' Eyes Only" as contained in the Stipulated Protective Order and order them to be filed as part of the public record.

DATED: March 31, 2008

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By: _____
Thomas Nolan
Attorneys for MGA Entertainment, Inc.