QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
Timothy L. Alger (Bar No. 160303)
(timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN FURTHER SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT AND RELATED DOCUMENTS<br><br>[C.D. Rule 79-5.1]<br><br>[[Proposed] Order filed under separate cover.]<br><br>Hearing Date: April 23, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 1<br><br>**Phase 1**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

This Court entered a Stipulated Protective Order on January 4, 2005, that permits the parties to mark and treat as confidential testimony and documents marked as "CONFIDENTIAL" or "CONFIDENTIAL – ATTORNEYS EYES' ONLY" (collectively referred to herein as "Confidential Information"). By that Order, parties must file any Confidential Information under seal and, except as otherwise authorized by statute or federal rule, seek the Court's approval of such filing under seal.

Pursuant to Central District Rule 79-5.1, and Court's Order of March 11, 2008, counsel for the parties have begun to meet and confer to determine if any Confidential Information documents relating to the parties' motions for summary judgment may be redesignated. The process is to be completed after the filing of the parties' reply briefs.

Accordingly, Mattel, Inc. submits the following documents and requests that they be filed under seal pursuant to the Stipulated Protective Order of January 4, 2005 and the Court's Order on Stipulation dated March 11, 2008:

1. Mattel, Inc.'s Reply Memorandum of Points and Authorities in Further Support of Its Motion for Partial Summary Judgment

2. Mattel, Inc.'s Consolidated Separate Statement of Uncontested Facts and Conclusions of Law in Support of Mattel's Motion for Partial Summary Judgment, Volumes 1-2

3. Mattel, Inc.'s Evidentiary Objections to MGA Parties' Opposition to Mattel's Motion for Partial Summary Judgment

4. Mattel, Inc.'s Evidentiary Objections to Carter Bryant's Opposition to Mattel's Motion for Partial Summary Judgment

5. Mattel's Consolidated Responses to MGA Parties' and Bryant's Evidentiary Objections in Support of Mattel's Motion for Partial Summary Judgment

1        6.     Supplemental Declaration of B. Dylan Proctor In Support Of Mattel's Motion For Partial Summary Judgment

2        7.     Supplemental Declaration of Jon D. Corey In Support Of Mattel's Motion For Partial Summary Judgment

3        8.     Notice of Lodging, Volumes 1-6

DATED: March 28, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By *B. Dylan Proctor* /SH
   B. Dylan Proctor
   Attorneys for Mattel, Inc.