QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL (1) PORTIONS OF ITS REPLY IN SUPPORT OF MOTION TO COMPEL DEPOSITION AND PRODUCTION OF DOCUMENTS OF CHRISTENSEN, GLASER; AND (2) EXHIBITS 5, 6, 7, 9, 11, 20, 22, 25 AND 26 TO THE SUPPLEMENTAL DECLARATION OF JUAN PABLO ALBAN IN SUPPORT THEREOF<br><br>[[Proposed] Order filed concurrently]<br><br>[Local Rule 79-5.1]<br><br>Hearing Date: TBA<br>Time: TBA<br>Place: TBA<br><br>**Phase 1**<br>Discovery Cut-off: January 28, 2008<br>Pre-trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

FILED
2008 APR -1 PM 3:51
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY _____

(w/ seal (proposed) only)

ORIGINAL

20144/2455260.1

APPLICATION TO FILE UNDER SEAL

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal (1) Mattel's Reply In Support Of Motion To Compel Deposition And Production Of Documents Of Christensen, Glaser, Fink, Jacobs, Weil & Shapiro, LLP (the "Reply"); and (2) Exhibits 5, 6, 7, 9, 11, 20, 22, 25 and 26 to the Supplemental Declaration of Juan Pablo Albán in Support Of Motion To Compel The Deposition And Production of Documents Of Christensen, Glaser ("Supplemental Albán Declaration").

Exhibits 5, 6 and 7 were designated by MGA as "Confidential" pursuant to the Protective Order. The rough transcript of Exhibit 11 (which is the final transcript of the *Larian v. Larian* arbitration obtained by Mattel from the court reporter) was designated as "Confidential--Attorneys Eyes Only" by Kaye Scholer LLP, Isaac Larian's attorneys during the arbitration. Exhibits 20, 22, 25 and 26 were designated by MGA as "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order. Exhibit 9 was designated "Highly Confidential - Restricted Attorneys Eyes Only" by MGA. The Reply includes substantive discussion of Exhibits 5, 6, 7, 9, 11, 20, 22, 25 and 26. The publicly filed Reply has redacted only such substantive discussion of Exhibits 5, 6, 7, 9, 11, 20, 22, 25 and 26, and nothing else. Accordingly, Mattel respectfully requests that the Court order that the Reply and Supplemental Albán Declaration Exhibits 5, 6, 7, 9, 11, 20, 22, 25 and 26, be filed under seal. In the alternative, Mattel respectfully requests that the Court order such information be deemed not confidential.

DATED: April 1, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By _____
Juan Pablo Albán
Attorneys for Plaintiff
Mattel, Inc.

20144/2455260.1