QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
JOHN B. QUINN (State Bar No. 090378)
MICHAEL T. ZELLER (State Bar No. 196417)
JON D. COREY (State Bar No. 185066)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000; Facsimile: (213) 443-3100

STROOCK & STROOCK & LAVAN LLP
BARRY B. LANGBERG (State Bar No. 048158)
MICHAEL J. NIBORSKI (State Bar No. 192111)
2029 Century Park East, Suite 1600
Los Angeles, California 90067-3086
(lacalendar@stroock.com)
Telephone: (310) 556-5800; Facsimile: (310) 556-5959

Attorneys for MATTEL, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>[PUBLIC REDACTED] SECOND SUPPLEMENTAL DECLARATION OF MICHAEL J. NIBORSKI IN SUPPORT OF MATTEL, INC.'S REPLY IN SUPPORT OF MOTION OBJECTING TO DISCOVERY MASTER'S FEBRUARY 26, 2008 ORDER DENYING MATTEL'S MOTION TO COMPEL DEPOSITION OF CHRISTOPHER PALMERI<br><br>Hearing Date: April 14, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 1 |

SECOND SUPPLEMENTAL DECLARATION OF MICHAEL J. NIBORSKI

# DECLARATION OF MICHAEL J. NIBORSKI

I, Michael J. Niborski, declare as follows:

1. I am an attorney licensed to practice before all courts of the State of California and am an attorney with the law firm of Stroock & Stroock & Lavan LLP, co-counsel for Mattel, Inc. ("Mattel") in the above-captioned action. I submit this declaration in support of Mattel, Inc.'s Reply in Support of Motion Objecting to Discovery Master's February 26, 2008 Order Denying Mattel's Motion to Compel Deposition of Christopher Palmeri. The facts set forth in this declaration are true of my own personal knowledge, except where based on a review of the pleadings and records in this action and, if called as a witness, I could and would competently testify to such facts.

2. On March 27, 2008, co-counsel for Mattel in this matter, Timothy Alger of the law firm Quinn Emanuel Urquhart Oliver & Hedges, LLP, and I engaged in conference with Alonzo Wickers, counsel for Christopher Palmeri and BusinessWeek magazine. During that discussion, counsel for Mattel informed Mr. Wickers that since Mattel filed its motion objecting to the Discovery's Master's February 26, 2008 Order, Isaac Larian had appeared for a second day of deposition, during which he was specifically asked about the source of the statements at issue in Mr. Palmeri's article and testified that he did not recall making the statements. Counsel for Mattel further informed Mr. Wickers that it would be submitting to the Court with its reply the relevant portions of the transcript of Larian's deposition along with a related exhibit. Counsel for Mattel requested that Mr. Palmeri reconsider his refusal to appear for deposition. Mr. Wickers said that he would discuss Mattel's request with his clients but did not believe that his clients would agree. Counsel for Mattel has not received any further response from Mr. Wickers.

3. Attached hereto as Exhibit 1 is a true and correct copy of the relevant excerpts of the transcript of the deposition of Isaac Larian, dated March 26, 2008.

4. Attached hereto as Exhibit 2 is a true and correct copy of the relevant excerpts of the transcript of the deposition of David Malacrida, dated August 30, 2007.

5. Attached hereto as Exhibit 3 is a true and correct copy of the relevant excerpts of the transcript of the deposition of Samir Khare, a <u>Rule</u> 30(b)(6) witness on behalf of MGA, dated January 23, 2008.

6. Attached hereto as Exhibit 4 is a true and correct copy of an email from Christopher Palmeri to Isaac Larian, dated July 14, 2003, produced by MGA in this action and Bates-numbered MGA 3805091. This document was marked as Exhibit 4941 in the Larian deposition on March 26, 2008.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 3rd day of April 2008, at Los Angeles, California.

*[Signature]*
Michael J. Niborski

-3-
SECOND SUPPLEMENTAL DECLARATION OF MICHAEL J. NIBORSKI

**EXHIBIT 1**

**THIS EXHIBIT IS FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER**

**EXHIBIT 2**

**THIS EXHIBIT IS FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER**

**EXHIBIT 3**

**THIS EXHIBIT IS FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER**

**EXHIBIT 4**

**THIS EXHIBIT IS FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**