UNITED STATED DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>      Plaintiff,<br><br>  v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>      Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>[PROPOSED] ORDER GRANTING MGA DEFENDANTS' *EX PARTE* APPLICATION FOR AN ORDER STRIKING MATTEL'S EXHIBIT LIST<br><br>Honorable Stephen G. Larson<br><br>Hearing Date: TBD<br>Time: TBD<br>Place: Courtroom 1 |

Having received MGA Defendants' *Ex Parte* Application For An Order Striking Mattel's Exhibit List (the "Application"), and all other papers and arguments submitted in support of or opposition to the Application, and finding good cause therefore,

**IT IS HEREBY ORDERED THAT:**

1. Mattel's exhibit list is stricken;

2. Mattel must revise its exhibit list to a meaningful list of the exhibits Mattel actually intends to use at trial;

3. Mattel must submit the revised list to the Court and the MGA Parties within 24 hours;

4. Mattel must revise their responses to MGA and Bryant's contention interrogatories to identify by Bates Number the trial exhibits responsive to each request; and

5. The MGA Parties have 14 days to prepare and serve objections to Mattel's revised list, running from the date the Court approves Mattel's revised list.

**IT IS SO ORDERED.**

DATED: April __, 2008

```
_____
Hon. Stephen G. Larson
United States District Court Judge
```