THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, CA 90071-3144
Tel.: (213) 687-5000 / Fax: (213) 687-5600

RAOUL D. KENNEDY (Bar No. 40892)
(rkennedy@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Embarcadero Center, 38th Floor
San Francisco, CA 94111-5974
Tel.: (415) 984-6400 / Fax: (415) 984-2698

Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. de C.V., and Isaac Larian

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>DECLARATION OF ROBERT J. HERRINGTON IN SUPPORT OF MGA DEFENDANTS' *EX PARTE* APPLICATION FOR AN ORDER STRIKING MATTEL'S EXHIBIT LIST<br><br>Date: TBD<br>Time: TBD<br>Place: TBD |

HERRINGTON DECLARATION IN SUPPORT OF MGA DEFENDANTS' *EX PARTE* APPLICATION FOR AN ORDER STRIKING MATTEL'S EXHIBIT LIST
Case No. CV 04-9049 SGL (RNBx)

I, Robert J. Herrington, hereby declare as follows:

1. I am an attorney licensed to practice law in the State of California and am an associate at the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel of record for MGA Entertainment, Inc., Isaac Larian, MGA Entertainment (HK) Limited, and MGAE de Mexico S.R.L. de C.V. (collectively, the "MGA Defendants") in the above-captioned matter. I submit this Declaration in Support of MGA Defendants' *ex parte* Application for an Order Striking Mattel's Exhibit List. Unless otherwise stated, I have personal knowledge of the facts set forth below and, if called as a witness, I could and would testify competently thereto.

2. A true and correct copy of an excerpts from the deposition of Ronald Brawer taken February 5, 2008 is attached hereto as **Exhibit 1**.

3. A true and correct copy of the July 5, 2001 Order of the Honorable William Alsup in Mattel, Inc. v. Walking Mountain Productions, is attached hereto as **Exhibit 2**.

4. A true and correct copy of Mattel Inc.'s Disclosure of Trial Exhibits dated April 1, 2008 (the "Mattel Exhibit List") is attached hereto as **Exhibit 3**.

5. A true and correct copy of an email from Christopher Price of Quinn Emanuel to Lance Etcheverry dated April 2, 2008 is attached hereto as **Exhibit 4**.

6. A true and correct copy of Mattel Inc.'s Corrected Phase One Witness List dated April 1, 2008 is attached hereto as **Exhibit 5**.

7. A true and correct copy of a letter from Robert Herrington to Dylan Proctor and Jon Corey dated April 2, 2008 is attached hereto as **Exhibit 6**.

8. I am participating in and overseeing MGA's review of the 21,838 documents identified as trial exhibits on Mattel Inc.'s Disclosure of Trial Exhibits.

9. I have reviewed many documents identified as trial exhibits on the Mattel Exhibit List. The Mattel Exhibit List includes many patently irrelevant documents. By way of illustration, Mattel Exhibit A-12220 begins with a twenty-

one page document produced by Mattel consisting of only symbols and random characters. Mattel Exhibit A-10378 is a one-page document produced by Mattel concerning a product called "FAO Mann's Hollywood—Wht," referencing a Susanne Briant (no relationship to Carter Bryant). Mattel Exhibit A-06262 is an email produced by MGA concerning MGA's potential development of a toy umbrella for use on one of MGA's products in 2004. True and correct copies of documents contained within Mattel Exhibits A-12220, A-10378, and A-06262 are attached, respectively, hereto as **Exhibits 7-9**.

    10.    Counsel for the parties met and conferred on April 3, 2008 regarding the relief requested in this motion. Mattel's counsel stated that they intended to look at and potentially reduce their exhibit list, but declined to provide specific parameters or a timeline for potentially reducing the exhibit list. Mattel's counsel indicated they would discuss whether they could make a further proposal to address MGA and Bryant's concerns. Given the press of time, MGA and Bryant could not await any further proposal by Mattel.

    I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

    Executed on April 3, 2008, at Los Angeles, California.

                                                    Robert J. Herrington