# Exhibit 1

CONFIDENTIAL - ATTORNEYS' EYES ONLY
RONALD BRAWER

Page 1

```
 1              UNITED STATES DISTRICT COURT
                CENTRAL DISTRICT OF CALIFORNIA
 2
 3    - - - - - - - - - - - - - - - - - -X
      IN THE MATTER OF                    )
 4                                        )
      CARTER BRYANT                       )
 5                    Plaintiff,          )
                                          )Case No:
 6    v.                                  )CV 04-9049 SGL(RNBX)
                                          )
 7    MATTEL, INC.                        )
                      Defendant.          )
 8    - - - - - - - - - - - - - - - - - -X
 9              C O N F I D E N T I A L
10         VIDEOTAPED DEPOSITION OF MR. RONALD BRAWER
11                       VOLUME I
12              Tuesday, February 5, 2008
13                    AT:  9:54 a.m.
14                     Taken at:
15         Skadden, Arps, Slate, Meagher & Flom
                      40 Bank Street
16                    Canary Wharf
                    London, E14 5DS
17                   United Kingdom
18
19
20
21
22
23   Court Reporter:
24   MRS. CHANELLE MALLIFF
     Accredited Real-time Reporter
25
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY
RONALD BRAWER

Page 2

```
 1              A P P E A R A N C E S
 2   Appearing for the Plaintiff:
 3         JACK P. DICANIO
           SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
 4         300 South Grand Avenue
           Los Angeles, CA 90071-3144
 5         Telephone:  (213) 687-5000
 6   Also Present:
           CRAIG HOLDEN - In-house Counsel, MGA
 7
 8
     Appearing for the Defendant:
 9
           DOMINIC SURPRENANT
10         QUINN EMANUEL URQUHART OLIVER & HEDGES LLP
           865 S. Figueroa Street
11         10th Floor
           Los Angeles, CA 90017
12         Telephone:  (213) 443-3166
13
14   Videographer:
15         PHILLIP HILL
16
17
18
19
20
21
22
23
24
25
```

Exhibit __1__,
P. __4__

CONFIDENTIAL - ATTORNEYS' EYES ONLY
RONALD BRAWER

Page 223

1   They followed me.
2        Q.  Anybody else?
3        A.  I believe they followed Isaac Larian.
4        Q.  Anyone else?
5        A.  Those are the two I'm aware of.
6        Q.  What was this allegation about parking lots?
7        A.  I know that as part of following me, in particular,
8   they would follow me right into the grounds of MGA.  They
9   would also -- if they lost where I was, they would drive
10  into parking lots of MGA and try and see if my car was
11  there.
12       Q.  So that parking lot is really an extension of the
13  PI -- hiring PIs?
14       A.  Yes, part of.  So I guess to the point earlier made
15  by my attorney, spying is a legal concept.  I'm not sure
16  where it starts and stops and being on the grounds of
17  a parking lot of a private company, is that right or wrong?
18  I'll leave it for you guys to argue it out.
19       Q.  I now understand the spying is you believe they
20  hired private investigators to follow you and Isaac Larian,
21  including following you into MGA's parking lots; correct?
22       A.  Yes, and maybe -- who knows, maybe they went into
23  the building.  Don't know.
24       Q.  What was this litigation as a business strategy?
25  What were you referring to there?

CONFIDENTIAL - ATTORNEYS' EYES ONLY
RONALD BRAWER

Page 224

```
 1      A.   That was a concept that existed at Mattel that was
 2  widely discussed by many of the executives there where there
 3  was a knowledge that the financial resources of a company
 4  like Mattel were substantially greater than a company like
 5  MGA.  So by filing heavy numerous lawsuits they could both
 6  suck the financial resources of a company out like MGA to
 7  prevent them from doing other things with those resources.
 8  In addition, they could distract a smaller management staff
 9  into a heavy amount of litigation, which obviously is a
10  distraction on time.
11      Q.   It sounds like there's a good deal to pursue there
12  so let me try to close out two other allegations and then
13  I'll return back to the litigation as business strategy.
14           Are you aware of any situations where Mattel has
15  wrongly inflated Barbie sales numbers?
16      A.   Am I aware of any time that Mattel has wrongly
17  inflated -- I don't know if you consider it wrongly.  I do
18  know of cases where Mattel has inflated Barbie sales
19  numbers.
20      Q.   And when were those circumstances?
21      A.   The ones that I would recollect are related to
22  customer presentations.
23      Q.   And when?
24      A.   When we were presenting information to customers.
25      Q.   And you were present at these presentations where
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY
RONALD BRAWER

Page 248

1      CERTIFICATE OF COURT REPORTER

2

3   I, MRS. CHANELLE MALLIFF, an Accredited Real-time Reporter,

4   hereby certify that the testimony of the witness MR. RONALD

5   BRAWER in the foregoing transcript, numbered pages 1 through

6   246, taken on this 5th day of February, 2008 was recorded by

7   me in machine shorthand and was thereafter transcribed by

8   me; and that the foregoing transcript is a true and accurate

9   verbatim record of the said testimony.

10

11

12  I further certify that I am not a relative, employee,

13  counsel or financially involved with any of the parties to

14  the within cause, nor am I an employee or relative of any

15  counsel for the parties, nor am I in any way interested in

16  the outcome of the within cause.

17

18

19  Signed:    ........................

20  Name:    MRS. CHANELLE MALLIFF

21  Date:    ........................

22

23

24

25