# Exhibit 2

FILED
JUL - 5 2001
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ANNETTE L. HURST (No. 148738)
DOUGLAS A. WINTHROP (No. 183532)
SIMON J. FRANKEL (No. 171552)
PETER J. DROBAC (No. 191079)
HOWARD, RICE, NEMEROVSKI, CANADY, FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4065
Telephone: 415/434-1600
Facsimile: 415/217-5910

Attorneys for Non-Party
SAN FRANCISCO MUSEUM OF MODERN ART

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WALKING MOUNTAIN PRODUCTIONS, et al.<br><br>　　　　Defendants. | No. C01-0091 Misc. WHA<br><br>[C.D. Cal. No. 99-08543 RSWL (RZx)]<br><br>[Proposed] ORDER DENYING EX PARTE APPLICATION OF MATTEL, INC. TO ENFORCE SUBPOENA TO SAN FRANCISCO MUSEUM OF MODERN ART, QUASHING SUBPOENA, AND GRANTING SANCTIONS AGAINST MATTEL'S COUNSEL |

1128

EXHIBIT C-

[Proposed] ORDER                    11                    C01-0091 Misc. WHA

Exhibit 2,
P. 8

The ex parte Application of Mattel, Inc. to Enforce Subpoena and To Compel The San Francisco Museum of Modern Art to Produce Documents and to Produce Documents and to Produce its Representative for Deposition ("Application") was filed on May 30, 2001. The San Francisco Museum of Modern Art ("SFMOMA") filed an Opposition to the Application on the morning of June 4, 2001. The Court held a telephone hearing on the Application on June 4, 2001, at 12:00 p.m. Michael T. Zeller of Quinn Emanuel Urquhart Oliver & Hedges appeared for Mattel. Simon J. Frankel of Howard, Rice, Nemerovski, Canady, Falk & Rabkin, A Professional Corporation, appeared for SFMOMA.

Having considered the Application and SFMOMA's Opposition and the argument of counsel, the Court finds that the subpoena served by Mattel on SFMOMA on May 15, 2001 (the "Subpoena") was not served for a legitimate purpose, but for annoyance and harassment; that the Subpoena imposes an undue burden on SFMOMA, a non-party to the underlying action, *Mattel, Inc. v. Walking Mountain Productions, et al.*, C.D. Cal. No. 99-08543 RSWL (RZx) (the "Action"); that Mattel's counsel has engaged in misconduct in serving and seeking to enforce the Subpoena, in failing to meet and confer before filing the Application, and in engaging in a pattern of serving museums whose employee is a witness in the Action with a broad subpoena for no legitimate reason; and that the United States District Court for the Central District of California, where the Action is pending, should be notified of this Court's finding of misconduct.

Accordingly, the Court hereby ORDERS that:

1. The Application is denied;

2. The Subpoena is quashed in its entirety;

3. Mattel's counsel is hereby sanctioned for serving and seeking to enforce an improper subpoena and for failing to meet and confer and is therefore ordered to pay SFMOMA's counsel, Howard, Rice, Nemerovski, Canady, Falk & Rabkin, a total of $9,616.93 for the fees and costs incurred in opposing the Application, to be paid within ten days of the date of this Order;

4. Counsel for SFMOMA is directed to inform the United States District Court for

1129

[Proposed] ORDER **EXHIBIT** C —C01-0091 Misc. WHA
-1-

Exhibit 2,
P. 9

<sub>1</sub> the Central District of California, where the Action is pending, of this Court's finding of misconduct by Mattel's counsel in serving and seeking to enforce an improper subpoena and in failing to meet and confer. Counsel for SFMOMA shall provide that Court with a copy of this Order and the portions of the transcript of the June 4, 2001 hearing constituting the Court's ruling.

IT IS SO ORDERED.

Dated this ____ day of June, 2001.

July 5, 2001

HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT COURT JUDGE

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
A Professional Corporation

<sub>1130</sub>

EXHIBIT C-

[Proposed] ORDER
-2-

C01-0091 Misc. WHA

13

Exhibit 2,
P. 10

awb

United States District Court
for the
Northern District of California
July 6, 2001

\* \* CERTIFICATE OF SERVICE \* \*

Case Number:3:01-mc-00091

Mattel, Inc.

vs

Walking Mountain

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 6, 2001, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

DT/WHA

Albert P. Bedecarre, Esq.
Quinn Emanuel Urquhart Oliver & Hedges LLP
201 Sansome Street
Sixth Floor
San Francisco, CA  94104

Michael Zeller, Esq.
Quinn Emanuel Urquhart Oliver & Hedges LLP
865 S Figueroa St
10th Flr
Los Angeles, CA  90017-3211

Annette L. Hurst, Esq.
Howard Rice Nemerovski Canady Falk & Rabin
Three Embarcadero Center
7th Flr
San Francisco, CA  94111

1131

Richard W. Wieking, Clerk

BY:
A Bowser, Deputy Clerk

EXHIBIT C-14

Exhibit 2,
P. 11