# Exhibit 4

**Herrington, Robert J (LAC)**

| | |
|---|---|
| **From:** | Lopez, Alejandra (LAC) |
| **Sent:** | Wednesday, April 02, 2008 4:28 PM |
| **To:** | Project MGA Attorneys DL |
| **Subject:** | Mattel's Disclosure of Trial Exhibits |
| **Attachments:** | Suppl Exhibits.xls |

Please see attached:

1.   Supplemental list to Mattel's Disclosure of Trial Exhibits.

**From:** Christopher Price [mailto:chrisprice@quinnemanuel.com]
**Sent:** Wednesday, April 02, 2008 3:57 PM
**To:** Etcheverry, Lance A (LAC); 'jtrinidad@kvn.com'; 'mwerdegar@kvn.com'
**Cc:** Timothy Alger; James Webster; Dylan Proctor
**Subject:** Mattel's Disclosure of Trial Exhibits

Dear Counsel:

Due to a technical problem, the Disclosure of Trial Exhibits Mattel served yesterday inadvertently omitted certain exhibits.  A supplemental list of these exhibits is attached and part of Mattel's Disclosure.

Christopher E. Price
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Direct: (213) 443-3238
Main Phone: (213) 443-3000
Main Fax:  (213) 443-3100
E-mail:  chrisprice@quinnemanuel.com
Web:  www.quinnemanuel.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above.  This message may be an attorney-client communication and/or work product and as such is privileged and confidential.  If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited.  If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

| No. | Beginning Bates | End Bates | Other Description |
|------|------------------|-----------|--------------------|
| 766 | BRYANT 01247 | BRYANT 0124? | Deposition Exhibit 766 |
| 1656 | M 0049126 | M 0049126 | Deposition Exhibit 1656 |
| 1657 | M 0049129 | M 0049129 | Deposition Exhibit 1657 |
| 4527 | | | Deposition Exhibit 4527 |
| 4528 | M-MM 00500 | M-MM 00505 | Deposition Exhibit 4528 |
| 4529 | M-MM 00378 | M-MM 00379 | Deposition Exhibit 4529 |
| 4530 | M-MM 00091 | M-MM 00093 | Deposition Exhibit 4530 |
| 4531 | | | Deposition Exhibit 4531 |
| 4532 | | | Deposition Exhibit 4532 |
| 4533 | | | Deposition Exhibit 4533 |
| 4534 | M-MM 00499 | M-MM 00499 | Deposition Exhibit 4534 |
| 4535 | M-MM 00491 | M-MM 00492 | Deposition Exhibit 4535 |
| 4536 | M-MM 00014 | M-MM 00022 | Deposition Exhibit 4536 |
| 4537 | M-MM 00023 | M-MM 00051 | Deposition Exhibit 4537 |
| 4538 | M-MM 00084 | M-MM 00090 | Deposition Exhibit 4538 |
| 4539 | M-MM 01328 | M-MM 01333 | Deposition Exhibit 4539 |
| 4540 | M-MM 00487 | M-MM 00490 | Deposition Exhibit 4540 |
| 4541 | M-MM 01334 | M-MM 01334 | Deposition Exhibit 4541 |
| 4542 | M-MM 01335 | M-MM 01335 | Deposition Exhibit 4542 |
| 4543 | M-MM 01336 | M-MM 01336 | Deposition Exhibit 4543 |
| 4545 | M-MM 01553 | M-MM 01553 | Deposition Exhibit 4545 |
| 4546 | M-MM 01570 | M-MM 01570 | Deposition Exhibit 4546 |
| 4547 | M-MM 01552 | M-MM 01552 | Deposition Exhibit 4547 |
| 4548 | | | Deposition Exhibit 4548 |
| 4549 | | | Deposition Exhibit 4549 |
| 4551 | | | Deposition Exhibit 4551 |
| 4552 | | | Deposition Exhibit 4552 |
| 4553 | | | Deposition Exhibit 4553 |
| 4555 | | | Deposition Exhibit 4555 |
| 4556 | | | Deposition Exhibit 4556 |
| 4557 | | | Deposition Exhibit 4557 |
| 4558 | | | Deposition Exhibit 4558 |
| 4559 | MGA 0868723 | MGA 0868865 | Deposition Exhibit 4559 |
| 4560 | | | Deposition Exhibit 4560 |
| 4561 | | | Deposition Exhibit 4561 |
| 4562 | | | Deposition Exhibit 4562 |
| 4563 | MGA 3713507 | MGA 3713509 | Deposition Exhibit 4563 |
| 4564 | | | Deposition Exhibit 4564 |
| 4565 | | | Deposition Exhibit 4565 |
| 4566 | | | Deposition Exhibit 4566 |
| 4567 | | | Deposition Exhibit 4567 |
| 4568 | MGA 3823970 | MGA 3824075 | Deposition Exhibit 4568 |
| 4569 | | | Deposition Exhibit 4569 |
| 4570 | | | Deposition Exhibit 4570 |
| 4571 | | | Deposition Exhibit 4571 |

Exhibit 4
P. 398

| 4572 | | | Deposition Exhibit 4572 |
|------|--|--|--------------------------|
| 4573 | | | Deposition Exhibit 4573 |
| 4574 | | | Deposition Exhibit 4574 |
| 4576 | | | Deposition Exhibit 4576 |
| 4577 | | | Deposition Exhibit 4577 |
| 4578 | | | Deposition Exhibit 4578 |
| 4579 | | | Deposition Exhibit 4579 |
| 4580 | | | Deposition Exhibit 4580 |
| 4581 | M 0149327 | M 0149355 | Deposition Exhibit 4581 |
| 4584 | M 0080101 | M 0080110 | Deposition Exhibit 4582 |
| 4585 | M 0082065 | M 0082065 | Deposition Exhibit 4583 |
| 4586 | M 0072014 | M 0072060 | Deposition Exhibit 4584 |
| 4587 | | | Deposition Exhibit 4585 |
| 4588 | M 0082011 | M 0082018 | Deposition Exhibit 4588 |
| 4590 | | | Deposition Exhibit 4590 |
| 4595 | | | Deposition Exhibit 4595 |
| 4596 | | | Deposition Exhibit 4596 |
| 4597 | | | Deposition Exhibit 4597 |
| 4598 | M-VA 00001 | M-VA 00021 | Deposition Exhibit 4598 |
| 4542KM | GG 000093 | GG 000093 | Deposition Exhibit 4542KM |
| 4543KM | GG 000016 | GG 000016 | Deposition Exhibit 4543KM |
| 4544KM | GG 000018 | GG 000018 | Deposition Exhibit 4544KM |
| 4545KM | GG 000042 | GG 000052 | Deposition Exhibit 4545KM |
| 4546KM | M 0045646 | M 0045707 | Deposition Exhibit 4546KM |
| 4551KM | M 0082090 | M 0082099 | Deposition Exhibit 4551KM |
| 4552KM | MGA 0825485 | MGA 0825495 | Deposition Exhibit 4552KM |
| 4553KM | M 0001596 | M 0001596 | Deposition Exhibit 4553KM |
| 4583 - A | | | Deposition Exhibit 4583 - A |
| 4583 - B | | | Deposition Exhibit 4583 - B |

Exhibit  4  ,
P.  399