# Exhibit 5

1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     John B. Quinn (Bar No. 090378)
2    johnquinn@quinnemanuel.com
     Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
     Jon D. Corey (Bar No. 185066)
4    (joncorey@quinnemanuel.com)
     Timothy L. Alger (Bar No. 160303)
5    (timalger@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
6  Los Angeles, California 90017-2543
   Telephone:  (213) 443-3000
7  Facsimile:  (213) 443-3100

8  Attorneys for Mattel, Inc.

9

10                  UNITED STATES DISTRICT COURT

11                 CENTRAL DISTRICT OF CALIFORNIA

12                       EASTERN DIVISION

| | |
|---|---|
| 13  CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with |
| 14       Plaintiff, | Case Nos. CV 04-09059 & CV 05-2727 |
| 15       vs. | Hon. Stephen G. Larson |
| 16  MATTEL, INC., a Delaware<br>corporation, | MATTEL, INC.'S CORRECTED<br>PHASE ONE WITNESS LIST |
| 17 | |
| 18       Defendant. | **Phase 1:**<br>Discovery Cut-Off:    January 28, 2008<br>Pre-Trial Conference: May 5, 2008 |
| 19  AND CONSOLIDATED ACTIONS | Trial Date:             May 27, 2008 |

20

21

22

23

24

25

26

27

28

-1-

MATTEL, INC.'S PHASE ONE WITNESS LIST

Exhibit 5 ,
P 200

1 | TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2 |       Mattel, Inc. ("Mattel") hereby identifies the following witnesses that it

3 | intends at this time to call at trial, other than those witnesses contemplated for

4 | impeachment or rebuttal.  Mattel reserves the right to present these witnesses'

5 | testimony through prior deposition or other testimony to the extent a witness is

6 | unavailable to provide live testimony at trial or such testimony is otherwise

7 | admissible.  Mattel reserves the right to call any witnesses included in the witness

8 | lists of other parties to this action and any amendments thereto, including any expert

9 | witnesses.  Mattel reserves the right to supplement or amend its designation of

10 | witnesses and their testimony.

11 |

12 | **Witnesses Mattel Intends to Call In Its Case In Chief**

13 |   1.    Nana Ashong

14 |   2.    Kerri Brode

15 |   3.    Carter Bryant

16 |   4.    Ana Isabel Cabrera

17 |   5.    Beatriz Morales

18 |   6.    Elise Cloonan

19 |   7.    Mel Woods

20 |   8.    Robert Eckert

21 |   9.    Lissa Freed

22 |   10.    Rachel Harris

23 |   11.    Andreas Koch

24 |   12.    Farhad Larian

25 |   13.    Isaac Larian

26 |   14.    Steven Linker

27 |   15.    Maria Veronica de Souza Marlow

28 |   16.    Liliana Martinez

07209/2441845.7

-2-

| | | |
|---|---|---|
| 1 | 17. | Jennifer Maurus |
| 2 | 18. | Carl Meyer |
| 3 | 19. | Victoria O'Connor |
| 4 | 20. | Sarah Odom |
| 5 | 21. | Denise O'Neal |
| 6 | 22. | Jeff Weiss |
| 7 | 23. | Jacqueline Ramona Prince |
| 8 | 24. | Anna Rhee |
| 9 | 25. | David Rosenbaum |
| 10 | 26. | Maria Elena Salazar |
| 11 | 27. | Maureen Tkacik |
| 12 | 28. | Lisa Tonnu |
| 13 | 29. | Paula Dianthe Treantafelles (Garcia) |
| 14 | 30. | Anne Wang |
| 15 | 31. | Sandy Yonemoto |
| 16 | 32. | Kitty Hammons |
| 17 | 33. | Ivy Ross |
| 18 | 34. | Cassidy Park |
| 19 | 35. | Bryan Armstrong |
| 20 | 36. | Margaret Hatch-Leahy |
| 21 | 37. | Samir Khare |
| 22 | 38. | Sheila Kyaw |
| 23 | 39. | Edmond Lee |
| 24 | 40. | Mark Menz |
| 25 | 41. | Valery Aginsky |
| 26 | 42. | Lloyd Cunningham |
| 27 | 43. | William Flynn |
| 28 | 44. | Frank Keiser |

