**Exhibit 6**

# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

300 SOUTH GRAND AVENUE

LOS ANGELES, CALIFORNIA 90071-3144

TEL: (213) 687-5000
FAX: (213) 687-5600
www.skadden.com

DIRECT DIAL
(213) 687-5368
DIRECT FAX
(213) 621-5368
EMAIL ADDRESS
RHERRING@SKADDEN.COM

FIRM/AFFILIATE OFFICES
BOSTON
CHICAGO
HOUSTON
NEWARK
NEW YORK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

April 2, 2008

**VIA FACSIMILE & U.S. MAIL**

Mr. B. Dylan Proctor
Mr. Jon D. Corey
Quinn, Emanuel, Urquhart, Oliver & Hedges, LLP
865 South Figueroa St., 10th Floor
Los Angeles, CA 90017

RE:   *Mattel v. Bryant*

Gentlemen:

We are writing pursuant to Local Rule 7-19.1 to advise you that MGA intends to move *ex parte* for an order striking Mattel's proposed list of trial exhibits on the ground that it violates Federal Rule of Civil Procedure 16 and 26, as well as Local Rule 16. These rules require Mattel to, in good faith, identify the exhibits it intends to use at trial. Rather than complying with these rules, Mattel has served a list containing more than 21,000 separate exhibits.

Mattel is either trying to hide the documents it actually intends to use at trial by burying them in a list of irrelevant and inadmissible material, or it is seeking to force MGA to waste its resources by reviewing and objecting to a mountain of documents that will not be used at trial. Based on this abusive conduct, MGA intends to ask the Court to strike Mattel's exhibit list and award other appropriate sanctions.

Please let us know by no later than noon on Thursday, April 3, 2008 whether you object to the requested relief.

Sincerely,

Robert J. Herrington

cc:   Matthew Werdegar

Exhibit 6,
P. 210

## Confirmation Report – Memory Send

```
Time      : 04-02-2008  11:51am
Tel line  : +2136877808
Name      :
```

| | |
|---|---|
| Job number | : 820 |
| Date | : 04-02  11:49am |
| To | : 94433100 |
| Document pages | : 002 |
| Start time | : 04-02  11:49am |
| End time | : 04-02  11:51am |
| Pages sent | : 002 |
| Status | : OK |
| Job number   : 820 | \*\*\* SEND SUCCESSFUL \*\*\* |

---

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
300 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-3144

TELEPHONE No.: (213) 687-5000
FACSIMILE No.: (213) 687-5600

EMAIL: rherring@skadden.com

**FACSIMILE TRANSMITTAL SHEET**

FROM: Robert J. Herrington                    DATE: April 2, 2008
DIRECT DIAL: (213) 687-5368                   FLOOR/OFFICE No.: 36
DIRECT FACSIMILE: (213) 621-5368

THIS FACSIMILE IS INTENDED ONLY FOR USE OF THE ADDRESSEE(S) NAMED HEREIN AND MAY CONTAIN LEGALLY PRIVILEGED AND/OR CONFIDENTIAL INFORMATION. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS FACSIMILE, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS FACSIMILE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS FACSIMILE IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL FACSIMILE TO US AT THE ADDRESS ABOVE VIA THE LOCAL POSTAL SERVICE. WE WILL REIMBURSE ANY COSTS YOU INCUR IN NOTIFYING US AND RETURNING THE FACSIMILE TO US.

IF THIS TRANSMISSION IS UNCLEAR OR INCOMPLETE, PLEASE CONTACT THE FACSIMILE DEPARTMENT AT (213) 687-5443.
WHEN TRANSMITTING TO OUR MACHINES, PLEASE INCLUDE YOUR COVER SHEET AND NUMBER ALL PAGES CONSECUTIVELY.

TOTAL NUMBER OF PAGES INCLUDING COVER(S):  2

PLEASE DELIVER THE FOLLOWING PAGE(S) TO:

1. NAME: Mr. Jon D. Corey            FIRM: Quinn Emanuel Urquhart, etc.
   CITY: Los Angeles                 TELEPHONE No.: (213) 443-3000
   FACSIMILE No.: (213) 443-3100

2. NAME: Mr. B. Dylan Proctor        FIRM: Quinn Emanuel Urquhart, etc.
   CITY: Los Angeles                 TELEPHONE No.: (213) 443-3000
   FACSIMILE No.: (213) 443-3100

MESSAGE: Please see attached.

453748.03-Los Angeles Server 1A - MSW

Exhibit 6,
P. 211

Confirmation Report – Memory Send

```
                              Time      : 04-02-2008  12:01pm
                              Tel line  : +2136877808
                              Name      :
```

| | | |
|---|---|---|
| Job number | : | 821 |
| Date | : | 04-02  12:00pm |
| To | : | 914153977188 |
| Document pages | : | 002 |
| Start time | : | 04-02  12:00pm |
| End time | : | 04-02  12:01pm |
| Pages sent | : | 002 |
| Status | : | OK |

Job number   : 821                      \*\*\* SEND SUCCESSFUL \*\*\*

---

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
300 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-3144

TELEPHONE NO.: (213) 687-5000
FACSIMILE NO.: (213) 687-5600

EMAIL: RHERRING@skadden.com

**FACSIMILE TRANSMITTAL SHEET**

FROM: Robert J. Herrington                    DATE: April 2, 2008
DIRECT DIAL: (213) 687-5368                   FLOOR/OFFICE NO.: 36
DIRECT FACSIMILE: (213) 621-5368

THIS FACSIMILE IS INTENDED ONLY FOR USE OF THE ADDRESSEE(S) NAMED HEREIN AND MAY CONTAIN LEGALLY PRIVILEGED AND/OR CONFIDENTIAL INFORMATION. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS FACSIMILE, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS FACSIMILE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS FACSIMILE IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL FACSIMILE TO US AT THE ADDRESS ABOVE VIA THE LOCAL POSTAL SERVICE. WE WILL REIMBURSE ANY COSTS YOU INCUR IN NOTIFYING US AND RETURNING THE FACSIMILE TO US.

IF THIS TRANSMISSION IS UNCLEAR OR INCOMPLETE, PLEASE CONTACT THE FACSIMILE DEPARTMENT AT (213) 687-5443.
WHEN TRANSMITTING TO OUR MACHINES, PLEASE INCLUDE YOUR COVER SHEET AND NUMBER ALL PAGES CONSECUTIVELY.

TOTAL NUMBER OF PAGES INCLUDING COVER(S):   2

PLEASE DELIVER THE FOLLOWING PAGE(S) TO:

NAME: Mr. Matthew Werdegar            FIRM: Keker & Van Nest
CITY: San Francisco                   TELEPHONE NO.: (415) 391-5400
FACSIMILE NO.: (415) 397-7188

MESSAGE: Please see attached.

500974.01-Los Angeles Server 1A - MSW

Exhibit 6,
P. 212