# Exhibit 7

CONFIDENTIAL - ATTORNEYS' EYES ONLY

M 0896220

Exhibit 7
P. 214

CONFIDENTIAL - ATTORNEYS' EYES ONLY

M 0896221

Exhibit 7,
P. 215

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 7

P. 216

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 7,
P. 218

M 0896224

Exhibit 7
P. 219

M 0896225

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 7
P. 220

M 0896226

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 7
P. 221

M 0896227

CONFIDENTIAL - ATTORNEYS' EYES ONLY

M 0896228

Exhibit 7
P 222

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 7,
P. 224

M 0896230

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 7
P. 226

M 0896232

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 7 , P. 228

M 0896234

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 7

P. 229

M 0896235

CONFIDENTIAL - ATTORNEYS' EYES ONLY

M 0896236

Exhibit 7,
P. 130

CONFIDENTIAL - ATTORNEYS' EYES ONLY

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 7
P. 232

M 0896238

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 7
P. 232