# Exhibit 8

# Evaluation Attachment

**Toy Number: 24636**
**Toy Name: FAO Mann's Hollywood-Wht.**
**S. S. R. #: 0185/00**
**Plant: MHK**
**Today's Date: 1-26-00**
**Evaluation by: Susanne Briant**

### ROOTING ACCEPTABLE.

### GROOMING ACCEPTABLE:

Thank You,
Susanne

CONFIDENTIAL - ATTORNEYS EYES ONLY

Exhibit 8,
P. 234

M 0048961