**Exhibit 9**

| | |
|---|---|
| From: | Paula Treantafelles |
| To: | Marineli Melendez |
| CC: | |
| BCC: | |
| Sent Date: | 2004-02-27 00:07:32:140 |
| Received Date: | 2004-02-27 00:07:32:140 |
| Subject: | RE: New Sculpt |
| Attachments: | |

can you come by first thing in am?

>-----Original Message-----
>From: Marineli Melendez
>Sent: Thursday, February 26, 2004 1:34 PM
>To: Paula Treantafelles
>Subject: New Sculpt
>
>Hi Paula,
>
>I have a new umbrella handle sculpt that I need you to review.  Please let me know when you have a couple of seconds available so I can drop by.
>
>Thanks so much!!!!!
>
>Marineli

Confidential - For Attorney's Eyes Only

Exhibit 9, P. 235

MGA 0016856