Lodged order

1  THOMAS J. NOLAN (Bar No. 66992)
   (tnolan@skadden.com)
2  JASON D. RUSSELL (Bar No. 169219)
   (jrussell@skadden.com)
3  MARINA V. BOGORAD (Bar No. 217524)
   (mbogorad@skadden.com)
4  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue, Suite 3400
5  Los Angeles, CA  90071
   Tel.: (213) 687-5000/Fax: (213) 687-5600
6
   KENNETH PLEVAN (admitted *pro hac vice*)
7  (kplevan@skadden.com)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
8  Four Times Square
   New York, NY 10046
9  Tel.: (212) 735-3000 / Fax: (212) 735-2000

10 Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited,
   MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian
11

FILED
CLERK, U.S. DISTRICT COURT
APR - 2 2008
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION   BY DEPUTY

RECEIVED BUT NOT FILED
CLERK, U.S. DISTRICT COURT
APR - 1 2008
CENTRAL DIVISION OF CALIFORNIA
EASTERN DIVISION   BY DEPUTY

UNITED STATED DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

CARTER BRYANT, an individual,

  Plaintiff,

  v.

MATTEL, INC., a Delaware corporation,

  Defendant.

AND CONSOLIDATED ACTIONS

CASE NO. CV 04-9049 SGL (RNBx)

Consolidated with Case No. 04-9059 and Case No. 05-2727

Honorable Stephen G. Larson

APPLICATION TO FILE UNDER SEAL MGA PARTIES' REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN FURTHER SUPPORT OF THEIR MOTION FOR PARTIAL SUMMARY JUDGMENT; DECLARATIONS OF MARINA V. BOGORAD, MARTIN HITCH and SUPPLEMENTAL DECLARATION OF ISAAC LARIAN IN SUPPORT THEREOF; and MGA PARTIES' REPLY TO MATTEL, INC.'S STATEMENT OF GENUINE ISSUES RE MGA PARTIES' MOTION FOR PARTIAL SUMMARY JUDGMENT

Hearing Date: April 22, 2008
Time: 10 a.m.

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action on January 4, 2005, MGA Entertainment, Inc., Isaac Larian, MGA Entertainment (HK) Limited, and MGAE de Mexico S.R.L. de C.V. (collectively, the "MGA Parties") hereby respectfully request that the Court order the following documents be filed under seal: MGA Parties' Reply Memorandum Of Points And Authorities In Further Support Of Their Motion For Partial Summary Judgment ("Reply"); Declarations of Marina V. Bogorad, Martin Hitch and Supplemental Declaration of Isaac Larian filed in support thereof ("Declarations"); and MGA Parties' Reply To Mattel, Inc.'s Statement Of Genuine Issues Re MGA Parties' Motion For Partial Summary Judgment (the "Statement"). Good cause exists for filing these documents under seal because certain exhibits attached to the Declarations have been designated as "Confidential" or "Confidential—Attorneys' Eyes Only" pursuant to the Protective Order, and the Reply and the Statement reference these exhibits. In the alternative, the MGA Parties request that the Court declare the exhibits to the Declarations to be outside the definitions of "Confidential" and "Confidential—Attorneys' Eyes Only" as contained in the Protective Order and order them, along with the Reply, the Declarations, and the Statement, to be filed as part of the public record.

DATED: April 1, 2008

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By: _____
Jason D. Russell
Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian