```
 1  THOMAS J. NOLAN (Bar No. 66992)
    (tnolan@skadden.com)
 2  JASON D. RUSSELL (Bar No. 169219)
    (jrussell@skadden.com)
 3  MARINA V. BOGORAD (Bar No. 217524)
    (mbogorad@skadden.com)
 4  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
    300 South Grand Avenue, Suite 3400
 5  Los Angeles, CA 90071
    Tel.: (213) 687-5000/Fax: (213) 687-5600
 6
    KENNETH PLEVAN (admitted pro hac vice)
 7  (kplevan@skadden.com)
    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
 8  Four Times Square
    New York, NY 10046
 9  Tel.: (212) 735-3000/Fax: (212) 735-2000

10  Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited,
    MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian
11
```

UNITED STATED DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with Case No. 04-9059 and Case No. 05-2727 |
| v. | Honorable Stephen G. Larson |
| MATTEL, INC., a Delaware corporation, | [PROPOSED] ORDER TO FILE UNDER SEAL |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | |

# ORDER

Based on the concurrently filed Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the following documents be filed under seal pursuant to Local Rule 79-5.1: MGA Parties' Reply Memorandum Of Points And Authorities In Further Support Of Their Motion For Partial Summary Judgment; Declarations of Marina V. Bogorad, Martin Hitch and Supplemental Declaration of Isaac Larian filed in support thereof; and MGA Parties' Reply To Mattel, Inc.'s Statement Of Genuine Issues Re MGA Parties' Motion For Partial Summary Judgment.

DATED: April 2, 2008

_____
Hon. Stephen G. Larson
United States District Court Judge