QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>[PROPOSED] ORDER GRANTING MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL (1) PORTIONS OF ITS REPLY IN SUPPORT OF MOTION TO COMPEL DEPOSITION AND PRODUCTION OF DOCUMENTS OF CHRISTENSEN, GLASER; AND (2) EXHIBITS 5, 6, 7, 9, 11, 20, 22, 25 AND 26 TO THE SUPPLEMENTAL DECLARATION OF JUAN PABLO ALBAN IN SUPPORT THEREOF<br><br>[Local Rule 79-5.1]<br><br>Hearing Date: TBA<br>Time: TBA<br>Place: TBA<br><br>**Phase 1**<br>Discovery Cut-off: January 28, 2008<br>Pre-trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

20144/2455262.1

## [PROPOSED] ORDER

Based on Mattel, Inc.'s Application To File Under Seal (1) Mattel's Reply In Support Of Motion To Compel Deposition And Production Of Documents Of Christensen, Glaser, Fink, Jacobs, Weil & Shapiro, LLP (the "Reply"); and (2) Exhibits 5, 6, 7, 9, 11, 20, 22, 25 and 26 to the Supplemental Declaration of Juan Pablo Albán in Support Of Motion To Compel The Deposition And Production of Documents Of Christensen, Glaser ("Supplemental Albán Declaration"), and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that:

(1) the Reply, and

(2) 5, 6, 7, 9, 11, 20, 22, 25 and 26 to the Supplemental Declaration of Juan Pablo Albán,

shall be filed under seal pursuant to Local Rule 79-5.1.

DATED: APR - 2 2008, 2008

Hon. Stephen G. Larson
United States District Judge

20144/2455262.1