ORIGINAL

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>[~~PROPOSED~~] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL PORTIONS OF MATTEL, INC.'S OPPOSITION TO THE MGA DEFENDANTS' MOTION FOR PROTECTIVE ORDER FROM MATTEL, INC.'S NOTICE OF DEPOSITION OF LUCY ARANT AND EXHIBITS 4, 5, 12, 13, AND 14 TO THE DECLARATION OF JON COREY IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO THE MGA DEFENDANTS' MOTION FOR PROTECTIVE ORDER FROM MATTEL, INC.'S NOTICE OF DEPOSITION OF LUCY ARANT<br><br>Date: TBD<br>Time: TBD<br>Place: TBD<br><br>**Phase 1**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2450235.1

[PROPOSED] ORDER

| | |
|---|---|
| 1 | [~~PROPOSED~~] ORDER |

2  Based on the concurrently filed Mattel, Inc.'s Application To File
3  Under Seal Portions Of Mattel, Inc.'s Opposition To the MGA Defendants' Motion
4  For Protective Order From Mattel, Inc.'s Notice of Deposition of Lucy Arant and
5  Exhibits 4, 5, 12, 13 and 14 of the Declaration Of Jon Corey In Support Of Mattel,
6  Inc.'s Opposition To the MGA Defendants' Motion For Protective Order From
7  Mattel, Inc.'s Notice of Deposition of Lucy Arant, and good cause appearing for the
8  entry thereof, IT IS HEREBY ORDERED:

9  Pages 13:8-15 and 13:21-15:1 of Mattel, Inc.'s Opposition To the MGA
10  Defendants' Motion For Protective Order From Mattel, Inc.'s Notice of Deposition
11  of Lucy Arant and Exhibits 4, 5, 12, 13, and 14 of the Declaration Of Jon Corey In
12  Support Of Mattel, Inc.'s Opposition To the MGA Defendants' Motion For
13  Protective Order From Mattel, Inc.'s Notice of Deposition of Lucy Arant are
14  ORDERED filed under seal pursuant to Local Rule 79-5.1.

17  DATED: APR - 2 2008

*/s/ S.G. Larson*
Hon. Stephen G. Larson
United States District Judge

07209/2450235.1

-2-