QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>[PROPOSED] ORDER GRANTING MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN FURTHER SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT AND RELATED DOCUMENTS<br><br>[C.D. Rule 79-5.1]<br><br>Hearing Date: April 23, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 1<br><br>**Phase 1**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2455259.1

Good cause having been shown in Mattel, Inc.'s concurrently filed Application to File Under Seal Mattel, Inc.'s Reply Memorandum of Points and Authorities in Further Support of Its Motion for Partial Summary Judgment and Related Documents,

The following documents are ORDERED to be filed under seal pending further order of the Court:

✓ 1.   Mattel, Inc.'s Reply Memorandum of Points and Authorities in Further Support of Its Motion for Partial Summary Judgment

✓ 2.   Mattel, Inc.'s Consolidated Separate Statement of Uncontested Facts and Conclusions of Law in Support of Mattel's Motion for Partial Summary Judgment, Volumes 1-2

✓ 3.   Mattel, Inc.'s Evidentiary Objections to MGA Parties' Opposition to Mattel's Motion for Partial Summary Judgment

✓ 4.   Mattel, Inc.'s Evidentiary Objections to Carter Bryant's Opposition to Mattel's Motion for Partial Summary Judgment

✓ 5.   Mattel's Consolidated Responses to MGA Parties' and Bryant's Evidentiary Objections in Support of Mattel's Motion for Partial Summary Judgment

✓ 6.   Supplemental Declaration of B. Dylan Proctor In Support Of Mattel's Motion For Partial Summary Judgment

/
/
/
/
/
/
/
/

7. Supplemental Declaration of Jon D. Corey In Support Of Mattel's Motion For Partial Summary Judgment

8. Notice of Lodging, Volumes 1-6

IT IS SO ORDERED.

DATED: APR - 2 2008

_____
Hon. Stephen G. Larson
United States District Judge