KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
jkeker@kvn.com
MICHAEL H. PAGE - #154913
mpage@kvn.com
CHRISTA M. ANDERSON - #184325
canderson@kvn.com
MATTHEW M. WERDEGAR - #200470
mwerdegar@kvn.com
JOHN E. TRINIDAD - #250468
jtrinidad@kvn.com
AUDREY WALTON-HADLOCK - #250574
awaltonhadlock@kvn.com
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff
CARTER BRYANT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC. a Delaware Corporation,<br><br>Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC., v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No. CV 04-09049 SGL (RNBx)<br>(consolidated with CV 04-9059 & 05-2727)<br><br>Hon. Stephen G. Larson<br><br>[~~PROPOSED~~] **ORDER RE APPLICATION OF CARTER BRYANT TO FILE CERTAIN DOCUMENTS UNDER SEAL**<br><br>Dept: Courtroom 1<br>Judge: Hon. Stephen G. Larson<br><br>Date Comp. Filed: April 13, 2005<br><br>Discovery Cut-Off: Jan. 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008<br><br>**FILED BY FAX**<br>**CRC 2005** |

LODGED
2008 APR -1 PM 3:54

Based on the Application of Carter Bryant for Leave to File Certain Documents Under Seal filed on April 1, 2008, and good cause appearing for the granting thereof, IT IS HEREBY ORDERED that the following documents are to be filed provisionally under seal pursuant to *Local Rule* 79-5.1:

1. Reply Memorandum of Points and Authorities in Support of Bryant's Motion for Partial Summary Judgment;

2. Carter Bryant's Response to Mattel, Inc.'s Statement of Genuine Issues;

3. Exhibits 1-7, 9-17, 19-20 to the Supplemental Declaration of Christa M. Anderson in Support of Carter Bryant's Motion for Partial Summary Judgment;

4. Carter Bryant's Response to Mattel, Inc.'s Evidentiary Objections to Bryant's Motion for Partial Summary Judgment;

5. Carter Bryant's Evidentiary Objections to Mattel, Inc.'s Separate Statement of Genuine Issues Regarding Bryant's Separate Statement of Uncontested Facts in Support of Bryant's Motion for Partial Summary Judgment; and Notice of Joinder in the MGA Parties' Objections.

Consistent with the Stipulation and Order entered on March 11, 2008 (Docket No. 2615), the Parties are to meet and confer in good faith in an effort to de-designate as much of this material as possible so that it may be filed publicly.

Dated: APR - 2 2008

*/s/ Stephen G. Larson*
Hon. Stephen G. Larson
United States District Judge