```
 1  THOMAS J. NOLAN (Bar No. 66992)
    (tnolan@skadden.com)
 2  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
    300 South Grand Avenue
 3  Los Angeles, CA 90071-3144
    Tel.: (213) 687-5000 / Fax: (213) 687-5600
 4
    RAOUL D. KENNEDY (Bar No. 40892)
 5  (rkennedy@skadden.com)
    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
 6  4 Embarcadero Center, 38th Floor
    San Francisco, CA 94111-5974
 7  Tel.: (415) 984-6400 / Fax: (415) 984-2698
 8  Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited,
    MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian
 9
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | [~~PROPOSED~~] ORDER |
| v. | |
| MATTEL, INC., a Delaware corporation, | |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | |

## ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the following documents be filed under seal pursuant to Local Rule 79-5.1: MGA's and Carter Bryant's Notice of Motion And Motion Objecting To Discovery Master's March 17, 2008 Order Re Motion To Compel Production of Document Nos. M0199767-68 and M0199769-70, and the associated Declaration of Marcus R. Mumford and related exhibits.

DATED: April 2, 2008

*/s/ Larson*

Hon. Stephen G. Larson
United States District Court Judge