UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>[PROPOSED] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL PORTIONS OF MATTEL, INC.'S MATTEL, INC.'S OPPOSITION TO MGA DEFENDANT'S MOTION TO QUASH LARRY MCFARLAND'S DEPOSITION SUBPOENA AND EXHIBITS 5, 6, AND 15 TO THE DECLARATION OF JON COREY IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA'S MOTION TO QUASH LARRY MCFARLAND'S DEPOSITION SUBPOENA<br><br>Date: TBD<br>Time: TBD<br>Place: TBD<br><br>**Phase 1**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2450193.1

[PROPOSED] ORDER

# [~~PROPOSED~~] ORDER

Based on the concurrently filed Mattel, Inc.'s Application To File Under Seal Portions Of Mattel, Inc.'s Opposition To MGA Defendant's Motion To Quash Larry McFarland's Deposition Subpoena And Exhibits 5, 6, and 15 of the Declaration Of Jon Corey In Support Of Mattel, Inc.'s Opposition To MGA's Motion To Quash Larry McFarland's Deposition Subpoena, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Pages 16:10-12, and 17:1-19:16 of Mattel, Inc.'s Opposition To MGA Defendant's Motion To Quash Larry McFarland's Deposition Subpoena and Exhibits 5, 6, and 15 of the Declaration Of Jon Corey In Support Of Mattel, Inc.'s Opposition To MGA's Motion To Quash Larry McFarland's Deposition Subpoena are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: APR - 2 2008

/s/ S. G. Larson
Hon. Stephen G. Larson
United States District Judge