QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
Michael T. Zeller (Bar No. 196417)
Jon D. Corey (Bar No. 185066)
Timothy L. Alger (Bar No. 160303)
Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT, an individual | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CASE NO. CV 04-9049 SGL (RNBx) |
| v. | |
| MATTEL, INC., a Delaware corporation | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**

(1) Mattel, Inc.'s Ex Parte Application To Compel The Depositions Of Ana Cabrera, Beatriz Morales, And Maria Salazar; For Guidance As To Evidence Received From Ana Cabrera; And For Sanctions; Declaration of Cyrus S. Naim in Support; Application to File Under Seal and Proposed Order

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)

☑ Other

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☑ Per Court order dated January 4, 2005

☐ Manual Filing required (*reason*):

| April 3, 2008 | Cyrus S. Naim |
|---|---|
| Date | Attorney Name |
| | Mattel, Inc. |
| | Party Represented |

Note: File one Notice in each case, each time you manually file document(s).

G-92 (02/07)    **NOTICE OF MANUAL FILING**