QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> MATTEL, INC., a Delaware corporation, <br><br> Defendant. <br><br> AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx) <br><br> Consolidated with <br> Case No. CV 04-09059 <br> Case No. CV 05-02727 <br><br> **DISCOVERY MATTER** <br><br> [To Be Heard By Discovery Master Hon. Edward Infante (Ret.) Pursuant To The Court's Order Of December 6, 2006] <br><br> **DECLARATION OF LLOYD W. CUNNINGHAM IN SUPPORT OF MATTEL, INC.'S *EX PARTE* APPLICATION (1) TO COMPEL DEPOSITIONS OF ANA CABRERA AND BEATRIZ MORALES; AND (2) FOR GUIDANCE AS TO EVIDENCE RECEIVED FROM ANA CABRERA** <br><br> Date: TBA <br> Time: TBA <br> Place: TBA <br><br> **Phase 1** <br> Discovery Cut-Off: Jan. 28, 2008 <br> Pre-Trial Conference: May 5, 2008 <br> Trial Date: May 27, 2008 |

7209/2448716.1

Case No. CV 04-9049 SGL (RNBx)
DECLARATION OF LLOYD W. CUNNINGHAM

# DECLARATION OF LLOYD W. CUNNINGHAM

I, Lloyd W. Cunningham, declare as follows:

1. I make this declaration of my personal and firsthand knowledge and, if called and sworn as a witness, I could and would testify competently hereto.

2. I make this declaration in support of plaintiff Mattel, Inc.'s *Ex Parte* Application (1) To Compel Depositions Of Ana Cabrera And Beatriz Morales; And (2) For Guidance As To Evidence Received From Ana Cabrera.

3. I have been retained on behalf of Mattel to provide opinions regarding forensic document examination. I have over 27 years experience as an expert in the examination of questioned handwriting and documents. As evidence and proof of this experience, I attach a true and correct copy of my *curriculum vitae* as Exhibit A to this Declaration.

4. I have been asked many times during my career to reconstruct documents that have been torn or cut, which is an issue in this case. My standard procedure for reconstruction is non-destructive, and is as follows:

5. I first lay out each piece of a document as flat as possible. For documents that are somewhat crumpled, I will straighten them by placing them in between two sheets of glass or transparent plastic.

6. I then examine the edges of each piece of paper, and attempt to match those edges.

7. I then connect the matched edges of the papers using special 3M liftable tape, that can hold the documents together, but is easily removed without damaging the underlying documents.

8. Finally, I make a high quality reproduction of the assembled documents.

9. In rare cases, however, documents are so severely crumpled that my normal procedures fail to flatten them. In those cases, I use a heating element to

help flatten the documents. This is a rarely used procedure, that is reserved only for the most severely crumpled documents. I do not employ this procedure without permission of my client.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 31, 2008, at Los Angeles, Ca.

*Lloyd W. Cunningham*

Lloyd W. Cunningham