QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>             Plaintiff,<br><br>     vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>             Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Hon. Edward Infante (Ret.) Pursuant To The Court's Order Of December 6, 2006]**<br><br>**[PUBLIC REDACTED] DECLARATION OF CYRUS S. NAIM IN SUPPORT OF MATTEL, INC.'S *EX PARTE* APPLICATION (1) TO COMPEL DEPOSITIONS OF ANA CABRERA AND BEATRIZ MORALES; AND (2) FOR GUIDANCE AS TO EVIDENCE RECEIVED FROM ANA CABRERA**<br><br>Date:   TBA<br>Time:   TBA<br>Place:  TBA<br><br>**Phase 1:**<br>Discovery Cut-off:   January 28, 2008<br>Pre-trial Conference: April 21, 2008<br>Trial Date:          May 27, 2008 |

07209/2448256.1

NAIM DEC ISO MATTEL'S MOTION TO COMPEL DEPOSITION OF CABRERA, MORALES, AND SALAZAR

I, Cyrus S. Naim, declare as follows:

1.  1.  I am a member of the bar of the State of California and an associate with Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for plaintiff and counter-defendant, Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2.  Mattel produced a videotape of the inspection of the boxes of evidence provided by Ana Cabrera at Bates number M 0262583, and they were sealed thereafter. Mattel produced the transcripts of the interviews of Ana Cabrera and Beatriz Morales at Bates range M 0261971 - M 0262394. Mattel produced the audiotapes of these interviews at Bates number M 0262585.

3.  Mattel did not unseal the boxes of evidence provided by Ana Cabrera prior to March 3, 2008. On that date, counsel for all interested parties attended an inspection of the contents of the boxes, to determine whether any party wished to make a claim as to their contents. Present at that meeting were Maria Diaz, counsel for Ana Cabrera, Christian Dowell, counsel for Veronica Marlow, Marcus Mumford, counsel for MGA, and James J. Webster and myself, counsel for Mattel.

4.  During the course of that inspection, on March 3, 2008, I unsealed each box, removed its contents for review by counsel, and then had the contents returned to their original box. Among the items I saw in the boxes during the course of this process were Bratz heads and feet; completed Bratz clothing; and sewing patterns.

5.  At that inspection, on March 3, 2008, Mattel also presented the originals of the time sheets and receipts Ms. Cabrera provided to Mattel for inspection by counsel. At Ms. Diaz's request, I provided her with the originals of these documents, though Mattel maintained its own copies. At the request of Mr. Mumford and Mr. Dowell, I also provided each of them with copies of these time

sheets and receipts. Ms. Diaz was present during this exchange, and knew it was occurring, and did not object to Mattel providing these documents to Mr. Mumford or Mr. Dowell.

6. Also at that inspection, on March 3, 2008, my colleague James J. Webster notified Ms. Diaz that Mattel intended to produce these documents. Ms. Diaz stated that she wished to review them for privacy issues before this was done. In particular, she stated that she would ask that the social security numbers be redacted.

7. At the conclusion of the inspection, Ms. Diaz stated that Ms. Cabrera did not wish to take possession of the evidence in the boxes at that time. Neither Mr. Mumford nor Mr. Dowell made any statements as to their clients' intent with respect to the boxes.

8. Attached as Exhibit 1 is a true and correct copy of excerpts of the Transcript of the Deposition of Veronica Marlow dated December 28, 2007.

9. Attached as Exhibit 2 is a true and correct copy of excerpts of the Transcript of the Deposition of Carter Bryant dated November 4, 2004, and November 5, 2004.

10. Attached as Exhibit 3 is a true and correct copy of excerpts of the transcript of the interview of Ana Cabrera, dated January 2, 2008, and produced by Mattel at Bates number M 0261971. A review of the transcript of the interview of Ana Cabrera dated January 2, 2008 showed that she stated that she had or may have worked on fashions for 73 different Bratz dolls.

