# EXHIBIT 21

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

**NEW YORK**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

**LOS ANGELES**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

**SAN FRANCISCO**
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

**TOKYO**
Akasaka Twin Tower Main Building, 6th Floor
17-22 Akasaka 2-Chome
Minato-ku, Tokyo 107-0052, Japan
+81 3 5561-1711
Facsimile: +81 3 5561-1712

**SILICON VALLEY**
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

## LOS ANGELES OFFICE
# FACSIMILE TRANSMISSION

**DATE:**   March 25, 2008

**NUMBER OF PAGES, INCLUDING COVER:**   9

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Maria Diaz, Esq. Allred, Maroko & Goldbery | 323-653-6530 | 323-653-1660 |
| Marcus Mumford, Esq. Skadden Arps Slate Meagher & Flom, LLP | 213-687-5000 | 213-687-5600 |
| Michael H. Page, Esq. Keker & Van Nest | 415-391-5400 | 415-397-7188 |

**FROM:**   James J. Webster

**RE:**   Bryant v. Mattel, et al.,
Case No. CV-0409094 SGL

**MESSAGE:**

EXHIBIT ___21___

PAGE ___155___

RECEIVED MAR 25 2008

00046/2369498.1

| | | ROUTE/ | | ☒ CONFIRM FAX |
|---|---|---|---|---|
| CLIENT # | 7209 | RETURN TO: | Jackie J. Tabor | ☒ INCLUDE CONF. REPORT |
| OPERATOR: | Prisilla | | CONFIRMED?   ☐ NO   ☐ YES: | |

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE.

# Group Send Report

```
Page      : 001
Date & Time: 03-25-2008   17:15
Line 1    : 2134433100
Line 2    :
Machine ID : QUINN EMANUEL
```

| | | |
|---|---|---|
| Job number | : | 288 |
| Date | : | 03-25  17:10 |
| Number of pages | : | 009 |
| Start time | : | 03-25  17:10 |
| End time | : | 03-25  17:15 |

Successful nbrs.

    Fax numbers

        ☎1+13236531660
        ☎1+12136875600
        ☎1+14153977188

Unsuccessful nbrs.                                          Pages sent

EXHIBIT __21__

PAGE __156__

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

March 25, 2008

*Via Facsimile*

Maria G. Diaz, Esq.
Allred, Maroko & Goldberg
6300 Wilshire Boulevard, Suite 1500
Los Angeles, California 90048

**Mattel vs. Bryant, et al. - Cabrera/Morales**

Dear Ms. Diaz:

We refer to your letter of March 21, 2008 offering to have your clients Ms. Cabrera and Ms. Morales appear for deposition on April 15 and 18, 2008. We will accept your offer to appear on these dates if, but only if, you are willing to enter into a stipulated Order to that effect. This is necessitated unfortunately by the history of non-appearance on scheduled dates for these witnesses, and also by the fact that Mattel cannot afford to suffer any further delay -- should your clients elect at the last minute not to appear for deposition -- in its trial preparation.

Please note that a proposed form of stipulation to this effect is enclosed for your review. Please provide us with your agreement in the next day, as we are in the process of preparing an *ex parte* application to compel the depositions.

Very truly yours,

*James Webster (CSN)*

James J. Webster

JJW:jjt
Enclosure

EXHIBIT ___21___

PAGE ___157___

**quinn emanuel urquhart oliver & hedges, llp**

NEW YORK | 335 Madison Avenue, 17th Floor, New York, New York 10017 | TEL 212-702-8100 FAX 212-702-8200
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94104 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100
PALM SPRINGS | 45-025 Manitou Drive, Suite 10, Indian Wells, California 92210 | TEL 760-345-4757 FAX 760-345-2414
SAN DIEGO | 4445 Eastgate Mall, Suite 200, San Diego, California 92121 | TEL 858-812-3107 FAX 858-812-3336

cc:      (w/enclosure) :
         Marcus Mumford, Esq.
         Michael H. Page, Esq.

07209/2446317.1

EXHIBIT ___*21*___

PAGE ___*158*___

2

1   QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
      John B. Quinn (Bar No. 090378)
2     johnquinn@quinnemanuel.com
      Michael T. Zeller (Bar No. 196417)
3     (michaelzeller@quinnemanuel.com)
      Jon D. Corey (Bar No. 185066)
4     (joncorey@quinnemanuel.com)
    865 South Figueroa Street, 10th Floor
5   Los Angeles, California 90017-2543
    Telephone: (213) 443-3000
6   Facsimile: (213) 443-3100

7
    Attorneys for Mattel, Inc.
8

9                 UNITED STATES DISTRICT COURT

10               CENTRAL DISTRICT OF CALIFORNIA

11                        EASTERN DIVISION

12  CARTER BRYANT, an individual,     Case No. CV 04-09049 SGL (RNBx)

13            Plaintiff,
                                       Consolidated with
14       vs.                           Case No. CV 04-09059
                                       Case No. CV 05-02727
15  MATTEL, INC., a Delaware
    corporation,                       Hon. Stephen G. Larson

16            Defendant.               STIPULATION RE: THE
                                       DEPOSITIONS OF ANA CABRERA
17                                     AND BEATRIZ MORALES;

18  ───────────────────────           [[Proposed] Order filed concurrently
                                       herewith]
    AND CONSOLIDATED CASES
19

20                                     **Phase 1:**
                                       Discovery Cut-off:    January 28, 2008
21                                     Pre-trial Conference: May 5, 2008
                                       Trial Date:           May 27, 2008
22

23

24

25

26

27              EXHIBIT ___21___

28              PAGE ___159___

07209/2446258.1

              STIPULATION RE: THE DEPOSITIONS OF ANA CABRERA AND BEATRIZ MORALES

## STIPULATION

WHEREAS, by Order dated March 11, 2008, the Court denied MGA Entertainment, Inc.'s ("MGA's") Second Amended and Supplemental Motion to Quash, including as to Ana Cabrera and Beatriz Morales; and

WHEREAS, Mattel noticed the deposition of Ana Cabrera on January 16, 2008 for January 24, 2008, and noticed the deposition of Beatriz Morales on January 16, 2008 for January 25, 2008.

NOW, THEREFORE, Ms. Cabrera, Ms. Morales, MGA and defendant Carter Bryant and Mattel agree as follows, subject to the Court's approval:

1.    Ms. Cabrera shall appear for deposition on April 15, 2008, beginning at 9:30 a.m. at 865 S. Figueroa St., 10th Fl., Los Angeles, CA, 90017.

2.    Ms. Morales shall appear for deposition on April 18, 2008, beginning at 9:30 a.m. at 865 S. Figueroa St., 10th Fl., Los Angeles, CA, 90017.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

EXHIBIT  21

PAGE  160

07209/2446258.1

STIPULATION RE: THE DEPOSITIONS OF ANA CABRERA AND BEATRIZ MORALES

3.     No party shall object that the depositions of Ms. Cabrera and Ms. Morales are untimely, or to the use of the transcript of deposition of Ana Cabrera or Beatriz Morales, for any purpose permitted by applicable law, including the Federal Rules of Civil Procedure and the Federal Rules of Evidence, on the grounds that the deposition occurred after the discovery cut-off date.

IT IS SO STIPULATED.

DATED:  March __, 2008        ALLRED, MAROKO & GOLDBERG


By_____
      Maria Diaz
      Attorneys for Ana Cabrera and Beatriz
      Morales

DATED:  March __, 2008        QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP


By_____
      James J. Webster
      Attorneys for Mattel, Inc.

DATED:  March __, 2008        SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP


By_____
      Marcus Mumford
      Attorneys for MGA Entertainment, Inc.,
      MGAE de Mexico, S.R.L. de C.V., MGA
      Entertainment (HK) Limited, and Isaac
      Larian

EXHIBIT ___21___

PAGE ___161___

07209/2446258.1

-3-

1   DATED:   March ___, 2008        )        KEKER & VAN NEST, LLP

2

3

4                                          By_____

5                                               Michael Page
                                               Attorneys for Carter Bryant

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26                        EXHIBIT ___ 21 ___

27                        PAGE ___ 162 ___

28

07209/2446258.1

-4-

1   QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
      John B. Quinn (Bar No. 090378)
2      johnquinn@quinnemanuel.com
      Michael T. Zeller (Bar No. 196417)
3      (michaelzeller@quinnemanuel.com)
      Jon D. Corey (Bar No. 185066)
4      (joncorey@quinnemanuel.com)
    865 South Figueroa Street, 10th Floor
5   Los Angeles, California  90017-2543
    Telephone:  (213) 443-3000
6   Facsimile:  (213) 443-3100

7

    Attorneys for Mattel, Inc.
8

9              UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11                  EASTERN DIVISION

12  CARTER BRYANT, an individual,     Case No. CV 04-09049 SGL (RNBx)

13             Plaintiff,             Consolidated with
                                      Case No. CV 04-09059
14        vs.                         Case No. CV 05-02727

15  MATTEL, INC., a Delaware          Hon. Stephen G. Larson
    corporation,
16                                    [PROPOSED] ORDER ON
             Defendant.               STIPULATION RE: THE
17                                    DEPOSITIONS OF ANA CABRERA
                                      AND BEATRIZ MORALES;
18
    AND CONSOLIDATED CASES
19                                    **Phase 1:**
                                      Discovery Cut-off:     January 28, 2008
20                                    Pre-trial Conference:  May 5, 2008
                                      Trial Date:            May 27, 2008
21

22

23

24

25

26

27   EXHIBIT   21

28   PAGE      163

7209/2446315.1

# [PROPOSED] ORDER

The parties and Ana Cabrera and Beatriz Morales having so stipulated, and finding good cause hereto, IT IS HEREBY ORDERED THAT:

1.     Ms. Cabrera shall appear for deposition on April 15, 2008, beginning at 9:30 a.m. at 865 S. Figueroa St., 10th Fl., Los Angeles, CA, 90017.

