# EXHIBIT 57

**Cyrus Naim**

**From:** Michael T Zeller
**Sent:** Wednesday, April 02, 2008 11:51 AM
**To:** 'Maria Diaz'; Cyrus Naim; 'Marcus.Mumford@skadden.com'; 'MWerdegar@kvn.com'
**Cc:** James Webster; 'Josie Pena'
**Subject:** RE: Mattel v. Bryant, Stipulations regarding Ana Cabrera and Beatriz Morales

Then we look forward to your returning the signed stipulation ensuring their attendance on those dates.

Michael T. Zeller
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Direct: (213) 443-3180
Main Phone: (213) 443-3000
Main Fax: (213) 443-3100
E-mail: michaelzeller@quinnemanuel.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

-----Original Message-----
From: Maria Diaz [mailto:MDiaz@amglaw.com]
Sent: Wednesday, April 02, 2008 11:45 AM
To: Michael T Zeller; Cyrus Naim; Marcus.Mumford@skadden.com; MWerdegar@kvn.com
Cc: James Webster; Josie Pena
Subject: RE: Mattel v. Bryant, Stipulations regarding Ana Cabrera and Beatriz Morales

Dear Mr. Zeller:

I have no interest in continuing to engage your firm in these uncivil accusations. Clearly, you are incorrect since I gave you dates that according to you do not work for MGA or whomever. Let me be absolutely clear: I will produce my clients for deposition on the dates provided. Please be advised that I am only going to produce my clients once and whatever wrangling you and the parties need to do to set a date is your decision. I am sure you understand that my clients' time and my time are just as valuable as yours.

I continue to await confirmation of deposition dates.

María G. Díaz, Esq.
ALLRED, MAROKO & GOLDBERG
6300 Wilshire Blvd. Ste 1500
Los Angeles, CA. 90048
(323) 653-6530
Fax: (323) 653-1660
mdiaz@amglaw.com

The information contained in this e-mail is confidential and may also be attorney-client privileged and/or constitute attorney work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended



EXHIBIT 57

PAGE 399

recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the e-mail in error, please delete the original message, including any copies, traces or saved electronic "recycle bin" or "trash" data forthwith.

-----Original Message-----
From: Michael T Zeller [mailto:michaelzeller@quinnemanuel.com]
Sent: Tuesday, April 01, 2008 12:01 PM
To: Maria Diaz; Cyrus Naim; 'Marcus.Mumford@skadden.com'; 'MWerdegar@kvn.com'
Cc: James Webster; Josie Pena
Subject: RE: Mattel v. Bryant, Stipulations regarding Ana Cabrera and Beatriz Morales

Your accusations miss the mark, and your coordination with your co-counsel who act for MGA is obvious to all. I take it that, when stripped of its verbiage, your answer is that you in fact are not even promising to have your clients show up unless MGA blesses it. If I'm wrong, please so say.

-----Original Message-----
From: Maria Diaz [mailto:MDiaz@amglaw.com]
Sent: Tuesday, April 01, 2008 11:57 AM
To: Michael T Zeller; Cyrus Naim; Marcus.Mumford@skadden.com; MWerdegar@kvn.com
Cc: James Webster; Josie Pena
Subject: RE: Mattel v. Bryant, Stipulations regarding Ana Cabrera and Beatriz Morales

Dear Mr. Zeller:

You are well aware that we are not co-counseling this case with anyone. My clients are not parties to this case. I will remind you that there was a pending Motion to Quash before the Court and thus it was appropriate to obtain a ruling as I previously explained repeatedly to all parties. I told you that I would provide you with dates upon a ruling and I have done so.

Since it appears that the parties continue to engage in extensive disagreement about if and when these depositions should take place, I suggest that you and the other parties meet and confer on dates and let me know the dates you have agreed upon. I will make efforts to accommodate those dates if they are different that the ones I provided. If you need to seek court intervention, then do so. I have, however, provided dates to all parties and have not received confirmation from anyone. I have received only additional demands and conditions that are wholly unnecessary. My clients have been used sufficiently by all parties in this case; everyone in this case has literally gotten rich off the back of my clients.

