QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff and Cross-Defendant Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>             Plaintiff,<br><br>      vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>             Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>[To Be Heard By Discovery Master Hon. Edward Infante (Ret.) Pursuant To The Court's Order Of December 6, 2006]<br><br>**PROOF OF SERVICE**<br><br>Date:    TBA<br>Time:    TBA<br>Place:   Telephonic<br><br>**Phase 1:**<br>Discovery Cut-off:     January 28, 2008<br>Pre-trial Conference:  April 21, 2008<br>Trial Date:            May 27, 2008 |

PROOF OF SERVICE

Case No. CV 04-9049 SGL (RNBx)

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On April 3, 2008, I served true copies of the following document(s) described as **SEE ATTACHED DOCUMENT LIST** on the parties in this action as follows:

Thomas J. Nolan, Esq.
**Skadden, Arps, Slate, Meagher & Flom LLP**
300 So. Grand Ave.
Suite 3400
Los Angeles CA 90071

Maria G. Diaz, Esq.
**Allred, Maroko & Goldberg**
6300 Wilshire Boulevard, Suite 1500
Los Angeles, California 90048

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 3, 2008, at Los Angeles, California.

_/s/ Dave Quintana_
NOW LEGAL -- Dave Quintana

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On April 3, 2008, I served true copies of the following document(s) described as SEE ATTACHED DOCUMENT LIST on the parties in this action as follows:

| | |
|---|---|
| John W. Keker<br>Michael H. Page<br>Christa M. Anderson<br>**Keker & Van Nest, LLP**<br>710 Sansome Street<br>San Francisco, CA 94111<br>*Attorneys for CARTER BRYANT* | Mark E. Overland, Esq.<br>David E. Scheper, Esq.<br>Alexander H. Cote, Esq.<br>**Overland Borenstein Scheper & Kim, LLP**<br>300 South Grand Avenue<br>Suite 2750<br>Los Angeles, CA 90071-3144<br>*Attorneys for Carlos Gustavo Machado* |

**BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 3, 2008, at Los Angeles, California.

Yalonda J. Dekle

## DOCUMENT LIST

1). MATTEL, INC.'S *EX PARTE* APPLICATION (1) TO COMPEL DEPOSITIONS OF ANA CABRERA, BEATRIZ MORALES, AND MARIA SALAZAR; (2) FOR GUIDANCE AS TO EVIDENCE RECEIVED FROM ANA CABRERA; AND (3) FOR SANCTIONS; AND MEMORANDUM OF POINTS AND AUTHORITIES

2). DECLARATION OF CYRUS S. NAIM IN SUPPORT OF MATTEL, INC.'S *EX PARTE* APPLICATION (1) TO COMPEL DEPOSITIONS OF ANA CABRERA AND BEATRIZ MORALES; AND (2) FOR GUIDANCE AS TO EVIDENCE RECEIVED FROM ANA CABRERA

3). DECLARATION OF LLOYD W. CUNNINGHAM IN SUPPORT OF MATTEL, INC.'S *EX PARTE* APPLICATION (1) TO COMPEL DEPOSITIONS OF ANA CABRERA AND BEATRIZ MORALES; AND (2) FOR GUIDANCE AS TO EVIDENCE RECEIVED FROM ANA CABRERA

07209/2087015.1072090/20
80150.1
-4-
Case No. CV 04-9049 SGL (RNBx)

PROOF OF SERVICE