QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
johnquinn@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
Timothy L. Alger (Bar No. 160303)
(timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>The Honorable Stephen G. Larson<br><br>**APPLICATION TO FILE UNDER SEAL (1) MATTEL'S REPLY IN SUPPORT OF MOTION OF MATTEL, INC. TO DISQUALIFY MGA ENTERTAINMENT, INC.'S COUNSEL SKADDEN ARPS AND EXPERT CHRISTINA TOMIYAMA; AND (2) EVIDENTIARY OBJECTIONS**<br><br>[Local Rule 79-5.1]<br><br>Hearing Date: April 7, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 1<br><br>**Phase 1:**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2457633.1

APPLICATION TO FILE UNDER SEAL

## Application to File Under Seal

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, plaintiff Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal (1) an unredacted version of its Reply in Support of its Motion to Disqualify MGA Entertainment, Inc.'s Counsel Skadden Arps and Expert Christina Tomiyama; (2) the concurrently filed Evidentiary Objections.

Mattel's reply quotes from exhibits and certain documents that the parties have designated as "Confidential" and/or "Confidential-Attorneys' Eyes Only" pursuant to the Protective Order. As these documents consist of materials designated the parties as "Confidential" and/or "Confidential-Attorneys' Eyes Only," Mattel requests that the Court order that the these materials be filed under seal.

In the alternative, Mattel requests that the Court declare these materials be outside the definition of "Confidential" and/or "Confidential-Attorneys' Eyes Only" as contained in the Stipulated Protective Order and order it to be lodged as part of the public record.

DATED: April 2, 2008      QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By Jon D. Corey /s/
Jon D. Corey
Attorneys for Mattel, Inc.