QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
JOHN B. QUINN (State Bar No. 090378)
MICHAEL T. ZELLER (State Bar No. 196417)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000; Facsimile: (213) 443-3100

STROOCK & STROOCK & LAVAN LLP
BARRY B. LANGBERG (State Bar No. 048158)
MICHAEL J. NIBORSKI (State Bar No. 192111)
2029 Century Park East, Suite 1600
Los Angeles, California 90067-3086
(lacalendar@stroock.com)
Telephone: (310) 556-5800; Facsimile: (310) 556-5959

Attorneys for MATTEL, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

CARTER BRYANT, an individual,

Plaintiff,

vs.

MATTEL, INC., a Delaware corporation,

Defendant.

AND CONSOLIDATED ACTIONS

Case No. CV 04-9049 SGL (RNBx)
Consolidated with
Case No. CV 04-09059
Case No. CV 05-02727

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS TO THE SECOND SUPPLEMENTAL DECLARATION OF MICHAEL J. NIBORSKI IN SUPPORT OF MATTEL, INC.'S MOTION OBJECTING TO DISCOVERY MASTER'S FEBRUARY 26, 2008 ORDER DENYING MATTEL'S MOTION TO COMPEL DEPOSITION OF CHRISTOPHER PALMERI

[[Proposed] Order filed concurrently herewith]

Date: April 14, 2008
Time: 10:00 a.m.
Place: Courtroom 1

APPLICATION TO FILE UNDER SEAL

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal Exhibits 1, 2, 3 and 4 to the Second Supplemental Declaration of Michael J. Niborski in Support of Mattel, Inc.'s Motion Objecting to Discovery Master's February 26, 2008 Order Denying Mattel's Motion to Compel Deposition of Christopher Palmeri (the "Second Supplemental Niborski Declaration").

Exhibits 1, 2, 3 and 4 to the Second Supplemental Niborski Declaration include materials that Mattel or MGA have designated as "Confidential" or "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order. Accordingly, Mattel requests that the Court order that Exhibits 1, 2, 3 and 4 to the Second Supplemental Niborski Declaration be filed under seal.

Dated: April 3, 2008        STROOCK & STROOCK & LAVAN LLP
                            BARRY B. LANGBERG
                            MICHAEL J. NIBORSKI

                            By:   /s/ Michael J. Niborski
                                  Michael J. Niborski
                                  Attorneys for MATTEL, INC.