QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
| vs. | |
| MATTEL, INC., a Delaware corporation, | Hon. Stephen G. Larson |
| Defendant. | DECLARATION OF TAMARA JIH IN SUPPORT OF MATTEL, INC.'S (1) OPPOSITION TO MGA DEFENDANTS AND CARTER BRYANT'S JOINT EX PARTE APPLICATION FOR AN ORDER STRIKING MATTEL'S EXHIBIT LIST; AND (2) CROSS-EX PARTE APPLICATION FOR AN ORDER COMPELLING DEFENDANTS TO MEET AND CONFER IN GOOD-FAITH REGARDING THE PARTIES' EXHIBIT LISTS OR, IN THE ALTERNATIVE, FOR ORDER STRIKING DEFENDANTS' EXHIBIT LIST AND PRECLUDED THEM FROM INTRODUCING AT TRIAL CERTAIN EXHIBITS |
| | Hearing Date: TBA<br>Time: TBA<br>Place: TBA |
| | **Phase I**<br>Discovery Cut-off: January 28, 2008<br>Pre-trial Conf.: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2460122.1

JIH DECLARATION

# DECLARATION OF TAMARA JIH

I, Tamara Jih, declare as follows:

1. I am a member of the bar of the State of California and an associate of Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. I participated in the supervision and preparation of Mattel's Disclosure of Trial Exhibits. Mattel worked in good faith to identify and exchange an exhibit list containing the exhibits it expects to offer at trial as well as those it may offer if the need arises. Mattel avoided including exhibits to be used solely for impeachment and did not include exhibits in an attempt to overburden Defendants or hide the exhibits it intends to use at trial

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 4, 2008 at San Francisco, California.

/s/ Tamara Jih
Tamara Jih