QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>DECLARATION OF GEOFFREY A. GRUNDY IN SUPPORT OF MATTEL, INC.'S (1) OPPOSITION TO MGA DEFENDANTS AND CARTER BRYANT'S JOINT EX PARTE APPLICATION FOR AN ORDER STRIKING MATTEL'S EXHIBIT LIST; AND (2) CROSS-EX PARTE APPLICATION FOR AN ORDER COMPELLING DEFENDANTS TO MEET AND CONFER IN GOOD-FAITH REGARDING THE PARTIES' EXHIBIT LISTS OR, IN THE ALTERNATIVE, FOR ORDER STRIKING DEFENDANTS' EXHIBIT LIST<br><br>Hearing Date: N/A<br>Time: N/A<br>Courtroom: N/A<br><br>**Phase 1:**<br>Discovery Cut-off: January 28, 2008<br>Pre-trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2459987.1

DECLARATION OF GEOFFREY A. GRUNDY

## DECLARATION OF GEOFFREY A. GRUNDY

I, Geoffrey A. Grundy, declare as follows:

1. I am a paralegal employed by the law firm of Quinn Emanuel Urquhart Oliver & Hedges, LLP. I have been employed as a paralegal by the firm for seven years. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. I have reviewed and am familiar with Defendants' Preliminary Exhibit List. I have also reviewed and am familiar with Mattel's Disclosure of Trial Exhibits. I have worked on this matter for two years. I am also familiar with the parties' discovery efforts, including their productions of documents, and the briefs they have filed regarding Mattel's and Defendants' motions for partial summary judgment.

3. I am familiar with what is marked as No. A-1220 in Mattel's exhibit list. That document, Bate stamp no. M0896219-M0896239, was produced in this matter but unfortunately was corrupted as a result of a "bad read" of an electronic file.

4. The parties have deposed 95 witnesses in more than 120 deposition sessions.

5. The parties have submitted 29 expert reports.

6. MGA has produced 4,060,962 pages of documents; Mattel has produced 908,414; and third parties have produced 15,809 pages. Of the four million pages MGA has produced, over half -- more than 2 million pages -- were produced since November 2007.

7. Mattel's exhibit list includes over 4,500 individual entries reflecting each Mattel expert report, exhibit, attachment, and all working documents.

8. Defendants lumped all exhibits cited by MGA and Mattel in their respective summary judgment briefs into a single entry, whereas Mattel separately listed each exhibit.

1  9. Defendants Exh. No. 394 lists a document with a "Bates Start" of M0000125 and a "Bates Stop" of M0001171, suggesting an exhibit encompassing 1,047 drawings as one entry; whereas Mattel lists the same drawings as 475 separate entries.

10. Defendants' Exh. No. 3207 contains 125 pages of drawings; whereas Mattel marked most of the same documents individually. Regarding these documents, Mattel lists 120 exhibits to Defendants' 1.

11. Defendants list 568 pages as Exh. No. 3237. The exhibit includes different documents as one exhibit; whereas Mattel -- though not using many of these same pages -- listed 87 separate exhibits from the same range.

12. For No. 3308, Defendants listed 568 pages as one exhibit. Although Mattel did not use the entire range, it listed some of them as 34 separate exhibits. For No. 3186, Defendants included 251 pages as one exhibit. Although Mattel used few of those same pages, it listed them as 16 separate exhibits.

13. Defendants' list contains several entries for which the end bates numbers are lower than the beginning bates numbers.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 4, 2008, at Los Angeles, California.

/s/ Geoffrey A. Gundry
Geoffrey A. Grundy