QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>[To Be Heard By Discovery Master Hon. Edward Infante (Ret.) Pursuant To The Court's Order Of December 6, 2006]<br><br>[~~PROPOSED~~] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S EX PARTE APPLICATION (1) TO COMPEL DEPOSITIONS OF ANA CABRERA, BEATRIZ MORALES, AND MARIA SALAZAR; (2) FOR GUIDANCE AS TO EVIDENCE RECEIVED FROM ANA CABRERA; AND (3) FOR SANCTIONS; AND DECLARATION OF CYRUS S. NAIM IN SUPPORT<br><br>Date: TBA<br>Time: TBA<br>Place: TBA<br><br>**Phase 1**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2459515.1

[~~PROPOSED~~] ORDER

## [~~PROPOSED~~] ORDER

Based on the concurrently filed Mattel, Inc.'s Application to File Under Mattel, Inc.'s Ex Parte Application (1) To Compel Depositions Of Ana Cabrera, Beatriz Morales, And Maria Salazar; (2) For Guidance As To Evidence Received From Ana Cabrera; And (3) For Sanctions; and the Declaration of Cyrus S. Naim in Support,

IT IS HEREBY ORDERED:

Mattel, Inc.'s Ex Parte Application (1) To Compel Depositions Of Ana Cabrera, Beatriz Morales, And Maria Salazar; (2) For Guidance As To Evidence Received From Ana Cabrera; And (3) For Sanctions; and Exhibits 1, 2, 3, 4, 5, 29, 41, 47, 48, 49, and 50 to the Declaration of Cyrus S. Naim in Support, are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: APR - 4 2008 , 2008

_____
Hon. Stephen G. Larson
United States District Judge

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On April 4, 2008, I served true copies of the following document(s) described as **[PROPOSED] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S EX PARTE APPLICATION (1) TO COMPEL DEPOSITIONS OF ANA CABRERA, BEATRIZ MORALES, AND MARIA SALAZAR; (2) FOR GUIDANCE AS TO EVIDENCE RECEIVED FROM ANA CABRERA; AND (3) FOR SANCTIONS; AND DECLARATION OF CYRUS S. NAIM IN SUPPORT** on the parties in this action as follows:

Thomas J. Nolan
**Skadden, Arps, Slate, Meagher & Flom, LLP**
300 South Grand Ave., Ste. 3400
Los Angeles, California 90071
TEL: (213) 687-5000
FAX: (213) 687-5600

Maria Diaz
**Allred, Maroko & Goldberg**
6300 Wilshire Blvd. Suite 1500
Los Angeles, CA 90048

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 4, 2008, at Los Angeles, California.

NOW LEGAL -- Dave Quintana

07209/2372990.1

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On April 4, 2008, I served true copies of the following document(s) described as **[PROPOSED] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S EX PARTE APPLICATION (1) TO COMPEL DEPOSITIONS OF ANA CABRERA, BEATRIZ MORALES, AND MARIA SALAZAR; (2) FOR GUIDANCE AS TO EVIDENCE RECEIVED FROM ANA CABRERA; AND (3) FOR SANCTIONS; AND DECLARATION OF CYRUS S. NAIM IN SUPPORT** on the parties in this action as follows:

| | |
|---|---|
| John W. Keker<br>Michael H. Page<br>Christa M. Anderson<br>**Keker & Van Nest, LLP**<br>710 Sansome Street<br>San Francisco, CA 94111<br>***Attorneys for CARTER BRYANT*** | Mark E. Overland, Esq.<br>David E. Scheper, Esq.<br>Alexander H. Cote, Esq.<br>**Overland Borenstein Scheper & Kim, LLP**<br>300 South Grand Avenue<br>Suite 2750<br>Los Angeles, CA 90071-3144<br>***Attorneys for Carlos Gustavo Machado*** |

**BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 4, 2008, at Los Angeles, California.

Yalonda J. Dekle

07209/2359511.1