THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Tel.: (213) 687-5000/Fax: (213) 687-5600

RAOUL D. KENNEDY (Bar No. 40892)
(rkennedy@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Embarcadero Center, 38th Floor
San Francisco, CA 94111-5974
Tel.: (415) 984-6400/ Fax: (415) 984-2698

Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian

UNITED STATED DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>**DISCOVERY MATTER**<br><br>**[To be heard by Discovery Master Hon. Edward Infante (Ret.) Pursuant to Court Order of December 6, 2006]**<br><br>DECLARATION OF LANCE A. ETCHEVERRY IN SUPPORT OF MGA'S MOTION TO COMPEL DISCOVERY ON ISSUES AS TO WHICH MATTEL HAS WAIVED ATTORNEY-CLIENT AND WORK PRODUCT PRIVILEGES BY CLAIMS ASSERTION<br><br>Hearing Date: April 11, 2008<br>Place: JAMS<br><br>**Phase 1**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

I, Lance A. Etcheverry, declare and state as follows:

I am an attorney with Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden"), counsel of record for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian (collectively, the "MGA Parties").

1. Following the deposition of Mattel, Inc.'s Rule 30(b)(6) designee Kathleen Simpson-Taylor on February 23, 2008, I met and conferred with Dylan Proctor, Esq. of Quinn Emanuel seeking both (1) additional time to depose Ms. Simpson-Taylor and (2) a copy of the handwritten notes that Ms. Simpson-Taylor prepared for her deposition and reviewed to refresh her recollection in preparation for her deposition. These meet and confer sessions took place telephonically on March 14 and March 31, 2008.

2. During the March 31 session, Mr. Proctor indicated that Mattel would not agree to produce Ms. Simpson-Taylor for any additional deposition testimony. Mattel also refused to produce Ms. Simpson-Taylor's handwritten notes, as they contend that, contrary to her testimony, she did not use those actual notes to refresh her recollection. Rather, Mr. Proctor contended that Ms. Simpson-Taylor used the summary of her notes that was prepared by Mattel's counsel and provided to counsel for the MGA Parties to refresh her recollection.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on April 7, 2008, at Los Angeles, California.

By: _____
Lance A. Etcheverry

Etcheverry Declaration ISO MGA's Motion For Privilege Waiver By Claims Assertion
Case No. CV 04-9049 SGL (RNBx)
- 1 -