THOMAS J. NOLAN (Bar No. 66992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3144
Tel.: (213) 687-5000 / Fax: (213) 687-5600:
tnolan@skadden.com
Attorneys for MGA Entertainment, Inc., et al.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>PLAINTIFF(S)<br><br>V.<br><br>MATTEL, INC., a Delaware corporation<br><br>DEFENDANT(S). | CASE NUMBER:<br>CV 04-9049 SGL (RNBx)<br><br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
(1) MGA'S AND CARTER BRYANT'S REPLY IN SUPPORT OF THEIR MOTION FOR AN EVIDENTIARY HEARING REGARDING WITNESS TAMPERING;
(2) DECLARATION OF MARCUS R. MUMFORD IN SUPPORT OF MGA'S AND CARTER BRYANT'S REPLY IN SUPPORT OF THEIR MOTION FOR AN EVIDENTIARY HEARING REGARDING WITNESS TAMPERING;
(3) PROOF OF SERVICE;
(4) APPLICATION TO FILE UNDER SEAL;
(5) PROPOSED ORDER GRANTING FILING UNDER SEAL)

**Document Description:**

☐  Administrative Record

☒  Exhibits

☐  Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5 .4(h)

☒  Other

**Reason:**

☒  Under Seal

☐  Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐  Electronic versions are not available to filer

☐  Per Court order dated _____

☐  Manual Filing required *(reason):*

American LegalNet, Inc.<br>www.FormsWorkflow.com

April 7, 2008
_____

Date

Thomas J. Nolan
_____

Attorney Name

MGA ENTERTAINMENT, INC., et al.
_____

Party Represented

Note:  File one Notice in each case, each time you manually file document(s).

NOTICE OF MANUAL FILING

American LegalNet, Inc.
www.FormsWorkflow.com