FILED
2008 APR -7 PM 4:00

THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Tel.: (213) 687-5000/Fax: (213) 687-5600

RAOUL D. KENNEDY (Bar No. 40892)
(rkennedy@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Embarcadero Center, 38th Floor
San Francisco, CA 94111-5974
Tel.: (415) 984-6400/ Fax: (415) 984-2698

Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian

UNITED STATED DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>**DISCOVERY MATTER**<br><br>[To be heard by Discovery Master Hon. Edward Infante (Ret.) Pursuant to Court Order of December 6, 2006]<br><br>APPLICATION TO FILE UNDER SEAL MGA'S SUPPLEMENTAL SUBMISSION IN FURTHER SUPPORT OF ITS MOTION TO COMPEL DISCOVERY ON ISSUES AS TO WHICH MATTEL HAS WAIVED ATTORNEY-CLIENT AND WORK PRODUCT PRIVILEGES BY CLAIMS ASSERTION AND SECOND SUPPLEMENTAL DECLARATION OF MARCUS R. MUMFORD IN SUPPORT THEREOF<br><br>Hearing Date: April 11, 2008<br>Place:         JAMS<br><br>**Phase 1**<br>Discovery Cut-Off:   January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date:              May 27, 2008 |

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian (collectively, the "MGA Parties") hereby respectfully requests that the Court order the following documents be filed under seal: MGA's Supplemental Submission In Further Support Of Its Motion To Compel Discovery On Issues As To Which Mattel Has Waived Attorney-Client And Work Product Privileges By Claims Assertion, Second Supplemental Declaration Of Marcus R. Mumford In Support Thereof. Good cause exists for filing these documents under seal, as certain exhibits attached to the Declaration of Marcus R. Mumford have been designated as "Confidential" or "Confidential—Attorneys' Eyes Only" pursuant to the Protective Order, and as the memorandum of points and authorities in support of MGA's motion references these exhibits extensively. In the alternative, MGA requests that the Court declare the exhibits to the declaration to be outside the definitions of "Confidential" and "Confidential—Attorneys' Eyes Only" as contained in the Stipulated Protective Order and order them, along with the notice of motion and memorandum of points and authorities in support thereof, to be filed as part of the public record.

DATED: April 7, 2008

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By: /s/ Raoul D. Kennedy
Raoul D. Kennedy
Attorneys for MGA Entertainment, Inc.