ORIGINAL

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP     Lodged Order
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Hon. Edward Infante (Ret.) Pursuant To The Court's Order Of December 6, 2006]**<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S EX PARTE APPLICATION (1) TO COMPEL DEPOSITIONS OF ANA CABRERA, BEATRIZ MORALES, AND MARIA SALAZAR; (2) FOR GUIDANCE AS TO EVIDENCE RECEIVED FROM ANA CABRERA; AND (3) FOR SANCTIONS; AND DECLARATION OF CYRUS S. NAIM IN SUPPORT<br><br>[[Proposed] Order filed concurrently]<br><br>Date: TBA<br>Time: TBA<br>Place: TBA<br><br>**Phase 1**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

FILED 2008 APR -4 PM 1:00 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. RIVERSIDE

07209/2369693.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1        Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal Mattel, Inc.'s Ex Parte Application (1) To Compel Depositions Of Ana Cabrera, Beatriz Morales, And Maria Salazar; (2) For Guidance As To Evidence Received From Ana Cabrera; And (3) For Sanctions (the "Application"); and Exhibits 1, 2, 3, 4, 5, 29, 41, 47, 48, 49, and 50 to the Declaration of Cyrus S. Naim in Support ("the Declaration").

       The Declaration attaches materials that Mattel, MGA, Carter Bryant, and third party Veronica Marlow have designated as "Confidential" or "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order. MGA has designated Exhibits 29, 41, 48, 49, and 50 as "Confidential--Attorneys' Eyes Only." Carter Bryant has designated Exhibit 2 as "Confidential," and Exhibits 29 and 41 as "Confidential--Attorneys' Eyes Only." Mattel has designated Exhibits 3, 4, and 5 as "Confidential--Attorneys' Eyes Only," and Exhibit 47 as "Confidential." Veronica Marlow has designated Exhibit 1 as "Confidential." The Application quotes from these documents. Accordingly, Mattel requests that the Court order that the Application and the Declaration be filed under seal.

DATED: April 3, 2008       QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

       By <u>/s/ Cyrus S. Naim</u>
         Cyrus S. Naim
         Attorneys for Mattel, Inc.

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On April 4, 2008, I served true copies of the following document(s) described as **MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S EX PARTE APPLICATION (1) TO COMPEL DEPOSITIONS OF ANA CABRERA, BEATRIZ MORALES, AND MARIA SALAZAR; (2) FOR GUIDANCE AS TO EVIDENCE RECEIVED FROM ANA CABRERA; AND (3) FOR SANCTIONS; AND DECLARATION OF CYRUS S. NAIM IN SUPPORT** on the parties in this action as follows:

Thomas J. Nolan
**Skadden, Arps, Slate, Meagher & Flom, LLP**
300 South Grand Ave., Ste. 3400
Los Angeles, California 90071
TEL: (213) 687-5000
FAX: (213) 687-5600

Maria Diaz
**Allred, Maroko & Goldberg**
6300 Wilshire Blvd. Suite 1500
Los Angeles, CA 90048

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 4, 2008, at Los Angeles, California.

_____
NOW LEGAL -- Dave Quintana

07209/2372990.1

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On April 4, 2008, I served true copies of the following document(s) described as **MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S EX PARTE APPLICATION (1) TO COMPEL DEPOSITIONS OF ANA CABRERA, BEATRIZ MORALES, AND MARIA SALAZAR; (2) FOR GUIDANCE AS TO EVIDENCE RECEIVED FROM ANA CABRERA; AND (3) FOR SANCTIONS; AND DECLARATION OF CYRUS S. NAIM IN SUPPORT** on the parties in this action as follows:

| | |
|---|---|
| John W. Keker<br>Michael H. Page<br>Christa M. Anderson<br>**Keker & Van Nest, LLP**<br>710 Sansome Street<br>San Francisco, CA 94111<br>***Attorneys for CARTER BRYANT*** | Mark E. Overland, Esq.<br>David E. Scheper, Esq.<br>Alexander H. Cote, Esq.<br>**Overland Borenstein Scheper & Kim, LLP**<br>300 South Grand Avenue<br>Suite 2750<br>Los Angeles, CA 90071-3144<br>***Attorneys for Carlos Gustavo Machado*** |

**BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 4, 2008, at Los Angeles, California.

Yalonda J. Dekle

07209/2359511.1