UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.     CV 04-09049 SGL(RNBx)                                                             Date:  April 7, 2008

Title:          CARTER BRYANT -v- MATTEL, INC.

<u>Consolidated With Related Actions</u>:
CASE NO. CV 04-09059 SGL(RNBx):  MATTEL, INC.,  v. CARTER BRYANT,
CASE NO. CV 05-02727 SGL (RNBx): MGA ENTERTAINMENT, INC., v. MATTEL, INC.,
==========================================================================
PRESENT:   HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

| Jim Holmes | Theresa Lanza |
|---|---|
| Courtroom Deputy Clerk | Court Reporter |

<u>ATTORNEY PRESENT FOR CARTER BRYANT:</u>      <u>ATTORNEYS PRESENT FOR MATTEL</u>:

Christa M. Anderson                                                    John B. Quinn
                                                                                       Michael T. Zeller


<u>ATTORNEYS PRESENT FOR MGA</u> AND
<u>ISAAC LARIAN:</u>

Thomas J.  Nolan
Carl A. Roth
Kenneth A. Plevan

PROCEEDINGS:     ORDER RE MATTEL'S AND MGA'S EX PARTE APPLICATIONS RE
                                  EXHIBIT LISTS

　　　　These matters were heard on April 7, 2008.

　　　　In order to facilitate an orderly trial and to preserve the parties' and the courts' resources, while still allowing for a full and complete trial on the merits of this action, the Court hereby makes the following order regarding the trial of Phase 1 issues (including sub-phases (a) and (b)):

　　　　Each side is limited to 4,500 exhibits and 66 hours of witness testimony (including cross-

examination of the other side's witnesses). The Court will track the parties' time and will periodically advise them of the time used and remaining. During the course of trial, the Court will consider extending the amount of time allotted if extraordinary circumstances warrant such relief.

No later than the pretrial conference, the parties shall allocate the allotted time among the witnesses expected to be called, and they shall identify to which exhibits each witness is expected to testify.

Counsel are directed to meet and confer in good faith to attempt to reach stipulations regarding admissibility of evidence and any other stipulations that are designed to more efficiently present this case to the Court and to a jury.

**IT IS SO ORDERED.**

# NOTICE PARTY SERVICE LIST

**Case No.** _____  **Case Title** _____

**Title of Document** _____

| | | | | |
|---|---|---|---|---|
| | Atty Sttlmnt Officer Panel Coordinator | | | US Attorneys Office - Civil Division -L.A. |
| | BAP (Bankruptcy Appellate Panel) | | | US Attorneys Office - Civil Division - S.A. |
| | Beck, Michael J (Clerk, MDL Panel) | | | US Attorneys Office - Criminal Division -L.A. |
| | BOP (Bureau of Prisons) | | | US Attorneys Office - Criminal Division -S.A. |
| | CA St Pub Defender (Calif. State PD) | | | US Bankruptcy Court |
| | CAAG (California Attorney General's Office - Keith H. Borjon, L.A. Death Penalty Coordinator) | | | US Marshal Service - Los Angeles (USMLA) |
| | Case Asgmt Admin (Case Assignment Administrator) | | | US Marshal Service - Riverside (USMED) |
| | Catterson, Cathy (9th Circuit Court of Appeal) | | | US Marshal Service -Santa Ana (USMSA) |
| | Chief Deputy Admin | | | US Probation Office (USPO) |
| | Chief Deputy Ops | | | US Trustee's Office |
| | Clerk of Court | | | Warden, San Quentin State Prison, CA |
| | Death Penalty H/C (Law Clerks) | | | |
| | Dep In Chg E Div | | | |
| | Dep In Chg So Div | | | |
| | Federal Public Defender | | | |
| | Fiscal Section | | | |
| | Intake Section, Criminal LA | | | |
| | Intake Section, Criminal SA | | | |
| | Intake Supervisor, Civil | | | |
| | PIA Clerk - Los Angeles (PIALA) | | | |
| | PIA Clerk - Riverside (PIAED) | | | |
| | PIA Clerk - Santa Ana (PIASA) | | | |
| | PSA - Los Angeles (PSALA) | | | |
| | PSA - Riverside (PSAED) | | | |
| | PSA - Santa Ana (PSASA) | | | |
| | Schnack, Randall (CJA Supervising Attorney) | | | |
| | Statistics Clerk | | | |

| | *ADD NEW NOTICE PARTY* (if sending by fax, mailing address must also be provided) |
|---|---|

Name:

Firm:

Address (*include suite or floor*):

*E-mail:

*Fax No.:

\* For CIVIL cases only

| *JUDGE / MAGISTRATE JUDGE (list below):* |
|---|
| |
| |
| |
| |

**Initials of Deputy Clerk** _____