**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARTER BRYANT, AN INDIVIDUAL<br><br>Plaintiff(s)<br>v.<br>MATTEL, Inc., a Delaware corporation<br>AND CONSOLIDATED ACTIONS<br><br>Defendant(s). | CASE NUMBER<br>CV-04-09049 SGL (RNBx)<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed the accompanying Application of __Michael P. Kelly__,
*Applicant's Name*

of __Skadden, Arps, Slate Meagher & Flom LLP, 1440 New York Ave., Washington, D.C. 20005-2111__
*Firm Name / Address*

__202.371.7626__                                                    __mikelly@skadden.com__
*Telephone Number*                                                  *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of  ☐ Plaintiff  ☒ Defendant

__MGA Entertainment, Inc., et al.__

and the designation of __Thomas J. Nolan (California Bar No. 66992)__
*Local Counsel Designee /State Bar Number*

of __Skadden, Arps, Slate Meagher & Flom LLP, 300 South Grand Avenue, Los Angeles, CA 90071-3144__
*Local Counsel Firm / Address*

__213.687.5000__                                                    __tnolan@skadden.com__
*Telephone Number*                                                  *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

■ GRANTED

☐ DENIED.  Fee, if paid, shall be returned by the Clerk.

Dated __4-7-08__

*/s/ S. G. Larson*

Stephen G. Larson, U. S. District Judge

G–64 ORDER (01/08)    **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**