QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case Nos.<br>CV 04-09059 & CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Hon. Edward Infante (Ret.) Pursuant to The Court's Order of December 6, 2006]**<br><br>[PROPOSED] ORDER GRANTING MATTEL, INC.'S EX PARTE APPLICATION FOR ACCESS TO CERTAIN BRYANT ORIGINALS FOR NON-DESTRUCTIVE EXPERT EXAMINATION AND IMAGING<br><br>Date: TBA<br>Time: TBA<br>Place: TBA<br><br>Phase 1<br><br>Discovery Cut-off: January 28, 2008<br>Pre-trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2462817.1

-1-
EX PARTE APPLICATION FOR PROTECTIVE ORDER

## **PROPOSED ORDER**

Based on the concurrently filed Mattel, Inc.'s *Ex Parte* Application for Access to Certain Bryant Originals For Non-Destructive Expert Examination and Imaging, IT IS HEREBY ORDERED that:

1. The *Ex Parte* Application For Access To Certain Bryant Originals For Non-Destructive Expert Examination and Imaging is GRANTED.

2. In order to allow Mattel to properly respond to the conclusions reached by Dr. Lyter and Mr. Kullman, the Court will allow Mssrs. Cunningham and Flynn a total of fourteen (14) additional days of access to all of Carter Bryant's original documents, including all those whose bates number was identified or referenced in Mr. Kullman and/or Dr. Lyter's reports, as well as any additional documents referenced in Mssrs. Flynn and Cunningham's reports.

Dated: April 7, 2008

Hon. Edward Infante (Ret.)