# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Carter Bryant <br><br> PLAINTIFF(S) <br> v. <br><br> Mattel, Inc. <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> CV 04-9049 <br><br> **NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**

Declaration of Diane C. Hutnyan in Support of Mattel, Inc.'s Ex Parte Application to File Supplemental Expert Reports; Mattel, Inc.'s Application to File Under Seal; [Proposed] Order re: Application to File Under Seal

**Document Description:**

- ☐ Administrative Record
- ☑ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)
- ☑ Other  Application to File Under Seal; [Proposed] Order re: Application to File Under Seal

**Reason:**

- ☑ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☑ Per Court order dated January 4, 2005
- ☐ Manual Filing required (*reason*):

April 8, 2008
Date

Diane C. Hutnyan
Attorney Name

Mattel, Inc.
Party Represented

Note:  File one Notice in each case, each time you manually file document(s).

G-92 (02/08)                NOTICE OF MANUAL FILING