THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, CA 90071-3144
Tel.: (213) 687-5000 / Fax: (213) 687-5600

RAOUL D. KENNEDY (Bar No. 40892)
(rkennedy@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Embarcadero Center, 38th Floor
San Francisco, CA 94111-5974
Tel.: (415) 984-6400 / Fax: (415) 984-2698

Attorneys for Counter-Defendants
MGA ENTERTAINMENT, INC., MGA ENTERTAINMENT (HK) LIMITED,
MGAE DE MEXICO, S.R.L. DE C.V., AND ISAAC LARIAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual, <br><br> Plaintiff, <br><br> v. <br><br> MATTEL, INC., a Delaware corporation, <br><br> Defendant. <br><br> AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx) <br><br> APPLICATION TO FILE UNDER SEAL SUPPLEMENTAL DECLARATION OF ROBERT J. HERRINGTON IN SUPPORT OF MGA's MOTION TO QUASH LARRY MCFARLAND'S DEPOSITION SUBPOENA |

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by
2  the Court in this action, MGA Entertainment, Inc. ("MGA") and Carter Bryant
3  ("Bryant") hereby respectfully request that the Court order the following documents
4  be filed under seal: Supplemental Declaration of Robert Herrington In Support Of
5  MGA's Motion To Quash Larry McFarland's Deposition Subpoena and related
6  exhibits. Good cause exists for filing these documents under seal, as they refer to
7  certain documents that have been designated as "Confidential" or "Confidential—
8  Attorneys' Eyes Only" pursuant to the Protective Order. In the alternative, MGA
9  requests that the Court declare the exhibits to the declaration to be outside the
10 definitions of "Confidential" and "Confidential—Attorneys' Eyes Only" as contained
11 in the Stipulated Protective Order and order them to be filed as part of the public
12 record.

14 DATED: April 7, 2008

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By: _____ (AOO)
Thomas Nolan
Attorneys for MGA Entertainment, Inc.