THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Tel.: (213) 687-5000/Fax: (213) 687-5600

KENNETH PLEVAN (admitted *pro hac vice*)
(kplevan@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
Tel.: (212) 735-3000 / Fax: (212) 735-2000

Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian

JOHN W. KEKER (Bar No. 49092)
(jkeker@kvn.com)
CHRISTA M. ANDERSON (Bar No. 184325)
(canderson@kvn.com)
KEKER & VAN NEST LLP
710 Sansome St.
San Francisco, CA 94111-1704
Tel.: (415) 391-5400 / Fax: (415) 397-7188

Attorneys for Carter Bryant

UNITED STATED DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>  Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>MGA'S AND CARTER BRYANT'S APPLICATION TO FILE UNDER SEAL THEIR REPLY IN SUPPORT OF THEIR MOTION FOR AN EVIDENTIARY HEARING REGARDING WITNESS TAMPERING AND SUPPORTING DECLARATION<br><br>Honorable Stephen G. Larson<br><br>Hearing Date: April 14, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 1 |

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action on January 4, 2005, MGA and Carter Bryant hereby respectfully request that the Court order the following documents be filed under seal: MGA and Carter Bryant's Reply In Support Of Their Motion for an Evidentiary Hearing Regarding Witness Tampering, and the Declaration of Marcus R. Mumford filed in support thereof. Good cause exists for filing these documents under seal because certain exhibits attached to the declaration have been designated as "Confidential" or "Confidential—Attorneys' Eyes Only" pursuant to the Protective Order, and because the Reply references these exhibits and other documents that were previously filed under seal with the Court.

DATED: April 7, 2008

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By: *(signature)*
Thomas J. Nolan

Attorneys for MGA Entertainment, Inc.
MGA Entertainment (HK) Limited,
MGAE de Mexico, S.R.L. DE C.V., and
Isaac Larian