1  THOMAS J. NOLAN (Bar No. 66992)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2  300 South Grand Avenue
   Los Angeles, CA 90071-3144
3  Telephone:  (213) 687-5000
   Facsimile:   (213) 687-5600
4  E-mail:       tnolan@skadden.com

5  KENNETH PLEVAN (admitted *pro hac vice*)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
6  Four Times Square
   New York, NY 10036
7  Telephone:  (212) 733-3000
   Facsimile:   (212) 735-2000
8  E-mail:       kplevan@skadden.com

9  Attorneys for Counter-Defendants,
   MGA ENTERTAINMENT, INC., ISAAC LARIAN, MGA ENTERTAINMENT
10 (HK) LIMITED, AND MGAE de MEXICO S.R.L. de C.V.

11 JOHN W. KEKER (Bar No. 49092)
   (jkeker@kvn.com)
12 CHRISTA M. ANDERSON (Bar No. 184325)
   (cnabderson@kvn.com)
13 710 Sansome Street
   San Francisco, CA 94111
14 Telephone: (415) 391-5400
   Facsimile:  (415) 397-7188
15
   Attorneys for Carter Bryant
16

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MATTEL, INC., a Delaware corporation<br><br>　　　　　Defendant.<br><br>Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>**PROOF OF SERVICE**<br><br>**Phase 1:**<br>Discovery Cut-Off:　January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date:　　　　　May 27, 2008 |

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 300 South Grand Avenue, Suite 3400, Los Angeles, California 90071.

On **April 7, 2008**, I served the foregoing documents described as:

### SEE ATTACHED DOCUMENT LIST

on the interested parties in this action addressed as follows:

### SEE ATTACHED SERVICE LIST

(X)   (BY PERSONAL SERVICE)   ☒   By personally delivering copies to the person served. (FEDERAL)

☒   I caused such document to be hand delivered to the above addressees. (FEDERAL)

(X)   (BY FEDERAL EXPRESS)

( )   (BY ELECTRONIC MAIL)

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed on **April 7, 2008**, in San Francisco, California.

_Matthew Bowman_
PRINT NAME                    SIGNATURE

## DOCUMENT LIST

(1) MGA'S AND CARTER BRYANT'S REPLY IN SUPPORT OF THEIR MOTION FOR EVIDENTIARY HEARING REGARDING WITNESS TAMPERING;

(2) DECLARATION OF MARCUS R. MUMFORD IN SUPPORT OF MGA'S AND CARTER BRYANT'S REPLY IN SUPPORT OF THEIR MOTION FOR EVIDENTIARY HEARING REGARDING WITNESS TAMPERING;

(3) MGA'S AND CARTER BRYANT'S APPLICATION TO FILE UNDER SEAL THEIR REPLY IN SUPPORT OF THEIR MOTION FOR EVIDENTIARY HEARING REGARDING WITNESS TAMPERING;

(4) [PROPOSED] ORDER GRANTING MGA'S AND CARTER BRYANT'S APPLICATION TO FILE UNDER SEAL THEIR REPLY IN SUPPORT OF THEIR MOTION FOR EVIDENTIARY HEARING REGARDING WITNESS TAMPERING;

(6) PROOF OF SERVICE

PROOF OF SERVICE NO. CV 04-9049 SGL (RNBx)

## SERVICE LIST

Jon D. Corey, Esq.
Michael T. Zeller, Esq.
John Quinn, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
(213) 443-3000
(213) 443-3100 (Fax)

Attorneys for Mattel, Inc
[Personal Service]

Mark E. Overland, Esq.
Alexander H. Cote, Esq.
David C. Scheper, Esq.
Overland Borenstein Scheper & Kim
300 South Grand Avenue, Suite 2750
Los Angeles, CA 90071
(213) 613-4655
(213) 613-4656

John Trinidad, Esq.
John Keker, Esq.
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111
(415) 391-5400
(415) 397-7188 (Fax)

Attorneys for Carter Bryant
[Federal Express]