1 | THOMAS J. NOLAN (Bar No. 66992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2 | 300 South Grand Avenue
Los Angeles, CA 90071-3144
3 | Telephone: (213) 687-5000
Facsimile: (213) 687-5600
4 | E-mail: tnolan@skadden.com

5 | RAOUL D. KENNEDY (Bar No. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
6 | Four Embarcadero Center, Suite 3800
San Francisco, CA 94111
7 | Telephone: (415) 984-6400
Facsimile: (415) 984-2698
8 | E-mail: rkennedy@skadden.com

9 | Attorneys for Counter-Defendants,
MGA ENTERTAINMENT, INC., ISAAC LARIAN, MGA ENTERTAINMENT
10 | (HK) LIMITED, AND MGAE de MEXICO S.R.L. de C.V.

FILED
2008 APR -8 PM 4: 14
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>   Plaintiff,<br><br> v.<br><br>MATTEL, INC., a Delaware corporation<br><br>   Defendant.<br><hr>Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>**DISCOVERY MATTER**<br><br>**PROOF OF SERVICE**<br><br>**Phase 1:**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date:   May 27, 2008 |

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the county of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 300 South Grand Avenue, Suite 3400, Los Angeles, California 90071.

On **April 7, 2008**, I served the foregoing documents described as:

### SEE ATTACHED DOCUMENT LIST

on the interested parties in this action addressed as follows:

### SEE ATTACHED SERVICE LIST

**(X)**   (BY PERSONAL SERVICE)   ☒   By personally delivering copies to the person served. (FEDERAL)

☒   I caused such document to be hand delivered to the above addressees. (FEDERAL)

**(X)**   (BY FEDERAL EXPRESS)

**( )**   (BY ELECTRONIC MAIL)

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed on **April 7, 2008,** in San Francisco, California.

_____Matthew Bowman_____
PRINT NAME                                         SIGNATURE

2

PROOF OF SERVICE                                                    NO. CV 04-9049 SGL (RNBx)

## DOCUMENT LIST

(1)     REPLY IN SUPPORT OF MGA'S MOTION TO QUASH LARRY MCFARLAND'S DEPOSITION SUBPOENA OR FOR PROTECTIVE ORDER;

(2)     SUPPLEMENTAL DECLARATION OF ROBERT J. HERRINGTON IN SUPPORT OF MGA'S MOTION TO QUASH LARRY MCFARLAND'S DEPOSITION SUBPOENA;

(3)     SUPPLEMENTAL DECLARATION OF LARRY MCFARLAND IN SUPPORT OF MGA'S MOTION TO QUASH LARRY MCFARLAND'S DEPOSITION SUBPOENA;

(4)     APPLICATION TO FILE UNDER SEAL SUPPLEMENTAL DECLARATION OF ROBERT J. HERRINGTON IN SUPPORT OF MGA'S MOTION TO QUASH LARRY MCFARLAND'S DEPOSITION SUBPOENA

(5)     [PROPOSED] ORDER

(6)     PROOF OF SERVICE

PROOF OF SERVICE                                                    NO. CV 04-9049 SGL (RNBx)

1

## SERVICE LIST

2

3  Jon D. Corey, Esq.                          John Trinidad, Esq.
   Michael T. Zeller, Esq.                      John Keker, Esq.
4  John Quinn, Esq.                             Keker & Van Nest, LLP
   Quinn Emanuel Urquhart Oliver &              710 Sansome Street
5  Hedges, LLP                                  San Francisco, CA  94111
   865 South Figueroa Street, 10th Floor   (415)  391-5400
6  Los Angeles, CA  90017-2543                  (415)  397-7188 (Fax)
   (213)  443-3000
7  (213)  443-3100 (Fax)                        Attorneys for Carter Bryant
                                                [Federal Express]
8  Attorneys for Mattel, Inc
   [Personal Service]

9

10

   Mark E. Overland, Esq.
11 Alexander H. Cote, Esq.
   David C. Scheper, Esq.
12 Overland Borenstein Scheper & Kim
   300 South Grand Avenue, Suite 2750
13 Los Angeles, CA 90071
   (213) 613-4655
14 (213) 613-4656

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

PROOF OF SERVICE                                              NO. CV 04-9049 SGL (RNBx)