1  THOMAS J. NOLAN (Bar No. 66992)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2  300 South Grand Avenue
   Los Angeles, CA 90071-3144
3  Telephone: (213) 687-5000
   Facsimile:  (213) 687-5600
4  E-mail:     tnolan@skadden.com

5  RAOUL D. KENNEDY (Bar No. 40892)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
6  Four Embarcadero Center, Suite 3800
   San Francisco, CA 94111
7  Telephone: (415) 984-6400
   Facsimile:  (415) 984-2698
8  E-mail:     rkennedy@skadden.com

9  Attorneys for Counter-Defendants,
   MGA ENTERTAINMENT, INC., ISAAC LARIAN, MGA ENTERTAINMENT
10 (HK) LIMITED, AND MGAE de MEXICO S.R.L. de C.V.

11              UNITED STATES DISTRICT COURT
12              CENTRAL DISTRICT OF CALIFORNIA
13                    EASTERN DIVISION

14
15 CARTER BRYANT, an individual           ) CASE NO. CV 04-9049 SGL (RNBx)
                                          )
16              Plaintiff,                ) Consolidated with Case No. 04-9059
                                          ) and Case No. 05-2727
17      v.                                )
                                          ) **DISCOVERY MATTER**
18 MATTEL, INC., a Delaware               )
   corporation                            ) **PROOF OF SERVICE**
19                                        )
                Defendant.                )
20 _____)
                                          ) **Phase 1:**
21 Consolidated with MATTEL, INC. v.      ) Discovery Cut-Off:   January 28, 2008
   BRYANT and MGA                         ) Pre-Trial Conference: May 5, 2008
22 ENTERTAINMENT, INC. v.                 ) Trial Date:          May 27, 2008
   MATTEL, INC.                           )
23

24
25
26
27
28

PROOF OF SERVICE                                       NO. CV 04-9049 SGL (RNBx)

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 300 South Grand Avenue, Suite 3400, Los Angeles, California 90071.

On **April 7, 2008**, I served the foregoing documents described as:

### SEE ATTACHED DOCUMENT LIST

on the interested parties in this action addressed as follows:

### SEE ATTACHED SERVICE LIST

(X)   (BY PERSONAL SERVICE)   ☒   By personally delivering copies to the person served. (FEDERAL)

☒   I caused such document to be hand delivered to the above addressees. (FEDERAL)

(X)   (BY FEDERAL EXPRESS)

( )   (BY ELECTRONIC MAIL)

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed on **April 7, 2008**, in San Francisco, California.

____Matthew Bowman____            _____
PRINT NAME                         SIGNATURE

## DOCUMENT LIST

(1) REPLY IN SUPPORT OF MGA'S MOTION FOR PROTECTIVE ORDER FROM MATTEL INC.'S NOTICE OF DEPOSITION OF LUCY ARANT;

(2) SUPPLEMENTAL DECLARATION OF ROBERT HERRINGTON IN SUPPORT OF MGA'S MOTION FOR PROTECTIVE ORDER FROM MATTEL INC.'S NOTICE OF DEPOSITION OF LUCY ARANT;

(3) APPLICATION TO FILE UNDER SEAL SUPPLEMENTAL DECLARATION OF ROBERT HERRINGTON IN SUPPORT OF MGA'S MOTION FOR PROTECTIVE ORDER FROM MATTEL INC.'S NOTICE OF DEPOSITION OF LUCY ARANT

(4) [PROPOSED] ORDER

(5) PROOF OF SERVICE

## SERVICE LIST

Jon D. Corey, Esq.
Michael T. Zeller, Esq.
John Quinn, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
(213) 443-3000
(213) 443-3100 (Fax)

Attorneys for Mattel, Inc
[Personal Service]

Mark E. Overland, Esq.
Alexander H. Cote, Esq.
David C. Scheper, Esq.
Overland Borenstein Scheper & Kim
300 South Grand Avenue, Suite 2750
Los Angeles, CA 90071
(213) 613-4655
(213) 613-4656

John Trinidad, Esq.
John Keker, Esq.
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111
(415) 391-5400
(415) 397-7188 (Fax)

Attorneys for Carter Bryant
[Federal Express]

Cherryl M. Plambeck
Davis & Gilbert LLP
1740 Broadway
New York, NY 10019
(212) 468-4965
(212) 468-4888

Attorney's for Right Managemet Consultants, Inc.

[Redacted Version sent via Federal Express]