QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
Michael T. Zeller (Bar No. 196417)
Jon D. Corey (Bar No. 185066)
Timothy L. Alger (Bar No. 160303)
Attorneys for Mattel, Inc.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT, an individual | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CASE NO. CV 04-9049 SGL (RNBx) |
| v. | |
| MATTEL, INC., a Delaware corporation | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**

1) DECLARATION OF JON D. COREY IN SUPPORT OF REPLY OF MATTEL, INC. IN SUPPORT OF ITS MOTION FOR PROTECTIVE ORDER RE: MATTHEW BOUSQUETTE; 2) APPLICATION TO FILE UNDERSEAL; 3) PROPOSED ORDER & 4) PROOF OF SERVICE.

**Document Description:**
- ☐ Administrative Record
- ☐ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)
- ☑ Other

**Reason:**
- ☑ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☑ Per Court order dated January 4, 2005
- ☐ Manual Filing required (*reason*):

April 9, 2008
Date

/s/ Jon D. Corey
Attorney Name

Mattel, Inc.
Party Represented

Note: File one Notice in each case, each time you manually file document(s).

G-92 (02/07)   NOTICE OF MANUAL FILING