QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
Timothy L. Alger (Bar No. 160303)
(timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with Case No. CV 04-09059 and Case No. CV 05-02727 |
| vs. | **DISCOVERY MATTER** |
| MATTEL, INC., a Delaware corporation, | [To Be Heard By Discovery Master Hon. Edward Infante (Ret.) Pursuant To The Court's Order of December 6, 2006] |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | DECLARATION OF HEIDI FRAHM IN SUPPORT OF REPLY OF MATTEL, INC. IN SUPPORT OF ITS MOTION FOR PROTECTIVE ORDER RE: MATTHEW BOUSQUETTE |
| | Hearing Date: TBA<br>Time: TBA<br>Place: Telephonic |
| | **Phase 1**<br>Discovery Cutoff: January 28, 2008<br>PTC Date: April 21, 2008<br>Trial Date: May 27, 2008 |

I, Heidi Frahm, declare as follows:

1. I am a member of the bar of the State of California and an associate at Quinn Emanuel Urquhart Oliver & Hedges, LLP ("Quinn Emanuel"), attorneys for plaintiff and counter-defendant Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. I submit this declaration in support of Mattel, Inc.'s Reply ISO its Motion for Protective Order Re Matthew Bousquette, dated April 8, 2008.

3. On April 7, 2008, I conducted electronic searches in Mattel's database of documents produced in this litigation. Specifically, I searched MGA's document productions that were served on Mattel after December 10, 2007.

4. As a result of those searches, I found 21 documents that included the term "Bousquette" and were produced by MGA after December 10, 2007. I also found 521 documents that included the term "My Scene" and were produced by MGA after December 10, 2007.

5. I also searched for many of the themes that MGA contends Mattel copied and/or that Mattel contends MGA copied (including search terms "winter wonderland," "formal funk," "sun-kissed summer," "sportz," "safari," "rodeo," "diamondz," "P4F," "Hollywood," and "Rock Angelz"), and I searched for other doll products MGA accuses Mattel of copying (including search terms "funky fashion makeover," "runway disco," and "splash n dance pool"). I found 1,778 documents in MGA's post-December 10, 2007 productions that included these theme or product names.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 8th of April, 2008, at Los Angeles, California.

_____
Heidi Frahm