ORIGINAL

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 9, 10, 11, 12, 20 TO THE DECLARATION OF DIANE HUTNYAN IN SUPPORT OF MATTEL, INC.'S *EX PARTE* APPLICATION TO FILE SUPPLEMENTAL EXPERT REPORTS BY MESSRS. WILLIAM FLYNN AND LLOYD CUNNINGHAM REGARDING CERTAIN BRYANT ORIGINALS<br><br>[[Proposed] Order filed concurrently]<br><br>Date: TBA<br>Time: TBA<br>Place: Telephonic<br><br>**Phase 1**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2464621.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal Exhibits 9, 10, 11, 12, and 20 to the Declaration of Diane Hutnyan (the "Declaration") in support of Mattel, Inc.'s *Ex Parte* Application to Compel Access to Certain Bryant Originals for Non-Destructive Expert Examination and Imaging.

The Declaration attaches materials that the parties have designated as "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order. Specifically, Mattel has designated Exhibits 9 and 10, and MGA has designated Exhibits 11, 12, and 20, as "Confidential--Attorneys' Eyes Only. As such, Mattel requests that these exhibits be filed under seal.

DATED: April 9, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By _____
Diane Hutnyan
Attorneys for Mattel, Inc.