1  THOMAS J. NOLAN (Bar No. 66992)
   (tnolan@skadden.com)
2  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue, Suite 3400
3  Los Angeles, CA  90071
   Tel.: (213) 687-5000/Fax: (213) 687-5600
4
   KENNETH PLEVAN (admitted *pro hac vice*)
5  (kplevan@skadden.com)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
6  Four Times Square
   New York, NY 10046
7  Tel.: (212) 735-3000 / Fax: (212) 735-2000

8  Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited,
   MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian
9
                    UNITED STATED DISTRICT COURT
10
                   CENTRAL DISTRICT OF CALIFORNIA
11
                           EASTERN DIVISION
12

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>　　　　Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>Honorable Stephen G. Larson<br><br>APPLICATION TO FILE UNDER SEAL<br><br>Hearing Date: April 23, 2008<br>Time: 10 a.m. |

---

MGA Parties' Application To File Under Seal
Case No. CV 04-9049 SGL (RNBx)

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by
2  the Court in this action on January 4, 2005, MGA Entertainment, Inc., Isaac Larian,
3  MGA Entertainment (HK) Limited, and MGAE de Mexico S.R.L. de C.V.
4  (collectively, the "MGA Parties") hereby respectfully request that the Court order the
5  following documents be filed under seal: *Exhibit C to the Declaration of Thomas J.*
6  *Nolan: Excerpts from the Deposition of Christina Tomiyama.* Good cause exists for
7  filing this document under seal because this exhibit has been designated as
8  "Confidential" or "Confidential—Attorneys' Eyes Only" pursuant to the Protective
9  Order, and the Motion and Statement reference these exhibits. In the alternative, the
10 MGA Parties request that the Court declare *Exhibit C* to be outside the definitions of
11 "Confidential" and "Confidential—Attorneys' Eyes Only" as contained in the
12 Protective Order and order them to be filed as part of the public record.

DATED: April 8, 2008

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By: /s/ Thomas J. Nolan
Thomas J. Nolan
Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian