QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 10, 11, 12, 13, 20 TO THE DECLARATION OF DIANE HUTNYAN IN SUPPORT OF MATTEL, INC.'S *EX PARTE* APPLICATION TO COMPEL ACCESS TO CERTAIN BRYANT ORIGINALS FOR NON-DESTRUCTIVE EXPERT EXAMINATION AND IMAGING<br><br>[[Proposed] Order filed concurrently]<br><br>Date: TBA<br>Time: TBA<br>Place: Telephonic<br><br>**Phase 1**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2463716.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2  entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3  requests that the Court order filed under seal Exhibits 10, 11, 12, 13, and 20 to the
4  Declaration of Diane Hutnyan (the "Declaration") in support of Mattel, Inc.'s *Ex*
5  *Parte* Application to Compel Access to Certain Bryant Originals for Non-
6  Destructive Expert Examination and Imaging.

7  The Declaration attaches materials that the parties have designated as
8  "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order.  Specifically,
9  Mattel has designated Exhibits 10 and 11, and MGA has designated Exhibits 12, 13,
10 and 20, as "Confidential--Attorneys' Eyes Only.  As such, Mattel requests that these
11 exhibits be filed under seal.

14 DATED: April 8, 2008           QUINN EMANUEL URQUHART OLIVER &
                                  HEDGES, LLP

                                  By /s/ Diane Hutnyan
                                     Diane Hutnyan
                                     Attorneys for Mattel, Inc.

07209/2463716.1

-2-