```
 1  THOMAS J. NOLAN (Bar No. 66992)
    (tnolan@skadden.com)
 2  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
    300 South Grand Avenue, Suite 3400
 3  Los Angeles, CA  90071
    Tel.: (213) 687-5000/Fax: (213) 687-5600
 4
    RAOUL D. KENNEDY (Bar No. 40892)
 5  (rkennedy@skadden.com)
    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
 6  4 Embarcadero Center, 38th Floor
    San Francisco, CA 94111-5974
 7  Tel.: (415) 984-6400 / Fax: (415) 984-2698

 8  Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited,
    MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian
 9
```

UNITED STATED DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>MGA'S AND BRYANT'S NOTICE OF INTENT TO OPPOSE MATTEL INC.'S *EX PARTE* APPLICATION TO FILE SUPPLEMENTAL EXPERT REPORTS BY MESSRS. WILLIAM FLYNN AND LLOYD CUNNINGHAM REGARDING CERTAIN BRYANT ORIGINALS<br><br>Date:  TBD<br>Time:  TBD<br>Place:  TBD<br><br>**Phase 1:**<br>Discovery Cutoff:  January 28, 2008<br>Expert Discovery Cutoff:<br>                        March 31, 2008<br>Motions in Limine:  May 5, 2008<br>Pre-trial conference: May 5, 2008<br>Trial Date:           May 27, 2008 |

MGA's and Bryant's Joint Notice of Intent to Oppose
Case No. CV 04-9049 SGL (RNBx)

MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian ("MGA") and Carter Bryant ("Bryant") hereby give notice of their intent to file an opposition to Mattel, Inc.'s ("Mattel") *Ex Parte* Application to File Supplemental Expert Reports by Messrs. William Flynn and Lloyd Cunningham Regarding Certain Bryant Originals (the "*ex parte* application") at 12:50 p.m. today.

On the evening of April 8, 2008, at 10:08 p.m., Mattel electronically filed the *ex parte* application with this Court, accompanied by a publicly redacted copy of the Declaration of Diane Hutnyan in support thereof. This *ex parte* application and accompanying Hutnyan declaration, which were electronically filed after the close of business, are together over 300 pages in length.

MGA and Bryant were not served with complete copies of the *ex parte* application, including an unredacted copy of the Hutnyan Declaration and the [Proposed] Order, as required by the Local Rules, until the next day, April 9, 2008. MGA was hand served at 11:25 a.m., and Bryant was hand served at 12:50 p.m.

On the evening of April 9, 2009, MGA left a voice mail for and sent an email to Mattel's counsel to request an extension until 5:00 p.m. on Thursday, April 10, 2008 to file a joint response to the *ex parte* application. As of the filing of this Notice, Mattel has not responded to MGA's and Bryant's request.

Accordingly, MGA and Bryant hereby inform the Court that they intend to file a joint opposition to the *ex parte* application by 12:50 p.m. on April 10, 2008, within the 24-hour deadline set forth in the Court's Standing Order.

DATED: April 10, 2008

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By: *Thomas J. Nolan (by ALL)*
Thomas J. Nolan
Attorney for MGA Entertainment, Inc.