QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
JOHN B. QUINN (State Bar No. 090378)
MICHAEL T. ZELLER (State Bar No. 196417)
JON D. COREY (State Bar No. 185066)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000; Facsimile: (213) 443-3100

STROOCK & STROOCK & LAVAN LLP
BARRY B. LANGBERG (State Bar No. 048158)
MICHAEL J. NIBORSKI (State Bar No. 192111)
2029 Century Park East, Suite 1600
Los Angeles, California 90067-3086
(lacalendar@stroock.com)
Telephone: (310) 556-5800; Facsimile: (310) 556-5959

Attorneys for MATTEL, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED CASES | Case No. CV 04-09049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>[PROPOSED] ORDER ON STIPULATION RE SCHEDULING OF HEARING ON MOTION OBJECTING TO DISCOVERY MASTER'S FEBRUARY 26, 2008 ORDER DENYING MATTEL'S MOTION TO COMPEL DEPOSITION OF CHRISTOPHER PALMERI |

07209/2449255.1

[PROPOSED] ORDER ON STIPULATION RE SCHEDULING OF HEARING ON MOTION

# [~~PROPOSED~~] ORDER

Good cause having been shown in the concurrently filed stipulation of Mattel, Inc. ("Mattel") and non-party Christopher Palmeri, the Court ORDERS as follows:

1. Hearing on Mattel's Motion Objecting to Discovery Master's February 26, 2008 Order Denying Mattel's Motion to Compel Deposition of Christopher Palmeri shall be continued to April 14, 2008, at 10:00 a.m.; and

2. Mattel's reply in support of the Motion shall be filed on or before April 3, 2008.

IT IS SO ORDERED.

DATED: 4-10-08

_____
Hon. Stephen G. Larson
United States District Judge

07209/2449255.1

-2-
[PROPOSED] ORDER ON STIPULATION RE SCHEDULING OF HEARING ON MOTION