UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.    CV 04-09049 SGL(RNBx)                                                Date:  April 10, 2008

Title:         CARTER BRYANT -v- MATTEL, INC.

<u>Consolidated With Related Actions</u>:
CASE NO. CV 04-09059 SGL(RNBx):  MATTEL, INC.,  v. CARTER BRYANT,
CASE NO. CV 05-02727 SGL (RNBx): MGA ENTERTAINMENT, INC., v. MATTEL, INC.,
==========================================================================
PRESENT:   HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

        Jim Holmes                                            Theresa Lanza
        Courtroom Deputy Clerk                     Court Reporter

<u>ATTORNEYS PRESENT FOR CARTER BRYANT</u>:     <u>ATTORNEYS PRESENT FOR MATTEL</u>:

None Present                                                             James Webster
                                                                                    B. Dylan Proctor

<u>ATTORNEYS PRESENT FOR MGA</u> <u>AND</u>
<u>ISAAC LARIAN</u>:

Thomas J. Nolan
Lance A. Etcheverry

PROCEEDINGS:    **ORDER RE VARIOUS PENDING MOTIONS AND APPLICATON FOLLOWING STATUS CONFERENCE**

     The Court held a telephonic status conference regarding outstanding matters related to the depositions of certain prior Mattel employees with counsel for MGA and Mattel.  Counsel for Carter Bryant was unavailable.

     Based on the representations of counsel for MGA that the depositions of these individuals will proceed on mutually agreeable dates and locations, the Court **ORDERS** the following:  MGA's Motion objecting to the Discovery Master's March 11, 2008, Order, docket #2801, is **WITHDRAWN BY COUNSEL**.  Mattel's ex parte application to compel the depositions, docket #2975, is **DENIED** as **MOOT**.  MGA and Bryant's motion for an evidentiary hearing regarding witness tampering,

docket #2968, is **DENIED WITHOUT PREJUDICE**.

    **IT IS SO ORDERED.**