QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>_____<br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>SUPPLEMENTAL DECLARATION OF DIANE C. HUTNYAN IN SUPPORT OF MATTEL, INC.'S REPLY RE *EX PARTE* APPLICATION FOR ACCESS TO CERTAIN BRYANT ORIGINALS FOR NON-DESTRUCTIVE EXAMINATION AND IMAGING<br><br>Hearing Date: TBA<br>Time: TBA<br>Place: TBA<br><br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

1                     **DECLARATION OF DIANE C. HUTNYAN**

2            I, Diane C. Hutnyan, declare as follows:

3            I am a member of the bar of the State of California, am admitted to

4 practice before this court and am a partner at Quinn Emanuel Urquhart Oliver &

5 Hedges, LLP, attorneys for plaintiff and cross-defendant Mattel, Inc. ("Mattel").  I

6 make this declaration of personal, firsthand knowledge and, if called and sworn as a

7 witness, I could and would testify competently thereto.

8         1.    Attached hereto as Exhibits 1 is a true and correct copy of an email

9 from Matthew Werdegar to me dated April 8, 2008.  He sent this email to me while I

10 was in a deposition.  This is the first time that I have heard him raise the argument that

11 Mattel's Application cannot be filed in front of the Discovery Master.

12         2.    Attached hereto as Exhibit 2 is a true and correct copy of the

13 Court's Order Appointing the Discovery Master dated December 6, 2006.

14         3.    Attached hereto as Exhibit 3 is a true and correct copy of excerpts

15 from the rough draft of the transcript of the deposition of Robert Kullman taken on

16 April 8, 2008.

17         4.    Attached hereto as Exhibit 4 is a true and correct copy of Mattel,

18 Inc.'s Ex Parte Application to File Supplemental Expert Reports by Messrs. William

19 Flynn and Lloyd Cunningham Regarding Certain Bryant Originals, dated April 8,

20 2008.

21           I declare under penalty of perjury under the laws of the State of

22 California and the United States of America that the foregoing is true and correct.

24       Executed this 9th day of April, 2008, in Los Angeles, California.

27                   Diane C. Hutnyan