QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard by Discovery Master Hon. Edward Infante (Ret.) Pursuant to the Court's Order of December 6, 2006]**<br><br>SUPPLEMENTAL DECLARATION OF JON D. COREY IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND THINGS BY MGA ENTERTAINMENT, INC. AND FOR AWARD OF MONETARY SANCTIONS<br><br>Date: April 11, 2008<br>Time: 9:00 a.m.<br>Place: Telephonic<br><br>Phase 1:<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2463636.1

SUPP. COREY DECL. I.S.O. MATTEL, INC.'S MOTION TO COMPEL PROD. OF DOCUMENTS & THINGS

1   I, Jon D. Corey, declare as follows:

2   1.   I am a member of the bar of the State of California and a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

3   2.   I make this declaration in connection with Mattel's Motion To Compel Production Of Documents And Things By MGA Entertainment, Inc. And For Award Of Monetary Sanctions. During the meet and confer process, Mattel agreed to withdraw, without prejudice and subject to the Phase 2 discovery stay, the following requests in connection with this motion: Request Nos. 34, 35, 37, 39, 56-75.

4   3.   As set forth in my letter to Ms. Park of April 9, 2008, Mattel has offered to limit the scope of some requests in an effort to reach an agreement on some of the remaining requests. A true and correct copy of my letter to Ms. Park is attached as Exhibit A.

5   4.   On Request Nos. 1 through 30, however, the parties have not reached an agreement. In those request, Mattel seeks documents that relate to claims of infringement of Bratz that MGA Entertainment, Inc. ("MGA") has made. This information is relevant to show that MGA's defenses to Mattel's copyright infringement claims. First, a primary defense of MGA in this case is that MGA's three-dimensional production Bratz dolls are not substantially similar to Carter Bryant's Bratz two-dimensional Bratz drawings. To rebut that defense, Mattel wishes to show that MGA has repeatedly and successfully argued to various courts and tribunals that three-dimensional dolls of MGA's competitors infringe the copyrights in Carter Bryant's drawings. This information potentially will estop or rebut MGA's asserted defense.

5. Mattel is aware of two instances in which MGA has done this. In <u>MGA Entertainment, Inc. v. Multitoy, Inc.</u>, et al., Case No. CV04-2524 CBM (CWx), MGA Entertainment, Inc. ("MGA") brought claims of copyright and trademark infringement, among other claims, against defendants for producing and selling dolls that infringed of the copyrights in Carter Bryant's two dimensional BRATZ drawings. <u>See</u> e.g. Complaint ¶ 7 and M0078574-90. <u>See generally</u> ¶¶ 2-20, 31-37. A true and correct copy of the Complaint, with exhibits, in the <u>Multitoy</u> matter is attached as Exhibit B.

6. In the <u>Cityworld</u> matter that MGA filed in Hong Kong, MGA's CEO, Isaac Larian, signed an affidavit in which he averred that the defendant's "Funky Tweens" dolls infringed the copyrights in Carter Bryant's two-dimensional Bratz drawings. "A complaint made by MGA is that the 3 dimensional Funky Tweenz dolls have infringed the 2 dimensional drawings which are artistic works in which copyright subsists." A true and correct copy of Mr. Larian's affidavit is attached as Exhibit C. The referenced "2 dimensional drawings" are Carter Bryant's Bratz drawings. A true and correct copy of Lee Affirmation submitted in the <u>Cityworld</u> matter which the "design drawings exhibited as 'LSC-3'" is attached as Exhibit D.

7. Separate from the two-dimensional/three-dimensional defense, MGA also argues that the Bratz production dolls are not substantially similar to Carter Bryant's drawings. To disprove this defense, Mattel seeks (and MGA possesses) documents and tangible items (dolls) that identify which dolls or products MGA has claimed are sufficiently similar to Bratz to justify an infringement claim. Mattel believes that most, if not all, of these products will be less similar to Carter Bryant's Bratz drawings than the Bratz dolls themselves are.

8. MGA has produced no responsive documents or things. It complains of burden and privilege. To alleviate that claim of burden, Mattel asked

MGA to identify the location of the non-privileged documents (essentially the court clip containing court submissions, discovery, etc.) related to these 25 infringement cases that MGA has filed and Mattel would inspect them. MGA has refuse simply to identify them on burden grounds. MGA has also claimed that some of these documents may be subject to a protective order, but MGA has refused to provide to Mattel copies of any such protective orders.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed April 9, 2008, at Los Angeles, California.

_____
Jon D. Corey