# EXHIBIT B



1  LARRY W. MCFARLAND (State Bar No. 129668)
2  DAVID K. CAPLAN (State Bar No. 181174)
   ELLIE SCHWIMMER (State Bar No. 221522)
3  KEATS MCFARLAND & WILSON LLP
   9720 Wilshire Boulevard
   Penthouse Suite
4  Beverly Hills, California 90212
   Tel: (310) 248-3830
5  Fax: (310) 860-0363
6  Attorneys for Plaintiff
7  MGA ENTERTAINMENT, INC.

8
9
10                 UNITED STATES DISTRICT COURT
11                CENTRAL DISTRICT OF CALIFORNIA
12                      WESTERN DIVISION

13  MGA ENTERTAINMENT, INC.,           **CV 04-2524 CBM** (CWx)
                                         **UNDER SEAL**
14             Plaintiff,
                                        Civil Action No.:
15        v.
                                        COMPLAINT FOR:
16  MULTITOY, INC., YUAN-LAN LIU,
17  an individual, JEFF WU, an individual   1. FEDERAL COPYRIGHT
    and dba IMC TOYS, ALL TOYS               INFRINGEMENT (17 U.S.C. §§ 501
18  IMPORTS, INC., SUSAN LIU, an            et seq.);
    individual, TOYSDIVISION, INC.,      2. FEDERAL TRADEMARK
19  TOM LIU, an individual, and DOES 1-      COUNTERFEITING (15 U.S.C.
    20,                                      § 1114);
20                                       3. FALSE DESIGNATION OF ORIGIN
                                             AND FALSE DESCRIPTION (15
21             Defendants.                   U.S.C. § 1125(a));
                                         4. TRADE DRESS INFRINGEMENT-
22                                           PRODUCT PACKAGING (15 U.S.C.
                                             §§ 1125 et seq.);
23                                       5. TRADE DRESS INFRINGEMENT-
                                             PRODUCT CONFIGURATION
24                                           (15 U.S.C. §§ 1125 et seq.);
                                         6. STATE STATUTORY UNFAIR
25                                           COMPETITION;
                                         7. STATE COMMON LAW
26                                           TRADEMARK INFRINGEMENT
                                             AND UNFAIR COMPETITION; and
27                                       8. CONSTRUCTIVE TRUST ON CM
28

I:\IP\10306\00009\pleadings\Complaint4 - downtown.doc

DOCKETED ON CM
APR 16 2004
BY_____ 019

M 0078522

Plaintiff MGA Entertainment, Inc. ("Plaintiff") for its Complaint alleges and avers as follows:

## JURISDICTION AND VENUE

1.      This Court has jurisdiction over this matter pursuant to 17 U.S.C. § 501 et seq.; 15 U.S.C. § 1121; 28 U.S.C. § 1331, and § 1338(a) and (b); and 28 U.S.C. § 1367.  Venue in this district is proper pursuant to 28 U.S.C. § 1391 (b) and (c) and § 1400(a).

## PLAINTIFF AND ITS RIGHTS.

2.      Plaintiff MGA Entertainment, Inc. is a corporation organized pursuant to the laws of the State of California, with its principal place of business in this judicial district.  Plaintiff is a manufacturer and distributor of a wide variety of popular toys, including dolls, plush animals and radio controlled vehicles.

3.      Plaintiff is the exclusive owner of all rights in and to the internationally famous BRATZ characters, which include, but are not limited to, "Cloe," "Jade," "Sasha," "Yasmin," "Meygan," "Dana," "Fianna," "Nevra," "Cameron," "Dylan," "Eitan," "Koby," "Cade," "Ailani," "Nazalia," "Talia," "Zada," "Mikko," "Colin," "Deavon" and "Lakin" (including all of the different dolls and authorized versions of these characters).  These characters are hereinafter referred to as the "BRATZ Characters."  True and correct copies of exemplars of depictions of the BRATZ Characters, in the form of selected pages from Plaintiff's copyrighted BRATZ Purse Style Guide, are attached hereto as **Exhibit 1**.

4.      The BRATZ Characters, the associated images, accessories, designs, and all other forms of intellectual property associated with the BRATZ Characters, including the distinctive trapezoidal packaging therefor, are extremely valuable to Plaintiff.

5.      In 2001, Plaintiff introduced a new line of fashion dolls known as the "BRATZ" or, alternatively, the "BRATZPACK" which are three-dimensional depictions of the BRATZ Characters (hereinafter the "BRATZ Dolls").  When first

M 0078523

introduced, the BRATZ Dolls only included "Cloe," "Jade," "Sasha" and "Yasmin." Dolls based on the additional characters listed in paragraph 3 have been introduced since that time.

6.     Plaintiff's rights in and to the internationally famous BRATZ Characters and the BRATZ Dolls include all intellectual and industrial property rights associated therewith, including, without limitation, all copyrights, patents, trademarks, industrial designs, trade secrets, contract and licensing rights, design rights, moral rights and trade dress rights in and to the BRATZ Characters, the BRATZ Dolls and the BRATZ Packaging Trade Dress (as defined in paragraph 54 below), consisting of the distinctive packaging in which such dolls, playsets and accessories are sold, as well as the BRATZ Product Configuration Trade Dress (as defined in paragraph 65 below), in any country of the world (collectively referred to as the "BRATZ Property").

7.     Plaintiff has obtained numerous federal copyright registrations for the BRATZ Characters and the BRATZ Dolls (the "BRATZ Copyrights"). Plaintiff has complied with all applicable copyright laws. The BRATZ Copyrights are valid, subsisting and in full force and effect. True and correct photocopies of representative copyright registrations, including copyright registrations for Plaintiff's BRATZ Dolls, are attached hereto as **Exhibit 2**.

8.     More than 50 million BRATZ Dolls have been sold to date on a worldwide basis, of which over 35 million have been sold in the United States. In addition, more than 25 million packages of accessories for such BRATZ Dolls have been sold worldwide, including over 15 million sold in the United States.

9.     For two consecutive years in 2001 and 2002, Plaintiff won the toy industry's most prestigious award, the People's Choice Toy of the Year Award, for its BRATZ Dolls. In 2003, Plaintiff won the Toy Industry Association, Inc. ("TIA") Property Toy of the Year Award, the TIA Girl Toy of the Year Award, the Family Fun Toy of the Year, Toy Wishes Magazine Hot Dozen, MSNBC Hottest Toy of the Year 2003, MSN.com Top Holiday Toy 2003, NBC Today Show Toy Test Winner 2003,

M 0078524

1  Toys R. Us/Amazon.com, eBay, and KB Toys Host Lists for 2003, and CNN Money
2  Top 10 Holiday Toys for Girls 2003.

3      10.    Plaintiff operates a web site to promote the BRATZ Dolls and BRATZ
4  Products (as defined below in paragraph 12) at www.bratzpack.com. This web site
5  provides games, e-greetings and the Mix 'N Match Mall of BRATZ fashion and hair
6  designs. The web site also offers visitors the opportunity to join the "Bratz" fan club.
7  Over 250,000 BRATZ fans have signed up and have asked to be notified of new
8  fashion trends that the BRATZ Dolls will wear, as well as the launch and marketing of
9  those new fashions and new dolls.

10      11.    Plaintiff has spent millions of dollars to develop, build and promote the
11  BRATZ Property including, without limitation, the placement of advertisements in all
12  media, including print ads, television spots and radio spots.

13      12.    A significant portion of Plaintiff's business since 2001 has been devoted
14  to the creation and commercial exploitation of the BRATZ Property.  Plaintiff licenses
15  the right to use the BRATZ Characters in a wide range of products such as apparel,
16  back-to-school products, home decor, jewelry and beauty products.  Plaintiff
17  manufactures a wide range of merchandise, including the BRATZ Dolls, and has also
18  produced an upcoming direct-to-video production entitled "BRATZ: The Video,
19  Starrin' 'N' Stylin'!" which will be released in the third quarter of 2004 (these
20  products are hereinafter referred to as the "BRATZ Products").  Plaintiff has
21  numerous active merchandise and promotional licenses, and the number of licenses is
22  continuing to grow. In order to maintain its reputation as well as the value of its
23  licenses, Plaintiff carefully selects each licensee to ensure the quality of its licensed
24  products and has subjected each licensee to a strict quality review and approval
25  program.  Plaintiff currently has over 200 licensees worldwide for BRATZ Products.

26      13.    In keeping with the importance of the BRATZ Property, Plaintiff and/or
27  its licensees have expended tens of millions of dollars in advertising the BRATZ
28  Products and promoting the use of the BRATZ Characters on original licensed

M 0078525

1    products, which include apparel and other items. Items bearing the BRATZ Characters
2    and/or the BRATZ name and mark have proven to be in great demand.

3        14.    The BRATZ Characters are extremely valuable and successful. The
4    licensing of rights to the BRATZ Characters and sale of BRATZ Products has
5    generated tens of millions of dollars in revenue. In 2003, such sales and licenses
6    generated in excess of $500 million in revenue.

7        15.    The BRATZ Characters are extremely popular with the public, and the
8    BRATZ Dolls and BRATZ Characters have received enormous amounts of
9    unsolicited publicity, through various magazine and newspaper articles discussing the
10   BRATZ Dolls and Characters.

11       16.    Through Plaintiff's extensive sales and promotional efforts, as well as its
12   strict adherence to the highest standards of quality for its licensed and manufactured
13   products, Plaintiff and its BRATZ Property are associated in the public mind with
14   high-quality dolls, playsets and accessories, and the BRATZ Property has
15   considerable value to Plaintiff.

16       17.    As a result of the foregoing, Plaintiff has developed strong trademark
17   rights in various elements associated with the sale and marketing of the BRATZ
18   Property (hereinafter the "BRATZ Trademarks"). The BRATZ Trademarks are
19   renowned nationwide as identifiers of quality dolls and related products. These
20   trademarks include, but are not limited to, the following:  BRATZ, the names and
21   designs of the individual BRATZ Characters as well as of the BRATZPACK, the
22   design of the packaging for the BRATZ Dolls, and various taglines and other word
23   marks associated with the sale and marketing of the BRATZ Products including, but
24   not limited to, the mark "THE GIRLS WITH A PASSION FOR FASHION." Plaintiff
25   has also obtained numerous federal trademark registrations for the BRATZ
26   Trademarks.  Among these registrations are registrations for the BRATZ and BRATZ
27   PACK marks, the names of several of the BRATZ Characters, and for the mark THE
28   GIRLS WITH A PASSION FOR FASHION in Class 28 for dolls and dolls'

I:\IP\103000\00009\pleadings\Complaint4 - downtown.doc                -4-

M 0078526

1   accessories (hereinafter the "PASSION FOR FASHION Trademark"). True and
2   correct photocopies of representative trademark registrations are attached hereto as
3   **Exhibit 3.**
4       18.    Plaintiff has used the BRATZ Trademarks continuously on and in
5   connection with the BRATZ Products since the inception of each of the various
6   BRATZ Products, and these BRATZ Trademarks have never been abandoned. The
7   BRATZ Trademarks are valid, subsisting and in full force and effect.
8       19.    Based on the extensive sales and promotion of the BRATZ Products and
9   the wide popularity of such products including Plaintiff's promotion of its BRATZ
10  Products in media outlets and on its website www.bratzpack.com, the BRATZ
11  Trademarks have developed secondary meaning and significance in the minds of the
12  public, and the services and products utilizing and/or bearing such marks are
13  immediately identified by the purchasing public with Plaintiff.
14  **DEFENDANTS AND THEIR INFRINGING ACTS.**
15      20.    Upon information and belief, defendant Multitoy, Inc. ("Multitoy") is a
16  California corporation, having its principal place of business at 309 East 4th Street,
17  Los Angeles, California 90013.  Defendant Multitoy is selling and offering for sale
18  infringing dolls which bear infringements of trademarks and copyrights owned by
19  Plaintiff, and that infringe upon Plaintiff's trade dress rights.  Defendant Multitoy is
20  subject to the jurisdiction of this Court and is importing, advertising, manufacturing
21  (or causing to be manufactured), distributing, selling, offering for sale and/or
22  otherwise exploiting merchandise that infringes the BRATZ Property in this judicial
23  district.
24      21.    Upon information and belief, defendant YUAN-LAN LIU is an
25  individual residing in Los Angeles County in the State of California and doing
26  business as Multitoy, located at 309 East 4th Street, Los Angeles, California 90013.
27  Upon information and belief, YUAN-LAN LIU is importing, advertising,
28  manufacturing (or causing to be manufactured), distributing, selling, offering for sale

M 0078527

1   and/or otherwise exploiting merchandise that infringes the BRATZ Property, and is an

2   active, conscious, and dominant force behind the wrongful acts of Multitoy.

3       22.   Upon information and belief, defendant JEFF WU ("WU") is an

4   individual residing in Los Angeles County in the State of California and doing

5   business as IMC Toys, located at 406 East 4th Street, Los Angeles, California 90013.

6   Defendant WU is selling and offering for sale infringing dolls which bear

7   infringements of trademarks and copyrights owned by Plaintiff, and that infringe upon

8   Plaintiff's trade dress rights. Defendant JEFF WU is subject to the jurisdiction of this

9   Court and is importing, advertising, manufacturing (or causing to be manufactured),

10   distributing, selling, offering for sale and/or otherwise exploiting merchandise that

11   infringes the BRATZ Property in this judicial district.

12       23.   Upon information and belief, defendant All Toys Imports, Inc. ("All

13   Toys") is a California corporation, having its principal place of business at 330 South

14   Wall Street, Unit 9, Los Angeles, California 90013. Defendant All Toys is selling and

15   offering for sale infringing dolls which bear infringements of trademarks and

16   copyrights owned by Plaintiff, and that infringe upon Plaintiff's trade dress rights.

17   Defendant All Toys is subject to the jurisdiction of this Court and is importing,

18   advertising, manufacturing (or causing to be manufactured), distributing, selling,

19   offering for sale and/or otherwise exploiting merchandise that infringes the BRATZ

20   Property in this judicial district.

21       24.   Upon information and belief, defendant SUSAN LIU is an individual

22   residing in Los Angeles County in the State of California and doing business as All

23   Toys, located at 330 South Wall Street, Unit 9, Los Angeles, California 90013. Upon

24   information and belief, SUSAN LIU is importing, advertising, manufacturing (or

25   causing to be manufactured), distributing, selling, offering for sale and/or otherwise

26   exploiting merchandise that infringes the BRATZ Property, and is an active,

27   conscious, and dominant force behind the wrongful acts of All Toys.

28

M 0078528

25.     Upon information and belief, defendant Toys Division, Inc. ("Toys Division") is a California corporation, having its principal places of business at 1440 Boyd Street, Los Angeles, California 90033 and on its Web site located at <www.toysdivision.com>. Defendant Toys Division is selling and offering for sale infringing dolls which bear infringements of trademarks and copyrights owned by Plaintiff, and that infringe upon Plaintiff's trade dress rights.  Defendant Toys Division is subject to the jurisdiction of this Court and is importing, advertising, manufacturing (or causing to be manufactured), distributing, selling, offering for sale and/or otherwise exploiting merchandise that infringes the BRATZ Property in this judicial district.

26.     Upon information and belief, defendant TOM LIU is an individual residing in Los Angeles County in the State of California and doing business as Toys Division, located at 1440 Boyd Street, Los Angeles, California 90033 and on the Web site located at <www.toysdivision.com>.  Upon information and belief, TOM LIU is importing, advertising, manufacturing (or causing to be manufactured), distributing, selling, offering for sale and/or otherwise exploiting merchandise that infringes the BRATZ Property, and is an active, conscious, and dominant force behind the wrongful acts of Toys Division.

