# EXHIBIT D



HCA 2152/2002

IN THE HIGH COURT OF THE

HONG KONG SPECIAL ADMINISTRATIVE REGION

COURT OF FIRST INSTANCE

CIVIL ACTION NO. 2152 OF 2002

---

BETWEEN

ABC INTERNATIONAL TRADERS, INC. doing business as MGA ENTERTAINMENT — Plaintiff

and

(1) TOYS & TRENDS (HONG KONG) LIMITED

(2) CITYWORLD LIMITED

(3) JURG WILLI KESSELRING — Defendants

This is the exhibit marked "LSC-3" referred to in the Affirmation of Lee Shiu Cheung dated the 18th day of June 2002.

| Description of document | Date | No. of pages |
|---|---|---|
| Copies of 17 initial concept and Design drawings of the BRATZ Dolls made by Mr. Bryant in the year 2000 | divers | 17 |

Before me,

Solicitor, HKSAR

Chan Yiu Chee
Solicitor, Hong Kong SAR
C.L. Chow & Macksion Chan, Solicitors

DEPOSITION EXHIBIT 10

M 0001489A

8/199

Angel

8/99

8/19

Lil Star

BODY

NOT ACTUAL SIZE

ACTUAL DOLL HEIGHT (WITH HEAD) APPX. 9½" - 10"



To give Zoe a whole new look for night, change her short dark brown hairstyle to her long blonde hairdo (included), change her pants to a skirt (also included) and change her sneakers to platform sandals (you get those too!)



FACES
SAME HEAD BUT
DIFF FACE PAINT
JADE
ZOE
- NOT ACTUAL SIZE -

M 0001505

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is NOW Messenger Service, 1301 West Second Street, Suite 206, Los Angeles, California 90026. On April 9, 2008, I served true copies of the following documents described as **SUPPLEMENTAL DECLARATION OF JON D. COREY IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND THINGS BY MGA ENTERTAINMENT, INC. AND FOR AWARD OF MONETARY SANCTIONS** on the parties in this action as follows:

| | |
|---|---|
| Carl Roth, Esq.<br>**Skadden Arps Slate Meagher & Flom, LLP**<br>300 South Grand Avenue<br>Suite 3400<br>Los Angeles, CA 90071 | Mark E. Overland, Esq.<br>Alexander H. Cote Esq.<br>**OVERLAND BORENSTEIN SCHEPER & KIM LLP**<br>601 West Fifth Street, 12th Floor<br>Los Angeles, CA 90017 |
| John W. Keker, Esq.<br>Michael H. Page, Esq.<br>Christina M. Anderson, Esq.<br>**Keker & Van Nest, LLP**<br>710 Sansome Street<br>San Francisco, CA 94111 | |

[√] **[PERSONAL]** by personally delivering the document listed above to the person(s) at the address(es) set forth above.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made

Executed on April 9, 2008, at Los Angeles, California.

David Quintana