1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     John B. Quinn (Bar No. 090378)
2    johnquinn@quinnemanuel.com
     Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
     Jon D. Corey (Bar No. 185066)
4    (joncorey@quinnemanuel.com)
     Timothy L. Alger (Bar No. 160303)
5    (timalger@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
6  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
7  Facsimile: (213) 443-3100

8  Attorneys for Mattel, Inc.

10                UNITED STATES DISTRICT COURT
11                CENTRAL DISTRICT OF CALIFORNIA
12                       EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED CASES | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>NOTICE OF ERRATA RE SUPPLEMENTAL DECLARATION OF JON D. COREY IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND THINGS BY MGA ENTERTAINMENT, INC. AND FOR AWARD OF MONETARY SANCTIONS<br><br>Date: April 11, 2008<br>Time: 9:00 a.m.<br>Place: Telephonic<br><br>**Phase 1:**<br>Discovery Cut-Off:       January 28, 2008<br>Pre-Trial Conference:   May 5, 2008<br>Trial Date:                    May 27, 2008 |

07209/2466464.1

-1-
NOTICE OF ERRATA RE MATTEL, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT

**EXHIBIT 1**

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that the caption page of the Supplemental
3  Declaration Of Jon D. Corey In Support Of Mattel, Inc.'s Motion To Compel
4  Production Of Documents and Things By MGA Entertainment, Inc. and For Award
5  Of Monetary Sanctions ("Declaration"), served on April 9, 2008, inadvertently
6  stated the Declaration contained Confidential-Attorneys' Eyes only information and
7  was to be filed under seal. Mattel also submits a corrected caption page of the
8  Supplemental Declaration herewith, attached as Exhibit 1.

10  DATED: April 10, 2008            QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

12                                    By_____
13                                    Jon Corey
                                      Attorneys for Mattel, Inc.