QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

FILED
CLERK, U.S. DISTRICT COURT
MAR 31 2008
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION   BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>[PROPOSED] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL ITS OPPOSITION TO MGA AND CARTER BRYANT'S MOTION FOR AN EVIDENTIARY HEARING REGARDING WITNESS TAMPERING AND DECLARATION OF CYRUS S. NAIM IN SUPPORT<br><br>Hearing Date: April 14, 2008<br>Time: 10:00 a.m.<br>Court Room: Courtroom 1<br><br>**Phase I**<br>Discovery Cut-off: January 28, 2008<br>Pre-trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2452472.1

[PROPOSED] ORDER

## [~~PROPOSED~~] ORDER

Based on the concurrently filed Mattel Inc.'s Application to File Under Seal Its Opposition To MGA And Carter Bryant's Motion For An Evidentiary Hearing Regarding Witness Tampering and Declaration of Cyrus S. Naim in Support,

IT IS HEREBY ORDERED:

Mattel Inc.'s Opposition To MGA And Carter Bryant's Motion For An Evidentiary Hearing Regarding Witness Tampering (the Opposition), and Exhibits 1, 2, 3, 4, 5, 6, 7, 8, 9, 29, and 33 to the Declaration of Cyrus S. Naim in Support, are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: MAR 3 1 2008 , 2008

_____
Hon. Stephen G. Larson
United States District Judge