Case 2:04-cv-09049-SGL-RNB Document 2624-2 Filed 06/12/2008 Page 1 of 1



This document has been

UNSEALED

per Order of

Judge Stephen G. Larson

dated June 24, 2008.

This document may be

retrieved for viewing

and/or copying

at the Clerk's Office.