1 THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
2 SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
3 Los Angeles, CA 90071
Tel.: (213) 687-5000/Fax: (213) 687-5600
4
RAOUL D. KENNEDY (Bar No. 40892)
5 (rkennedy@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
6 4 Embarcadero Center, 38th Floor
San Francisco, CA 94111-5974
7 Tel.: (415) 984-6400/ Fax: (415) 984-2698

8 Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian
9

10                     UNITED STATED DISTRICT COURT
11                    CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 12 CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| 13 | **DISCOVERY MATTER** |
| 14  Plaintiff, | [To be heard by Discovery Master Hon. Edward Infante (Ret.) Pursuant to Court Order of December 6, 2006] |
| 15  v. | |
| 16 MATTEL, INC., a Delaware corporation, | [PROPOSED] ORDER |
| 17      Defendant. | RE MGA'S APPLICATION TO FILE UNDER SEAL SUPPLEMENTAL SUBMISSION IN FURTHER SUPPORT OF ITS MOTION TO COMPEL DISCOVERY ON ISSUES AS TO WHICH MATTEL HAS WAIVED ATTORNEY-CLIENT AND WORK PRODUCT PRIVILEGES BY CLAIMS ASSERTION AND SECOND SUPPLEMENTAL DECLARATION OF MARCUS R. MUMFORD IN SUPPORT THEREOF |
| 18 | |
| 19 | |
| 20 AND CONSOLIDATED ACTIONS | |
| 21 | |

[Proposed] Order Re Application to File Under Seal Supplemental Submission re Privilege Waiver
Case No. CV 04-9049 SGL (RNBx)

1  Based on the above Application, and good cause appearing for the entry
2  thereof, IT IS HEREBY ORDERED that the following documents be filed under seal
3  pursuant to Local Rule 79-5.1: MGA's Supplemental Submission In Further Support
4  Of Its Motion To Compel Discovery On Issues As To Which Mattel Has Waived
5  Attorney-Client And Work Product Privileges By Claims Assertion, and the Second
6  Supplemental Declaration Of Marcus R. Mumford In Support Thereof.

8  DATED: April 8, 2008

*[signature]*
Hon. Stephen G. Larson
United States District Court Judge