LODGED

THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Tel.: (213) 687-5000/Fax: (213) 687-5600

KENNETH PLEVAN (admitted *pro hac vice*)
(kplevan@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
Tel.: (212) 735-3000 / Fax: (212) 735-2000

Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian

JOHN W. KEKER (Bar No. 49092)
(jkeker@kvn.com)
CHRISTA M. ANDERSON (Bar No. 184325)
(canderson@kvn.com)
KEKER & VAN NEST LLP
710 Sansome St.
San Francisco, CA 94111-1704
Tel.: (415) 391-5400 / Fax: (415) 397-7188

Attorneys for Carter Bryant

2008 APR -8 AM 10: 12

UNITED STATED DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>[PROPOSED] ORDER GRANTING MGA'S AND CARTER BRYANT'S APPLICATION TO FILE UNDER SEAL THEIR REPLY IN SUPPORT OF THEIR MOTION FOR AN EVIDENTIARY HEARING REGARDING WITNESS TAMPERING AND SUPPORTING DECLARATION<br><br>Honorable Stephen G. Larson<br><br>Hearing Date: April 14, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 1 |

      Based on MGA and Carter Bryant's Application To File Under Seal Their Reply in Support of Their Motion for an Evidentiary Hearing Regarding Witness Tampering and Supporting Declaration, and good cause appearing therefor, IT IS HEREBY ORDERED that the following documents be filed under seal pursuant to Local Rule 79-5.1: MGA and Carter Bryant's Reply in Support of Their Motion for an Evidentiary Hearing Regarding Witness Tampering, and the supporting Declaration of Marcus R. Mumford and related exhibits.

DATED: April 6, 2008

                                        Hon. Stephen G. Larson
                                        United States District Court Judge