ORIGINAL

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>[To Be Heard By Discovery Master Hon. Edward Infante (Ret.) Pursuant To The Court's Order Of December 6, 2006]<br><br>[PROPOSED] ORDER RE MATTEL'S APPLICATION TO FILE UNDER SEAL EXHIBITS 4 AND 5 TO THE DECLARATION OF JON D. COREY IN SUPPORT OF REPLY OF MATTEL, INC. IN SUPPORT OF ITS MOTION FOR PROTECTIVE ORDER RE: MATTHEW BOUSQUETTE<br><br>Hearing Date: TBA<br>Time: TBA<br>Place: Telephonic<br><br>**Phase 1**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2464694.1

# [~~PROPOSED~~] ORDER

Based on the concurrently filed Application to File Under Seal Exhibits 4 and 5 to the Declaration of Jon D. Corey in Support of Mattel's Reply in Support of its Motion for Protective Order Re Matthew Bousquette, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Exhibits 4 and 5 to the Declaration of Jon D. Corey in Support of Mattel's Reply in Support of its Motion for Protective Order Re Matthew Bousquette are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: APR 10 2008, 2008

_/s/ S.G. Larson_
Hon. Stephen G. Larson
United States District Judge

07209/2464694.1

-1-
[PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL