```
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone: (213) 443-3000
Facsimile:  (213) 443-3100
```

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>The Honorable Stephen G. Larson<br><br>**[PROPOSED ORDER] RE APPLICATION TO FILE UNDER SEAL (1) MATTEL'S REPLY IN SUPPORT OF MOTION OF MATTEL, INC. TO DISQUALIFY MGA ENTERTAINMENT, INC.'S COUNSEL SKADDEN ARPS AND EXPERT CHRISTINA TOMIYAMA; AND (2) EVIDENTIARY OBJECTIONS**<br><br>[Local Rule 79-5.1]<br><br>Hearing Date: April 7, 2008<br>Time:  10:00 a.m.<br>Place:  Courtroom 1<br><br>**Phase 1:**<br>Discovery Cut-Off:  January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date:  May 27, 2008 |

LODGED

07209/2457676.1

PROPOSED ORDER

1  **[Proposed] Order**

3  Based on the concurrently filed Application to File Under Seal (1)
4  Mattel's Reply in Support of Motion of Mattel, Inc. to Disqualify MGA
5  Entertainment, Inc.'s Counsel Skadden Arps And Expert Christina Tomiyama; and
6  (2) Evidentiary Objections, and good cause appearing for the entry thereof, IT IS
7  HEREBY ORDERED:

8  An unredacted version of Mattel's Reply in Support of its Motion to
9  Disqualify MGA Entertainment, Inc.'s Counsel Skadden Arps and Expert Christina
10  Tomiyama, and its concurrently filed Evidentiary Objections are ORDERED filed
11  under seal pursuant to <u>Local Rule</u> 79-5.1.

13  DATED:  APR 3 - 2008 , 2008     _____
                                    Hon. Stephen G. Larson
14                                  United States District Judge

07209/2457676.1

-1-

PROPOSED ORDER