QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case Nos. CV 04-09059 and CV 05-02727<br><br>**PROOF OF SERVICE**<br><br>Discovery Cutoff:    January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date:          May 27, 2008 |

07209/2304372.1

-1-

Case No. CV 04-9049 SGL (RNBx)
PROOF OF SERVICE

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On April 10, 2008, I served true copies of the following document(s) described as:

1. MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 2-18 & 20-25 TO THE SECOND SUPPLEMENTAL DECLARATION OF B. DAYLAN PROCTOR IN SUPPORT OF MATTEL'S MOTIO TO COMPEL MGA TO PRODUCE COMMUNICATIONS REGARDING THIS ACTION;

2. [PROPOSED] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 2-18 & 20-25 TO THE SECOND SUPPLEMENTAL DECLARATION OF B. DAYLAN PROCTOR IN SUPPORT OF MATTEL'S MOTIO TO COMPEL MGA TO PRODUCE COMMUNICATIONS REGARDING THIS ACTION and

(3) PROOF OF SERVICE

on the parties in this action as follows:

## SEE SERVICE LIST

**BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 10, 2008, at Los Angeles, California.

*Dina Comaduran*

Dina Comaduran

07209/2304372.107209/22
99825.1

-2-

Case No. CV 04-9049 SGL (RNBx)

PROOF OF SERVICE

## SERVICE LIST

Thomas J. Nolan, Esq.
Carl Roth, Esq.
**Skadden, Arps, Slate, Meagher & Flom LLP**
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071

John W. Keker, Esq.
Michael H. Page, Esq.
Christina M. Anderson, Esq.
**Keker & Van Nest, LLP**
710 Sansome Street
San Francisco, CA 94111

Mark E. Overland, Esq.
David C. Scheper, Esq.
Alexander H. Cote
**OVERLAND BORENSTEIN SCHEPER & KIM LLP**
601 West Fifth Street, 12th Floor
Los Angeles, CA 90017