QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>HON. STEPHEN G. LARSON<br><br>SUPPLEMENTAL DECLARATION OF DIANE C. HUTNYAN IN SUPPORT OF MATTEL, INC.'S REPLY RE *EX PARTE* APPLICATION TO SUPPLEMENT EXPERT REPORTS BY MESSRS. WILLIAM FLYNN AND LLOYD CUNNINGHAM REGARDING CERTAIN BRYANT ORIGINALS<br><br>Hearing Date: TBA<br>Time: TBA<br>Place: TBA<br><br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

## DECLARATION OF DIANE C. HUTNYAN

I, Diane C. Hutnyan, declare as follows:

I am a member of the bar of the State of California, am admitted to practice before this court and am a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for plaintiff and cross-defendant Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

1. Attached hereto as Exhibit 1 is a true and correct copy of Defendants' Opposition to Mattel's *Ex Parte* Application for Access to Certain Bryant Originals for Expert Examination and Imaging, dated April 8, 2008.

2. Attached hereto as Exhibit 2 is a true and correct copy of the Court's Order Appointing the Discovery Master dated December 6, 2006.

3. Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the transcript of a hearing before the Court held on January 7, 2008.

4. Attached hereto as Exhibit 4 is a true and correct copy of experts from the deposition transcript of Robert Kullman, which was taken April 8, 2008.

5. The purported significance of MGA's stance of the purported presence of faint pencil lines was not revealed until the deposition of Mr. Cunningham on March 31, 2008. On April 2, 2008, I requested, via letter to opposing counsel, the opportunity to test the veracity of MGA's stance by having our experts perform additional examination on certain Bryant originals.

6. Attached hereto as Exhibit 5 is a true and correct copy of excerpts from the deposition transcript of Lloyd Cunningham, which was taken March 31, 2008.

7. Attached hereto as Exhibit 6 is a true and correct copy of excerpts from the deposition transcript of William Flynn, which was taken March 27, 2008.

8. Twice this week, I offered to work with MGA's counsel to set an expedited hearing on the discovery motion relating to Dr. Lyter's request to perform destructive testing on the Prince notary book. To this day, MGA has not responded.

1 | Attached hereto as Exhibit 7 is a true and correct copy of my email to Ms. Chan and Raoul Kennedy, dated April 7, 2008. Attached hereto as Exhibit 8 is a true and correct copy of my letter to Judge Infante, dated April 8, 2008.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 11th day of April, 2008, in Los Angeles, California.

*[signature]*
Diane C. Hutnyan