Hon. Edward A. Infante (Ret.)
JAMS
Two Embarcadero Center
Suite 1500
San Francisco, California 94111
Telephone: (415) 774-2611
Facsimile: (415) 982-5287

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>CONSOLIDATED WITH<br>MATTEL, INC. v. BRYANT and<br>MGA ENTERTAINMENT, INC. v. MATTEL, INC. | CASE NO. CV 04-09049 SGL (RNBx)<br>JAMS Reference No. 1100049530<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-2727<br><br>**ORDER DENYING MATTEL'S APPLICATION TO ENFORCE COURT ORDERS COMPELLING PRODUCTION OF TANGIBLE ITEMS** |

On February 19, 2008, Mattel, Inc. ("Mattel") submitted a "Notice of Change of Hearing on Application to Enforce Court Orders Compelling Production of Tangible Items." On February 20, 2008, MGA Entertainment, Inc., Isaac Larian, MGA Entertainment (HK) Limited and MGAE de Mexico S.R.L. de C.V. (collectively "MGA") submitted an opposition to Mattel's so-called

"Notice of Change of Hearing." On February 25, 2008, Mattel submitted a response. The matter was heard on April 11, 2008.

Having considered the motion papers and the comments of counsel at the hearing, Mattel's Application is denied. Mattel previously noticed its Application for hearing before the district court in the form of an *Ex Parte* Application. The Application was heard and decided in full by Judge Larson on February 4, 2008, as evidenced by the transcript of the proceedings and the Civil Minute Order filed the same day. Notably, during the hearing, Mattel's counsel drew the court's attention to the list of tangible items Mattel now seeks. See Transcript of February 4, 2008 hearing at p. 78 ("We've identified some things that have been in our reply on pages 1 and 2 that have been identified in the document production, that are tangible items, that have not been provided. I'd encourage the court to look at that."). Immediately thereafter, the court stated its intent to grant Mattel's Application in part. Id. at p. 79.

Contrary to Mattel's assertion, at no time during the February 4, 2008 hearing or in its February 4, 2008 Civil Minute Order did the court state or even intimate that it was only deciding a portion of Mattel's Application. Nor did the court direct or even suggest that Mattel present any portion of its Application to the undersigned Discovery Master for determination. If the court had intended to refer certain issues raised in the Application to the Discovery Master for determination, the court would have done so expressly, as it did with Mattel's *Ex Parte* Application re Motion to Compel Production of Electronic Media from Third Parties. See Civil Minute Order at p.4 ("This application is DENIED. This matter must be addressed in the first instance by the Discovery Master.").

Pursuant to Paragraph 6 of the Stipulation and Order for Appointment of a Discovery Master, MGA shall file this Order with the Clerk of Court forthwith.

Dated: April 11, 2008

*[signature]*

HON. EDWARD A. INFANTE (Ret.)
Discovery Master

Bryant v. Mattel, Inc.,
CV-04-09049 SGL (RNBx)

2