QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>STIPULATION RE: JURY PANEL<br><br>[[Proposed] Order lodged concurrently]<br><br>Phase 1:<br>Discovery Cut-off:     January 28, 2008<br>Pre-trial Conference:  May 5, 2008<br>Trial Date:            May 27, 2008 |

07209/2468439.1

STIPULATION

## Stipulation

WHEREAS, the Phase I trial in this case is scheduled to commence on May 27, 2008; and

WHEREAS, the parties estimate that the Phase I trial may last up to two months;

NOW, THEREFORE, the parties hereby stipulate, by and through their counsel of record and subject to the Court's approval, that the Court may order a panel of prospective jurors who have been pre-screened to determine if they are available to sit on a two month trial.

IT IS SO STIPULATED.

DATED: April 11, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By *B. Dylan Proctor /SH*
B. Dylan Proctor
Attorneys for Mattel, Inc.

DATED: April 11, 2008

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By *Lance Etcheverry /SH*
Lance Etcheverry
Attorneys for the MGA Entertainment, Inc, MGA Entertainment (HK) Ltd. and Isaac Larian

DATED: April 11, 2008

KEKER & VAN NEST, LLP

By *Matthew Werdegar /SH*
Matthew Werdegar
Attorneys for Carter Bryant