1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>[PROPOSED] ORDER RE: STIPULATION RE: JURY PANEL<br><br>Phase 1:<br>Discovery Cut-off:     January 28, 2008<br>Pre-trial Conference:  May 5, 2008<br>Trial Date:            May 27, 2008 |

## [PROPOSED] ORDER

Based on the stipulation of the parties, and good cause appearing therefor, it is hereby ORDERED that the Court may order a panel of prospective jurors who have been pre-screened to determine if they are available to sit on a two month trial.

DATED: _____, 2008          _____
                                                    HON. STEPHEN G. LARSON