QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>STIPULATION REGARDING EXCHANGE OF OBJECTIONS TO PROPOSED JURY INSTRUCTIONS, WITNESS LISTS AND VERDICT FORMS<br><br>[[Proposed] Order lodged concurrently]<br><br>Phase 1:<br>Discovery Cut-off:   January 28, 2008<br>Pre-trial Conference:  May 5, 2008<br>Trial Date:              May 27, 2008 |

07209/2468822.1

STIPULATION

## Stipulation

WHEREAS, the parties exchanged witness lists on April 1, 2008, and proposed jury instructions and special verdict forms on April 4, 2008;

WHEREAS, pursuant to the Court's Order of March 11, 2008, the parties would be obligated to exchange objections to the proposed witness lists, jury instructions and verdict forms by April 14, 2008; and

WHEREAS, the parties wish to agree on a modified schedule for exchanging these objections;

NOW, THEREFORE, the parties hereby stipulate, by and through their counsel of record and subject to the Court's approval, that the parties shall exchange objections to the proposed witness lists, jury instructions and special verdict forms on or before April 16, 2008.

IT IS SO STIPULATED.

DATED: April 11, 2008        QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By *B. Dylan Proctor /SH*
B. Dylan Proctor
Attorneys for Mattel, Inc.

DATED: April 11, 2008        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By *Jason Russell /SH*
Jason Russell
Attorneys for MGA Entertainment, Inc, MGA Entertainment (HK) Ltd. and Isaac Larian

DATED: April 11, 2008        KEKER & VAN NEST, LLP

By *Matthew Werdegar /SH*
Matthew Werdegar
Attorneys for Carter Bryant