UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>　　　　Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>[PROPOSED] ORDER RE: STIPULATION REGARDING EXCHANGE OF OBJECTIONS TO PROPOSED JURY INSTRUCTIONS, WITNESS LISTS AND VERDICT FORMS<br><br>Phase 1:<br>Discovery Cut-off:　January 28, 2008<br>Pre-trial Conference:　May 5, 2008<br>Trial Date:　May 27, 2008 |

07209/2468886.1

PROPOSED ORDER

# [PROPOSED] ORDER

Based on the stipulation of the parties, and good cause appearing therefor, it is hereby ORDERED that the parties shall exchange objections to the proposed witness lists, jury instructions and special verdict forms on or before April 16, 2008.

DATED:_____, 2008       _____

                                              HON. STEPHEN G. LARSON