MELISSA GRANT, SBN 205633
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
865 SOUTH FIGUEROA STREET
10th FLOOR
LOS ANGELES, CA 90017
(213) 443-3000

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT, an individual, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) v. MATTEL, INC., a Delaware corporation, DEFENDANT(S). | CV 04-9049 SGL (RNBx) Consolidated with Case No. CV 04-09059 & 05-02727 |
| | NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
Declaration of Melissa Grant in Support of Mattel, Inc's Motion to Compel Production of Documents by MGA in Response to Mattel's Fifth Set of Requests Production of Documents and Things and Exhibits Thereto; Application to File Under Seal and [Proposed] Order

**Document Description:**

[ ] Administrative Record

[ ] Exhibits

[ ] Ex Part Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)

[X] Other   Application to File Under Seal and [Proposed] Order

**Reason:**

[X] Under Seal

[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

[ ] Electronic versions are not available to filer

[X] Per Court order dated  January 4, 2005

[ ] Manual Filing required (*reason*):

April 14, 2008
Date

Attorney Name
Melissa Grant
Defendant Mattel, Inc.
Party Represented

Note: File one Notice in each case, each time you manually file document(s).

G-92 (02/07)    NOTICE OF MANUAL FILING    CCD-G92