THOMAS J. NOLAN (Bar No. 66992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3144
Tel.: (213) 687-5000 / Fax: (213) 687-5600:
tnolan@skadden.com
Attorneys for MGA Entertainment, Inc., et al.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>PLAINTIFF(S)<br>v.<br><br>MATTEL, INC., a Delaware corporation<br><br>DEFENDANT(S). | CASE NUMBER:<br>CV 04-9049 SGL (RNBx)<br><br>NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
(1) MGA PARTIES' NOTICE OF MOTION AND MOTION IN LIMINE NO. 1; [PROPOSED] ORDER GRANTING MOTION IN LIMINE NO 1;
(2) MGA PARTIES' NOTICE OF MOTION AND MOTION IN LIMINE NO. 2; [PROPOSED] ORDER GRANTING MOTION IN LIMINE NO 2;
(3) MGA PARTIES' NOTICE OF MOTION AND MOTION IN LIMINE NO. 3; [PROPOSED] ORDER GRANTING MOTION IN LIMINE NO 3;
(4) MGA PARTIES' NOTICE OF MOTION AND MOTION IN LIMINE NO. 4; [PROPOSED] ORDER GRANTING MOTION IN LIMINE NO 4;
(5) MGA PARTIES' NOTICE OF MOTION AND MOTION IN LIMINE NO. 5; [PROPOSED] ORDER GRANTING MOTION IN LIMINE NO 5;
(6) MGA PARTIES' NOTICE OF MOTION AND MOTION IN LIMINE NO. 6; [PROPOSED] ORDER GRANTING MOTION IN LIMINE NO 6;
(7) MGA PARTIES' NOTICE OF MOTION AND MOTION IN LIMINE NO. 7; [PROPOSED] ORDER GRANTING MOTION IN LIMINE NO 7;
(8) MGA PARTIES' NOTICE OF MOTION AND MOTION IN LIMINE NO. 8; [PROPOSED] ORDER GRANTING MOTION IN LIMINE NO 8;
(9) MGA PARTIES' NOTICE OF MOTION AND MOTION IN LIMINE NO. 9; [PROPOSED] ORDER GRANTING MOTION IN LIMINE NO 9;
(10) MGA PARTIES' NOTICE OF MOTION AND MOTION IN LIMINE NO. 10; [PROPOSED] ORDER GRANTING MOTION IN LIMINE NO 10;
(11) MGA PARTIES' NOTICE OF MOTION AND MOTION IN LIMINE NO. 11; [PROPOSED] ORDER GRANTING MOTION IN LIMINE NO 11;
(12) MGA PARTIES' NOTICE OF MOTION AND MOTION IN LIMINE NO. 12 ; [PROPOSED] ORDER GRANTING MOTION IN LIMINE NO 12;
(13) DECLARATION OF JASON D. RUSSELL (VOLUMES 1-5) FILED IN SUPPORT THEREOF;
(14) APPLICATION TO FILE UNDER SEAL;
(15) [PROPOSED] ORDER GRANTING FILING UNDER SEAL;
(16) PROOF OF SERVICE.

**Document Description:**

- ☐ Administrative Record
- ☒ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5 .4(h)
- ☒ Other

**Reason:**

- ☒ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☐ Per Court order dated _____
- ☐ Manual Filing required (reason):

| April 14, 2008 | Thomas J. Nolan |
|---|---|
| Date | Attorney Name |
| | MGA ENTERTAINMENT, INC., et al. |
| | Party Represented |

Note:   File one Notice in each case, each time you manually file document(s).