KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
jkeker@kvn.com
MICHAEL H. PAGE - #154913
mpage@kvn.com
CHRISTA M. ANDERSON - #184325
canderson@kvn.com
MATTHEW M. WERDEGAR - #200470
mwerdegar@kvn.com
JOHN E. TRINIDAD - #250468
jtrinidad@kvn.com
AUDREY WALTON-HADLOCK- #250574
awaltonhadlock@kvn.com
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:   (415) 397-7188

Attorneys for Plaintiff
CARTER BRYANT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>                              Plaintiff,<br><br>        v.<br><br>MATTEL, INC. a Delaware Corporation,<br><br>                              Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC., v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No. CV 04-09049 SGL (RNBx)<br>(consolidated with CV 04-9059 & 05-2727)<br><br>Hon. Stephen G. Larson<br><br>**[PROPOSED] ORDER GRANTING BRYANT'S MOTIONS IN LIMINE**<br><br>Date:        May 5, 2008<br>Time:        11:00 a.m.<br>Place:        Courtroom 1<br><br>**Phase I:**<br>Date Comp. Filed:  April 13, 2005<br>Discovery Cut-Off:  Jan. 28, 2008<br>Trial Date:  May 27, 2008 |

# [PROPOSED] ORDER

The Court has carefully considered the parties' submissions and arguments concerning Carter Bryant's Motions In Limine, and finds that the relief Bryant seeks is proper and necessary to ensure a fair and orderly trial, comply with the Federal Rules of Evidence, and avoid unfair prejudice to Bryant.  Accordingly, the Court hereby GRANTS Bryant's Motions In Limine (Numbers 13-15) in their entirety, and ORDERS as follows:

1) Mattel must not make any argument or seek to introduce any evidence (either documents or testimony) referring in any way to any alleged spoliation by Bryant, including but not limited to allegations regarding Evidence Eliminator [Motion In Limine No. 13];

2) Mattel must not make any argument or seek to introduce any evidence (either documents or testimony) referring to or regarding any alleged "borrowing" by Carter Bryant from preexisting Mattel projects, including but not limited to Toon Teens, Diva Starz, the "Swan" line, and Skipper [Motion In Limine No. 14]; and

3) Mattel must not make any argument or seek to introduce any evidence (either documents or testimony) referring to the existence, nature, or history of any claims or defenses that have been dismissed or voluntarily withdrawn from this litigation [Motion In Limine No. 15].

Mattel and its counsel will take all necessary steps to ensure that Mattel's counsel and witnesses comply fully with this Order.

IT IS SO ORDERED.


Dated:_____, 2008   _____

                                                 Hon. Stephen G. Larson
                                                 United States District Judge