1 THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
2 JASON D. RUSSELL (Bar No. 169219)
(jrussell@skadden.com)
3 MARINA V. BOGOROD (Bar No. 217524)
(mbogorad@skadden.com)
4 SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
5 Los Angeles, CA 90071
Tel.: (213) 687-5000/Fax: (213) 687-5600
6
RAOUL D. KENNEDY (Bar No. 40892)
7 (rkennedy@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
8 4 Embarcadero Center, Suite 3800
San Francisco, CA 94111-5974
9 Tel.: (415) 984-2698 / Fax: (415) 984-2626

10 Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, and
Isaac Larian

11

UNITED STATED DISTRICT COURT

12

CENTRAL DISTRICT OF CALIFORNIA

13

EASTERN DIVISION

14

| | |
|---|---|
| 15 CARTER BRYANT, an individual, ) | CASE NO. CV 04-9049 SGL (RNBx) |
| 16 Plaintiff, ) | |
| | Consolidated with Case No. 04-9059 |
| 17 v. ) | and Case No. 05-2727 |
| 18 MATTEL, INC., a Delaware ) corporation, ) | Honorable Stephen G. Larson |
| 19 Defendant. ) | REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MGA PARTIES' MOTIONS *IN LIMINE* AND DAUBERT MOTIONS |
| 20 _____ ) | |
| 21 ) | |
| 22 AND CONSOLIDATED ACTIONS ) | |
| 23 _____ ) | |

24
25
26
27
28

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Rule 201 of the Federal Rules of Evidence, MGA Entertainment, Inc., MGA Entertainment (HK) Limited, and Isaac Larian (collectively, the "MGA Parties"), respectfully request that the Court take mandatory judicial notice of the following exhibits attached to the concurrently filed Declaration of Jason D. Russell:

1.     A   true   and   correct   copy   of   the   webpage   available   at http://www.kharesearch.com/legal.htm (last visited April 13, 2008) and attached as **Exhibit 53**.

2.     A true and correct copy of the Mattel, Inc., Form 10-K filed February 27, 2006, attached as **Exhibit 47**.

3.     A true and correct copy of IBISWorld report, "Doll, Toy, and Game Manufacturing in the U.S." dated February 18, 2008, attached as **Exhibit 48**.

**ARGUMENT**

Rule 201 of the Federal Rules of Evidence authorizes the Court to take judicial notice of a fact that is "either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). Further, upon proper notice, the Court is required to take judicial notice of such documents if furnished with sufficient information to enable it to take judicial notice. Fed. R. Evid. 201(d). Such judicial notice is appropriate at any stage in the proceeding. Fed. R. Evid. 201(f). See, e.g., Ritter v. Hughes Aircraft Co., 58 F.3d 454, 458-59 (9th Cir. 1995) (court applying judicial notice in motion for summary judgment).

Here, the MGA Parties seek judicial notice of: 1) materials readily available on internet sites; 2) Mattel, Inc., Form 10-K filed February 27, 2006 with the SEC; and 3) a media article. Each document identified in the Request for Judicial Notice and attached

1  to the Declaration of Jason D. Russell is the proper subject of judicial notice under Fed. R.

2  Evid. 201.

3      <u>**Internet Sites:**</u>

4      The MGA Parties request that the Court take judicial notice of Exhibit 53.  Courts

5  regularly take judicial notice of materials readily available on the Internet.  <u>See, e.g.</u>,

6  <u>Woodfin Suite Hotels, LLC v. City of Emeryville</u>, No. C 06-1254 SBA. 2007 WL 81911,

7  at *3 (N.D. Cal. Jan. 9, 2007).

8      <u>**Documents filed with the SEC**</u>

9      The MGA Parties request that the Court take judicial notice of Exhibit 47.  It is

10  proper for a court to take judicial notice of documents filed with the SEC because they

11  are "'capable of accurate and ready determination by resort to sources whose accuracy

12  cannot reasonably be questioned.'"  <u>Miller v. NTN Commc'n, Inc.</u>, No. 97-CV-1116 TW

13  JAH, 1999 WL 817217, at *12 n.7 (S.D. Cal. May 21, 1999) (court may take judicial

14  notice in ruling on summary judgment of documents filed with the SEC) (citation

15  omitted).  <u>See also</u> <u>In re Silicon Graphics, Inc. Sec. Litig.</u>, No. C 96-0393, 1996 WL

16  664639, at *12 n.11 (N.D. Cal. Sept. 25, 1996) (taking judicial notice of SEC filings,

17  which are public documents); <u>accord</u> <u>Plevy v. Haggerty</u>, 38 F. Supp. 2d 816, 821 (C.D.

18  Cal. 1998) (same).

19

20

21

22

23

24

25

26

27

28

**<u>Media Articles and Books:</u>**

The MGA Parties request that the Court take judicial notice of Exhibit 48.  It is well established that media articles are the proper subject of judicial notice.  <u>See, e.g.,</u> <u>Microsoft Corp. v. BEC Computer Co.</u>, 818 F. Supp. 1313, 1319 (C.D. Cal. 1992) ("[T]his Court finds that it may properly take judicial notice of the existence of the article and advertisements from *PC Magazine*.").

DATED: April 14, 2008

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By: _____
            Jason D. Russell
   Attorneys for MGA Entertainment, Inc.,
   MGA Entertainment (HK) Limited, and
   Isaac Larian