THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
JASON D. RUSSELL (Bar No. 169219)
(jrussell@skadden.com)
MARINA V. BOGOROD (Bar No. 217524)
(mbogorad@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Tel.: (213) 687-5000/Fax: (213) 687-5600

RAOUL D. KENNEDY (Bar No. 40892)
(rkennedy@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Embarcadero Center, Suite 3800
San Francisco, CA 94111-5974
Tel.: (415) 984-2698 / Fax: (415) 984-2626

Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, and Isaac Larian

UNITED STATED DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, <br><br> Plaintiff, <br><br> v. <br><br> MATTEL, INC., a Delaware corporation, <br><br> Defendant. <br><br> AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx) <br><br> Consolidated with Case No. 04-9059 and Case No. 05-2727 <br><br> Honorable Stephen G. Larson <br><br> MGA PARTIES' NOTICE OF JOINDER IN CARTER BRYANT'S MOTIONS *IN LIMINE* NOS. 13-15 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

MGA Entertainment, Inc., MGA Entertainment (HK) Limited and Isaac Larian (collectively, the "MGA Parties") do hereby join in Carter Bryant ("Bryant")'s Motions *in limine* Nos. 13-15 ("Motions") and incorporate by reference the arguments made therein.

For all the reasons set forth in Bryant's Motions, the Court should grant Bryant's Motions *in limine* Nos. 13-15.

DATED: April 14, 2008

        SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

        By: _____
                Jason D. Russell
        Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian