QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED CASES | Case No. CV 04-09049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[Assigned to Hon. Edward A. Infante, Discovery Master]**<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING FINANCIAL RECORDS RELATED TO VERONICA MARLOW AND DOCUMENT SUBPOENAS ISSUED TO DOLL BAG, INC.; VERONICA MARLOW, INC.; AND MARLOW TECHNO-LOGIC, INC.<br><br>**Phase 1:**<br>Discovery Cut-off:  January 28, 2008<br>Pre-trial Conference:  May 5, 2008<br>Trial Date:  May 27, 2008 |

07209/2461197.2

STIPULATION  RE MARLOW FINANCIAL OR BANKING RECORDS

## STIPULATION

WHEREAS, Mattel, Inc. ("Mattel") served subpoenas *duces tecum* on certain third parties, including Washington Mutual Bank, Wells Fargo Bank, Union Bank of California, Bank of America, Capital Bank & Trust c/o American Funds, ING Direct, Charles Schwab, International Rectifier Federal Credit Union, Mattel Federal Credit Union, A. Mitch Bhatia, and Kenneth R. Bailey, seeking financial or bank records regarding Veronica Marlow ("Marlow"), a third party witness in the above-entitled action, (the "Financial/Bank Records Subpoenas");

WHEREAS, Mattel served subpoenas *duces tecum* on Marlow-related entities Doll Bag, Inc., Veronica Marlow, Inc., and Marlow Techno-Logic, Inc. ("The Marlow-Related Entities");

WHEREAS, on January 28, 2008, Mattel filed a Motion for Leave to Obtain Discovery After the Phase 1 Discovery Cut-Off in Response to Subpoenas Serviced on Doll Bag, Inc., Veronica Marlow, Inc., Marlow Techno-Logic, Inc., and Washington Mutual Bank, among others, and Marlow filed her Motion to Compel Mattel to Purge Itself of Private Bank Records (the "Motions");

WHEREAS, in accordance with the Discovery Master's instructions, the parties have met and conferred on the Motions and have reached an agreement resolving the issues raised by the Motions;

WHEREAS, Marlow has no objection to and will not oppose the production of documents by third parties directly to Mattel's counsel in response to The Financial/Bank Records Subpoenas, provided the documents are designated "Confidential – Attorneys' Eyes Only";

WHEREAS, Marlow's counsel agreed to accept service of the subpoenas Mattel issued to The Marlow-Related Entities, and such service was completed as of January 28, 2008;

07209/2461197.2

1    WHEREAS, the parties have agreed to narrow the scope of document
2  request numbers 1, 3, 4-21, 33, and 34 set forth in the subpoenas issued by Mattel to
3  each of The Marlow-Related Entities;

4    WHEREAS, the parties have agreed to set the deposition of Peter
5  Marlow for a mutually agreeable date during the week of April 14, 2008.  If,
6  however, Mattel has not received all documents responsive to the Financial/Bank
7  Records Subpoenas and the subpoenas issued to The Marlow-Related Entities at
8  least five calendar days before the date selected, the parties have agreed to promptly
9  meet and confer to discuss the scheduling for such deposition.

10    NOW, THEREFORE, Mattel and Marlow hereby stipulate, by and
11  through their counsel of record and subject to the Court's approval, that:

12    1.    Marlow and her husband, Peter Marlow, will promptly deliver to
13  Mattel's counsel any and all financial or banking records produced pursuant to the
14  Financial/Bank Records Subpoenas in their possession, custody, or control;

15    2.    Marlow's counsel will promptly deliver to Mattel's counsel any  and all
16  financial or banking records regarding Marlow in its possession, custody, or control;

17    3.    Marlow's counsel will confirm in writing that Marlow has previously
18  identified for Mattel all bank accounts that she and/or The Marlow-Related Entities
19  have used from January 1, 1999 through December 31, 2007, including without
20  limitation the names of the financial institution(s) and account number(s)(including
21  those used in 1999 and 2000) and will promptly provide any such information not
22  previously provided to Mattel;

23    4.    The scope of document request numbers 1, 3, 4-21, 33, and 34
24  contained in the subpoenas issued by Mattel to each of The Marlow-Related Entities
25  is narrowed as follows:

