QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with Case No. CV 04-09059 and Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>NOTICE OF ERRATA RE [PUBLIC REDACTED] MATTEL, INC.'S NOTICE OF MOTION AND MOTION IN LIMINE NO. 1 TO EXCLUDE: (1) EVIDENCE OR ARGUMENT THAT BRYANT'S INVENTION ASSIGNMENT AGREEMENTS ARE UNFAIR OR UNCONSCIONABLE; (2) EVIDENCE OF OTHER VERSIONS OF MATTEL'S INVENTIONS AGREEMENTS; AND (3) EXPERT TESTIMONY OF D. JAN DUFFY<br><br>Date: May 21, 2008<br>Time: 1:00 p.m.<br>Place: Courtroom 1<br><br>**Phase 1**<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2         PLEASE TAKE NOTICE that the caption page of [Public Redacted]
3  Mattel, Inc.'s Notice of Motion and Motion in Limine No. 1 to Exclude: (1)
4  Evidence or Argument that Bryant's Invention Assignment Agreements are Unfair
5  or Unconscionable; (2) Evidence of Other Versions of Mattel's Inventions
6  Agreements; and (3) Expert Testimony of D. Jan Duffy, served on April 14, 2008,
7  inadvertently stated that the Motion contained Confidential-Attorneys' Eyes only
8  information and was to be filed under seal. Mattel also submits a corrected caption
9  page of the Notice of Motion and Motion herewith, attached as Exhibit A.

11  DATED: April 14, 2008          QUINN EMANUEL URQUHART OLIVER &
                                                               HEDGES, LLP

                                        By_____
                                            Jon Corey
                                            Attorneys for Mattel, Inc.

07209/2470737.1

-2-
NOTICE OF ERRATA RE MATTEL, INC.'S MOTION IN LIMINE NO. 1