# Exhibit A

```
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100
```

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>         Plaintiff,<br><br>    vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>         Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with Case No. CV 04-09059 and Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>[PUBLIC REDACTED] MATTEL, INC.'S NOTICE OF MOTION AND MOTION IN LIMINE NO. 1 TO EXCLUDE: (1) EVIDENCE OR ARGUMENT THAT BRYANT'S INVENTION ASSIGNMENT AGREEMENTS ARE UNFAIR OR UNCONSCIONABLE; (2) EVIDENCE OF OTHER VERSIONS OF MATTEL'S INVENTIONS AGREEMENTS; AND (3) EXPERT TESTIMONY OF D. JAN DUFFY; AND<br><br>MEMORANDUM OF POINTS AND AUTHORITIES<br><br>[Notice of Lodging and Declarations of B. Dylan Proctor and Jon D. Corey filed concurrently]<br><br>Date: May 21, 2008<br>Time: 1:00 p.m.<br>Place: Courtroom 1<br><br>**Phase 1**<br>Pre-Trial Conference:    May 5, 2008<br>Trial Date:                      May 27, 2008 |