|   |   |
|---|---|
| 1 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
|   | John B. Quinn (Bar No. 090378) |
| 2 | (johnquinn@quinnemanuel.com) |
|   | Michael T. Zeller (Bar No. 196417) |
| 3 | (michaelzeller@quinnemanuel.com) |
|   | Jon D. Corey (Bar No. 185066) |
| 4 | (joncorey@quinnemanuel.com) |
|   | 865 South Figueroa Street, 10th Floor |
| 5 | Los Angeles, California 90017-2543 |
|   | Telephone: (213) 443-3000 |
| 6 | Facsimile: (213) 443-3100 |
| 7 | Attorneys for Mattel, Inc. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
|---|---|
| Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
| vs. |  |
| MATTEL, INC., a Delaware corporation, | NOTICE OF LODGING IN SUPPORT OF MATTEL, INC.'S MOTIONS IN LIMINE NOS. 1-14 |
| Defendant. |  |
| AND CONSOLIDATED ACTIONS | Date: May 21, 2008<br>Time: 1:00 p.m.<br>Place: Courtroom 1 |
|  | **Phase 1**<br>Discovery Cut-Off: Jan. 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2469605.1

NOTICE OF LODGING

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE that Mattel, Inc. hereby lodges the following declarations with the Court in support of its Motions in Limine:

1. Declaration of Richard De Anda in support of Mattel's Opposition to MGA's Motion to Overrule Mattel's and Richard De Anda's Objections to Subpoena and To Compel Discovery, dated February 7, 2008.

2. Declaration of Mateo Romano in support of Mattel's Consolidated Opposition to Defendants' Motion for Partial Summary Judgment, dated March 20, 2008.

3. Second Supplemental Declaration of Jon Corey in support of Mattel, Inc.'s Motion to Compel Deposition of Carlos Gustavo Machado Gomez.

4. Third Supplemental Declaration of Jon Corey in support of Mattel, Inc.'s Motion to Compel Deposition of Carlos Gustavo Machado Gomez.

DATED: April 14, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By_____
B. Dylan Proctor
Attorneys for Mattel, Inc.