QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09039<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>[PUBLIC REDACTED]<br>DECLARATION OF JON COREY IN SUPPORT OF MATTEL, INC.'S MOTIONS IN LIMINE NOS. 1-14<br><br>Date: May 21, 2008<br>Time: 1:00 p.m.<br>Place: Courtroom 1<br><br>**Phase 1:**<br>Pre-Trial Conference: May 5, 2008<br>Trial Date:                  May 27, 2008 |

07209/2469542.1

-1-

COREY DECLARATION

## DECLARATION OF JON D. COREY

I, Jon D. Corey, declare as follows:

1. I am a member of the bar of the State of California and a member of Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the Deposition of Adrienne Fontanella, dated January 16, 2008.

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the Deposition of Carter Bryant, Volume 4, dated January 23, 2008.

4. Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the Deposition of Janet Bryant, dated September 25, 2007.

5. Attached hereto as Exhibit 4 is a true and correct copy of excerpts from the Deposition of Margaret Hatch Leahy, dated December 12, 2007.

6. Attached hereto as Exhibit 5 is a true and correct copy of excerpts from the Deposition of Elise Cloonan, dated December 14, 2007.

7. Attached hereto as Exhibit 6 is a true and correct copy of excerpts from the Deposition of Isaac Larian, dated July 18, 2006.

8. Attached hereto as Exhibit 7 is a true and correct copy of excerpts from the Deposition of David Rosenbaum, dated January 25, 2008.

9. Attached hereto as Exhibit 8 is a true and correct copy of excerpts from the Deposition of Victoria O'Connor, dated December 6, 2004.

10. Attached hereto as Exhibit 9 is a true and correct copy of excerpts from the Deposition Transcript of Ivy Ross, dated January 17, 2008.

11. Attached hereto as Exhibit 10 is a true and correct copy of excerpts from the Deposition Transcript of Mary Bergstein, dated April 7, 2008.

1  12. Attached hereto as Exhibit 11 is a true and correct copy of excerpts from the Deposition Transcript of Carter Bryant, Volume 1, dated November 4, 2004.

13. Attached hereto as Exhibit 12 is a true and correct copy of excerpts from the Deposition Transcript of Christina Tomiyama, dated February 27, 2008.

14. Attached hereto as Exhibit 13 is a true and correct copy of excerpts from the Deposition Transcript of Peter S. Menell, dated April 1, 2008.

15. Attached hereto as Exhibit 14 is a true and correct copy of excerpts from the Deposition Transcript of Rebecca Harris, Volume 2, dated January 22, 2008.

16. Attached hereto as Exhibit 15 is a true and correct copy of excerpts from the Deposition Transcript of Sarah Chui, dated September 28, 2007.

17. Attached hereto as Exhibit 16 is a true and correct copy of excerpts from the Deposition Transcript of Robert Tonner, dated March 21, 2008.

18. Attached hereto as Exhibit 17 is a true and correct copy of excerpts from the Deposition Transcript of Deborah Middleton, dated March 19, 2008.

19. Attached hereto as Exhibit 18 is a true and correct copy of excerpts from the Deposition Transcript of Hoi Hoffman-Briggs, dated January 21, 2008.

20. Attached hereto as Exhibit 19 is a true and correct copy of excerpts from the Deposition Transcript of Ron Brawer, dated February 5, 2008.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 14, 2008, at Los Angeles, California.

*/s/ Jon D. Corey*
Jon D. Corey

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On April 14, 2008, I served true copies of the following document(s) described as **DECLARATION OF JON COREY IN SUPPORT OF MATTEL, INC.'S MOTIONS IN LIMINE NOS. 1-13 (with exhibits)** on the parties in this action as follows:

Thomas J. Nolan, Esq.
**Skadden, Arps, Slate, Meagher & Flom LLP**
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071

Mark E. Overland, Esq.
David E. Scheper, Esq.
Alexander H. Cote, Esq.
**Overland Borenstein Scheper & Kim, LLP**
601 W. Fifth Street, 12th Floor
Los Angeles, CA 90017

**DECLARATION OF JON COREY IN SUPPORT OF MATTEL, INC.'S MOTIONS IN LIMINE NOS. 1-13 (without exhibits)** on the parties in this action as follows:

John W. Keker, Esq.
Michael H. Page, Esq.
Christina M. Anderson, Esq.
**Keker & Van Nest, LLP**
710 Sansome Street
San Francisco, CA 94111

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 14, 2008, at Los Angeles, California.

*[signature]*
NOW LEGAL - - Dave Quintana

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On April 14, 2008, I served true copies of the following document(s) described as **DECLARATION OF JON COREY IN SUPPORT OF MATTEL, INC.'S MOTIONS IN LIMINE NOS. 1-13 (with exhibits)** on the parties in this action as follows:

John W. Keker, Esq.
Michael H. Page, Esq.
Christina M. Anderson, Esq.
**Keker & Van Nest, LLP**
710 Sansome Street
San Francisco, CA 94111

**BY FEDEX:** I deposited such document(s) in a box or other facility regularly maintained by FedEx, or delivered such document(s) to a courier or driver authorized by FedEx to receive documents, in sealed envelope(s) or package(s) designated by FedEx with delivery fees paid or provided for, addressed to the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 14, 2008, at Los Angeles, California.

*Laura Kinsey* (signature)
Laura Kinsey