QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
| vs. | |
| MATTEL, INC., a Delaware corporation, | [PUBLIC REDACTED]<br>DECLARATION OF BRIDGET A. HAULER IN SUPPORT OF MATTEL, INC.'S CONSOLIDATED OPPOSITION TO DEFENDANTS' MOTIONS FOR PARTIAL SUMMARY ADJUDICATION |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | |
| | Date:  April 23, 2008<br>Time:  10:00 a.m.<br>Place:  Courtroom 1 |
| | Discovery Cut-Off:  January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date:  May 27, 2008 |

-1-

1          **DECLARATION OF BRIDGET A. HAULER**

2          I, Bridget A. Hauler, declare as follows:

3          1.     I am a member of the bar of the State of California and an

4     associate with Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for

5     Mattel, Inc. I make this declaration of personal, firsthand knowledge, and if called

6     and sworn as a witness, I could and would testify competently thereto.

7          2.     Attached hereto as Exhibit 1 is a true and correct copy of the

8     Barbie 2005 Preliminary Line List.

9          3.     Attached hereto as Exhibit 2 is a true and correct copy of

10    Mattel's Spring 2005 Barbie Executive Summary.

11         4.     Attached hereto as Exhibit 3 is a true and correct copy of an

12    Advertising and Promotion Budget Chart for Mattel Mexico.

13         5.     Attached hereto as Exhibit 4 is a true and correct copy of Mattel

14    Mexico President's Review.

15         6.     Attached hereto as Exhibit 5 is a true and correct copy of

16    Mattel's Strategic Plan Meetings International Overview, dated September 20, 2005.

17

18         I declare under penalty of perjury under the laws of the United States of

19    America that the foregoing is true and correct.

20         Executed on April 14, 2008, at Los Angeles, California.

21

22                                   Bridget A. Hauler

23

24

25

26

27

28

07209/2441077.1 07209/
32110.1

-2-

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On April 14, 2008, I served true copies of the following document(s) described as **DECLARATION OF BRIDGET A. HAULER IN SUPPORT OF MATTEL, INC.'S MOTIONS IN LIMINE NO. 3 (with exhibits)** on the parties in this action as follows:

| | |
|---|---|
| Thomas J. Nolan, Esq. | Mark E. Overland, Esq. |
| **Skadden, Arps, Slate, Meagher & Flom LLP** | David E. Scheper, Esq. |
| | Alexander H. Cote, Esq. |
| 300 South Grand Avenue, Suite 3400 | **Overland Borenstein Scheper & Kim, LLP** |
| Los Angeles, CA 90071 | 601 W. Fifth Street, 12th Floor |
| | Los Angeles, CA 90017 |

**DECLARATION OF BRIDGET A. HAULER IN SUPPORT OF MATTEL, INC.'S MOTIONS IN LIMINE NO. 3 (without exhibits)** on the parties in this action as follows:

John W. Keker, Esq.
Michael H. Page, Esq.
Christina M. Anderson, Esq.
**Keker & Van Nest, LLP**
710 Sansome Street
San Francisco, CA 94111

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 14, 2008, at Los Angeles, California.

_____
NOW LEGAL - - Dave Quintana

07209/2470206.1

Case No. CV 04-9049 SGL (RNBx)

1                            **PROOF OF SERVICE**

2       I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is
3  865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

4  On April 14, 2008, I served true copies of the following document(s) described as **DECLARATION OF BRIDGET A. HAULER IN SUPPORT OF MATTEL,**
5  **INC.'S MOTIONS IN LIMINE NO. 3 (with exhibits)** on the parties in this action as follows:

6

7      John W. Keker, Esq.
Michael H. Page, Esq.
Christina M. Anderson, Esq.
8      **Keker & Van Nest, LLP**
710 Sansome Street
9      San Francisco, CA 94111

10  **BY FEDEX:** I deposited such document(s) in a box or other facility regularly maintained by FedEx, or delivered such document(s) to a courier or driver
11  authorized by FedEx to receive documents, in sealed envelope(s) or package(s) designated by FedEx with delivery fees paid or provided for, addressed to the
12  person(s) being served.

13      I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

14      Executed on April 14, 2008, at Los Angeles, California.

15

16

17                      Laura Kinsey