QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff and Cross-Defendant Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case Nos.<br>CV 04-09059<br>CV 05-02727<br><br>**AMENDED PROOF OF SERVICE**<br><br>Discovery Cut-off: January 28, 2008<br>Final Pre-trial Conf. Date: May 5, 2008<br>Trial Date: May 27, 2008 |

Case No. CV 04-9049 SGL (RNBx)
AMENDED PROOF OF SERVICE

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On April 14, 2008, I served true copies of the following document(s) described as: **SEE ATTACHE DOCUMENT LIST** on the parties in this action as follows:

John W. Keker, Esq.
Michael H. Page, Eseq.
Christa M. Anderson, Esq.
**Keker & Van Nest, LLP**
710 Sansome Street
San Francisco, CA 94111
*Attorneys for CARTER BRYANT*

**BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 14, 2008, at Los Angeles, California.

*/s/ Laura Kinsey*
Laura Kinsey

**DOCUMENT LIST**

1. DECLARATION OF JON COREY IN SUPPORT OF MATTEL, INC.'S MOTIONS IN LIMINE NOS. 1-14 (with exhibits);

2. DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S MOTIONS IN LIMINE NOS. 1-14 (with exhibits); and

3. DECLARATION OF BRIDGET A. HAULER IN SUPPORT OF MATTEL, INC.'S MOTION IN LIMINE NO. 3 (with exhibits)