QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  timalger@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**[To Be Heard By Hon. Edward Infante (Ret.) Pursuant To Order Of December 6, 2006]**<br><br>APPLICATION TO FILE UNDER SEAL DECLARATION OF MELISSA GRANT IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY MGA IN RESPONSE TO MATTEL'S FIFTH SET OF REQUESTS PRODUCTION OF DOCUMENTS AND THINGS AND EXHIBITS THERETO<br><br>[[Proposed] Order filed concurrently]<br><br>Date: April 11, 2008<br>Time: 9:00 a.m.<br>Place: Telephonic<br><br>**Phase 1**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

ORIGINAL

07209/2470034.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1         Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2 entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3 requests that the Court order filed under seal the Declaration of Melissa Grant in
4 Support of Mattel, Inc.'s Motion to Compel Production of Documents by MGA in
5 Response to Mattel's Fifth Set of Requests Production of Documents and Things
6 and Exhibits Thereto ("Grant Declaration and Exhibits").
7         The Grant Declaration and Exhibits include materials that Mattel,
8 MGA or Bryant have designated as "Confidential" or "Confidential--Attorneys' Eyes
9 Only" pursuant to the Protective Order. Accordingly, Mattel requests that the Court
10 order that the Grant Declaration be filed under seal.

12 DATED: April 14, 2008     QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By_____
Melissa Grant
Attorneys for Mattel, Inc.