QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>[PROPOSED] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL DECLARATION OF MELISSA GRANT IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY MGA IN RESPONSE TO MATTEL'S FIFTH SET OF REQUESTS PRODUCTION OF DOCUMENTS AND THINGS AND EXHIBITS THERETO<br><br>[Local Rule 79-5.1]<br><br>Hearing Date: April 11, 2008<br>Time: 9:00 a.m.<br>Place: Telephonic<br><br>**Phase 1**<br>Discovery Cut-off: January 28, 2008<br>Pre-trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

|   |   |
|---|---|
| 1 | [~~PROPOSED~~] ORDER |
| 2 |   |
| 3 | Based on the Mattel's Application filed concurrently herewith, and |
| 4 | good cause appearing for the entry thereof, IT IS HEREBY ORDERED: |
| 5 | Declaration of Melissa Grant in Support of Mattel, Inc.'s Motion to |
| 6 | Compel Production of Documents by MGA in Response to Mattel's Fifth Set of |
| 7 | Requests Production of Documents and Things and Exhibits Thereto is ORDERED |
| 8 | filed under seal pursuant to Local Rule 79-5.1. |

DATED: APR 14 2008, 2008

Hon. Stephen G. Larson
United States District Judge

07209/2470055.1

[PROPOSED] ORDER