QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>[To Be Heard By Discovery Master Hon. Edward Infante (Ret.) Pursuant To The Court's Order Of December 6, 2006]<br><br>[~~PROPOSED~~] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 9, 10, 11, 12, 20, TO DECLARATION OF DIANE HUTNYAN IN SUPPORT OF MATTEL'S *EX PARTE* APPLICATION TO FILE SUPPLEMENTAL EXPERT REPORTS BY MESSRS. WILLIAM FLYNN AND LLOYD CUNNINGHAM REGARDING CERTAIN BRYANT ORIGINALS;<br><br>**Phase 1**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

"ORIGINAL" stamp

07209/2464636.1

[~~PROPOSED~~] ORDER

1
2             [~~PROPOSED~~] ORDER
3
4        Based on the concurrently filed Application to File Under Seal
5  Exhibits 9, 10, 11, 12, and 20 to the Declaration of Diane Hutnyan in support of
6  Mattel, Inc.'s Reply in support of *Ex Parte* Application to File Supplemental Expert
7  Reports.
8        IT IS HEREBY ORDERED:
9        Exhibits 9, 10, 11, 12, and 20 to the Declaration of Diane Hutnyan in
10 support of Mattel, Inc.'s *Ex Parte* Application are ORDERED filed under seal
11 pursuant to Local Rule 79-5.1.
12
13                                              /s/ S.G. Larson
14 DATED:  APR 10 2008       , 2008  _____
15                                   Hon. Stephen G. Larson
                                     United States District Judge

07209/2464636.1

-2-

[PROPOSED] ORDER