QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>    Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>[To Be Heard By Discovery Master Hon. Edward Infante (Ret.) Pursuant To The Court's Order Of December 6, 2006]<br><br>[~~PROPOSED~~] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 10, 12, 12, 13, 20 TO DECLARATION OF DIANE HUTNYAN IN SUPPORT OF MATTEL'S *EX PARTE* APPLICATION TO COMPEL ACCESS TO CERTAIN BRYANT ORIGINALS FOR NON-DESTRUCTIVE EXPERT EXAMINATION AND IMAGING<br><br>**Phase 1**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

LODGED ORIGINAL
2008 APR -9 AM 10:36

1
2         [~~PROPOSED~~] ORDER
3
4         Based on the concurrently filed Application to File Under Seal
5  Exhibits 10, 11, 12, 13, and 20 to the Declaration of Diane Hutnyan in support of
6  Mattel, Inc.'s Reply in support of *Ex Parte* Application to Compel Access to Certain
7  Bryant Originals for Non-Destructive Expert Examination and Imaging.
8         IT IS HEREBY ORDERED:
9         Exhibits 10, 11, 12, 13, and 20 to the Declaration of Diane Hutnyan in
10  support of Mattel, Inc.'s *Ex Parte* Application are ORDERED filed under seal
11  pursuant to Local Rule 79-5.1.
12
13
14  DATED:   APR 10 2008  , 2008   _____
15                                 Hon. Stephen G. Larson
                                   United States District Judge