QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Hon. Edward Infante (Ret.) Pursuant To The Court's Order of December 6, 2006]**<br><br>[PROPOSED] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 2-18 & 20-25 TO THE SECOND SUPPLEMENTAL DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL'S MOTION TO COMPEL MGA TO PRODUCE COMMUNICATIONS REGARDING THIS ACTION<br><br>Date: April 11, 2008<br>Time: 9:00 a.m.<br>Place: Telephonic<br><br>**Phase 1**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

LODGED

07209/2466525.1

[PROPOSED] ORDER

1
2          [~~PROPOSED~~] ORDER
3
4          Based on the concurrently filed Application to File Under Seal Exhibits
5  2-18 & 20-25 to the Second Supplemental Declaration of B. Dylan Proctor in
6  support of Mattel's Motion to Compel MGA to Produce Communications Regarding
7  this Action, and good cause appearing for the entry thereof, IT IS HEREBY
8  ORDERED:
9          Exhibits 2-18 & 20-25 to the Second Supplemental Declaration of B.
10 Dylan Proctor in support of Mattel's Motion to Compel MGA to Produce
11 Communications Regarding this Action are ORDERED filed under seal pursuant to
12 Local Rule 79-5.1.
13
14 DATED:    APR. 10 2008    , 2008     _____
15                                       Hon. Stephen G. Larson
                                         United States District Judge

07209/2466525.1

-2-

[PROPOSED] ORDER