1  THOMAS J. NOLAN (Bar No. 66992)
   (tnolan@skadden.com)
2  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue
3  Los Angeles, CA  90071-3144
   Tel.: (213) 687-5000 / Fax: (213) 687-5600
4
   RAOUL D. KENNEDY (Bar No. 40892)
5  (rkennedy@skadden.com)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
6  4 Embarcadero Center, 38th Floor
   San Francisco, CA  94111-5974
7  Tel.: (415) 984-6400 / Fax: (415) 984-2698

8  Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited,
   MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian
9

10

11                      UNITED STATES DISTRICT COURT

12                     CENTRAL DISTRICT OF CALIFORNIA

13

14  CARTER BRYANT, an individual,          )   CASE NO. CV 04-9049 SGL (RNBx)
                                           )
15                         Plaintiff,      )   Consolidated with Case No. 04-9059
                                           )   and Case No. 05-2727
16            v.                           )
                                           )   APPLICATION TO FILE UNDER
17  MATTEL, INC., a Delaware               )   SEAL DECLARATION OF
    corporation,                           )   MATTHEW E. SLOAN IN
18                                         )   SUPPORT OF MGA'S AND
                           Defendant.      )   CARTER BRYANT'S JOINT
19                                         )   OPPOSITION TO MATTEL, INC.'S
                                           )   EX PARTE APPLICATION TO FILE
20  AND CONSOLIDATED ACTIONS              )   SUPPLEMENTAL EXPERT
                                           )   REPORTS BY MESSRS. WILLIAM
21                                             FLYNN AND LLOYD
                                               CUNNINGHAM REGARDING
22                                             CERTAIN BRYANT ORIGINALS

23

24                                             Honorable Stephen G. Larson

25

26

27

28

                          Application To File Under Seal
                          Case No. CV 04-9049 SGL (RNBx)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, MGA Entertainment, Inc. ("MGA") hereby respectfully requests that the Court order the following document be filed under seal: the Declaration of Matthew E. Sloan in Support of MGA's and Carter Bryant's Joint Opposition to Mattel, Inc.'s *Ex Parte* Application to File Supplemental Expert Reports by Messrs. William Flynn and Lloyd Cunningham Regarding Certain Bryant Originals.  Good cause exists for filing this document under seal, as certain exhibits attached to the Declaration of Matthew E. Sloan have been designated as "Confidential" or "Confidential—Attorneys' Eyes Only" pursuant to the Protective Order, and/or the exhibits contain or reference confidential information as defined under the Stipulated Protective Order.  In the alternative, MGA requests that the Court declare the declaration and exhibits thereto to be outside the definitions of "Confidential" and "Confidential—Attorneys' Eyes Only" as contained in the Stipulated Protective Order and order them to be filed as part of the public record.

16   DATED:  April 10, 2008

17                                         SKADDEN, ARPS, SLATE, MEAGHER &
                                           FLOM, LLP
18
                                           By:  Thomas J. Nolan  ( by ALL)
19                                              Thomas J. Nolan
20                                              Attorneys for MGA Entertainment, Inc.
21
22
23
24
25
26
27
28