```
 1 | THOMAS J. NOLAN (Bar No. 66992)
   | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
 2 | 300 South Grand Avenue
   | Los Angeles, CA 90071-3144
 3 | Telephone:  (213) 687-5000
   | Facsimile:  (213) 687-5600
 4 | E-mail:     tnolan@skadden.com
 5 | RAOUL D. KENNEDY (Bar No. 40892)
   | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
 6 | Four Embarcadero Center, Suite 3800
   | San Francisco, CA 94111
 7 | Telephone: (415) 984-6400
   | Facsimile:  (415) 984-2698
 8 | E-mail:     rkennedy@skadden.com
 9 | Attorneys for Counter-Defendants,
   | MGA ENTERTAINMENT, INC., ISAAC LARIAN, MGA ENTERTAINMENT
10 | (HK) LIMITED, AND MGAE de MEXICO S.R.L. de C.V.
```

FILED 2008 APR 10 PM 3:18 CLERK, U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. RIVERSIDE

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation<br><br>Defendant.<br><hr>Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>**DISCOVERY MATTER**<br><br>**PROOF OF SERVICE**<br><br>**Phase 1:**<br>Discovery Cut-Off:     January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date:                  May 27, 2008 |

PROOF OF SERVICE                                                            NO. CV 04-9049 SGL (RNBx)

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 300 South Grand Avenue, Suite 3400, Los Angeles, California 90071.

On **April 10, 2008**, I served the foregoing documents described as:

**SEE ATTACHED DOCUMENT LIST**

on the interested parties in this action addressed as follows:

**SEE ATTACHED SERVICE LIST**

(X) (BY PERSONAL SERVICE)   ☒   By personally delivering copies to the person served. (FEDERAL)

☒   I caused such document to be hand delivered to the above addressees. (FEDERAL)

(X) (BY FEDERAL EXPRESS)

( ) (BY ELECTRONIC MAIL)

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed on **April 10, 2008**, in San Francisco, California.

Matthew Bowman
PRINT NAME                           SIGNATURE

## DOCUMENT LIST

(1) DECLARATION OF MATTHEW E. SLOAN IN SUPPORT OF MGA'S AND CARTER BRYANT'S JOINT OPPOSITION TO MATTEL, INC.'S *EX PARTE* APPLICATION TO FILE SUPPLEMENTAL EXPERT REPORTS BY MESSRS. WILLIAM FLYNN AND LLOYD CUNNINGHAM REGARDING CERTAIN BRYANT ORIGINALS;

(2) APPLICATION TO FILE UNDER SEAL DECLARATION OF MATTHEW E. SLOAN IN SUPPORT OF MGA'S AND CARTER BRYANT'S JOINT OPPOSITION TO MATTEL, INC.'S *EX PARTE* APPLICATION TO FILE SUPPLEMENTAL EXPERT REPORTS BY MESSRS. WILLIAM FLYNN AND LLOYD CUNNINGHAM REGARDING CERTAIN BRYANT ORIGINALS;

(3) [PROPOSED] ORDER TO FILE UNDER SEAL;

(4) PROOF OF SERVICE

PROOF OF SERVICE     NO. CV 04-9049 SGL (RNBx)

## SERVICE LIST

1
2
3  Jon D. Corey, Esq.
   Michael T. Zeller, Esq.
4  John Quinn, Esq.
   Quinn Emanuel Urquhart Oliver &
5  Hedges, LLP
   865 South Figueroa Street, 10th Floor
6  Los Angeles, CA 90017-2543
   (213) 443-3000
7  (213) 443-3100 (Fax)

8  Attorneys for Mattel, Inc
   [Personal Service]
9

10
   Mark E. Overland, Esq.
11 Alexander H. Cote, Esq.
   David C. Scheper, Esq.
12 Overland Borenstein Scheper & Kim
   300 South Grand Avenue, Suite 2750
13 Los Angeles, CA 90071
   (213) 613-4655
14 (213) 613-4656

John Trinidad, Esq.
John Keker, Esq.
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111
(415) 391-5400
(415) 397-7188 (Fax)

Attorneys for Carter Bryant
[Federal Express]

PROOF OF SERVICE                                          NO. CV 04-9049 SGL (RNBx)