QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**[To Be Heard By Hon. Edward Infante (Ret.) Pursuant To Order Of December 6, 2006]**<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS C-F TO THE DECLARATION OF B. DYLAN PROCTOR IN OPPOSITION TO MOTION TO COMPEL DISCOVERY ON ISSUES AS TO WHICH MATTEL HAS WAIVED ATTORNEY-CLIENT AND WORK PRODUCT PRIVILEGES BY CLAIMS ASSERTION<br><br>[[Proposed] Order filed concurrently]<br><br>Date: April 11, 2008<br>Place: JAMS<br><br>**Phase 1**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2469798.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2  entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3  requests that the Court order filed under seal Exhibits C-F to the Declaration of B.
4  Dylan Proctor in Opposition to Motion to Compel Discovery on Issues as to which
5  Mattel has Waived Attorney-Client and Work Product Privileges By Claims
6  Assertion ("Exhibits").
7  The Exhibits include materials that Mattel, MGA or Bryant have
8  designated as "Confidential" or "Confidential--Attorneys' Eyes Only" pursuant to
9  the Protective Order. Accordingly, Mattel requests that the Court order that the
10  Exhibits be filed under seal.

12  DATED: April 14, 2008        QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

14  By /s/ B. Dylan Proctor
15  B. Dylan Proctor
   Attorneys for Mattel, Inc.