THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
JASON D. RUSSELL (Bar No. 169219)
(jrussell@skadden.com)
MARINA V. BOGORAD (Bar No. 217524)
(mbogorad@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Tel.: (213) 687-5000/Fax: (213) 687-5600

RAOUL D. KENNEDY (Bar No. 40892)
(rkennedy@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Embarcadero Center, Suite 3800
San Francisco, CA 94111-5974
Tel.: (415) 984-2698 / Fax: (415) 984-2626

Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian

UNITED STATED DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>　　　　　Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>Honorable Stephen G. Larson<br><br>APPLICATION TO FILE UNDER SEAL MGA PARTIES' MOTIONS *IN LIMINE* NOS. 1-12 AND DECLARATION OF JASON D. RUSSELL IN SUPPORT THEREOF<br><br>Hearing Date: April 23, 2008<br>Time: 10 a.m. |

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the
2  Court in this action on January 4, 2005, MGA Entertainment, Inc., Isaac Larian, MGA
3  Entertainment (HK) Limited, and MGAE de Mexico S.R.L. de C.V. (collectively, the
4  "MGA Parties") hereby respectfully request that the Court order the following documents
5  be filed under seal:

6  MGA Parties' Notice of Motion and Motion *In Limine* No. 1 to Exclude All Evidence Relating to Litigation or Other Proceedings Between Isaac And Farhad Larian;

7  MGA Parties' Notice of Motionand Motion *In Limine* No. 2 to Exclude All Evidence Relating To Isaac Larian's Wealth and Assets;

8  MGA Parties' Notice of Motion and Motion *In Limine* No. 3 to Exclude Reference to And Use of Evidence of Other Legal Proceedings;

9  MGA Parties' Notice of Motion and Motion *In Limine* No. 4 to Exclude Reference to and Use of Mga's Employment Agreements With Its Employees;

10 MGA Parties' Notice of Motion and Motion *In Limine* No. 5 to Exclude References to Prior Legal Representation;

11 MGA Parties' Notice of Motion and Motion *In Limine* No. 6 to Exclude Reference to and Use of Phase Two Evidence;

12 MGA Parties' Notice of Motion and Motion *In Limine* No. 7 to Exclude All References to and Use of Certain "Expert" Testimony Proffered By Mattel Witness Michael J. Wagner;

13 MGA Parties' Notice of Motion and Motion *In Limine* No. 8 to Strike Expert Rebutta Report of Kenneth Hollander and Sections of Expert Rebuttal Reports of Heather Mccomb, Denise Van Patten and Nicholas Mirzoeff;

14 MGA Parties' Notice of Motion and Motion *In Limine* No. 9 to Strike the Expert Report and Testimony of Ralph Oman and John Ale;

15 MGA Parties' Notice of Motion and Motion *In Limine* No. 10 to Exclude All References to and Use of Certain "Expert" Testimony Proffered By Mattel Witness Carol A. Scott;

16 MGA Parties' Notice of Motion and Motion *In Limine* No. 11 to Strike the Expert Rebuttal Report of Robert C. Lind;

17 MGA Parties' Notice of Motion and Motion *In Limine* No. 12 to Strike Portion of the Expert Report of Lee Loetz; and

18 Declaration of Jason D. Russell filed in support thereof ("Russell Declaration").

26  Good cause exists for filing these documents under seal because certain exhibits
27 attached to the Declaration have been designated as "Confidential" or "Confidential—

Attorneys' Eyes Only" pursuant to the Protective Order, and the Motions reference these exhibits. In the alternative, the MGA Parties request that the Court declare the exhibits to the Declaration to be outside the definitions of "Confidential" and "Confidential—Attorneys' Eyes Only" as contained in the Protective Order and order them, along with the Motions and the Declaration to be filed as part of the public record.

DATED: April 14, 2008

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By: _____
Jason D. Russell
Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian