```
THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
JASON D. RUSSELL (Bar No. 169219)
(jrussell@skadden.com)
MARINA V. BOGORAD (Bar No. 217524)
(mbogorad@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, CA 90071-3144
Telephone:  (213) 687-5000
Facsimile:  (213) 687-5600

RAOUL D. KENNEDY (Bar No. 40892)
(rkennedy@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Embarcadero Center, Suite 3800
San Francisco, CA 94111-5974
Tel.: (415) 984-2698 / Fax: (415) 984-2626

Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited,
MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with Case No. 04-9059 and Case No. 05-2727 |
| v. | |
| MATTEL, INC., a Delaware corporation | Honorable Stephen G. Larson |
| Defendant. | **PROOF OF SERVICE** |
| AND CONSOLIDATED ACTIONS | |

PROOF OF SERVICE
NO. CV 04-9049 SGL (RNBx)

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 300 South Grand Avenue, 34th Floor, Los Angeles, CA 90071.

On **April 14, 2008**, I served the foregoing documents described as:

### SEE ATTACHED DOCUMENT LIST

on the interested parties in this action addressed as follows:

### SEE ATTACHED SERVICE LIST

(x)   (BY PERSONAL SERVICE)    ( )   By personally delivering copies to the person served. (FEDERAL)

(x)   I caused such document to be hand delivered to the above addressees. (FEDERAL)

(X)   (BY FEDERAL EXPRESS)

( )   (BY ELECTRONIC MAIL)

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed on **April 14, 2008**, in Los Angeles, California.

_Matthew T. Bowman_  
PRINT NAME           SIGNATURE

| | |
|---|---|
| 1 | <u>MANUAL-FILED [UNDER SEAL] DOCUMENT LIST</u> |
| 2 | MGA PARTIES' NOTICE OF MOTION AND MOTION *IN LIMINE* NO. 1 TO EXCLUDE ALL EVIDENCE RELATING TO LITIGATION OR OTHER |
| 3 | PROCEEDINGS BETWEEN ISAAC AND FARHAD LARIAN; |
| 4 | [PROPOSED] ORDER NO. 1 |
| 5 | MGA PARTIES' NOTICE OF MOTION AND MOTION *IN LIMINE* NO. 2 TO EXCLUDE ALL EVIDENCE RELATING TO ISAAC LARIAN'S WEALTH AND |
| 6 | ASSETS; |
| 7 | [PROPOSED] ORDER NO. 2 |
| 8 | MGA PARTIES' NOTICE OF MOTION AND MOTION *IN LIMINE* NO. 3 TO EXCLUDE REFERENCE TO AND USE OF EVIDENCE OF OTHER LEGAL |
| 9 | PROCEEDINGS; |
| 10 | [PROPOSED] ORDER NO. 3 |
| 11 | MGA PARTIES' NOTICE OF MOTION AND MOTION *IN LIMINE* NO. 4 TO EXCLUDE REFERENCE TO AND USE OF MGA'S EMPLOYMENT AGREEMENTS |
| 12 | WITH ITS EMPLOYEES; |
| 13 | [PROPOSED] ORDER NO. 4 |
| 14 | MGA PARTIES' NOTICE OF MOTION AND MOTION *IN LIMINE* NO. 5 TO EXCLUDE REFERENCES TO PRIOR LEGAL REPRESENTATION; |
| 15 | |
| 16 | [PROPOSED] ORDER NO. 5 |
| 17 | MGA PARTIES' NOTICE OF MOTION AND MOTION *IN LIMINE* NO. 6 TO EXCLUDE REFERENCE TO AND USE OF PHASE TWO EVIDENCE; |
| 18 | [PROPOSED] ORDER NO. 6 |
| 19 | MGA PARTIES' NOTICE OF MOTION AND MOTION *IN LIMINE* NO. 7 TO EXCLUDE ALL REFERENCES TO AND USE OF CERTAIN "EXPERT" |
| 20 | TESTIMONY PROFFERED BY MATTEL WITNESS MICHAEL J. WAGNER; |
| 21 | [PROPOSED] ORDER NO. 7 |
| 22 | MGA PARTIES' NOTICE OF MOTION AND MOTION *IN LIMINE* NO. 8 TO STRIKE EXPERT REBUTTAL REPORT OF KENNETH HOLLANDER AND SECTIONS OF |
| 23 | EXPERT REBUTTAL REPORTS OF HEATHER McCOMB, DENISE VAN PATTEN, AND NICHOLAS MIRZOEFF; |
| 24 | |
| 25 | [PROPOSED] ORDER NO. 8 |
| 26 | MGA PARTIES' NOTICE OF MOTION AND MOTION *IN LIMINE* NO. 9 TO STRIKE THE EXPERT REPORT AND TESTIMONY OF RALPH OMAN AND JOHN ALEX; |
| 27 | [PROPOSED] ORDER NO. 9 |
| 28 | |

1. MGA PARTIES' NOTICE OF MOTION AND MOTION *IN LIMINE* NO. 10 TO EXCLUDE ALL REFERENCES TO AND USE OF CERTAIN "EXPERT" TESTIMONY PROFFERED BY MATTEL WITNESS CAROL A. SCOTT;

2. [PROPOSED] ORDER NO. 10

3. MGA PARTIES' NOTICE OF MOTION AND MOTION *IN LIMINE* NO. 11 TO STRIKE THE EXPERT REBUTTAL REPORT OF ROBERT C. LIND;

4. [PROPOSED] ORDER NO. 11

5. MGA PARTIES' NOTICE OF MOTION AND MOTION *IN LIMINE* NO. 12 TO STRIKE PORTION OF THE EXPERT REPORT OF LEE LOETZ;

6. [PROPOSED] ORDER NO. 12

7. DECLARATION OF JASON D. RUSSELL IN SUPPORT OF MGA PARTIES' MOTIONS *IN LIMINE* AND DAUBERT MOTIONS (VOLUMES 1-5);

8. APPLICATION TO FILE UNDER SEAL; and

9. [PROPOSED] ORDER

1 | SERVICE LIST

2

3 | VIA PERSONAL SERVICE

4 | John B. Quinn, Esq.
Michael T. Zeller, Esq.
Jon D. Corey, Esq.
5 | Quinn Emanuel Urquhart Oliver & Hedges, LLP
6 | 865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
7 | (213) 443-3000
(213) 443-3100 (Fax)
8
Attorneys for Mattel, Inc.
9

VIA FEDERAL EXPRESS

John W. Keker, Esq.
Michael H. Page, Esq.
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111
(415) 391-5400
(415) 397-7188 (Fax)

Attorneys for Carter Bryant

10

11 | VIA FEDERAL EXPRESS

12 | Mark E. Overland, Esq.
Alexander H. Cote, Esq.
David S. Scheper, Esq.
13 | Overland Borenstein Scheper & Kim
300 South Grand Avenue, Suite 2750
14 | Los Angeles, CA 90071
Telephone: (213) 613-4655
15 | Facsimile: 9213) 613-4656

16 | Attorneys for Carlos Gustavo Machado Gomez

17

18

19

20

21

22

23

24

25

26

27

28