1
2
3
4
5
6
7
8            UNITED STATES DISTRICT COURT
9           CENTRAL DISTRICT OF CALIFORNIA
10                EASTERN DIVISION

| | |
|---|---|
| 11 CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| 12 Plaintiff, | Consolidated with |
| 13 vs. | Case No. CV 04-09059<br>Case No. CV 05-02727 |
| 14 MATTEL, INC., a Delaware corporation, | [PROPOSED] ORDER RE: STIPULATION RE: JURY PANEL |
| 15 Defendant. | |
| 16 | |
| 17 AND CONSOLIDATED ACTIONS | Phase 1:<br>Discovery Cut-off:      January 28, 2008<br>Pre-trial Conference:  May 5, 2008<br>Trial Date:               May 27, 2008 |
| 18 | |

19
20
21
22
23
24
25
26
27
28

07209/2468674.1

PROPOSED ORDER

1

**[PROPOSED] ORDER**

2        Based on the stipulation of the parties, and good cause appearing

3 therefor, it is hereby ORDERED that the Court may order a panel of prospective

4 jurors who have been pre-screened to determine if they are available to sit on a two

5 month trial.

6

7 DATED: _4 - 14_____, 2008

8                                    HON. STEPHEN G. LARSON

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROPOSED ORDER