1

2

3

4

5

6

7

8            UNITED STATES DISTRICT COURT

9           CENTRAL DISTRICT OF CALIFORNIA

10                EASTERN DIVISION

11  CARTER BRYANT, an individual,      CASE NO. CV 04-9049 SGL (RNBx)

12            Plaintiff,               Consolidated with
                                       Case No. CV 04-09059
13       vs.                           Case No. CV 05-02727

14  MATTEL, INC., a Delaware           ORDER RE:
    corporation,                       STIPULATION REGARDING
15                                     EXCHANGE OF OBJECTIONS TO
              Defendant.               PROPOSED JURY INSTRUCTIONS,
16                                     WITNESS LISTS AND VERDICT
                                       FORMS
17  AND CONSOLIDATED ACTIONS

18                                     Phase 1:
                                       Discovery Cut-off:    January 28, 2008
19                                     Pre-trial Conference:  May 5, 2008
                                       Trial Date:           May 27, 2008
20

21

22

23

24

25

26

27

28

**ORDER**

Based on the stipulation of the parties, and good cause appearing therefor, it is hereby ORDERED that the parties shall exchange objections to the proposed witness lists, jury instructions and special verdict forms on or before April 16, 2008.

DATED:  April 14, 2008

HON. STEPHEN G. LARSON

-1-

PROPOSED ORDER