Case 2:04-cv-09049-DOC-RNB  Document 3147-2  Filed 04/15/08  Page 1 of 1  Page ID
#:53445
Case 2:04-cv-09049-SGL-RNB  Document 2624-2  Filed 05/12/2008  Page 1 of 1



This document has been

UNSEALED

per Order of

Judge Stephen G. Larson

dated June 24, 2008.

This document may be

retrieved for viewing

and/or copying

at the Clerk's Office.