Filed (proposed) only

1  THOMAS J. NOLAN (Bar No. 66992)
   (tnolan@skadden.com)
2  JASON D. RUSSELL (Bar No. 169219)
   (jrussell@skadden.com)
3  MARINA V. BOGORAD (Bar No. 217524)
   (mbogorad@skadden.com)
4  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue, Suite 3400
5  Los Angeles, CA  90071
   Tel.: (213) 687-5000/Fax: (213) 687-5600
6
7  RAOUL D. KENNEDY (Bar No. 40892)
   (rkennedy@skadden.com)
8  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   4 Embarcadero Center, Suite 3800
   San Francisco, CA  94111-5974
9  Tel.: (415) 984-2698 / Fax: (415) 984-2626

10 Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited,
   MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian

## UNITED STATED DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with Case No. 04-9059 and Case No. 05-2727 |
| v. | Honorable Stephen G. Larson |
| MATTEL, INC., a Delaware corporation, | APPLICATION TO FILE UNDER SEAL CORRECTED EXHIBIT 58 TO DECLARATION OF JASON D. RUSSELL IN SUPPORT OF MGA PARTIES' MOTIONS *IN LIMINE* NOS. 1-12 |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | Hearing Date: April 23, 2008
Time: 10 a.m. |

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the
2  Court in this action on January 4, 2005, MGA Entertainment, Inc., Isaac Larian, MGA
3  Entertainment (HK) Limited, and MGAE de Mexico S.R.L. de C.V. (collectively, the
4  "MGA Parties") hereby respectfully request that the Court order the following documents
5  be filed under seal:

6  **Corrected Exhibit 58 To Declaration of Jason D. Russell In Support of MGA Parties' Motions *In***
7  ***Limine* Nos. 1-12.**

9  DATED: April 15, 2008

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By: _____ /with permission
     Jason D. Russell
Attorneys for MGA Entertainment, Inc.,
MGA Entertainment (HK) Limited, MGAE
de Mexico, S.R.L. DE C.V., and Isaac Larian