```
 1 | THOMAS J. NOLAN (Bar No. 66992)
   | (tnolan@skadden.com)
 2 | JASON D. RUSSELL (Bar No. 169219)
   | (jrussell@skadden.com)
 3 | MARINA V. BOGORAD (Bar No. 217524)
   | (mbogorad@skadden.com)
 4 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   | 300 South Grand Avenue
 5 | Los Angeles, CA 90071-3144
   | Telephone: (213) 687-5000
 6 | Facsimile: (213) 687-5600
 7 | RAOUL D. KENNEDY (Bar No. 40892)
   | (rkennedy@skadden.com)
 8 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   | 4 Embarcadero Center, Suite 3800
 9 | San Francisco, CA 94111-5974
   | Tel.: (415) 984-2698 / Fax: (415) 984-2626
10 |
11 | Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited,
   | MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian
```

**FILED** 2008 APR 15 PM 3:23
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with Case No. 04-9059 and Case No. 05-2727 |
| v. | Honorable Stephen G. Larson |
| MATTEL, INC., a Delaware corporation | **PROOF OF SERVICE** |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | |

PROOF OF SERVICE
NO. CV 04-9049 SGL (RNBx)

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 300 South Grand Avenue, 34th Floor, Los Angeles, CA 90071.

On **April 15, 2008**, I served the foregoing documents described as:

**SEE ATTACHED DOCUMENT LIST**

on the interested parties in this action addressed as follows:

**SEE ATTACHED SERVICE LIST**

(x)   (BY PERSONAL SERVICE)   ( )   By personally delivering copies to the person served. (FEDERAL)

(x)   I caused such document to be hand delivered to the above addressees. (FEDERAL)

(X)   (BY FEDERAL EXPRESS)

( )   (BY ELECTRONIC MAIL)

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed on **April 15, 2008**, in Los Angeles, California.

_Matthew T. Bowman_        _[signature]_
PRINT NAME                 SIGNATURE

## MANUAL-FILED DOCUMENT LIST

(1) CORRECTED EXHIBIT 58 TO DECLARATION OF JASON D. RUSSELL IN SUPPORT OF MGA PARTIES' MOTION *IN LIMINE* NOS. 1-12

(2) APPLICATION TO FILE UNDER SEAL

(3) [PROPOSED] ORDER GRANTING FILING UNDER SEAL

(4) PROOF OF SERVICE

SERVICE LIST

<u>VIA PERSONAL SERVICE</u>

John B. Quinn, Esq.
Michael T. Zeller, Esq.
Jon D. Corey, Esq.
Quinn Emanuel Urquhart Oliver &
Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
(213) 443-3000
(213) 443-3100 (Fax)

Attorneys for Mattel, Inc.

<u>VIA FEDERAL EXPRESS</u>

Mark E. Overland, Esq.
Alexander H. Cote, Esq.
David S. Scheper, Esq.
Overland Borenstein Scheper & Kim
300 South Grand Avenue, Suite 2750
Los Angeles, CA 90071
Telephone: (213) 613-4655
Facsimile: 9213) 613-4656

Attorneys for Carlos Gustavo Machado Gomez

<u>VIA FEDERAL EXPRESS</u>

John W. Keker, Esq.
Michael H. Page, Esq.
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111
(415) 391-5400
(415) 397-7188 (Fax)

Attorneys for Carter Bryant