QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br><u>Hon. Stephen G. Larson</u><br><br>[PROPOSED] ORDER GRANTING MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL ITS MOTIONS *IN LIMINE* 1-9 AND 11-13, AND SUPPORTING PAPERS<br><br>[Local Rule 79-5.1]<br><br>**Phase 1**<br>Discovery Cut-Off:   January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date:           May 27, 2008 |

ORIGINAL LODGED

07209/2469641.1

[PROPOSED] ORDER

## [~~PROPOSED~~] ORDER

Based on Mattel, Inc.'s Application to File Under Seal its Motions *in Limine* 1-9 and 11-13, and Supporting Papers, and good cause appearing for the entry thereof, portions of the following documents are ORDERED to be filed under seal:

1. Mattel, Inc.'s Motion *in Limine* No. 1 to Exclude: (1) Evidence or Argument that Bryant's Invention Assignment Agreements Are Unfair or Unconscionable; (2) Evidence of Other Versions of Mattel's Inventions Agreements; and (3) Expert Testimony of D. Jan Duffy.

2. Mattel, Inc.'s Motion *in Limine* No. 2 to Exclude Evidence, Argument or Reference to Mattel's Alleged Motive in Filing Suit, or Re: Consequences Thereof.

3. Mattel, Inc.'s Motion *in Limine* No. 3 to Exclude Phase 1(B) Evidence in the Phase 1(A) Trial and Phase 2 Evidence in the Phase 1 Trials or, in the alternative, to permit expedited Phase 2 Discovery.

4. Mattel, Inc.'s Motion *in Limine* No. 4 to Preclude Introduction to Jury of Evidence and Testimony Relating to Equitable Defenses to Be Tried by Court.

5. Mattel, Inc.'s Motion *in Limine* No. 5 to Exclude Evidence of or Argument Concerning Other Lawsuits and Other Purported Bad Acts and Dismissed Defenses.

6. Mattel, Inc.'s Motion *in Limine* No. 6 to Exclude Evidence or Argument Concerning Actions Taken by or Against Mattel Employees Other Than Carter Bryant.

7. Mattel, Inc.'s Motion *in Limine* No. 7 to Preclude the MGA Defendants from Asserting or Relying on an Advice of Counsel Defense.

8. Mattel, Inc.'s Motion *in Limine* No. 8 to Exclude Evidence Relating to Whether Mattel Would Have Marketed BRATZ.

9. Mattel, Inc.'s Motion *in Limine* No. 9 to Exclude Argument, Evidence, or Expert Testimony Regarding BARBIE and other Mattel Dolls.

10. Mattel, Inc.'s Motion *in Limine* No. 11 to Preclude MGA and Bryant from Offering Improperly Disclosed Evidence.

11. Mattel, Inc.'s Motion *in Limine* No. 12 to Exclude the Testimony of Peter S. Menell.

12. Mattel, Inc.'s Motion *in Limine* No. 13 to Exclude Expert Testimony of Mary Bergstein, Robert Tonner, and Deborah Middleton.

13. Exhibits 1-15 and 17-19 to the Declaration of Jon D. Corey in support of Mattel, Inc.'s Motions *in Limine* Nos. 1-14.

14. Exhibits 1, 4, 7-12, 14, 22-26, 32, 35-36, 40-41, 44-46, 48-52, 54-55, 57-60, 62-63, 68-69, 76-79, 89-91, 93-94, 96-99, and 103 to the Declaration of B. Dylan Proctor in support of Mattel, Inc.'s Motions *in Limine* Nos. 1-14.

15. Exhibits 1-5 to the Declaration of Bridget A. Hauler in Support of Mattel, Inc.'s Motion *in Limine* No. 3.

IT IS SO ORDERED.

DATED: APR 15 2008, 2008

Hon. Stephen G. Larson
United States District Judge

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On April 14, 2008, I served true copies of the following document(s) described as

**[PROPOSED] ORDER GRANTING MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S MOTIONS *IN LIMINE* Nos. 1-13 AND SUPPORTING PAPERS**

on the parties in this action as follows:

Thomas J. Nolan
**Skadden, Arps, Slate, Meageher & Flom LLP**
300 South Grand Ave., Ste. 3400
Los Angeles, CA 90071

Mark E. Overland
David C. Scheper
Alexander H. Cote
**Overland Borenstein Scheper & Kim LLP**
601 West Fifth Street, 12th Floor
Los Angeles, CA 90017

John W. Keker, Esq.
Michael H. Page, Esq.
Christina M. Anderson, Esq.
**Keker & Van Nest, LLP**
710 Sansome Street
San Francisco, CA 94111

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 14, 2008, at Los Angeles, California.

_____
NOW LEGAL -- Dave Quintana

20253/2470002.1