QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED CASES | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>NOTICE OF ERRATA RE SUPPLEMENTAL DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT<br><br>Date: April 22, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 1<br><br>**Phase 1:**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2473426.1

NOTICE OF ERRATA RE SUPP. PROCTOR DECLARATION I/S/O MATTEL, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that due to a copying error, Exhibit 37 to the
3  Supplemental Declaration of B. Dylan Proctor In Support of Mattel, Inc.'s Motion
4  for Partial Summary Judgment, served and filed on April 1, 2008, may have been
5  inadvertently omitted from certain service and/or filed copies of the Declaration.
6  Attached hereto as Exhibit A is Exhibit 37 to the Supplemental Declaration of B.
7  Dylan Proctor In Support of Mattel, Inc.'s Motion for Partial Summary Judgment.

DATED: April 16, 2008               QUINN EMANUEL URQUHART OLIVER &
                                    HEDGES, LLP

                                    By _____
                                        Jon D. Corey
                                        Attorneys for Mattel, Inc.

**EXHIBIT A**

### Designer Project List

**Designer:** Carter Bryant  **Date:** 7/6/00

| Concept Name | Avail. Date | SA Price | Channel of Distribution | Design Start Date | Reference Received | SRG | Casted 3D | Reduced | | Transfer Date | Sample Date | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Harry Potter | E.S.? | $22 $14? | MC | 4/17 | 4/17 | 5/4/00 | 4/27/00 | N/A | | | | |
| Comments: 3D shown and approved in MDR on 4/26. RCA in CA with Adrienne on 5/4. She loved the Mattel sculpt. 3D's returned from Licenser 6/1. Showing to Licenser again week of 6/12. HKSG package to be completed after dolls are approved by the Licenser. ||||||||||||| 
| Hermoine | ? | $22 $14? | MC | 5/5 | 5/8 | 5/16 | N/A | N/A | | | | |
| Comments: 3D due 5/15. 3D shown in MDR for RCA on 5/16. Showing to Licenser for approval before going to cost. Dolls stayed with the licenser after meeting. Will use estimate cost from Harry since her outfit is so similar. |||||||||||||
| Grand Entrance by Carter Bryant | 1Q | $50 | Direct | 1/25/00 | 2/21/00 | 3/14 | 3/21 | N/A | | 5/4 | 5/25 | |
| Comments: Concept changed from Benefit doll to House of Barbie concept with new der Fabrics shown to Ann in DAM on 1/31/00. Showed Ann sketches on 2/21, 3D started 2/14. Looking at using some of Shile's jewelry on the doll. 3D approved by team in MDR on 3/14. Cost reducing 3D. CA with Adrienne on 5/4. Will become the spring mass doll per Ann P's request in WIP on 5/31. Cost reduction meeting 6/20. Change earrings on doll to be less expensive. |||||||||||||
| Goddess of Wisdom (Minerva) | 1Q | $44 | Direct | 10/4 | 10/4 | 2/29/00 | 3/2/00 | N/A | | 4/5/00 | 4/27 | |
| Comments: Changing the original gold and yellow color way to gold and cream per Ron's direction on 12/7. 3D shown to Adrienne on 1/12. Not approved. Reworking 3d. New 3D shown in MDR on 2/29 & approved by team. Next steps- showing costed 3D in CA. Cost in at 72.2%. CA by Ann P on 4/5. |||||||||||||
| Flower #1 "Rose" | 1Q | Retail $37.50 direct $49.99 | Direct | 12/6 | 12/15 | 2/29/00 | 3/2/00 | N/A | | 5/4/00 | 6/8 | |
| Comments: Illustrations approved by Adrienne in WIP. 3D shown to Ron in DAM on 1/31 Changes to 3D requested. Revised 3D shown in MDR on 2/29 and approved by team. Showed to Adrienne for CA on 5/4. She requested that the red be more "rich". Changing color for EA. New 3D due 5/15. Revised 3D shown in MDR. Approved. Go to Transfer. Showing Adrienne new color way at EA. |||||||||||||

| Concept Name | Avail. Date | SA Price | Channel of Distribution | Design | Reference | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Flower #2 | 3Q | Retail | Direct | 3/20 | 3/27 | 5/9 | 5/23 | | | | | |

EXHIBIT 37 PAGE 327

M0014332

CONFIDENTIAL ATTORNEYS EYES ONLY

EXHIBIT A PAGE 3

M 0014332

DEPOSITION EXHIBIT 357

| Concept Name | Avail Date | Price | Designer/Disciplines | Design Due | Reference | SDA | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| "Orchid" | | $37.50 direct $49.99 | | | | | | | | | | | |

Comments: Illustrations brought in for Adrienne's approval in WIP. Rough Concept approved. New Sketch shown to Ron on 3/27 and approved. 3D due 5/1. Deferred to 2002 on 4/8. Moved back to 2001 and made #2. RCA in MDR on 5/9. Cost reducing 3D before going to Estimate cost.

