KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
jkeker@kvn.com
MICHAEL H. PAGE - #154913
mpage@kvn.com
CHRISTA M. ANDERSON - #184325
canderson@kvn.com
MATTHEW M. WERDEGAR - #200470
mwerdegar@kvn.com
JOHN E. TRINIDAD - #250468
jtrinidad@kvn.com
AUDREY WALTON-HADLOCK- #250574
awaltonhadlock@kvn.com
REBEKAH L. PUNAK - #248588
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Plaintiff
CARTER BRYANT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>                    Plaintiff,<br><br>   v.<br><br>MATTEL, INC. a Delaware Corporation,<br><br>                    Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC., v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No. CV 04-09049 SGL (RNBx) (consolidated with CV 04-9059 & 05-2727<br><br>**NOTICE OF APPEARANCE OF REBEKAH L. PUNAK**<br><br>Dept:     Courtroom 1<br>Judge:   Hon. Stephen G. Larson<br><br>Date Comp. Filed:  April 13, 2005<br><br>Discovery Cut-Off:  Jan. 14, 2008<br>Pre-Trial Conference:  Apr. 7, 2008<br>Trial Date:  April 29, 2008 |

1  Notice is hereby given that the undersigned attorney, Rebekah Punak, enters her

2  appearance for Plaintiff for the purpose of receiving notices and orders from the Court.

3  Dated: April 16, 2008                    KEKER & VAN NEST, LLP

4
5
6  By: /s/ Rebekah L. Punak
   REBEKAH L. PUNAK
   Attorneys for Plaintiff
7  CARTER BRYANT

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

415498.01

NOTICE OF APPEARANCE OF REBEKAH L. PUNAK
CASE NO. CV 04-09049 SGL (RNBx)