QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff
Mattel, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED CASES | Case No. CV 04-09049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**STIPULATION REGARDING BRIEFING SCHEDULE ON MATTEL'S MOTION *IN LIMINE* NO. 15**<br><br>**Phase 1:**<br>Pre-trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2436227.1

STIPULATION RE: MATTEL'S MOTION *IN LIMINE* NO. 15

## **STIPULATION**

WHEREAS on April 9, 2008, the Court entered an Order granting Mattel's motion to disqualify Christina Tomiyama and denying Mattel's motion to disqualify MGA's counsel (the "Order");

WHEREAS, the parties received the transcript of the April 7, 2008 hearing on April 14, 2008;

WHEREAS, the Order states that the Court will consider motions in limine related to Mattel's motion to disqualify;

WHEREAS, Mattel intends to bring such a motion and the parties have met and conferred about the substance and timing of that motion in limine;

NOW, THEREFORE, Mattel, the MGA Parties and Bryant, by and through their counsel of record, hereby agree as follows:

1. Mattel shall have until Monday, April 21, 2008, to file its contemplated Motion *in limine* No. 15 related to its motions to disqualify.

2. The MGA Parties and Bryant shall have until Friday, May 2, 2008, to file any opposition to that Motion.

///
///
///
///
///
///
///

3. Mattel shall have until Thursday, May 8, 2008, to file any reply in support of its Motion.

IT IS SO STIPULATED.

DATED: April 16, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By _Jon Corey /2DK_
Jon Corey
Attorneys for Mattel, Inc.

DATED: April 16, 2008

SKADDEN ARPS SLATE MEAGHER & FLOM, LLP

By _Jason Russell /2DK_
Jason Russell
Attorneys for MGA Entertainment, Inc., Isaac Larian, and MGA Entertainment (HK) Ltd.

DATED: April 16, 2008

KEKER & VAN NEST, LLP

By _Matthew Werdegar /2DK_
Matthew M. Werdegar
Attorneys for Carter Bryant

-3-
STIPULATION RE: MATTEL'S MOTION *IN LIMINE* NO. 15