LODGED

2008 APR 15 PM 3: 24

CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

BY _____

1  THOMAS J. NOLAN (Bar No. 66992)
   (tnolan@skadden.com)
2  JASON D. RUSSELL (Bar No. 169219)
   (jrussell@skadden.com)
3  MARINA V. BOGORAD (Bar No. 217524)
   (mbogorad@skadden.com)
4  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue, Suite 3400
5  Los Angeles, CA 90071
   Tel.: (213) 687-5000/Fax: (213) 687-5600
6
   RAOUL D. KENNEDY (Bar No. 40892)
7  (rkennedy@skadden.com)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
8  4 Embarcadero Center, Suite 3800
   San Francisco, CA 94111-5974
9  Tel.: (415) 984-2698 / Fax: (415) 984-2626

10 Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited,
   MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian
11
              UNITED STATED DISTRICT COURT
12
              CENTRAL DISTRICT OF CALIFORNIA
13
                    EASTERN DIVISION
14

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with Case No. 04-9059 and Case No. 05-2727 |
| v. | Honorable Stephen G. Larson |
| MATTEL, INC., a Delaware corporation, | [~~PROPOSED~~] ORDER TO FILE UNDER SEAL |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | |

---

[~~Proposed~~] Order To File Under Seal
Case No. CV 04-9049 SGL (RNBx)

## ORDER

Based on the concurrently filed Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the following documents be filed under seal pursuant to Local Rule 79-5.1: **Corrected Exhibit 58 To Declaration of Jason D. Russell In Support of MGA Parties' Motions *In Limine* Nos. 1-12.**

DATED: April 16, 2008

_____
Hon. Stephen G. Larson
United States District Court Judge