KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
jkeker@kvn.com
MICHAEL H. PAGE - #154913
mpage@kvn.com
CHRISTA M. ANDERSON - #184325
canderson@kvn.com
MATTHEW M. WERDEGAR - #200470
mwerdegar@kvn.com
JOHN E. TRINIDAD - #250468
jtrinidad@kvn.com
AUDREY WALTON-HADLOCK- #250574
awaltonhadlock@kvn.com
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff
CARTER BRYANT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC. a Delaware Corporation,<br><br>Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC., v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No. CV 04-09049 SGL (RNBx) (consolidated with CV 04-9059 & 05-2727)<br><br>**STIPULATION MODIFYING THE COURT'S MARCH 31, 2008 ORDER RE: UNDER SEAL FILINGS**<br><br>Dept: Courtroom 1<br>Judge: Hon. Stephen G. Larson<br><br>Date Comp. Filed: April 13, 2005<br><br>Discovery Cut-Off: Jan. 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

## STIPULATION

WHEREAS, on March 31, 2008, the Court issued an Order [Docket No. 2921] stating that it was the Court's intention, consistent with its duties under the First Amendment, to order that the entire record in this case be unsealed, subject only to certain exceptions identified by the parties and supported by the requisite showing;

WHEREAS, in its March 31, 2008 order, the Court directed the parties to prepare and file under seal by April 18, 2008 a joint report identify all documents within the Court record that any party contends should remain under seal following the hearing on the parties' motions for partial summary judgment and setting forth all parties' respective positions regarding all identified documents;

WHEREAS, the parties are currently working diligently and in good faith to comply with the Court's directive; however, given the large volume of papers that have been filed since the inception of this case, the parties believe and agree that additional time is needed to adequately review the entire Court record for documents they believe should remain under seal, to meet and confer and prepare their respective positions as to the identified documents, and to prepare the Court-ordered joint report; and

WHEREAS, the parties believe that a modification and extension of the current April 18, 2008 deadline would assist the parties in their efforts to accurately and comprehensively review the Court record and would help to prevent the inadvertent disclosure of documents that should remain under seal, while still permitting the unsealing of the entire Court record, subject to any exceptions identified by the parties and approved by the Court, prior to the commencement of trial;

NOW, THEREFORE, the parties hereby stipulate, by and through their counsel of record and subject to the Court's approval, that the Court's March 31, 2008 order be modified as follows:

1 On or before April 18, 2008, the parties shall submit an initial joint report
2 identifying any pleadings or documents (by date of filing, docket number of the
3 filing, any relevant exhibit number, and any relevant page number(s)) filed in
4 connection with the parties' respective motions for partial summary judgment that
5 any party contends should remain under seal in the Court record and setting forth
6 all parties' respective positions regarding the identified documents;

7 On or before May 7, 2008, the parties shall submit a final joint report
8 identifying any pleadings or documents that are part of the Court record, in
9 addition to those identified in the parties' initial joint report relating the parties'
10 motions for partial summary judgment, that any party contends should remain
11 under seal; and
12 / / /
13 / / /
14 / / /

On or before May 14, 2008, the parties shall submit notices to the Court setting forth their respective positions regarding the documents identified in the parties' final joint report.

IT IS SO STIPULATED.

Dated: April 17, 2008               KEKER & VAN NEST, LLP


                                    By: /s/ Matthew M. Werdegar
                                        MATTHEW M. WERDEGAR
                                        Attorneys for
                                        CARTER BRYANT

Dated: April 17, 2008               SKADDEN, ARPS, SLATE,
                                    MEAGHER & FLOM, LLP


                                    By: /s/ Jason D. Russell
                                        JASON D. RUSSELL
                                        Attorneys for
                                        MGA ENTERTAINMENT, INC.,
                                        MGA ENTERTAINMENT (HK),
                                        LTD., and ISAAC LARIAN

Dated: April 17, 2008               QUINN EMANUEL URQUHART
                                    OLIVER & HEDGES, LLP


                                    By: /s/ Jon Corey
                                        JON COREY
                                        Attorneys for
                                        MATTEL, INC.