KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
jkeker@kvn.com
MICHAEL H. PAGE - #154913
mpage@kvn.com
CHRISTA M. ANDERSON - #184325
canderson@kvn.com
MATTHEW M. WERDEGAR - #200470
mwerdegar@kvn.com
JOHN E. TRINIDAD - #250468
jtrinidad@kvn.com
AUDREY WALTON-HADLOCK- #250574
awaltonhadlock@kvn.com
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:   (415) 397-7188

Attorneys for Plaintiff
CARTER BRYANT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC. a Delaware Corporation,<br><br>Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC., v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No. CV 04-09049 SGL (RNBx) (consolidated with CV 04-9059 & 05-2727)<br><br>**[PROPOSED] ORDER RE: STIPULATION MODIFYING THE COURT'S MARCH 31, 2008 ORDER RE: UNDER SEAL FILINGS**<br><br>Dept:    Courtroom 1<br>Judge:   Hon. Stephen G. Larson<br><br>Date Comp. Filed: April 13, 2005<br><br>Discovery Cut-Off: Jan. 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

415480.01

[PROPOSED] ORDER RE:  STIPULATION MODIFYING
THE COURT'S MARCH 31, 2008 ORDER RE: UNDER SEAL FILINGS
CASE NO. CV 04-09049 SGL (RNBx)

1. Based on the stipulation of the parties, and good cause appearing therefore,
2. it is hereby ORDERED that the Court's March 31, 2008 Order [Docket No. 2921]
3. regarding under seal filings is modified as follows:
4. On or before April 18, 2008, the parties shall submit an initial joint report
5. identifying any pleadings or documents (by date of filing, docket number of the
6. filing, any relevant exhibit number, and any relevant page number(s)) filed in
7. connection with the parties' respective motions for partial summary judgment that
8. any party contends should remain under seal in the Court record and setting forth
9. all parties' respective positions regarding the identified documents;
10. On or before May 7, 2008, the parties shall submit a final joint report
11. identifying any pleadings or documents that are part of the Court record, in
12. addition to those identified in the parties' initial joint report relating the parties'
13. motions for partial summary judgment, that any party contends should remain
14. under seal; and
15. On or before May 14, 2008, the parties shall submit notices to the Court
16. setting forth their respective positions regarding the documents identified in the
17. parties' final joint report.
18. **IT IS SO ORDERED.**

Dated:_____

Hon. Stephen G. Larson
United States District Judge