OVERLAND BORENSTEIN SCHEPER & KIM LLP
David C. Scheper (SBN 120174)
dscheper@obsklaw.com
Alexander H. Cote (SBN 211558)
Mark E. Overland (SBN 38375)
601 West Fifth St., 12th Floor
Los Angeles, CA 90071-2025
Tel: (213) 613-4655
Fax: (213) 613-4656

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT, PLAINTIFF(S) v. MATTEL, INC., DEFENDANT(S). | CASE NUMBER CV 04-9049 SGL (RNBx) NOTICE OF CHANGE OF ATTORNEY INFORMATION |
|---|---|

**The following information must be provided:**

I, __David C. Scheper__, __120174__, __dscheper@obsklaw.com__
      Name                     CA Bar ID Number           E-mail Address

☑ am counsel of record or ☐ out-of-state attorney in the above-entitled cause of action for the following party(s)
Carlos Gustavo Machado Gomez

and am requesting the following change(s):

***SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:***

☑ **TO UPDATE NAME OR FIRM INFORMATION:**
   ☑ I am providing the following new information pursuant to Local Rule 83-2.7 to be updated on the above-entitled cause of action.
                    PROVIDE ONLY THE INFORMATION THAT HAS CHANGED
   Attorney Name changed to _____
   New Firm/Government Agency Name _____
   New Address 601 W. Fifth Street, 12th Floor, Los Angeles, CA 90071-2025
   New Telephone Number _____ New Facsimile Number _____
   New E-mail address _____

☐ **TO BE ADDED AS COUNSEL OF RECORD:** CHECK ONE BOX
   ☐ I am counsel of record in the above-entitled action and should have been added to the docket in this case. I made my first appearance in this case on _____
   ☐ This constitutes my Notice of Appearance to appear as counsel of record for the party(s) listed above in the above-entitled action.

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A NOTICE OF ASSOCIATION SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE, G-64 MUST BE FILED.

   Attorney Name _____ CA State Bar Number _____
   Firm/Government Agency Name _____
   Address: _____
   Telephone Number _____ Facsimile Number _____
   E-mail address _____

☐ TO BE REMOVED FROM THE CASE: **
I am no longer counsel of record in the above-entitled cause of action.

CHECK ONE BOX

    ☐ The order relieving me as counsel of record was filed on: _____.

    ☐ There is/are other attorney(s) from my current law firm/government agency who are counsel of record in this case.

    ☐ I am no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this case.

**This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Rule 83-2.9 and form G-01, *Request for Substitution of Attorney* and G-01ORDER, *Order on Request for Substitution of Attorney*. At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated above in this action.**

Date: April 15, 2008                                                                          _____
                                                                                                       Attorney Signature

PLEASE NOTE: The information provided in this Notice will be used to update the above-entitled case only. A separate Notice must be completed for each case said change(s) is to be made. See Local Rule 83-2.7.