QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>                Plaintiff,<br><br>        vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>                Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>[PUBLIC REDACTED] DECLARATION OF JON D. COREY IN SUPPORT OF MATTEL, INC.'S *EX PARTE* APPLICATION TO STRIKE THE EXPERT REPORT OF DOUGLAS KIDDER AND PRECLUDING HIS TESTIMONY AT TRIAL<br><br>Date:   N/A<br>Time:   N/A<br>Place:  N/A<br><br>**Phase 1**<br>Discovery Cut-off:      January 28, 2008<br>Pre-trial Conference:   April 21, 2008<br>Trial Date:   May 27, 2008 |

## DECLARATION OF JON D. COREY

I, Jon D. Corey, declare as follows:

1.      I am a member of the bar of the State of California and a partner of Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2.      To expedite expert discovery in this case, counsel for the parties agreed that subpoenas and notices of deposition would not be required for expert witnesses, and would instead be set through informal correspondence between counsel. Attached as Exhibit 1 is a true and correct copy of an email I sent to Michael Paige, Carl Roth, and Michael Zeller, dated February 26, 2008, confirming this agreement.

3.      Attached as Exhibit 2 is a true and correct copy of a letter I sent to Michael Paige and Carl Roth, dated March 6, 2008.

4.      Attached as Exhibit 3 is a true and correct copy of the Expert Report of Douglas Kidder, dated March 17, 2008.

5.      Attached as Exhibit 4 is a true and correct copy of an email I sent to Michael Paige, Matthew Werdegar, and Carl Roth, dated April 3, 2008.

6.      Attached as Exhibit 5 is a true and correct copy of an email chain between me, Michael Paige, Matthew Werdegar, Carl Roth, and Dylan Proctor, beginning on April 10, 2008, and ending on April 14, 2008.

7.      Attached as Exhibit 6 is a true and correct copy of a letter I sent to Michael Paige and Carl Roth, dated April 15, 2008.

8.      Attached as Exhibit 7 is a true and correct copy of an email from Matthew Werdegar sent to me, dated April 16, 2008

9.      Attached as Exhibit 8 is a true and correct copy of excerpts of MGA Defendants' (1) Opposition To Mattel, Inc.'s Motion For Leave To Take Additional Discovery And Objections To Discovery Master Order Of September 28,

1 | 2007, And (2) Joinder In Carter Bryant's Opposition To Mattel's Motion, dated
2 | December 24, 2007.

3 |       10.    Attached as Exhibit 9 is a true and correct copy of Carter
4 | Bryant's Notice Of Expert Disclosures Pursuant To Fed. R. Civ. P. 26, dated
5 | February 11, 2008.

6 |       11.    Attached as Exhibit 10 is a true and correct copy of Carter
7 | Bryant's Supplemental Notice Of Expert Disclosures Pursuant To Fed. R. Civ. P. 26,
8 | dated March 17, 2008.

9 |       12.    Attached as Exhibit 11 is a true and correct copy of the Order
10 | Regarding Status Conference, dated October 31, 2007.

11 |       13.    Attached as Exhibit 12 is a true and correct copy of the Order On
12 | Stipulation Re: Expert Discovery For Phase 1, dated March 11, 2008.

13 |

14 |       I declare under penalty of perjury under the laws of the United States of
15 | America that the foregoing is true and correct.

16 |       Executed this 17th day of April, 2008, at Los Angeles, California.

17 |

18 |                   _____
19 |                   Jon D. Corey

# EXHIBIT 1

## Johanna Lopez

| | |
|---|---|
| **From:** | Jon Corey |
| **Sent:** | Tuesday, February 26, 2008 5:22 PM |
| **To:** | 'Michael Page'; 'Roth, Carl A'; Michael T Zeller |
| **Cc:** | 'Nolan, Thomas J (LAC)'; 'Plevan, Kenneth A (NYC)'; 'D'Avolio, Lisa R (NYC)'; 'Hansen, David W (PAL)'; 'Sloan, Matthew E (LAC)'; Christopher Price |

**Subject:** RE: Expert discovery

Mike,

Given the parties' agreement and the proposed stipulation, I do not think that a subpoena to Mr. Menz will be necessary, but we will accept a subpoena for him if you believe that it would be prudent to serve one. We are working with Mr. Menz on dates and locations and will have some to offer tomorrow before noon.

Best regards,


Jon Corey
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Main Phone: (213) 443-3000
Main Fax: (213) 443-3100
E-mail: joncorey@quinnemanuel.com
Web: www.quinnemanuel.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.


**From:** Michael Page [mailto:MPage@KVN.com]
**Sent:** Tuesday, February 26, 2008 5:04 PM
**To:** Roth, Carl A; Jon Corey; Michael T Zeller
**Cc:** Nolan, Thomas J (LAC); Plevan, Kenneth A (NYC); D'Avolio, Lisa R (NYC); Hansen, David W (PAL); Sloan, Matthew E (LAC)
**Subject:** RE: Expert discovery

Jon,

Could we get a response to our earlier question, whether you will be producing your expert witnesses without need of subpoena? Alternatively, will you accept service of a subpoena for Mr. Menz? We also continue to await a response on both date and location for him; as I told Mike Zeller earlier, I am agnostic (within reason) on location.

3/3/2008

**EXHIBIT** ____1____

**PAGE** ____3____

MHP

---

**From:** Roth, Carl A [mailto:Carl.Roth@skadden.com]
**Sent:** Tuesday, February 26, 2008 5:00 PM
**To:** Jon Corey; Michael T Zeller
**Cc:** Nolan, Thomas J (LAC); Plevan, Kenneth A (NYC); D'Avolio, Lisa R (NYC); Hansen, David W (PAL); Michael Page; Sloan, Matthew E (LAC)
**Subject:** RE: Expert discovery

Jon,

We look forward to receiving the dates as soon as possible.  As for the the single deposition rule you suggest, MGA would be prepared to consider such a limitation to the extent it is reciprocal.  Can we assume that Mattel intends to take one deposition per expert witness?

Further to the scheduling issue, MGA would like to take Carol Scott's deposition on March 26, 27, or 28, as opposed to the earlier date previously requested.

Carl Alan Roth
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue
Suite 3400
Los Angeles, CA 90071
(213) 687-5262

---

**From:** Jon Corey [mailto:joncorey@quinnemanuel.com]
**Sent:** Tuesday, February 26, 2008 11:48 AM
**To:** Roth, Carl A (LAC); Michael T Zeller
**Cc:** Nolan, Thomas J (LAC); Plevan, Kenneth A (NYC); D'Avolio, Lisa R (NYC); Hansen, David W (PAL); 'Michael Page'; Sloan, Matthew E (LAC)
**Subject:** RE: Expert discovery

Carl,

We will get back to you on which dates work for each of the witnesses as soon as we can.  Because most of the depositions are before rebuttal reports, please confirm that MGA intends to take a single deposition of Mattel's experts.

Best regards,

Jon Corey
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Main Phone: (213) 443-3000
Main Fax:  (213) 443-3100
E-mail:  joncorey@quinnemanuel.com
Web:  www.quinnemanuel.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above.  This message may be an attorney-client communication and/or work product and as such is privileged and confidential.  If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error

3/3/2008

EXHIBIT _____1_____

PAGE _____4_____

and that any review, dissemination, distribution, or copying of this message is strictly prohibited.  If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Roth, Carl A [mailto:Carl.Roth@skadden.com]
**Sent:** Tuesday, February 26, 2008 11:06 AM
**To:** Michael T Zeller; Jon Corey
**Cc:** Nolan, Thomas J (LAC); Plevan, Kenneth A (NYC); D'Avolio, Lisa R (NYC); Hansen, David W (PAL); Michael Page; Sloan, Matthew E (LAC)
**Subject:** Expert discovery

Mike & Jon,

Following up on my e-mail of last week, set out below, please confirm the deposition dates for the four experts referenced below (Oman, Scott, Stein & Wagner).  In addition, MGA would like to take the depositions of:

- John Alex on March 5, 6, or 7; and
- Lee Loetz on March March 12, 13 or 14

Relatedly, we would like to Mattel to begin discussions about any deposition dates with MGA's experts as there are a few with scheduling challenges.

Carl.

Carl Alan Roth
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue
Suite 3400
Los Angeles, CA 90071
(213) 687-5262

---

**From:** Roth, Carl A (LAC)
**Sent:** Thursday, February 21, 2008 4:32 PM
**To:** Michael T Zeller; 'Jon Corey'
**Cc:** Nolan, Thomas J (LAC); Plevan, Kenneth A (NYC); D'Avolio, Lisa R (NYC); Hansen, David W (PAL); 'Michael Page'
**Subject:** Expert discovery

Mike & Jon -

I'd like to know by the close of business tomorrow if Mattel remains interested in the stipulation re expert discovery that we discussed last week.  Numerous calls and e-mail messages on this topic have, for the most part, gone unanswered.  If I don't hear from you, I'll assume that Mattel has lost interest in that approach.  In which case, we'll proceed to subpoena your experts directly.

If you remain interested in a cooperative approach to expert discovery, we'd like to discuss scheduling some expert depositions.  At this point, we're prepared to ask for the following date ranges:

- Ralph Oman March 6 or 7
- Carol Scott March 5, 6 or 7

3/3/2008

EXHIBIT _____1_____

PAGE _____5_____

- Bruce Stein March 12, 13, or 14
- Michael Wagner March 20 or 21

I look forward to hearing from you.

