UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>　　　　Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>[PROPOSED] ORDER GRANTING MATTEL, INC.'S *EX PARTE* APPLICATION TO STRIKE THE EXPERT REPORT OF DOUGLAS KIDDER AND PRECLUDE HIS TESTIMONY AT TRIAL<br><br>**Phase 1**<br>Discovery Cut-Off:　January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date:　　　　　May 27, 2008 |

## [PROPOSED] ORDER

Having considered Mattel, Inc.'s *Ex Parte* Application To Strike The Expert Report of Douglas Kidder and Preclude His Testimony at Trial and all supporting papers, all papers submitted an opposition to the Application and having considered the argument of counsel, the Court finds good cause to grant the Motion and to strike the expert report and preclude the testimony of Douglas Kidder:

IT IS HEREBY ORDERED THAT the Expert Report of Douglas Kidder, dated March 17, 2008, and all accompanying exhibits, are hereby stricken.

IT IS FURTHER ORDERED THAT Douglas Kidder may not testify at trial, nor may any other witness testify as to his findings or opinions.

DATED: _____, 2008  _____
Hon. Stephen G. Larson
United States District Judge

07209/2474562.1

-2-

[PROPOSED] ORDER