QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>                    Plaintiff,<br><br>          vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>                    Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBIT 3 TO THE DECLARATION OF JON D. COREY IN SUPPORT OF MATTEL, INC.'S EX PARTE APPLICATION TO STRIKE THE EXPERT REPORT OF DOUGLAS KIDDER AND PRECLUDING HIS TESTIMONY AT TRIAL<br><br>[[Proposed] Order filed concurrently]<br><br>Hearing Date:   N/A<br>Time:           N/A<br>Court Room:     N/A<br><br>**Phase 1**<br>Discovery Cut-off:      January 28, 2008<br>Pre-trial Conference:   May 5, 2008<br>Trial Date:             May 27, 2008 |

ORIGINAL

07209/2475205.1

Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal Exhibit 3 to the Declaration Of Jon D. Corey In Support Of Mattel, Inc.'s Ex Parte Application To Strike The Expert Report Of Douglas Kidder And Precluding His Testimony At Trial (the "Declaration").

The Declaration attaches materials that Carter Bryant has designated as "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order.  Carter Bryant has designated Exhibit 3 as "Confidential--Attorneys' Eyes Only." Accordingly, Mattel requests that the Court order that the Declaration be filed under seal.

In the alternative, Mattel requests that the Court declare that Exhibit 3 to the Declaration is outside the definitions of "Confidential" as contained in the Stipulated Protective Order and order it to be filed as part of the public record.

DATED:  April 17, 2008          QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP


By /s/ Cyrus S. Naim
   Cyrus S. Naim
   Attorneys for Mattel, Inc.

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On April 17, 2008, I served true copies of the following document(s) described as **APPLICATION TO FILE UNDER SEAL EXHIBIT 3 TO THE DECLARATION OF JON D. COREY IN SUPPORT OF MATTEL, INC.'S EX PARTE APPLICATION TO STRIKE THE EXPERT REPORT OF DOUGLAS KIDDER AND PRECLUDING HIS TESTIMONY AT TRIAL** on the parties in this action as follows:

| | |
|---|---|
| Thomas J. Nolan, Esq. | John W. Keker |
| **Skadden, Arps, Slate, Meagher & Flom LLP** | **Keker & Van Nest, LLP** |
| 300 So. Grand Ave. | 710 Sansome Street |
| Suite 3400 | San Francisco, CA 94111 |
| Los Angeles CA  90071 | *Attorneys for CARTER BRYANT* |

**BY PERSONAL SERVICE:**  I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 17, 2008, at Los Angeles, California.

NOW LEGAL -- Dave Quintana

07209/2434630.1

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On April 17, 2008, I served true copies of the following document(s) described as **APPLICATION TO FILE UNDER SEAL DECLARATION OF JON D. COREY IN SUPPORT OF MATTEL, INC.'S *EX PARTE* APPLICATION TO STRIKE THE EXPERT REPORT OF DOUGLAS KIDDER AND PRECLUDING HIS TESTIMONY AT TRIAL** on the parties in this action as follows:

> Mark E. Overland, Esq.
> David E. Scheper, Esq.
> Alexander H. Cote, Esq.
> **Overland Borenstein Scheper & Kim, LLP**
> One Bunker Hill
> 601 West Fifth Street, 12th Floor
> Los Angeles, CA 90017
> ***Attorneys for Carlos Gustavo Machado***

**BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 17, 2008, at Los Angeles, California.

Yolonda J. Dekle

07209/2359511.1