MATTEL, INC.'S PHASE ONE WITNESS LIST

Exhibit  5 ,
P  202

| | | |
|---|---|---|
| 1 | 45. | Lee Loetz |
| 2 | 46. | Ralph Oman |
| 3 | 47. | Walter Rantanen |
| 4 | 48. | Carol Scott |
| 5 | 49. | Michael Wagner |
| 6 | 50. | John Alex |
| 7 | 51. | Bruce Stein |
| 8 | 52. | Kenneth Hollander |
| 9 | 53. | Angel Gomez |
| 10 | 54. | Robert C. Lind |
| 11 | 55. | Heather McComb |
| 12 | 56. | Nicholas Mirzoeff |
| 13 | 57. | Denise Van Patten |
| 14 | 58. | Ginger McRae |
| 15 | 59. | Christopher Palmeri |
| 16 | 60. | Jill Nordquist |
| 17 | 61. | Arnold Artavia |

### Witnesses Mattel May Call In Its Case In Chief

| | | |
|---|---|---|
| 19 | 62. | Joan Gaynor |
| 20 | 63. | Rene Pasko |
| 21 | 64. | Pedro Salazar |
| 22 | 65. | Rodney Palmer |
| 23 | 66. | Richard De Anda |
| 24 | 67. | Kami Gillmore-Bryant |
| 25 | 68. | Robert Hudnut |
| 26 | 69. | Cynthia Pierce |
| 27 | 70. | David Dees |
| 28 | 71. | Wendy Feinburg |

07209/2441845.7

-4-

MATTEL, INC.'S PHASE ONE WITNESS LIST

Exhibit 5 ,
P. 203

| | | |
|---|---|---|
| 1 | 72. | Schuyler Bacon |
| 2 | 73. | Robert Best |
| 3 | 74. | Sandra Bilotto |
| 4 | 75. | Ann Driskill |
| 5 | 76. | Brooke Gilbert |
| 6 | 77. | Daphne Gronich |
| 7 | 78. | Sarah Halpern |
| 8 | 79. | Rebecca Harris |
| 9 | 80. | Martin Hitch |
| 10 | 81. | Hoi Hoffman-Briggs |
| 11 | 82. | Don Howarth |
| 12 | 83. | Julia Jensen |
| 13 | 84. | Fred Kawashima |
| 14 | 85. | Cecelia Kwok |
| 15 | 86. | Steven Lee |
| 16 | 87. | Victor Lee |
| 17 | 88. | David Malacrida |
| 18 | 89. | Dennis Medici |
| 19 | 90. | Amy Myers |
| 20 | 91. | Joyce Ng |
| 21 | 92. | Charles O'Connor |
| 22 | 93. | Kislap Ongchango |
| 23 | 94. | Joni Pratte |
| 24 | 95. | William Ragsdale |
| 25 | 96. | Wendy Ragsdale |
| 26 | 97. | Lon P. Ross |
| 27 | 98. | Ellis Stern |
| 28 | 99. | Maureen Tafoya |

07209/2441845.7

-5-

MATTEL, INC.'S PHASE ONE WITNESS LIST

Exhibit ____,
p. ___

| | |
|---|---|
| 1 | 100. Frankie Tsang |
| 2 | 101. Morad Zarabi |
| 3 | 102. Chris Sesto |
| 4 | 103. Patrica Glaser |
| 5 | 104. Scott Gizer |
| 6 | 105. Alisa Morganthaler-Lever |
| 7 | 106. Douglas Wickham |
| 8 | 107. Keith Jacoby |
| 9 | 108. Kenneth Lockhart |
| 10 | 109. Carmen Monteagudo |
| 11 | 110. Jessie Ramirez |
| 12 | 111. Neil Friedman |
| 13 | 112. Lucy Arant |
| 14 | 113. Michael Moore |
| 15 | 114. Debora Middleton |
| 16 | 115. Ernest Dutcher |
| 17 | 116. Robert G. Wilson |
| 18 | 117. Alan N. Goldgberg |
| 19 | 118. William Conkle |
| 20 | 119. Mark Kremer |
| 21 | 120. Bryant Delgadillo |
| 22 | 121. Larry Feldman |
| 23 | 122. Robert Turner |
| 24 | 123. Richard Kellner |
| 25 | 124. Ronald Brawer |
| 26 | 125. Carlos Gustavo Machado |
| 27 | 126. Nick Armando Contreras |
| 28 | 127. Mariana Trueba Almada |