11. Attached as Exhibit 4 is a true and correct copy of excerpts of the transcript of the interview of Ana Cabrera, dated January 3, 2008, and produced by Mattel at Bates number M 0262177. During the interview of Ana Cabrera dated January 3, 2008, Cabrera looked through her various records of payments from Veronica Marlow with Mattel's agents. A review of that transcript shows that she has records of payment for a total of approximately $109,489.

12. Attached as Exhibit 5 is a true and correct copy of excerpts of the transcript of the interview of Beatriz Morales, dated January 14, 2008, and produced by Mattel at Bates number M 0262230. A review of the transcript of the interview of Beatriz Morales dated January 14, 2008 showed that she stated that she had or may have worked on fashions for 50 different Bratz dolls.

13. Attached as Exhibit 6 is a true and correct copy of a letter from Maria Diaz to Michael Zeller, dated January 22, 2008.

14. Attached as Exhibit 7 is a true and correct copy of a letter from James J. Webster to Ramit Mizrahi, counsel for Ana Cabrera and Beatriz Morales, dated February 6, 2008.

15. Attached as Exhibit 8 is a true and correct copy of a letter from James J. Webster to Ramit Mizrahi, counsel for Ana Cabrera and Beatriz Morales, dated February 8, 2008.

16. Attached as Exhibit 9 is a true and correct copy of a subpoena served on Ana Cabrera on January 16, 2008.

17. Attached as Exhibit 10 is a true and correct copy of a subpoena served on Beatriz Morales on January 16, 2008.

18. Attached as Exhibit 11 is a true and correct copy of a subpoena served on Maria Salazar on January 22, 2008.

19. Attached as Exhibit 12 is a true and correct copy of a facsimile from Maria Diaz to James Webster dated January 23, 2008.

20. Attached as Exhibit 13 is a true and correct copy of a letter from Paul M. Eckles to Jon D. Corey dated January 24, 2008.

21. Attached as Exhibit 14 is a true and correct copy of an email from James Webster to Paul M. Eckles dated January 25, 2008.

22. Attached as Exhibit 15 is a true and correct copy of Mattel, Inc.'s Ex Parte Application To Compel The Appearance For Deposition Of Ana Cabrera,

Beatriz Morales, And Maria Salazar, dated January 28, 2008 (without Memorandum of Points and Authorities).

23. Attached as Exhibit 16 is a true and correct copy of the [Public Redacted] Declaration Of Michael T. Zeller In Support Of Reply In Support Of Mattel, Inc.'s Ex Parte Application To Compel The Appearance For Deposition Of Ana Cabrera, Beatriz Morales, Maria Salazar, And Mel Woods, dated February 1, 2008.

24. Attached as Exhibit 17 is a true and correct copy of Order Re MGA Defendants' Motion to Quash Deposition Subpoenas, dated March 11, 2008.

25. Attached as Exhibit 18 is a true and correct copy of a letter from James J. Webster to Maria Diaz dated March 13, 2008.

26. Attached as Exhibit 19 is a true and correct copy of a letter from James J. Webster to Marcus Mumford dated March 13, 2008.

27. Attached as Exhibit 20 is a true and correct copy of a facsimile from Maria Diaz to James J. Webster, dated March 19, 2008, at 12:25 p.m.

28. Attached as Exhibit 21 is a true and correct copy of a facsimile from James J. Webster to Maria Diaz, dated March 25, 2008, and sent at 5:15 p.m.

29. Attached as Exhibit 22 is a true and correct copy of a facsimile from Maria Diaz to James J. Webster, dated March 26, 2008.

30. Attached as Exhibit 23 is a true and correct copy of an email I sent to Marcus Mumford, dated March 24, 2008.

31. Attached as Exhibit 24 is a true and correct copy of an email from Marcus Mumford to James J. Webster and Matthew Werdegar, dated March 25, 2008, at 5:32 p.m.

32. Attached as Exhibit 25 is a true and correct copy of an email from James J. Webster to Marcus Mumford, dated March 25, 2008.

33. Attached as Exhibit 26 is a true and correct copy of a letter from Michael Zeller to Thomas J. Nolan, Alexander H. Cote, and Michael H. Page, dated January 22, 2008.