2.     Ms. Morales shall appear for deposition on April 18, 2008, beginning at 9:30 a.m. at 865 S. Figueroa St., 10th Fl., Los Angeles, CA, 90017.

3.     No party shall object that the depositions of Ms. Cabrera and Ms. Morales are untimely, or to the use of the transcript of deposition of Ana Cabrera or Beatriz Morales, for any purpose permitted by applicable law, including the Federal Rules of Civil Procedure and the Federal Rules of Evidence, on the grounds that the deposition occurred after the discovery cut-off date.

DATED: _____

_____
Hon. Stephen G. Larson
United States District Judge

EXHIBIT __21__

PAGE __164__

7209/2446315.1

-2-

# EXHIBIT 22

# ALLRED, MAROKO & GOLDBERG
## 6300 WILSHIRE BLVD., SUITE 1500
## LOS ANGELES, CALIFORNIA 90048
### Phone (323) 653-6530
### Fax (323) 653-1660

## TELECOPIER TRANSMITTAL

### PLEASE DELIVER TO:

      **NAME:**    James Webster, Esq.

      **COMPANY:**    QUINN EMANUEL URQUHART OLIVER & HEDGES

      **TELECOPY PHONE NUMBER:**    (213) 443-3100

### DESCRIPTION:   Letter dated March 26, 2008

### MESSAGE FROM:

      **NAME:** Josie Peña, Assistant to María G. Díaz

      **DATE:** March 26, 2008

      **TIME:**  4:05 p.m.

      **TELECOPY PHONE NO:** (323) 653-1660

### NUMBER OF PAGES INCLUDING THIS PAGE: 2

*THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.*

### COMMENTS:

Please call Josie at (323) 653-6530 if you do not receive all pages or if message is not legible

EXHIBIT _22_

PAGE _105_

*Law Offices*

## ALLRED, MAROKO & GOLDBERG
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS

6300 WILSHIRE BOULEVARD
SUITE 1500
LOS ANGELES, CALIFORNIA 90048
(323) 653-6530
FAX (323) 653-1660
www.amglaw.com

NATHAN GOLDBERG*
MICHAEL MAROKO*
GLORIA R. ALLRED*
JOHN S. WEST
DOLORES Y. LEAL
R. TOMÁS OLMOS
RENEE MOCHKATEL
MARGERY N. SOMERS
MARÍA G. DÍAZ

*A PROFESSIONAL CORPORATION

March 26, 2008

### *VIA FACSIMILE ONLY*

James J. Webster, Esq.
**QUINN EMANUEL URQUHART OLIVER & HEDGES**
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017

      **Re:   Mattel v. Bryant, et al. - Ana Cabrera, Beatriz Morales**

Dear Mr. Webster:

      As I advised you last week, I am in deposition this week. I am advised of your letter of yesterday demanding an immediate response to a stipulation or otherwise threatening court intervention. Your demand for an immediate response is unreasonable and does not allow all parties an opportunity to engage in good faith meet and confer on these matters.

      As I am in deposition today and tomorrow, I will review your request as soon as I have an opportunity and provide you with a response by close of business on Friday, March 28, 2008.

                    Very truly yours,

                ALLRED, MAROKO & GOLDBERG

                   MARÍA G. DÍAZ
                 [Dictated but not read]

MGD:jp
cc:   Ana Cabrera
     Beatriz Morales

EXHIBIT __22__

PAGE __166__

# EXHIBIT 23

## Cyrus Naim

**From:** Cyrus Naim
**Sent:** Monday, March 24, 2008 5:39 PM
**To:** 'mmumford@skadden.com'
**Cc:** James Webster
**Subject:** Depositions of Cabrera, Morales, and Salazar

Dear Marcus,

Mattel will not agree not to go forward with the depositions of Ana Cabrera, Beatriz Morales, and Maria Salazar.  Please provide dates for which Ms. Salazar will appear for deposition as soon as possible.

Thank you,

Cyrus Naim
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Direct: (213) 443-3559
Main Phone: (213) 443-3000
Main Fax:  (213) 443-3100
E-mail:  cyrusnaim@quinnemanuel.com
Web:  www.quinnemanuel.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above.  This message may be an attorney-client communication and/or work product and as such is privileged and confidential.  If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited.  If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

EXHIBIT __23__
PAGE __167__

# EXHIBIT 24

**Yalonda Dekle**

| | |
|---|---|
| **From:** | Mumford, Marcus R [Marcus.Mumford@skadden.com] |
| **Sent:** | Tuesday, March 25, 2008 5:32 PM |
| **To:** | James Webster; Matthew Werdegar |
| **Cc:** | Cyrus Naim |
| **Subject:** | RE: Bryant v. Mattel |

James,
I didn't see your letter yesterday. When did you fax it to us?

As you know, and as I discussed with Cyrus yesterday, we are appealing the March 11, 2008 Infante Order today with Judge Larson, which addresses some of the issues that you raise. I anticipate those papers will be on file shortly, and I will send them to you as soon as they are final.

As to your letter generally, you have not asserted any grounds to justify seeking expedited relief under Paragraph 5 of the Discovery Master stipulation. I request that you comply with that stipulation.
As you know, the Discovery Master is presently backlogged with over 22 discovery motions. Your letter does not make any showing as to why the matters you raised in your letter yesterday merit extraordinary relief.
Moreover, the parties have been in discussions for over two weeks concerning the priority of matters to be heard at the next hearing before the Discovery Master. With this letter, it does not appear that you've been coordinating with those efforts on your end. To the extent this is an end-around the parties' joint efforts to prioritize matters in front of the Discovery Master, MGA objects and reserves all rights.

Concerning the depositions of Cabrera, Morales and Salazar, we are moving to set aside the Discovery Master's March 11, 2008 denying our motion to quash. Our appeal to Judge Larson moots the relief you now propose seeking from the Discovery Master.

Concerning your proposal to seek the relief of the Court to conduct "expert reconstruction" of materials inappropriately seized from Ms.
Cabrera's house, I reiterate what I said in our previous correspondence on this issue. Mattel has insisted on an established protocol for expert testing in this litigation, and it must now abide it. I did not see a substantive response to my previous requests in this regard, spelled out in my March 7 letter, which may obviate the motion practice you are apparently contemplating. If you did respond substantively, please resend.

Finally, concerning the matter of Ms. Cabrera's time-sheets, your letter does not address the issues raised by Ms. Diaz or those raised in our motion for an evidentiary hearing for witness tampering. I anticipate that many of those issues would be resolved in the evidentiary hearing we requested. That motion will be heard April 14, and we anticipate your response next Monday. To the extent you propose now seeking a ruling or an evidentiary hearing from the Discovery Master on the same issues, that seems at the same time inappropriate and duplicative.

Please let me know if I can be of any further assistance in this matter.
-Marcus

Marcus R. Mumford
Skadden, Arps, Slate, Meagher & Flom LLP 300 South Grand Avenue | Los Angeles | California | 90071-3144
T: 213.687.5514 | F: 213.621.5514
mmumford@skadden.com

-----Original Message-----
From: James Webster [mailto:jameswebster@quinnemanuel.com]
Sent: Tuesday, March 25, 2008 4:36 PM
To: 'Matthew Werdegar'
Cc: Mumford, Marcus R (LAC); Cyrus Naim

1

EXHIBIT 24
PAGE 168

Subject: RE: Bryant v. Mattel

We will send you the letter promptly - Thank you for bringing this to our attention.

-----Original Message-----
From: Matthew Werdegar [mailto:MWerdegar@kvn.com]
Sent: Tuesday, March 25, 2008 4:27 PM
To: James Webster
Cc: Mumford, Marcus R
Subject: Bryant v. Mattel


Dear James,

I am writing in response to your letter of March 24, 2008, regarding third-party witnesses Ana Cabrera, Beatriz Morales, and Maria Salazar.
Your letter opens with a reference to "the attached letter to Maria Diaz". However, no letter to Ms. Diaz was included with the facsimile we received last night. Please provide a copy of this letter immediately (as well as any related correspondence you have received from Ms. Diaz). Obviously, having not seen this letter, and not knowing the exact nature and scope of the relief Mattel intends to seek its ex part application (your letter is vague on this), we are not currently in a position to inform you whether or not we will oppose your application.


Regards,

Matthew M. Werdegar
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA  94111-1704
tel: (415) 391-5400
fax: (415) 397-7188
www.kvn.com


--------------------------------------------------------------------------
**************************************************

To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.
**************************************************
**************************************************

This email and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original copy and any copy of any email, and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.
**************************************************

EXHIBIT  24

PAGE  160

2

# EXHIBIT 25

## Cyrus Naim

| | |
|---|---|
| **From:** | James Webster |
| **Sent:** | Tuesday, March 25, 2008 6:35 PM |
| **To:** | 'Mumford, Marcus R'; 'Matthew Werdegar' |
| **Cc:** | Cyrus Naim |
| **Subject:** | Letter re Ex Parte.pdf - Adobe Reader |

**Attachments:** Letter re Ex Parte.pdf

Marcus -

The letter was faxed to you - a further copy is attached.

We acknowledge your position that the depositions should not proceed. We have made repeated showings for the need for the depositions; your repeated motions to quash have been denied. We disagree that your filing a motion "moots" an order for the depositions to proceed. To the extent you suggest this is not an urgent issue, given we are nearing the eve of trial, we respectfully disagree.

In relation to Ms. Diaz assertions they were addressed in our March 20, 2008 letter on which you were copied.

Finally we send you a proposed stipulation by tomorrow morning with a protocol for expert testing as you request.

Please let us know by tomorrow if you will so stipulate.