Again, I have given all the parties dates, and if these do not work, then provide alternate dates amenable to everyone once you have determined these dates amongst yourselves.

María G. Díaz, Esq.
ALLRED, MAROKO & GOLDBERG
6300 Wilshire Blvd. Ste 1500
Los Angeles, CA. 90048
(323) 653-6530
Fax: (323) 653-1660
mdiaz@amglaw.com

The information contained in this e-mail is confidential and may also be attorney-client privileged and/or constitute attorney work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the e-mail in error, please delete the original message, including any copies, traces or saved electronic "recycle bin" or "trash" data forthwith.

-----Original Message-----

From: Michael T Zeller [mailto:michaelzeller@quinnemanuel.com]
Sent: Tuesday, April 01, 2008 11:27 AM
To: Maria Diaz; Cyrus Naim; 'Marcus.Mumford@skadden.com'; 'MWerdegar@kvn.com'
Cc: James Webster; Josie Pena
Subject: Re: Mattel v. Bryant, Stipulations regarding Ana Cabrera and Beatriz Morales

Ms. Diaz, your clients already have defied their obligations to attend deposition, and your refusal to stipulate to ensure that they will actually appear speaks for itself. This is compounded by the fact that your co-counsel representing MGA has taken the position that the depositions will not be proceeding at those or any other times. Please let us know how your representations that they will appear on those dates in April square with your co-counsel's position. Will your clients appear regardless? After all, you previously relied on the motion to quash, which has since been rejected, as an excuse for non-appearance. Please let us know.

Michael Zeller
Quinn, Emanuel, Urquhart, Oliver & Hedges, LLP
865 South Figueroa Street, 3rd Floor
Los Angeles, CA 90017

Direct: (213) 443-3180
Main Phone: (213) 443-3000
Main Fax: (213) 443-3100

E-mail: michaelzeller@quinnemanuel.com
Web: www.quinnemanuel.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

----- Original Message -----
From: Maria Diaz <MDiaz@amglaw.com>
To: Cyrus Naim; Mumford, Marcus R <Marcus.Mumford@skadden.com>; Matthew Werdegar <MWerdegar@kvn.com>
Cc: James Webster; Michael T Zeller; Josie Pena <jdiaz@amglaw.com>
Sent: Tue Apr 01 11:14:07 2008
Subject: RE: Mattel v. Bryant, Stipulations regarding Ana Cabrera and Beatriz Morales

Dear Mr. Naim,

I do not require a stipulation to produce my clients for deposition. Your clients are the ones demanding it to proceed with the deposition. I have provided you with dates and am awaiting confirmation from you regarding those dates. I am unaware of any legal authority requiring we enter into any stipulation and I was merely attempting to cooperate with you in that regard, but you are unwilling to do so. Accordingly, this will serve to reiterate that I have offered you dates for the depositions of Ms. Cabrera and Ms. Morales and you have not agreed to any of those dates.

Please be further advised that I am out of the office all week in depositions.

María G. Díaz, Esq.

ALLRED, MAROKO & GOLDBERG

6300 Wilshire Blvd. Ste 1500

Los Angeles, CA. 90048

(323) 653-6530

Fax: (323) 653-1660

mdiaz@amglaw.com <mailto:mdiaz@amglaw.com>

The information contained in this e-mail is confidential and may also be attorney-client privileged and/or constitute attorney work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the e-mail in error, please delete the original message, including any copies, traces or saved electronic "recycle bin" or "trash" data forthwith.