27.     Upon information and belief, various Does 1 through 20 are either entities or individuals who are residents of, or are present in, this judicial district, are transacting business in this judicial district, are subject to the jurisdiction of this Court, and are individuals who are principals or supervisory employees of the respective named defendants, or are suppliers to the respective named defendants, and/or are other entities or individuals who are importing, advertising, manufacturing (or causing to be manufactured), distributing, selling, offering for sale and/or otherwise exploiting merchandise in Los Angeles, California, which infringes upon some or all of the BRATZ Property in this judicial district.  The identities of the various Does are unknown to Plaintiff at this time.  This Complaint will be amended to include the

M 0078529

1  names of such individuals when identified to Plaintiff.  The named defendants and

2  Does 1 through 20 are hereinafter collectively referred to as "Defendants."

3      28.    Defendants, without any authorization from Plaintiff, have been

4  importing, advertising, manufacturing (or causing to be manufactured), distributing,

5  selling, offering for sale and/or otherwise exploiting merchandise incorporating the

6  BRATZ Property, for which Plaintiff has the exclusive rights.  The result of

7  Defendants' activities has been that Defendants have profited, and continue to profit,

8  from their infringement of Plaintiff's rights.

9      29.    Upon information and belief, long after Plaintiff's adoption and use of

10 the BRATZ Property on a diverse range of goods, and after Plaintiff obtained federal

11 copyright and trademark registrations, Defendants have adopted and used likenesses

12 of the BRATZ Property without Plaintiff's consent, by importing, advertising,

13 manufacturing (or causing to be manufactured), distributing, selling, offering for sale

14 and/or otherwise exploiting counterfeit and/or infringing products bearing likenesses

15 of the BRATZ Property (hereinafter "Counterfeit and/or Infringing Products"), and

16 have caused said Counterfeit and/or Infringing Products to enter into commerce and/or

17 to be transported or used in commerce.  Defendants' products are not licensed by

18 Plaintiff and, at all relevant times, Defendants were not authorized by Plaintiff, or any

19 authorized agent of Plaintiff, to import, advertise, manufacture (or cause to be

20 manufactured), distribute, sell, offer for sale or otherwise exploit such Counterfeit

21 and/or Infringing Products.  Defendants are currently engaged in such use and unless

22 enjoined by this Court will continue such use.

23     30.    By engaging in this conduct, Defendants have acted in willful disregard

24 of the laws protecting Plaintiff's goodwill, copyrights, trademarks and trade dress

25 rights, and have confused and deceived, or threaten to confuse and deceive, the

26 consuming public as to the source or sponsorship of the products.  By their wrongful

27 conduct, Defendants have blatantly traded upon and diminished Plaintiff's goodwill

28 and infringed Plaintiff's rights.

I:\IP\10300\00009\pleadings\Complaint4 - downtown.doc                -8-

M 0078530

# FIRST CLAIM FOR RELIEF

## (Federal Copyright Infringement)

## [17 U.S.C. § 501]

## (Applicable to All Defendants)

31.     Plaintiff repeats and realleges all of the allegations contained in the preceding paragraphs of this Complaint as though the same were fully set forth herein.

32.     At all relevant times, Plaintiff has owned all right, title, and interest in and to the BRATZ Copyrights as delineated herein.

33.     Plaintiff has complied in all respects with Title 17 of the United States Code, secured the exclusive rights and privileges in and to the above-referenced copyrights, and in compliance with the law has received from the Registrar of Copyrights the appropriate certificates of registration, which constitute prima facie evidence of the validity of the copyrights and of the facts stated in the certificates.

34.     After the date that Plaintiff obtained federal copyright registrations and continuing to date, Defendants have infringed the BRATZ Copyrights by importing, advertising, manufacturing (or causing to be manufactured), distributing, selling, offering for sale, or otherwise exploiting without Plaintiff's consent, the Counterfeit and/or Infringing Products which are copies of or bear a substantial similarity to the BRATZ Copyrights.

35.     Upon information and belief, Defendants' conduct was and is willfully done with knowledge of Plaintiff's rights in and to the BRATZ Copyrights.

36.     Plaintiff has no adequate remedy at law and has suffered and continues to suffer irreparable harm and damage as a result of Defendants' acts as aforesaid in an amount not thus far determined, but which will be established at trial.

37.     Defendants' wrongful conduct will continue unless enjoined by this Court.

///

///

M 0078531

## SECOND CLAIM FOR RELIEF

### (Trademark Counterfeiting)

### [15 U.S.C. § 1114]

### (Applicable only to Defendant All Toys)

38.  Plaintiff repeats and realleges the allegations contained in paragraphs 1-30 of this Complaint as though the same were fully set forth herein.

39.  Defendant All Toys has used spurious designations that are identical with, or substantially indistinguishable from, the PASSION FOR FASHION Trademark on goods covered by the registration for the PASSION FOR FASHION Trademark.

40.  Upon information and belief, Defendant All Toys has intentionally and willfully used these spurious designations, knowing they are counterfeit, in connection with importing, advertising, manufacturing (or causing to be manufactured), distributing, selling, offering for sale and/or otherwise exploiting goods for its own personal financial gain, and such intentional and willful conduct by defendant All Toys makes this an exceptional case.

41.  Defendant All Toys' conduct in importing, advertising, manufacturing (or causing to be manufactured), distributing, selling, offering for sale and/or otherwise exploiting products bearing the PASSION FOR FASHION Trademark was and is without Plaintiff's consent.

42.  Defendant All Toys' unauthorized use of the PASSION FOR FASHION Trademark on and in connection with importing, advertising, manufacturing (or causing to be manufactured), distributing, selling, offering for sale and/or otherwise exploiting the Counterfeit Products constitutes use of the PASSION FOR FASHION Trademark in commerce.

43.  Defendant All Toys' unauthorized use of the PASSION FOR FASHION Trademark as set forth above is likely to:

(a)  cause confusion, mistake and deception;

M 0078532

(b)  cause the public to believe that defendant All Toys' Counterfeit Products are authorized, sponsored or approved by Plaintiff or that defendant All Toys is affiliated, connected or associated with or in some way related to Plaintiff; and

(c)  result in defendant All Toys unfairly benefiting from Plaintiff's goodwill and reputation, to the substantial and irreparable injury of the public, Plaintiff, the PASSION FOR FASHION Trademark, and the substantial goodwill represented thereby.

44.  Defendant All Toys' acts as recited herein constitute trademark counterfeiting in violation of Section 32 of the Lanham Act, 15 U.S.C. §§ 1114, 1116.

45.  Plaintiff has no adequate remedy at law and has suffered and continues to suffer irreparable harm and damage as a result of defendant All Toys' acts in an amount not thus far determined, but which will be established at trial.

46.  The conduct of Defendant All Toys described above has caused and, if not enjoined, will continue to cause irreparable damage to the rights of Plaintiff in the BRATZ Property, and to Plaintiff's business, reputation, and goodwill.  Defendant All Toys' wrongful conduct will continue unless enjoined by this Court.

## THIRD CLAIM FOR RELIEF

### (False Designation of Origin and False Description)

### [15 U.S.C. § 1125(a)]

### (Applicable to All Defendants)

47.  Plaintiff repeats and realleges the allegations contained in paragraphs 1-30 and 39-46 of this Complaint as though the same were fully set forth herein.

48.  The BRATZ Trademarks, including all of the images and designs embodied in the BRATZ Property, as set forth in the preceding paragraphs hereof, are distinctive, have been used throughout the United States and worldwide, and are well known to the trade and members of the purchasing public.  The public generally associates and identifies the BRATZ Trademarks with Plaintiff.

M 0078533

49.     Defendants' conduct in importing, advertising, manufacturing (or causing to be manufactured), distributing, selling, offering for sale and/or otherwise exploiting products bearing one or more of the BRATZ Trademarks constitutes false designation of origin or sponsorship of said products and tends falsely to represent that products bearing the BRATZ Trademarks originate with Defendants or that said products and Defendants have been sponsored, approved, or licensed by Plaintiff or are in some way affiliated or connected with Plaintiff.  Such conduct of Defendants is likely to confuse, mislead, and deceive Defendants' customers, purchasers and members of the public as to the origin of said products, or cause said persons to believe that those products and/or Defendants have been sponsored, approved, authorized or licensed by Plaintiff or are in some way affiliated or connected with Plaintiff, all in violation of 15 U.S.C. § 1125(a).

50.     Upon information and belief, Defendants' actions were done willfully with full knowledge of the falsity of such designations of origin and false descriptions or representations, and with the express intent to cause confusion, and to mislead and deceive the purchasing public.

51.     Plaintiff has no adequate remedy at law and has suffered and continues to suffer irreparable harm and damage as a result of Defendants' acts in an amount not thus far determined, but which will be established at trial.

52.     The conduct of Defendants described above has caused and, if not enjoined, will continue to cause irreparable damage to the rights of Plaintiff in the BRATZ Property, and to Plaintiff's business, reputation, and goodwill.  Defendants' wrongful conduct will continue unless enjoined by this Court.

///

///

///

///

///

M 0078534

1

## FOURTH CLAIM FOR RELIEF

2

### (Trade Dress Infringement- Product Packaging)

3

### [15 U.S.C. § 1125(a)]

4

### (Applicable to All Defendants)

5       53.    Plaintiff repeats and realleges the allegations contained in paragraphs 1-

6    30, 39-46 and 48-52 of this Complaint as though the same were fully set forth herein.

7       54.    The unique trade dress of Plaintiff's packaging for the BRATZ Dolls

8    includes, but is not limited to, the unique non-functional shape of the trapezoidal

9    display packaging encasing Plaintiff's BRATZ Products, the arrangement and

10   placement of images of the BRATZ Characters and the BRATZ Trademarks on the

11   product packaging, the type-style, colors, color printing style, and the display of the

12   accessories for Defendants' goods in the packaging for the BRATZ Dolls (hereinafter

13   referred to as the "BRATZ Packaging Trade Dress").

14      55.    The BRATZ Packaging Trade Dress is non-functional and inherently

15   distinctive.

16      56.    The BRATZ Packaging Trade Dress has also developed secondary

17   meaning associating such Trade Dress in the mind of the consuming public with a

18   single source.

19      57.    Defendants have competed unfairly with Plaintiff and have

20   misappropriated and traded upon Plaintiff's goodwill and business reputation

21   symbolized by the BRATZ Packaging Trade Dress.

22      58.    Defendants have used, in connection with importing, advertising,

23   manufacturing (or causing to be manufactured), distributing, selling, offering for sale

24   and/or otherwise exploiting of products and the packaging for such products, one or

25   more of the elements of the BRATZ Packaging Trade Dress.  Defendants have

26   additionally caused goods bearing such misleading packaging to enter into interstate

27   commerce.  Defendants' use of the BRATZ Packaging Trade Dress, or a colorable

28

M 0078535

1    imitation thereof, is a false description and representation that the goods are made by,

2    sponsored by or affiliated with Plaintiff, in violation of 15 U.S.C. § 1125(a).

3        59.    Plaintiff is likely to be damaged by such false descriptions or

4    representations by reason of the likelihood that purchasers will be confused as to the

5    true source, sponsorship or affiliation of said goods of Defendants.

6        60.    As a direct and proximate result of the foregoing acts, Defendants have

7    made substantial profits to which they are not entitled.

8        61.    As a result of the foregoing, Defendants have unfairly competed with

9    Plaintiff in violation of 15 U.S.C. § 1125(a).

10       62.    Plaintiff has no adequate remedy at law and has suffered and continues to

11   suffer irreparable harm and damage as a result of Defendants' acts as aforesaid in an

12   amount not thus far determined, but which will be established at trial.

13       63.    The conduct of Defendants described above has caused and, if not

14   enjoined, will continue to cause irreparable damage to the rights of Plaintiff in the

15   BRATZ Property, and to Plaintiff's business, reputation and goodwill.  Defendants'

16   wrongful conduct will continue unless enjoined by this Court.

17                    **FIFTH CLAIM FOR RELIEF**

18           **(Trade Dress Infringement-Product Configuration)**

19                       **[15 U.S.C. § 1125(a)]**

20               **(Applicable To All Defendants)**

21       64.    Plaintiff repeats and realleges the allegations contained in paragraphs 1-

22   30, 39-46, 48-52 and 54-63 of this Complaint as though the same were fully set forth

23   herein.

24       65.    The unique elements of the BRATZ Dolls include, but are not limited to,

25   oversized heads with prominent jawbones; almond-shaped eyes with multi-colored

26   eye makeup; stylable hair; full lips with lipstick; noses that are reduced in size; slender

27   bodies that bend at the waists; slim arms; noticeable (but not oversized) chests; long

28   slim legs that move forward and backward and that flex at the knee, but do not move

J:\IP\1030\00000\pleadings\Complaint - downtown.doc                    -14-

M 0078536

side to side; and oversized, removable feet with shoes (hereinafter referred to as the "BRATZ Product Configuration Trade Dress").

66.     The BRATZ Product Configuration Trade Dress is non-functional.

67.     Based on Plaintiff's extensive advertising and sales, as well as the wide popularity of Plaintiff's products, the BRATZ Product Configuration Trade Dress has acquired secondary meaning so that any product or advertisement bearing such trade dress is immediately associated by purchasers and the public as being a product of, and affiliated with, a single source – namely, Plaintiff.

68.     Defendants have competed unfairly with Plaintiff and have misappropriated and traded upon Plaintiff's goodwill and business reputation symbolized by the unique BRATZ Product Configuration Trade Dress.

69.     Defendants have used, in connection with importing, advertising, manufacturing (or causing to be manufactured), distributing, selling, offering for sale and/or otherwise exploiting products, one or more of the elements of the BRATZ Product Configuration Trade Dress, and have caused such misleading products to enter into interstate commerce.  Defendants' use of the BRATZ Product Configuration Trade Dress, or a colorable imitation thereof, is a false description and representation that the goods are made by, sponsored by or affiliated with Plaintiff, in violation of 15 U.S.C. § 1125(a).

70.     Plaintiff is likely to be damaged by Defendants' false descriptions or representations by reason of the likelihood that purchasers will be confused as to the true source, sponsorship, or affiliation of Defendants' goods.

71.     In engaging in the foregoing conduct, Defendants have made substantial profits to which they are not entitled.

72.     As a result of the foregoing, Defendants have unfairly competed with Plaintiff in violation of 15 U.S.C. § 1125(a).

M 0078537

73.     Plaintiff has no adequate remedy at law and has suffered and continues to suffer irreparable harm and damage as a result of Defendants' acts as aforesaid in an amount not thus far determined, but which will be established at trial.

74.     The conduct of Defendants described above has caused and, if not enjoined, will continue to cause irreparable damage to the rights of Plaintiff in the BRATZ Property, and to Plaintiff's business, reputation and goodwill.  Defendants' wrongful conduct will continue unless enjoined by this Court.

**SIXTH CLAIM FOR RELIEF**

**(State Statutory Unfair Competition)**

**[Cal. Bus. & Prof. Code § 17200 et seq.]**

**(Applicable To All Defendants)**

75.     Plaintiff repeats and realleges the allegations contained in paragraphs 1-30, 39-46, 48-52, 54-63 and 65-74 of this Complaint as though the same were fully set forth herein.

76.     This claim arises under California Business and Professions Code §17200 et seq.  This Court has jurisdiction over the subject matter of this claim pursuant to the provisions of 28 U.S.C. § 1338(b), this being a claim of unfair competition joined with a substantial and related claim under the Lanham Act, and under 28 U.S.C. § 1367.