26

27

28

07209/2461197.2

-3-

a.      Document Request No. 1:  The scope of this request is narrowed to "YOUR formation DOCUMENTS and drafts thereof."

b.      Document Request No. 3:  The scope of this request is narrowed to "YOUR accounting, payroll, budget, and work records RELATING TO work or services performed by YOU or for YOU, DESIGNS created by YOU or FOR YOU, and payments received by YOU or made by YOU RELATING to BRATZ, BRYANT, MGA, ISAAC LARIAN, or MATTEL, as well as YOUR profit and loss statements, financial statements (unaudited and audited, if any), and account information and statements, from January 1, 1999 to the present.  To the extent that YOUR profit and loss statements, financial statements (unaudited and audited, if any), and account information and statements RELATE only to Peter Marlow's business activities that are wholly unrelated to BRATZ, BRYANT, MGA, ISAAC LARIAN, or MATTEL, they need not be produced."

c.      Document Request Nos. 4 and 5:  The scope of these requests is narrowed to "DOCUMENTS sufficient to show [the] corporate and/or financial relationship [between and among The Marlow-Related Entities] since January 1, 1999."

d.      Document Request Nos. 6-15:  The scope of these requests is narrowed to "DOCUMENTS sufficient to show all payments or transfers of value from [each of The Marlow-Related Entities] to [the person(s) identified in the respective requests] RELATING TO BRATZ, BRYANT, MGA, ISAAC LARIAN, OR MATTEL."

e.      Document Request Nos. 16:  The scope of this request is narrowed to "DOCUMENTS sufficient to show all payments or transfers of value from MGA to [each of The Marlow-Related Entities]."

f.    <u>Document Request Nos. 17-21</u>: The scope of these requests are narrowed to "DOCUMENTS sufficient to show all payments or transfers of value between [each of The Marlow-Related Entities] and BRYANT, VERONICA MARLOW, ISAAC LARIAN, and [one of the other The Marlow-Related Entities].

g.    <u>Document Request Nos. 33</u>: The scope of this request is narrowed to "DOCUMENTS sufficient to show all business expenses incurred by VERONICA MARLOW RELATED TO MGA, BRYANT, BRATZ, ISAAC LARIAN, or MATTEL since January 1, 1999, including without limitation receipts, invoices, correspondence, e-mails, credit card statements, cancelled checks, and wire transfers."

h.    <u>Document Request Nos. 34</u>: The scope of this request is narrowed to "DOCUMENTS sufficient to show all business expenses incurred by [each of The Marlow-Related Entities] between January 1, 1999 and December 31, 2001 RELATED TO MGA, BRYANT, or ISAAC LARIAN RELATED TO any toy project, doll, DESIGN other than BRATZ, including without limitation receipts, invoices, correspondence, e-mails, credit card statements, cancelled checks, and wire transfers."

5.    Subject to approval of this Stipulation by the Court, Mattel hereby withdraws its Motion for Leave to Obtain Discovery After the Phase 1 Discovery Cut-Off in Response to Subpoenas Serviced on Doll Bag, Inc., Veronica Marlow, Inc., Marlow Techno-Logic, Inc. and Washington Mutual Bank.

6.    Subject to approval of this Stipulation by the Court, Marlow hereby withdraws her Motion to Compel Mattel to Purge Itself of Private Bank Records.

7.    The deposition of Peter Marlow shall be set for a mutually agreeable date during the week of April 14, 2008. If, however, Mattel has not received all documents responsive to the Financial/Bank Records Subpoenas and the subpoenas

1 | issued to The Marlow-Related Entities at least five calendar days before the date
2 | selected, the parties shall promptly meet and confer to discuss the scheduling for
3 | such deposition.

**IT IS SO STIPULATED.**

6 | DATED: ~~March~~ April 8, 2008          KEATS McFARLAND & WILSON LLP

8 | By _____
9 | Larry McFarland
Attorneys for Veronica Marlow

11 | DATED: ~~March~~ April 10, 2008        QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

14 | By _____
15 | B. Dylan Proctor
Attorneys for Mattel, Inc.

**ORDER**

**IT SO ORDERED.**

Date: _____, 2008          _____
HON. EDWARD INFANTE

07209/2461197.2

-6-
STIPULATION RE MARLOW FINANCIAL OR BANKING RECORDS