| Goddess of the Hunt (Diana) | 3Q | $44 | Direct | 10/4 | 10/4 | 4/11 | 4/13 | | | | | | |

Comments: 3D due 4/10/00 plus 2 new heads.

| Hollywood Holiday | 3Q | $28 | C.E. | 4/3/00 | 4/10 | 6/26 | | | | | | | |

Comments: Reference review due 4/10. Black & White "Hollywood Hill Party" theme. Look for 1930's deco illustration for L-board. Shown in MDR on 5/23. Shown to Adrienne on 6/8. She liked the design but requested a color change. RCA with Adrienne on 6/26 in Red Color way.

### Carter's 2002 Projects

| Concept Name | Avail Date | Price | Designer/Disciplines | Design | Reference | SDA | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Little Red Riding Hood and the wolf | 2002 E.S. | $12 | C.E. | 6/5/00 | 6/5 | | | | | | | | |

63% target Margin.

EXHIBIT 37 PAGE 328

CONFIDENTIAL ATTORNEYS EYES ONLY
M0014333

EXHIBIT A PAGE 4
M 0014333



CONFIDENTIAL
ATTORNEYS EYES ONLY
M0014334

EXHIBIT 37
PAGE 329

EXHIBIT A
PAGE 5



EXHIBIT 37 PAGE 330

CONFIDENTIAL ATTORNEYS EYES ONLY M0014335

EXHIBIT A PAGE 6

| Concept Name | Avail Date | SRP / Price | Channel / Distribution | Design Started | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Flower #3 "Lily" | 2002 E.S. | Retail $37.50 direct $49.99 | Direct | 12/8 | 12/15 | 3/14 | 3/21 | | | | | |
| Comments: Illustrations brought in for Adrienne's approval in WIP. Rough Concept approved. Next steps - show costed 3D in CA. Changed from #2 to #3 and deferred to 2002. Planning will not let us CA until later due to timing on the doll. ||||||||||||
| Flower #4 "Iris" | 2002 3/1 | Retail $37.50 direct $49.99 | Direct | 5/15/00 | 5/23/00 | | | | | | | |
| Comments: Deferred to 2002 on 4/6. Sketch shown to Ann on 5/23. Research shown to Ron on 6/15. Final sketch shown to Ann 6/5. ||||||||||||

Carter's 2002 Projects

| Concept Name | Avail Date | SRP / Price | Channel / Distribution | Design Started | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Flower #5 "Peony" | 2002 3/1 | Retail $37.50 direct $49.99 | Direct | 5/15/00 | 5/23/00 | | | | | | | |
| Sketch shown to Ann on 5/23. Research shown to Ron on 6/15. ||||||||||||
| Jewel Collection "Pearl" | 2002 3/1 | | | | | | | | | | | |
| Jewel Collection Pink Diamond | 2002 3/1 | | | | | | | | | | | |



EXHIBIT 37
PAGE 331

CONFIDENTIAL
ATTORNEYS EYES ONLY

M 0014336

M0014336

EXHIBIT A
PAGE 7



EXHIBIT 37
PAGE 331

CONFIDENTIAL
ATTORNEYS EYES ONLY

M 0014336

M0014336

EXHIBIT A
PAGE 7

| Project Name | Avail. Date | Wholesale | Channel of Distribution | Design Start | Research Approval | Group Approval | Estimate Completion |
|---|---|---|---|---|---|---|---|
| Hollywood #3 - Awards Night | ES | $28 | CE | 10/11/1999 | 13-Oct | 26-Oct | |
| Comments: | | | | Brought in for Adrienne's approval. Not ac| | | | |
| Lucy & Ricky | ES | $44 | MC | 10/12 | 10/25 | 11/4 | |
| Comments: | | | | "Pregnant Episode". Using existing Lucy s Create unistand for 12/15. EA in January. Transferred 2/1 | | | |
| Frank Sinatra #1 Pal Joey | ES | $28 | MC | 8/1 | N/A | N/A | |
| Comments: | | | | Project finished and transferred to develop | | | |
| Hollywood by the pool | 1Q | $28 | CE | N/A | N/A | N/A | |
| Comments: | | | | Transferred to Development 11/11/99 | | | |
| Comments: Project finished and transferred to Developm. | | | | | | | |
| Benefit Doll | 1Q | $50 | Direct | 12/6 | 12/6 | 12/8 | |
| Comments: | | | | Showed doll to Adrienne in WIP on 12/8 wit CA January with new head. Doll showed to Adrienne for | | | |

| Project Name | Avail. Date | Wholesale | Channel of Distribution | Design Start | Research Approval | Group Approval | Estimate Completion |
|---|---|---|---|---|---|---|---|
| 2001 annual doll | 3Q | $40 | C.E. | 3/13/00 | | | |
| Comments: | | | | Sketches due 3/27. On 3/21 Marketing cha Sketches shown to Ron on 3/27. | | | |
| Fairy #2 | 1Q | $28 | CE | 12/6 | 12/6 | 12/6/00 | 1/3/00 |
| Comments: | | | | Showed Flower fairy doll to Adrienne in WI Showed doll in MDR on 1/25. Doll not within cost. CA by Adrienne on 3/2 with changes requested to hair, f | | | |