Carl Alan Roth
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue
Suite 3400
Los Angeles, CA 90071
(213) 687-5262

--------------------------------------------------------------------------
*************************************************** To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein. ***************************************************
*************************************************** This email and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original copy and any copy of any email, and any printout thereof. Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request. ***************************************************

--------------------------------------------------------------------------
*************************************************** To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein. ***************************************************
*************************************************** This email and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original copy and any copy of any email, and any printout thereof. Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request. ***************************************************

EXHIBIT __1__

PAGE __6__

# EXHIBIT 2

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

March 6, 2008

<u>VIA FACSIMILE AND U.S. MAIL</u>

Carl Roth, Esq.                              Michael Page
Skadden Arps Slate Meagher & Flom, LLP       Keker & Van Nest, LLP
300 South Grand Avenue, Suite 3400           710 Sansome Street
Los Angeles, CA 90071                        San Francisco, CA 94111

Re:    <u>Mattel v. Bryant</u>

Dear Counsel:

I write regarding expert depositions.  I understand that the following depositions have been scheduled:

     Mark Menz              March 13, 2008 (Sacramento)
     Michael Wagner         March 21, 2008 (Palo Alto)
     Carol Scott            March 31, 2008 (Palo Alto)

Mattel can make John Alex available for deposition on March 14, 2008 in Los Angeles.  Mattel can also make Ralph Oman available for deposition on March 28, 2008 in Washington, D.C.  We expect to provide you with dates for the remaining experts that you requested (Loetz, Stein, Rantanen, Aginsky, Flynn, Cunningham) promptly.  Separately, please let me know what dates (after March 17th) MGAs' expert witnesses, including those submitting rebuttal reports, will available for deposition, and where such depositions will occur.  If you have any questions regarding the foregoing, please do not hesitate to call.

Best regards,

Jon Corey

**quinn emanuel urquhart oliver & hedges, llp**

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100

07209/2362030.1

EXHIBIT     2

PAGE     7

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

NEW YORK
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

LOS ANGELES
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

SAN FRANCISCO
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

SILICON VALLEY
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

## LOS ANGELES OFFICE
## FACSIMILE TRANSMISSION

**DATE:**   March 6, 2008                    **NUMBER OF PAGES, INCLUDING COVER: 2**

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Carl Roth, Esq.<br>*Skadden, Arps, Slate, Meagher & Flom LLP* | 213.687.5000 | 213.687.5600 |
| Michael H. Page, Esq.<br>*Keker & Van Nest, LLP* | 415.391.5400 | 415.397.7188 |

**FROM:**   Jon Corey

**RE:**   *Bryant v. Mattel, Inc.*

MAR 0 6 2008

**MESSAGE:**

| 07209/2344444.1 | | | | |
|---|---|---|---|---|
| CLIENT # | 7209 | ROUTE/<br>RETURN TO: | Johanna Lopez/10th Floor | ☒ CONFIRM FAX<br>☒ INCLUDE CONF. REPORT |
| OPERATOR: | | | CONFIRMED? | ☐ NO  ☐ YES: |

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

**IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE.**

EXHIBIT ___2___

PAGE ___8___

Job number    : 037              ✳✳✳ SEND SUCCESSFUL ✳

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

NEW YORK
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

LOS ANGELES
865 South Figueroa Street, 10th Floor
Los Angeles, CA. 90017
(213) 443-3000
Facsimile: (213) 443-3100

SAN FRANCISCO
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

SILICON VALLEY
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA. 90065
(650) 801-5000
Facsimile: (650) 801-5100

## LOS ANGELES OFFICE
## FACSIMILE TRANSMISSION

**DATE:**   March 6, 2008                 **NUMBER OF PAGES, INCLUDING COVER:** 2

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Carl Roth, Esq. *Skadden, Arps, Slate, Meagher & Flom LLP* | 213.687.5000 | 213.687.5600 |
| Michael H. Page, Esq. *Keker & Van Nest, LLP* | 415.391.5400 | 415.397.7188 |

**FROM:**   Jon Corey

**RE:**   *Bryant v. Mattel, Inc.*

**MESSAGE:**

| 07209/2344444.1 | | | |
|---|---|---|---|
| CLIENT # | 7209 | ROUTE/ RETURN TO: Johanne Lopez/10th Floor | ☒ CONFIRM FAX ☒ INCLUDE CONF. REPORT |
| OPERATOR: | c.r. | CONFIRMED? ☐ NO ☐ YES: | |

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE.

EXHIBIT ___2___

PAGE ___9___

## Group Send Report

Page       : 001
Date & Time: 03-06-2008    15:40
Line 1     : 2134433100
Line 2     :
Machine ID : QUINN EMANUEL

Job number          :   037

Date                :   03-06  15:38

Number of pages     :   002

Start time          :   03-06  15:38

End time            :   03-06  15:40

Successful nbrs.

   Fax numbers

      ☎94148007209#12136875600
      ☎94148007209#14153877188

Unsuccessful nbrs.                                              Pages sent

EXHIBIT _____2_____

PAGE _____10_____

# EXHIBIT 3

**THIS EXHIBIT IS FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER**

# EXHIBIT 4

**Cyrus Naim**

| | |
|---|---|
| **From:** | Jon Corey |
| **Sent:** | Thursday, April 03, 2008 2:04 PM |
| **To:** | 'Roth, Carl A'; 'MPage@KVN.com'; 'MWerdegar@kvn.com' |
| **Cc:** | 'CAnderson@KVN.com'; 'Nolan, Thomas J (LAC)'; 'Etcheverry, Lance A (LAC)'; 'Hansen, David W (PAL)'; 'Plevan, Kenneth A (NYC)'; Michael T Zeller |
| **Subject:** | RE: Expert Discovery |

Counsel,

Gomez can go on the 9th in Los Angeles.

Kullman will be on the 8th, and I understand that will be in Los Angeles.

Keiser will be on the 11th, in Los Angeles

Lyter, we can do either date, but need to know whether it is going to be in Los Angeles or North Carolina

Hollander will be on the 16th, which was one of the dates that Ken requested.

I understand that Stein is now on the 9th.

Lind is available on the 22nd, 25th or 26th.

Is Gruca not available next week?

McRae will be the 17th in Atlanta.

We are having scheduling issues with Ms. Van Patten, but expect to resolve those and have a date by tomorrow.

We still do not have a date for Mr. Kidder, who I believe is one of Mr. Bryant's experts.

Please call me if you have any questions.

Best regards,


Jon Corey
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Main Phone: (213) 443-3000
Main Fax:  (213) 443-3100
E-mail:  joncorey@quinnemanuel.com
Web:  www.quinnemanuel.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above.  This message may be an attorney-client communication and/or work product and as such is privileged and confidential.  If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited.  If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

EXHIBIT ___4___

PAGE ___42___

**From:** Roth, Carl A [mailto:Carl.Roth@skadden.com]
**Sent:** Wednesday, April 02, 2008 6:36 PM
**To:** Jon Corey; MPage@KVN.com; MWerdegar@kvn.com; Michael T Zeller
**Cc:** CAnderson@KVN.com; Nolan, Thomas J (LAC); Etcheverry, Lance A (LAC); Hansen, David W (PAL); Plevan, Kenneth A (NYC)
**Subject:** Expert Discovery

Jon, further to my note of earlier today re expert discovery, mr. Vilppu is available on 4/18 if mr. Lind's deposition can be moved to the week of 4/21. Mga has now provided dates for all of its experts' depositions. Please let me know immediately if these dates can be confirmed. Please also provide dates for mattel's experts so that schedules can be firmed up.

*********************************************
This email and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original copy and any copy of any email, and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.
*********************************************

----- Original Message -----
From: Roth, Carl A (LAC)
To: 'Jon Corey' <joncorey@quinnemanuel.com>; 'Michael Page' <MPage@KVN.com>; 'Matthew Werdegar' <MWerdegar@kvn.com>; Michael T Zeller <michaelzeller@quinnemanuel.com>
Cc: 'Christa Anderson' <CAnderson@KVN.com>; Nolan, Thomas J (LAC); Etcheverry, Lance A (LAC); Sloan, Matthew E (LAC); Hansen, David W (PAL); Plevan, Kenneth A (NYC); D'Avolio, Lisa R (NYC)
Sent: Wed Apr 02 16:49:06 2008
Subject: Expert Discovery

Jon, still have not heard from Mattel re the expert deposition dates for MGA's rebuttal experts offered below. Nor have I heard from you re the dates that I offered for Mattel's experts on March 25. Please get back to me as soon as possible so that we can firm up schedules. One note: we originally offered to take Lind's deposition on 4/19, that should be 4/18 and the McRae dates should be moved from 4/8 or 9 to 4/16 or 17.

Carl Alan Roth
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue
Suite 3400
Los Angeles, CA 90071
(213) 687-5262

From: Roth, Carl A (LAC)
Sent: Thursday, March 27, 2008 6:06 PM
To: 'Jon Corey'; 'Michael Page'
Cc: 'Christa Anderson'; Nolan, Thomas J (LAC); Etcheverry, Lance A (LAC); Sloan, Matthew E (LAC); Hansen, David W (PAL); Plevan, Kenneth A (NYC); D'Avolio, Lisa R (NYC)
Subject: Expert Discovery

Jon,

Saw your note on Hollander; we'll get back to you re that deposition. Let me know if Mattel is prepared to accept the other expert dep dates that we offered on Tuesday. As for MGA's rebuttal experts, we can offer dates in the following ranges for these experts:

- Kullman April 7-9
- Gruca April 16-18

EXHIBIT ___4___

PAGE ___43___

- Lyter April 17 or 18

Separately, I've seen a couple of letters from you re meet and confers on expert-related issues. I'm available to talk tomorrow, or Tuesday-Wednesday of next week.

Carl Alan Roth
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue
Suite 3400
Los Angeles, CA 90071
(213) 687-5262

--------------------------------------------------------------------
*************************************************** To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.
***************************************************

*************************************************** This email and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original copy and any copy of any email, and any printout thereof. Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.
***************************************************

EXHIBIT ___4___

PAGE ___44___

# EXHIBIT 5

**Cyrus Naim**

| | |
|---|---|
| **From:** | Jon Corey |
| **Sent:** | Monday, April 14, 2008 7:06 PM |
| **To:** | 'Michael Page'; 'Matthew Werdegar' |
| **Cc:** | 'croth@skadden.com..'; Michael T Zeller; Dylan Proctor; Scott Kidman; David Quinto |
| **Subject:** | RE: Bryant v. Mattel |
| **Attachments:** | 2470855_1.PDF; RE: Expert Discovery |

  

2470855_1.PDF
(169 KB)

RE: Expert
Discovery

Mike,

Attached is a March 6, 2008 letter that I sent to you and to Mr. Roth requesting dates for rebuttal experts. I have also attached an e-mail message in which I reiterated Mattel's request for Mr. Kidder's deposition. Please confirm that Bryant will be producing Mr. Kidder for deposition and will provide dates in the next two weeks when he will be available.