MATTEL, INC.'S PHASE ONE WITNESS LIST

Exhibit 5 ,
P. 205

| | |
|---|---|
| 1 | 128. Janine Brisbois |
| 2 | 129. Daniel Cooney |
| 3 | 130. Susana Kuemmerle |
| 4 | 131. Jean Gomez |
| 5 | 132. Janet Bryant |
| 6 | 133. Thomas Bryant |
| 7 | 134. Jeanne Galvano |
| 8 | 135. Richard Irmen |
| 9 | 136. Charnayne Brooks |
| 10 | 137. Sarah Choi |
| 11 | 138. Mei Wah (Sarah) Chui |
| 12 | 139. Larry Clayton |
| 13 | 140. Adrienne Fontenella |
| 14 | 141. Mitchell Kamarck |
| 15 | 142. Yim Chong Lo |
| 16 | 143. Ron Longsdorf |
| 17 | 144. Eli Makabi |
| 18 | 145. Susan G. McBride |
| 19 | 146. Colleen O'Higgins |
| 20 | 147. Kumi Croom |
| 21 | 148. Julia Marine |
| 22 | 149. Shirin Salemnia |
| 23 | 150. Richard Sandham |
| 24 | 151. Aileen Storer |
| 25 | 152. Stephen Tarmichael |
| 26 | 153. Ben Ton |
| 27 | 154. Evelyn Viohl |
| 28 | 155. Spencer Woodman |

07209/2441845.7

-7-

MATTEL, INC.'S PHASE ONE WITNESS LIST

Exhibit 5 ,
P. 216

156. Milton Zablow

157. Joe Franke

158. Larry McFarland

159. Maureen Mullen Chianese

160. Tina Patel

161. Matt Bousquette

162. Joe Tiongco

163. Mercedeh Ward

164. Alan Kaye

165. Theresa Newcomb

166. Paul Warner

167. Helene Bartels

168. Traci Feldman

169. Michael Hebden

DATED:  April 1, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By: Jon D. Corey
Jon D. Corey
Attorneys for Plaintiff Mattel, Inc.

-8-

MATTEL, INC.'S PHASE ONE WITNESS LIST

Exhibit 5 ,
P. 212

**PROOF OF SERVICE**

1

2          I am employed in the County of Los Angeles, State of California.  I am over

3  the age of eighteen years and not a party to the within action; my business address is

4  865 South Figueroa Street, 10th Floor, Los Angeles, California 90017.

5          On April 1, 2008, I served true copies of the following documents described

6  as: **MATTEL, INC.'S CORRECTED PHASE ONE WITNESS LIST** on the

7  parties in this action as follows:

8
Thomas J. Nolan, Esq.
9  **Skadden, Arps, Slate, Meagher &
Flom LLP**
10  300 South Grand Avenue, Suite 3400
Los Angeles, CA  90071
11  'tnolan@skadden.com'

Mark E. Overland, Esq.
David C. Scheper, Esq.
Alexander H. Cote, Esq.
**Overland Borenstein Scheper &
Kim, LLP**
300 South Grand Avenue, Suite 2750
Los Angeles, CA 90071

'moverland@obsklaw.com'

12
John W. Keker, Esq.
13  Michael H. Page, Esq.
Christa M. Anderson, Esq.
14  **Keker & Van Nest, LLP**
710 Sansome Street
15  San Francisco, CA 94111

16  'MWerdegar@kvn.com'

17

18          **[X]  BY ELECTRONIC MAIL TRANSMISSION:** By electronic mail
transmission from monicaascarrunz@quinnemanuel.com on April 1, 2008, by
19  transmitting a PDF format copy of such document(s) to each such person at the
e-mail address listed below their address(es).  The document(s) was/were
20  transmitted by electronic transmission and such transmission was reported as
complete and without error.

21

22

23          Executed on April 1, 2008, at Los Angeles, California.

24

25                                  Tamar Buchakjian

26

27

28

07209/2456597.176189/2
47320.2

-3-                        Case No. CV 04-9049 SGL (RNBx)

PROOF OF SERVICE

Exhibit 5 ,
P. 208

## PROOF OF SERVICE

1

2        I am employed in the County of Los Angeles, State of California.  I am over

3   the age of eighteen years and not a party to the within action; my business address is

4   NOW Messenger Service, 1301 West Second Street, Suite 206, Los Angeles,

5   California 90026.

6        On April 1, 2008, I served true copies of the following documents described

7   as: **MATTEL, INC.'S CORRECTED PHASE ONE WITNESS LIST** on the

8   parties in this action as follows:

9   Thomas J. Nolan, Esq.
    **Skadden, Arps, Slate,**
10  **Meagher & Flom LLP**
    300 South Grand Avenue, Suite
11  3400
    Los Angeles, CA  90071

12

13
        [X]    **PERSONAL**: By personally delivering the document listed above to
14  the person(s) at the address(es) set forth above.

15
        I declare that I am employed in the office of a member of the bar of this court
16
    at whose direction the service was made
17
        Executed on April 1, 2008, at Los Angeles, California.
18

19

20                                      _____

21                                      BRIAN SHORE

22

23

24

25

26

27

28

07209/2456597.176189/24
47320.2

-2-                          Case No. CV 04-9049 SGL (RNBx)

PROOF OF SERVICE

Exhibit  5  ,
P.  209