34. Attached as Exhibit 27 is a true and correct copy of a letter from Maria Diaz to Michael T. Zeller, dated January 22, 2008.

35. Attached as Exhibit 28 is a true and correct copy of a letter from Larry McFarland to James Webster, dated February 13, 2008.

36. Attached as Exhibit 29 is a true and correct copy of MGA's And Carter Bryant's Opposition To Mattel's Ex Parte Applications To Compel Additional Depositions, dated January 30, 2008.

37. Attached as Exhibit 30 is a true and correct copy of excerpts of the hearing transcript dated February 4, 2008.

38. Attached as Exhibit 31 is a true and correct copy of a facsimile from James J. Webster to Marcus Mumford, Maria Diaz, and Christian Dowell, dated March 7, 2008.  Neither I, nor to my knowledge any other counsel for Mattel, received a response from Christian Dowell, or any other attorney for Veronica Marlow in response to this letter.

39. Attached as Exhibit 32 is a true and correct copy of a letter dated March 10, 2008, from Maria Diaz to James J. Webster.

40. Attached as Exhibit 33 is a true and correct copy of a letter dated March 7, 2008, from Marcus Mumford to James J. Webster.

41. Attached as Exhibit 34 is a true and correct copy of an email I sent to Marcus Mumford and Matthew Werdegar, dated March 25, 2008.

42. Attached as Exhibit 35 is a true and correct copy of an email from Marcus Mumford to James J. Webster and Matthew Werdegar, dated March 25, 2008, at 11:00 p.m.

43. Attached as Exhibit 36 is a true and correct copy of a facsimile from James J. Webster to Maria G. Diaz, dated March 25, 2008, and faxed at 8:21 p.m.

44. Attached as Exhibit 37 is a true and correct copy of a facsimile from James J. Webster to Maria Diaz, dated March 14, 2008.

45. Attached as Exhibit 38 is a true and correct copy of a facsimile from Maria Diaz to James J. Webster, dated March 19, 2008, at 10:55 a.m.

46. Attached as Exhibit 39 is a true and correct copy of a facsimile from Maria Diaz to James J. Webster, dated March March 21, 2008.

47. Attached as Exhibit 40 is a true and correct copy of a facsimile from James J. Webster to Marcus R. Mumford, Michael H. Page, Alexander H. Cote, and Maria G. Diaz, dated March 24, 2008. Neither I, nor to my knowledge James Webster or any other counsel for Mattel, received a statement from Michael Page or Alexander Cote as to whether they opposed the application in response to this letter.

48. Attached as Exhibit 41 is a true and correct copy of MGA and Bryant's Motion for Evidentiary Hearing Regarding Witness Tampering, dated March 12, 2008.

49. Attached as Exhibit 42 is a true and correct copy of MGA Defendants' Notice of Motion and Motion Objecting to Portions of Discovery Master's March 11, 2008 Order Re Motion to Quash Deposition Subpoenas, dated March 25, 2008.

50. Attached as Exhibit 43 is a true and correct copy of the Court's Order on Stipulation Re Briefing of Phase One Motions in Limine, dated March 11, 2008.

51. Attached as Exhibit 44 is a true and correct copy of the Court's Order Regarding Pretrial Deadlines, dated March 11, 2008.

52. Attached as Exhibit 45 is a true and correct copy of the Discovery Master's Order Granting In Part Mattel's Motion To Enforce The Court's Order Of May 16, 2007, To Compel MGA To Produce Witnesses For Deposition Pursuant To Rule 30(B)(6), And Granting Request For Sanctions, dated August 14, 2007.

53. Attached as Exhibit 46 is a true and correct copy of a Subpoena to Veronica Marlow, dated March 14, 2005.

54. Attached as Exhibit 47 is a true and correct copy of the Summary of Findings of the Forensic Analysis Report 1 of Mark J. Menz, dated February 10, 2008.

55. Attached as Exhibit 48 is a true and correct copy of excerpts of the deposition transcript of Victoria O'Connor, dated April 12, 2006.