EXHIBIT __25__

PAGE __170__

3/27/2008

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

**NEW YORK**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

**LOS ANGELES**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

**SAN FRANCISCO**
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

**TOKYO**
Akasaka Twin Tower Main Building, 6th Floor
17-22 Akasaka 2-Chome
Minato-ku, Tokyo 107-0052, Japan
+81 3 5561-1711
Facsimile: +81 3 5561-1712

**SILICON VALLEY**
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

## LOS ANGELES OFFICE
# FACSIMILE TRANSMISSION

**DATE:**   March 24, 2008

**NUMBER OF PAGES, INCLUDING COVER: 2**

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Marcus R. Mumford, Esq. Skadden, Arps, Slate, Meagher & Flom LLP | | 213.687.5600 |
| Michael H. Page, Esq. Keker & Van Nest, LLP | | 415.397.7188 |
| Alexander H. Cote, Esq. Overland Borenstein Scheper & Kim, LLP | | 213.613.4656 |
| Maria G. Diaz, Esq. Allred, Maroko & Goldberg | | 323.653.1660 |

**FROM:**   Cyrus Naim

**RE:**   MGA Entertainment v. Mattel, Inc.

**MESSAGE:**   EXHIBIT _25_

PAGE _171_

FAXED

| | | ROUTE/ RETURN TO: | ☐ CONFIRM FAX ☐ INCLUDE CONF. REPORT |
|---|---|---|---|
| CLIENT # | 7209 | | |

**OPERATOR:**        CONFIRMED?   ☐ NO   ☐ YES: _____

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE.

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL: (213) 443-3000  FAX: (213) 443-3100

March 24, 2008

**VIA FACSIMILE**

Marcus R. Mumford, Esq.                       Alexander H. Cote, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP      Overland Borenstein Scheper & Kim, LLP
300 South Grand Avenue, Suite 3400            300 South Grand Avenue, Suite 2750
Los Angeles, CA 90071                         Los Angeles, CA 90071
Fax: (213) 687-5600                           Fax: (213) 613-4656

Michael H. Page, Esq.
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111
Fax: (415) 397-7188

Re:  MGA Entertainment, Inc. v. Mattel, Inc.

Dear Counsel:

Please see the attached letter to Maria Diaz, counsel for Ana Cabrera and Beatriz Morales, dated March 20, 2008. Mattel intends to move *ex parte* before Judge Infante for the following relief: (1) for the prompt deposition of Ana Cabrera, Beatriz Morales, and Maria Salazar; (2) for permission to conduct expert reconstruction documents provided to Mattel by Ana Cabrera; and (3) for permission to produce payment receipts and time-sheets provided to Mattel by Ana Cabrera in unredacted form. Please let me know by the close of business tomorrow, March 25, 2008, if you intend to oppose this application.

Very truly yours,

*James Webster (csn)*

James J. Webster
07209/2445140.1
Encl.
cc:    Maria Diaz, Esq.

EXHIBIT _____25_____

PAGE _____172_____

**quinn emanuel urquhart oliver & hedges, llp**

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, NY  10010  | TEL (212) 849-7000  FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, CA  94111  | TEL (415) 875-6600  FAX (415) 875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, CA  94065  | TEL (650) 801-5000  FAX (650) 801-5100
TOKYO | Akasaka Twin Tower Main Building, 6th Floor, 17-22 Akasaka 2-Chome, Minato-ku, Tokyo 107-0052, Japan  | TEL +81 3 5561-1711  FAX +81 3 5561-1712

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

March 20, 2008

<u>VIA FACSIMILE</u>

Maria G. Diaz, Esq.
Allred, Maroko & Goldberg
6300 Wilshire Boulevard, Suite 1500
Los Angeles, California 90048

<u>Mattel v. Bryant, Time Sheets and Receipts Provided by Ana Cabrera</u>

Dear Counsel:

I write in response to both of your letters dated yesterday, March 19, 2008.  As a preliminary matter, please be advised that, contrary to your assertions, Mattel has not yet formally produced the time sheets and receipts to which you refer.  Of course, as you know, Mattel provided informal copies of these documents to counsel for MGA and Veronica Marlow in your presence, and without your objection, on March 3, 2008.

You have repeatedly stated that the social security numbers reflected on the documents are irrelevant to Mattel's claims.  Although the actual social security number, itself, may be irrelevant; the *fact* that your client used false social security numbers to hide her work for Bratz while employed by Mattel is unquestionably relevant.

In your letters, you take the position that these documents should not be formally produced because of your client's "privacy rights."  We note that California (and thus, federal law) does not recognize a "privacy privilege" that would bar production of personal information.  See Humphreys v. Regents of Univ. of Cal., 2006 WL 335275, *1 (N.D. Cal. 2006) (under Federal Rule of Evidence 501, "federal law determines the evidentiary privileges that apply," and "there

EXHIBIT ____25____

**quinn emanuel urquhart oliver & hedges, llp**

PAGE ____173____

NEW YORK | 335 Madison Avenue, 17th Floor, New York, New York 10017 | TEL 212-702-8100 FAX 212-702-8200

SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94104 | TEL 415-875-6600 FAX 415-875-6700

SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100

PALM SPRINGS | 45-025 Manitou Drive, Suite 10, Indian Wells, California 92210 | TEL 760-345-4757 FAX 760-345-2414

SAN DIEGO | 4445 Eastgate Mall, Suite 200, San Diego, California 92121 | TEL 858-812-3107 FAX 858-812-3336

07209/2439344.1

is no federal analog to the California privacy rights that [defendant] seeks to invoke"). This is especially true given that Mattel has offered to produce them with a designation of "Confidential – Attorney's Eyes Only" pursuant to the protective order in this case which should adequately protect any privacy concerns. See, e.g., In re Heritage Bond Litigation, 2004 WL 1970058, *5, n.12 (C.D. Cal. 2004) ("Any privacy concerns . . . defendants have in their bank records and related financial statements are adequately protected by the protective order, and are not sufficient to prevent production in this matter"); A. Farber and Partners, Inc., 234 F.R.D. 186, 191-92 (C.D. Cal. 2006) ("plaintiff's need for defendant Garber's financial documents outweighs defendant Garber's claim of privacy, especially when the 'impact' of the disclosure of the information can be protected by a 'carefully drafted' protective order"); Gohler v. Wood, 162 F.R.D. 691, 697 (D. Utah 1995) ("Because the protective order limits disclosure of confidential material to those who are necessarily involved in the case, and these parties may use this information only for purposes of litigating this case, excluding any business purpose, the court concludes Deloitte's confidentiality concerns have been addressed adequately.").

Moreover, assuming your client has some privacy interest in someone else's social security number, it would give way to Mattel's need for this critical information in this litigation. "[C]ourts have frequently found that a party's need for information may outweigh whatever privacy rights, if any, another party may have." Oakes v. Halvorsen Marine Ltd., 179 F.R.D. 281, 284 (C.D. Cal. 1998); see Reyes v. Red Gold, Inc. 2006 WL 2729412, at *3 (S.D. Tex. 2006).

Given that your client has no real privacy interest in social security numbers that are false and the protections afforded by the protective order already in place between the parties, it appears your objection to the formal production of these documents is designed solely to delay discovery in this case. This is reinforced by your statement that, despite a Court Order requiring their appearance for deposition, no one from your office is able to defend your clients' depositions in the next three weeks, due to your schedule. Mattel first noticed these depositions on January 16, 2008. Mattel now has no choice but to seek ex parte relief to put an end to these practices which are seriously hindering pre trial preparation and discovery in this action.

Mattel also intend to have the Discovery Master resolve the related issue of expert review of the torn documents that Ms. Cabrera provided to Mattel. As you know, despite our repeated attempts to obtain the interested parties' position as to Mattel's entitlement to move forward with discovery in relation to these materials and documents, no one has responded. Thus, Mattel has no choice but to seek relief on this issue also.

You should please let me know as soon as possible when you are available to meet and confer on these issues.

Very truly yours,

James Webster (CSN)

James J. Webster

EXHIBIT _____25_____

PAGE _____174_____

JJW:csn
07209/2439344.1

cc:     Marcus M. Mumford, Esq.
         Christian Dowell, Esq.

EXHIBIT _____25_____

PAGE _____175_____

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

**NEW YORK**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

**LOS ANGELES**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

**SAN FRANCISCO**
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

**TOKYO**
Akasaka Twin Tower Main Building, 6th Floor
17-22 Akasaka 2-Chome
Minato-ku, Tokyo 107-0052, Japan
+81 3 5561-1711
Facsimile: +81 3 5561-1712

**SILICON VALLEY**
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

## LOS ANGELES OFFICE
# FACSIMILE TRANSMISSION

**DATE:**   March 20, 2008          **NUMBER OF PAGES, INCLUDING COVER:** 24

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| **Maria Diaz, Esq.**<br>**Allred, Maroko & Goldbery** | **323-653-6530** | **323-653-1660** |
| Marcus Mumford, Esq.<br>**Skadden Arps Slate Meagher & Flom, LLP** | 213-687-5000 | 213-687-5600 |
| Christian C. Dowell, Esq.<br>**Keats, McFarland & Wilson, LLP** | 310-248-3830 | 310-860-0363 |

**FROM:**   James J. Webster

**RE:**   Bryant v. Mattel, et al.,
Case No. CV-0409094 SGL

FAXED
MAR 2 0 2008

**MESSAGE:**

EXHIBIT ___25___

PAGE ___176___

---

76065/2433248.1

| CLIENT # | **7209** | ROUTE/<br>RETURN TO: | **Jackie J. Tabor** | ☒ CONFIRM FAX<br>☒ INCLUDE CONF. REPORT |
|---|---|---|---|---|
| OPERATOR: | | | CONFIRMED?   ☐ NO   ☐ YES: _____ | |

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

Job number    : 221          *** SEND SUCCESSFUL ***

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

**NEW YORK**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

**LOS ANGELES**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

**SAN FRANCISCO**
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

**TOKYO**
Akasaka Twin Tower Main Building, 6th Floor
17-22 Akasaka 2-Chome
Minato-ku, Tokyo 107-0052, Japan
+81 3 5561-1711
Facsimile: +81 3 5561-1712

**SILICON VALLEY**
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

## LOS ANGELES OFFICE
## FACSIMILE TRANSMISSION

**DATE:**   March 20, 2008

**NUMBER OF PAGES, INCLUDING COVER: 4**

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Maria Diaz, Esq. Allred, Maroko & Goldbery | 323-653-6530 | 323-653-1660 |
| Marcus Mumford, Esq. Skadden Arps Slate Meagher & Flom, LLP | 213-687-5000 | 213-687-5600 |
| Christian C. Dowell, Esq. Keats, McFarland & Wilson, LLP | 310-248-3830 | 310-860-0363 |

**FROM:**   James J. Webster

**RE:**   Bryant v. Mattel, et al.,
          Case No. CV-0409094 SGL

**MESSAGE:**

| 76065/2433244.1 | | | | | |
|---|---|---|---|---|---|
| CLIENT # | 7209 | ROUTE/ RETURN TO: | Jackie J. Tabor | ☒ CONFIRM FAX ☒ INCLUDE CONF. REPORT | |
| OPERATOR: | | | CONFIRMED? | ☐ NO   ☐ YES: | |

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

**IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE.**

EXHIBIT   25

25   177

## Group Send Report

```
Page        : 001
Date & Time: 03-20-2008   17:01
Line 1      : 2134433100
Line 2      :
Machine ID : QUINN EMANUEL
```

| | | |
|---|---|---|
| Job number | : | 221 |
| Date | : | 03-20  16:58 |
| Number of pages | : | 004 |
| Start time | : | 03-20  16:58 |
| End time | : | 03-20  17:01 |

Successful nbrs.