From: Cyrus Naim [mailto:cyrusnaim@quinnemanuel.com]
Sent: Monday, March 31, 2008 8:18 PM
To: Maria Diaz; 'Mumford, Marcus R'; 'Matthew Werdegar'
Cc: James Webster; Michael T Zeller
Subject: Mattel v. Bryant, Stipulations regarding Ana Cabrera and Beatriz Morales

Dear Ms. Diaz:

We have considered your additions to the two stipulations regarding the depositions of your clients, and reconstruction of torn documents provided by Ms. Cabrera. As to the matter of reconstruction, Mattel is willing to accept the addition of language disclaiming the future involvement of your clients, and has added that language to the attached stipulation. If this stipulation meets with your acceptance, please sign and return to us by Friday, April 4, 2008.

As to the matter of the stipulation regarding the depositions of your clients, however, Mattel cannot agree to your terms. As you know, deposition testimony may already be deemed confidential under the Protective Order in this case, which I attach for your convenience. Mattel would have no objection to designation of the depositions of your clients as confidential pursuant to that Order. There is no basis, however, for any restrictions on the use of the depositions that are over and above those laid out in the Protective Order. As you are not willing to sign a stipulation requiring your clients to appear for deposition without this language, Mattel will seek an order from the Discovery Master setting dates for these depositions. If you are indeed willing to sign a stipulation without the addition of this language, please let me know immediately.

Thank you,

Cyrus Naim



EXHIBIT 57

PAGE 402

Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Direct: (213) 443-3559
Main Phone: (213) 443-3000
Main Fax: (213) 443-3100
E-mail: cyrusnaim@quinnemanuel.com <mailto:cyrusnaim@quinnemanuel.com>
Web: www.quinnemanuel.com <http://www.quinnemanuel.com/>

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.



EXHIBIT 57

PAGE 403

# EXHIBIT 58

**Cyrus Naim**

**From:** Maria Diaz [MDiaz@amglaw.com]
**Sent:** Wednesday, April 02, 2008 11:56 AM
**To:** Michael T Zeller; Cyrus Naim; Marcus.Mumford@skadden.com; MWerdegar@kvn.com
**Cc:** James Webster; Josie Pena
**Subject:** RE: Mattel v. Bryant, Stipulations regarding Ana Cabrera and Beatriz Morales

Dear Mr. Zeller:

Apparently, my last communications were not clear to you. I am not signing any stipulation regarding attendance of my clients at depositions unless you provide me with legal authority requiring me to do so. At this point, I suggest that if my cooperative efforts to work with you are not satisfactory, that you raise it with the Court and give me notice of the same.

María G. Díaz, Esq.
ALLRED, MAROKO & GOLDBERG
6300 Wilshire Blvd. Ste 1500
Los Angeles, CA. 90048
(323) 653-6530
Fax: (323) 653-1660
mdiaz@amglaw.com

-----Original Message-----
From: Michael T Zeller [mailto:michaelzeller@quinnemanuel.com]
Sent: Wednesday, April 02, 2008 11:51 AM
To: Maria Diaz; Cyrus Naim; 'Marcus.Mumford@skadden.com'; 'MWerdegar@kvn.com'
Cc: James Webster; Josie Pena
Subject: RE: Mattel v. Bryant, Stipulations regarding Ana Cabrera and Beatriz Morales

Then we look forward to your returning the signed stipulation ensuring their attendance on those dates.

Michael T. Zeller
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Direct: (213) 443-3180
Main Phone: (213) 443-3000
Main Fax: (213) 443-3100
E-mail: michaelzeller@quinnemanuel.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

-----Original Message-----
From: Maria Diaz [mailto:MDiaz@amglaw.com]
Sent: Wednesday, April 02, 2008 11:45 AM
To: Michael T Zeller; Cyrus Naim; Marcus.Mumford@skadden.com; MWerdegar@kvn.com
Cc: James Webster; Josie Pena
Subject: RE: Mattel v. Bryant, Stipulations regarding Ana Cabrera and Beatriz Morales

Dear Mr. Zeller:



EXHIBIT 58

PAGE 404

I have no interest in continuing to engage your firm in these uncivil accusations. Clearly, you are incorrect since I gave you dates that according to you do not work for MGA or whomever. Let me be absolutely clear: I will produce my clients for deposition on the dates provided. Please be advised that I am only going to produce my clients once and whatever wrangling you and the parties need to do to set a date is your decision. I am sure you understand that my clients' time and my time are just as valuable as yours.