77.     Plaintiff owns all rights, title and interest in and to the distinctive trade names, trademarks, designs, symbols and logos used by Plaintiff by virtue of its extensive manufacture, distribution, promotion, advertising, licensing, offering for sale and sale of a wide variety of goods bearing such trade names, trademarks, designs, symbols, and logos (collectively the "Common Law Trademarks"), as set forth in preceding paragraphs of this Complaint.

78.     None of the Defendants have any rights to Plaintiff's Common Law Trademarks.

I:\IP\10306\00009\pleadings\Complaint4 - downtown.doc                    -16-

M 0078538

79.    Products bearing Plaintiff's Common Law Trademarks have been imported, advertised, manufactured (or caused to be manufactured), distributed, sold, offered for sale and/or otherwise exploited and are being continuously imported, advertised, manufactured (or caused to be manufactured), distributed, sold, offered for sale and/or otherwise exploited in California to this day by Defendants.  In such marketing and sales activity, Defendants' Counterfeit and/or Infringing Products bear infringing copies of Plaintiff's Common Law Trademarks, and are confusingly similar to Plaintiff's own products.  Such unauthorized use by Defendants of Plaintiff's Common Law Trademarks, or confusingly similar imitations thereof, is likely to cause confusion and mistake in the minds of the trade and the purchasing public and to deceive them as to the source of origin, authorization or sponsorship of the Counterfeit and/or Infringing Products and, therefore, to cause purchasers to buy such products in the erroneous belief that they are authentic.

80.    Upon information and belief, Defendants have intentionally appropriated one or more of Plaintiff's Common Law Trademarks with the intent of causing confusion, mistake and deception as to the source of their goods and with the intent to palm off their goods as those of Plaintiff and to place others in the position to palm off their goods as those of Plaintiff.

81.    Plaintiff states, upon information and belief, and thereupon alleges, that the acts of Defendants have violated the unfair competition laws of the State of California and specifically California Business and Professions Code §17200 et seq.

82.    By such actions in infringing Plaintiff's Common Law Trademarks, Defendants are improperly trading upon the enviable reputation and goodwill of Plaintiff and are impairing Plaintiff's valuable rights in and to such Common Law Trademarks.

83.    Plaintiff has no adequate remedy at law and has suffered and continues to suffer irreparable harm and damage as a result of Defendants' acts as aforesaid in an amount not thus far determined, but which will be established at trial.

M 0078539

1       84.   The conduct of Defendants described above has caused and, if not

2   enjoined, will continue to cause irreparable damage to the rights of Plaintiff in the

3   BRATZ Property, and to Plaintiff's business, reputation and goodwill.  Defendants'

4   wrongful conduct will continue unless enjoined by this Court.

5   **SEVENTH CLAIM FOR RELIEF**

6   **(State Common Law Trademark Infringement and Unfair Competition)**

7   **(Applicable To All Defendants)**

8       85.   Plaintiff repeats and realleges the allegations contained in paragraphs 1-

9   30, 39-46, 48-52, 54-63, 65-74 and 76-84 of this Complaint, as though the same were

10  fully set forth herein.

11      86.   This claim arises under the common law of California.  This Court has

12  jurisdiction over the subject matter of this claim pursuant to the provisions of 28

13  U.S.C. § 1338(b), this being a claim of unfair competition joined with a substantial

14  and related claim under the Lanham Act, and under 28 U.S.C. § 1367.

15      87.   Plaintiff owns all rights, title, and interest in and to Plaintiff's distinctive

16  Common Law Trademarks, as set forth in paragraph 77 of this Complaint.

17      88.   The Counterfeit and/or Infringing Products incorporate matter

18  constituting replicas and imitations of Plaintiff's Common Law Trademarks.  Such

19  unauthorized use by Defendants of Plaintiff's Common Law Trademarks constitutes

20  trademark infringement and unfair competition, and is likely to cause confusion and

21  mistake in the minds of the trade and the purchasing public as to the source of the

22  products, and to cause purchasers to believe such products are authentic products of

23  Plaintiff when, in fact, they are not.

24      89.   Upon information and belief, Defendants have intentionally appropriated

25  one or more of Plaintiff's Common Law Trademarks with the intent of causing

26  confusion, mistake and deception as to the source of their goods and with the intent to

27  palm off their goods as those of the Plaintiff and to place others in the position to palm

28

-18-

M 0078540

1    off their goods as those of Plaintiff and, as such, Defendants have committed

2    trademark infringement and unfair competition under the common law.

3         90.    By such actions in infringing Plaintiff's Common Law Trademarks,

4    Defendants are improperly trading upon the enviable reputation and goodwill of

5    Plaintiff and are impairing Plaintiff's valuable rights in and to such trademarks.

6         91.    As set forth above, upon information and belief, the activities of

7    Defendants complained of herein constitute willful and intentional acts of

8    infringement of Plaintiff's Common Law Trademarks and unfair competition.

9         92.    Plaintiff has no adequate remedy at law and has suffered and continues to

10   suffer irreparable harm and damage as a result of Defendants' acts as aforesaid in an

11   amount not thus far determined, but which will be established at trial.

12        93.    The conduct of Defendants described above has caused and, if not

13   enjoined, will continue to cause irreparable damage to the rights of Plaintiff in the

14   BRATZ Property, and to Plaintiff's business, reputation, and goodwill.  Defendants'

15   wrongful conduct will continue unless enjoined by this Court.

16                          **EIGHTH CLAIM FOR RELIEF**

17                             **(Constructive Trust)**

18                          **[Cal. Civ. Code § 2224]**

19                        **[Applicable to all Defendants]**

20        94.    Plaintiff repeats and realleges the allegations contained in paragraphs 1-

21   30, 32-37, 39-46, 48-52, 54-63, 65-74, 76-84 and 86-93 of this Complaint as though

22   the same were fully set forth herein.

23        95.    This claim arises under California Civil Code section 2224 and the

24   common law of the State of California.  This Court has jurisdiction over the subject

25   matter of this claim pursuant to the provisions of 28 U.S.C. § 1338(b), this being a

26   claim of constructive trust joined with a substantial and related claim under the

27   Copyright and Trademark Laws of the United States, and under 28 U.S.C. § 1367.

28

M 0078541

1        96.    Plaintiff states, upon information and belief and thereupon alleges, that

2  Defendants own and/or possess tangible real and/or personal properties and assets

3  including, but not limited to, bank, savings, and/or other financial accounts, consisting

4  of and/or obtained by profit derived from Defendants' unauthorized manufacture,

5  distribution and/or sale of the Counterfeit and/or Infringing Products.

6        97.    Plaintiff is entitled to the profits Defendants have derived from the

7  infringement of the BRATZ Property under 17 U.S.C. § 504(b), 15 U.S.C. § 1117,

8  and California Business and Professions Code § 14340.

9        98.    Plaintiff has no adequate remedy at law and has suffered irreparable harm

10  and damage as a result of Defendants' acts, as aforementioned.  Defendants hold those

11  tangible real and/or personal properties and assets consisting of and/or obtained by

12  profit derived from Defendants' infringing activities as constructive trustees for the

13  benefit of Plaintiff, in an amount thus far not determined.

14  **PRAYER FOR RELIEF**

15        WHEREFORE, Plaintiff demands:

16      A.    That the Court order that Defendants, their agents, servants, employees,

17  representatives, successors and assigns, and all persons, entities, firms or corporations

18  in active concert or participation with any of them, be immediately enjoined from:

19          (1)    directly or indirectly infringing the BRATZ Property including, but

20              not limited to, the BRATZ Characters, the BRATZ Dolls, the

21              BRATZ Copyrights, the BRATZ Trademarks, the Common Law

22              Trademarks, the BRATZ Product Configuration Trade Dress and

23              the BRATZ Packaging Trade Dress, as described above, in any

24              manner, including generally, but not limited to, manufacturing (or

25              causing to be manufactured), importing, copying, distributing,

26              advertising, selling, offering for sale and/or otherwise exploiting

27              any merchandise which infringes said BRATZ Property and,

28              specifically, manufacturing, importing, copying, distributing,

M 0078542

advertising, selling, offering for sale and/or otherwise exploiting the Counterfeit and/or Infringing Products or any other unauthorized products that picture, reproduce or utilize the likenesses of or which copy or bear a substantial similarity to the BRATZ Property;

(2) engaging in any conduct that tends falsely to represent, or is likely to confuse, mislead, or deceive purchasers, Defendants' customers and/or members of the public into believing, that the actions of Defendants, the products sold by Defendants or Defendants themselves are connected with Plaintiff, are sponsored, approved or licensed by Plaintiff, or are in some way connected or affiliated with Plaintiff;

(3) affixing, applying, annexing or using in connection with the importation, manufacture, distribution, advertising, sale and/or offering for sale of any goods or services, a false description or representation, including words or other symbols tending to falsely describe or represent such goods as being those of Plaintiff;

(4) otherwise competing unfairly with Plaintiff in any manner;

(5) infringing the aforementioned BRATZ Copyrights, BRATZ Trademarks including, but not limited to, the BRATZ, BRATZ PACK and PASSION FOR FASHION trademarks, as well as the Common Law Trademarks, BRATZ Packaging Trade Dress and BRATZ Product Configuration Trade Dress, and damaging Plaintiff's goodwill, reputation, and business;

(6) during the pendency of this action, destroying or otherwise disposing of:

(a)   merchandise falsely bearing the BRATZ Property, or infringements or counterfeits thereof;

M 0078543

(b)    any other products which reproduce, copy, counterfeit, imitate or bear the BRATZ Property including, but not limited to, the BRATZ Characters, the BRATZ Dolls, the BRATZ Copyrights, the BRATZ Trademarks, the Common Law Trademarks, the BRATZ Product Configuration Trade Dress and the BRATZ Packaging Trade Dress, trade names, logos or designs, or which picture, reproduce or utilize the likenesses of or copy or bear a substantial similarity to the BRATZ Property including, without limitation, the BRATZ Characters and the BRATZ Dolls;

(c)    any promotional and advertising material labels, packages, wrappers, containers and any other unauthorized items which reproduce, copy, counterfeit, imitate or bear the BRATZ Property including, but not limited to, the BRATZ Characters, the BRATZ Dolls, the BRATZ Copyrights, the BRATZ Trademarks, the Common Law Trademarks, the BRATZ Product Configuration Trade Dress and the BRATZ Packaging Trade Dress, trade names, logos or designs, or which picture, reproduce or utilize the likenesses of or copy or bear a substantial similarity to the BRATZ Property;

(d)    any molds, screens, patterns, plates, disks, negatives or other items used specifically for making or manufacturing products bearing the BRATZ Property including, but not limited to, the BRATZ Characters, the BRATZ Dolls, the BRATZ Copyrights, the BRATZ Trademarks, the Common Law Trademarks, the BRATZ Product Configuration Trade Dress and the BRATZ Packaging Trade Dress, trade names, logos, or designs, or which picture, reproduce or utilize the

M 0078544

likenesses of or copy or bear a substantial similarity to the BRATZ Property; and

(e)   any sales and supplier or customer journals, ledgers, invoices, purchase orders, inventory control documents, bank records, catalogues, recordings of any type whatsoever, and all other business records and documents believed to concern the importation, manufacture, reproduction, purchase, advertising, sale or offering for sale of such Counterfeit and/or Infringing Products;

(7)   during the pendency of this action, destroying any documents, electronic files or business records that pertain to the importation, manufacture, reproduction, advertisement, offer for sale or sale of the Counterfeit and/or Infringing Products or any other items which infringe the rights of Plaintiff in the BRATZ Property, including any correspondence (including but not limited to electronic mail), importation documents, manufacturing specifications, shipping orders, phone records, phone logs, sales and supplier or customer journals, ledgers, invoices, purchase orders, product catalogs, web site order logs, inventory control documents, bank records, catalogues, recordings of any type whatsoever, and all other business records and documents believed to concern the importation, manufacture, reproduction, purchase, advertising, sale or offering for sale of such Counterfeit and/or Infringing Products; and

(8)   effecting assignments or transfers of money, real or personal property, business licenses, forming new entities or associations or utilizing any other device for the purpose of circumventing or

M 0078545

1 otherwise avoiding the prohibitions or restrictions set forth in

2 subparagraphs (1) - (7) above;

3  B. That the Court issue an order directing the United States Marshal for this

4 District, one or more of the Marshal's deputies, on-duty law enforcement officers or

5 off-duty law enforcement officers, assisted by one or more attorneys or agents of

6 Plaintiff, to enter Defendants' premises as listed above, and that Plaintiff and/or their

7 designees be authorized to seize the following items which are in the possession,

8 custody or control of any of Defendants:

9  (a) all unauthorized products bearing the BRATZ Property including,

10   but not limited to, the BRATZ Characters, the BRATZ Dolls, the

11   BRATZ Copyrights, the BRATZ Trademarks, the Common Law

12   Trademarks, the BRATZ Product Configuration Trade Dress and

13   the distinctive BRATZ Packaging Trade Dress, or infringement,

14   counterfeits or likenesses thereof, or that are substantially similar

15   thereto;

16  (b) any other unauthorized products which picture, reproduce or utilize

17   the likenesses of or copy or bear a substantial similarity to the

18   BRATZ Property or any elements thereof;

19  (c) any unauthorized promotional and advertising material, labels,

20   packages, wrappers, containers and any other items which picture,

21   reproduce or utilize the likenesses of or copy or bear a substantial

22   similarity to the BRATZ Property or any elements thereof;

23  (d) any plates, molds, matrices, masters, tapes, film negatives, disks

24   and other articles by means of which such Counterfeit and/or

25   Infringing Products, or unauthorized items which picture,

26   reproduce or utilize the likenesses of or copy or bear a substantial

27   similarity to the BRATZ Property or any elements thereof, may be

28   reproduced;

M 0078546

(e)     any other matter or material in any media embodying any unauthorized copies of the BRATZ Property or that are substantially similar thereto or any other evidence of infringement, including, but not limited to, hard disks, tapes, electronic mail, documents, product catalogs or software;

(f)     with respect to those defendants who have committed trademark counterfeiting, any correspondence (including but not limited to electronic mail), phone records, phone logs, importation documents, manufacturing specifications, shipping orders, sales journals, supplier journals, customer journals, ledgers, invoices, purchase orders, shipping logs, inventory control documents, bank records, catalogues, product lists, computer files, computers, recordings of any type whatsoever and all other business records and documents believed to concern the manufacture, distribution, purchase, advertising, sale or offering for sale of infringing merchandise; and

(g)     with respect to those defendants who have committed trademark counterfeiting, all computers and computer storage media, including without limitation, hard drives, floppies, CDs, DVDs, removable media (such as Zip/Jazz disks and Syquest), data cartridges and backup media, believed to concern the manufacture, importation, distribution, purchase, advertising, sale or offering for sale of any products bearing any labels, tags, logos, decals, emblems or other markings and/or any products which reproduce, copy, counterfeit, imitate, or bear any of the BRATZ Property that are identical with or substantially indistinguishable therefrom. Instead of seizing the items set forth in this paragraph (g), at Plaintiff's election, Plaintiff may make copies of the items set forth

M 0078547

1    in this paragraph at the site of the seizure. If Plaintiff seizes the

2    items set forth in this paragraph, Plaintiff may make copies of all

3    such computer storage media and shall return such seized items to

4    Defendants no later than five (5) business days after such seizure;

5    C.    That the Court issue an order allowing Plaintiff (or its designees) to be

6    allowed to accompany the United States Marshal or other law enforcement officers,

7    including off-duty officers, and to assist in the seizure;

8    D.    That the Court issue an Order permitting accelerated pre-trial discovery

9    within two (2) business days in order to ensure that other available evidence in this