CONFIDENTIAL
ATTORNEYS EYES ONLY

M 0014337

EXHIBIT 37
PAGE 332

M0014337

EXHIBIT A
PAGE 8

| | | | | CA at 66%, EA due 4/20. | | | |
|---|---|---|---|---|---|---|---|
| "Fashion Hound" | 1Q | $39 | LTD | 11/1 | 11/1 | 2/1/00 | 2/9/00 |
| | | | | Comments: Showed illustration to Adrienne in WIP on 3D RCAed by team in MDR on 2/1. CA by Ann P on 3/8. EA by Adrienn on 6/8. | | | |

CONFIDENTIAL
ATTORNEYS EYES ONLY

M 0014338

EXHIBIT 37
PAGE 333

M0014338

EXHIBIT A
PAGE 9

| | | | | |
|---|---|---|---|---|
| 11/5 | 12/14 | | | |

hieved. Dropped.

| | | | | |
|---|---|---|---|---|
| 11/5 | 12/14/99 | 1/31/00 | Not necessary | 2/3/00 |

iculpt. Using green on the dress. Ricky sculpt due 12/13.
17, one point above margin requirement.

| | | | | |
|---|---|---|---|---|
| 11/5 | 12/7 | 12/8 | 12/8 | 12/9 |

ɔment.

| | | | | |
|---|---|---|---|---|
| N/A | N/A | N/A | N/A | 11/5/99 |

ient.

| | | | | |
|---|---|---|---|---|
| | | | | |

ith unpainted head. Revise head and bring back to WIP.
CA on 1/20/00. Not approved. Dropped.

| | | | | |
|---|---|---|---|---|
| | | | | |

inged the Avail date from 3Q to 2Q.

| | | | | |
|---|---|---|---|---|
| 2/28/00 | | 3/2/00 | 3/28 | 4/19 |

P on 12/8. CA in January with new head.

face paint, and wing colors. Package complete 3/10.

CONFIDENTIAL
ATTORNEYS EYES ONLY

M 0014339

EXHIBIT 37
PAGE 334

M0014339

EXHIBIT A
PAGE 10

| 3/8/00 | | 3/8/00 | 3/28 | 5/8 |
|---|---|---|---|---|
| 12/8. Approved. 3D due for review in DAM on 2/7. Suggesting further cost reductions for EA. EA due 5/4. | | | | |

CONFIDENTIAL
ATTORNEYS EYES ONLY

M 0014340

EXHIBIT 37

335

M0014340

EXHIBIT A

PAGE 11

| Concept Name | Avail Date | Retail Price | Channel of Distribution | Design Vision | Purchase A&D Approval | FOB Your SPA | Estimate Cost Quoting |
|---|---|---|---|---|---|---|---|
| Alice & Mad Hatter | | $55 | LTD | 11/17 | 12/8 | | |
| | | | | Comments: Showed 2D in WIP on 12/8 for Rough Con<br>Marketing confirmed direction on 1/11. 3D shown to R<br>Dolls deferred to 2002. New head sculpt recommended | | | |
| Numbered Limited Edition "Pearl Mermaid" | 2Q | $165 | LTD | 11/1 | 11/15 | 3/28 | |
| | | | | Comments: Follow up to Millennium Bride - Jeweler tie<br>agreement with Jeweler. 1/25- showed sketch of "Ultr<br>the team as an addition or as an alternative to the jeweler<br>3D presented in MDR on 3/28 and approved. Moving dol | | | |

CONFIDENTIAL
ATTORNEYS EYES ONLY

M 0014341

EXHIBIT 37
P. 336

M0014341

EXHIBIT A
PAGE 12

| | | | | |
|---|---|---|---|---|
| | | | | |

cept approval. On hold until Marketing figures it out.
Ron in DAM.   Dolls shown in MDR on 2/29/00.
for Mad Hatter.

| | | | | |
|---|---|---|---|---|
| | | | | |

in? On hold until marketing works out licensing
mate Mermaid" concept in MDR. Approved by
r concept. Moving to 3D to before showing Adrienne.
I to 2002.

CONFIDENTIAL
ATTORNEYS EYES ONLY

M 0014342

EXHIBIT 37

M0014342   PAGE 337

EXHIBIT A
PAGE 13