If, however, defendants are now taking the position that expert depositions after the expert discovery cut off should not proceed, then Mattel will also not produce its experts who have yet to be deposed.

Please let me know by noon tomorrow what the defendants' position is in this regard.

Best regards,

Jon Corey
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Main Phone: (213) 443-3000
Main Fax: (213) 443-3100
E-mail: joncorey@quinnemanuel.com
Web: www.quinnemanuel.com
The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.


-----Original Message-----
From: Michael Page [mailto:MPage@KVN.com]
Sent: Friday, April 11, 2008 10:23 AM
To: Jon Corey; Matthew Werdegar
Cc: croth@skadden.com..; Michael T Zeller; Dylan Proctor
Subject: RE: Bryant v. Mattel

Jon:

We are unaware of any request for a deposition of Mr. Kidder made before the discovery cutoff, much less any agreement to waive that cutoff. If we have overlooked one, we apologize, and will of course consider it if you can forward it to me.

MHP

EXHIBIT ___5___

PAGE ___45___

-----Original Message-----
From: Jon Corey [mailto:joncorey@quinnemanuel.com]
Sent: Friday, April 11, 2008 10:04 AM
To: Matthew Werdegar; Michael Page
Cc: 'croth@skadden.com..'; Michael T Zeller; Dylan Proctor
Subject: Re: Bryant v. Mattel

Matt,

This is not Mattel's first request for dates for Mr. Kidder. Mattel requested dates for
Mr. Kidder's deposition before March 31, which I will forward to you momentarily.

If Bryant is not willing to produce Mr. Kidder, please take this as notice that Mattel
will apply, ex parte, for an order compelling Mr.
Kidder to appear for deposition.  Let me know if you oppose.

Also, if it is the defendants position that, notwithstanding the cooperation of the
parties, expert depositions after March 31 should not occur, the Mattel will not produce
for deposition any of its remaining expert witnesses. I have copied Mr. Roth on this
email. Please let me know what the defendants' position is by close of business today.

Best regards,

Jon Corey
Quinn Emanuel Urquhart Oliver & Hedges LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA   90017

Direct:  (213) 443-3130
Main Phone:  (213) 443-3000
Main Fax:  (213) 443-3100

E-mail:  joncorey@quinnemanuel.com
Web:   www.quinnemanuel.com

The information contained in this e-mail message is intended only for the personal and
confidential use of the recipient(s) named above.  This message may be an attorney-client
communication and/or work product and as such is privileged and confidential.  If the
reader of this message is not the intended recipient or agent responsible for delivering
it to the intended recipient, you are hereby notified that you have received this document
in error and that any review, dissemination, distribution, or copying of this message is
strictly prohibited.  If you have received this communication in error, please notify us
immediately by e-mail, and delete the original message.

----- Original Message -----
From: Matthew Werdegar <MWerdegar@kvn.com>
To: Jon Corey; Michael Page <MPage@KVN.com>
Sent: Fri Apr 11 09:21:23 2008
Subject: RE: Bryant v. Mattel

Jon,

Expert discovery closed on March 31, 2008.  Consequently, your request to depose Mr.
Kidder, which was first made after the expert discovery cut-off is untimely.  We
understand that MGA and Mattel have agreed on a case-by-case basis to permit certain
expert depositions to occur after the cut-off, to accommodate the schedules of counsel and
the expert witnesses.  And, as you know, we voluntarily agreed to make Mr. Funck available
after the cut-off, to accommodate everyone's schedules, pursuant to a timely request for
his deposition from Mattel.  But no such agreement was requested by Mattel, or agreed to
by Bryant, as to Mr. Kidder.

Regards,

EXHIBIT ___5___ 2

PAGE ___46___

From: Jon Corey [mailto:joncorey@quinnemanuel.com]
Sent: Thursday, April 10, 2008 10:45 PM
To: Michael Page; Matthew Werdegar
Subject: Bryant v. Mattel

Mike and Matt,

I still do not have dates for Kidder.  Please let me know when he is available.

Best regards,

Jon Corey
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Main Phone: (213) 443-3000
Main Fax:  (213) 443-3100
E-mail:  joncorey@quinnemanuel.com
<blocked::mailto:username@quinnemanuel.com>
Web:  www.quinnemanuel.com <blocked::http://www.quinnemanuel.com/>

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above.  This message may be an attorney-client communication and/or work product and as such is privileged and confidential.  If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited.  If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

EXHIBIT ___5___   3

PAGE ___47___

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

March 6, 2008

**VIA FACSIMILE AND U.S. MAIL**

Carl Roth, Esq.                                    Michael Page
Skadden Arps Slate Meagher & Flom, LLP             Keker & Van Nest, LLP
300 South Grand Avenue, Suite 3400                 710 Sansome Street
Los Angeles, CA 90071                              San Francisco, CA 94111

Re:     Mattel v. Bryant

Dear Counsel:

I write regarding expert depositions. I understand that the following depositions have been scheduled:

| | |
|---|---|
| Mark Menz | March 13, 2008 (Sacramento) |
| Michael Wagner | March 21, 2008 (Palo Alto) |
| Carol Scott | March 31, 2008 (Palo Alto) |

Mattel can make John Alex available for deposition on March 14, 2008 in Los Angeles. Mattel can also make Ralph Oman available for deposition on March 28, 2008 in Washington, D.C. We expect to provide you with dates for the remaining experts that you requested (Loetz, Stein, Rantanen, Aginsky, Flynn, Cunningham) promptly. Separately, please let me know what dates (after March 17th) MGAs' expert witnesses, including those submitting rebuttal reports, will available for deposition, and where such depositions will occur. If you have any questions regarding the foregoing, please do not hesitate to call.

Best regards,

Jon Corey

Jon Corey

**quinn emanuel urquhart oliver & hedges, llp**

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100

07209/2362030.1

EXHIBIT ___5___

PAGE ___48___

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

<table>
<tr>
<td>

<u>NEW YORK</u>
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100
</td>
<td>

<u>LOS ANGELES</u>
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100
</td>
<td>

<u>SAN FRANCISCO</u>
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

<u>SILICON VALLEY</u>
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100
</td>
</tr>
</table>

## LOS ANGELES OFFICE
## FACSIMILE TRANSMISSION

DATE:     March 6, 2008             NUMBER OF PAGES, INCLUDING COVER: 2

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Carl Roth, Esq. <br> *Skadden, Arps, Slate, Meagher & Flom LLP* | 213.687.5000 | 213.687.5600 |
| Michael H. Page, Esq. <br> *Keker & Van Nest, LLP* | 415.391.5400 | 415.397.7188 |

FROM:     Jon Corey

RE:       *Bryant v. Matte, Inc.*                    MAR 0 6 2008

MESSAGE:

| 07209/2344444.1 | | | |
|---|---|---|---|
| CLIENT # | 7209 | ROUTE/ RETURN TO: Johanna Lopez/10th Floor | ☒ CONFIRM FAX <br> ☒ INCLUDE CONF. REPORT |
| OPERATOR: | | CONFIRMED?   ☐ NO ☐ YES: | |

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE.

EXHIBIT ____5____
PAGE ____49____

Job number   : 037          *** SEND SUCCESSFUL *

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

**NEW YORK**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

**LOS ANGELES**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

**SAN FRANCISCO**
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

**SILICON VALLEY**
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

## LOS ANGELES OFFICE
## FACSIMILE TRANSMISSION

**DATE:**   March 6, 2008

**NUMBER OF PAGES, INCLUDING COVER: 2**

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Carl Roth, Esq. *Skadden, Arps, Slate, Meagher & Flom LLP* | 213.687.5000 | 213.687.5600 |
| Michael H. Page, Esq. *Keker & Van Nest, LLP* | 415.391.5400 | 415.397.7188 |

**FROM:**   Jon Corey

**RE:**   *Bryant v. Mattie, Inc.*

**MESSAGE:**

07209/2344444.1

| CLIENT # | 7209 | ROUTE/ RETURN TO: | Johanna Lopez/10th Floor | ☒ CONFIRM FAX ☒ INCLUDE CONF. REPORT |
|---|---|---|---|---|
| OPERATOR: | *CWR* | | CONFIRMED?   ☐ NO   ☐ YES: | |

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

*IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE.*

EXHIBIT ___5___

PAGE ___50___

# Group Send Report

```
Page        : 001
Date & Time: 03-06-2008   15:40
Line 1      : 2134433100
Line 2      :
Machine ID : QUINN EMANUEL
```

Job number          :   037

Date                :   03-06  15:38

Number of pages     :   002

Start time          :   03-06  15:38

End time            :   03-06  15:40

Successful nbrs.

   Fax numbers

      ☎9414#007209#12136875600
      ☎9414#007209#14153977188

Unsuccessful nbrs.                                                    Pages sent

EXHIBIT ____5____

PAGE ____51____

**Cyrus Naim**

| | |
|---|---|
| **From:** | Jon Corey |
| **Sent:** | Thursday, April 03, 2008 2:04 PM |
| **To:** | 'Roth, Carl A'; 'MPage@KVN.com'; 'MWerdegar@kvn.com' |
| **Cc:** | 'CAnderson@KVN.com'; 'Nolan, Thomas J (LAC)'; 'Etcheverry, Lance A (LAC)'; 'Hansen, David W (PAL)'; 'Plevan, Kenneth A (NYC)'; Michael T Zeller |
| **Subject:** | RE: Expert Discovery |

Counsel,

Gomez can go on the 9th in Los Angeles.