56. Attached as Exhibit 49 is a true and correct copy of excerpts of MGA's Supplemental Responses to Mattel's Revised Third Set of Interrogatories.

57. Attached as Exhibit 50 is a true and correct copy of excerpts of the deposition transcript of Lisa Tonnu, dated September 24, 2007.

58. Attached as Exhibit 51 is a true and correct copy of the In Camera Declaration #4 As To Expert Examination And Testing Of Bryant's Original Documents, dated August 27, 2007.

59. Attached as Exhibit 52 is a true and correct copy of the Discovery Master's Order Granting Mattel, Inc.'s Motion to Compel Bryant to Make Original Documents Available for Expert Examination and Testing, dated August 30, 2007.

60. Attached as Exhibit 53 is a true and correct copy of an email from Paul M. Eckles to James Webster dated January 27, 2008.

61. Attached as Exhibit 54 is a true and correct copy of a facsimile from Maria Diaz to James J. Webster, dated March 28, 2008.

1  62. Attached as Exhibit 55 is a true and correct copy of an email I
2  sent to Maria Diaz, Marcus Mumford, and Matthew Werdegar, dated March 31,
3  2008.
4  63. Attached as Exhibit 56 is a true and correct copy of an email
5  from Matthew Werdegar sent to me and Marcus Mumford, dated April 1, 2008.
6  64. Attached as Exhibit 57 is a true and correct copy of an email
7  from Michael Zeller sent to me, Maria Diaz, Marcus Mumford, and Matthew
8  Werdegar, dated April 2, 2008.
9  65. Attached as Exhibit 58 is a true and correct copy of an email
10 from Maria Diaz sent to me, Michael Zeller, Marcus Mumford, and Matthew
11 Werdegar, dated April 2, 2008.
12 66. Attached as Exhibit 59 is a true and correct copy of the
13 Declaration of Michael T. Zeller in Support of Motion to Compel Deposition of
14 Defendant and Cross-Complainant Carter Bryant and for Sanctions in the Amount
15 of $4,500, dated September 13, 2004, with exhibits 28, 29, and 32.
16 67. Attached as Exhibit 60 is a true and correct copy of the
17 Declaration Of Michael T. Zeller In Support Of Mattel, Inc.'s Reply In Support Of
18 Ex Parte Application To Reschedule The Hearing Date On Defendants' Motions To
19 Dismiss Mattel's Amended Answer And Counterclaims, And Defendants'
20 Objections To Discovery Master's March 7, 2007 Order, dated May 9, 2007, with
21 exhibits 1-3.
22 68. Attached as Exhibit 61 is a true and correct copy of the
23 Declaration of Michael T. Zeller in Support of Mattel's Motion to Overrule
24 Instructions Not to Answer During the Deposition of Carter Bryant, dated February
25 1, 2007, with exhibits 5-11.
26 69. Attached as Exhibit 62 is a true and correct copy of the
27 Declaration of Michael T. Zeller in Support of Mattel's Motion to Compel MGA to
28

1  Produce Witnesses for Deposition Pursuant to Rule 30(b)(6) and for Sanctions,
2  dated April 13, 2007, with exhibit 16.
3        70.    Attached as Exhibit 63 is a true and correct copy of the Ruling
4  On (1) Motion To Compel Deposition And (2) Motion For A Protective Order And
5  Establish The Sequence And Timing Of Discovery, dated October 5, 2004.
6        71.    Attached as Exhibit 64 is a true and correct copy of the Order
7  Granting Mattel's Ex Parte Application To Set Compelled Deposition Of Defendant
8  And Cross-Claimant Carter Bryant For A Date Certain Pursuant To The Court's
9  Order Of October 5, 2004, dated October 20, 2004.

11      I declare under penalty of perjury under the laws of the United States of
12  America that the foregoing is true and correct.
13      Executed this 3rd day of April, 2008, at Los Angeles, California.

                                       /s/ Cyrus S. Naim
                                       Cyrus S. Naim