    Fax numbers

☎1*13236531660
☎1*12136875600
☎1*13108600363

Unsuccessful nbrs.                                                    Pages sent

EXHIBIT ___25___
PAGE ___178___

# EXHIBIT 26

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

January 22, 2008

VIA FACSIMILE AND E-MAIL

Thomas J. Nolan, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071

Alexander H. Cote, Esq.
Overland Borenstein Scheper & Kim, LLP
300 South Grand Avenue, Suite 2750
Los Angeles, CA 90071

Michael H. Page, Esq.
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111

Re:    Mattel v. Bryant, Documents Relating to Ana Cabrera

Dear Counsel:

Mattel's counsel currently has in its possession boxes of evidence provided to Mattel by Ana Isabel Cabrera, related to her work on Bratz dolls.  This box has remained sealed and unopened since it was provided to counsel.  In preparation for the upcoming January 24, 2008 deposition of Ms. Cabrera, however, Mattel intends to open this box and produce documents contained inside.

quinn emanuel urquhart oliver & hedges, llp

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100

07209/2362698.1

EXHIBIT    26

PAGE    179

If you are interested in having a representative present to witness the opening of the boxes, and to inspect the contents, please let me know by 9:00 a.m. tomorrow morning. We intend to open the box promptly at 9:30 a.m.

Very truly yours,

*Michael Zeller* (CSN)

Michael T. Zeller

MTZ:csn
07209/2362698.1

07209/2362698.1

2

EXHIBIT 26

PAGE 180

# EXHIBIT 27

*Law Offices*

## ALLRED, MAROKO & GOLDBERG

A PARTNERSHIP OF PROFESSIONAL CORPORATIONS

RECEIVED

JAN 2 4 2008

NATHAN GOLDBERG*
MICHAEL MAROKO*
GLORIA R. ALLRED*
JOHN S. WEST
DOLORES Y. LEAL
R. TOMÁS OLMOS
RENEE MOCHKATEL
MARGERY N. SOMERS
MARÍA G. DÍAZ

*A PROFESSIONAL CORPORATION

6300 WILSHIRE BOULEVARD
SUITE 1500
LOS ANGELES, CALIFORNIA 90048
(323) 653-6530
FAX (323) 653-1660
www.amglaw.com

E-MAIL:
mdiaz@amglaw.com

January 22, 2008
*VIA U.S. MAIL & FACSIMILE*

Michael T. Zeller, Esq.
**QUINN EMANUEL URQUHART OLIVER & HEDGES**
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017

**RE: Ana Cabrera**

Dear Mr. Zeller:

Please be advised that we are in the process of being retained by Ms. Ana Isabel Cabrera and Beatrice Morales regarding the above entitled matter. We understand that you have in your possession a sealed box containing potentially private and personal items belonging to Ms. Cabrera.

The purpose of this letter is to request that you refrain from opening the box and that you immediately return the sealed box to our office. Please be advised that if you fail to comply with our request and in fact conduct an unauthorized search of the box, we will consider such actions to be an invasion of Ms. Cabrera's right to privacy and will seek all necessary legal action.

Finally, if there are any specific items that you believe are relevant to this litigation and that Ms. Cabrera possesses, we request that you seek these items through the appropriate discovery channels and communicate directly with our Firm as her legal representatives.

Your attention to this important matter is appreciated.

Very truly yours,

ALLRED, MAROKO & GOLDBERG

*María G. Díaz*
MARÍA G. DÍAZ

MGD:jg

EXHIBIT ___27___

PAGE ___181___

Michael T. Zeller, Esq.
January 22, 2008
Page 2


cc: Ana Cabrera
    Thomas J. Nolan
    John Keker, Michael H. Page and Christina M. Anderson
    Michael E. Overland, David E. Scheper and Alexander H. Cote

EXHIBIT _____27_____
PAGE _____182_____

# EXHIBIT 28

02/13/2008 WED 13:53  FAX 13108600363                                                    ☒001/001

# KEATS McFARLAND & WILSON LLP

## ATTORNEYS AT LAW

TEL (310) 248-3830
FAX (310) 860-0363

9720 WILSHIRE BOULEVARD
PENTHOUSE SUITE
BEVERLY HILLS, CALIFORNIA 90212

www.kmwlaw.com

WRITER'S DIRECT DIAL
(310) 777-3750

WRITER'S EMAIL
lmcfarland@kmwlaw.com

February 13, 2008

## VIA FACSIMILE, U.S. MAIL and E-MAIL

James J. Webster, Esq.
Quinn Emanuel Urquhart Oliver & Hedges LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017

Thomas J. Nolan, Esq.
Skadden Arps Slate Meagher & Flom LLP
300 S. Grand Ave., Suite 3400
Los Angeles, CA 90071

Michael H. Page, Esq.
Keker & Van Nest
710 Sansome Street
San Francisco, CA 94111-1704

Alexander H. Cote, Esq.
Overland Borenstein Scheper & Kim Llp
300 S. Grand Ave., Suite 2750
Los Angeles, CA 90071

Maria G. Diaz, Esq.
Allred, Maroko & Goldberg
6300 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90048

Re:   Mattel v. Bryant – Ana Cabrera, Beatriz Morales

Dear Counsel:

I am writing in response to Ms. Diaz' letter dated February 8, 2008, and Mr. Webster's letter dated February 6, 2008. As counsel for Ms. Marlow, we request to be present during the inspection of the box from Ms. Cabrera so that we can determine if Ms. Marlow has any possessory rights in the contents of the box.

Very truly yours,

Larry W. McFarland
Keats McFarland & Wilson LLP

LWM/jlt

EXHIBIT 28
PAGE 183

# EXHIBIT 29

**THIS EXHIBIT IS FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

# EXHIBIT 30

1              UNITED STATES DISTRICT COURT

2            CENTRAL DISTRICT OF CALIFORNIA

3                EASTERN DIVISION

4                 - - -

5     HONORABLE STEPHEN G. LARSON, JUDGE PRESIDING

6               - - -

**CERTIFIED COPY**

7  CARTER BRYANT, ET. AL.,     )
                           )

8           PLAINTIFFS,   )
                           )

9         VS.           )  NO. ED CV 04-09049
                           )  (LEAD LOW NUMBER)

10  MATTEL, INC., ET. AL.,     )
                           )

11         DEFENDANTS. )  EX-PARTE APPLICATIONS
                           )  RE:  DISCOVERY

12  AND CONSOLIDATED ACTIONS,  )
                           )

13

14

15       REPORTER'S TRANSCRIPT OF PROCEEDINGS

16          RIVERSIDE, CALIFORNIA

17        MONDAY, FEBRUARY 4, 2008

18            10:15 A.M.

19

20

21      EXHIBIT _30_

22      PAGE _205_

23       THERESA A. LANZA, RPR, CSR
        FEDERAL OFFICIAL COURT REPORTER

24        3470 12TH STREET, RM. 134
        RIVERSIDE, CALIFORNIA  92501

25          951-274-0844
        CSR11457@SBCGLOBAL.NET

```
 1   APPEARANCES:

 2   ON BEHALF OF CARTER BRYANT:

 3                         KEKER & VAN NEST
                           BY:  MICHAEL PAGE
 4                         710 SANSOME STREET
                           SAN FRANCISCO, CALIFORNIA  94111-1704
 5                         415-391-5400

 6
     ON BEHALF OF MATTEL:
 7
                           QUINN EMANUEL
 8                         BY:  JOHN QUINN
                           BY:  JON COREY
 9                         865 S. FIGUEROA STREET,
                           10TH FLOOR
10                         LOS ANGELES, CALIFORNIA  90017
                           213-624-7707
11

12   ON BEHALF OF MGA ENTERTAINMENT:

13                         SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
                           BY:  THOMAS J. NOLAN
14                         BY:  CARL ALAN ROTH
                           BY:  ROBERT JAMES HERRINGTON
15                         300 SOUTH GRAND AVENUE
                           LOS ANGELES, CALIFORNIA  90071-3144
16                         213-687-5000

17
     ON BEHALF OF GUSTAVO MACHADO:
18
                           OVERLAND BORENSTEIN SCHEPER & KIM LLP
19                         BY:  ALEXANDER H. COTE
                           300 SOUTH GRAND AVENUE
20                         SUITE 2750
                           LOS ANGELES, CALIFORNIA  90071
21                         213-613-4660

22
     ON BEHALF OF CLOONAN, MARLOW & LEAHY:
23
                           KEATS MCFARLAND & WILSON LLP
24                         BY:  LARRY W. MCFARLAND
                           9720 WILSHIRE BOULEVARD
25                         BEVERLY HILLS, CA  90212
                           310-777-3750
```