I continue to await confirmation of deposition dates.

María G. Díaz, Esq.
ALLRED, MAROKO & GOLDBERG
6300 Wilshire Blvd. Ste 1500
Los Angeles, CA. 90048
(323) 653-6530
Fax: (323) 653-1660
mdiaz@amglaw.com

The information contained in this e-mail is confidential and may also be attorney-client privileged and/or constitute attorney work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the e-mail in error, please delete the original message, including any copies, traces or saved electronic "recycle bin" or "trash" data forthwith.

-----Original Message-----
From: Michael T Zeller [mailto:michaelzeller@quinnemanuel.com]
Sent: Tuesday, April 01, 2008 12:01 PM
To: Maria Diaz; Cyrus Naim; 'Marcus.Mumford@skadden.com'; 'MWerdegar@kvn.com'
Cc: James Webster; Josie Pena
Subject: RE: Mattel v. Bryant, Stipulations regarding Ana Cabrera and Beatriz Morales

Your accusations miss the mark, and your coordination with your co-counsel who act for MGA is obvious to all. I take it that, when stripped of its verbiage, your answer is that you in fact are not even promising to have your clients show up unless MGA blesses it. If I'm wrong, please so say.

-----Original Message-----
From: Maria Diaz [mailto:MDiaz@amglaw.com]
Sent: Tuesday, April 01, 2008 11:57 AM
To: Michael T Zeller; Cyrus Naim; Marcus.Mumford@skadden.com; MWerdegar@kvn.com
Cc: James Webster; Josie Pena
Subject: RE: Mattel v. Bryant, Stipulations regarding Ana Cabrera and Beatriz Morales

Dear Mr. Zeller:

You are well aware that we are not co-counseling this case with anyone. My clients are not parties to this case. I will remind you that there was a pending Motion to Quash before the Court and thus it was appropriate to obtain a ruling as I previously explained repeatedly to all parties. I told you that I would provide you with dates upon a ruling and I have done so.

Since it appears that the parties continue to engage in extensive disagreement about if and when these depositions should take place, I suggest that you and the other parties meet and confer on dates and let me know the dates you have agreed upon. I will make efforts to accommodate those dates if they are different that the ones I provided. If you need to seek court intervention, then do so. I have, however, provided dates to all parties and have not received confirmation from anyone. I have received only additional demands and conditions that are wholly unnecessary. My clients have been used sufficiently by all parties in this case; everyone in this case has literally gotten rich off the back of my clients.

Again, I have given all the parties dates, and if these do not work, then provide alternate dates amenable to everyone once you have determined these dates amongst yourselves.

María G. Díaz, Esq.
ALLRED, MAROKO & GOLDBERG
6300 Wilshire Blvd. Ste 1500
Los Angeles, CA. 90048
(323) 653-6530
Fax: (323) 653-1660
mdiaz@amglaw.com

The information contained in this e-mail is confidential and may also be attorney-client privileged and/or constitute attorney work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the e-mail in error, please delete the original message, including any copies, traces or saved electronic "recycle bin" or "trash" data forthwith.

-----Original Message-----
From: Michael T Zeller [mailto:michaelzeller@quinnemanuel.com]
Sent: Tuesday, April 01, 2008 11:27 AM
To: Maria Diaz; Cyrus Naim; 'Marcus.Mumford@skadden.com'; 'MWerdegar@kvn.com'
Cc: James Webster; Josie Pena
Subject: Re: Mattel v. Bryant, Stipulations regarding Ana Cabrera and Beatriz Morales

Ms. Diaz, your clients already have defied their obligations to attend deposition, and your refusal to stipulate to ensure that they will actually appear speaks for itself. This is compounded by the fact that your co-counsel representing MGA has taken the position that the depositions will not be proceeding at those or any other times. Please let us know how your representations that they will appear on those dates in April square with your co-counsel's position. Will your clients appear regardless? After all, you previously relied on the motion to quash, which has since been rejected, as an excuse for non-appearance. Please let us know.