10   case – which includes evidence that is transitory, portable and easily destroyed – is

11   available for a hearing on a preliminary injunction and preserved for trial;

12   E.    That the Court issue an order requiring Defendants to show cause why,

13   pending a trial on the merits, it should not issue a Preliminary Injunction Order in

14   accordance with Prayer For Relief A;

15   F.    That the Court issue a Preliminary Injunction in accordance with the

16   order requested in Prayer For Relief A;

17   G.    That the Court issue a Permanent Injunction making permanent the

18   orders requested in Prayer For Relief A1-6, 8;

19   H.    That Plaintiff be awarded damages for Defendants' copyright

20   infringement in the form of either: (i) actual damages in an amount to be determined

21   at trial, together with Defendants' profits derived from their unlawful infringement of

22   the BRATZ Copyrights or (ii) statutory damages for each act of infringement in an

23   amount provided by law, including enhanced damages for willful infringement, as set

24   forth in 17 U.S.C. §504, at Plaintiff's election before the entry of a final judgment,

25   together with pre-judgment and post-judgment interest;

26   I.    That Plaintiffs be awarded treble damages in an amount to be determined

27   at trial for Defendants' willful trademark infringement pursuant to 15 U.S.C. §

28   1117(a), together with pre-judgment and post-judgment interest;

M 0078548

1      J.     That Plaintiff be awarded damages for Defendant All Toys' trademark

2  counterfeiting in the form of either: (i) treble damages in an amount to be determined

3  at trial, or (ii) statutory damages for each counterfeit mark per type of goods or

4  services sold, offered for sale or distributed in an amount provided by law, as set forth

5  in 15 U.S.C. §1117(c), together with pre-judgment and post-judgment interest;

6      K.     That Defendants account for and pay over to Plaintiff all damages

7  sustained by Plaintiff and profits realized by Defendants by reason of Defendants'

8  unlawful acts herein alleged, and that those profits be increased as provided and

9  allowed by law;

10      L.     That Defendants hold, as constructive trustees for the benefit of Plaintiff,

11  any and all personal and/or real properties and assets consisting of and/or obtained by

12  profits derived from Defendants' infringing activities, and that Plaintiff be granted

13  possession of or trustee rights over these properties;

14      M.    That the Court issue an order requiring Defendants to deliver to Plaintiff

15  or, at Plaintiff's option, destroy, at Defendants' cost, all infringing copies of the

16  BRATZ Property at the conclusion of the present matter;

17      N.     That the Court award Plaintiff its reasonable attorneys' fees pursuant to

18  17 U.S.C. § 505 and 15 U.S.C. § 1117(a);

19      O.     That the Court award Plaintiff its costs of suit incurred herein; and

20      P.     That the Court grant Plaintiff such other and further relief as it deems just

21  and equitable.

22

23  DATED: April _9_, 2004          Respectfully submitted,

24                          KEATS MCFARLAND & WILSON LLP

25

26

27                          Larry W. McFarland

28                          Attorneys for Plaintiff
                                    MGA Entertainment, Inc.

J:\LP\103100\00009\pleadings\Complaint4 - downtown.doc     -27-

M 0078549

**EXHIBIT 1**

M 0078550



EXHIBIT 1
PAGE 28

M 0078551



EXHIBIT ___1___
PAGE ___29___

M 0078552

EXHIBIT 2

M 0078553



EXHIBIT ___2___
PAGE ___30___

M 0078554





EXHIBIT 2
PAGE 32

M 0078556





M 0078557



M 0078558



M 0078559



EXHIBIT 2
PAGE 36

M 0078560



M 0078561



M 0078562



EXHIBIT   Z
PAGE   39

M 0078563



M 0078564



M 0078565



M 0078566



EXHIBIT 4
PAGE 43

M 0078567



2
44

M 0078568



M 0078569



EXHIBIT __2__
PAGE __47__

M 0078570



EXHIBIT ___2___
PAGE ___48___

M 0078571



EXHIBIT  2
PAGE  42

M 0078572

EXHIBIT 3

M 0078573

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts

**VA 1–233–273**

EFFECTIVE DATE OF REGISTRATION

**MAR 01 2004**

---

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**1**

Title of This Work ▼

BRATZ Purse Style Guide

NATURE OF THIS WORK ▼ See instructions

Text Illustrations

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical serial or collection give information about the collective work in which the contribution appeared  Title of Collective Work ▼

If published in a periodical or serial give ▼  Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2**

**a**

NAME OF AUTHOR ▼

MGA Entertainment Inc

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a 'work made for hire'?
☒ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in USA

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes  ☒ No   If the answer to either of these questions is Yes  see detailed instructions
Pseudonymous?   ☐ Yes  ☒ No

Nature of Authorship Check appropriate box(es) See Instructions
☐ 3 Dimensional sculpture
☒ 2 Dimensional artwork
☐ Reproduction of work of art
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☒ Text
☐ Architectural work

**NOTE**

Under the law the author of a work made for hire is generally the employer not the employee (see instructions) For any part of the work that was made for hire check 'Yes' in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

**b**

Name of Author ▼

Dates of Birth and Death
Year Born ▼   Year Died ▼

Was this contribution to the work a 'work made for hire'?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes  ☐ No   If the answer to either of these questions is Yes  see detailed instructions
Pseudonymous?   ☐ Yes  ☐ No

Nature of Authorship Check appropriate box(es) See Instructions
☐ 3 Dimensional sculpture
☐ 2 Dimensional artwork
☐ Reproduction of work of art
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

**3**

**a**

Year In Which Creation of This Work Was Completed
2002
◄ Year  This information must be given in all cases

**b**

Date and Nation of First Publication of This Particular Work  at least as early as
Complete this information Month October Day 14 Year 2002
ONLY if this work has been published.
United States of America Nation

**4**

See instructions before completing this space

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

MGA Entertainment Inc
16730 Schoenborn Street North Hills California 91343

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
**MAR – 1 2004**
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
**MAR – 1 2004**
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶   Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions   Sign the form at line 8

DO NOT WRITE HERE
Page 1 of _____ pages

EXHIBIT _____ 3
PAGE 50

M 0078574

| EXAMINED BY | | FORM VA |
| --- | --- | --- |
| CHECKED BY | | |
| | CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**5**
PREVIOUS REGISTRATION Has registration for this work or for an earlier version of this work already been made in the Copyright Office?
☐ Yes ☐ No  If your answer is  Yes  why is another registration being  sought? (Check appropriate box) ▼
a ☐ This is the first published edition of a work previously registered in unpublished form
b ☐ This is the first application submitted by this  author a  copyright claimant
c ☐ This is a changed version of the work as  shown by  space 6 on this  application
If your answer is  Yes  give  Previous Registration Number ▼   Year of Registration ▼

**6**
DERIVATIVE WORK OR COMPILATION Complete both spaces  6a and 6b for a derivative  work  complete  only 6b for a compilation
a  Preexisting Material Identify any preexisting work or work  that this work is based on or  incorporates  ▼

Preexisting artwork  including Reg Nos  VA 1 218-487  VA 1 218 488  VA 1 218 489  VA 1 218-490  VA 1 218
491  VA 1 090 287  VA 1 090 288  VA 1 090 289 and VA 1 090 290  and other prior character artwork

**a**
See instructions before completing this space

b  Material Added to This Work  Give a brief  general  statement of the material that has been added to this  work and in which copyright is  claimed ▼

New illustrations and text

**b**

**7**
DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account
Name ▼                                                   Account Number ▼

**a**

CORRESPONDENCE Give name and address to which correspondence about this  application  should be  sent  Name/Address/Apt/City/State/ZIP ▼

**b**

Larry W McFarland  Keats McFarland & Wilson LLP
9720 Wilshire Boulevard  Penthouse Suite
Beverly Hills  California 90212

Area code and daytime telephone number   ( 310 )  248 3830          Fax number    ( 310 )  860 0363

Email   lmcfarland@kmwlaw com

**8**
CERTIFICATION*  I the undersigned hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  MGA Entertainment  Inc
Name of author or other copyright claimant  or owner of exclusive right(s) ▲

of the work identified in this  application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date

Larry W McFarland                                          Date  February 27 2004

Handwritten signature (X) ▼

X

**9**
| Certificate will be mailed in window envelope to this address | Name ▼ Larry W McFarland  Keats McFarland & Wilson LLP | YOU MUST  Complete all necessary spaces  Sign your application in space 8 |
| --- | --- | --- |
| | Number/Street/Apt ▼ 9720 Wilshire Boulevard  Penthouse Suite | SEND ALL 3 ELEMENTS IN THE SAME PACKAGE 1 Application form 2 Nonrefundable filing fee in check or money order  payable to Register of Copyrights 3 Deposit material |
| | City/State/ZIP ▼ Beverly Hills  California 90212 | MAIL TO Library of Congress Copyright Office 101 Independence Avenue  S E Wash  gton  D C 20559-6000 |

17 U S C  §506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2 500

Rev  August 2003—30 000  Web Rev  July  2002   ⊕ Printed on recycled paper                    U S  Government Printing Office  2003-496 905/60 029

M 0078575

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1–218–489**

EFFECTIVE DATE OF REGISTRATION

**DEC 22 2003**
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**1**

**Title of This Work ▼**
BRATZ Group Drawing

**NATURE OF THIS WORK ▼** See Instructions
color drawing

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial or collection give information about the collective work in which the contribution appeared  Title of Collective Work ▼

If published in a periodical or serial give  Volume ▼       Number ▼       Issue Date ▼       On Pages ▼

**2**

**NOTE**

Under the law the author of a work made for hire is generally the employer, not the employee (see instructions) For any part of this work that was made for hire check Yes in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

**a** **NAME OF AUTHOR ▼**
Carter Bryant

**DATES OF BIRTH AND DEATH**
Year Born ▼       Year Died ▼

**Was this contribution to the work a** "work made for hire"?
☐ Yes
☑ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ___U.S.A___
     Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?     ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes" see detailed instructions

**Nature of Authorship** Check appropriate box(es) See Instructions
☐ 3 Dimensional sculpture        ☐ Map              ☐ Technical drawing
☑ 2 Dimensional artwork          ☐ Photograph       ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design   ☐ Architectural work

**b** **Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼       Year Died ▼

**Was this contribution to the work a** work made for hire?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
     Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

**Nature of Authorship** Check appropriate box(es) See Instructions
☐ 3 Dimensional sculpture        ☐ Map              ☐ Technical drawing
☐ 2 Dimensional artwork          ☐ Photograph       ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design   ☐ Architectural work

**3**

**a** **Year in Which Creation of This Work Was Completed**
1998
This information must be given in all cases

**b** **Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month February  Day 12  Year 2001
U.S.A.   Nation

**4**

See instructions before completing this space

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
MGA Entertainment Inc  16730 Schoenborn Street
North Hills  CA  91343 6122

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼
Assignment

APPLICATION RECEIVED
**DEC 22 2003**
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
**DEC 22 2003**
FUNDS RECEIVED

**MORE ON BACK ▶** Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions        Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ pages

EXHIBIT ___3___
PAGE ___52___

M 0078576

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work  or for an earlier version of this work  already been made in the Copyright Office?

☐ Yes  ☑ No  If your answer is  Yes  why is another registration being sought  (Check appropriate box )▼

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☐ This is a changed version of the work  as shown by space 6 on this application

If your answer is  Yes  give  Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work  complete only 6b for a compilation

a Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼

**6**

a
See instructions
before completing
this space

b Material Added to This Work  Give a brief  general statement of the material that has been added to this work and in which copyright is claimed ▼

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account
Name ▼                                        Account Number ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent  Name/Address/Apt/City/State/ZIP ▼

Larry W  McFarland  Keats  McFarland & Wilson LLP
9720 Wilshire Boulevard  Penthouse Suite
Beverly Hills  California  90212

b

Area code and daytime telephone number   (310 ) 248 3830                    Fax number   (310 ) 860 0363

Email  lmcfarland@kmwlaw com

**CERTIFICATION**   I  the undersigned  hereby certify that I am the

check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of   MGA Entertainment  Inc
Name of author or other copyright claimant  or owner of exclusive right(s) A

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date

Larry W  McFarland                                          Date   December 16  2003

Handwritten signature (X) ▼

X

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼
Larry W  McFarland   Keats  McFarland & Wilson  LLP

Number/Street/Apt ▼
9720 Wilshire Boulevard  Penthouse Suite

City/State/ZIP ▼
Beverly Hills  California  90212

**9**

**YOU MUST**
Complete all necessary spaces
Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE**
1 Application form
2 Nonrefundable filing fee in check or money
order payable to Register of Copyrights
3 Deposit material

**MAIL TO**
Library of Congress
Copyright Office
101 Independence Avenue  S E
Washington  D C  20559-6000

17 U S C  § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2 500

Rev  June 2002—20 000   Web Rev  June 2002   ♲ Printed on recycled paper

U S  Government Printing Office  2000 461 113/20 021

EXHIBIT   3
PAGE   53

M 0078577





M 0078578

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-218-487**

EFFECTIVE DATE OF REGISTRATION

**DEC 22 2003**
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE. USE A SEPARATE CONTINUATION SHEET**

### 1

**Title of This Work ▼**
JADE Drawing

**NATURE OF THIS WORK ▼** See instructions
color drawing

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

### 2

**NAME OF AUTHOR ▼**
a    Carter Bryant

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

**NOTE**

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ____
Domiciled in ____ USA

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes    ☑ No    If the answer to either of these questions is "Yes," see detailed instructions
Pseudonymous?    ☐ Yes    ☑ No

**Nature of Authorship** Check appropriate box(es) See instructions
☐ 3 Dimensional sculpture    ☐ Map    ☐ Technical drawing
☑ 2 Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

b    **Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ____
Domiciled in ____

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes    ☐ No    If the answer to either of these questions is "Yes," see detailed instructions
Pseudonymous?    ☐ Yes    ☐ No

**Nature of Authorship** Check appropriate box(es) See instructions
☐ 3 Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2 Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

### 3

a    **Year in Which Creation of This Work Was Completed**
1998    Year    This information must be given in all cases.

b    **Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month February    Day 12    Year 2001
U.S.A.    Nation

### 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
MGA Entertainment Inc   16730 Schoenborn Street
North Hills CA 91343 6122

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼
Assignment

**APPLICATION RECEIVED**
DEC 22 2003
**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**
DEC 22 2003
**FUNDS RECEIVED**

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶**    Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
See detailed instructions    Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ____ pages

EXHIBIT ____3____
PAGE ____55____

EXAMINED BY

CHECKED BY

FORM VA

| CORRESPONDENCE | | FOR COPYRIGHT OFFICE USE ONLY |
| Yes | | |

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work  or for an earlier version of this work  already been made in the Copyright Office?