Kullman will be on the 8th, and I understand that will be in Los Angeles.

Keiser will be on the 11th, in Los Angeles

Lyter, we can do either date, but need to know whether it is going to be in Los Angeles or North Carolina

Hollander will be on the 16th, which was one of the dates that Ken requested.

I understand that Stein is now on the 9th.

Lind is available on the 22nd, 25th or 26th.

Is Gruca not available next week?

McRae will be the 17th in Atlanta.

We are having scheduling issues with Ms. Van Patten, but expect to resolve those and have a date by tomorrow.

We still do not have a date for Mr. Kidder, who I believe is one of Mr. Bryant's experts.

Please call me if you have any questions.

Best regards,


Jon Corey
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Main Phone: (213) 443-3000
Main Fax:  (213) 443-3100
E-mail:  joncorey@quinnemanuel.com
Web:  www.quinnemanuel.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above.  This message may be an attorney-client communication and/or work product and as such is privileged and confidential.  If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited.  If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

EXHIBIT ___5___

PAGE ___62___

---

**From:** Roth, Carl A [mailto:Carl.Roth@skadden.com]
**Sent:** Wednesday, April 02, 2008 6:36 PM
**To:** Jon Corey; MPage@KVN.com; MWerdegar@kvn.com; Michael T Zeller
**Cc:** CAnderson@KVN.com; Nolan, Thomas J (LAC); Etcheverry, Lance A (LAC); Hansen, David W (PAL); Plevan, Kenneth A (NYC)
**Subject:** Expert Discovery

Jon, further to my note of earlier today re expert discovery, mr. Vilppu is available on 4/18 if mr. Lind's deposition can be moved to the week of 4/21. Mga has now provided dates for all of its experts' depositions. Please let me know immediately if these dates can be confirmed. Please also provide dates for mattel's experts so that schedules can be firmed up.


************************************************
This email and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original copy and any copy of any email, and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.
************************************************

----- Original Message -----
From: Roth, Carl A (LAC)
To: 'Jon Corey' <joncorey@quinnemanuel.com>; 'Michael Page' <MPage@KVN.com>; 'Matthew Werdegar' <MWerdegar@kvn.com>; Michael T Zeller <michaelzeller@quinnemanuel.com>
Cc: 'Christa Anderson' <CAnderson@KVN.com>; Nolan, Thomas J (LAC); Etcheverry, Lance A (LAC); Sloan, Matthew E (LAC); Hansen, David W (PAL); Plevan, Kenneth A (NYC); D'Avolio, Lisa R (NYC)
Sent: Wed Apr 02 16:49:06 2008
Subject: Expert Discovery

Jon, still have not heard from Mattel re the expert deposition dates for MGA's rebuttal experts offered below. Nor have I heard from you re the dates that I offered for Mattel's experts on March 25. Please get back to me as soon as possible so that we can firm up schedules. One note: we originally offered to take Lind's deposition on 4/19, that should be 4/18 and the McRae dates should be moved from 4/8 or 9 to 4/16 or 17.


Carl Alan Roth
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue
Suite 3400
Los Angeles, CA 90071
(213) 687-5262

---

From: Roth, Carl A (LAC)
Sent: Thursday, March 27, 2008 6:06 PM
To: 'Jon Corey'; 'Michael Page'
Cc: 'Christa Anderson'; Nolan, Thomas J (LAC); Etcheverry, Lance A (LAC); Sloan, Matthew E (LAC); Hansen, David W (PAL); Plevan, Kenneth A (NYC); D'Avolio, Lisa R (NYC)
Subject: Expert Discovery


Jon,

Saw your note on Hollander; we'll get back to you re that deposition. Let me know if Mattel is prepared to accept the other expert dep dates that we offered on Tuesday. As for MGA's rebuttal experts, we can offer dates in the following ranges for these experts:

- Kullman April 7-9
- Gruca April 16-18

EXHIBIT    5

PAGE    53

4/17/2008

- Lyter April 17 or 18

Separately, I've seen a couple of letters from you re meet and confers on expert-related issues.  I'm available to talk tomorrow, or Tuesday-Wednesday of next week.

Carl Alan Roth
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue
Suite 3400
Los Angeles, CA 90071
(213) 687-5262

--------------------------------------------------------------------
************************************************** To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.
******************************************************
****************************************************** This email and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original copy and any copy of any email, and any printout thereof. Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.
******************************************************
===============================================================

EXHIBIT ___5___

PAGE ___54___

# EXHIBIT 6

Chronological Copy

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

| | | |
|---|---|---|
| **NEW YORK**<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>(212) 849-7000<br>Facsimile: (212) 849-7100 | **LOS ANGELES**<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>(213) 443-3000<br>Facsimile: (213) 443-3100 | **SAN FRANCISCO**<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>(415) 875-6600<br>Facsimile: (415) 875-6700 |

**SILICON VALLEY**
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

## LOS ANGELES OFFICE

## FACSIMILE TRANSMISSION

**DATE:**   April 15, 2008

**NUMBER OF PAGES, INCLUDING COVER: 2**

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Michael H. Page, Esq.<br>Matthew Werdegar, Esq.<br>**Keker & Van Nest, LLP** | 415.391-5400 | 415.397.7188 |
| Carl Roth, Esq.<br>*Skadden, Arps, Slate, Meagher & Flom LLP* | 213.687.5000 | 213.687.5600 |

**FROM:**   Jon Corey

**RE:**   *Bryant v. Mattel*


FAXED
APR 1 5 2008

**MESSAGE:**

07209/2266533.2

| CLIENT # | 7209 | ROUTE/<br>RETURN TO: | Johanna Lopez/10th Floor | ☒ CONFIRM FAX<br>☒ INCLUDE CONF. REPORT |
|---|---|---|---|---|
| OPERATOR: | W. M. | CONFIRMED? ☐ NO ☐ YES: | | |

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE.

EXHIBIT  6

PAGE 5C

04/15/2008 18:20 FAX  12134433100          QEUOH-LAO-2                    ☑001

```
*********************************
***    MULTI TX/RX REPORT    ***
*********************************

TX/RX NO              0817
PGS.                  2
TX/RX INCOMPLETE      -----

TRANSACTION OK
                      (1)   9414#007209#14153977188
                      (2)   9414#07209#12136875600
ERROR INFORMATION     -----
```

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

**NEW YORK**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

**LOS ANGELES**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

**SAN FRANCISCO**
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

**SILICON VALLEY**
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

## LOS ANGELES OFFICE

# FACSIMILE TRANSMISSION

**DATE:**    April 15, 2008          **NUMBER OF PAGES, INCLUDING COVER: 2**

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Michael H. Page, Esq.<br>Matthew Werdegar, Esq.<br>**Keker & Van Nest, LLP** | 415.391-5400 | 415.397.7188 |
| Carl Roth, Esq.<br>*Skadden, Arps, Slate, Meagher & Flom LLP* | 213.687.5000 | 213.687.5600 |

**FROM:**    Jon Corey

**RE:**    *Bryant v. Mattel*

**MESSAGE:**

EXHIBIT    6

PAGE    56



## DISTRIBUTION LIST - SHORT LIST

## MATTEL V. CARTER BRYANT
### #7209 / #7975

**MIKE ZELLER**
**(MTZ needs correspondence only - No Motions or exhibits) - 3**

**DIANE HUTNYAN - 3**
**(DH needs correspondence only - No Motions or exhibits) - 3**

**CHRISTOPHER PRICE - 10**
**(CP needs correspondence only - No Motions or exhibits) - 3**

**JON COREY - 10**

**TIM ALGER - 10**

**DYLAN PROCTOR - 3**

**JAMES WEBSTER - 9**

**SCOTT KIDMAN - 8**

**PARALEGAL:**   Cheryl Branham - 3
                 (Cheryl needs Correspondence and Orders only)

**CALENDARING:**  Sahily Feliciano - 2

---

**CALENDARING:** Weston Reid - 11

## FOR COPIES SENT TO CALENDARING, include all correspondence, incoming and outgoing faxes, motions/briefs. DO NOT INCLUDE DECLARATIONS OR EXHIBITS.

---

**ORIGINALS TO:   TIFFANY GARCIA (3RD Floor)**

07209/2174222.1

EXHIBIT ___6___

PAGE ___57___

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

April 15, 2008

**VIA FACSIMILE AND U.S. MAIL**

Michael Page, Esq.
Matthew M. Werdegar, Esq.
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111

Re:     Carter Bryant v. Mattel, Inc., et al.

Dear Counsel:

Notwithstanding Mattel's repeated requests, Bryant has refused to produce Mr. Kidder for deposition.  Accordingly, Mattel will apply, ex parte, before Judge Larson for an order striking his report and precluding Mr. Kidder from testifying at trial.  Please let me know whether Bryant opposes the application.

Best regards,

Jon Corey

cc:     Carl Roth

quinn emanuel urquhart oliver & hedges, llp

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100

SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700

SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100

EXHIBIT _____ 4

58

PAGE

# EXHIBIT 7

Mattel v. Bryant, et al.                                                                Page 1 of 1

**Cyrus Naim**
_____

**From:**      Matthew Werdegar [MWerdegar@kvn.com]
**Sent:**      Wednesday, April 16, 2008 11:18 AM
**To:**        Jon Corey
**Cc:**        Christa Anderson; Michael Page; Carl Roth
**Subject:** Mattel v. Bryant, et al.

Jon:

I am writing in response to your letter of April 15, 2008, announcing Mattel's intention to apply, ex parte, before Judge Larson for an order striking Douglas Kidder's expert report and precluding Mr. Kidder from testifying at trial. Needless to say, Carter Bryant opposes your application. As we have explained, Mattel's request to depose Mr. Kidder was untimely, having first been made after the close of expert discovery.