EXHIBIT ___30___

FEBRUARY 4, 2008       PAGE ___206___       ED CV 04-9059-SGL

```
 1   APPEARANCES CONTINUED:

 2

 3   ON BEHALF OF NON-PARTY CHRISTENSEN GLASER:

 4                        CHRISTENSEN, GLASER, FINK, JACOBS,
                          WEIL & SHAPIRO, LLP
 5                        BY:  SCOTT E. GIZER
                          10250 CONSTELLATION BOULEVARD
 6                        LOS ANGELES, CA  90067
                          310-553-3000
 7

 8   ON BEHALF OF THIRD PARTIES ANA CABRERA & BEATRIZ MORALES:

 9                        ALLRED, MAROKO & GOLDBERG
                          BY:  RAMIT MIZRAHI
10                        6300 WILSHIRE BOULEVARD,
                          SUITE 1500
11                        LOS ANGELES, CA  90048
                          323-653-6530
12

13   ON BEHALF OF THIRD PARTY WITNESS GENTLE GIANT STUDIOS:

14                        BAUTE & TIDUS LLP
                          BY:  HENRY H. GONZALEZ
15                        777 S. FIGUEROA STREET,
                          SUITE 4900
16                        LOS ANGELES, CA  90017
                          213-630-5000
17

18   ON BEHALF OF WACHOVIA:

19                        DAVIS POLK & WARDWELL
                          BY:  NEAL A. POTISCHMAN
20                        1600 EL CAMINO REAL
                          MENLO PARK, CA  94025
21                        650-752-2000

22   ON BEHALF OF KAMI GILMOR:

23                        BUCHALTER NEMER
                          BY:  JOHN PATRICK PETRULLO
24                        1000 WILSHIRE BOULEVARD,
                          SUITE 1500
25                        LOS ANGELES, CA  90017-2457
                          213-891-0700
```