Michael Zeller
Quinn, Emanuel, Urquhart, Oliver & Hedges, LLP
865 South Figueroa Street, 3rd Floor
Los Angeles, CA 90017

Direct: (213) 443-3180
Main Phone: (213) 443-3000
Main Fax: (213) 443-3100

E-mail: michaelzeller@quinnemanuel.com
Web: www.quinnemanuel.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

----- Original Message -----
From: Maria Diaz <MDiaz@amglaw.com>
To: Cyrus Naim; Mumford, Marcus R <Marcus.Mumford@skadden.com>; Matthew Werdegar <MWerdegar@kvn.com>
Cc: James Webster; Michael T Zeller; Josie Pena <jdiaz@amglaw.com>
Sent: Tue Apr 01 11:14:07 2008
Subject: RE: Mattel v. Bryant, Stipulations regarding Ana Cabrera and Beatriz Morales



EXHIBIT 58
PAGE 406

Dear Mr. Naim,

I do not require a stipulation to produce my clients for deposition. Your clients are the ones demanding it to proceed with the deposition. I have provided you with dates and am awaiting confirmation from you regarding those dates. I am unaware of any legal authority requiring we enter into any stipulation and I was merely attempting to cooperate with you in that regard, but you are unwilling to do so. Accordingly, this will serve to reiterate that I have offered you dates for the depositions of Ms. Cabrera and Ms. Morales and you have not agreed to any of those dates.

Please be further advised that I am out of the office all week in depositions.

María G. Díaz, Esq.

ALLRED, MAROKO & GOLDBERG

6300 Wilshire Blvd. Ste 1500

Los Angeles, CA. 90048

(323) 653-6530

Fax: (323) 653-1660

mdiaz@amglaw.com <mailto:mdiaz@amglaw.com>

The information contained in this e-mail is confidential and may also be attorney-client privileged and/or constitute attorney work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the e-mail in error, please delete the original message, including any copies, traces or saved electronic "recycle bin" or "trash" data forthwith.

From: Cyrus Naim [mailto:cyrusnaim@quinnemanuel.com]
Sent: Monday, March 31, 2008 8:18 PM
To: Maria Diaz; 'Mumford, Marcus R'; 'Matthew Werdegar'
Cc: James Webster; Michael T Zeller
Subject: Mattel v. Bryant, Stipulations regarding Ana Cabrera and Beatriz Morales

Dear Ms. Diaz:

We have considered your additions to the two stipulations regarding the depositions of your clients, and reconstruction of torn documents provided by Ms. Cabrera. As to the matter of reconstruction, Mattel is willing to accept the addition of language disclaiming the future involvement of your clients, and has added that language to the attached

stipulation. If this stipulation meets with your acceptance, please sign and return to us by Friday, April 4, 2008.

As to the matter of the stipulation regarding the depositions of your clients, however, Mattel cannot agree to your terms. As you know, deposition testimony may already be deemed confidential under the Protective Order in this case, which I attach for your convenience. Mattel would have no objection to designation of the depositions of your clients as confidential pursuant to that Order. There is no basis, however, for any restrictions on the use of the depositions that are over and above those laid out in the Protective Order. As you are not willing to sign a stipulation requiring your clients to appear for deposition without this language, Mattel will seek an order from the Discovery Master setting dates for these depositions. If you are indeed willing to sign a stipulation without the addition of this language, please let me know immediately.

Thank you,

Cyrus Naim
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Direct: (213) 443-3559
Main Phone: (213) 443-3000
Main Fax: (213) 443-3100
E-mail: cyrusnaim@quinnemanuel.com <mailto:cyrusnaim@quinnemanuel.com>
Web: www.quinnemanuel.com <http://www.quinnemanuel.com/>

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.



EXHIBIT 58

PAGE 408