☐ Yes  ☑ No  If your answer is  Yes  why is another registration being sought? (Check appropriate box ) ▼

a  ☐ This is the first published edition of a work previously registered in unpublished form

b  ☐ This is the first application submitted by this author as copyright claimant

c  ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is  Yes  give  Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work  complete only 6b for a compilation

a  **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼

**6**

a  See instructions before completing this space

b  **Material Added to This Work** Give a brief  general statement of the material that has been added to this work and in which copyright is claimed ▼

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account

Name ▼          Account Number ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent Name/Address/Apt/City/State/ZIP ▼

Larry W McFarland  Keats  McFarland & Wilson LLP
9720 Wilshire Boulevard Penthouse Suite
Beverly Hills  California  90212

b

Area code and daytime telephone number      (310 ) 248 3830          Fax number     (310 ) 860 0363

Email  lmcfarland@kmwlaw com

**CERTIFICATION**  I the undersigned hereby certify that I am the

check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  MGA Entertainment  Inc

Name of author or other copyright claimant or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date

Larry W McFarland          Date  December 16 2003

Handwritten signature (X) ▼

X

| Certificate will be mailed in window envelope to this address | Name ▼ |
| | Larry W McFarland  Keats  McFarland & Wilson LLP |
| | Number/Street/Apt ▼ |
| | 9720 Wilshire Boulevard Penthouse Suite |
| | City/State/ZIP ▼ |
| | Beverly Hills  California  90212 |

**YOU MUST**
Complete all necessary spaces
Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE**
1  Application form
2  Nonrefundable filing fee in check or money order payable to Register of Copyrights
3  Deposit material
**MAIL TO**
Library of Congress
Copyright Office
101 Independence Avenue  S E
Washington  D C  20559-6000

**9**

17 U S C § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2 500

Rev  June 2002—20 000   Web Rev  June 2002   ⊕ P   ted on recycled p  per

U S Government Printing Office 2000 461 113/20 021

EXHIBIT
56

M 0078580



M 0078581

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-218-491**

EFFECTIVE DATE OF REGISTRATION

**DEC 22 2003**
Month        Day        Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**Title of This Work ▼**
YASMIN Drawing

**NATURE OF THIS WORK ▼** See Instructions
color drawing

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

## 2

**a   NAME OF AUTHOR ▼**
Carter Bryant

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

**Was this contribution to the work a work made for hire?**
☐ Yes
☑ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ___ USA ___
Domiciled in ___

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes   ☑ No
Pseudonymous?   ☐ Yes   ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es) See instructions
☐ 3 Dimensional sculpture    ☐ Map    ☐ Technical drawing
☑ 2 Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**NOTE**

Under the law, the author of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b   Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼    Year Died ▼

**Was this contribution to the work a work made for hire?**
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ___
Domiciled in ___

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es) See Instructions
☐ 3 Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2 Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

## 3

**a   Year in Which Creation of This Work Was Completed**
1998
This information must be given in all cases

**b   Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month February    Day 12    Year 2001
Nation U.S.A.

## 4

See instructions before completing this space

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
MGA Entertainment Inc  16730 Schoenborn Street
North Hills  CA  91343 6122

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼
Assignment

APPLICATION RECEIVED
DEC 22 2003
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
DEC 22 2003
FUNDS RECEIVED

**MORE ON BACK ▶**  Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions    Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ pages

EXHIBIT 3
PAGE 58

M 0078582

| EXAMINED BY | | FORM VA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work or for an earlier version of this work already been made in the Copyright Office?

☐ Yes  ☑ No  If your answer is Yes  why is another registration being sought? (Check appropriate box ) ▼

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☐ This is a changed version of the work  as shown by space 6 on this application

If your answer is  Yes  give  Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work  complete only 6b for a compilation

a **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼

**6**

**a** See instructions before completing this space

b **Material Added to This Work** Give a brief  general statement of the material that has been added to this work and in which copyright is claimed ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account
Name ▼                                          Account Number ▼

**7**

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent  Name/Address/Apt/City/State/ZIP ▼

Larry W McFarland  Keats McFarland & Wilson LLP
9720 Wilshire Boulevard Penthouse Suite
Beverly Hills  California  90212

**b**

Area code and daytime telephone number    ( 310 ) 248 3830          Fax number     ( 310 ) 860 0363

Email   lmcfarland@kmwlaw com

**CERTIFICATION*** I the undersigned  hereby certify that I am the

check only one ▶

☐ author
☐ other  copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of   MGA Entertainment  Inc

Name of author or other copyright claimant  or  owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date

Larry W McFarland                                          Date   December 16  2003

Handwritten signature (X) ▼

X

| | |
|---|---|
| Certificate will be mailed in window envelope to this address | **Name ▼** Larry W McFarland   Keats McFarland & Wilson LLP |
| | **Number/Street/Apt ▼** 9720 Wilshire Boulevard Penthouse Suite |
| | **City/State/ZIP ▼** Beverly Hills  California  90212 |

**YOU MUST**
Complete all necessary spaces
Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE**
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

**MAIL TO**
Library of Congress
Copyright Office
101 Independence Avenue S E
Washington D C 20559-6000

**9**

17 U S C § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2 500

Rev June 2002—20 000  Web Rev June 2002   ☺ Printed on recycled paper          U S Government Printing Office  2000-461 113/20 021

M 0078583



8/1998

3
60

M 0078584

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE
**VA 1−218−490**

EFFECTIVE DATE OF REGISTRATION

**DEC 2 2 2003**
Month          Day          Year

---

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

**1**

Title of This Work ▼

CLOE Drawing

NATURE OF THIS WORK ▼ See Instructions

color drawing

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical serial or collection give information about the collective work in which the contribution appeared Title of Collective Work ▼

If published in a periodical or serial give  Volume ▼          Number ▼          Issue Date ▼          On Pages ▼

---

**2**

**NOTE**

Under the law the author of a work made for hire is generally the employer not the employee (see instructions) For any part of this work that was made for hire check Yes in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

**a** NAME OF AUTHOR ▼

Carter Bryant

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a work made for hire ?
☐ Yes
☑ No

Author s Nationality or Domicile
Name of Country
OR Citizen of ___U S A___
Domiciled in ___

Was This Author s Contribution to the Work
Anonymous?  ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is Yes see detailed instructions

Nature of Authorship Check appropriate box(es) See Instructions
☐ 3 Dimensional sculpture          ☐ Map          ☐ Technical drawing
☑ 2 Dimensional artwork          ☐ Photograph          ☐ Text
☐ Reproduction of work of art          ☐ Jewelry design          ☐ Architectural work

**b** Name of Author ▼

Dates of Birth and Death
Year Born ▼          Year Died ▼

Was this contribution to the work a work made for hire ?
☐ Yes
☐ No

Author s Nationality or Domicile
Name of Country
OR Citizen of ___
Domiciled in ___

Was This Author s Contribution to the Work
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is Yes see detailed instructions

Nature of Authorship Check appropriate box(es) See Instructions
☐ 3 Dimensional sculpture          ☐ Map          ☐ Technical drawing
☐ 2 Dimensional artwork          ☐ Photograph          ☐ Text
☐ Reproduction of work of art          ☐ Jewelry design          ☐ Architectural work

---

**3**

**a** Year in Which Creation of This Work Was Completed
1998
Year   In all cases   This information must be given

Date and Nation of First Publication of This Particular Work
Complete this information Month February Day 12 Year 2001
ONLY if this work has been published   U.S.A.          Nation

**4**

See Instructions before completing this space

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

MGA Entertainment Inc  16730 Schoenborn Street
North Hills CA 91343 6122

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

Assignment

APPLICATION RECEIVED
DEC 22 2003
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
DEC 22 2003
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶          Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions          Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ pages

3

61

M 0078585

EXAMINED BY _____                           FORM VA

CHECKED BY _____

☐ CORRESPONDENCE                                  FOR
   Yes                                            COPYRIGHT
                                                  OFFICE
                                                  USE
                                                  ONLY

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work or for an earlier version of this work already been made in the Copyright Office?

☐ Yes ☑ No If your answer is Yes why is another registration being sought? (Check appropriate box ) ▼

**5**

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☐ This is a changed version of the work as shown by space 6 on this application

If your answer is Yes give Previous Registration Number ▼          Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work complete only 6b for a compilation

a Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

**6**

a
See instructions
before completing
this space

b Material Added to This Work Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account

**7**

Name ▼                                          Account Number ▼

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent Name/Address/Apt/City/State/ZIP ▼

b

Larry W McFarland  Keats McFarland & Wilson LLP
9720 Wilshire Boulevard Penthouse Suite
Beverly Hills California 90212

Area code and daytime telephone number   (310) 248 3830          Fax number   ( 310 ) 860 0363

Email  lmcfarland@kmwlaw com

**CERTIFICATION*** I the undersigned hereby certify that I am the

**8**

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  **MGA Entertainment Inc**
                        Name of author or other copyright claimant or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date

Larry W McFarland

Date  December 16 2003

Handwritten signature (X) ▼

X _____

| Certificate will be mailed in window envelope to this address | Name ▼ |
| --- | --- |
| | Larry W McFarland  Keats McFarland & Wilson LLP |
| | Number/Street/Apt ▼ |
| | 9720 Wilshire Boulevard Penthouse Suite |
| | City/State/ZIP ▼ |
| | Beverly Hills California 90212 |

**9**

YOU MUST
Complete all necessary spaces
Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue S E
Washington D C 20559-6000

17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

Rev June 2002—20 000  Web Rev June 2002  ☺ Printed on recycled paper          U S Government Printing Office 2000-461 113/20 021

M 0078586



8/1998

All Rights Assigned to ABC International Traders
d/b/a MGA Entertainment.

Isaac Larian, CEO

3
63

M 0078587

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-218-488**

EFFECTIVE DATE OF REGISTRATION

DEC 22 2003
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**1**

Title of This Work ▼
SASHA Drawing

NATURE OF THIS WORK ▼ See Instructions
color drawing

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial or collection give information about the collective work in which the contribution appeared Title of Collective Work ▼

If published in a periodical or serial give Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

---

**2**

NAME OF AUTHOR ▼
**a** Carter Bryant

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of  USA
     Domiciled in _____

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

Nature of Authorship Check appropriate box(es) See Instructions
☐ 3 Dimensional sculpture   ☐ Map   ☐ Technical drawing
☑ 2 Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**NOTE**
Under the law the author of a "work made for hire" is generally the employer not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided give the employer (or other person for whom the work was prepared) as "Author" of that part and leave the space for dates of birth and death blank

NAME OF AUTHOR ▼
**b**

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
     Domiciled in _____

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

Nature of Authorship Check appropriate box(es) See Instructions
☐ 3 Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2 Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

---

**3**

**a** Year in Which Creation of This Work Was Completed
1998
This information must be given Year in all cases

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published
Month February   Day 12   Year 2001
U.S.A.   Nation

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

MGA Entertainment Inc  16730 Schoenborn Street
North Hills CA 91343 6122

See instructions before completing this space

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

Assignment

APPLICATION RECEIVED
DEC 22 2003
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
DEC 22 2003
FUNDS RECEIVED

---

MORE ON BACK ▶   Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions   Sign the form at line 8

3
64

DO NOT WRITE HERE
Page 1 of ___ pages

M 0078588

| EXAMINED BY | | FORM VA |
|---|---|---|
| CHECKED BY | | |
| | CORRESPONDENCE ☐ Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☑ No  If your answer is  Yes  why is another registration being sought? (Check appropriate box ) ▼

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☐ This is a changed version of the work  as shown by space 6 on this application

If your answer is  Yes  give  Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work  complete only 6b for a compilation
a  Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼

**6**

a

See instructions before completing this space

b  Material Added to This Work  Give a brief  general statement of the material that has been added to this work and in which copyright is claimed ▼

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account
Name ▼          Account Number ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent  Name/Address/Apt/City/State/ZIP ▼

Larry W  McFarland  Keats  McFarland & Wilson  LLP
9720 Wilshire Boulevard  Penthouse Suite
Beverly Hills  California  90212

b

Area code and daytime telephone number    (310 ) 248 3830                    Fax number    ( 310 )  860 0363

Email    lmcfarland@kmwlaw com

**CERTIFICATION\*** I  the undersigned  hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  MGA Entertainment Inc

Name of author or other copyright claimant or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date
Larry W  McFarland

Date  December 16 2003

Handwritten signature (X) ▼

X

| Certificate will be mailed in window envelope to this address | Name ▼  Larry W  McFarland  Keats  McFarland & Wilson  LLP |
|---|---|
| | Number/Street/Apt ▼  9720 Wilshire Boulevard  Penthouse Suite |
| | City/State/ZIP ▼  Beverly Hills  California  90212 |

YOU MUST
Complete all necessary spaces
Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material
MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue  S E
Washington DC 20559 6000

**9**

17 U S C  § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written  statement filed in connection with the application  shall be fined not more than $2 500

Rev  June 2002—20 000   Web Rev June 2002   ⊕ Printed on recycled paper

U.S Government Printing Office  2000-461 113/20 021

M 0078589



M 0078590

Additional certificate (17 U.S.C. 706)

# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
**United States of America**

OFFICIAL SEAL



**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE



VA 1-148-305

EFFECTIVE DATE OF REGISTRATION

MAR 25 2002
*Month    Day    Year*

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**TITLE OF THIS WORK ▼**

Bratz Doll Sculpture (Female)

**NATURE OF THIS WORK ▼** See Instructions

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

If published in a periodical or serial give   **Volume ▼**        **Number ▼**        **Issue Date ▼**        **On Pages ▼**

---

**NAME OF AUTHOR ▼**

ABC International Traders, Inc. d/b/a MGA Entertainment

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶ _____
     { Domiciled in ▶ California, USA

**Was This Author's Contribution to the Work**
Anonymous?     ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). See Instructions
☒ 3-Dimensional sculpture     ☐ Map                ☐ Technical drawing
☐ 2-Dimensional artwork       ☐ Photograph          ☐ Text
☐ Reproduction of work of art ☐ Jewelry design      ☐ Architectural work

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶ _____
     { Domiciled in ▶ _____

**Was This Author's Contribution to the Work**
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture     ☐ Map                ☐ Technical drawing
☐ 2-Dimensional artwork       ☐ Photograph          ☐ Text
☐ Reproduction of work of art ☐ Jewelry design      ☐ Architectural work

NOTE
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**Year In Which Creation of This Work Was Completed**
2000     ◀ Year  This information must be given in all cases.

**Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.     Month February   Day 12   Year 2001
United States of America     ◀ Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
ABC International Traders, Inc. d/b/a MGA Entertainment
16730 Schoenborn Street
North Hills, CA 91343

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

APPLICATION RECEIVED
MARCH 25 2002
ONE DEPOSIT RECEIVED
MARCH 25 2002
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ 2 pages

3
67

M 0078591

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

N/A

See instructions
before completing
this space

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                                    **Account Number** ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.    Name/Address/Apt/City/State/ZIP ▼
Carol A. Witschel, Esq.
White & Case LLP
1155 Avenue of the Americas
New York, New York  10036
Area code and daytime telephone number ▶ ( 212 819-8578                    Fax number ▶ (212) 354-8113
Email▶ CWitschel@whitecase.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  ABC International Traders, Inc.
d/b/a MGA Entertainment
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date ▼** If this application gives a date of publication in space 3, do not sign and submit it before that date.

Carol A. Witschel                                              Date▶ 3/26/02

Handwritten signature (X) ▼

X  *Carol A. Witschel*

Certificate
will be
mailed in
window
envelope
to this
address:

| Name ▼ | Carol A. Witschel, Esq. |
| | White & Case LLP |
| Number/Street/Apt ▼ | 1155 Avenue of the Americas |
| City/State/ZIP ▼ | New York, New York  10036 |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
June 1999—100,000
WEB REV: June 1999                    ⊕ PRINTED ON RECYCLED PAPER                    ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/1

3
68



LIBRARY OF CONGRESS

*Copyright Office
of the United States*

WASHINGTON, D.C.

**THIS IS TO CERTIFY** that the attached color photocopies are a true representation of the work entitled **BRATZ DOLL SCULPTURE (FEMALE)** deposited in the Copyright Office with claim of copyright registered under number **VA 1-148-305.**

**THIS IS TO CERTIFY FURTHER,** that due to the nature of the work deposited the attached color photocopies are the best possible electrostatic positive prints available.

**IN WITNESS WHEREOF,** the seal of this Office is affixed hereto on December 4, 2003.

        Marybeth Peters
        Register of Copyrights

By:   James B. Enzinna
        Assistant Chief
        Information and Reference
        Division

Use of this material is governed by the U.S. copyright law 17 U.S.C. 101 et seq.