Regards,

Matthew M. Werdegar

**KEKER & VAN NEST LLP**

710 Sansome Street
San Francisco, CA 94111-1704
tel: (415) 391-5400
fax: (415) 397-7188
www.kvn.com

EXHIBIT ___7___

PAGE ___59___

**EXHIBIT 8**

1  THOMAS J. NOLAN (Bar No. 066992)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2  300 South Grand Avenue
   Los Angeles, CA  90071-3144
3  Telephone:  (213) 687-5000
   Facsimile:  (213) 687-5600
4  E-mail:     tnolan@skadden.com

5  KENNETH A. PLEVAN (Admitted *Pro Hac Vice*)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
6  4 Times Square
   New York, NY  10036
7  Telephone:  (212) 735-3000
   Facsimile:  (212) 735-2000
8  E-mail:     kplevan@skadden.com

9  Attorneys for Counter-Defendants,
   MGA ENTERTAINMENT, INC.,
10 ISAAC LARIAN, MGA
   ENTERTAINMENT (HK) LIMITED,
11 and MGAE de MEXICO S.R.L. de
   C.V.

12

13                UNITED STATES DISTRICT COURT

14                CENTRAL DISTRICT OF CALIFORNIA

15

16 CARTER BRYANT, an individual          )  CASE NO. CV 04-9049 SGL (RNBx)
                                         )
17              Plaintiff,               )  Consolidated with Case No. 04-9059
                                         )  and Case No. 05-2727
18      v.                               )
                                         )  **MGA DEFENDANTS' (1)**
19 MATTEL, INC., a Delaware              )  **OPPOSITION TO MATTEL,**
   corporation                           )  **INC.'S MOTION FOR LEAVE TO**
20                                       )  **TAKE ADDITIONAL**
                Defendant.               )  **DISCOVERY AND OBJECTIONS**
21                                       )  **TO DISCOVERY MASTER**
                                         )  **ORDER OF SEPTEMBER 28, 2007,**
22                                       )  **AND (2) JOINDER IN CARTER**
                                         )  **BRYANT'S OPPOSITION TO**
23                                       )  **MATTEL'S MOTION**
                                         )
24                                       )  Honorable Stephen G. Larson
                                         )
25 ─────────────────────────────         )
   Consolidated with MATTEL, INC. v.     )  Date:  January 7, 2008
26 BRYANT and MGA                        )  Time:  10:00 a.m.
   ENTERTAINMENT, INC. v.                )  Place: Courtroom 1
27 MATTEL, INC.                          )
                                         )
28                                       )

─────────────────────────────────────────────────────────────
MGA DEFENDANTS' OPP. TO MATTEL'S MOTION FOR LEAVE TO TAKE ADD'L DISCOVERY

EXHIBIT    8
PAGE    60

1    Counter-defendants MGA Entertainment, Inc., Isaac Larian, MGA

2  Entertainment (HK) Limited, and MGAE de Mexico S.R.L. de C.V. (collectively,

3  the "MGA Defendants") hereby submit this opposition to Mattel, Inc.'s Motion for

4  Leave to Take Additional Discovery and Objections to Discovery Master Order of

5  September 28, 2007.  In addition, the MGA Defendants hereby join in Carter

6  Bryant's opposition to Mattel's motion.

7  **I.    PRELIMINARY STATEMENT.**

8    The Court recently granted a motion by Mattel to serve a "supplemental"

9  interrogatory on affirmative defenses that Mattel conceded was the equivalent of 37

10  separate interrogatories. Unwilling to exercise even an ounce of discipline or self-

11  control, Mattel has returned to the Court demanding that it now receive at least fifty

12  additional non-expert depositions, two additional Rule 30(b)(6) depositions covering

13  160 topics, and 19 additional interrogatories.  Having given Mattel considerably

14  more than an inch, the Court must not let Mattel take far more than a mile.

15    When the Court set the deposition and interrogatory limits in February 2007,

16  Mattel was well aware of the issues and witnesses that are the subject of the

17  additional interrogatories and depositions that Mattel now seeks.  In fact, Mattel told

18  the Court at the Rule 16(b) Scheduling Conference that at least "some 70" witnesses

19  had been identified as having relevant knowledge.  (Declaration of Amy S. Park

20  ("Park Decl."), Ex. 1 (2/12/07 Sched. Conf. Tr.) at 10:9-20.)  Nevertheless, the Court

21  limited each side to 24 non-expert depositions with the expectation that this number

22  "would hopefully capture most of the individuals who have some information  to

23  provide in this case." (*Id.* at 22:19-22.)  The Court also limited interrogatories to

24  fifty per side, which Mattel had proposed and represented would be sufficient to

25  cover *all* issues in the case.  (Park Decl., Ex. 3 at 5.)

26    Despite the Court's admonition that these were not "soft limits," Mattel and its

27  counsel have proceeded with discovery as if they could obtain any number of

28  additional interrogatories and depositions as a matter of right.  With full knowledge

EXHIBIT ____8____

PAGE ____61____

1  of the issues and witnesses that Mattel now seeks to take discovery of, Mattel chose

2  to devote its allotted interrogatories and depositions to other matters.  Mattel served

3  interrogatories and took depositions indiscriminately and without any regard for

4  whether it would have any interrogatories or depositions left for Phase 2 issues.

5  Indeed, it appears that Mattel deliberately chose to spend most of its allotted

6  discovery tools on Phase 1 issues in order to manufacture the situation in which they

7  now find themselves.  Having made that choice, Mattel has only itself to blame for

8  its current predicament.

9         Mattel cannot legitimately assert that it has not had a full and fair opportunity

10  to conduct reasonable discovery.  Mattel has used virtually every discovery tool

11  available, frequently using multiple discovery tools to seek the same information.

12  To date, Mattel has taken 21 depositions and served more than fifty interrogatories,

13  more than fifty subpoenas, more than 2,300 document requests, and more than 4,500

14  requests for admissions.  (Park Decl., ¶ 1.)  If there are relevant areas that Mattel has

15  not yet covered in its "scorched earth" discovery, it is because Mattel has failed to

16  manage discovery properly, not because Mattel has too few discovery requests and

17  depositions at its disposal.

18         In contrast to Mattel's shotgun approach, counter-defendants have used their

19  interrogatories and depositions judiciously to stay within the Court's limits.  To date,

20  they have taken only eight of their 24 allotted depositions.  Having nearly used up its

21  allotted depositions though, Mattel does not want anyone else to take any more

22  depositions.  Mattel now claims for the first time that counter-defendants have only

23  one allotted deposition left based on a newly concocted argument that their prior

24  Rule 30(b)(6) depositions of Mattel now count as multiple depositions, and is

25  refusing to produce witnesses on that basis.  (Park Decl., ¶ 25 & Ex. 17 at 2.)  Under

26  this new argument, Mattel would be in contempt of the Court's Scheduling Order

27  because it would have exceeded the deposition limit months ago.  (Park Decl., ¶ 24.)

28

EXHIBIT _____8_____

PAGE _____62_____

1 Mattel's argument is absurd and serves only to highlight its abusive and harassing

2 discovery practices.

3      The Court's discovery limits apply to both sides equally and Mattel must be

4 required to work within those bounds.  To hold otherwise would punish counter-

5 defendants for following the rules, but reward Mattel for adopting a strategy that

6 totally disregards the Court's limits.  With only 15 court days left in Phase 1

7 discovery when Mattel's motion is to be heard, Mattel should not be allowed to delay

8 and disrupt counter-defendants' efforts to complete discovery with the vast amounts

9 of additional discovery that Mattel now seeks.  Mattel's request is without merit and

10 patently unfair.  Accordingly, the Court should deny Mattel's motion in its entirety.

11 **II.    STATEMENT OF FACTS.**

12      On February 12, 2007, the Court held a Rule 16(b) Scheduling Conference to

13 schedule relevant dates and set discovery limits.  By that time, all of the claims

14 currently at issue in this case were well known to the parties.  (Mot. at 3-4.)  In

15 addition, well over a hundred potential witnesses had been identified in the parties'

16 Rule 26 initial and supplemental disclosures.  (Proctor Decl., Ex. 19 at 3-19.)  Indeed,

17 Mattel alone identified *155 witnesses* in its January 5, 2007 disclosures, including

18 the vast majority of the witnesses it now seeks leave to depose.  (*Id.*)

19      In preparation for the Scheduling Conference, the parties submitted a Joint

20 Rule 26(f) Report.  (Park Decl., Ex. 3.)  In the report, Mattel proposed that the Court

21 adopt the following discovery limits.  First, Mattel proposed that the Court limit the

22 parties to fifty interrogatories per side to address all issues in the case.  (*Id.* at 5.)

23 Second, Mattel proposed that the Court allow the parties forty depositions per side,

24 not including expert depositions or Rule 30(b)(6) depositions.  (*Id.*)

25      At the Scheduling Conference, the Court granted Mattel's proposal of fifty

26 interrogatories per side to address all issues.  (Proctor Decl., Ex. 6 at 1.)  With

27 respect to the deposition limit, Mattel argued that there were at least "some 70"

28 witnesses with relevant knowledge.  (Park Decl., Ex. 1 (2/12/07 Sched. Conf.) at

MGA DEFENDANTS' OPP. TO MATTEL'S MOTION FOR LEAVE TO TAKE ADD'L DISCOVERY

EXHIBIT _____8_____

PAGE _____63_____

## IV.   **CONCLUSION**

For the foregoing reasons, the MGA Defendants respectfully request that the Court deny Mattel's motion for additional discovery in its entirety.

DATED:  December 24, 2007

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP


By: /s/ Thomas J. Nolan
     Thomas J. Nolan

Attorneys for Counter-Defendants, MGA ENTERTAINMENT, INC., ISAAC LARIAN, MGA ENTERTAINMENT (HK) LIMITED, and MGAE de MEXICO S.R.L. de C.V.