EXHIBIT  30
PAGE  207

FEBRUARY 4, 2008                    ED CV 04-9059-SGL

1          MR. NOLAN:  OF COURSE, JANUARY 8TH IS

2    JUDGE INFANTE -- WE HAD ALREADY -- AND MATTEL KNEW THIS AT THE

3    TIME WE WERE ARGUING IT BEFORE YOU -- THE MATTER HAD BEEN FULLY

4    BRIEFED AND SUBMITTED, ARGUED AND SUBMITTED, IN FRONT OF

5    JUDGE INFANTE.  HE RULED ON JANUARY 8TH THAT ALL OF THE                11:2:

6    TESTIMONY THAT WE PROVIDED WAS ADEQUATE, EXCEPT FOR THE LIMITED

7    SUBJECT THAT I TALKED ABOUT.  AND WE'VE ALREADY PROVIDED

8    SAM KHARI FOR TWO DAYS.

9          THE COURT:  I WANT TO TAKE A LITTLE LONGER LOOK AT

10   THIS.  I'LL GET YOU AN ANSWER TODAY IN THE MINUTE ORDER THAT          11:2(

11   GOES OUT THIS AFTERNOON.  I'LL ADDRESS THOSE TWO.

12          OTHERWISE, I THINK WHAT I'VE SET DOWN OR WHAT I WILL

13   SET DOWN IN THE MINUTE ORDER WILL COVER THESE.

14          COUNSEL?

15          MS. MIZRAHI:  RAMIT MIZRAHI FOR ANA CABRERA AND

16   BEATRIZ MORALES.

17          I WANTED TO, FIRST OF ALL, JUST POINT OUT THAT WE'RE

18   NOT TAKING A POSITION IN THE CASE, AND WE ARE SEEKING GUIDANCE

19   FROM THE COURT WITH RESPECT TO THE DEPOSITIONS.

20          THE COURT:  VERY WELL.

21          MS. MIZRAHI:  WE WOULD REQUEST A FEW DAYS TO PREPARE

22   FOR THE DEPOSITIONS, SINCE WE'VE JUST BEEN PREPARED, AND THAT

23   THERE BE A SPANISH TRANSLATOR FOR THE WOMEN THERE.

24          TWO POINTS --

25          THE COURT:  LET ME STOP YOU FOR A SECOND, COUNSEL.          11:2(

EXHIBIT  30
FEBRUARY 4, 2008    PAGE  208        ED CV 04-9059-SGL

1    IS THERE ANYTHING ABOUT WHAT I'VE ORDERED HERE THAT

2  IS NOT CLEAR TO YOU IN TERMS OF WHERE WE'RE GOING WITH THOSE?

3        MS. MIZRAHI:  I TAKE IT WE'RE PENDING JUDGE INFANTE'S

4  RULING.

5        THE COURT:  EXACTLY.  IN TERMS OF WHETHER OR NOT THEY

6  ARE INCLUDED IN THE NUMBER.

7        THEN AS FAR AS REASONABLE NOTICE -- YOU'RE ASKING FOR

8  A SPANISH TRANSLATOR TO BE PRESENT?

9        MS. MIZRAHI:  YES.

10        THE COURT:  MR. QUINN, GIVEN THE HISTORY IN THIS, IS

11  THERE ANY OBJECTION TO HAVING A SPANISH TRANSLATOR?

12        MR. QUINN:  I WOULDN'T THINK SO, YOUR HONOR.

13        THE COURT:  SEEMS TO MAKE SENSE.  IF THAT'S THE

14  PRIMARY LANGUAGE, THAT WOULD BE APPROPRIATE.

15        OKAY.  SO THERE'S AN AGREEMENT THERE BY THE COUNSEL

16  TAKING THE DEPOSITION.

17        MS. MIZRAHI:  GREAT.

18        TWO OTHER THINGS:  THE FIRST IS, WE WOULD LIKE MATTEL

19  TO PROVIDE US WITH THE INTERVIEW TAPES TAKEN OF THE WOMEN.  I'M

20  NOT SURE IF THAT'S SOMETHING THAT THE JUDGE CAN ORDER OR SHOULD

21  ORDER.

22        THE COURT:  MR. QUINN, WHAT ARE YOUR THOUGHTS ON

23  THAT?

24        MR. QUINN:  WE CAN ASK HIM TO DO THAT, YOUR HONOR.

25        MS. MIZRAHI:  PERFECT.

EXHIBIT  30

PAGE  209

FEBRUARY 4, 2008                    ED CV 04-9059-SGL

1           AND THE THIRD THING IS THAT I BELIEVE THAT MATTEL IS

2    IN POSSESSION OF A BOX FROM MS. CABRERA, TAKEN DURING THE

3    INTERVIEW PROCESS.  I THINK THERE'S BEEN SOME EXCHANGE BETWEEN

4    MY ASSOCIATE, MARIA DIAZ, AND COUNSEL; AND I THINK MATTEL IS

5    REFUSING TO RETURN THE BOX TO HER.                              11:2

6           THE COURT:  COUNSEL?

7           MR. QUINN:  FOR ALL I KNOW, IT'S MATTEL'S PROPERTY,

8    YOUR HONOR.  I'M SORRY.  I JUST CAN'T ADDRESS THAT.

9           I DON'T KNOW WHAT IT IS.

10          THE COURT:  COUNSEL, THIS WOULD BE AN APPROPRIATE --   11:3

11   YOU'RE ASKING FOR THE RETURN -- I'M TRYING TO THINK WHO THIS

12   WOULD BE AN APPROPRIATE MOTION BEFORE.  IT'S NOT FAIR TO HAVE

13   MR. QUINN JUST RESPOND OFF THE CUFF TO SOMETHING LIKE THIS.

14          BRING THIS MATTER BEFORE THIS COURT.  I'M INTERESTED

15   IN WHAT HAPPENED HERE.  SO WHY DON'T YOU MEET AND CONFER WITH   11:3

16   MR. QUINN; SEE IF YOU CAN'T WORK OUT THE RETURN OF THE TAPES,

17   RETURN OF ANYTHING WHICH IS YOUR CLIENT'S PROPERTY THAT WAS.

18   TAKEN FROM HER, OR ALLEGEDLY TAKEN FROM HER.  SEE IF YOU CAN'T

19   WORK IT OUT.  AND IF YOU CAN'T, BRING A MOTION TO THIS COURT.

20          MS. MIZRAHI:  SURE.  THANK YOU.                          11:3

21          THE COURT:  AND THAT MOTION WOULD HAVE TO BE RESOLVED

22   BEFORE THE DEPOSITION WENT FORWARD.

23          MS. MIZRAHI:  AND BEFORE THE BOX IS OPENED, I'M

24   ASSUMING AS WELL.

25          THE COURT:  I'M SORRY?                                   11:3

EXHIBIT ____30____

FEBRUARY 4, 2008      PAGE ____210____      ED CV 04-9059-SGL

1     MS. MIZRAHI:  I'M UNDER THE IMPRESSION THAT MATTEL

2  WAS SEEKING TO OPEN THE BOX PRIOR TO THE DEPOSITION.  I'M

3  REALLY NOT CERTAIN.

4     THE COURT:  MR. QUINN, DO YOU KNOW ANYTHING ABOUT

5  THAT?

6     MR. QUINN:  I DON'T, YOUR HONOR.

7     THE COURT:  YOU NEED TO MEET AND CONFER.

8     MR. NOLAN:  WE'VE BEEN PROVIDED A VIDEO OF MATTEL

9  OPENING THE BOX, MR. DE ANDA OPENING THE BOX.

10    NOW, I KNOW THERE'S REPRESENTATIONS THAT THEY'RE

11  GOING TO RETURN THE SEALED BOX TO MS. CABRERA.  BUT WE HAVE A

12  VIDEO -- WE CAN SHOW IT AT THE HEARING -- OF MR. DE ANDA GOING

13  THROUGH THE BOX OF BELONGINGS THAT WERE SEIZED FROM

14  MS. CABRERA'S HOUSE.  I'LL MAKE CERTAIN YOU HAVE A COPY OF

15  THAT, BUT I THINK MATTEL SHOULD PROVIDE THAT TO YOU.

16    MS. MIZRAHI:  SURE.

17    I GUESS IT RENDERS THAT POINT MOOT ABOUT --

18    THE COURT:  COUNSEL, DON'T TALK TO OPPOSING COUNSEL.

19  YOU'RE ADDRESSING THE COURT RIGHT NOW.  YOU HAVE ALL OF THE

20  TIME IN THE WORLD TO ADDRESS CO-COUNSEL.

21    MS. MIZRAHI:  SURE.  THANK YOU.

22    THE COURT:  COUNSEL, WHAT I WANT YOU TO DO IS MEET

23  AND CONFER WITH MR. QUINN.  I WILL INDICATE, CERTAINLY, THAT --

24  OR I WILL DIRECT THAT THE DEPOSITION DOES NOT FORWARD, ASSUMING

25  THAT IT IS GOING FORWARD, DEPENDING ON JUDGE INFANTE'S RULING,

EXHIBIT    30
PAGE    211

FEBRUARY 4, 2008                    ED CV 04-9059-SGL

84

1    AND MR. QUINN WERE ASKED TO FILE A RESPONSE OR A REPLY TO THE

2    COURT WITH RESPECT TO THE CIRCUMSTANCES.

3          THE COURT:   I THINK THEY INDICATED THAT THEY ALREADY

4    HAVE FILED A REPLY AND THAT THERE'S INFORMATION CONCERNING THAT

5    ON THIS.                                                              12:0

6          MR. NOLAN:   I APOLOGIZE FOR NOT UNDERSTANDING.

7          THE COURT:   AM I RIGHT, MR. QUINN?

8          MR. QUINN:   THAT WAS MY UNDERSTANDING.

9          THE COURT:   THEY JUST DIDN'T KNOW ANYTHING ABOUT THE

10   REPLY; THAT WAS SOMEBODY ELSE WHO WROTE THAT; SO THEY DON'T        12:0

11   WANT TO TALK TO ME ABOUT IT RIGHT NOW.

12         THANK YOU.   GOOD AFTERNOON.

13

14

15

16

17

18                          CERTIFICATE

19

20   I HEREBY CERTIFY THAT PURSUANT TO SECTION 753, TITLE 28, UNITED
     STATES CODE, THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF
21   THE STENOGRAPHICALLY RECORDED PROCEEDINGS HELD IN THE ABOVE-
     ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS IN
22   CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL CONFERENCE OF
     THE UNITED STATES.
23

24   _____              2-13-08
     THERESA A. LANZA, CSR, RPR                DATE
25   FEDERAL OFFICIAL COURT REPORTER

                    EXHIBIT    30

FEBRUARY 4, 2008   PAGE _____ 212        ED CV 04-9059-SGL

# EXHIBIT 31

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

<table>
<tr>
<td><u>NEW YORK</u><br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>(212) 849-7000<br>Facsimile: (212) 849-7100</td>
<td><u>LOS ANGELES</u><br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>(213) 443-3000<br>Facsimile: (213) 443-3100</td>
<td><u>SAN FRANCISCO</u><br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>(415) 875-6600<br>Facsimile: (415) 875-6700</td>
</tr>
</table>

<u>SILICON VALLEY</u>
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

## LOS ANGELES OFFICE
# FACSIMILE TRANSMISSION

**DATE:**   March 7, 2008          **NUMBER OF PAGES, INCLUDING COVER: 3**

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Maria G. Diaz<br>**Allred, Maroko & Goldberg** | (323) 653-6530 | (323) 653-1660 |
| Marcus M. Mumford<br>**Skadden, Arps, Slate, Meagher & Flom, LLP** | (213) 687-5000 | (213) 687-5600 |
| Christian Dowell, Esq.<br>**Keats McFarland & Wilson LLP** | (310) 248-3830 | (310) 860-0363 |

**FROM:**   James J. Webster

**RE:**   Mattel v. Bryant, et al.

**MESSAGE:**

Please see attached.

MAR 0 7 2008

EXHIBIT _31_

PAGE _213_

07209/2427333.1

| CLIENT # | 7209 | ROUTE/<br>RETURN TO: | Yalonda J. Dekle | ☒ CONFIRM FAX<br>☒ INCLUDE CONF. REPORT |
|---|---|---|---|---|
| OPERATOR: | Priscilla | | CONFIRMED?  ☐ NO  ☐ YES: ___ | |

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

**IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE.**

# Group Send Report

```
Page       : 001
Date & Time: 03-07-2008   13:47
Line 1     : 2134493100
Line 2     :
Machine ID : QUINN EMANUEL
```

Job number          :   048

Date                :   03-07  13:44

Number of pages     :   003

Start time          :   03-07  13:44

End time            :   03-07  13:47

Successful nbrs.

    Fax numbers

      ☎1*13236531660
      ☎1*12136875600
      ☎1*13108600363

Unsuccessful nbrs.                                    Pages sent

EXHIBIT __31__

PAGE __214__

j  ob number      :  046                    *** SEND SUCCESSFUL ***

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

**NEW YORK**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

**LOS ANGELES**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

**SAN FRANCISCO**
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

**SILICON VALLEY**
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

## LOS ANGELES OFFICE
## FACSIMILE TRANSMISSION

DATE:      March 7, 2008                    NUMBER OF PAGES, INCLUDING COVER: 3

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Maria G. Diaz<br>Allred, Maroko & Goldberg | (323) 653-6530 | (323) 653-1660 |
| Marcus M. Mumford<br>Skadden, Arps, Slate, Meagher & Flom, LLP | (213) 687-5000 | (213) 687-5600 |
| Christian Dowell, Esq.<br>Keats McFarland & Wilson LLP | (310) 248-3830 | (310) 860-0363 |

FROM:      James J. Webster

RE:      Mattel v. Bryant, et al.

MESSAGE:

Please see attached.

07209/2437133.1

| CLIENT # | 7209 | ROUTE/<br>RETURN TO: | Yolanda J. Delde | ☒ CONFIRM FAX<br>☒ INCLUDE CONF. REPORT |
|---|---|---|---|---|
| OPERATOR: | Priscilla | CONFIRMED? | ☐ No  ☐ Yes | |

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE.

EXHIBIT   31

PAGE   215

# quinn emanuel trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

March 5, 2008

<u>VIA FACSIMILE AND U.S. MAIL</u>

Marcus M. Mumford, Esq.                          Maria G. Diaz, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP          Allred, Maroko & Goldberg
300 South Grand Avenue, Suite 3400                6300 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90071                             Los Angeles, California 90048

Christian Dowell, Esq.
Keats McFarland & Wilson LLP
9720 Wilshire Blvd.
Penthouse Suite
Beverly Hills, CA 90212

<u>Mattel v. Bryant, Evidence Provided by Ana Cabrera</u>

Dear Counsel:

Following the March 3, 2008 inspection of the boxes of evidence provided by Ana Cabrera, Mattel has not received any indication that any other parties are asserting, or even intend to assert, any ownership claims as any of the contents of the boxes. The personal materials that Ms. Cabrera requested be returned to her thus far have been returned. Although some suggestion has been made that Mattel is not entitled to possession of the contents of the boxes, we have not been provided with any authority that suggests that Mattel, having received the materials from Ms. Cabrera voluntarily, is not entitled to maintain them in its possession for use in discovery in this action.

EXHIBIT _____31_____

PAGE _____216_____

## quinn emanuel urquhart oliver & hedges, llp

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100

07209/2425319.1

As I explained at the inspection, Mattel intends to proceed with its investigation regarding the contents of the boxes.  This will include having an expert reconstruct the drawings that were contained in the box labeled number six.  If you wish to observe this process, please let me know and Mattel can make arrangements as appropriate. Please provide me with your response in the next day.

Further, please be aware that some of the documents or materials in these boxes may be used at the deposition of Ana Cabrera.  Your clients have notice of the materials and documents that may be used based on the videotaping of the inspections that have taken place, and the copy of the photographs and videotape of the same that has been produced by Mattel.

If you have any questions, please do not hesitate to call.

Very truly yours,

*James Webster* (CSN)

James J. Webster

JJW:csn
07209/2425319.1

EXHIBIT 3/
PAGE 2/7

# EXHIBIT 32

*Law Offices*

### ALLRED, MAROKO & GOLDBERG
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS

NATHAN GOLDBERG*
MICHAEL MAROKO*
GLORIA R. ALLRED*
JOHN S. WEST
DOLORES Y. LEAL
R. TOMÁS OLMOS
RENÉE MOCHKATEL
MARGERY N. SOMERS
MARÍA G. DÍAZ

*A PROFESSIONAL CORPORATION

6300 WILSHIRE BOULEVARD
SUITE 1500
LOS ANGELES, CALIFORNIA 90048
(323) 653-6530
FAX (323) 653-1660
www.amglaw.com

March 10, 2008

### *VIA FACSIMILE ONLY*

James J. Webster, Esq.
QUINN EMANUEL URQUHART OLIVER & HEDGES
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017

### Re:   Mattel v. Bryant, et al. - Ana Cabrera, Beatriz Morales

Dear Mr. Webster:

I am responding to your letter of Friday, March 7, 2008, as it contains several inaccuracies. First, Mattel did not receive the boxes "voluntarily" from Ms. Cabrera. It is our position that the burden is on Mattel to provide authority that they are entitled to enter an employee's home under the circumstances of this case and take property therein. We have not received any authority from you to date. I assume that you have such authority and once again request that you provide it.

Second, Ms. Cabrera has not at any time waived her possessory rights to any or all of the contents of the boxes. In fact, I have advised repeatedly including at the March 3, 2008 inspection meeting that Ms. Cabrera is not waiving her rights to the items in the boxes. Rather given the nature of the claims in this matter, we are concerned that the Parties may accuse our clients of evidence tampering and/or spoliation in the event we obtain physical custody of the boxes at this time. In fact, it is unclear at this point, whether the boxes have or have not been tampered with since they were taken from Ms. Cabrera's home. Putting those issues aside, please be advised once again that Ms. Cabrera reserves all rights to the contents of the boxes taken from her home by Mattel.