EXHIBIT 3
PAGE 69

VA 1-148-305



M 0078594

M 0078595

Bratz Doll Sculpture (female)



LIBRARY OF CONGRESS
JUL 2 4 2002
COPYRIGHT OFFICE

additional certificate (17 U.S.C. 706)

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

FORM VA
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REG   VAu 550-696

EFFECTIVE DATE OF REGISTRATION

MAR   25   2002
Month      Day      Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**TITLE OF THIS WORK ▼**    **NATURE OF THIS WORK ▼** See instructions

Bratz Boyz Doll Sculpture (Male)

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**NAME OF AUTHOR ▼**

ABC International Traders, Inc. d/b/a MGA Entertainment

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶ California, USA

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). See Instructions
☑ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

NOTE
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**Year in Which Creation of This Work Was Completed**    2002    ◀Year   This information must be given in all cases.

**Date and Nation of First Publication of This Particular Work**   Complete this information ONLY if this work has been published.   Month ▶ _____ Day ▶ _____ Year ▶ _____    ◀ Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

ABC International Traders d/b/a MGA Entertainment
16730 Schoenborn Street
North Hills, CA   91343

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
MARCH 25 2002
ONE DEPOSIT RECEIVED
MARCH 25 2002
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.   • See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY

CHECKED BY

CORRESPONDENCE
☐ Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼          Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼
Carol A. Witschel, Esq.
White & Case LLP
1155 Avenue of the Americas
New York, New York  10036
Area code and daytime telephone number ▶ : 212 819-8578          Fax number ▶ ( 212)  354-8113
Email ▶  CWitschel@whitecase.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of ABC International Traders, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Carol A. Witschel          Date ▶ 3/22/02

Handwritten signature (X) ▼
X _Carol A. Witschel_

Certificate
will be
mailed in
window
envelope
to this
address:
Name ▼  Carol A. Witschel, Esq.
White & Case LLP
Number/Street/Apt ▼  1155 Avenue of the Americas
City/State/ZIP ▼  New York, New York  10036

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of July 1, 1999,
the filing fee for
Form VA is $30.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
June 1999—100,000
WEB REV: June 1999          ⟳ PRINTED ON RECYCLED PAPER          ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/71

M 0078597



LIBRARY OF CONGRESS

*Copyright Office*
*of the United States*
WASHINGTON, D.C.

**THIS IS TO CERTIFY** that the attached color photocopy
is a true representation of the work entitled **BRATZ BOYZ DOLL
SCULPTURE (MALE)** deposited in the Copyright Office with claim
of copyright registered under number V Au 550-696.

**THIS IS TO CERTIFY FURTHER**, that due to the nature of
the work deposited the attached color photocopy is the best possible
electrostatic positive print available.

**IN WITNESS WHEREOF**, the seal of this Office is affixed
hereto on December 4, 2003.

Marybeth Peters
Register of Copyrights

By:   James B. Enzinna
      Assistant Chief
      Information and Reference
      Division

Use of this material is governed by the U.S. copyright law 17 U.S.C.
101 et seq.

M 0078598

M 0078599



VAu 550 – 696



Doll Sculpture (male)

Bratz Boyz

3
76

M 0078600

dditional certificate (17 U.S.C. 706)

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-090-287

EFFECTIVE DATE OF REGISTRATION

JUN 1 8 2001
Month     Day     Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**TITLE OF THIS WORK ▼**
Jade Doll Configuration, Accessories and Packaging

**NATURE OF THIS WORK ▼** See Instructions

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.     **Title of Collective Work ▼**

If published in a periodical or serial give:   Volume ▼      Number ▼      Issue Date ▼      On Pages ▼

---

**NAME OF AUTHOR ▼**
ABC International Traders, Inc. d/b/a
MGA Entertainment

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ U S A _____

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). See Instructions
☒ 3-Dimensional sculpture    ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork      ☐ Photograph       ☐ Text
☐ Reproduction of work of art ☐ Jewelry design  ☐ Architectural work

---

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork      ☐ Photograph       ☐ Text
☐ Reproduction of work of art ☐ Jewelry design  ☐ Architectural work

---

Year in Which Creation of This Work Was Completed
2000
◀ Year     This information must be given in all cases.

Date and Nation of First Publication of This Particular Work
Month February   Day 12   Year 2001
Complete this information ONLY if this work has been published.
United States of America     ◀ Nation

---

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
ABC International Traders, Inc. d/b/a
MGA Entertainment
16730 Schoenborn Street, North Hills, CA  91343

See instructions before completing this space.

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
JUL 18 2001
ONE DEPOSIT RECEIVED
JUL 18 2001
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
                  • See detailed instructions.        • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

M 0078601

EXAMINED BY _JAA_                                    FORM VA

CHECKED BY

☐ CORRESPONDENCE                                    FOR
   Yes                                              COPYRIGHT
                                                    OFFICE
                                                    USE
                                                    ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

DERIVATIVE WORK OR COMPILATION  Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

                                                    See instructions
                                                    before completing
                                                    this space.

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

DEPOSIT ACCOUNT  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                              Account Number ▼

CORRESPONDENCE  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼
Lucy B. Arant c/o Russ, August, Kabat & Kent
12424 Wilshire Boulevard, Suite 1200
Los Angeles, California  90025

Area code and daytime telephone number ▶ ( 310  826-7474, ext. 270        Fax number ▶  310 , 826-4415

Email▶  larant@raklaw.com

CERTIFICATION*  I, the undersigned, hereby certify that I am the
                                   check only one ▶  ☐ author
                                                     ☐ other copyright claimant
                                                     ☐ owner of exclusive right(s)
                                                     ☒ authorized agent of__ ABC International Traders, Inc.
                                                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Lucy B. Arant                                                Date▶  7/16/01

         Handwritten signature (X) ▼
    X____Lucy B. Arant_____

Certificate      Name ▼
will be          Lucy B. Arant c/o Russ, August, Kabat & Kent
mailed in
window           Number/Street/Apt ▼
envelope         12424 Wilshire Boulevard, Suite 1200
to this
address:         City/State/ZIP ▼
                 Los Angeles, California  90025

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
June 1999—100,000                        ☺ PRINTED ON RECYCLED PAPER        ⬥U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/1

3
78

M 0078602



*LIBRARY OF CONGRESS*

*Copyright Office*
*of the United States*

*WASHINGTON, D.C.*

**THIS IS TO CERTIFY** that the attached color photocopies are a true representation of the work entitled **JADE DOLL CONFIGURATION, ACCESSORIES AND PACKAGING** deposited in the Copyright Office with claim of copyright registered under number **VA 1-090-287.**

**THIS IS TO CERTIFY FURTHER,** that due to the nature of the work deposited the attached color photocopies are the best possible electrostatic positive prints available.

**IN WITNESS WHEREOF,** the seal of this Office is affixed hereto on December 4, 2003.

Marybeth Peters
Register of Copyrights

By:   James B. Enzinna
Assistant Chief
Information and Reference
Division

Use of this material is governed by the U.S. copyright law 17 U.S.C. 101 et seq.

M 0078603





M 0078604





M 0078605





LIBRARY OF CONGRESS

JUL 1 8 2001

COPY
COPYRIGHT OFFICE

VA 1-090-287

EXHIBIT  3
PAGE  82

M 0078606

additional certificate (17 U.S.C. 710)

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1 – 090 – 288**

EFFECTIVE DATE OF REGISTRATION

**JUN 18 2001**

Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**TITLE OF THIS WORK ▼**

Sasha Doll Configuration, Accessories and Packaging

**NATURE OF THIS WORK ▼** See Instructions

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**   **Number ▼**   **Issue Date ▼**   **On Pages ▼**

---

**NAME OF AUTHOR ▼**

ABC International Traders, Inc. d/b/a
MGA Entertainment

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶
Domiciled in ▶ U.S.A.

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Check appropriate box(es). See instructions
☒ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

---

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

---

**Year in Which Creation of This Work Was Completed**
2000
◄ Year   This information must be given ONLY if this work has been published.

**Date and Nation of First Publication of This Particular Work**
Complete this information February   Day ▶ 12   Year ▶ 2001
United States of America   ◄ Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

ABC International Traders, Inc. d/b/a
MGA Entertainment
16730 Schoenborn Street, North Hills, CA  91343

**APPLICATION RECEIVED**
JUN 18 2001
**ONE DEPOSIT RECEIVED**
JUN 18 2001
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page. • See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

M 0078607

EXAMINED BY _____     FORM VA

CHECKED BY _____

☐ CORRESPONDENCE
   ☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

DERIVATIVE WORK OR COMPILATION Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions
before completing
this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                              Account Number ▼

CORRESPONDENCE Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼
Lucy B. Arant c/o Russ, August, Kabat & Kent
12424 Wilshire Boulevard, Suite 1200
Los Angeles, California  90025

Area code and daytime telephone number ▶ ( 310 ) 826-7474, ext. 270     Fax number ▶ 310 , 826-4415

Email ▶  larant@raklaw.com

CERTIFICATION* I, the undersigned, hereby certify that I am the
                                    ☐ author
                  check only one ▶  ☐ other copyright claimant
                                    ☐ owner of exclusive right(s)
                                    ☒ authorized agent of  A&C International Traders, Inc.
                                       Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Lucy B. Arant                                                     Date▶  7/16/01

Handwritten signature (X) ▼
X _____

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Lucy B. Arant c/o Russ, August, Kabat & Kent

Number/Street/Apt ▼
12424 Wilshire Boulevard, Suite 1200

City/State/ZIP ▼
Los Angeles, California  90025

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—100,000               PRINTED ON RECYCLED PAPER               U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/71

3

84

M 0078608



*LIBRARY OF CONGRESS*

*Copyright Office*
*of the United States*

*WASHINGTON, D.C.*

**THIS IS TO CERTIFY** that the attached color photocopies are a true representation of the work entitled **SASHA DOLL CONFIGURATION, ACCESSORIES AND PACKAGING** deposited in the Copyright Office with claim of copyright registered under number VA 1-090-288.

**THIS IS TO CERTIFY FURTHER**, that due to the nature of the work deposited the attached color photocopies are the best possible electrostatic positive prints available.

**IN WITNESS WHEREOF**, the seal of this Office is affixed hereto on December 4, 2003.

Marybeth Peters
Register of Copyrights

By:   James B. Enzinna
Assistant Chief
Information and Reference
Division

Use of this material is governed by the U.S. copyright law 17 U.S.C. 101 et seq.

3
85

M 0078609







M 0078610







M 0078611





M 0078612

Additional Certificate (17 U.S.C. 700)

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-090-289

EFFECTIVE DATE OF REGISTRATION

JUN 18 2001
Month        Day        Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

TITLE OF THIS WORK ▼

Cloe Doll Configuration, Accessories and Packaging

NATURE OF THIS WORK ▼ See instructions

PREVIOUS OR ALTERNATIVE TITLES ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼ _____ Number ▼ _____ Issue Date ▼ _____ On Pages ▼ _____

---

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**2a** NAME OF AUTHOR ▼
ABC International Traders, Inc. d/b/a MGA Entertainment

DATES OF BIRTH AND DEATH
Year Born ▼ _____ Year Died ▼ _____

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ U.S.A. }

Was This Author's Contribution to the Work
Anonymous?      ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Check appropriate box(es). See Instructions
☒ 3-Dimensional sculpture    ☐ Map           ☐ Technical drawing
☐ 2-Dimensional artwork      ☐ Photograph    ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ _____ Year Died ▼ _____

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ _____ }

Was This Author's Contribution to the Work
Anonymous?      ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map           ☐ Technical drawing
☐ 2-Dimensional artwork      ☐ Photograph    ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

---

**3a** Year in Which Creation of This Work Was Completed
2000
◀ Year    This information must be given in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month ▶ February   Day ▶ 12   Year ▶ 2001
United States of America   ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
ABC International Traders, Inc. d/b/a MGA Entertainment
16730 Schoenborn Street, North Hills, CA  91343

See instructions before completing this space.

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
JUL 18 2001

ONE DEPOSIT RECEIVED
JUL 18 2001

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE   OFFICE USE ONLY

---

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-8) on the reverse side of this page.
                 • See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

3

89

M 0078613

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
  Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼      **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

See Instructions
before completing
this space

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                          **Account Number** ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼
Lucy B. Arant c/o Russ, August, Kabat & Kent
12424 Wilshire Boulevard, Suite 1200
Los Angeles, California  90025

Area code and daytime telephone number ▶  ( 310 ) 826-7474, ext. 270      Fax number ▶ 310 ( 826-4415

Email ▶  larant@raklaw.com

**CERTIFICATION** I, the undersigned, hereby certify that I am the

                    check only one ▶     ☐ author
                                         ☐ other copyright claimant
                                         ☐ owner of exclusive right(s)
                                         ☒ authorized agent of ____ ABC International Traders, Inc.
                                                   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Lucy B. Arant                                                    Date ▶ 7-16-01

Handwritten signature (X) ▼
X    Lucy B Arant

| Certificate will be mailed in window envelope this address: | **Name** ▼ |
| --- | --- |
| | Lucy B. Arant c/o Russ, August, Kabat & Kent |
| | **Number/Street/Apt** ▼ |
| | 12424 Wilshire Boulevard, Suite 1200 |
| | **City/State/ZIP** ▼ |
| | Los Angeles, California  90025 |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—100,000            ⊕ PRINTED ON RECYCLED PAPER            ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/71

M 0078614



LIBRARY OF CONGRESS

*Copyright Office*
*of the United States*

WASHINGTON, D.C.

**THIS IS TO CERTIFY** that the attached color photocopies are a true representation of the work entitled **CLOE DOLL CONFIGURATION, ACCESSORIES AND PACKAGING** deposited in the Copyright Office with claim of copyright registered under number **VA 1-090-289.**

**THIS IS TO CERTIFY FURTHER,** that due to the nature of the work deposited the attached color photocopies are the best possible electrostatic positive prints available.

**IN WITNESS WHEREOF,** the seal of this Office is affixed hereto on December 4, 2003.

Marybeth Peters
Register of Copyrights

By:   James B. Enzinna
Assistant Chief
Information and Reference
Division

Use of this material is governed by the U.S. copyright law 17 U.S.C. 101 et seq.

3
21

**M 0078615**





M 0078616







M 0078617





VA 1 – 090 – 289

EXHIBIT 3
PAGE 94

M 0078618

Additional certificate (17 U.S.C. 706)
# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-090-290

EFFECTIVE DATE OF REGISTRATION

JUN 1 8 2001

Month          Day          Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**TITLE OF THIS WORK ▼**

Yasmin Doll Configuration, Accessories and Packaging

**NATURE OF THIS WORK ▼** See Instructions

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**      **Number ▼**      **Issue Date ▼**      **On Pages ▼**

---

**2 NAME OF AUTHOR ▼**
ABC International Traders, Inc. d/b/a
MGA Entertainment

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ U.S.A. _____

**Was This Author's Contribution to the Work**
Anonymous?      ☐ Yes  ☒ No
Pseudonymous?   ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Check appropriate box(es). See Instructions
☒ 3-Dimensional sculpture      ☐ Map                 ☐ Technical drawing
☐ 2-Dimensional artwork        ☐ Photograph          ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design      ☐ Architectural work

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ _____

**Was This Author's Contribution to the Work**
Anonymous?      ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture      ☐ Map                 ☐ Technical drawing
☐ 2-Dimensional artwork        ☐ Photograph          ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design      ☐ Architectural work

---

**3 a Year in Which Creation of This Work Was Completed**
2000
◀ Year
This information must be given in all cases.

**b Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month ▶ February  Day ▶ 12  Year ▶ 2001
Nation ▶ United States of America  ◀ Nation

---

**4 COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
ABC International Traders, Inc. d/b/a
MGA Entertainment
16730 Schoenborn Street, North Hills, CA  91343

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

APPLICATION RECEIVED
JUL 18 2001
ONE DEPOSIT RECEIVED
JUL 18 2001
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

M 0078619

EXAMINED BY J7-Hd

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM VA

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼      Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions before completing this space

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼      Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼
Lucy B. Arant c/o Russ, August, Kabat & Kent
12424 Wilshire Boulevard, Suite 1200
Los Angeles, California  90025

Area code and daytime telephone number ▶ 310, 826-7474, ext. 270 .      Fax number ▶ 310 , 826-4415

Email ▶  larant@raklaw.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of ABC International Traders, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Lucy B. Arant      Date▶ 7/16/01

Handwritten signature (X) ▼
X  Lucy B. Arant

Certificate will be mailed in window envelope to this address:

Name ▼
Lucy B. Arant c/o Russ, August, Kabat & Kent
Number/Street/Apt ▼
12424 Wilshire Boulevard, Suite 1200
City/State/ZIP ▼
Los Angeles, California  90025

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

9

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
June 1999—100,000      ⊕ PRINTED ON RECYCLED PAPER      ☆U.S. GOVERNMENT PRINTING OFFICE 1999-454-879/71



M 0078620



LIBRARY OF CONGRESS

*Copyright Office*
*of the United States*

WASHINGTON, D.C.