MGA DEFENDANTS' OPP. TO MATTEL'S MOTION FOR LEAVE TO TAKE ADD'L DISCOVERY

EXHIBIT _____8_____

PAGE _____60/_____

# EXHIBIT 9

RECEIVED

FEB 12 2008

1  KEKER & VAN NEST, LLP
   JOHN W. KEKER - #49092
2  jkeker@kvn.com
   MICHAEL H. PAGE - #154913
3  mpage@kvn.com
   CHRISTA M. ANDERSON - #184325
4  canderson@kvn.com
   MATTHEW M. WERDEGAR - #200470
5  mwerdegar@kvn.com
   JOHN E. TRINIDAD - #250468
6  jtrinidad@kvn.com
   AUDREY WALTON-HADLOCK- #250574
7  awaltonhadlock@kvn.com
   710 Sansome Street
8  San Francisco, CA  94111-1704
   Telephone:  (415) 391-5400
9  Facsimile:  (415) 397-7188

10 Attorneys for Plaintiff
   CARTER BRYANT

11

12                  UNITED STATES DISTRICT COURT

13                 CENTRAL DISTRICT OF CALIFORNIA

14                        EASTERN DIVISION

15

16

17 CARTER BRYANT, an individual,        Case No. CV 04-09049 SGL (RNBx)
                                        (consolidated with CV 04-9059 & 05-
                        Plaintiff,      2727
18
        v.                             **CARTER BRYANT'S NOTICE OF**
19                                     **EXPERT DISCLOSURES**
   MATTEL, INC. a Delaware             **PURSUANT TO FED. R. CIV. P. 26**
20 Corporation,

21                      Defendant.

22
   CONSOLIDATED WITH MATTEL,           Date Comp. Filed:  April 13, 2005
23 INC., v. BRYANT and MGA
   ENTERTAINMENT, INC. v.              Discovery Cut-Off: Jan. 28, 2008
24 MATTEL, INC.                        Pre-Trial Conference: May 5, 2008
                                       Trial Date: May 27, 2008
25

26                                     EXHIBIT _____ 9 _____

27                                     PAGE _____ 65 _____

28
                          2-12-08

1    Pursuant to Rule 26 of the Federal Rules of Civil Procedure, Carter Bryant

2  hereby discloses the following expert witnesses, as Bryant may offer these expert

3  witnesses at trial to present evidence under Federal Rules of Evidence 702, 703,

4  and/or 705.

5

6    Professor Mary Bergstein, Ph.D.
7    Division of Liberal Arts
     Rhode Island School of Design
8

9    D. Jan Duffy
     Management Practices Group
10

11   Erich Joachimsthaler, Ph.D.
     Vivaldi Partners
12

13   Professor Peter Menell
     Professor of Law
14   U.C. Berkeley - Boalt Hall School of Law

15   Paul K. Meyer
16   Navigant Consulting

17   Debora Middleton
     Director of Creative Development
18   MGA Entertainment, Inc.

19

20   Christina Tomiyama

21   Robert Tonner
     Tonner Doll Co.
22

23   The initial written reports of each of the foregoing expert witnesses

24  accompanying this disclosure are being concurrently served on Mattel's counsel by

25  MGA Entertainment, Inc.

26   Carter Bryant reserves the right to present evidence at trial through any

27  expert disclosed by any other party, without waiving any objections thereto. Mr.

28  Bryant also reserves the right to name additional rebuttal experts. Additionally,

1

410489.02

EXHIBIT _____ 9

PAGE _____ 66

1    should other parties be permitted to identify any additional experts, Mr. Bryant

2    further reserves the right to notice further experts for the purpose of rebutting the

3    evidence presented by said additional experts.  Finally, Mr. Bryant reserves the

4    right to identify additional experts as permitted by the Court.

5

6    Dated:  February 11, 2008                    KEKER & VAN NEST, LLP

7

8                                         By: _____

9                                              MATTHEW M. WERDEGAR
                                               Attorneys for Plaintiff
10                                             CARTER BRYANT

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CARTER BRYANT'S NOTICE OF EXPERT DISCLOSURES
PURSUANT TO FED. R. CIV. P. 26
CASE NO. CV 04-09049 SGL (RNBx)

410489.02

EXHIBIT      9

PAGE     67

# PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest, LLP, 710 Sansome Street, San Francisco, California 94111.

On February 11, 2008, I served the following document(s):

## CARTER BRYANT'S NOTICE OF EXPERT DISCLOSURES PURSUANT TO FED. R. CIV. P. 26

by **E-MAIL VIA PDF FILE**, by transmitting on this date via e-mail a true and correct copy scanned into an electronic file in Adobe "pdf" format. The transmission was reported as complete and without error.

John B. Quinn
Michael T. Zeller
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Tel:   213/443-3000
Fax:   213/443-3100
johnquinn@quinnemanuel.com
michaelzeller@quinnemanuel.com

Thomas J. Nolan
Skadden Arps Slate Meagher & Flom
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3144
Tel:   213/687-5000
Fax:   213/687-5600
tnolan@skadden.com

Alexander H. Cote
Overland Borenstein Scheper & Kim LLP
300 S. Grand Avenue, Suite 2750
Los Angeles, California 90071
Tel:   213/613-4660
Fax:   213/613-4656
acote@obsklaw.com

Executed on February 11, 2008, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_Julie Selby_

JULIE A. SELBY

410578.01

PROOF OF SERVICE
CASE NO. CV 04-09049 SGL (RNBx)

**EXHIBIT** 9

**PAGE** 68

1                                            PROOF OF SERVICE

2        I am employed in the City and County of San Francisco, State of California

3 in the office of a member of the bar of this court at whose direction the following
service was made.  I am over the age of eighteen years and not a party to the within

4 action.  My business address is Keker & Van Nest, LLP, 710 Sansome Street, San

5 Francisco, California  94111.

6 On February 12, 2008, I served the following document(s):

7        **CARTER BRYANT'S NOTICE OF EXPERT DISCLOSURES**

8               **PURSUANT TO FED. R. CIV. P. 26**

9* by **COURIER**, by placing a true and correct copy in a sealed envelope addressed

10 as shown below, and dispatching a messenger from Nationwide Legal, Inc. whose
address is 316 W. Second Street, Suite 705, Los Angeles, CA. 90012, with

11 instructions to hand-carry the above and make delivery to the following during

12 normal business hours, by leaving the package with the person whose name is
shown or the person authorized to accept courier deliveries on behalf of the

13 addressee.

14

15 John B. Quinn                      Thomas J. Nolan  (via Fed Ex)
Michael T. Zeller               Skadden Arps Slate Meagher & Flom

16 Quinn Emanuel Urquhart Oliver &     300 South Grand Avenue, Suite 3400

17 Hedges, LLP                    Los Angeles, CA 90071-3144
865 South Figueroa Street, 10th Floor    Tel:  213/687-5000

18 Los Angeles, CA  90017-2543       Fax:  213/687-5600

19 Tel:   213/443-3000              tnolan@skadden.com

20 Fax:  213/443-3100
johnquinn@quinnemanuel.com

21 michaelzeller@quinnemanuel.com

22 Alexander H. Cote  (via Fed Ex)

23 Overland Borenstein Scheper & Kim LLP
300 S. Grand Avenue, Suite 2750

24 Los Angeles, California 90071

25 Tel:   213/613-4660
Fax:  213/613-4656

26 acote@obsklaw.com

27

28       Executed on February 12, 2008, at San Francisco, California.

**EXHIBIT** _____9_____

**PAGE** _____69_____

PROOF OF SERVICE
CASE NO. CV 04-09049 SGL (RNBx)

1        I declare under penalty of perjury under the laws of the State of California

2    that the above is true and correct.

3                            JULIE A. SELBY

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                                    EXHIBIT ___9___

28                                    PAGE ___70___

**EXHIBIT 10**

**RECEIVED**

MAR 1 8 2008

1   KEKER & VAN NEST, LLP
    JOHN W. KEKER - #49092
2   jkeker@kvn.com
    MICHAEL H. PAGE - #154913
3   mpage@kvn.com
    CHRISTA M. ANDERSON - #184325
4   canderson@kvn.com
    MATTHEW M. WERDEGAR - #200470
5   mwerdegar@kvn.com
    JOHN E. TRINIDAD - #250468
6   jtrinidad@kvn.com
    AUDREY WALTON-HADLOCK- #250574
7   awaltonhadlock@kvn.com
    710 Sansome Street
8   San Francisco, CA 94111-1704
    Telephone: (415) 391-5400
9   Facsimile: (415) 397-7188

10  Attorneys for Plaintiff
    CARTER BRYANT

11

12                  UNITED STATES DISTRICT COURT

13                  CENTRAL DISTRICT OF CALIFORNIA

14                          EASTERN DIVISION

15

16  CARTER BRYANT, an individual,        Case No. CV 04-09049 SGL (RNBx)
                                          (consolidated with CV 04-9059 & 05-
17                          Plaintiff,    2727

18          v.                            **CARTER BRYANT'S**
                                          **SUPPLEMENTAL NOTICE OF**
19  MATTEL, INC. a Delaware              **EXPERT DISCLOSURES**
    Corporation,                          **PURSUANT TO FED. R. CIV. P. 26**
20
21                          Defendant.

22  CONSOLIDATED WITH MATTEL,
    INC. v. BRYANT and MGA                Date Comp. Filed: April 13, 2005
23  ENTERTAINMENT, INC. v.
    MATTEL, INC.                          Discovery Cut-Off: Jan. 28, 2008
24                                        Pre-Trial Conference: May 5, 2008
                                          Trial Date: May 27, 2008
25

26

27

28

3|17

EXHIBIT _____ 10

PAGE _____ 71

1    Pursuant to Rule 26 of the Federal Rules of Civil Procedure, Carter Bryant

2 hereby discloses the following expert witnesses, as Bryant may offer these expert

3 witnesses at trial to present evidence under Federal Rules of Evidence 702, 703,

4 and/or 705:

5    Gary Funck
     Intrepid Technology, Inc.
6

7    Professor Thomas S. Gruca, Ph.D.
     University of Iowa
8

9    Douglas Kidder
     OSKR, LLC
10

11   Robert Kullmann

12   Dr. Albert Lyter, Ph.D.
     Federal Forensic Associates, Inc.
13

14   Glenn. V. Vilppu

15

16   The rebuttal expert reports of Gary Funck and Douglas Kidder

17 accompanying this disclosure are being served on Mattel's counsel and MGA

18 Entertainment, Inc.'s ("MGA") counsel concurrently by counsel for Carter Bryant.

19 The rebuttal expert reports of each of the other foregoing expert witnesses

20 accompanying this disclosure are being concurrently served on Mattel's counsel by

21 MGA Entertainment, Inc., in addition to the rebuttal reports of the expert witnesses

22 previously disclosed in Carter Bryant's Notice of Expert Disclosures served on

23 February 11, 2008.

24    Carter Bryant reserves the right to present evidence at trial through any

25 expert disclosed by any other party, without waiving any objections thereto.  Mr.