EXHIBIT __32__

PAGE __218__

James J. Webster, Esq.
March 10, 2008
Page 2


      Third, if Ms. Cabrera is ordered to appear for deposition, I will meet and confer with you on the parameters of the deposition pertaining to the use of any of these items.

Very truly yours,

ALLRED, MAROKO & GOLDBERG

MARÍA G. DÍAZ


MGD:jp
cc:    Ana Cabrera
       Beatriz Morales
       Marcus M. Mumford, Esq.
       Christian Dowell, Esq.


EXHIBIT _32_
PAGE _219_

# EXHIBIT 33

Mar-07-2008  05:29pm  From-SASME                    2139975900          T-450  P.001/003  F-043

# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

300 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-3144

TELEPHONE NO.: (213) 687-5000
FACSIMILE NO.: (213) 687-5600

EMAIL: mmumford@skadden.com

## FACSIMILE TRANSMITTAL SHEET

FROM: Marcus Mumford

DIRECT DIAL: (213) 687-5514

DIRECT FACSIMILE: (213) 621-5514

DATE: March 7, 2008

FLOOR/OFFICE NO.: 36

THIS FACSIMILE IS INTENDED ONLY FOR USE OF THE ADDRESSEE(S) NAMED HEREIN AND MAY CONTAIN LEGALLY PRIVILEGED AND/OR CONFIDENTIAL INFORMATION. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS FACSIMILE, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS FACSIMILE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS FACSIMILE IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL FACSIMILE TO US AT THE ADDRESS ABOVE VIA THE LOCAL POSTAL SERVICE. WE WILL REIMBURSE ANY COSTS YOU INCUR IN NOTIFYING US AND RETURNING THE FACSIMILE TO US.

IF THIS TRANSMISSION IS UNCLEAR OR INCOMPLETE, PLEASE CONTACT THE FACSIMILE DEPARTMENT AT (213) 687-5443.
WHEN TRANSMITTING TO OUR MACHINES, PLEASE INCLUDE YOUR COVER SHEET AND NUMBER ALL PAGES CONSECUTIVELY.

TOTAL NUMBER OF PAGES INCLUDING COVER(S):   3

PLEASE DELIVER THE FOLLOWING PAGE(S) TO:

| | | |
|---|---|---|
| 1. | NAME: James J. Webster, Esq.. | FIRM: Quinn Emanuel Urquhart, etc. |
| | CITY: Los Angeles | TELEPHONE NO.: (213) 443-3000 |
| | FACSIMILE NO.: (213) 443-3100 | |
| 2. | NAME: Christa M. Anderson, Esq. | FIRM: Keker & Van Nest, LLP |
| | CITY: | TELEPHONE NO.: (415) 391-5400 |
| | FACSIMILE NO.: (415) 397-7188 | |
| 3. | NAME: Christian C. Dowell, Esq. | FIRM: KEATS, McFARLAND & WILSON, LLP |
| | CITY: | TELEPHONE NO.: (310) 248-3830 |
| | FACSIMILE NO.: (310) 860-0363 | |
| 3 | | |
| 2. | NAME: Maria G. Diaz, Esq. | FIRM: ALLRED, MAROKO & GOLDBERG |
| | CITY: | TELEPHONE NO.: (323) 653-6530 |
| | FACSIMILE NO.: (323) 653-1660 | |
| 3 | | |

MESSAGE:  Please see attached letter.

EXHIBIT 33
PAGE 220

497674.01-Los Angeles Server 1A - MSW

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

300 SOUTH GRAND AVENUE

LOS ANGELES, CALIFORNIA 90071-3144

TEL: (213) 687-5000
FAX: (213) 687-5600
www.skadden.com

DIRECT DIAL
(213) 687-5514
DIRECT FAX
(213) 621-5514
EMAIL ADDRESS
MMUMFORD@SKADDEN.COM

FIRM/AFFILIATE OFFICES
BOSTON
CHICAGO
HOUSTON
NEW YORK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
—
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

March 7, 2008

VIA FACSIMILE

James J. Webster, Esq.
Quinn, Emanuel, Urquhart, Oliver & Hedges, LLP
865 South Figueroa St., 10th Floor
Los Angeles, CA 90017

RE:   *Mattel, Inc. v. Bryant*

Dear James:

I write in response to your letter earlier today. At the March 3 inspection, you refused to discuss the origins and status of the Cabrera boxes, so I requested that you state Mattel's position in writing as to why you are entitled to keep the boxes in your possession. Ms. Diaz was going to consult with her client and respond to the authority that you were going to provide. Your letter attempts to turn that process on its head. And it is not enough for you to assert again that the boxes were "voluntarily" provided to Mattel by Ms. Cabrera. We have previously cited to the transcript of Ms. Cabrera's interrogation which clearly indicates that was not the case. Your letter does not address that issue or provide any authority for your position.

Further, contrary to your letter, you had indicated on Monday that the boxes would be left undisturbed pending a resolution of the ownership issue. We object to any effort by Mattel to have an expert "reconstruct" drawings contained in those boxes while that issue remains unresolved. Additionally, as you know, Mattel has previously articulated its position with respect to expert testing, and it must therefore abide by it. Before any expert analysis may proceed, Mattel must, at minimum: (1) send a request in writing explaining the precise nature of the proposed "reconstruct[ion]" of drawings; (2) identify the expert who will perform it; and (3) allow sufficient time for the parties to arrange for their own expert to observe. Your proposal does none of the above and, thus, is improper.

Finally, as you know, any discussions concerning a deposition of Ms. Cabrera are premature. We will cross that bridge if and when we come to it. Please

EXHIBIT ___33___

PAGE ___221___

Mar-07-2009  05:28pm    From-SASMF                    2138075600          T-450   P.003/003   F-043

James J. Webster, Esq.
March 7, 2008
Page 2


let me know if I can be of any further assistance in this matter.


                              Sincerely,

                              Marcus R. Mumford


cc:    Maria G. Diaz, Esq.
       Christian C. Dowell, Esq.
       Christa M. Anderson, Esq.


                    EXHIBIT    33
                    PAGE      222

The attached fax was received from 2136875600 on 3/7/2008 at 5:28:32 PM

JobID: 099409

EXHIBIT _33_

PAGE _223_

# EXHIBIT 34

**Cyrus Naim**

| | |
|---|---|
| **From:** | Cyrus Naim |
| **Sent:** | Tuesday, March 25, 2008 8:39 PM |
| **To:** | 'Mumford, Marcus R'; 'Matthew Werdegar' |
| **Cc:** | James Webster |
| **Subject:** | Stipulation regarding Reconstruction of Documents |
| **Attachments:** | 2446567_Proposed Order re Stip re Cabrera Reconstruction (2).DOC; 2446497_Stip re Cabrera Reconstruction (2).DOC |

Dear Cousel:

Please see the attached proposed stipulation as referenced in Mr. Webster's email this evening.  It is also being faxed to Ms. Diaz, as we do not have her email address.

Thank you,

Cyrus Naim
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Direct: (213) 443-3559
Main Phone: (213) 443-3000
Main Fax:  (213) 443-3100
E-mail:  cyrusnaim@quinnemanuel.com
Web:  www.quinnemanuel.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above.  This message may be an attorney-client communication and/or work product and as such is privileged and confidential.  If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited.  If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

EXHIBIT  34

PAGE  224

3/27/2008

1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   John B. Quinn (Bar No. 090378)
2  johnquinn@quinnemanuel.com
   Michael T. Zeller (Bar No. 196417)
3  (michaelzeller@quinnemanuel.com)
   Jon D. Corey (Bar No. 185066)
4  (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
6  Facsimile: (213) 443-3100

7

8  Attorneys for Mattel, Inc.

9              UNITED STATES DISTRICT COURT

10            CENTRAL DISTRICT OF CALIFORNIA

11                   EASTERN DIVISION

12 | CARTER BRYANT, an individual, | Case No. CV 04-09049 SGL (RNBx)

13 |          Plaintiff,            | Consolidated with
                                    | Case No. CV 04-09059
14 |          vs.                   | Case No. CV 05-02727

15 | MATTEL, INC., a Delaware       | Hon. Stephen G. Larson
   | corporation,
16 |                               | STIPULATION RE: EXPERT
   |          Defendant.           | RECONSTRUCTION OF
17 |                               | DOCUMENTS PROVIDED BY
   |                               | ANA CABRERA;
18 |——————————————————————————————|
   | AND CONSOLIDATED CASES        | [[Proposed] Order filed concurrently
19 |                               | herewith]

20                                   **Phase 1:**
21                                   Discovery Cut-off:    January 28, 2008
                                     Pre-trial Conference: May 5, 2008
22                                   Trial Date:           May 27, 2008

23

24

25

26

27         EXHIBIT __34__

28         PAGE __225__

07209/2446497.1

STIPULATION RE: EXPERT RECONSTRUCTION OF DOCUMENTS PROVIDED BY ANA CABRERA

## **STIPULATION**

WHEREAS, Mattel, Inc. ("Mattel") has in its possession certain documents that it received from Ana Cabrera; and

WHEREAS, these documents are currently torn into multiple pieces; and

WHEREAS, Mattel wishes to conduct non-destructive expert testing upon the documents.

NOW, THEREFORE, Ms. Cabrera, MGA and defendant Carter Bryant and Mattel agree as follows, subject to the Court's approval:

1.    Mattel will send its expert, Lloyd Cunningham, those torn-up documents provided to it by Ana Cabrera.  Mr. Cunningham will engage in the following procedure:

2.    Mr. Cunningham will first lay out each piece of a document as flat as possible.  For documents that are somewhat crumpled, he will straighten them by placing them in between two sheets of glass or transparent plastic.

3.    Mr. Cunningham will inspect the edges of each paper, and match those edges as precisely as possible.

4.    Mr. Cunningham will connect the papers at their torn edges using liftable tape, that can hold the documents together, but is easily removed without damaging the underlying documents.