**THIS IS TO CERTIFY** that the attached color photocopies are a true representation of the work entitled **YASMIN DOLL CONFIGURATION, ACCESSORIES AND PACKAGING** deposited in the Copyright Office with claim of copyright registered under number **VA 1-090-290.**

**THIS IS TO CERTIFY FURTHER,** that due to the nature of the work deposited the attached color photocopies are the best possible electrostatic positive prints available.

**IN WITNESS WHEREOF,** the seal of this Office is affixed hereto on December 4, 2003.

Marybeth Peters
Register of Copyrights

By:   James B. Enzinna
Assistant Chief
Information and Reference
Division

Use of this material is governed by the U.S. copyright law 17 U.S.C. 101 et seq.

3
97

M 0078621





M 0078622

M 0078623







LIBRARY OF CONGRESS

JUL 18 2001

COPYRIGHT OFFICE



VA 1-090-290

3
100

M 0078624

EXHIBIT 4

M 0078625

# The United States of America

## CERTIFICATE OF REGISTRATION
### PRINCIPAL REGISTER

*The Mark shown in this certificate has been registered in the United States Patent and Trademark Office to the named registrant.*

*The records of the United States Patent and Trademark Office show that an application for registration of the Mark shown in this Certificate was filed in the Office; that the application was examined and determined to be in compliance with the requirements of the law and with the regulations prescribed by the Director of the United States Patent and Trademark Office; and that the Applicant is entitled to registration of the Mark under the Trademark Act of 1946, as Amended.*

*A copy of the Mark and pertinent data from the application are part of this certificate.*

*This registration shall remain in force for TEN (10) years, unless terminated earlier as provided by law, and subject to compliance with the provisions of Section 8 of the Trademark Act of 1946, as Amended.*

Director of the United States Patent and Trademark Office

EXHIBIT 4
PAGE 101

M 0078626

## Requirements for Maintaining a
## Federal Trademark Registration

## SECTION 8: AFFIDAVIT OF CONTINUED USE

The registration shall remain in force for 10 years, except that the registration shall be canceled for failure to file an Affidavit of Continued Use under Section 8 of the Trademark Act, 15 U.S.C. §1058, upon the expiration of the following time periods:

    i) At the end of 6 years following the date of registration.
    ii) At the end of each successive 10-year period following the date of
        registration.

*Failure to file a proper Section 8 Affidavit at the appropriate time will result in the cancellation of the registration.*

## SECTION 9: APPLICATION FOR RENEWAL

The registration shall remain in force for 10 years, subject to the provisions of Section 8, except that the registration shall expire for failure to file an Application for Renewal under Section 9 of the Trademark Act, 15 U.S.C. §1059, at the end of each successive 10-year period following the date of registration.

*Failure to file a proper Application for Renewal at the appropriate time will result in the expiration of the registration.*

No further notice or reminder of these requirements will be sent to the Registrant by the Patent and Trademark Office. It is recommended that the Registrant contact the Patent and Trademark Office approximately one year before the expiration of the time periods shown above to determine the requirements and fees for the filings required to maintain the registration.

EXHIBIT 4
PAGE 102

M 0078627

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38, and 50

**United States Patent and Trademark Office**

Reg. No. 2,644,212
Registered Oct. 29, 2002

## TRADEMARK
### PRINCIPAL REGISTER

## BRATZPACK

ABC INTERNATIONAL TRADERS, INC. (CALI-
FORNIA CORPORATION), DBA MGA ENTER-
TAINMENT,
16730 SCHOENBORN STREET
NORTH HILLS, CA 91343

FOR: DOLLS, IN CLASS 28 (U.S. CLS. 22, 23, 38
AND 50).

FIRST USE 1-31-2001; IN COMMERCE 1-31-2001.

SN 76-240,531, FILED 4-5-2001.

LOURDES AYALA, EXAMINING ATTORNEY

EXHIBIT 4
PAGE 103

M 0078628

# The United States of America

## CERTIFICATE OF REGISTRATION
### PRINCIPAL REGISTER

*The Mark shown in this certificate has been registered in the United States Patent and Trademark Office to the named registrant.*

*The records of the United States Patent and Trademark Office show that an application for registration of the Mark shown in this Certificate was filed in the Office; that the application was examined and determined to be in compliance with the requirements of the law and with the regulations prescribed by the Director of the United States Patent and Trademark Office; and that the Applicant is entitled to registration of the Mark under the Trademark Act of 1946, as Amended.*

*A copy of the Mark and pertinent data from the application are part of this certificate.*

*This registration shall remain in force for TEN (10) years, unless terminated earlier as provided by law, and subject to compliance with the provisions of Section 8 of the Trademark Act of 1946, as Amended.*



*Director of the United States Patent and Trademark Office*

EXHIBIT 4

PAGE 104

M 0078629

Requirements for Maintaining a
Federal Trademark Registration

## SECTION 8: AFFIDAVIT OF CONTINUED USE

The registration shall remain in force for 10 years, except that the registration shall be canceled for failure to file an Affidavit of Continued Use under Section 8 of the Trademark Act, 15 U.S.C. §1058, upon the expiration of the following time periods:

     i) At the end of 6 years following the date of registration.
     ii) At the end of each successive 10-year period following the date of registration.

*Failure to file a proper Section 8 Affidavit at the appropriate time will result in the cancellation of the registration.*

## SECTION 9: APPLICATION FOR RENEWAL

The registration shall remain in force for 10 years, subject to the provisions of Section 8, except that the registration shall expire for failure to file an Application for Renewal under Section 9 of the Trademark Act, 15 U.S.C. §1059, at the end of each successive 10-year period following the date of registration.

*Failure to file a proper Application for Renewal at the appropriate time will result in the expiration of the registration.*

No further notice or reminder of these requirements will be sent to the Registrant by the Patent and Trademark Office. It is recommended that the Registrant contact the Patent and Trademark Office approximately one year before the expiration of the time periods shown above to determine the requirements and fees for the filings required to maintain the registration.

EXHIBIT 4
PAGE 105

M 0078630

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38, and 50

**United States Patent and Trademark Office**

Reg. No. 2,727,737
Registered June 17, 2003

## TRADEMARK
### PRINCIPAL REGISTER

## CLOE

ABC INTERNATIONAL TRADERS, INC. (CALIFORNIA CORPORATION), DBA MGA ENTERTAINMENT,
16730 SCHOENBORN STREET
NORTH HILLS, CA 91343

FOR: DOLLS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 5-21-2001; IN COMMERCE 5-21-2001.

SN 76-182,873, FILED 12-13-2000.

BARBARA GAYNOR, EXAMINING ATTORNEY

EXHIBIT 4
PAGE 106

M 0078631

# The United States of America

## CERTIFICATE OF REGISTRATION
### PRINCIPAL REGISTER

*The Mark shown in this certificate has been registered in the United States Patent and Trademark Office to the named registrant.*

*The records of the United States Patent and Trademark Office show that an application for registration of the Mark shown in this Certificate was filed in the Office; that the application was examined and determined to be in compliance with the requirements of the law and with the regulations prescribed by the Director of the United States Patent and Trademark Office; and that the Applicant is entitled to registration of the Mark under the Trademark Act of 1946, as Amended.*

*A copy of the Mark and pertinent data from the application are part of this certificate.*

*This registration shall remain in force for TEN (10) years, unless terminated earlier as provided by law, and subject to compliance with the provisions of Section 8 of the Trademark Act of 1946, as Amended.*



*Director of the United States Patent and Trademark Office*

EXHIBIT 4

PAGE 107

M 0078632

**Requirements for Maintaining a
Federal Trademark Registration**

## SECTION 8: AFFIDAVIT OF CONTINUED USE

The registration shall remain in force for 10 years, except that the registration shall be canceled for failure to file an Affidavit of Continued Use under Section 8 of the Trademark Act, 15 U.S.C. §1058, upon the expiration of the following time periods:

    i) At the end of 6 years following the date of registration.
    ii) At the end of each successive 10-year period following the date of registration.

*Failure to file a proper Section 8 Affidavit at the appropriate time will result in the cancellation of the registration.*

## SECTION 9: APPLICATION FOR RENEWAL

The registration shall remain in force for 10 years, subject to the provisions of Section 8, except that the registration shall expire for failure to file an Application for Renewal under Section 9 of the Trademark Act, 15 U.S.C. §1059, at the end of each successive 10-year period following the date of registration.

*Failure to file a proper Application for Renewal at the appropriate time will result in the expiration of the registration.*

**No further notice or reminder of these requirements will be sent to the Registrant by the Patent and Trademark Office. It is recommended that the Registrant contact the Patent and Trademark Office approximately one year before the expiration of the time periods shown above to determine the requirements and fees for the filings required to maintain the registration.**

EXHIBIT 4
PAGE 108

M 0078633

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38, and 50

**United States Patent and Trademark Office**

Reg. No. 2,602,563
Registered July 30, 2002

## TRADEMARK
### PRINCIPAL REGISTER

## JADE

ABC INTERNATIONAL TRADERS, INC. (CALI-
FORNIA CORPORATION), DBA MGA ENTER-
TAINMENT,
16730 SCHOENBORN STREET
NORTH HILLS, CA 91343

FOR: DOLLS, IN CLASS 28 (U.S. CLS. 22, 23, 38
AND 50).

FIRST USE 5-21-2001; IN COMMERCE 5-21-2001.

SN 76-179,480, FILED 12-11-2000.

DANIEL BRODY, EXAMINING ATTORNEY

EXHIBIT __4__
PAGE __109__

M 0078634

# The United States of America



## CERTIFICATE OF REGISTRATION
### PRINCIPAL REGISTER

*The Mark shown in this certificate has been registered in the United States Patent and Trademark Office to the named registrant.*

*The records of the United States Patent and Trademark Office show that an application for registration of the Mark shown in this Certificate was filed in the Office; that the application was examined and determined to be in compliance with the requirements of the law and with the regulations prescribed by the Director of the United States Patent and Trademark Office; and that the Applicant is entitled to registration of the Mark under the Trademark Act of 1946, as Amended.*

*A copy of the Mark and pertinent data from the application are part of this certificate.*

*This registration shall remain in force for TEN (10) years, unless terminated earlier as provided by law, and subject to compliance with the provisions of Section 8 of the Trademark Act of 1946, as Amended.*

Director of the United States Patent and Trademark Office

EXHIBIT _____4_____

PAGE _____110_____

M 0078635

## Requirements for Maintaining a
## Federal Trademark Registration

### SECTION 8: AFFIDAVIT OF CONTINUED USE

The registration shall remain in force for 10 years, except that the registration shall be canceled for failure to file an Affidavit of Continued Use under Section 8 of the Trademark Act, 15 U.S.C. §1058, upon the expiration of the following time periods:

i) At the end of 6 years following the date of registration.
ii) At the end of each successive 10-year period following the date of registration.

*Failure to file a proper Section 8 Affidavit at the appropriate time will result in the cancellation of the registration.*

### SECTION 9: APPLICATION FOR RENEWAL

The registration shall remain in force for 10 years, subject to the provisions of Section 8, except that the registration shall expire for failure to file an Application for Renewal under Section 9 of the Trademark Act, 15 U.S.C. §1059, at the end of each successive 10-year period following the date of registration.

*Failure to file a proper Application for Renewal at the appropriate time will result in the expiration of the registration.*

**No further notice or reminder of these requirements will be sent to the Registrant by the Patent and Trademark Office. It is recommended that the Registrant contact the Patent and Trademark Office approximately one year before the expiration of the time periods shown above to determine the requirements and fees for the filings required to maintain the registration.**

EXHIBIT 4
PAGE 111

M 0078636

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38, and 50

## United States Patent and Trademark Office

Reg. No. 2,709,867
Registered Apr. 22, 2003

## TRADEMARK
## PRINCIPAL REGISTER

### SASHA

ABC INTERNATIONAL TRADERS, INC. (CALIFORNIA CORPORATION), DBA MGA ENTERTAINMENT,
16730 SCHOENBORN STREET
NORTH HILLS, CA 91343

FOR: DOLLS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 5-22-2001; IN COMMERCE 5-22-2001.

SN 76-179,478, FILED 12-11-2000.

G. MAYERSCHOFF, EXAMINING ATTORNEY

EXHIBIT 4
PAGE 112

M 0078637

# The United States of America

## CERTIFICATE OF REGISTRATION
### PRINCIPAL REGISTER

*The Mark shown in this certificate has been registered in the United States Patent and Trademark Office to the named registrant.*

*The records of the United States Patent and Trademark Office show that an application for registration of the Mark shown in this Certificate was filed in the Office; that the application was examined and determined to be in compliance with the requirements of the law and with the regulations prescribed by the Director of the United States Patent and Trademark Office; and that the Applicant is entitled to registration of the Mark under the Trademark Act of 1946, as Amended.*

*A copy of the Mark and pertinent data from the application are part of this certificate.*

*This registration shall remain in force for TEN (10) years, unless terminated earlier as provided by law, and subject to compliance with the provisions of Section 8 of the Trademark Act of 1946, as Amended.*



Director of the United States Patent and Trademark Office

EXHIBIT 4
PAGE 113

M 0078638

Requirements for Maintaining a
Federal Trademark Registration

## SECTION 8: AFFIDAVIT OF CONTINUED USE

The registration shall remain in force for 10 years, except that the registration shall be canceled for failure to file an Affidavit of Continued Use under Section 8 of the Trademark Act, 15 U.S.C. §1058, upon the expiration of the following time periods:

i) At the end of 6 years following the date of registration.
ii) At the end of each successive 10-year period following the date of registration.

*Failure to file a proper Section 8 Affidavit at the appropriate time will result in the cancellation of the registration.*

## SECTION 9: APPLICATION FOR RENEWAL

The registration shall remain in force for 10 years, subject to the provisions of Section 8, except that the registration shall expire for failure to file an Application for Renewal under Section 9 of the Trademark Act, 15 U.S.C. §1059, at the end of each successive 10-year period following the date of registration.