26 Bryant also reserves the right to name additional rebuttal experts.  Additionally,

27 should other parties be permitted to identify any additional experts, Mr. Bryant

28 further reserves the right to notice further experts for the purpose of rebutting the

1
CARTER BRYANT'S SUPPLEMENTAL NOTICE OF EXPERT DISCLOSURES
PURSUANT TO FED. R. CIV. P. 26
CASE NO. CV 04-09049 SGL (RNBx)   EXHIBIT _____ 10

413480.01

PAGE   72

1 | evidence presented by said additional experts.  Finally, Mr. Bryant reserves the
2 | right to identify additional experts as permitted by the Court.
3 |
4 | Dated: March 17, 2008

KEKER & VAN NEST, LLP

By: _____
MATTHEW M. WERDEGAR
Attorneys for Plaintiff
CARTER BRYANT

2
CARTER BRYANT'S SUPPLEMENTAL NOTICE OF EXPERT DISCLOSURES
PURSUANT TO FED. R. CIV. P. 26
CASE NO. CV 04-09049 SGL (RNBx)

413480.01

EXHIBIT _____ 10
PAGE _____ 73

RECEIVED

MAR 1 3 2008

1  KEKER & VAN NEST, LLP
   JOHN W. KEKER - #49092
2  jkeker@kvn.com
   MICHAEL H. PAGE - #154913
3  mpage@kvn.com
   CHRISTA M. ANDERSON - #184325
4  canderson@kvn.com
   MATTHEW M. WERDEGAR - #200470
5  mwerdegar@kvn.com
   JOHN E. TRINIDAD - #250468
6  jtrinidad@kvn.com
   AUDREY WALTON-HADLOCK- #250574
7  awaltonhadlock@kvn.com
   710 Sansome Street
8  San Francisco, CA 94111-1704
   Telephone: (415) 391-5400
9  Facsimile: (415) 397-7188

10 Attorneys for Plaintiff
   CARTER BRYANT

11

12               UNITED STATES DISTRICT COURT

13            CENTRAL DISTRICT OF CALIFORNIA

14                    EASTERN DIVISION

15

16 CARTER BRYANT, an individual,          Case No. CV 04-09049 SGL (RNBx)
                                          (consolidated with CV 04-9059 & 05-
17                          Plaintiff,    2727

18      v.                               PROOF OF SERVICE

19 MATTEL, INC. a Delaware
   Corporation,
20
                            Defendant.
21

22 CONSOLIDATED WITH MATTEL,
   INC., v. BRYANT and MGA
23 ENTERTAINMENT, INC. v.
   MATTEL, INC.
24

25

26

27

28

413486.02

EXHIBIT ___10___

PAGE ___74___

PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made.  I am over the age of eighteen years and not a party to the within action.  My business address is Keker & Van Nest, LLP, 710 Sansome Street, San Francisco, California  94111.

On March 18, 2008, I served the following document(s):

**CARTER BRYANT'S SUPPLEMENTAL NOTICE OF EXPERT DISCLOSURES PURSUANT TO FED. R. CIV. P. 26;**

**EXPERT REPORT OF GARY FUNCK; and**

**EXPERT REPORT OF DOUGLAS KIDDER**

by **COURIER**, by placing a true and correct copy in a sealed envelope addressed as shown below, and dispatching a messenger from Timemachine, whose address is 1533 Wilshire Blvd., Los Angeles, CA  90017, with instructions to hand-carry the above and make delivery to the following during normal business hours, by leaving the package with the person whose name is shown or the person authorized to accept courier deliveries on behalf of the addressee.

John B. Quinn
Michael T. Zeller
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017-2543
Tel:  213/443-3000
Fax:  213/443-3100
Email:  johnquinn@quinnemanuel.com
Email:  michaelzeller@quinnemanuel.com

Thomas J. Nolan
Skadden Arps Slate Meagher & Flom
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3144
Tel:   213/687-5000
Fax:  213/687-5600
Email:  tnolan@skadden.com

Alexander H. Cote
Overland Borenstein Scheper & Kim LLP
300 S. Grand Avenue, Suite 2750
Los Angeles, California 90071
Tel:  213/613-4660
Fax:  213/613-4656
Email :   acote@obsklaw.com

Executed on March 18, 2008, at San Francisco, California.

1

CASE NO. CV 04-09049 SGL (RNBx)

EXHIBIT _____ 10

PAGE __ 75

1    I declare under penalty of perjury under the laws of the State of California

2 that the above is true and correct.

3                                    Julie A. Selby

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

413486.02

EXHIBIT

PAGE    76

# EXHIBIT 11

**PRIORITY SEND**

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA 92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.   CV 04-09049 SGL(RNBx)                           Date: October 31, 2007
Title:     CARTER BRYANT -v- MATTEL, INC.
           AND CONSOLIDATED ACTIONS
==============================================================================
PRESENT:  HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

|  |  |
|---|---|
| Jim Holmes | Theresa Lanza |
| Courtroom Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR CARTER          ATTORNEYS PRESENT FOR MATTEL:
BRYANT:

Christa Martine Anderson                John Quinn
Matthew M. Werdegar                     Jon D. Corey
                                        Michael T. Zeller

ATTORNEYS PRESENT FOR MGA:             ATTORNEY PRESENT FOR CARLOS
                                       GUSTAVO MACHADO GOMEZ:

Thomas J. Nolan                        Alexander H. Cote
Carl A. Roth

PROCEEDINGS:   **ORDER REGARDING STATUS CONFERENCE**

        The Court held a status conference to consider the current schedule set for Phase 1 of the
consolidated cases as well as the issue of the selection of a settlement officer for both Phase 1
and Phase 2 of the consolidated cases.

        For reasons discussed on the record, the Court enters a two-week STAY in these actions,
beginning November 1, 2007, and continuing through November 14, 2007. During that time, the
parties shall serve no discovery requests (including subpoenas) on parties or third parties. The
obligation to respond to any outstanding discovery requests is likewise suspended for that time
frame. No depositions shall be conducted during this time. The matters to be heard before Judge
Infante, the discovery master herein, are to be rescheduled to a date determined by Judge Infante,

MINUTES FORM 90                                      Initials of Deputy Clerk ___jh_____
CIVIL -- GEN                        1               Time: 00/20

                                                   EXHIBIT _____11_____

                                                   PAGE _____77_____

provided, however, that such date is no earlier than November 26, 2007, and that no opposition or reply papers may be required to be filed during the pendency of the stay.

The Court CONTINUES the November 19, 2007, hearing on the Motion For Leave to Serve A Supplemental Interrogatory to December 3, 2007, at 10:00 a.m.

The current schedule regarding Phase 1 of the trial in these consolidated actions is modified as follows:

| | |
|---|---|
| Fact discovery cutoff: | 01/28/08 |
| Initial Expert Reports: | 02/11/08 |
| Rebuttal Expert Reports: | 03/17/08 |
| Last date for settlement conference: | VACATED (see below for Court's directive regarding mandatory settlement procedures) |
| Expert discovery cutoff: | 03/31/08 |
| Dispositive Motions hearing cutoff: | 03/31/08 @ 10:00 a.m. |
| Pretrial conference order and associated trial documents including proposed jury instructions: | 04/21/08 |
| Filing of Motions in Limine: | 05/05/08 |
| Pretrial conference: | 05/05/08 @ 11:00 a.m. |
| Hearing on Motions in Limine and Jury Instructions: | 05/19/08 @ 11:00 a.m. |
| Trial: | 05/27/08 @ 9:00 a.m. |

The schedule for Phase 2, previously set by the Court by Order filed February 22, 2007, in the case captioned MGA Entertainment, Inc. v. Mattel, Inc., et al., CV 05-02727, is VACATED. The Court will consider the scheduling of Phase 2 at a later date. However, the Court DENIES MGA's request to delay or otherwise bifurcate discovery regarding Phase 2 issues.

At the status conference, the parties acknowledged on the record their mutual agreement to the selection of Ambassador Pierre-Richard Prosper as the settlement officer for these

MINUTES FORM 90
CIVIL -- GEN

2

Initials of Deputy Clerk __jh_____
Time: 00/20

EXHIBIT _____1 1_____

PAGE _____7S_____

consolidated cases, and the Court hereby APPOINTS him in that capacity. Counsel are directed to contact Ambassador Prosper to schedule a settlement conference on or before December 1, 2007. The settlement conference is to be directed towards resolution of both phases of this litigation. Counsel are ORDERED to carefully and diligently follow Ambassador Prosper's directions concerning preparation for and conduct at any settlement conferences. The parties will be jointly responsible for paying the Ambassador's reasonable and customary rate for services rendered. A failure to comply with this order, or a failure to provide reasonable compensation to the Settlement Officer upon completion of the mediation, may result in the imposition of appropriate sanctions. Ambassador Prosper is directed to provide a status report to the Court following the conclusion of the settlement efforts.