5.    Mr. Cunningham will then make a high quality reproduction of the complete documents.

6.    If Mr. Cunningham recommends that a form of destructive testing (that is, any testing that would alter the documents' inherent physical status) be conducted, the following procedure shall be used.  First, Mattel will send a request in writing to Bryant and MGA explaining what test or tests would be conducted. Then Bryant, MGA, and Ana Cabrera will have five (5) Court days to object, in

EXHIBIT ___34___

PAGE ___2 2 0___

1  which case the parties must meet and confer and, within three (3) more Court days,

2  file a joint statement with Judge Infante to seek resolution of the dispute. Bryant

3  and MGA may also elect to have their own experts attend for any destructive testing

4  being done, so long as they make this election in writing to Mattel within the five-

5  Court-day objection period, and so long as the testing can take place within ten (10)

6  Court days of the original request. If Bryant's or MGA's expert, while he or she is

7  observing the examination or destructive testing, raises any issues about testing

8  being done or any other aspects of the expert's or experts' process, the parties will

9  seek immediate resolution from this Court so that the sampling, testing or other

10 activity will not be delayed. If Bryant's counsel or MGA's counsel does not object

11 or seek attendance by its expert within five days of the request, the proposed

12 destructive testing shall be deemed as unobjectionable and may be carried out

13 without further delay.

14      7.      Except for reconstruction as set forth above, the documents shall be

15 kept in the same condition in which they were received.

16          IT IS SO STIPULATED.

17

18 DATED: March __, 2008          ALLRED, MAROKO & GOLDBERG

19

20                                By_____

21                                   Maria Diaz
                                     Attorneys for Ana Cabrera and Beatriz
22                                   Morales

23

24

25

26    EXHIBIT _34_

27    PAGE _227_

28

07209/2446497.1

-3-

STIPULATION RE: EXPERT RECONSTRUCTION OF DOCUMENTS PROVIDED BY ANA CABRERA

1    DATED: March ___, 2008      QUINN EMANUEL URQUHART OLIVER &
2                                    HEDGES, LLP

3

4                                  By_____

5                                       James J. Webster
                                      Attorneys for Mattel, Inc.

6    DATED: March ___, 2008      SKADDEN, ARPS, SLATE, MEAGHER &
7                                    FLOM, LLP

8

9                                  By_____

10                                   Marcus Mumford
                                  Attorneys for MGA Entertainment, Inc.,
11                                   MGAE de Mexico, S.R.L. de C.V., MGA
                                  Entertainment (HK) Limited, and Isaac
12                                   Larian

13

14    DATED: March ___, 2008      KEKER & VAN NEST, LLP

15

16

17                                  By_____

18                                   Michael Page
                                  Attorneys for Carter Bryant

19

20

21

22

23

24

25

26                       EXHIBIT ___34/___

27                       PAGE ___228___

28                                    -4-

STIPULATION RE: EXPERT RECONSTRUCTION OF DOCUMENTS PROVIDED BY ANA CABRERA

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | Case No. CV 04-09049 SGL (RNBx) |
| Plaintiff, | |
| vs. | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
| MATTEL, INC., a Delaware corporation, | Hon. Stephen G. Larson |
| Defendant. | [PROPOSED] ORDER ON STIPULATION RE: EXPERT RECONSTRUCTION OF DOCUMENTS PROVIDED BY ANA CABRERA |
| AND CONSOLIDATED CASES | |
| | **Phase 1:**<br>Discovery Cut-off:  January 28, 2008<br>Pre-trial Conference:  May 5, 2008<br>Trial Date:  May 27, 2008 |

EXHIBIT ___34/___

PAGE ___229___

07209/2446567.1

[PROPOSED] ORDER ON STIPULATION RE: EXPERT RECONSTRUCTION OF DOCUMENTS PROVIDED BY ANA CABRERA

# [PROPOSED] ORDER

The parties and Ana Cabrera and Beatriz Morales having so stipulated, and finding good cause hereto, IT IS HEREBY ORDERED THAT:

1.    Mattel will send its expert, Lloyd Cunningham, those torn-up documents provided to it by Ana Cabrera. Mr. Cunningham will engage in the following procedure:

2.    Mr. Cunningham will first lay out each piece of a document as flat as possible. For documents that are somewhat crumpled, he will straighten them by placing them in between two sheets of glass or transparent plastic.

3.    Mr. Cunningham will inspect the edges of each paper, and match those edges as precisely as possible.

4.    Mr. Cunningham will connect the papers at their torn edges using liftable tape, that can hold the documents together, but is easily removed without damaging the underlying documents.

5.    Mr. Cunningham will then make a high quality reproduction of the complete documents.

6.    If Mr. Cunningham recommends that a form of destructive testing (that is, any testing that would alter the documents' inherent physical status) be conducted, the following procedure shall be used. First, Mattel will send a request in writing to Bryant and MGA explaining what test or tests would be conducted. Then Bryant, MGA, and Ana Cabrera will have five (5) Court days to object, in which case the parties must meet and confer and, within three (3) more Court days, file a joint statement with Judge Infante to seek resolution of the dispute. Bryant and MGA may also elect to have their own experts attend for any destructive testing being done, so long as they make this election in writing to Mattel within the five-Court-day objection period, and so long as the testing can take place within ten (10) Court days of the original request. If Bryant's or MGA's expert, while he or she is

-2-
[PROPOSED] ORDER ON STIPULATION RE: EXPERT RECONSTRUCTION OF DOCUMENTS PROVIDED BY ANA CABRERA

EXHIBIT ___54___

PAGE ___230___

1  observing the examination or destructive testing, raises any issues about testing
2  being done or any other aspects of the expert's or experts' process, the parties will
3  seek immediate resolution from this Court so that the sampling, testing or other
4  activity will not be delayed.  If Bryant's counsel or MGA's counsel does not object
5  or seek attendance by its expert within five days of the request, the proposed
6  destructive testing shall be deemed as unobjectionable and may be carried out
7  without further delay.

8       7.     Except for reconstruction as set forth above, the documents shall be
9  kept in the same condition in which they were received.

10

11  DATED: _____

12

13                                    _____
14                                    Hon. Stephen G. Larson
                                      United States District Judge
15

16

17

18

19

20

21

22

23

24

25       EXHIBIT  3/
26       PAGE  23/
27

28

-3-
[PROPOSED] ORDER ON STIPULATION RE: EXPERT RECONSTRUCTION OF DOCUMENTS PROVIDED BY ANA CABRERA

07209/2446567.1

# EXHIBIT 35

**Yalonda Dekle**

| | |
|---|---|
| **From:** | Mumford, Marcus R [Marcus.Mumford@skadden.com] |
| **Sent:** | Tuesday, March 25, 2008 11:00 PM |
| **To:** | James Webster; Matthew Werdegar |
| **Cc:** | Cyrus Naim |
| **Subject:** | RE: Letter re Ex Parte.pdf - Adobe Reader |

James,

First, if you are going to starting making serial "next day" demands, we are going to insist on reciprocity from your side. As you know, there are a number of pressing matters in this case. And there are a number of outstanding discovery issues where we have been waiting for weeks for a response from your side.

We will consider your proposed stipulation concerning expert testing and respond as soon as we can. As an initial matter, please consider how you would propose to address in the stipulation the threshold issue here which is whether Mattel should benefit from its unlawful actions and remain in possession of these materials seized from Ms. Cabrera's house, outside of the discovery process and over her objections, to begin with. I understand that Mattel continues to insist that these materials were voluntarily "provided" to Mattel by Ms. Cabrera. As I pointed out earlier this evening, that issue is one of those presently before the Court in our motion for an evidentiary hearing to determine the appropriate sanctions against Mattel for witness tampering. A resolution of that motion would clarify these matters tremendously. I understand your response is due next Monday and the hearing is scheduled for April 14. If you would like to try and accelerate the briefing schedule and hearing date for that motion, we are amenable to consider a joint stipulation and application to the Court.

To your other point, we appreciate the urgency of the trial date. In fact, we have been pressing that very point for months only to face a number of obstructions from your side in our efforts to obtain necessary discovery for trial. What you have not addressed is why the matter you raise now is more urgent than all of the other discovery matters we have pending before the Discovery Master. For instance, we currently have pending before the Discovery Master matters that go to the heart of this case, and that we have been pursuing for over a year in some instances. To date, all sides have been working on a way to get these matters heard as soon as possible in a fair and orderly manner. What you have not established is why this dispute falls outside that process. If indeed Mattel does not now intend to honor the parties' cooperative scheme of getting matters heard by the Discovery Master, please advise so that we may consider alternative strategies in our own trial prep.
-Marcus

Marcus R. Mumford
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue | Los Angeles | California | 90071-3144
T: 213.687.5514 | F: 213.621.5514
mmumford@skadden.com

---

**From:** James Webster [mailto:jameswebster@quinnemanuel.com]
**Sent:** Tuesday, March 25, 2008 6:35 PM
**To:** Mumford, Marcus R (LAC); 'Matthew Werdegar'
**Cc:** Cyrus Naim
**Subject:** Letter re Ex Parte.pdf - Adobe Reader

Marcus -

The letter was faxed to you - a further copy is attached.

We acknowledge your position that the depositions should not proceed. We have made repeated showings for the need for the depositions; your repeated motions to quash have been denied. We disagree that your filing a motion "moots" an order for the depositions to proceed. To the extent you suggest this is not an urgent issue, given we are nearing the eve of trial, we respectfully disagree.

In relation to Ms. Diaz assertions they were addressed in our March 20, 2008 letter on which you were copied.

Finally we send you a proposed stipulation by tomorrow morning with a protocol for expert testing as you request.

EXHIBIT ___35___

PAGE ___232___

3/27/2008

Please let us know by tomorrow if you will so stipulate.

-------------------------------------------------------------------------
************************************************** To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.
**************************************************
************************************************** This email and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original copy and any copy of any email, and any printout thereof. Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.
**************************************************

EXHIBIT __35__

PAGE __033__

3/27/2008