*Failure to file a proper Application for Renewal at the appropriate time will result in the expiration of the registration.*

**No further notice or reminder of these requirements will be sent to the Registrant by the Patent and Trademark Office. It is recommended that the Registrant contact the Patent and Trademark Office approximately one year before the expiration of the time periods shown above to determine the requirements and fees for the filings required to maintain the registration.**

EXHIBIT____4
PAGE____114

M 0078639

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38 and 50

Reg. No. 2,671,473

## United States Patent and Trademark Office

Registered Jan. 7, 2003

## TRADEMARK
## PRINCIPAL REGISTER

### "THE BRATZ PACK"

ABC INTERNATIONAL TRADERS, INC. (CALIFORNIA CORPORATION), DBA MGA ENTERTAINMENT
16730 SCHOENBURN STREET
NORTH HILLS, CA 91343

FOR: DOLLS AND DOLLS' ACCESSORIES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 5-21-2001; IN COMMERCE 5-21-2001.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "PACK", APART FROM THE MARK AS SHOWN.

SER. NO. 76-299,502, FILED 8-14-2001.

LAURIE MAYES, EXAMINING ATTORNEY

EXHIBIT __4__
PAGE __115__

M 0078640

## The United States of America



### CERTIFICATE OF REGISTRATION
#### PRINCIPAL REGISTER

*The Mark shown in this certificate has been registered in the United States Patent and Trademark Office to the named registrant.*

*The records of the United States Patent and Trademark Office show that an application for registration of the Mark shown in this Certificate was filed in the Office; that the application was examined and determined to be in compliance with the requirements of the law and with the regulations prescribed by the Director of the United States Patent and Trademark Office; and that the Applicant is entitled to registration of the Mark under the Trademark Act of 1946, as Amended.*

*A copy of the Mark and pertinent data from the application are part of this certificate.*

*This registration shall remain in force for TEN (10) years, unless terminated earlier as provided by law, and subject to compliance with the provisions of Section 8 of the Trademark Act of 1946, as Amended.*

EXHIBIT 4
PAGE 116

*Director of the United States Patent and Trademark Office*

M 0078641

### Requirements for Maintaining a
### Federal Trademark Registration

## SECTION 8: AFFIDAVIT OF CONTINUED USE

The registration shall remain in force for 10 years, except that the registration shall be canceled for failure to file an Affidavit of Continued Use under Section 8 of the Trademark Act, 15 U.S.C. §1058, upon the expiration of the following time periods:

      i) At the end of 6 years following the date of registration.
      ii) At the end of each successive 10-year period following the date of registration.

*Failure to file a proper Section 8 Affidavit at the appropriate time will result in the cancellation of the registration.*

## SECTION 9: APPLICATION FOR RENEWAL

The registration shall remain in force for 10 years, subject to the provisions of Section 8, except that the registration shall expire for failure to file an Application for Renewal under Section 9 of the Trademark Act, 15 U.S.C. §1059, at the end of each successive 10-year period following the date of registration.

*Failure to file a proper Application for Renewal at the appropriate time will result in the expiration of the registration.*

No further notice or reminder of these requirements will be sent to the Registrant by the Patent and Trademark Office. It is recommended that the Registrant contact the Patent and Trademark Office approximately one year before the expiration of the time periods shown above to determine the requirements and fees for the filings required to maintain the registration.

EXHIBIT _____4_____
PAGE _____117_____

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38, and 50

United States Patent and Trademark Office

Reg. No. 2,789,216
Registered Dec. 2, 2003

## TRADEMARK
### PRINCIPAL REGISTER

## BRATZ

MGA ENTERTAINMENT, INC. (CALIFORNIA CORPORATION)

16730 SCHOENBORN ST

NORTH HILLS, .CA 913436122 BY CHANGE OF NAME ABC INTERNATIONAL TRADERS, INC. (CALIFORNIA CORPORATION), DBA MGA EN-TERTAINMENT, NORTH HILLS, CA 91343

FOR: DOLLS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 5-21-2001; IN COMMERCE 5-21-2001.

SN 76-179,479, FILED 12-11-2000.

AMY LOHR, EXAMINING ATTORNEY

EXHIBIT 4
PAGE 118

M 0078643

## The United States of America

## CERTIFICATE OF REGISTRATION
### PRINCIPAL REGISTER

The Mark shown in this certificate has been registered in the United States Patent and Trademark Office to the named registrant.

The records of the United States Patent and Trademark Office show that an application for registration of the Mark shown in this Certificate was filed in the Office; that the application was examined and determined to be in compliance with the requirements of the law and with the regulations prescribed by the Director of the United States Patent and Trademark Office; and that the Applicant is entitled to registration of the Mark under the Trademark Act of 1946, as Amended.

A copy of the Mark and pertinent data from the application are part of this certificate.

This registration shall remain in force for TEN (10) years, unless terminated earlier as provided by law, and subject to compliance with the provisions of Section 8 of the Trademark Act of 1946, as Amended.



EXHIBIT __4__
PAGE __119__

*Director of the United States Patent and Trademark Office*

M 0078644

## Requirements for Maintaining a
## Federal Trademark Registration

## SECTION 8: AFFIDAVIT OF CONTINUED USE

The registration shall remain in force for 10 years, except that the registration shall be canceled for failure to file an Affidavit of Continued Use under Section 8 of the Trademark Act, 15 U.S.C. §1058, upon the expiration of the following time periods:

     i) At the end of 6 years following the date of registration.
     ii) At the end of each successive 10-year period following the date of registration.

*Failure to file a proper Section 8 Affidavit at the appropriate time will result in the cancellation of the registration.*

## SECTION 9: APPLICATION FOR RENEWAL

The registration shall remain in force for 10 years, subject to the provisions of Section 8, except that the registration shall expire for failure to file an Application for Renewal under Section 9 of the Trademark Act, 15 U.S.C. §1059, at the end of each successive 10-year period following the date of registration.

*Failure to file a proper Application for Renewal at the appropriate time will result in the expiration of the registration.*

**No further notice or reminder of these requirements will be sent to the Registrant by the Patent and Trademark Office. It is recommended that the Registrant contact the Patent and Trademark Office approximately one year before the expiration of the time periods shown above to determine the requirements and fees for the filings required to maintain the registration.**

EXHIBIT 4
PAGE 126

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,751,890
Registered Aug. 19, 2003

Int. Cl.: 25
Prior U.S. Cls.: 22 and 39
United States Patent and Trademark Office
Corrected

Reg. No. 2,751,890
Registered Aug. 19, 2003
OG Date Dec. 2, 2003

TRADEMARK
PRINCIPAL REGISTER

ABC INTERNAT
FORNIA COR
TAINMENT
16730 SCHOENBU
NORTH HILLS, C

FOR: GIRLS'
PANTS, HOSIERY
UNDERGARME
GLOVES, SCARV
SWEAT SHIRTS,

**BRATZ**

MGA ENTERTAINMENT, INC. (CALI-
FORNIA CORPORATION), DBA,
16730 SCHOENBURN STREET
NORTH HILLS, CA 91343, BY CHANGE
OF NAME ABC INTERNATIONAL
TRADERS, INC. (CALIFORNIA COR-
PORATION), DBA MGA ENTERTAIN-
MENT, NORTH HILLS, CA

FOR: GIRLS' APPAREL, NAMELY,
SHIRTS, PANTS, HOSIERY, SOCKS,

SLEEPWEAR, SKIRTS, UNDERGAR-
MENTS, FOOTWEAR, JACKETS,
GLOVES, SCARVES, EARMUFFS, SWEAT
PANTS, SWEAT SHIRTS, SHORTS,
HEADBANDS, ALL RELATING TO AP-
PLICANT'S LINE OF FASHION DOLLS
AND ACCESSORIES, IN CLASS 25 (U.S.
CLS. 22 AND 39)

FIRST USE 8-27-2001; IN COMMERCE
2-20-2002.

SER. NO. 76-304,864, FILED 8-24-2001.



*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on Dec. 2, 2003.*

DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE

EXHIBIT 4
PAGE 121

M 0078646



UNITED STATES PATENT AND TRADEMARK OFFICE

| Home | Index | Search | System Alerts | eBusiness Center | News & Notices | Contact Us |

## Trademark Electronic Search System(Tess)

*TESS was last updated on Fri Apr 9 06:36:38 EDT 2004*

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP | PREV LIST |
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Please logout when you are done to release system resources allocated for you.

List At: [ _____ ]  OR [ Jump ] to record: [ _____ ]  **Record 16 out of 39**

Check Status *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

**Typed Drawing**

| | |
|---|---|
| **Word Mark** | BRATZ STYLIN' SALON 'N' SPA |
| **Goods and Services** | IC 003. US 001 004 006 050 051 052. G & S: Cosmetics, namely, lip gloss, face and body glitter, and nail polish. FIRST USE: 20020706. FIRST USE IN COMMERCE: 20020706 |
| | IC 028. US 022 023 038 050. G & S: Dolls and doll accessories. FIRST USE: 20020706. FIRST USE IN COMMERCE: 20020706 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 76392591 |
| **Filing Date** | April 5, 2002 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | December 10, 2002 |
| **Registration Number** | 2803235 |
| **Registration Date** | January 6, 2004 |
| **Owner** | (REGISTRANT) MGA ENTERTAINMENT, INC. CORPORATION CALIFORNIA 16730 SCHOENBORN ST. NORTH HILLS CALIFORNIA 913436122 |

EXHIBIT 4
PAGE 122

M 0078647

| Assignment Recorded | ASSIGNMENT RECORDED |
|---|---|
| Disclaimer | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "STYLING SALON AND SPA" APART FROM THE MARK AS SHOWN |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

PTO HOME   TRADEMARK   TESS HOME   NEW USER   STRUCTURED   FREE FORM   Browse Dict   TOP   HELP   PREV LIST
CURR LIST   NEXT LIST   FIRST DOC   PREV DOC   NEXT DOC   LAST DOC

HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER | NEWS&NOTICES | CONTACT US | PRIVACY STATEMENT

EXHIBIT 4
PAGE 123

M 0078648



UNITED STATES PATENT AND TRADEMARK OFFICE

| Home | Index | Search | System Alerts | eBusiness Center | News & Notices | Contact Us |

## Trademark Electronic Search System(Tess)

*TESS was last updated on Fri Apr 9 06:36:38 EDT 2004*

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP | PREV LIST |
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

**Logout** Please logout when you are done to release system resources allocated for you.

**Start** List At: [        ] OR **Jump** to record: [        ] **Record 20 out of 39**

**Check Status** *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | **BRATZ** |
| **Goods and Services** | IC 025. US 022 039. G & S: Infant's and children's clothing, namely, tops, bottoms, sleepwear, hats; and Infant's and children's outerwear namely, jackets, parkas, coats, snow suits and mittens. FIRST USE: 19940115. FIRST USE IN COMMERCE: 19940115 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 210107 260916 |
| **Serial Number** | 76242565 |
| **Filing Date** | April 18, 2001 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | September 9, 2003 |
| **Registration Number** | 2787942 |

EXHIBIT 4
PAGE 124

M 0078649

| Registration Date | December 2, 2003 |
|---|---|
| Owner | (REGISTRANT) MGA ENTERTAINMENT, INC. CORPORATION CALIFORNIA 16730 SCHOENBORN STREET NORTH HILLS CALIFORNIA 913436122 |
| Assignment Recorded | ASSIGNMENT RECORDED |
| Attorney of Record | Carol Witschel |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP | PREV LIST |
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER | NEWS&NOTICES | CONTACT US | PRIVACY STATEMENT

EXHIBIT 4
PAGE 125

M 0078650



**Trademark Electronic Search System(Tess)**

*TESS was last updated on Fri Apr 9 06:36:38 EDT 2004*

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP | PREV LIST |
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

**LOGOUT** Please logout when you are done to release system resources allocated for you.

**START** List At: [_____] OR **JUMP** to record: [_____] **Record 3 out of 3**

**Check Status** *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

**Typed Drawing**

| | |
|---|---|
| **Word Mark** | "BRATZ BOYZ" |
| **Goods and Services** | IC 028. US 022 023 038 050. G & S: Toys, namely, dolls. FIRST USE: 20020531. FIRST USE IN COMMERCE: 20020531 |
| | IC 016. US 002 005 022 023 029 037 038 050. G & S: collectible poster. FIRST USE: 20020531. FIRST USE IN COMMERCE: 20020531 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 76374997 |
| **Filing Date** | February 26, 2002 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | February 4, 2003 |
| **Registration Number** | 2795675 |
| **Registration Date** | December 16, 2003 |
| **Owner** | (REGISTRANT) MGA ENTERTAINMENT, INC. CORPORATION CALIFORNIA 16730 SCHOENBORN ST. NORTH HILLS CALIFORNIA 913436122 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |

EXHIBIT ___4___
PAGE ___126___

http://tess2.uspto.gov/bin/showfield?f=doc&state=uprbdb.2.3                    4/9/2004

M 0078651

| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP | PREV LIST
CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER | NEWS&NOTICES |
CONTACT US | PRIVACY STATEMENT

EXHIBIT ___4___
PAGE ___127___

M 0078652



UNITED STATES PATENT AND TRADEMARK OFFICE

| Home | Index | Search | System Alerts | eBusiness Center | News & Notices | Contact Us |

## Trademark Electronic Search System(Tess)

*TESS was last updated on Fri Apr 9 06:36:38 EDT 2004*

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP | PREV LIST |
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout Please logout when you are done to release system resources allocated for you.

Start List At: [_____]  OR Jump to record: [_____]  **Record 2 out of 2**

Check Status *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

### Typed Drawing

| | |
|---|---|
| **Word Mark** | "LIL' BRATZ" |
| **Goods and Services** | IC 028. US 022 023 038 050. G & S: Toys, namely, doll and doll accessories. FIRST USE: 20021016. FIRST USE IN COMMERCE: 20021016 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 76374991 |
| **Filing Date** | February 26, 2002 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | February 4, 2003 |
| **Registration Number** | 2776558 |
| **Registration Date** | October 21, 2003 |
| **Owner** | (REGISTRANT) MGA ENTERTAINMENT, INC. CORPORATION CALIFORNIA 16730 SCHOENBORN ST. NORTH HILLS CALIFORNIA 913436122 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |

EXHIBIT 4
PAGE 128

M 0078653

TESS - Document Display

| Live/Dead Indicator | LIVE |
|---|---|

PTO HOME | TRADEMARKS | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSER DICT | TOP | HELP | PREV LIST
CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

**HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER | NEWS&NOTICES | CONTACT US | PRIVACY STATEMENT**

EXHIBIT ___4___
PAGE ___129___

M 0078654



UNITED STATES PATENT AND TRADEMARK OFFICE

| Home | Index | Search | System Alerts | eBusiness Center | News & Notices | Contact Us |

## Trademark Electronic Search System(Tess)

*TESS was last updated on Fri Apr 9 06:36:38 EDT 2004*

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP |

**Logout** Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

**Check Status** *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

**Typed Drawing**

| | |
|---|---|
| **Word Mark** | THE GIRLS WITH A PASSION FOR FASHION! |
| **Goods and Services** | IC 028. US 022 023 038 050. G & S: DOLLS AND DOLLS' ACCESSORIES. FIRST USE: 20010521. FIRST USE IN COMMERCE: 20010521 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 76307660 |
| **Filing Date** | August 30, 2001 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | June 18, 2002 |
| **Registration Number** | 2712831 |
| **Registration Date** | May 6, 2003 |
| **Owner** | (REGISTRANT) ABC International Traders, Inc. DBA MGA Entertainment CORPORATION CALIFORNIA 16730 Schoenburn Street North Hills CALIFORNIA 91343 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | CAROL WITSCHEL |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead** | |

EXHIBIT 4
PAGE 130

M 0078655

**Indicator**      LIVE

PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP

HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER | NEWS&NOTICES | CONTACT US | PRIVACY STATEMENT

EXHIBIT    4
PAGE    31

M 0078656