IT IS SO ORDERED.

c:    Judge Infante
      Ambassador Prosper

Initials of Deputy Clerk __jh_____
Time: 00/20

EXHIBIT _____11_____

PAGE ____79____

# NOTICE PARTY SERVICE LIST

**Case No.**  CV 04-09049 SGL(RNBx)  **Case Title**  Carter Bryant v. Mattel, Inc.

**Title of Document**  Minute Order Issued October 31, 2007

| | |
|---|---|
| | Atty Sttlmnt Officer Panel Coordinator |
| | BAP (Bankruptcy Appellate Panel) |
| | Beck, Michael J (Clerk, MDL Panel) |
| | BOP (Bureau of Prisons) |
| | CA St Pub Defender (Calif. State PD) |
| | CAAG (California Attorney General's Office - Keith H. Borjon, L.A. Death Penalty Coordinator) |
| | Case Asgmt Admin (Case Assignment Administrator) |
| | Catterson, Cathy (9th Circuit Court of Appeal) |
| | Chief Deputy Admin |
| | Chief Deputy Ops |
| | Clerk of Court |
| | Death Penalty H/C (Law Clerks) |
| | Dep In Chg E Div |
| | Dep In Chg So  Div |
| | Federal Public Defender |
| | Fiscal Section |
| | Intake Section, Criminal LA |
| | Intake Section, Criminal SA |
| | Intake Supervisor, Civil |
| | PIA Clerk - Los Angeles (PIALA) |
| | PIA Clerk - Riverside (PIAED) |
| | PIA Clerk - Santa Ana (PIASA) |
| | PSA - Los Angeles (PSALA) |
| | PSA - Riverside (PSAED) |
| | PSA - Santa Ana (PSASA) |
| | Schnack, Randall (CJA Supervising Attorney) |
| | Statistics Clerk |

| | |
|---|---|
| | US Attorneys Office - Civil Division -L.A. |
| | US Attorneys Office - Civil Division - S.A. |
| | US Attorneys Office - Criminal Division -L.A. |
| | US Attorneys Office - Criminal Division -S.A. |
| | US Bankruptcy Court |
| | US Marshal Service - Los Angeles (USMLA) |
| | US Marshal Service -  Riverside (USMED) |
| | US Marshal Service -Santa Ana (USMSA) |
| | US Probation Office (USPO) |
| | US Trustee's Office |
| | Warden, San Quentin State Prison, CA |

| ✓ | ***ADD NEW NOTICE PARTY*** (if sending by fax, mailing address must also be provided) |
|---|---|

Name: Ambassador Pierre-Richard Prosper

Firm:

Address (include suite or floor):  P.O. Box 581103

Salt Lake City,  UT  84158

*E-mail: prprosper@gmail.com

*Fax No.:

* For CIVIL cases only

| ***JUDGE / MAGISTRATE JUDGE (list below):*** |
|---|
| |
| |
| |

Initials of Deputy Clerk  jh

EXHIBIT ____11____

PAGE ____80____

# EXHIBIT 12

1

2

3

4

5

6

7

8                   UNITED STATES DISTRICT COURT

9                  CENTRAL DISTRICT OF CALIFORNIA

10                        EASTERN DIVISION

11   CARTER BRYANT, an individual,        | CASE NO. CV 04-9049 SGL (RNBx)
                                          | Consolidated with
12           Plaintiff,                   | Case No. CV 04-09059
                                          | Case No. CV 05-02727
13      vs.

14   MATTEL, INC., a Delaware             | [PROPOSED] ORDER ON
     corporation,                         | STIPULATION RE: EXPERT
15                                        | DISCOVERY FOR PHASE 1
             Defendant.
16
                                          | **Phase 1:**
17   AND CONSOLIDATED ACTIONS             | Discovery Cut-Off:    January 28, 2008
                                          | Pre-Trial Conference: May 5, 2008
18                                        | Trial Date:           May 27, 2008

19

20

21

22

23

24

25

26

27                          EXHIBIT _____12_____

28                          PAGE _____81_____

07209/2413738.1

1           [~~Proposed~~] Order

2           Based on the stipulation of the parties, and good cause appearing

3   therefor, it is hereby ORDERED that:

4           1.      Each party shall provide the other parties with a list of the

5   documents sought from each of the experts identified by the responding party (the

6   "Expert Document Requests").  The Expert Document Requests shall not be

7   interpreted to seek the following category of documents, nor shall they be the

8   subject of discovery or inquiry at trial:

9           (a)     communications between the expert and counsel authored by the

10                  attorney or the expert or their respective staff members;

11          (b)     notes, drafts, preliminary reports or any other type of work done

12                  by or for experts authored by the attorney or the expert or their

13                  respective staff members.

14  These exclusions from the Expert Document Requests shall not apply to any

15  material or information that the Expert relies upon for his or her opinion or opinions.

16  In addition, these exclusions from the Expert Document Requests shall not apply to

17  Tina Tomiyama.

18          2.      The responding party shall produce documents responsive to the

19  Expert Document Requests within seven (7) calendar days of the receipt by counsel

20  of the Expert Document Requests;

21          3.      The stipulation of the parties shall not constitute a waiver by any

22  party to 1) submit more than one Expert Document Request or to request that a

23  particular identified expert produce documents in addition to those included on any

24  Expert Document Requests; or 2) object to any portion of the Expert Document

25  Requests and to the production of documents responsive thereto;

26

27                                          EXHIBIT ____12____

28                                          PAGE ____82____

07209/2413738.1

Case 2:04-cv-09049-DOC-RNB   Document 3183-2   Filed 04/17/08   Page 66 of 70   Page ID
Case 2:04-cv-09049-SGL-RNB   Document 2613   Filed 03/11/2008   Page 3 of 3
#:63902

4.     Experts located outside of this District shall be deposed at their city of residence or such other location that the parties may agree upon in writing;

IT IS SO ORDERED.

DATED:   MAR 1 1 2008

_S. G. Larson_

Hon. Stephen G. Larson
United States District Court Judge

EXHIBIT _12_

PAGE _83_

07209/2413738.1

-2-

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On April 17, 2008, I served true copies of the following document(s) described as **DECLARATION OF JON D. COREY IN SUPPORT OF MATTEL, INC.'S *EX PARTE* APPLICATION TO STRIKE THE EXPERT REPORT OF DOUGLAS KIDDER AND PRECLUDING HIS TESTIMONY AT TRIAL** on the parties in this action as follows:

Thomas J. Nolan, Esq.
**Skadden, Arps, Slate, Meagher & Flom LLP**
300 So. Grand Ave.
Suite 3400
Los Angeles CA  90071
*Attorneys for MGA ENTERTAINMENT, INC.*

John W. Keker
Michael H. Page
Christa M. Anderson
**Keker & Van  Nest, LLP**
710 Sansome Street
San Francisco, CA 94111
*Attorneys for CARTER BRYANT*

**BY PERSONAL SERVICE:**  I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 17, 2008, at Los Angeles, California.

NOW LEGAL -- Dave Quintana

07209/2434630.1

## **PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On April 17, 2008, I served true copies of the following document(s) described as **DECLARATION OF JON D. COREY IN SUPPORT OF MATTEL, INC.'S *EX PARTE* APPLICATION TO STRIKE THE EXPERT REPORT OF DOUGLAS KIDDER AND PRECLUDING HIS TESTIMONY AT TRIAL** on the parties in this action as follows:

> Mark E. Overland, Esq.
> David E. Scheper, Esq.
> Alexander H. Cote, Esq.
> **Overland Borenstein Scheper & Kim, LLP**
> One Bunker Hill
> 601 West Fifth Street, 12th Floor
> Los Angeles, CA 90017
> *Attorneys for Carlos Gustavo Machado*

**BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 17, 2008, at Los Angeles, California.

Yolonda J. Dekle

07209/2359511.1

1

## PROOF OF SERVICE

2      I am employed in the County of Los Angeles, State of California.  I am over the age of
eighteen years and not a party to the within action; my business address is Now Legal Service,
3  1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

4  On April 17, 2008, I served true copies of the following document(s) described as
**DECLARATION OF JON D. COREY IN SUPPORT OF MATTEL, INC.'S** *EX PARTE*
5  **APPLICATION TO STRIKE THE EXPERT REPORT OF DOUGLAS KIDDER AND**
**PRECLUDING HIS TESTIMONY AT TRIAL** on the parties in this action as follows:

6

7      Thomas J. Nolan, Esq.                    John W. Keker
       **Skadden, Arps, Slate, Meagher & Flom**   Michael H. Page
       **LLP**                                     Christa M. Anderson
8      300 So. Grand Ave.                       **Keker & Van Nest, LLP**
       Suite 3400                               710 Sansome Street
9      Los Angeles CA  90071                    San Francisco, CA 94111
       *Attorneys for MGA ENTERTAINMENT,*       *Attorneys for CARTER BRYANT*
10     *INC.*

11

12  **BY PERSONAL SERVICE:**  I delivered such envelope(s) by hand to the office of the person(s)
being served.
13

       I declare that I am employed in the office of a member of the bar of this Court at whose
14  direction the service was made.

15     Executed on April 17, 2008, at Los Angeles, California.

16

17

18     NOW LEGAL -- Dave Quintana

19

20

21

22

23

24

25

26

27

28

07209/2434630.1

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On April 17, 2008, I served true copies of the following document(s) described as **DECLARATION OF JON D. COREY IN SUPPORT OF MATTEL, INC.'S** *EX PARTE* **APPLICATION TO STRIKE THE EXPERT REPORT OF DOUGLAS KIDDER AND PRECLUDING HIS TESTIMONY AT TRIAL** on the parties in this action as follows:

> Mark E. Overland, Esq.
> David E. Scheper, Esq.
> Alexander H. Cote, Esq.
> **Overland Borenstein Scheper & Kim, LLP**
> One Bunker Hill
> 601 West Fifth Street, 12th Floor
> Los Angeles, CA 90017
> *Attorneys for Carlos Gustavo Machado*

**BY MAIL:**  I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California.  The envelope was mailed with postage thereon fully prepaid.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 17, 2008, at Los Angeles, California.

Yolonda J. Dekle

07209/2359511.1